**Master Molded**
Products Corporation

1000 Davis Road
Elgin, IL 60123-1303
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com

An ISO-9001/QS-9000 Company

October 21, 2005

United States Bankruptcy Court
Delphi Corporation Claim Docketing C
Bowling Green Station
Post Office Box 5058
New York, New York 10274-5058

To Whom It May Concern:

Enclosed please find copy of Reclamation Demand mailed to Delphi on October 13, 2005.

Also enclosed is a postage paid envelope to send receipt of claim.

Sincerely yours,

Larry J. Ferguson
Vice President of
Sales & Marketing

LJF/ble
Enclosures

**Barb Evett**

**From:** Debra.S.Lackey [Debra.S.Lackey@delphi.com]
**Sent:** Thursday, October 13, 2005 10:42 AM
**To:** Barb Evett
**Cc:** Burleson, Tim A; Nancy Pelz; Jim Weinhart; Francy Patrasso; Art Schueneman
**Subject:** RE: RECLAMATION CLAIM AGAINST DELPHI CORPORATION

Barb,

I received the attached reclamation claim but unfortunately I am not able to assist you with this request. All reclamation claims must be submitted as follows:

Please submit any Reclamation Claims to:

Delphi Reclamation Center

Fax: 248-813-2499

Mail:

Delphi World Headquarters
5725 Delphi Drive
M/C 483.400.216
Troy, MI 48098-2815

***"All Delphi Documents are Delphi proprietary and as such consider this document and those attached as Delphi Confidential"***

***Deb Lackey***

***Delphi Electronics & Safety***

***Sr. Buyer - Decorated Plastics***

***P. O. Box 9005***

***MC: CTCLLM***

***Kokomo, Indiana 46904-9005***

***Email: debra.s.lackey@delphi.com***

***Telephone: 765 451-0106***

***Fax: 765 451-0265***

**From:** Barb Evett [mailto:EvettB@mastermolded.com]
**Sent:** Thursday, October 13, 2005 10:34 AM
**To:** Lackey, Debra S.
**Cc:** Burleson, Tim A; Nancy Pelz; Jim Weinhart; Francy Patrasso; Art Schueneman
**Subject:** RECLAMATION CLAIM AGAINST DELPHI CORPORATION

**Barb Evett**

To: debra.s.lackey@delphi.com
Cc: tim.a.burleson@delphi.com; Nancy Pelz; Jim Weinhart; Francy Patrasso; Art Schueneman
Subject: RECLAMATION CLAIM AGAINST DELPHI CORPORATION
Attachments: Delphi Invoices.pdf



# Master Molded
### Products Corporation

October 13, 2005



Delphi Delco Electronics Systems
One Corporate Center
MS:CTLLM
Kokomo, Indiana 46902
Attention: Ms. Debra Lackey

Dear Debra:

Demand is hereby made pursuant to Section 2-702 of the Uniform Commercial Code, and Section 546 of the Bankruptcy Code (11 U.S.C. Section 546) for the return of the goods shown on the attached invoices, (see listing below) and received by you on or after October 1, 2005.

The goods were sold to you on credit. Master Molded Products Corporation has received no part of the purchase price, and has since learned that you filed a voluntary bankruptcy petition on October 8, 2005.

| INVOICE NUMBER | DATE | QTY. SHIPPED | DESCRIPTION | UNIT PRICE | EXT. |
|---|---|---|---|---|---|
| 101664 | 9-29-05 | 512 | 12240394 Retainer 830C | 8,110.00 | $4,152.32 |
| 101665 | 9-29-05 | 1,344<br>3,840 | 12241114 GMX211 Retainer Ebony<br>12241115 GMX211 Retainer Chrome | 1,570.00<br>4,375.00 | $2,110.08<br>$16,800.00<br>$18,910.08 |
| 101701 | 9-30-05 | 384<br>384 | 12241115 GMX211 Retainer Chrome<br>12241114 GMX211 Retainer Ebony | 4,375.00<br>1,570.00 | $1,680.00<br>$602.88<br>$2,282.88 |
| 101723 | 10-3-05 | 512 | 12249394 Retainer 830C | 8,110.00 | $4,152.32 |
|  |  | 192 | 12241114 GMX211 Retainer Ebony | 1,570.00 | $301.44 |

