# LAW OFFICE OF GENE T. MOORE, PC

GENE T. MOORE

ALAN L. VICKREY

JOHN M. DAWKINS*

*ALSO LICENSED IN TEXAS

TELEPHONE:                1802 FIFTEENTH STREET                FACSIMILE:
(205) 349-5413           TUSCALOOSA, ALABAMA 35401           (205) 349-2512

October 31, 2005

Kathleen Farrell-Willoughby, Clerk of Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**In Re: Delphi Corporation, et al., Case No. 05-44481**

Dear Mrs. Farrell-Willoughby:

Please find enclosed the original and one copy of Motion for admission Pro Hac Vice and Plaintiff's Motion for Relief from the Automatic Stay in the above-referenced case. Please file the originals with the Court and return file-stamped copies to me in the enclosed self-addressed stamped envelope.

Thank you for your time and attention to this matter. It is greatly appreciated. Please do not hesitate to contact me if you have any questions or comments and/or need any additional information.

Sincerely,

Gene T. Moore, Esq.

Enclosures

Cc:   Steven Colclough, Esquire
      John W. Dodson, Esquire
      Larry W. Harper, Esquire
      S. Andrew Kelly, Esquire
      Keith J. Pflaum, Esquire
      Christopher S. Rodgers, Esquire
      J. Banks Sewell, Esquire
      Thomas S. Spires, Esquire

RECEIVED
NOV 3 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 |
| | ) | |
| Debtors | ) | |
| | ) | |
| | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

**COMES NOW**, Gene T. Moore, the counsel of record for Plaintiff Arlis M. Elmore, who is the Plaintiff in a lawsuit filed in the Circuit Court of Tuscaloosa County, Alabama in which Delphi Corporation is a named Defendant, and moves this Honorable Court to grant this Motion for Admission Pro Hac Vice. In support thereof, Gene T. Moore would show unto this Honorable Court the following, to wit:

1. The Movant has met all the requirements for admission to practice in the United States Bankruptcy Court for the Southern District of New York.

2. A Pro Hac Vice Application for Admission has been submitted unto this Court.

3. Along with the above-referenced application, the Movant has submitted unto this Court a Certificate of Good Standing from the Alabama State Bar.

4. Additionally, the required twenty-five dollar fee for admission has been submitted.

5. This Motion, in-and-of itself, fulfills the final requirement for admission to practice within the confines of this Court.

**WHEREFORE**, premises considered, the Movant, Gene T. Moore, moves this Honorable Court to grant this Motion for Admission Pro Hac Vice.

/s/Gene T. Moore
Gene T. Moore (MOO-068)

**OF COUNSEL:**
GENE T. MOORE, ATTORNEY AT LAW, P.C.
1802 Fifteenth Street East
Tuscaloosa, AL 35401
(205) 349-5413



Copies

RECEIVED
NOV 3 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing either: (1) by hand-delivery, and/or (2) by mailing a copy of the foregoing document to the following attorney(s) of record for the parties:

Anthony N. Fox, Esquire
CLARK & SCOTT, PC
P.O. Box 380548
Birmingham, AL  35238-0548

Larry W. Harper, Esquire
Keith J. Pflaum, Esquire
PORTERFIELD, HARPER, MILLS & MOTLOW, PA
P.O. Box 530790
Birmingham, AL  35253-0790

Christopher S. Rodgers, Esquire
HUIE, FERNAMBUCQ & STEWART, LLP
Three Protective Center
2801 Highway 280 S., Suite 200
Birmingham, AL  35223

J. Banks Sewell, Esquire
S. Andrew Kelly, Esquire
LIGHTFOOT, FRANKLIN & WHITE, LLC
The Clark Building
400 – 20th Street North
Birmingham, AL  35203-3200

John W. Dodson, Esquire
Jinny M. Ray, Esquire
FERGUSON, FROST & DODSON, LLP
P.O. Box 430189
Birmingham, AL  35243-0189

Dated this the 31st day of October, 2005.

/s/Gene T. Moore
**OF COUNSEL**



RECEIVED
NOV 3 2005
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK