UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, Joel D. Applebaum, a member of good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Cataler North America, BorgWarner Turbo Systems Inc., Iriso USA, Metaldyne Company, LLC, and ATS Automation Tooling Systems Inc., in the above-referenced case.  My address is Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226-3435; my e-mail address is japplebaum@clarkhill.com; and my telephone number is (313) 965-8579.

I submitted the required $25.00 fee for *pro hac vice* admission to the Clerk of the Court.

                CLARK HILL PLC


                By:_____
                  Joel D. Applebaum (P36774)
                500 Woodward Avenue, Suite 3500
                Detroit, Michigan 48226-3435
                (313) 965-8300

Dated: November 1, 2005

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

I, Joel D. Applebaum, a member of good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Cataler North America, BorgWarner Turbo Systems Inc., Iriso USA, Metaldyne Company, LLC, and ATS Automation Tooling Systems Inc., in the above-referenced case.

**ORDERED**, that Joel D. Applebaum is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____                         _____
                                                                                                        UNITED STATES BANKRUPTCY JUDGE