UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORP., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (jointly administrated) |

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Leon R. Russell, a member in good standing of the bar in the State of Texas and of the bar in the United States District Courts for the Northern and Eastern Districts of Texas, request admission, *pro hac vice*, before the Honorable Arthur J. Gonzalez, to represent Jon C. Cox, a creditor in the above-referenced bankruptcy case of Delphi Corporation, *et al.*

My address is Russell & Shiver, L.L.P., 3102 Oak Lawn, Suite 600, Dallas, TX 75219; my e-mail is leon@rs-attorneys.com; and my telephone number is (214) 443-0800.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: 11/01/2005
Dallas, TX

Leon R. Russell
Texas Bar No. 17418500
**RUSSELL & SHIVER, LLP**
3102 Oak Lawn
Suite 600, LB 164
Dallas, Texas 75219
Phone: 214-443-0800
Fax:    214-443-0898

## ORDER

**ORDERED**, that Leon R. Russell, Esq., is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____
New York, New York

_____
Honorable Arthur J. Gonzalez
United States Bankruptcy Judge