**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held on Specmo Enterprises' Motion for Relief From Stay to Effect Setoff on Tuesday, November 29, 2005, at 10:00 a.m., before the Honorable Robert D. Drain, in his Courtroom located at Room 610, Alexander Hamilton Custom House, One, Bowling Green, New York, NY 10004-1408.

        Respectfully submitted,

        STROBL CUNNINGHAM & SHARP, PC


        By:_____/s/_____
        Gary H. Cunningham (P35451)
        Attorneys for Specmo Enterprises, Inc.
        300 E. Long Lake Road, Suite 200
        Bloomfield Hills, MI 48304
        Telephone: (248) 540-2300
        Facsimile: (248) 645-2690

Dated: November 8, 2005