**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In the Matters of: ) | Case No. 05-44481 (RDD) |
| ) | (Chapter 11 – Jointly Administered) |
| DELPHI CORPORATION, et al. ) | |
| ) | |
| Debtors-in-Possession. ) | Hon. Robert D. Drain |
| ) | |

**PROOF OF SERVICE**

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF OAKLAND    )

Cheryl L. Gray, being an employee of the firm of Strobl Cunningham & Sharp, P.C., deposes and states that on the 28th day of October, 2005, she served copies of **Specmo Enterprises' Notice of Hearing re Motion for Relief from Stay to Effect Setoff** upon the following counsel of record in the manner set forth below:

VIA EMAIL TO:  jbutler@skadden.com
John William Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606-1285

VIA FACSIMILE TO: (212) 668-2255
Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
(Pleadings Only)

_____/s/_____
Cheryl L. Gray

Subscribed and sworn to before me
this 28th day of October, 2005.

_____/s/_____
Danielle Chamberlin, Notary Public
Macomb County, Michigan
Acting in Oakland
My commission expires:  7/15/2007