**Pillarhouse (U.S.A) Inc.**
635 Touhy Ave
ELK GROVE VILLAGE, IL  60007



Customer No.:  DELPHI-INDIO
Invoice No.:  20768

Bill To:  **Delphi Electronics & Safety**
\* Do Not Invoice \*

Ship to:  **DELPHI/E & Delnosa**
LIDC Receiving Warehouse
601 JOAQUIN CAVAZOS RD.
LOS INDIOS, TX  78567

| Date | Ship Via | F.O.B. | Terms |
|---|---|---|---|
| 09/19/05 | Panalpina | | 30 days from invoice date |

| Purchase Order Number | Order Date | Sales Person | Our Order Number |
|---|---|---|---|
| 450104879 | 05/31/05 | | 13692 |

| Quantity Required | Quantity Shipped | B.O. | Item Number | Description | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 1 | 1 | | | Pillarhouse InLine Module Preheater - Line item #00010  Delphi ID # PR10168810 00010  Machine Serial # IH071 | 27456.00 | 27456.00 |
| 1 | 1 | | | Pillarhouse InLine Module Fluxer - Line Item#00020  Delphi ID# PR10168810 00020  Machine Serial # IF158 | 46129.60 | 46129.60 |
| 1 | 1 | | | Installation Charge Line Item # 00030  Delphi ID#PR10168810 00030  All freight and customs charges to be forwarded to customer per quotation~  Re: Delphi PO# 450104879  Attn: B. Smitley  Purchaser : Greg Drake | 3950.00 | 3950.00 |
| | | | | Invoice subtotal | | 77535.60 |
| | | | | Invoice total | | 77535.60 |

Thank You