## AFFIRMATION OF SERVICE

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK )

J. Ted Donovan hereby certifies as follows:

1. I am an attorney at law, duly admitted to practice before the U.S. Bankruptcy Court for the Southern District of New York. I am not a party to the action, am over 18 years of age and maintain my principal place of business at 26 Broadway, New York, NY.

2. On November 8, 2005, I served the within Notice of Motion, the application therefore and all exhibits appended thereto, the Memorandum of Law in support thereof, and the Notice of Appearance, by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority", addressed to each of the persons listed in the Master Service List dated October 27, 2005, and causing same to be placed into an official depository of Federal Express located within the State of New York.

3. I further served the Notice of Motion only by e-mail on all those persons listed in the "2002 List" dated October 27, 2005.

Dated: New York, New York
       November 8, 2005

_____
J. TED DONOVAN