J. Ted Donovan, Esq. (JTD 1343)
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
Attorneys for Pillarhouse (U.S.A.), Inc.
26 Broadway, Suite 711
New York, NY 10004
(212) 344-2929

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:                                              Chapter 11

Delphi Corporation et al.,                          Hon. Robert D. Drain

                            Debtors.                Case No. 05-44481 (RDD)
                                                    (Jointly Administered)
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES

    **PLEASE TAKE NOTICE**, that Pillarhouse (U.S.A.), Inc. by and through its

attorneys, Finkel Goldstein Rosenbloom & Nash, LLP, hereby files this Notice of

Appearance and Request for Notices in this Title 11 case, pursuant to 11 U.S.C. § 342 and

Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, (Bankruptcy Rules"),

and the Case Management Order entered herein and respectfully requests that all notices

given or required to be given, and all papers served or required to be served, in this case and

in all proceedings arising under or related thereto, be served upon the following as follows:

        Finkel Goldstein Rosenbloom & Nash, LLP
        26 Broadway, Suite 711
        New York, New York 10004
        Attn: J. Ted Donovan, Esq.
        (212) 344-2929 (Voice)
        (212) 422-6836
        TDonovan@Finkgold.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

Dated:  New York, New York
        November 7, 2005

FINKEL GOLDSTEIN ROSENBLOOM
& NASH, LLP
Attorneys for Pillarhouse (U.S.A.), Inc.
26 Broadway - Suite 711
New York, New York  10004
(212) 344-2929

By:
         J. Ted Donovan (JTD 1343)

-2-