**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                            Chapter 11

                                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                        Jointly Administered

                    Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Daniel D. Doyle, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Daniel D. Doyle, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 8, 2005
       New York, New York

                                              /s/Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE