**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                                                      Chapter 11

                                                                                           Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                          Jointly Administered

                        Debtors

----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Nicholas A. Franke, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Nicholas A. Franke, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 8, 2005
          New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE