**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                           Chapter 11

                                                                                 Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                  Jointly Administered

                       Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Robert D. Wolford, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Robert D. Wolford, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 8, 2005
       New York, New York

                                               /s/Robert D. Drain_____
                                               UNITED STATES BANKRUPTCY JUDGE