**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                                    Chapter 11

                                                                                   Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                                          Jointly Administered

                           Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

      UPON the motion of Robert J. Welhoelter, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

      **ORDERED,** that Robert J. Welhoelter, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 8, 2005
       New York, New York

                                                                     /s/Robert D. Drain_____
                                                             UNITED STATES BANKRUPTCY JUDGE