UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

**In re:**

                                  Chapter 11

**DELPHI CORPORATION, <u>et al.</u>,**

                                  Case No. 05-44481

           **Debtors.**

_____/

### <u>NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO MATRIX</u>

    To:    Clerk of the Bankruptcy Court

    **PLEASE TAKE NOTICE** that the following parties in interest:

                Bing Metals Group, Inc.
                Central Transport International, Inc.
                Crown Enterprises, Inc.
                Economy Transport, Inc.
                Logistics Insight Corp. (LINC)
                Universal Am-Can, Ltd.
                Universal Truckload Services, Inc.

shall from this point forward appear through the firm of Steinberg, Shapiro & Clark, and that the

firm demands, pursuant to the Federal Rules of Bankruptcy Procedure, that all subsequent notices

given and required to be given in this case and all papers served and required to be served, be given

to and served to the undersigned at the following address, telephone number and/ or email address:

                Mark H. Shapiro, Esq.
                Steinberg Shapiro & Clark
                24901 Northwestern Highway
                Suite 611
                Southfield, MI 48075
                (248) 352-4700
                Email: shapiro@steinbergshapiro.com

**PLEASE TAKE FURTHER NOTICE,** that the firm requests to be added to the Court

matrix in this matter, and further requests that all notices and papers provided pursuant to B.R. 2002

be served upon the same.


STEINBERG SHAPIRO & CLARK


    /s/ Tracy M. Clark
Tracy M. Clark Michigan Bar No. (P60262)
Mark H. Shapiro Michigan Bar No. (P43134)
Attorney for Creditors
24901 Northwestern Highway
Suite 611
Southfield, MI 48075
(248) 352-4700


Date:   November 8, 2005