UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

**In re:**

**DELPHI CORPORATION, et al.,**

        **Debtors.**

_____/

Chapter 11

Case No. 05-44481

## NOTICE OF APPEARANCE AND REQUEST TO BE ADDED TO MATRIX

To:    Clerk of the Bankruptcy Court

**PLEASE TAKE NOTICE** that the following parties in interest:

    Bing Metals Group, Inc.
    Central Transport International, Inc.
    Crown Enterprises, Inc.
    Economy Transport, Inc.
    Logistics Insight Corp. (LINC)
    Universal Am-Can, Ltd.
    Universal Truckload Services, Inc.

shall from this point forward appear through the firm of Steinberg, Shapiro & Clark, and that the firm demands, pursuant to the Federal Rules of Bankruptcy Procedure, that all subsequent notices given and required to be given in this case and all papers served and required to be served, be given to and served to the undersigned at the following address, telephone number and/ or email address:

    Mark H. Shapiro, Esq.
    Steinberg Shapiro & Clark
    24901 Northwestern Highway
    Suite 611
    Southfield, MI 48075
    (248) 352-4700
    Email: shapiro@steinbergshapiro.com

**PLEASE TAKE FURTHER NOTICE,** that the firm requests to be added to the Court matrix in this matter, and further requests that all notices and papers provided pursuant to B.R. 2002 be served upon the same.

                                              STEINBERG SHAPIRO & CLARK

                                              /s/ Tracy M. Clark
                                          Tracy M. Clark Michigan Bar No. (P60262)
                                          Mark H. Shapiro Michigan Bar No. (P43134)
                                          Attorney for Creditors
                                          24901 Northwestern Highway
                                          Suite 611
                                          Southfield, MI 48075
                                          (248) 352-4700

Date:   November 8, 2005