UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re

          Chapter 11

**Delphi Corporation, ET AL.**         Case No. 05-44481 (RDD)

         Debtors.

         (Jointly Administered)

-------------------------------------------------------x

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND DOCUMENTS

    PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for Baker Hughes Incorporated, and Baker Petrolite Corporation, a creditor and party in interest, and, pursuant to Rules 2002 and 9007 of the Rules of Bankruptcy Procedure demands that all notices given or required to be given are served upon the undersigned at the following office and post office address:

      Harris D. Leinwand
      350 Fifth Avenue - Suite 2418
      New York, NY 10118
      (212) 725-7338

and

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise, which affects the Debtor or the property of the Debtor.

Dated:  New York, New York
       November 8, 2005

         By /S/_____
         Harris D. Leinwand
         Attorney for Baker Hughes Incorporated, and Baker Petrolite Corporation
         350 Fifth Avenue - Suite 2418
         New York, NY 10118
         (212) 725-7338

To: The parties on following page

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Rothschild Inc.
Attn: David L. Resnick
1251 Avenue of Americas
New York, NY 10020

Shearman & Sterling LLP
Attn: Douglas P. Bartner
599 Lexington Avenue
New York, NY 10022

Simpson Thacher & Bartlett LLP
Attn: Marissa Wesley
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Marlane Melican
450 Lexington Avenue
New York, NY 10017

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004