UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re

**Delphi Corporation, ET AL.**

        Debtors.

------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

Affidavit of Service

| STATE OF NEW YORK | ) |
|---|---|
| | )ss.: |
| COUNTY OF NEW YORK | ) |

      Charlene Torres , being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age and reside at 295 Convent Avenue, Basement Apartment, New York, NY 10031

    2.    On November 8, 2005 I served true copies of the attached Notice of Appearance, in the above captioned matter, by mail upon those parties listed on the   service list, which is attached.

                                              /S/_____
                                              Charlene Torres

Sworn to before me on the
November 8, 2005

_____
      Notary Public

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Rothschild Inc.
Attn: David L. Resnick
1251 Avenue of Americas
New York, NY 10020

Shearman & Sterling LLP
Attn: Douglas P. Bartner
599 Lexington Avenue
New York, NY 10022

Simpson Thacher & Bartlett LLP
Attn: Marissa Wesley
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Marlane Melican
450 Lexington Avenue
New York, NY 10017

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004