WINTHROP COUCHOT PROFESSIONAL CORPORATION
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660
(949) 720-4100
Marc J. Winthrop – California State Bar No. 63218
Sean A. O'Keefe – California State Bar No. 122417

Attorneys for Metal Surfaces, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481(RDD)<br><br>(Jointly Administered) |

## NOTICE OF RECLAMATION DEMAND

**PLEASE TAKE NOTICE** that on October 14, 2005, Metal Surfaces, Inc. made its Reclamation Demand upon Delphi Connection Systems and Specialty Electronics, Inc. debtors and debtors-in-possession in these jointly administered cases by servings its Reclamation Demand upon Skadden, Arps, Slater, Meagher & Flom LLP counsel for the debtors and debtors-in-possession. See Exhibit "A' attached hereto for a true and correct copy of the Reclamation Demand served via Federal Express upon Kayalyn Marafioti, Esq. on October 14, 2005.

Dated: Newport Beach, California
　　　　November 7, 2005

　　　　　　　　　　　　　　　　　WINTHROP COUCHOT
　　　　　　　　　　　　　　　　　PROFESSIONAL CORPORATION


　　　　　　　　　　　　　　　　　By: /s/ Sean A. O'Keefe
　　　　　　　　　　　　　　　　　　　Marc J. Winthrop
　　　　　　　　　　　　　　　　　　　Sean A. O'Keefe
　　　　　　　　　　　　　　　　　660 Newport Center Drive, 4th Floor
　　　　　　　　　　　　　　　　　Newport Beach, California 92660
　　　　　　　　　　　　　　　　　(949) 720-4100

　　　　　　　　　　　　　　　　　Attorneys for Metal Surfaces, Inc.

#108624v1



# WINTHROP COUCHOT
*Professional Corporation*

Paul J. Couchot   Robert E. Opera
Richard H. Golubow   William J. Wall
Garrick A. Hollander   Marc J. Winthrop
Peter W. Lianides
Sean A. O'Keefe

*660 Newport Center Drive • Fourth Floor • Newport Beach • CA • 92660 • Tel: (949) 720-4100 • Fax: (949) 720-4111 • www.winthropcouchot.com*

October 14, 2005

**VIA FEDERAL EXPRESS**
Kayalyn Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

RE:   In re Delphi Corporation,
      et al. (the "Debtors")
      Reclamation Demand

Dear Ms. Marafioti:

This letter is written on behalf of Metal Surfaces, Inc. ("MSI"). Pursuant to 11 U.S.C. Section 546 (c) and Sections 2-702 of the Uniform Commercial Code, and by virtue of the insolvency of Delphi Connection Systems and Specialty Electronics Inc., MSI demands the segregation, inventory and return of all goods invoiced by MSI and thereafter in the possession of the Debtors on or after September 28, 2005, including but not limited to all electroplated contact reels (the "Goods"), unless an understanding is reached by and between MSI and the Debtors regarding preservation of the reclamation claim of MSI. Sale or use by the Debtors of the Goods would be in violation of MSI's reclamation rights.

This reclamation covers all goods shipped and received from MSI during the period from September 28, 2005 through October 7, 2005. The amount of the invoices for this period totals $18,746.82. Delphi Connection Systems' invoices total $9,392.78. Specialty Electronics, Inc.'s invoices total $9,354.04. **A computer printout of the relevant invoices is enclosed for your review.**

Unless you authorize the return of the Goods immediately, further appropriate measures will be taken.

#108146 v1 - MSI Reclamation Demand ltr

EXHIBIT A
PAGE 2

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
October 14, 2005
Page 2


      Please contact the undersigned immediately to provide the aforementioned inventory and to make arrangements to allow MSI to reclaim the Goods. I look forward to hearing from you shortly.

                Very truly yours,

                WINTHROP COUCHOT
                Professional Corporation

                Marc J. Winthrop

MJW:jam

cc:   Mr. Robert H. Ledterman
      President and Chief Executive Officer
      Metal Surfaces, Inc.

