WINTHROP COUCHOT PROFESSIONAL CORPORATION
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660
(949) 720-4100
Marc J. Winthrop – California State Bar No. 63218
Sean A. O'Keefe – California State Bar No. 122417

Attorneys for Metal Surfaces, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481(RDD)<br><br>(Jointly Administered) |

### REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST

**TO: THE CLERK OF THE COURT, COUNSEL TO THE DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, COUNSEL TO THE COMMITTEE OF UNSECURED CREDITORS AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Winthrop Couchot Professional Corporation ("Firm"), on behalf of Metal Surfaces, Inc., hereby requests notice of all matters in the above-captioned Chapter 11 case which matters require notice to creditors and/or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b). The Firm requests that such notice be served as follows:

**IF BY MAIL OR DELIVERY**
Marc J. Winthrop, Esq.
Sean A. O'Keefe, Esq.
Winthrop Couchot Professional Corporation
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

#108627v1

**IF BY TELECOPIER**

(949) 720-4111

**IF BY TELEPHONE**

(949) 720-4100

**IF BY ELECTRONIC TRANSMISSION**

mwinthrop@winthropcouchot.com

sokeefe@winthropcouchot.com

Dated:  Newport Beach, California
     November 7, 2005

          WINTHROP COUCHOT
          PROFESSIONAL CORPORATION

          By: /s/ Sean A. O'Keefe
             Marc J. Winthrop
             Sean A. O'Keefe
          660 Newport Center Drive, 4th Floor
          Newport Beach, California 92660
          (949) 720-4100

          Attorneys for Metal Surfaces, Inc.

# CERTIFICATE OF SERVICE

I, Nadine Lorenzo, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660, in said County and State. On **November 8, 2005**, I served the following document(s):

**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**

on each of the interested parties listed below:

| **Counsel for the Debtors** | **Counsel for the Debtors** |
|---|---|
| John Wm. Butler, Jr., Esq. | Kayalyn A. Marafioti, Esq. |
| John K. Lyons, Esq. | Thomas J. Matz, Esq. |
| Ron E. Meisler, Esq. | Skadden, Arps, Slate, Meagher & Flom LLP |
| Skadden, Arps, Slate, Meagher & Flom LLP | Four Times Square |
| 333 West Wacker Drive, Suite 2100 | New York, NY  10036 |
| Chicago, IL  60606 | |
| **Counsel to Creditors' Committee** | **United States Trustee** |
| Robert J. Rosenberg, Esq. | Deirdre A. Martini |
| Latham & Watkins LLP | U.S. Department of Justice |
| 885 Third Avenue, Suite 1000 | Office of the United States Trustee |
| New York, NY  10022-4834 | 33 Whitehall Street, 21st Floor |
| | New York, NY  10004-2111 |

by the following means of service:

| | |
|---|---|
| ☒ | **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice, it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation. Sean A. O'Keefe, is a member of the bar of this court. |
| ☒ **(STATE)** | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |

Executed on **November 8, 2005**, at Newport Beach, California.

/s/ Nadine Lorenzo
**Nadine Lorenzo**

/s/ JAM
Initials