**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re:                                                        Chapter 11

                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                   Jointly Administered

                                Debtors

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

        UPON the motion of Helen A. Zamboni, Esq. for admission pro hac vice in this

bankruptcy case; it is hereby

        **ORDERED,** that Helen A. Zamboni, Esq. is admitted to practice, ***pro hac vice*** in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.

Dated: November 9, 2005
        New York, New York

                                        _/s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE