## SERVICE LIST

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

| | |
|---|---|
| Carrie M. Caldwell<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, OH 44114 | Larry D. Harvey, Esq.<br>Larry D. Harvey P.C.<br>5290 DTC Parkway<br>Suite 150<br>Englewood, CO 80111<br><br>Counsel for A.G. Machining |
| Hilary Jewett, Esq.<br>Foley & Lardner, LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>Counsel for ABC Technologies, Inc. | Lawrence J. Kotler, Esq.<br>Duane, Morris & Heckscher LLP<br>4200 One Liberty Place<br>Philadelphia, PA 19103<br><br>Counsel for ACE American Insurance Company |
| Jill Mazer-Marino, Esq.<br>Scarcella Rosen & Slome, LLP<br>333 Earle Ovington Boulevard<br>9th Floor<br>Uniondale, NY 11553<br><br>Counsel for American Electric Power Service Corporation | Thomas R. Slome, Esq.<br>Rosen Slome Marder LLP<br>333 Earle Ovington Boulevard<br>Suite 901<br>Uniondale, NY 11553<br><br>Counsel for American Electric Power Service Corporation |
| Alan D. Halperin, Esq.<br>Halperin Battaglia Raicht LLP<br>555 Madison Avenue<br>9th Floor<br>New York, NY 10022<br><br>Counsel for ARC Automotive, Inc. | Robert N. Michaelson, Esq.<br>Kirkpatrick & Lockhart, LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Assemble On America, Inc.;<br>Counsel for Mobile Display Systems; Counsel for Philips Semiconductors, Inc.; Counsel for Philips Optical Storage |

| | |
|---|---|
| Vincent D'Agostino, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br><br>Counsel for AT&T Corp | Kathleen M. Miller, Esq.<br>Smith Katzenstein & Furlow LLP<br>800 Delaware Avenue<br>7th Floor<br>Wilmington, DE 19899<br><br>Counsel for Airgas, Inc. |
| Ronald R. Peterson, Esq.<br>Jenner & Block, LLC<br>One IBM Plaza<br>Chicago, IL 60611-7603<br><br>Counsel for Alcan Rolled Products-Ravenswood, LLC; Counsel for SPX Corporation | Craig Alan Damast, Esq.<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br><br>Counsel for Alpine Electronics of America, Inc. |
| W. Robinson Beard, Esq.<br>Stites & Harbison<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202<br><br>Counsel for Ambrake Corporation | Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>666 Fifth Avenue<br>New York, NY 10103<br><br>Counsel for American President Lines, Ltd. and APL Co. Pte Ltd. |
| Judith Elkin, Esq.<br>Haynes and Boone, LLP<br>153 East 53rd Street<br>Suite 4900<br>New York, NY 10022<br><br>Counsel for Amtek Engineering Limited, et al. | Douglas P. Baumstein, Esq.<br>White & Case<br>1155 Avenue of the Americas<br>New York, NY 10036-8113<br><br>Counsel for Appaloosa Management L.P. |
| J. Michael Debbeler, Esq.<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202<br><br>Counsel for Susan Argo; Counsel for J. Michael Debbeler; Counsel for Graydon Head & Ritchey | Patrick E. Mears, Esq.<br>Barnes & Thornburg LLP<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI 49503<br><br>Counsel for Armada Rubber Manufacturing Company; Counsel for Autocam Corporation; Counsel for Bank of America Leasing & Capital, LLC; ; Counsel for Cascade Die Casting Group, Inc. |

