**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                                            Chapter 11

                                                                                                       Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                              Jointly Administered

                                    Debtors

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Andrew S. Nicoll, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Andrew S. Nicoll, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
         New York, New York

                                                                              /s/Robert D. Drain
                                                                              UNITED STATES BANKRUPTCY JUDGE