**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                    )
In re                               )   Chapter 11
                                    )
DELPHI CORPORATION, *et al.,*       )   Case No. 05-44481
                                    )   Hon. Robert D. Drain
Debtors.                            )
_____)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David S. Lefere, a member in good standing of the bar in the State of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Eclipse Tool and Die, Inc., a lien holder in the above referenced case.

My address is:    David S. Lefere
                  Bolhouse, Vander Hulst, Risko & Baar P.C.,
                  3996 Chicago Drive SW
                  Grandville, MI 49418

My e-mail address is: davidl@bolhouselaw.com

My telephone number is: (616) 531-7711

I agree to pay the fee of $25 upon approval of this Court admitting me to practice ***pro hac vice***.

Date: November 9, 2005          By: /s/ David S. Lefere
                                    David S. Lefere (P61790)

## ORDER

**ORDERED,**

That David S. Lefere, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

New York, New York            _____
                              HONORABLE ROBERT D. DRAIN
                              UNITED STATES BANKRUPTCY JUDGE