**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                    Debtors

-------------------------------------------------------------x

### *Errata Order*

  This errata order is to correct the clerical error of the name of Sharon L. Levine, Esq. on

the order of admission to practice, pro hac vice dated November 9, 2005.


Dated: November 9, 2005
   New York, New York


      _/s/Robert D. Drain_____
      UNITED STATES BANKRUPTCY JUDGE