10/14/2005 17:07 FAX 9374558133 Delphi E&C Ket 002

Automotive Systems

# PURCHASE ORDER: DCM94192

PAGE 1

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

TO: VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | |
|---|---|
| 08/03/04 | PHONE: 937-455-7544 P BLASER |
| ALTERATION ISSUE DATE | 9J Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP COL | | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DAVE DESIMONE | | | | | |
| | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P. O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL PATRICIA BLASER, PH: 937-455-7544 FAX: 937-455-9133 | | | | | |
| | | | TOOLING LOCATION: MTI 555 PLATT RD MILAN MI 48160 USA WASHTENAW COUNTY | | | | | |
| 00001 | 1 | PR678682 001 | T22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING REV LEVEL R4021B WHO ORDERED: JOHN ANGI | 08/03/04 | C 0.00% | 125000.0000 | | |

050944-000001

☐ Sales ☑ Shop Order ☐ Service
SO Number 1401
Verified By: SD Date: 8/17/04
Distribution: File, Finance, Sales, ☑ Prod. Control, Eng., Mat. Mgmt.

PG 2/2

A003622 USER JANE T WILLIAMS

CONTINUE PAGE 2

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

# PURCHASE ORDER: DCM94192

PAGE 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 17-808-0560

TO: METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | 08/03/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-754
P BLASER
9J Buyer
PURCHASING AGENT

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP COL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER. | | | |
| | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | |
| | | | ----------- RIGHT TO AUDIT----------------- FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE | 050944-000002 | | |

Pg 3/12

A003622 USER JANE T WILLIAMS

CONTINUE PAGE 3

10/14/2005 17:09 FAX 9374559133 Delphi E&C Ket 004

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

SHIP TO: SEE BELOW
US

# PURCHASE ORDER: DCM94192

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO:
VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-7544 |
|---|---|
| 08/03/04 | P BLASER |
| ALTERATION ISSUE DATE | 9J — Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B.: SP COL — DESTINATION UNLESS OTHERWISE INDICATED
SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|
| | | | ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | |

THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2), OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS.

----------- RIGHT TO AUDIT-----------------

FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER.

PG 4/12

050944-000003

A003622 USER JANE T WILLIAMS

CONTINUE PAGE 4

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

# PURCHASE ORDER: DCM94192

PAGE: 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 17-808-0560
TO: METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Goverment Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-7540 |
|---|---|
| 08/03/04 | P BLASER |
| ALTERATION ISSUE DATE | 9J Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP COL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | PPAP SAMPLE SUBMISSION INSTRUCTIONS: THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS. SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP SHOULD BE SENT TO: DELPHI ENERGY & CHASSIS SYSTEMS SALTILLO OPERATONS | | | |
| | | | BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA, RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES, PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT. SELLER WILL MAINTAIN AND PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION, BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES, WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT, TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT. SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS TO ITS FACILITIES AND OTHERWISE COOPERATE AND FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER. | 050944-000004 | | |

PG 5/12

A003622 USER JANE T WILLIAMS

CONTINUE PAGE 5

Automotive Systems

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401 US

SHIP TO: SEE BELOW
US

# PURCHASE ORDER: DCM94192

PAGE 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

TO: VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

INVOICE TO: NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE | PHONE: 937-455-7544 |
|---|---|
| 08/03/04 | P BLASER |
| ALTERATION ISSUE DATE | 9J Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA |
|---|---|---|
| NET 2ND DAY OF 2ND MONTH | SP COL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION / RFQ NUMBER / DATE REQUIRED / TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|
| | | | *********ATTENTION ALL SUPPLIERS********** | | | |

*********ATTENTION ALL SUPPLIERS**********
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS.

TOOLING OWNERSHIP

SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR MOLDS USED BY SELLER IN PRODUCING PARTS COVERED HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED. THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING, DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT FOR ANY REASON WHATSOEVER.

TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY.

PPAP DELIVERY DUE DATE: 12/13/04

PG 6/12

050944-000005

A003622 USER JANE T WILLIAMS

LAST PAGE

SMDL03 11/98




905 Woodland Drive East
Saline Michigan, 48176

METALFORMING TECHNOLOGIES, INC.

