EXHIBIT 5

