**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
In re                                         )    Chapter 11
                                              )
DELPHI CORPORATION, *et al.,*                 )    Case No. 05-44481
                                              )    Hon. Robert D. Drain
Debtors.                                      )
_____   )

**ORDER GRANTING AUTOMATIC STAY TO ALLOW ECLIPSE TOOL & DIE, INC.TO ENFORCE ITS LIEN ON PART NUMBER 22209497 OWNED BY DELPHI AND FABRICATED, REPAIRED,AND/OR MODIFIED BY ECLIPSE TOOL AND DIE INC.**

Upon the Motion of Eclipse Tool & Die, Inc., seeking relief from the automatic stay provisions of the Federal Bankruptcy Court and granting such further relief as is just and proper; and upon consideration of the motion and all pleadings related thereto; and it appearing that the relief requested in the motion is in the best interest of the debtors, their estate, and their creditors; and notice of the motion is good and sufficient and it appearing that no further notice of the relief requested in this motion is required; and after due deliberation, and sufficient cause appearing thereor; it is hereby

ORDERED, that relief requested in Eclipse Tool & Die, Inc.'s Motion for Relief from Automatic Stay is hereby granted;

ORDERED, that Eclipse Tool & Die, Inc. is granted relief from the automatic stay provisions of the Federal Bankruptcy Court so as to allow Eclipse Tool & Die, Inc. to enforce its lien on Part Number 22209497 fabricated, repaired, and/or modified for Metalforming Technologies, Inc., and owned by Delphi Corporation, as listed in Exhibits A and B of Eclipse Tool & Die, Inc.'s motion;

2

      ORDERED, that Delphi Corporation, their estate, and any future trustee is prohibited from leasing or selling Part Number 22209497 fabricated, repaired, and/or modified by Eclipse Tool & Die, Inc., in the absence of adequate protection for Eclipse Tool & Die, Inc.'s lien.

      IT IS SO ORDERED.

Dated: _____

                                              Hon. Robert D. Drain
                                              United State Bankruptcy Court Judge

Attest: A True Copy

_____
Deputy County Clerk

2