**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                  Chapter 11

                                                                        Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                             Jointly Administered

                        Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of J. Brian McTigue, Esq. for admission pro hac vice in this

bankruptcy case; it is hereby

**ORDERED,** that J. Brian McTigue, Esq. is admitted to practice, ***pro hac vice*** in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.

Dated: November 9, 2005
          New York, New York

                                                _/s/Robert D. Drain_____
                                                UNITED STATES BANKRUPTCY JUDGE