**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors | |

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Patrick M. Costello, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Patrick M. Costello, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
New York, New York

/s/Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE