**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re                                       )         Chapter 11
                                            )
DELPHI CORPORATION, *et al.,*               )         Case No. 05-44481
                                            )         Hon. Robert D. Drain
Debtors.                                    )
_____)

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE TAKE NOTICE THAT, pursuant to Bankruptcy Rule 9010(b), the undersigned is appearing on behalf of Eclipse Tool and Die, Inc., a creditor of the Debtor and a party in interest in this case.

Date: November 9, 2005             Respectfully submitted,

                                    /s/ David S. Lefere
                                    David S. Lefere (P61790)
                                    Bolhouse, Vander Hulst, Risko & Baar P.C.
                                    3996 Chicago Drive SW
                                    Grandville, MI 49418
                                    davidl@bolhouselaw.com
                                    616-531-7711
                                    Fax 616-531-7757
                                    Attorneys for Eclipse Tool and Die, Inc.