**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                              Chapter 11

                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                        Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Joel D. Applebaum, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Joel D. Applebaum, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                                    _/s/Robert D. Drain_____
                                                    UNITED STATES BANKRUPTCY JUDGE