**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                                                      Chapter 11

                                                                            Case No. 05-44481(RDD)

DELPHI CORPORATION,  et al.,                                Jointly Administered

                                   Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

    UPON the motion of Leon R. Russell, Esq. for admission pro hac vice in this

bankruptcy case; it is hereby

    **ORDERED,** that Leon R. Russell, Esq. is admitted to practice, *pro hac vice* in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.

Dated: November 9, 2005
        New York, New York

                                                      _/s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE