IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, | ) | Case No. 05-44481-RDD |
| | ) | |
| Debtor. | ) | Judge Drain |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Barbara Ellis-Monro and the law firm of Smith, Gambrell & Russell, LLP, hereby enters her appearance as counsel on behalf of Southwire Company ("Southwire"), in the above-styled case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). Southwire hereby puts all parties in interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Barbara Ellis-Monro, Esq.
Smith, Gambrell & Russell, LLP
Suite 3100, 1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: 404-815-3500
Email: bellis-monro@sgrlaw.com

Dated: November 9, 2005.

SMITH, GAMBRELL & RUSSELL, LLP

By: */s/Barbara Ellis-Monro*
    Barbara Ellis Monro (BM8615)

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500

Attorneys for Southwire Company

2                                                                    CORP\1135834.1

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of Notice of Appearance and Request for Notices by placing a copy of same in the United States Mail with adequate postage affixed thereon to insure delivery to the following:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 3100
New York, NY 10004

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

This 9th day of November, 2005.

                SMITH, GAMBRELL & RUSSELL, LLP

                By: */s/Barbara Ellis-Monro*
                  Barbara Ellis Monro (BM8615)

Suite 3100, Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592
Telephone: 404-815-3500

Attorneys for Southwire Company