**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                Chapter 11

                                                                      Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                          Jointly Administered

                  Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David S. Lefere, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David S. Lefere, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                                      /s/Robert D. Drain_____
                                                   UNITED STATES BANKRUPTCY JUDGE