**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                    Chapter 11

                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                        Debtors

------------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of John S. Brannon, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that John S. Brannon, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                         /s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE