**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                         Debtors

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Thomas P. Sarb, Esq. for admission pro hac vice in this

bankruptcy case; it is hereby

**ORDERED,** that Thomas P. Sarb, Esq. is admitted to practice, ***pro hac vice*** in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.

Dated: November 9, 2005
        New York, New York

                              _/s/Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE