UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**VERIFIED STATEMENT UNDER
FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019
OF COOLEY GODWARD LLP**

Pursuant to Federal Rule of Bankruptcy Procedure 2019, Cooley Godward LLP ("Cooley") submits this verified statement and represents as follows:

1. Cooley Godward LLP currently represents the following creditors and parties-in-interest in the above-styled cases:

    (a) BEI Technologies, Inc. and BEI Sensors & Systems Company (collectively, "BEI"), 2700 Systron Drive, Concord, California 94518-1399; and

    (b) OSRAM Opto Semiconductors Inc. ("OSRAM"), 3870 North First Street, San Jose, California 95134.

2. BEI is a supplier to one or more of the Debtors, is a creditor and reclamation claimant, and may hold setoff rights. The amount of BEI's claim is being determined.

3. OSRAM is a supplier to one or more of the Debtors, is a creditor and reclamation claimant, and may hold setoff rights. The amount of OSRAM's claim is being determined.

4. Cooley is representing each of the listed parties-in-interest individually in the Debtors' cases; the clients do not compromise a committee.

5. Cooley has no written contracts with the entities described in paragraph 1, other than ordinary retainer/engagement letters.

6. Upon information and belief formed after due inquiry, as of the date hereof, Cooley does not hold any claims against, or equity interests in, the Debtors.

7. Cooley hereby expressly reserves the right to supplement and/or amend this statement in any respect.

After due inquiry, I verify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: November 9, 2005                           COOLEY GODWARD LLP

    /s/  Robert L. Eisenbach III
Robert L. Eisenbach III (CA State Bar #124896)
Gregg S. Kleiner (CA State Bar #141311)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone: (415) 693-2000
Facsimile:  (415) 693-2222
Email:  reisenbach@cooley.com

Attorneys for Creditors
BEI Technologies, Inc.,
BEI Sensors & Systems Company, and
OSRAM Opto Semiconductors Inc.

971911 v1/SF

## PROOF OF SERVICE

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On November 9, 2005, I served the foregoing document(s) described as:

**VERIFIED STATEMENT UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019 OF COOLEY GODWARD LLP**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list:

| Counsel for the Debtors | Counsel to Creditors' Committee |
|---|---|
| John Wm. Butler Jr., Partner<br>John K. Lyons, Partner<br>Ron E. Meisler, Associate<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Robert J. Rosenberg, Partner<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 |
| **Counsel for the Debtors**<br>Kayalyn A. Marafioti, Partner<br>Thomas J. Matz, Counsel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | **United States Trustee**<br>Deirdre A. Martini<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 |

  XX   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 9, 2005 at San Francisco, California.

/s/  Kris Tsao Cachia
Kris Tsao Cachia