Judy B. Calton
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

Attorneys for DBM Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re                                                  :        Chapter 11
:
**DELPHI CORPORATION et al.,**             :        Case No. 05-44481 (RDD)
:
Debtors.                        :        (Jointly Administered)
:
------------------------------------------------------------x

### MOTION UNDER LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE* OF JUDY B. CALTON

I, Judy B. Calton, a member in good standing of the bar in the State of Michigan and of the bar of the United States District Court for the Eastern District of Michigan, request admission ***pro hac vice***, before the Honorable Robert D. Drain, to represent DBM Technologies, LLC and/or other creditors in the above-referenced case.

My address is Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward, Detroit, MI 48226; my email is jcalton@honigman.com; and my telephone number is (313) 465-7344.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice.***

          Respectfully submitted,

          HONIGMAN MILLER SCHWARTZ AND COHN LLP


          By:  /s/ Judy B. Calton   _____
              Judy B. Calton (P38733)
          2290 First National Building
          660 Woodward Avenue
          Detroit, MI 48226-3506
          (313) 465-7344
          e-mail:  jcalton@honigman.com

Dated:  November 9, 2005

## **CERTIFICATE**

The undersigned certifies that she is eligible for admission to the Court, is admitted to practice, and is in good standing in the jurisdictions set forth in the Motion, submits to the disciplinary jurisdiction of the court for any alleged misconduct that arises in the course of these chapter 11 cases pursuant to Local Bankruptcy Rules for the Southern District of New York, and has acquired or has access to a copy of such rules and is generally familiar with such rules.

Dated:  Detroit, Michigan
        November 9, 2005

/s/ Judy B. Calton
Judy B. Calton

# **ORDER**

ORDERED that Judy B. Calton, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced case in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: _____

_____
Honorable Robert D. Drain
United States Bankruptcy Judge

DETROIT.2005180.1