HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail: jcalton@honigman.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
         In re                                                :    Chapter 11
                                                              :
**DELPHI CORPORATION et al.,**                                :    Case No. 05-44481 (RDD)
                                                              :
         Debtors.                                             :    (Jointly Administered)
-------------------------------------------------------------x

## PROOF OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1.   Documents Served:    Motion Under Local Bankruptcy Rule 2090-1(b) for Admission
                          *Pro Hac Vice* of Judy B. Calton

2.   Served Upon:         See attached Service List

3.   Method of Service:   First Class Mail

4.   Date Served:         November 9, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.

                                    By:___/s/Pairlee Sims_____
                                         Pairlee Sims
                                         Assistant to Judy B. Calton
                                         Honigman, Miller, Schwartz and Cohn LLP
                                         2290 First National Building
                                         Detroit, Michigan 48226

DETROIT.2003112.1

John William Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Deirdre A Martini, Esq.
Office of the U.S. Trustee
33 Whitehall St., Suite 2100
New York, NY 10044

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
Ney York, NY 10022-4802

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
Ney York, NY 10022-4802