**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 05-44481(RDD) |
| DELPHI CORPORATION, et al., | Jointly Administered |
| Debtors | |

------------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Roger G. Jones, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Roger G. Jones, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                             /s/Robert D. Drain
                                             UNITED STATES BANKRUPTCY JUDGE