CHARLES E. BOULBOL (CB-1049)
Attorney for Russell Reynolds Associates, Inc.
26 Broadway 17th Floor
New York, New York 10004
(212) 825-9457- Telephone
(212) 825-9414 - Facsimile

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

In re:

        DELPHI CORP., et al.,

                      Debtors.

Hearing Date and Time:
11/29/2005 at 10:00 a.m.

Objection Deadline:
11/22/2005 at 5:00 p.m.

Case No.
**05-B-44481 (RDD)**
**Jointly Administered**

**Chapter 11**

------------------------------------------------------------------------X

**NOTICE OF HEARING ON MOTION FOR ORDER FIXING DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACT WITH RUSSELL REYNOLDS ASSOCIATES, INC.**

PLEASE TAKE NOTICE that upon the annexed application and the accompanying Memorandum of Law, Russell Reynolds Associates, Inc. ("RRA"), by its attorneys, Charles E. Boulbol, P.C., will move this Court at a hearing to be held before the Hon. Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York at 1 Bowling Green, New York, New York 10004 on November 29, 2005 at 10:00 a.m. or as soon thereafter as counsel may be heard, for an order pursuant to 11 U.S.C. § 365 (d)(2) fixing a deadline within

which Delphi Corporation et al. must assume or reject the executory contract between RRA and the Debtors.

PLEASE TAKE FURTHER NOTICE that any opposition to RRA's motion must be filed and served in accordance with the provisions of the October 14, 2005 Case Management Order on or before the Objection Deadline of November 22, 2005 at 5:00 p.m. Eastern Standard Time.

Dated:   New York, New York
         November 9, 2005

                                CHARLES E. BOULBOL, P.C.


                        By:    /s/
                                Charles E. Boulbol (CB-1049)
                                26 Broadway, 17th Floor
                                New York, New York 10004
                                212-825-9457
                                Attorney for Russell Reynolds Associates, Inc.