### Conclusion

WHEREFORE, Russell Reynolds Associates, Inc. respectfully requests an Order compelling the Debtor to assume of reject the Retainer Agreement by a date certain and, if the Retainer Agreement is rejected, granting a hearing to RRA to determine the reasonable value of its services rendered post-petition in accordance with the provisions of 11 U.S.C. §503(b)(1).

Dated: New York, New York
　　　　November 9, 2005

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　Charles E. Boulbol, P.C.
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Russell Reynolds
　　　　　　　　　　　　　　　　　　　　　　Associates, Inc.
　　　　　　　　　　　　　　　　　　　　　　26 Broadway 17th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　(212) 825-9457


　　　　　　　　　　　　　　　　　　　　　　By:_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Charles E. Boulbol (CB-1049)