CHARLES E. BOULBOL (CB-1049)
Attorney for Russell Reynolds Associates, Inc.
26 Broadway 17th Floor
New York, New York  10004
(212) 825-9457- Telephone
(212) 825-9414 - Facsimile

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Case No. |
| | **05-B-44481 (RDD)** |
| DELPHI CORP., et al., | **Jointly Administered** |
| Debtors. | <u>**Chapter 11**</u> |

------------------------------------------------------------------------X

## AFFIRMATION OF SERVICE

CHARLES E. BOULBOL, an attorney at law duly admitted to practice before Courts of the State of New York affirms the following under the penalties of perjury:

1.  I am admitted to practice before the United States Bankruptcy Court for the Southern District of New York. I am not a party to the action and I maintain my principal place of Business at 26 Broadway, New York, New York 10004.

2.  On November 9, 2005, I served the within Notice of Motion, the application thereon and the Exhibit thereto, and the accompanying Memorandum of Law by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the Master Service List dated October 27, 2005, and causing same to be placed in an official depository of Federal Express located within the State of New York.

3.  I further served the Notice of Motion and accompanying papers by e-mail on all those persons listed in the "2002 List" dated October 27, 2005.

Dated:    New York, New York
November 9, 2005

    /s/
Charles E. Boulbol (CB-1049)