**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

In re:                                                                      Chapter 11

                                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                            Jointly Administered

                        Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Daniel P. Mazo, Esq. for admission pro hac vice in this

bankruptcy case; it is hereby

**ORDERED,** that Daniel P. Mazo, Esq. is admitted to practice, ***pro hac vice*** in the

above referenced case, in the United States Bankruptcy Court, Southern District of New York,

subject to payment of the filing fee.

Dated: November 9, 2005
        New York, New York

                                            _/s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE