**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

In re:                                                                                   Chapter 11

                                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                        Jointly Administered

                                  Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Thomas R. Ajamie, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Thomas R. Ajamie, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                                                         /s/Robert D. Drain
                                                                         UNITED STATES BANKRUPTCY JUDGE