**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          Chapter 11

                                                Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                     Jointly Administered

                Debtors

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Jack M. Zackin, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Jack M. Zackin, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                           /s/Robert D. Drain_____
                                           UNITED STATES BANKRUPTCY JUDGE