**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                    Chapter 11

                                                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                             Jointly Administered

                        Debtors

----------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Boris I. Mankovetskiy, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Boris I. Mankovetskiy, Esq. is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
         New York, New York

                                                                    /s/Robert D. Drain
                                                                    UNITED STATES BANKRUPTCY JUDGE