**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                    Chapter 11

                                                                 Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                Jointly Administered

                    Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Ralph E. McDowell, Esq. for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Ralph E. McDowell, Esq. is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 9, 2005
       New York, New York

                                            /s/Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE