UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, the undersigned Paralegal, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler I/O Devices (Americas), Inc.** do hereby certify that I have served the below listed individuals in this action in addition to individuals which were previously served with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:    **Notice of Reclamation Demand of Dätwyler I/O Devices (Americas), Inc.**

Counsel Served:

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022
Attorneys for The Official Committee of Unsecured Creditors

/s/ Anne R. Price
Anne R. Price, Paralegal to
George B. Cauthen, ID No. 81
P.O. Box 11070
Columbia, SC 29211
(803) 799-2000

November 10, 2005