UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK (Manhattan)

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | **AMENDED NOTICE OF APPEARANCE** |
| ) | |

TO:   CLERK OF COURT, DEBTOR'S COUNSEL AND U.S. TRUSTEE:

Please take notice that the undersigned, an attorney in the law firm of Nelson Mullins Riley & Scarborough LLP, does hereby give notice of the appearance of this firm on behalf of **Dätwyler Rubber & Plastics, Inc., Dätwyler, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc.,** all parties-in-interest. This notice of appearance is being filed in accordance with Bankruptcy Rule 9010.

The Clerk of Court, and any other party that the Court may direct to send notices, is hereby requested that this law firm be shown on the master mailing matrix and any shortened matrix that may be in existence, or that may be created in the future.

The Debtor's counsel and the U.S. Trustee are hereby requested to serve upon the undersigned all pleadings, documents and papers to which **Dätwyler Rubber & Plastics, Inc., Dätwyler, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc.** may be a party in interest.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: _____
George B. Cauthen, District Court I.D. No. 81
1320 Main Street, 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

Attorneys for Dätwyler Rubber & Plastics, Inc., Dätwyler, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc.

Columbia, South Carolina
November 10, 2005

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

CERTIFICATE OF SERVICE

I, the undersigned Paralegal, Anne R. Price, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler Rubber & Plastics, Inc., Dätwyler, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:          **AMENDED NOTICE OF APPEARANCE**

Counsel Served:     John Wm. Butler, Jr., Esquire
                    Skadden Arps Slate Meagher & Flom (IL)
                    333 West Wacker Drive
                    Chicago, IL  60606-1285

                    Kayalyn A. Marafioti, Esquire
                    Thomas J. Matz, Esquire
                    Skadden Arps Slate Meagher & Flom
                    Four Times Square
                    New York, NY  10036

                    Robert N. Michaelson, Esquire
                    Kirkpatrick & Lockhart, LLP
                    599 Lexington Ave.
                    New York, NY  10022

U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Alicia M. Leonhard, Esquire
Office of the U.S. Trustee
Southern District of NY
33 Whitehall St., Suite 2100
New York, NY 10004

Mark A. Broude
Robert A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022
Attorneys for The Official Committee of Unsecured Creditors

_____
Anne R. Price, Paralegal to
George B. Cauthen, ID No. 81
P.O. Box 11070
Columbia, SC 29211
(803) 799-2000

November 10, 2005