UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al*., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## **MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

I, David H. Freedman, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Doshi Prettl International, LLC and/or other creditors in the above-referenced case. My address is Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Suite 444, Southfield, MI 48034; my e-mail address is dfreedman@ermanteicher.com; and my telephone number is (248) 827-4100.

I agree to pay the required $25.00 fee for *pro hac vice* admission upon approval of this Motion by the Court.

                                                                                ERMAN, TEICHER, MILLER,
                                                                                ZUCKER & FREEDMAN, P.C.

                                                      By:   /s/ David H. Freedman
                                                                     David H. Freedman  (P40567)
                                                                      400 Galleria Officentre, Ste. 444
                                                                       Southfield, MI  48034
                                                                       Tel:   248/827-4100
                                                                       Fax:  248/827-4106
                                                                       dfreedman@ermanteicher.com

DATED:      November 10, 2005

F:\CHAP11\delphi\motion for admission dhf.doc