BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
D. Christopher Carson

Attorney for Creditors
CITATION CORPORATION
FUTABA CORPORATION OF AMERICA AND
TRANS TRON, LTD., INC.


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                                      :
    In re                                   :           Chapter 11
                                                 :
DELPHI CORPORATION et al.,[1]  :          Case No. 05-44481 (RDD)
                                                 :
    Debtors.                         :          (Jointly Administered)
---------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

    I, D. Christopher Carson, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Citation Corporation, Futaba Corporation of America, and Trans Tron, Ltd., Inc., creditors in the above referenced case. My

---

[1] In addition to Delphi, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources, LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc, Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

1408676

address is Burr & Forman LLP, Suite 3100, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is ccarson@burr.com. My telephone number is (205) 458-5372. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: November 9, 2005
      Birmingham, Alabama

    /s/ D. Christopher Carson
    D. Christopher Carson

    Attorney for Creditors
    CITATION CORPORATION
    FUTABA CORPORATION OF AMERICA AND
    TRANS TRON, LTD., INC.

**OF COUNSEL:**
BURR & FORMAN LLP
Suite 3100
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

---

**ORDER**

---

**ORDERED,**

that D. Christopher Carson, is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2005
      New York, New York

    _____
    UNITED STATES BANKRUPTCY JUDGE