UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re:

DELPHI CORPORATION, et al.,

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

-----------------------------------------------------------------------X

### VERIFIED STATEMENT OF LOVELLS PURSUANT TO
### FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Lovells hereby submits this verified statement pursuant to Fed. R. Bankr. P. 2019(a), and respectfully states as follows:

1. Lovells serves as counsel in these bankruptcy cases for the following creditors:

| **Creditor** | **Nature of Claim** | **Claim Amount** |
|---|---|---|
| TI Automotive<br>12345 E Nine Mile Road<br>Warren, Michigan 48090 | Trade Creditor | Approx. $1mil |
| Tesa AG<br>Quickbornestratle 24<br>D-20253 Hamburg, Germany | Trade Creditor | Approx. $6mil |

2. TI Automotive and Tesa AG have each individually done business with one or more of the Debtors for more than one year, and their respective claims arose during the course of their respective relationships.

3. Lovells is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

4. Lovells has no written contracts of representation with entities described in Paragraph 1 other than ordinary and usual retainer/engagement letters.

5. Upon information and belief formed after due inquiry, as of the date hereof, Lovells does not hold any claims against, or equity interests in, the Debtors.

   I, Karen Ostad, after due inquiry declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in this verified statement are true and correct to the best of my knowledge, information and belief.

  Dated: New York, New York
     November 10, 2005

                 By: /s/Karen Ostad
                    Karen Ostad
                    Lovells
                    900 Third Avenue
                    New York, New York 10022
                    Tel: (212)909-0605
                    Fax: (212)909-0666