Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  06890-1436
(203) 319-4000
(203) 319-4034 Facsimile
Charles J. Filardi, Jr. (CF-3262)

Attorneys for FedEx Trade Networks Transport &
Brokerage, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Charles J. Filardi, Jr. hereby withdraws his appearance as counsel to FedEx Trade Networks Transport & Brokerage, Inc. ("FTN").  FTN has resolved the issues with the Debtor that formed the basis of the undersigned's representation in this bankruptcy case.

Dated: November 10, 2005         By:     /s/ *Charles J. Filardi, Jr.*
                                         Charles J. Filardi, Jr. (CF-3262)
                                         Pepe & Hazard LLP
                                         30 Jelliff Lane
                                         Southport, CT 06890-1436
                                         (203) 319-4000
                                         (203) 319-4034 Facsimile

                                         Attorneys for FedEx Trade Networks Transport &
                                         Brokerage, Inc.

CJF/32549/9/72938v1
11/10/05-SPT/

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of November, 2005 a copy of the foregoing Notice of Withdrawal of Counsel has been served electronically on the parties listed on the attached notice and via first class mail, postage pre-paid to the following parties:

Office of the United States Trustee:
Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall St., Suite 2100
New York, NY  10004

Claims & Noticing Agent:
Kurtman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

   /s/ *Charles J. Filardi, Jr.*
Charles J. Filardi, Jr.

CJF/32549/9/72938v1
11/10/05-SPT/