**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
Attorneys for Milliken & Company
230 Park Avenue
New York, New York 10169-0075
Stanley L. Lane, Jr., Esq. (SL 8400)
Remy J. Ferrario, Esq. (RF 4105)
Tel. No. (212) 661-9100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et. al, | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RECLAMATION DEMAND**
**OF MILLIKEN & COMPANY**

**PLEASE TAKE NOTICE**, that on October 11, 2005, Milliken & Company made its Reclamation Demand upon Delphi Corporation, a debtor and debtor-in-possession in these jointly administered cases. On such date, Milliken & Company served its Reclamation Demand upon Delphi Corporation at 5725 Delphi Drive, Troy, Michigan 48098, Attention: O.T. Battenberg III, President. A true and correct copy of the Reclamation Demand is attached hereto as Exhibit "A".

OTTERBOURG, STEINDLER,
HOUSTON & ROSEN, P.C.
Attorneys for Milliken & Company

By: /s/ Stanley L. Lane., Jr.
    Stanley L. Lane, Jr. (SL 8400)
    Member of the Firm
    230 Park Avenue
    New York, NY 10169-0075
    Telephone: (212) 661-9100
    Facsimile: (212) 682-6104
    Email: slane@oshr.com

615053.1