**<u>EXHIBIT "A"</u>**



# MILLIKEN®

October 11, 2005

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: J T Battenberg III, President

### Re: <u>Reclamation Demand by Milliken & Company</u>

Dear Mr. Battenberg:

Demand is hereby made upon you pursuant to §546© of the United States Bankruptcy
Code for the return of all merchandise received during the applicable periods referred to
in the above-cited sections and specifically including, but not limited to, merchandise
covered by the following invoices:

| <u>Invoice</u> | <u>Invoice Date</u> | <u>Amount</u> |
|---|---|---|
| *See Attached* | | **$907,576.62** |

Please contact the undersigned for instructions in connection with the return of the goods.

In light of your recent bankruptcy filing, you are further notified that all goods subject to
Milliken & Company's right of reclamation should be protected and segregated by you
and are not be used for any purpose whatsoever except those specifically authorized
following notice and a hearing by the Bankruptcy Court.

Very truly yours,

MILLIKEN & COMPANY

Jim Weber
Credit Department
Tel: 212-819-4593
Fax: 212-819-4279

| Invoice | Date | Due Date | Amount |
|---------|------|----------|--------|
| 809776 | 09/26/05 | 10/26/05 | 6,878.48 |
| 809777 | 09/26/05 | 10/26/05 | 8,037.47 |
| 809778 | 09/26/05 | 10/26/05 | 34,355.12 |
| 810508 | 09/26/05 | 10/26/05 | 4,496.80 |
| 810605 | 09/26/05 | 10/26/05 | 17,766.56 |
| 811061 | 09/27/05 | 10/27/05 | 5,041.22 |
| 811062 | 09/27/05 | 10/27/05 | 25,338.64 |
| 811063 | 09/27/05 | 10/27/05 | 5,898.40 |
| 811078 | 09/27/05 | 10/27/05 | 31,749.20 |
| 811079 | 09/27/05 | 10/27/05 | 13,445.12 |
| 811227 | 09/28/05 | 10/28/05 | 5,618.90 |
| 811228 | 09/28/05 | 10/28/05 | 52,478.32 |
| 811229 | 09/28/05 | 10/28/05 | 12,054.14 |
| 811500 | 09/28/05 | 10/28/05 | 12,396.80 |
| 811501 | 09/28/05 | 10/28/05 | 56,255.36 |
| 811642 | 09/29/05 | 10/29/05 | 34,622.08 |
| 811643 | 09/29/05 | 10/29/05 | 9,268.60 |
| 812971 | 09/30/05 | 10/30/05 | 788.40 |
| 812972 | 09/30/05 | 10/30/05 | 10,213.92 |
| 812973 | 09/30/05 | 10/30/05 | 34,351.36 |
| 813112 | 09/30/05 | 10/30/05 | 8,789.20 |
| 813113 | 09/30/05 | 10/30/05 | 24,327.68 |
| 813126 | 10/04/05 | 11/03/05 | 8,331.68 |
| 813127 | 10/04/05 | 11/03/05 | 4,596.70 |
| 813128 | 10/04/05 | 11/03/05 | 10,438.59 |
| 813129 | 10/04/05 | 11/03/05 | 31,862.24 |
| 813635 | 10/04/05 | 11/03/05 | 59,633.28 |
| 813636 | 10/03/05 | 11/02/05 | 39,390.80 |
| 813771 | 10/03/05 | 11/02/05 | 12,205.60 |
| 813800 | 10/03/05 | 11/02/05 | 9,684.48 |
| 814137 | 10/04/05 | 11/03/05 | 9,321.24 |
| 814138 | 10/04/05 | 11/03/05 | 33,569.28 |
| 814139 | 10/04/05 | 11/03/05 | 7,592.00 |
| 814140 | 10/04/05 | 11/03/05 | 18,594.80 |
| 814141 | 10/04/05 | 12/03/05 | 30,333.36 |
| 815454 | 10/06/05 | 10/16/05 | 11,038.00 |
| 815455 | 10/06/05 | 10/16/05 | 43,491.92 |
| 815456 | 10/06/05 | 10/16/05 | 10,450.44 |
| 815457 | 10/06/05 | 10/16/05 | 9,154.20 |
| 815458 | 10/06/05 | 10/16/05 | 20,478.64 |
| 815469 | 10/06/05 | 10/16/05 | 23,759.12 |
| 815470 | 10/06/05 | 10/16/05 | 8,570.20 |
| 815471 | 10/06/05 | 10/16/05 | 10,255.44 |
| 815472 | 10/06/05 | 10/16/05 | 23,424.80 |
| 815473 | 10/06/05 | 10/16/05 | 14,805.56 |
| 816124 | 10/07/05 | 10/17/05 | 11,621.60 |
| 816125 | 10/07/05 | 10/17/05 | 12,910.80 |
| 816126 | 10/07/05 | 10/17/05 | 17,890.08 |

**Total**          **907,576.62**

Pg 4 of 62

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P O Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE



MILLIKEN®

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 809776 | 092605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P O | 0550063123 | | CUSTOMER DEPARTMENT BS032 | ORDER NUMBER ZZCNZ00 | ORDER DATE 082304 |

| PRODUCT I.D. STYLE PAT COLOR FIN LCPDE | GR | PKG PACKGE SEQ NUMBER BATCH | GROSS LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 630D 39X39 MIDP ERM | | | CUST CODING M01 0138 4 | | | |
| 312286 720 | 2058 010 | 1 642971 63110 | 10000 | 9910 | 3460 | |
| | | 2 642973 | 10000 | 9970 | 3460 | |
| SUB TOTAL | | | 20000 | 19880 | | 687848 |

SAME DAY TO SHIP 9-26                                              00
       *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL    TOTAL    THIS
312286 720                          BILLED   SHIPMENT   BALANCE
312286 720      2058  010   320,710  208,784   1,988   111,926

       IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****   APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,988 | REMIT TO: | PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET 30 DAYS | | |
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 687848 |
| SHIPPING WEIGHT | 1,688 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 811268 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH A... ...ABLE REQUIREMENTS OF SECTION 6 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | BUS | PC1 PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. W | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 092 | 15 | | 99155 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | | 319 | 440619719 |

INV2 04/05/2005

*REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

R072018 CUST. SERV.

# Milliken & Company



**MILLIKEN**

## INVOICE

Administrative Services Department M-105
920 Milliken Road P O Box 1926
Spartanburg, SC 29304-1926
Phone  212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 809777 | 092605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCNR00 | 081204 |

| STYLE | PAT | COLOR | FIN | LCPDE | GR | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | 1 .8 | NET LYDS | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 4 | 1X41 72" | | | | | | | CUST CODING M10128 1 | | | | | | |
| 312275 | 720 | | 2058 | 010 | | | 1 6355066 | 1740 | 5470 | | 5430 | | 3490 | |
| | | | | | | | 2 635507 | | 8420 | | 8280 | | 3490 | |
| | | | | | | | 2 635512 | | 9400 | | 9320 | | 3490 | |
| | SUB TOTAL | | | | | | | | 23290 | | 23030 | | | 8037 47 |

SAME DAY TO SHIP 9-26
    ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312275 | 720 | 2058 | 010 | 313,052 | 264,148 | 2,303 | 48,904 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,303 | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 1,932 | DALLAS, TX 75284-3234 | TOTAL INVOICE AMOUNT | 8037 47 |
| B/L NO. | 811269 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | | | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BUS 319 | XC | 440619719 |

PLEASE SHOW OUR INVOICE NO IN REMITTANCE

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company


MILLIKEN

# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 809778 | 09 26 05 | 1 |

| INVOICE TYPE |
|---|
| BILL AND SHIP |
| 01 |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT   BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FIN | LCP | DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. 8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D | 46 | X46 | SILICONE | | | | | | | | | |
| 312308 | 640 | | 6507 | 10 | 10 | | | CUST CODING M10 | 1285 | | | |
| | | | | | | 1 | 655225 | 65490 | 8500 | 8260 | 3760 | |
| | | | | | | 2 | 655236 | | 7630 | 7480 | 3760 | |
| | | | | | | 3 | 655238 | | 7600 | 7520 | 3760 | |
| | | | | | | 4 | 655239 | | 7610 | 7450 | 3760 | |
| | | | | | | 5 | 655240 | | 7120 | 7020 | 3760 | |
| | | | | | | 6 | 655244 | | 7180 | 7080 | 3760 | |
| SUB TOTAL | | | | | | | | | 45640 | 44810 | | 16848 56 |
| | | | | | | 7 | 655247 | 65500 | 8500 | 8280 | 3760 | |
| | | | | | | 8 | 655248 | | 8500 | 8410 | 3760 | |
| | | | | | | 9 | 655249 | | 8500 | 8430 | 3760 | |
| | | | | | | 10 | 655257 | | 8500 | 8410 | 3760 | |
| | | | | | | 11 | 655258 | | 8500 | 8410 | 3760 | |
| | | | | | | 12 | 655259 | | 4710 | 4620 | 3760 | |
| SUB TOTAL | | | | | | | | | 47210 | 46560 | | 17506 56 |

SAME DAY TO SHIP 9-26
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE         00
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

PRODUCT STATUS             ORIGINAL   TOTAL   THIS         FREIGHT STATUS: COLLECT
                                      BILLED  SHIPMENT     BALANCE
312308 640      6507 10 10 1,902,018 1,456,911   9,137     445,107

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | |
|---|---|---|
| TOTAL PACKAGES | | |
| SHIPPING WEIGHT | | |
| B/L NO. | 811270 | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT |
|---|
| CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | |
| | | | | | | | | | BUS | ST | XC | |
| | | | | | | | | | 319 | | | 440619719 |

HV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



## INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 809778 | 09 26 05 | 2 |

INVOICE TYPE
**BILL AND SHIP**

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   08 23 04

| PRODUCT I.D. STYLE PAT COLOR FIN | GR LC DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                   ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY.   9,137 | REMIT TO: PLEASE SHOW OUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | |
| TOTAL PACKAGES   12 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT   34355 12 |
| SHIPPING WEIGHT   6,269 | DALLAS, TX 75284-3234 | | |
| B/L NO.   811270 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14, THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | BUS. XX | 319 | XC |

440619719

IW2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 810508 | 09 26 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | CUSTOMER DEPARTMENT | | | ZZCJR00 | 02 04 04 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMT191 | OPW | LIFE CURTAIN | 7365 | 1010 | | | CUST CODING | 168 698 75 | 280 | 14 600 | |
| 302303 | 274 | | | | 1 657745664 10 00 | | | 210 | 28 | 14 600 | |
| | | | | | 2 658879 | | | | 308 | | 449680 |
| SUB TOTAL | | | | | | | | | | | |

SAME DAY TO SHIP 9-26
      ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | FREIGHT STATUS: COLLECT THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 302303 274 | 7365 1010 | 105,616 | 63,535 | 308 | 42,081 |

SALESPERSON - MORRIS ASSOCIATES

****  6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 308 | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 385 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT |
| B/L NO. | 812635 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 449680 |

| CUSTOMER NO. | BUS. | FC1 | PC2 | E | SALESMAN | TM | UNIT | DEST. | UNIT | | BUS # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 898 | 97 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

B072059   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 810605 | 09 26 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
FEDERAL AIR EXPRESS

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P O      0550063123

CUSTOMER DEPARTMENT   ABL60

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLP00 | 03 30 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | | | | | |
| 302302 242      7565 | 10 10 | 1 | 656054 | 5830 00 | CUST CODING 168 982 47 | | | |
| | | 2 | 656055 | | 210 | 485 | 162 40 | |
| | | 3 | 656056 | | | 473 | 162 40 | |
| | | | | | | 136 | 162 40 | |
| SUB TOTAL | | | | | | 1 094 | | 177665 6 |

SAME DAY TO SHIP 9-26
MUST DELIVER 9-27                                                                    00
FRT PREPAID/BILL ACCT 160733276

ATTN: JOHN REEDER/MARIO LEAL
P/U CONFIRMATION ATLRT39
BOOKING 00130552

PRODUCT STATUS                    ORIGINAL   TOTAL    FREIGHT STATUS: PREPAID
                                             BILLED    THIS
                                                       SHIPMENT   BALANCE
302302 242      7565 10 10   151,469   94,503   1,094   56,966

SALESPERSON -  MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,094 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 1,960 |
| B/L NO. | 812742 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO
                         IN REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 177665 6 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF
INV7 07/11/2005

| CUSTOMER NO. | BUS. | PCI PCE | SALESMAN | TM | LOC | DEST. | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | XC | 440619719 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED
BUS. ##

R072018 CUST. SERV.

