# PURCHASE ORDER: DCM94192

PAGE: 2
SMDL03 11/98

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**Automotive Systems**

**TO:**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401
US

**SHIP TO:** SEE BELOW — US

**INVOICE TO:**
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE. — US

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI 48160

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE | PHONE: 937-455-7544 | | PURCHASING AGENT |
|---|---|---|---|---|---|
| 08/03/04 | | | P BLASER | 9J | |
| | | | Buyer | | |

SHIP VIA: SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is shown hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

**F.O.B.** SP COL     **DESTINATION UNLESS OTHERWISE INDICATED**

☐ Sales ☑ Shop Order ☐ Service
SO Number: 1401
Verified By: SD       Date: 8/12/04
Distribution:  Sales ☐   Prod. Control ☑
               File  ☐    Eng.          ☐
               Finance                   Mat. Mgmt ☐

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY: USD DOLLAR (UNITED STATES) | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** CONFIRMED WITH: DAVE DESIMONE | | | | | |
| | | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: DELPHI ENERGY & CHASSIS SYSTEMS ATTN: MARILYN TRAPPE, MAIL STOP 1-08 P.O. BOX 1042 DAYTON, OH 45401 ANY QUESTIONS CONCERNING THIS RELEASE, PLEASE CALL PATRICIA BLASER, PH: 937-455-7544 FAX: 937-455-913 | | | | | |
| | | | | TOOLING LOCATION: MTI 555 PLATT RD MILAN MI 48160 USA WASHTENAW COUNTY | | | | | |
| 00001 | 1 | PR678682 001 | | T22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING REV LEVEL R4021B WHO ORDERED: JOHN ANGI | | 08/03/04 | C 0.00% | 125000.0000 | 050944-000001 |

CONTINUE PAGE 2

A003622   USER JANE T WILLIAMS

PG2/2

10/14/2005 17:08 FAX 9374559133          Delphi E&C Ket                    ☒003

# PURCHASE ORDER

**PURCHASE ORDER:** DCM94192

PAGE: 2

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 08/03/04 | | |

**PHONE:** 937-455-7540
P BLASER — Buyer
9J
PURCHASING AGENT

Automotive Systems

**TO:**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO:** SEE BELOW — US

**INVOICE TO:** NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE. — US

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI 48160

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**F.O.B.** SP COL — DESTINATION UNLESS OTHERWISE INDICATED

**SHIP VIA:** SEE BELOW

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | UNIT MEAS | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER. | | | | | | |
| | | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | | | | |
| | | | | ------ RIGHT TO AUDIT---- FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, DRAWINGS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE | | | | | | |

CONTINUE PAGE 3

050944-000002

A003622    USER JANE T WILLIAMS

SMDL03 11/98

Pg 3/12

## PURCHASE ORDER: DCM94192

**Automotive Systems**

PAGE: 

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

**SHIP TO:** SEE BELOW
US

**INVOICE TO:** NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

**TO:**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

**ORDER DATE:** 08/03/04
**ALTERATION ISSUE DATE:**
**ALTERATION EFFECTIVE DATE:**

**PHONE:** 937-455-7544
P BLASER   Buyer
9J
PURCHASING AGENT

**SHIP VIA:** SEE BELOW

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer. On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative. If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

**PAYMENT TERMS:** NET 2ND DAY OF 2ND MONTH
**F.O.B.:** SP COL   DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | PRICE MULTIPLE | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|---|---|

ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED
BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2),
OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL
BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.

