# BOLHOUSE, VANDER HULST, RISKO & BAAR, P.C.
## ATTORNEYS AT LAW
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MICHIGAN 49418

Richard L. Bolhouse
Thomas R. Vander Hulst
Michael P. Risko
Joel W. Baar
David S. Lefere

Telephone (616) 531-7711
Facsimile (616) 531-7757
www.bolhouselaw.com

October 6, 2005

*Via Facsimile to David Sherbin – 248-813-2670 and
certified mail – return receipt requested to both*

Delphi Corporation
David Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Corporation
Registered Agent – The Corporation Company
30600 Telegraph Rd.
Bingham Farms, MI 48025

Re:  **Lien on Special Tools
P/N 22209497**

Dear Sirs:

This letter serves as an Amendment to my October 4, 2005 correspondence regarding the 90 day notice under the Michigan Special Tools Lien Act. I have been informed that Delphi Corporation is the owner of the above-referenced tool/die that was provided and worked on by Eclipse Tool & Die, Inc. The tool/die was requested via purchase order by Metalforming Technologies, Inc. for MTI's plants in Milan and Saline Michigan.

Enclosed please find a copy of the UCC-1 Financing Statements filed with the Michigan Secretary of State along with the purchase orders from Metalforming Technologies, Inc. and the invoices from Eclipse Tool & Die, Inc. with respect to perfecting our special toolmakers lien on the above-referenced special tool/die. Eclipse Tool & Die, Inc. currently has outstanding charges of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) with respect to the work performed on the above referenced special tool/die. Pursuant to the Michigan Special Tools Lien Act, MCLA 570.565, Delphi Corporation is given notice that we are claiming a lien in the amount of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) on the above-referenced tool/die. Demand is hereby made for payment in that amount. The Michigan Special Tools Lien Act provides that:

The lien remains valid until the first of the following events takes place:

a.  The special tool builder is paid the amount owed by the customer or the end user.

Delphi Corporation
Page 2
October 6, 2005

      b.    The customer receives a verified statement from the end user that the end user has paid the amount for which the lien is claimed. MCL 570.563(5).

There is currently a hearing scheduled in the Delaware Bankruptcy Court for Thursday, November 7, 2005, on Eclipse's Motion for Lift of Stay requesting that Eclipse be allowed to reclaim the above referenced part pursuant to the Michigan Special Tools Lien Act. Eclipse will have no option but to enforce its lien and repossess the tool/die if payment is not made. Upon receipt of payment Eclipse will be happy to release our lien and terminate the financing statements.

If you have any questions or comments, please feel free to contact me at your earliest convenience.

                                            Very truly yours,

                                            David S. Lefere

DSL/asf
Enclosure

c: Eclipse Tool & Die, Inc.

```
ECLIPSE TOOL & DIE                                                       Date: 04/08/05
4713 CIRCUIT COURT
WAYLAND, MI  49348
Phone: (616)877-3717
Fax:   (616)877-3712
                                  I N V O I C E                    Page No.    1

                              Invoice Number:    6229

Sold To: ----------------------        Ship To: ----------------------
ACCOUNTS PAYABLE                       MTI -SALINE
MTI -SALINE                                              PAID
905 WOODLAND DRIVE

SALINE, MI  48176
                                                 (734)429-6218    (734)944-0523
================================================================================
Customer Order No.: 5205        Job Number: 6272              Terms: Net 30
================================================================================
   Quantity                     Description                       Item Total
--------------------------------------------------------------------------------
                        P.O. 5205                                   $1,130.00
                        100 SPRING SEAT   @ $11.30 EACH
                        ALL PARTS HAVE BEEN SHIPPED.
                        SHIPPER # 5461
                        P/N 22209497
                        Date Shipped: 04/06/2005




                                  Invoice Subtotal:                 $1,130.00
                                     Tax Rate:  0.000
                                  Invoice Grand Total:              $1,130.00

                         Total payment due on: 05/08/2005

                         THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.
```

CLIPSE TOOL & DIE  
713 CIRCUIT COURT  
AYLAND, MI  49348  
hone: (616)877-3717  
ax:   (616)877-3712

Date: 04/26/05

I N V O I C E                           Page No.       1

Invoice Number:   6232

Sold To: -----------------------      Ship To: -----------------------
ACCOUNTS PAYABLE                       MTI -SALINE
MTI -SALINE
905 WOODLAND DRIVE

SALINE, MI  48176
                                       (734)429-6218    (734)944-0523
================================================================================
ustomer Order No.: 4936        Job Number: 6167              Terms: Net 30
================================================================================
    Quantity                  Description                        Item Total
--------------------------------------------------------------------------------
                 P.O. 4936                                       $122,000.00
                 PROGRESSIVE TOOL
                 P/N 22209497   SPRING SEAT
                 ACT# 1349
                 SHIPPER # 5475
                 ALL WORK/ BUY OFF COMPLETE
                 Date Shipped: 04/25/2005

*P.O. States net 60 days* (handwritten)

                              Invoice Subtotal:          $122,000.00
                              Tax Rate:  0.000
                              Invoice Grand Total:       $122,000.00

                    Total payment due on: 05/26/2005

                    THANK YOU FOR YOUR BUSINESS


 SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
MOUNTS DUE AFTER PAYMENT DUE DATE.

