**OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.**
Counsel for Milliken & Company
230 Park Avenue
New York, New York 10169-0075
Stanley L. Lane, Jr., Esq. (SL 8400)
Remy J. Ferrario, Esq. (RF 4105)
Tel. No. (212) 661-9100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, et. al,<br><br>Debtors. | Case No. 05-44481<br>Substantively Consolidated<br><br>**AFFIDAVIT OF SERVICE**<br>**BY FIRST CLASS MAIL** |

**ELLEN ALLEN**, being duly sworn, deposes and says:

I am not a party to this action, am over eighteen (18) years of age and reside in Sufflok County, New York. On the 10th of November 2005, I served via U.S. Mail the Notice of Reclamation Demand of Milliken and Company, upon

**Counsel for the Debtors**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

**Counsel for the Debtors**
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

**Counsel to Creditors' Committee**
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

**United States Trustee**
Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

615047.1

by placing a true copy of such papers in a properly sealed envelope, addressed to such persons as

set forth herein, with postage thereon fully paid, which was deposited with the U.S. Postal

Service on that same day in the ordinary course of business.

_____
ELLEN ALLEN

Sworn to before me on this _____
day of November, 2005

_____
NOTARY PUBLIC

SUSAN R. GOLDBERG
Notary Public, State of New York
No. 01G06094232
Qualified in Kings County
Commission Expires June 16, 20__