UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ x

## VERIFIED STATEMENT OF REPRESENTATION OF CERTAIN CREDITORS OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2019

Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb") respectfully submits the following statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"):

1.    Cleary Gottlieb represents the following creditors and parties in interest in the above-referenced chapter 11 proceedings (the "Cases"):

| Name/Address of Creditor | Name of Debtor | Date of Engagement | Nature/Amount of Claim | Pertinent Facts |
|---|---|---|---|---|
| Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Citigroup Inc.<br>250 West Street<br>New York, NY 10013 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Credit Suisse First Boston<br>Eleven Madison Avenue<br>New York, NY 10010 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Deutsche Bank Securities, Inc.<br>60 Wall Street<br>New York, NY 10005 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |

| Name/Address of Creditor | Name of Debtor | Date of Engagement | Nature/Amount of Claim | Pertinent Facts |
|---|---|---|---|---|
| Goldman Sachs Group, Inc.<br>One New York Plaza<br>New York, NY 10004 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| JP Morgan Chase & Co.<br>270 Park Avenue<br>New York, NY 10017 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Lehman Brothers Inc.<br>745 7th Avenue<br>New York, NY 10019 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Merrill Lynch & Co.<br>4 World Financial Center<br>New York, NY 10080 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Morgan Stanley & Co. Inc.<br>1585 Broadway<br>New York, NY 10036 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| UBS Securities LLC<br>677 Washington Boulevard<br>Stamford, CT 06901 | Delphi Corporation and affiliated debtors | October 2005 | Market maker and holder of various debt claims and/or equity securities in amounts that vary from time | Representation in connection with Debtors' motion to impose restrictions on trading in equity and debt claims |
| Arneses Electricos Automotrices, S.A. de C.V.<br>Carretera Panamericana Km. 146.5 - Tramo Irapuato<br>Silao, Guanajuato<br>MEXICO | Delphi Corporation and affiliated debtors | October 2005 | Holder of various prepetition, reclamation and administrative trade claims; various amounts | Representation in connection with various prepetition, reclamation and administrative trade claims |
| Cordaflex, S.A. de C.V.<br>Carretera Panamericana Km. 230.6<br>Corregidora, Qro.<br>76900 Querétaro<br>MEXICO | Delphi Corporation and affiliated debtors | October 2005 | Holder of various prepetition, reclamation and administrative trade claims; various amounts | Representation in connection with various prepetition, reclamation and administrative trade claims |

2.      Arneses and Cordaflex are affiliated entities, who are each acting pursuant to their independent claims against the Debtors.  The reclamation claims of Arneses and Cordaflex are set forth in their reclamation demands on the Debtors.  Their pre-petition and administrative claims are still undetermined in amount.

3.      Cleary Gottlieb's representation of each of Bear, Stearns & Co. Inc., Citigroup Inc., Credit Suisse First Boston, Deutsche Bank Securities, Inc., Goldman Sachs Group, Inc., JP Morgan Chase & Co., Lehman Brothers Inc., Merrill Lynch & Co., Morgan Stanley & Co., Inc., UBS Securities LLC, is on an individual basis with respect to a matter of common interest.

4.      The foregoing creditors and parties in interest may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Cleary Gottlieb's representation.

5.      Cleary Gottlieb represents the foregoing creditors and parties in interest, and certain affiliates thereof, on matters unrelated to these Cases.

6.      Cleary Gottlieb may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements.  Those representations may or may not result in representations in these Cases.  If they come to involve representations in these Cases, this Statement shall be supplemented.

7.      On information and belief after due inquiry, Cleary Gottlieb does not hold a claim against or interest in the Debtors.

<u>VERIFICATION</u>

8.      I, James L. Bromley, a member of Cleary Gottlieb Steen & Hamilton LLP and a

member in good standing of the bar of the State of New York, verify and declare under penalty

of perjury that the forgoing is true and correct to the best of my knowledge, information and

belief.


Dated:  New York, New York
        November 10, 2005


                    CLEARY GOTTLIEB STEEN & HAMILTON LLP


                    By: __/s/ James L. Bromley_____
                    James L. Bromley (JB 5125)
                        One Liberty Plaza
                        New York, New York 10006
                        (212) 225-2000

                    Attorneys for Bear, Stearns & Co. Inc.,
                    Citigroup Inc.,
                    Credit Suisse First Boston,
                    Deutsche Bank Securities, Inc.,
                    Goldman Sachs Group, Inc.,
                    JP Morgan Chase & Co.,
                    Lehman Brothers Inc.,
                    Merrill Lynch & Co.,
                    Morgan Stanley & Co., Inc.,
                    UBS Securities LLC,
                    Arneses Electronicos Automotrices, S.A. de C.V.
                    and Cordaflex, S.A. de C.V.

4