ED PHILLIPS, JR.
Texas State Bar No: 15951500
THURMAN & PHILLIPS, P.C.
8000 I.H. 10 West, Suite 1000
San Antonio, Texas 78230
(210) 341-2020 – Telephone
(210) 344-6460 – Facsimile
ephillips@thurman-phillips.com
*Attorneys for Royberg, Inc.*
*d/b/a Precision Mold & Tool and*
*d/b/a Precision Mold & Tool Group*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
IN RE:                                 §       CHAPTER 11
                                       §
DELPHI CORPORATION                     §       CASE NO. 05-44481-RDD
   *Debtor*                            §
                                       §       JOINTLY ADMINISTERED
                                       §
------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**PLEASE TAKE NOTICE** that THURMAN & PHILLIPS, P.C., has been retained as counsel for ROYBERG, INC. D/B/A PRECISION MOLD & TOOL AND D/B/A PRECISION MOLD & TOOL GROUP in the above referenced proceeding and that, pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices given or required to be served in this case be given and served upon the following:

ED PHILLIPS, JR.
THURMAN & PHILLIPS, P.C.
8000 IH 10 West, Suite 1000
San Antonio, Texas 78230
Telephone (210) 341-2020
Facsimile (210) 344-6460
ephillips@thurman-phillips.com

1)    Pursuant to Section 1109(b) of the United States Bankruptcy Code, and Rule 2002 of the Bankruptcy Rules, said creditor, through its attorney, hereby requests that notice of any actions taken or motions filed by any other party-in-interest, including the debtor, be sent to said creditor through said creditor's attorney at the address set forth above.

2)    Further, pursuant to Section 1109(b) of the United States Bankruptcy Code, the foregoing request includes notices and papers referred to in Rule 2002 of the Bankruptcy Rules, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, discovery requests, demands, hearings, disclosure statements, answering or replying papers, memoranda and briefs in support of any of the foregoing, and any other similar documents to be forwarded to any party in interest or brought before the Court with respect to these proceedings.

Respectfully submitted,

THURMAN & PHILLIPS, P.C.

By: _____
ED PHILLIPS, JR.
State Bar No. 15951500
8000 IH 10 West, Suite 1000
San Antonio, Texas 78230-3896
(210) 341-2020 Telephone
(210) 344-6460 Facsimile
*Attorneys for Royberg, Inc.,
d/b/a Precision Mold & Tool,
d/b/a Precision Mold & Tool Group*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of November, 2005, a copy of the foregoing Notice of Appearance and Request for Service of Papers was mailed to those parties entitled to service.

_____
ED PHILLIPS, JR.