UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In reply to:
DELPHI CORPORATION et al.            Chapter 11
                                     Case No. 05-44481 (RDD)
            Debtors

I, Sharon L. Helsel, being first duly sworn, depose and say that I am over the age of 18 years and not a party to this action, served an Order to Show Cause on Behr Industries Corporation, at 1020 7 Mile Rd, Comstock Park, Michigan on 11-4-05 at 9:15 AM.

Norb Diezzle, Senior Director of Finance, accepted upon behalf of the company. His physical description is as follows:

White Male, age 56, 6' 2"

*Sharon L. Helsel*
Sharon L. Helsel, Process Server

Subscribed and sworn to on
___ day of November, 2005

MARY M. FANSLER, NOTARY PUBLIC
MONTCALM COUNTY, ACTING IN KENT COUNTY,
STATE OF MICHIGAN
MY COMMISSION EXPIRES ON 12-9-2005