| PROOF OF SERVICE | Case No. |
|---|---|

**TO PROCESS SERVER:** You must make and file your return with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I certify that on this date a copy of the motion and order to show cause was sent by ordinary mail on:
☒ I personally served a copy of the motion and order to show cause on:

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| Mike Cosenza | 3000 Town Center, Ste. 1820 Southfield, MI 48075 | Friday 11/4/05 1:50 PM |

☐ I have personally attempted to serve the motion and order to show cause on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ 40.00 | | $ | $ 40.00 |

Signature

Title: Process Server

Subscribed and sworn to before me on _November 7th 2005_, _Oakland_ County, Michigan.

My commission expires: _____ Signature: _Nazaree Bilby_
    Date          Deputy court clerk/Notary public

NAZAREE BILBY
Notary Public, Wayne County, MI
Acting in _____ Co, MI
Commission Expires 12/12/2005

Notary public, State of Michigan, County of _____

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of this motion and order to show cause on _____
                                                                                Day, date, time
on behalf of _____.

_____
Signature

for use by court clerk only when motion is initiated by the court

### CERTIFICATE OF MAILING

I certify that on this date a copy of this notice was served upon the party ordered to appear by ordinary mail at his/her last known address.