UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                             Chapter 11

DELPHI CORPORATION, et al.,                       Case No. 05-44481 (RDD)

              Debtors.                            (Jointly Administered)

STATE OF NEW YORK)

COUNTY OF MONROE)

SS: **MICHAEL FAIRMAN** of
**DAVID MACK AND ASSOCIATES INC.**, P.O. Box 24633 Rochester, New York 14624 being duly sworn deposes and says he is over 21 years of age and further states he is not a party to this action. That on **NOVEMBER 4TH, 2005 AT 10:11 AM** at **80 EXCEL DRIVE ROCHESTER, NEW YORK 14621** the deponent **PERSONALLY** served a true copy of **ORDER TO SHOW CAUSE** upon **JJ LIAO** by personal service of **DOUGLASS CHANG - FINANCIAL SUPERVISOR/TREASURER** a person of suitable age and able to accept Legal Service on his behalf, this being authorized by **JJ LIAO** whom I spoke with by cellular phone. **JJ LIAO** was not available for Personal Service as he was away on business in Germany.

Deponent describes the individual as follows:

**SEX:** Male       **SKIN:** Asian        **HEIGHT:** 5'-7"
**HAIR:** Black     **WEIGHT:** 155 Lbs.   **AGE:** 33

____ Documents sent via United States Postal Service "First Class" mail to defendant on 00/00/05

____ Firmly affixed documents to the residence after making attempt(s) on the following dates:

____ I asked the individual if they were currently active in the Military Service of the United States or of the State of New York in any capacity and received a negative reply.

✓ Deponent further states the person served admitted they were the **WITNESS/DEFENDANT** or that they were able to accept legal process on their behalf.

_Michael L. Fairman_
Michael L. Fairman

Sworn before me before on
This 4th Day of November 2005

_David P. Mack_
David Mack-Notary Public
Monroe County, NY

DAVID P. MACK
Notary Public, State of New York
No. 01MA6099508
Qualified in Monroe County
Commission Expires September 29, 2007

Received by: Kurtzman Carson Consultants LLC on 11/9/2005 at 3:58:29 PM.