| | |
|---|---|
| BURR & FORMAN LLP<br>420 North 20th Street<br>Suite 3100<br>Birmingham, Alabama 35203<br>(205) 251-3000<br>Michael Leo Hall | Hearing Date and Time:<br>11/29/2005 at 10:00 a.m.<br><br>Objection Deadline:<br>11/22/2005 at 5:00 p.m. |

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------

### NOTICE OF HEARING ON MERCEDES-BENZ U.S. INTERNATIONAL, INC.'S MOTION PURSUANT TO 11 U.S.C. § 362 FOR RELIEF FROM THE AUTOMATIC STAY

PLEASE TAKE NOTICE that upon the Motion Pursuant to 11 U.S.C. § 362 for Relief from the Automatic Stay, filed and served by Mercedes-Benz U.S. International, Inc. ("MBUSI") on November 9, 2005, MBUSI will move this Court at a hearing to be held before the Honorable Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York at 1 Bowling Green, New York, New York 10004 on November 29, 2005 at 10:00 a.m. or as soon thereafter as counsel may be heard, for an order pursuant to 11 U.S.C. § 362(d) grating MBUSI relief from the automatic stay to exercise certain of its pre-petition setoff/recoupment rights with respect to pre-petition payables owed by MBUSI to bankrupt Delphi entities.

PLEASE TAKE FURTHER NOTICE that any opposition to MBUSI's motion must be filed and served in accordance with the provisions of the October 14, 2005 Case Management

1411533

Order on or before the Objection Deadline of November 22, 2005 at 5:00 p.m. Eastern Standard Time.

Dated: November 10, 2005
       Birmingham, Alabama

                                              BURR & FORMAN LLP

                                              By:<u>/s/ Shannon Elizabeth Hoff</u>
                                                   Michael Leo Hall (pro hac granted)
                                                   Shannon Elizabeth Hoff (pro hac granted)

                                              420 North 20th Street
                                              Suite 3100
                                              Birmingham, Alabama 35203
                                              (205) 251-3000

                                              Attorneys for Creditor Mercedes-Benz U.S. International, Inc.