**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                              )
In re                                         )    Chapter 11
                                              )
DELPHI CORPORATION, *et al.,*                 )    Case No. 05-44481
                                              )    Hon. Robert D. Drain
Debtors.                                      )
_____)

## RE-NOTICE OF HEARING ON ECLIPSE TOOL AND DIE INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Eclipse Tool and Die, Inc., by and through it attorneys Bolhouse, Vander Hulst, Risko & Baar P.C. will move at a hearing to be held before the Hon. Robert D. Drain on January 5, 2006, at 10:00 a.m. at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider Eclipse Tool and Die Inc.'s Motion for Relief from Automatic Stay in the above captioned case.

PLEASE TAKE FURTHER NOTICE that opposition to the proposed Motion must be filed and served in conformity with the provisions of the Case Management Order entered in this proceeding, on or before the Objection Deadline of December 29, 2005 at 5 p.m. Eastern Time.

Dated: New York, New York
November 11, 2005              By: */s/  David S. Lefere*
                                   David S. Lefere (P61790)
                                   Attorney for Eclipse Tool and Die, Inc.