```
ECLIPSE TOOL & DIE                                                        Date: 04/08/05
4713 CIRCUIT COURT
WAYLAND, MI   49348
Phone: (616)877-3717
Fax:   (616)877-3712
                                  I N V O I C E                        Page No.      1

                             Invoice Number:    6229

 Sold To: ----------------------        Ship To: ----------------------
    ACCOUNTS PAYABLE                       MTI -SALINE
    MTI -SALINE
    905 WOODLAND DRIVE

    SALINE, MI  48176
                                        (734)429-6218      (734)944-0523
================================================================================
Customer Order No.: 5205         Job Number: 6272              Terms: Net 30
================================================================================
   Quantity                        Description                      Item Total
--------------------------------------------------------------------------------
                        P.O. 5205                                   $1,130.00
                        100 SPRING SEAT   @ $11.30 EACH
                        ALL PARTS HAVE BEEN SHIPPED.
                        SHIPPER # 5461
                        P/N 22209497
                        Date Shipped: 04/06/2005




                              Invoice Subtotal:              $1,130.00
                              Tax Rate:  0.000
                              Invoice Grand Total:           $1,130.00

                        Total payment due on: 05/08/2005

                        THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.
```

CLIPSE TOOL & DIE                                                                         04/26/05
713 CIRCUIT COURT
AYLAND, MI  49348
hone: (616)877-3717
ax:   (616)877-3712

                                    I N V O I C E                    Page No.      1

                                Invoice Number:   6232

Sold To: ----------------------                Ship To: ----------------------
  ACCOUNTS PAYABLE                               MTI -SALINE
  MTI -SALINE
  905 WOODLAND DRIVE                                       POSTED

  SALINE, MI  48176
                                               (734)429-6218     (734)944-0523
==============================================================================
ustomer Order No.: 4936         Job Number: 6167           Terms: Net 30
==============================================================================
     Quantity                    Description                       Item Total
------------------------------------------------------------------------------
                         P.O. 4936                                  $122,000.00
                         PROGRESSIVE TOOL
                         P/N 22209497  SPRING SEAT
                         ACT# 1349
                         SHIPPER # 5475
                         ALL WORK/ BUY OFF COMPLETE
                         Date Shipped: 04/25/2005

*P.O. states net 60 days*

                                  Invoice Subtotal:          $122,000.00
                                  Tax Rate:   0.000
                                  Invoice Grand Total:       $122,000.00

                        Total payment due on: 05/26/2005

                        THANK YOU FOR YOUR BUSINESS


 SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
 MOUNTS DUE AFTER PAYMENT DUE DATE.


*UCC filed*

# MTI   TOOLING PURCHASE ORDER      # 6167

AMENDMENT Exhibit

Purchase Order No.    4936
Date Issued    12-Aug-04
Engineer    GK

ECLIPSE TOOL & DIE INC.
4713 CIRCUIT CT.
WAYLAND, MI 49348

| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1349 |
|---|---|---|---|---|---|
| Quote No. | 28536 | Dated | 8/10/04 | F.O.B. | SALINE, MI |
| B/P Level | O2 | Dated | 6/4/04 | Customer P.O. No. | DCM94192 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| | | TOTAL | $122,000.00 |

**Delivery Schedule**

Sample Due Date    12/8/04

Tool Due Date    12/22/04

Material Specification    STEEL UNSG1009
Quoted Material Size
(Less than or equal to)    .118 X 7.5W X 6.5P

**Quoted Press Specifications - Press#**

N/A

**Secondary Press Specifications - Press#**

N/A

**Quality Requirements**

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

**Payment Terms**

Net 60 days

**General Notes**

1) Weekly Tool Progress Reports.
2) Amendment #1 revises the tool due date which was incorrect.

By: _Gary Klatt_ 8/12/04
        Authorized Signature

_Thomas Fail_
Engineering Manager

Suppliers Acknowledgement / Date    (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc. Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A. A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B. The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C. Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D. After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E. In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F. Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G. Payment for dies/machines will be made after the following conditions have been satisfied.

   1. 75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2. 25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3. If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4. In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper % payments from invoice.

H. Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I. In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1. Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2. Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3. Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J. In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

**Metalforming . . hnologies Inc.**
**Tool Buyoff Check List**

| | |
|---|---|
| Shop Order No: 1401 | Vendor: ECLIPSE TOOL |
| Purchase Order Date: 8-12-04 | Due Date: 12-12-04 |
| Purchase Order No: 4536 | Part Name: SLIDER |
| Tool No: F780 | Part No: 2205497 |

### I. General Specifications

| # | Item | Y/N | Comments |
|---|---|---|---|
| 1. | Ball bearing die sets? | Y | |
| 2. | Do die details have jack screws or pry slots? | Y | |
| 3. | Are drain holes present in spring pockets or nitrogen cylinder pockets? | Y | |
| 4. | Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. | Are all dowel holes drilled with through hole? | Y | |
| 6. | Are all sharp corners broke? | Y | |
| 7. | Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. | Are all pilot holes cleared through shoe? | Y | |
| 9. | Does die have scrap cutter? | Y | |
| 10. | Are all notching, forming, and cut-off sections heeled where required? | Y | |
| 11. | Are there any welded sections present? | N | |
| 12. | (A) Does the die produce multiple parts? If so, | N | |
| | (B) Is there a change over required within the die? If so, | N | |
| | (C) Are there detailed change over instructions? If so, | N | |
| | (D) Are details clearly marked to aid quick changeover? | N | |
| 13. | Do stop blocks have lead groove?    Depth: .050 | Y | |
| 14. | Is die painted and primed per specs? | Y | |
| 15. | Is there sufficient slug clearance (no ledges)? | Y | |
| 16. | Secondarys:    (A) Gaging: parts locate easily, proper lead on gaging | N/C | |
| | (B) Error proofing is incorporated | N/A | |
| 17. | Have spare details been provided? | N/A | |
| 18. | Appearance: burrs, non-functional corners | Y | |
| 19. | Are strips easily fed into progressive dies? | Y | |

