BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3930
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) |  |

### CERTIFICATE OF SERVICE

Document Served:  - **NOTICE OF MOTION FOR ORDER UNDER 11 U.S.C. §§ 361, 362(d) AND 363 (I) TO PROVIDE ADEQUATE PROTECTION OF BANK OF AMERICA, N.A.'S SECURITY INTERESTS IN CASH COLLATERAL; AND (II) TO TERMINATE THE AUTOMATIC STAY WITH RESPECT TO CASH COLLATERAL**

- **MOTION OF BANK OF AMERICA, N.A. (I) TO PROVIDE ADEQUATE PROTECTION OF SECURITY INTERESTS IN COLLATERAL; AND (II) TO TERMINATE THE AUTOMATIC STAY WITH RESPECT TO CASH COLLATERAL**

- **(PROPOSED) ORDER PURSUANT TO 11 U.S.C. §§ 361, 362(d) AND 363 PROVIDING ADEQUATE PROTECTION TO BANK OF AMERICA, N.A. AND TERMINATING THE AUTOMATIC STAY WITH RESPECT TO CASH COLLATERAL**

The undersigned certifies that, in accordance with Case Management Order, a copy of the documents listed above were served upon the parties listed in the **Court's Master Service List** at their respective addresses by overnight mail and the **Court's 2002 List** at their respective

addresses by either electronic notice or first-class mail, postage pre-paid, by placing the envelope in the mail on the date indicated below.

Date of Service:  November 11, 2005          I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)
Barnes & Thornburg LLP