Hearing Date: November 29, 2005 at 10:00 a.m.
Objection Deadline: November 25, 2005 at 4:00 p.m.

Eric Lopez Schnabel (ES5553)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Email: elschnabel@klettrooney.com
Counsel to Entergy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF MOTION OF ENTERGY FOR (I) RELIEF FROM STAY TO EXERCISE RECOUPMENT AND/OR SETOFF RIGHTS PURSUANT TO SECTION 553 OF THE BANKRUPTCY CODE AND (II) OTHER RELATED RELIEF

PLEASE TAKE NOTICE that on November 10, 2005, Entergy Mississippi, Inc. ("Entergy") filed the Motion of Entergy for (I) Relief From Stay to Exercise Recoupment and/or Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will beheld on November 29, 2005, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure,

490284 v. 3

the Local Bankruptcy Rules for the Southern District of New York and the Order Under 11 U.S.C. §§ 102(1) And 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, and (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245) and (c) must be filed and served in accordance with the Case Management Order so as to be received no later than **4:00 p.m. (EST) on November 25, 2005** (the Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing, in accordance with the Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion **without further notice**.

        KLETT ROONEY LIEBER & SCHORLING
        A Professional Corporation

        By: /s/ *Eric Lopez Schnabel*
           Eric Lopez Schnabel (ES5553)
           The Brandywine Building
           1000 West Street, Suite 1410
           Wilmington, DE 19801
           Phone: (302) 552-4200
           Email: elschnabel@klettrooney.com

Dated: November 10, 2005        Counsel to Entergy Mississippi, Inc.