UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## ORDER

Upon consideration of the Motion of Entergy For (I) Relief From Stay to Exercise Setoff and/or Recoupment Rights Pursuant to Section 553 of the Bankruptcy Code, and (II) Other Related Relief (the "Motion");[1] and sufficient notice of the Motion having been given to parties in interest as required under the circumstances; and it appearing that no other or further notice of the Motion need to be given; and the Court having determined that good cause exists for granting the relief requested in the Motion; and objections to the Motion, if any, having been withdrawn or overruled; and after due deliberation and sufficient cause appearing therefore, it is hereby so

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the automatic stay is hereby lifted, along with any stay imposed by the Final DIP Financing Order, so as to authorize the immediate exercise of setoff and/or recoupment rights by Entergy against the Debtors of the Entergy Claim against the Security; and it is further

**ORDERED** that the Debtors and Entergy are authorized to take all necessary steps to implement the terms of this Order; and it is further

---

[1] All undefined capitalized terms herein shall have the same meaning as set forth in the Motion.

490284 v. 3

**ORDERED** that the relief set forth in this Order is without prejudice to Entergy's right to file a proof of claim in the Debtors' chapter 11 cases and recover upon its Deficiency Claim; and it is further

**ORDERED** that this Court shall retain jurisdiction regarding the implementation of this Order.

SO ORDERED BY THE COURT:

_____
United States Bankruptcy Judge