UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
: 
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

Suzana Frasheri, being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to this proceeding.

2. On November 10, 2005, I caused to be electronically filed the **VERIFIED STATEMENT OF LOVELLS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019** with the Clerk of the Court using the ECF system which sent notification of such filings to the following (with a courtesy copy to Chambers):

| | |
|---|---|
| david.aaronson@dbr.com | eabdelmasieh@nmmlaw.com |
| franklin.adams@bbklaw.com | jadams@torys.com |
| bankruptcy@goodwin.com | william.barrett@bfkpn.com |
| barritt@chapman.com | dbaumstein@whitecase.com |
| jkirk@stites.com | Stacy_Knobloch@NY_Whitecase.com |
| jb@carpben.com, ssolazzo@carpben.com | rtrack@msn.com |
| wendy.brewer@btlaw.com | bankruptcyindy@btlaw.com |
| tbrink@lordbissell.com | maofiling@cgsh.com |
| mark.broude@lw.com | maofiling@cgsh.com |
| jbutler@skadden.com | cahn@clm.com |
| jcalton@honigman.com | scargill@lowenstein.com |
| jkramer@lowenstein.com | hpetersen@lowenstein.com |
| mcarter@kslaw.com | nashvillebankruptcyfilings@stites.com |
| george.cauthen@nelsonmullins.com | echarlton@hiscockbarclay.com |
| maria.ruark@dlapiper.com | richard.kremen@dlapiper.com |
| dcleary@mwe.com | tscobb@vssp.com |
| cdfricke@vssp.com | elcalhoun@vssp.com |
| smcook@lambertleser.com | mcruse@wnj.com |
| vdagostino@lowenstein.com | jeffdavis@graycary.com |
| rdehney@mnat.com | gsaydah@mnat.com |
| cmiller@mnat.com | dbutz@mnat.com |
| dabbott@mnat.com | jcincilla@mnat.com |
| wlamotte@mnat.com | gdiconza@dlawpc.com |
| diconzam@gtlaw.com | rdremluk@seyfarth.com |
| rlauter@seyfarth.com | etrybantelser@cityofchicago.org |
| pbaisier@seyfarth.com | reisenbach@cooley.com |
| judith.elkin@haynesboone.com | aenglund@orrick.com |
| mfarquhar@winstead.com | fatell@blankrome.com |
| recchiuti@blankrome.com | Ferrell@taftlaw.com |

NYCLIB01/NYSF/92200.1

cfilardi@pepehazard.com
fusco@millercanfield.com
clee@bbslaw.com
ygeron@foxrothschild.com
khseal@hhlaw.com
wrg@dmlegal.com
cfs@dmlegal.com
jgregg@btlaw.com
mhall@burr.com
cbattaglia@halperinlaw.net
cmitchell@halperinlaw.net
bosuscourt@seyfarth.com
bharvey@goodwinprocter.com
wheuer@morganlewis.com
pdidandeh@boselaw.com
jrhunter@hunterschank.com
minsalaco@zeklaw.com
rjones@bccb.com
tklestadt@klestadt.com
jross@klestadt.com
akoschik@brouse.com
skrause@zeklaw.com
bkrfilings@agg.com
elazarou@reedsmith.com
david.lemke@wallerlaw.com
chris.cronk@wallerlaw.com
wallerbankruptcy@wallerlaw.com
jlevi@toddlevi.com
jml@ml-legal.com
rpc@rosenpc.com
john.persiani@dinslaw.com
plubitz@schiffhardin.com
kmarafio@skadden.com
imarkus@tylercooper.com
dpm@curtinheefner.com
vance.donahue@btlaw.com
amcmulle@bccb.com
dmeek@burr.com
kmm@skfdelaware.com
amills@btlaw.com
mdallago@morrisoncohen.com
amoog@hhlaw.com
alisa@contrariancapital.com
inewman@fagelhaber.com
ipalermo@hselaw.com
lpeterson@msek.com
anicoll@jenner.com
leslieplaskon@paulhastings.com
cp@stevenslee.com
bfiling@andersonkill.com
athau@cm-p.com
jbarucha@cm-p.com
mharwood@cm-p.com
kar@pryormandelup.com
crieders@gjb-law.com
gisabelle@gjb-law.com

