BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
D. Christopher Carson

Attorney for Creditors
CITATION CORPORATION
FUTABA CORPORATION OF AMERICA AND
TRANS TRON, LTD., INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------
                                                :

    In re                                        :           Chapter 11

DELPHI CORPORATION et al.,      :           Case No. 05-44481 (RDD)

    Debtors.                            :           (Jointly Administered)
----------------------------------------------

## CERTIFICATE OF SERVICE

I, D. Christopher Carson, hereby certify as follows:

1.    On November 10, 2005, I served Motion for Admission to Practice, Pro Hac Vice for D. Christopher Carson (the "Motion"), by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated October 27, 2005, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.    I further served the Motion by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated October 27, 2005.

1412208

Dated: November 11, 2005
      Birmingham, Alabama

                    BURR & FORMAN LLP

                    By: /s/ D. Christopher Carson
                          D. Christopher Carson (pro hac vice application pending)

                    420 North 20th Street
                    Suite 3100
                    Birmingham, Alabama 35203
                    (205) 251-3000

                    Attorney for Creditors
                    CITATION CORPORATION
                    FUTABA CORPORATION OF AMERICA AND
                    TRANS TRON, LTD., INC.