# EXHIBIT A

# DELPHI

## Long Term Contract

### 1.    Purchase of Product

**Invensys Precision Die Casting** ("Seller") agrees to sell, and **Delphi LLC** ("Buyer") agrees to purchase, approximately **one hundred percent (100%)** of Buyer's production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

**See Part Number Listing below in section 3**
**See Terms of Agreement  - Attachment 1**

### 2.    Term

With respect to each Product, the term of this Contract is from **July 1, 2003** through **June 30, 2006.**

### 3.    Prices

The per unit price of each Product for August 1, 2003 through July 31, 2006 is **F.O.B. Ex- works Sellers facility – Russellville, KY, USA (2000 Inco-Terms).** Pricing for each subsequent Calendar Year is subject to the following minimum annual percentage reductions from the prior Calendar Year's pricing:

Delphi Pricing
Pricing Effective 7/01/03

**Harrison**

| Part Number | June 2003 Total Pricing | Metal Costs | Value Added Costs | 1-Jul-03 Price Reduction | 1-Jul-04 Price Reduction | 1-Jul-05 Price Reduction |
|---|---|---|---|---|---|---|
| **V-5 Parts** | | | | | | |
| 6559733 | $2.7800 | $0.9630 | $1.8170 | $0.0727 | $0.0698 | $0.0670 |
| 6559827 | $2.5370 | $0.9290 | $1.6080 | $0.0643 | $0.0617 | $0.0593 |
| 6559618 | $3.4560 | $0.9630 | $2.4930 | $0.0997 | $0.0957 | $0.0919 |
| 6559709 | $3.1980 | $0.9660 | $2.2320 | $0.0893 | $0.0857 | $0.0823 |
| 6559749 | $1.9790 | $0.9070 | $1.0720 | $0.0429 | $0.0412 | $0.0395 |
| 6559814 | $1.9790 | $0.9100 | $1.0690 | $0.0428 | $0.0410 | $0.0394 |
| 6559760 | $2.8540 | $1.3830 | $1.4710 | $0.0588 | $0.0565 | $0.0542 |
| 6559857 | $3.2580 | $0.9700 | $2.2880 | $0.0915 | $0.0879 | $0.0843 |

Deleted: DRAFT
Deleted: ¶ Approval Date    ... [1]
Formatted
Deleted: Index¶ 7.3.3 DGP Sourcing Checklist.doc ~~~Section Break (Continuous)~~~ ¶ ~~~Section Break (Continuous)~~~ ¶ ¶ DELPHI AUTOMOTIVE SYSTEMS¶ ¶ LONG TERM CONTRACT¶ ¶
Deleted: Seller's Name
Deleted: Automotive Systems
Deleted: acting through its Division Name
Deleted:
Formatted
Deleted:
Formatted
Formatted
Formatted
Deleted: Calendar/Model
Deleted: Date
Deleted: Calendar/Model Date
Deleted: Calendar/Model Date
Deleted: Seller/Buyer's Location/Plant or Delivery Term
Deleted: Calendar/Model
Deleted: Date
Deleted: Calendar/Model Date's

| | | | | | | |
|---|---|---|---|---|---|---|
| 6559878 | $3.4040 | $1.1100 | $2.2940 | $0.0918 | $0.0881 | $0.0846 |
| 6559896 | $2.9240 | $0.9560 | $1.9680 | $0.0787 | $0.0756 | $0.0725 |
| 6560424 | $3.4440 | $0.9910 | $2.4530 | $0.0981 | $0.0942 | $0.0904 |
| 6561805 | $2.7810 | $1.3480 | $1.4330 | $0.0573 | $0.0550 | $0.0528 |
| 6561789 | $2.4760 | $1.3720 | $1.1040 | $0.0442 | $0.0424 | $0.0407 |
| 6561801 | $2.7990 | $1.2480 | $1.5510 | $0.0620 | $0.0596 | $0.0572 |
| 6561787 | $5.8060 | $1.2100 | $4.5960 | $0.1838 | $0.1765 | $0.1694 |
| 6561795 | $3.4780 | $1.3490 | $2.1290 | $0.0852 | $0.0818 | $0.0785 |
| 6561799 | $3.1530 | $1.2130 | $1.9400 | $0.0776 | $0.0745 | $0.0715 |
| 6561809 | $2.5040 | $1.3550 | $1.1490 | $0.0460 | $0.0441 | $0.0424 |
| 6561809F | $2.7200 | $1.3550 | $1.3650 | $0.0546 | $0.0524 | $0.0503 |
| 6561791 | $2.7360 | $1.3350 | $1.4010 | $0.0560 | $0.0538 | $0.0516 |
| 6561797 | $2.6930 | $1.3000 | $1.3930 | $0.0557 | $0.0535 | $0.0514 |

Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to fifty percent (50%) of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings), provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product.

No price increases, except for aluminum price escalation/de-escalation, (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

**4. Right to Purchase from Others**

During the entire term of this Contract, Seller will assure that each Product remains competitive in terms of technology, design, service and quality with any similar product available to Buyer. Following June 30, 2006, Seller will also assure that each Product remains competitive in terms of price with any similar product available to Buyer. If, in the reasonable opinion of Buyer, a Product does not remain competitive, Buyer, to the extent it is free to do so, will advise

Formatted

Deleted: ¶
Calendar/Model Date ____ percent ( ___%)                Piece Price $0.00 ea.¶
Calendar/Model Date ____ percent ( ___%)                Piece Price $0.00 ea.¶
<sp>Calendar/Model Date ____ percent ( ___%)                Piece Price $0.00 ea.¶
Calendar/Model Date ____ percent ( ___%)                Piece Price $0.00 ea.¶
Calendar/Model Date ____ percent ( ___%)                Piece Price $0.00 ea.¶

Deleted: fifty

Deleted: 50

Deleted: ¶

Deleted: Calendar/Model Date

Formatted

Formatted

Deleted: Delphi Harrison 2003 LTA Extension903

Deleted: Delphi Harrison 2003 LTA Extension.doc

Deleted: Delphi Harrison 2003 LTA Extension.doc

Deleted: 2003 LTA Extension

Deleted: 8_3_10_long_term_template_instruction.doc

Deleted: 8_3_10_long_term_template_instruction.doc

Deleted: 8_3_10_long_term_template_instruction.doc

Deleted: 8.3.10 Long Term Template & Instruction.doc

Deleted: 8.3.10 Long Term Template & Instruction.doc

Deleted: 09/13/05

Deleted: 10/04/04

Deleted: 09/24/03

Deleted: 09/19/03

Deleted: 07/17/02

Deleted: 07/05/02

Deleted: 02/11/02

Deleted: 09/01/99

Seller in writing of the area(s) in which a similar product is more competitive.  If, within ninety (90) days, Seller does not agree to immediately sell any Product with comparable technology, design, quality, or, if applicable, price, Buyer may elect to purchase any similar products available to Buyer without any liability to Seller under this Contract.

