# EXHIBIT F

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG901495 |

ALTERATION 3150

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/12/02 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ******** | THE FOLLOWING PRICE EFFECTIVE 11/01/05 ******** | | |
| PC | 26065440 | HOUSING CASTING, RACK PURCHASED COMPLETE TO BLUEPRINT REV. 016 DATED 10/06/99 PER CHART          REV. 016 DTD 10/06/99 ACTIVE | 9.756 P | |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP        6225    MIN LOT SIZE PERCENT OF BUSINESS        100% | | |
| | | PRICE CHANGE SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN | | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
(989) 757-4430
FAX (989) 757-5094 PAGE

**ORIGINAL COPY**

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I49E |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 315(

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN     ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- | | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE   (989) 757-4430
FAX  (989) 757-5094 PAGE

ORIGINAL COPY

**PURCHASING LOCATION**

# DELPHI

| PURCHASE ORDER | SAG90I49!

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 315(

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:      ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |

REQUIREMENTS CONTRACT
LY AGREES TO ACCEPT ANY SUCH PROPOSALS
IN WRITING.
DIRECTIONS TO FIND DELPHI'S GENERAL
TERMS AND CONDITIONS ON THE INTERNET.
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIERS
3) CLICK ON DELPHI SUPPLIER COMMUNITY
PORTAL
4) CLICK ON GENERAL TERMS AND CONDITIONS
5) CLICK ON YOUR PERFERRED LANGUAGE
VERSION OF THE GENERAL TERMS AND
CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER
SPECIFIC REQUIREMENTS ON THE INTERNET
1) GO TO DELPHI'S INTERNET WEB SITE
WWW.DELPHI.COM
2) CLICK ON SUPPLIER'S
3) CLICK ON DELPHI'S SUPPLIER COMMUNITY
PORTAL
4) CLICK ON SUPPLIER STANDARDS
5) CLICK ON DELPHI CUSTOMER SPECIFIC
REQUIREMENTS

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I49 |
|---|---|

ALTERATION 315

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CC |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/12/02<br>AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5689010 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE | .942 | F |
| | | ACT 2400  75000                TAX 4F<br>WEEKLY CAP    15000    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5690231 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 011 DATED  4/25/97<br>PER CHART 07816466 REV. 011 DTD  4/25/97<br>ACTIVE | 1.032 | F |
| | | ACT 2400  75000                TAX 4F<br>WEEKLY CAP    15000   MIN LOT SIZE | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
      (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG90I495 |
|---|---|

ALTERATION 3150

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

VENDOR 371355    DUNS 114371862

INVOICE TO

ATTN    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES    4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5693463 | PLUG, HOUSING END PURCHASED COMPLETE TO BLUEPRINT REV. 14C DATED 12/21/00 PER CHART 07816465 REV. 14C DTD 12/21/00 ACTIVE | ✓     .959 | P |
| | | ACT 2400  75000                TAX 4F WEEKLY CAP      12000    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7805168 | PLUG, HOUSING END PURCHASED COMPLETE TO BLUEPRINT REV. 14C DATED 12/21/00 PER CHART 07816465 REV. 14C DTD 12/21/00 ACTIVE | ✓     .947 | P |
| | | ACT 2400  75000                TAX 4F WEEKLY CAP      13000    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 7805525 | PLUG, HOUSING END | ✓   1.056 | P |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
          (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I49! |

ALTERATION 315(

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

VENDOR 371355   DUNS 114371862

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CC |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 011 DATED  4/25/97<br>PER CHART 07816466 REV. 011 DTD  4/25/97<br>ACTIVE<br><br>ACT 2400  75000          TAX 4F<br>WEEKLY CAP     10000   MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7806688 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE<br><br>ACT 2400  75000          TAX 4F<br>WEEKLY CAP     15000   MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | .94  F | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7809512 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE | .944 F | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
      (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I495 |
ALTERATION 3150

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY        42276

ATTN    ACCOUNTS PAYABLE

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEI |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        13000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS        100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7810892 | PLUG, HOUSING END | 1.062 P | |
| | | MAKE PART | | |
| | | TO BLUEPRINT REV. 011 DATED  4/25/97 | | |
| | | PER CHART 07816466 REV. 011 DTD  4/25/97 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4F | | |
| | | WEEKLY CAP        1000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS        100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7811459 | PLUG, HOUSING END | .958 P | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 14C DATED 12/21/00 | | |
| | | PER CHART 07816465 REV. 14C DTD 12/21/00 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        7000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS        100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
**BUYER**
PHONE (989) 757-4430
FAX (989) 757-5094  PAGE

