## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                      :
        In re                         :     Chapter 11
                                      :
DELPHI CORPORATION et al.,            :     Case No. 05-44481 (rdd)
                                      :
                        Debtors.      :     (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

### AFFIDAVIT OF SERVICE

I, James Le, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On November 11, 2005, I caused to be served, via overnight delivery the document listed in Section 1 on the parties attached hereto as Exhibit A and via email the parties attached hereto as Exhibit B:

### *Section 1*

I.   Re-Notice of Hearing on Eclipse Tool and Die Inc.'s Motion for Relief from Automatic Stay **(Docket No. 1021) [Attached hereto as Exhibit C]**

Dated: November 11, 2005

                                    /s/ James Le
                                   James Le

Sworn to and subscribed before
me on November 11, 2005

      /s/ Evan J. Gershbein
Notary Public

My Commission Expires:      1/19/07

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | One Plastics Avenue | | Pittsfield | MA | 01201 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | 212-270-5484 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-3501 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

11/11/2005 2:47 PM
MSL 051111

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

# EXHIBIT B

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel for Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel for Kilroy Realty, L.P. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel for  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | Counsel for Angelo Gordon |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel for Stanley Electric Sales of America, Inc. |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8682 | 404-8738683 | heath.vicente@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K. McCrory Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1492 | 2125541444 | markd@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel for DENSO International America, Inc. |
| Bolhouse, Vander Hulst, Risko & Baar P.C. | David S. Lefere | 3996 Chicago Drive SW | | Grandville | MI | 49418 | 616-531-7711 | 616-531-7757 | davidl@bolhouselaw.com | Counsel for Eclipse Tool and Die, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennslyvania Street | Suite 2700 | Indianapolis | IN | 46204 | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | 212-701-3000 | 732-205-6777 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Cahill, Gordon & Reindel, LLP | Jonathan Greenberg | Eighty Pine Street | | New York | NY | 10005-1702 | 212-701-3700 | 212-269-5420 | jonathan.greenberg@engelhard.com | Counsel to Engelhard Corporation |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel for Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Areospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | 937-223-8177 | 937-223-6705 | wachstein@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennslyvania Avenue | | Morrisville | PA | 19067 | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Relco, Inc.; The Durham Companies, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | 816-221-3086 | 816-221-3006 | selanders@danielsandkaplan.com | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrylser Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel for The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen
Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel for Pillarhouse (U.S.A.) Inc. |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel for Epcos, Inc. |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel for Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald
J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com
jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | 908-898-4750 | 908-898-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel for XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel for Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel for RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel for RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel for Jiffy-Tite Co., Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel for Solution Recovery Services |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | 43 British American Boulevard | | Latham | NY | 12110 | 518-785-7800 | 518-785-7851 | sk@kieselaw.com | Counsel to NEC Electronics America, Inc. |
| King & Spalding, LLP | Alexandra B. Feldman | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | 212-556-2222 | afeldman@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | George B. South, III | 1185 Avenue of the Americas | | New York | NY | 10036 | 212-556-2100 | 212-556-2222 | gsouth@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | James A. Pardo, Jr. | 191 Peachtree Street | Suite 4900 | Atlanta | GA | 30303-1763 | 404-572-4600 | 404-572-5149 | jpardo@kslaw.com | Counsel for Mitsubishi Electric Automobile America, Inc. |
| King & Spalding, LLP | Michelle Carter | 191 Peachtree Street | Suite 4900 | Atlanta | GA | 30303-1763 | 404-572-4600 | 404-572-5149 | mcarter@kslaw.com | Counsel for Mitsubishi Electric Automobile America, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | 212-536-4812 | 212-536-3901 | efox@kIng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel for Parlex Corporation |
| Lambert, Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark J. Riela | 885 Third Avenue | | New York | NY | 10022 | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | 212-262-6700 | 212-751-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Ira M. Levee | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2481 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | 212-262-6700 | 212-751-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Michael S. Etkin | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2481 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Miller Johnson | Thomas P. Sarb  Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | 616-831-1748  616-831-1726 | 616-988-1748  616-988-1726 | sarbt@millerjohnson.com  wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel to Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepeo, P.C. | Michael L. Schein | 666 Third Avenue |  | New York | NY | 10017 | 212-935-3000 | 212-983-3115 | mlschein@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc. |
| Mitsubishi Electric & Electronics USA, Inc. | John E. Cipriano | 500 Corporate Woods Parkway |  | Vernon Hills | IL | 60061 | 847-478-2383 | 847-478-2281 | john.cipriano@meus.mea.com | Assistant General Counsel for Mitsubishi Electric & Electronics USA, Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. |  | Lisle | IL | 60532 | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue |  | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel for ITT Industries, Inc.; Hitachi Chemical (Singapore), Inc. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue |  | New York | NY | 10178 | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel for Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue |  | Los Angeles | CA | 90017 | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue |  | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |
| Morris, Nichols, Arsht and Tunnell | Michael G. Busenkell | PO Box 1347 |  | Wilmington | DE | 19899-1347 | 302-658-9200 | 302-658-3989 | mbusenkell@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morris, Nichols, Arsht and Tunnell | Robert J. Dehney | PO Box 1347 |  | Wilmington | DE | 19899-1347 | 302-658-9200 | 302-658-3989 | rdehney@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morrison Cohen LLP | Joseph T. Moldovan  Michael R. Dal Lago | 909 Third Avenue |  | New York | NY | 10022 | 212-735-8603  212-735-8757 | 917-522-3103  917-522-3157 | jmoldovan@morrisoncohen.com  mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | 214-855-7590  214-855-7561  214-855-7587 | 214-978-4374 | rurbanik@munsch.com  jwielebinski@munsch.com  drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue |  | Cincinnati | OH | 45203 | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel for Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive |  | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive |  | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive |  | Daingerfield | TX | 75638 | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue |  | New York | NY | 10103 | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street |  | San Francisco | CA | 94105 | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue |  | New York | NY | 10169 | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel for Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue |  | New York | NY | 10169 | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel for Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas |  | New York | NY | 10019-6064 | 212-373-3157 | 212-373-2053 | cweidler@paulweiss.com | Counsel for Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas |  | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas |  | New York | NY | 10019-6064 | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas |  | New York | NY | 10019-6064 | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel for Ambrake Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Federal Express Corporation |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel to SKF USA, Inc. |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel to Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | 212-297-5800 | 212-682-3485 | rbeacher@pitneyhardin.com | Counsel for IBJTC Business Credit Corporation |
| Pryor & Mandelup, LLP | A. Scott Mandelup | 675 Old Country Road | | Westbury | NY | 11590 | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/NMC LLC |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel for General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | 330-670-3000 | 330-670-3020 | jlapinsky@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel for ICX Corporation |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgarrd | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | 213-312-2000 | 213-312-2001 | cnorgaard@ropers.com | Counsel for Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Schiff Hardin LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | 212-753-5000 | 212-753-5044 | myetnikoff@schiffhardin.com | Counsel for  Means Industries |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel for  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employees's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | 212-765-2000 | 212-595-5955 | michael.cook@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel for le Belier/LBQ Foundry S.A. de C.V. |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew R. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel for Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel for Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel for Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel for Bing Metals Group, Inc.; Central Transport International, Inc.; Crown Enerpries, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | 609-3922100 | 609-392-7956 | jposta@sternslaw.com | Counsel for Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L. Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Swidler Berlin LLP | Jonathan P. Guy | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | jpguy@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Matthew W. Cheney | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | mwcheney@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Richard H. Wyron | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7737 | 202-424-7645 | rhwyron@swidlaw.com | Counsel for Westwood Associates, Inc. |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Counsel for Sanders Lead Co. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | 513-381-2838 | | ferrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel for TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel for TT Electronics, Plc |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel for Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel for Barnes Group, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel for Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel for Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 9

11/11/2005 2:49 PM
2002 lists 051111

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|-------------------|
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel for Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel for National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel for National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

# EXHIBIT C

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

_____
                                        )
In re                                   )         Chapter 11
                                        )
DELPHI CORPORATION, *et al.,*           )         Case No. 05-44481
                                        )         Hon. Robert D. Drain
Debtors.                                )
_____)

## <u>RE-NOTICE OF HEARING ON ECLIPSE TOOL AND DIE INC.'S</u>
## <u>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

PLEASE TAKE NOTICE that Eclipse Tool and Die, Inc., by and through it

attorneys Bolhouse, Vander Hulst, Risko & Baar P.C. will move at a hearing to be

held before the Hon. Robert D. Drain on January 5, 2006, at 10:00 a.m. at the

United States Bankruptcy Court, One Bowling Green, New York, New York

10004, or as soon thereafter as counsel may be heard, to consider Eclipse Tool

and Die Inc.'s Motion for Relief from Automatic Stay in the above captioned case.

PLEASE TAKE FURTHER NOTICE that opposition to the proposed

Motion must be filed and served in conformity with the provisions of the Case

Management Order entered in this proceeding, on or before the Objection

Deadline of December 29, 2005 at 5 p.m. Eastern Time.


