UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

DELPHI CORPORATION, et al.,    Chapter 11
                               Case No.: 05-44481 (RDD)

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), Helen A. Zamboni of the law firm of Underberg & Kessler, LLP, hereby enters her appearance as counsel on behalf of McAlpin Industries Inc. ("McAlpin"), a creditor in the above-captioned Chapter 11 bankruptcy case and further requests service of papers pursuant to Bankruptcy Rules 2002 and 3017(a). McAlpin hereby puts all parties with interest on notice that it is represented by the undersigned and requests that the Clerk of the Court place the undersigned counsel on the Master Service List in this case and that all counsel of record provide the undersigned counsel with copies of all notices, pleadings and other filings made in the above-captioned matter including, without limitation, notices of any application, complaint, demand, hearing, order, pleadings or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. The Clerk and all counsel of record are requested to direct all written or telephone correspondence to the undersigned counsel at the following address or telephone number:

Helen A. Zamboni, Esq.
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, New York 14604
Phone: (585) 258-2800
Fax: (585) 258-2821
Email: hzamboni@underbergkessler.com

Dated: November 14, 2005
Rochester, New York

UNDERBERG & KESSLER, LLP
Attorneys for McAlpin Industries Inc.

By: /s/ Helen A. Zamboni
Helen A. Zamboni, Esq.
300 Bausch & Lomb Place
Rochester, New York 14604
(585) 258-2800