## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the Notice of Appearance and Request for Notices by first-class mail, postage prepaid on the following:

Delphi Corporation
5735 Delphi Drive
Troy, MI 48908

John Butler, Jr.
Skadden Arps Slate Meagher & Flom, LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 3100
New York, NY 10004

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Dated: November 14, 2005
　　　　Rochester, New York

　　　　　　　　　　　　　　　　　　　　UNDERBERG & KESSLER, LLP
　　　　　　　　　　　　　　　　　　　　Attorneys for McAlpin Industries Inc.

　　　　　　　　　　　　　　　　　　　　By: /s/ Helen A. Zamboni
　　　　　　　　　　　　　　　　　　　　　　　Helen A. Zamboni, Esq.
　　　　　　　　　　　　　　　　　　　　300 Bausch & Lomb Place
　　　　　　　　　　　　　　　　　　　　Rochester, New York 14604
　　　　　　　　　　　　　　　　　　　　(585) 258-2800