**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
**In re:**                                        :          **Chapter 11**
                                                  :
                                                  :          **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, et al.,**                   :          **(Jointly Administered)**
                                                  :
      **Debtors**                                 :
----------------------------------------------------------------x

**NOTICE OF RECLAMATION DEMAND OF**
**SENSUS PRECISION DIE CASTING, INC.**

**PLEASE TAKE NOTICE** that a written reclamation demand (the "Sensus Demand") was served on October 17, 2005 by Sensus Precision Die Casting, Inc., through counsel, on the captioned Debtors and their counsel. A copy of the Sensus Demand is attached hereto as Exhibit A and incorporated herein by this reference.

Dated: November 14, 2005               Respectfully submitted,

                                       KIRKPATRICK & LOCKHART NICHOLSON
                                         GRAHAM LLP

                                       /s/ Robert N. Michaelson
                                       Robert N. Michaelson (RM#5925)
                                       599 Lexington Avenue
                                       New York, NY  10022-6030
                                       (212) 536-3900
                                       (212) 536-3901 (fax)
                                       rmichaelson@klng.com

                                       Attorneys for Sensus Precision Die Casting, Inc.

PI-1458737 v1 0229810-0202

- 2 -

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing Notice of Reclamation Demand of Sensus Die Casting, Inc. was filed electronically this 14th day of November, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                       /s/ Robert N. Michaelson
                                       Robert N. Michaelson