

**Kirkpatrick & Lockhart Nicholson Graham LLP**

Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA 15222-2312
412.355.6500
Fax 412.355.6501
www.klng.com

October 17, 2005

George M. Cheever

412.355.6544
Fax: 412.355.6501
gcheever@klng.com

**Via Fax and Federal Express**

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Fax: (248) 813-2670

Delphi Thermal & Interior Systems
d/b/a Delphi Harrison Thermal Systems
Attention: Ms. Cheri Simmons
200 Upper Mountain Road
Lockport, NY 14094
Fax: (866) 494-5206

Delphi Automotive Systems
d/b/a Delphi Saginaw Steering Systems
Attention: Mr. Steve Burk
3900 Holland Road
Department 14
Saginaw, MI 48601
Fax: (989) 757-5094

Skadden, Arps, Slate, Meegher & Flom, LLP
Attention: John K. Lyons, Esquire
            Allison Verderber Herriott, Esquire
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Fax: (312) 407-0411

Re:   **Reclamation Demand**

Ladies and Gentlemen:

We represent Sensus Precision Die Casting, Inc. ("Sensus PDC"). On behalf of Sensus PDC, we submit this Reclamation Demand pursuant to section 2-702 of the Uniform Commercial Code as enacted in any relevant jurisdiction, section 546(c) of the Bankruptcy Code, 11 U.S.C. § 546(c), and the "Order Under 11 U.S.C. §§ 362, 503, and 546 and Fed. R. Banker. [sic] P. 9019 Establishing Procedures for the Treatment of Reclamation Claims" entered by the United States Bankruptcy Court for the Southern District of New York on October 14, 2005 in Bankruptcy Case No. 05-44481 (RDD) (In re Delphi Corporation et al.).



Kirkpatrick & Lockhart Nicholson Graham LLP

October 17, 2005
Page 2

This Reclamation Demand covers all goods sold to any of the Debtors by Sensus PDC and received by any Debtor on or after September 28, 2005, through and including October 7, 2005, including without limitation all such goods listed on the attached schedules. All such goods were received by Delphi Corporation or one or another of its Debtor affiliates or operating divisions on credit while the receiving party was insolvent. Accordingly, under section 2-702 of the Uniform Commercial Code as adopted in any relevant jurisdiction, Sensus PDC may reclaim such good upon demand, which is hereby made.

All goods returned to Sensus PDC pursuant to this demand should be shipped to the following address: Sensus Precision Die Casting, Inc., 232 Hopkinsville Road, Russellville, KY 42276.

Thank you for your cooperation.

Yours truly,

George M. Cheever
Attorney for Sensus Precision Die Casting, Inc.

