**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Zakarij O. Thomas, Esquire, being duly sworn according to law, deposes and says that I am employed by Klett Rooney Lieber & Schorling representing Entergy Mississippi, Inc. in the above-captioned cases.

On November 11, 2005, I caused to be served via overnight delivery of Entergy Mississippi, Inc.'s Motion of Entergy for (I) Relief From Stay to Exercise Recoupment and/or Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief on the parties attached hereto as Exhibit A and via email the parties attached hereto as Exhibit B.

Date: November 14, 2005

Zakarij O. Thomas, Esquire

Sworn to and subscribed before
me on November 14, 2005.

_____
Notary Public

My Commission Expires: Oct. 11, 2008

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carol Barich-Peckman, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Oct. 11, 2008

Member, Pennsylvania Association of Notaries