Sheldon S. Toll
SHELDON S. TOLL PLLC
2000 Town Center
Suite 2550
Southfield, MI 48075
Telephone 248-358-2460
Facsimile 248-358-2740
Email: lawtoll@comcast.net

Attorneys for Party-in-Interest
Milwaukee Investment Company

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### REQUEST OF MILWAUKEE INVESTMENT COMPANY
### TO BE SERVED WITH COPIES OF ALL PLEADINGS AND NOTICES

Milwaukee Investment Company, a party-in-interest,[1] hereby requests that it be served with copies of all pleadings and notices at the address of its counsel, set forth in the header.

                                                     /s/ S. S. Toll
                                                     Sheldon S. Toll

---

[1] Milwaukee Investment Company is the owner of premises located at 51786 Shelby Parkway, Building A, Shelby Township, MI 48315-1786, and is Delphi's landlord. The premises are occupied by Delphi'a R&D facility.

## CERTIFICATE OF SERVICE

      I hereby certify that the annexed pleading was served by me today via U. S. Mail, first class postage prepaid, on the persons listed below.

Dated: November 15, 2005          /s/ S. S. Toll
                                              Sheldon S. Toll

John William Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Attn: General Counsel