**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
      In re                 :     Chapter 11
                                                          :
DELPHI CORPORATION <u>et al.</u>,                         :     Case No. 05-44481 (rdd)
                                                          :
                 Debtors.       :     (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>SUPPLEMENTAL AFFIDAVIT OF SERVICE</u>

      I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

      On November 14, 2005, I caused to be served, via US mail the document listed in Section 1 on the parties attached hereto as <u>Exhibit A</u>:

      ***<u>Section 1</u>***

**I.**   Re-Notice of Hearing on Eclipse Tool and Die Inc.'s Motion for Relief from Automatic Stay **(Docket No. 1021) [Attached hereto as Exhibit B]**


Dated: November 14, 2005

                                      */s/ Amber M. Cerveny*
                                      Amber M. Cerveny

Sworn to and subscribed before
me on November 14, 2005

      */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    <u>1/19/07</u>

# EXHIBIT A

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farmington Hills | MI | 48331 | 248-726-7400 | 866-603-0088 | aswiech@akebobo-usa.com | Vice President of Administration for Akebono Corporation |
| Ambrake Corporation | Ronald L. Jones | 300 Ring Road | | Elizabethtown | KY | 42701 | 270-766-0208 | 270-234-2395 | Does not wish to receive electronic mailings | Representative for Ambrake Corporation |
| Bernstein Litowitz Berger & Grossman | Eileen McInerney | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1485 | 212-554-1444 | emcinerney@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raiffeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | 313-393-7592 | 313-393-7579 | remcdowell@bodmanllp.com | Counsel for Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Faretech, Inc.; Vibracoustic de Mexico, S. A. de C.V. |
| Frank D. Jones | Title Lim, Esq. | 158 New York Circle Cr. | | Whitesburg | KY | 41858-9122 | | | | |
| HAL/ERC-Legal | | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | | |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | 212-725-7338 | 212-244-6219 | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Kotzin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | 617-542-3000 | 617-542-3001 | knorthrup@kotzinrufo.com | Counsel for Baker Hughes Incorporated; Baker Petrolite Corporation |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissel.com | Counsel for Parlex Corporation |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissel.com | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh / Rocco N. Covino | 885 Third Avenue | 28th Floor | New York | NY | 10022-4802 | 212-947-8304 / 212-947-8340 | 212-947-1202 | kwalsh@lordbissel.com / rcovino@lordbissel.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McCarter & English, LLP | David J. Adler, Jr., Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | 212-609-6800 | 212-609-6921 | | Counsel to Ward Products, LLC |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | | Counsel for Worker's Compensation Agency |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippany | NJ | 07054 | 973-884-6952 | 973-515-3244 | | |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | kcunningham@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda. FCI Automotive Deutschland Gmbh; FCI Italia S. p. A. |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Porzio, Bromberg & Newman, P.C. | John S. Maino, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | 973-538-4006 | 973-538-5146 | jsmaino@pbnlaw.com | |
| Pryor & Mandelup, LLP | Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | 516-997-0999 | 516-333-7333 | kar@pryormandelup.com | Counsel to National Molding Corporation; Security Plastics Division/NMC LLC |
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | 248-642-6000 | 248-642-9001 | rgoldi@sotlaw.com | Counsel for Michigan Heritage Bank; MHB Leasing, Inc. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706 | | | | Representative for Timken Corporation |
| Wilmington Trust Company | Steven M. Cimalore, Vice President | 1100 North Market Street | Rodney Square North | Wilmington | DE | 19890 | | 302-636-6058 | | Vice President, Wilmington Trust Co. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

11/14/2005 5:07 PM
2002 US Mail from 051114 Eclipse renotice

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )
In re                                   )        Chapter 11
                                        )
DELPHI CORPORATION, *et al.,*           )        Case No. 05-44481
                                        )        Hon. Robert D. Drain
Debtors.                                )
_____)

## <u>RE-NOTICE OF HEARING ON ECLIPSE TOOL AND DIE INC.'S<br>MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

PLEASE TAKE NOTICE that Eclipse Tool and Die, Inc., by and through it attorneys Bolhouse, Vander Hulst, Risko & Baar P.C. will move at a hearing to be held before the Hon. Robert D. Drain on January 5, 2006, at 10:00 a.m. at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, or as soon thereafter as counsel may be heard, to consider Eclipse Tool and Die Inc.'s Motion for Relief from Automatic Stay in the above captioned case.

PLEASE TAKE FURTHER NOTICE that opposition to the proposed Motion must be filed and served in conformity with the provisions of the Case Management Order entered in this proceeding, on or before the Objection Deadline of December 29, 2005 at 5 p.m. Eastern Time.


Dated: New York, New York
November 11, 2005            By: */s/  David S. Lefere*
                                 David S. Lefere (P61790)
                                 Attorney for Eclipse Tool and Die, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                          )
In re                                     )        Chapter 11
                                          )
DELPHI CORPORATION, *et al.,*             )        Case No. 05-44481
                                          )        Hon. Robert D. Drain
Debtors.                                  )
_____)


**ECLIPSE TOOL & DIE, INC.'S MOTION**
**FOR RELIEF FROM AUTOMATIC STAY**

Eclipse Tool & Die, Inc., by and through its attorneys Bolhouse, Vander
Hulst, Risko & Baar P.C., for its Motion for Relief from the Automatic Stay
provisions of the Federal Bankruptcy Code, states as follows:

1. Eclipse Tool & Die, Inc. ("Eclipse") is a corporation existing under the
laws of the State of Michigan and maintains an office at 4713 Circuit Court,
Wayland, Michigan 49348.

2. The Debtor Delphi Corporation (hereinafter "Delphi") maintains an
office at 5725 Delphi Drive, Troy, Michigan 48098.

3. On October 8, 2005, Delphi commenced a case under Chapter 11 of
the Federal Bank Code, Case No. 05-44481, in the Southern District of New
York.

4. Eclipse holds an valid secured lien pursuant to the Michigan Special
Tools Lien Act in the amount of One Hundred Twenty Three Thousand One
Hundred Thirty Dollars and 00/100 ($123,130.00), plus interest, late charges,

costs, and attorney fees regarding Part Number 22209497 which is owned by Delphi.

5.   Eclipse's secured claim arises from the design, manufacture, fabrication and repairs performed on Part Number 22209497.

6.   Eclipse entered into an agreement with Metalforming Technologies Inc. ("MTI") for the fabrication, repairs, and/or modification of Part Number 22209497 which is evidenced by MTI's purchase orders and Eclipse's invoices (See attached **Exhibit A**).

7.   Even though Part Number 22209497 was produced pursuant to an agreement between Eclipse and MTI the owner of Part Number 22209497 is Delphi. (See attached as **Exhibit B**).

8.   Delphi and MTI entered into an agreement for the fabrication of Part Number 22209497 in order for MTI to produce automobile parts for Delphi. (See **Exhibit B**).

9.   Pursuant to the agreement between Delphi and MTI the tools, including Part Number 22209497, used by MTI in the production of parts for Delphi are the property of Delphi. (See **Exhibit B**).

10. Eclipse's claim is secured by a valid and perfected lien pursuant to Michigan's Special Tools Lien Act, MCL 570.541 et al. (See attached as **Exhibit C**).

11. Pursuant to Michigan's Special Tools Lien Act, MCL 570.563, Eclipse was required to: (1) permanently record on Part Number 22209497 Eclipse's

name, street address, city and state, and (2) file a  UCC-1 Financing Statement
with the Michigan Secretary of State (See **Exhibit C**).

12. Further, under the Michigan Special Tools Lien Act, MCL 570.565,
Eclipse Tool & Die, Inc. is required to give notice of the lien in writing to Delphi,
stating that the lien is claimed, the amount that is owed for the fabrication,
modification and/or repairs and make a demand for payment. (See **Exhibit C**).

13. The Michigan Specials Tools Lien Act, MCL 570.567, states that if
Eclipse, as the Special Tool Builder, has not been paid the amount claimed
within 90 days after the notice was received, Eclipse has the right to possession
of Part Number 22209497 and may enforce the right-to-possession by judgment,
foreclosure, **or any available judicial procedure**. (See **Exhibit C**).

14. Before shipping Part Number 22209497 to MTI, Eclipse permanently
affixed its name, street address, city and state on Part Number 22209497, and
filed a UCC-1 Financing Statement with the Michigan Secretary of State in
accordance with the requirements of Section 9502 of the Uniform Commercial
Code, as adopted by the State of Michigan. (See attached as **Exhibit D
(Photograph of Eclipse's stamp on Part Number 22209497) and Exhibit E
(UCC- Financing Statement)**).

15. To date, Eclipse has not been paid for the design, fabrication,
modification and/or repairs of Part Number 22209497.

16. On information and belief, Part Number 22209497 that Eclipse
fabricated, repaired, and/or modified is located in an MTI plant in Michigan that is
currently in the process of being sold to Zohar Tubulars.

17. On information and belief, Part Number 22209497 is currently being used by MTI (and soon to be Zohar Tubulars) to manufacture automobile parts for Delphi in Michigan.

18. On October 6, 2005, and pursuant to the Michigan Special Tools Lien Act, MCL 570.565, via certified mail--return receipt, Eclipse timely and properly notified Delphi of its lien rights to Part Number 22209497. (See attached as **Exhibit F**).

19. By operation of the Michigan Special Tools Lien Act, Delphi is required to pay the amount due and owing for the design, fabrication, modification and/or repairs to Part Number 22209497 to Eclipse on or before January 6, 2006. (See **Exhibit B**).

20. To date, no payment has been forthcoming.

21. If Delphi fails and/or refuses to pay the amounts owed for the design, fabrication, modification and/or repairs to Part Number 22209497, Eclipse has a right to possession of Part Number 22209497 by operation of law under the Michigan Special Tools Lien Act, MCL 570.563. (See **Exhibit B**).

