# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (rdd) |
| Debtors. | : | (Jointly Administered) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On November 14, 2005, I caused to be served, via US mail the document listed in Section 1 on the parties attached hereto as Exhibit A:

*Section 1*

**I.** Notice of Commencement of Chapter 11 Bankruptcy Cases and Meeting of Creditors
**[Attached hereto as Exhibit B]**

Dated: November 14, 2005

/s/ *Amber M. Cerveny*
Amber M. Cerveny

Sworn to and subscribed before
me on November 14, 2005

/s/ *Evan J. Gershbein*
Notary Public

My Commission Expires:   1/19/07

1

# EXHIBIT A

In re: Delphi Corporation, et al.
Creditor Matrix Supplement

| Name | Notice Name | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| ALPS ELECTRIC (USA) INC | | 1500 ATLANTIC BLVD | | AUBURN HILL | MI | 48326 | |
| BAUMANN AUTO REPAIR | JACK BAUMANN | 2151 CINCINNATI | | SAN ANTONIO | TX | 78228 | |
| BROWNSVILLE COMM CLEANING CREW | | 164 PALO VERDE | | BROWNSVILLE | TX | 78521 | |
| CHES-MONT/KOHLER | | 129B S. SHIP ROAD | | EXTON | PA | 19341 | |
| CONVEYORS & MATERIALS HANDLING | | 460 EAGLE DR. | | EL PASO | TX | 79912 | |
| COOKSON ELECTRONICS | | 4100 SIXTH AVENUE | | ALTOONA | PA | 16602 | |
| DEXTER SAFETY INC. | | 3664 COMMERCE DRIVE | | BROWNSVILLE | TX | 78521 | |
| DOVE EQUIPMENT CO. INC | | 723 SABRINA DRIVE | | EAST PEORIA | IL | 616113578 | |
| E. FUSSINGER AG | | WEIDENTALWEG 28 | | CH-4436 OBERDORF | | | SWITZERLAND |
| EMERSON ELECTRIC CO | WHITE RODGERS DIV | 8100 WEST FLORISSANT AVE | PO BOX 36922 | ST LOUIS | MO | 63136-9022 | |
| GRUPO TECNOECUATORIANO | CLAUDIA MORENO, #0-305 | 520 BRICKNELL KEY DR. | | MIAMI | FL | 33131 | |
| INDUSTRY PRODUCTS COMPANY | | 500 STATLER ROAD | P O BOX 1158 | PIQUA | OH | 45356 | |
| KEN'S TIRE | FRED VALDEZ | 1315 AUSTIN HWY. | | SAN ANTONIO | TX | 78209 | |
| MIKE'S DOWN TOWN GARAGE | KEN SMITH | 400 S. FLORES | | SAN ANTONIO | TX | 78204 | |
| MOLEX INC | | 700 KINGBID ROAD | | LINCOLN UPLAND | NE | 68521 | |
| SAFETY FLOORS | | P.O. BOX 1982 | | LA FERIA | TX | 78559 | |
| SMP AUTOMOTIVE PRODUCTS, INC. | LARRY SCHULZ | 760 S. HALSTED ST. | | CHICAGO HEIGHTS | IL | 60411 | |
| SSP ENTERPRISES, LLC | STEVE SPRATT | 2429 RAVISLOC LANE | | HOMEWOOD | IL | 60430 | |
| VISTEON CORPORATION | | P O BOX 70386 | | CHICAGO | IL | 60673 | |

In re: Delphi Corporation, et al.
Case No. 05-44481

1of 1

11/14/2005 5:13 PM
Creditor Matrix Part 4

# EXHIBIT B

3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                    :
    In re                                           :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                                                    :    (Jointly Administered)
                                    Debtors.        :
-------------------------------------------------------------------x

## NOTICE OF COMMENCEMENT OF CHAPTER 11
## BANKRUPTCY CASES AND MEETING OF CREDITORS

On October 8, 2005, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Initial Debtors,"[1] and together with the Additional Debtors, the "Debtors" ) filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors, and their respective addresses, case numbers, and federal tax identification numbers are as follows:

| **DEBTOR** | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Delphi Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44481 | 38-3430473 |
| ASEC Manufacturing General Partnership | 1301 Main Parkway<br>Catoosa, Oklahoma 74015 | 05-44482 | 73-1474201 |
| ASEC Sales General Partnership | 1301 Main Parkway<br>Catoosa, Oklahoma 74015 | 05-44484 | 73-1474151 |
| Aspire, Inc. | U.S. Route 1<br>Morrisville, Pennsylvania 19067 | 05-44618 | 36-4392806 |
| Delco Electronics Overseas Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44610 | 38-2638990 |
| Delphi Automotive Systems (Holding), Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44596 | 38-3422378 |
| Delphi Automotive Systems Global (Holding), Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44636 | 38-3547659 |
| Delphi Automotive Systems Human Resources LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44639 | 38-3547664 |
| Delphi Automotive Systems International, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44589 | 38-3280289 |
| Delphi Automotive Systems Korea, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44580 | 38-2849490 |
| Delphi Automotive Systems LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44640 | 38-3431131 |
| Delphi Automotive Systems Overseas Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44593 | 38-3318021 |

---

[1] On October 14, 2005, Delphi Furukawa Wiring Systems LLC, Delphi Receivables LLC, and MobileAria, Inc. (collectively, the "Additional Debtors") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").

