UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,            Court No. 05-44481

    Debtor(s).                             Chapter 11
_____/         (Jointly Administered)


## LIMITED APPEARANCE AND
## REQUEST FOR SERVICE OF ALL PLEADINGS
## AND NOTICES


    PLEASE ENTER THE APPEARANCE of Michael A. Cox, Attorney General of the State of Michigan, and Dennis J. Raterink, Assistant Attorney General, as attorneys for the Workers' Compensation Agency for the State of Michigan, for the limited purpose of receipt of pleadings and notices of hearings.

    The undersigned attorney also specifically requests that he be placed on the matrix for service of all pleadings and notices and that they be sent to him at the address below.

    For purposes of placement on the matrix, it is respectfully requested that the name of the Assistant Attorney General, Dennis J. Raterink, and NOT the Attorney General be listed in order to differentiate the state agency that is represented herein.


                                     Respectfully submitted,

                                     MICHAEL A. COX
                                     Attorney General


Dated:  November 10, 2005          _____
                                     Dennis J. Raterink (P52678)
                                     Assistant Attorney General

                                     Labor Division,
                                     Workers' Compensation Unit
                                     P.O. Box 30736
                                     Lansing, Michigan 48909
                                     Telephone:  (517) 373-1176