STEVENS & LEE, P.C.
Attorneys for Tonolli Canada Ltd.
485 Madison Avenue, 20th Floor
New York, New York 10022
Chester B. Salomon (CS-2319)
Constantine D. Pourakis (CP-0730)
(212) 319-8500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF
### RECLAMATION DEMAND (CLAIM NUMBER 261) OF TONOLLI CANADA LTD.

**PLEASE TAKE NOTICE** that, the Reclamation Demand on behalf of Tonolli Canada Ltd., served on October 12, 2005 on the Debtors and their attorneys of record, John Wm. Butler, Jr. and Kayalyn A Marafioti, Skadden, Arps, Slate Meagher & Flom LLP, is hereby withdrawn. The Reclamation Demand claim number is 261.

Dated:  New York, New York
        November 15, 2005

**STEVENS & LEE, P.C.**

By: /s/ Constantine D. Pourakis
    Chester B. Salomon (CS-2319)
    Constantine D. Pourakis (CP-0730)
    485 Madison Avenue, 20th Floor
    New York, New York 10022
    Telephone:  (212) 319-8500
    Facsimile:   (212) 319-8505
    Counsel for Tonolli Canada Ltd.

SL1 579687v2/100616.00001

## CERTIFICATE OF SERVICE

  I certify that a true and correct copy of the foregoing instrument was served on November 15, 2005 by Federal Express on the following:

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Delphi Automotive Systems<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Delphi AHG Brunswick<br>760 Jersey Avenue<br>New Brunswick, NJ 08901 | |

    And via facsimile on:

Delphi Reclamations Team<br>
Tel: 248-813-2581<br>
Fax: 248-813-2499

                                       /s/ Constantine D. Pourakis<br>
                                       Constantine D. Pourakis

SL1 579687v2/100616.00001