Eugene I. Farber (8817)
FARBER, PAPPALARDO & CARBONARI
200 East Post Rd.
White Plains, N.Y.  10601
Telephone:  (914) 761-9400
Facsimile:  (914) 261-0747
e-mail:  efarber747@aol.com

-and-

Judy B. Calton
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

Attorneys for DBM Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                              :
In re                                         :          Chapter 11
                                              :
**DELPHI CORPORATION** <u>et al.</u>,          :          Case No. 05-44481 (RDD)
                                              :
        Debtors.                              :          (Jointly Administered)
                                              :
-------------------------------------------------------------x

### NOTICE OF MOTION BY DBM TECHNOLOGIES, LLC FOR <u>RELIEF FROM STAY TO EFFECT SETOFF</u>

DBM TECHNOLOGIES, LLC ("DBM"), by its attorneys, Farber, Pappalardo & Carbonari, and Honigman Miller Schwartz and Cohn LLP, has filed papers with this Court for relief from the stay to effect setoff, for preliminary hearing on the Omnibus Hearing Date scheduled for November 29, 2005, at 10:00 am.

Pursuant to the Case Management Order, objections must be filed by November 25, 2005.

Respectfully submitted,

FARBER, PAPPALARDO& CARBONARI

By: Eugene I. Farber
    Eugene I. Farber (8817)
200 East Post Rd.
White Plains, N.Y.  10601
Telephone:  (914) 761-9400
Facsimile:   (914) 261-0747
e-mail:  efarber747@aol.com

-AND-

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:  Judy B. Calton _____
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail:  jcalton@honigman.com

Dated:  November 15, 2005

DETROIT.2004464.1

Eugene I. Farber (8817)
FARBER, PAPPALARDO & CARBONARI
200 East Post Rd.
White Plains, N.Y.  10601
Telephone:  (914) 761-9400
Facsimile:  (914) 261-0747
e-mail:  efarber747@aol.com

-and-

Judy B. Calton
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7344
Facsimile:  (313) 465-7345
e-mail:  jcalton@honigman.com

Attorneys for DBM Technologies, Inc.


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                      :
In re                                                 :          Chapter 11
                                                      :
**DELPHI CORPORATION <u>et al.</u>,**                 :          Case No. 05-44481 (RDD)
                                                      :
Debtors.                                              :          (Jointly Administered)
                                                      :
-------------------------------------------------------------x

## MOTION BY DBM TECHNOLOGIES, LLC FOR
## <u>RELIEF FROM STAY TO EFFECT SETOFF</u>

DBM  TECHNOLOGIES, LLC ("DBM"), by its attorneys, for its Motion By DBM

Technologies, LLC For Relief From Stay To Effect Setoff states:

1.       The Court has jurisdiction over the Motion under 28 U.S.C. §§157 and 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. §157(b)(2)(G).

2.       Venue in this District is proper under 28 U.S.C. §1409.

3.      The statutory bases for the relief requested herein are sections 362 and 553 of Title 11 of the United States Code, as amended (the "Bankruptcy Code") and Federal Rules of Bankruptcy Procedure 4001, 9013 and 9014.

## RELIEF REQUESTED

4.      DBM is seeking relief for the automatic stay to set off $301,519.70, which Debtor Delphi Corporation ("Delphi") owes DBM for prepetition invoices against $2,289,046.63 which DBM owes Delphi for prepetition invoices.

## BASIS FOR RELIEF

5.      Pursuant to purchase orders issued by DBM to Delphi (the "DBM Purchase Orders"), DBM purchases radiators and other parts from Delphi.  The DBM Purchase Orders are governed by Michigan law.

6.      Pursuant to purchase orders issued by Delphi to DBM (the "Delphi Purchase Orders"), Delphi purchases ducts and resonators from DBM.  The Delphi Purchase Orders are also governed by Michigan law.

7.      As of the commencement of Delphi's bankruptcy case, Delphi owed DBM $301,519.70 ("DBM Claim") for invoices issued prepetition by DBM to Delphi under the Delphi Purchase Orders.  A schedule of the unpaid invoices making up the DBM Claim is attached as Exhibit A.

8.      As of the commencement of Delphi's bankruptcy case, DBM owed Delphi $2,289,046.63 (the "Delphi Claim") for invoices issued prepetition by Delphi to DBM under the DBM Purchase Orders.  A schedule of the unpaid invoices making up the Delphi Claim is attached as Exhibit B.

9.      Upon the commencement of Delphi's bankruptcy case, DBM placed an administrative hold on a sufficient portion of its prepetition payable to Delphi to protect its right of setoff of the DBM Claim, and sought Delphi's consent to the setoff so a joint motion to approve the setoff could be proposed   A copy of DBM's letter to Delphi advising of the administrative hold is attached as Exhibit C.

10.     While DBM and Delphi have had discussions to resolve this matter, no agreement has been reached, necessitating the subject motion.

