Eugene I. Farber (8817)
FARBER, PAPPALARDO & CARBONARI
200 East Post Rd.
White Plains, N.Y. 10601
Telephone: (914) 761-9400
Facsimile: (914) 261-0747
e-mail: efarber747@aol.com

-and-

Judy B. Calton
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7344
Facsimile: (313) 465-7345
e-mail: jcalton@honigman.com

Attorneys for DBM Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
   In re                                    :     Chapter 11
                                            :
**DELPHI CORPORATION et al.,**              :     Case No. 05-44481 (RDD)
                                            :
          Debtors.                          :     (Jointly Administered)
                                            :
---------------------------------------------------------------x

**NOTICE OF MOTION BY DBM TECHNOLOGIES, LLC FOR**
**RELIEF FROM STAY TO EFFECT SETOFF**

DBM TECHNOLOGIES, LLC ("DBM"), by its attorneys, Farber, Pappalardo & Carbonari, and Honigman Miller Schwartz and Cohn LLP, has filed papers with this Court for relief from the stay to effect setoff, for preliminary hearing on the Omnibus Hearing Date scheduled for November 29, 2005, at 10:00 am.

Pursuant to the Case Management Order, objections must be filed by November 25, 2005.

Respectfully submitted,

FARBER, PAPPALARDO& CARBONARI

By: <u>Eugene I. Farber</u>
    Eugene I. Farber (8817)
200 East Post Rd.
White Plains, N.Y.  10601
Telephone:  (914) 761-9400
Facsimile:   (914) 261-0747
e-mail:  efarber747@aol.com

-AND-

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By:  <u>Judy B. Calton</u>  _____
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail:  jcalton@honigman.com

Dated:  November 15, 2005

DETROIT.2004464.1