UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11 Case No.
                                                              :
DELPHI CORPORATION, et al.,                                   :   05-44481 (RDD)
                                                              :
        Debtors.                                              :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x
```

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Thomas M. Gaa, a member in good standing of the bar in the State of California, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent VERITAS Software Corporation and/or other parties in interest in the above-referenced Chapter 11 proceeding.

My mailing address is:   BIALSON, BERGEN & SCHWAB
                         2600 El Camino Real, Suite 300
                         Palo Alto, CA 94306

My telephone number is:  (650) 857-9500

My e-mail address is:    tgaa@bbslaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: November 15, 2005

    Palo Alto, California

                                                     /s/ Thomas M. Gaa

Thomas M. Gaa, Esq. (TG1041)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California  94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738
Email: tgaa@bbslaw.com