PILLSBURY WINTHROP SHAW PITTMAN LLP
Mark D. Houle (194861)
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
Telephone: (714) 436-6800
Facsimile:  (714) 436-2800

*Attorneys for Clarion Corporation of America*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, ET AL., | Chapter 11 |
| Debtors. | Jointly Administered |

### MOTION FOR ADMISSION OF MARK D. HOULE TO PRACTICE, *PRO HAC VICE*

Karen B. Dine, a member in good standing of the bar of the State of New York, an attorney admitted to Practice before the United States District Court for the Southern District of New York, and a Partner of Pillsbury Winthrop Shaw Pittman LLP, hereby moves the court to enter an order permitting Mark D. Houle, a member of Pillsbury Winthrop Shaw Pittman LLP and a member in good standing of the bar in the State of California to be admitted, *pro hac vice*, before the Honorable Robert D. Drain in the above referenced Chapter 11 cases.

Mailing Address is as follows:

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
Telephone: (714) 436-6800
Facsimile:  (714) 436-2800
E-mail:  mark.houle@pillsburylaw.com

A fee of $25.00 will be paid upon approval by this Court admitting Mark D. Houle to practice *pro hac vice*.

DATED: November 9, 2005

/s/ Karen B. Dine
Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039
Tel: (212) 858-1000
Fax: (212) 858-1500

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, ET AL., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**ORDER GRANTING MOTION FOR ADMISSION OF MARK D. HOULE
TO PRACTICE, *PRO HAC VICE***

Upon the Motion of Karen B. Dine for the admission *pro hac vice* of Mark D. Houle, represented to be a member in good standing of the bar in the State of California, and the Court having found that Mark D. Houle is seeking admission to represent Clarion Corporation of America, in the above referenced chapter 11 cases.

ORDERED, that Mark D. Houle, is admitted to practice, *pro hac vice*, in the above referenced chapter 11 cases, in the United States Bankruptcy Court, Southern District of New York, subject of payment of the filing fee.

Honorable Robert D. Drain
United States Bankruptcy Judge