Tessier Machine, Co.
Reclamation Claims (Court Docket #0021)
Tessier's Claim Number is #440



| Delphi PO # | Part Number | Packing Slip/Invoice # | Date of Shipment | Quantity Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 700367 | V504124 | 13001 | 9/13/2005 | 10 | $112.00 | $1,120.00 |
| 700366 | 4339510 | 13002 | 9/13/2005 | 20 | 36.00 | 720.00 |
| 700144 | 4339517 | 13003 | 9/13/2005 | 24 | 20.00 | 500.00 |
| 700388 | V503320 | 13087 | 9/20/2005 | 50 | 3.56 | 178.00 |
| 700519 | 4330774 | 13088 | 9/21/2005 | 2 | 23.60 | 47.20 |
| 700519 | 4332797 | 13088 | 9/21/2005 | 10 | 78.00 | 780.00 |
| 700460 | V503144 | 13096 | 9/26/2005 | 3 | 26.75 | 80.25 |
| 700460 | V503332 | 13096 | 9/26/2005 | 30 | 12.40 | 372.00 |
| 700460 | V504102 | 13096 | 9/26/2005 | 5 | 17.85 | 89.25 |
| 700445 | V503552 | 13099 | 9/27/2005 | 100 | 3.95 | 395.00 |
| 700445 | V503510 | 13099 | 9/27/2005 | 20 | 49.00 | 980.00 |
| 700445 | V503511 | 13099 | 9/27/2005 | 20 | 49.00 | 980.00 |
| 700425 | 4318267 | 13101 | 9/28/2005 | 50 | 14.90 | 745.00 |
| 700377 | V500827 | 13114 | 9/30/2005 | 200 | 3.90 | 780.00 |
| 700388 | V500837 | 13115 | 9/30/2005 | 12 | 83.00 | 996.00 |
| 700446 | 4324003 | 13116 | 9/30/2005 | 10 | 91.00 | 910.00 |
| 700367 | V504124 | 13117 | 9/30/2005 | 10 | 112.00 | 1,120.00 |
| 700425 | V503269 | 13118 | 9/30/2005 | 40 | 22.05 | 882.00 |
| 700445 | V503568 | 13119 | 9/30/2005 | 50 | 6.84 | 342.00 |
| 700480 | 4343644 | 13120 | 10/3/2005 | 8 | 36.75 | 294.00 |
| 700372 | 4332255 | 13121 | 10/3/2005 | 20 | 53.10 | 1,062.00 |
| 700144 | V503773 | 13122 | 10/3/2005 | 25 | 23.00 | 575.00 |
| 700118 | 4333869 | 13124 | 10/4/2005 | 15 | 245.00 | 3,675.00 |
| 700446 | V503549 | 13159 | 10/11/2005 | 15 | 48.00 | 720.00 |
| Data Request 440 | | | | | 1,171.65 | 18,342.70 |

Tessier Machine Co.
526 Main Street
Hudson, MA 01749

RETURN RECEIPT REQUESTED

7004 2890 0003 6972 0414

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

CERTIFIED MAIL

UNITED STATES POSTAL SERVICE
9264
10004

U.S. POSTAGE
PAID
SOUTHBOROUGH, MA
NOV 07/'05
AMOUNT
$4.42
0002537-10