Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Scott J. Friedman (SF 5778)

and

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
David G. Heiman, Esq.
Michelle M. Harner, Esq.

Counsel to WL Ross & Co. LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | Jointly Administered |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND PAPERS**

PLEASE TAKE NOTICE that WL Ross & Co. LLC ("Ross") hereby enters its appearance by and through its counsel, Jones Day, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and such counsel hereby requests that copies of all notices and pleadings given or filed in these cases be given and served upon the persons listed below at the following addresses and numbers:

CHI-1506300v2

>Oscar Iglesias
>WL Ross & Co. LLC
>600 Lexington Avenue
>19th Floor
>New York, NY  10022
>Telephone:  (212) 826-1100
>Facsimile:  (212) 317-4893
>Email:  oiglesias@wlross.com
>
>and
>
>Scott J. Friedman, Esq.
>Jones Day
>222 East 41st Street
>New York, New York 10017
>Telephone: (212) 326-3939
>Facsimile: (212) 755-7306
>Email:  sjfriedman@jonesday.com
>
>and
>
>David G. Heiman, Esq.
>Michelle M. Harner, Esq.
>North Point
>901 Lakeside Avenue
>Cleveland, Ohio 44114
>Telephone: (216) 586-3939
>Facsimile: (216) 579-0212
>Email:  dgheiman@jonesday.com
>          mmharner@jonesday.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings herein.

This notice and request are not, and shall not be deemed, consent to jurisdiction or venue of any type, or a waiver of any right, by Ross.

Dated:  November 15, 2005

/s/ Scott J. Friedman
Scott J. Friedman (SF 5778)
Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

David G. Heiman, Esq.
Michelle M. Harner, Esq.
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

Counsel to WL Ross & Co. LLC