# LETSON, GRIFFITH, WOODALL, LAVELLE & ROSENBERG CO., L.P.A.
## ATTORNEYS AT LAW
155 SOUTH PARK AVENUE • P.O. Box 151 • WARREN, OHIO 44482-0151
PHONE: 330-373-1035 OR 330-392-3300
FAX: 330-392-5419
INTERNET: www.lgwlr.com
E-MAIL: clavelle@lgwlr.com

W. DALLAS WOODALL
EDWARD L. LAVELLE
MICHAEL W. ROSENBERG
MARK E. BUMSTEAD
LYNN B. GRIFFITH, III

LYNN B. GRIFFITH, SR.
(1886 - 1978)
BERNARD W. ROSENBERG
(1908 - 1981)
THOMAS C.B. LETSON
(1928 - 2004)

November 8, 2005

Clerk
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

    RE:   In re Delphi Corporation
            Chapter 11
            Case No. 05-44481 (RDD)

Dear Clerk:

    Enclosed please find our firm's Affidavit of Ordinary Course Professional to be filed in the above captioned matter pursuant to court order.

    Please return a time-stamped copy of this affidavit to me in the enclosed self-addressed, stamped envelope.

    A copy of this Affidavit has been sent to the following:

> General Counsel
> Delphi Corporation
> 5725 Delphi Drive
> Troy, Michigan 48098
>
> John Wm. Butler, Jr., Esq.
> Skadden, Arps, Slate, Meagher & Flom
> 333 West Wacker Dr., Ste. 2100
> Chicago, Illinois 60606
>
> Alicia M. Leonhard, Esq.
> U.S. Trustee
> 33 Whitehall Street, Suite 2100
> New York, New York 10044


RECEIVED NOV 10 2005 U.S. BANKRUPTCY COURT SO. DIST OF NEW YORK

Clerk
Page 2
November 8, 2005

        Mark A. Broude, Esq.
        Latham & Watkins
        885 Third Avenue
        New York, New York 10022

        Marissa Wesley, Esq.
        Simpson Thacher & Bartlett LLP
        425 Lexington Avenue
        New York, New York 10017

        Marlane Melican, Esq.
        Davis Polk & Wardell
        450 Lexington Avenue
        New York, New York 10017

Thank you for your cooperation.

        Very truly yours,

        Edward D. Lavelle

mc
enclosure

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 |
| ) | |
| Debtors. ) | (Jointly Administered) |

## AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL[1]

STATE OF OHIO        )
                     )  SS
COUNTY OF TRUMBULL  )

Edward L. Lavelle, being duly sworn, deposes and says:

1. I am a principal of Letson, Griffith, Woodall, Lavelle & Rosenberg Co., L.P.A. ("Letson, Griffith") which firm maintains offices at 155 South Park Avenue, Suite 250, Warren, Ohio 44482-0151.

2. Neither I, Letson, Griffith, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

---

[1] Only applicable to attorneys rendering legal services to the Debtors.



3. Letson, Griffith has represented and advised the Debtors in legal matters with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Letson, Griffith has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Letson, Griffith proposes, to render the following services to the Debtors: defending workers' compensation claims both administratively and in court.

5. Letson, Griffith's current fees arrangement is $120.00 per hour for attorneys and $50.00 per hour for paralegals.

6. Except as set forth herein, no promises have been received by Letson, Griffith or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Letson, Griffith has no agreement with any entity to share with such entity any compensation received by Letson, Griffith.

8. Letson, Griffith and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Letson, Griffith does not

and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Letson, Griffith, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Letson, Griffith is to be engaged.

10. The foregoing constitutes the statement of Letson, Griffith pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Edward L. Lavelle

Subscribed and sworn before me
this _8th_ day of November, 2005.

Notary Public

TYRE H. GRIFFITH, Attorney at Law
Notary Public, State of Ohio
My Commission has no Expiration Date
Section 147.03 ORC

3.