UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
:
In re                                   :    Chapter 11
:
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
:
                              Debtors.  :    (Jointly Administered)
:
---------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF KENT       )

    Bernadine Kloska, being duly sworn, deposes and says that on the 10th day of November, 2005 she served a copy of the **Affidavit of Legal Ordinary Course Professional** by First-Class mail, postage prepaid and addressed to them at their respective business addresses as follows:

General Counsel
(for Debtors)
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive – suite 2100
Chicago, IL 60606
(Attorneys for Debtors)

Alicia M. Leonhard, Esq.
United States Trustee
U. S. Department of Justice
33 Whitehall Street, Suite 2100
New York, NY 10044

Mark A. Broude, Esq.
(for Creditors' Committee)
Latham & Watkins
885 Third Avenue
New York, NY 10022

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(Attorney for Agent under Debtors' Prepetition Credit Facility)

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(Attorney for Agent under Debtors' Postpetition Credit Facility)

Further affiant sayeth not.

_____
Bernadine Kloska

Subscribed and sworn before me
this 10th day of November, 2005.

_____
Kendra J. Mass
Notary Public for
Barry County, Michigan.
Acting in Kent County, Michigan.
My commission expires: 1/6/06

GR01\85956.1
ID\JAF