# OFFICE OF THE CHAPTER 13 TRUSTEE
## MIDDLE DISTRICT OF GEORGIA
## MACON & ATHENS DIVISIONS
### 111 THIRD STREET
### MACON, GA 31201

| **Mail Correspondence to:** | **TELEPHONE (478) 742-8706** | **Mail Payments to:** |
|---|---|---|
| P.O. Box 954 | IN GA (800) 522-0601 | P.O. Box 403327 |
| Macon, GA 31202 | FAX (478) 746-4488 | Atlanta, GA 30384-3327 |

November 3, 2005

Re:  Case No. 04-44481-RDD
     Chapter 11
     Delphi Corporation

To Whom It May Concern:

   Please note that you are mailing correspondence to our lockbox address.  The address to mail correspondence is **Office of the Chapter 13 Trustee, P.O. Box 954, Macon, Georgia 31202**.  Please adjust your records accordingly.

Sincerely,

CAMILLE HOPE, TRUSTEE

/kb



CLAIMS PROCESSING CENTER
USBC, SDNY          1