UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:                                                          Chapter 11

    DELPHI CORPORATION, et al.,                    Case No. 05-44481 (RDD)

                  Debtors.                        (Jointly Administered)

### AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                       ) ss.
COUNTY OF DANE        )

    I, Julie A. Young, being first duly sworn, on oath deposes and states that I am an employee of DeWitt Ross & Stevens S.C., and that on the 10th day of November 2005, I caused to be served by U.S. first-class mail, a true and correct copy of the **Affidavit of Legal Ordinary Course Professional** upon the following parties:

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Attorney John W. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10044

Creditors' Committee
Attn: Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 1002

Simpson Thacher & Bartlett, LLP
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

Subscribed and sworn to before
me this 10th day of November, 2005

_____
Denis P. Bartell
Notary Public, State of Wisconsin.
My commission is permanent.

Julie A. Young