UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELPHI CORPORATION, et al.,

In Re: Case No.: 05-44481 (RRD)

Debtor.
_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Victor J. Mastromarco, Jr., a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent H.E. SERVICES COMPANY and ROBERT BACKIE, creditors in the above referenced case.

My address is 1024 N. Michigan Avenue, P.O. Box 3197, Saginaw, Michigan 48605-3197, e-mail address is vmastromar@aol.com; telephone number is (989) 752-1414.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: November 3, 2005

Respectfully submitted,

MASTROMARCO & JAHN, P.C.

/s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)

### ORDER

**ORDERED,**
that Victor J. Mastromarco, Jr., Esq., is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____

New York, New York            /s/_____
                              UNITED STATES BANKRUPTCY JUDGE