UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

DELPHI CORPORATION, et al.,

          Debtor.

In Re: Case No.: 05-44481 (RRD)

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Victor J. Mastromarco, Jr., a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent CINDIE PALMER, a creditor in the above referenced case.

My address is 1024 N. Michigan Avenue, P.O. Box 3197, Saginaw, Michigan 48605-3197, e-mail address is vmastromar@aol.com; telephone number is (989) 752-1414.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice.***

Dated: November 3, 2005

                                          Respectfully submitted,

                                          MASTROMARCO & JAHN, P.C.

                                          /s/ Victor J. Mastromarco, Jr.
                                          Victor J. Mastromarco, Jr. (P34564)

## ORDER

**ORDERED,**
that Victor J. Mastromarco, Jr., Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____

    New York, New York                 /s/_____
                                               UNITED STATES BANKRUPTCY JUDGE