UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION,

        Debtor,

CASE NO.: 05-44481-rdd
CHAPTER 11

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Paul S. Groschadl, a member in good standing of the bar in the State of New York, or of the bar of the U.S. District Court for the Western District of New York, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Macauto USA, Inc., a creditor in the above referenced case.

| | | |
|---|---|---|
| My: | Address is: | Woods Oviatt Gilman LLP<br>700 Crossroads Building<br>2 State Street<br>Rochester, New York 14614 |
| | E-Mail is: | pgroschadl@woodsoviatt.com |
| | Telephone No. is: | (585) 987-2800 |

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 11, 2005
       Rochester, New York 14614

_____
Paul S. Groschadl

## ORDER

**ORDERED**, that Paul S. Groschadl, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date: November ___, 2005
     New York, New York

_____
HON. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

{640829:}