UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                      :
                                                            :    Chapter 7
ROBERT GORDON ABRAMSON,                                     :    Case No.  05-46891 (SMB)
                                                            :
                        Debtor.                             :
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jay L. Lubetkin, a member in good standing of the bar in the State of New Jersey, and the U.S. District Court for the District of New Jersey, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein to represent the Debtor in the above-referenced case.

My address is Jay L. Lubetkin, Esq., Booker, Rabinowitz, Trenk, Lubetkin, Tully, DiPasquale & Webster, P.C., 100 Executive Drive, Suite 100, West Orange, New Jersey 07052l; e-mail address is jlubetkin@brtlawfirm.com; telephone number is (973) 243-8600.

I agree to pay the fee of $25.00 which payment I am upon approval of this Court admitting me to practice ***pro hac vice***.

                                   Respectfully Submitted,


Dated: November 10, 2005           /s/ Jay L. Lubetkin
                                   Jay L. Lubetkin (JL6473)
                                   BOOKER, RABINOWITZ, TRENK, LUBETKIN,
                                     TULLY, DIPASQUALE & WEBSTER, P.C.
                                   100 Executive Drive, Suite 100
                                   West Orange, NJ 07052
                                   Phone: (973) 243-8600
                                   Fax:    (973) 243-8677
                                   E-Mail:  jlubetkin@brtlawfirm.com