UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                                                    :
                                                                                 :          Chapter 7
ROBERT GORDON ABRAMSON,                          :          Case No. 05-46891 (SMB)
                                                                                 :
                                   Debtor.                        :
-----------------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Jay L Lubetkin, a member in good standing of the bar of the State of New Jersey and U.S. District Court for the District of New Jersey, having requested admission, *pro hac vice*, to represent Robert G. Abramson, the Debtor, in the above-referenced case.

**ORDERED**, that Jay L. Lubetkin, Esq. is admitted to practice, ***pro hac vice,*** in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November ___, 2005
            New York, New York

_____
HONORABLE STUART M. BERNSTEIN
CHIEF UNITED STATES BANKRUPTCY JUDGE

F:\WPDOCS\A - M\Abramson, R\Pro Hac Vice - Order.doc