UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re                                              . Chapter 11
                                                   .
DELPHI CORPORATION, et al.,                        . Case No.: 05-44481(RDD)
                                                   .
                                                   . (Jointly Administered)
                                                   .
                        Debtors.                   .
                                                   .
------------------------------------------------------------X

## PROOF OF SERVICE

STATE OF MICHIGAN       )
                        )ss:
COUNTY OF WAYNE         )

       MARGARET WELCH, being first duly sworn, deposes and states that on November 10, 2005 she did serve a copy of the Affidavit of Legal Ordinary Course Professional and this Proof of Service upon:

| | | |
|---|---|---|
| Debtors-Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098 | John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>333 West Wacker Drive, Ste. 2100<br>Chicago, IL 60606 | Alicia M. Leonhard, Esq.<br>U.S. Trustee<br>33 Whitehall Street, Ste. 2100<br>New York, NY 10044 |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Ave.<br>New York, NY 10022 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Ave.<br>New York, NY 10017 | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett, LLP<br>425 Lexington Avenue<br>New York, NY 10017 |

by placing said documents into envelopes addressed to the above listed individuals, postage fully prepaid thereon, and depositing said envelopes in the U.S. Mail receptacle in Detroit, Michigan.

_/s/ Margaret Welch_
Margaret Welch

Subscribed to and sworn to this 10th day
November, 2005.

_/s/ Mary K. Rutkowski_
Mary K. Rutkowski, Notary Public
County of Macomb, State of Michigan
Acting in the County of Wayne
My Commission Expires: 11-24-2011
F:\DOCUMENT\Ciara Systems\Delphi Bankruptcy\Proof of Service.doc