CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
*pro hac vice* admission pending
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Robert D. Gordon, a member in good standing of the bar in the State of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ATS Automation Tooling Systems Inc., in the above-referenced case. My address is Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226-3435; my e-mail address is rgordon@clarkhill.com; and my telephone number is (313) 965-8572.

I have submitted the required $25.00 fee for *pro hac vice* admission to the Clerk of the Court concurrently with filing this Motion.

                CLARK HILL PLC

                By:_____
                  Robert D. Gordon (Mich. Bar No. P48627)
                500 Woodward Avenue, Suite 3500
                Detroit, Michigan 48226-3435
                (313) 965-8300

Dated: November 10, 2005

5202289v.1 25743/103154