**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |
| ) | |

# ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

Robert D. Gordon, a member in good standing of the bar in the State of Michigan, having requested admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent ATS Automation Tooling Systems Inc., in the above-referenced case; it is hereby

**ORDERED** that Robert D. Gordon is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the admission fee.

Dated:_____        _____
                                                                                    UNITED STATES BANKRUPTCY JUDGE

5202292v.1 25743/103154