UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                            :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et at, | : | |
| | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE RELATING TO LEAD PLAINTIFFS' MOTION FOR A LIMITED MODIFICATION OF THE AUTOMATIC STAY

**I, La Asia Canty**, certify as follows:

I am a legal assistant employed by the law firm of Lowenstein Sandler PC, Bankruptcy counsel to Lead Plaintiffs and the Prospective Class, in the above captioned matter.

1.      On November 15, 2005, I caused to be served a copy of the *Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay* by First Class US Mail upon the parties set forth on the Annexed Exhibit A.

2.      On November 15, 2005, I caused to be served a copy of the *Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay* by Federal Express upon the parties set forth on the Annexed Exhibit B.

3.      On November 15, 2005, I caused to be served a copy of the *Lead Plaintiffs' Motion for a Limited Modification of the Automatic Stay* by electronic mail upon the parties set forth on the Annexed Exhibit C.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 15, 2005

/s/    *La Asia Canty*
La Asia Canty, Paralegal
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
Telephone:  (973) 597-2500
Facsimile:  (973) 597-2400

*Bankruptcy Counsel for Lead
Plaintiffs and the Prospective Class*

## EXHIBIT A

David G. Heiman, Esq.
Michelle M. Harner, Esq.
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael L. Schein, Esq.
Mintz, Levin, Cohn, Ferris, et al.
666 Third Avenue
New York, NY 10017

James M. Sullivan, Esq.
Stephen B. Selbst, Esq.
McDermott, Will & Emery
50 Rockefeller Center
New York, NY 10020

Bonnie Glantz Fatell, Esq.
Blank Rome LLP
1201 North Market Street , Suite 800
Wilmington, DE 19801

John Persiani, Esq.
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202-3172

Ilan Markus, Esq.
c/o W. Joe Wilson, Barnes Group Inc.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, CT 06510-1910

J. Michael Debbeler, Esq.
Susan Argo, Esq.
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Dion W. Hayes, Esq.
McGuireWoods LLP
901 East Cary Street
Richmond, VA 23219-4030

Charles P. Schulman, Esq.
Sachnoff & Weaver, Ltd.
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Aaron R. Cahn, Esq.
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Ralph E. McDowell, Esq.
Bodman LLP
Renaissance Center
34th Floor
Detroit, MI 48234

Kenneth A. Reynolds, Esq.
Scott Madelup, Esq.
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Kenneth A. Reynolds, Esq.
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

William F. Savino, Esq.
Damon & Morey, LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202

Thomas J. Schank, Esq.
Hunter & Schank Co. LPA
1700 Canton Avenue
Toledo, OH 43624

Hanan B. Kolko, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway , Suite 501
New York, NY 10018

Mark R. Somerstein, Esq.
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Microsoft Corporation & Microsoft Licensing, GP
c/o Joseph E. Shickich, Jr., Esq.
Riddell Williams P.S.
1001 4th Ave., Ste 4500
Seattle, WA 98154-1192

William M. Hawkins, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Penn Aluminum International, Inc.
c/o FagelHaber, LLC
Attn: Gary E. Green, Esq.
Fagel Haber, LLC
55 East Monroe Street , 40th Floor
Chicago, IL 60603

Andrew Howard Sherman, Esq.
Sills Cummis Epstein & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112

Wallace A. Showman, Esq.
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Stuart F. Cheney, Esq.
Peter Janovsky, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022

Peter Alan Zisser, Esq.
Holland & Knight, LLP
195 Broadway
New York, NY 10007

Richard L. Ferrell, Esq.
Taft, Stettinius & Hollister, LLP
425 Walnut Street
1800 Firstar Tower
Cincinnati, OH 45202

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue, 19th Floor
New York, NY  10022

Jonathan P. Guy, Esq.
Swidler Berlin LLP
3000 K Streen, NW, Suite 300
Washington, DC 20007

Daniel P. Mazo, Esq.
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

Geoffrey A. Richards, Esq.
200 East Randolph Drive
Chicago, IL 60601

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt
& Mosle LLP
101 Park Avenue
New York, NY 10178

Calsonic Kansei North America, Inc.
c/o Austin L. McMullen, Esq.
Boult Cummings Conners Berry, PLC
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203

