**NIX, PATTERSON & ROACH, L.L.P.**
Bradley E. Beckworth, Esq.
205 Linda Drive
Daingerfield, Texas 75638
Tel:  (903) 645-7333
Fax:  (903) 645-4415

*Counsel to Lead Plaintiffs and the Prospective Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | |
| | : | Case No. 05-44481 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Bradley E. Beckworth, Esq. a member in good standing of the bar in the States of Texas and Oklahoma, the United States District Courts for the Eastern District of Texas, the Eastern and Western Districts of Arkansas, and the Northern District of Illinois, and the United States Courts of Appeals for the Fifth and Ninth Circuits, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Lead Plaintiffs and the Prospective Class in the above-reference cases.

My address is:    Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
Tel: (903) 645-7333
Fax: (903) 645-4415
Email: bbeckworth@nixlawfirm.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: November 15, 2005         /s/ *Bradley E. Beckworth*
                                 Bradley E. Beckworth