# **ORDER**

**ORDERED**, that Bradley E. Beckworth, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
                                                 United States Bankruptcy Judge