Jeff J. Friedman (JF-7661)
Qubilah A. Davis (QD-2209)
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Fax: (212) 940-8776

Attorneys for TDK Corporation of America,
MEMC Electronic Materials, Inc. and
Eagle Test Systems, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X
In re                                                         :    Case No. 05-44481
                                                              :
    DELPHI CORPORATION, et al.          :    Chapter 11
                                                              :    (jointly administered)
                           Debtor.    :
———————————————————————— X

## STATEMENT OF KATTEN MUCHIN ROSENMAN LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

The law firm of Katten Muchin Rosenman LLP ("Katten Muchin") respectfully submits this statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure.

Katten Muchin has been retained to represent the following entities in connection with the above-captioned, jointly-administered bankruptcy cases:

   a. **TDK Corporation of America**

      Address: 1221 Business Center Drive, Mt. Prospect, IL 60056

      Amount of Claim: At least $5,370,324.28

      Nature of Claim: Trade debt

      Circumstances of Retention: Katten Muchin was retained pre-petition

   b. **MEMC Electronic Materials, Inc.**

      Address: 501 Pearl Drive (City of O'Fallon), St. Peters, MO 63376

1

Amount of Claim: At least $ 170,000

Nature of Claim: Trade debt

Circumstances of Retention: Katten Muchin was retained post-petition

c. **Eagle Test Systems, Inc.**

Address: 2200 Millbrook Drive, Buffalo Grove, IL 60089

Amount of Claim: At least $ 642,173.00

Nature of Claim: Trade debt

Circumstances of Retention: Katten Muchin was retained pre-petition

Dated: New York, New York
November 14, 2005

KATTEN MUCHIN ROSENMAN LLP
Attorneys for TDK Corporation of America,
MEMC Electronic Materials, Inc. and
Eagle Test Systems, Inc.

By: /s/ Qubilah A. Davis
    Qubilah A. Davis
575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776