# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Delphi Corporation, et al., | * | Case No.: 05-44481 (RDD) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | Chapter 11 |

************************************

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Robert P. Thibeaux, a member in good standing of the Louisiana State Bar, requests admission, pro hac vice, before the Honorable Robert D. Drain, to represent Gulf Coast Bank & Trust Company, a creditor in the above-captioned case. My contact information is as follows:

Robert P. Thibeaux
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.

Electronic Mail: rthibeaux@shergarner.com

Temporary Baton Rouge Address:
5353 Essen Lane
Suite 650
Baton Rouge, Louisiana 70809
Telephone: (225) 757-2185
Facsimile: (225) 757-7674

Permanent New Orleans Address:
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

I am submitting the fee of $25.00 along with this Motion for Admission to Practice, Pro Hac Vice.

Dated: November 9, 2005

Baton Rouge, Louisiana

_____
Robert P. Thibeaux