## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Delphi Corporation, et al., | * | Case No.: 05-44481 (RDD) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | Chapter 11 |

*************************************

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James M. Garner, a member in good standing of the Louisiana State Bar, Texas State Bar, the United States Court of Appeals for the Fifth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Supreme Court, as well as all United States District Courts in Mississippi, Louisiana, Texas, and Arkansas, requests admission, pro hac vice, before the Honorable Robert D. Drain, to represent Gulf Coast Bank & Trust Company, a creditor in the above-captioned case. My contact information is as follows:

James M. Garner
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.

Electronic Mail: jgarner@shergarner.com

Temporary Baton Rouge Address:
5353 Essen Lane
Suite 650
Baton Rouge, Louisiana 70809
Telephone: (225) 757-2185
Facsimile: (225) 757-7674

Permanent New Orleans Address:
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

I am submitting the fee of $25.00 along with this Motion for Admission to Practice, Pro Hac Vice.

Dated: November 9, 2005

Baton Rouge, Louisiana

_____
James M. Garner