# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Delphi Corporation, et al., | * | Case No.: 05-44481 (RDD) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | Chapter 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Having considered the Motion for Admission to Practice, Pro Hac Vice, (the "Motion") submitted by Thomas J. Madigan, II, this Court hereby

ORDERS that the Motion is granted.

IT IS FURTHER ORDERED that Thomas J. Madigan, II is admitted to practice, pro hac vice, in the above-captioned case to represent Gulf Coast Bank & Trust Company, a creditor in the above-captioned case.


This ____ day of _____, New York, New York.


_____
UNITED STATES BANKRUPTCY JUDGE ROBERT D. DRAIN