James M. Garner (<u>pro</u> <u>hac</u> <u>vice</u> motion pending)
Robert P. Thibeaux (<u>pro</u> <u>hac</u> <u>vice</u> motion pending)
Thomas J. Madigan, II (<u>pro</u> <u>hac</u> <u>vice</u> motion pending)
SHER, GARNER, CAHILL, RICHTER,
  KLEIN, & HILBERT, L.L.C.
<u>Temporary Baton Rouge Address</u>:
5353 Essen Lane
Suite 650
Baton Rouge, Louisiana 70809
Telephone: (225) 757-2185
Facsimile:  (225) 757-7674
<u>Permanent New Orleans Address</u>:
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
ATTORNEYS FOR GULF COAST
BANK & TRUST COMPANY

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Delphi Corporation, et al., | * | Case No.: 05-44481 (RDD) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | Chapter 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>NOTICE OF APPEARANCE & REQUEST FOR SERVICE</u>

PLEASE TAKE NOTICE that James M. Garner, Robert P. Thibeaux, and Thomas J.

Madigan, II of the firm Sher, Garner, Cahill, Richter, Klein, & Hilbert, L.L.C., appear pursuant to

Federal Rule of Bankruptcy 9010 and United States Code § 1109(b) as attorneys for Gulf Coast Bank

& Trust Company ("GCBC"), a creditor of Debtors Delphi Corporation and Delphi Automotive

Systems LLC, and request that copies of all notices, pleadings, applications, motions, complaints,

petitions, and other documents filed or made be served on Robert P. Thibeaux at the following

addresses, through mail, electronic mail, and/or facsimile:

> Robert P. Thibeaux
> SHER, GARNER, CAHILL, RICHTER,
>   KLEIN, & HILBERT, L.L.C.
> <u>Temporary Baton Rouge Address</u>:
> 5353 Essen Lane
> Suite 650
> Baton Rouge, Louisiana 70809
> Telephone: (225) 757-2185
> Facsimile: (225) 757-7674
> <u>Permanent New Orleans Address</u>:
> 909 Poydras Street, 28th Floor
> New Orleans, Louisiana 70112-1033
> Telephone: (504) 299-2100
> Facsimile: (504) 299-2300
> rthibeaux@shergarner.com

GCBC further requests that undersigned counsel be added to the Master Service List and

Mailing Matrix.

Neither this Notice of Appearance and Request for Service nor any future appearance,

pleading, proof of claim, claim, or suit shall be deemed a waiver of rights: (i) to have final orders

in noncore matters entered only after <u>de novo</u> review by a District Judge; (ii) to trial by jury so triable

in this case or any related case, controversy, or proceeding; (iii) to have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other

rights, claims, actions, set offs, or recoupments to which GCBC may be entitled, in law or in equity,

all of which are expressly reserved.

JAMES M. GARNER (<u>pro hac vice</u> motion pending)
ROBERT P. THIBEAUX (<u>pro hac vice</u> motion pending)
THOMAS J. MADIGAN, II (<u>pro hac vice</u> motion pending)
**SHER GARNER CAHILL RICHTER**
  **KLEIN & HILBERT, L.L.C.**

Temporary Baton Rouge Address:
5353 Essen Lane
Suite 650
Baton Rouge, Louisiana 70809
Telephone: (225) 757-2185
Facsimile: (225) 757-7674

Permanent New Orleans Address:
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

**ATTORNEYS FOR GULF COAST BANK
& TRUST COMPANY**

TO:

John Wm. Butler Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Facsimile: 312-407-0411

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Facsimile: 212-735-2000

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Facsimile: 212-751-4864

Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
Facsimile: 212-668-2255