Jones Day
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Scott J. Friedman (SF 5778)

and

North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
David G. Heiman, Esq.
Michelle M. Harner, Esq.

Counsel to WL Ross & Co. LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | **Chapter 11** |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| Debtors. | : | Jointly Administered |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   SS.:
COUNTY OF NEW YORK        )

Savino Ignomirello, being duly sworn, deposes and says:

1. The deponent resides at 63 Kings Way, Pawling, New York 12564, is over 18 years of age and is not a party to the above captioned proceeding.

2. On November 15, 2005, deponent caused to be served by first class mail a true and correct copy of the following document:

- NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS

NYI-2231437v1

upon the parties listed on the annexed service list.

/s/ Savino Ignomirello
Savino Ignomirello

Sworn to before me on this
16th day of November, 2005

/s/ Denise Sciabarassi
Notary Public

DENISE SCIABARASSI
NOTARY PUBLIC, State of New York
No. 01SC6101209
Qualified in Nassau County
Commission Expires November 10, 2007

## SERVICE LIST

**By First Class Mail**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Robert N. Michaelson
Kirkpatrick & Lockhart Nicholson Graham LLP
Attorneys for Sensus
599 Lexington Avenue
New York, New York 10022

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
Four Times Square
New York, New York 10036

Douglas P. Bartner
Shearman & Sterling LLP
Special Counsel to the Debtors
599 Lexington Avenue
New York, New York 10022

Marissa Wesley
Simpson Thacher & Bartlett LLP
Attorneys for the Agent under the Debtors' Prepetition
 Credit Facility
425 Lexington Avenue
New York, New York  10017

Marlane Melican
Davis Polk & Wardell
Attorneys for the Agent under the Debtor's Proposed
 Postpetition Credit Facility

450 Lexington Avenue
New York, New York 10017

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
Attorneys for the Official Committee of
 Unsecured Creditors
885 Third Avenue
New York, New York 10022-4802

Amber M. Cerveny
Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, California 90066