UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

DELPHI CORPORATION, et al.,

        Debtors.

Case No. 05-44481-RDD
Chapter 11

Hon. Robert D. Drain

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS AND REQUEST FOR ADDITION TO MATRIX**

TO:    CLERK OF THE COURT
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, NY 10004-1408

      **PLEASE TAKE NOTICE** that Miller, Canfield, Paddock and Stone, P.L.C. appears on behalf of Wells Operating Partnership, LP, and pursuant to Bankruptcy Rules 2002, 9007 and 9010 demand that all notices given or required to be given and all pleadings, motions or papers served or required to be served in this case be given to and served upon Miller, Canfield, Paddock and Stone, P.L.C. as follows:

            Jonathan S. Green, Esq.
            Miller, Canfield, Paddock and Stone, P.L.C.
            Counsel for Wells Operating Partnership, LP
            150 W. Jefferson Avenue, Suite 2500
            Detroit, MI 48226
            Fax:  (313) 496-8452
            Phone:  (313) 496-7997
            greenj@millercanfield.com

      Counsel requests that all ECF/electronic notices be sent to greenj@millercanfield.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes the notice of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise or made with regard to the referenced case and proceedings herein.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By:  /s/ Jonathan S. Green
            Jonathan S. Green (P33140)
        Attorneys for Wells Operating Partnership, LP
        150 West Jefferson, Suite 2500
        Detroit, MI  48226
        Fax:  (313) 496-8452
        Phone:  (313) 496-7997
        greenj@millercanfield.com

Dated:  November 16, 2005

DELIB:2675763.1\125986-00003