**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DELPHI CORPORATION, ET AL., | CASE NO. 05-44481 (RDD) |
| DEBTORS. | JOINTLY ADMINISTERED |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
PURSUANT TO § 1109(B) OF THE BANKRUPTCY CODE AND
BANKRUPTCY RULES 2002(G) AND 9010**

**TO THE PERSONS ON THE ANNEXED SERVICE LIST:**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 (g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appear for and on behalf of Daewoo International (America) Corp. in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Daewoo International (America) Corp. requests that all notices given or required to be given in these above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

18713/2
11/16/2005 1811282.01

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas - 18th Floor
New York, NY 10020
Tel: 212.262.6700
Fax 212.262.7402

Attn: Bruce S. Nathan, Esq.
E-mail: bnathan@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Date: November 16, 2005

By: /s/ Bruce S. Nathan
Bruce S. Nathan, Esq.
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas - 18th Floor
New York, NY 10020
Tel: 212.262.6700

*Counsel to Daewoo International (America) Corp.*