IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | § § | Case No. 05-44481 (RDD) |
| Debtors. | § § § | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Blaine F. Bates, a member in good standing of the bar in the State of Texas, and of the bar of the U.S. District Court for the Southern District of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Amtek Engineering, Limited and its affiliates, creditors and parties in interest in the above referenced cases.

My address is:           Haynes and Boone, LLP
                         1221 McKinney Street, Suite 2100
                         Houston, Texas, 77010

My e-mail address is:    blaine.bates@haynesboone.com
My telephone number is:  713-547-2100

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 16, 2005
       Houston, Texas          _____

## ORDER

**ORDERED,**
that Blaine F. Bates, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____     /s/_____
       New York, New York         UNITED STATES BANKRUPTCY JUDGE

580451_1.DOC                    1