IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | § § | Case No. 05-44481 (RDD) |
| Debtors. | § § § | (Jointly Administered) |

## **MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Brooks Hamilton, a member in good standing of the bar in the State of Texas, and of the bar of the U.S. District Court for the Southern District of Texas, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Amtek Engineering, Limited and its affiliates, creditors and parties in interest in the above referenced cases.

My address is:     Haynes and Boone, LLP
                   1221 McKinney Street, Suite 2100
                   Houston, Texas, 77010

My e-mail address is:      brooks.hamilton@haynesboone.com
My telephone number is:    713-547-2034

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 16, 2005
       Houston, Texas                    _/s/ Brooks Hamilton_

---

## **ORDER**

**ORDERED,**
that Brooks Hamilton, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____       /s/_____
       New York, New York             UNITED STATES BANKRUPTCY JUDGE