**MILLER JOHNSON**
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, Michigan 49501-0306
(616) 831-1700
Thomas P. Sarb (P-27520)
(Admitted *Pro Hac Vice*)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| IN RE: | Case No. 05-44481-RDD |
| DELPHI CORPORATION, et al., | Chapter 11 |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------------x

## VERIFIED STATEMENT OF MILLER JOHNSON
## PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)

Thomas P. Sarb, a member of Miller Johnson, declares pursuant to Federal Rule of Bankruptcy Procedure 2019(a) as follows:

1. I am a member of the firm of Miller Johnson and am duly admitted to practice in the highest court in the state of Michigan and in the Federal District Courts for the Western District of Michigan, the Eastern District of Michigan, and the Northern District of Indiana and have been admitted *pro hac vice* to practice before this Court in this matter.

2. Miller Johnson currently represents the following creditors in connection with the above-referenced proceedings:

| Creditor Information | Nature & Amount of Claim | Circumstances Surrounding Employment |
|---|---|---|
| Benteler Automotive Corp.<br>1780 Pond Run<br>Auburn Hills, MI 48326 | Trade debt and offsetting trade payables in an unknown amount arising under various purchase orders. | Miller Johnson has served as general counsel to Benteler Automotive Corporation for many years. |
| Pridgeon & Clay, Inc.<br>50 Cottage Grove, S.W.<br>Grand Rapids, MI 49507 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as general counsel to Pridgeon & Clay, Inc. for many years. |
| Avon Automotive, Inc.<br>39205 Country Club Drive<br>Suite C16<br>Farmington Hills, MI 48331 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to Avon Automotive and certain of its affiliates for many years. |
| Trans-Matic<br>300 E. 48th Street<br>Holland, MI 49423 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to Trans-Matic for many years. |
| Dura Automotive<br>Atwood Mobile Products/The Creation Group<br>2791 Research Drive<br>Rochester Hills, MI 48309 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as one of Dura Automotive's outside counsel for many years. |
| MiCo Industries, Inc.<br>1425 Burlingame, S.W.<br>Wyoming, MI 49509 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to MiCo Industries, Inc. for many years. |
| Parkview Metal Products<br>1275 Ensell Road<br>Lake Zurich, IL 60047 | Trade debt in an unknown amount arising under various purchase orders. | Parkview Metals was referred to Miller Johnson by an existing client of the firm |
| American Coil Spring Company, Inc.<br>1041 E Keating Ave<br>Muskegon MI 49442 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to American Coil Spring and certain of its affiliates for several years. |
| Hitachi Magnetics Corporation<br>7800 Neff Road<br>Edmore, MI 48829 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to Hitachi Magnetics for many years. |

| Creditor Information | Nature & Amount of Claim | Circumstances Surrounding Employment |
| --- | --- | --- |
| West Michigan Tool & Die<br>1007 Nickerson Avenue<br>Benton Harbor, MI 49022 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to West Michigan Tool & Die on this and other matters. |
| Wayne Wire Cloth Products, Inc.<br>200 E. Dresden St.<br>Kalkaska, MI 49646 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to Wayne Wire Cloth Products for several years. |
| Monroe, Inc<br>4707 - 40th Street<br>Grand Rapids, MI 49512 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to Monroe, Inc. for many years. |
| GWI Engineering<br>1411 Michigan Street, N.E.<br>Grand Rapids, MI 49503-2079 | Trade debt in an unknown amount arising under various purchase orders. | Miller Johnson has served as counsel to GWI Engineering for many years. |

3. Miller Johnson is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

4. Miller Johnson has no written contracts of representation with entities described in Paragraph 2 above other than ordinary and usual retainer/engagement letters.

5. Upon information and belief formed after due inquiry, as of the date of this statement, Miller Johnson does not hold any claims against, or equity interests in, the Debtors.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed at Grand Rapids, Michigan on November 15, 2005 by:

    */s/ Thomas P. Sarb*
Thomas P. Sarb (P-27520)
[Admitted *Pro Hac Vice*]
Business Address:
    Miller Johnson
    250 Monroe Avenue, N.W., Suite 800
    PO Box 306
    Grand Rapids, Michigan  49501-0306
Telephone:  (616) 831-1700
ecfsarbt@millerjohnson.com