**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
Joseph H. Lemkin (JL-2490)
Walter J. Greenhalgh (WJG-9614)
744 Broad Street, Suite 1200
Newark, NJ  01702
(973) 424-2000
Attorneys for NDK America, Inc./NDK Crystal, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami America, Ltd., SL America, Inc./SL Tennessee, LLC, Hokuriku Electric Industry Co., Ltd., Hosiden America Corporation, Samtech Corporation, Kokusai, Inc., HDK America, Inc. and Oudensha America, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **DELPHI CORPORATION, INC., et al.,** <br><br>          Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Walter J. Greenhalgh, a member in good standing of the bar in the State of New Jersey, request admission, *pro hac* vice, before the Honorable Robert D. Drain, to represent NDK America, Inc./NDK Crystal, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami America, Ltd., SL America, Inc./SL Tennessee, LLC, Hokuriku Electric Industry Co., Ltd., Hosiden America Corporation, Samtech Corporation, Kokusai, Inc., HDK America, Inc. and Oudensha America, Inc., as well as other parties in the above referenced case.  My address is Duane Morris LLP, 744 Broad Street, Newark, New Jersey 07102; my e-mail address is wjgreenhalgh@duanemorris.com; and my telephone number is (973) 424-2000.  I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*

Dated: November 16, 2005

        Newark, New Jersey

                                                            /s/ Walter J. Greenhalgh
                                                            Walter J. Greenhalgh, Esq.

NWK\113419.1

**ORDER**

**ORDERED,**

That Walter J. Greenhalgh, Esq., is admitted to practice *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York

 

_____
United States Bankruptcy Judge