CLEARY GOTTLIEB STEEN & HAMILTON LLP
Attorneys for Bear, Stearns & Co. Inc.,
    Citigroup Inc., Credit Suisse First Boston,
    Deutsche Bank Securities, Inc.
    Goldman Sachs Group, Inc., JPMorgan Chase & Co.
    Lehman Brothers Inc., Merrill Lynch & Co.,
    Morgan Stanley & Co., Inc., and UBS Securities LLC
One Liberty Plaza
New York, New York 10006
(212) 225-2000
James L. Bromley (JB 5125)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ------------------------------------------------------------------------- X | Chapter 11 |  |
| In re: | : | Case No. 05-44481 (RDD) |
|  | : | Jointly Administered |
| DELPHI CORPORATION, et al., | : |  |
|  | : | **CERTIFICATE OF** |
| Debtors. | : | **SERVICE** |
| ------------------------------------------------------------------------- X |  |  |

       I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

       1. On the 15th day of November 2005, the Notice of Appearance and Demand for Service of Papers and the Verified Statement of Representation of Certain Creditors of Debtors Pursuant to Bankruptcy Rule 2019 were served by mail upon the entities listed on the attached service list.

       2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:   New York, New York
           November 16, 2005

                                          /s/Richard V. Conza
                                           Richard V. Conza

# SERVICE LIST

Capital Research and Management Company
11100 Santa Monica Blvd
15th Floor
Los Angeles, CA  90025
Attn:   Michelle Robson

Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036
Attn:   Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Attn:   Steven J. Reisman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn:   Donald Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:   Sean Corcoran
        Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn:   Michael Nefkens

Flextronics International Asia-Pacific, Ltd.
        c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attn:   Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attn:   Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn:   Randall S. Eisenberg

General Electric Company
One Plastics Avenue
Pittsfield, MA 01201
Attn:   Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn:   Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019
Attn:   Stephen H. Gross

Internal Revenue Service
290 Broadway 5th Floor
New York, NY 10007
Attn:   Insolvency Department

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226
Attn:   Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439
Attn:   Henry Reichard

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
Attn:   William Q. Derrough

JPMorgan Chase Bank, N.A.

270 Park Avenue
New York, NY 10017
Attn:   Thomas F. Maher
        Richard Duker
        Gianni Russello

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn:   Vilma Francis

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066
Attn:   James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn:   Robert J. Rosenberg

Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL 60601
Attn:   Melissa Knolls

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Attn:   Joseph T. Moldovan, Esq.

Office of New York State
120 Broadway
New York City, NY 10271
Attn:   Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071
Attn:   Robert Siegel


O'Melveny & Meyer LLP

4

1625 Eye Street, NW
Washington, DC 20006
Attn:   Tom A. Jerman
        Rachel Janger

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Attn:   Jeffrey Cohen

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026
Attn:   Ralph L. Landy

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn:   Sandra A. Riemer

Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn:   David L. Resnick

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Attn:   Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn:   Douglas Bartner
        Jill Frizzley


Simpson Thatcher & Bartlett LLP

425 Lexington Avenue
New York, NY 10017
Attn:   Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
Attn:   Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Attn:   Albert Togut

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Attn:   Alicia M. Leonard

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn:   Deirdre A. Martini

6

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn:   Steven M. Cimalore

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Jeffrey L. Tanenbaum, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Martin J. Bienenstock, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Michael P. Kessler, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn:   Frank L. Gorman, Esq.

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn:   Robert B. Weiss, Esq.

Flextronics International
6328 Monarch Park Place
Niwot, CO 80503
Attn:   Carrie L. Schiff