UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
**DELPHI CORPORATION, <u>et al.</u>,**                      :    Case No. 05-44481 (RDD)
                                                            :
                        Debtors.                            :    (Jointly Administered)
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK)

      Robinson C. Strauss, being duly sworn, deposes and says:

      1.      I am over the age of eighteen, I am not a party in this case or proceeding and I reside in New York County, New York.

      2.      On November 15, 2005, I caused a true and correct copy of the *Notice of Status as a Substantial Claimholder* to be served by first-class U.S. mail upon each of the parties listed on the attached service list.

                                      /s/ Robinson C. Strauss
                                      Robinson C. Strauss

Sworn to before me this
<u>16th</u> day of October, 2005

/s/ Jacob Frumkin
NOTARY PUBLIC

Jacob Frumkin
Notary Public, State of New York
No. 01FR6097089
Qualified in New York County
My Commission Expires: August 18, 2007

## SERVICE LIST

***By First-Class Mail***

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Alicia M. Leonard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112

Deirdre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY  10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098

Paul W. Anderson
Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA  95131

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA  01201

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY  10019

Attn: Insolvency Department
Internal Revenue Service
290 Broadway
5th Floor
New York, NY  10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI  48226

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH  45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY  10022

Thomas F. Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA  90066

Melissa Knolls
Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL  60601

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY  10271

Robert Siegel
OMelveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071

Tom A. Jerman
Rachel Janger
OMelveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC  20005-4026

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020

Reorganization Branch
Securities and Exchange Commission
233 Broadway
New York, NY  10279

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ  08054

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Dennis J. Raternink
Michigan Department of Labor and
Economic Growth,
Workers Compensation Agency
PO Box 30736
Lansing, MI  48909-7717

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY  10591

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue,
27th Floor
New York, NY  10167

Steven M. Cimalore, Vice President
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036

Daniel R. Fisher
Patrick J. Healy
Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY  10017

David D. Cleary
Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC  20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York, NY  10281

Nicholas Franke
Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO  63105

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY  42701

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY  10118

James Imbriaco
Noma Company and General Chemical
Performance Products LLC
90 East Halsey Road
Parsippanny, NJ  07054

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH  44706