UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

DELPHI CORPORATION, et al,                              Case No. 05-44481


                              Debtors.
-------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**


Transcript of first-day hearings held on November 4, 2005 before The Honorable Robert D. Drain, United States Bankruptcy Judge.

The transcript of the above hearing has been filed with the Clerk's office,

> United States Bankruptcy Court
> Southern District of New York
> One Bowling Green
> New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

> Kathleen Price, AD/T 550
> TypeWrite Word Processing Service
> 356 Eltingville Boulevard
> Staten Island, New York 10312