10/13/2005

| | | | | | |
|---|---|---|---|---|---|
| 101724 | 10-3-05 | 1,536 | 12241115 GMX211 Retainer Chrome | 4,375.00 | $6,720.00<br>$7,021.44 |
| 101743 | 10-4-05 | 192<br>384 | 12241114 GMX211 Retainer Ebony<br>12241115 GMX211 Retainer Chrome | 1,570.00<br>4,375.00 | $301.44<br>$1,680.00<br>$1,981.44 |
| 101769 | 10-5-05 | 512 | 12240394 Retainer 830C | 8,110.00 | $4,152.32 |
| 101770 | 10-5-05 | 384<br>1,152 | 12241114 GMX211 Retainer Ebony<br>12241115 GMX211 Retainer Chrome | 1,570.00<br>4,375.00 | $602.88<br>$5,040.00<br>$5,642.88 |
| 101801 | 10-6-05 | 192<br>768 | 12241115 GMX211 Retainer Chrome<br>12241114 GMX211 Retainer Ebony | 4,375.00<br>1,570.00 | $840.00<br>$1,205.76<br>$2,045.76 |
| 101668 | 9-29-05 | 256 | 12240394 Retainer 830C | 8,110.00 | $2,076.16 |
| 101725 | 10-3-05 | 256 | 12240394 Retainer 830C | 8,110.00 | $2,076.16 |
| 101800 | 10-6-05 | 1,280 | 12240394 Retainer 830C | 8,110.00 | $10,380.80 |

Sincerely yours,

**Larry J. Ferguson**
Vice President Sales and Marketing
Master Molded Products Corp.
Phone: 847-695-9700 Ext. 115
Cell: 847-921-1192
Email: FergusonL@mastermolded.com
visit our web site: www.mastermolded.com

LJF/ble
Enclosures

cc:   Tim Burleson/Delphi
      Nancy Pelz
      Jim Weinhart
      Francy Patrasso
      Art Schueneman

**CONFIDENTIALITY STATEMENT & NOTICE:** This communication from Master Molded Products Corporation contains information which is privileged and confidential, and is solely for the use of the intended recipient. If you are not the intended recipient, be aware that any review, disclosure, copying, distribution, or use of the contents of this message is strictly prohibited. If you have received this communication in error, please notify the sender by replying to this message via e-mail or phone, and destroy this communication immediately.

10/13/2005

**ORIGINAL INVOICE**

**Master Molded Products Corporation**
1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

INVOICE NO: 101664
DATE: 09-29-05
SHIP VIA: VITRAN
B/L: 051955
TERMS: NET 30
CUSTOMER CODE: 056

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

SHIP TO: 9999
DELPHI FLINT    DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550074026 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016746 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 512 | 512 | 12240394    / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00  M | 4152.32 |
|  |  | *** PLEASE PAY THIS AMOUNT |  | 4152.32 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION

**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com

An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

INVOICE NO: 101665
DATE: 09-29-05
SHIP VIA: VITRAN
B/L: 051955
TERMS: NET 30
CUSTOMER CODE: 056

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

SHIP TO: 9999
DELPHI FLINT    DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550064554 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016605 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 1,344 | 1,344 | 12241114    / AUTOM05956<br>GMX211 RETAINER EBONY,12241114 | 1570.00 M | 2110.08 |
| 4,608 | 3,840 | 12241115    / AUTOM05962<br>GMX211 RETAINER CHROME,12241115 | 4375.00 M | 16800.00 |
|  |  | *** PLEASE PAY THIS AMOUNT |  | 18910.08 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**



**ORIGINAL INVOICE**

| | |
|---|---|
| INVOICE NO: | 101701 |
| DATE: | 09-30-05 |
| SHIP VIA: | |
| B/L: | 051963 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

**Master Molded Products Corporation**
1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

SHIP TO: 9999
DELPHI FLINT   DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550064554 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016604 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | | EXTENDED |
|---|---|---|---|---|---|
| 768 | 384 | 12241115    / AUTOM05962<br>GMX211 RETAINER CHROME,12241115 | 4375.00 | M | 1680.00 |
| 384 | 384 | 12241114    / AUTOM05956<br>GMX211 RETAINER EBONY,12241114 | 1570.00 | M | 602.88 |
| | | *** PLEASE PAY THIS AMOUNT | | | 2282.88 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof.