WINTHROP COUCHOT
*Professional Corporation*

EXHIBIT A
PAGE 3

| | | | | | |
|---|---|---|---|---|---|
| 284253 | DELPHI CONNECTION SYSTEMS | 09/27/05 | 09/27/05 | 1938820 | 1205879 | 413.91 |
| 284254 | DELPHI CONNECTION SYSTEMS | 09/27/05 | 09/27/05 | 1938821 | 1206013 | 204.00 |
| 284255 | DELPHI CONNECTION SYSTEMS | 09/27/05 | 09/27/05 | 1938822 | 1206092 | 747.84 |
| 284285 | SPECIALTY ELECTRONICS INC | 09/26/05 | 09/26/05 | 1938852 | 1206053 | 11470.10 |
| 284287 | DELPHI CONNECTION SYSTEMS | 09/27/05 | 09/27/05 | 1938854 | 1205834 | 0.00 |
| 284308 | DELPHI CONNECTION SYSTEMS | 09/28/05 | 09/28/05 | 1938875 | 1206094 | 512.85 |
| 284309 | DELPHI CONNECTION SYSTEMS | 09/28/05 | 09/28/05 | 1938876 | 1205938 | 104.10 |
| 284311 | DELPHI CONNECTION SYSTEMS | 09/28/05 | 09/28/05 | 1938878 | 1206038 | 211.64 |
| 284347 | DELPHI CONNECTION SYSTEMS | 09/28/05 | 09/28/05 | 1938914 | 1206177 | 319.15 |
| 284370 | DELPHI CONNECTION SYSTEMS | 09/29/05 | 09/29/05 | 1938937 | 1206262 | 160.19 |
| 284371 | DELPHI CONNECTION SYSTEMS | 09/29/05 | 09/29/05 | 1938938 | 1206263 | 557.35 |
| 284417 | DELPHI CONNECTION SYSTEMS | 09/29/05 | 09/29/05 | 1938985 | 1206177 | 204.00 |
| 284457 | DELPHI CONNECTION SYSTEMS | 09/30/05 | 09/30/05 | 1939025 | 1206262 | 225.00 |
| 284473 | DELPHI CONNECTION SYSTEMS | 09/30/05 | 09/30/05 | 1939041 | 1206200 | 225.00 |
| 284476 | SPECIALTY ELECTRONICS INC | 09/30/05 | 09/30/05 | 1939044 | 1206309 | 1399.54 |
| 284517 | DELPHI CONNECTION SYSTEMS | 10/03/05 | 10/03/05 | 1939084 | 1206377 | 8857.12 |
| 284518 | DELPHI CONNECTION SYSTEMS | 10/03/05 | 10/03/05 | 1939085 | 1206343 | 104.10 |
| 284560 | DELPHI CONNECTION SYSTEMS | 10/03/05 | 10/03/05 | 1939127 | 1206425 | 204.00 |
| 284583 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939149 | 1206378 | 204.00 |
| 284584 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939150 | 1206341 | 312.30 |
| 284585 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939151 | 1206340 | 257.06 |
| 284586 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939152 | 1206377 | 225.00 |
| 284587 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939153 | 1206373 | 258.75 |
| 284588 | DELPHI CONNECTION SYSTEMS | 10/04/05 | 10/04/05 | 1939154 | 1206342 | 410.55 |
| 284666 | DELPHI CONNECTION SYSTEMS | 10/05/05 | 10/05/05 | 1939232 | 1206474 | 625.15 |
| 284667 | DELPHI CONNECTION SYSTEMS | 10/05/05 | 10/05/05 | 1939233 | 1206340 | 225.00 |
| 284649 | DELPHI CONNECTION SYSTEMS | 10/05/05 | 10/05/05 | 1939234 | 1206401 | 879.55 |
| 284669 | DELPHI CONNECTION SYSTEMS | 10/05/05 | 10/05/05 | 1939235 | 1206378 | 570.50 |
| 284700 | DELPHI CONNECTION SYSTEMS | 10/05/05 | 10/05/05 | 1939267 | 1206425 | 204.00 |
| 284773 | DELPHI CONNECTION SYSTEMS | 10/07/05 | 10/07/05 | 1939339 | 1206589 | 1015.00 |

58 Rows Processed

EXHIBIT  A
PAGE  4

# CERTIFICATE OF SERVICE

I, Nadine Lorenzo, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State. On **November 8, 2005**, I served the following document(s):

## NOTICE OF RECLAMATION DEMAND

on each of the interested parties listed below:

**Counsel for the Debtors**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

**Counsel for the Debtors**
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**Counsel to Creditors' Committee**
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

**United States Trustee**
Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004-2111

by the following means of service:

| | | |
|---|---|---|
| ☒ | **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice, it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. | |
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation. Sean A. O'Keefe, is a member of the bar of this court. | |
| ☒ | **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on **November 8, 2005**, at Newport Beach, California.

/s/ Nadine Lorenzo
**Nadine Lorenzo**

/s/ JAM
Initials