#1026003 v1
999999-00548

| | |
|---|---|
| Deborah M. Buell, Esq.<br>Cleary, Gottlieb, Steen & Hamilton<br>One Liberty Plaza<br>New York, NY 10006<br><br>Counsel for Arneses Electricos Automotrices, S.A. de C.V.; Counsel for Cordaflex, S.A. de C.V. | John T. Gregg, Esq.<br>Barnes & Thornburg, LLP<br>300 Ottawa Avenue, NW<br>Suite 500<br>Grand Rapids, MI 49503<br><br>Counsel for Autocam Corporation; Counsel for Priority Health; |
| Robert L. Eisenbach, III, Esq.<br>Cooley Godward LLP<br>101 California Street<br>5th Floor<br>San Francisco, CA 94111-5800<br><br>Counsel for BEI Technologies, Inc.; Counsel for BEI Sensors & Systems Company; Counsel for OSRAM Opto Semiconductors Inc. | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY 10022<br><br>Counsel for Bank of Lincolnwood |
| Laura L. Torrado, Esq.<br>Bear, Stearns & Co<br>383 Madison Avenue 8th Floor<br>New York, NY 10179<br><br>Counsel for Bear Stearns Investment Products, Inc. | Thomas J. Schank, Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for Blissfield Manufacturing Company |
| Joseph Thomas Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022-4731<br><br>Counsel for Blue Cross and Blue Shield of Michigan | Jean R. Robertson, Esq.<br>McDonald Hopkins Co., LPA<br>600 Superior Avenue, East<br>Suite 2100<br>Cleveland, OH 44114<br><br>Counsel for Brush Engineered Materials |
| Austin L. McMullen, Esq.<br>Boult Cummings Conners & Berry<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37203<br><br>Counsel for Calsonic Harrison Co. Ltd.; Counsel for Calsonic Kansei North America, Inc.Co., Ltd.; Counsel for Calsonic North America, Inc.; | Roger G. Jones, Esq.<br>Boult Cummings Conners Berry, PLC<br>1600 Division Street<br>Suite 700<br>Nashville, TN 37204<br><br>Counsel for Calsonic Kansei North America, Inc. |

| | |
|---|---|
| Diane W. Sanders, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 17428<br>Austin, TX 78760<br><br>Counsel for Cameron County, Brownsville ISD | Robert K. Weiler, Esq.<br>Green & Seifter, PLLC<br>One Lincoln Center<br>Suite 900<br>110 West Fayette Street<br>Syracuse, NY 13202<br><br>Counsel for Carlisle Engineered Products, Inc. |
| Andrea Sheehan, Esq.<br>Law Offices of Robert E. Luna, P.C.<br>4411 North Central Expressway<br>Dallas, TX 75205<br><br>Counsel for Carrollton-Farmers Branch Independent School District | Ira P. Goldberg, Esq.<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068-5738<br><br>Counsel for Century Mold & Tool; Counsel for Scientific Tube, Inc. |
| Scott Cargill, Esq.<br>Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791<br><br>Counsel for Cerberus Capital Management, L.P. | Sandra A. Reimer, Esq.<br>666 Fifth Avenue<br>New York, NY 10103<br><br>Counsel for Rob Charles; Counsel for Susan M. Freeman; Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| James L. Bromley, Esq.<br>Cleary, Gottlieb, Steen & Hamilton, LLP<br>One Liberty Plaza<br>New York, NY 10006<br><br>Counsel for Citigroup, Inc.; Counsel for Lehman Brothers Inc.; Counsel for Merrill Lynch & Co.; Counsel for Morgan Stanley & Co. | Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Coherent, Inc. |
| Elizabeth K. Flaagan, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Suite 4100<br>Denver, CO 80203<br><br>Counsel for ColorsTek, Inc.; Counsel for CoorsTek, Inc.; Counsel for Corus, L.P. | Michael G. Cruse, Esq.<br>Warner Norcross & Judd, LLP<br>2000 Town Center<br>Suite 2700<br>Southfield, MI 48075<br><br>Counsel for Compuware Corporation |