# SHIPPER

SHIPPER NO.: **6130**
P.M. Gary Klatt
DATE: 5/6/05

SHIP TO
Delphi Energy & Chassis Systems
Metrology Lab, Dock 11
Woodman Drive Gate # 4
Kettering, OH 45420
Attn: Mike Bruggeman

SOLD TO

CARRIER: UPS Overnight

F.O.B.: Delphi

| SUPPLIER CODE | CUSTOMER NO. | TERMS | We hereby certify that these goods were produced in compliance with all applicable requirements of section 6,7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 1 | PAGE |
|---|---|---|---|---|
| | S. O. 1401 | | | |

| QUANTITY | DESCRIPTION |
|---|---|
| 6 Pieces | Pt. # 22209497 Seat-Spring, Lower PPAP Samples |
| 1 | PPAP Paperwork |
| | Ref. Delphi P. O. DCM94192 |

050944-000006

| TOTAL PKG. SHIPPED | |
|---|---|
| PALLETS | CARTONS |
| | |

PG 7/12

FILE COPY




# SUPPLIER NOTIFICATION OF PART/MATERIAL STATUS

Date: **June 2, 2005** Received from: **Metalforming Technology**

Part/Material Status: New Item: ☒ Current Item: ☐

Duns Code: **178080560** Date PPAP Received: **May 9, 2005; Updates June 2, 2005**

Product Line : **Dampers Modules** Product Type: Stamping

Description of Part/Material: **Lower Spring Seat**

Chg. Level : **000** Change Notice # : **R4543B** Rev. Date: **April 14, 2005** Samples: **6**

Purchase Order Number: **DCM94192** Spec. Number : ______ Spec. Date : ______

Attention: Robert Clark

The following Part / Material Status is assigned, as of the date noted above; and is in accordance with QS9000, GM9000, and the AIAG 'Production Part Approval Process' (PPAP). This denotes the approval status only. Authorization to ship product must be received from the using Delphi-E & C plant.

☒ FULL PRODUCTION APPROVAL ACCEPTANCE LEVEL: 1 ☐ 2 ☐ 3 ☒ 4 ☐ 5 ☐

INTERIM PRODUCT APPROVAL A ☐ B ☐ C ☐ D ☐ E ☐ TIME LIMIT: ______ Pieces / Units or count applicable: ______

☐ REJECTED PPAP RE-SUBMISSION DATE:

☐ **"CHANGE ALERT" Label Required** to be attached to the first shipment to each using plant (i.e. all containers) of changed parts or material. (See attached.)

REMARKS:
Continue to update the SIF through Early Production Containment. This will need to be submitted when you request to exit containment.

DELPHI-E & C ADVANCED QUALITY ENGINEER: Aundreya Hayes **, (937)455-7029**

For internal copies only:

| | |
|---|---|
| Product Buyer: | **Carol Holley / Linda Penrod** |
| Plt. Q.C. Mgr: | **Gerry Browning** |
| Plant S.Q.E.: | **Vern George** |
| Plant Q.E. | **Sarah Fitzgerald** |
| P.C.& L.: | **Marhsa Hipsher** |
| Plt. Chg. Ldr.: | **Mike Clawson** |
| Other: | **John Angi** |
| Plant PPAP Files | **Original copy of PPAP Package will reside in Manufacturing Plant PPAP Files** |

050944-000007

Attach copy of approved Part Submission Warrant when providing to Supplier.

P6 8/12

~~2000 Forrer Blvd.~~
Kettering, OH 45420

Revised: 17AU04

DaimlerChrysler Ford General Motors

# PART SUBMISSION WARRANT

Part Name SEAT - SPRING, LOWER Part Number 22209497

Safety and/or Government Regulation ☐ Yes ☑ No Engineering Drawing Change Level TIN #R4543B-000 Dated 04/14/2005

Additional Engineering Changes ________ Dated ________

Shown on Drawing No. 22209497 Purchase Order No. DCM94192 Weight 0.3402 kg

Checking Aid No. CMM Engineering Change Level N/A Dated ________

**SUPPLIER MANUFACTURING INFORMATION**

MTI - Milan 178080560
Supplier Name Supplier Code

555 Platt Rd.
Street Address

Milan Michigan 48160
City/State/Postal Code

**SUBMISSION INFORMATION**

☐ Dimensional ☐ Materials/Functional ☐ Appearance

Customer Name/Division DELPHI

Buyer/Buyer Code P. BLASER

Application GMT-900

NOTE: Does this part contain any restricted or reportable substances. ☐ Yes ☑ No

Are plastic parts identified with appropriate ISO marking codes. ☐ Yes ☑ No

**REASON FOR SUBMISSION**

☑ Initial Submission
☐ Engineering Change (s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling Inactive > than 1 year
☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts Produced at Additional Location
☐ Other - please specify

**REQUESTED SUBMISSION LEVEL (Check one)**

☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.

☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.

☑ Level 3 - Warrant with product samples and complete supporting data submitted to customer.

☐ Level 4 - Warrant and other requirements as defined by customer.

☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**

The Results for ☑ dimensional measurements ☑ material and functional tests ☐ appearance criteria ☐ statistical process package

These results meet all drawing and specification requirements: ☑ Yes ☐ No (If "No" - Explanation Required).