# Milliken & Company

# INVOICE

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone  212-819-4200
SEE REMIT TO ADDRESS BELOW

 MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811061 | 092705 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER ZZCNZ00 | ORDER DATE 082304 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | 1 | | NET | 1 | | |
| STYLE | PAT | COLOR | FIN | LCDE | SEQ | NUMBER | BATCH | LYDS. | 8 | | LYDS. | 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D | 39X39 | MID | PERM | | | | | | | | | | | |
| 312286 | 720 | 2058 | 010 | 1 | 642956 | 63110 | | 5000 | CUST CODING M01013 84 | | 4950 | 3460 | | 171270 |
| | | | | 1 | 653645 | 65190 | | 9660 | | | 9620 | 3460 | | 332852 |

SAME DAY TO SHIP 9-27
    ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

    FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312286 | 720 | 2058 | 010 | 321,661 | 210,241 | 1,457 | 111,420 |

    IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

    ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
    **** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
    ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
    **** APPLICABLE LAW.                                                    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,457 | REMIT TO: | *LEASE SHOW YOUR INVOICE NO & REMITTANCE | | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 1,214 | DALLAS, TX 75284-3234 | | | | | 504122 |
| B/L NO. | 813569 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

RU72018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811062 | 09 27 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE            GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 08 23 04 |

| STYLE | PAT | COLOR | FINL | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | | | | | |
| 312308 | 640 | 6507 | 10 | 10 | | | | CUST CODING M10128 5 | | | |
| | | | | | 1 | 655254 | 65500 | 8500 | 8420 | 3760 | |
| | | | | | 2 | 655255 | | 8010 | 7970 | 3760 | |
| | | | | | 3 | 655256 | | 7730 | 7640 | 3760 | |
| SUB TOTAL | | | | | | | | 24240 | 24030 | | 9035 28 |
| | | | | | 4 | 655386 | 65510 | 8000 | 7910 | 3760 | |
| | | | | | 5 | 655391 | | 8010 | 7810 | 3760 | |
| | | | | | 6 | 655392 | | 8000 | 7810 | 3760 | |
| | | | | | 7 | 655393 | | 6590 | 6490 | 3760 | |
| | | | | | 8 | 655394 | | 8000 | 7720 | 3760 | |
| | | | | | 9 | 655395 | | 5760 | 5620 | 3760 | |
| SUB TOTAL | | | | | | | | 44360 | 43360 | | 16303 36 |

SAME DAY TO SHIP 9-27
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

|  PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312308 640   6507 10 10 | 2,010,911 | 1,463,650 | 6,739 | 547,261 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY. | | | |
|---|---|---|---|
| TOTAL PACKAGES | | | |
| SHIPPING WEIGHT | | | |
| B/L NO.    813570 | | | |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PLEASE SHOW OUR INVOICE NO. IN REMITTANCE

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS # | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 |

440619719

INV2 04/05/2005

RC72018 CUST. SERV.