---------- RIGHT TO AUDIT----------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

CONTINUE PAGE  4

050944-000003

SMOL03 11/98

A003622   USER JANE T WILLIAMS

P6 4/12

# PURCHASE ORDER: DCM94192

PAGE: 5

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips or Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | PHONE: 937-455-7540 |
|---|---|
| 08/03/04 | P BLASER |
| ALTERATION ISSUE DATE | 9J  Buyer |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

**TO:**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

**SHIP TO:** SEE BELOW
.
.
US

**INVOICE TO:**
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| SP COL | |

SHIP VIA: SEE BELOW

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | UNIT MEAS | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED
REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES
SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY
ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP
SHOULD BE SENT TO:
DELPHI ENERGY & CHASSIS SYSTEMS
SALTILLO OPERATONS

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND
REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA,
RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S
ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES,
PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE
ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT.
SELLER WILL MAINTAIN AND PRESERVE ALL SUCH
DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING
FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION,
BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES,
WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT,
TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS
RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT.
SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS
TO ITS FACILITIES AND OTHERWISE COOPERATE AND
FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER.

050944-000004

CONTINUE PAGE

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH

A003622   USER JANE T WILLIAMS

SMDL03 11/98

PG 5/12

# PURCHASE ORDER: DCM94192

PAGE: LAST PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE | 08/03/04 |
| --- | --- |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

PHONE: 937-455-7547
P BLASER — Buyer
9J

PURCHASING AGENT

SHIP TO: SEE BELOW

Automotive Systems
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.
US

VENDOR NUMBER 17-808-0560
TO: MTI-MILAN
METALFORMING TECHNOLOGIES INC
555 PLATT RD
MILAN MI
48160
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| PAYMENT TERMS | F.O.B. | SHIP VIA |
| --- | --- | --- |
| NET 2ND DAY OF 2ND MONTH | SP COL | SEE BELOW |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | DESTINATION UNLESS OTHERWISE INDICATED | TAX CODE/ % | UNIT MEAS | BASE UNIT PRICE | PRICE MULTIPLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | *********ATTENTION ALL SUPPLIERS************ YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. TOOLING OWNERSHIP SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR MOLDS USED BY SELLER IN PRODUCING PARTS COVERED HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED. THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING, DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT FOR ANY REASON WHATSOEVER. TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. PPAP DELIVERY DUE DATE: 12/13/04 | | | | | | |

050944-000005

SMD103 11/98

A003622 USER JANE T WILLIAMS

PG 6/12

# SHIPPER



**METALFORMING TECHNOLOGIES, INC.**
905 Woodland Drive East
Saline, Michigan, 48176

SHIPPER NO.: **6130**
P.M. Gary Klatt
DATE: 5/6/05

SHIP TO:
Delphi Energy & Chassis Systems
Metrology Lab, Dock 11
Woodman Drive Gate # 4
Kettering, OH 45420
Attn: Mike Bruggeman

CARRIER: UPS Overnight
F.O.B.: Delphi

| SUPPLIER CODE | CUSTOMER NO. | TERMS | | PAGE |
|---|---|---|---|---|
| | S. O. 1401 | | We hereby certify that these goods were produced in compliance with all applicable requirements of section 6,7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 1 | |

| QUANTITY | DESCRIPTION |
|---|---|
| 6 Pieces | Pt. # 22209497 Seat-Spring, Lower PPAP Samples |
| 1 | PPAP Paperwork |
| | Ref: Delphi P.O. DCM94192 |

050944-000006

FILE COPY
Pg 7/12

| PALLETS | CARTONS |
|---|---|
| TOTAL PKG. SHIPPED | |

# DELPHI
## Energy & Chassis Systems

## SUPPLIER NOTIFICATION OF PART/MATERIAL STATUS

Revised: 17AU04

2000 Forrer Blvd.
Kettering, OH 45420

Pg 8/12

05094 4-000007

Attach copy of approved Part Submission Warrant when providing to Supplier.