*UCC filed* (handwritten)

# MTI

**TOOLING PURCHASE ORDER**

*# 6167*

**AMENDMENT #1**

| | |
|---|---|
| Purchase Order No. | 4936 |
| Date Issued | 12-Aug-04 |
| Engineer | GK |

ECLIPSE TOOL & DIE INC.
4713 CIRCUIT CT.
WAYLAND, MI 49348

| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1349 |
|---|---|---|---|---|---|
| Quote No. | 28536 | Dated | 8/10/04 | F.O.B. | SALINE, MI |
| B/P Level | 02 | Dated | 6/4/04 | Customer P.O. No. | DCM94192 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| | | TOTAL | $122,000.00 |

**Delivery Schedule**

| | | | |
|---|---|---|---|
| Sample Due Date | 12/8/04 | Material Specification | STEEL UNSG1009 |
| Tool Due Date | 12/22/04 | Quoted Material Size (Less than or equal to) | .118 X 7.5W X 6.5P |

**Quoted Press Specifications - Press#**

N/A

**Secondary Press Specifications - Press#**

N/A

**Quality Requirements**

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

**Payment Terms**

Net 60 days

**General Notes**

1) Weekly Tool Progress Reports.
2) Amendment #1 revises the tool due date which was incorrect.

By: _Gary Klatt_ 8/12/04
Authorized Signature

_Thomas Fail_
Engineering Manager

Suppliers Acknowledgement / Date    (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc. Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A. A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B. The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C. Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D. After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E. In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F. Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G. Payment for dies/machines will be made after the following conditions have been satisfied.

   1. 75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2. 25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3. If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4. In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper % payments from invoice.

H. Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I. In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1. Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2. Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3. Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J. In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

# Metalforming Technologies Inc.
## Tool Buyoff Check List

Shop Order No: 1401
Purchase Order No:
Purchase Order Date: 8-12-04
Tool No: 4936
F780

Vendor: Eclipse Tool
Due Date: 12-12-04
Part Name: Silent
Part No: 22209497

## I. General Specifications

| # | Item | Y/N | Comments |
|---|------|-----|----------|
| 1. | Ball bearing die sets? | Y | |
| 2. | Do die details have jack screws or pry slots? | Y | |
| 3. | Are drain holes present in spring pockets or nitrogen cylinder pockets? | Y | |
| 4. | Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. | Are all dowel holes drilled with through hole? | Y | |
| 6. | Are all sharp corners broke? | Y | |
| 7. | Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. | Are all pilot holes cleared through shoe? | N | |
| 9. | Does die have scrap cutter? | N | |
| 10. | Are all notching, forming, and cut-off sections heeled where required? | Y | |
| 11. | Are there any welded sections present? | N | |
| 12. | (A) Does the die produce multiple parts? If so, | N | |
|  | (B) Is there a change over required within the die? If so, | N | |
|  | (C) Are there detailed change over instructions? If so, | N | |
|  | (D) Are details clearly marked to aid quick changeover? | N | |
| 13. | Do stop blocks have lead groove?  Depth: .050 | Y | |
| 14. | Is die painted and primed per specs? | Y | |
| 15. | Is there sufficient slug clearance (no ledges)? | Y | |
| 16. | Secondaries:    (A) Gaging: parts locate easily, proper lead on gaging | N/A | |
|  | (B) Error proofing is incorporated | N/A | |
| 17. | Have spare details been provided? | N/A | |
| 18. | Appearance: burrs, non-functional corners | Y | |
| 19. | Are strips easily fed into progressive dies? | Y | |

Diecklist

| | | | | Comments |
|---|---|---|---|---|
| 20. | Die size: | | | |
| 21. | Final coil width: | | | |
| 22. | Press tonnage used at run-off: | | | |
| 23. | Tonnage required: | R-L  97.5 | F-B  31.5 | |
| | | Width | Thickness | |
| 24. | Lead hit readings: | 600 | | |
| 25. | Cushion pressure required if used and /or nitrogen system: No Tonnage Monitor | | | |
| 26. | Has MTI received samples and strips run at the tool source? | RF .050 RR .050 LF .050 LR .050 | | |
| 27. | Has MTI received all die drawings and a bill of material? | Y | | |
| 28. | Are date stamps and part stamp present in die? | Y | | HIT NOGEN |
| 29. | Has MTI received certification of dimensions to the part print? | N | | PART # ONLY |
| 30. | Are wear surfaces and fittings lubricated? | Y | | MAJOR DIMENSION ONLY |
| 31. | Are pilot holes cleared for slug drop? | Y | | |