| | | Comments | |
|---|---|---|---|
| 20. | Die size: R-L 97.5  F-B 31.5 | — | |
| 21. | Final coil width: Width _____ Thickness _____ | — | |
| 22. | Press tonnage used at run-off: 600 | — | |
| 23. | Tonnage required: No Tonnage Monitor | — | |
| 24. | Lead hit readings: RF .050 RR .050 LF .050 LR .050 | — | |
| 25. | Cushion pressure required if used and /or nitrogen system: | Y | NITROGEN |
| 26. | Has MTI received samples and strips run at the tool source? | Y | |
| 27. | Has MTI received all die drawings and a bill of material? | N | |
| 28. | Are date stamps and part stamp present in die? | | PART # ONLY |
| 29. | Has MTI received certification of dimensions to the part print? | Y | MAJOR DIMENSION ONLY |
| . | Are wear surfaces and fittings lubricated? | Y | |
| 31. | Are pilot holes cleared for slug drop? | — | |

## II. Cutting Steels

| | | | |
|---|---|---|---|
| 1. | Are heavy duty Ball Lock punches used? | Y | |
| | (A) Do all punches have manufacturers identification numbers? | Y | |
| 2. | Ball lock punches & pilots | — | |
| | Can these be removed without pulling stripper pad? | Y | |
| 3. | Punch & Button Retainers | — | |
| | Are there hardened backing plates mounted to retainers? | N/A | |
| 4. | D-2 material used for trim steels? | Y | |
| 5. | Are shedder pins used wherever possible? | Y | |
| ͡ | Are cutting steels designed for ease of sharpening? | N | |
| ·· | Are there any forming operations included in any cutting steels? | N/A | |
| 8. | Are pierce holes near high limit? | N/A | |
| 9. | Are trims built with positive missmatch? | Y | |
| 10. | Do punches have shear and/or stagger? | — | |

| | | Comments | 3 |
|---|---|---|---|

### III. Form [?]ls

| # | Question | Response |
|---|---|---|
| 1. | Are form steels inserted to provide adjustment for material thickness variation? | — |
| 2. | Are severe drawing/forming steels coated? | N/A |
| 3. | Is the correct substrate material utilized for coated steels? | Y |
| 4. | Are draw/form operations taking the material beyond its acceptable yeild point? | N |
| 5. | Coating supplier utilized: _Ion Bond_ | — |

### IV. Stripper and Form Pads

| # | Question | Response |
|---|---|---|
| 1. | Are approved nitrogen cylinders being used? | — |
| 2. | Are self contained nitrogen cylinders plumbed to a console? | Y |
| r. | Are quick connect couplers installed on nitrogen consoles? | Y |
| 4. | Are spring retainers or spring cans used with springs? | Y |
| 5. | Are keeper blocks with keys being used? | Y |
| 6. | Are the correct size screws in windows? | — |
| 7 | Do strippers and form pads travel freely? | Y |

### V. Stock Guides

| # | Question | Response |
|---|---|---|
| 1. | Does stock guide have 10"-12" stock approach? | Y |
| 2. | Are stock guides rounded to prevent shaving? | Y |

### VI. Part and Scrap Removal

| # | Question | Response |
|---|---|---|
| 1. | Is scrap easily shed and consistant? | — |
| 2. | Is scrap routed for easy removal by operator? | Y |
| 3. | Is scrap seperated from parts? | Y |
| 4. | Are unlike parts seperated? | N/A |

### VII. Parallels

| # | Question | Response |
|---|---|---|
| 1. | Does die comply with MTI's quick clamp standards? | — |
| 2. | Are the distances between parallels in areas of scrap removal in 1 inch increments? (i.e. 3",6",12", etc.) | Y |
| 3. | Are dies compatible with hi-lo forks for ease of movement (forks are 5" wide and measure 36" outside to outside)? | Y |

Diecklst    Appendix F    Rev. 2 1/31/02

## VIII. Iden...ation

| | Comments |
|---|---|
| 1. Are all die details stamped for steel identification and Rockwell? | — |
| 2. Are all die details stamped with detail no.? | Y  MAT. I.D. ONLY |
| 3. The following information is stamped on the die: Part number, Stock Width, Stock Progression, Stock Thickness, Shut Height, Weight (Upper, Lower and Total). | — / Y |
| 4. A Tool Information Tag is fastened to the die. | Y |
| 5. A Nitrogen Information Tag is fastened to the die. | Y |

Comments _____

[Signature] 4/19/05
[Signature] 4/19/05

Rev. 2  1/31/02
Appendix F
Diecklst

**MTI**

**PROTOTYPE PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI 49348

| | | | | | |
|---|---|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | **TOTAL** | **$1,130.00** |

**Delivery Schedule**

Sample Due Date    4/8/2005 OR SOONER    Material Specification    TRYOUT MATERIAL

**Quality Requirements**
6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

**Payment Terms**
NET 60 DAYS

**General Notes**
1) Weekly Progress Reports.

By: _Gary Klat_ 4/5/05
Authorized Signature

_Fasl S Devin_ 4/5/05
Engineering Manager

Suppliers Acknowledgement / Date    (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03