efox@klng.com
tgaa@bbslaw.com
nybkfilings@foxrothschild.com
sagolden@hhlaw.com
nashvillebankruptcyfilings@stites.com
ak@dmlegal.com
ggreen@fagelhaber.com
jpguy@swidlaw.com
ahalperin@halperinlaw.net
eganc@halperinlaw.net
whanlon@seyfarth.com
bharvey@goodwinprocter.com
whawkins@loeb.com
jhinshaw@boselaw.com
shoff@burr.com
sharonaldrich@hunterschank.com
hjewett@foley.com
andrew.kassner@dbr.com
tklestadt@gmail.com
hkolko@msek.com
ljkotler@duanemorris.com
dkumagai@rutterhobbs.com
elazarou@reedsmith.com
cwilliams@reedsmith.com
cathy.thomas@wallerlaw.com
robert.welhoelter@wallerlaw.com
ilevee@lowenstein.com
drosenberg@toddlevi.com
klewis@rosenpc.com
brandy.mcqueary@dinslaw.com
schnabel@klettrooney.com
jsmairo@pbnlaw.com
jharring@skadden.com
tmatz@skadden.com
michael.mccrory@btlaw.com
rmcdowell@bodmanllp.com
patrick.mears@btlaw.com
rmichaelson@kl.com
tlc@skfdelaware.com
bankruptcy@morrisoncohen.com
jmoloy@dannpecar.com
bmoore@mccarter.com
murph@berrymoorman.com
gnovod@kramerlevin.com
apeterson@phillipslytle.com
rpeterson@jenner.com
apirogovsky@hlaw.com
jposta@sternslaw.com
prachmuth@andersonkill.com
sreisman@cm-p.com
jdecristofaro@cm-p.com
webmaster@docketware.com
kparker@cm-p.com
grichards@kirkland.com
gisabelle@gjb-law.com
bamron@gjb-law.com

sriemer@phillipsnizer.com
jrobertson@mcdonaldhopkins.com
prosenblatt@kilpatrickstockton.com
cs@stevenslee.com
ecfsarbt@millerjohnson.com
tomschank@hunterschank.com
mlschein@mintz.com
skhoos@mintz.com
bschwartz@lplegal.com
mshaiken@stinsonmoheck.com
mjerde@stinsonmoheck.com
bpryor@stinsonmoheck.com
dclark@stinsonmoheck.com
aheppner@stinsonmoheck.com
atrainedudley@stinsonmoheck.com
greiner@txschoollaw.com
asherman@sillscummis.com
jshickich@riddellwilliams.com
rjsidman@vssp.com
eplitfin@vssp.com
sosimmerman@kwgd.com
mail@srsllp.com
bspector@selawfirm.com
jmsullivan@mwe.com
gtoering@wnj.com
msussman@bear.com
rusadi@cahill.com
bankruptcy@warnerstevens.com
lellis@greenseifter.com
rwhite@murthalaw.com
syonaty@hodgsonruss.com

mfay@phillipsnizer.com
srosen@cb-shea.com
brubin@burr.com
austin.bankruptcy@publicans.com
wsavino@damonmorey.com
tammymaus@hunterschank.com
ereyes@mintz.com
cschulman@sachnoff.com
selanders@danielsandkaplan.com
dcurran@stinsonmoheck.com
mleahy@stinsonmoheck.com
dcross@stinsonmoheck.com
smecham@stinsonmoheck.com
jhoss@stinsonmoheck.com
sheehan@txschoollaw.com
ashee1@yahoo.com
asherman@sillscummis.com
was@showmanlaw.com
bkbowers@vssp.com
cdfricke@vssp.com
mhelmick@kwgd.com
msolomon@burr.com
kdillon@selawfirm.com
rsz@curtinheefner.com
ltorrado@bear.com
rurbanik@munsch.com
jvitale@cwsny.com
rweiler@greenseifter.com
dallas.bankruptcy@publicans.com
ecfwolfordr@mjsc.com
nyc-bkcyecf@hklaw.com

3. On November 10, 2005, I served the same document by first-class mail to the following who are not ECF users:

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Stuart F. Cheney
Mark G. Claypool
Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center

New York, NY 10174

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Lars H. Fuller
Rothgerber Johson & Lyons, LLP
One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Dion W. Hayes
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Jacob A. Manheimer
Pierce Atwood
One Monument Square
Portland, ME 04101

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

511 Walnut Street
Cincinnati, OH 45202

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D. Gottfried Morgan,
Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553

Thomas C. Pavlik Novak,
Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camin Real
Suite 300
Palto Alto, CA 94306

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216

Shmuel Vasser
Edwards &Angell, LLP
750 Lexington Avenue
New York, NY 10022

4.  On November 10, 2005, consistent with the notice procedures established in the Case Management Order dated October 14, 2005 and the Master Service List dated October 21, 2005, I served the same document by overnight mail to the following:

Capital Research and Management
11100 Santa Monica Blvd
15th Fl
Los Angeles CA 90025
Attn. Michelle Robson

Curtis Mallet-Prevost Colt & Mosle LLP
101 Park Ave
New York NY 10178-0061
Attn. Steven J Reisman

Delphi Corporation
5725 Delphi Dr
Troy, MI 48098
Attn. Sean Corcoran & Karen Craft

Flextronics International Asia-Pacific Ltd
c/o Flextronics International USA Inc
2090 Fortune Dr.
San Jose CA 95131
Attn. Paul W Anderson

FTI Consulting Inc.
3 Times Square 11th Fl.
New York NY 10036
Attn. Randall S. Eisenberg

General Motors Corporation
300 Renaissance Ctr.