## 5.    Purchase Orders

All Products will be ordered by Buyer, and delivered by Seller, in accordance with written purchase orders (including related delivery releases and shipping instructions) issued by Buyer from time to time during the term of this Contract. Buyer's General Terms and Conditions, a copy of which is attached, are hereby incorporated into this Contract by reference, provided, however, that Buyer's right to "terminate for convenience" under the General Terms and Conditions will be inapplicable to this Contract until after June 30, 2004.  Any amendment to, or revision of, such General Terms and Conditions shall also become a part of this Contract, provided that (i) Buyer provides Seller with a copy of such revised Terms and Conditions and (ii) Seller does not object to such revised Terms and in writing within 30 days after receipt.  The Terms and Conditions (together with any revision made a part of this Contract) shall be construed, to the extent possible, as consistent with the terms and conditions set forth in this Contract and as cumulative, provided, however, that if such construction is unreasonable, the terms and conditions set forth in this Contract shall control.

EXECUTED by Buyer and Seller, Sept. 19, 2003.

Buyer:                                           Seller:

Delphi Corporation, LLC                  Invensys Precision Die Cast'g

By:                                              By:
Name:                                          Name:
Title:                                           Title:

Deleted: the end
Deleted: Calendar/Model Date.
Deleted: Conditions in writing within thirty (30)
Section Break (Continuous)
Deleted: ¶
Deleted: as of date
Deleted:
Deleted:    Automotive Systems
Deleted:      Seller Name
Deleted: acting through its Division Name
Deleted: ¶
Deleted:
Deleted:
Deleted: Delphi Harrison 2003 LTA Extension903
Deleted: Delphi Harrison 2003 LTA Extension.doc
Deleted: Delphi Harrison 2003 LTA Extension.doc
Deleted: 2003 LTA Extension
Deleted: 8_3_10_long_term_template_instruction.doc
Deleted: 8_3_10_long_term_template_instruction.doc
Deleted: 8_3_10_long_term_template_instruction.doc
Deleted: 8.3.10 Long Term Template & Instruction.doc
Deleted: 8.3.10 Long Term Template & Instruction.doc
Deleted: 09/13/05
Deleted: 10/04/04
Deleted: 09/24/03
Deleted: 09/19/03
Deleted: 07/17/02
Deleted: 07/05/02
Deleted: 02/11/02
Deleted: 09/01/99

## Attachment 1 – Delphi / Invensys LTA 8/01/2003

Terms of LTA :

V-5 Compressor Components:

- The selling prices for the V5 components produced by Invensys Precision Die Casting shall be reduced by the following percentages for the next three model years.

| Model Year | Reductions based upon value added |
|------------|-----------------------------------|
| 2004 | 4% |
| 2005 | 4% |
| 2006 | 4% |

- The productivity agreement noted above is dependent upon IPDC being awarded the new CVC GMX-245 and LY-7 programs (front & rear heads) that have recently been quoted to Delphi Thermal.
- This agreement excludes all the CVC components for which IPDC and Delphi have previously agreed to multi-year productivity arrangements.

| Formatted |
|---|
| Formatted: Bullets and Numbering |
| Formatted |
| Formatted: Bullets and Numbering |
| Formatted: Bullets and Numbering |

| Deleted: Delphi Harrison 2003 LTA Extension903 |
|---|
| Deleted: Delphi Harrison 2003 LTA Extension.doc |
| Deleted: Delphi Harrison 2003 LTA Extension.doc |
| Deleted: 2003 LTA Extension |
| Deleted: 8_3_10_long_term_template_instruction.doc |
| Deleted: 8_3_10_long_term_template_instruction.doc |
| Deleted: 8_3_10_long_term_template_instruction.doc |
| Deleted: 8.3.10 Long Term Template & Instruction.doc |
| Deleted: 8.3.10 Long Term Template & Instruction.doc |
| Deleted: 09/13/05 |
| Deleted: 10/04/04 |
| Deleted: 09/24/03 |
| Deleted: 09/19/03 |
| Deleted: 07/17/02 |
| Deleted: 07/05/02 |
| Deleted: 02/11/02 |
| Deleted: 09/01/99 |

| Page 1: [1] Deleted | pz139f | 05/29/2003 1:39:00 PM |

| Approval Date | Implementation Required By Date | ISSUE/REVISION DESCRIPTION |
|---|---|---|
| Not yet availablISeptember 13, 1999<br><br>11 February, 2002e | December 1, 1999<br><br>11 April, 2002 | Initial release of the Delphi Global Purchasing Long Term Template and Instruction.<br><br>Incoterm reference updated for 2000 version. |

Check Applicable Regions:

Global ☒    NA ☐    Europe ☐    A.P. ☐    S.A. ☐

## ISSUE/REVISION APPROVAL

|  | Title/Function | Name | Signature | Date |
|---|---|---|---|---|
| Prep. |  |  |  |  |
| Appr. | Global Process Director | Lowell Shaffer |  |  |
|  |  |  |  |  |

# EXHIBIT B

# DELPHI
### Automotive Systems

### LEVEL 3
### INSTRUCTION

***Long Term Agreement Template 8.3.10***

> Deleted: *Template and Instruction*

> Deleted: DRAFT

| Approval Date | Implementation Date | ISSUE/REVISION DESCRIPTION |
|---|---|---|
| September 13, 1999 | December 1, 1999 | Initial release of the Delphi Global Purchasing Long Term Template and Instruction. |

> Deleted: Not yet availabl

> Deleted: e

**Check Applicable Regions:**

Global ☒    NA ☐    Europe ☐    A.P. ☐    S.A. ☐

---

## ISSUE/REVISION APPROVAL

|  | Title/Function | Name | Signature | Date |
|---|---|---|---|---|
| Prep. |  |  |  |  |
| Appr. | Global Process Director | Lowell Shaffer |  |  |