ORIGINAL COPY

# DELPHI

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

| PURCHASE ORDER | SAG90I49! |
|---|---|

ALTERATION 315(

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

VENDOR 371355   DUNS 114371862

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COI IA K |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| PC | 26022847 | HOUSING CASTING, RACK TO BLUEPRINT REV. 16D DATED 4/23/03 PER CHART      REV. 16D DTD 4/23/03 ACTIVE | 6.25 | P |
| | | ACT 2400 75000            TAX 4B WEEKLY CAP      7115   MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 ********* | | |
| PC | 26048053 | HOUSING CASTING, RACK TO BLUEPRINT REV. 06A DATED 8/27/04 PER CHART      REV. 06A DTD 8/27/04 OBSOLETE | 4.369 | P |
| | | ACT 2400 75000            TAX 4B WEEKLY CAP      30000   MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 ********* | | |
| PC | 26064873 | HOUSING CASTING, RACK TO BLUEPRINT REV. 14E DATED 4/23/03 PER CHART      REV. 14E DTD 4/23/03 ACTIVE | 3.626 | P |
| | | ACT 2400 75000            TAX 4B | | |

CONTINUED ON PAGE   6

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
(989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

**PURCHASING LOCATION**

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I49 |

ALTERATION 315(

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY         42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|---|
| | | | | | K |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP      70000   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26064957 | HOUSING, CASTING | 3.791 F | |
| | | TO BLUEPRINT REV. 10E DATED  4/23/03 | | |
| | | PER CHART      REV. 10E DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000         TAX 4B | | |
| | | WEEKLY CAP      10200   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26065041 | RACK HSG CASTING | 3.397 F | |
| | | TO BLUEPRINT REV. 03G DATED  4/24/03 | | |
| | | PER CHART      REV. 03G DTD  4/24/03 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000         TAX 4B | | |
| | | WEEKLY CAP      12500   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26065095 | HSG. CASTING, RACK | 5.107 F | |
| | | TO BLUEPRINT REV. 02E DATED  4/23/03 | | |

CONTINUED ON PAGE   7

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
   (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I49 |

ALTERATION 315

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | C L I |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PER CHART        REV. 02E DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP        5000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | | | | |
| PC | 26068414 | HOUSING CASTING, RACK | ✓   5.584 | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02E DATED  4/23/03 | | |
| | | PER CHART        REV. 02E DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |
| | | WEEKLY CAP      20000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | | | | |
| PC | 26082991 | HOUSING CASTING, RACK | ✓   4.541 | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 04A DATED 12/07/04 | | |
| | | PER CHART        REV. 04A DTD 12/07/04 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000              TAX 4B | | |

CONTINUED ON PAGE    8

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I49! |

ALTERATION 315(

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

| INVOICE TO |

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

| SHIP TO |

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CC |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
USE TAX CODES
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP     24000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26085331 | HOUSING CASTING RACK | ✓ 6.267 F | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 10D DATED  4/23/03 | | |
| | | PER CHART        REV. 10D DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000           TAX 4B | | |
| | | WEEKLY CAP     5720    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26085877 | HOUSING, CASTING RACK | ✓ 5.324 F | |
| | | PURCHASE COMPLETE | | |
| | | TO BLUEPRINT REV. 04A DATED 12/07/04 | | |
| | | PER CHART        REV. 04A DTD 12/07/04 | | |
| | | ACTIVE | | |
| | | ACT 2400  75000           TAX 4B | | |
| | | WEEKLY CAP     1500    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 26091500 | HOUSING CASTING, RACK & PINION | ✓ 8.587 F | |

CONTINUED ON PAGE     9

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE
(989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