Dated: New York, New York
November 11, 2005            By: */s/  David S. Lefere*_____
                                 David S. Lefere (P61790)
                                 Attorney for Eclipse Tool and Die, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                  )
In re                   )        Chapter 11
                  )
DELPHI CORPORATION, *et al.,*  )        Case No. 05-44481
                  )        Hon. Robert D. Drain
Debtors.             )
_____)

**ECLIPSE TOOL & DIE, INC.'S MOTION**
**FOR RELIEF FROM AUTOMATIC STAY**

Eclipse Tool & Die, Inc., by and through its attorneys Bolhouse, Vander Hulst, Risko & Baar P.C., for its Motion for Relief from the Automatic Stay provisions of the Federal Bankruptcy Code, states as follows:

1.  Eclipse Tool & Die, Inc. ("Eclipse") is a corporation existing under the laws of the State of Michigan and maintains an office at 4713 Circuit Court, Wayland, Michigan 49348.

2.  The Debtor Delphi Corporation (hereinafter "Delphi") maintains an office at 5725 Delphi Drive, Troy, Michigan 48098.

3.  On October 8, 2005, Delphi commenced a case under Chapter 11 of the Federal Bank Code, Case No. 05-44481, in the Southern District of New York.

4.  Eclipse holds an valid secured lien pursuant to the Michigan Special Tools Lien Act in the amount of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00), plus interest, late charges,

costs, and attorney fees regarding Part Number 22209497 which is owned by Delphi.

5. Eclipse's secured claim arises from the design, manufacture, fabrication and repairs performed on Part Number 22209497.

6. Eclipse entered into an agreement with Metalforming Technologies Inc. ("MTI") for the fabrication, repairs, and/or modification of Part Number 22209497 which is evidenced by MTI's purchase orders and Eclipse's invoices (See attached **Exhibit A**).

7. Even though Part Number 22209497 was produced pursuant to an agreement between Eclipse and MTI the owner of Part Number 22209497 is Delphi. (See attached as **Exhibit B**).

8. Delphi and MTI entered into an agreement for the fabrication of Part Number 22209497 in order for MTI to produce automobile parts for Delphi. (See **Exhibit B**).

9. Pursuant to the agreement between Delphi and MTI the tools, including Part Number 22209497, used by MTI in the production of parts for Delphi are the property of Delphi. (See **Exhibit B**).

10. Eclipse's claim is secured by a valid and perfected lien pursuant to Michigan's Special Tools Lien Act, MCL 570.541 et al. (See attached as **Exhibit C**).

11. Pursuant to Michigan's Special Tools Lien Act, MCL 570.563, Eclipse was required to: (1) permanently record on Part Number 22209497 Eclipse's

name, street address, city and state, and (2) file a  UCC-1 Financing Statement with the Michigan Secretary of State (See **Exhibit C**).

12. Further, under the Michigan Special Tools Lien Act, MCL 570.565, Eclipse Tool & Die, Inc. is required to give notice of the lien in writing to Delphi, stating that the lien is claimed, the amount that is owed for the fabrication, modification and/or repairs and make a demand for payment. (See **Exhibit C**).

13. The Michigan Specials Tools Lien Act, MCL 570.567, states that if Eclipse, as the Special Tool Builder, has not been paid the amount claimed within 90 days after the notice was received, Eclipse has the right to possession of Part Number 22209497 and may enforce the right-to-possession by judgment, foreclosure, **or any available judicial procedure**. (See **Exhibit C**).

14. Before shipping Part Number 22209497 to MTI, Eclipse permanently affixed its name, street address, city and state on Part Number 22209497, and filed a UCC-1 Financing Statement with the Michigan Secretary of State in accordance with the requirements of Section 9502 of the Uniform Commercial Code, as adopted by the State of Michigan. (See attached as **Exhibit D (Photograph of Eclipse's stamp on Part Number 22209497) and Exhibit E (UCC- Financing Statement)**).

15. To date, Eclipse has not been paid for the design, fabrication, modification and/or repairs of Part Number 22209497.

16. On information and belief, Part Number 22209497 that Eclipse fabricated, repaired, and/or modified is located in an MTI plant in Michigan that is currently in the process of being sold to Zohar Tubulars.

17. On information and belief, Part Number 22209497 is currently being used by MTI (and soon to be Zohar Tubulars) to manufacture automobile parts for Delphi in Michigan.

18. On October 6, 2005, and pursuant to the Michigan Special Tools Lien Act, MCL 570.565, via certified mail--return receipt, Eclipse timely and properly notified Delphi of its lien rights to Part Number 22209497. (See attached as **Exhibit F**).

19. By operation of the Michigan Special Tools Lien Act, Delphi is required to pay the amount due and owing for the design, fabrication, modification and/or repairs to Part Number 22209497 to Eclipse on or before January 6, 2006. (See **Exhibit B**).

20. To date, no payment has been forthcoming.

21. If Delphi fails and/or refuses to pay the amounts owed for the design, fabrication, modification and/or repairs to Part Number 22209497, Eclipse has a right to possession of Part Number 22209497 by operation of law under the Michigan Special Tools Lien Act, MCL 570.563. (See **Exhibit B**).

22. If Delphi fails and/or refuses to pay the amount owed, then on January 6, 2006, Eclipse will have a statutory right of possession of Part Number 22209497, and may enforce this right of possession "by judgment, foreclosure, **or any available judicial procedure."** MCL 570.567 (See **Exhibit B**).

23. The Michigan Special Tools Lien Act was designed to protect Special Tool Builders such as Eclipse by giving them a non-possessory lien against the special tools that they fabricate, modify or repair so that, upon non-payment, the

Special Tools Builders will have sufficient leverage behind their demand for payment to recover their outstanding indebtedness.

24. Therefore, Eclipse is entitled to enforce its lien to gain immediate possession of Part Number 22209497 if payment in full is not remitted to them.

WHEREFORE, Eclipse Tool & Die Inc. requests that the Court enter an order:

1. Granting relief from the automatic stay provisions of the Federal Bankruptcy Court to allow Eclipse Tool & Die, Inc. to enforce its lien on Part Number 22209497 owned by Delphi Corporation and fabricated, repaired, and/or modified by Eclipse Tool and Die Inc. under applicable non-bankruptcy law;

2. Prohibit Delphi Corporation, and any future trustee from using, leasing or selling the special tools in absence of adequate protection for Eclipse Tool & Die, Inc.'s lien; and

3. Grant any and all other relief that the Court deems just and proper (See attached at **Exhibit G**).

Respectfully submitted,

Dated: <u>November 9, 2005</u>

BOLHOUSE, VANDER HULST, RISKO & BAAR P.C.

By: <u>/s/ *David S. Lefere*</u>
David S. Lefere (P61790)

Grandville State Bank Building
3996 Chicago Drive SW
Grandville MI 49418
Phone: (616) 531-7711

Attorneys for Eclipse Tool & Die, Inc.

```
ECLIPSE TOOL & DIE                                                    Date: 04/08/05
4713 CIRCUIT COURT
WAYLAND, MI  49348
Phone: (616)877-3717
Fax:   (616)877-3712
                            I N V O I C E                       Page No.    1

                        Invoice Number:    6229

  Sold To: ---------------------           Ship To: --------------------
   ACCOUNTS PAYABLE                          MTI -SALINE
   MTI -SALINE                                    PASSED
   905 WOODLAND DRIVE

   SALINE, MI   48176
                                            (734)429-6218   (734)944-0523
==================================================================================
Customer Order No.: 5205            Job Number: 6272              Terms: Net 30
==================================================================================
   Quantity                    Description                         Item Total
----------------------------------------------------------------------------------
                    P.O. 5205                                    $1,130.00
                    100 SPRING SEAT  @ $11.30 EACH
                    ALL PARTS HAVE BEEN SHIPPED.
                    SHIPPER # 5461
                    P/N 22209497
                    Date Shipped: 04/06/2005




                         Invoice Subtotal:            $1,130.00
                          Tax Rate:  0.000
                         Invoice Grand Total:         $1,130.00

                    Total payment due on: 05/08/2005

                    THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.
```

CLIPSE
713 CIRCUIT COURT
AYLAND, MI  49348
hone: (616)877-3717
ax:   (616)877-3712

I N V O I C E                          Page No.    1

Invoice Number:    6232

Sold To: ----------------------          Ship To: ---------------------
  ACCOUNTS PAYABLE                         MTI -SALINE
  MTI -SALINE
  905 WOODLAND DRIVE

  SALINE, MI  48176
                                        (734)429-6218    (734)944-0523

=================================================================
ustomer Order No.: 4936          Job Number: 6167          Terms: Net 30
=================================================================
   Quantity                      Description                 Item Total
-----------------------------------------------------------------
                        P.O. 4936                          $122,000.00
                        PROGRESSIVE TOOL
                        P/N 22209497  SPRING SEAT
                        ACT# 1349
                        SHIPPER # 5475
                        ALL WORK/ BUY OFF COMPLETE
                        Date Shipped: 04/25/2005

*P.O. States net 60 days* (handwritten)

                        Invoice Subtotal:        $122,000.00
                          Tax Rate:  0.000
                        Invoice Grand Total:     $122,000.00

                Total payment due on: 05/26/2005

                THANK YOU FOR YOUR BUSINESS


. SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
.MOUNTS DUE AFTER PAYMENT DUE DATE.