GMC:dlb
Enclosures

**HARRISON INVOICES** - September 26 thru October 7, 2005

| DATE | INV # | B/L # | P.O. # | PART # | UNIT PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/26/2005 | 265360 | 68309 | 550057027 | 6561245 | 3.385 | 4608 | 15,598.08 |
| 09/26/2005 | 265361 | 68309 | 550057027 | 6561599 | 3.716 | 864 | 3,210.62 |
| 09/26/2005 | 265362 | 68309 | 550057027 | 6562128 | 3.776 | 1296 | 4,893.70 |
| 09/26/2005 | 265363 | 68309 | 550057027 | 6561968 | 3.468 | 1296 | 4,494.53 |
| 09/26/2005 | 265364 | 68309 | 550057041 | 6570525 | 3.838 | 864 | 3,316.03 |
| 09/26/2005 | 265365 | 68309 | 550057041 | 6570154 | 3.320 | 1728 | 5,736.96 |
| 09/26/2005 | 265366 | 68309 | 550057041 | 6562464 | 3.188 | 2100 | 6,694.80 |
| 09/26/2005 | 265367 | 68314 | 550057027 | 6562221 | 3.678 | 3456 | 12,711.17 |
| 09/26/2005 | 265368 | 68314 | 550057027 | 6570881 | 3.385 | 2304 | 7,799.04 |
| 09/26/2005 | 265381 | 68318 | 550057027 | 6561242 | 3.062 | 1296 | 3,968.35 |
| 09/27/2005 | 265384 | 68324 | 550057041 | 6562464 | 3.188 | 1296 | 4,131.65 |
| 09/27/2005 | 265385 | 68324 | 550057027 | 6561242 | 3.062 | 1296 | 3,968.35 |
| 09/27/2005 | 265386 | 68324 | 550057027 | 6561245 | 3.385 | 3456 | 11,698.56 |
| 09/27/2005 | 265387 | 68324 | 550057027 | 6561599 | 3.716 | 864 | 3,210.62 |
| 09/27/2005 | 265388 | 68324 | 550057027 | 6562128 | 3.776 | 1296 | 4,893.70 |
| 09/27/2005 | 265389 | 68324 | 550057027 | 6561968 | 3.468 | 1296 | 4,494.53 |
| 09/27/2005 | 265390 | 68324 | 550057041 | 6570525 | 3.838 | 2592 | 9,948.10 |
| 09/27/2005 | 265391 | 68324 | 550057027 | 6562004 | 2.883 | 1296 | 3,736.37 |
| 09/27/2005 | 265392 | 68324 | 550057027 | 6561795 | 3.561 | 432 | 1,538.35 |
| 09/27/2005 | 265399 | 68328 | 550057027 | 6570881 | 3.385 | 1728 | 5,849.28 |
| 09/27/2005 | 265400 | 68328 | 550057027 | 6562221 | 3.678 | 432 | 1,588.90 |
| 09/27/2005 | 265401 | 68328 | 550057041 | 6562464 | 3.188 | 864 | 2,754.43 |
| 09/27/2005 | 265408 | 68331 | 550057041 | 6562464 | 3.188 | 1296 | 4,131.65 |
| 09/28/2005 | 265418 | 68334 | 550057041 | 6570525 | 3.838 | 1728 | 6,632.06 |
| 09/28/2005 | 265419 | 68334 | 550057027 | 6561245 | 3.385 | 3456 | 11,698.56 |
| 09/28/2005 | 265420 | 68334 | 550057027 | 6562004 | 2.883 | 1728 | 4,981.82 |
| 09/28/2005 | 265421 | 68334 | 550057027 | 6562128 | 3.776 | 1296 | 4,893.70 |
| 09/28/2005 | 265422 | 68334 | 550057027 | 6561968 | 3.468 | 1296 | 4,494.53 |
| 09/28/2005 | 265423 | 68334 | 550057041 | 6570154 | 3.320 | 2304 | 7,649.28 |
| 09/28/2005 | 265424 | 68334 | 550057027 | 6570881 | 3.385 | 2880 | 9,748.80 |
| 09/28/2005 | 265425 | 68334 | 550057041 | 6562464 | 3.188 | 2160 | 6,886.08 |
| 09/28/2005 | 265433 | 68339 | 550057027 | 6570881 | 3.385 | 576 | 1,949.76 |
| 09/28/2005 | 265434 | 68339 | 550057027 | 6562221 | 3.678 | 1296 | 4,766.69 |
| 09/28/2005 | 265435 | 68339 | 550057041 | 6562464 | 3.188 | 432 | 1,377.22 |
| 09/29/2005 | 265451 | 68350 | 550057027 | 6561245 | 3.385 | 4608 | 15,598.08 |
| 09/29/2005 | 265452 | 68350 | 550057027 | 6562004 | 2.883 | 2160 | 6,227.28 |
| 09/29/2005 | 265453 | 68350 | 550057027 | 6562128 | 3.776 | 1728 | 6,524.93 |
| 09/29/2005 | 265454 | 68350 | 550057027 | 6561968 | 3.468 | 1728 | 5,992.70 |
| 09/29/2005 | 265455 | 68350 | 550057041 | 6562464 | 3.188 | 2592 | 8,263.30 |
| 09/29/2005 | 265456 | 68350 | 550057041 | 6570525 | 3.838 | 1728 | 6,632.06 |
| 09/29/2005 | 265457 | 68350 | 550057041 | 6570154 | 3.320 | 3456 | 11,473.92 |
| 09/29/2005 | 265458 | 68350 | 550057027 | 6561242 | 3.062 | 1296 | 3,968.35 |
| 09/29/2005 | 265467 | 68352 | 550057027 | 6570881 | 3.385 | 576 | 1,949.76 |
| 09/29/2005 | 265468 | 68352 | 550057027 | 6562221 | 3.678 | 864 | 3,177.79 |
| 09/30/2005 | 265479 | 68358 | 550057027 | 6561242 | 3.062 | 864 | 2,645.57 |
| 09/30/2005 | 265480 | 68358 | 550057027 | 6561245 | 3.385 | 4032 | 13,648.32 |
| 09/30/2005 | 265481 | 68358 | 550057027 | 6562004 | 2.883 | 1728 | 4,981.82 |
| 09/30/2005 | 265482 | 68358 | 550057027 | 6562128 | 3.776 | 1728 | 6,524.93 |
| 09/30/2005 | 265483 | 68358 | 550057027 | 6561968 | 3.468 | 1728 | 5,992.70 |
| 09/30/2005 | 265484 | 68358 | 550057041 | 6562464 | 3.188 | 1728 | 5,508.86 |
| 09/30/2005 | 265485 | 68358 | 550057041 | 6570525 | 3.838 | 1728 | 6,632.06 |
| 09/30/2005 | 265486 | 68358 | 550057041 | 6570154 | 3.320 | 3456 | 11,473.92 |