22. If Delphi fails and/or refuses to pay the amount owed, then on January 6, 2006, Eclipse will have a statutory right of possession of Part Number 22209497, and may enforce this right of possession "by judgment, foreclosure, **or any available judicial procedure."** MCL 570.567 (See **Exhibit B**).

23. The Michigan Special Tools Lien Act was designed to protect Special Tool Builders such as Eclipse by giving them a non-possessory lien against the special tools that they fabricate, modify or repair so that, upon non-payment, the

Special Tools Builders will have sufficient leverage behind their demand for payment to recover their outstanding indebtedness.

24. Therefore, Eclipse is entitled to enforce its lien to gain immediate possession of Part Number 22209497 if payment in full is not remitted to them.

WHEREFORE, Eclipse Tool & Die Inc. requests that the Court enter an order:

1. Granting relief from the automatic stay provisions of the Federal Bankruptcy Court to allow Eclipse Tool & Die, Inc. to enforce its lien on Part Number 22209497 owned by Delphi Corporation and fabricated, repaired, and/or modified by Eclipse Tool and Die Inc. under applicable non-bankruptcy law;

2. Prohibit Delphi Corporation, and any future trustee from using, leasing or selling the special tools in absence of adequate protection for Eclipse Tool & Die, Inc.'s lien; and

3. Grant any and all other relief that the Court deems just and proper (See attached at **Exhibit G**).

<div align="right">Respectfully submitted,</div>

Dated: <u>November 9, 2005</u>                BOLHOUSE, VANDER HULST, RISKO & BAAR P.C.


By: <u>/s/ *David S. Lefere*</u>
    David S. Lefere (P61790)

    Grandville State Bank Building
    3996 Chicago Drive SW
    Grandville MI 49418
    Phone: (616) 531-7711

    Attorneys for Eclipse Tool & Die, Inc.

```
ECLIPSE TOOL & DIE                                                    Date: 04/08/05
4713 CIRCUIT COURT
WAYLAND, MI   49348
Phone: (616)877-3717
Fax:   (616)877-3712

                            I N V O I C E                    Page No.    1

                    Invoice Number:    6229


  Sold To: ----------------------          Ship To: ---------------------
   ACCOUNTS PAYABLE                          MTI -SALINE
   MTI -SALINE
   905 WOODLAND DRIVE

   SALINE, MI   48176
                                       (734)429-6218    (734)944-0523

=================================================================================
Customer Order No.: 5205          Job Number: 6272           Terms: Net 30
=================================================================================
 Quantity                      Description                    Item Total
---------------------------------------------------------------------------------
                    P.O. 5205                                    $1,130.00
                    100 SPRING SEAT  @ $11.30 EACH
                    ALL PARTS HAVE BEEN SHIPPED.
                    SHIPPER # 5461
                    P/N 22209497
                    Date Shipped: 04/06/2005




                          Invoice Subtotal:              $1,130.00
                          Tax Rate:  0.000
                          Invoice Grand Total:           $1,130.00

                    Total payment due on: 05/08/2005

                    THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.
```

713 CIRCUIT COURT
AYLAND, MI   49348
hone: (616)877-3717
ax:   (616)877-3712

I N V O I C E                           Page No.    1

Invoice Number:    6232

Sold To: ----------------------        Ship To: --------------------
 ACCOUNTS PAYABLE                       MTI -SALINE
 MTI -SALINE
 905 WOODLAND DRIVE

 SALINE, MI  48176
                                        (734)429-6218    (734)944-0523

====================================================================
ustomer Order No.: 4936          Job Number: 6167        Terms: Net 30
====================================================================
   Quantity                    Description                 Item Total
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                    P.O. 4936                           $122,000.00
                    PROGRESSIVE TOOL
                    P/N 22209497  SPRING SEAT
                    ACT# 1349
                    SHIPPER # 5475
                    ALL WORK/ BUY OFF COMPLETE
                    Date Shipped: 04/25/2005

                    Invoice Subtotal:          $122,000.00
                    Tax Rate:   0.000
                    Invoice Grand Total:        $122,000.00

             Total payment due on: 05/26/2005

             THANK YOU FOR YOUR BUSINESS

SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
MOUNTS DUE AFTER PAYMENT DUE DATE.

# MTI    TOOLING PURCHASE ORDER

AMENDMENT #1

**Purchase Order No.** 4936
**Date Issued** 12-Aug-04
**Engineer** GK

#6167

ECLIPSE TOOL & DIE INC.
4713 CIRCUIT CT.
WAYLAND, MI  49348

| | | |
|---|---|---|
| Part No. 22209497 | Part Name SPRING SEAT | Account Number SO #1349 |
| Quote No. 28536 | Dated 8/10/04 | F.O.B. SALINE, MI |
| B/P Level O2 | Dated 6/4/04 | Customer P.O. No. DCM94192 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | TOTAL | $122,000.00 |

## Delivery Schedule

Sample Due Date **12/8/04**

Tool Due Date **12/22/04**

Material Specification STEEL UNSG1009
Quoted Material Size
(Less than or equal to) .118 X 7.5W X 6.5P

**Quoted Press Specifications - Press#**

N/A

**Secondary Press Specifications - Press#**

N/A

## Quality Requirements

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

## Payment Terms

Net 60 days

## General Notes

1) Weekly Tool Progress Reports.
2) **Amendment #1 revises the tool due date which was incorrect.**

By: _Gary Klett_ 8/12/04
Authorized Signature

_Thomas Fail_
Engineering Manager

Suppliers Acknowledgement / Date    (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc. Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A.   A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B.   The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C.   Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D.   After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E.   In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F.   Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G.   Payment for dies/machines will be made after the following conditions have been satisfied.

   1.   75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above.) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2.   25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3.   If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4.   In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper  % payments from invoice.

H.   Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I.   In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1.   Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2.   Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3.   Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J.   In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

**Metalforming . .hnologies Inc.**
**Tool Buyoff Check List**

Shop Order No: _1401_

Vendor: _ECLIPSE TOOL_

Purchase Order Date: _8-12.04_

Due Date: _12-12.04_

Purchase Order No: _4536_

Part Name: _SIDENT_

Tool No: _F780_

Part No: _2209497_

## I. General Specifications

| | Y/N | Comments |
|---|---|---|
| 1. Ball bearing die sets? | Y | |
| Do die details have jack screws or pry slots? | Y | |
| 3. Are drain holes present in spring pockets or nitrogen cylinder pockets? | Y | |
| 4. Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. Are all dowel holes drilled with through hole? | Y | |
| 6. Are all sharp corners broke? | Y | |
| 7. Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. Are all pilot holes cleared through shoe? | Y | |
| 9. Does die have scrap cutter? | Y | |
| 10. Are all notching, forming, and cut-off sections heeled where required? | Y | |
| 11. Are there any welded sections present? | N | |
| 12. (A) Does the die produce multiple parts? If so, | N | |
| (B) Is there a change over required within the die? If so, | N | |
| (C) Are there detailed change over instructions? If so, | N | |
| (D) Are details clearly marked to aid quick changeover? | N | |
| 13. Do stop blocks have lead groove?     Depth: _.050_ | Y | |
| 14. Is die painted and primed per specs? | Y | |
| 15. Is there sufficient slug clearance (no ledges)? | Y | |
| 16. Secondary:    (A) Gaging: parts locate easily, proper lead on gaging | N/C | |
| (B) Error proofing is incorporated | N/A | |
| 17. Have spare details been provided? | N/A | |
| 18. Appearance: burrs, non-functional corners | Y | |
| 19. Are strips easily fed into progressive dies? | Y | |



Dieckist

Appendix F

Rev. 2  1/31/02

2

| # | Item | | Comments |
|---|------|---|----------|
| 20. | Die size: R-L 97.5  F-B 31.5 | — | |
| 21. | Final coil width: Width | — | |
| 22. | Press tonnage used at run-off: .600 | — | |
| 23. | Tonnage required: No Tonnage Monitor | — | |
| 24. | Lead hit readings: RF .05o RR .05o LF .05 o LR .050 | ✓ | |
| 25. | Cushion pressure required if used and/or nitrogen system: | Y | N/T NOGEN |
| 26. | Has MTI received samples and strips run at the tool source? | Y | |
| 27. | Has MTI received all die drawings and a bill of material? | N | |
| 28. | Are date stamps and part stamp present in die?.. | | PART # ONLY |
| 29. | Has MTI received certification of dimensions to the part print? | Y | MAJOR DIMENSION ONLY |
| | Are wear surfaces and fittings lubricated? | Y | |
| 31. | Are pilot holes cleared for slug drop? | — | |

## II. Cutting Steels

| # | Item | | Comments |
|---|------|---|----------|
| 1. | Are heavy duty Ball Lock punches used? | — | |
| | (A) Do all punches have manufacturers identification numbers? | Y | |
| 2. | Ball lock punches & pilots | Y | |
| | Can these be removed without pulling stripper pad? | — | |
| 3. | Punch & Button Retainers | Y | |
| | Are there hardened backing plates mounted to retainers? | N/A | |
| 4. | D-2 material used for trim steels? | Y | |
| 5. | Are shedder pins used wherever possible? | Y | |
| ^ | Are cutting steels designed for ease of sharpening? | Y | |
| ∴ | Are there any forming operations included in any cutting steels? | N | |
| 8. | Are pierce holes near high limit? | N/A | |
| 9. | Are trims built with positive missmatch? | N/B | |
| 10. | Do punches have shear and/or stagger? | Y | |

Dicecklst                    Appendix F                    Rev. 2  1/31/02

3

| | Comments |
|---|---|

## III.  Form   ols

| # | Question | Response |
|---|---|---|
| 1. | Are form steels inserted to provide adjustment for material thickness variation? | N/A |
| 2. | Are severe drawing/forming steels coated? | Y |
| 3. | Is the correct substrate material utilized for coated steels? | Y |
| 4. | Are draw/form operations taking the material beyond its acceptable yeild point? | N |
| 5. | Coating supplier utilized: _ION GARD_ | |