| DEBTOR | ADDRESS | CASE NO. | EID # |
|---|---|---|---|
| Delphi Automotive Systems Risk Management Corp. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44570 | 38-3575299 |
| Delphi Automotive Systems Services LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44632 | 38-3568834 |
| Delphi Automotive Systems Tennessee, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44558 | 38-3319836 |
| Delphi Automotive Systems Thailand, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44586 | 38-3379709 |
| Delphi China LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44577 | 38-3196159 |
| Delphi Connection Systems | 17150 Von Karman Avenue<br>Irvine, California 92614-0901 | 05-44624 | 95-2563022 |
| Delphi Diesel Systems Corp. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44612 | 38-3505001 |
| Delphi Electronics (Holding), LLC | One Corporate Center<br>Kokomo, Indiana 46904-9005 | 05-44547 | 95-4554161 |
| Delphi Foreign Sales Corporation | Chase Trade, Inc.<br>P.O. Box 309420<br>55-11 Conacao Gade<br>Charlotte Amalie<br>St. Thomas, US Virgin Islands  00803-9420 | 05-44638 | 66-0564421 |
| Delphi Furukawa Wiring Systems LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-47452 | 20-2478586 |
| Delphi Integrated Service Solutions, Inc. | 1322 Rankin Street<br>Troy, Michigan 48083 | 05-44623 | 38-3473261 |
| Delphi International Holdings Corp. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44591 | 38-3449527 |
| Delphi International Services, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44583 | 38-3439894 |
| Delphi Liquidation Holding Company | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44542 | 95-4359324 |
| Delphi LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44615 | 37-1438255 |
| Delphi Mechatronic Systems, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44567 | 38-3589834 |
| Delphi Medical Systems Colorado Corporation | 4300 Road 18<br>Longmont, Colorado 80504 | 05-44507 | 32-0052827 |
| Delphi Medical Systems Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44529 | 32-0052827 |
| Delphi Medical Systems Texas Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44511 | 20-2885110 |
| Delphi NY Holding Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44480 | 20-3383408 |

| **DEBTOR** | **ADDRESS** | **CASE NO.** | **EID #** |
|---|---|---|---|
| Delphi Receivables LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-47459 | 61-1446224 |
| Delphi Services Holding Corporation | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44633 | 20-0577653 |
| Delphi Technologies, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44554 | 38-3430681 |
| DREAL, Inc. | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44627 | 38-3457411 |
| Environmental Catalysts, LLC | 5725 Delphi Drive<br>Troy, Michigan 48098-2815 | 05-44503 | N/A |
| Exhaust Systems Corporation | 4800 S. Saginaw Street<br>Flint, Michigan 48501 | 05-44573 | 38-3211473 |
| MobileAria, Inc. | 800 West El Camino Real<br>Suite 240<br>Mountain View, California 94040 | 05-47474 | 31-1695929 |
| Packard Hughes Interconnect Company | 17150 Von Karman Avenue<br>Irvine, California 92614-0901 | 05-44626 | 33-0595219 |
| Specialty Electronics, Inc. | 19200 Asheville Highway<br>PO Box 519<br>Landrum, SC 29356 | 05-44539 | 57-0755068 |
| Specialty Electronics International Ltd. | 69A Kronprindsens Gade (Third Floor)<br>P.O. Box 1858<br>St. Thomas, US Virgin Islands  00803-9420 | 05-44536 | 66-0522490 |

DATE, TIME, AND LOCATION OF MEETING OF CREDITORS.  February 3, 2006, at 1:30 p.m., Prevailing Eastern Time, at 80 Broad Street, 2nd Floor, New York, New York 10004.

NAME, ADDRESS, AND TELEPHONE NUMBER OF TRUSTEE.  None appointed to date.

COUNSEL FOR THE DEBTORS.

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

   – and –

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036


Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

COMMENCEMENT OF CASES. Petitions for relief under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above, and orders for relief have been entered. You will not receive notice of all documents filed in this case. All documents filed with the Court, including lists of the Debtors property and debts, will be available for inspection at the Office of the Clerk of the Bankruptcy Court. In addition, such documents may be available at http://www.delphidocket.com or the Court's website, http://www.nysb.uscourts.gov, and can be viewed with a PACER password (to obtain a PACER password, go to the PACER website, http://pacer.psc.uscourts.gov).

PURPOSE OF CHAPTER 11 FILING. Chapter 11 of the U.S. Bankruptcy Code enables a debtor to reorganize pursuant to a plan. A plan is not effective unless approved by the court at a confirmation hearing. Creditors will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS. A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

MEETING OF CREDITORS. The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS. Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent, or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors**. Proof of claim forms are available in the clerk's office of any bankruptcy court. Proof of claim forms are also available at http://www.delphidocket.com or from the Court's web site at http://www.nysb.uscourts.gov. Proof of claim forms may be filed at the following address:

United States Bankruptcy Court  
Southern District of New York  
Delphi Corporation Claim Docketing Center  
P.O. Box 5058  
Bowling Green Station  
New York, New York 10274-5058  

**By hand or overnight courier**:  
United States Bankruptcy Court  
Southern District of New York  
One Bowling Green  
Room 534  
New York, New York 10004-1408

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See section 1141(d) of the Bankruptcy Code. A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan.

For the Court:   Kathleen Farrell-Willoughby                                                      Dated:  October 24, 2005  
                 Clerk of Court  
                 United States Bankruptcy Court for the  
                 Southern District of New York

CONTACT INFORMATION.

Delphi Legal Information Hotline: Toll Free: (800) 718-5305; International: (248) 813-2698

Restructuring Information Line: Toll Free: (866) 688-8740; International: (248) 813-2602

Supplier Support Center: Toll Free: (866) 688-8679; International: (248) 813-2601

Kurtzman Carson Consultants LLC (Claims, Noticing, and Balloting Agent):  (888) 249-2691