## LEGAL BASIS FOR REQUESTED RELIEF

11.     11 U.S.C. §553 preserves any rights of setoff under state law that may exist between a creditor and a debtor.  *See Citizens Bank of Maryland v. Strumpf* 516 U.S. 16, 18 (1995) (holding that 11 U.S.C. §553(a) "provides that, with certain exceptions, whatever right of setoff otherwise exists is preserved in bankruptcy").  This right of setoff is intended to avoid "the absurdity of making A pay B when B owes A."  *Id.* at 18 (1995) (quoting *Studley v. Boylston Nat. Bank,* 229 U.S. 523, 529 (1913)).  11 U.S.C. §553(a) states in pertinent part:

> Except as otherwise provided in this section and in sections 362 and 353 of this title, this title does not affect any right of a creditor to offset a mutual debt owing by such creditor to the debtor that arose before the commencement of the case under this title against a claim of such creditor against the debtor that arose before the commencement of the case…

12.     DBM has a right of setoff under Michigan law.  *In re Bennett Funding Group, Inc.,* 212 B.R. 206, 212 (B.A.P. 2d Cir. 1997) (stating the requirement that a creditor must demonstrate the right to set off exists under applicable nonbankruptcy law).  As stated above, both the DBM Purchase Orders and the Delphi Purchase Orders have a Michigan choice of law. In Michigan, setoff is an equitable right under common law.  *See In re New Haven Foundry, Inc.*, 258 B.R. 646 (Bankr. E.D. Mich. 2002); *see also Mich. Bell Tel. Co. v. Airtouch Cellular, Inc.,*

Case No. 00-7734, 2002 U.S. Dist. LEXIS 6569 *22-23 (E.D. Mich. March 27, 2002)

(acknowledging Michigan common law right to setoff); *Walker v. Farmers Siciliano v. Mueller*,

Case No. 222258, 2001 WL 1699801 (Mich. Ct. App. Dec. 28, 2001);  *Mahesh v. Mills*, 602

N.W. 2d 618, 620 (Mich. Ct. App. 1999) (same).

13.    Michigan has very similar requirements for setoff as those of §553:

(a)    the creditor holds a "claim" against the debtor that arose prepetition;[1]

(b)    the creditor "owes" a debt to the debtor that arose prepetition;

(c)    the claim and the debt are mutual; and

(d)    the claim and the debt are each enforceable and valid.  *See, e.g.,* 5

COLLIER ON BANKRUPTCY at 212; *King v. Fulbright & Jaworski, LLP (In re Koch),* 224

B.R. 572, 576 (Bankr. E.D. Va. 1998); *E. Airlines, Inc.,* Case No. 95-3981, 1997 U.S.

Dist. LEXIS 7380, at *5 (Bankr. S.D.N.Y. 1997).

14.    Here, the four conditions for setoff are clearly satisfied:

(a)    The DBM Claim arose prepetition against Delphi for ducts and resonators

purchased by Delphi prepetition;

(b)    The Delphi Claim arose prepetition for radiators DBM purchased from

Delphi prepetition;

(c)    The DBM Claim and Delphi Claim are mutual, in that they are owed

between the same parties acting in the same capacity.  *See New Haven Foundry,* 258 B.R.

at 648.

---

[1] 11 U.S.C. §101(5) defines "claim" as any "right of payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured…."  The concept of "claim" is intended to encompass virtually any type of obligation reducible to some monetary equivalence.

4

(d)    The DBM Claim and Delphi Claim are enforceable and valid, arising out

of legally binding agreements.    Generally, a claim and debt are both valid and

enforceable for purposes of setoff unless a setoff of such debt would be invalid under

either applicable nonbankruptcy law or applicable provisions of the Bankruptcy Code.

*Collier Bankruptcy Manual* 553.02[4], p. 553-18 (3d ed. 2001).  In this instance, there are

no provisions of the Bankruptcy Code, or any other law, that would make the

contemplated setoff invalid.

15.    Therefore, given the fact that an independent right of setoff exists outside of the

Bankruptcy Code, and the exercise of this right meets all the conditions required for setoffs

preserved under 11 U.S.C. §553, the right of DBM to setoff the DBM Claim against the Delphi

Claim is established.

16.    While the Bankruptcy Code preserves creditors' rights of setoff, the exercise of

such rights is subject to a grant of relief from stay from the Court.  Specifically, the automatic

stays protects against the delineated acts set forth in 11 U.S.C. §362(a), which states, in pertinent

part:

> (a)    Except as provided in subsection (b) of this section, a
> petition filed under section 301, 302, or 3032 of this title, or an
> application filed under section 5(a)(3) of the Securities Investor
> Protection Act of 1970, operates as a stay, applicable to all entities,
> of --

> (7)    the setoff of any debt owing to the debtor that arose before
> the commencement of the case under this title against any claim
> against the debtor . . . .