Deborah M. Buell, Esq.
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Alan K. Mills, Esq.
Barnes & Thornburg, LLP
11 South Meridian Street
Indianapolis, IN 46204

Scott R. Goldberg, Esq.
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

William J. Barrett, Esq.
Barack Ferrazzano Kirschbaum
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

Thomas M. Gaa, Esq.
Bialson Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Timothy A. Fusco, Esq.
Miller, Canfield, Paddock & Stone, PLC
150 W. Jefferson , Suite 2500
Detroit, MI 48226

John T. Gregg, Esq.
Barnes & Thornburg, LLP
300 Ottawa Avenue, N.W.
Suite 500
Grand Rapids, MI 49503

Darryl S. Laddin, Esq.
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

**Armada Rubber**
**Manufacturing Company**
**c/o Patrick E. Mears, Esq.**
**300 Ottawa Ave, N.W., Suite 500**
**Grand Rapids, Michigan 49503**

**Patrick E. Mears, Esq.**
**Barnes & Thornburg LLP**
**300 Ottawa Avenue, NW,**
**Suite 500**
**Grand Rapids, MI 49503**

**Sandra A. Riemer, Esq.**
**Phillips Nizer LLP**
**666 Fifth Avenue**
**New York, NY 10103-0084**

**Jeannette Eisan Hinshaw, Esq.**
**Bose McKinney & Evans, LLP**
**135 N. Pennsylvania Street, Suite 2700**
**Indianapolis, IN 46204**

**Lowell Peterson, Esq.**
**Meyer, Suozzi, English & Klein**
**1350 Broadway, Suite 501**
**New York, NY 10018**

**Michael G. Cruse, Esq.**
**Warner Norcross & Judd, LLP**
**2000 Town Center , Suite 2700**
**Southfield, MI 48075**

**Andrew C. Kassner, Esq.**
**Drinker Biddle & Reath LLP**
**One Logan Square**
**18th & Cherry Streets**
**Philadelphia, PA 19103-6996**

**Madison L. Cashman, Esq.**
**Stites & Harbison, PLLC**
**424 Church Street**
**Suite 1800**
**Nashville, TN 37219**

**Brian D. Spector, Esq.**
**Spector & Ehrenworth, P.C.**
**30 Columbia Turnpike**
**Florham Park, NJ 07932-2261**

**David B. Aaronson, Esq.**
**Drinker Biddle & Reath, LLP**
**One Logan Square**
**18th & Cherry Streets**
**Philadelphia, PA 19103**

**Steve Kieselstein, Esq.**
**Kieselstein LawFirm, PLLC**
**43 British American Boulevard**
**Latham, NY 12110**

**Charles J. Filardi, Jr., Esq.**
**Pepe & Hazard LLP**
**30 Jelliff Lane**
**Southport, CT 06890-1436**

John S. Mairo, Esq.
Porzio Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe, LLP
666 Fifth Avenue
New York, NY 10103

Lawrence J. Kotler, Esq.
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA 19103

Robert Usadi, Esq.
Cahill Gordon & Reindel
80 Pine Street
New York, NY 10005

W. Robinson Beard, Esq.
Stites & Harbison
400 W. Market Street
Suite 1800
Louisville, KY 40202

James M. Sullivan, Esq.
McDermott, Will & Emery
50 Rockefeller Center
New York, NY 10020

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2100
P.O. Box 198966
Nashville, TN 37219-8966

Andrea Sheehan, Esq.
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue
New York, NY 10017

Jennifer L. Adamy, Esq.
Shipman & Goodwin, LLP
One Constitution Plaza
Hartford, CT 06103-1919

Sam O. Simmerman, Esq.
Krugliak, Wilkins, Griffiths
& Dougherty Co., L.P.A.
4775 Munson Street NW
Canton, OH 44718

William Heuer, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178-0060

**Mark A. Shaiken, Esq.**
**Stinson Morrison Hecker, LLP**
**1201 Walnut Street, Suite 2700**
**Kansas City, MO 64106**

**Thomas P. Sarb, Esq.**
**Miller Johnson**
**250 Monroe Ave., NW**
**Suite 800**
**Grand Rapids, MI 49503**

**Jason Pickering, Esq.**
**QAD, Inc.**
**Legal Department**
**10,000 Midlantic Drive**
**Mt. Laurel, NJ  08054**

**Jeffrey Bernstein, Esq.**
**Carpenter, Bennett & Morrissey**
**Three Gateway Center**
**100 Mulberry Street**
**Newark, NJ 07102**