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**

**ORIGINAL INVOICE**

**Master Molded Products Corporation**
1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

| | |
|---|---|
| INVOICE NO: | 101723 |
| DATE: | 10-03-05 |
| SHIP VIA: | VITRAN |
| B/L: | 051971 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

SHIP TO: 9999
DELPHI FLINT    DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550074026 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016746 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 512 | 512 | 12240394    / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00  M | 4152.32 |
| | | *** PLEASE PAY THIS AMOUNT | | 4152.32 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**



**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO: | 101724 |
| DATE: | 10-03-05 |
| SHIP VIA: | VITRAN |
| B/L: | 051971 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

**BILL TO:**
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

**SHIP TO:** 9999
DELPHI FLINT    DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550064554 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016605 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | | EXTENDED |
|---|---|---|---|---|---|
| 192 | 192 | 12241114   / AUTOM05956<br>GMX211 RETAINER EBONY,12241114 | 1570.00 | M | 301.44 |
| 1,920 | 1,536 | 12241115   / AUTOM05962<br>GMX211 RETAINER CHROME,12241115 | 4375.00 | M | 6720.00 |
| | | *** PLEASE PAY THIS AMOUNT | | | 7021.44 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**



**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com

An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO: | 101743 |
| DATE: | 10-04-05 |
| SHIP VIA: | VIATRAN |
| B/L: | 051980 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM
DELPHI I-VANDALIA PLANT
250 NORTHWOODS BLVD-PO BOX 5051-MC 146
VANDALIA, OH. 45377-5051

SHIP TO: 9999
DELPHI FLINT     DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO |
|---|---|---|---|
| 550064554 | 03-10-05 | R.O. WHITESELL & ASSOCIATES | 016605 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | | EXTENDED |
|---|---|---|---|---|---|
| 192 | 192 | 12241114   / AUTOM05956<br>GMX211 RETAINER EBONY,12241114 | 1570.00 | M | 301.44 |
| 384 | 384 | 12241115   / AUTOM05962<br>GMX211 RETAINER CHROME,12241115 | 4375.00 | M | 1680.00 |
| | | *** PLEASE PAY THIS AMOUNT | | | 1981.44 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**

ORIGINAL INVOICE

**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

INVOICE NO: 101769
DATE: 10-05-05
SHIP VIA: VIATRAN
B/L: 051990
TERMS: NET 30
CUSTOMER CODE: 056

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM DA43
DELPHI FLINT PLANT
P.O. BOX 9005
KOKOMO, IN. 46904-9005

SHIP TO:  001
DELPHI FLINT   DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI.  48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550074026 | 10-04-05 | R.O. WHITESELL & ASSOCIATES | 017025 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 512 | 512 | 12240394    / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00  M | 4152.32 |
|  |  | *** PLEASE PAY THIS AMOUNT |  | 4152.32 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**

**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO: | 101770 |
| DATE: | 10-05-05 |
| SHIP VIA: | VIATRAN |
| B/L: | 051990 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM DA43
DELPHI FLINT PLANT
P.O. BOX 9005
KOKOMO, IN. 46904-9005

SHIP TO: 001
DELPHI FLINT  DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI.  48556

| PURCHASE ORDER NO | ORDER DATE | SALES PERSON | OUR ORDER NO |
|---|---|---|---|
| 550064554 | 10-04-05 | R.O. WHITESELL & ASSOCIATES | 017027 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | | EXTENDED |
|---|---|---|---|---|---|
| 384 | 384 | 1224114  / AUTOM05956<br>GMX211 RETAINER EBONY, 1224114 | 1570.00 | M | 602.88 |
| 1,152 | 1,152 | 1224115  / AUTOM05962<br>GMX211 RETAINER CHROME, 1224115 | 4375.00 | M | 5040.00 |
| | | *** PLEASE PAY THIS AMOUNT | | | 5642.88 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION

**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com

An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO: | 101801 |
| DATE: | 10-06-05 |
| SHIP VIA: | VIATRAN |
| B/L: | 052002 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 056 |