#1026003 v1
999999-00548

| | |
|---|---|
| Maria E. Chavez-Ruark, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD 21209<br><br>Counsel for Constellation NewEnergy - Gas Division, LLC; Counsel for Constellation NewEnergy, Inc. | Timothy W. Walsh, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br><br>Counsel for Constellation NewEnergy, Inc. |
| Alisa Mumola, Esq.<br>Contrarian Capital Management, LLC<br>411 W. Putnam Ave<br>Ste. 225<br>Greenwich, CT 06830<br><br>Counsel for Contrarian Capital Management, LLC | Stephen L. Yonaty, Esq.<br>Hodgson Russ, LLP<br>One M & T Plaza<br>Suite 2000<br>Buffalo, NY 14203<br><br>Counsel for Curtis Screw Company, LLC; Counsel for Jideco of Bardstown, Inc.; Counsel for Metal Cladding, Inc.; Counsel for Outokumpu Copper Nippert, Inc.; Counsel for Unifrax Corporation; Counsel for Voss Manufacturing, Inc. |
| Brian W. Harvey, Esq.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for DK Acquisition Partners LP;<br>Counsel for Latigo Partners | Jay Selanders, Esq.<br>Daniels & Kaplan, P.C.<br>2405 Grand Blvd.<br>Suite 900<br>Kansas City, MO 64108<br><br>Counsel for DaimlerChrysler Motors Company, LLC, DaimlerChrysler Corporation, DaimlerChrysler Canada Inc. |
| Darryl S. Laddin, Esq.<br>Arnall Golden Gregory LLP<br>171 17th Street NW<br>Suite 2100<br>Atlanta, GA 30363-1031<br><br>Counsel for Daishinku (America) Corp. d/b/a KDS America; Counsel for SBC Telecommunications, Inc. | Elizabeth Weller, Esq.<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street<br>Suite 1600<br>Dallas, TX 75201-2691<br><br>Counsel for Dallas County; Counsel for Tarrant County |

| | |
|---|---|
| Jeannette Eisan Hinshaw, Esq.<br>Bose McKinney & Evans, LLP<br>135 N. Pennsylvania Street<br>Suite 2700<br>Indianapolis, IN 46204<br><br>Counsel for Decatur Plastic Products, Inc.;<br>Counsel for Eikenberry & Associates, Inc;<br>Counsel for Hewitt Tool & Die, Inc.; Counsel for L&S Tools, Inc.; Counsel for Lorentson Manufacturing Company Southwest, Inc.;<br>Counsel for Lorentson Manufacturing Co., Inc.; Counsel for Lorentson Tooling, Inc. | Paul A. Rachmuth, Esq.<br>Anderson, Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020<br><br>Counsel for Dell Receivables, L.P. |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285<br><br>Counsel for Delphi Corporation | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br><br>Counsel for Delphi Corporation |
| Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br><br>Counsel for Delphi Corporation | Maria J. DiConza, Esq.<br>Greenberg Traurig LLP<br>Met Life Building<br>200 Park Avenue<br>New York, NY 10166<br><br>Counsel for Duraswitch Industries, Inc. |
| William F. Savino, Esq.<br>Damon & Morey, LLP<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY 14202<br><br>Counsel for Durham Companies, Inc. | William J. Barrett, Esq.<br>Barack Ferrazzano Kirschbaum<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br><br>Counsel for EIS, Inc.; Counsel for Johnson Industries, Inc.; Counsel for Motion Industries, Inc. |

#1026003 v1
999999-00548

| | |
|---|---|
| Michael D. Warner, Esq.<br>Warner, Stevens & Doby, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102<br><br>Counsel for Electronic Data Systems Corp & EDS Information Services, LLC | Robert Usadi, Esq.<br>Cahill Gordon & Reindel<br>80 Pine Street<br>New York, NY 10005<br><br>Counsel for Engelhard Corporation |
| Eric Lopez Schnabel, Esq.<br>Klett Rooney Lieber & Schorling<br>1000 West Street<br>Suite 1410<br>Wilmington, DE 19801<br><br>Counsel for Entergy Mississippi, Inc. | Jacob A. Manheimer, Esq.<br>Pierce Atwood<br>One Monument Square<br>Portland, ME 04101<br><br>Counsel for FCI USA, Inc. |
| Charles J. Filardi, Jr., Esq.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890-1436<br><br>Counsel for FedEx Trade Networks Transport & Brokerage, Inc. | James P. Moloy, Esq.<br>Dann Pecar Newman & Kleiman, P.C.<br>One American Square<br>Suite 2300<br>Box 82008<br>Indianapolis, IN 46282<br><br>Counsel for Filters Unlimited, Inc. |
| Timothy A. Fusco, Jr.<br>Miller, Canfield, Paddock and Stone, PLC<br>150 W. Jefferson<br>Suite 2500<br>Detroit, MI 48226<br><br>Counsel for Fischer Automotive Systems; Counsel for Ford Motor Company; Counsel for Niles USA, Inc.; Counsel for Techcentral, LLC; Counsel for The Bartech Group, Inc. | Jason R. Adams, Esq.<br>Torys, LLP<br>237 Park Avenue<br>New York, NY 10017<br><br>Counsel for FisherCast Global Corporation |