Mold / Cavity / Production Process PROGRESSIVE DIE, PAINT

**DECLARATION**

I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of 9,600 pieces / 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS: ________

Print Name Robert Clark Title Quality Engineer Phone No. (734) 429-6196 FAX No. (734) 944-0523

Supplier Authorized Signature *Robert Clark G. K.* Date 05/04/2005

**FOR CUSTOMER USE ONLY (IF APPLICABLE)**

Part Warrant Disposition: ☐ Approved ☐ Rejected ☐ Other

Part Functional Approval: ☐ Approved ☐ Waived

050944-000008

Customer Name ________ Customer Signature ________ Date ________

July 1999 CFG-1001

The original copy of this document shall remain at the suppliers location while the part is active (see Glossary)

Pg 9/12

Optional customer tracking number: #

Reference No.: 5-027

MTI

Date: June 2, 2005

Issued By: R. CLARK

# NOTICE OF PRODUCTION APPROVAL

☐ Flint ☑ Milan ☐ Lexington ☐ Saline ☐ Toronto
(Please indicate using plant)

| | | | |
|---|---|---|---|
| Customer: | DELPHI - LOC TENNESSEE | Approval Date: | 06/02/2005 |
| Part Number: | 22209497 | Internal Part Number: | MIDEF9497 |
| Previous Part Number: | N/A | Engineering Release Number: | TIN #R4543-B-000 |
| SO Number: | 1401 | Drawing Release Number: | 1 |
| Job Number: | F780 | Blueprint Date: | 04/14/2005 |

☑ Initial Submission
☐ Engineering Change (s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling Inactive > than 1 year
☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts Produced at Additional Location
☐ Other:

☑ Full Approval ☐ Interim Approval Interim Approval End Date: ______

☑ Single Stamping
☐ Two Out Stampings
☐ Secondary Operation
☐ Assembly Operation

OUTSIDE PROCESS(ES): ☑ YES ☐ NO
TYPE: E-COAT per GM9984120 TYPE IV
SUPPLIER: MIDWEST PRODUCTS INC.

COMPONENT(S): ☐ YES ☑ NO
TYPE:
SUPPLIER:

## ENGINEERING DRAWING CHARACTERISTICS ADDED/CHANGED

## CUSTOMER SPECIFIC REQUIREMENTS

☐ Ford Functional Approval Date Rec'd: ______

## COMMENTS

## DISTRIBUTION

PRODUCTION CONTROL MANAGER: LARRY ROBISON
QUALITY ASSURANCE MANAGER: DON TURNEY
PROJECT ENGINEER ASSISTANT: SANDY DEVINE
SALES REPRESENTATIVE: RICHARD SULKOWSKI
MANUFACTURING MANAGER: TOM VANN
PROJECT ENGINEER: GARY KLATT
ENGINEERING MANAGER: TOM FASL
SHIPPING SUPERVISOR: MELISSA CEBINA
TOOL ROOM SUPERVISOR: BRETT JAHNS
DIRECTOR OF MATERIAL MANAGER: GREG NOWAK

NOTE: ENGINEERING DRAWING IS DISTRIBUTED TO PLANT CONTROL ZONES.
OBSOLETE ALL PREVIOUS LEVEL DOCUMENTS IMMEDIATELY.

PG 10/12

050944-000009

INVOICE

MTI

METALFORMING TECHNOLOGIES, INC.
555 PLATT RD. - MILAN, MI 48160

CRESCIVE - MILAN

003755
MAY 12, 2005

SHIP TO
DELPHI CHASSIS SYSTEMS
WISCONSIN BLVD PLANT
1420 WISCONSIN BLVD
DAYTON OH45401

PLEASE MAIL ALL PAYMENTS TO:
DEPT. 77755
CRESCIVE INC.
P.O. BOX 77000
DETROIT, MI 48277-0755
BILLING QUESTIONS? (734)429-9451

SOLD TO
C01258-41001
DELPHI CHASSIS SYSTEMS
NAO DISBURSEMENT
MCD HEADQTRS, BLDG 480-210-201
WARREN MI 48090

CARRIER:

F.O.B.:

| SUPPLIER CODE | TERMS | SALESMAN | We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. | PAGE |
|---|---|---|---|---|
| 178080540 | 2ND DAY 2ND MO | 00001 | | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | P/N 22209497 TOOL | 125000.00 | 125000.00 |
| | POH DCM94192<br>P/N 22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING<br>REFERENCE SHIPPER NO. 6130 | | |
| | SUB TOTAL | | 125000.00 |

Please pay this invoice; these parts have been fully PPAP'd approved on 6/2/05.

[signature] 7/18/05.

please pay from this date. [signature] 7/18/05.