# Milliken & Company



## INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 811062 | 092705 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE                    GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. 0550063123 | | | | | | | | CUSTOMER DEPARTMENT   BS032 | | ORDER NUMBER   ZZCPB00 | ORDER DATE   082304 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | GR | PKG | PACKGE | | | | GROSS1 | NET 1 | | |
| STYLE | PAT | COLOR FIN | LGPDE | SEQ | NUMBER | BATCH | | LYDS.8 | LYDS. 8 | PRICE | AMOUNT |

```
****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 6,739 | REMIT TO: | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 25338 64 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 4,644 | DALLAS, TX 75284-3234 | | | |
| B/L NO. | 813570 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072068   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE. (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 811063 | 09 27 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE         GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

PRODUCT I.D.

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | CUST PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 | OPW | LIFE CURTAIN | | | | CUST CODING | | 168 698 75 | | | | |
| 3 02303 274 | | 7365 | 10 | 10 | 2 | 65854766400 | 00 | 210 | | 30 | 14 600 | |
| | | | | | 1 | 65867866300 | | | | 30 | 14 600 | |
| | | | | | 3 | 65967166410 | | | | 344 | 14 600 | |
| SUB TOTAL | | | | | | | | | | 404 | | 5 898 40 |

SAME DAY TO SHIP 9-27
   ***       WAREHOUSE       ***                                              00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                              FREIGHT STATUS: COLLECT
 PRODUCT STATUS              ORIGINAL    TOTAL    THIS
3 02303 274        7365 10 10  102,545  BILLED   SHIPMENT   BALANCE
                                        63,939   404        38,606

        SALESPERSON - MORRIS ASSOCIATES


   ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
   ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
   ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 404 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 506 |
| B/L NO. | 813571 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO
            WITH YOUR REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 5 898 40 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PCI | TM | LOC. | DEST. | | UNIT | | BOX B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 0525304 | 0006 | 534 | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV3 07/17/2005

B072058  CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240
PHONE (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 811078 | 09 27 05 | 1 |
| | INVOICE TYPE | | |
| 01 | BILL AND SHIP | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE                GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P O   0550063123

CUSTOMER DEPARTMENT   ABL60

| | ORDER NUMBER | ORDER DATE |
|--|--------------|------------|
| | ZZCLP00 | 03 30 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | CUST CODING | 168 98 24 7 | | | |
| 302302 242 | 7565 1010 | 3 | 659758 66900 00 | 210 | | 507 | 16240 | 8233 68 |
| | 11 | 1 | 659756 | | | 489 | 16240 | |
| | | 2 | 659757 | | | 460 | 16240 | |
| | | 4 | 659759 | | | 499 | 16240 | |
| SUB TOTAL | | | | | | 1448 | | 2351 52 |

SAME DAY TO SHIP BY CHARTER

FREIGHT STATUS: PREPAID

PRODUCT STATUS

| | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|--|--|----------|--------------|---------------|---------|
| 302302 242 | 7565 1010 | 151,469 | 93,409 | 1,955 | 58,060 |

SALESPERSON - MORRIS ASSOCIATES

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,955 | REMIT TO: PLEASE SHOW OUR INVOICE NO ☞ ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 4 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 3,298 | DALLAS, TX 75284-3234 | | 31749 20 |
| B/L NO. | 813600 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | BUS | PC1 PC2 | SALESMAN | TM | LOC | DEST. | UNIT | | | | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 000 | 05 | KAREN O. STURKIE | BUS XC 319 | | 440619719 |

INV? 09/11.2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 811079 | 09 27 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 04 05 04 |

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING 168 982 48 | | | | |
| 302302 243    7565 10 10 | | 1 | 6597 656 69300 | 210 | | 462 | 16640 | 7687 68 |
| 11 | | 2 | 659766 | | | 346 | 16640 | 5757 44 |

SAME DAY TO SHIP BY CHARTER

00

PRODUCT STATUS

FREIGHT STATUS: PREPAID

| | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302302 243 | 7565 10 10 | 56,961 | 38,069 | 808 | 18,892 |

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.            ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY        ****
**** APPLICABLE LAW.                                                    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 808 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,482 |
| B/L NO. | 813601 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO.
                    IN REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

TOTAL INVOICE AMOUNT   13445 12

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. RF | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 07/11/2005

R072018 CUST. SERV.

# Milliken & Company



MILLIKEN®

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811227 | 092805 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNR00 | 081204 |

| CUSTOMER CODING/P.O. | | | CUSTOMER DEPARTMENT | | |
|---|---|---|---|---|---|
| 0550063123 | | | BS032 | | |

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS | 1 | NET | 1 | | |
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS | .8 | LYDS | .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D | 41X41 72" | | | | | | | CUST CODING M10128 | | | | | | |
| 312275 | 720 | 2058 | 010 | | | 1 | 635513 | 61740 | 9390 | | 9110 | | 3490 | |
| | | | | | | 2 | 635763 | | 2250 | | 2220 | | 3490 | |
| | | | | | | 3 | 635917 | | 4860 | | 4770 | | 3490 | |
| | SUB TOTAL | | | | | | | | 16500 | | 16100 | | | 561890 |

SAME DAY TO SHIP 9-28
      *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312275 720 | 2058 010 | 312,355 | 265,758 | 1,610 | 46,597 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,610 | REMIT TO: | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 1,458 | DALLAS, TX 75284-3234 | | 561890 |
| B/L NO. | 813776 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

PLEASE SHOW OUR INVOICE NO. IN REMITTANCE

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS.# | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

HV2 04/05, 2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

## INVOICE



| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 811228 | 09 28 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE               GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00
ORDER DATE   08 23 04

| PRODUCT I.D. STYLE PAT COLOR FIN | GR CPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M10 | 1285 | | | |
| 312308 640     6507 | 10 010 | 1 | 655250 | 65500 | 5550 | 5490 | 3760 | |
| | | 2 | 655261 | | 8500 | 8400 | 3760 | |
| | | 3 | 655262 | | 8500 | 8250 | 3760 | |
| | | 4 | 655263 | | 7690 | 7560 | 3760 | |
| | | 6 | 655267 | | 8250 | 8170 | 3760 | |
| | | 7 | 655268 | | 8360 | 8230 | 3760 | |
| | | 8 | 655269 | | 8500 | 8370 | 3760 | |
| | | 9 | 655270 | | 8200 | 8090 | 3760 | |
| SUB TOTAL | | | | | 63550 | 62560 | | 2352256 |
| | 11 | 5 | 655266 | | 8200 | 8040 | 3760 | 302304 |
| | 10 | 11 | 655338 | 65510 | 8020 | 7910 | 3760 | |
| | | 12 | 655389 | | 6010 | 5890 | 3760 | |
| | | 14 | 655400 | | 8500 | 8310 | 3760 | |
| | | 15 | 655401 | | 8500 | 8290 | 3760 | |
| | | 16 | 655402 | | 8500 | 8370 | 3760 | |
| | | 17 | 655410 | | 8210 | 8130 | 3760 | |
| | | 18 | 655411 | | 8010 | 7830 | 3760 | |
| SUB TOTAL | | | | | 55750 | 54730 | | 2057848 |
| | 11 | 10 | 655387 | | 8010 | 7810 | 3760 | |
| | | 13 | 655390 | | 6670 | 6430 | 3760 | |
| SUB TOTAL | | | | | 14680 | 14240 | | 535424 |

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW YOUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | CONTINUED |
| B/L NO.   813778 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | | 440619719 |

CHV2 04/04/2005

R072018 CUST. SERV.

# Milliken & Company



MILLIKEN

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811228 | 092805 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   082304

| PRODUCT I.D. STYLE PAT COLOR FIN | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|

SAME DAY TO SHIP 9-28
   ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS        ORIGINAL   TOTAL    THIS
                                    BILLED   SHIPMENT  BALANCE
312308640      6507 1010 2,010,911 1,477,607 13,957  533,304

     IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
     PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
     BUSINESS - 0920

****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.   ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
**** APPLICABLE LAW.   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 13,957 |
| TOTAL PACKAGES | 18 |
| SHIPPING WEIGHT | 9,502 |
| B/L NO. | 813778 |

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TOTAL INVOICE AMOUNT   5247832

| CUSTOMER NO. | BUS | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT |
|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 00009 |

KAREN O. STURKIE

BUS.# 319   XC   440619719

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 811229 | 092805 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT

LAGRANGE          GA

FIBER CONTENT

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.   0550063123 | CUSTOMER DEPARTMENT | ZZCNY00   082004 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | | GROSS | NET | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS. 8 | PRICE AMOUNT |
| 420D MICROPERM II (TM) | | | | | | | CUST CODING M10141 1 | | | |
| 312287 | 700 | 2132 | 010 | | 1 | 643006 | 663170 | 10000 | 9920 | 4060 |
| | | | | | 2 | 643007 | | 10000 | 9850 | 4060 |
| | | | | | 3 | 643017 | | 10000 | 9920 | 4060 |
| | SUB TOTAL | | | | | | | 30000 | 29690 | 1205414 |

SAME DAY TO SHIP 9-28                                                                                          00
   ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                            FREIGHT STATUS: COLLECT
   PRODUCT STATUS              ORIGINAL     TOTAL        THIS
                                            BILLED      SHIPMENT    BALANCE
312287 700      2132   010   242,225   208,895    2,969       33,330

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
****    APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.   2,969 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES           3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 1205414 |
| SHIPPING WEIGHT     2,316 | DALLAS, TX 75284-3234 | | | | |
| B/L NO.        813779 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.          REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
                                                                                                                                          BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | | 99155 | 06 | 711 | 669897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

INV8 04/90/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 811500 | 092805 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE         GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 040504 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | GR PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMT 370 LIFE CURTAIN | | | | | | CUST CODING 168982 48 | | | | | |
| 302302 | 243 | 7565 | 1010 | | 1 | 6597686705000 | 210 | | 500 | 16640 | |
| | | | | | 2 | 659769 | | | 245 | 16640 | |
| SUB TOTAL | | | | | | | | | 745 | | 123968 0 |

SAME DAY TO SHIP 9-28
CARRIER - LANDSTAR/RANGER                                                           00

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 302302 | 243 | 7565 | 1010 | 56,961 | 38,814 | 745 | 18,147 |

SALESPERSON - MORRIS ASSOCIATES

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.            ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF      ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY         ****
**** APPLICABLE LAW.                                                       ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 745 | REMIT TO: | PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT | 123968 0 |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | | |
| SHIPPING WEIGHT | 1,462 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 814486 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV? 07/13/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 811501 | 09 28 05 | 1 |
| | INVOICE TYPE | | |
| | BILL AND SHIP | | |
| 01 | | | |

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 03 30 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | CUST CODING | 168 98247 | | | | |
| 302297 242    7565 10 10 | | 4 | 659682 66960 | 00 | 210 | | 414 | 16 240 | |
| | | 1 | 659687 66840 | | | | 466 | 16 240 | |
| | | 1 | 659688 | | | | 467 | 16 240 | |
| | | 3 | 659689 | | | | 325 | 16 240 | |
| SUB TOTAL | | | | | | | 1672 | | 27153 28 |
| | 11 | 5 | 659683 66960 | | | | 538 | 16 240 | 8737 12 |
| GMT 360 LIFE CURTAIN | | | | CUST CODING | 168 98247 | | | | |
| 302302 242    7565 10 10 | | 6 | 659760 66900 | 00 | 210 | | 191 | 16 240 | |
| | | 8 | 659762 66940 | | | | 571 | 16 240 | |
| SUB TOTAL | | | | | | | 762 | | 12374 88 |
| | 11 | 7 | 659761 | | | | 492 | 16 240 | 7990 08 |

SAME DAY TO SHIP 9-28
CARRIER - LANDSTAR/RANGER

FREIGHT STATUS: PREPAID

00

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 242    7565 10 10 | 151,469 | 97,967 | 3,464 | 53,502 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | | PLEASE SHOW OUR INVOICE NO. IN REMITTANCE | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | P. O. BOX 843234 | | |
| B/L NO. | 814487 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99115 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

IHV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE. (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 811501 | 09 28 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEE BELOW

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 03 30 04 |

| STYLE | PRODUCT I.D. PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|-------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | |

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        **** *
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF **** *
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   **** *
****  APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 3,464 | REMIT TO: PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 8 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 6,476 | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT |
| B/L NO. | 814487 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 56 255 36 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | | BUS # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | | 319 | | 440619719 |

INV) 09/11/2005

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

## INVOICE

R072018 CUST. SERV.

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811642 | 092905 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0550063123 | | | | | | BS032 | | ZZCPB00 | 082304 |

| STYLE | PAT | COLOR | FIN | LCP | GR DE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | | | | CUST CODING M101285 | | | | |
| 312308640 | | 6507 | 1010 | | | 1 | 655264 | 65500 | 8290 | 8210 | 3760 | |
| | | | | | | 2 | 656241 | | 6850 | 6680 | 3760 | |
| SUB TOTAL | | | | | | | | | 15140 | 14890 | | 55986 4 |
| | | | | | | 3 | 655397 | 65510 | 8500 | 8380 | 3760 | |
| | | | | | | 4 | 655398 | | 8500 | 8410 | 3760 | |
| | | | | | | 5 | 655403 | | 2650 | 2560 | 3760 | |
| | | | | | | 6 | 655405 | | 7260 | 7140 | 3760 | |
| | | | | | | 7 | 655406 | | 7280 | 7010 | 3760 | |
| | | | | | | 8 | 655407 | | 7300 | 7100 | 3760 | |
| | | | | | | 9 | 655408 | | 4050 | 3950 | 3760 | |
| | | | | | | 10 | 655412 | | 4950 | 4870 | 3760 | |
| | | | | | | 11 | 656432 | | 6320 | 6210 | 3760 | |
| | | | | | | 12 | 656471 | | 8500 | 8430 | 3760 | |
| | | | | | | 13 | 656472 | | 5300 | 5260 | 3760 | |
| | | | | | | 14 | 656568 | | 8170 | 7870 | 3760 | |
| SUB TOTAL | | | | | | | | | 78780 | 77190 | | 290234 4 |

SAME DAY TO SHIP 9-29
       ***      WAREHOUSE     ***                                                        00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                        FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 312308640 | | 6507 | 1010 | 2,010,911 | 1,486,815 | 9,208 | 524,096 |

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | | | CONTINUED |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS | | | |
| B/L NO. | 814665 | | | FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS | PC1 | PC2 | ST | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS | BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | XC | 440619719 |

IMV2 04/05/2005

RC72018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW



MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811642 | 092905 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT

LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

| CUSTOMER CODING/P.O. | 0550063123 | | | | | CUSTOMER DEPARTMENT | BS032 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | GR | PKG PACKGE | | GROSS 1 | | NET 1 | | |
| STYLE | PAT | COLOR FINL CP DE | | SEQ NUMBER BATCH | | LYDS. 8 | | LYDS. 8 | PRICE | AMOUNT |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 9,208 | REMIT TO: | PLEASE SHOW OUR INVOICE NO ON REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 14 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 3462208 |
| SHIPING WEIGHT | 6,308 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 814665 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

# Milliken & Company



**MILLIKEN**

R072018 CUST. SERV.

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811643 | 092905 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE       GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNQ00 | 081204 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | LOC | GR PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 315D | 56X56 | SILICONE | | | | | | | CUST CODING M101329 | | | |
| 312285 | 630 | | 3505 | 010 | | 1 | 615170 | 85210 | 1500 | 1440 | 4840 | |
| | | | | | | 3 | 617950 | | 6640 | 6180 | 4840 | |
| | | SUB TOTAL | | | | | | | 8140 | 7620 | | 368808 |
| | | | | 11 | | 2 | 617923 | | 12000 | 11530 | 4840 | 558052 |

SAME DAY TO SHIP 9-29
*** WAREHOUSE *** 00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312285630 | 3505 010 | 165,238 | 140,638 | 1,915 | 24,600 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

| TOTAL BILLED QTY | | | |
|---|---|---|---|
| TOTAL PACKAGES | REMIT TO: | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| B/L NO.  814666 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LCC. | DEST. | UNIT | | BUS BY | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 09 | KAREN O. STURKIE | 319 | 440619719 |

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE




MILLIKEN™

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 811643 | 092905 | 2 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNC00 | 081204 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC | PKG PDE SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

```
 ****      6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
 ****  APPLICABLE LAW.                                                  ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY. | 1,915 | |
| TOTAL PACKAGES | 3 | |
| SHIPPING WEIGHT | 1,390 | |
| B/L NO. | 814666 | |

REMIT TO:   PLEASE SHOW OUR INVOICE NO IN REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| | |
|---|---|
| TOTAL INVOICE AMOUNT | 926860 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PCI | C2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

B072058  CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841    FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|---------------|------|------|
| 534 | 812971 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX   78567 |

| ROUTING | DELIVERY POINT |
|---|---|
| SEE BELOW | LAGRANGE          GA |

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| | ZZCJR00 | 020404 |

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | |
|---|---|---|---|

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG PACKGE CUSTOMER SEQ NUMBER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN<br>302303 274    7365 1010 | | CUST CODING 1686 9875<br>2 65859 166420 00    210<br>1 66084 166410 | | 14<br>40 | 14600<br>14600 | |
| SUB TOTAL | | | 54 | | | 78840 |

SAME DAY TO SHIP 9-30                                                          00
    ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL    TOTAL      THIS
                                      BILLED    SHIPMENT   BALANCE
302303 274        7365 1010    102,545    63,993      54    38,552

        SALESPERSON  -  MORRIS ASSOCIATES

    ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    ****
    ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
    ****  APPLICABLE LAW.    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 54 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | | TOTAL INVOICE AMOUNT | 78840 |
|---|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | | | |
| SHIPPING WEIGHT | 68 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |
| B/L NO. | 816915 | | | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF. REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530 4 | 0006 | 534 | 63 | | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 597/117/2005

# Milliken & Company

R072018 CUST. SERV.