For internal copies only:

| | |
|---|---|
| Product Buyer: | Carol Holley / Linda Penrod |
| Plt. Q.C. Mgr: | Gerry Browning |
| Plant S.O.E.: | Vern George |
| Plant Q.E.: | Sarah Fitzgerald |
| P.C.& L.: | Martha Hipsher |
| Plt. Chg. Ldr.: | Mike Clawson |
| Other: | John Angi |
| Plant PPAP Files | Original copy of PPAP Package will reside in Manufacturing Plant PPAP Files |

DELPHI-E & C ADVANCED QUALITY ENGINEER: Aundreya Hayes , (937)455-7029

Date: June 2, 2005    Received from: Metalforming Technology

Part/Material Status:   ☒ New Item:    ☐ Current Item:

Duns Code: 17808056 0    Date PPAP Received: May 9, 2005; Updates June 2, 2005
Product Line: Dampers Modules    Product Type: Stamping
Description of Part/Material: **Lower Spring Seat**
Chg. Level: 000    Change Notice #: R4543B    Rev. Date: April 14, 2005    Samples: 6
Purchase Order Number: DCM94192    Spec. Number:    Spec. Date:
Attention: Robert Clark

The following Part / Material Status is assigned, as of the date noted above; and is in accordance with QS9000, GM9000, and the AIAG 'Production Part Approval Process', (PPAP). This denotes the approval status only. Authorization to ship product must be received from the using Delphi-E & C plant.

| ☒ | FULL PRODUCTION APPROVAL | ACCEPTANCE LEVEL: | ☐ 1 | ☐ 2 | ☒ 3 | ☐ 4 | ☐ 5 | |
|---|---|---|---|---|---|---|---|---|
| ☐ | INTERIM PRODUCT APPROVAL | ☐ A ☐ B ☐ C ☐ D ☐ E | TIME LIMIT: _____ | | | | | Pieces / Units or count applicable: _____ |
| ☐ | REJECTED | PPAP RE-SUBMISSION DATE: _____ | | | | | | |
| ☐ | "CHANGE ALERT" Label Required to be attached to the first shipment to each using plant (i.e. all containers) of changed parts or material. (See attached.) | | | | | | | |

REMARKS:
Continue to update the SIF through Early Production Containment. This will need to be submitted when you request to exit containment.



DaimlerChrysler    Ford    General Motors

# PART SUBMISSION WARRANT

| Part Name SEAT - SPRING, LOWER | Part Number 2220949? |
|---|---|
| Safety and/or Government Regulation ☐ Yes ☑ No | Engineering Drawing Change Level TIN #R45438-000  Dated 04/14/2005 |
| Additional Engineering Changes | Dated |
| Shown on Drawing No. 22209497  CMM | Purchase Order No. DCM94192   Weight 0.3402 kg |
| Checking Aid No. | Engineering Change Level N/A   Dated |

## SUPPLIER MANUFACTURING INFORMATION | SUBMISSION INFORMATION

| Supplier Name  MTI - Milan | Supplier Code 17808056Q | ☐ Dimensional   ☐ Materials/Functional   ☐ Appearance |
|---|---|---|
| | Customer Name/Division  DELPHI | |
| Street Address 555 Platt Rd. | Buyer/Buyer Code P. BLASER | |
| City/State/Postal Code Milan Michigan  48160 | Application GMT-900 | |

NOTE:  Does this part contain any restricted or reportable substances.   ☐ Yes  ☑ No

Are plastic parts identified with appropriate ISO marking codes.  ☐ Yes  ☑ No

## REASON FOR SUBMISSION
☑ Initial Submission
☐ Engineering Change (s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling Inactive > than 1 year
☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts Produced at Additional Location
☐ Other - please specify

## REQUESTED SUBMISSION LEVEL (Check one)
☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☑ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☐ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

## SUBMISSION RESULTS
The Results for ☑ dimensional measurements   ☑ material and functional tests   ☑ appearance criteria   ☑ statistical process package
These results meet all drawing and specification requirements:   ☑ Yes   ☐ No (If "No" - Explanation Required).
Mold / Cavity / Production Process:  PROGRESSIVE DIE, PAINT

## DECLARATION
I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of 9,600 pieces / 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS:

| Print Name Robert Clark | Title Quality Engineer | Phone No. (734) 429-6196 | FAX No. (734) 944-0523 |
|---|---|---|---|