III. Cutting Steels

| | | | |
|---|---|---|---|
| 1. | Are heavy duty Ball Lock punches used? | Y | |
| 2. | (A) Do all punches have manufacturers identification numbers? | Y | |
| 3. | Ball lock punches & pilots | Y | |
| | Can these be removed without pulling stripper pad? | N/A | |
| | Punch & Button Retainers | | |
| 4. | Are there hardened backing plates mounted to retainers? | Y | |
| 5. | D-2 material used for trim steels? | Y | |
| 6. | Are shedder pins used wherever possible? | N | |
| 7. | Are cutting steels designed for ease of sharpening? | N/A | |
| 8. | Are there any forming operations included in any cutting steels? | N/A | |
| 9. | Are pierce holes near high limit? | Y | |
| 10. | Are trims built with positive missmatch? | | |
| | Do punches have shear and/or stagger? | | |

III. Form ... ls

1. Are form steels inserted to provide adjustment for material thickness variation?
2. Are severe drawing/forming steels coated?
3. Is the correct substrate material utilized for coated steels?
4. Are draw/form operations taking the material beyond its acceptable yeild point?
5. Coating supplier utilized: _10 N / 50 N D_

IV. Stripper and Form Pads

1. Are approved nitrogen cylinders being used?
2. Are self contained nitrogen cylinders being used?
3. Are quick connect couplers installed on nitrogen consoles?
4. Are spring retainers or spring cans used with springs?
5. Are keeper blocks with keys being used?
6. Are the correct size screws in windows?
7. Do strippers and form pads travel freely?

V. Stock Guides

Does stock guide have 10"-12" stock approach?
Are stock guides rounded to prevent shaving?

VI. Part and Scrap Removal

1. Is scrap easily shed and consistant?
2. Is scrap routed for easy removal by operator?
3. Is scrap seperated from parts?
4. Are unlike parts seperated?

VII. Parallels

1. Does die comply with MTI's quick clamp standards?
2. Are the distances between parallels in areas of scrap removal in 1 inch increments? (i.e. 3",6",12", etc.)
3. Are dies compatible with hi-lo forks for ease of movement (forks are 5" wide and measure 36" outside to outside)?

| | Comments |
|---|---|
| N/a | |
| Y | |
| Y | |
| N/a | |
| — | |
| — | |
| Y | |
| Y | |
| Y | |
| Y | |
| Y | |
| Y | |
| — | |
| — | |
| Y | |
| N/a | |
| — | |
| Y | |
| Y | |
| Y | |
| — | |
| — | |

## VIII. Identification

| | | Comments |
|---|---|---|
| 1. | Y | |
| 2. | Y | |
| 3. | — | M.T. I.D. OKcY |
| 4. | Y | |
| 5. | Y | |

1. Are all die details stamped for steel identification and Rockwell?
2. Are all die details stamped with detail no.?
3. The following information is stamped on the die:
   Part number, Stock Width, Stock Progression, Stock Thickness, Shut Height, Weight (Upper, Lower and Total).
4. A Tool Information Tag is fastened to the die.
5. A Nitrogen Information Tag is fastened to the die.

Comments

[signature] 4/19/05
[signature] 4/19/05

**MTI**  **PROTOTYPE PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI  49348

| | | | | | |
|---|---|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | TOTAL | $1,130.00 |

**Delivery Schedule**

Sample Due Date     4/8/2005 OR SOONER          Material Specification     TRYOUT MATERIAL

**Quality Requirements**
6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

**Payment Terms**
NET 60 DAYS

**General Notes**
1) Weekly Progress Reports.

By: _Gary Klot_ 4/5/05
Authorized Signature

Suppliers Acknowledgement / Date    (Return to MTI)

_____ 4/5/05
Engineering Manager

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI 49348

UCC Account # E183UC

Michigan Department of State - Uniform Commercial Code

2005114007-3    06/24/05  05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #:** 2004183877-7

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME:** CRESIVE DIE AND TOOL, INC.

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME:** CRESCIVE DIE AND TOOL, INC.

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465 | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

**9a. ORGANIZATION'S NAME:** Eclipse Tool & Die inc.

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA:** PO# 4936

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

UCC Account # E183UC

*Michigan Department of State - Uniform Commercial Code*
2004183877-7   09/28/04  05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESIVE DIE AND TOOL, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |
| 1d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: INCORPORATION | 1f. JURISDICTION OF ORGANIZATION: MICHIGAN | 1g. ORGANIZATIONAL ID #, if any: 108465 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. SEE INSTRUCTIONS / ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Eclipse Tool & Die inc. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4713 Circuit CT | Wayland | MI | 49348 | U.S.A. |

**4. This FINANCING STATEMENT covers the following collateral:**

Progressive Die Complete for P/N 22209497, Eclipse Tool & Die inc. Job No. 6167; all attachments, accessions, fittings, increases, tools, parts, repairs, supplies, engineering changes, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any of the foregoing property.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
PO#

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)