Cohen Weiss & Simon
330 W 42nd St
New York NY 10036
Attn. Bruce Simon

Davis Polk & Wardwell
450 Lexington Ave
New York NY 10017
Attn. Donald Bernstein

Electronic Data Systems Corp
5505 Corporate Dr MSIA
Troy, MI 48098
Attn. Michael Nefkens

Freescale Semiconductor Inc.
6501 William Cannon Dr. West
MD: OE16
Austin, TX 78735
Attn. Richard Lee Chambers II

General Electric Company
One Plastics Ave
Pittsfield, MA 01201
Attn. Valerie Venable

Groom Law Group
1701 Pennsylvania Ave. NW

P.O. Box 300  
Detroit, MI 48265  
Attn. John Devine  

Hodgson Russ LLP  
152 West 57th St 35th Fl.  
New York NY 10019  
Attn. Stephen H Gross  

Internal Revenue Service  
477 Michigan Ave  
Mail Stop 15  
Detroit MI 48226  
Attn. Insolvency Department  

Jefferies & Company Inc.  
520 Madison Ave 12th Fl  
New York NY 10022  
Attn. William Q. Derrough  

JPMorgan Chase Bank, N.A.  
Loan And Agency Services Group  
1111 Fanning, 10th Fl.  
Houston TX 77002  
Attn. Clifford Trapani  

JPMorgan Chase Bank, N.A.  
270 Park Ave  
New York NY 10017  
Attn. Vilma Francis  

Latham & Watkins LLP  
885 Third Ave.  
New York NY 10022  
Attn. Robert J Rosenberg  

Morrison Cohen LLP  
909 Third Ave  
New York NY 10022  
Attn. Joseph T Moldovan Esq  

O'Melveny & Meyer LLP  
1625 Eye St.  
N.W. Washington DC 20006  
Attn. Tom A. Jerman & Rachel Janger  

Pension Benefit Guaranty Corporation  
1200 K St. Ste 340  
N.W. Washington DC 20005  
Attn. Jeffrey Cohen  

Phillips Nizer LLP  
666 Fifth Ave  
New York, NY 10103  
Attn. Sandra A Riemer  

Securities and Exchange Commission  
Reorganization Branch  
233 Broadway New York NY 10279  

Washington DC 20006  
Attn. Lonie A Hassel  

Internal Revenue Service  
290 Broadway 5th Fl  
New York NY 10007  
Attn. Insolvency Department  

IUE-CWA  
2360 W Dorothy Lane  
Ste. 201  
Dayton, OH 45439  
Attn. Henry Reichard  

JPMorgan Chase Bank, N.A.  
270 Park Ave  
New York NY 10017  
Attn. Thomas F Maher; Richard Duker & Gianni Russello  

JPMorgan Chase Bank, N.A.  
Agent Bank Services Group  
1111 Fanning. 10th Fl.  
Houston TX 77002  
Attn. Khuyen Ta  

Kurtzman Carson Consultants  
12910 Culver Blvd Ste I  
Los Angeles CA 90066  
Attn. James Le  

Mesirow Financial  
350 N Clark St. 13th Fl.  
Chicago IL 60610  
Attn. Melissa Knolls  

Office of New York State  
Attorney General Eliot Spitzer  
120 Broadway  
New York City NY 10271  

O'Melveny & Meyer LLP  
400 South Hope St.  
Los Angeles CA 90071  
Attn. Robert Siegel  

Pension Benefit Guaranty Corporation  
1200 K St. Ste 340  
N.W. Washington DC 20005  
Attn. Ralph L. Landy  

Rothchild Inc.  
1251 Ave of The Americas  
New York NY 10020  
Attn. David L Resnick  

Seyfarth Shaw LLP  
1270 Ave of The Americas  
Ste. 2500  
New York, NY 10020-1801  
Attn. Robert W Dremluck

Lovells

Shearman & Sterling LLP
599 Lexington Ave
New York NY 10022
Attn. Douglas Bartner & Jill Frizzley

Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York NY 10017
Kenneth S. Ziman, Robert H. Trust & William T Russell Jr.

Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr. Ste. 2100
Chicago IL 60606
John Wm Butler, John K. Lyons & Ron E Meisler

Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036
Kayalyn A. Marafioti Thomas J. Matz

Stevens & Lee PC
485 Madison Ave 20th Fl
New York NY 10022
Chester B Salomon & Constantine D. Pourakis

Togut Segal & Segal LLP
One Penn Plaza, Ste. 3335
New York NY 10119
Attn. Albert Togut

United States Trustee
33 Whitehall St, Ste. 2100
New York NY 10004
Attn. Deirdre A Martini

United States Trustee
33 Whitehall St. 21st Fl.
New York, NY 10004
Attn. Alicia M Leonard

Wilmington Trust Company
Rodney Square North 1100
North Market St
Wilmington DE 19890
Attn. Steven M Cimalore

Richard G. Mason
Emil A. Kleinhaus
Wachell, Lipton, Rosen & Katz
51 West 52 Street
New York, New York, 10019

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, New York 10022

Elena Lazarou, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

Thomas Moers Mayer, Esq.
Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

_/s/ Suzana Frasheri_
Suzana Frasheri

SWORN and SUBSCRIBED before me on this 10 day of November 2005

_/s/ Jessica Nieves_
Notary Public

JESSICA NIEVES
Notary Public, State of New York
No. 31-5082117
Qualified in New York County
Commission Expires 12-5-05

NYCLIB01/NYSF/92200.1

Lovells