Index
7.3.3 DGP Soucing Checklist.doc

## DELPHI AUTOMOTIVE SYSTEMS

Delphi LTA.doc
09/29/05

- 1 -

> Field Code Changed

> Field Code Changed

> Deleted: SensusLTA1162004

> Deleted: SensusLTA1162004.doc

> Deleted: 6172LTA

> Deleted: 8_3_10_long_term_template_instruction.doc

> Deleted: 8.3.10 Long Term Template & Instruction.doc

> Deleted: 8.3.10 Long Term Template & Instruction.doc

> Deleted: 09/13/05

> Deleted: 10/14/04

> Deleted: 01/15/04

> Deleted: 04/26/00

> Deleted: 09/01/99



| LEVEL 3 INSTRUCTION | *Long Term Agreement Template 8.3.10* |
|---|---|

Deleted: *Template and Instruction*

## LONG TERM CONTRACT

### 1. Purchase of Product

**Sensus Precision Die Casting** ("Seller") agrees to sell, and **Delphi Automotive Systems LLC acting through its DSSS** ("Buyer") agrees to purchase, approximately One Hundred **percent (100%)** of Buyer's production and service requirements for the following products (each referred to as a "Product" and collectively referred to as the "Products"):

Deleted: Seller's Name
Deleted: Division Name
Deleted:
Deleted:
Formatted
Formatted

*See Part Number Listing below in section 3 And See Attachment 1 – terms of LTA*

Deleted: Part Number    [...1]

### 2. Term

With respect to each Product, the term of this Contract is from **January 1, 2004 through December 31,2006.**

Deleted: Calendar/Model
Deleted: Date through Calendar/Model Date

### 3. Prices

The per unit price of each Product for **January 1, 2004 through December 31, 2006** is **BPFC (2000 IncoTerms)**. Pricing for each subsequent Calendar Year is subject to the following minimum annual percentage reductions from the prior Calendar Year's pricing.

Deleted: Calendar/Model
Deleted: Date
Deleted: F.O.B. Seller/Buyer's Location/Plant or Delivery Term
Deleted: (199
Deleted: Calendar/Model Date
Formatted
Deleted: Calendar/Model Date's
Formatted

| Part numbers | Dec 2003 Total Pricing | Red. Value add Jan 1, 2004 | Red. Value add Jan 1, 2005 | Red. Value add Jan 1, 2006 |
|---|---|---|---|---|
| 05889010 | $0.916 | 1% | 1% | 1% |
| 05690231 | $1.002 | 1% | 1% | 1% |
| 05694821 | $1.027 | 1% | 1% | 1% |
| 07805168 | $0.919 | 1% | 1% | 1% |
| 07805525 | $1.024 | 1% | 1% | 1% |
| 07806688 | $0.915 | 1% | 1% | 1% |
| 07809512 | $0.917 | 1% | 1% | 1% |
| 07810892 | $1.027 | 1% | 1% | 1% |
| 07838350 | $0.926 | 1% | 1% | 1% |
| 26063009 | $1.030 | 1% | 1% | 1% |
| 26095273 | $1.271 | 1% | 1% | 1% |
| 26008584 | $3.293 | 2% | 3% | 3% |
| 26022847 | $6.069 | 2% | 3% | 3% |
| 26048053 | $4.205 | 2% | 3% | 3% |
| 26048277 | $3.321 | 2% | 3% | 3% |
| 26064873 | $3.548 | 2% | 3% | 3% |
| 26064957 | $3.675 | 2% | 3% | 3% |
| 26064972 | $3.447 | 2% | 3% | 3% |
| 26065041 | $3.277 | 2% | 3% | 3% |
| 26065095 | $5.072 | 2% | 3% | 3% |

Deleted: SensusLTA1162004
Deleted: SensusLTA1162004 doc
Deleted: 6172LTA
Deleted: 8_3_10_long_term_template_instruction.doc
Deleted: 8 3 10 Long Term Template & Instruction.doc
Deleted: 8.3.10 Long Term Template & Instruction.doc
Deleted: 09/13/05
Deleted: 10/14/04
Deleted: 01/15/04
Deleted: 04/26/00
Deleted: 09/01/99

# DELPHI
Automotive Systems

LEVEL 3
INSTRUCTION

*Long Term Agreement Template 8.3.10*

Deleted: *Template and Instruction*

| 26065440 | $9.950 | 2% | 3% | 3% |
|---|---|---|---|---|
| 26068414 | $5.328 | 2% | 3% | 3% |
| 26082991 | $4.464 | 2% | 3% | 3% |
| 26082995 | $7.936 | 2% | 3% | 3% |
| 26085331 | $6.246 | 2% | 3% | 3% |
| 26085877 | $5.281 | 2% | 3% | 3% |

Deleted: 3%

Deleted:

Deleted: ¶

Deleted: Calendar/Model Date ___ percent (___%) Piece Price $0.00 ea.¶
Calendar/Model Date ___ percent (___%) Piece Price $0.00 ea.¶
<sp>Calendar/Model Date ___ percent (___%) Piece Price $0.00 ea.¶
Calendar/Model Date ___ percent (___%) Piece Price $0.00 ea.¶
Calendar/Model Date ___ percent (___%) Piece Price $0.00 ea.¶

Buyer and Seller will use their best efforts to implement cost savings and productivity improvements in order to reduce Seller's costs of supplying each Product. Buyer and Seller agree that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to **fifty percent (50%)** of any net cost savings achieved by Seller with respect to such Product (i.e., savings after recovery by Seller of a pro rata portion, based on the remaining term of this Contract, of the reasonable and documented costs to achieve such cost savings, provided, however, that the pricing of each Product will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any savings resulting from reduction on the content of the such Product.

No price increases, except for aluminum price escalation/de-escalation, (including any decrease of the scheduled price reductions) will be made on account of (i) Seller's failure to achieve any expected cost savings or productivity improvements or (ii) any increases in Seller's labor, materials, overhead and other costs. NOTE: Aluminum price escalation/de-escalation agreement between Delphi and Sensus PDC to be on basis of parity between Platt's Metals Week and NASAAC reflecting previously agreed upon part quote basis. In the event that Buyer agrees to any price increases (or a decrease of any scheduled price reductions) with respect to any Product, then, notwithstanding anything to the contrary set forth in this Contract, the pricing of each Products will be reduced (in addition to any scheduled price reductions) by an amount equal to one hundred percent (100%) of any subsequent net cost savings achieved by Seller with respect to such Product until aggregate price reductions on account of Seller's cost savings equal any price increases previously agreed to by Buyer.