**DELPHI**

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I49E |
| --- | --- |

ALTERATION 315C

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                  42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO IA K |
| --- | --- | --- | --- | --- | --- |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
| --- | --- | --- | --- | --- |
| PC | | REQUIREMENTS CONTRACT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 21G DATED  5/23/05<br>PER CHART         REV. 21G DTD  5/23/05<br>ACTIVE | | |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP      8750    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26095273 | PLUG, HOUSING END<br>TO BLUEPRINT REV. 14D DATED 12/21/00<br>PER CHART 07816465 REV. 14D DTD 12/21/00<br>ACTIVE | 1.29 | P |
| | | ACT 2400  75000            TAX 4B<br>WEEKLY CAP     13000    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26107273 | HOUSING CASTING, RACK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02G DATED 10/27/03<br>PER CHART         REV. 02G DTD 10/27/03<br>ACTIVE | 4.811 | P |
| | | ACT 2400  75000            TAX 4B | | |

CONTINUED ON PAGE   10

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER

PHONE
        (989) 757-4430
FAX (989) 757-5094  PAGE

ORIGINAL COPY

PURCHASING LOCATION      **DELPHI**      | PURCHASE ORDER |   SAG90I495
                                                          ALTERATION 3150

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.                  ORDER ISSUE DATE: 08/14/02
SAGINAW, MI  48601-9494                   OCTOBER 25, 2005

                                         | INVOICE TO |
   VENDOR 371355   DUNS 114371862

                                    ATTN:     ACCOUNTS PAYABLE
   SENSUS PRECISION DIE CASTING          | SHIP TO |
   232 HOPKINSVILLE RD PO BOX 440
   RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES   4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | WEEKLY CAP    4384    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS    100% | | |
| | | | | |
| | | PRICE CHANGE | | |
| | | THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS (ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER. | | |
| | | | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE- | | |

CONTINUED ON PAGE  11

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

                                    S. BURK,
                              PHONE BUYER
                                    (989) 757-4430
                              FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

| | | PURCHASE ORDER | SAG901495 |

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 3150

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS- TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM- MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE- QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE- CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS | | |

CONTINUED ON PAGE  12

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
      (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

**PURCHASING LOCATION**

# DELPHI

| PURCHASE ORDER | SAG90I49E |
| --- | --- |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 315C

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN.    ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO |
| --- | --- | --- | --- | --- |
| | | | | IA |
| | | | | K |
| F.O.B. | | | VIA | |

**STATE & LOCAL SALES, USE TAX CODES**  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN MEA |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

# EXHIBIT G

ORIGINAL COPY

# DELPHI

**PURCHASING LOCATION**

| | |
|---|---|
| | PURCHASE ORDER    SAG90I50§ |
| | ALTERATION 315( |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY      42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  4/14/03 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26092150 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 44F DATED  8/14/03 PER CHART      REV. 44F DTD  8/14/03 ACTIVE | 6.205 F | |
| | | ACT 2400  75000        TAX 4B PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 26105822 | HOUSING CASTING, RACK & PINION HOUSING CASTING RACK PURCHASED COMPLETE TO BLUEPRINT REV. 05E DATED  5/23/05 PER CHART      REV. 05E DTD  5/23/05 ACTIVE | 5.306 F | |
| | | ACT 2400  75000        TAX 4B WEEKLY CAP      2150  MIN LOT SIZE | | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
(989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

| PURCHASE ORDER | SAG90150? |

DELPHI SAGINAW STEERING SYSTEMS    ALTERATION 3150

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY              42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES, 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | | | |
| | | FORMERLY PART NUMBER 26078312 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26106039 | HOUSING CASTING RACK. | ✓  6.778 F | |
| | | PURCHASE COMPLETED. | | |
| | | TO BLUEPRINT REV. 03D DATED  5/06/04 | | |
| | | PER CHART          REV. 03D DTD  5/06/04 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP      1950    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS     100% | | |
| | | | | |
| | | FORMERLY PART NUMBER 26087379 | | |
| | | | | |
| | | PRICE CHANGE | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | BUYER'S GENERAL TERMS AND CONDITIONS AND | | |
| | | CUSTOMER SPECIFIC REQUIREMENTS ARE IN- | | |
| | | CORPORATED IN, AND A PART OF, THIS CON- | | |
| | | TRACT AND EACH PURCHASE ORDER, RELEASE, | | |
| | | REQUISITION, WORK ORDER, SHIPPING IN- | | |
| | | STRUCTION, SPECIFICATION AND OTHER | | |
| | | DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |
| | | WRITING BY BUYER, WHETHER EXPRESSED IN | | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE
         (989) 757-4430
FAX  (989) 757-5094 PAGE