*UCC filed* (handwritten)

# MTI

**TOOLING PURCHASE ORDER**

*# 6167*

Amendment Document

| | |
|---|---|
| Purchase Order No. | 4936 |
| Date Issued | 12-Aug-04 |
| Engineer | GK |

ECLIPSE TOOL & DIE INC.
4713 CIRCUIT CT.
WAYLAND, MI 49348

| | | | | | |
|---|---|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1349 |
| Quote No. | 28536 | Dated | 8/10/04 | F.O.B. | SALINE, MI |
| B/P Level | O2 | Dated | 6/4/04 | Customer P.O. No. | DCM94192 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| | | **TOTAL** | $122,000.00 |

## Delivery Schedule

| | |
|---|---|
| Sample Due Date | **12/8/04** |
| Tool Due Date | **12/22/04** |

Material Specification   STEEL UNSG1009
Quoted Material Size
(Less than or equal to)   .118 X 7.5W X 6.5P

## Quoted Press Specifications - Press#

N/A

## Secondary Press Specifications - Press#

N/A

## Quality Requirements

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

## Payment Terms

Net 60 days

## General Notes

1) Weekly Tool Progress Reports.
2) **Amendment #1 revises the tool due date which was incorrect.**

By: *Gary Klett* 8/12/04
Authorized Signature

*Thomas Fail*
Engineering Manager

Suppliers Acknowledgement / Date   (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc. Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A.   A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B.   The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C.   Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D.   After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E.   In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F.   Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G.   Payment for dies/machines will be made after the following conditions have been satisfied.

   1.   75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2.   25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3.   If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4.   In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper % payments from invoice.

H.   Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I.   In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1.   Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2.   Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3.   Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J.   In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

**Metalforming ... .hnologies Inc.**
**Tool Buyoff Check List**

Shop Order No: /4 0 1
Purchase Order Date: 8 - /2 . 0 4
Purchase Order No: 4 5 3 6
Tool No: F 7 8 0

Vendor: E C L / N / E   T 0 0 L
Due Date: /2 - /2 . 0 4
Part Name: S . / E N F
Part No: 2 2 2 0 9 4 2 7

## I. General Specifications

| | | Y / N | Comments |
|---|---|---|---|
| 1. | Ball bearing die sets? | Y | |
| 2. | Do die details have jack screws or pry slots? | Y | |
| 3. | Are drain holes present in spring pockets or nitrogen cylinder pockets? | Y | |
| 4. | Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. | Are all dowel holes drilled with through hole? | Y | |
| 6. | Are all sharp corners broke? | Y | |
| 7. | Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. | Are all pilot holes cleared through shoe? | Y | |
| 9. | Does die have scrap cutter? | Y | |
| 10. | Are all notching, forming, and cut-off sections heeled where required? | Y | |
| 11. | Are there any welded sections present? | N | |
| 12. | (A) Does the die produce multiple parts?  If so, | N | |
| | (B) Is there a change over required within the die?  If so, | N | |
| | (C) Are there detailed change over instructions?  If so, | N | |
| | (D) Are details clearly marked to aid quick changeover? | N | |
| 13. | Do stop blocks have lead groove?        Depth: . 0 S 0 | Y | |
| 14. | Is die painted and primed per specs? | Y | |
| 15. | Is there sufficient slug clearance (no ledges)? | Y | |
| 16. | Secondaries:     (A) Gaging: parts locate easily, proper lead on gaging | N/C | |
| | (B) Error proofing is incorporated | N/A | |
| 17. | Have spare details been provided? | N/A | |
| 18. | Appearance: burrs, non-functional corners | Y | |
| 19. | Are strips easily fed into progressive dies? | Y | |

Dieckist

Appendix F

Rev. 2  1/31/02

1



| | | Comments |
|---|---|---|
| 20. | Die size: | |
| 21. | Final coil width: | |
| 22. | Press tonnage used at run-off: | |
| 23. | Tonnage required: NO TON ABLE MONITOR | |
| 24. | Lead hit readings: RF .050 RR .050 LF .050 LR .050 | |
| 25. | Cushion pressure required if used and /or nitrogen system: | Y |
| 26. | Has MTI received samples and strips run at the tool source? | Y | NITROGEN |
| 27. | Has MTI received all die drawings and a bill of material? | N | |
| 28. | Are date stamps and part stamp present in die? | | |
| 29. | Has MTI received certification of dimensions to the part print? | Y | PART # ONLY |
| | Are wear surfaces and fittings lubricated? | Y | MAJOR DIMENSION ONLY |
| 31. | Are pilot holes cleared for slug drop? | | |

## II. Cutting Steels

| | | |
|---|---|---|
| 1. | Are heavy duty Ball Lock punches used? | Y |
| | (A) Do all punches have manufacturers identification numbers? | Y |
| 2. | Ball lock punches & pilots | |
| | Can these be removed without pulling stripper pad? | Y |
| 3. | Punch & Button Retainers | |
| | Are there hardened backing plates mounted to retainers? | N/A |
| 4. | D-2 material used for trim steels? | Y |
| 5. | Are shedder pins used wherever possible? | Y |
| ^ | Are cutting steels designed for ease of sharpening? | Y |
| ⁚ | Are there any forming operations included in any cutting steels? | N/A |
| 8. | Are pierce holes near high limit? | N/A |
| 9. | Are trims built with positive missmatch? | Y |
| 10. | Do punches have shear and/or stagger? | |

R-L 97.5   F-B 31.5   Thickness
Width .600

2

Diecklst   Appendix F   Rev. 2  1/31/02

3

## III. Form ...ls

| | Comments |
|---|---|
| 1. Are form steels inserted to provide adjustment for material thickness variation? | N/a |
| 2. Are severe drawing/forming steels coated? | Y |
| 3. Is the correct substrate material utilized for coated steels? | Y |
| 4. Are draw/form operations taking the material beyond its acceptable yeild point? | N |
| 5. Coating supplier utilized: _ION GARD_ | |

## IV. Stripper and Form Pads

| | Comments |
|---|---|
| 1. Are approved nitrogen cylinders being used? | Y |
| 2. Are self contained nitrogen cylinders plumbed to a console? | Y |
| 3. Are quick connect couplers installed on nitrogen consoles? | Y |
| 4. Are spring retainers or spring cans used with springs? | Y |
| 5. Are keeper blocks with keys being used? | Y |
| 6. Are the correct size screws in windows? | Y |
| 7 Do strippers and form pads travel freely? | Y |

## V. Stock Guides

| | Comments |
|---|---|
| 1. Does stock guide have 10"-12" stock approach? | Y |
| 2. Are stock guides rounded to prevent shaving? | Y |

## VI. Part and Scrap Removal

| | Comments |
|---|---|
| 1. Is scrap easily shed and consistant? | Y |
| 2. Is scrap routed for easy removal by operator? | Y |
| 3. Is scrap seperated from parts? | Y |
| 4. Are unlike parts seperated? | N/a |

## VII. Parallels

| | Comments |
|---|---|
| 1. Does die comply with MTI's quick clamp standards? | Y |
| 2. Are the distances between parallels in areas of scrap removal in 1 inch increments? (i.e. 3",6",12", etc.) | |
| 3. Are dies compatible with hi-lo forks for ease of movement (forks are 5" wide and measure 36" outside to outside)? | Y |

Diecklst

Appendix F

Rev. 2  1/31/02

## VIII. Iden.  ation

| | | Comments |
|---|---|---|
| 1. | Are all die details stamped for steel identification and Rockwell? | — | M.B.T. L.O. O N S Y |
| 2. | Are all die details stamped with detail no.? | Y | |
| 3. | The following information is stamped on the die: | — | |
| | Part number, Stock Width, Stock Progression, Stock Thickness, | Y | |
| | Shut Height, Weight (Upper, Lower and Total). | — | |
| 4. | A Tool Information Tag is fastened to the die. | Y | |
| 5. | A Nitrogen Information Tag is fastened to the die. | Y | |

## Comments

4/19/05

4/19/05



# MTI

**PROTOTYPE PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI 49348

| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
|---|---|---|---|---|---|
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | **TOTAL** | $1,130.00 |

**Delivery Schedule**

| Sample Due Date | 4/8/2005 OR SOONER | Material Specification | TRYOUT MATERIAL |
|---|---|---|---|

**Quality Requirements**
6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

**Payment Terms**
NET 60 DAYS

**General Notes**
1) Weekly Progress Reports.

By: _Gary Klein_ 4/5/05
Authorized Signature

_[signature]_ 4/5/05
Engineering Manager

Suppliers Acknowledgement / Date (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

Automotive Systems

# PURCHASE ORDER: DCM94192

PAGE: 2

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

SHIP TO:
SEE BELOW
US

INVOICE TO:
US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE : 937-455-7541
P BLASER    Buyer
9J