**HARRISON INVOICES** - September 26 thru October 7, 2005

| DATE | INV # | B/L # | P.O. # | PART# | UNIT PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/30/2005 | 265487 | 68358 | 550057027 | 6561599 | 3.716 | 864 | 3,210.62 |
| 09/30/2005 | 265488 | 68358 | 550056783 | 6559814 | 2.093 | 576 | 1,205.57 |
| 09/30/2005 | 265489 | 68358 | 550056783 | 6561805 | 2.920 | 432 | 1,261.44 |
| 09/30/2005 | 265490 | 68358 | 550057027 | 6561809 | 2.664 | 432 | 1,150.85 |
| 09/30/2005 | 265494 | 68361 | 550057041 | 6562464 | 3.188 | 3204 | 10,214.35 |
| 10/03/2005 | 265522 | 68366 | 550057041 | 6570154 | 3.194 | 1728 | 5,519.23 |
| 10/03/2005 | 265523 | 68366 | 550057041 | 6562464 | 3.244 | 1296 | 4,204.22 |
| 10/03/2005 | 265524 | 68366 | 550057041 | 6570525 | 3.887 | 1296 | 5,037.55 |
| 10/03/2005 | 265525 | 68366 | 550057027 | 6561242 | 3.122 | 1296 | 4,046.11 |
| 10/03/2005 | 265526 | 68366 | 550057027 | 6561245 | 3.439 | 4608 | 15,846.91 |
| 10/03/2005 | 265527 | 68366 | 550057027 | 6561599 | 3.765 | 1296 | 4,879.44 |
| 10/03/2005 | 265528 | 68366 | 550057027 | 6562004 | 2.926 | 1296 | 3,792.10 |
| 10/03/2005 | 265529 | 68366 | 550057027 | 6562128 | 3.826 | 864 | 3,305.66 |
| 10/03/2005 | 265530 | 68366 | 550057027 | 6561968 | 3.525 | 1296 | 4,568.40 |
| 10/03/2005 | 265531 | 68366 | 550057027 | 6561809 | 2.730 | 432 | 1,179.36 |
| 10/04/2005 | 265543 | 68376 | 550057027 | 6561809 | 2.730 | 432 | 1,179.36 |
| 10/04/2005 | 265544 | 68376 | 550057027 | 6561242 | 3.122 | 864 | 2,697.41 |
| 10/04/2005 | 265545 | 68376 | 550057027 | 6561599 | 3.765 | 864 | 3,252.96 |
| 10/04/2005 | 265546 | 68376 | 550057027 | 6562004 | 2.926 | 864 | 2,528.06 |
| 10/04/2005 | 265547 | 68376 | 550057027 | 6562128 | 3.826 | 864 | 3,305.66 |
| 10/04/2005 | 265548 | 68376 | 550057027 | 6561968 | 3.525 | 1296 | 4,568.40 |
| 10/04/2005 | 265549 | 68376 | 550057041 | 6562464 | 3.244 | 1296 | 4,204.22 |
| 10/04/2005 | 265550 | 68376 | 550057041 | 6570525 | 3.887 | 2160 | 8,395.92 |
| 10/04/2005 | 265551 | 68376 | 550057027 | 6570881 | 3.439 | 5760 | 19,808.64 |
| 10/04/2005 | 265565 | 68382 | 550057027 | 6570881 | 3.439 | 2304 | 7,923.46 |
| 10/04/2005 | 265566 | 68382 | 550057027 | 6562221 | 3.742 | 1728 | 6,466.18 |
| 10/04/2005 | 265567 | 68385 | 550057041 | 6570154 | 3.194 | 2880 | 9,198.72 |
| 10/05/2005 | 265578 | 68393 | 550057041 | 6570154 | 3.194 | 1728 | 5,519.23 |
| 10/05/2005 | 265579 | 68393 | 550057027 | 6570881 | 3.439 | 3456 | 11,885.18 |
| 10/05/2005 | 265580 | 68393 | 550057027 | 6561242 | 3.122 | 1296 | 4,046.11 |
| 10/05/2005 | 265581 | 68393 | 550057027 | 6561599 | 3.765 | 432 | 1,626.48 |
| 10/05/2005 | 265582 | 68393 | 550057027 | 6562128 | 3.826 | 432 | 1,652.83 |
| 10/05/2005 | 265583 | 68393 | 550057027 | 6561968 | 3.525 | 1296 | 4,568.40 |
| 10/05/2005 | 265584 | 68393 | 550057041 | 6570525 | 3.887 | 1728 | 6,716.74 |
| 10/05/2005 | 265595 | 68401 | 550057027 | 6562128 | 3.826 | 864 | 3,305.66 |
| 10/05/2005 | 265596 | 68401 | 550057041 | 6570525 | 3.887 | 864 | 3,358.37 |
| 10/05/2005 | 265597 | 68401 | 550057027 | 6562004 | 2.926 | 1296 | 3,792.10 |
| 10/05/2005 | 265598 | 68401 | 550057041 | 6562464 | 3.244 | 1728 | 5,605.63 |
| 10/06/2005 | 265603 | 68403 | 550057027 | 6562004 | 2.926 | 1296 | 3,792.10 |
| 10/06/2005 | 265604 | 68403 | 550057027 | 6562128 | 3.826 | 1728 | 6,611.33 |
| 10/06/2005 | 265605 | 68403 | 570057041 | 6562464 | 3.244 | 1296 | 4,204.22 |
| 10/06/2005 | 265606 | 68403 | 570057041 | 6570525 | 3.887 | 2592 | 10,075.10 |
| 10/06/2005 | 265607 | 68403 | 550057027 | 6561968 | 3.525 | 2592 | 9,136.80 |
| 10/06/2005 | 265608 | 68403 | 550057041 | 6570154 | 3.194 | 2880 | 9,198.72 |
| 10/06/2005 | 265609 | 68403 | 550057027 | 6570881 | 3.439 | 5760 | 19,808.64 |
| 10/06/2005 | 265610 | 68403 | 550057027 | 6561809 | 2.730 | 432 | 1,179.36 |
| 10/06/2005 | 265611 | 68403 | 550057027 | 6561795 | 3.627 | 432 | 1,566.86 |
| 10/06/2005 | 265612 | 68403 | 550056783 | 6559814 | 2.138 | 576 | 1,231.49 |
| 10/07/2005 | 265629 | 68414 | 550057027 | 6561599 | 3.765 | 1296 | 4,879.44 |
| 10/07/2005 | 265636 | 68416 | 550057027 | 6562004 | 2.926 | 2592 | 7,584.19 |
| 10/07/2005 | 265637 | 68416 | 550057027 | 6562128 | 3.826 | 1296 | 4,958.50 |