## IV.  Stripper and Form Pads

| # | Question | Response |
|---|---|---|
| 1. | Are approved nitrogen cylinders being used? | Y |
| 2. | Are self contained nitrogen cylinders plumbed to a console? | Y |
| 3. | Are quick connect couplers installed on nitrogen consoles? | Y |
| 4. | Are spring retainers or spring cans used with springs? | Y |
| 5. | Are keeper blocks with keys being used? | Y |
| 6. | Are the correct size screws in windows? | Y |
| 7 | Do strippers and form pads travel freely? | Y |

## V.  Stock Guides

| # | Question | Response |
|---|---|---|
| 1. | Does stock guide have 10"-12" stock approach? | Y |
| 2. | Are stock guides rounded to prevent shaving? | Y |

## VI.  Part and Scrap Removal

| # | Question | Response |
|---|---|---|
| 1. | Is scrap easily shed and consistant? | Y |
| 2. | Is scrap routed for easy removal by operator? | Y |
| 3. | Is scrap seperated from parts? | Y |
| 4. | Are unlike parts seperated? | N/A |

## VII.  Parallels

| # | Question | Response |
|---|---|---|
| 1. | Does die comply with MTI's quick clamp standards? | Y |
| 2. | Are the distances between parallels in areas of scrap removal in 1 inch increments?  (i.e. 3",6",12", etc.) | Y |
| 3. | Are dies compatible with hi-lo forks for ease of movement (forks are 5" wide and measure 36" outside to outside)? | Y |

Dieckist

Appendix F

Rev. 2  1/31/02

VIII. Iden.   ation

| | | Comments |
|---|---|---|
| 1. | | |
| 2. | Y | M Ø T. I. D. O N C Y |
| 3. | | |
| | Y | |
| | | |
| 4. | Y | |
| 5. | Y | |

1. Are all die details stamped for steel identification and Rockwell?
2. Are all die details stamped with detail no.?
3. The following information is stamped on the die:
   Part number, Stock Width, Stock Progression, Stock Thickness,
   Shut Height, Weight (Upper, Lower and Total).
4. A Tool Information Tag is fastened to the die.
5. A Nitrogen Information Tag is fastened to die.

Comments

4/19/05

4/19/05



Diecklst                Appendix F                Rev. 2  1/31/02

# MTI
**PROTOTYPE PURCHASE ORDER**

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI  49348

| | | | | | |
|---|---|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | **TOTAL** | $1,130.00 |

## Delivery Schedule

Sample Due Date   4/8/2005 OR SOONER     Material Specification   TRYOUT MATERIAL

## Quality Requirements
6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

## Payment Terms
NET 60 DAYS

## General Notes
1) Weekly Progress Reports.

By: _Gary Klat_ 4/5/05
Authorized Signature

Engineering Manager

Suppliers Acknowledgement / Date   (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

# PURCHASE ORDER: DCM94192

PAGE: 2

**Automotive Systems**

SHIP TO:
```
                        SEE BELOW

                             US
```

INVOICE TO:
```
                             US
```

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-7546
P BLASER    Buyer
9J

PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 08/03/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA    SEE BELOW

TO:
```
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
MTI-MILAN
METALFORMING TECHNOLOGIES INC
555 PLATT RD
MILAN MI
48160
```

PAYMENT TERMS
NET   2ND DAY OF 2ND MONTH

F.O.B.   DESTINATION UNLESS OTHERWISE INDICATED
SP COL

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY
USD DOLLAR (UNITED STATES)

**THIS IS A CONFIRMING ORDER DO NOT DUPLICATE**
CONFIRMED WITH: DAVE DESIMONE

PLEASE MAIL TWO (2) COPIES OF YOUR INVOICE TO:
DELPHI ENERGY & CHASSIS SYSTEMS
ATTN: MARILYN TRAPPE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON, OH 45401
ANY QUESTIONS CONCERNING THIS RELEASE; PLEASE CALL
PATRICIA BLASER, PH: 937-455-7544 FAX: 937-455-91...

TOOLING LOCATION:
MTI
555 PLATT RD
MILAN MI   48160
WASHTENAW COUNTY   USA

| 00001 | 1 | PR678682 001 | | T22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING REV LEVEL R4021B WHO ORDERED: JOHN ANGI | | 08/03/04 | C   0.00% | 125000.0000 | |

050944-000001

CONTINUE PAGE   2

SMDLO3 11/98

A003622   USER JANE T WILLIAMS

☐ Sales ☑ Shop Order ☐ Service
SO Number 1401
Verified By: SD   Date: 8/11/04
Distribution:
☐ Sales
☐ File   ☐ Prod. Control
☐ Eng.
☐ Finance   ☐ Mat. Mgmt

P62/2

# PURCHASE ORDER: DCM94192

PAGE:

Automotive Systems

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-7540
P BLASER    Buyer
9J
PURCHASING AGENT

| ORDER DATE | 08/03/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

| PRICE MULTIPLE | | SMDLC3 11/98 |
|---|---|---|

SHIP TO:
SEE BELOW
US

INVOICE TO:
NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.
US

TO:
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

This order is not binding until accepted. Acceptance should be executed an acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE |
|---|---|---|---|---|---|---|---|---|
| | | | | F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED | | | | |
| | | | | SP COL    SHIP VIA    SEE BELOW | | | | |

THE SUPPLIER IS RESPONSIBLE FOR MAINTAINING TOOLS
TO PRODUCE 100% PARTS TO SPECIFICATIONS FOR THE
LIFE OF THE PART. PPAP SUBMISSION AT NO CHARGE.
YOUR PACKING SLIP SHOULD BE MARKED ACCORDINGLY AND
ALSO MUST INCLUDE PART AND PURCHASE ORDER NUMBER.

FORCED LABOR---
SELLER REPRESENTS THAT GOODS PURCHASED UNDER
THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR
(AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER
OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY
BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF
THIS REPRESENTATION IS INCORRECT.

RIGHT TO AUDIT---
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE

050944-000002
CONTINUE PAGE 3

A003622    USER JANE T WILLIAMS

P6 3/2

Automotive Systems

# PURCHASE ORDER: DCM94192

PAGE: 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-7544
P BLASER          Buyer
9J

PURCHASING AGENT

| ORDER DATE | |
|---|---|
| 08/03/04 | |
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

SHIP VIA

SEE BELOW

SHIP TO:
⌐ SEE BELOW          ⌐
.
.
.
US
US

INVOICE TO:
⌐ NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

US

TO:
⌐ DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
MTI-MILAN
METALFORMING TECHNOLOGIES INC⌐
555 PLATT RD
MILAN MI
48160

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order.
This order, including the terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
Attached Hereof if Guaranteed. Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

PAYMENT TERMS
NET  2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | PFO NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE/ MULTIPLE | UNIT MEAS |
|---|---|---|---|---|---|---|---|---|---|---|

F.O.B.  DESTINATION UNLESS OTHERWISE INDICATED
SP COL

SEE BELOW

ORDER, SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

THE PAYMENT DATE SHALL BE THE DATE ESTABLISHED
BY BUYER'S MULTILATERAL NETTING SYSTEM (MNS-2),
OR WHICH PROVIDES ON AVERAGE, THAT PAYMENT SHALL
BE ISSUED ON THE SECOND DAY OF THE SECOND MONTH
FOLLOWING RECEIPT OF GOODS.

------- RIGHT TO AUDIT-------------
FOR SERVICES PERFORMED BY SELLER PURSUANT TO THIS
PURCHASE ORDER, THE SELLER SHALL MAINTAIN AND GRANT
ACCESS TO BUYER TO ALL PERTINENT LEDGERS, PAYROLL
DATA, BOOKS, RECORDS, PERSONNEL DOCUMENTS, DRAWINGS,
CORRESPONDENCE, WRITTEN INSTRUCTIONS, DRAWINGS,
RECEIPTS, VOUCHERS AND OTHER DOCUMENTS FOR THE
PURPOSE OF AUDITING THE CHARGES AND/OR ALL
ADMINISTRATION. SELLER MUST SEGREGATE ITS RECORDS
IN SUCH A MANNER AS TO FACILITATE A COMPLETE AUDIT
AND AGREES THAT SUCH AUDIT MAY BE USED AS THE BASIS
FOR SETTLEMENT OF CHARGES AGAINST THIS PURCHASE
ORDER. SELLER FURTHER AGREES, FOR THIS PURPOSE, TO
PRESERVE ALL SUCH DOCUMENTS FOR A PERIOD OF ONE (1)
YEAR AFTER FINAL PAYMENT HEREUNDER.