17.    While the automatic stay is intended to protect a debtor from interference with an

orderly liquidation or rehabilitation, to forestall the depletion of a debtor's assets due to legal

costs in defending legal proceedings against it and to prevent certain creditors from gaining a

preference for their claims against the debtor, "the stay is not meant to be indefinite or absolute,

and in appropriate instances, relief may be granted." *Izzarelli v. Rexent Prods. Co.* (In re Rexene

Prods. Co.), 141 B.R. 574, 576 (Bankr. D. Del. 1992).  11 U.S.C. §362(d)  provides, in pertinent

part, that:

> (d)    On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying or conditioning such stay ---
>
> (1)    for cause, including the lack of adequate protection of an interest in property of such party in interest;
>
> (2)    with respect to a stay of an act against property under subsection (a) of this section, if ---
>
> (A)    the debtor does not have an equity in such property; and
>
> (B)    such property is not necessary to an effect reorganization.

18.    DBM is entitled to relief from stay under 11 U.S.C. §362(d)(1) for cause in order

to set off the DBM Claims pre-petition balance owing from Delphi to DBM under the Delphi

Purchase Orders against the Delphi Claim owed to Delphi under the DBM Purchase Orders.

19.    In the alternative, DBM is entitled to relief from the stay under 11 U.S.C.

§362(d)(2) because Delphi has no equity in the Delphi claim to the extent of DBM's right of

setoff, and it is not necessary to an effective reorganization.

20.    No prior motion for the relief requested herein has been made to this Court or any

other court.

21.    Notice of this Motion has been provided by electronic transmission through the

Court's electronic filing system, overnight delivery or first class mail to chambers, the parties on

the Master Service List and the 2002 List Parties, pursuant to the Case Management Order

entered on October 14, 2005 and as indicated on the Certificate of Service, filed contemporaneously herewith.

22.     Because the legal points and authorities upon which this Motion relies are incorporated herein, DBM respectfully requests that the requirement of the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.

WHEREFORE, DBM respectfully requests the entry an order, substantially in the form attached as Exhibit D, granting DBM relief from the automatic stay to effect the setoff of the DBM Claim against the Delphi Claim, and for such further relief as is proper and just.

Respectfully submitted,

FARBER, PAPPALARDO& CARBONARI

By: Eugene I. Farber
    Eugene I. Farber (8817)
200 East Post Rd.
White Plains, N.Y.  10601
Telephone:  (914) 761-9400
Facsimile:  (914) 261-0747
e-mail:  efarber747@aol.com

-AND-

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:  Judy B. Calton _____
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail:  jcalton@honigman.com

Dated:  November 15, 2005

**Attachment 1**
**Delphi  Accounts Receivable**
**As of October 8, 2005**

| Cust # | Inv # | Inv Date | Prod Parts Amount |
|---|---|---|---|
| GM04400 | 80025441 | 11/6/2003 | 306.36 |
| | 80027827 | 1/7/2004 | 132.3 |
| | 80045156 | 1/14/2005 | 995.29 |
| | 80052986 | 6/20/2005 | 995.29 |
| | 80055948 | 8/30/2005 | 22.31 |
| | 80056100 | 9/1/2005 | 3,373.27 |
| | 80056101 | 9/1/2005 | 803.16 |
| | 80056127 | 9/1/2005 | 620.83 |
| | 80056164 | 9/2/2005 | 3,212.64 |
| | 80056165 | 9/2/2005 | 642.53 |
| | 80056199 | 9/2/2005 | 975.38 |
| | 80056260 | 9/6/2005 | 1,927.58 |
| | 80056261 | 9/6/2005 | 481.9 |
| | 80056277 | 9/6/2005 | 2,619.55 |
| | 80056339 | 9/7/2005 | 3,533.90 |
| | 80056340 | 9/7/2005 | 803.16 |
| | 80056400 | 9/8/2005 | 3,533.90 |
| | 80056401 | 9/8/2005 | 803.16 |
| | 80056408 | 9/8/2005 | 975.38 |
| | 80056433 | 9/8/2005 | 22.31 |
| | 80056451 | 9/9/2005 | 3,533.90 |
| | 80056452 | 9/9/2005 | 803.16 |
| | 80056525 | 9/12/2005 | 803.16 |
| | 80056563 | 9/12/2005 | 1,927.58 |
| | 80056620 | 9/13/2005 | 3,533.90 |
| | 80056621 | 9/13/2005 | 963.79 |
| | 80056691 | 9/14/2005 | 3,533.90 |
| | 80056692 | 9/14/2005 | 803.16 |
| | 80056700 | 9/14/2005 | 620.83 |
| | 80056703 | 9/14/2005 | 1,032.19 |
| | 80056734 | 9/15/2005 | 1,766.95 |
| | 80056735 | 9/15/2005 | 321.26 |
| | 80056811 | 9/16/2005 | 3,533.90 |
| | 80056812 | 9/16/2005 | 963.79 |
| | 80056856 | 9/16/2005 | 1,596.21 |
| | 80056861 | 9/17/2005 | 3,373.27 |
| | 80056862 | 9/17/2005 | 963.79 |
| | 80056864 | 9/16/2005 | 645.12 |
| | 80056894 | 9/19/2005 | 3,212.64 |
| | 80056895 | 9/19/2005 | 642.53 |
| | 80056997 | 9/20/2005 | 3,373.27 |
| | 80056998 | 9/20/2005 | 963.79 |
| | 80057035 | 9/21/2005 | 3,373.27 |
| | 80057036 | 9/21/2005 | 963.79 |
| | 80057076 | 9/21/2005 | 333.12 |
| | 80057140 | 9/22/2005 | 2,248.85 |
| | 80057141 | 9/22/2005 | 642.53 |
| | 80057154 | 9/23/2005 | 333.12 |
| | 80057203 | 9/23/2005 | 2,891.38 |
| | 80057204 | 9/23/2005 | 963.79 |
| | 80057250 | 9/24/2005 | 3,212.64 |
| | 80057252 | 9/24/2005 | 963.79 |
| | 80057296 | 9/26/2005 | 2,409.48 |
| | 80057297 | 9/26/2005 | 963.79 |
| | 80057362 | 9/27/2005 | 3,373.27 |
| | 80057363 | 9/27/2005 | 1,124.42 |
| | 80057438 | 9/28/2005 | 3,212.64 |
| | 80057439 | 9/28/2005 | 1,124.42 |
| | 80057440 | 9/28/2005 | 1,998.72 |
| | 80057507 | 9/29/2005 | 620.83 |
| | 80057509 | 9/29/2005 | 3,373.27 |
| | 80057510 | 9/29/2005 | 1,124.42 |
| | 80057542 | 9/30/2005 | 3,373.27 |
| | 80057543 | 9/30/2005 | 1,124.42 |