**Laura L. Torrado, Esq.**
**Bear, Stearns & Co**
**383 Madison Avenue 8th Floor**
**New York, NY 10179**

**Charles J. Filardi, Jr., Esq.**
**Pepe & Hazard LLP**
**30 Jelliff Lane**
**Southport, CT 06890-1436**

**Yann Geron, Esq.**
**Fox Rothschild LLP**
**13 East 37th Street**
**Suite 800**
**New York, NY 10016**

**Jill Levi, Esq.**
**Todd & Levi, LLP**
**444 Madison Avenue**
**New York, NY 10022**

**Albert Togut, Esq.**
**Togut Segal & Segal LLP**
**One Penn Plaza, Suite 3335**
**New York, NY  10119**

**Brian F. Moore, Esq.**
**McCarter & English, LLP**
**245 Park Avenue**
**New York, NY 10167**

**Diane W. Sanders, Esq.**
**Linebarger Goggan Blair & Sampson, LLP**
**P.O. Box 17428**
**Austin, TX 78760**

**Charles E. Boulbol, Esq.**
**Law Office of Charles E. Boulbol**
**26 Broadway, 17th Floor**
**New York, NY 10004**

Scott D. Rosen, Esq.
Cohn, Birnbaum & Shea, P.C.
100 Pearl Street
Hartford, CT 06103

Constantine Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
New York, NY 10022

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008

Timothy S. McFadden, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Timothy W. Brink, Esq.
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans, LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Peter Bilowz, Esq.
Goulston Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-3333

Joseph J. Vitale, Esq.
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Joseph Thomas Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731

Elizabeth Weller, Esq.
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201-2691

Alan D. Halperin, Esq.
Halperin Battaglia Raicht LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

Mark Lee
Contrarian Lease Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Wendy D. Brewer, Esq.
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Elizabeth Abdelmasieh, Esq.
Norris McLaughlin & Marcus, P.A.
721 Route 202-206
Bridgewater, NJ 08807

Raymond J. Urbanik, Esq.
Munsch Hardt Kopf & Harr, P.C.
1445 Ross Avenue
Suite 4000
Dallas, TX 75202

Kathleen M. Miller, Esq.
Smith Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
Wilmington, DE 19899

Gordon J. Toering, Esq.
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503

Craig Philip Rieders, Esq.
Genovese Joblove & Battista, PA
100 SE. Second St., 44th Floor
Miami, FL 33131

Richard M. Kremen, Esq.
Maria Ellena Chavez-Raurk, Esq.
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans, LLP
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Edward M. Fox, Esq.
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Ralph L. Landy, Esq.
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, N.W., Ste. 340
Washington, D.C. 20005-4026

Janice Stanton
Mark Lee
Contratian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Steven M. Cimalore
Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Shawn M. Riley, Esq.
Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Kenneth S. Ziman, Esq.
William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Mr. Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Robert J. Stark, Esq.
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York 10036

Patrick J. Healy
Daniel R. Fisher, Esq.
Law Debenture Trust Company of New York
767 Third Avenue, 31st Floor
New York, New York 10017

Andrew D. Gottfried, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, New York 1017-0060

Francis J. Lawall, Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Elena Lazarou, Esq.
Reed Smith LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022

Ronald S. Pretekin (#0018496)
Steven M. Wachstein (#0073939)
Sylvie J. Derrien (#0072579)
Coolidge, Wall, Womsley & Lombard Co., L.P.A.
33 First Street, Suite 600
Dayton, Ohio 45402

John E. Cipriano
Assistant General Counsel
Mitsubishi Electric & Electronics USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL  60061

Michelle Carter, Esq.
James A. Pardo, Jr., Esq.
King & Spalding
191 Peachtree Street, Suite 4900
Atlanta, GA  30303-1763

George B. South, Esq.
Alexandra B. Feldman, Esq.
King & Spalding  LLP
1185 Avenue of the Americas
New York, NY  10036

J. Eric Charlton, Esq.
Hiscock & Barclay LLP
300 Salina Street
One Park Place
PO Box 4878
Syracuse, NY  13221-4878

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 AVENUE OF THE AMERICAS
New York, NY 10036

William J. Hanlon, Esq.
Seyfarth Shaw
World Trade Center East
Two Seaport Lane Suite 300
Boston, MA 02210-2028

Scott L. Hazan, Esq.
Melissa A. Hager, Esq.
Otterbourg, Steindler, Houston
& Rosen, P.C.
230 Park Avenue
New York, NY  10169

Electronic Data Systems Corporation
EDS Information Services, L.L.C.
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024
Attn: Ayala Hassell, Esq.