BILL TO:
DELPHI INTERIOR & LIGHTING SYSTEM DA43
DELPHI FLINT PLANT
P.O. BOX 9005
KOKOMO, IN. 46904-9005

SHIP TO: 001
DELPHI FLINT   DA43
DOCK 43
1101 NORTH CENTER ROAD
FLINT, MI. 48556

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550064554 | 10-04-05 | R.O. WHITESELL & ASSOCIATES | 017028 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | | EXTENDED |
|---|---|---|---|---|---|
| 192 | 192 | 12241115   / AUTOM05962<br>GMX211 RETAINER CHROME,12241115 | 4375.00 | M | 840.00 |
| 768 | 768 | 12241114   / AUTOM05956<br>GMX211 RETAINER EBONY,12241114 | 1570.00 | M | 1205.76 |
| | | *** PLEASE PAY THIS AMOUNT | | | 2045.76 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION



**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com

An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

| | |
|---|---|
| INVOICE NO: | 101668 |
| DATE: | 09-29-05 |
| SHIP VIA: | PROTRANS |
| B/L: | 051950 |
| TERMS: | NET 30 |
| CUSTOMER CODE: | 339 |

BILL TO:
DELPHI/DELCO ELECTRONIC SYSTEMS DA24
ONE CORPORATE CENTER-M/C CTLLM
P.O. BOX 9005
KOKOMO, IN. 49604-9005

SHIP TO: 9999
DELPHI DELNOSA DA31
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX. 78567

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550078357 | 09-21-05 | R.O. WHITESELL & ASSOCIATES | 017003 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 256 | 256 | 12240394    / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00  M | 2076.16 |
| | | *** PLEASE PAY THIS AMOUNT | | 2076.16 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION



**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

ORIGINAL INVOICE

INVOICE NO: 101725
DATE: 10-03-05
SHIP VIA:
B/L: 051967
TERMS: NET 30
CUSTOMER CODE: 339

BILL TO:
DELPHI/DELCO ELECTRONIC SYSTEMS DA24
ONE CORPORATE CENTER-M/C CTLLM
P.O. BOX 9005
KOKOMO, IN. 49604-9005

SHIP TO: 9999
DELPHI DELNOSA DA31
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX. 78567

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550078357 | 09-21-05 | R.O. WHITESELL & ASSOCIATES | 017003 |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 608 | 256 | 12240394    / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00 M | 2076.16 |
|  |  | *** PLEASE PAY THIS AMOUNT |  | 2076.16 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof.

NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION

ORIGINAL INVOICE



**Master Molded Products Corporation**

1000 Davis Road
Elgin, IL 60123-1383
(847) 695-9700
FAX (847) 695-9707
www.mastermolded.com
An ISO-14001 / ISO-9001 / QS-9000 Company

INVOICE NO: 101800
DATE: 10-06-05
SHIP VIA: PROTRANS
B/L: 052001
TERMS: NET 30
CUSTOMER CODE: 339

BILL TO:
DELPHI/DELCO ELECTRONIC SYSTEMS DA24
ONE CORPORATE CENTER-M/C CTLLM
P.O. BOX 9005
KOKOMO, IN. 49604-9005

SHIP TO: 9999
DELPHI DELNOSA DA31
LIDC RECEIVING WAREHOUSE
702 JOAQUIN CAVAZOS ROAD
LOS INDIOS, TX. 78567

| PURCHASE ORDER NO. | ORDER DATE | SALES PERSON | OUR ORDER NO. |
|---|---|---|---|
| 550078357 | 09-21-05 | R.O. WHITESELL & ASSOCIATES | 017003 |

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | EXTENDED |
|---|---|---|---|---|
| 1,328 | 1,280 | 12240394   / AUTOM05702<br>RETAINER 830C,12240394 | 8110.00 M | 10380.80 |
|  |  | *** PLEASE PAY THIS AMOUNT |  | 10380.80 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7, and 12 of the Fair Labor Standards Act, as amended, and of regulations and orders of the United States Department of Labor issues under Section 14 thereof

**NO MERCHANDISE WILL BE ACCEPTED FOR RETURN WITHOUT OUR AUTHORIZATION**