| | |
|---|---|
| Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Counsel for Flextronics International Asia-Pacific Ltd. and Flextronics Technology (M) Sdn. Bhd.; Counsel for Flextronics International USA, Inc.; Counsel for Multek Flexible Circuits, Inc., Sheldahl de Mexico S.A. de C.V., Northfield Acquisition Co. | Scott D. Rosen, Esq.<br>Cohn, Birnbaum & Shea, P.C.<br>100 Pearl Street<br>Hartford, CT 06103<br><br>Counsel for Floyd Manufacturing Co., Inc. |
| Paul M. Rosenblatt, Esq.<br>Kilpatrick Stockton LLP<br>1100 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, GA 30309-4530<br><br>Counsel for IDG USA, LLC | Jennifer L. Adamy, Esq.<br>Shipman & Goodwin, LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919<br><br>Counsel for Fortune Plastics Company of Illinois, Inc.; Counsel for Shipman & Goodwin LLP; Counsel for Universal Metal Hose Co. |
| Ralph E. McDowell, Esq.<br>Bodman LLP<br>Renaissance Center<br>34th Floor<br>Detroit, MI 48234<br><br>Counsel for Freudenberg-NOK, General Partnership | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>New York, NY 10020-1801<br><br>Counsel for Fujikura America, Inc.; Counsel for Murata Electronics North America Inc. |
| Robert Michael Farquhar, Esq.<br>Winstead Sechrest & Minick, P.C.<br>1201 Elm Street<br>Suite 5400<br>Dallas, TX 75270<br><br>Counsel for GCi Technologies | Wendy D. Brewer, Esq.<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Gibbs Die Casting Corporation |

#1026003 v1
999999-00548

| | |
|---|---|
| Michael K. McCrory, Esq.<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Gibbs Die Casting Corporation | Alan M. Koschik, Esq.<br>Brouse McDowell<br>1001 Lakeside Avenue<br>Suite 1600<br>Cleveland, OH 44114<br><br>Counsel for Goodyear Canada Inc.; Counsel for Goodyear Tire & Rubber Company; Counsel for The Goodyear Tire & Rubber Co. |
| Daniel P. Mazo, Esq.<br>Curtin & Heefner, LLP<br>250 N. Pennsylvania Avenue<br>Morrisville, PA 19067<br><br>Counsel for Greer Stop Nut, Inc.; Counsel for NSS Technologies, Inc.; SPS Technologies, LLC; Counsel for SPS Technologies Waterford Company | Andrew Howard Sherman, Esq.<br>Sills Cummis Epstein & Gross P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112<br><br>Counsel for Hewlett-Packard Financial Services Company |
| Stephen H. Gross, Esq.<br>Hodgson Russ LLP<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Floor<br>New York, NY 10019<br><br>Counsel for Hexcel Corporation | Brian D. Spector, Esq.<br>Spector & Ehrenworth, P.C.<br>30 Columbia Turnpike<br>Florham Park, NJ 07932-2261<br><br>Counsel for Hitachi Automotive Products (USA), Inc. |
| Robert J. Sidman, Esq.<br>Vorys, Sater, Seymour and Pease, LLP<br>52 East Gay Street<br>Columbus, OH 43216-1008<br><br>Counsel for Honda of America Mfg, Inc. | Derek F. Meek, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Hyundai Motor Manufacturing Alabama, LLC |