US CURRENCY COR TOTAL 125000.00

PG 11/12

REVISION 1 8-16-00 COPY #1

050944-000010

**Penrod, Linda M**

**From:** Trappe, Marilyn
**Sent:** Wednesday, October 05, 2005 10:26 AM
**To:** Penrod, Linda M
**Subject:** DACOR screen print of payment for


```
TROY HIS - EXTRA! for Windows 95/NT
File Edit View Tools Session Options Help

DACI0112                    DACOR PO STATUS INQUIRY                10/05/05
                                                                   10:23:56
----P.O.----    C/H  SHIP DT          DACOR P.O.
DCM 94192        C

S  SHIP DT   -REMIT VEND- -------DOCUMENT-------  DOC DT  DUE/CHK DT  CHECK NUM
     PROC NUM        BOL        INVOICE NUM        DOC TOT AMT     CUR    STAT
   07/18/05  RD 005377189 H2 02 057639750001     05/12/05 07/25/05 EB 000660832
   9000030996934  D03755                              125,000.00  USD     PA4

02: DOC INQ         PF03:           04: VEND NAME    PF05: VEND INQ     PSWD
PF06: VEND STAT     07: CHECK INQ   08: DOC SELECT   09:
CC-BOTTOM OF DATA REACHED
                    :00.3                                              04/02
Connected to host usmity-ap11 [144.250.146.150]                    NUM
Start  Inbox  Finan...  TR...  SAP  Displ...  EDS                       10:24
```

PA4 = PAID

050944-000011

PG 12/12

10/5/2005



Document Search - Microsoft Internet Explorer provided by Delphi Automotive Systems

File Edit View Favorites Tools Help

Back Forward Stop Refresh Home Search Favorites History Mail

Address https://www.e-dacor.com/servlet/DocReport Go Links

FSS Disbursement Services my DACOR

## E-DACOR DOCUMENT SEARCH RESULTS

**Search Results For Duns Number: RD 005377189**

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9000030996934 | H2 | 02 | 057639750001 | 05/12/2005 | $125,000.00 | USD | D03755 | DCM94192 | PAID | 07/25/2005 | 000660832 |
| | 0005016176402 | FV | 04 | ADMCR53808 | 06/14/2005 | ( $960.00) | USD | 53808 | PEDP4120069 | PAID | 07/25/2005 | 000660832 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

050944-000012

Internet

Start Document Search ... Inbox - Microsoft Outlook Untitled - Message (HT... 9:02 AM


Document Search-Part Level Details - Microsoft Internet Explorer provided by Delphi Automotive Systems

File Edit View Favorites Tools Help

Back Forward Stop Refresh Home Search Favorites History Mail

Address https://www.e-dacor.com/servlet/PartReport Go Links

FSS Disbursement Services — my DACOR

## E-DACOR SEARCH RESULTS-Part Level Detail

### Search Results For Document Number: 9000030996934

back

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR678682001 | T22209497 LOWER SPRING SEAT | 1.000 | LOT | $125000.00 | USD | DCM94192 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

050944-000013

Internet

Start | Docume... | Inbox - Mic... | Untitled - ... | Inbox - Mic... | Untitled - ... | 9:03 AM

```
DACI0501                 DACOR VENDOR INQUIRY                          10/19/05
                                                                       08:37:43
----VEND----   ACTV  -REMIT VEND-   PAY/RCPT --REPLD BY--     -- VEND CTGY (07) --
RD 005377189    Y    RD 005377189      N                      OS EF
  NAME: METALFORMING TECHNOLOGIES   EFT    C NAME: METALFORMING TECHNOLOGIES   EFT
R       INC                                O       INC
E ADDR: ATTN JEFF WILEY                    R ADDR: PO BOX 70
M       3271 FIVE POINTS SUITE 102         R       RMT CHG PER LETTER 6/14/04
I CITY: AUBURN HILLS         ST: MI        E CITY: SALINE                   ST: MI
T ZIP: 48326     CTRY: US    SORT:  1      S ZIP: 48176     CTRY: US    SORT:  1
  ENTITY CODE:
                                       VEND TYPE  ALLD CISCO  BANK  DESK  FLOAT
                                          OS                   EB    60      0
O/S                                    -------TERMS-------
                                       DISC %   DISC   NET    EFT   FED TAX ID
                                        0.0000                 Y
TAX1 TAX1 ID NUMBER        TAX2  TAX2 ID NUMBER       LCC  CUR  M/C  RBV APL
                                                           USD   Y   P8292101
MAIL-CK  W/H-PMT  L/APPR  LST PD DT   UPDT     AUD APL  LST RMIT  LST CORR ADDR
    Y       N             10/05/05  06/14/04   PZM61P   DZZWQ9      DZZWQ9
PF02: DOC INQ      03: VEND NAME    04: PO STAT INQ  05:                PSWD
PF06: VEND STAT    07:              08: VEND TIE     09: VEND CUR INQ
AA-INQUIRY COMPLETE
```

050944-000014