## INVOICE

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone 212-819-4200
SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 812972 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT  BS032 | ZZCNZ00 | 08 23 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR CD | PKG SEQ | PACKGE NUMBER BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 630D 39X39 MID PERM 312286 720    2058 | 010 | | CUST CODING M01 01384 | 9980 | 9780 | 3460 | |
| | | 1 653264 65190 | | 9980 | 9780 | 3460 | |
| | | 2 653265 | | 10000 | 9850 | 3460 | |
| | | 3 653266 | | 10000 | 9890 | 3460 | |
| SUB TOTAL | | | | 29980 | 29520 | | 10 213 92 |

SAME DAY TO SHIP 9-30
     *** WAREHOUSE ***                                                                    00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                          FREIGHT STATUS: COLLECT
  PRODUCT STATUS              ORIGINAL      TOTAL      THIS
                                             BILLED    SHIPMENT    BALANCE
312286 720      2058   010   321,661   213,193   2,952   108,468

     IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
     PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
     BUSINESS - 0920

  ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
  ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
  ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,952 | | |
|---|---|---|---|
| TOTAL PACKAGES | 3 | | |
| SHIPPING WEIGHT | 2,524 | | |
| B/L NO. | 816910 | | |

PLEASE SHOW OUR INVOICE NO. IN REMITTANCE.
REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS FROM INVOICE DATE

TERMS: NET 30 DAYS

| TOTAL INVOICE AMOUNT | 10 213 92 |
|---|---|

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| | BUS | PC1 | PC2 | E | SALESMAN | TM | LCC | DEST. | UNIT | | SUB # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

12V2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

 
MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 812973 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P O. | 0550063123 | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|
| | | | | | ZZCPB00 | 082304 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR CD | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D 46 | X46 | SILICONE | | | | | CUST CODING M101285 | | | | |
| 312308 | 640 | | 6507 | 1010 | 1 | 655510 | 65520 | 8500 | 8350 | 3760 | |
| | | | | | 2 | 655515 | | 7110 | 7040 | 3760 | |
| | | | | | 3 | 655516 | | 7100 | 6980 | 3760 | |
| | | | | | 4 | 655520 | | 8020 | 7880 | 3760 | |
| | | | | | 5 | 655521 | | 6320 | 6150 | 3760 | |
| | | | | | 6 | 655522 | | 7630 | 7440 | 3760 | |
| | | | | | 7 | 655523 | | 8500 | 8340 | 3760 | |
| | | | | | 8 | 656567 | | 7870 | 7820 | 3760 | |
| | | | | | 9 | 656572 | | 8500 | 8350 | 3760 | |
| | | SUB TOTAL | | | | | | 69550 | 68350 | | 2569960 |
| | | | | | 10 | 655678 | 65530 | 7800 | 7660 | 3760 | |
| | | | | | 11 | 655679 | | 8500 | 8410 | 3760 | |
| | | | | | 12 | 655685 | | 7030 | 6940 | 3760 | |
| | | SUB TOTAL | | | | | | 23330 | 23010 | | 865176 |

SAME DAY TO SHIP 9-30
    ***    WAREHOUSE    ***                                    00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: COLLECT
 PRODUCT STATUS        ORIGINAL    TOTAL      THIS
                                   BILLED     SHIPMENT  BALANCE
312308 640      6507 1010 2,010,911 1,495,951  9,136   514,960

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. W/ REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | | CONTINUED |
| B/L NO. | 816911 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E SALEMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 30 of 62

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone  212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 812973 | 093005 | 2 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER  ZZCPB00

ORDER DATE  082304

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS1 LYDS.8 | NET 1 LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

```
* * * *    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
* * * * BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
* * * *    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
* * * * APPLICABLE LAW.                                                   ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 9,136 | REMIT TO: | TERMS. NET 30 DAYS | | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 12 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 6,245 | DALLAS, TX 75284-3234 | | | 3435136 |
| B/L NO. | 816911 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS 3I | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813112 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 020404 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 274    7365 1010 | | 2 | 66117766980 | 00 | | 210 | | 255 | 14600 | |
| | | 1 | 66118065940 | | | | | 347 | 14600 | |
| SUB TOTAL | | | | | | | | 602 | | 878920 |

SAME DAY TO SHIP 9-30
   ***   WAREHOUSE   ***                                                  00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                     FREIGHT STATUS: COLLECT
 PRODUCT STATUS          ORIGINAL    TOTAL    THIS
                                     BILLED   SHIPMENT   BALANCE
302303 274       7365 1010   102,545   64,595   602   37,950

     SALESPERSON - MORRIS ASSOCIATES

 ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
 ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
 ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
 ****  APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 602 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 753 |
| B/L NO. | 817071 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   878920

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. ST | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

DWT 07/17/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
LaGRANGE, GA 30240
PHONE. (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813113 | 093005 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLT00 | 040504 |

| PRODUCT I.D. | | | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | | | | NO. | | | | | |
| GMT 370 LIFE CURTAIN | | | | | | CUST CODING | 1689 | 8248 | | | |
| 302302 | 43 | 7565 1010 | | 1.659694 | 66890 | 00 | 210 | | 530 | 16640 | |
| | | | | 2.661150 | 67330 | | | | 463 | 16640 | |
| SUB TOTAL | | | | | | | | | 993 | | 165352 |
| | | | 11 | 3.661151 | | | | | 469 | 16640 | 78041 6 |

SAME DAY TO SHIP 9-30                                                        00
    ***  WAREHOUSE  ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: COLLECT
PRODUCT STATUS           ORIGINAL    TOTAL    THIS
                                      BILLED  SHIPMENT  BALANCE
302302 43   7565 1010    56,961    40,276    1,462    16,685

      SALESPERSON - MORRIS ASSOCIATES


   ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      ****
   ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
   ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
   ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,462 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,532 |
| B/L NO. | 817072 |

REMIT TO:      PLEASE SHOW YOUR INVOICE NO.
                 WITH REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    2432768

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.
INVY 07/15/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC. | | UNIT | | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | | 319 | | 440619719 |

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone. 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 092 | 813126 | 100405 | 1 |

INVOICE TYPE

BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS   TX   78567 |

| ROUTING | DELIVERY POINT |
|---|---|
| SEAHORSE TRANSPORTATION | LAGRANGE          GA |

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNZ00 | 082304 |

| CUSTOMER CODING/P.O. | CUSTOMER DEPARTMENT |
|---|---|
| 0550063123 | BS032 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR LP | PKG CDE SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | 1 PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 630D 39X39 MID PERM | | | CUST CODING M01013 | 84 | | | | |
| 312286 720 2058 010 | | 1 653260 | 65190 | | 10000 | 9940 | 3460 | |
| | | 2 653262 | | | 10000 | 9940 | 3460 | |
| | | 3 653268 | | | 4240 | 4200 | 3460 | |
| SUB TOTAL | | | | | 24240 | 24080 | | 833168 |

SAME DAY TO SHIP 10-3                                                                      00
  ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                   FREIGHT STATUS: COLLECT
  PRODUCT STATUS          ORIGINAL     TOTAL     THIS          BALANCE
                                             BILLED
312286 720     2058 010  336,521  215,601  2,408  120,920

          IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
          PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
          BUSINESS - 0920


  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****  APPLICABLE LAW.                                               ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,408 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 2,033 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS | 833168 |
| B/L NO. | 817088 | | | FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00052530400 | 06 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



**MILLIKEN**

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 813127 | 10 04 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT

LAGRANGE          GA

FIBER CONTENT

| | | | | | | | | | | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CUSTOMER CODING/P O | | 0550063123 | | | | | CUSTOMER DEPARTMENT | | | | ZZCNS00 | 08 12 04 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR LC | PKG CDE SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 630D 3 | 8X3 | 8 LW | SILICONE | | | CUST CODING M10145 | 4 | | | | | | | |
| 312267 | 631 | | 3505 | 012 | 1 | 608779 | 85070 | 11000 | | 1069 0 | | 4300 | 4596 70 |

SAME DAY TO SHIP 10-3                                                                    00
      ***     WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: COLLECT
  PRODUCT STATUS              ORIGINAL      TOTAL      THIS
                                                  BILLED   SHIPMENT   BALANCE
312267 631      3505    010    61,496    37,684    1,069    23,812

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
  ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
  ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,069 | REMIT TO: PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET 30 DAYS | TOTAL INVOICE AMOUNT |
|---|---|---|---|---|
| TOTAL PACKAGES | 1 | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | 888 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 817089 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | 4596 70 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

INV2 04/05/2005

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW



# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 813128 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5397

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNR00 | 081204 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS LYDS.8 | | NET LYDS.8 | 1 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FINL | CPDE | SEQ | NUMBER | BATCH | | | | | | |
| 630D 4 | 1X4 | 1 72" | | | | CUST CODING M101281 | | | | | | | |
| 312275 | 720 | 2058 | 010 | | 1 | 638181 | 62240 | 10000 | | 9960 | | 3490 | |
| | | | | | 2 | 638182 | | 10000 | | 9960 | | 3490 | |
| | | | | | 3 | 638183 | | 10000 | | 9990 | | 3490 | |
| | SUB TOTAL | | | | | | | 30000 | | 29910 | | | 1043859 |

SAME DAY TO SHIP 10-3                                                      00
      ***     WAREHOUSE     ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312275 720 | 2058 010 | 315,456 | 268,749 | 2,991 | 46,707 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
**** APPLICABLE LAW.                                                    ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,991 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,628 |
| B/L NO. | 817090 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TERMS: NET 30 DAYS

TOTAL INVOICE AMOUNT   1043859

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

INV2 04/05/2005

| CUSTOMER NO. | | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0052530 | 40006 | 092 | | 15 | | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone 212-819-4200
SEE REMIT TO ADDRESS BELOW

MILLIKEN

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 813129 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS TX 78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 082304 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

| PRODUCT I.D. STYLE PAT COLOR FINL | GR CD | E | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | CUST CODING M101285 | | | | |
| 312308 640       6507 | 10 | 10 | 1 | 655517 | 65520 | 7620 | 7540 | 3760 | |
| | | | 2 | 655518 | | 6110 | 6050 | 3760 | |
| SUB TOTAL | | | | | | 13730 | 13590 | | 510984 |
| | 11 | | 3 | 656595 | | 4070 | 4030 | 3760 | 151528 |
| | 10 | | 5 | 655681 | 65530 | 7800 | 7690 | 3760 | |
| | | | 6 | 655682 | | 7010 | 6930 | 3760 | |
| | | | 7 | 655683 | | 7100 | 7070 | 3760 | |
| | | | 8 | 655684 | | 7110 | 7040 | 3760 | |
| | | | 9 | 655690 | | 8500 | 8460 | 3760 | |
| | | | 10 | 655691 | | 8500 | 8350 | 3760 | |
| | | | 11 | 655692 | | 8500 | 8430 | 3760 | |
| | | | 12 | 655693 | | 6270 | 6220 | 3760 | |
| SUB TOTAL | | | | | | 60790 | 60190 | | 2263144 |
| | 11 | | 4 | 655680 | | 7140 | 6930 | 3760 | 260568 |

SAME DAY TO SHIP 10-3                                                      00
   *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL BILLED | TOTAL THIS SHIPMENT | BALANCE |
|---|---|---|---|
| 312308 640       6507 10 10 | 2,029,425 | 1,504,425     8,474 | 525,000 |

| TOTAL BILLED QTY. | | REMIT TO: | |
| TOTAL PACKAGES | | P. O. BOX 843234 | |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | |
| B/L NO.          817091 | | | |

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT          CONTINUED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCI | E | | TM | LOC | DEST. | | UNIT | | BUS. BT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 00009 | KAREN O. STURKIE | | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE



MILLIKEN

| BUS | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 092 | 813129 | 10 04 05 | | 2 |

**INVOICE TYPE**
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ZZCPB00 | 08 23 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN LO | GR CPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS | NET LYDS | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | | | 1 .8 | 1 .8 | | |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 092

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                 ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,474 | REMIT TO: ...EASE SHOW OUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 12 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 5,678 | DALLAS, TX 75284-3234 | | 3186224 |
| B/L NO. | 817091 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | 440619719 |

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 38 of 62

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE. (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 813635 | 10 04 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | ZZCLP00 | 03 30 04 |

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | | | CUST CODING | 168 982 47 | | | |
| 302297 | 242 | | 7565 | 10 10 | | | 210 | | | | |
| | | | | | 1 | 656323 656589 00 | | | 485 | 16 240 | |
| | | | | | 2 | 656324 | | | 472 | 16 240 | |
| | | | | | 3 | 656325 | | | 330 | 16 240 | |
| | | | | | 4 | 656329 | | | 429 | 16 240 | |
| | | | | | 5 | 656330 | | | 483 | 16 240 | |
| | | | | | 6 | 656331 | | | 318 | 16 240 | |
| | | | | | 7 | 656335 | | | 486 | 16 240 | |
| | | | | | 8 | 656341 | | | 468 | 16 240 | |
| | | | | | 9 | 656343 | | | 201 | 16 240 | |
| SUB TOTAL | | | | | | | | | 3 672 | | 5 963 28 |

SAME DAY TO SHIP 10-3                                                                      00
***          *** WAREHOUSE          ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

|  | FREIGHT STATUS: COLLECT | | | |
|---|---|---|---|---|
| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
| 302302 242    7565 10 10 | 160,654 | 101,639 | 3,672 | 59,015 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY. | | | | |
|---|---|---|---|---|
| TOTAL PACKAGES | REMIT TO: | PLEASE SHOW OUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | |
| SHIPPING WEIGHT | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| B/L NO.       818345 | DALLAS, TX 75284-3234 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 PC2 | E | SALESMAN | TM | LOC | DEST. | | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV? 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 813635 | 100405 | 2 |

INVOICE TYPE
BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS  TX  78567 |

| ROUTING | DELIVERY POINT |
|---|---|
| SEAHORSE TRANSPORTATION | LAGRANGE            GA |

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ZZCLP00 | ORDER DATE | 033004 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | | GR | | PKG | PACKGE | CUSTOMER | | PACK | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | PDE | SEQ | NUMBER | PKG | NO. | PLANT | | | EACH | PRICE | AMOUNT |