Supplier Authorized Signature  Robert Clark G. K.   Date 05/04/2005

### FOR CUSTOMER USE ONLY (IF APPLICABLE)
| Part Warrant Disposition: ☐ Approved | ☐ Rejected | Part Functional Approval: ☐ Approved | ☐ Waived |
|---|---|---|---|
| | | | ☐ Other |

Customer Name _____    Customer Signature _____   Date _____

050944-000008

July 1999  CFG-1001
The original copy of this document shall remain at the suppliers location while the part is active (see Glossary)
Pg 9/12
Optional customer tracking number #
Reference No.: 5-027





MTI

Date: June 2, 2005

Issued By: R. CLARK

# NOTICE OF PRODUCTION APPROVAL

☐ Flint ☑ Milan ☐ Lexington ☐ Saline ☐ Toronto
*(Please indicate using plant)*

| | | | |
|---|---|---|---|
| **Customer:** | DELPHI - LOC TENNESSEE | **Approval Date:** | 06/02/2005 |
| **Part Number:** | 22209497 | **Internal Part Number:** | MIDEF9497 |
| **Previous Part Number:** | N/A | **Engineering Release Number:** | TIN #R4543-B-000 |
| **SO Number:** | 1401 | **Drawing Release Number:** | 1 |
| **Job Number:** | F780 | **Blueprint Date:** | 04/14/2005 |

☑ Initial Submission
☐ Engineering Change (s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling inactive > than 1 year
☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts Produced at Additional Location
☐ Other:

☑ **Full Approval** ☐ **Interim Approval** **Interim Approval End Date:** ______

☑ Single Stamping
☐ Two Out Stampings
☐ Secondary Operation
☐ Assembly Operation

**OUTSIDE PROCESS(ES):** ☑ YES ☐ NO **TYPE:** E-COAT per GM9984120 TYPE IV

**SUPPLIER:** MIDWEST PRODUCTS INC.

**COMPONENT(S):** ☐ YES ☑ NO **TYPE:**

**SUPPLIER:**

## ENGINEERING DRAWING CHARACTERISTICS ADDED/CHANGED

## CUSTOMER SPECIFIC REQUIREMENTS

☐ Ford Functional Approval Date Rec'd: ______

## COMMENTS

## DISTRIBUTION

PRODUCTION CONTROL MANAGER: LARRY ROBISON
QUALITY ASSURANCE MANAGER: DON TURNEY
PROJECT ENGINEER ASSISTANT: SANDY DEVINE
SALES REPRESENTATIVE: RICHARD SULKOWSKI
MANUFACTURING MANAGER: TOM VANN

PROJECT ENGINEER: GARY KLATT
ENGINEERING MANAGER: TOM FASL
SHIPPING SUPERVISOR: MELISSA CEBINA
TOOL ROOM SUPERVISOR: BRETT JAHNS
DIRECTOR OF MATERIAL MANAGER: GREG NOWAK

NOTE: ENGINEERING DRAWING IS DISTRIBUTED TO PLANT CONTROL ZONES.
OBSOLETE ALL PREVIOUS LEVEL DOCUMENTS IMMEDIATELY.

PG 10/12 050944-000009

# INVOICE

MTI™
METALFORMING TECHNOLOGIES, INC.
555 PLATT RD. – MILAN, MI 48160

CRESCIVE – MILAN

003755
MAY 12, 2005

SHIP TO:
DELPHI CHASSIS SYSTEMS
WISCONSIN BLVD PLANT
1420 WISCONSIN BLVD
DAYTON OH45401

PLEASE MAIL ALL PAYMENTS TO:
DEPT. 77755
CRESCIVE INC.
P.O. BOX 77000
DETROIT, MI 48277-0755
BILLING QUESTIONS? (734)429-9451

SOLD TO:
C01258-41001
DELPHI CHASSIS SYSTEMS
NAO DISBURSEMENT
MCD HEADQTRS, BLDG 480-210-201
WARREN MI 48090

CARRIER:

F.O.B.:

| SUPPLIER CODE | TERMS | SALESMAN | | PAGE |
|---|---|---|---|---|
| 17808054 | 2ND DAY 2ND MO | 00001 | We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | P/N 22209497 TOOL | 125000.00 | 125000.00 |
| | POH DCM94192<br>P/N 22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING<br>REFERENCE SHIPPER NO. 6130 | | |
| | SUB TOTAL | | 125000.00 |

Please pay this invoice; these parts have been fully PPAP'd approved on 6/2/05.