Deleted:

Formatted

Deleted: ¶

Formatted

Deleted: SensusLTA1162004

Deleted: SensusLTA1162004 doc

Deleted: 6172LTA

Deleted: 8_3_10_long_term_template_instruction.doc

Deleted: 8.3.10 Long Term Template & Instruction.doc

Deleted: 8.3.10 Long Term Template & Instruction.doc

Deleted: 09/13/05

Deleted: 10/14/04

Deleted: 01/15/04

Deleted: 04/26/00

Deleted: 09/01/99

## 3a.    Debits/Credits to Sensus PDC Account

Issuance of debits to Sensus PDC Account by Delphi for purposes of cost recovery for Delphi plant costs incurred in resolving quality issues to be based upon capability of current high pressure die cast process. (i.e. allowance to be given for low level casting defects (1% or below) that are reflective of HPDC process capability).



DELPHI
Automotive Systems

LEVEL 3
INSTRUCTION

*Long Term*
*Agreement*
*Template 8.3.10* --- [ Deleted: *Template and Instruction* ]

**4.    Right to Purchase from Others**

During the entire term of this Contract. Seller will assure that each Product
remains competitive in terms of technology, design, service and quality with any
similar product available to Buyer. Following **Dec 31, 2006** Seller will also       [ Deleted: Calendar/Model ]
assure that each Product remains competitive in terms of price with any similar       [ Deleted: Date ]
product available to Buyer. If, in the reasonable opinion of Buyer, a Product
does not remain competitive, Buyer, to the extent it is free to do so, will advise
Seller in writing of the area(s) in which a similar product is more competitive. If,
within ninety (90) days. Seller does not agree to immediately sell any Product
with comparable technology, design, quality, or, if applicable, price, Buyer may
elect to purchase any similar products available to Buyer without any liability to
Seller under this Contract.

**5.    Purchase Orders**

All Products will be ordered by Buyer, and delivered by Seller, in accordance
with written purchase orders (including related delivery releases and shipping
instructions) issued by Buyer from time to time during the term of this Contract.
Buyer's General Terms and Conditions, a copy of which is attached, are hereby
incorporated into this Contract by reference, **provided, however, that Buyer's**      [ Deleted: the end Calendar/Model ]
**right to "terminate for convenience" under the General Terms and**                   [ Deleted: Date ]
**Conditions will be inapplicable to this Contract until after December 31,**          [ Deleted: date ]
**2004.** Any amendment to, or revision of, such General Terms and Conditions          [ Deleted: ]
shall also become a part of this Contract, provided that (i) Buyer provides Seller     [ Deleted: Seller Name ]
with a copy of such revised Terms and Conditions and (ii) Seller does not object       [ Deleted: ]
to such revised Terms and Conditions in writing within thirty (30)                     [ Deleted: Division Name ]
days after receipt. The Terms and Conditions (together with any revision made          [ Deleted: _ ]
a part of this Contract) shall be construed, to the extent possible, as consistent     [ Deleted: _¶ ]
with the terms and conditions set forth in this Contract and as cumulative,            [ Deleted: SensusLTA1162004 ]
provided, however, that if such construction is unreasonable, the terms and            [ **Deleted:** SensusLTA1162004.doc ]
conditions set forth in this Contract shall control.                                   [ **Deleted:** 6172LTA ]

                                                                                       [ **Deleted:** 8_3_10_long_term_template_i
                                                                                         nstruction.doc ]
**EXECUTED** by Buyer and Seller as of **Jan 1, 2004**                                  [ **Deleted:** 8.3.10 Long Term Template &
                                                                                         Instruction.doc ]
**Buyer:**                                    **Seller:**                               [ **Deleted:** 8.3.10 Long Term Template &
                                                                                         Instruction.doc ]
**Delphi Automotive Systems LLC**             **Sensus PDC,**                           [ **Deleted:** 09/13/05 ]
**acting through its Saginaw Steering Systems**                                         [ **Deleted:** 10/14/04 ]
                                                                                       [ Deleted: 01/15/04 ]
**By:**                                       **By:**                                   [ **Deleted:** 04/26/00 ]
**Name:**                                     Name: Stephen C. Larkin                   [ **Deleted:** 09/01/99 ]
**Title:**                                    Title: President , SPDC,

| Page 2: [1] Deleted | Steve Burk | 01/15/2004 9:42:00 AM |

| Part Number | Description | Per Unit Price | Annual Daily Tool Capacity |
|---|---|---|---|

# EXHIBIT C

# DELPHI

Harrison Thermal Systems

Page 1 of 7

**Buyer:**

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550056783 | 29-Jun-2004 |
| Version | |
| 01-Oct-2005 10:34:54 | |

| Vendor No: | 1010998 |
|---|---|
| DUNS No: | 114371862 |

**Payment Terms:** ZMN2     **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FOB- FREIGHT COLLECT

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00030 | 6559618 | J301 DELPHI T & I KETTERING |
| | Head-Rear, Casting | |

SEPTEMBER 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 31-Dec-2006 | USD | 3,426.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00040 | 6559709 | J301 DELPHI T & I KETTERING |
|---|---|---|
| | Head-Rear, Casting | |

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,184.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,271.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00010 | 6559733 | J301 DELPHI T & I KETTERING |
|---|---|---|
| | Head-Rear, Casting | |

Purchasing Contact: Simmons, Cheri
Phone: 248-655-0723
Fax: 248-655-8350

Contact Address:

Delphi Harrison Thermal Systems
200 UPPER MOUNTAIN ROAD,
LOCKPORT NY 14094

Date and Time Printed: 01-Oct-2005 10:34:54

# DELPHI

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550056783 | 29-Jun-2004 |
| Version | |
| 01-Oct-2005  10:34:54 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jun-2004 | 30-Jun-2004 | USD | 2,902.00 | 1,000 | PC |
| 01-Jul-2004 | 31-Jul-2004 | USD | 3,025.00 | 1,000 | PC |
| 01-Aug-2004 | 31-Aug-2004 | USD | 2,950.00 | 1,000 | PC |
| 01-Sep-2004 | 30-Sep-2004 | USD | 2,944.00 | 1,000 | PC |
| 01-Oct-2004 | 31-Oct-2004 | USD | 2,937.00 | 1,000 | PC |
| 01-Nov-2004 | 30-Nov-2004 | USD | 2,852.00 | 1,000 | PC |
| 01-Dec-2004 | 31-Dec-2004 | USD | 2,872.00 | 1,000 | PC |
| 01-Jan-2005 | 31-Jan-2005 | USD | 2,880.00 | 1,000 | PC |
| 01-Feb-2005 | 28-Feb-2005 | USD | 2,884.00 | 1,000 | PC |
| 01-Mar-2005 | 31-Mar-2005 | USD | 2,851.00 | 1,000 | PC |
| 01-Apr-2005 | 30-Apr-2005 | USD | 2,885.00 | 1,000 | PC |
| 01-May-2005 | 31-May-2005 | USD | 2,908.00 | 1,000 | PC |
| 01-Jun-2005 | 30-Jun-2005 | USD | 2,878.00 | 1,000 | PC |
| 01-Jul-2005 | 31-Aug-2005 | USD | 2,736.00 | 1,000 | PC |
| 01-Sep-2005 | 30-Sep-2005 | USD | 2,803.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,889.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00050      6559749**                          **J301 DELPHI T & I KETTERING**
       **Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,056.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,137.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00060      6559814**                          **J301 DELPHI T & I KETTERING**
       **Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,056.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,138.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00020      6559827**                          **J301 DELPHI T & I KETTERING**
       **Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,574.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,657.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00070      6559857**                          **J301 DELPHI T & I KETTERING**
       **Head-Rear, Casting**