**ORIGINAL COPY**

PURCHASING LOCATION

# DELPHI

PURCHASE ORDER    SAG901509

ALTERATION 3150

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY              42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES
PERMIT NO 3800440

4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- | | |

CONTINUED ON PAGE  4

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE
(989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

**DELPHI**

| PURCHASE ORDER | SAG90I50! |

PURCHASING LOCATION

ALTERATION 315(

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY        42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CC |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS<br>IN WRITING.<br>DIRECTIONS TO FIND DELPHI'S GENERAL<br>TERMS AND CONDITIONS ON THE INTERNET.<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIERS<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE<br>VERSION OF THE GENERAL TERMS AND<br>CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER<br>SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC<br>REQUIREMENTS | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

# EXHIBIT H

OCT.11.2005   3:58PM   SENSUS PDC   NO.965   P.5/5

# PURCHASE

**ORDER:** S3S30151

PAGE 1

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips & Invoices.

Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 989-757-068'
K HAYDEN   Buyer
S20   PURCHASING AGENT

DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

TO: SENSUS PRECISION DIE CASTING I
232 HOPKINSVILLE RD
RUSSELLVILLE KY
42276
VENDOR NUMBER 11-437-1862

SHIP TO: DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO: DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 12/21/04 | | |

SHIP VIA
SEE BELOW

PAYMENT TERMS
NET   IMMEDIATE

F.O.B.
SHIPPING POINT

DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PFD NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE/EA |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 00001 | 60 | PR410385 001 | | 26122056-01AMP HOUSING CASTING, RACK WHO ORDERED: R.SCHULTZ/757-5997 | | 01/25/05 | A   0.00% | 31.0000 | EA |
| 00002 | 1 | PR410385 002 | | MODIFY & REAM FIXTURE WHO ORDERED: R.SCHULTZ/757-5997 | | 01/25/05 | A   0.00% | 7250.0000 | EA |

*************SHIPPING AND ROUTING INSTRUCTIONS*************
LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE
SHIPMENT SHOULD BE CALLED IN TO UPS NOT COLLECT
INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR
LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL,
FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW

IF SHIPPING FROM---USE THESE CARRIERS:

MI,IN,IL,WI,OH       ALVAN MOTOR FRT
ON, (ONTARIO)        U.S.F. HOLLAND
ALL OTHER STATES     CENTRAL TRANSPORT
-----------------------------------
OVER 12,000 # ---- CALL DELPHI SAGINAW TRANSPORTA-
TION DEPARTMENT FOR CARRIER DESIGNATION

PER MELISSA L KALEYTA

ORIGINAL

CONTINUE PAGE 2

*(handwritten notes: "NOTE MODIFIED 26066041 QUTY", "Apm 1/25", "7pm 1/25")*

# EXHIBIT I

OCT.11.2005   3:57PM   SENSUS PDC                                        NO.965   P.3/5

# DELPHI _____

Harrison Thermal System.

Page  1  of 3

| Buyer: | |
|---|---|

DELPHI
THERMAL & INTERIOR SYSTEMS
200 UPPER MOUNTAIN RD
LOCKPORT NY 14094

**Deliver to:**

DELPHI T & I KETTERING
3535 South Kettering Blvd.
MORAINE OH 45439

SENSUS PRECISION DIE CASTING INC
232 HOPKINSVILLE RD
RUSSELLVILLE KY 42276

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450142740 | 28-Sep-2005 |
| Version | |
| 29-Sep-2005 08:15:47 | |

Delivery date:  28-OCT-2005

Vendor No:  1010998
DUNS No:   114371862

**Payment Terms:** ZMN2                    **Currency:**  USD

Payment settled on 2nd, 2nd Month

**Incoterms:**  FOB· FREIGHT COLLECT

| Item No. | Material No/Item Identifier No Description | Total Order Quantity | Plant Requester |
|---|---|---|---|
| 00010 | PR10229897 00010 LAMBDA REAR HEAD W/BAFFLES P/N 6571561 TYPE 10 7CVC HEAD SET-UP CHARGES | 1.000 | J301 DELPHI T & I KETTERING A. GILL |