PURCHASING AGENT

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 08/03/04 | | |

SHIP VIA
SEE BELOW

This order is not trading until accepted. Acceptance should be exercised on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B. DESTINATION UNLESS OTHERWISE INDICATED | | | | | |
| | | | SP COL | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY | | | | | |
| | | | | USD DOLLAR (UNITED STATES) | | | | | |
| | | | | **THIS IS A CONFIRMING ORDER DO NOT DUPLICATE** | | | | | |
| | | | | CONFIRMED WITH: DAVE DESIMONE | | | | | |
| | | | | PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO: | | | | | |
| | | | | DELPHI ENERGY & CHASSIS SYSTEMS | | | | | |
| | | | | ATTN: MARILYN TRAPPE, MAIL STOP 1-08 | | | | | |
| | | | | P.O. BOX 1042 | | | | | |
| | | | | DAYTON, OH 45401 | | | | | |
| | | | | ANY QUESTIONS CONCERNING THIS RELEASE; PLEASE CALL | | | | | |
| | | | | PATRICIA BLASER, PH: 937-455-7544 FAX: 937-455-91 | | | | | |
| | | | | TOOLING LOCATION: | | | | | |
| | | | | MTI | | | | | |
| | | | | 555 PLATT RD | | | | | |
| | | | | MILAN MI    48160    USA | | | | | |
| | | | | WASHTENAW COUNTY | | | | | |
| 00001 | 1 | PR678682 001 | T22209497 | LOWER SPRING SEAT | | 08/03/04 | C    0.00% | 125000.0000 | |
| | | | | PROGRESSIVE DIE & GAGING | | | | | |
| | | | | REV LEVEL R4021B | | | | | |
| | | | | WHO ORDERED: JOHN ANGI | | | | | |

A003622    USER JANE T WILLIAMS

CONTINUE PAGE    2

050944-000001

SMD103 11/98

☐ Sales ☑ Service ☐ Shop Order
SO Number 1401
Verified By: SD    Date: 8/11/04
Distribution:
Sales
Prod. Control
Eng.
File
Finance
Mat. Mgmt

P62/2

Automotive Systems

# PURCHASE ORDER: DCM94192

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2 copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

| ORDER DATE 08/03/04 | PHONE: 937-455-7544 |
| ALTERATION ISSUE DATE | P BLASER          Buyer |
| ALTERATION EFFECTIVE DATE | 9J |
| | PURCHASING AGENT |

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401
US

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

SHIP TO:
SEE BELOW
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.
US

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA SEE BELOW | TAX CODE/ % |

| PAYMENT TERMS | | | |
| NET 2ND DAY OF 2ND MONTH | | | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | REQ NUMBER | DATE REQUIRED | UNIT MEAS | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|
| | | | SP COL | THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE. YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER. | | | | 050944-000002 | |
| | | | | FORCED LABOR--- SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | | | |
| | | | | RIGHT TO AUDIT--- FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE | | | | | |

CONTINUE PAGE 3

SMDL03 11/98

A003622   USER JANE T WILLIAMS

P6 3/2

Automotive Systems

# PURCHASE ORDER:  DCM94192

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
This Number Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-754
P BLASER        Buyer
9J              Buyer

PURCHASING AGENT

SHIP TO: ⌐ SEE BELOW
                US

INVOICE TO: ⌐ NO INVOICES REQUIRED TO ACCTS
             PAYABLE UNLESS OTHERWISE
             STATED ON PO OR RELEASE.
                US

TO: ⌐ DELPHI CHASSIS SYSTEMS
     P.O. BOX 1042
     DAYTON OH
     45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

| ORDER DATE | ALTERATION ISSUE DATE | ALTERATION EFFECTIVE DATE |
|---|---|---|
| 08/03/04 | | |

SHIP VIA  SEE BELOW

This order is not binding until accepted. Acceptance, should be executed on acknowledged copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including the terms and condition on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Guaranteed Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereof Apply.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED |
|---|---|
| SP COL | |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | ORDER, SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | | | | |
| | | | | THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2) OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH FOLLOWING RECEIPT OF GOODS. | | | | | | |
| | | | | ------- RIGHT TO AUDIT-------- FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, DRAWINGS, CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS, RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE PURPOSE OF AUDITING THE CHARGES AND/OR ALL ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1) YEAR AFTER FINAL PAYMENT HEREUNDER. | | | | | | |

050944-000003

CONTINUE PAGE  4

SMDU03 11/98

A003622    USER JANE T WILLIAMS

P6 4/12

Automotive Systems

TO:

DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

SHIP TO:
SEE BELOW
US

INVOICE TO:
US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Herein, additional Terms and Conditions Attached Hereto Apply.

# PURCHASE ORDER: DCM94192

PAGE:

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
(2) copies of your packing slip must accompany each shipment.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-754
P BLASER    Buyer
9J    PURCHASING AGENT

| ORDER DATE | 08/03/04 |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    SEE BELOW

F.O.B. SP COL    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | NOUN NAME ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|
| | | | PPAP SAMPLE SUBMISSION INSTRUCTIONS: THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS. SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP SHOULD BE SENT TO: DELPHI ENERGY & CHASSIS SYSTEMS SALTILLO OPERATONS | | | | | | |
| | | | BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA, RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES, PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT. SELLER WILL MAINTAIN AND PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION, BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES, WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT, TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT. SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS TO ITS FACILITIES AND OTHERWISE COOPERATE AND FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER. | | | | | | |

PAYMENT TERMS    NET 2ND DAY OF 2ND MONTH

050944-000004

CONTINUE PAGE 5    SMDC03 11/98

A003622    USER JANE T WILLIAMS

PG 5/12

Automotive Systems

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

SHIP TO:
SEE BELOW

US

INVOICE TO:

US

NO INVOICES REQUIRED TO ACCTS PAYABLE UNLESS OTHERWISE STATED ON PO OR RELEASE.

**PURCHASE ORDER:** DCM94192

PAGE:

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-7540
P BLASER    Buyer
9J    PURCHASING AGENT

ORDER DATE  08/03/04
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA  SEE BELOW

PAYMENT TERMS  NET  2ND DAY OF 2ND MONTH

F.O.B.  SP COL    DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFG NUMBER | DATE REQUIRED | TAX CODE/ % | UNIT MEAS. | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *********ATTENTION ALL SUPPLIERS************ YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR. LOG ONTO THE DELPHI SUPPLIER PORTAL (HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION. CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN IMMEDIATE CONTACT FOR YOUR BUSINESS." FILL OUT THE FORM AND FOLLOW THE INSTRUCTIONS. | | | | | | |
| | | | | TOOLING OWNERSHIP SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR MOLDS USED BY SELLER IN PRODUCING PARTS COVERED HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED. THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING, DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT FOR ANY REASON WHATSOEVER. | | | | | | |
| | | | | TERMS AND CONDITIONS JANUARY 2001, APPLY OF WHICH SUPPLIER HAS RECEIVED A COPY. | | | | | | |
| | | | | PPAP DELIVERY DUE DATE: 12/13/04 | | | | | | |

050944-000005

LAST PAGE

A003622    USER JANE T WILLIAMS

PG 6/12

**SHIPPER**



**MTI**™

METALFORMING TECHNOLOGIES, INC.

905 Woodland Drive East
Saline Michigan, 48176

SHIPPER NO.: **6130**

P.M. Gary Klatt

DATE: 5/6/05

S
H
I
P

T
O

Delphi Energy & Chassis Systems
Metrology Lab, Dock 11
Woodman Drive Gate # 4
Kettering, OH 45420
Attn: Mike Bruggeman

S
O
L
D

T
O

CARRIER:    UPS Overnight

F.O.B.:    Delphi

| SUPPLIER CODE | CUSTOMER NO. | TERMS | We hereby certify that these goods were produced in compliance with all applicable requirements of section 6,7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 1 | PAGE |
|---|---|---|---|---|
|  | S. O. 1401 |  |  |  |

| QUANTITY | DESCRIPTION |
|---|---|
| 6 Pieces | Pt. # 22209497 Seat-Spring, Lower PPAP Samples |
| 1 | PPAP Paperwork |
|  | Ref. Delphi P. O. DCM94192 |

050944-000006

| TOTAL PKG. SHIPPED | | |
|---|---|---|
| PALLETS | CARTONS | |

PG 7/12

FILE COPY

# DELPHI
**Energy & Chassis Systems**

# SUPPLIER NOTIFICATION OF
# PART/MATERIAL STATUS

Date: __June 2, 2005__          Received from:    **Metalforming Technology**

Part/Material Status:    New Item: ☒    Current Item: ☐

Duns Code:    __178080560__    Date PPAP Received:    __May 9, 2005; Updates June 2, 2005__

Product Line :    __Dampers Modules__    Product Type:    Stamping

Description of Part/Material:    **Lower Spring Seat**

Chg. Level : __000__    Change Notice # : __R4543B__    Rev. Date: **April 14, 2005**    Samples: **6**

Purchase Order Number:    **DCM94192**    Spec. Number : _____    Spec. Date : _____

Attention:    Robert Clark

The following Part / Material Status is assigned, as of the date noted above; and is in accordance with QS9000, GM9000, and the AIAG 'Production Part Approval Process' (PPAP). This denotes the approval status only. Authorization to ship product must be received from the using Delphi-E & C plant.

☒    FULL PRODUCTION APPROVAL    ACCEPTANCE LEVEL:    1 ☐    2 ☐    3 ☒    4 ☐    5 ☐

INTERIM PRODUCT
APPROVAL    A ☐    B ☐    C ☐    D ☐    E ☐    TIME LIMIT: _____    Pieces / Units or
count applicable: _____

☐    REJECTED    PPAP RE-SUBMISSION DATE: _____

☐    **"CHANGE ALERT" Label Required** to be attached to the first shipment to each using plant
(i.e. all containers) of changed parts or material. (See attached.)