## HARRISON INVOICES - September 26 thru October 7, 2005

| DATE | INV # | B/L # | P.O. # | PART # | UNIT PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/07/2005 | 265638 | 68416 | 550057027 | 6561968 | 3.525 | 1296 | 4,568.40 |
| 10/07/2005 | 265639 | 68416 | 550057041 | 6562464 | 3.244 | 2160 | 7,007.04 |
| 10/07/2005 | 265640 | 68416 | 550057041 | 6570525 | 3.887 | 1728 | 6,716.74 |
| 10/07/2005 | 265641 | 68416 | 550057041 | 6570154 | 3.194 | 2304 | 7,358.98 |
| 10/07/2005 | 265642 | 68416 | 550057027 | 6570881 | 3.439 | 6912 | 23,770.37 |
| 10/07/2005 | 265643 | 68416 | 550057027 | 6561242 | 3.122 | 1296 | 4,046.11 |
| 10/07/2005 | 265644 | 68424 | 550057027 | 6570881 | 3.439 | 2880 | 9,904.32 |
| 10/07/2005 | 265650 | 68424 | 550057041 | 6570301 | 3.253 | 1296 | 4,215.89 |
| 10/07/2005 | 265651 | 68424 | 550057041 | 6562207 | 3.457 | 864 | 2,986.85 |
| 10/07/2005 | 265656 | 68426 | 550057027 | 6562004 | 2.926 | 1296 | 3,792.10 |
| 10/07/2005 | 265657 | 68426 | 550057041 | 6570154 | 3.194 | 1728 | 5,519.23 |
| 10/07/2005 | 265658 | 68426 | 550057027 | 6561599 | 3.765 | 864 | 3,252.96 |
| 10/07/2005 | 265659 | 68426 | 550056783 | 6559878 | 3.498 | 576 | 2,014.85 |
| 10/07/2005 | 265660 | 68426 | 550057027 | 6561809 | 2.730 | 432 | 1,179.36 |
| 10/07/2005 | 265661 | 68426 | 550056783 | 6561789 | 2.710 | 432 | 1,170.72 |
| 10/07/2005 | 265662 | 68426 | 550056783 | 6559814 | 2.138 | 576 | 1,231.49 |
| 10/07/2005 | 265663 | 68426 | 550056783 | 6559733 | 2.889 | 576 | 1,664.06 |