050944-000003

CONTINUE PAGE 4

SMDL03 11/98

A003622  USER JANE T WILLIAMS

P6 4/12

Automotive Systems

# PURCHASE ORDER: DCM94192

PAGE: 4

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn. Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 937-455-7540
P BLASER                    Buyer
9J                          PURCHASING AGENT

| ORDER DATE | 08/03/04 |
|---|---|
| ALTERATION ISSUE DATE | |
| ALTERATION EFFECTIVE DATE | |

**TO:**
DELPHI CHASSIS SYSTEMS
P.O. BOX 1042
DAYTON OH
45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

**SHIP TO:**
SEE BELOW
US

**INVOICE TO:**
US

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
On the reverse side hereof are the terms and conditions to which Seller agrees by acceptance of this order. This order, including terms and conditions on the face and reverse side hereof, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, Additional Terms and Conditions Attached Hereto Apply.

| F.O.B. | DESTINATION UNLESS OTHERWISE INDICATED | SHIP VIA | SEE BELOW |
|---|---|---|---|
| | SP COL | | |

| ITEM SEQUENCE | QUANTITY ORDERED | UNIT MEAS | NOUN NAME ITEM IDENTIFICATION NO. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE |
|---|---|---|---|---|---|---|---|---|---|

PPAP SAMPLE SUBMISSION INSTRUCTIONS:
THE ENCLOSED LABEL (FORM GM #1387) MUST BE USED
REGARDLESS OF THE METHOD OF SHIPMENT. THIS ASSURES
SPECIAL HANDLING OF THE SAMPLE PARTS WHEN THEY
ARRIVE AT DELPHI ENERGY & CHASSIS SYSTEMS.
SAMPLE PARTS AND DOCUMENTATION FOR YOUR PPAP
SHOULD BE SENT TO:
    DELPHI ENERGY & CHASSIS SYSTEMS
    SALTILLO OPERATONS

BUYER, AT ITS EXPENSE, HAS THE RIGHT TO AUDIT AND
REVIEW ALL RELEVANT BOOKS, RECORDS, PAYROLL DATA,
RECEIPTS AND OTHER DOCUMENTS, INCLUDING SELLER'S
ADMINISTRATIVE AND ACCOUNTING POLICIES, GUIDELINES,
PRACTICES AND PROCEDURES, IN ORDER TO SUBSTANTIATE
ANY CHARGES AND OTHER MATTERS UNDER THIS CONTRACT.
SELLER WILL MAINTAIN AND PRESERVE ALL SUCH
DOCUMENTS FOR A PERIOD OF FOUR (4) YEARS FOLLOWING
FINAL PAYMENT UNDER THIS CONTRACT. IN ADDITION,
BUYER HAS THE RIGHT TO INSPECT ALL INVENTORIES,
WORK-IN-PROCESS, MATERIALS, MACHINERY, EQUIPMENT,
TOOLING, FIXTURES, GAUGES, AND OTHER ITEMS
RELATED TO SELLER'S PERFORMANCE OF THIS CONTRACT.
SELLER WILL PROVIDE BUYER WITH REASONABLE ACCESS
TO ITS FACILITIES AND OTHERWISE COOPERATE AND
FACILITATE ANY SUCH AUDITS OR INSPECTIONS BY BUYER.

PAYMENT TERMS
NET    2ND DAY OF 2ND MONTH

050944-000004

CONTINUE PAGE    5

SMDL03 11/98

A003622   USER JANE T WILLIAMS

PG 5/12

Automotive Systems

# PURCHASE
# ORDER: DCM94192

PAGE:

This Number Must Appear On All Invoices, Packing Slips,
Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and
Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel
Post.

| ORDER DATE | PHONE: 937-455-7540 |
|---|---|
| 08/03/04 | P. BLASER          Buyer |
| ALTERATION ISSUE DATE | 9U |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

SHIP VIA

SEE BELOW

SHIP TO:    SEE BELOW

                                              US

INVOICE TO:

NO INVOICES REQUIRED TO ACCTS
PAYABLE UNLESS OTHERWISE
STATED ON PO OR RELEASE.

                                              US

TO:  DELPHI CHASSIS SYSTEMS
     P.O. BOX 1042
     DAYTON OH
     45401

VENDOR NUMBER 17-808-0560
METALFORMING TECHNOLOGIES INC
MTI-MILAN
555 PLATT RD
MILAN MI
48160

PAYMENT TERMS
NET 2ND DAY OF 2ND MONTH

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | F.O.B. | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT OF MEAS |
|---|---|---|---|---|---|---|---|---|---|---|---|

SP COL                    DESTINATION UNLESS OTHERWISE INDICATED

\*\*\*\*\*\*\*\*\*ATTENTION ALL SUPPLIERS\*\*\*\*\*\*\*\*\*
YOU CAN NOW VIEW PAYMENT STATUS ONLINE USING E-DACOR.
LOG ONTO THE DELPHI SUPPLIER PORTAL
(HTTP://DELPHI.COVISINT.COM) FOR FREE REGISTRATION.
CLICK ON THE REGISTRATION TAB, GO TO REGISTRATION
TIMING AND CLICK ON "CLICK ON HERE TO REQUEST AN
IMMEDIATE CONTACT FOR YOUR BUSINESS," FILL OUT THE
FORM AND FOLLOW THE INSTRUCTIONS.

        TOOLING OWNERSHIP
SPECIAL PERMANENT TOOLING, DIES, PATTERNS, AND/OR
MOLDS USED BY SELLER IN PRODUCING PARTS COVERED
HEREIN ARE THE PROPERTY OF DELPHI CHASSIS SYSTEMS
AND ARE TO BE USED EXCLUSIVELY FOR THE BENEFIT OF
DELPHI CHASSIS UNLESS OTHERWISE AUTHORIZED.
THE BUYER MAY AT ANY TIME REMOVE SAID TOOLING,
DIES, PATTERNS AND/OR MOLDS FROM SELLER PLANT
FOR ANY REASON WHATSOEVER.

TERMS AND CONDITIONS JANUARY 2001, APPLY
OF WHICH SUPPLIER HAS RECEIVED A COPY.

PPAP DELIVERY DUE DATE:  12/13/04

A003622   USER JANE T WILLIAMS

050944-000005

LAST PAGE

PG 6/12

FILE COPY

Pg 7/12

050944-000006



# M T I

**M E T A L F O R M I N G   T E C H N O L O G I E S,   I N C.**

TM

905 Woodland Drive East
Saline Michigan, 48176

# SHIPPER

| SHIPPER NO.: **6130** | | DATE: 5/6/05 |
| --- | --- | --- |

P.M. Gary Klatt

**S H I P   T O:**

Delphi Energy & Chassis Systems
Metrology Lab, Dock 11
Woodman Drive Gate # 4
Kettering, OH 45420
Attn: Mike Bruggeman

| CARRIER: | UPS Overnight |
| --- | --- |
| F.O.B.: | Delphi |

**S O L D   T O:**

| SUPPLIER CODE | CUSTOMER NO. | TERMS | | PAGE |
| --- | --- | --- | --- | --- |
| | S. O. 1401 | | We hereby certify that these goods were produced in compliance with all applicable requirements of section 6,7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 1 | |

| QUANTITY | DESCRIPTION |
| --- | --- |
| 6 Pieces | Pt. # 2220497 Seat-Spring, Lower PPAP Samples |
| 1 | PPAP Paperwork |
| | Ref. Delphi P. O. DCM94192 |

TOTAL PKG. SHIPPED    PALLETS / CARTONS

10/14/2005 17:11 FAX 9374558133          Delphi E&C Ret          Ø 008

# DELPHI
## Energy & Chassis Systems

# SUPPLIER NOTIFICATION OF
# PART/MATERIAL STATUS

| | | |
|---|---|---|
| Date: **June 2, 2005** | Received from: **Metalforming Technology** | |

Part/Material Status: ☒ New Item: | ☐ Current Item:

| | | |
|---|---|---|
| Duns Code: **17080560** | Date PPAP Received: | **May 9, 2005; Updates June 2, 2005** |
| Product Line: **Dampers Modules** | Product Type: **Stamping** | |

Description of Part/Material: **Lower Spring Seat**

| | | | |
|---|---|---|---|
| Chg. Level : **000** | Change Notice # : **R4543B** | Rev. Date: **April 14, 2005** | Samples: **6** |
| Purchase Order Number: **DCM94192** | Spec. Number: | Spec. Date: | |

Attention: **Robert Clark**

The following Part / Material Status is assigned, as of the date noted above, and is in accordance with QS9000, GM9000, and the AIAG 'Production Part Approval Process' (PPAP). This denotes the approval status only. Authorization to ship product must be received from the using Delphi-E & C plant.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☒ | **FULL PRODUCTION APPROVAL** | ACCEPTANCE LEVEL: | 1 | 2 | ☒ 3 | ☐ 4 | ☐ 5 | |
| ☐ | **INTERIM PRODUCT APPROVAL** | A | ☐ B | ☐ C | ☐ D | ☐ E | TIME LIMIT: | Pieces / Units or count applicable: |
| ☐ | **REJECTED** | PPAP RE-SUBMISSION DATE: | | | | | | |
| ☐ | "CHANGE ALERT" Label Required to be attached to the first shipment to each using plant (i.e. all containers) of changed parts or material. (See attached.) | | | | | | | |

REMARKS:
Continue to update the SIF through Early Production Containment. This will need to be submitted when you request to exit containment.

DELPHI-E & C ADVANCED QUALITY ENGINEER: **Aundreya Hayes**

**(937) 455-7029**

For Internal copies only.

| | |
|---|---|
| Product Buyer: | **Carol Holley / Linda Penrod** |
| Plt. Q.C. Mgr: | Gerry Browning |
| Plant S.Q.E.: | Vern George |
| Plant Q.E. | Sarah Fitzgerald |
| P.C.& L.: | Marissa Hipsher |
| Plt. Chg. Ldr.: | Mike Clawson |
| Other: | John Angi |
| Plant PPAP Files | Original copy of PPAP Package will reside in Manufacturing Plant Files |

05094-000007

Pg 8 1/2

Attach copy of approved Part Submission Warrant when providing to Supplier.