EXHIBIT

A

**Delphi  Accounts Receivable**
**As of October 8, 2005**

| Cust # | Inv # | Inv Date | Prod Parts Amount |
|---|---|---|---|
| | 80057587 | 9/30/2005 | 2,193.41 |
| | 80057657 | 10/3/2005 | 2,891.38 |
| | 80057658 | 10/3/2005 | 963.79 |
| | 80057714 | 10/4/2005 | 3,212.64 |
| | 80057715 | 10/4/2005 | 1,124.42 |
| | 80057719 | 10/4/2005 | 1,596.21 |
| | 80057792 | 10/5/2005 | 3,373.27 |
| | 80057793 | 10/5/2005 | 1,124.42 |
| | 80057799 | 10/5/2005 | 22.31 |
| | 80057850 | 10/6/2005 | 1,124.42 |
| | 80057851 | 10/6/2005 | 3,212.64 |
| | 80057873 | 10/7/2005 | 774.14 |
| | 80057915 | 10/7/2005 | 3,373.27 |
| | 80057916 | 10/7/2005 | 1,091.16 |
| | T1015 | 7/26/2005 | |
| | Cust # Total | | 131,519.00 |
| GM04401 | 80038340 | 8/13/2004 | 104.77 |
| | 80039626 | 9/10/2004 | 160.7 |
| | 80048603 | 3/30/2005 | 70.68 |
| | 80055588 | 8/22/2005 | 22 |
| | 80055591 | 8/22/2005 | 1,200.00 |
| | 80056141 | 9/1/2005 | 22,019.37 |
| | 80056217 | 9/2/2005 | 187.2 |
| | 80056294 | 9/6/2005 | 811.2 |
| | 80056351 | 9/7/2005 | 1,979.64 |
| | 80056586 | 9/12/2005 | 2,896.02 |
| | 80056639 | 9/13/2005 | 9,820.08 |
| | 80056657 | 9/14/2005 | 3,608.50 |
| | 80056711 | 9/14/2005 | 1,801.80 |
| | 80056944 | 9/19/2005 | 18,929.98 |
| | 80056946 | 9/19/2005 | 12,433.59 |
| | 80057028 | 9/20/2005 | 374.4 |
| | 80057093 | 9/21/2005 | 873.6 |
| | 80057147 | 9/22/2005 | 4,211.66 |
| | 80057324 | 9/26/2005 | 19,179.80 |
| | 80057379 | 9/27/2005 | 10,032.30 |
| | 80057388 | 9/27/2005 | 526.5 |
| | 80057580 | 9/30/2005 | 1,000.40 |
| | 80057662 | 10/3/2005 | 21,614.54 |
| | 80057733 | 10/4/2005 | 5,463.69 |
| | 80057806 | 10/6/2005 | 55.28 |
| | 80057859 | 10/6/2005 | 1,752.70 |
| | 80058002 | 10/10/2005 | 19,817.50 |
| | 80058012 | 10/10/2005 | 1,347.15 |
| | 80058087 | 10/11/2005 | 7,036.40 |
| | 8033073M | 4/19/2004 | 445.5 |
| | 8035833M | 6/29/2004 | 7.46 |
| | 8045710M | 2/28/2005 | 7.33 |
| | 8046427M | 2/28/2005 | 208.96 |
| | T1055 | 9/23/2005 | |
| | Cust # Total | | 170,000.70 |
| Total Delphi | | | 301,519.70 |