Linda J. Casey, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Robert Dehney, Esq.
Michael G. Busenkell, Esq.
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

Ronald S. Beacher, Esq.
Pitney Hardin LLP
7 Times Square
New York, NY  10036

Henry Jaffe, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE  19899-1709

Daniel A. Lowenthal, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022

David D. Cleary, Esq.
Mohsin N. Khambati, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

Mark S. Scott, Esq.
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  02108

William Kohn, Esq.
Michael Yetnikoff, Esq.
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60066

Scott Golden, Esq.
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022

Mr. Herb Reiner, Senior V.P.
Special Assets Division
Guaranty Bank
8333 Douglas Avenue
Dallas, TX  75225

Richard G. Mason, Esq.
Emil A. Kleinhaus, Esq.
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150

Marc E. Richards, Esq.
Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Paul Rubin, Esq.
Herrick Feinstein LLP
2 Park Avenue
New York, NY  10016

Jacob A. Manheimer, Esq.
Keith J. Cunningham, Esq.
Pierce Atwood LLP
One Monument Square
Portland, ME  04101

Stephen J. Shimshak, Esq.
Curtis J. Weidler, Esq.
Paul, Weiss, Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

Robert Morris
The Timpken Corporation-BIC -08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH  44706-0927

Jonathan D. Forstot, Esq.
Louis A. Curcio, Esq.
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY  10281

Donald F. Baty Jr., Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

James Imbriaco
Noma Company and
General Chemical Performance Products LLC
90 East Halsey Road
Parsipanny, NJ  07054

Ronald Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY  42701

J. Ted Donovan, Esq.
Finkel Goldstein Rosenbloom
& Nash LLP
26 Broadway, Suite 711
New York, NY  10004

Alan Swiech
Akebono Corporation(North America)
34385 Twelve Mile Road
Farmington Hills, MI  48331

Harris D. Leinwand, Esq.
350 Fifth Avenue, Suite 2418
New York, NY  10118

Monica S. Blacker, Esq.
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, Texas  75201

Berry D. Spears, Esq.
Winstead Sechrest & Minick, P.C.
401 Congress Avenue, Suite 2100
Austin, Texas  78701

Douglas R. Davis, Esq.
Elizabeth R. McColm, Esq.
Paul Weiss Rifkind Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

David S. Lefere, Esq.
Bolhouse, Vander Hulst, Risko
& Baar, P.C.
3996 Chicago Drive SW
Grandville, MI  49418

Mark H. Shapiro, Esq.
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield, MI  48075

George B. Cauthen, Esq.
Nelson Mullins Riley
& Scarborough, LLP
1320 Main Street, 17th Floor
PO Box 11070 (29211)
Columbia, SC  29201

Marc J. Winthrop, Esq.
Sean A. O'Keefe, Esq.
Winthrop Couchot Professional Corp.
660 Newport Center Drive
Fourth Floor
Newport Beach, CA  92660

Helen A. Zamboni, Esq.
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY  14604

R. Michael Farquhar, Esq.
Winstead Sechrest & Minick, P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270

Scott J. Friedman, Esq.
Jones Day
222 East 41st Street
New York, NY  10017

Barbara Ellis-Monro, Esq.
Smith Gambrell & Russell, LLP
Suite 3100, 1230 Peachtree Street, N.E.
Atlanta, GA  30309

Michael A. Cox, Attorney General
Dennis A. Raterink
Labor Division, Worker's Compensation Unit
PO Box 30736
Lansing, Michigan  48909

Ed Phillips Jr., Esq.
Thurman & Phillips, P.C.
8000 IH 10 West, Suite 1000
San Antonio, Texas  78230