| | |
|---|---|
| Robert B. Rubin, Esq.<br>Burr & Forman LLP<br>420 Twentieth Street North<br>Birmingham, AL 35023<br><br>Counsel for Hyundai Motor Manufacturing Alabama, LLC | Marc P. Solomon, Esq.<br>Burr & Forman LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Hyundai Motor Manufacturing Alabama, LLC |
| Charles P. Schulman, Esq.<br>Sachnoff & Weaver, Ltd.<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL 60606<br><br>Counsel for Infineon Technologies North America Corp | Hanan B. Kolko, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway<br>Suite 501<br>New York, NY 10018<br><br>Counsel for International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Joseph J. Vitale, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY 10036<br><br>Counsel for International Union, UAW | William J. Barrett, Esq.<br>Barack Ferrazzano Kirschbaum<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606<br><br>Counsel for Johnson Industries, Inc; Counsel for Motion Industries, Inc. |
| Susan M. Cook, Esq.<br>Lambert, Leser, Isackson, Cook & Giunta<br>916 Washington Avenue<br>Suite 309<br>Bay City, MI 48708<br><br>Counsel for K C Welding Supply, Inc.;<br>Counsel for Linamar Corporation; Counsel for Linamar Holdings, Inc. | Bryan I. Schwartz, Esq.<br>Levenfeld Pearlstein LLC<br>2 North LaSalle Street<br>Suite 1300<br>Chicago, IL 60602<br><br>Counsel for KL Industries, Inc. |

| | |
|---|---|
| James P. Murphy, Esq.<br>Berry Moorman P.C.<br>535 Griswold<br>Suite 1900<br>Detroit, MI 48226<br><br>Counsel for Kamax L.P. | William M. Hawkins, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154<br><br>Counsel for Kyocera Industrial Ceramics Corp. |
| Gary H. Cunningham, Esq.<br>Strobl Cunningham & Sharp, P.C.<br>300 E. Long Lake Road<br>Suite 200<br>Bloomingfield Hills, MI Suite 200<br><br>Counsel for LTC Roll; Counsel for Specmo Enterprises; Counsel for SPecmo Enterprises, Inc. | Ira M. Levee, Esq.<br>Lowenstein Sandler, P.C.<br>65 Livingston Ave<br>Roseland, NJ 07068<br><br>Counsel for Lead Plaintiff and the Prospective Class |
| James M. Sullivan, Esq.<br>McDermott, Will & Emery<br>50 Rockefeller Center<br>New York, NY 10020<br><br>Counsel for Linear Technology Corporation; Counsel for National Semiconductor Corp. | David S. Barritt, Esq.<br>Chapman and Cutler<br>111 West Monroe Street<br>15th Floor<br>Chicago, IL 60603-4080<br><br>Counsel for Littelfuse, Inc. |
| Geoffrey A. Richards, Esq.<br>200 East Randolph Drive<br>Chicago, IL 60601<br><br>Counsel for Lunt Manufacturing Company | Robert A White, Esq.<br>Murtha Cullina LLP<br>CityPlace I - 185 Asylum Street<br>Hartford, CT 06103<br><br>Counsel for Lydall Thermal/Acoustical Sales Co. LLC |
| Yann Geron, Esq.<br>Fox Rothschild LLP<br>13 East 37th Street<br>Suite 800<br>New York, NY 10016<br><br>Counsel for M&Q Plastic Products, Inc. | Kenneth M. Lewis, Esq.<br>Sanford P. Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017-2803<br><br>Counsel for Magna International, Inc.; Counsel for Omega Tool Corp. |

| | |
|---|---|
| Mark G. Claypool, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1461<br><br>Counsel for Matrix Tool, Inc. | Alan K. Mills, Esq.<br>Barnes & Thornburg, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br><br>Counsel for Mays Chemical Company |
| Michael Leo Hall, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Mercedes-Benz U.S. International, Inc. | Shannon E. Hoff, Esq.<br>Burr & Forman, LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, AL 35203<br><br>Counsel for Mercedes-Benz U.S. International, Inc. |
| Timothy S. McFadden, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603<br><br>Counsel for Methode Electronics, Inc., and its Affiliates | Joseph E. Shickich, Jr., Esq.<br>Riddell Williams P.S.<br>1001 4th Ave Ste 4500<br>Seattle, WA 98154-1065<br><br>Counsel for Microsoft Corporation and Microsoft Licensing, GP |
| Sam O. Simmerman, Esq.<br>Krugliak, Wilkins, Griffiths<br>& Dougherty Co., L.P.A.<br>4775 Munson Street NW<br>Canton, OH 44718<br><br>Counsel for Millwood, Inc. | Steve Kieselstein, Esq.<br>Kieselstein LawFirm, PLLC<br>43 British American Boulevard<br>Latham, NY 12110<br><br>Counsel for NEC Electronics America, Inc. |
| Kenneth A. Reynolds, Esq.<br>Pryor & Mandelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590<br><br>Counsel for National Molding Corp.; Counsel for Security Plastics Division/NMC, LLC | Thomas C. Pavlik, Esq.<br>Novak, Robenalt, Pavlik<br>Skylight Office Tower, Suite 270<br>1660 West Second Street<br>Cleveland, OH 44113<br><br>Counsel for National Paper & Packaging Corp. |