```





```

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.  ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
**** APPLICABLE LAW.  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 3,672 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET 30 DAYS | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 9 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 7,045 | DALLAS, TX 75284-3234 | | | 59,633 28 |
| B/L NO. | 818345 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

INV? 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 813636 | 10 03 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|-----------|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P O     0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303 274   7365 10 10 | | | | | | 210 | | | |
| | | 1 | 661181 | 65940 00 | | | 293 | 14 600 | |
| | | 2 | 661182 | | | | 289 | 14 600 | |
| | | 3 | 661282 | | | | 314 | 14 600 | |
| | | 4 | 661305 | | | | 340 | 14 600 | |
| | | 5 | 661468 | | | | 305 | 14 600 | |
| | | 6 | 661529 | | | | 400 | 14 600 | |
| | | 7 | 661531 | | | | 400 | 14 600 | |
| | | 8 | 661572 | | | | 357 | 14 600 | |
| SUB TOTAL | | | | | | | 2 698 | | 3 9390 80 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | 00 |

SAME DAY TO SHIP 10-3
*** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303 274   7365 10 10 | 102,545 | 67,293 | 2,698 | 35,252 |

SALESPERSON - MORRIS ASSOCIATES

| TOTAL BILLED QTY: | REMIT TO: | TERMS: NET 30 DAYS | |
|---|---|---|---|
| TOTAL PACKAGES | P. O. BOX 843234 | | |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | | TOTAL INVOICE AMOUNT |
| B/L NO.      818353 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | LCC | DEST. | UNIT | | BUS. # | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | 440619719 |

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 813636 | 10 03 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG | PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|--------------|---------|------------|--|------|-------|--------|
| | | | | | | | | | | | | | |