LPenrod
7/18/05.

please pay from this date.
LPenrod
7/18/05.

US CURRENCY COR TOTAL 125000.00

PG 11/12

REVISION 1 8-16-99 COPY #1

050944-000010

**Penrod, Linda M**

**From:** Trappe, Marilyn
**Sent:** Wednesday, October 05, 2005 10:26 AM
**To:** Penrod, Linda M
**Subject:** DACOR screen print of payment for

TROY HIS - EXTRA! for Windows 95/NT
File Edit View Tools Session Options Help

```
DACI0112                    DACOR PO STATUS INQUIRY                10/05/05
                                                                   10:23:56
----P.O.----    C/H  SHIP DT         DACOR P.O.
DCM 94192        C

S  SHIP DT   -REMIT VEND- -------DOCUMENT-------  DOC DT  DUE/CHK DT  CHECK NUM
     PROC NUM        BOL        INVOICE NUM         DOC TOT AMT    CUR    STAT
   07/18/05  RD 005377189 H2 02 057639750001      05/12/05 07/25/05 EB 000660832
   9000030996934  D03755                                125,000.00  USD    PA4

02: DOC INQ       PF03:              04: VEND NAME    PF05: VEND INQ      PSWD
PF06: VEND STAT   07: CHECK INQ      08: DOC SELECT   09:
CC-BOTTOM OF DATA REACHED
                         :00.3                                          04/02
```

Connected to host usmitv-ap11 [144.250.146.150] NUM
Start Inbox Finan... TR... SAP Displ... EDS... 10:24

PA4 = PAID

050944-000011

PG 12/12

050944-000013

10/20/2005

```
Page: 1 Document Name: untitled

DACI0501                      DACOR VENDOR INQUIRY                     10/19/05
                                                                       08:37:43
---VEND-----  ACTV  -REMIT VEND-   PAY/RCPT   --REPLD BY--  -- VEND CTGY (07) --
RD 005377189   Y    RD 005377189       N                      OS EF
NAME: METALFORMING TECHNOLOGIES EFT       C NAME: METALFORMING TECHNOLOGIES EFT
R     INC                                 O       INC
E ADDR: ATTN JEFF WILEY                   R ADDR: PO BOX 70
M       3271 FIVE POINTS SUITE 102        R       RMT CHG PER LETTER 6/14/04
I CITY: AUBURN HILLS         ST: MI       E CITY: SALINE                ST: MI
T ZIP: 48326     CTRY: US   SORT: 1       S ZIP: 48176    CTRY: US    SORT: 1
ENTITY CODE:

                                    VEND TYPE  ALLD CISCO BANK DESK FLOAT
O/S                                    OS                     EB   60    0
                                    -------TERMS------
                                    DISC %    DISC   NET    EFT    FED TAX ID
                                    0.0000                   Y
TAX1 TAX1 ID NUMBER        TAX2 TAX2 ID NUMBER      LCC  CUR  M/C  RBV APL
                                                         USD   Y   P8292101
MAIL-CK  W/H-PMT  L/APPR  LST PD DT   UPDT      AUD APL  LST RMIT  LST CORR ADDR
   Y        N              10/05/05  06/14/04  PZM61P    DZZWQ9    DZZWQ9
PF02: DOC INQ      03: VEND NAME     04: PO STAT INQ  05:              PSWD
PF06: VEND STAT    07:               08: VEND TIE     09: VEND CUR INQ
AA-INQUIRY COMPLETE
```

050944-000014

10/19/2005 08:59 FAX 9374559133    Delphi E&C Ket    ☐ 001