# DELPHI

_____ Harrison Thermal Systems

Page 3 of 7

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550056783 | 29-Jun-2004 |
| Version | |
| 01-Oct-2005 10:34:54 | |

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,245.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,332.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00080    6559878                              J301 DELPHI T & I KETTERING**
**Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,400.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,498.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00090    6559896                              J301 DELPHI T & I KETTERING**
**Head-Rear, Casting**
SEPTEMBER 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 31-Dec-2006 | USD | 2,935.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00100    6560424                              J301 DELPHI T & I KETTERING**
**Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,419.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,508.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00140    6561787                              J301 DELPHI T & I KETTERING**
**Head-Front, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 5,630.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 5,739.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00120    6561789                              J301 DELPHI T & I KETTERING**
**Head-Front, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

# DELPHI
_____ Harrison Thermal Systems

| | |
|---|---|
| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract**<br><br>PO Number — Date Issued<br>550056783 — 29-Jun-2004<br>Version<br>01-Oct-2005  10:34:54 |

| Item No. | Material No.<br>Description | | | Plant | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,587.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,710.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00150    6561791                                   J301 DELPHI T & I KETTERING**
**Head-Front, Casting**
SEPTEMBER 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 31-Dec-2006 | USD | 2,822.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00130    6561801                                   J301 DELPHI T & I KETTERING**
**Head-Front, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,962.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,977.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**00110    6561805                                   J301 DELPHI T & I KETTERING**
**Head-Front, Casting**
************************************************************
************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

************************************************************
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

************************************************************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI

# DELPHI

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

PO Number                                    Date Issued
550056783                                    29-Jun-2004
Version
01-Oct-2005  10:34:54

| Item No. | Material No. Description | Plant |
|---|---|---|

messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,962.00 | 1,000 | PC . |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,986.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

Notes:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities,

# DELPHI

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550056783 | 29-Jun-2004 |
| Version | |
| 01-Oct-2005  10:34:54 | |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

**Notes Continued:**

please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com thru Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Non-Ferrous Metal Price - Cost Adjustment:
The price(s) for goods shall be subject to increase or decrease, as the case may be, to reflect periodic changes in the price/cost of non-ferrous metals. Such adjustments shall be in accordance with the procedures set forth below:

1. PART WEIGHT - The part weight for purposes of metal price adjustment shall be the aluminum weight of the casting shipped to Buyer. The aluminum casting

# DELPHI _____

| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract** | |
| --- | --- | --- |
| | PO Number<br>550056783<br>Version<br>01–Oct–2005  10:34:54 | Date Issued<br>29–Jun–2004 |

| Item No. | Material No.<br>Description | **Plant** |
| --- | --- | --- |

Notes Continued:

weight is the "POURED" or "AS CAST" weight LESS the weight(s) of inserts, gates, sprues, risers, flash and runners, paint and coatings.  If purchasing a machined part, the weight of any borings shall likewise be deducted.

2.  ALUMINUM BASE METAL COST (NEW/ORIGINAL PART AWARD ONLY) - Aluminum base metal price x part weight = base cost of aluminum
METALS WEEK PRICE X PRICE WEIGHT = BASE METAL COST

3.  ALUMINUM PRICE ADJUSTMENT AGREEMENT LANGUAGE - Adjustments to the selling price will be made every other month (6 times/year) as determined by the change in the average of the published prices (midpoint) in "Metals Week," under "Daily Prices," during first ten (10) calendar days of the month prior to the two month price effective period.

AVERAGE OF FIRST 10   ADJUSTMENT CALENDAR DAYS OF:
EFFECTIVE DATE
JANUARY 1     FEBRUARY
MARCH 1       APRIL
MAY 1         JUNE
JULY 1        AUGUST
SEPTEMBER 1   OCTOBER
NOVEMBER 1    DECEMBER

4.  ALUMINUM PRICE ADJUSTMENT BAROMETER CALCULATION:
NEW MW PRICE - PREVIOUS MW PRICE = MW PRICE CHANGE;
MW PRICE X PART WEIGHT = CASTING PRICE CHANGE;
PREV CASTING + CASTING PRICE CHANGE = NEW CASTING PRICE

5.  DROSS/MELT LOSS FACTORS:
Dross is defined as the residue that floats to the surface as cold secondary aluminum is melted to liquid state for casting purposes. Dross and melt loss are considered costs of doing business and, thererore, no adjustments shall be allowed to account fo dross or melt loss in the calculation of metal prices.
*********************

Metal prices will be adjusted monthly based on the average LME NASAAC cash seller  and settlement price +$.04965/lb. (380/383 alloy adjustment factor) two months prior to shipment, i.e. prices for July 2003 based on the May average, prices for August, 2003 based on June, 2003 average, etc.  The metal value price per piece is determined by the net weight of piece x this average price per pound.