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 28-OCT-2005 | 1.000 | 10,650.00 | 1 | EU | 10,650.00 |
| Net Line Item Value | | | | USD | 10,650.00 |

| Total net value | USD | 10,650.00 |
|---|---|---|

| Notes: |
|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IMPORTANT NOTICE TO SUPPLIERS:
PLEASE COMPLY STRICTLY WITH DELPHI'S ENVIRONMENTAL REQUIREMENTS AS STATED IN THE ENVIRONMENTAL REQUIREMENTS

Purchasing Contact: Simmons, Cheri
Phone:  248-655-0723
Fax:   248-655-8350

**Contact Address:**

Delphi Harrison Thermal Systems
200 UPPER MOUNTAIN ROAD,
LOCKPORT NY 14094

Date and Time Printed   29-Sep-2005 08:15:47

# EXHIBIT J

OCT.11.2005   3:58PM   SENSUS PDC   NO.965   P.4/5

# DELPHI

**PURCHASE PAGE** 1

**ORDER:** S3S33295

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

SHIP TO:
DELPHI SAGINAW STEERING SYSTEM
3900 HOLLAND RD.
SAGINAW MI
48601
US

DELPHI SAGINAW STEERING SYS.
(3PI) PROTOTYPE OPERATIONS
2975 NODULAR DR
SAGINAW MI
48601
US

INVOICE TO:
DELPHI AUTOMOTIVE SYSTEMS
PROTOTYPE OPERATIONS
3900 HOLLAND RD.
DEPT. 14
SAGINAW MI
48601
US

TO:
VENDOR NUMBER 11-437-1862
SENSUS PRECISION DIE CASTING I
232 HOPKINSVILLE RD
RUSSELLVILLE KY
42276

PHONE: 989-757-0687
K. HAYDEN   Buyer
S20
PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE |
|---|---|
| 09/28/05 | |

ALTERATION EFFECTIVE DATE

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Seller. ... If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

SHIP VIA
SEE BELOW

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT

**PAYMENT TERMS**
NET   IMMEDIATE

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | MFG NUMBER | DATE REQUIRED | TAX CODE | % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEASURE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | | | |
| | | | | COMPLETE DELPHI MATERIAL CERTIFICATION (DMC) REQUIRED TO ACCOMPANY SHIPMENT | | | | | | | |
| 00001 | 200 | PR414687 001 | | 26129019-MP HOUSING CASTING, RACK WHO ORDERED: R.SCHULTZ/757-5997 | | 10/31/05 | A | 0.00% | 15.8500 | | EA |
| 00002 | 1 | PR414687 002 | | 26129019-TL MODIFY EXPIRED MOLD WHO ORDERED: R.SCHULTZ/757-5997 | | 10/31/05 | A | 0.00% | 11300.0000 | | EA |
| | | | | ********SHIPPING AND ROUTING INSTRUCTIONS*********** LESS THAN 150#--UPS CONSIGNEE BILLING IS HOW THE SHIPMENT SHOULD BE CALLED IN TO UPS NOT-COLLECT INDIVIDUAL PACKAGES SHOULD WEIGH NO MORE THAN 40# OR LESS IF PRACTICAL, PLANT NUMBER MUST BE ON LABEL, FOR ITEMS COLLECTIVELY WEIGHING 150# -12,000# BELOW | | | | | | | |
| | | | | IF SHIPPING FROM---USE THESE CARRIERS: | | | | | | | |
| | | | | MI, IN, IL, WI, OH       ALVAN MOTOR FRT ON, (ONTARIO)         U.S.F. HOLLAND ALL OTHER STATES       CENTRAL TRANSPORT | | | | | | | |

ORIGINAL

CONTINUE PAGE 2

# EXHIBIT K

OCT.11.2005   3:57PM   SENSUS PDC   NO.965   P.2/5

# DELPHI

**PURCHASE ORDER:** DYS82048   PAGE 1

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084
US

SHIP TO:
DELPHI HARRISON THERMAL SYSTEM
DELPHI CORPORATION
3535 KETTERING BLVD.
MORAINE, OH
45439
US

EAG DISBURSEMENT SERVICES
****NO INVOICE REQUIRED****
INVOICE TO:
DELPHI HARRISON
P.O. BOX 1550
FLINT   PH(248)874-4636 MI
48501-1550
US