REMARKS:
Continue to update the SIF through Early Production Containment. This will need to be submitted when you request to exit containment.

DELPHI-E & C ADVANCED QUALITY ENGINEER:    Aundreya Hayes

, (937)455-7029

For internal copies only:

| | |
|---|---|
| Product Buyer: | **Carol Holley / Linda Penrod** |
| Plt. Q.C. Mgr: | **Gerry Browning** |
| Plant S.Q.E.: | **Vern George** |
| Plant Q.E. | **Sarah Fitzgerald** |
| P.C.& L.: | **Marhsa Hipsher** |
| Plt. Chg. Ldr.: | **Mike Clawson** |
| Other: | **John Angi** |
| Plant PPAP
Files | **Original copy of PPAP Package will
reside in Manufacturing Plant PPAP Files** |

050944-000007

Attach copy of approved Part Submission Warrant when providing to Supplier.

PG 8/12

2000 Forrer Blvd.
Kettering, OH 45420

Revised: 17AU04

**DaimlerChrysler    Ford    General Motors**                    **PART SUBMISSION WARRANT**

Part Name   SEAT - SPRING, LOWER                                Part Number   22209497

Safety and/or
Government Regulation   ☐ Yes   ☑ No        Engineering Drawing Change Level  TIN #R4543B-000        Dated  04/14/2005

Additional Engineering Changes _____   Dated _____

Shown on Drawing No.   22209497              Purchase Order No.  DCM94192               Weight   0.3402   kg

Checking Aid No.   CMM                        Engineering Change Level  N/A            Dated _____

**SUPPLIER MANUFACTURING INFORMATION**                   **SUBMISSION INFORMATION**

MTI - Milan                          178080560        ☐ Dimensional    ☐ Materials/Functional    ☐ Appearance
Supplier Name                        Supplier Code

555 Platt Rd.                                         Customer Name/Division   DELPHI
Street Address
                                                      Buyer/Buyer Code   P BLASER
Milan          Michigan          48160
City/State/Postal Code                                Application   GMT-900

NOTE:   Does this part contain any restricted or reportable substances.          ☐ Yes   ☑ No

        Are plastic parts identified with appropriate ISO marking codes.          ☐ Yes   ☑ No

**REASON FOR SUBMISSION**
☑ Initial Submission                                    ☐ Change to Optional Construction or Material
☐ Engineering Change (s)                                ☐ Sub-Supplier or Material Source Change
☐ Tooling: Transfer, Replacement, Refurbishment, or additional    ☐ Change in Part Processing
☐ Correction of Discrepancy                             ☐ Parts Produced at Additional Location
☐ Tooling Inactive > than 1 year                        ☐ Other - please specify

**REQUESTED SUBMISSION LEVEL  (Check one)**
☐   Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.

☐   Level 2 - Warrant with product samples and limited supporting data submitted to customer.

☑   Level 3 - Warrant with product samples and complete supporting data submitted to customer.

☐   Level 4 - Warrant and other requirements as defined by customer.

☐   Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

**SUBMISSION RESULTS**
The Results for ☑ dimensional measurements  ☑ material and functional tests  ☐ appearance criteria  ☐ statistical process package
These results meet all drawing and specification requirements:   ☑ Yes   ☐ No  (If "No" - Explanation Required).
Mold / Cavity / Production Process    PROGRESSIVE DIE, PAINT

**DECLARATION**
I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable
Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were
produced at the production rate of  9,600  pieces / 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS: _____

Print Name   Robert Clark            Title  Quality Engineer    Phone No.   (734) 429-6196    FAX No.    (734) 944-0523

Supplier Authorized Signature   *Robert Clark  G. K.*                        Date   05/04/2005

**FOR CUSTOMER USE ONLY (IF APPLICABLE)**

Part Warrant Disposition:   ☐ Approved    ☐ Rejected      Part Functional Approval:   ☐ Approved
                            ☐ Other                                                    ☐ Waived   050944-000008

Customer Name _____    Customer Signature _____

July
1999    CFG-1001        The original copy of this document shall remain at the suppliers location
                        while the part is active (see Glossary)           Optional customer tracking
                                                                          number: #
                                              PG 9/12                     Reference No.:  5-027

# MTI

**Date:** June 2, 2005

**Issued By:** R. CLARK

## NOTICE OF PRODUCTION APPROVAL

| | Flint | ☑ | Milan | | Lexington | | Saline | | Toronto |
|---|---|---|---|---|---|---|---|---|---|

*(Please indicate using plant)*

| | |
|---|---|
| Customer: DELPHI - LOC TENNESSEE | Approval Date: 06/02/2005 |
| Part Number: 22209497 | Internal Part Number: MIDEF9497 |
| Previous Part Number: N/A | Engineering Release Number: TIN #R4543-B-000 |
| SO Number: 1401 | Drawing Release Number: 1 |
| Job Number: F780 | Blueprint Date: 04/14/2005 |

| | | | |
|---|---|---|---|
| ☑ | Initial Submission | ☐ | Change to Optional Construction or Material |
| ☐ | Engineering Change (s) | ☐ | Sub-Supplier or Material Source Change |
| ☐ | Tooling: Transfer, Replacement, Refurbishment, or additional | ☐ | Change in Part Processing |
| ☐ | Correction of Discrepancy | ☐ | Parts Produced at Additional Location |
| ☐ | Tooling Inactive > than 1 year | ☐ | Other: |
| ☑ | Full Approval          ☐ Interim Approval | | Interim Approval End Date: |

| | | | |
|---|---|---|---|
| ☑ | Single Stamping | ☐ | Secondary Operation |
| ☐ | Two Out Stampings | ☐ | Assembly Operation |

**OUTSIDE PROCESS(ES):** ☑ YES ☐ NO     **TYPE:** E-COAT per GM9984120 TYPE IV

**SUPPLIER:** MIDWEST PRODUCTS INC.

**COMPONENT(S):** ☐ YES ☑ NO     **TYPE:**

**SUPPLIER:**

## ENGINEERING DRAWING CHARACTERISTICS ADDED/CHANGED

## CUSTOMER SPECIFIC REQUIREMENTS

☐ Ford Functional Approval     Date Rec'd: _____

## COMMENTS

## DISTRIBUTION

PRODUCTION CONTROL MANAGER: LARRY ROBISON
QUALITY ASSURANCE MANAGER: DON TURNEY
PROJECT ENGINEER ASSISTANT: SANDY DEVINE
SALES REPRESENTATIVE: RICHARD SULKOWSKI
MANUFACTURING MANAGER: TOM VANN

PROJECT ENGINEER: GARY KLATT
ENGINEERING MANAGER: TOM FASL
SHIPPING SUPERVISOR: MELISSA CEBINA
TOOL ROOM SUPERVISOR: BRETT JAHNS
DIRECTOR OF MATERIAL MANAGER: GREG NOWAK

NOTE: ENGINEERING DRAWING IS DISTRIBUTED TO PLANT CONTROL ZONES.
OBSOLETE ALL PREVIOUS LEVEL DOCUMENTS IMMEDIATELY.

PG 10/12     050944-000009

CRESCIVE – MILAN                                      003755
                                                MAY 12, 2005

# MTI™

## METALFORMING TECHNOLOGIES, INC.

### 555 PLATT RD. – MILAN, MI    48160

| S H I P   T O | DELPHI CHASSIS SYSTEMS<br>WISCONSIN BLVD PLANT<br>1420 WISCONSIN BLVD<br>DAYTON            OH45401 |
|---|---|

PLEASE MAIL ALL PAYMENTS TO:
   DEPT. 77755
   CRESCIVE INC.
   P.O. BOX 77000
   DETROIT, MI   48277-0755
BILLING QUESTIONS? (734)429-9451

CARRIER:

| S O L D   T O | CO1258-41001<br>DELPHI CHASSIS SYSTEMS<br>MOD DISBURSEMENT<br>MOD HEADQTRS, BLDG 480-210-201<br>WARREN              MI 48090 |
|---|---|

F.O.B.:

| SUPPLIER CODE | TERMS | SALESMAN | We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof. | PAGE |
|---|---|---|---|---|
| 179080540 | 2ND DAY 2ND MO | 00064 | | 1 |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | —          —                          TOOL<br><br>P/N 22209497<br><br>PO# DCM94192<br>P/N 22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING<br>REFERENCE SHIPPER NO. 6130 | 125000.00 | 125000.00 |
| | SUB TOTAL | | 125000.00 |

*Please pay this invoice; these parts have been fully PPAP'D approved on 6/2/05.*

*SPenrod*
*7/18/05.*

*[ please pay from this date.*
*SPenrod*
*7/18/05.*

US CURRENCY COR TOTAL                              125000.00

PG 11/12

REVISION 1 8 16 00                    COPY #1

050944-000010

**Penrod, Linda M**

| | |
|---|---|
| **From:** | Trappe, Marilyn |
| **Sent:** | Wednesday, October 05, 2005 10:26 AM |
| **To:** | Penrod, Linda M |
| **Subject:** | DACOR screen print of payment for |



PA4 = PAID.