692,316.37

**SAGINAW INVOICES - September 26 thru October 7, 2005**

| DATE | INV # | B/L # | P.O. # | P/N | UNIT PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/26/2005 | 265353 | 68310 | SAG90I4957 | 26091500 | 8.350 | 1920 | 15,657.60 |
| 09/26/2005 | 265354 | 68311 | SAG90I4957 | 26107273 | 4.633 | 1440 | 6,671.52 |
| 09/26/2005 | 265354 | 68311 | SAG90I4957 | 7805525 | 1.032 | 3888 | 4,012.42 |
| 09/26/2005 | 265355 | 68310 | SAG90I4957 | 26068414 | 5.368 | 2275 | 12,212.20 |
| 09/26/2005 | 265355 | 68310 | SAG90I4957 | 26085331 | 6.130 | 500 | 3,065.00 |
| 09/27/2005 | 265393 | 68322 | SAG90I4957 | 26107273 | 4.633 | 1440 | 6,671.52 |
| 09/27/2005 | 265393 | 68322 | SAG90I4957 | 7805525 | 1.032 | 1944 | 2,006.21 |
| 09/27/2005 | 265394 | 68321 | SAG90I4957 | 26091500 | 8.350 | 1920 | 15,657.60 |
| 09/27/2005 | 265395 | 68321 | SAG90I4957 | 26065041 | 3.280 | 1300 | 4,264.00 |
| 09/27/2005 | 265395 | 68321 | SAG90I4957 | 26068414 | 5.368 | 2275 | 12,212.20 |
| 09/28/2005 | 265426 | 68337 | SAG90I4957 | 26107273 | 4.633 | 1362 | 6,310.15 |
| 09/28/2005 | 265426 | 68337 | SAG90I4957 | 7805525 | 1.032 | 1944 | 2,006.21 |
| 09/28/2005 | 265427 | 68336 | SAG90I4957 | 26091500 | 8.350 | 1800 | 14,679.00 |
| 09/28/2005 | 265428 | 68335 | SAG90I4957 | 26065041 | 3.280 | 1091 | 3,578.48 |
| 09/28/2005 | 265428 | 68335 | SAG90I4957 | 26068414 | 5.368 | 2275 | 12,212.20 |
| 09/28/2005 | 265428 | 68335 | SAG90I4957 | 26085877 | 5.198 | 650 | 3,378.70 |
| 09/28/2005 | 265428 | 68335 | SAG90I4957 | 26085331 | 6.130 | 329 | 2,016.77 |
| 09/29/2005 | 265459 | 68347 | SAG90I4957 | 26065041 | 3.280 | 1300 | 4,264.00 |
| 09/29/2005 | 265459 | 68347 | SAG90I4957 | 26068414 | 5.368 | 2600 | 13,956.80 |
| 09/29/2005 | 265460 | 68349 | SAG90I4957 | 26091500 | 8.350 | 1560 | 12,721.80 |
| 09/29/2005 | 265461 | 68348 | SAG90I4957 | 7805168 | 0.925 | 2376 | 2,197.80 |
| 09/29/2005 | 265461 | 68348 | SAG90I4957 | 26107273 | 4.633 | 900 | 4,169.70 |
| 09/29/2005 | 265461 | 68348 | SAG90I4957 | 7805525 | 1.032 | 1944 | 2,006.21 |
| 09/30/2005 | 265476 | 68360 | SAG90I4957 | 26107273 | 4.633 | 520 | 2,409.16 |
| 09/30/2005 | 265476 | 68360 | SAG90I4957 | 7805525 | 1.032 | 1944 | 2,006.21 |
| 09/30/2005 | 265477 | 68359 | SAG90I4957 | 26091500 | 8.350 | 1200 | 9,786.00 |
| 09/30/2005 | 265478 | 68357 | SAG90I4957 | 26065041 | 3.280 | 1300 | 4,264.00 |
| 09/30/2005 | 265478 | 68357 | SAG90I4957 | 26068414 | 5.368 | 2275 | 12,212.20 |
| 09/30/2005 | 265478 | 68357 | SAG90I4957 | 26085877 | 5.198 | 650 | 3,378.70 |