2000 Forrer Blvd.
Kettering, OH 45420
Revised: 17AU04



10/14/2005 17:11 FAX 937455913    Delphi E&C Ket    ☑ 009

# PART SUBMISSION WARRANT

DaimlerChrysler    Ford    General Motors

| Part Name | SEAT - SPRING, LOWER | | | | |
|---|---|---|---|---|---|
| Part Number | 22209497 | | | | |

Safety and/or Government Regulation ☐ Yes ☑ No    Engineering Drawing Change Level    TIN #R45438-000    Dated 04/14/2005

Additional Engineering Changes _____    Dated _____

Shown on Drawing No. 22209497    Purchase Order No. DCM94192    Weight 0.3402 kg

Checking Aid No. CMM    Engineering Change Level N/A    Dated _____

## SUPPLIER MANUFACTURING INFORMATION / SUBMISSION INFORMATION

Supplier Name    MTI - Milan
Supplier Code    17808056D

Customer Name/Division    DELPHI
Buyer/Buyer Code    P. BLASER
Application    GMT-900

☐ Dimensional    ☐ Materials/Functional    ☐ Appearance

Street Address    555 Platt Rd.
City/State/Postal Code    Milan    Michigan    48160

NOTE:   Does this part contain any restricted or reportable substances.    ☑ Yes    ☐ No

Are plastic parts identified with appropriate ISO marking codes.    ☑ Yes    ☐ No

### REASON FOR SUBMISSION
☐ Initial Submission
☐ Engineering Change (s)
☐ Tooling: Transfer, Replacement, Refurbishment, or additional
☐ Correction of Discrepancy
☐ Tooling Inactive > than 1 year

☐ Change to Optional Construction or Material
☐ Sub-Supplier or Material Source Change
☐ Change in Part Processing
☐ Parts Produced at Additional Location
☐ Other - please specify

### REQUESTED SUBMISSION LEVEL (Check one)
☐ Level 1 - Warrant only (and for designated appearance items, an Appearance Approval Report) submitted to customer.
☐ Level 2 - Warrant with product samples and limited supporting data submitted to customer.
☑ Level 3 - Warrant with product samples and complete supporting data submitted to customer.
☐ Level 4 - Warrant and other requirements as defined by customer.
☐ Level 5 - Warrant with product samples and complete supporting data reviewed at supplier's manufacturing location.

### SUBMISSION RESULTS
The Results for: ☑ dimensional measurements ☑ material and functional tests ☐ appearance criteria ☐ statistical process package

These results meet all drawing and specification requirements:    ☑ Yes    ☐ No    (if "No" - Explanation Required).

Mold / Cavity / Production Process    PROGRESSIVE DIE, PAINT

### DECLARATION
I hereby affirm that the samples represented by this warrant are representative of our parts, have been made to the applicable Production Part Approval Process Manual 3rd Edition Requirements. I further warrant these samples were produced at the production rate of 9,600 pieces / 8 hours. I have noted any deviations from this declaration below.

EXPLANATION/COMMENTS: _____

Print Name   Robert Clark    Title   Quality Engineer    Phone No.   (734) 429-6196    FAX No.   (734) 944-0523

Supplier Authorized Signature    *Robert Clark  C.K.*    Date   05/04/2005

### FOR CUSTOMER USE ONLY (IF APPLICABLE)

Part Warrant Disposition:    ☐ Approved    ☐ Rejected    ☐ Other

Part Functional Approval:    ☐ Approved    ☐ Rejected    ☐ Waived

Customer Name _____    Customer Signature _____    Date _____

05094-000008
800000-45090

Pg 1/2

Reference No.  5-027

Optional customer tracking number: # _____

The original copy of this document shall remain at the supplier's location while the part is active (see Glossary).

CFG-1001
July 1999

05094d-000009    Pg 10/12

# MTI — NOTICE OF PRODUCTION APPROVAL

Date: June 2, 2005

Issued By: R. CLARK

Flint [ ]    Milan [ ]    Lexington [ ]    Saline [ ]    Toronto [ ]
(Please indicate using plant)

| | |
|---|---|
| Customer: DELPHI - LOC TENNESSEE | Approval Date: 06/02/2005 |
| Part Number: 22209497 | Internal Part Number: MIDF9497 |
| Previous Part Number: N/A | TIN #R4543-B-000 |
| SO Number: 1401 | Drawing Release Number: 1    Engineering Release Number: |
| Job Number: F780 | Blueprint Date: 04/14/2005 |

Initial Submission [✓]    Change to Optional Construction of Material [ ]
Engineering Change (s) [ ]    Sub-Supplier or Material Source Change [ ]
Tooling; Transfer, Replacement, Refurbishment, or additional [ ]    Change in Part Processing [ ]
Correction of Discrepancy [ ]    Parts Produced at Additional Location [ ]
Tooling Inactive > than 1 year [ ]    Other: [ ]
Full Approval [✓]    Interim Approval [ ]    Interim Approval End Date:

Single Stamping [✓]    Two Out Stampings [ ]
Secondary Operation [ ]    Assembly Operation [ ]

OUTSIDE PROCESS(ES): YES [✓] NO [ ]    TYPE: E-COAT per GM9984120 TYPE IV
SUPPLIER: MIDWEST PRODUCTS INC.

COMPONENT(S): YES [ ] NO [✓]    TYPE:
SUPPLIER:

## ENGINEERING DRAWING CHARACTERISTICS ADDED/CHANGED:

## CUSTOMER SPECIFIC REQUIREMENTS

Ford Functional Approval [ ]    Date Rec'd:

## COMMENTS

## DISTRIBUTION

| | |
|---|---|
| PRODUCTION CONTROL MANAGER: LARRY ROBISON | QUALITY ASSURANCE MANAGER: DON TURNEY |
| PROJECT ENGINEER: GARY KLATT | PROJECT ENGINEER ASSISTANT: SANDY DEVINE? |
| ENGINEERING MANAGER: TOM FASL | SALES REPRESENTATIVE: RICHARD SULKOWSKI |
| SHIPPING SUPERVISOR: MELISSA CEBINA | MANUFACTURING MANAGER: TOM VANN |
| TOOL ROOM SUPERVISOR: BRETT JAHNS | DIRECTOR OF MATERIAL, MANAGER: GREG NOWAK |

NOTE: ENGINEERING DRAWING IS DISTRIBUTED TO PLANT CONTROL ZONES. OBSOLETE ALL PREVIOUS LEVEL DOCUMENTS IMMEDIATELY.

0509 44-000010
COPY #4
R. REVISION A 9-14-99

*Pg 11½*

10/14/2005 17:12 FAX 9374559133    Delphi E&C Ret    @011

# MTI™
## METALFORMING TECHNOLOGIES, INC.
555 PLATT RD. - MILAN, MI 48160

**INVOICE**
D03755
MAY 12, 2005
CRESCIVE - MILAN

SHIP TO:
DELPHI CHASSIS SYSTEMS
WISCONSIN BLVD PLANT
1420 WISCONSIN BLVD
DAYTON      OH45401

PLEASE MAIL ALL PAYMENTS TO:
CRESCIVE INC.
DEPT. 77755
P.O. BOX 77000
DETROIT, MI 48277-0755
BILLING QUESTIONS? (734) 429-9451

CARRIER:
F.O.B.:

SOLD TO:
DELPHI CHASSIS SYSTEMS
C01258-41001
MCD HEADQRTRS, BLDG 480-210-201
MCD DISBURSEMENT
WARREN      MI 48090

| SUPPLIER CODE | TERMS | SALESMAN | PAGE |
|---|---|---|---|
| 172809540 | 2ND DAY 2ND AG | 0001 | 1 |

We hereby certify that these goods were produced in compliance with all applicable requirements of Section 6, 7 and 12 of the Fair Labor Standards Act, as Amended and of regulations and orders of the United States Department of Labor issued under Section 14 thereof.

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 1 | TOOL | 125000.00 | 125000.00 |
| | — — | | |
| | P/N 22209497 | | |
| | PO# DCH94192 | | |
| | P/N 22209497 LOWER SPRING SEAT PROGRESSIVE DIE & GAGING | | |
| | REFERENCE SHIPPER NO. 6130 | | |

SUB TOTAL    125000.00

*Please pay this invoice; these parts have been finally PPAP'd approved on 6/2/05.*

*Approved*
*7/18/05*

*Approved from this date.*
*7/18/05*

US CURRENCY COR TOTAL    125000.00



**Penrod, Linda M**

**From:** Trappe, Marilyn
**Sent:** Wednesday, October 05, 2005 10:26 AM
**To:** Penrod, Linda M
**Subject:** DACOR screen print of payment for

```
TROY HIS - EXTRA! for Windows 95/NT
File Edit View Tools Session Options Help

DACI0112                     DACOR PO STATUS INQUIRY                     10/05/05
                                                                         10:23:56
----P.O.----     C/H  SHIP DT           DACOR P.O.
DCM 94192         C

S  SHIP DT   -REMIT VEND- -------DOCUMENT-------  DOC DT  DUE/CHK DT  CHECK NUM
    PROC NUM          BOL        INVOICE NUM        DOC TOT AMT     CUR    STAT
   07/18/05  RD 005377189 H2 02 057639750001     05/12/05 07/25/05 EB 000660832
   9000030996934  D03755                              125,000.00  USD     PA4

02: DOC INQ        PF03:            04: VEND NAME     PF05: VEND INQ      PSWD
PF06: VEND STAT    07: CHECK INQ    08: DOC SELECT    09:
CC-BOTTOM OF DATA REACHED
                   :00.3                                                 04/02
Connected to host usmity-ap11 [144.250.146.150]                     NUM
Start  Inbox  Finan...  TR...  SAP  Displ...  EDS
```

PA4 = PAID

050944-000011

PG 12/12

10/5/2005

# E DACOR DOCUMENT SEARCH RESULTS

## Search Results For Duns Number: RD 005377189

| View Detail/ Image | Process # | Plant Code | Doc Type | Document # | Document Date | Total Amount | Currency Code | Bill of Lading | Purchase Order # | Status | Due Date/ Payment Date | Payment # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 900000309909934 | H2 | 02 | 057639750001 | 05/12/2005 | $125,000.00 | USD | D03755 | DCM94192 | PAID | 07/25/2005 | 000660832 |
| | 0005016176402 | FV | 04 | ADMCR53808 | 06/14/2005 | ($9960.00) | USD | 53808 | PEDP4120069 | PAID | 07/25/2005 | 000660832 |

help | site map | user guide | feedback

All content and information on this site copyright General Motors 2000. All rights reserved.