**Attachment 2**
**DBM Technologies, LLC**
**Delphi A/P Balance as of 10/08/05**

| Voucher Invoice | Inv Date | Total Amount |
|---|---|---|
| **BM12906** | **DELPHI Harrison Thermal** | |
| 85307102 | 11/19/2004 | 1,925.00 |
| 86756481 | 8/16/2005 | 50,820.00 |
| 86859723 | 9/1/2005 | 50,820.00 |
| 86859727 | 9/1/2005 | 37,730.00 |
| 86866259 | 9/2/2005 | 50,820.00 |
| 86866260 | 9/3/2005 | 50,820.00 |
| 86879203 | 9/6/2005 | 50,820.00 |
| 86889308 | 9/7/2005 | 50,820.00 |
| 86889311 | 9/7/2005 | 50,820.00 |
| RC176576 | 9/7/2005 | (6,200.00) |
| 86899475 | 9/8/2005 | 50,820.00 |
| 86908218 | 9/9/2005 | 50,820.00 |
| 86908219 | 9/10/2005 | 50,820.00 |
| 86908225 | 9/10/2005 | 50,820.00 |
| 86916610 | 9/12/2005 | 50,820.00 |
| 86927862 | 9/13/2005 | 50,820.00 |
| 86936099 | 9/14/2005 | 50,820.00 |
| 86936102 | 9/14/2005 | 50,820.00 |
| 86943495 | 9/15/2005 | 50,820.00 |
| 86953536 | 9/16/2005 | 50,820.00 |
| 86953537 | 9/17/2005 | 50,820.00 |
| 86953639 | 9/17/2005 | 50,820.00 |
| 86960959 | 9/19/2005 | 50,820.00 |
| 86971958 | 9/20/2005 | 50,820.00 |
| 86980088 | 9/21/2005 | 29,260.00 |
| 86980090 | 9/21/2005 | 50,820.00 |
| 86986463 | 9/22/2005 | 43,505.00 |
| 86986467 | 9/22/2005 | 36,960.00 |
| 86998026 | 9/23/2005 | 50,820.00 |
| 86998342 | 9/24/2005 | 13,860.00 |
| 86998027 | 9/24/2005 | 50,820.00 |
| 86998030 | 9/24/2005 | 24,640.00 |
| 87007002 | 9/26/2005 | 50,820.00 |
| 87011952 | 9/26/2005 | 26,180.00 |
| 87017361 | 9/27/2005 | 50,820.00 |
| 87024364 | 9/28/2005 | 50,820.00 |
| 87024366 | 9/28/2005 | 36,960.00 |
| 87030782 | 9/29/2005 | 50,820.00 |
| 87041583 | 9/29/2005 | 13,860.00 |
| CHRGBK 0905 | 9/29/2005 | (1,059.37) |
| 87042584 | 9/30/2005 | 23,870.00 |
| 87042585 | 10/1/2005 | 38,500.00 |
| 87042588 | 10/1/2005 | 20,020.00 |
| 87050203 | 10/2/2005 | 40,040.00 |


EXHIBIT
B

| | | |
|---|---|---|
| 87063449 | 10/3/2005 | 30,030.00 |
| 87063508 | 10/3/2005 | 50,820.00 |
| 87067025 | 10/4/2005 | 50,820.00 |
| 87073417 | 10/5/2005 | 50,820.00 |
| 87073418 | 10/5/2005 | 50,820.00 |
| RC177204 | 10/5/2005 | (6,640.00) |
| 87080976 | 10/6/2005 | 50,820.00 |
| 87080978 | 10/6/2005 | 50,820.00 |
| 87090002 | 10/7/2005 | 40,810.00 |
| 87090004 | 10/8/2005 | 50,820.00 |
| 87090006 | 10/8/2005 | 50,820.00 |

**Total** 2,273,770.63

**BM12907**    **DELPHI**

| | | |
|---|---|---|
| RC173965 | 4/26/2005 | (14,070.00) |
| 86797633 | 8/23/2005 | 7,035.00 |
| 86857385 | 9/1/2005 | 7,437.00 |
| 86874792 | 9/6/2005 | 7,437.00 |
| 86914557 | 9/12/2005 | 7,437.00 |

**Total** 15,276.00

**Grand Total Payables** 2,289,046.63



Technologies

October 26, 2005

Mr. Everett W. Montgomery, Jr.
Global Commodity Team Manager, Plastic Components
Delphi Automotive Systems
M/C 462-394-104
8750 Hague Rd.
Indianapolis, IN 46256

Dear Mr. Montgomery:

Delphi Automotive Systems ("Delphi") currently owes DBM Technologies LLC, $301,519.70 with respect to our invoices as detailed in Attachment 1 which were issued prior to the filing of Delphi's petition for Bankruptcy protection. DBM currently has Delphi invoices of $2,289,046.63 as detailed in Attachment 2 which were issued prior to the filing of Delphi's petition for Bankruptcy protection and is entitled to set-off or recoupment with respect to such amount. Accordingly, we have placed your pre-petition invoices on administrative hold pending completion of our investigation and filing of our application to the bankruptcy court for relief from the automatic stay to exercise our set-off rights.