## EXHIBIT B

**John Wm. Butler, Jr., Esq.**
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

**Kayalyn A. Marafioti, Esq.**
**Thomas J. Matz, Esq.**
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, New York 10036

**Chambers of the Honorable Robert D. Drain**
US Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004

## EXHIBIT C

David.boyle@airgas.com, wshowman@ajamie.com, tajamie@ajaimie.com,
lwalzer@angelogordon.com, dladdin@agg.com, health.vincente@agg.com
william.barrett@bfkpn.com, kim.robinson@bfkpn.com, john.gregg@btlaw.com
Wendy.brewer@btlaw.com, michael.mccrory@btlaw.com, pmears@btlaw.com
alanmills@btlaw.com sean@blbglaw.com, hannah@blbglaw.com, markd@blbglaw.com,
klaw@bbslaw.com, lschwab@bbslaw.com, pcostello@bbslaw.com, tgaa@bbslaw.com
jhinshaw@boselaw.com, rjones@bccb.com, amcmullen@bccb.com, mhall@burr.com,
jonathan.greenberg@engelhard.com rusadi@cahill.com, cahn@clm.com,
maofiling@cgsh.com, jvitale@cwsny.com, srosen@cb-shea.com, jwisler@cblh.com,
mlee@contrariancapital.com, jstanton@contrariancapital.com,
wraine@contrariancapital.com, slax@contraraincapital.com rsz@curtinheefner.com,
dpm@curstisheefner.com athau@cm-p.com, sreisman@cm-p.com, dkarp@cm-p.com,
wsavino@damonmorey.com, carol_sowa@denso-diam.com, gdiconza@dlawpc.com,
richard.kremen@dlapiper.com, adrew.kassner@dbr.com, david.aaronson@dbr.com,
dmelphi@duanemorris.com, wmsimkulak@duanemorris.com, ggreen@fagelhaber.com,
Inewman@fagelhaber.com, fstevens@foxrothschild.com, mviscount@foxrothschild.com,
office@gazesllc.com, ian@gazesllc.com, crieders@gib-law.com,
pbilowz@goulstonstorrs.com, jeisenhofer@gelaw.com, gjarvis@ggelaw.com,
snirmul@gelaw.com, ckm@greensfelder.com, jnb@greensfelder.com,
cbattaglia@halperinlaw.net, ahalperin@halperinlaw.net, anne.kennelly@hp.com,
ken.higman@hp.com, sharon.petrosino@hp.com, glen.dumont@hp.com,
cstorie@hodgsonruss.com, sgross@hodgsonruss.com, nyc-bkcycef@hklaw.com,
elizabeth.flaagan@hro.com, rweiss@honigman.com, fgorman@honigman.com,
john.sieger@kattenlaw.com, sk@kieselaw.com, grichards@kirkland.com,
efox@king.com, sosimmerman@kwgd.com, rcharles@lrlaw.com, sfreeman@lrlaw.com,
jengland@linear.com, austin.bankruptcy@publicans.com,
dallas.bankruptcy@publicans.com, whawkins@loeb.com, tmcfadde@lordbissel.com,
rcovino@lordbissel.com, jml@ml-legal.com, jmsullivan@mwe.com,
jrobertson@mcdonaldhopkins.com, sopincar@mcdonaldhopkins.com,
sriley@mcdonaldhopkins.com, jbernstein@mdmc-law.com, lpeterson@msek.com,
sarbt@millerjohnson.com, wolfordr@millerjohnson.com, fusco@millercanfield.com,
Jeff.Ott@molex.com, resterkin@morganlewis.com, wheuer@morganlewis.com,
rubanik@munsch.com, jwielebinski@munsch.com, drukavina@munsch.com,
lisa.moore2@nationalitycity.com, bbeckworth@nixlawfirm.com,
jangelovich@nixlawfirm.com, swhatley@nixlawfirm.com, eabdelmasieh@nmmlaw.com,
aenglund@orrick.com, fholden@orrick.com, landy.ralph@pbgc.gov,
cfilardi@pepehazard.com, lawalf@pepperlaw.com, aaronsona@pepperlaw.com,
sreimer@phillipsnizer.com, bsmorre@pbnlaw.com, pgurfein@akingump.com,
mgreger@allenmatkins.com, mblacker@andrewskurt.com, mtf@afrct.com,
dladdin@agg.com, heathvicente@agg.com,fatell@blankrome.com,
mrichards@blankrome.com, david@bolhouselaw.com, tmaxson@cohenlaw.com,
derrien@coolaw.com, Pretekin@collaw.com, waschstein@coollaw.com,
krk4@daimerchryslercom, wsavino@damonmorey.com, selanders@danielsandk.com,
john.persiani@dinslaw.com,