#1026003 v1
999999-00548

| | |
|---|---|
| John S. Mairo, Esq.<br>Porzio Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>Morristown, NJ 07962-1997<br><br>Counsel for Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. | Jeffrey Bernstein, Esq.<br>Carpenter, Bennett & Morrissey<br>Three Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Counsel for New Jersey Self-Insurers Guaranty Association |
| Peter Alan Zisser, Esq.<br>Holland & Knight, LLP<br>195 Broadway<br>New York, NY 10007<br><br>Counsel for New York Power Authority | David E. Lemke, Esq.<br>Waller Lansden Dortch & Davis, PLLC<br>511 Union Street, Suite 2100<br>P.O. Box 198966<br>Nashville, TN 37219-8966<br><br>Counsel for Nissan North America, Inc. |
| Kenneth M. Lewis, Esq.<br>Sanford P. Rosen & Associates, P.C.<br>747 Third Avenue<br>New York, NY 10017-2803<br><br>Counsel for Omega Tool Corp. | Ingrid S. Palermo, Esq.<br>Harter, Secrest & Emery, LLP<br>1600 Bausch & Lomb Place<br>Rochester, NY 14604<br><br>Counsel for P & R Industries, Inc. |
| Gary E. Green, Esq.<br>Fagel Haber, LLC<br>55 East Monroe Street<br>40th Floor<br>Chicago, IL 60603<br><br>Counsel for Penn Aluminum International, Inc. | Lauren Newman, Esq.<br>Fagle Haber, LLC<br>55 East Monroe Street<br>40th Floor<br>Chicago, IL 60603<br><br>Counsel for Penn Aluminum International, Inc. |
| Mark I Bane, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br><br>Counsel for Pension Benefit Guaranty Corporation | Mark R. Somerstein, Esq.<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10178<br><br>Counsel for Pension Benefit Guaranty Corporation |

| | |
|---|---|
| Andrew C. Kassner, Esq.<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br><br>Counsel for Penske Truck Leasing Co., L.P. | Lars H. Fuller, Esq.<br>Rothgerber Johson & Lyons, LLP<br>One Tabor Center<br>Suite 3000<br>1200 Seventeenth Street<br>Denver, CO 80202-5855<br><br>Counsel for Photo Stencil, LLC |
| Alex Pirogovsky, Esq.<br>Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>Chicago, IL 60602<br><br>Counsel for Alex Pirogovsky; Counsel for Gregg E. Szilagyi | Glenn P. Berger, Esq.<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016<br><br>Counsel for Precix |
| Thomas P. Sarb, Esq.<br>Miller Johnson<br>250 Monroe Avenue, NW<br>Suite 800<br>Grand Rapids, MI 49503<br><br>Counsel for Pridgeon & Clay, Inc. | Robert D. Wolford, Esq.<br>Miller, Johnson, Snell & Cummiskey, PLC<br>250 Monroe Avenue, N.W.<br>Suite 800<br>Grand Rapids, MI 49503<br><br>Counsel for Pridgeon & Clay, Inc. |
| Thomas H. Keyse, Esq.<br>1700 Lincoln Street<br>Suite 4000<br>Denver, CO 80203<br><br>Counsel for Primus Metals, Inc. | Kim Martin Lewis, Esq.<br>Dinsmore & Shohl LLP<br>255 East Fifth Street<br>Suite 1900<br>Cincinnati, OH 45202-3172<br><br>Counsel for Proctor & Gamble Company |
| David B. Aaronson, Esq.<br>Drinker Biddle & Reath, LLP<br>One Logan Square<br>18th & Cherry Sts.<br>Philadelphia, PA 19103<br><br>Counsel for Quaker Chemical Corporation | Wallace A. Showman, Esq.<br>1350 Avenue of the Americas<br>29th Floor<br>New York, NY 10019<br><br>Counsel for Rassini, S.A. de C.V.; Counsel for SANLUIS Rassini International, Inc. |