```
****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.                                                     ****
```

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,698 | REMIT TO: | | TERMS: NET 30 DAYS | |
|-------------------|-------|-----------|--|--------------------|--|
| TOTAL PACKAGES | 8 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 3,371 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT  39390 80 |
| B/L NO. | 818353 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

| CUSTOMER NO. | BUS | PC1 | PC2 | E SALESMAN | TM | LCC. | DEST. | | UNIT | | BUS. | XC | |
|--------------|-----|-----|-----|------------|----|----|----|--|------|--|------|----|--|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 07/11/2006

B072056  CUST SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE (706) 880-5841   FAX (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|------|------|------|
| 534 | 813771 | 10 03 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
MENLO NEXT DAY AIR

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|-----|-----|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P O      0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|-------|-----|-------|-----|--------|---------|---------------|------------------|------------|------|-------|--------|
| GMT191 | OP | W LIFE CURTAIN | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | | 7365 | 10 10 | 1 | 66150466970 | 00 | 210 | 400 | 14 600 | |
| | | | | | 1 | 661566 | | | 436 | 14 600 | |
| SUB | TOTAL | | | | | | | | 836 | | 12 205 60 |

SAME DAY TO SHIP 10-3                                                    00
CARRIER - MENLO/PTN 2383284

FREIGHT STATUS: COLLECT

PRODUCT STATUS          ORIGINAL      TOTAL       THIS
                                      BILLED     SHIPMENT   BALANCE
302303 274        7365 10 10  102,545    68,129       836    34,416

SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        *** *
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF *** *
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    *** *
**** APPLICABLE LAW.                                                *** *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 836 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. IN REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 12 205 60 |
| SHIPPING WEIGHT | 1,045 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 818464 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN ... APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALEMAN | TH | LCC | DEST. | UNIT | | BUS RF | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

INV7 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE
LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 813800 | 10 03 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCLT 00 | 04 05 04 |

CUSTOMER CODING/P O.    0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| GMT 370 LIFE CURTAIN | | | | CUST CODING 168 982 48 | | | | |
| 302302 243    7565 10 10 | | 2 | 6611526733000 | 210 | | 149 | 16640 | 247936 |
| 12 | | 1 | 65969566890 | | | 433 | 16640 | 720512 |

SAME DAY TO SHIP 10-3

\*\*\*     WAREHOUSE     \*\*\*

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

00

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL BILLED | TOTAL | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302302 243    7565 10 10 | 56,961 | 40,858 | 582 | 16,103 |

SALESPERSON - MORRIS ASSOCIATES

\*\*\*\*     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     \*\*\*\*
\*\*\*\* BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     \*\*\*\*
\*\*\*\* 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     \*\*\*\*
\*\*\*\* APPLICABLE LAW.     \*\*\*\*
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 582 |
|---|---|
| TOTAL PACKAGES | 2 |
| SHIPPING WEIGHT | 1,031 |
| B/L NO. | 818494 |

REMIT TO:   PLEASE SHOW OUR INVOICE NO.  ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT    9684 48

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B/ | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | 99155 | 06 | 711 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

HWY 07/11/2005

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 44 of 62

R072018 CUST. SERV.

# Milliken & Company

 **MILLIKEN**

## INVOICE

Administrative Services Department M-105
920 Milliken Road P.O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 814137 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | |
|---|---|
| ORDER NUMBER | ORDER DATE |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCNZ00

ORDER DATE   08 23 04

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS 1 | | NET 1 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | CDE | SEQ | NUMBER | BATCH | LYDS .8 | | LYDS .8 | PRICE | AMOUNT |
| 630D | 39X39 | MID | PERM | 010 | | | | CUST CODING M01 013 84 | | | | |
| 312286 | 720 | 2058 | 010 | | 1. | 653259 | 65190 | 10000 | | 9850 | 3460 | |
| | | | | | 2. | 653263 | | 10000 | | 9880 | 3460 | |
| | | | | | 3. | 653267 | | 7300 | | 7210 | 3460 | |
| | SUB TOTAL | | | | | | | 27300 | | 26940 | | 9321 24 |

SAME DAY TO SHIP 10-4                                                           00
   ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS          ORIGINAL    TOTAL      THIS        BALANCE
                                       BILLED     SHIPMENT
312286 720     2058  010   336,521    218,295    2,694       118,226

       IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
       PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
       BUSINESS - 0920

   ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
   ****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
   ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
   ****    APPLICABLE LAW.                                                ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| | | |
|---|---|---|
| TOTAL BILLED QTY.   2,694 | REMIT TO: *PLEASE SHOW OUR INVOICE NO. IN REMITTANCE* | TERMS: NET 30 DAYS |
| TOTAL PACKAGES        3 | P. O. BOX 843234 | |
| SHIPPING WEIGHT   2,291 | DALLAS, TX 75284-3234 | |
| B/L NO.        819336 | | |

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   9321 24

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | | BUS | PC1 | PC2 | SALESMAN | TM | LOC | DEST | | UNIT | | BUS BT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 15 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | | 440619719 |

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 814138 | 10 04 05 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX  78567

ROUTING

SEAHORSE TRANSPORTATION

DELIVERY POINT

LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.    0550063123

CUSTOMER DEPARTMENT   BS032

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCPB00 | 08 23 04 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR CP | PKG CDE | PACKGE SEQ NUMBER | BATCH | GROSS LYDS. 8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | CUST CODING M10128 5 | | | | |
| 312308640      6507 | 10 | 10 | 1 660029 | 66750 | 7870 | 7660 | 3760 | |
| | | | 2 660030 | | 8000 | 7890 | 3760 | |
| | | | 3 660031 | | 8000 | 7870 | 3760 | |
| | | | 4 660032 | | 7710 | 7530 | 3760 | |
| | | | 5 660033 | | 7010 | 6990 | 3760 | |
| | | | 6 660034 | | 7130 | 7050 | 3760 | |
| | | | 7 660035 | | 6010 | 5900 | 3760 | |
| | | | 8 660037 | | 7200 | 6990 | 3760 | |
| | | | 9 660038 | | 7350 | 7240 | 3760 | |
| | | | 10 660040 | | 7750 | 7600 | 3760 | |
| | | | 11 660053 | | 8500 | 8260 | 3760 | |
| | | | 12 660054 | | 8440 | 8300 | 3760 | |
| SUB TOTAL | | | | | 90970 | 89280 | | 3356928 |

SAME DAY TO SHIP 10-4                                                                 00
         *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                            FREIGHT STATUS: COLLECT
  PRODUCT STATUS            ORIGINAL    TOTAL      THIS
                                        BILLED     SHIPMENT   BALANCE
312308640      6507 10 10 2,029,425 1,513,353   8,928      516,072

         IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
         PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
         BUSINESS - 0920

| | | | |
|---|---|---|---|
| TOTAL BILLED QTY | REMIT TO: | TERMS: NET 30 DAYS | |
| TOTAL PACKAGES | P. O. BOX 843234 | | TOTAL |
| SHIPPING WEIGHT | DALLAS, TX 75284-3234 | | INVOICE |
| B/L NO. 819337 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | AMOUNT CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 KAREN O. STURKIE | 319 | | 440619719 |

INV2 04/05/2005

R072018 CUST. SERV

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P O Box 1926
Spartanburg, SC 29304-1926
Phone  212-819-4200
SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 814138 | 100405 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT  BS032

ORDER NUMBER  ZZCPB00

ORDER DATE  082304

| PRODUCT I.D. STYLE PAT COLOR FIN LCPDE | GR | PKG PACKGE SEO NUMBER BATCH | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|

****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****  APPLICABLE LAW.                                                 ****

FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 8,928 |
|---|---|
| TOTAL PACKAGES | 12 |
| SHIPPING WEIGHT | 6,167 |
| B/L NO. | 819337 |

* PLEASE SHOW OUR INVOICE NO
IN REMITTANCE

REMIT TO:
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT  3356928

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE ADMINISTRATOR OF WAGE ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS NO | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 092 | | 27 | 99155 | 06 | 711 | 689897 | 000 | 09 | KAREN O. STURKIE | 319 | |

440619719

INV2 04/05/2005

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 47 of 62

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 814139 | 10 04 05 | 1 |

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS  TX  78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCJR00 | 02 04 04 |

CUSTOMER CODING/P.O.     0550063123

CUSTOMER DEPARTMENT

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PRODUCT I.D. | | | | CUST CODING 16869875 | | | | | |
| GMT191 OPW LIFE CURTAIN | | | | | | | | | | | |
| 302303 | 274 | 7365 | 10 | 10 | 2 | 66117966980 | 00 | 210 | 304 | 14 600 | |
| | | | | | 1 | 66156866970 | | | 216 | 14 600 | |
| | SUB TOTAL | | | | | | | | 520 | | 7592 00 |

SAME DAY TO SHIP 10-4                                             00
     ***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: COLLECT

| PRODUCT STATUS | | | | ORIGINAL BILLED | TOTAL THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 | 10 10 | 105,834 | 68,649 | 520 | 37,185 |

SALESPERSON - MORRIS ASSOCIATES

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
****  APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 520 | REMIT TO: PLEASE SHOW OUR INVOICE NO OR REMITTANCE | TERMS: NET 30 DAYS | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT | 7592 00 |
| SHIPPING WEIGHT | 670 | DALLAS, TX 75284-3234 | | | |
| B/L NO. | 819338 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | TM | CAT | DEST. | | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 63 | 99155 | 06 | 711 | 689897 | 00005 | KAREN O. STURKIE | 319 | | 440619719 |

INVT 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE (706) 880-5841   FAX: (706) 880-5115



| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 814140 | 10 04 05 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.
PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI RIMIR S.A. DE C.V.
A/C DELPHI RIMIR, S.A. DE C.V.
702 JOAQUIN CAVAZOS RD
LOS INDIOS   TX   78567

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCLP00 | 03 30 04 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| PRODUCT I.D. STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT360 LIFE CURTAIN | | | | | | | CUST CODING 168982 47 | | | | |
| 302297 | 242 | 7565 | 10 | 10 | 1 | 656336 | 658900 | 210 | 483 | 16240 | |
| | | | | | 2 | 656337 | | | 185 | 16240 | |
| | | | | | 3 | 656342 | | | 477 | 16240 | |
| SUB TOTAL | | | | | | | | | 1145 | | 1859480 |

SAMED DAY TO SHIP 10-4                                    00
     ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                              FREIGHT STATUS: COLLECT
   PRODUCT STATUS           ORIGINAL    TOTAL       THIS
                                        BILLED    SHIPMENT   BALANCE
302302 242      7565 10 10   160,654   102,784    1,145     57,870

          SALESPERSON -  MORRIS ASSOCIATES

  ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.       ****
  ****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY  ****
  ****   APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 1,145 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,198 |
| B/L NO. | 819339 |

REMIT TO:  PLEASE SHOW OUR INVOICE NO IN REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET 30 DAYS

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

| TOTAL INVOICE AMOUNT | 1859480 |
|---|---|

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | B | SALESMAN | TM | LOC | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | | 11 | 99155 | 06 | 711 | 68989 7 | 000 05 | KAREN O. STURKIE | 319 | | 440619719 |

DWT 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 814141 | 100405 | 1 |

INVOICE TYPE
BILL AND SHIP

01

| SOLD TO THE ACCOUNT OF | SHIP TO CONSIGNED DESTINATION |
|---|---|
| DELPHI RIMIR, S.A. DE C.V.<br>PO BOX 5897<br>BROWNSVILLE TX 78523-5897 | DELPHI RIMIR S.A. DE C.V.<br>A/C DELPHI RIMIR, S.A. DE C.V.<br>702 JOAQUIN CAVAZOS RD<br>LOS INDIOS  TX  78567 |

| ROUTING | DELIVERY POINT | |
|---|---|---|
| SEAHORSE TRANSPORTATION | LAGRANGE | GA |

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|
| | | | ZZCMK00 | 042904 |

| PRODUCT I.D. | | | GR | PKG | PACKGE | CUSTOMER | PACK | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR FIN | PDE | SEQ | NUMBER | PKG NO. | PLANT | EACH | PRICE | AMOUNT |
| GMX 295 | LIFE CURTAIN | | | | | CUST CODING 168716 | 54 | | | |
| 302303 | 241 | 7565 | 1010 | 1 | 6094256645000 | | 210 | 851 | 11980 | |
| | | | | 2 | 609439 | | | 827 | 11980 | |
| | | | | 3 | 609440 | | | 854 | 11980 | |
| | SUB TOTAL | | | | | | | 2532 | | 303336 |

SAME DAY TO SHIP 10-4                                                                                                      00
   ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING         FREIGHT STATUS: COLLECT

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 302303 241    7565 1010 | 63,695 | 64,442 | 2,532 | |

         SALESPERSON - MORRIS ASSOCIATES

   ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.         ****
   ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
   ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
   ****  APPLICABLE LAW.
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,532 | REMIT TO: PLEASE SHOW YOUR INVOICE NO. WITH REMITTANCE | TERMS: NET 60 DAYS | |
|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT  303336 |
| SHIPPING WEIGHT | 3,274 | DALLAS, TX 75284-3234 | | |
| B/L NO. | 819340 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0006 | 534 | 11 | | 991550 | 77 | 11 | 689897 | 000 | 05 | KAREN O. STURKIE | 319 | 440619719 |

DNV7 07/11/2005

R072018 CUST. SERV.

# Milliken & Company



# INVOICE

Administrative Services Department M-105
920 Milliken Road P O Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 815454 | 100605 | 1 |

INVOICE TYPE
BILL AND SHIP
01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE              GA

FIBER CONTENT

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNS00 | 081204 |

| PRODUCT I.D. STYLE PAT COLOR FIN LCPDE | GR | PKG SEQ | PACKGE NUMBER | BATCH | | GROSS LYDS. | NET LYDS. | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 630D 38X38 LW SILICONE | | | | | | 1 .8 | 1 .8 | | |
| 312267631     3505   012 | | 26 | 1377485140 | CUST CODING M10145 | 4 | 11000 | 10730 | 4300 | 461390 |
| 13 | | 16 | 12282 | | | 11000 | 10770 | 4300 | 463110 |

FREIGHT CHARGES $1793.00
SAME DAY TO SHIP 10-6
  ***    WAREHOUSE    ***                                                           179300

FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE
WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|
| 312267631 | 3505   010 | 61,496 | 39,834 | 2,150 | 21,662 |

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.           ****
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY       ****
****    APPLICABLE LAW.                                                   ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,150 | REMIT TO:  PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 1,864 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS | 110380 00 |
| B/L NO. | 821552 | | FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | XC | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | 27 | | 99155 | 03 | 711 | 689880 | 000 | 09 | KAREN O. STURKIE | 319 | 10 | 440610410 |

LW2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company




MILLIKEN

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 815455 | 100605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|

CUSTOMER CODING/P.O.  0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER  ZZCPB00   ORDER DATE 082304

| STYLE | PAT | COLOR | FIN | CPDE | GR | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D | 46 X46 | SILICONE | | | | | | CUST CODING M101285 | | | | |
| 312306 | 640 | | 6507 | 10 | 10 | 1 | 656682 | 65530 | 7960 | 7810 | 3760 | |
| | | | | | | 2 | 656823 | | 7960 | 7810 | 3760 | |
| | | | | | | 3 | 656831 | | 6500 | 6450 | 3760 | |
| | SUB | TOTAL | | | | | | | 22420 | 22070 | | 829832 |
| | | | | | | 4 | 656152 | 66110 | 6900 | 6800 | 3760 | |
| | | | | | | 5 | 656153 | | 6080 | 5970 | 3760 | |
| | | | | | | 6 | 656158 | | 7000 | 6870 | 3760 | |
| | | | | | | 7 | 656159 | | 7000 | 6920 | 3760 | |
| | | | | | | 8 | 656160 | | 7000 | 6950 | 3760 | |
| | | | | | | 9 | 656161 | | 8010 | 7910 | 3760 | |
| | | | | | | 10 | 656162 | | 8500 | 7830 | 3760 | |
| | | | | | | 11 | 656163 | | 6810 | 6510 | 3760 | |
| | | | | | | 12 | 656164 | | 6800 | 6620 | 3760 | |
| | | | | | | 13 | 656165 | | 8470 | 8020 | 3760 | |
| | | | | | | 14 | 656166 | | 4600 | 4480 | 3760 | |
| | | | | | | 15 | 656167 | | 8500 | 8330 | 3760 | |
| | | | | | | 16 | 656168 | | 4090 | 4040 | 3760 | |
| | | | | | | 17 | 657392 | | 6570 | 6350 | 3760 | |
| | SUB | TOTAL | | | | | | | 96330 | 93600 | | 3519360 |

SAME DAY TO SHIP 10-6                                                                    00
   * * *      WAREHOUSE      * * *
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL BILLED | TOTAL THIS SHIPMENT | BALANCE |
|---|---|---|---|
| 312308 640      6507 10 10 | 2,049,853 | 1,524,920      11,567 | 524,933 |

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | CONTINUED |
| B/L NO.      821553 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | UNIT | | BUS. | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | | 27 | 99155 | 03 | 711 | 689880 | 000 | 09 | KAREN O. STURKIE | 319 | 10 | 440610410 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|-----|-----|-----|
| 092 | 815455 | 100605 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE               GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | 0550063123 | | | | | | CUSTOMER DEPARTMENT | BS032 | | ORDER NUMBER | | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | ZZCPB00 | | 08 23 04 |
| STYLE | PAT | COLOR | FIN | LC | GR CDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS. | 1 8 | NET LYDS. | 1 8 | PRICE | AMOUNT |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