Metal pricing change eff. 5/1/05 & Clause added
*********************

# EXHIBIT D

# DELPHI

| Buyer: | |
|---|---|
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 | |

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| 550057027 | 06-Jul-2004 |
| Version | |
| 01-Oct-2005  11:10:55 | |

**Deliver to:**
DELPHI THERMAL KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

| Vendor No: | 1010998 |
|---|---|
| DUNS No: | 114371862 |

**Payment Terms:** ZMN2      **Currency:**   USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB- FREIGHT COLLECT

| Item No. | Material No.<br>Description | Plant | | | | | |
|---|---|---|---|---|---|---|---|
| 00050 | 6561242 | | J301 DELPHI T & I KETTERING | | | | |
| | **Head-Front, Casting** | | | | | | |
| | OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC | | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,012.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,122.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| Item No. | Material No.<br>Description | Plant | | | | | |
|---|---|---|---|---|---|---|---|
| 00060 | 6561245 | | J301 DELPHI T & I KETTERING | | | | |
| | **Cylinder-Casting** | | | | | | |
| | OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC | | | | | | |

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,341.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,439.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00080 | 6561599 | J301 DELPHI T & I KETTERING |
|---|---|---|
| | **Head-Rear, Casting** | |
| | OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC | |

Purchasing Contact: Simmons, Cheri
Phone: 248-655-0723
Fax:  248-655-8350

Contact Address:

Delphi Harrison Thermal Systems
200 UPPER MOUNTAIN ROAD,
LOCKPORT NY 14094

# DELPHI
_____

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

### Requirements Contract

PO Number                               Date Issued
550057027                               06-Jul-2004
Version
01-Oct-2005  11:10:55

| Item No. | Material No.<br>Description | | | Plant | | | |
|---|---|---|---|---|---|---|---|
| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** | |
| | 18-Sep-2005 | 30-Sep-2005 | USD | 3,676.00 | 1,000 | PC | |
| | 01-Oct-2005 | 31-Dec-2006 | USD | 3,765.00 | 1,000 | PC | |

This Requirement Contract is for 100% unless otherwise specified.
**00020    6561795                               J301 DELPHI T & I KETTERING**
      **Head-Front, Casting**
      OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
|---|---|---|---|---|---|---|
| | 18-Sep-2005 | 30-Sep-2005 | USD | 3,506.00 | 1,000 | PC |
| | 01-Oct-2005 | 31-Dec-2006 | USD | 3,627.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**00010    6561797                               J301 DELPHI T & I KETTERING**
      **Head-Front, Casting**
      SEPTEMBER 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
|---|---|---|---|---|---|---|
| | 01-Jun-2004 | 30-Jun-2004 | USD | 2,872.00 | 1,000 | PC |
| | 01-Jul-2004 | 31-Jul-2004 | USD | 3,038.00 | 1,000 | PC |
| | 01-Aug-2004 | 31-Aug-2004 | USD | 2,937.00 | 1,000 | PC |
| | 01-Sep-2004 | 30-Sep-2004 | USD | 2,929.00 | 1,000 | PC |
| | 01-Oct-2004 | 31-Oct-2004 | USD | 2,919.00 | 1,000 | PC |
| | 01-Nov-2004 | 30-Nov-2004 | USD | 2,845.00 | 1,000 | PC |
| | 01-Dec-2004 | 31-Dec-2004 | USD | 2,873.00 | 1,000 | PC |
| | 01-Jan-2005 | 31-Jan-2005 | USD | 2,883.00 | 1,000 | PC |
| | 01-Feb-2005 | 28-Feb-2005 | USD | 2,889.00 | 1,000 | PC |
| | 01-Mar-2005 | 31-Mar-2005 | USD | 2,845.00 | 1,000 | PC |
| | 01-Apr-2005 | 30-Apr-2005 | USD | 2,888.00 | 1,000 | PC |
| | 01-May-2005 | 31-May-2005 | USD | 2,918.00 | 1,000 | PC |
| | 01-Jun-2005 | 30-Jun-2005 | USD | 2,878.00 | 1,000 | PC |
| | 01-Jul-2005 | 31-Aug-2005 | USD | 2,725.60 | 1,000 | PC |
| | 01-Sep-2005 | 31-Dec-2006 | USD | 2,777.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**00030    6561799                               J301 DELPHI T & I KETTERING**
      **Head-Front, Casting**
      OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| | **Valid From** | **Valid To** | **Currency** | **Price** | **Price Unit** | **UOM** |
|---|---|---|---|---|---|---|
| | 18-Sep-2005 | 30-Sep-2005 | USD | 3,186.00 | 1,000 | PC |
| | 01-Oct-2005 | 31-Dec-2006 | USD | 3,295.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
**00040    6561809                               J301 DELPHI T & I KETTERING**
      **Head-Front, Casting**

# DELPHI

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550057027 | 06-Jul-2004 |
| Version | |
| 01-Oct-2005  11:10:55 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,609.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,730.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00130 | 6561968 | J301 DELPHI T & I KETTERING |
|---|---|---|

Head-Front, Casting

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,422.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,525.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00090 | 6562004 | J301 DELPHI T & I KETTERING |
|---|---|---|

Head-Rear, Casting

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 2,847.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 2,926.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00110 | 6562103 | J301 DELPHI T & I KETTERING |
|---|---|---|

Head-Front, Casting

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,375.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,480.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00120 | 6562128 | J301 DELPHI T & I KETTERING |
|---|---|---|

Head-Rear, Casting

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,735.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,826.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00100 | 6562221 | J301 DELPHI T & I KETTERING |
|---|---|---|

Head-Rear, Casting

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,624.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,742.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

| 00070 | 6570881 | J301 DELPHI T & I KETTERING |
|---|---|---|

Cylinder-Casting

# DELPHI

_____ Harrison Thermal Systems

| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract** | |
| | PO Number<br>550057027<br>Version<br>01-Oct-2005  11:10:55 | Date Issued<br>06-Jul-2004 |

| Item No.    Material No.<br>Description | Plant |
| --- | --- |

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
| --- | --- | --- | --- | --- | --- |
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,341.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,439.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

---

Notes:

*********************
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
*********************
**********************************************************************************************
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

**********************************************************************************************
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

**********************************************************************************************
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

**********************************************************************************************
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

**********************************************************************************************
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the Delphi Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

**********************************************************************************************
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this

# DELPHI

| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract** | |
|---|---|---|
| | PO Number<br>550057027<br>Version<br>01-Oct-2005  11:10:55 | Date Issued<br>06-Jul-2004 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

---

Notes Continued:

contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and Delphi Customer Specific Requirements in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material. Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Non-Ferrous Metal Price - Cost Adjustment:
The price(s) for goods shall be subject to increase or decrease, as the case may be, to reflect periodic changes in the price/cost of non-ferrous metals. Such adjustments shall be in accordance with the procedures set forth below:

1. PART WEIGHT - The part weight for purposes of metal price adjustment shall be the aluminum weight of the casting shipped to Buyer. The aluminum casting weight is the "POURED" or "AS CAST" weight LESS the weight(s) of inserts, gates, sprues, risers, flash and runners, paint and coatings. If purchasing a machined part, the weight of any borings shall likewise be deducted.
2. ALUMINUM BASE METAL COST (NEW/ORIGINAL PART AWARD ONLY) - Aluminum base metal price x part weight = base cost of aluminum
METALS WEEK PRICE X PRICE WEIGHT = BASE METAL COST
3. ALUMINUM PRICE ADJUSTMENT AGREEMENT LANGUAGE - Adjustments to the selling price will be made every other month (6 times/year) as determined by the change in the average of the published prices (midpoint) in "Metals Week," under "Daily Prices," during first ten (10) calendar days of the month prior to the two month price effective period.
AVERAGE OF FIRST 10   ADJUSTMENT CALENDAR DAYS OF:
EFFECTIVE DATE
JANUARY 1    FEBRUARY
MARCH 1      APRIL
MAY 1        JUNE
JULY 1       AUGUST
SEPTEMBER 1  OCTOBER
NOVEMBER 1   DECEMBER
4. ALUMINUM PRICE ADJUSTMENT BAROMETER CALCULATION:
NEW MW PRICE - PREVIOUS MW PRICE = MW PRICE CHANGE;
MW PRICE X PART WEIGHT = CASTING PRICE CHANGE;
PREV CASTING + CASTING PRICE CHANGE = NEW CASTING PRICE
5. DROSS/MELT LOSS FACTORS:
Dross is defined as the residue that floats to the surface as cold secondary aluminum is melted to liquid state for casting purposes. Dross and melt loss are considered costs of doing business and, thererore, no adjustments shall be allowed to account fo dross or melt loss in the calculation of metal prices.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Metal prices will be adjusted monthly based on the average LME NASAAC cash seller and settlement price +$.04965/lb. (380/383 alloy adjustment factor) two

# DELPHI

—————————————————————————— Harrison Thermal Systems

Page  6  of  6

---

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

---

### Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550057027 | 06-Jul-2004 |

Version
01-Oct-2005  11:10:55

---

| Item No. | Material No. | Plant |
|---|---|---|
| | Description | |

---

Notes Continued:

months prior to shipment, i.e. prices for July 2003 based on the May average, prices for August, 2003 based on June, 2003 average, etc. The metal value price per piece is determined by the net weight of piece x this average price per pound.

Metal pricing change eff. 5/1/05 & Clause added

# EXHIBIT E

# DELPHI

| Buyer: |
|---|
| DELPHI<br>THERMAL & INTERIOR SYSTEMS<br>200 UPPER MOUNTAIN RD<br>LOCKPORT NY 14094 |

| Deliver to: |
|---|
| DELPHI THERMAL KETTERING<br>3535 South Kettering Blvd.<br>MORAINE OH 45439 |

| |
|---|
| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 |

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550057041 | 06-Jul-2004 |
| Version | |
| 01-Oct-2005  11:26:18 | |

| Vendor No:  1010998 |
|---|
| DUNS No:  114371862 |

| Payment Terms: ZMN2 | Currency:  USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |

| Incoterms:  FOB· FREIGHT COLLECT |
|---|

*** *Condition record changed*

| Item No. | Material No.<br>Description | Plant | | | | |
|---|---|---|---|---|---|---|
| 00010 | 6562026 | | | J301 DELPHI T & I KETTERING | | |
| | **Head-Front, Casting** | | | | | |
| | OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC | | | | | |
| | Valid From | Valid To | Currency | Price | Price Unit | UOM |
| | 01-Jun-2004 | 30-Jun-2004 | USD | 5,209.00 | 1,000 | PC |
| | 01-Jul-2004 | 31-Jul-2004 | USD | 5,341.00 | 1,000 | PC |
| | 01-Aug-2004 | 31-Aug-2004 | USD | 5,260.00 | 1,000 | PC |
| | 01-Sep-2004 | 30-Sep-2004 | USD | 5,254.00 | 1,000 | PC |
| | 01-Oct-2004 | 31-Oct-2004 | USD | 5,246.00 | 1,000 | PC |
| | 01-Nov-2004 | 30-Nov-2004 | USD | 5,087.00 | 1,000 | PC |
| | 01-Dec-2004 | 31-Dec-2004 | USD | 5,109.00 | 1,000 | PC |
| | 01-Jan-2005 | 31-Jan-2005 | USD | 5,117.00 | 1,000 | PC |
| | 01-Feb-2005 | 28-Feb-2005 | USD | 5,122.00 | 1,000 | PC |
| | 01-Mar-2005 | 31-Mar-2005 | USD | 5,087.00 | 1,000 | PC |
| | 01-Apr-2005 | 30-Apr-2005 | USD | 5,105.00 | 1,000 | PC |
| | 01-May-2005 | 31-May-2005 | USD | 5,130.00 | 1,000 | PC |
| | 01-Jun-2005 | 30-Jun-2005 | USD | 5,098.00 | 1,000 | PC |

| Purchasing Contact: Simmons, Cheri | Contact Address: |
|---|---|
| Phone:  248-655-0723 | Delphi Harrison Thermal Systems<br>200 UPPER MOUNTAIN ROAD, |
| Fax:  248-655-8350 | LOCKPORT NY 14094 |

# DELPHI

Harrison Thermal Systems

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550057041 | 06-Jul-2004 |
| Version | |
| 01-Oct-2005  11:26:18 | |

| Item No. | Material No. Description | | | Plant | | |
|---|---|---|---|---|---|---|

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 01-Jul-2005 | 31-Jul-2005 | USD | 5,016.00 | 1,000 | PC |
| 01-Aug-2005 | 31-Aug-2005 | USD | 5,017.00 | 1,000 | PC |
| 01-Sep-2005 | 30-Sep-2005 | USD | 5,017.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 5,110.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00020 | 6562159 | | | J301 DELPHI T & I KETTERING | | |
|---|---|---|---|---|---|---|

**Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 4,364.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 4,450.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00030 | 6562204 | | | J301 DELPHI T & I KETTERING | | |
|---|---|---|---|---|---|---|

**Head-Front, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,280.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,377.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00040 | 6562207 | | | J301 DELPHI T & I KETTERING | | |
|---|---|---|---|---|---|---|

**Head-Rear, Casting**
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,361.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,457.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00050 | 6562446 | | | J301 DELPHI T & I KETTERING | | |
|---|---|---|---|---|---|---|

**Head-Rear, Casting**

# DELPHI
_____ Harrison Thermal Systems

| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract** |
|---|---|
| | PO Number                          Date Issued<br>550057041                          06-Jul-2004<br>Version<br>01-Oct-2005  11:26:18 |

| Item No.    Material No.<br>Description | Plant |
|---|---|

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,294.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,386.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