VENDOR NUMBER 11-437-1862
TO:
SENSUS PRECISION DIE CASTING I
232 HOPKINSVILLE RD
RUSSELLVILLE KY
42276

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Post.
Do not Declare Valuation of Express Shipments or Insure Parcel

PHONE: 248-655-0723
C. SIMMONS
Buyer BR / 5/4/05

PURCHASING AGENT

| ORDER DATE | 07/13/05 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PAYMENT TERMS NET | 2ND DAY OF 2ND MONTH | ITEM IDENTIFICATION NO. | | | | | |
| ITEM SEQUENCE | QUANTITY ORDERED | | NOUN NAME | DESCRIPTION | | | |

F.O.B. DESTINATION UNLESS OTHERWISE INDICATED
SHIPPING POINT FREIGHT COLLECT

SHIP VIA: AS DIRECTED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME / DESCRIPTION | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS. |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| 0001 | 1 | PR020968 001 | 7CVC TYPE 14 REAR HEAD CASTING P/N 6570997; BASGMT315/384/319 WHO ORDERED: CHERI SIMMONS | 06/15/05 D | 3.00% | 188875.0000 | | LOT |
| 0002 | 1 | PR020969 001 | 7CVC TYPE 14 FRONT HEAD WHO ORDERED: CHERI SIMMONS | 08/15/05 D | 0.00% | 79600.0000 | | LOT |

"SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY
FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS,
REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS
IN THE COUNTRY(IES) OF DESTINATION. SELLER AGREES
TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC
TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOM
RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORGIN
REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE
PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS,
WHERE APPLICABLE.
                    NOTE
THE SUPPLIER MUST PROVIDE WRITTEN NOTIFICATION OF
INTENT TO MISS THE REQUIRED DATE FOR THE SHIPMENT
TO THE PURCHASING DEPARTMENT.

# EXHIBIT L

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I49! |
|---|---|---|---|
| | | | ALTERATION 298 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI   48601-9494

ORDER ISSUE DATE: 08/14/02
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:        ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/12/02 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26065440 | HOUSING CASTING, RACK PURCHASED COMPLETE TO BLUEPRINT REV. 016 DATED 10/06/99 PER CHART        REV. 016 DTD 10/06/99 ACTIVE | 9.71 | P |
| | | ACT 2400  75000            TAX 4B WEEKLY CAP        6225    MIN LOT SIZE PERCENT OF BUSINESS        100% | | |
| | | REF: 26065440 PRICE CHANGE SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE        (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I49E |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 2981

ORDER ISSUE DATE: 08/14/02
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES,
USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME/ |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS-TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM-MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE-QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE-CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER | | |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
     (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

| | PURCHASE ORDER | SAG90I49E |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 2981

ORDER ISSUE DATE: 08/14/02
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY        42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COI |
|---|---|---|---|---|---|
| F.O.B. | | | | VIA | K |

STATE & LOCAL SALES, USE TAX CODES  4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | EXCEPT TO THE EXTENT THAT BUYER EXPRESS- | | |
| | | LY AGREES TO ACCEPT ANY SUCH PROPOSALS | | |
| | | IN WRITING. | | |
| | | DIRECTIONS TO FIND DELPHI'S GENERAL | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I509 |
|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 3150

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:     ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COL IAI K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  4/14/03 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26092108 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 29E DATED  8/14/03 PER CHART     REV. 29E DTD  8/14/03 ACTIVE | ✓  6.40 | P |
| | | ACT 2400  75000          TAX 4B PERCENT OF BUSINESS      100% | | |
| | | PRICE CHAGNE SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CON-TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN- | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
       (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG901509 |

ALTERATION 3150

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:    ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY              42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS | | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
(989) 757-4430
FAX (989) 757-5094 PAGE