050944-000011

PG 12/12

10/5/2005



Document Search - Microsoft Internet Explorer provided by Delphi Automotive Systems

File   Edit   View   Favorites   Tools   Help

Back   Forward   Stop   Refresh   Home   Search   Favorites   History   Mail

Address https://www.e-dacor.com/servlet/DocReport

FSS Disbursement Services

my DACOR

## E DACOR DOCUMENT SEARCH RESULTS
### Search Results For Duns Number: RD 005377489

back

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 900000996934 | H2 | 02 | 057639750001 | 05/12/2005 | $125,000.00 | USD | D03755 | DCM94192 | PAID | 07/25/2005 | 000660832 |
| | 0005016176402 | FV | 04 | ADMCR53808 | 06/14/2005 | ($9960.00) | USD | 53808 | PEDP4120069 | PAID | 07/25/2005 | 000660832 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

050944-000012

Start   Document Search ...   Inbox - Microsoft Outlook   Untitled - Message [HT...   9:02 AM

10/20/2005



Document Search-Part Level Details - Microsoft Internet Explorer provided by Delphi Automotive Systems

File   Edit   View   Favorites   Tools   Help

Back   Forward   Stop   Refresh   Home   Search   Favorites   History   Mail

Address https://www.e-dacor.com/servlet/PartReport          Go   Links

my DACOR

FSS Disbursement Services

back

### E-DACOR SEARCH RESULTS-Part Level Detail
### Search Results For Document Number: 9000030996934

| Part Number/ Charge Type | Part Description | Quantity | Unit of Measure | Extension | Currency | Part PO |
|---|---|---|---|---|---|---|
| PR6786832001 | T22209497 LOWER SPRING SEAT | 1.000 | LOT | $125000.00 | USD | DCM94192 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

050944-000013

Internet

Start   Docume...   Inbox: Mic...   Untitled...   Inbox: Mic...   Untitled...   9:03 AM

10/20/2005

Page: 1 Document Name: untitled

```
DACIO501              DACOR VENDOR INQUIRY                        10/19/05
                                                                 08:37:43
----VEND----   ACTV   -REMIT VEND-   PAY/RCPT  --REPLD BY--   -- VEND CTGY {07} --
RD 005377189    Y     RD 005377189       N                    OS EF
  NAME: METALFORMING TECHNOLOGIES  EFT   C NAME: METALFORMING TECHNOLOGIES  EFT
R   INC                                  O   INC
E ADDR: ATTN JEFF WILEY                  R ADDR: PO BOX 70
M   3271 FIVE POINTS SUITE 102           R   RMT CHG PER LETTER 6/14/04
I CITY: AUBURN HILLS      ST: MI         E CITY: SALINE              ST: MI
T ZIP: 48326    CTRY: US    SORT: 1      S ZIP: 48176    CTRY: US    SORT: 1
  ENTITY CODE:

                              VEND TYPE  ALLD CISCO  BANK    DESK   FLOAT
                                OS                   EB      60       0
O/S                           ------TERMS------
                              DISC %    DISC    NET        EFT    FED TAX ID
                              0.0000                        Y
TAX1 TAX1 ID NUMBER    TAX2  TAX2 ID NUMBER   LCC  CUR  M/C  RBV APL
                                                    USD   Y   P8292101
                                                                LST CORR ADDR
MAIL-CK  W/H-PMT  L/APPR  LST PD DT  UPDT    AUD APL  LST RMIT    DZZWQ9
   Y        N            10/05/05  06/14/04   PZM61P   DZZWQ9
PF02: DOC INQ     03: VEND NAME          04: PO STAT INQ  05:         PSWD
PF06: VEND STAT   07:                    08: VEND TIE     09: VEND CUR INQ
AA-INQUIRY COMPLETE
```

050944-000014

Date: 10/19/2005 Time: 08:38:31 AM

EXHIBIT "B"

Michigan Compiled Laws Annotated <u>Currentness</u>
   Chapter 570. Liens
      ⌐▤ Special Tools Lien Act <u>(Refs & Annos)</u>
         ➡**570.541. Short title**


Sec. 1. This act shall be known and may be cited as the "special tools lien act".

M.C.L.A. 570.542

Michigan Compiled Laws Annotated Currentness
   Chapter 570. Liens
      ꒲ Special Tools Lien Act (Refs & Annos)
         **570.542. Definitions**

Sec. 2. For purposes of this act:

(a) "Customer" means a person who causes a special tool builder to design, develop, manufacture, assemble for sale, or otherwise make a special tool for use in the design, development, manufacture, assembly, or fabrication of metal parts, or a person who causes an end user to use a special tool to design, develop, manufacture, assemble, or fabricate a metal product.

(b) "End user" means a person who uses a special tool as part of his or her manufacturing process.

(c) "Special tool" means any tools, dies, jigs, gauges, gauging fixtures, special machinery, cutting tools, or metal castings manufactured by a special tool builder.

(d) "Special tool builder" means a person who designs, develops, manufactures, or assembles special tools for sale.

(e) "Person" means an individual, firm, partnership, association, corporation, limited liability company, or other legal entity.

M.C.L.A. 570.555

Michigan Compiled Laws Annotated Currentness
  Chapter 570. Liens
    ᛋ᠍ᛋ Special Tools Lien Act (Refs & Annos)
      **570.555. Notice to customer of lien**


Sec. 15. Before enforcing a lien granted to an end user under section 13, [FN1] notice in writing shall be given to the customer, delivered personally or sent by registered mail to the last known address of the customer. The notice shall state that a lien is claimed for the amount due for metal fabrication work or for making or improving the special tool. The notice shall include a demand for payment.

M.C.L.A. 570.563

Michigan Compiled Laws Annotated <u>Currentness</u>
  Chapter 570. Liens
    ꜛ⦿ Special Tools Lien Act <u>(Refs & Annos)</u>
      ➡**570.563. Recording on special tool of information pertaining to special tool builder; filing of financing statement by special tool builder; creation, notice, attachment, duration, and priority of lien of special tool builder**

Sec. 23. (1) A special tool builder shall permanently record on every special tool that the special tool builder fabricates, repairs, or modifies the special tool builder's name, street address, city, and state.

(2) A special tool builder shall file a financing statement in accordance with the requirements of section 9502 of the uniform and commercial code, 1962 PA 174, <u>MCL 440.9502</u>.

(3) A special tool builder has a lien on any special tool identified pursuant to subsection (1). The amount of the lien is the amount that a customer or end user owes the special tool builder for the fabrication, repair, or modification of the special tool. The information that the special tool builder is required to record on the special tool under subsection (1) and the financing statement required under subsection (2) shall constitute actual and constructive notice of the special tool builder's lien on the special tool.

(4) The special tool builder's lien attaches when actual or constructive notice is received. The special tool builder retains the lien that attaches under this section even if the special tool builder is not in physical possession of the special tool for which the lien is claimed.

(5) The lien remains valid until the first of the following events takes place:

(a) The special tool builder is paid the amount owed by the customer or end user.

(b) The customer receives a verified statement from the end user that the end user has paid the amount for which the lien is claimed.

(c) The financing statement is terminated.

(6) The priority of a lien created under this act on a special tool shall be determined by the time the lien attaches. The first lien to attach shall have priority over liens that attach subsequent to the first lien.

M.C.L.A. 570.565

Michigan Compiled Laws Annotated Currentness
    Chapter 570. Liens
      ▪🏛 Special Tools Lien Act (Refs & Annos)
        **570.565. Notification of customer and end user of lien of special tool builder**


Sec. 25. To enforce a lien that attaches under section 23, [FN1] the special tool builder shall give
notice of the lien in writing to the customer and the end user. The notice shall be given by hand
delivery or certified mail, return receipt requested, to the last known address of the customer and to
the last known address of the end user. The notice shall state that a lien is claimed, the amount that
the special tool builder claims it is owed for fabrication, repair, or modification of the special tool, and
a demand for payment.

M.C.L.A. 570.567

Michigan Compiled Laws Annotated Currentness
  Chapter 570. Liens
    ⁛▤ Special Tools Lien Act (Refs & Annos)
      **570.567. Rights of special tool builder as to enforcement of lien**


Sec. 27. Subject to section 29, [FN1] if the special tool builder has not been paid the amount claimed in the notice required under section 25 [FN2] within 90 days after the notice required under section 25 has been received by the customer and the end user, the special tool builder has a right to possession of the special tool and may enforce the right to possession of the special tool by judgment, foreclosure, or any available judicial procedure. The special tool builder may do 1 or more of the following:


(a) Take possession of the special tool. The special tool builder may take possession without judicial process if this can be done without breach of the peace.


(b) Sell the special tool in a public auction.