| 10/03/2005 | 265532 | 68369 | SAG90I4957 | 26091500 | 8.293 | 780 | 6,468.54 |
| 10/03/2005 | 265533 | 68368 | SAG90I4957 | 26107273 | 4.736 | 720 | 3,409.92 |
| 10/03/2005 | 265533 | 68368 | SAG90I4957 | 7805525 | 1.046 | 1944 | 2,033.42 |
| 10/03/2005 | 265534 | 68367 | SAG90I4957 | 26065041 | 3.348 | 1300 | 4,352.40 |
| 10/03/2005 | 265534 | 68367 | SAG90I4957 | 26068414 | 5.493 | 1300 | 7,140.90 |
| 10/03/2005 | 265534 | 68367 | SAG90I4957 | 26085877 | 5.271 | 790 | 4,164.09 |
| 10/04/2005 | 265552 | 68380 | SAG90I4957 | 26091500 | 8.293 | 1500 | 12,439.50 |
| 10/04/2005 | 265553 | 68379 | SAG90I4957 | 26107273 | 4.736 | 540 | 2,557.44 |
| 10/04/2005 | 265553 | 68379 | SAG90I4957 | 7805525 | 1.046 | 3888 | 4,066.85 |
| 10/04/2005 | 265554 | 68378 | SAG90I4957 | 26065041 | 3.348 | 1300 | 4,352.40 |
| 10/04/2005 | 265554 | 68378 | SAG90I4957 | 26068414 | 5.493 | 2925 | 16,067.03 |
| 10/04/2005 | 265554 | 68378 | SAG90I4957 | 26085877 | 5.271 | 650 | 3,426.15 |
| 10/05/2005 | 265575 | 68392 | SAG90I4957 | 26107273 | 4.736 | 2160 | 10,229.76 |
| 10/05/2005 | 265575 | 68392 | SAG90I4957 | 7805525 | 1.046 | 1944 | 2,033.42 |
| 10/05/2005 | 265576 | 68390 | SAG90I4957 | 26065041 | 3.348 | 1300 | 4,352.40 |
| 10/05/2005 | 265576 | 68390 | SAG90I4957 | 26068414 | 5.493 | 2275 | 12,496.58 |
| 10/05/2005 | 265576 | 68390 | SAG90I4957 | 26085877 | 6.209 | 500 | 3,104.50 |
| 10/05/2005 | 265577 | 68391 | SAG90I4957 | 26091500 | 8.293 | 1440 | 11,941.92 |
| 10/05/2005 | 265594 | 68400 | SAG90I4957 | 26091500 | 8.293 | 660 | 5,473.38 |
| 10/06/2005 | 265599 | 68404 | SAG90I4957 | 26065041 | 3.348 | 1300 | 4,352.40 |
| 10/06/2005 | 265599 | 68404 | SAG90I4957 | 26068414 | 5.493 | 1300 | 7,140.90 |
| 10/06/2005 | 265600 | 68405 | SAG90I4957 | 26091500 | 8.293 | 2100 | 17,415.30 |

**SAGINAW INVOICES - September 26 thru October 7, 2005**

| DATE | INV # | B/L # | P.O. # | P/N | UNIT PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/06/2005 | 256601 | 68406 | SAG9014957 | 26107273 | 4.736 | 1440 | 6,819.84 |
| 10/06/2005 | 256601 | 68406 | SAG9014957 | 7805525 | 1.046 | 1944 | 2,033.42 |
| 10/07/2005 | 265633 | 68417 | SAG9014957 | 26107273 | 4.736 | 1800 | 8,524.80 |
| 10/07/2005 | 265633 | 68417 | SAG9014957 | 7805525 | 1.046 | 1944 | 2,033.42 |
| 10/07/2005 | 265634 | 68418 | SAG9014957 | 26091500 | 8.193 | 1800 | 14,927.40 |
| 10/07/2005 | 265635 | 68417 | SAG9014957 | 26065041 | 3.348 | 1300 | 4,352.40 |
| 10/07/2005 | 265635 | 68417 | SAG9014957 | 26068414 | 5.493 | 1950 | 10,711.35 |

398,406.19