050944-000012

10/20/2005



Page: 1 Document Name: untitled

```
DACI0501              DACOR VENDOR INQUIRY                      10/19/05
                                                               08:37:43
----VEND----    ACTV   -REMIT VEND-   PAY/RCPT  --REPLD BY--    -- VEND CTGY {07}  --
RD 005377189      Y    RD 005377189        N                   OS EF
   NAME: METALFORMING TECHNOLOGIES   EFT   C NAME: METALFORMING TECHNOLOGIES   EFT
R  INC                                     O   INC
E ADDR: ATTN JEFF WILEY                    R ADDR: PO BOX 70
M   3271 FIVE POINTS SUITE 102             R  RMT CHG PER LETTER 6/14/04
I CITY: AUBURN HILLS        ST: MI         E CITY: SALINE               ST: MI
T ZIP: 48326    CTRY: US   SORT: 1         S ZIP: 48176    CTRY: US    SORT: 1
  ENTITY CODE:

                                  VEND TYPE  ALLD CISCO   BANK   DESK   FLOAT
                                     OS                    EB     60      0
O/S                              ------TERMS------
                                 DISC %    DISC      NET
                                 0.0000
TAX1 TAX1 ID NUMBER      TAX2  TAX2 ID NUMBER        LCC  CUR  M/C  RBV APL,
                                                          USD   Y   P8292101
MAIL-CK  W/H-PMT  L/APPR  LST PD DT   UPDT       AUD APL  LST RMIT  LST CORR ADDR
   Y        N             10/05/05   06/14/04    PZM61P   DZZWQ9      DZZWQ9
PF02: DOC INQ    03: VEND NAME       04: PO STAT INQ  05:            PSWD
PF06: VEND STAT  07:                 08: VEND TIE     09: VEND CUR INQ
AA-INQUIRY COMPLETE
```

050944-000014

Date: 10/19/2005 Time: 08:38:31 AM

EXHIBIT "B"

Michigan Compiled Laws Annotated Currentness
  Chapter 570. Liens
    ▾⊞ Special Tools Lien Act (Refs & Annos)
    ➡**570.541. Short title**


Sec. 1. This act shall be known and may be cited as the "special tools lien act".

M.C.L.A. 570.542

Michigan Compiled Laws Annotated Currentness
    Chapter 570. Liens
        Special Tools Lien Act (Refs & Annos)
        **570.542. Definitions**


Sec. 2. For purposes of this act:


(a) "Customer" means a person who causes a special tool builder to design, develop, manufacture, assemble for sale, or otherwise make a special tool for use in the design, development, manufacture, assembly, or fabrication of metal parts, or a person who causes an end user to use a special tool to design, develop, manufacture, assemble, or fabricate a metal product.


(b) "End user" means a person who uses a special tool as part of his or her manufacturing process.


(c) "Special tool" means any tools, dies, jigs, gauges, gauging fixtures, special machinery, cutting tools, or metal castings manufactured by a special tool builder.


(d) "Special tool builder" means a person who designs, develops, manufactures, or assembles special tools for sale.


(e) "Person" means an individual, firm, partnership, association, corporation, limited liability company, or other legal entity.

M.C.L.A. 570.555

Michigan Compiled Laws Annotated <u>Currentness</u>
  Chapter 570. Liens
     Special Tools Lien Act (Refs & Annos)
    **570.555. Notice to customer of lien**

Sec. 15. Before enforcing a lien granted to an end user under section 13, [FN1] notice in writing shall
be given to the customer, delivered personally or sent by registered mail to the last known address of
the customer. The notice shall state that a lien is claimed for the amount due for metal fabrication
work or for making or improving the special tool. The notice shall include a demand for payment.

M.C.L.A. 570.563

Michigan Compiled Laws Annotated Currentness
  Chapter 570. Liens
    Special Tools Lien Act (Refs & Annos)
     ➡570.563. Recording on special tool of information pertaining to special tool builder;
     filing of financing statement by special tool builder; creation, notice, attachment,
     duration, and priority of lien of special tool builder

Sec. 23. (1) A special tool builder shall permanently record on every special tool that the special tool builder fabricates, repairs, or modifies the special tool builder's name, street address, city, and state.

(2) A special tool builder shall file a financing statement in accordance with the requirements of section 9502 of the uniform and commercial code, 1962 PA 174, MCL 440.9502.

(3) A special tool builder has a lien on any special tool identified pursuant to subsection (1). The amount of the lien is the amount that a customer or end user owes the special tool builder for the fabrication, repair, or modification of the special tool. The information that the special tool builder is required to record on the special tool under subsection (1) and the financing statement required under subsection (2) shall constitute actual and constructive notice of the special tool builder's lien on the special tool.

(4) The special tool builder's lien attaches when actual or constructive notice is received. The special tool builder retains the lien that attaches under this section even if the special tool builder is not in physical possession of the special tool for which the lien is claimed.

(5) The lien remains valid until the first of the following events takes place:

(a) The special tool builder is paid the amount owed by the customer or end user.

(b) The customer receives a verified statement from the end user that the end user has paid the amount for which the lien is claimed.

(c) The financing statement is terminated.

(6) The priority of a lien created under this act on a special tool shall be determined by the time the lien attaches. The first lien to attach shall have priority over liens that attach subsequent to the first lien.

05-44481-rdd    Doc 1037    Filed 11/15/05    Entered 11/15/05 10:35:50    Main Document
Pg 39 of 58                                      Page 1 of 1
Mı ʃ1 ʃ7υ.ʃ6ʃ

M.C.L.A. 570.565

Michigan Compiled Laws Annotated Currentness
   Chapter 570. Liens
      Special Tools Lien Act (Refs & Annos)
         **570.565. Notification of customer and end user of lien of special tool builder**


Sec. 25. To enforce a lien that attaches under section 23, [FN1] the special tool builder shall give notice of the lien in writing to the customer and the end user. The notice shall be given by hand delivery or certified mail, return receipt requested, to the last known address of the customer and to the last known address of the end user. The notice shall state that a lien is claimed, the amount that the special tool builder claims it is owed for fabrication, repair, or modification of the special tool, and a demand for payment.

M.C.L.A. 570.567

Michigan Compiled Laws Annotated Currentness
    Chapter 570. Liens
      Special Tools Lien Act (Refs & Annos)
        **570.567. Rights of special tool builder as to enforcement of lien**


Sec. 27. Subject to section 29, [FN1] if the special tool builder has not been paid the amount claimed in the notice required under section 25 [FN2] within 90 days after the notice required under section 25 has been received by the customer and the end user, the special tool builder has a right to possession of the special tool and may enforce the right to possession of the special tool by judgment, foreclosure, or any available judicial procedure. The special tool builder may do 1 or more of the following:


(a) Take possession of the special tool. The special tool builder may take possession without judicial process if this can be done without breach of the peace.


(b) Sell the special tool in a public auction.

EXHIBIT 5



# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

UCC Account #  E183UC

Michigan Department of State - Uniform Commercial Code

2004183877-7     09/20/04 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| CRESIVE DIE AND TOOL, INC. | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465 | ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| Eclipse Tool & Die inc. | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 4713 Circuit CT | Wayland | MI | 49348 | U.S.A. |

**4. This FINANCING STATEMENT covers the following collateral:**

Progressive Die Complete for P/N 22209497, Eclipse Tool & Die inc. Job No. 6167; all attachments, accessions, fittings, increases, tools, parts, repairs, supplies, engineering changes, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any of the foregoing property.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
PO#

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI 49348

UCC Account #  E183UC

Michigan Department of State - Uniform Commercial Code

2005114007-3    06/24/05 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2004183877-7

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ **TERMINATION.** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION.** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial).** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor  or  ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address. Please refer to the detailed instructions regarding changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESIVE DIE AND TOOL,INC. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESCIVE DIE AND TOOL,INC. | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465 | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box
Describe collateral ☐ deleted  or  ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Eclipse Tool & Die inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
PO# 4936

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

BOLHOUSE, VANDER HULST, RISKO & BAAR, P.C.
ATTORNEYS AT LAW
GRANDVILLE STATE BANK BUILDING
3996 CHICAGO DRIVE SW
GRANDVILLE, MICHIGAN 49418

Richard L. Bolhouse
Thomas R. Vander Hulst
Michael P. Risko
Joel W. Baar
David S. Lefere

Telephone (616) 531-7711
Facsimile (616) 531-7757
www.bolhouselaw.com

October 6, 2005

*Via Facsimile to David Sherbin – 248-813-2670  and
certified mail – return receipt requested to both*

Delphi Corporation
David Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098-2815

Delphi Corporation
Registered Agent – The Corporation Company
30600 Telegraph Rd.
Bingham Farms, MI 48025

Re:    **Lien on Special Tools
P/N 22209497**

Dear Sirs:

This letter serves as an Amendment to my October 4, 2005 correspondence regarding the 90 day notice under the Michigan Special Tools Lien Act. I have been informed that Delphi Corporation is the owner of the above-referenced tool/die that was provided and worked on by Eclipse Tool & Die, Inc. The tool/die was requested via purchase order by Metalforming Technologies, Inc. for MTI's plants in Milan and Saline Michigan.

Enclosed please find a copy of the UCC-1 Financing Statements filed with the Michigan Secretary of State along with the purchase orders from Metalforming Technologies, Inc. and the invoices from Eclipse Tool & Die, Inc. with respect to perfecting our special toolmakers lien on the above-referenced special tool/die. Eclipse Tool & Die, Inc. currently has outstanding charges of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) with respect to the work performed on the above referenced special tool/die. Pursuant to the Michigan Special Tools Lien Act, MCLA 570.565, Delphi Corporation is given notice that we are claiming a lien in the amount of One Hundred Twenty Three Thousand One Hundred Thirty Dollars and 00/100 ($123,130.00) on the above-referenced tool/die. Demand is hereby made for payment in that amount. The Michigan Special Tools Lien Act provides that:

The lien remains valid until the first of the following events takes place:

a.    The special tool builder is paid the amount owed by the customer or the end user.

Delphi Corporation
Page 2
October 6, 2005

      b.     The customer receives a verified statement from the end user that the end user has paid the amount for which the lien is claimed. MCL 570.563(5).