In order to avoid unnecessary costs and delays we would like your consent to such set-off and your agreement to prepare a joint motion for approval of such set-off.

Please contact me as soon as possible to inform me whether you are willing to consent to such set-off and join us in our motion for the approval of such set-off.

Sincerely,

DBM Technologies, LLC

By: _____

Its  Vice President Finance, DBM Technologies, LLC

DETROIT.1955455.1



Attachment 1
Delphi Accounts Receivable
As of October 8, 2005

| Cust # | Inv # | Inv Date | Prod Parts Amount |
|--------|-------|----------|-------------------|
| GM04400 | 80025441 | 11/6/2003 | 306.36 |
| | 80027827 | 1/7/2004 | 132.3 |
| | 80045156 | 1/14/2005 | 995.29 |
| | 80052986 | 6/20/2005 | 995.29 |
| | 80055948 | 8/30/2005 | 22.31 |
| | 80056100 | 9/1/2005 | 3,373.27 |
| | 80056101 | 9/1/2005 | 803.16 |
| | 80056127 | 9/1/2005 | 620.83 |
| | 80056164 | 9/2/2005 | 3,212.64 |
| | 80056165 | 9/2/2005 | 642.53 |
| | 80056199 | 9/2/2005 | 975.38 |
| | 80056260 | 9/6/2005 | 1,927.58 |
| | 80056261 | 9/6/2005 | 481.9 |
| | 80056277 | 9/6/2005 | 2,619.55 |
| | 80056339 | 9/7/2005 | 3,533.90 |
| | 80056340 | 9/7/2005 | 803.16 |
| | 80056400 | 9/8/2005 | 3,533.90 |
| | 80056401 | 9/8/2005 | 803.16 |
| | 80056408 | 9/8/2005 | 975.38 |
| | 80056433 | 9/8/2005 | 22.31 |
| | 80056451 | 9/9/2005 | 3,533.90 |
| | 80056452 | 9/9/2005 | 803.16 |
| | 80056525 | 9/12/2005 | 803.16 |
| | 80056563 | 9/12/2005 | 1,927.58 |
| | 80056620 | 9/13/2005 | 3,533.90 |
| | 80056621 | 9/13/2005 | 963.79 |
| | 80056691 | 9/14/2005 | 3,533.90 |
| | 80056692 | 9/14/2005 | 803.16 |
| | 80056700 | 9/14/2005 | 620.83 |
| | 80056703 | 9/14/2005 | 1,032.19 |
| | 80056734 | 9/15/2005 | 1,766.95 |
| | 80056735 | 9/15/2005 | 321.26 |
| | 80056811 | 9/16/2005 | 3,533.90 |
| | 80056812 | 9/16/2005 | 963.79 |
| | 80056856 | 9/16/2005 | 1,596.21 |
| | 80056861 | 9/17/2005 | 3,373.27 |
| | 80056862 | 9/17/2005 | 963.79 |
| | 80056864 | 9/16/2005 | 645.12 |
| | 80056894 | 9/19/2005 | 3,212.64 |
| | 80056895 | 9/19/2005 | 642.53 |
| | 80056997 | 9/20/2005 | 3,373.27 |
| | 80056998 | 9/20/2005 | 963.79 |
| | 80057035 | 9/21/2005 | 3,373.27 |
| | 80057036 | 9/21/2005 | 963.79 |
| | 80057076 | 9/21/2005 | 333.12 |
| | 80057140 | 9/22/2005 | 2,248.85 |
| | 80057141 | 9/22/2005 | 642.53 |
| | 80057154 | 9/23/2005 | 333.12 |
| | 80057203 | 9/23/2005 | 2,891.38 |
| | 80057204 | 9/23/2005 | 963.79 |
| | 80057250 | 9/24/2005 | 3,212.64 |
| | 80057252 | 9/24/2005 | 963.79 |
| | 80057296 | 9/26/2005 | 2,409.48 |
| | 80057297 | 9/26/2005 | 963.79 |
| | 80057362 | 9/27/2005 | 3,373.27 |
| | 80057363 | 9/27/2005 | 1,124.42 |
| | 80057438 | 9/28/2005 | 3,212.64 |
| | 80057439 | 9/28/2005 | 1,124.42 |
| | 80057440 | 9/28/2005 | 1,998.72 |
| | 80057507 | 9/29/2005 | 620.83 |
| | 80057509 | 9/29/2005 | 3,373.27 |
| | 80057510 | 9/29/2005 | 1,124.42 |
| | 80057542 | 9/30/2005 | 3,373.27 |
| | 80057543 | 9/30/2005 | 1,124.42 |
| | 80057587 | 9/30/2005 | 2,193.41 |