ayala.hassell@eds.com, crieders@gib-law.com, dcrapo@gibbonslaw.com,
mdebbeler@graydon.com, herb.reiner@guarantygr.com, echarlton@hiscickbarcl.com
jrhunter@hunterschank.com, mmassad@hunton.com, sholmes@hunton.com,
aee@hurwitzfine.com, gregbibbes@infineon.com. jefferygillispie@infineon.com,
kcookson@keeglerbrown.com, mbane@kelleydrye.com, msomerstein@kelleydry.com,
imagarik@kimlabor.com, sjennik@kimlabor.com, tkennedy@kimlaborlabor,
afeldman@kslaw.com, gsouth@kslaw.com, mcarter@kslaw.com,
gnovod@kramerlevin.com, tmayer@kramerlevin.com, ekutchin@kutchinrufo.com,
smcook@lambertlesser.com, erika.ruiz@lw.com, henry.baer@lw.com,
john.weiss@lw.com, mark.broude@lw.com, michael.riela@lw.com,
mitchell.seider@lw.com, egunn@mcguirewoods.com, mischein@mintz.com,
john.cipriano@meus.com, Jeff.ott@molex.com, mbusenkell@mnat.com,
rdehney@mnat.com, george.cauthen@nelson.com, mhager@oshr.com,
shazan@oshr.com, cweidler@paulweiss.com, ddavis@paulweiss.com,
emccolm@paulweiss.com, sshimshak@paulweiss.com, imanheimer@pierceatw.com,
rbeacher@pitneyhardin.com, asm@pryormandelup.com, jkp@qad.com,
andrewherenstein@qua.com, patrick.bartels@quadran.com, jharris@quarles.com,
sgoldber@quarles.com, elazarou@reedsmith.com, jlapinsky@republicengin.com,
jshickich@riddellwilliam.com, mscott@riemerlaw.com, cnorgaard@ropers.com,
rtrack@msn.com, cschulman@sachnoff.com, agelman@sachnoff.com,
myetnikoff@schiffhardin.com, wkohn@schiffhardin.com, myarnoff@sbclasslaw.com,
shandler@sbclasslaw.com, james.bentley@srz.com, michael.cook@srz.com,
pbaisler@seyfarth.com, rdemluk@seyfarth.com, whanlon@seyfarth.com,
bankruptcy@goodwin.com, asherman@sillscummis.com, jzackin@sillscummins.com,
cfox@stblaw.com, bellis-monro@sgrlaw.com, kmiller@skfdelaware.com,
lloyd.sarakin@am.sony.com, jmbaumann@steeltechn.com, rkidd@scrm-law.com,
shapiro@steinbergshap.com, jposta@sternlaw.com, cs@stevenslee.com,
mshaiken@stinsonmohe.com, madison.cashman@stite.com, robert.goodrich@stites.com,
wbeard@stites.com, jpguy@swidlaw.com, mwcheney@swidlaw.com,
rfankel@swidlaw.com, rhwyron@swidlaw.com, msteinwurtzel@swidlaw.com,
ferrell@tatlaw.com, iforstot@tpw.com, lcurcio@tpw.com, dlowenthal@thelenreid.com,
rhett.campbell@tklaw.com, john.brannon@tklaw.com, ephillips@thurman-philli.com,
jlevi@toddlevi.com, bmcdonough@teamtogu.com, jwilson@tylercooper.com,
djury@steelworkers-usw.com, risidman@vssp.com, EAKleinhaus@wlrk.com,
RGMason@wlrk.com, david.lemke@wallerlaw.com, robert.welhoelter@walle.com,
gtoering@wnj.com, mcruse@wnj.com, barnold@whdlaw.com, bspears@winstead.com,
mfarquhar@winstead.com, mwinthrop@winthrop.com, sokeefe@winthrop.com,
pianovsky@zeklaw.com, skrause@zeklaw.com,