| | |
|---|---|
| Gordon J. Toering, Esq.<br>Warner Norcross & Judd LLP<br>900 Fifth Third Center<br>111 Lyon Street NW<br>Grand Rapids, MI 49503<br><br>Counsel for Robert Bosch Corporation | Elizabeth Abdelmasieh, Esq.<br>Norris McLaughlin & Marcus, P.A.<br>721 Route 202-206<br>Bridgewater, NJ 08807<br><br>Counsel for Rotor Clip Company, Inc. |
| Charles E. Boulbol, Esq.<br>Law Office of Charles E. Boulbol<br>26 Broadway, 17th Floor<br>New York, NY 10004<br><br>Counsel for Russell Reynolds Associates, Inc. | Craig Philip Rieders, Esq.<br>Genovese Joblove & Battista, PA<br>100 SE. Second St., 44th Floor<br>Miami, FL 33131<br><br>Counsel for Ryder Integrated Logistics, Inc. |
| Madison L. Cashman, Esq.<br>Stites & Harbison, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219<br><br>Counsel for SETECH INC. | Robert C. Goodrich, Jr., Esq.<br>Stites & Harbison, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219<br><br>Counsel for SETECH INC. |
| Aaron R. Cahn, Esq.<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, NY 10005<br><br>Counsel for STMicroelectronics, Inc. | Robert Szwajkos, Esq.<br>Curtin & Heefner, LLP<br>250 N. Pennsylvania Avenue<br>Morrisville, PA 19067<br><br>Counsel for SPS Technologies, LLC |
| Timothy W. Brink, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL 60603<br><br>Counsel for Sedgwick Claims Management Services, Inc. | Jonathan P. Guy, Esq.<br>Swidler Berlin LLP<br>3000 K Streen, NW, Suite 300<br>Washington, DC 20007<br><br>Counsel for Sanders Lead Co., Inc.; Counsel for Westwood Associates, Inc. |

| | |
|---|---|
| Dion W. Hayes, Esq.<br>McGuireWoods LLP<br>901 East Cary Street<br>Richmond, VA 23219-4030<br><br>Counsel for Siemens Logistics and Assembly Systems Inc. | Scott R. Goldberg, Esq.<br>Quarles & Brady Streich Lang, LLP<br>One Renaissance Sq.<br>2 N. Central Avenue<br>Phoenix, AZ 85004-2391<br><br>Counsel for Semiconductor Components Industries, LLC |
| Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Solectron Corporation | Jeffry A. Davis, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>401 B Street<br>Suite 1700<br>San Diego, CA 92101<br><br>Counsel for Silicon Laboratories, Inc. |
| Franklin C. Adams, Esq.<br>Best Best & Krieger, LLP<br>3750 University Avenue, #400<br>Suite 400<br>POB 1028<br>Riverside, CA 92501<br><br>Counsel for Solid State Stamping | Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab, Esq.<br>2600 El Camino Real<br>Suite 300<br>Palto Alto, CA 94306<br><br>Counsel for Solectron Corporation |
| Shmuel Vasser, Esq.<br>Edwards &Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Speedline Technologies, Inc. | Bonnie Glantz Fatell, Esq.<br>Blank Rome LLP<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br><br>Counsel for Special Devices, Inc. |
| Mark T. Flewelling, Esq.<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 South Los Robles Avenue<br>Suite 600<br>Pasadena, CA 91101<br><br>Counsel for Stanley Electric Sales of America, Inc. | William Heuer, Esq.<br>Morgan Lewis & Bockius, LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br><br>Counsel for Sumitomo Corporation |