```
****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF   ****
****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****   APPLICABLE LAW.                                                   ****
```
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 11,567 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET CASH | | |
|---|---|---|---|---|---|---|
| TOTAL PACKAGES | 17 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT | 43491 92 |
| SHIPPING WEIGHT | 8,024 | DALLAS, TX 75284-3234 | | | | |
| B/L NO. | 821553 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED.

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | 27 | | 99155 | 03 | 711 | 689880 | 000 | 09 KAREN O. STURKIE | 319 | 10 | 440610410 |

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 53 of 62

R072018 CUST. SERV.

# Milliken & Company



# INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 815456 | 100605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE        GA

FIBER CONTENT

| CUSTOMER CODING/P.O. 0550063123 | | | | CUSTOMER DEPARTMENT | | ORDER NUMBER ZZCNY100 | ORDER DATE 082004 |
|---|---|---|---|---|---|---|---|

| PRODUCT I.D. | | GR | PKG | PACKGE | | GROSS | NET 1 | | |
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS.8 | LYDS.8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420D MICROPERM II (TM) | | | | | | | | CUST CODING M101411 | | | | |
| 312287 | 700 | 2132 | 010 | | | 1 | 642999 | 63170 | 10000 | 9910 | 4060 | |
| | | | | | | 2 | 643008 | | 6000 | 5910 | 4060 | |
| | | | | | | 3 | 643016 | | 10000 | 9920 | 4060 | |
| SUB TOTAL | | | | | | | | | 26000 | 25740 | | 104504 4 |

SAME DAY TO SHIP 10-6                                                    00
  ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                   FREIGHT STATUS: PREPAID
  PRODUCT STATUS           ORIGINAL      TOTAL      THIS
                                        BILLED    SHIPMENT    BALANCE
312287 700     2132   010   243,694   211,469    2,574      32,225

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

  ****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
  ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
  ****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY    ****
  ****  APPLICABLE LAW.                                              ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 2,574 | REMIT TO: | PLEASE SHOW OUR INVOICE NO ON REMITTANCE | TERMS: NET CASH | TOTAL INVOICE AMOUNT 104504 4 |
|---|---|---|---|---|
| TOTAL PACKAGES 3 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT 2,003 | DALLAS, TX 75284-3234 | | | |
| B/L NO. 821554 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC | SALESMAN | TM | LOC | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | 15 | 99155 | 03 | 711 | 689880 | 000 | 09 | KAREN O. STURKIE | 319 | 10 | 440610410 |

INV3 04/26/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

# INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 815457 | 10 06 05 | 1 |
| | INVOICE TYPE | | |
| 01 | BILL AND SHIP | | |

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE         GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCJR00 | 02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GMT191 OPW LIFE CURTAIN | | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 274 | | 7365 | 10 | 10 | 1 | 6597196699 | 00 | 210 | 400 | 14 600 | |
| | | | | | 2 | 661314 | | | 227 | 14 600 | |
| SUB TOTAL | | | | | | | | | 627 | | 9 154 20 |

SAME DAY TO SHIP 10-6                                                              00
    *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                        FREIGHT STATUS: PREPAID
 PRODUCT STATUS          ORIGINAL    TOTAL   THIS
                                     BILLED  SHIPMENT  BALANCE
302303 274      7365 10 10  105,554  69,276    627     36,278

    SALESPERSON - MORRIS ASSOCIATES

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.    ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY ****
**** APPLICABLE LAW.                                            ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 627 | REMIT TO: PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET CASH | TOTAL INVOICE AMOUNT | 9 154 20 |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT | 784 | DALLAS, TX 75284-3234 | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |
| B/L NO. | 821555 | | | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 534 | | 63 | 99155 | 03 | 711 | 689880 | 000 05 | KAREN O. STURKIE | 319 | 10 | 440610410 |

INV† 07/11/2005

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 55 of 62

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

**M-821**
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115

SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 534 | 815458 | 100605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|--------------|------------|
| ZZCLP00 | 033004 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT   ABL60

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | CUST CODING | 16898247 | | | | |
| 302302 242   7565 1010 | | 1 | 66060 | 26732000 | 210 | | 493 | 16240 | |
| | | 3 | 661144 | | | | 215 | 16240 | |
| SUB TOTAL | | | | | | | 708 | | 114 9792 |
| | | 11 | 2 | 661139 | | | 553 | 16240 | 898072 |

SAME DAY TO SHIP 10-6                                                          00
   ***   WAREHOUSE   ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                                    FREIGHT STATUS: PREPAID
   PRODUCT STATUS          ORIGINAL    TOTAL     THIS
                                       BILLED   SHIPMENT   BALANCE
302302 242     7565 1010   160,705   104,045   1,261      56,660

          SALESPERSON -   MORRIS ASSOCIATES

****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
****   BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****   8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
****   APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 1,261 | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|
| TOTAL PACKAGES          3 | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT    2,178 | DALLAS, TX 75284-3234 | | | 20478 64 |
| B/L NO.          821556 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 534 | | 11 | 99155 | 03 | 711 | 689880 | 00005 | KAREN O. STURKIE | 319 | 10 | 440610410 |

LMVT 07/11/2005

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

## INVOICE

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE: (706) 880-5841   FAX: (706) 880-5115



| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 534 | 815469 | 100605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE           GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | | | | CUSTOMER DEPARTMENT | ABL60 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ZZCLP00 | 033004 |

| PRODUCT I.D. STYLE PAT COLOR FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| GMT 360 LIFE CURTAIN | | | | | CUST CODING | 1689824 7 | | | |
| 302302 242 | 7565 1010 | 1 | 6606036732000 | | 210 | | 470 | 16240 | |
| | | 2 | 661142 | | | | 507 | 16240 | |
| | | 3 | 661143 | | | | 486 | 16240 | |
| SUB TOTAL | | | | | | | 1463 | | 2375912 |

SAME DAY TO SHIP 10-6
    ***     WAREHOUSE     ***                                                        00
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: PREPAID
  PRODUCT STATUS           ORIGINAL    TOTAL    THIS
                                       BILLED   SHIPMENT  BALANCE
302302 242       7565 1010   160,705   105,508   1,463   55,197

          SALESPERSON - MORRIS ASSOCIATES

    ****   6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.          ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****  8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY      ****
    ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. 1,463 | REMIT TO: PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|
| TOTAL PACKAGES 3 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT 2375912 |
| SHIPPING WEIGHT 2,686 | DALLAS, TX 75284-3234 | | |
| B/L NO. 821573 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR
STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO
BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | SALESMAN | LOC | DEST. | UNIT | | BUS. BY | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 534 | 11 | | 99155 03 | 711 | 689880 000 | 05 | KAREN O. STURKIE | 319 10 | | 440610410 |

INVT 07/11/2005

05-44481-rdd   Doc 1011-1   Filed 11/10/05   Entered 11/10/05 16:01:46   Exhibit A.

Pg 57 of 62

B072058   CUST. SERV.

# AMERICAN BAG CORPORATION

**INVOICE**

M-821
**201 LUKKEN INDUSTRIAL DRIVE**
**LaGRANGE, GA 30240**
PHONE. (706) 880-5841   FAX: (706) 880-5115



| BUS | INVOICE NUMBER | | DATE | PAGE |
|---|---|---|---|---|
| 534 | 815470 | | 10 06 05 | 1 |
| | INVOICE TYPE | | | |
| | BILL AND SHIP | | | |
| 01 | | | | |

SEE REMIT TO ADDRESS BELOW

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|
| CUSTOMER CODING/P.O.    0550063123 | CUSTOMER DEPARTMENT | ZZCJR 00   02 04 04 |

| STYLE | PAT | COLOR | FIN | GR PDE | PKG SEQ | PACKGE NUMBER | CUSTOMER PKG NO. | PACK PLANT | | EACH | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | | | | | | | | | | | |
| GMT191 | OP | W LIFE CURTAIN | | | | | | CUST CODING | 168 698 75 | | | |
| 302303 | 274 | | 7365 | 10 10 | 1 | 661178 | 669800 | 0 | 210 | 320 | 14600 | |
| | | | | | 2 | 661350 | | | | 267 | 14600 | |
| | SUB TOTAL | | | | | | | | | 587 | | 8 570 20 |

SAME DAY TO SHIP 10-6                                                                   00
      *** WAREHOUSE ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | | | | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|---|---|---|
| 302303 | 274 | 7365 | 10 10 | 105,554 | 69,863 | 587 | 35,691 |

SALESPERSON - MORRIS ASSOCIATES

****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.      *** *
****    BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF    *** *
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY        *** *
****    APPLICABLE LAW.                                                    *** *
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY.       587 | REMIT TO: | PLEASE SHOW OUR INVOICE NO IN REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|
| TOTAL PACKAGES          2 | P. O. BOX 843234 | | | |
| SHIPPING WEIGHT       734 | DALLAS, TX 75284-3234 | | | TOTAL INVOICE AMOUNT |
| B/L NO.        821574 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | 8 570 20 |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | | BUS | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 534 | | 63 | 99115 | 03 | 711 | 689880 | 000 05 | KAREN O. STURKIE | 319 | 10 | 440610410 |

INVY 07/11/2005

R072018 CUST. SERV.

# Milliken & Company



**MILLIKEN**

## INVOICE

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 815471 | 100605 | 1 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | | | 0550063123 | | | | CUSTOMER DEPARTMENT | BS032 | | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PRODUCT I.D. | | GR | PKG | PACKGE | | | GROSS | 1 | | ZZCNZ00 | 082304 |
| STYLE | PAT COLOR FIN | LC | SEQ | NUMBER | BATCH | | LYDS. | 8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
| 630D 39X39 MIDM | PDE PERM | 010 | | | CUST CODING M01013 | 84 | | | | | |
| 312286720 | 2058 | | 1 | 653269 | 65190 | | 10000 | | 9910 | 3460 | |
| | | | 2 | 653270 | | | 10000 | | 9900 | 3460 | |
| | | | 3 | 653271 | | | 10000 | | 9830 | 3460 | |
| SUB TOTAL | | | | | | | 30000 | | 29640 | | 1025544 |

SAME DAY TO SHIP 10-6
***    WAREHOUSE    ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

FREIGHT STATUS: PREPAID

| PRODUCT STATUS | ORIGINAL | TOTAL BILLED | THIS SHIPMENT | BALANCE |
|---|---|---|---|---|
| 312286720   2058   010 | 336,703 | 221,259 | 2,964 | 115,444 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
BUSINESS - 0920

**** 6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
**** BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF     ****
**** 8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY     ****
**** APPLICABLE LAW.     ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS. THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN. USE CAUTION NEAR SOURCES OF HEAT OR FLAME. SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS. THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.

| TOTAL BILLED QTY. | 2,964 | REMIT TO: | TERMS: NET CASH | | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | 3 | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT | 1025544 |
| SHIPPING WEIGHT | 2,552 | DALLAS, TX 75284-3234 | | | |
| B/L NO. | 821575 | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

| CUSTOMER NO. | BUS. | PC1 | PC2 E | SALESMAN | TM | LOC. | DEST. | UNIT | REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED |
|---|---|---|---|---|---|---|---|---|---|
| 00052304 | 0013 | 092 | 15 | 99155 | 03 | 711 | 689880 | 00000 9 | KAREN O. STURKIE |

BUS. 319 XC 10        440610410

INV2 04/06/2005

R072018 CUST. SERV.

# INVOICE

## Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|-----|----------------|------|------|
| 092 | 815472 | 10 06 05 | 1 |

INVOICE TYPE
BILL AND SHIP

01

---

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| CUSTOMER CODING/P.O. | 0550063123 | CUSTOMER DEPARTMENT | BS032 | ORDER NUMBER | ORDER DATE |
|---|---|---|---|---|---|
| | | | | ZZCPB00 | 08 23 04 |

| STYLE | PRODUCT I.D. PAT COLOR FIN CPDE | GR CPDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS .8 | NET LYDS .8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 420D 46 X46 SILICONE | | | | | CUST CODING M101285 | | | | |
| 312308 640 | 6507 10 10 | | 1 | 656155 | 66110 | 8500 | 8310 | 3760 | |
| | | | 2 | 656156 | | 7000 | 6890 | 3760 | |
| | | | 3 | 657760 | | 5640 | 5540 | 3760 | |
| SUB TOTAL | | | | | | 21140 | 20740 | | 7798 24 |
| | | | 4 | 660036 | 66750 | 6420 | 6310 | 3760 | |
| | | | 5 | 660039 | | 7210 | 6990 | 3760 | |
| | | | 6 | 660041 | | 7540 | 7380 | 3760 | |
| | | | 7 | 660043 | | 8500 | 8370 | 3760 | |
| | | | 8 | 660045 | | 4190 | 4140 | 3760 | |
| | | | 9 | 660046 | | 8500 | 8370 | 3760 | |
| SUB TOTAL | | | | | | 42360 | 41560 | | 15626 56 |

SAME DAY TO SHIP 10-6                                                           00
   *** WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING
                                    FREIGHT STATUS: PREPAID
  PRODUCT STATUS          ORIGINAL     TOTAL      THIS
                                        BILLED   SHIPMENT   BALANCE
312308 640      6507 10 10 2,049,853 1,531,150  6,230    518,703

        IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
        PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
        BUSINESS - 0920

---

| TOTAL BILLED QTY. | | REMIT TO: | PLEASE SHOW OUR INVOICE NO. ON REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | | DALLAS, TX 75284-3234 | | | CONTINUED |
| B/L NO. | 821576 | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS. | PCI | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS. B | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | | 27 | 99155 | 03 | 711 | 689880 | 00000 | 9 KAREN O. STURKIE | 319 | 10 | 440610410 |

INV2 04/05/2005

R072018 CUST. SERV.

# Milliken & Company

Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 815472 | 10 06 05 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

ROUTING
SEAHORSE TRANSPORTATION

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

CUSTOMER CODING/P.O.      0550063123

CUSTOMER DEPARTMENT   BS032

ORDER NUMBER   ZZCPB00

ORDER DATE   08 23 04

| STYLE | PAT | COLOR | FIN | LO | PRODUCT I.D. CDE | GR SEQ | PKG NUMBER | PACKGE BATCH | GROSS1 LYDS.8 | NET 1 LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