00060    6562449                    J301 DELPHI T & I KETTERING
         Head-Front, Casting
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,334.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,435.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

00070    6562464                    J301 DELPHI T & I KETTERING
         Head-Front, Casting
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,142.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,244.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

00080    6570089                    J301 DELPHI T & I KETTERING
         Cylinder-Casting
OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,431.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,414.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

00090    6570154                    J301 DELPHI T & I KETTERING
         Cylinder-Cast

# DELPHI
_____ Harrison Thermal Systems

| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract** |
|---|---|
| | PO Number ............ Date Issued<br>550057041 ............ 06-Jul-2004<br>Version<br>01-Oct-2005 11:26:18 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,360.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,194.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00100 | 6570298 | J301 DELPHI T & I KETTERING |
|---|---|---|

**Head - Rear, Casting**

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,642.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,728.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00110 | 6570301 | J301 DELPHI T & I KETTERING |
|---|---|---|

**Head-Front, Casting**

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,157.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,253.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

| 00120 | 6570525 | J301 DELPHI T & I KETTERING |
|---|---|---|

**Head-Rear, Casting**

OCT 2005 PRICE CHANGES PER MONTHLY ALUMINUM ESCALATION/DE-ESCALATION. INDEX USED IS LME NASSAC

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 18-Sep-2005 | 30-Sep-2005 | USD | 3,797.00 | 1,000 | PC |
| 01-Oct-2005 | 31-Dec-2006 | USD | 3,887.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.
*** Condition record added
*** Condition record changed
*** Net price changed
*** Text changed

# DELPHI

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Requirements Contract

| PO Number | Date Issued |
|---|---|
| 550057041 | 06-Jul-2004 |
| Version | |
| 01-Oct-2005  11:26:18 | |

| Item No. | Material No. Description | Plant |
|---|---|---|

**Notes:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet all requirements detailed in the Delphi Global Purchasing Supplier Guidelines and reference documents that are available on the Delphi website, www.delphi.com, (by clicking on the "Suppliers" in the header).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Suppliers are required to meet the requirements of Delphi's Production Part Approval Process as described in the Supplier Performance Development Process (SPDP) and in the Production Part Approval Process (PPAP) Manual. The Production Part Approval Process Manual is available from AIAG (810-358-3003) and the SPDP documents can be provided by the appropriate Supplier Quality Representative. Suppliers must have part manufacturing site approval prior to shipping production quantities. Contact the appropriate Delphi Supplier Quality Representative regarding questions on the approval process or approval status.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Restricted, toxic, and hazardous materials - Suppliers are required to comply with current governmental and safety constraints on restricted, toxic and hazardous materials; as well as environmental, electrical and electromagnetic considerations applicable to the country of manufacture and sale. This relates to both the salable product and the manufacturing processes. (Refer also to Terms and Conditions No. 8 "Ingredients Disclosure and Special Warnings Instructions"). Commencement of any work or service under this order shall constitute seller's acceptance of these responsibilities. If you do not accept these responsibilities, please contact the appropriate Delphi's Buyer.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Failure Analysis/Corrective Action: Suppliers are expected to perform failure analysis on defective material returned by any Delphi Division. Irreversible corrective action plans for these failures must be developed and implemented. The plans with effective dates are to be reported back to the Delphi Division who requested the analysis.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions and Delphi Customer Specific Requirements are available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions and Delphi Customer Specific Requirements . If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions and

# DELPHI

| | |
|---|---|
| SENSUS PRECISION DIE CASTING INC<br>232 HOPKINSVILLE RD<br>RUSSELLVILLE KY 42276 | **Requirements Contract**<br><br>PO Number                        Date Issued<br>550057041                      06-Jul-2004<br>Version<br>01-Oct-2005  11:26:18 |

| Item No. | Material No.<br>Description | Plant |
|---|---|---|

**Notes Continued:**

Delphi Customer Specific Requirements  in their entirety without modification.  Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions and and Delphi Customer Specific Requirements ) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
*********************************************************************

All wood packaging must be compliant with the International Standard Phytosanitary Measure #15 in the treatment of wood packaging material.  Please reference the "Requirements for the treatment of wood packaging materials" section of the Supplier Community Portal found on www.delphi.com for further details.

*********************************************************************************************************************************

*******************
Non-Ferrous Metal Price - Cost Adjustment:
The price(s) for goods shall be subject to increase or decrease, as the case may be, to reflect periodic changes in the price/cost of non-ferrous metals. Such adjustments shall be in accordance with the procedures set forth below:

1. PART WEIGHT - The part weight for purposes of metal price adjustment shall be the aluminum weight of the casting shipped to Buyer. The aluminum casting weight is the "POURED" or "AS CAST" weight LESS the weight(s) of inserts, gates, sprues, risers, flash and runners, paint and coatings.  If purchasing a machined part, the weight of any borings shall likewise be deducted.
2. ALUMINUM BASE METAL COST (NEW/ORIGINAL PART AWARD ONLY) - Aluminum base metal price x part weight = base cost of aluminum
METALS WEEK PRICE X PRICE WEIGHT = BASE METAL COST
3. ALUMINUM PRICE ADJUSTMENT AGREEMENT LANGUAGE - Adjustments to the selling price will be made every other month (6 times/year) as determined by the change in the average of the published prices (midpoint) in "Metals Week," under "Daily Prices," during first ten (10) calendar days of the month prior to the two month price effective period.
AVERAGE OF FIRST 10    ADJUSTMENT CALENDAR DAYS OF:
EFFECTIVE DATE
JANUARY 1    FEBRUARY
MARCH 1      APRIL
MAY 1        JUNE
JULY 1       AUGUST
SEPTEMBER 1    OCTOBER
NOVEMBER 1    DECEMBER
4. ALUMINUM PRICE ADJUSTMENT BAROMETER CALCULATION:
NEW MW PRICE - PREVIOUS MW PRICE = MW PRICE CHANGE;
MW PRICE X PART WEIGHT = CASTING PRICE CHANGE;
PREV CASTING + CASTING PRICE CHANGE = NEW CASTING PRICE
5. DROSS/MELT LOSS FACTORS:
Dross is defined as the residue that floats to the surface as cold secondary aluminum is melted to liquid state for casting purposes. Dross and melt loss are considered costs of doing business and, thererore, no adjustments shall be allowed to account fo dross or melt loss in the calculation of metal prices.
*******************