**ORIGINAL COPY**

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I509 |

ALTERATION 3150

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN.    ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY              42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | COD IAH K |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | IN WRITING. | | |
| | | DIRECTIONS TO FIND DELPHI'S GENERAL | | |
| | | TERMS AND CONDITIONS ON THE INTERNET. | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIERS | | |
| | | 3) CLICK ON DELPHI SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON GENERAL TERMS AND CONDITIONS | | |
| | | 5) CLICK ON YOUR PERFERRED LANGUAGE | | |
| | | VERSION OF THE GENERAL TERMS AND | | |
| | | CONDITIONS | | |
| | | | | |
| | | DIRECTIONS TO FIND DELPHI'S CUSTOMER | | |
| | | SPECIFIC REQUIREMENTS ON THE INTERNET | | |
| | | 1) GO TO DELPHI'S INTERNET WEB SITE | | |
| | | WWW.DELPHI.COM | | |
| | | 2) CLICK ON SUPPLIER'S | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY | | |
| | | PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC | | |
| | | REQUIREMENTS | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
     (989) 757-4430
FAX (989) 757-5094 PAGE

# EXHIBIT M

ORIGINAL COPY

PURCHASING LOCATION                    **DELPHI**    | PURCHASE ORDER |    SAG90I509
                                                                              ALTERATION 2981
DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.                              ORDER ISSUE DATE: 04/14/03
SAGINAW, MI  48601-9494                                 SEPTEMBER 28, 2005

                                                | INVOICE TO |

     VENDOR 371355    DUNS 114371862

                                         ATTN:    ACCOUNTS PAYABLE
SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440             | SHIP TO |
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR K, |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  4/14/03 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26092108 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 29E DATED  8/14/03 PER CHART        REV. 29E DTD  8/14/03 ACTIVE | 6.321 P( | |
| | | ACT 2400  75000            TAX 4B PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26092150 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 44F DATED  8/14/03 PER CHART        REV. 44F DTD  8/14/03 ACTIVE | 6.129 P( | |
| | | ACT 2400  75000            TAX 4B PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

                                        S. BURK,
                                   PHONE BUYER
                                        (989) 757-4430
                                   FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I50S |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ALTERATION 2981

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COI IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | 26105822 | HOUSING CASTING, RACK & PINION | 5.249 P | |
| | | HOUSING CASTING RACK | | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 05E DATED  5/23/05 | | |
| | | PER CHART          REV. 05E DTD  5/23/05 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP      2150   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | | FORMERLY PART NUMBER 26078312 | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26106039 | HOUSING CASTING RACK. | 6.685 P | |
| | | PURCHASE COMPLETED. | | |
| | | TO BLUEPRINT REV. 03D DATED  5/06/04 | | |
| | | PER CHART          REV. 03D DTD  5/06/04 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400  75000          TAX 4B | | |
| | | WEEKLY CAP      1950   MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS      100% | | |
| | | | | |
| | | FORMERLY PART NUMBER 26087379 | | |
| | | | | |
| | | PRICE CHANGE | | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
      (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

PURCHASING LOCATION

# DELPHI

| PURCHASE ORDER | SAG90I50ⁱ |

ALTERATION 298ⁱ

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY        42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | | REC. DEPT. NOTIFY | CO |
| --- | --- | --- | --- | --- | --- |
| | | | | | 1A K |
| F.O.B. | | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES    4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI MEA |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | BUYER'S GENERAL TERMS AND CONDITIONS AND | | |
| | | CUSTOMER SPECIFIC REQUIREMENTS ARE IN- | | |
| | | CORPORATED IN, AND A PART OF, THIS CON- | | |
| | | TRACT AND EACH PURCHASE ORDER, RELEASE, | | |
| | | REQUISITION, WORK ORDER, SHIPPING IN- | | |
| | | STRUCTION, SPECIFICATION AND OTHER | | |
| | | DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |
| | | WRITING BY BUYER, WHETHER EXPRESSED IN | | |
| | | WRITTEN FORM OR BY ELECTRONIC DATA IN- | | |
| | | TERCHANGE, RELATING TO THE GOODS AND/OR | | |
| | | SERVICES TO BE PROVIDED BY SELLER PUR- | | |
| | | SUANT TO THIS CONTRACT (SUCH DOCUMENTS | | |
| | | ARE COLLECTIVELY REFERRED TO AS THIS | | |
| | | "CONTRACT"). A COPY OF BUYER'S GENERAL | | |
| | | TERMS AND CONDITIONS AND CUSTOMER SPE- | | |
| | | CIFIC REQUIREMENTS ARE AVAILABLE UPON | | |
| | | WRITTEN REQUEST TO BUYER OR VIA THE | | |
| | | INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. | | |
| | | COM. SELLER ACKNOWLEDGES AND AGREES THAT | | |
| | | IT HAS READ AND UNDERSTANDS BUYER'S | | |
| | | GENERAL TERMS AND CONDITIONS AND CUS- | | |
| | | TOMER SPECIFIC REQUIREMENTS. IF SELLER | | |
| | | ACCEPTS THIS CONTRACT IN WRITING OR COM- | | |
| | | MENCES ANY OF THE WORK OR SERVICES WHICH | | |
| | | ARE THE SUBJECT OF THIS CONTRACT, SELLER | | |
| | | WILL BE DEEMED TO HAVE ACCEPTED THIS | | |
| | | CONTRACT AND BUYER'S GENERAL TERMS AND | | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
        (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I509 |