EXHIBIT 5



## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Patty DeGood  616-877-3717

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

UCC Account # E183UC

Michigan Department of State - Uniform Commercial Code

2004183877-7    09/20/04 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESIVE DIE AND TOOL, INC. | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION INCORPORATION | 1f. JURISDICTION OF ORGANIZATION MICHIGAN | 1g. ORGANIZATIONAL ID #, if any 108465 | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Eclipse Tool & Die inc. | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4713 Circuit CT | Wayland | MI | 49348 | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

Progressive Die Complete for P/N 22209497, Eclipse Tool & Die inc. Job No. 6167; all attachments, accessions, fittings, increases, tools, parts, repairs, supplies, engineering changes, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any of the foregoing property.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA
PO#

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

⌐ Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

⌐ UCC Account # E183UC

Michigan Department of State - Uniform Commercial Code

2005114007-3   06/24/05 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS |
|---|---|
| 2004183877-7 | |

2. ☐ **TERMINATION.** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION.** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial).** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☑ CHANGE name and/or address. Please refer to the detailed instructions regarding changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable). |
|---|---|---|

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME |
|---|
| CRESIVE DIE AND TOOL,INC. |

| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
|---|
| CRESCIVE DIE AND TOOL,INC. |

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465  ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box

Describe collateral ☐ deleted  or  ☐ added,  or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME |
|---|
| Eclipse Tool & Die inc. |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| | | | | |

10. OPTIONAL FILER REFERENCE DATA
PO# 4936

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

BOLHOUSE, VANDER HULST, RISKO & BAAR, P.C.
ATTORNEYS AT LAW
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MICHIGAN 49418

Richard L. Bolhouse
Thomas R. Vander Hulst
Michael P. Risko
Joel W. Baar
David S. Lefere

Telephone (616) 531-7711
Facsimile (616) 531-7757
www.bolhouselaw.com

October 6, 2005

*Via Facsimile to David Sherbin – 248-813-2670  and
certified mail – return receipt requested to both*

Delphi Corporation
David Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Corporation
Registered Agent – The Corporation Company
30600 Telegraph Rd.
Bingham Farms, MI 48025

**Re:   Lien on Special Tools
P/N 22209497**

Dear Sirs:

This letter serves as an Amendment to my October 4, 2005 correspondence regarding the 90 day notice under the Michigan Special Tools Lien Act.  I have been informed that Delphi Corporation is the owner of the above-referenced tool/die that was provided and worked on by Eclipse Tool & Die, Inc.   The tool/die was requested via purchase order by Metalforming Technologies, Inc. for MTI's plants in Milan and Saline Michigan.

Enclosed please find a copy of the UCC-1 Financing Statements filed with the Michigan Secretary of State along with the purchase orders from Metalforming Technologies, Inc. and the invoices from Eclipse Tool & Die, Inc. with respect to perfecting our special toolmakers lien on the above-referenced special tool/die.   Eclipse Tool & Die, Inc. currently has outstanding charges of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) with respect to the work performed on the above referenced special tool/die. Pursuant to the Michigan Special Tools Lien Act, MCLA 570.565, Delphi Corporation is given notice that we are claiming a lien in the amount of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) on the above-referenced tool/die.  Demand is hereby made for payment in that amount.  The Michigan Special Tools Lien Act provides that:

The lien remains valid until the first of the following events takes place:

a.      The special tool builder is paid the amount owed by the customer or the end user.

Delphi Corporation
Page 2
October 6, 2005

b.    The customer receives a verified statement from the end user that
the end user has paid the amount for which the lien is claimed.
MCL 570.563(5).

There is currently a hearing scheduled in the Delaware Bankruptcy Court for Thursday,
November 7, 2005, on Eclipse's Motion for Lift of Stay requesting that Eclipse be allowed to
reclaim the above referenced part pursuant to the Michigan Special Tools Lien Act. Eclipse will
have no option but to enforce its lien and repossess the tool/die if payment is not made. Upon
receipt of payment Eclipse will be happy to release our lien and terminate the financing
statements.

If you have any questions or comments, please feel free to contact me at your earliest
convenience.

Very truly yours,

David S. Lefere

DSL/asf
Enclosure

c: Eclipse Tool & Die, Inc.

ECLIPSE TOOL & DIE
4713 CIRCUIT COURT
WAYLAND, MI  49348
Phone:  (616)877-3717
Fax:    (616)877-3712

Date:  04/08/05

I N V O I C E

Page No.    1

Invoice Number:    6229

Sold To: --------------------
  ACCOUNTS PAYABLE
  MTI -SALINE
  905 WOODLAND DRIVE

  SALINE, MI  48176

Ship To: --------------------
  MTI -SALINE

  (734)429-6218    (734)944-0523

==============================================================================
Customer Order No.: 5205          Job Number: 6272          Terms: Net 30
==============================================================================
  Quantity                        Description                    Item Total
------------------------------------------------------------------------------

              P.O. 5205                                        $1,130.00
              100 SPRING SEAT  @ $11.30 EACH
              ALL PARTS HAVE BEEN SHIPPED.
              SHIPPER # 5461
              P/N 22209497
              Date Shipped: 04/06/2005




                          Invoice Subtotal:            $1,130.00
                          Tax Rate:  0.000
                          Invoice Grand Total:          $1,130.00

              Total payment due on: 05/08/2005

              THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.

CLIPSE TOOL & DIE
713 CIRCUIT COURT
AYLAND, MI  49348
hone: (616)877-3717
ax:    (616)877-3712

I N V O I C E                                    Page No.    1

Invoice Number:    6232

Sold To: ---------------------          Ship To: --------------------
  ACCOUNTS PAYABLE                         MTI -SALINE
  MTI -SALINE
  905 WOODLAND DRIVE

  SALINE, MI  48176
                                           (734)429-6218    (734)944-0523
===================================================================
ustomer Order No.: 4936          Job Number: 6167          Terms: Net 30
===================================================================
  Quantity                       Description                    Item Total
-------------------------------------------------------------------
                          P.O. 4936                        $122,000.00
                          PROGRESSIVE TOOL
                          P/N 22209497   SPRING SEAT
                          ACT# 1349
                          SHIPPER # 5475
                          ALL WORK/ BUY OFF COMPLETE
                          Date Shipped: 04/25/2005

*po. states net 60 days*

                          Invoice Subtotal:        $122,000.00
                             Tax Rate:  0.000
                          Invoice Grand Total:      $122,000.00

                  Total payment due on: 05/26/2005

                  THANK YOU FOR YOUR BUSINESS

 SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
MOUNTS DUE AFTER PAYMENT DUE DATE.

*UCC filed*

# MTI

**TOOLING PURCHASE ORDER**

AMENDMENT #1

Purchase Order No. _4936_

Date Issued _12-Aug-04_

Engineer _GK_

#6167

**ECLIPSE TOOL & DIE INC.**
**4713 CIRCUIT CT.**
**WAYLAND, MI 49348**

| | | | |
|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT |
| Quote No. | 28536 | Dated | 8/10/04 |
| B/P Level | O2 | Dated | 6/4/04 |

Account Number    SO #1349

F.O.B.    SALINE, MI

Customer P.O. No.    DCM94192

| Item | Quantity | Description | Cost |
|------|----------|-------------|------|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| | | **TOTAL** | **$122,000.00** |

## Delivery Schedule

Sample Due Date    **12/8/04**

Tool Due Date    **12/22/04**

Material Specification    STEEL UNSG1009
Quoted Material Size
(Less than or equal to)    .118 X 7.5W X 6.5P

**Quoted Press Specifications - Press#**

N/A

**Secondary Press Specifications - Press#**

N/A

## Quality Requirements

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

## Payment Terms

Net 60 days

## General Notes

1) Weekly Tool Progress Reports.
2) **Amendment #1 revises the tool due date which was incorrect.**

By: _Gary Klett_ 9/12/04

Authorized Signature

_Thomas Fail_

Engineering Manager

_____
Suppliers Acknowledgement / Date   (Return to MTI)

_____
Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc.: Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A.   A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B.   The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C.   Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D.   After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E.   In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F.   Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G.   Payment for dies/machines will be made after the following conditions have been satisfied.

   1.   75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2.   25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3.   If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4.   In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper % payments from invoice.

H.   Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I.   In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1.   Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2.   Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3.   Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J.   In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

# Metalforming . .hnologies Inc.
## Tool Buyoff Check List

Shop Order No: _____
Purchase Order No: _/4 01_
Purchase Order Date: _8-/2-0 4_
Tool No: _4536_ _F580_

Vendor: _ECLIPSE TOOL_
Due Date: _10-20-04_
Part Name: _52 SEAT_
Part No: _2220947_

## I. General Specifications

| | | Y / N | Comments |
|---|---|---|---|
| 1. | Ball bearing die sets? | | |
| 2. | Do die details have jack screws or pry slots? | Y | |
| 3. | Are drain holes present in spring pockets or nitrogen cylinder pockets? | Y | |
| 4. | Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. | Are all dowel holes drilled with through hole? | Y | |
| 6. | Are all sharp corners broke? | Y | |
| 7. | Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. | Are all pilot holes cleared through shoe? | Y | |
| 9. | Does die have scrap cutter? | Y | |
| 10. | Are all notching, forming, and cut-off sections heeled where required? | Y | |
| 11. | Are there any welded sections present? | Y | |
| 12. | (A) Does the die produce multiple parts? If so, | N | |
| | (B) Is there a change over required within the die? If so, | N | |
| | (C) Are there detailed change over instructions? If so, | N | |
| | (D) Are details clearly marked to aid quick changeover? | N | |
| 13. | Do stop blocks have lead groove?    Depth: _.050_ | Y | |
| 14. | Is die painted and primed per specs? | Y | |
| 15. | Is there sufficient slug clearance (no ledges)? | N/A | |
| 16. | Secondarys: | | |
| | (A) Gaging: parts locate easily, proper lead on gaging | N/A | |
| | (B) Error proofing is incorporated | N/A | |
| 17. | Have spare details been provided? | Y | |
| 18. | Appearance: burrs, non-functional corners | Y | |
| 19. | Are strips easily fed into progressive dies? | | |