There is currently a hearing scheduled in the Delaware Bankruptcy Court for Thursday, November 7, 2005, on Eclipse's Motion for Lift of Stay requesting that Eclipse be allowed to reclaim the above referenced part pursuant to the Michigan Special Tools Lien Act. Eclipse will have no option but to enforce its lien and repossess the tool/die if payment is not made. Upon receipt of payment Eclipse will be happy to release our lien and terminate the financing statements.

If you have any questions or comments, please feel free to contact me at your earliest convenience.

Very truly yours,

David S. Lefere

DSL/asf
Enclosure

c: Eclipse Tool & Die, Inc.

ECLIPSE TOOL & DIE
4713 CIRCUIT COURT
WAYLAND, MI  49348
Phone: (616)877-3717
Fax:   (616)877-3712

Date: 04/08/05

I N V O I C E                                    Page No.    1

Invoice Number:    6229

Sold To: --------------------              Ship To: --------------------
ACCOUNTS PAYABLE                           MTI -SALINE
MTI -SALINE
905 WOODLAND DRIVE

SALINE, MI  48176

(734)429-6218    (734)944-0523

===============================================================================
Customer Order No.: 5205           Job Number: 6272              Terms: Net 30
===============================================================================
   Quantity                         Description                   Item Total
-------------------------------------------------------------------------------
                   P.O. 5205                                     $1,130.00
                   100 SPRING SEAT  @ $11.30 EACH
                   ALL PARTS HAVE BEEN SHIPPED.
                   SHIPPER # 5461
                   P/N 22209497
                   Date Shipped: 04/06/2005


                          Invoice Subtotal:           $1,130.00
                          Tax Rate:  0.000
                          Invoice Grand Total:         $1,130.00

                      Total payment due on: 05/08/2005

                      THANK YOU FOR YOUR BUSINESS


A SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
AMOUNTS DUE AFTER PAYMENT DUE DATE.

```
CLIPSE 05-44481-rdd
713 CIRCUIT COURT
AYLAND, MI  49348
hone: (616)877-3717
ax:   (616)877-3712
```

                        I N V O I C E                        Page No.    1

                    Invoice Number:    6232

Sold To: ----------------------          Ship To: ----------------------
 ACCOUNTS PAYABLE                         MTI -SALINE
 MTI -SALINE
 905 WOODLAND DRIVE

 SALINE, MI  48176
                                         (734)429-6218    (734)944-0523
=================================================================================
ustomer Order No.: 4936          Job Number: 6167          Terms: Net 30
=================================================================================
 Quantity                      Description                      Item Total
 ---------------------------------------------------------------------------------
                    P.O. 4936                        $122,000.00
                    PROGRESSIVE TOOL
                    P/N 22209497   SPRING SEAT
                    ACT# 1349
                    SHIPPER # 5475
                    ALL WORK/ BUY OFF COMPLETE
                    Date Shipped: 04/25/2005

*p.o. states net 60 days*

                         Invoice Subtotal:        $122,000.00
                          Tax Rate:  0.000
                      Invoice Grand Total:        $122,000.00

                Total payment due on: 05/26/2005

                THANK YOU FOR YOUR BUSINESS


 SERVICE CHARGE OF 1.5 % PER MONTH (18 % PER ANNUM) WILL BE CHARGED ON ALL
MOUNTS DUE AFTER PAYMENT DUE DATE.


*UCC filed*

# MTI

**TOOLING PURCHASE ORDER**

AMENDMENT #1

# 6167

| | |
|---|---|
| Purchase Order No. | 4936 |
| Date Issued | 12-Aug-04 |
| Engineer | GK |

ECLIPSE TOOL & DIE INC.
4713 CIRCUIT CT.
WAYLAND, MI  49348

| | | | | | |
|---|---|---|---|---|---|
| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1349 |
| Quote No. | 28536 | Dated | 8/10/04 | F.O.B. | SALINE, MI |
| B/P Level | O2 | Dated | 6/4/04 | Customer P.O. No. | DCM94192 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 1 | PROGRESSIVE DIE | $122,000.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| | | **TOTAL** | $122,000.00 |

## Delivery Schedule

| | |
|---|---|
| Sample Due Date | **12/8/04** |
| Tool Due Date | **12/22/04** |

Material Specification   STEEL UNSG1009
Quoted Material Size
(Less than or equal to)   .118 X 7.5W X 6.5P

**Quoted Press Specifications - Press#**

N/A

**Secondary Press Specifications - Press#**

N/A

## Quality Requirements

6 pc full layout
30 pc Cap. Study on MTI Dimensions (CP / CPK Min. 1.67 Req'd on MTI selected dimensions/locations)
300 pc sample run at vendor facility
1,000 pc uninterrupted run with MTI facility

## Payment Terms

Net 60 days

## General Notes

1) Weekly Tool Progress Reports.
2) **Amendment #1 revises the tool due date which was incorrect.**

By: _Gary Klott_ 8/12/04
Authorized Signature

_Thomas Farl_
Engineering Manager

Suppliers Acknowledgement / Date   (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

The term "Buyer" means Metalforming Technologies, Inc. The term "Seller" means vendor to Metalforming Technologies, Inc.. Either a person, company or corporation accepting this purchase order.

The term "Tool" or "Tools" means dies, aids, models, gages, jigs, fixtures, special machine/equipment and prototype parts, complete or partially complete.

A.   A tool design approved by Metalforming Technologies, Inc. pertains to design concept and does not release the Seller of the responsibility of building the tools capable of repetitively producing parts to the print, and for the production pieces per hour as indicated on Metalforming Technologies, Inc. request for quote.

B.   The Seller agrees that in the event of fire and/or an act of god; or in the event of the Seller's financial difficulty and/or labor dispute; or in the event that the Seller is unable to complete the tools as outlined in paragraph "A" above, Seller agrees to relinquish all tools at Seller's cost of material and cost of direct labor up to the time of work stoppage.

C.   Metalforming Technologies, Inc. agrees to pay Seller cost of material and cost of direct labor up to the time of work stoppage, including soft tooling (I.E. Kertsite, Zinc Alloy, etc.), provided such tooling can be reasonably used to complete the tooling design as outlined in paragraph "A" above.

D.   After work stoppage has been resolved and within one year, Seller has the option of repurchasing the soft tooling at the price per pound as was paid by Metalforming Technologies, Inc. to Seller, plus the cost of any improvements made by Metalforming Technologies, Inc.

E.   In no event shall the charge for tools, dies, parts, etc. to Metalforming Technologies, Inc. be greater than the Seller's quoted price.

F.   Die/Machine tryout for dimensional sample approval will be done at Metalforming Technologies, Inc. facility. The Supplier will provide a representative for Die/Machine Tryout.

G.   Payment for dies/machines will be made after the following conditions have been satisfied.

   1.   75% Payment - 30 days from dimensional approval of samples produced at Metalforming Technologies, Inc. facility. (See "F" above) A dimensionally approved "Tooling Acceptance Report" (copy faxed to Supplier upon approval) must accompany the suppliers invoice (any invoice not having a "Tooling Acceptance" attached will be returned to Supplier.

   2.   25% Payment - 30 days from "Production Approval" date on approved "Tooling Acceptance Report". Metalforming Technologies, Inc. will attempt production approval run within 30 days of dimensional approval date as defined in G-1 above. If Metalforming Technologies, Inc. does not attempt to run production part within 30 days of "Dimensional Approval" date, the balance (25%) will be paid to supplier at end of 30 days.

   3.   If both dimensional approval and production approval can be accomplished at the same time, Metalforming Technologies, Inc. will make 100% payment in 30 days.

   4.   In all cases, the supplier should invoice Metalforming Technologies, Inc. 100% of the tool/machine upon dimensional approval and Metalforming Technologies, Inc. will make proper  % payments from invoice.

H.   Payment for gages and fixtures will be 100% upon receipt of gages/fixtures and approval of the Gage Engineer and Project Engineer. See attached/fixture approval" form.

I.   In the instances where parts fabricated from dies/machines at Metalforming Technologies, Inc. facilities have not been approved (either dimensional approval or production approval), the Buyer shall have three options:

   1.   Have the tools returned to Seller's plant at Seller's expense and Seller to do whatever necessary to comply with paragraph "A" expeditiously.

   2.   Seller to provide at Seller's expense the number of qualified journeymen to Buyer's Plant to do whatever necessary to comply with paragraph "A" expeditiously.

   3.   Authorize Buyer on a time and material basis to charge back to Seller the Buyer's direct cost using whatever means necessary, either in-house or outsourced, in order to comply with paragraph "A" expeditiously.

J.   In the event the delivery date as indicated and agreed upon on this purchase order is not kept., Seller agrees to relinquish all tools, aids, etc. under the terms and conditions as set forth in paragraphs C, D, and E.