Delphi  Accounts Receivable
As of October 8, 2005

| Cust # | Inv # | Inv Date | Prod Parts Amount |
|--------|-------|----------|-------------------|
| | 80057657 | 10/3/2005 | 2,891.38 |
| | 80057658 | 10/3/2005 | 963.79 |
| | 80057714 | 10/4/2005 | 3,212.64 |
| | 80057715 | 10/4/2005 | 1,124.42 |
| | 80057719 | 10/4/2005 | 1,596.21 |
| | 80057792 | 10/5/2005 | 3,373.27 |
| | 80057793 | 10/5/2005 | 1,124.42 |
| | 80057799 | 10/5/2005 | 22.31 |
| | 80057850 | 10/6/2005 | 1,124.42 |
| | 80057851 | 10/6/2005 | 3,212.64 |
| | 80057873 | 10/7/2005 | 774.14 |
| | 80057915 | 10/7/2005 | 3,373.27 |
| | 80057916 | 10/7/2005 | 1,091.16 |
| | T1015 | 7/26/2005 | _____ |
| | | Cust # Total | 131,519.00 |
| GM04401 | 80038340 | 8/13/2004 | 104.77 |
| | 80039626 | 9/10/2004 | 160.7 |
| | 80048603 | 3/30/2005 | 70.68 |
| | 80055588 | 8/22/2005 | 22 |
| | 80055591 | 8/22/2005 | 1,200.00 |
| | 80056141 | 9/1/2005 | 22,019.37 |
| | 80056217 | 9/2/2005 | 187.2 |
| | 80056294 | 9/6/2005 | 811.2 |
| | 80056351 | 9/7/2005 | 1,979.64 |
| | 80056586 | 9/12/2005 | 2,896.02 |
| | 80056639 | 9/13/2005 | 9,820.08 |
| | 80056657 | 9/14/2005 | 3,608.50 |
| | 80056711 | 9/14/2005 | 1,801.80 |
| | 80056944 | 9/19/2005 | 18,929.98 |
| | 80056946 | 9/19/2005 | 12,433.59 |
| | 80057028 | 9/20/2005 | 374.4 |
| | 80057093 | 9/21/2005 | 873.6 |
| | 80057147 | 9/22/2005 | 4,211.66 |
| | 80057324 | 9/26/2005 | 19,179.80 |
| | 80057379 | 9/27/2005 | 10,032.30 |
| | 80057388 | 9/27/2005 | 526.5 |
| | 80057580 | 9/30/2005 | 1,000.40 |
| | 80057662 | 10/3/2005 | 21,614.54 |
| | 80057733 | 10/4/2005 | 5,463.69 |
| | 80057806 | 10/6/2005 | 55.28 |
| | 80057859 | 10/6/2005 | 1,752.70 |
| | 80058002 | 10/10/2005 | 19,817.50 |
| | 80058012 | 10/10/2005 | 1,347.15 |
| | 80058087 | 10/11/2005 | 7,036.40 |
| | 8033073M | 4/19/2004 | 445.5 |
| | 8035833M | 6/29/2004 | 7.46 |
| | 8045710M | 2/28/2005 | 7.33 |
| | 8046427M | 2/28/2005 | 208.96 |
| | T1055 | 9/23/2005 | _____ |
| | | Cust # Total | 170,000.70 |
| Total Delphi | | | 301,519.70 |