| | |
|---|---|
| Warren R. Graham, Esq.<br>Davidoff & Malito<br>305 Third Avenue<br>34th Floor<br>New York, NY 10158<br><br>Counsel for Tal-Port Industries, LLC | Harold Ritvo, Esq.<br>Harold Ritvo, P.C.<br>One University Plaza<br>Hackensack, NJ 07601<br><br>Counsel for Taurus International Corporation |
| Tracy L. Klestadt, Esq.<br>Klestadt & Winters, LLP<br>292 Madison Avenue<br>17th Floor<br>New York, NY 10017-6314<br><br>Counsel for Textron Fastening Systems, Inc. | Raymond J. Urbanik, Esq.<br>Munsch Hardt Kopf & Harr, P.C.<br>1445 Ross Avenue<br>Suite 4000<br>Dallas, TX 75202<br><br>Counsel for Texas Instruments Incorporated |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br><br>Counsel for The Official Committee of Unsecured Creditors | Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br><br>Counsel for The Official Committee Of Unsecured Creditors |
| Mark A. Shaiken, Esq.<br>Stinson Morrison Hecker, LLP<br>1201 Walnut Street, Suite 2700<br>Kansas City, MO 64106<br><br>Counsel for ThyssenKrupp Stahl Company;<br>Counsel for ThyssenKrupp Waupaca, Inc. | Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br><br>Counsel for The Worthington Steel Company |
| Chester B. Salomon, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022<br><br>Counsel for Tonolli Canada Ltd.; Counsel for VJ Technologies, Inc. and V.J. ElectroniX, Inc; Counsel for Wamco, Inc. | Constantine Pourakis, Esq.<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>New York, NY 10022<br><br>Counsel for Tonolli Canada Ltd.; Counsel for VJ Technologies, Inc. and V.J. ElectroniX, Inc; Counsel for Wamco, Inc. |

| | |
|---|---|
| Stuart A. Krause, Esq.<br>Zeichner Ellman & Krause<br>575 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Toyota Tsusho America, Inc. | Michael G. Insalaco, Esq.<br>Zeichner, Ellman & Krause, LLP<br>575 Lexington Avenue<br>19th Floor<br>New York, NY 10022<br><br>Counsel for Toyota Tsusho America, Inc. |
| Audrey E. Moog, Esq.<br>Hogan & Hartson L.L.P.<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004<br><br>Counsel for Umicore Autocat Canada Corp. | Gerard DiConza, Esq.<br>DiConza Law, P.C.<br>630 Third Avenue<br>New York, NY 10017<br><br>Counsel for Tyz-All Plastics, Inc. |
| Thomas M. Gaa, Esq.<br>Bialson Bergen & Schwab<br>2600 El Camino Real<br>Suite 300<br>Palo Alto, CA 94306<br><br>Counsel for VERITAS Software Corporation | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein<br>1350 Broadway, Suite 501<br>New York, NY 10018<br><br>Counsel for United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| W. Robinson Beard, Esq.<br>Stites & Harbison<br>400 W. Market Street<br>Suite 1800<br>Louisville, KY 40202<br><br>Counsel for WAKO Electronics (USA), Inc. | Jeffrey M. Levinson, Esq.<br>Margulies & Levinson, LLP<br>30100 Chagrin Blvd.<br>Suite 250<br>Pepper Pike, OH 44124<br><br>Counsel for Venture Plastics, Inc. |
| Edward M. Fox, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham<br>599 Lexington Avenue<br>New York, NY 10022<br><br>Counsel for Wilmington Trust Company | Brian F. Moore, Esq.<br>McCarter & English, LLP<br>245 Park Avenue<br>New York, NY 10167<br><br>Counsel for Ward Products, LLC |

| | |
|---|---|
| Richard L. Ferrell, Esq.<br>Taft, Stettinius & Hollister, LLP<br>425 Walnut Street<br>1800 Firstar Tower<br>Cincinnati, OH 45202<br><br>Counsel for Wren Industries, Inc. | Tiffany Strelow Cobb, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street<br>P.O. Box 1008<br>Columbus, OH 43215<br><br>Counsel for Worthington Steel of Michigan, Inc. |
| John J. Hunter, Jr., Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for ZFGroup North American Operations, Inc. | Scott A. Golden, Esq.<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022<br><br>Counsel for XM Satellite Radio Inc. |
| Thomas J. Schank, Esq.<br>Hunter & Schank Co. LPA<br>1700 Canton Avenue<br>Toledo, OH 43624<br><br>Counsel for ZFGroup North American Operations, Inc. | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br><br>Counsel for U.S. Trustee |