```
    ****     6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.     ****
    ****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF  ****
    ****     8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
    ****  APPLICABLE LAW.                                                  ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 6,230 |
|---|---|
| TOTAL PACKAGES | 9 |
| SHIPPING WEIGHT | 4,318 |
| B/L NO. | 821576 |

REMIT TO:
PLEASE SHOW OUR INVOICE NO. ON REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET CASH

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   23424 80

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | BT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | 27 | 99155 | 03 | 711 | 689880 | 000 | 09 KAREN O. STURKIE | 319 | 10 | XC | 440610410 |

1N72 75/05/2005

R072018 CUST. SERV.

# Milliken & Company



Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW

# INVOICE

MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 815473 | 100605 | 1 |

INVOICE TYPE

BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| | ORDER NUMBER | ORDER DATE |
|---|---|---|

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

ORDER NUMBER  ZZCNQ00   081204

| STYLE | PAT | COLOR | FIN | LC | PDE | PKG SEQ | PACKGE NUMBER | BATCH | GROSS LYDS.8 | NET LYDS. 8 | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 315D | 56X56 | SILICONE | | | | | | CUST CODING M101329 | | | | |
| 312285 | 630 | | 3505 | 010 | | 1 | 621592 | 85290 | 9660 | 9330 | 4840 | |
| | | | | | | 2 | 621598 | | 12000 | 11470 | 4840 | |
| | SUB TOTAL | | | | | | | | 21660 | 20800 | | 100672 0 |
| | | | | 12 | | 3 | 621603 | | 10080 | 9790 | 4840 | 4738 36 |

SAME DAY TO SHIP 10-6                                                        00
      ***      WAREHOUSE      ***
FAX SIGNED B/L TO 5115 IMMEDIATELY AFTER TRUCK LEAVES WHSE

WRITE TOTAL NUMBER OF PALLETS ON BILL OF LADING

                              FREIGHT STATUS: PREPAID
  PRODUCT STATUS           ORIGINAL     TOTAL      THIS
                                        BILLED     SHIPMENT   BALANCE
312285630        3505   010   178,153   143,697    3,059      34,456

      IF YOU HAVE ANY QUESTIONS ABOUT THIS DOCUMENT
      PLEASE CALL CUSTOMER SERVICE @ 1-706-880-5841.
      BUSINESS - 0920

| TOTAL BILLED QTY. | | REMIT TO: PLEASE SHOW OUR INVOICE NO. OR REMITTANCE | TERMS: NET CASH | |
|---|---|---|---|---|
| TOTAL PACKAGES | | P. O. BOX 843234 | | TOTAL INVOICE AMOUNT |
| SHIPPING WEIGHT | 821577 | DALLAS, TX 75284-3234 | | |
| B/L NO. | | | PAYABLE IN U.S. DOLLARS FROM INVOICE DATE | CONTINUED |

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REGULATIONS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC | DEST. | UNIT | | BUS AT | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | | 27 | 99155 | 03 | 711 | 689880 | 000 | 09 | KAREN O. STURKIE | 319 | 10 | 440610410 |

INV2 04/05/2005

R07/2018 CUST. SERV.

# INVOICE

## Milliken & Company
Administrative Services Department M-105
920 Milliken Road P. O. Box 1926
Spartanburg, SC 29304-1926
Phone: 212-819-4200
SEE REMIT TO ADDRESS BELOW


MILLIKEN

| BUS | INVOICE NUMBER | DATE | PAGE |
|---|---|---|---|
| 092 | 815473 | 100605 | 2 |

INVOICE TYPE
BILL AND SHIP

01

SOLD TO THE ACCOUNT OF

DELPHI RIMIR, S.A. DE C.V.

PO BOX 5897
BROWNSVILLE TX 78523-5897

ROUTING
SEAHORSE TRANSPORTATION

SHIP TO CONSIGNED DESTINATION

DELPHI % SEAHORSE WAREHOUSE
A/C DELPHI RIMIR, S.A. DE C.V.
2700 R.L. OSTOS
BROWNSVILLE TX 78521

DELIVERY POINT
LAGRANGE          GA

FIBER CONTENT
100% NYLON

| ORDER NUMBER | ORDER DATE |
|---|---|
| ZZCNQ00 | 081204 |

CUSTOMER CODING/P.O.   0550063123

CUSTOMER DEPARTMENT

| PRODUCT I.D. | | | | GR | PKG | PACKGE | | GROSS1 | | NET 1 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STYLE | PAT | COLOR | FIN | LC | PDE | SEQ | NUMBER | BATCH | LYDS.8 | | LYDS. 8 | PRICE | AMOUNT |

```
****    6.8% ANTICIPATION PER ANNUM AS ALLOWED BY TERMS BELOW.        ****
****  BUYER SHALL PAY SERVICE CHARGES ON OVERDUE BILLS AT THE RATE OF ****
****    8.4% PER ANNUM, SAID AMOUNT NOT TO EXCEED THAT ALLOWABLE BY   ****
****  APPLICABLE LAW.                                                 ****
FABRIC AS RECORDED ON THIS DOCUMENT CONFORMS TO FEDERAL MOTOR VEHICLE SAFETY
STANDARD 302, FLAMMABILITY OF INTERIOR MATERIALS.  THIS FABRIC, LIKE MOST, IS
FLAMMABLE AND WILL BURN.  USE CAUTION NEAR SOURCES OF HEAT OR FLAME.  SUBSEQUENT
FINISHING TREATMENT, OR USE IN COMPOSITE STRUCTURES, CAN ADVERSELY AFFECT THE
FABRIC'S FLAMMABILITY CHARACTERISTICS.  THIS FABRIC IS NOT FOR USE IN APPAREL.
MILLIKEN MAKES NO STATEMENT REGARDING COMPLIANCE WITH ANY OTHER FLAMMABILITY
REGULATIONS.
```

| TOTAL BILLED QTY. | 3,059 |
|---|---|
| TOTAL PACKAGES | 3 |
| SHIPPING WEIGHT | 2,309 |
| B/L NO. | 821577 |

REMIT TO.
PLEASE SHOW OUR INVOICE NO
IN REMITTANCE
P. O. BOX 843234
DALLAS, TX 75284-3234

TERMS: NET CASH

PAYABLE IN U.S. DOLLARS
FROM INVOICE DATE

TOTAL INVOICE AMOUNT   1480556

IT IS HEREBY CERTIFIED THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7 AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED AND ALL REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF

REMIT ABOVE AMOUNT TO ADDRESS SHOWN IN REMIT TO BOX AT BOTTOM OF INVOICE USING TERMS AS SPECIFIED

| CUSTOMER NO. | BUS | PC1 | PC2 | E | SALESMAN | TM | LOC. | DEST. | UNIT | | BUS | X | XC | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00525304 | 0013 | 092 | | 27 | 99155 | 03 | 711 | 689880 | 00000 | 9 | KAREN O. STURKIE | 319 | 10 | 440610410 |

1MV2 04/05/2005