ALTERATION 2981

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

VENDOR 371355   DUNS 114371862

INVOICE TO

ATTN:   ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO<br>IA<br>K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT<br>MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>CONDITIONS AND CUSTOMER SPECIFIC RE-<br>QUIREMENTS IN THEIR ENTIRETY WITHOUT<br>MODIFICATION. ANY ADDITIONS TO, CHANGES<br>IN, MODIFICATIONS OF, OR REVISIONS OF<br>THIS CONTRACT (INCLUDING BUYER'S GENERAL<br>TERMS AND CONDITIONS AND CUSTOMER SPE-<br>CIFIC REQUIREMENTS)WHICH SELLER PROPOSES<br>WILL BE DEEMED TO BE REJECTED BY BUYER<br>EXCEPT TO THE EXTENT THAT BUYER EXPRESS-<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS<br>IN WRITING.<br>DIRECTIONS TO FIND DELPHI'S GENERAL<br>TERMS AND CONDITIONS ON THE INTERNET.<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIERS<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE<br>VERSION OF THE GENERAL TERMS AND<br>CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER<br>SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S | | |

CONTINUED ON PAGE   5

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
            (989) 757-4430
FAX (989) 757-5094 PAGE

ORIGINAL COPY

# DELPHI

PURCHASING LOCATION

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

| PURCHASE ORDER | SAG90I50S |
| --- | --- |

ALTERATION 2981

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:      ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY          42276

SHIP TO

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COL IA K |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNT MEA |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT | | |
| | | 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL | | |
| | | 4) CLICK ON SUPPLIER STANDARDS | | |
| | | 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
(989) 757-4430
FAX (989) 757-5094 PAGE

# EXHIBIT N

**Delphi Thermal--Metals Week/NASAAC Difference**
**May 04 through October 05**

| Month | Pounds Shipped | NASAAC/MW Price Diff | Revenue Lost |
|-------|---------------|---------------------|--------------|
| May 04 | 641,475 | (0.0756) | (48,495.51) |
| June 04 | 807,536 | (0.0594) | (47,967.64) |
| July 04 | 469,937 | (0.0883) | (41,495.44) |
| Aug 04 | 736,969 | (0.0217) | (15,992.23) |
| Sept 04 | 917,028 | (0.0009) | (825.33) |
| Oct 04 | 688,285 | (0.0165) | (11,356.70) |
| Nov 04 | 664,441 | (0.0104) | (6,910.19) |
| Dec 04 | 627,189 | (0.0095) | (5,958.30) |
| Jan 05 | 544,643 | (0.0161) | (8,768.75) |
| Feb 05 | 655,801 | (0.0110) | (7,213.81) |
| Mar 05 | 653,760 | (0.0293) | (19,155.17) |
| Apr 05 | 575,330 | (0.0139) | (7,997.09) |
| May 05 | 564,573 | (0.0174) | (9,823.57) |
| June 05 | 462,854 | (0.0516) | (23,883.27) |
| July 05 | 151,654 | (0.0679) | (10,297.31) |
| Aug 05 | 383,250 | (0.0206) | (7,894.95) |
| Sept 05 | 694,296 | 0.0083 | 5,762.66 |
| Oct 05 | 750,109 | 0.0106 | 7,951.16 |
| Total | | | (260,321.42) |