Diecklist

| | | Width | Thickness | | Comments |
|---|---|---|---|---|---|
| 20. | Die size: | R-L $97.5$ | F-B $31.5$ | | |
| 21. | Final coil width: | | | | |
| 22. | Press tonnage used at run-off: | | | | |
| 23. | Tonnage required: $No\ Tonnage\ Monitor$ | | | | |
| 24. | Lead hit readings: $RF .050\ RR .050\ LF .050\ LR .050$ | | | | |
| 25. | Cushion pressure required if used and /or nitrogen system: | | | Ⅰ | |
| 26. | Has MTI received samples and strips run at the tool source? | | | Y | HI TONAGE |
| 27. | Has MTI received all die drawings and a bill of material? | | | Y | |
| 28. | Are date stamps and part stamp present in die? | | | N | |
| 29. | Has MTI received certification of dimensions to the part print? | | | | PART # ONLY |
| 30. | Are wear surfaces and fittings lubricated? | | | Y | MAJOR DIMENSION ONLY |
| 31. | Are pilot holes cleared for slug drop? | | | Y | |

## II. Cutting Steels

| | | | Comments |
|---|---|---|---|
| 1. | Are heavy duty Ball Lock punches used? | Ⅰ | |
| | (A) Do all punches have manufacturers identification numbers? | Y | |
| 2. | Ball lock punches & pilots | Y | |
| 3. | Ball lock punches & pilots | Y | |
| 4. | Can these be removed without pulling stripper pad? | Y | |
| | Punch & Button Retainers | Ⅰ | |
| 5. | Are there hardened backing plates mounted to retainers? | N/A | |
| 4. | D-2 material used for trim steels? | Y | |
| 5. | Are shedder pins used wherever possible? | Y | |
| 6. | Are cutting steels designed for ease of sharpening? | N/A | |
| 7. | Are there any forming operations included in any cutting steels? | N | |
| 8. | Are pierce holes near high limit? | N/A | |
| 9. | Are trims built with positive missmatch? | Y | |
| 10. | Do punches have shear and/or stagger? | Ⅰ | |

Diecklist

2

## III. Form Tools

1. Are form steels inserted to provide adjustment for material thickness variation?
2. Are severe drawing/forming steels coated?
3. Is the correct substrate material utilized for coated steels?
4. Are draw/form operations taking the material beyond its acceptable yeild point?
5. Coating supplier utilized: _____ /0 & /3 & &

## IV. Stripper and Form Pads

1. Are approved nitrogen cylinders being used?
2. Are self contained nitrogen cylinders plumbed to a console?
3. Are quick connect couplers installed on nitrogen consoles?
4. Are spring retainers or spring cans used with springs?
5. Are keeper blocks with keys being used?
6. Are the correct size screws in windows?
7. Do strippers and form pads travel freely?

## Stock Guides

Does stock guide have 10"-12" stock approach?
Are stock guides rounded to prevent shaving?

## VI. Part and Scrap Removal

1. Is scrap easily shed and consistant?
2. Is scrap routed for easy removal by operator?
3. Is scrap seperated from parts?
4. Are unlike parts seperated?

## VII. Parallels

1. Does die comply with MTI's quick clamp standards?
2. Are the distances between parallels in areas of scrap removal in 1 inch increments? (i.e. 3",6",12", etc.)
3. Are dies compatible with hi-lo forks for ease of movement (forks are 5"wide and measure 36" outside to outside)?

| | Comments |
|---|---|
| ✓ | |
| ✓ | |
| N/a | |
| ✓✓ | |
| ✓ | |
| | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| | |
| N/a | |
| ✓ | |
| ✓ | |
| | |
| ✓ | |
| ✓ | |
| ✓ | |
| | |
| | |

Diecklist                         Appendix F                         Rev. 2 1/31/02

3

## VIII. Iden ation

1. Are all die details stamped for steel identification and Rockwell?
2. Are all die details stamped with detail no.?
3. The following information is stamped on the die:
Part number, Stock Width, Stock Progression, Stock Thickness,
Shut Height, Weight (Upper, Lower and Total).
4. A Tool Information Tag is fastened to the die.
5. A Nitrogen Information Tag is fastened to the die.

**Comments**

| | Comments | 4 |
|---|---|---|
| — | | |
| Y | MAT. I.D ONLY | |
| — | | |
| Y | | |
| Y | | |

4/9/05

Diecklst

Appendix F

Rev. 2 1/31/02

# MTI

## PROTOTYPE PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI  49348

| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
|---|---|---|---|---|---|
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | **TOTAL** | $1,130.00 |

## Delivery Schedule

| Sample Due Date | 4/8/2005 OR SOONER | Material Specification | TRYOUT MATERIAL |
|---|---|---|---|

## Quality Requirements

6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

## Payment Terms
NET 60 DAYS

## General Notes
1) Weekly Progress Reports.

By: _Gary Klat_ 4/5/05
Authorized Signature

_S Dev_ 4/5/05
Engineering Manager

_____
Suppliers Acknowledgement / Date   (Return to MTI)

_____
Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI 49348

UCC Account # E183UC

Michigan Department of State - Uniform Commercial Code

2005114007-3        06/24/05 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2004183877-7

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ **TERMINATION.** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION.** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial)** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address. Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | | | |
|---|---|---|---|
| **6a. ORGANIZATION'S NAME**  CRESIVE DIE AND TOOL,INC. | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | |
|---|---|---|---|
| **7a. ORGANIZATION'S NAME**  CRESCIVE DIE AND TOOL,INC. | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
| **7c. MAILING ADDRESS**  905 WOODLAND DR. E. | **CITY**  SALINE | **STATE** MI **POSTAL CODE** 48176 | **COUNTRY** |

| **7d. SEE INSTRUCTIONS** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION**  INCORPORATION | **7f. JURISDICTION OF ORGANIZATION**  MICHIGAN | **7g. ORGANIZATIONAL ID #, if any**  108465 ☐ NONE |
|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box

Describe collateral ☐ deleted  or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| | | | |
|---|---|---|---|
| **9a. ORGANIZATION'S NAME**  Eclipse Tool & Die inc. | | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |

**10.OPTIONAL FILER REFERENCE DATA**
PO# 4936

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Patty DeGood  616-877-3717

B. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

UCC Account #  E183UC

Michigan Department of State - Uniform Commercial Code

2004183877-7    09/20/04 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CRESIVE DIE AND TOOL, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465 □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Eclipse Tool & Die inc. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4713 Circuit CT | Wayland | MI | 49348 | U.S.A. |

4. This FINANCING STATEMENT covers the following collateral:

Progressive Die Complete for P/N 22209497, Eclipse Tool & Die inc. Job No. 6167; all attachments, accessions, fittings, increases, tools, parts, repairs, supplies, engineering changes, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any of the foregoing property.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA
PO#

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, *et al.,* | ) | Case No. 05-44481 |
|  | ) | Hon. Robert D. Drain |
| Debtors. | ) |  |

_____ )

## ORDER GRANTING AUTOMATIC STAY TO ALLOW ECLIPSE TOOL & DIE, INC.TO ENFORCE ITS LIEN ON PART NUMBER 22209497 OWNED BY DELPHI AND FABRICATED, REPAIRED,AND/OR MODIFIED BY ECLIPSE TOOL AND DIE INC.

Upon the Motion of Eclipse Tool & Die, Inc., seeking relief from the automatic stay provisions of the Federal Bankruptcy Court and granting such further relief as is just and proper; and upon consideration of the motion and all pleadings related thereto; and it appearing that the relief requested in the motion is in the best interest of the debtors, their estate, and their creditors; and notice of the motion is good and sufficient and it appearing that no further notice of the relief requested in this motion is required; and after due deliberation, and sufficient cause appearing thereof; it is hereby

ORDERED, that relief requested in Eclipse Tool & Die, Inc.'s Motion for Relief from Automatic Stay is hereby granted;

ORDERED, that Eclipse Tool & Die, Inc. is granted relief from the automatic stay provisions of the Federal Bankruptcy Court so as to allow Eclipse Tool & Die, Inc. to enforce its lien on Part Number 22209497 fabricated, repaired, and/or modified for Metalforming Technologies, Inc., and owned by Delphi Corporation, as listed in Exhibits A and B of Eclipse Tool & Die, Inc.'s motion;

ORDERED, that Delphi Corporation, their estate, and any future trustee is prohibited from leasing or selling Part Number 22209497 fabricated, repaired, and/or modified by Eclipse Tool & Die, Inc., in the absence of adequate protection for Eclipse Tool & Die, Inc.'s lien.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Robert D. Drain
United State Bankruptcy Court Judge

Attest: A True Copy

_____
Deputy County Clerk