# Metalforming .  .hnologies Inc.
## Tool Buyoff Check List

Shop Order No:
Purchase Order Date: 8-12-04
Purchase Order No: 4936
Tool No: F780

Vendor: ECLIPSE TOOL
Due Date: 12-12-04
Part Name: 32 /6AF
Part No: 2226947

## I. General Specifications

| | | Y / N | Comments |
|---|---|---|---|
| 1. | Ball bearing die sets? | | |
| 2. | Do die details have jack screws or pry slots? | | |
| 3. | Are drain holes present in spring pockets or nitrogen cylinder pockets? | | |
| 4. | Does die shoe have tapped handling holes (upper & lower)? | Y | |
| 5. | Are all dowel holes drilled with through hole? | Y | |
| 6. | Are all sharp corners broke? | Y | |
| 7. | Are all slides, gibs, and keepers equipped with grease fittings? | Y | |
| 8. | Are all pilot holes cleared through shoe? | Y | |
| 9. | Does die have scrap cutter? | N | |
| 10. | Are all notching, forming, and cut-off sections heeled where required? | N | |
| 11. | Are there any welded sections present? | N | |
| 12. | (A) Does the die produce multiple parts?  If so, | N | |
| | (B) Is there a change over required within the die?  If so, | N/C | |
| | (C) Are there detailed change over instructions?  If so, | N/C | |
| | (D) Are details clearly marked to aid quick changeover? | N/C | |
| 13. | Do stop blocks have lead groove?    Depth: .050 | Y | |
| 14. | Is die painted and primed per specs? | Y | |
| 15. | Is there sufficient slug clearance (no ledges)? | Y | |
| 16. | Secondarys:    (A) Gaging: parts locate easily, proper lead on gaging | | |
| | (B) Error proofing is incorporated | N/G | |
| 17. | Have spare details been provided? | N/G | |
| 18. | Appearance: burrs, non-functional corners | Y | |
| 19. | Are strips easily fed into progressive dies? | Y | |

Diecklist

Appendix F

Rev. 2 1/31/02

1

Diecklist

| | R-L 97.5 | F-B 31.5 | Comments |
|---|---|---|---|
| | Width 600 | Thickness | |
| 20. Die size: | | | |
| 21. Final coil width: | — | | |
| 22. | — | | |
| 23. Press tonnage used at run-off: | — | | |
| 24. Tonnage required: No TonAGLE MONITOR | | | |
| 25. Lead hit readings: RF .050 RR .050 LF .050 LR .050 | | | |
| 26. Cushion pressure required if used and /or nitrogen system: | Y | HIT NOTCH | |
| 27. Has MTI received samples and strips run at the tool source? | Y | | |
| 28. Has MTI received all die drawings and a bill of material? | — | | |
| 29. Are date stamps and part stamp present in die? | N | | |
| 28. Has MTI received certification of dimensions to the part print? | | MAJOR DIMENSION ONLY | |
| 29. Are wear surfaces and fittings lubricated? | | | |
| 31. Are pilot holes cleared for slug drop? | Y | | |
| **II. Cutting Steels** | | | |
| 1. Are heavy duty Ball Lock punches used? | — | | |
| 2. (A) Do all punches have manufacturers identification numbers? | Y | | |
| 3. Ball lock punches & pilots | Y | | |
| 4. Can these be removed without pulling stripper pad? | Y | | |
| 5. Punch & Button Retainers | — | | |
| 6. Are there hardened backing plates mounted to retainers? | N/A | | |
| 7. D-2 material used for trim steels? | Y | | |
| 8. Are shedder pins used wherever possible? | Y | | |
| 9. Are cutting steels designed for ease of sharpening? | N | | |
| 10. Are there any forming operations included in any cutting steels? | N/A | | |
| 11. Are pierce holes near high limit? | N/A | | |
| 12. Are trims built with positive missmatch? | Y | | |
| 13. Do punches have shear and/or stagger? | | | |

Appendix F                                                                                          Rev. 2  1/31/02

2

## III. Form ?ls

1. Are form steels inserted to provide adjustment for material thickness variation?
2. Are severe drawing/forming steels coated?
3. Is the correct substrate material utilized for coated steels?
4. Are draw/form operations taking the material beyond its acceptable yield point?
5. Coating supplier utilized: _____ / 0 ل ٦ ٥ ٩ ٨ ٥

## IV. Stripper and Form Pads

1. Are approved nitrogen cylinders being used?
2. Are self contained nitrogen cylinders plumbed to a console?
3. Are quick connect couplers installed on nitrogen consoles?
4. Are spring retainers or spring cans used with springs?
5. Are keeper blocks with keys being used?
6. Are the correct size screws in windows?
7. Do strippers and form pads travel freely?

## V. Stock Guides

Does stock guide have 10"-12" stock approach?
Are stock guides rounded to prevent shaving?

## VI. Part and Scrap Removal

1. Is scrap easily shed and consistant?
2. Is scrap routed for easy removal by operator?
3. Is scrap seperated from parts?
4. Are unlike parts seperated?

## VII. Parallels

1. Does die comply with MTI's quick clamp standards?
2. Are the distances between parallels in areas of scrap removal in 1 inch increments? (i.e. 3",6",12", etc.)
3. Are dies compatible with hi-lo forks for ease of movement (forks are 5" wide and measure 36" outside to outside)?

| | Comments |
|---|---|
| ✓ | |
| ✓ | |
| N/a | |
| ✓ | |
| | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| N/a | |
| ✓ | |
| ✓ | |
| | |
| ✓ | |
| ✓ | |
| ✓ | |
| ✓ | |
| | |

Diecklist

Appendix F

Rev. 2 1/31/02

3

## VIII. Iden___ation

1. Are all die details stamped for steel identification and Rockwell?
2. Are all die details stamped with detail no.?
3. The following information is stamped on the die:
   Part number, Stock Width, Stock Progression, Stock Thickness,
   Shut Height, Weight (Upper, Lower and Total).
4. A Tool Information Tag is fastened to the die.
5. A Nitrogen Information Tag is fastened to the die.

Comments

| | Comments | |
|---|---|---|
| Y | MAT. I.D. ONLY | |
| Y | | |
| — | | |
| Y | | |
| Y | | |
| Y | | |

4

*[signature]* 4/19/05

Diecklist

Appendix F

Rev. 2 1/31/02

# MTI

### PROTOTYPE PURCHASE ORDER

| | |
|---|---|
| Purchase Order No. | 5205 |
| Date Issued | 05-Apr-05 |
| Engineer | GK |

Eclipse Tool & Die Inc.
4713 Circuit Ct.
Wayland, MI  49348

| Part No. | 22209497 | Part Name | SPRING SEAT | Account Number | SO #1481P |
|---|---|---|---|---|---|
| Quote No. | E-MAIL | Dated | 4/5/05 | F.O.B. | MTI SALINE |
| B/P Level | O1 | Dated | 8/20/04 | Customer P.O. No. | 421025 |

| Item | Quantity | Description | Cost |
|---|---|---|---|
| 1 | 100 | SPRING SEAT @ $11.30 EACH | $1,130.00 |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| | | **TOTAL** | $1,130.00 |

## Delivery Schedule

Sample Due Date    4/8/2005 OR SOONER    Material Specification    TRYOUT MATERIAL

## Quality Requirements

6 PC FULL LAYOUT FOR EACH PART WITH PART DELIVERY.
AND PROCESSES.

## Payment Terms
NET 60 DAYS

## General Notes
1) Weekly Progress Reports.

By: _Gary Klat_ 4/5/05
Authorized Signature

_____ 5 Dewit 4/5/05
Engineering Manager

Suppliers Acknowledgement / Date   (Return to MTI)

Finance (If Applicable)

Please see attached sheet for terms and conditions of this contract

Rev. 1 9/25/03

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI 49348

UCC Account #  E183UC

Michigan Department of State - Uniform Commercial Code

2005114007-3      06/24/05 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2004183877-7

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☑ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☑ CHANGE name and/or address: Please refer to the detailed instructions regarding changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESIVE DIE AND TOOL,INC. | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESCIVE DIE AND TOOL,INC. | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465 | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Eclipse Tool & Die inc. | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10.OPTIONAL FILER REFERENCE DATA**
PO# 4936

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Patty DeGood  616-877-3717

**B. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

Eclipse Tool & Die inc.
4713 Circuit CT
Wayland, MI  49348

UCC Account #  E183UC

Michigan Department of State - Uniform Commercial Code
2004183877-7    09/20/04 05:00 PM

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CRESIVE DIE AND TOOL, INC. | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 905 WOODLAND DR. E. | SALINE | MI | 48176 | |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | INCORPORATION | MICHIGAN | 108465   ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Eclipse Tool & Die inc. | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4713 Circuit CT | Wayland | MI | 49348 | U.S.A. |

**4. This FINANCING STATEMENT covers the following collateral:**

Progressive Die Complete for P/N 22209497, Eclipse Tool & Die inc. Job No. 6167; all attachments, accessions, fittings, increases, tools, parts, repairs, supplies, engineering changes, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any of the foregoing property.

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
PO#

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                                    )
In re                                               )          Chapter 11
                                                    )
DELPHI CORPORATION, *et al.,*                       )          Case No. 05-44481
                                                    )          Hon. Robert D. Drain
Debtors.                                            )
_____ )

## ORDER GRANTING AUTOMATIC STAY TO ALLOW ECLIPSE TOOL & DIE, INC.TO ENFORCE ITS LIEN ON PART NUMBER 22209497 OWNED BY DELPHI AND FABRICATED, REPAIRED,AND/OR MODIFIED BY ECLIPSE TOOL AND DIE INC.

Upon the Motion of Eclipse Tool & Die, Inc., seeking relief from the automatic stay provisions of the Federal Bankruptcy Court and granting such further relief as is just and proper; and upon consideration of the motion and all pleadings related thereto; and it appearing that the relief requested in the motion is in the best interest of the debtors, their estate, and their creditors; and notice of the motion is good and sufficient and it appearing that no further notice of the relief requested in this motion is required; and after due deliberation, and sufficient cause appearing thereof; it is hereby

ORDERED, that relief requested in Eclipse Tool & Die, Inc.'s Motion for Relief from Automatic Stay is hereby granted;

ORDERED, that Eclipse Tool & Die, Inc. is granted relief from the automatic stay provisions of the Federal Bankruptcy Court so as to allow Eclipse Tool & Die, Inc. to enforce its lien on Part Number 22209497 fabricated, repaired, and/or modified for Metalforming Technologies, Inc., and owned by Delphi Corporation, as listed in Exhibits A and B of Eclipse Tool & Die, Inc.'s motion;

ORDERED, that Delphi Corporation, their estate, and any future trustee is prohibited from leasing or selling Part Number 22209497 fabricated, repaired, and/or modified by Eclipse Tool & Die, Inc., in the absence of adequate protection for Eclipse Tool & Die, Inc.'s lien.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Robert D. Drain
United State Bankruptcy Court Judge

Attest: A True Copy

_____
Deputy County Clerk