Attachment 2
DBM Technologies, LLC
Delphi A/P Balance as of 10/08/05

| Voucher Invoice | Inv Date | Total Amount |
|---|---|---|
| BM12906 | DELPHI Harrison Thermal | |
| 85307102 | 11/19/2004 | 1,925.00 |
| 86756481 | 8/16/2005 | 50,820.00 |
| 86859723 | 9/1/2005 | 50,820.00 |
| 86859727 | 9/1/2005 | 37,730.00 |
| 86866259 | 9/2/2005 | 50,820.00 |
| 86866260 | 9/3/2005 | 50,820.00 |
| 86879203 | 9/6/2005 | 50,820.00 |
| 86889308 | 9/7/2005 | 50,820.00 |
| 86889311 | 9/7/2005 | 50,820.00 |
| RC176576 | 9/7/2005 | (6,200.00) |
| 86899475 | 9/8/2005 | 50,820.00 |
| 86908218 | 9/9/2005 | 50,820.00 |
| 86908219 | 9/10/2005 | 50,820.00 |
| 86908225 | 9/10/2005 | 50,820.00 |
| 86916610 | 9/12/2005 | 50,820.00 |
| 86927862 | 9/13/2005 | 50,820.00 |
| 86936099 | 9/14/2005 | 50,820.00 |
| 86936102 | 9/14/2005 | 50,820.00 |
| 86943495 | 9/15/2005 | 50,820.00 |
| 86953536 | 9/16/2005 | 50,820.00 |
| 86953537 | 9/17/2005 | 50,820.00 |
| 86953639 | 9/17/2005 | 50,820.00 |
| 86960959 | 9/19/2005 | 50,820.00 |
| 86971958 | 9/20/2005 | 50,820.00 |
| 86980088 | 9/21/2005 | 29,260.00 |
| 86980090 | 9/21/2005 | 50,820.00 |
| 86986463 | 9/22/2005 | 43,505.00 |
| 86986467 | 9/22/2005 | 36,960.00 |
| 86998026 | 9/23/2005 | 50,820.00 |
| 86998342 | 9/24/2005 | 13,860.00 |
| 86998027 | 9/24/2005 | 50,820.00 |
| 86998030 | 9/24/2005 | 24,640.00 |
| 87007002 | 9/26/2005 | 50,820.00 |
| 87011952 | 9/26/2005 | 26,180.00 |
| 87017361 | 9/27/2005 | 50,820.00 |
| 87024364 | 9/28/2005 | 50,820.00 |
| 87024366 | 9/28/2005 | 36,960.00 |
| 87030782 | 9/29/2005 | 50,820.00 |
| 87041583 | 9/29/2005 | 13,860.00 |
| CHRGBK 0905 | 9/29/2005 | (1,059.37) |
| 87042584 | 9/30/2005 | 23,870.00 |
| 87042585 | 10/1/2005 | 38,500.00 |
| 87042588 | 10/1/2005 | 20,020.00 |
| 87050203 | 10/2/2005 | 40,040.00 |

| | | |
|---|---|---|
| 87063449 | 10/3/2005 | 30,030.00 |
| 87063508 | 10/3/2005 | 50,820.00 |
| 87067025 | 10/4/2005 | 50,820.00 |
| 87073417 | 10/5/2005 | 50,820.00 |
| 87073418 | 10/5/2005 | 50,820.00 |
| RC177204 | 10/5/2005 | (6,640.00) |
| 87080976 | 10/6/2005 | 50,820.00 |
| 87080978 | 10/6/2005 | 50,820.00 |
| 87090002 | 10/7/2005 | 40,810.00 |
| 87090004 | 10/8/2005 | 50,820.00 |
| 87090006 | 10/8/2005 | 50,820.00 |

**Total**                          2,273,770.63

**BM12907**          **DELPHI**

| | | |
|---|---|---|
| RC173965 | 4/26/2005 | (14,070.00) |
| 86797633 | 8/23/2005 | 7,035.00 |
| 86857385 | 9/1/2005 | 7,437.00 |
| 86874792 | 9/6/2005 | 7,437.00 |
| 86914557 | 9/12/2005 | 7,437.00 |

**Total**                          15,276.00

**Grand Total Payables**          2,289,046.63

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                              :
            In re                             :          Chapter 11
                                              :
**DELPHI CORPORATION et al.,**                :          Case No. 05-44481 (RDD)
                                              :
            Debtors.                          :          (Jointly Administered)
                                              :
-----------------------------------------------------------------x

### ORDER GRANTING DBM TECHNOLOGIES, LLC FOR RELIEF FROM STAY TO EFFECT SETOFF

This matter having come on to be considered upon the Motion by DBM Technologies, LLC For Relief From Stay To Effect Setoff (the "Motion"), filed by DBM Technologies, LLC ("DMB"), under 11 U.S.C. §362 and 11 U.S.C. §553; it appearing proper and adequate notice of the Motion has been given and no other or further notice is necessary; and after due deliberation therein; and all capitalized terms not defined herein having the meaning ascribed to them in the Motion and the Court having determined that cause exists for the relief requested in the Motion;

IT IS HEREBY ORDERED that:

1.       The Motion is granted.

2.       DBM is granted relief from the automatic stay in the bankruptcy case of Debtor Delphi Corporation to effect the setoff of the DBM Claim in the amount of $301,519.70 against the Delphi Claim.

3.       The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.



Dated: _____
        New York, New York

                                        _____
                                        UNITED STATES BANKRUPTCY JUDGE

DETROIT.2004486.1

2

Certificate of Service

The undersigned hereby certifies and declares that she served copies as follows:

1.  Documents Served:          Notice of Motion and Motion For Relief  From Stay to
                               Effect Setoff

2.  Served Upon:               See attached Master Service List

3.  Method of Service:         Federal Express Overnight Mail

4.  Date Served:               November 15, 2005

                               By:  /s/ JoAnn Mendola
                                        JoAnn Mendola
                               Assistant to Eugene I. Farber
                               Farber Pappalardo & Carbonari
                               200 East Post Road
                               White Plains, NY  10601

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | One Plastics Avenue | | Pittsfield | MA | 01201 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | | 212-270-5484 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

11/14/2005 10:56 AM
Master Service List 051114

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 212-735-8603 | 917-522-3103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-848-4000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

11/14/2005 10:56 AM
Master Service List 051114

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 212-319-8500 | 212-319-8505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

11/14/2005 10:56 AM
Master Service List 051114