**Exhibit A**

## Debtor Entities

| | |
|---|---|
| ASEC Manufacturing General Partnership | Delphi Furukawa Wiring Systems LLC |
| ASEC Sales General Partnership | Delphi Integrated Service Solutions, Inc. |
| Aspire, Inc. | Delphi International Holdings Corp. |
| Delco Electronics Overseas Corporation | Delphi International Services, Inc. |
| Delphi Automotive Systems (Holding), Inc. | Delphi LLC |
| Delphi Automotive Systems Global (Holding), Inc. | Delphi Mechatronic Systems, Inc. |
| Delphi Automotive Systems Human Resources LLC | Delphi Medical Systems Colorado Corporation |
| Delphi Automotive Systems International, Inc. | Delphi Medical Systems Corporation |
| Delphi Automotive Systems Korea, Inc. | Delphi Medical Systems Texas Corporation |
| Delphi Automotive Systems LLC | Delphi NY Holding Corporation |
| Delphi Automotive Systems Overseas Corporation | Delphi Receivables LLC |
| Delphi Automotive Systems Risk Management Corp. | Delphi Services Holding Corporation |
| Delphi Automotive Systems Services LLC | Delphi Technologies, Inc. |
| Delphi Automotive Systems Tennessee, Inc. | DREAL, Inc. |
| Delphi Automotive Systems Thailand, Inc. | Environmental Catalysts, LLC |
| Delphi China LLC | Exhaust Systems Corporation |
| Delphi Connection Systems | MobileAria, Inc. |
| Delphi Corporation | Packard Hughes Interconnect Company |
| Delphi Diesel Systems Corp. | Specialty Electronics International Ltd. |
| Delphi Electronics (Holding) LLC | Specialty Electronics, Inc. |
| Delphi Foreign Sales Corporation | |

## Affiliates and Non-Debtor Subsidiaries -Domestic Entities

| | |
|---|---|
| AMBRAKE Corporation | Delphi China LLC |
| Ambrake GP, Inc. | Delphi Connection Systems |
| Ambrake Manufacturing, Ltd. | Delphi Corporation |
| ASEC Manufacturing General Partnership | Delphi Diesel Systems Corp. |
| ASEC Sales General Partnership | Delphi Electronics (Holding) LLC |
| Aspire, Inc. | Delphi Foreign Sales Corporation |
| CEI Co., Ltd. | Delphi Foundation, Inc. |
| Delco Electronics LLC | Delphi Furukawa Wiring Systems LLC |
| Delco Electronics Overseas Corporation | Delphi Integrated Service Solutions, Inc. |
| Delphi Automotive Systems (Holding), Inc. | Delphi International Holdings Corp. |
| Delphi Automotive Systems- Ashimori LLC | Delphi International Services, Inc. |
| Delphi Automotive Systems Global (Holding), Inc. | Delphi Liquidation Holding Company |
| Delphi Automotive Systems Human Resources LLC | Delphi LLC |
| Delphi Automotive Systems International, Inc. | Delphi Mechatronic Systems, Inc. |
| Delphi Automotive Systems Korea, Inc. | Delphi Medical Systems Colorado Corporation |
| Delphi Automotive Systems LLC | Delphi Medical Systems Corporation |
| Delphi Automotive Systems Overseas Corporation | Delphi Medical Systems Texas Corporation |
| Delphi Automotive Systems Risk Management Corp. | Delphi NY Holding Corporation |
| Delphi Automotive Systems Services LLC | Delphi Receivables LLC |
| Delphi Automotive Systems Tennessee, Inc. | Delphi Services Holding Corporation |
| Delphi Automotive Systems Thailand, Inc. | Delphi Technologies, Inc. |
| | Delphi Trust I |

| | |
|---|---|
| Delphi Trust II | HE Microwave LLC |
| Delphi Trust III | InPlay Technologies, Inc. |
| Delphi Trust IV | MobileAria, Inc. |
| DREAL, Inc. | Packard Hughes Interconnect Company |
| EnerDel, Inc. | PBR Knoxville L.L.C. |
| Environmental Catalysts, LLC | Specialty Electronics International Ltd. |
| Exhaust Systems Corporation | Specialty Electronics, Inc. |

## Affiliates and Non-Debtor Subsidiaries -Foreign Subsidiaries

| | |
|---|---|
| Alambrados y Circuitos Eléctricos, S.A. de C.V. | Delphi Automotive Systems do Brasil Ltda. |
| Arcomex S.A. de C.V. | Delphi Automotive Systems Espana S.L. |
| Arneses Eléctricos Automotrices, S.A. de C.V. | Delphi Automotive Systems Holding GmbH |
| AS Catalizadores Ambientales S.A. de C.V. | Delphi Automotive Systems Huit SAS |
| ASEC Manufacturing (Thailand) Ltd. | Delphi Automotive Systems Japan, Ltd. |
| ASEC Private Limited | Delphi Automotive Systems Limited Sirketi |
| Ashimori Industry Co., Ltd. | Delphi Automotive Systems Luxembourg S.A. |
| Autoensambles y Logistica, S.A. de C.V. | Delphi Automotive Systems Maroc |
| Beijing Delphi Technology Development Company, Ltd. | Delphi Automotive Systems Neuf SAS |
| Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. | Delphi Automotive Systems Philippines, Inc. |
| BGMD Servicos Automotivos Ltda. | Delphi Automotive Systems Private Ltd. |
| BlueStar Battery Systems International Corp. | Delphi Automotive Systems Singapore Investments Pte Ltd. |
| Bujias Mexicanas, S.A. de C.V. | Delphi Automotive Systems Singapore Pte Ltd. |
| Cablena, S.L. | Delphi Automotive Systems Sweden AB |
| Calsonic Harrison Co., Ltd. | Delphi Automotive Systems UK Limited |
| Centro Técnico Herramental, S.A. de C.V. | Delphi Automotive Systems Vienna GmbH |
| Closed Joint Stock Company PES/SCC | Delphi Automotive Systems, S.A. de C.V. |
| Condura, S. de R.L. | Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. |
| Controladora Chihuahuense, S. de R.L. de C.V. | Delphi Belgium N.V. |
| Controladora de Alambrados y Circuitos, S. de R.L. de C.V. | Delphi Cableados, S.A. de C.V. |
| Controladora de Rio Bravo, S. de R.L. de C.V. | Delphi Calsonic Compressors, S.A.S. |
| Controladora Vesfron, S. de R.L. de C.V. | Delphi Canada Inc. |
| Cordaflex Espana, S.A. | Delphi Catalyst South Africa (Proprietary) Limited |
| Cordaflex, S.A. de C.V. | Delphi Connection Systems – Tijuana, S.A. de C.V. |
| Daehan Electronics Yantai Co., Ltd. | Delphi Controladora, S.A. de C.V. |
| Daesung Electric Co., Ltd. | Delphi Czech Republic, k.s. |
| Daewoo Motor Co., Ltd. | Delphi Daesung Wuxi Electronics Co., Ltd. |
| Del Tech Co., Ltd. | Delphi de Mexico, S.A. de C.V. |
| Delphi (China) Technical Centre Co. Ltd. | Delphi Delco Electronic Systems Suzhou Co., Ltd. |
| Delphi Administración, S.A. de C.V. | Delphi Delco Electronics de Mexico, S.A. de C.V. |
| Delphi Alambrados Automotrices, S.A. de C.V. | Delphi Delco Electronics Europe GmbH |
| Delphi Automotive Systems – Portugal S.A. | Delphi Deutschland GmbH |
| Delphi Automotive Systems (China) Holding Company Limited | Delphi Deutschland Technologies GmbH |
| Delphi Automotive Systems (Netherlands) B.V. | Delphi Diesel Body Systems Mexico, S.A. de C.V. |
| Delphi Automotive Systems (Thailand) Ltd. | Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. |
| Delphi Automotive Systems Australia Ltd. | Delphi Diesel Systems do Brasil Ltda. |
| Delphi Automotive Systems Cinq SAS | Delphi Diesel Systems France SAS |
| Delphi Automotive Systems Deutschland | Delphi Diesel Systems Korea Ltd. |
| | Delphi Diesel Systems Limited |

Delphi Diesel Systems Pakistan (Private) Limited

Delphi Diesel Systems Pension Trustees Limited

Delphi Diesel Systems S.L.

Delphi Diesel Systems Service Mexico, S.A. de C.V.

Delphi Diesel Systems, S.A. de C.V.

Delphi Electronic Suzhou Co. Ltd.

Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.

Delphi Foreign Sales Corporation

Delphi France Holding SAS

Delphi France SAS

Delphi Harrison Calsonic, S.A.

Delphi Holding GmbH

Delphi Holding Hungary Asset Management Limited Liability Company

Delphi Holdings Luxembourg S.ar.l.

Delphi Insurance Limited

Delphi Interior Systems de Mexico, S.A. de C.V.

Delphi International Holdings Corporation Luxembourg S.C.S.

Delphi Italia Automotive Systems S.r.l.

Delphi Korea Corporation

Delphi Lockheed Automotive Limited

Delphi Lockheed Automotive Pension Trustees Limited

Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket

Delphi Packard Austria GmbH & Co. KG

Delphi Packard Electric (Malaysia) Sdn. Bhd.

Delphi Packard Electric Ceska Republika, S.R.O.

Delphi Packard Electric Sielin Argentina S.A.

Delphi Packard Electric Systems Company Ltd.

Delphi Packard España, SLU

Delphi Packard Hungary Kft

Delphi Packard Romania SRL

Delphi Poland S.A.

Delphi Polska Automotive Systems Sp z.o.o.

Delphi Saginaw Lingyun Drive Shaft Co., Ltd.

Delphi Saginaw Steering Systems UK Limited

Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.

Delphi Sistemas de Energia, S.A. de C.V.

Delphi Slovensko s.r.o.

Delphi Tychy Sp. z.o.o.

Delphi-Calsonic Hungary Manufacturing Limited Liability Company

Delphi-TVS Diesel Systems Ltd.

DEOC Pension Trustees Limited

Diavia Aire, S.A.

Electrotecnica Famar S.A.C.I.I.E.

Famar do Brasil Comercio e Representacao Ltda.

Famar Fueguina, S.A.

FUBA Automotive GmbH & Co. KG

Gabriel de Mexico, S.A. de C.V.

Grundig Car InterMedia System GmbH

Grundig Sistemas de Electronica, Lda., Portugal

Holdcar S.A.

Inmobiliaria Marlis, S.A.

Inmuebles Wagon, S.A.

Interessengemeinschaft fur Rundfunkschutzrechte GmbH

Interessengemeinschaft fur Rundfunkschutzrechte GMBH Schutzrechtsverwertung & Co. KG

Katcon, S.A. de C.V.

KDAC (Thailand) Company Limited

KDS Company, Ltd.

Korea Delphi Automotive Systems Corporation

Korea Technology Bank Network

Mecel AB

Noteco Comércio e Participacoes Ltda.

NSK Ltd.

On Se Telecom Co., Ltd.

P.T. Delphi Automotive Systems Indonesia

Packard Korea Incorporated

Productos Delco de Chihuahua, S.A. de C.V.

Promotora de Partes Electricas Automotrices S.A. de C.V.

PROSTEP AG

Proveedora de Electricidad de Occidente, S.A. de C.V.

Qingdao Daesung Electronic

Rio Bravo Eléctricos, S.A. de C.V.

Shanghai Delco Electronics & Instrumentation Co., Ltd.

Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd.

Shanghai Delphi Emission Control Systems Company, Ltd.

Shanghai-Delphi Automotive Door Systems Co., Ltd.

Shengyang Huali Automotive Air-conditioning Co. Ltd.

Sistemas Eléctricos y Conmutadores, S.A. de C.V.

Specialty Electronics (Singapore) Pte Ltd.

Specialty Electronics International Ltd.

TECCOM GmbH

TecDoc Information System GmbH

Termoelectrica del Golfo, S. de R.L. de C.V.

Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH

Verwaltungs GmbH

Wuhan Shenlong Automotive Air-conditioning Co. Ltd.

Yeon Kyung Electronics Co., Ltd.

## Members of Official Committee of Unsecured Creditors

Capital Research and Management Company          General Electric Company
Electronic Data Systems Corp                     IUE-CWA
Flextronics International Asia-Pacific, Ltd       Wilmington Trust Company, as Indenture Trustee
Freescale Semiconductor, Inc.

## Professionals retained by Official Committee of Unsecured Creditors

Jefferies & Company, Inc                         Mesirow Financial Consulting
Latham & Watkins LLP

## Counsel to individual members of Official Committee of Unsecured Creditors

Curtis, Mallet-Prevost, Colt & Mosle LLP         Meyer, Suozzi, English & Klein, PC
Kennedy, Jennik & Murray, PC                     Phillips Nizer LLP
Kirkpatrick & Lockhart Nicholson Graham LLP      Warner Stevens LLP
Kramer Levin Naftalis & Frankel LLP
Lewis and Roca LLP

## Indenture Trustees

Bank One Trust Company                           JP Morgan
Bank One Trust Company N.A.                      JP Morgan Chase
First National Bank of Chicago                   Wilmington Trust Company, as Indenture Trustee
J.P. Morgan Trust Company, N.A.

## All Lenders (including current and former agents under credit facilities and their counsel and financial advisors):

Addison CDO, Limited                             Citibank
AMMC CLO III, Limited                            JP Morgan Chase
AMMC CLO IV, Limited                             Simpson Thacher & Bartlett LLP
Banca Bilbao Vizcaya Argentaria, S.A             A3 Funding LP
Celerity CLO Ltd                                 Ableco Finance LLC
Delaware Corp Bond Fund                          ACA CLO 2005-1, Ltd.
Delaware Delchester Fund                         Access Institutional Loam Fund
Grand Central Asset Trust                        ADAR Investment Fund Ltd
Grand Central Asset Trust, Single                AG Alpha Credit Master, Ltd.
Lightspeed CLO                                   Ahab Partners, L.P.
Lispenard Street Credit (Master)                 Airlie Opportunity Master Fund, Ltd
Marathon Special Opportunity                     Amaranth Partners LLC – Trading
Mizuho Corporate Bank Ltd.                       American Express Certificate Company
Putnam Variable Trust High Yield Fund            AMMC CLO III, Limited
SEI Institutional Managed TST                    AMMC CLO IV, Limited
Special Situations Investing Group               Apollo Distressed Investment Fund
Velocity CLO, Ltd.                               Apollo Distressed Investment Offshore
Western Asset Floating Rate                      Appaloosa Invest Ltd. Partnership I
Whitney Private Debt Fund LP                     Archimedes Funding IV, Ltd.

ARX Global High Yield Securities
Aslan Capital Master Fund, LP
Atlas Capital Funding, Ltd.
Atrium IV
Aurum CLO 2002-1 Ltd.
Avenue CLO Fund, Ltd.
Avenue CLO II, Ltd.
Avery Point CLO, Ltd.
Balboa CDO I, Limited
Bank of America, N.A.
BDC Finance LLC
Bear Stearns Investment Products, I
Black Diamond Offshore Limited
Blue Square Funding Ltd. Series 3
Boldwater CBNA Loan Funding LLC
Boldwater Credit Opportunities
Boston Harbor CLO 2004-1, Ltd
Boston Income Portfolio
Brencourt Distress Securities
Brookville Capital Master Fund, L.P.
Bryn Mawr CLO, Ltd.
Callidus Debt Partners CDO Fund I
Candlewood Capital Partners LLC
Canpartners Investments IV LLC
Canyon Capital CDO 2002-1 Ltd.
Canyon Capital CLO 2004-1 Ltd.
Cargill Financial Services Intl. Inc
Castle Garden Funding
Castle Hill III CLO, Limited
Castle Hill II-Ingots, Ltd.
Castle Hill I-Ingots, Ltd.
CDL Loan Funding LLC
Cedarview Opportunities Master Fund
Celerity CLO Ltd fka Lightspeed CLO
Centurion CDO 8, Limited
Centurion CDO 9, Limited
Centurion CDO II, Ltd.
Centurion CDO VI LTD
Centurion CDO VII Limited
Chatham Light II CLO, Limited
Citadel Hill 2000 Ltd.
Citibank N.A.
Citicorp USA Inc.
Citigroup Financial Products Inc.
Colonial Funding LLC
Credit Suisse Asset Managemnt
Credit Suisse, New York & Cayman
CSAM Funding IV
C-Squared CDO Ltd.
Cumberland II CLO Ltd

Cypresstree Claif Funding LLC
D.K. Acquisition Partners, L.P.
Debt Strategies Fund, Inc.
Delaware Corp Bond Fund, a Series
Delaware Delchester fund, a series
Desjardins Financial Security Life
Deutsche Bank AG
Deutsche Bank AG
Diversified Income Strategies
Diversified Investors High Yield
Double Black Diamond offshore LDC
Dryden III-Leveraged Loan CDO 2002
Dryden IV Leveraged Loan CDO 2003
Dryden Leveraged Loan CDO 2002-II
Dryden VIII - Leveraged Loan CDO
Duane Street CLO 1, Ltd.
Duma Master Fund LP
Dunes Funding LLC
ELF Funding Trust I
Employers Insurance Of Wausau
Empyrean Investments, LLC
Endurance CLO 1 Ltd.
Event Partners Debt Acquisition, LLC
Excess Book
Feingold O'Keeffe Credit Fund CBNA
First Trust Highland Capital
Flagship CLO 2001-1
Flagship CLO II
Flagship CLO III
Flagship CLO IV
Forest Creek CLO, Ltd.
Fortis Bank SA NV Cayman Island
Fortress Credit Funding I LP
Fortress Credit Funding II LP
Galaxy CLO 2003-1, Ltd.
Galaxy III CLO, Ltd.
Galaxy IV CLO, Ltd.
Galaxy V CLO, Ltd.
General Electric Capital Corporation
Gleneagles CLO Ltd.
Global Enhanced Loan Fund S.A.
Global StocksPLUS Income Fund
Goldman Sachs Credit Partners L.P.
Gracie Capital L.P.
Grand Central Asset Trust, Gaia
Grand Central Asset Trust, SIL
Grand Central Asset Trust, Single
Greywolf Loan Participation LLC
Guggenheim Portfolio Company XII
Gulf Stream - Compass CLO 2005-1

| | |
|---|---|
| Gulf Stream Compass CLO 2002-1 | Metropolitan West Strategic Income |
| Gulf Stream-Compass CLO 2004-1, Ltd | ML Global Investment Series Income |
| Hammerman Capital Master Fund LP | Mountain Capital CLO II Ltd. |
| Hammerman Counterpoint Master Fund | Mountain Capital CLO IV, Ltd. |
| Harbour Town Funding LLC | Muirfield Trading LLC |
| HBK Master Fund L.P. | National City Bank |
| High Income Portfolio | Nemean CLO, Ltd. |
| Highland Floating Rate Advantage | Oak Hill Credit Alpha Fund (Offshore) |
| Highland Floating Rate LLC | Oak Hill Credit Alpha Fund LP |
| Highland Offshore Partners, L.P. | Oak Hill Credit Partners I, Limited |
| Horizon Income Fund, Ltd. | Oak Hill Credit Partners II, Limited |
| IDS Life Insurance Company | Oak Hill Credit Partners III, Limited |
| ING Capital LLC | Oak Hill Credit Partners IV, Limited |
| ING Investment Management CLO I | Oak Hill Securities Fund II, L.P. |
| ING Prime Rate Trust | Oak Hill Securities Fund, L.P. |
| ING Senior Income Fund | Ocm High Yield Plus Fund LP |
| Investors Bank and Trust Co | Octagon Investment Partners IV, Ltd |
| Jasper CLO Ltd. | Octagon Investment Partners V, Ltd. |
| JP Morgan Chase Bank, N.A. | Octagon Investment Partners VI, Ltd |
| Katonah II, Ltd. | Octagon Investment Partners VII, Ltd. |
| Katonah III, Ltd. | Panton Master Fund LP |
| Katonah IV, Ltd. | Park Avenue Loan Trust |
| KIL Loan Funding LLC | PIMCO Floating Income Fund |
| Kingsland I, Ltd. | PIMCO Floating Rate Income Fund |
| KKR Financial CLO 2005-1, Ltd. | PIMCO Floating Rate Strategy Fund |
| KZH Pondview LLC | PIMCO High Yield Fund |
| KZH Soleil LLC | Pinewood Credit Markets Master Fund |
| KZH Soleil-2 LLC | Pioneer Floating Rate Trust |
| Lehman Commercial Paper Inc. | PNC Bank, N.A. |
| Liberty CLO Ltd. | Post Leveraged Loan Master Fund, LP |
| Liberty Mutual Fire Insurance Company | Post Opportunity Fund L.P. |
| Liberty Mutual Ins Company | Post Total Return Fund, L.P. |
| LibertyView Loan Fund, LLC | Principal Life Insurance Company |
| Lincoln National Life Insurance Co. | Prospect Funding I, LLC |
| Lincoln Natl Life Insur Co, Sep Acc | Protective Life Insurance Company |
| Linden Capital LP | Putnam Floating Rate Income Fund |
| Lispenard Street Credit (Master) LT | Putnam High Yield Advantage Fund |
| Loan Funding I LLC | Putnam High Yield Trust |
| Loan Funding III LLC | Putnam Variable Trust High Yield Fu |
| Loan Funding V, LLC | Q Funding III LP |
| Loan Funding XI LLC | Quadrangle Master Funding Ltd |
| Loan Star State Trust | Quattro Distressed Opportunity Fund |
| Long Grove CLO, Limited | Quattro Fund Ltd |
| Madison Park Funding I, Ltd. | Quattro Multi-Strategy Master Fund |
| Marathon CLO I Ltd. | R2 Top Hat, Ltd. |
| Marathon Special Opportunity Master | Race Point CLO, Limited |
| Market Square CLO Ltd. | Race Point II CLO, Limited |
| Marquette Park CLO Ltd. | Race Point III CLO, Limited |
| McDonnell Loan Opportunity Ltd. | Red Fox Funding LLC |
| Metropolitan West High Yield Bond | Redwood Master Fund, Ltd. |

Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd.
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credi
SEI Institutional Managed TST High
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I Ltd
Sky CBNA Loan Funding LLC
SMBC MVI SPC
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group,
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC
TRS Leda LLC
TRS THEBE LLC
UBS AG, Stamford Branch
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited

Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital Management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate High
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd
ABN AMRO Bank N.V.
Agricultural Bank of China
Atrium IV
Australia and New Zealand Bank Group
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Co
Barclays Bank PLC
BNP Paribas
Calyon New York Branch
Capitalsource Finance LLC
Citibank N.A.
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse Asset Management
Credit Suisse, New York & Cayman Islands
Deutsche Bank AG
Deutsche Bank Trust Company America
Dymas Funding Company LLC
Fifth Third Bank, Eastern Michigan

| | |
|---|---|
| Goldman Sachs Credit Partners L.P. | National City Bank |
| Grand Central Asset Trust, SIL | Sea Pines Funding LLC |
| Gulf Stream – Compass CLO 2004-1, Ltd | Secondary Loan and Distressed Credit |
| Gulf Stream – Compass CLO 2005-1 | Sequils ING I (HBDGM), Ltd. |
| HSBC Bank USA, National Association | Societe Generale SA New York |
| Investment CBNA Loan Funding LLC | Sumitomo Mitsui Banking Corporation |
| JPMorgan Chase Bank, N.A. | The Royal Bank of Scotland PLC |
| KeyBank National Association | TRS Thebe LLC |
| KIL Loan Funding LLC | UBS AG, Stamford Branch |
| Lehman Commercial Paper Inc. | UBS Loan Finance LLC |
| Madison Park Funding I, Ltd. | UFJ Bank Limited |
| Mizhuo Corporate Bank Ltd fka DKB | Wachovia Bank National Association |
| Morgan Stanley Senior Funding, Inc. | |

## Lienholders and Other Significant Lenders

| | |
|---|---|
| CIT Systems Leasing | First Bank of Highland Park |
| Minolta Business Solutions, Inc. | First Bank of Highland Trust |
| Minolta Business Systems, Inc. | General Electric Capital Corp. |
| Citicorp Vendor Finance, Inc. | General Electric Capital Corporation |
| Crown Credit Company | Hitachi Credit America Corp. |
| Toyota Motor redit Corporation | Icon SPK 2023-A LLC |
| Delphi Automotive Systems Corp. | ICX Corporation |
| Michele D'Andrea | Information Leasing Corp. |
| Bank One Michigan | Kensington Capital Corporation |
| Delphi Automotive Systems Corporation | Miami Industrial Trucks Inc. |
| Michele D'Andrea | Milacron Marketing Company |
| Rave Financial Services Inc. | Milacron Marketing Company |
| Dell Financial Services LP | Murata Wiedemann Inc. |
| Bank One, NA | Sentry Financial Corp. |
| Bank One, NA (Main Office Chicago) | Sentry Financial Corporation |
| Computer Sales International Inc. | Sentry Financial, Inc. |
| Delphi Holdings Luxembourg S.A.R.L. | Southern Pacific Bancapital |
| LaSalle Bank National Association | Southern Pacific Bancapital A Division of Southern Pacific |
| LaSalle National Leasing Corporation | Bank 'SPBC' / Varilease Corp. |
| Magid Glove & Safety Mfg. Co. LLC | Southern Pacific Bank Capital |
| Motorola Credit Corp. | TCF Leasing Inc. |
| Motorola Credit Corp., et al. | Toshiba American Information Systems Inc. |
| Motorola Credit Corporation | Toyota Motor Credit Corporation |
| Motorola Inc. | Van Dorn Demag Corporation |
| Motorola Inc., et al | Varilease Corp. |
| Mori Seiki USA Inc. | Varilease Corporation |
| Applied Industrial Technologies-DBB, Inc. | Toyota Motor Credit Corporation |
| Canon Financial Services Inc. | AW Miller Technical Sales, Inc. |
| CIT Communications Finance Corporation | Applied Industrial Technologies, Inc. |
| CIT Technologies Corporation | Applied Industrial Technologies-ABC, Inc. |
| Computer Sales International, Inc. | Applied Industrial Technologies-Dixie, Inc. |
| Crown Credit Co. | Applied-Michigan, Ltd. |
| Crown Credit Company | Bank of Lincolnwood |
| Dell Financial Services LP | Bank One, NA (Main Office Chicago) |

CIT Communications Finance Corporation

Commercial Tool & Die Inc.

Compaq Financial Services Corp.

Computer Sales International, Inc.

Credit Lyonnais, S.A., Cayman Islands Branch

Delphi Holdings Luxembourg S.A.R.L.

DRE Depositor Corp.

General Electric Capital Corporation

Husky Injection Molding Systems, Inc.

Motorola Credit Corporation

Motorola, Inc.

Sentry Financial Corp.

Sentry Financial Corporation

Southern Pacific BankCapital

TCF Leasing Inc.

Tennant Financial Services

Tennessee Valley Authority

The Huntington National Bank

The Peltz Group, Inc.

Wells Fargo Bank Northwest, Trustee

Hubbard Supply Company

Northern Michigan Tool Company

Shaltz Fluid Power

Rutherford Cooke et al.

Charmilles Technologies

Commercial Tool & Die, Inc.

Crown Credit Co.

Dell Financial Services LP

Fifth Third Bank (Western Michigan)

Okuma America America Corporation

Oce-USA, Inc.

Air Liquide Industrial US LP

Ameritech Credit Corporation

Assembleon America Inc.

Bank One, NA (Main Office Chicago)

Cardinal Machine Company

CIT Communications Finance Corporation

CIT Technologies Corporation dba CIT Systems Leasing

Computer Sales International

Computer Sales International, Inc.

Cupertino National Bank c/o Greater Bay Capital

Daewoo Heavy Industries America Corporation

First Bank of Highland Park

GE Polymerland, Inc.

General Electric Capital Corp.

General Electric Capital Corporation

ICX Corporation

IOS Capital LLC

Kensington Capital Corporation

Lease Plan USA, Inc.

Leasenet Group, Inc.

Makino Inc.

OCE Financial Services, Inc.

OCE North America, Inc.

OCE-USA Inc.

Omega Tool Corporation

Pacific Rim Capital, Inc.

Pullman Bank & Trust

Pullman Bank & Trust Company

Relational Funding Corporation

Renaissance Capital Alliance, LLC

Windsor Mold Inc.

CIT Communications Finance Corporation

*In re: Bobby's Kitchen*

OCE-USA, Inc.

Juki Automation Systems, Inc.

Bank One

Associates Leasing, Inc.

AGFA Corp.

American Equipment Leasing, a division of EAB Leasing Corp.

Bell Microproducts, Inc.

Cashcode Company, Inc.

Minolta Business Solutions, Inc. (fka Minolta Business Systems, Inc.)

Motion Industries Inc.

UMB Bank Colorado Downtown Banking Center

UMB Bank Colorado, N.A.

Xel Communications, Inc.

XPEDX

Centura Bank

General Electric Capital Asset Funding

Kyocera Mita America, Inc.

Metlife Capital LP

## Holders of 5% or More of Any Outstanding Equity Securities of the Company:

Brandes Investment Partners, LLC

State Street Global Advisors

Dodge & Cox

Capital Research & Management Company

Capital Group International, Inc.

State Street Bank and Trust Company, in various fiduciary capacities

## Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company

| | |
|---|---|
| Bear Sterns | Mellon Trust |
| Citigroup | ML Sfkpg |
| Frst Clear | MSDW Inc. |
| Goldman Sachs | NFS LLC |
| Investors Bank | Pershing |
| Lehman Brothers | SSB |

## Insurers

| | |
|---|---|
| ACE American Insurance Company | East Ohio Gas Co. |
| ACE Insurance Company | Endurance Specialty |
| ACE USA | Federal Ins. Co. (Chubb) |
| AIG Excess Casualty North America (Lexington) | General Star Indemnity Company |
| AIG Worldsource | GEP |
| AIU Inc. | Great American |
| Allianz | Gulf Underwriters Insurance Company |
| Allied World Assurance Co. Ltd. (AWAC) | Hannover Re |
| Allied World Assurance Company, Ltd | Hanseatic Insurance |
| Amerada Hess Corporation | Hanseatic Insurance Company (Bermuda) Ltd. |
| American Home Assurance Co. (AIMA) | Hartford |
| American International Insurance | HDI |
| American International Specialty Lines Insurance Company | Indiana Gas Company |
| | Ins. Co. of the State of Pennsylvania (AIG) |
| ANR Pipeline Company | IRI |
| Aon | Lexington |
| Aon Bermuda | Lexington Insurance Company (AIG American International Companies) |
| Aon UK | Liberty Mutual |
| Arch | Lloyds of London |
| Arch Insurance (Bermuda) Limited | Marsh USA, Inc. (Broker) |
| Arch Insurance Group | Marsh/Pentastar |
| AWAC | National Union (AIG) |
| AXIS | National Union Fire Ins. Co. (AIG) |
| Axis Reinsurance Company | National Union Fire Insurance Company of Pitts., PA (AIG American International Companies) |
| Bermuda Markets | |
| CAN | |
| Cananwill, Inc. | Pacific Employers Ins. Co. (ACE USA) |
| Chubb Custom Insurance | Panhandle Eastern Pipeline Company |
| Chubb Specialty Insurance | Seminole Energy Services |
| CNA Financial Insurance | Sequent Energy Services |
| CNA Insurance Companies | SR International Business Insurance Company Ltd. |
| Columbia Casualty Company (CNA) | SR International Business Insurance Company Ltd. [London, UK (Zurich Branch)] |
| Columbia Gas of Ohio | |
| Columbia Gas Transmission | St. Paul |
| Continental Casualty (C.N.A.) | St. Paul (Bermuda), Ltd. |
| Coral Energy Resources, L.P. | St. Paul Fire & Marine |

| | |
|---|---|
| St. Paul Fire & Marine Insurance Company | UGI Energy Services |
| St. Paul Mercury | Union Gas System, Inc. |
| St. Paul Surplus Lines Ins. Co. | United States Aviation Insurance Group (USAIG) and others |
| Starr Excess Liability Insurance International Limited | |
| Steadfast Insurance Company (Zurich) | US Specialty/HCC |
| Swiss Re Insurance Company Ltd. | USAIG |
| Tokio Marine | Vectren Energy |
| Twin City Fire (Hartford) | XL U.S. |
| U.S. Specialty Insurance Company | Zurich American Insurance Company |

## Letter of Credit Issuers and Beneficiaries

| | |
|---|---|
| Michigan Department of Environmental Quality | Pacific Employers Insurance Co. |
| C.N.A. | ProLogis-Juarez (2) Investment, LLC |
| Federal Environmental Protection Agency | Reliance Insurance Company |
| Fraccionadora Industrial del Norte, S.A. de C.V. | RLI Surety |
| GMACCM Asset Management de Mexico | Safeco Insurance |
| Hub Group | State of Alabama Dept of Industrial Relations |
| Michigan Department of Environmental Quality [Multiple Beneficiaries – State and Federal EPA] | State of Georgia, Workers' Compensation Board |
| | State of Kansas, Workers' Compensation Board |
| New Jersey Environmental Protection Agency | State of New York, Workers' Compensation Board |
| Ohio Environmental Protection Agency | Toronto Dominion Bank |
| Orange County Health Care Agency | JP Morgan Chase |

## Former Officers and Directors (for the past three years) and consolidated for all entities)

| | |
|---|---|
| A.E. Billis | Butler, Kevin M. |
| Alapont, José Maria | Chadwick, Jeffrey R. |
| Alsagoff, Faris | Chen, Jimmy C. |
| Anderson, Carrie | Chen, Jinya |
| Arkwright, Christopher P. | Clemons, Steve D. |
| Arle, John P. | Colbert, Virgis W. |
| Bailey, R. Scott | Conlon, Martin |
| Bailey, Russell W.H. | Conor-Freeman, Maria |
| Balsei, Mike | Cooke, F.H. |
| Barth, Volker J. | Corcoran, Sean P. |
| Battenberg, J.T., III | Cornwell, William D. |
| Beckett, Michael | Davey, Stephen L. |
| Belans II, Milan E. | Dawes, Alan S. |
| Bellar, Fred J., III | Deak, Gabor Janos |
| Bernardes, Oscar de Paula | Desnos, Philippe |
| Berry, Roberto Edwin | Eichenlaub, Brian |
| Bertrand, James A. | Erwin, Richard E. |
| Borzi, James W. | Farr, David N. |
| Bowers, William Steven | Feigenbaum, Haim |
| Brown, Jr., Andrew | Flowers, Allen D. |
| Brown, Richard | Forbes, Timothy G. |
| Brust, Robert H. | Franzi, Richard A. |
| Burgner, David Allen | Fuerst, John M. |

| | |
|---|---|
| Funke Esq., Jimmy L. | Miller, Robert S. |
| Gango, Frank | Naylor, Craig G. |
| Gardner, A.N. | Nelson, R. David |
| Geller, Pamela M. | Niekamp, Cynthia A. |
| Goodman, Thomas D. | O'Neal, Rodney |
| Gottschalk, Bernd | Olbrecht, Denise |
| Gray, Mary A. | O'Neill, Brian P. |
| Griffin, Patrick | Opie, John D. |
| Gruber, Douglas | Ordonez, Frank A. |
| Gumina, Joseph P. | Overly, Jeffrey M. |
| Hachey, Guy C. | Owens, Jeffrey J. |
| Hall Jr., Samuel H. | Parsons, Jeffrey |
| Hathaway, R.E. | Pasricha, Atul |
| Hayashida, Shuji | Passante, John A. |
| Healy, Karen L. | Penske, Roger S. |
| Heigel, Kevin R. | Petrie, John |
| Hermeling, Rainer | Pirtle, Ronald M. |
| Hindels, James H. | Pitsenbarger, Pam |
| Hotchkin, Nick | Rayne, Mike |
| Humbeck, Wolfgang | Reagan, Michael T. |
| Irimajiri, Shoichiro | Remenar, Robert J. |
| Jackson, Arthur Russell | Richards, F. Timothy |
| Jackson, J.E. | Richards, Gregory R. |
| Jacovides, Linos | Robinson Esq., Logan G. |
| Jaffurs, John A. | Rogers, Max |
| Janak, Peter H. | Roland Jr., John Robert . |
| Jensen, William | Runkle, Donald L. |
| Jobe, Ronald E. | Salrin, Sarah J. |
| Jok, Richard | Scheffler, Milton R. |
| Jones, David J. | Schuppe, Michael L. |
| Kamischke, Mark S. | Schwarting, Elizabeth M. |
| Katz, Robert Esq. | Scott, Ian |
| Kaye Esq., Diane L. | Shader, Michael A. |
| Knill, David | Sheehan, John D. |
| Knutson, Timothy J. | Short, John |
| Kolano, Derek | Sonnonstine, Jerry |
| Krause, Jeffrey M. | Sparks, Robert H. |
| Lee, Dae Un | Spencer, James A. |
| Lewis, Theodore H. | Springer, F. Thomas |
| Loeb, Marjorie Harris | Sprunger, F. Thomas |
| Lorenz, Mark C. | Sueltz, Patricia C. |
| Manocha, Charu | Sullivan, Henry A. |
| Manocha, Sandeep | Theriot, Mark |
| Marion, Laura | Tilton, Todd I. |
| Maschoff, David | Twomey, Thomas N. |
| McClain, Karen | Valanty, Burton J. |
| McGuire, Marc C. | Veeser, Lothar |
| McLaughlin, Susan A. | Walker, Bette M. |
| Milburn, Paul S. | Walker, Robert C. |
| Miller, Gail K. | Weber, Mark R. |

| | |
|---|---|
| Whitson, James P. | Jerry Sonnonstine |
| Williams, Derrick M. | Jinya Chen Esq. |
| Williamson, J.L. | Jobe, Ronald E. |
| Wohleen, David B. | John A. Passante |
| Yoon, Myung Hwan | John G. Blahnik |
| Young, R.A. | John M. Fuerst |
| Zablocki, Richard J. | John P. Arle |
| A.E. Billis | John Petrie |
| A.N. Gardner | José Maria Alapont |
| Alan S. Dawes | Joseph P. Gumina |
| Allen D. Flowers | Karen L. Healy |
| Alsagoff, Faris | Karen McClain |
| Arhtur Russell Jackson | Katz, Robert Esq. |
| Atul Pasricha | Kevin M. Butler |
| Bernd Gottschalk | Kevin R. Heigel |
| Berry, Roberto Edwin | Krause, Jeffrey M. |
| Bertrand, James A. | Laura Marion |
| Bette M. Walker | Logan G. Robinson Esq. |
| Brian Eichenlaub | Lothar Veeser |
| Brust, Robert H. | Marc C. McGuire Esq. |
| Burton J. Valanty | Maria Conor-Freeman |
| Charu Manocha | Marjorie Harris Loeb |
| Chen, Jimmy C. | Mark C. Lorenz |
| Choon T. Chon | Mark R. Weber |
| Cooke, F.H. | Martin Conlon |
| Craig G. Naylor | Mary A. Gray |
| Dae Un Lee | Max Rogers |
| David Allen Burgner | Michael A. Shader |
| David B. Wohleen | Michael Beckett |
| David J. Jones | Michael T. Reagan |
| David N. Farr | Mike Balsei |
| Denise Olbrecht | Mike Rayne |
| Derek Kolano | Milan E. Belans II |
| Derrick M. Williams | Myung Hwan Yoon |
| Diane L. Kaye Esq. | Niekamp, Cynthia A. |
| Donald L. Runkle | O'Neal, Rodney |
| Douglas Gruber | O'Neill, Brian P. |
| Elizabeth M. Schwarting | Opie, John D. |
| Funke Esq., Jimmy L. | Ordonez, Frank A. |
| Gabor Janos Deak | Oscar de Paula Bernardes |
| Gail K. Miller | Owens, Jeffrey J. |
| Gango, Frank | Pamela M. Geller |
| Guy C. Hachey | Parsons, Jeffrey |
| Haim Feigenbaum | Patricia C. Sueltz |
| Hotchkin, Nick | Paul S. Milburn |
| Ian Scott | Penske, Roger S. |
| J.T. Battenberg III | Peter H. Janak |
| Jackson, J.E. | Philippe Desnos |
| James P. Whitson | R. David Nelson |
| James W. Borzi | R. Scott Bailey |

| | |
|---|---|
| R.A. Young | Short, John |
| R.E. Hathaway | Shuji Hayashida |
| Rainer Hermeling | Sparks, Robert H. |
| Remenar, Robert J. | Stephen L. Davey |
| Richard A. Franzi | Steve D. Clemons |
| Richard Brown | Susan A. McLaughlin |
| Richard E. Erwin | Theodore H. Lewis |
| Richard J. Zablocki | Thomas D. Goodman |
| Richard Jok | Thomas N. Twomey |
| Richards, F. Timothy | Timothy J. Knutson |
| Robert S. Miller | Todd I. Tilton |
| Ronald M. Pirtle | Virgis W. Colbert |
| Russell W.H. Bailey | Volker J. Barth |
| Sandeep Manocha | William D. Cornwell |
| Sarah J. Salrin | William Jensen |
| Sean P. Corcoran | William Steven Bowers |
| Sheehan, John D. | Williamson, J.L. |
| Shoichiro Irimajiri | Wolfgang Humbeck |

## Top 50 Unsecured Creditors

| | |
|---|---|
| 3M Co | EI Dupont de Nemours & Co Inc |
| Abc Group Inc | Engelhard Corp |
| Aisin Seiki Co Ltd | Flextronics Intl Asia Pacific |
| Akebono Brake Industry Co Ltd | Freescale Semiconductor |
| Alcoa Inc | Freudenberg & Co KG |
| Alps Automotive Inc. | Fujitsu Ten Corporation |
| Alps Electric Co Ltd | Futasa Corp |
| American Axle & Mfg Holdings Inc | General Electric Co Inc |
| Autoliv Inc | General Motors Corp |
| AW Transmission Engineering | Hitachi Ltd |
| Beiersdorf Ag | Howard County, Indiana |
| Blackstone Capital Partners LLP | Illinois Tool Works Inc |
| Bosch, Robert Stiftung GmbH | Impala Platinum Holdings ltd |
| Buena Vista Township, Michigan | Industrial Molding Corp |
| Calsonic Kansei Corp | Infineon Technologies AG |
| Capri Capital Advisors LLC | Intermet Corp |
| Capital Research and Management Company | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Carlisle Engineered Prods | Johnson Electric Holdings ltd |
| CIGNA Corporation | Koninkluke Philips Electronics |
| City of Flint, Michigan | Leopold Kostal GmbH & Co KG |
| Clarion Co Ltd | Limar Realty Corp. |
| Commissariat a l'Energie Stomic | Linamar Corp |
| Corning Inc | Madison County, Indiana |
| Dana Corp | Matsushita Electric Industrial |
| Delta | Merk Medco |
| Draka Holding NV | Metalyne Corp |
| Dura Automotive Systems Inc | Molex Inc |
| E.on AG | Montgomery County, Ohio |
| Electronic Data Systems Corp | |

| | |
|---|---|
| Motorola Inc | State of Wisconsin |
| Nan Ya Plastics Corp | Stmicroelectronics NV |
| National Fire Insurance Company of Hartford | Swatch Group SA, The |
| NEC Corp | TDK Corporation of America |
| Norsk Hydro ASA | Texas Instruments Inc |
| Ogura Clutch Co Ltd | Textron Inc |
| Osprey, S.A. Ltd. | Thyssenkrupp AG |
| Pacific Group Ltd | Timken Co, Inc |
| Pioneer INDL Components | Timken Co, The Inc |
| Progressive Moulded Product | Toyota Motor Corp |
| Quexco Inc | Traxle Mfg Ltd |
| Robert Bosch Corporation Automotive Group | TT Electronics PLC |
| Semiconductor Components | Tyco International LTD |
| Sequa Corp | UHC |
| Sharp Electronics Corp | United Auto Workers |
| Siemens AG | Valeq SA |
| Solectron Corp | Viasystems Group Inc |
| State of Michigan | Wilmington Trust Company, as Indenture Trustee |
| State of Ohio | Worthington Industries Inc |

## **Major Customers**

| | |
|---|---|
| AASP – PA | Calsonic Kansei |
| Adam Opel AG | Cambrex Bio Science |
| Aftermarket | Cami |
| AGco Parts Div-D7e50 Caterpillar | Cannon Group Ltd |
| AGco-Jackson Operation | Cardinal |
| AGFA | Cardinal Health |
| Agfa Corporation | Cardinal Health Canada 301, Inc |
| Agfa-Gevaert N.V. | Caterpillar |
| Agilent Tech. (M) SDN BHD | Caterpillar Engine Systems |
| Aksys, Ltd. | Caterpillar-Joliet |
| American Axle | Circuit City Stores Inc |
| American Discount Supply, Inc. | Coinstar |
| Applied Biosystems | Collins & Aikman |
| ArvinMeritor | Cummins |
| Autoliv | Daewoo Motor |
| Automotive Traning Schools | Daihatsu |
| AZ Automotive | Daimler Chrysler |
| Benteler | DaimlerChrysler Corp. US |
| Best Buy Co. Inc. | DBM Tech. |
| BMW | Delphi – Allied Sales |
| BMW Group | Denso |
| Bosch | DK Packaging |
| Brite Smile | Elgin Industries |
| Brite Smile – Chicago | Espackdis SA |
| Brite Smile Center | Everest Biomedical Instruments |
| BriteSmile – Denver | Federal-Mogul Corp D.I.P. |
| BriteSmile – Phoenix | Fiat Automotives SA |
| BriteSmile – San Diego | Fiat Group |

| | |
|---|---|
| Ford | Kautex |
| Ford Group | Key Safety |
| ForHealth Technologies, Inc. | KLA – Tencor |
| Fuji Heavy Industries | KLA Tencor Corp |
| GE Medical Systems | KLA-Tencor |
| General Motors | KLA-Tencor Integrate Metrology |
| General Motors de Mexico S de Rl | Koltec BV |
| General Motors de Mexico S Derlspom | KS Centoco |
| General Motors do Brasil Ltda | L-3 Communications |
| General Motors Powertrain | Lear |
| General Motors S Africa (Pty) Ltd | LeftHand Networks |
| GM – AC Delco | Magna Intier |
| GM de Argentina S A | Matco Tools |
| GM Espana SA | Medical Simulation Corporation |
| GM Holden Ltd | Medrad |
| GM Powertrain | Medtronic Navigation |
| GM SPO | Melling Tool Company |
| GMIO | Mercedes-Benz U.S. International, Inc. |
| GMNAO | Michael Baker, Inc. |
| GMSPO | Mitsubishi |
| Haemoscope Corporation | Modatek |
| Harley Davidson | Napa Dist Center |
| Helicor, Inc. | National Auto Radiator |
| Hewlett-Packard | Navistar |
| Hewlett-Packard Co.-Roseville | Navistar International |
| Hewlett-Packard Company | New Wave Enterprises (Belgium) NV |
| Hewlett-Packard GmbH | Nissan |
| Hewlett-Packard Singapore | Niton Corporation |
| Hewlett-Packard/San Jose | NuVasive, Inc. |
| HMH Group | Ophthonix, Inc. |
| Honda | Paccar |
| H-P Asia Pacific Pte. Ltd. | Particle Measuring Systems Inc |
| HP Financial Services Cntr. | Perkins Engines Company Ltd |
| HP International SARL (France) | Point 5 Technologies |
| HP Smartbuy | Power & Signal Group |
| HP-Colorado Springs | Precision Turbo & Engine Reb. |
| HP-FORT COLLINS | Promotora |
| HP-San Diego HID | PSA Group |
| Hyundai | Renault |
| IAPA | Rescue Technology |
| Inogen | Reviva |
| Inotherapeutics | Rover |
| Interamerican Trade Corp | S.E. Power Systems Orlando |
| International Truck & Engine | Saab Automobile AB |
| Isuzu Group | Saab Automobile Parts |
| Isuzu Motors Europe Ltd | Saturn |
| Isuzu Motors Polska Sp Zo O | Standard Motor Products Inc |
| JCI | Storage Tek |
| John Deere – Engine Works | Sun Refining & Marketing |
| Johnson Controls | Sunrise Medical |

| | |
|---|---|
| Sunrise Medical HHG, Inc. | Verilink Corporation |
| Sunrise Medical Ltd | Visteon |
| Suzuki Group | Volkswagen AG |
| Takata | Volvo Do Brazil Veiculos LTDA. |
| Tamsco, Inc. (US Gov't) | Volvo Parts North America, Inc. |
| Technologia Modificada SA de Caterpiller | Volvo Truck |
| Tenneco | VW Group |
| Tire Industry Foundation | Wal-Mart Stores CE |
| Toyota | Wheeler Brothers Inc. |
| TRW | XM Emall LLC |
| USA Technologies, Inc. | Yorozu |
| Vauxhall Motors Ltd | Zoe Medical, Inc. |

## Major Suppliers

| | |
|---|---|
| 3M | ASEC Manufacturing Sales |
| A Agrati SPA | Assembleon America Inc |
| AASP - PA | Austria Microsystems AG |
| AB SKF | Autocam Corp |
| Abc Group Inc | Autoliv ASP Inc |
| Aceralia Tubos SL | Automatizacion Y Disenos |
| Acome Societe Cooperative De Produc | Automotive Traning Schools |
| Advanced Micro Devices | B&A Enterprises |
| Affinia Group Holdings Inc | Bank One NA |
| AFX | BAX Global |
| Agfa Corporation | BBK Ltd |
| Agfa-Gevaert N.V. | Beiersoorf AG |
| Agilent Tech. (M) Sdn Bhd | Benteler Automotive |
| Aksys, Ltd. | Berger GmbH & Co Holding KG |
| Alcan Inc | Bing Metals Group Inc |
| Alcoa Inc | Binter SA |
| Allevard Springs Ltd | Bitron Industrie SpA |
| Alpine Group Inc, The | Blue Cross Blue Shield of |
| Alps Electric Co Ltd | Boco Pty Ltd |
| Aluminum Co of America | Bosch Automotive Systems Corp |
| Amak Brake LLC | Bosch, Robert Stiftung GmbH |
| Ambrake Corp | Brazeway Inc |
| American Axle & Mfg Holdings Inc | Brite Smile |
| American Discount Supply, Inc. | Brite Smile Center |
| American President Lines Ltd | British Vita PLC |
| Amphenol Corp | BTV Holding GmbH |
| Amtek Engineering Ltd | Bus Electronik Gmbh |
| Analog Devices GmbH | Calsonic Corp |
| Analog Devices Inc | Calsonic Kansei Corp |
| Android Industries LLC | Cambrex Bio Science |
| Aplicaciones De Metales Sinterizado | Cami |
| Applied Biosystems | Campbell Marshall E Co |
| ARC Automotive Inc | Cardinal Health |
| Arnold Transportation | Cardinal Health Canada 301, Inc |
| Asahi Glass Co | Carlisle Companies Inc |

Carringworth Ltd

Carter Group Canada Inc

Caterpillar Engine Systems

Centra Inc

CF Gomma SPA

CIE Automotive SA

Clarion Corp Of America

Coinstar

Commissariat a l'Energie Atomique

Compagnie Industrielle de Delle

Contech

Continental Gummi-Werke AG

Cordaflex SA de CV

Corning Inc

Corus LP

CTS Corp

Curiel Estrada Jorge

Cyro Industries

D&R Technology LLC

Daewoo Heavy Industry America

Dayco Products LLC

DBG Tool & Machine

Deloitte & Touche

Delphi Corp

Delphi de Mexico SA de CV

Denso Corp

Denso International America

DHL Danzas Air & Ocean

Direct Sourcing Solutions

DMC 2 Canada Corporation

Dove Equipment Co Inc

Dr Johannes Heidenhain-Stiftung GmbH

DTE Coal Services

Duluth Services

Dura Automotive Systems

Dura Automotive Systems Inc

E I Dupont de Nemours & Co Inc

Eco-Bat America LLC

EDS

Egelhof SA

EI Dupont de Nemours & Co Inc

Ekm-Knobloch GmbH

Elgin Industries

Engelhard Corp

Engelhard Corporation

Engineered Plastic Components Inc

Enricau Cesar Vuarchex Industries

Epcos AG

Essex Group Inc

Everest Biomedical Instruments

Federal Express Corporation

Federal Mogul Corp

Fedex Trade Networks

Feintool International Holding

Fernandez Racing LLC

Fibrax Ltd

Folketrygdfondet

ForHealth Technologies, Inc.

Fountain Construction Co

Freescale Semiconductor Inc

Freudenberg & Co KG

Fujitisu Ltd

Furukawa Electric Co Ltd

Furukawa Electric North

Futaba Corp

Gambari International

GE Medical Systems

General Electric Capital

General Electric Co Inc

General Motors Corp

General Motors Corporation

Georg Fischer AG

Giovanni Agnelli EC SAPA

GKN PLC

GM - AC Delco

GM Daewoo Auto & Technology Co

Great Lakes Tape Corp

Green, Ernie Industries Inc

Groupe Rencast

Haemoscope Corporation

Handy & Harman

Hanwha Corp Poun Plt

Hayes Lemmerz International Inc

Helicor, Inc.

Hella Kgaa Hueck & Co

Henkel KGAA

Hennessey Capital Solutions

Hewlett-Packard Co.-Roseville

Hewlett-Packard Company

Hewlett-Packard GmbH

Hewlett-Packard Singapore

Hewlett-Packard/San Jose

Hinojosa Ramos Jesus Alfredo

Hitachi Automotive

Hitachi Chemical Asia Pacific

Hitachi Ltd

Holden Ltd

H-P Asia Pacific Pte. Ltd.

HP Financial Services Cntr.

HP International SARL

| | |
|---|---|
| HP Smartbuy | Lexington Connector Seals |
| HPC Engineering PLC | Lexington Precision Corp |
| HP-Colorado Springs | Linamar Corp |
| HP-FORT COLLINS | Littelfuse Inc |
| HP-San Diego HID | LS Cable Ltd |
| HSS LLC | Lunal |
| Hub Group Associates Inc | M&Q Plastic Products Inc |
| Hubert Stueken GmbH | Madison-Kipp Corp |
| Hyo Seong Electric Co Ltd | Marian, Inc |
| IAPA | Matco Tools |
| Illinois Tool Works Inc | Mccann Erickson Inc |
| Impala Platinum Holdings ITD | Meadwestvaco Corp |
| Ina-Schaeffler KG | Mecaplast |
| Infineon Technologies | Medical Simulation Corporation |
| Infineon Technologies AG | Medrad |
| Inogen | Medtronic Navigation |
| Inotherapeutics | Melling Tool Company |
| Intec Group | Metal Blanc SA |
| Interamerican Trade Corp | Metaldyne Corp |
| Intermet Corp | Metaldyne Corporation |
| Intermet Corporate | Methode Electronics Inc |
| International Rectifier Corp | Metropolitan Life Ins Co |
| International Truck & Engine | Michael Baker, Inc. |
| Inzi Controls Co Ltd | Microchip Technology Inc |
| ISI of Indiana Inc | Microsoft Services |
| Ispat International NV | Minebea Co Ltd |
| ITW Shakeproof Automotive | Mitsubishi Electric |
| ITW Tomco | Molex Inc |
| JCI | Motorola Automotive |
| Johann Albert Freund | Motorola Inc |
| John Deere | MSX International Inc |
| Johnson Electric Holdings Ltd | Muhr und Bender KG |
| Johnson Matthey Plc | Multitronics Inc |
| Jvs Eqtos P/Autom Indl Ltda | Murata Manufacturing Co Ltd |
| Kataman Metals Inc | Nabco Inc |
| Keller Group Inc | National Auto Radiator |
| Kensington Capital | National Logistics |
| Key Safety Systems Inc | National Semiconductor |
| KLA Tencor Corp | NEC Corp |
| Koa Speer Electronics Inc | NEC Electronics Inc |
| Koninklijke Philips Electronics NV | Niles Co Ltd |
| Korea Delphi Automotive Sys Corp | Ningbo Huaxiang Electronic Co Ltd |
| Koyo Seiko Co Ltd | Nissho Iwai American Corp |
| KPMG LLP | Niton Corporation |
| KS Centoco | Noranda |
| L-3 Communications | Norandal USA INC |
| Leaseway Transfer Pool | Norsk Hydro ASA |
| LeftHand Networks | North American Operations |
| Leoni AG | NSK Ltd |
| Leopold Kostal GmbH & Co KG | NuVasive, Inc. |

Ogura Clutch Co Ltd
Ogura Corp
OKI Semiconductor
Olin Corp
Omega Automation Inc
Omron Corp
Onex Corp
Ontario Holding International Bv
Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc
Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors
Pioneer Corp
Pixley Richards Holding Inc
PJAX
Plansee Holding AG
Plasco Inc
Plymouth Rubber Co Inc
Point 5 Technologies
Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.
Pressac
Prettl de Mexico SA de CV
Pricewaterhousecoopers LLP
Progressive Molded Prods
Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam
QEK Global Solutions
Quexco Inc
Republic Engineered Products Inc
Rescue Technology
Reviva
Robert Bosch Corporation
Robin Industries Inc
Rohm Co Ltd
RSR Corporation
Russell A Farrow Ltd
Ryder Integrated Logistics
S.E. Power Systems Orlando
SA Dehuit
Samtech

Sansho Giken Co Ltd
SAS Comte
Schulte & Co Gmbh
Securitas Security
Selectron Corp
Senko America Corporation
Sensus Precision Die Casting Inc
Sequa Corp
Serigraph Inc
Setech Inc
Setforge
SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd
Siemens AG
Siemens Automotive Ltd
Sirva Relocation
Societe Industrielle de Sonceboz SA
Solectron Corp
Sony Ericsson Mobile
Spartech Corp
Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek
Strattec Security Corp
Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd
Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp
Tawas Industries Inc
Tech Central
Technitrol Inc
Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL
Texas Instruments Inc
Textron Inc
The Furukawa Electric Co Ltd
The Swatch Group
The Timken Co, Inc
Thevenin (Fonderie)
Thyssenkrupp AG
Tire Industry Foundation

| | |
|---|---|
| Tokico Ltd | Valeo SA |
| Tomkins PLC | Valley Trucking Co Inc |
| Torrington Co | Vallourec |
| Total SA | Vanguard Distributors Inc |
| Toyo Clutch Co Inc | Verilink Corporation |
| Toyota Motor Corp | Viasystems Canada Inc |
| Toyota Tsusho Corp | Viasystems Group Inc |
| TPG Advisors Inc | Victory Packaging Inc |
| Trelleborg AB | Vishay Intertechnology |
| Trianon Industries Corp | Visteon Automotive Systems |
| TRW Automotive | Volvo do Brazil Veiculos Ltda. |
| TRW Automotive Holdings Corp | Volvo Parts North America, Inc. |
| TRW Automotive Holdings Corp | Wanxiang Group Corp |
| TT Electronics PLC | Waupaca Foundry Inc |
| Tyco Electronics Corp | Wheeler Brothers Inc. |
| Tyco Electronics Corp | WHX Corp |
| Tyco International Ltd | WHX Corp+A2537 |
| UBS AG | Wiederholt GmbH Vincenz |
| Umicore SA | Wieland Werke AG |
| Unigraphics Solutions Inc | Wilh Werhahn |
| US Steel Corporation | Worthington Industries Inc |
| USA Technologies, Inc. | Wren Industries Inc |
| UVA Machine Company | Yazaki Corp |
| Valeo Climate Control USA | Zeppelin-Stiftung |

## Counterparties to Major Contracts (over $100,000)

| | |
|---|---|
| Alexander Long, III | Ericsson AB |
| Ameritech Mobile Services, Inc. | Firma Carl Freudenberg KG |
| Anxebusiness Corp. | Giannulli, Thomas |
| AXNe | HTC |
| Bell South | IBM Corporation |
| Bluetooth | Ideal Technology Solutions U.S. Inc |
| BSH Industries | Inovise Medical, Inc. |
| Calsonic North America, Inc. | Integrated Therapeutics Group, Inc. |
| Cellco Partnership | Intel Corporation |
| CIA Industrial Armas | JSP America, Inc. |
| Clifford Electronics, Inc. | JSP International Ltd. |
| Compuware | JSP International s.a.r.l. |
| Consteltn NewEngy PA | JSP Trading, Inc. |
| Cullmann GmbH | Limestone County Wtr & Swr AL |
| DAS Deutschland GmbH | LiveDevices Inc |
| DAS Poland Spolka z.o.o | Lockport (City of) NY |
| Debiotech S.A. | Logikos |
| Delco Remy International, Inc | Lucent Technologies Inc. |
| Dolby Digital | Magnavox Government and Industrial Electronics Company |
| DSSCSC China | Manzai |
| DSSI | Matsushita Electric Corporation of America |
| Embedded Technology | MCI Worldcom Communications, Inc. |
| Empress Ca-Le de Tiaxcala | Miller Engineering Services, Incorporated |

| | |
|---|---|
| MMT SA | Davis Vision |
| Motores y Aparatos Electricos de Durango S.A. de C.V. | Delta Dental |
| Moving Magnet Technologies SA (MMT) | Green Shield Canada |
| MPEG LA | Health Plus Options Inc |
| Nextel West Corp. | Health Solutions Inc |
| Nokia Corporation | Hewitt Associates LLC |
| North American Philips Corporation | JLT Services Corporation |
| NY State Elec & Gas | Medco Health Solutions Inc |
| OneOK Energy Marketing OK | Medstat Group, Inc. |
| Premacare | Metlife |
| Remy International, Inc. | Metlife (Dental) |
| Satyam | Metropolitan Life Insurance Company |
| Scroll Laboratories, Inc. | M-Plan |
| Shanghai Automotive Brakes Corp. | National Foot Care Program, Inc |
| Sonceboz SA | NCQA (National Committee for Quality Assurance) |
| Sprint Spectrum, L.P. | SHPPS/Health International, Inc. |
| SRI International | TGI Direct |
| TCS | The Regents of the University of Michigan |
| The Whitaker Corporation | Towers Perrin |
| Tom Giannulli Inc., dba Caretools, Inc. | United Health Care Insurance Company |
| Toshiba Corporation | Value Options, Inc. (Value Behavioral Health) |
| Toyota Motor Corporation | Electricore |
| UBE Industries (America), Inc. | Electricore Aerovironment |
| UBE Industries, Ltd. | Emtech |
| UGC | Honeywell |
| Valence Technology Cayman Islands Inc. | I.U.P.U.I. |
| AFOSR | Johns Hopkins University |
| ARL | MRI |
| D.O.T. Volpe Center | NCMS |
| DOC/NIST | Purdue |
| DOD | Purdue University |
| DOD TACOM | TechSolve |
| DOE | Citibank, N.A. |
| DOE/NETL | Deutsche Bank AG |
| DOT NHTSA | Alltel |
| NASA | Ameritech |
| State of Indiana | ANXe |
| USAF/AFRL | AT&T |
| Constellation NewEnergy, Inc. | ATT |
| Consumers Power Company | ATT Wireless |
| DPL Energy Resources, Inc. dba DPL Energy | Avaya |
| Industrial Energy Users – Ohio | Avaya World Services |
| Pepco Energy Services, Inc. (PES) | Covad |
| TXU Energy Retail Company LP | EDS |
| Blue Cross Blue Shield | Insight Internet Services |
| C.E. Communications | Intercall |
| CIGNA Behavioral Health | LDMI Telecommunication/Ideal Technology |
| CIGNA Healthcare | MCI |
| Cole Managed Vision | Nextel |
| Connecticut General Life Insurance Company | Qwest |

SBC
SBC Ameritech
SBC Pagers
SkyTel
Sprint
Sprint United
Time Warner
T-Mobile
Verizon
Verizon Wireless
Verizon Wireless Messaging
Ameritech Information Systems, Inc.
Applera Corporation
AT&T Corp.
AT&T Solutions, Inc.
Avaya World Services, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership d/b/a Verizon Wireless
Fernandez Racing (Indianapolis, IN)
General Motors Investment Management Corporation
Hendrick Motorsports (Charlotte, NC)
Lord Corporation
PriceWaterhouseCoopers
SBC Global Services, Inc.
Scantron
Sprint
State Street Bank and Trust Company
Techcentral LLC
Thomas Giannulli
Tom Kelley
Watson Wyatt
XM Satellite Radio, Inc.
Zoe Medical, Inc.
ABN Amro Bank N.V.
Amsterdam Funding Corporation
Bank One, NA (Main Office Chicago)
Blue Ridge Asset Funding Corporation
Falcon Asset Securitization Corporation
Gotham Funding Corporation
JPMorgan Chase Bank
Jupiter Securitization Corporation
The Bank of Tokyo-Mitsubishi, Ltd., New York Branch
Wachovia Bank, National Association
(KDAC) Daewoo Motor Company
3M
ACG Componentes
Advanced Casting Technologies
Aladdin Industries
Alma Products

Alpine Electronics
Ambrake Corporation
Antec Electric System Co. Ltd
ARC Automotive
ASEC Exhaust Systems
Autonova
Beijing Delphi Wanyuan Engine Management Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Blue Totes – Atlantis
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries (agreement with FUBA)
Bujias Mexicanas (BUMEX)
CADPO
Calsonic (formed CEI)
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic Kansel
Componentes Delfa
Componentes Delfa, C.A.
Compressor Works, Inc.
Daesung Electric
Daewoo Automotive Corporation
Daewoo Motor Company
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Delco Remy International, Inc (Remy International, Inc.- new name)
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems (Thailand)
Delphi Automotive Systems Australia
Delphi Automotive Systems Deutschland (Aftermarket)
Delphi Automotive Systems do Brasil (E&C)
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Japan (Aftermarket)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain

Delphi Automotive Systems Sungwoo

Delphi Automotive Systems Vienna (Aspern)

Delphi Calsonic Compressors

Delphi Delco Electronics Europe, GmbH

Delphi Delco Electronics Suzhou

Delphi Delco Liverpool

Delphi Diesel Systems England

Delphi Diesel Systems France

Delphi Diesel Systems Korea

Delphi Diesel Systems Ltd

Delphi Diesel Systems Ltd England

Delphi Diesel Systems Spain

Delphi Diesel Systems Turkey

Delphi Diesel Systems UK

Delphi Diesel Systems, S. L. Spain

Delphi Harrison Calsonic (France)

Delphi Italia Automotive Systems S.r.l.

Delphi Lockheed Automotiove France (Aftermarket)

Delphi Mechatronic Systems

Delphi Otomotiv Sistemieri Sanayi ve Ticaret

Delphi Packard Balcheng, Limited

Delphi Packard Electric Co Ltd (Shanghai)

Delphi Packard Electric Malaysia Sdn Bhd

Delphi Packard Espana

Delphi Polska Automotive Systems

Delphi Saginaw Lingyun Brillance and Palio

Delphi Saginaw Lingyun Jinbel

Delphi Sistemas de Energia (Portugal)

Delphi TVS Diesel Systems Ltd India (Lucas)

Delphi-TVS Diesel Systems Ltd (India)

Delta Guc

Deltek

Denso

Design Solutions

Directed Electronics (formerly Clifford)

DuraSwitch

East Penn Manufacturing Company

Eaton

EBD Ventures (Savage Enterprise)

Electromotive

Empress Ca-Le de Tiaxcala

Exacto (Perfection Spring)

Fabrica De Aparatos De Air Acondicionado (FAACA)

Famar

Fitel USA Corp. (assigned to them by Lucent)

Flip Chip Technologies

Four Seasons License (Division of Standard Motor)

Fraenkische USA, LP

Freudenberg

Gasbarre Products

Gatewat Industries

General Bearings Corporation

General Motors

Girlock' – Delphi Technologies Intellectual Property License

GM do Brasil

GM France

GM License Exchange

Hubei Auto Motor Factory

Hubei Delphi Automotive Generator

Hyundai Motor Company

Intellectual Property Mining (IPM)

John Ross & Associates

JSP Affiliates

Kaiser Aluminum and Chemical

Kale Oto Radyator

KATCON

KDAC (magna steer)

KDAC (Sublicense) Shye Shyang Mechanical Industrial

KDS Company Limited

Kitco Fiber Optics

Korea Delphi Auto Systems (KDAC)

Korea Delphi Automotive Systems

Korea Delphi Automotive Systems Corp. (KDAC)

Kuo Yih Hsing Enterprise Co. Ltd (KYHE)

Kyungshin Industrial Company Ltd and Bolim

Lear Corporation

Level 9

Lockheed Martin Energy Systems (Oak Ridge Lab)

Lord Corporation Supply and Development Agreement

Magnetoelastic Devices

Manzai (a sub-licensee of KDAC)

Matsushita Electrical Industrial Company

Middle East Battery Company

Mikuni

Moldflow Corporation

Motores y Aparatos Electricos de Durango S.A. de C.V. (fka CIA Industrial Armas)

Moving Magnet Technologies SA (MMT) (France)

Navigation Technologies

NCC Liteflex Donation (National Composite Center)

NCMS Kinetic Spray

NCMS LAV

NSK Limited

Orbital Fluid Technologies

Peng Tan Settlement

R&D Enterprises

Raufoss ASA

Raytheon Company

Saginaw Deutschland

Saginaw Norinco Lingyun Drive Shaft

Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
SDACC
Shanghai Automotive Brake Systems
Shanghai Delco Electronics and Instrumentation Company Ltd
Shanghai Delco International Battery Company Ltd
Shanghai Delphi Auto Air Conditioning Systems
Shanghai Delphi Automotive Air Conditioning Systems Co. Ltd.
Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
Societe Francaise Des Ammortisseurs (DeCarbon)
Stant Manufacturing (Gates)
Steward Inc.
Tai Yue
Takata
Teknit
Test Products, Inc.
TI Group
TI Group (Walboro)
Toyota Motor Company
Trilogy Plastics
Tripac International
UBE Machinery Sales
Unisia Jecs Corporation
Valence Technology Inc.
VDO Control Systems
VDO North America
Wayne State University
Whitaker (from Specialty Electronics)
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Adrian (City of)  MI
AEP (Public Svc Co Oklahoma) OK
Alabama Gas Corporation
Alabama Power Co
Amherst Commerce Park    NY
Anderson City Utilities  IN
Brookhaven (City of) MS
Buena Vista Wtr & Swr Dept MI
Burton (City of) MI
CenterPoint Energy Entex MS
CenterPoint Energy Houston TX

Central Power & Light Co  TX
Chemical Reclamation Svcs Inc USA
Cinergy PSI IN
Citizens Gas & Coke Utility IN
Citizens Gas of Westfield  IN
Clinton (City of) MS
Colliers Turley Martin Tckr MO
Columbia Pwr & Wtr Systems  TN
Columbus (City of)  OH
Columbus Southern Power  OH
Commonwealth Edison IL
Constellation NewEnergy  TX
Constellation NewEnergy  WI
Constellation NewEnergy-Gas KY
Consteltn NewEngy Bx 642399 PA
Consumers Energy MI (Detroit)
Consumers Energy MI (Lansing)
Consumers Power  MI
Coopersville (City of)  MI
Cortland (City of)  OH
Dayton Power & Light Co  OH
Dayton Power & Light OH
Dayton Water Dept (City of) OH
Detroit Edison Co  MI
Dominion East Ohio OH
Downers Grove (Village of)  IL
Downers Grove Sanitary Dist  IL
DPL Energy Resources OH
DTE Energy MI
East Ohio Gas
El Paso Electric Co  TX
El Paso Water Utils Pub Svc TX
Entergy (MS Power & Light) USA
EQ-Heritage USA
Erie Cnty Dept Environ Serv OH
Erie Cnty Water Authority  NY
Fitzgerald Wtr Lgt&Bond Com
Flint (City of)  MI
General Motors (Delphi Brokered Gas)
General Oil Company Inc USA
Genesee County Drain Comm.
Georgia Power Company
Henrietta (Town of)  NY
Henry County REMC IN
Heritage Interactive Services USA
Heritage-Crystal Clean LLC USA
HESCO Houston Energy Svcs Co
Indiana-American Water Comp
Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co

Indianapolis Water Company

Irvine Ranch Water District CA USA

Irwin Electric Membership Corp USA

Kokomo Gas & Fuel Company IN

Kokomo Wastewater (City of) IN

KPL (Western Resources) KS

Laredo Utilities (City of) TX

Laurel Pub Util (City of) MS

Lea Land Inc USA

Limestone County Commission AL

Lockport (City of) NY USA

Lockport (Town of) NY

Lockport Energy Associates NY

Magic Valley Electric Coop USA

Marquette (County of) MI

Michigan Gas Company MI

Military Highway WSC TX

Mississippi Power Company

Mississippi Valley Gas Co MS

Monroe Cnty Water Authority NY

Montgomery City San Eng Dept OH

NAO North American Operations USA

National Fuel Resources Inc NY

New Brunswick (City of) NJ

New Castle (City of) IN

New York Power Authority

New York State Elec & Gas NY

Niagara Mohawk  NY

NICOR Gas IL

North Alabama Gas District AL

NY State Elec & Gas

Oak Creek (City of) WI

Ohio Edison Company

Oil Chem Inc USA

Oklahoma Natural Gas Co USA

Olathe (City of) KS

OneOK Energy Marketing OK USA

Onyx Environmental Svcs LLC USA

Orion (Charter Township) MI

Pepco Energy Services  VA

Portage Cnty Wir Resources OH

PSE&G NJ

Ravena (City of) OH

Rineco Chemical Industries USA

Rochester (City of) NY USA

Rochester Gas & Electric NY

Roofstown Water Service Co OH

Safety Kleen Oil Services USA

Saginaw (City of) Wir & Swr MI

SemcoEnergy Gas Company

Shelby Twp Dept of Pub Wks MI

Southern California Edison

Tennessee Valley Authority

Teris LLC – dba Ensco USA

Texas Gas Service TX

The Water Works & Sewer Brd

Troy (City of) MI

Trumbull County Wtr & Swr OH

Tulsa Utils Svc (City of) OK

Tuscaloosa (City of) AL

TXU Energy Retail Company TX

TXU Energy TX

United Cities Gas Company TN

United Water TX USA

Upper Peninsula Power Co MI USA

Vandalia (City of) OH

Vectren Energy Delivery IN

Vectren Energy Delivery OH USA

Warren (City of)Util Srvcs OH

Warren City of Pollution Control

Waste Mgmt of Orange County AZ

Westar Energy KS

Westfield Public Works IN

Wichita Falls (City of) TX

Wisconsin Electric Power Co WI

Wyoming (City of) MI

Access

American Finance Group

ATEL Capital Group

Avaya

Citicorp

Comdoc

Crown Credit

CSA Financial Corp

CSI

Dell Financial

Elect

First American Capital

First American Capital Mgmt

General Electric Capital Corp

HP Finance

ICON Capital Corp

Kensington Capitol Corp

LGR Group/CIT

Optimal Leasing Co.

Pac Rim

QEK Global Solutions

RCA

Repros, Inc.

UMG Technologies, Inc.

1401 Troy Associates Limited Partnership

2574 E. River Rd. Bldg. 10 LLC

500 Commerce LLC

Amherst Commerce Park

Aspire Building, LLC

Barrister Executive Suites, Inc.

Cherokee North Kansas City, LLC

Cinergy Corp.

City of Laurel, Mississippi

City of Tulsa, Oklahoma

County of Marquette, Michigan

Crown Enterprises, Inc.

D.C. North, LLC

DCR Properties IA, LLC

Donald R. Sweeton and Sarah E. Sweeton

EnerDel, Inc.

First Industrial L.P.

Ford Motor Land Development Corporation

Fortune Avenue Partnership LLP

GAR Properties, LLC

GBG2, LLP

General Motors Corporation

Germain's Technology Group Custom Coating and Enhancements, Inc. d/b/a Germain's Technology Group (f/k/a Seed Systems, Inc.)

ITW Mortgage Investments IV, Inc.

JCR Investments, LLC

John E. Benz & Co.

Killam Industrial Development Partnership

Killam Industrial Development Partneship, Ltd.

Kilroy Realty, L.P. (successor in interest to Limar Realty

Corp. #19)

LaSalle National Bank, as Trustee under Trust No. 115897

Laurence Tippmann, Sr., Family Limited Partnership

Liberty Property Limited Partnership

Mike Hales Real Estate Limited

Nissan Technical Center North America, Inc.

North Renaissance Development LLC

Oil Well LLC

ORIX Warren, LLC / Orix GF Warren Venture

Osprey, S.A., Ltd.

Raytheon Company

Realty Investment II

Regus Business Centre Service Agreement

Regus Business Centres Corp.

Research Properties LLC

River Road Investments, Inc.

Saginaw Centre Development Company, LLC

Sealy RG Valley Buildings, L.P.

Shelby Industrial Investors-II, LLC

Tawas Industries

The Industrial Development Board of the City of Athens, Alabama

The Industrial Development Board of the City of Tuscaloosa, Alabama

TR Butterfield Trail Corp.

Universal Tool and Engineering Company, Inc.

Universal Tool and Engineering, Inc.

Visteon Corporation

Weingarten Realty Investors

Wells Operating Partnership, L.P.

## Counterparties to Major Leases

Germain's Technology Group

Germain's Technology Group Custom Coating and Enhancements, Inc.

Kilroy Realty, L.P.

Seed Systems, Inc.

## Other Miscellaneous Interested Parties

Consumer Electronic Product Line

Vehicle Electronic Product Line

## Parties to Litigation and Their Counsel (for claims of at least $500,000)

ABATE - CECo GM

Abernathy, Sonja

Abood, Andrew P.

Adams, Thomas E.

AEC

AFL CIO CLC

Aldridge, Brenda

Allison, Carl

Anderson, Russell, Jr.

Anglo Metals, Inc.

Apple

ARC CADH

Arnold & Porter

| | |
|---|---|
| ASEC France | ESS, Inc. |
| Ashburn, William | Eton Corporation |
| Aubert, Harold | Evans, Terrence |
| Aziz, Salman | Executive Loan Program |
| Bancomer et al | Fabricated Metals |
| Barner, Richard | FAG Automotive Inc. |
| Bastien, Amy C. | FAG Bearing Limited |
| Baxter, Rachel | Fague, Terence L. |
| Beck, Daniel P. | Farmers' Marketing Service |
| Bellis, Katherine | Fiber Optic Fund Class Action (Litigation Group) |
| Bernstein, Sidney | Fiber Systems International, Inc. |
| Berthold, Cindy Lee | Fischbein, Peter D. |
| Birdyshaw, Mike | Fligstein, Michael |
| Blaesi, William | Flora, Betty J. |
| BMC Holding Corporation | FLSA |
| BMC West | Fosbre, Frank J. Jr. |
| Bond, Donald W. | Foster, Kimberly |
| Bond, Teresa G. | Fouche, Kim |
| Brady, Larry | Fournier, Connie |
| Brittingham, David | Franklin, Gordon |
| Brittingham, Julie | Fromm, Pamela |
| Budak, Anthony F. | Garvey, Robert F. |
| Burdette, James | Garvin Glass |
| California, Irvine | Gavia, Felipe F., Sr. |
| Central Bank of Brazil | General Motors Daewoo Auto and Technology |
| Chilton, Alfred | Givens, Robert |
| Citibank Texas, National Association | GM & International |
| Clark, Charles | Greenwood, Edward Joseph |
| Clark, Martina | Gross, Lisa |
| Clash, Klemchuk, Roach & Powers LLP | Guevrra, John |
| Coleman, Michael | Gum, Mano |
| Coletta, Vincent J. | Hagan, Mansel |
| Conwell, Wayne | Hanline, William D. |
| Corvette | Hanners, Carolyn |
| Coy Glass | Harley Brakes |
| Daewoo | Harper, William |
| Dangerfield, Shawn | Harris, John |
| Delco Remy America (DRA) | Hassett & Donnelly, PC |
| Dickerson, Brian | Haveles, H.P. |
| Diniz, Mauro Lucio | Heathco, Mark |
| Dolce, Frank J. | Howrey LLP |
| Dotson, Pamela K. | Howrey LLP |
| Dougherty, Chad | Hudson, Linda |
| Drillock, Linda | Hurst, Bryon |
| DSSG | Hurst, Teresa |
| Dynamic Sciences International | Hyder, Michelle |
| Eaton Corporation | ICG |
| Edwards, William P. | In re Terazosin Hydrochloride Antitrust Litigation |
| Electrical Systems Motors | Indiana, Kokomo |
| Emonds, Douglas J. | Invensys |

Itabirito Plant
IUE CWQ
IUE - CWA
Jakupco, Richard J.
James, Edith C.
Jarzyniecki, Philip
Jeanniard
Jenkins, Shontea
Johnson, Freddie L.
Jolly, Norman
Jones, Norman
Jones, Vanessa
Jordan, Martin J.
Joyal Products, Inc.
Junkin, Harrison & Junkin, PC
Junkin, Samuel W.
Kelely, Tasha
Kelley, Charles  (Estate of)
Kelley, Sharon
Kelly Koszewski et al
Kenna Technical Services
Kenna, William
Kessler, Thomas
Khan, Kim N.
Kirsch, Paul C.
Knighton, Gregory James
Knisley, Richard W., II
Kowalski, Richard
Krupp-Hoersch
Kucklemam, Karl
Kulinec, Charles Francis, Jr.
Kumiega, Kenneth J.
Laborsource 2000, Inc.
Lamb, Daniel
Lawson, Walter Keith
Lazor, Daniel
Lea Miles, Rebecca
Lee, Clyde, Jr.
Legorreta, Daniel
Leslie, Mike
Lewis, Robert
Lindberg, Matthew G.
Lisa J. Leebove
LoPrete, Kent
Lyon, Donald M.
Lyons, Brian
Mahle, Brian
McAleer, Adrian
McBride, Diana B.
McCree, Robin

McDermott, Jon E.
McKee, Stephen M.
McMillion, Anna
Merrick, Steven
Metaldyne 2005 Contract
Middleton, Randal A.
Miller, Daniel A.
Mills, Jason
Ministerio Publico
MIOSH
Mohamed, Farag
Moore, Gene T.
Moreira, Luiz Alberto
Moretti, Lucia V.
Morganite
Moser, Janet E.
Motley, Rosalyn
Mubea, Inc.
Multifunction Switch
Myers Gell, Judith
MyFi Battery Fires
Neubauer, Bridget A.
Newman, Tina
Nguyen, James H.
O'Bryan, George M.
Olson Tooling
O'Neill, Wallace & Doyle, P.C.
Orlik, Eva M.
Osowki, Linda
Padilla, Afredo Z.
Paula, Ana
Peace, Bernadine
Penley, Brian L.
Peters, Larry C.
PODS
Polito, Michael A.
Powertrain
Prusheik, Stacey
Reno, Joseph
Rhodia Patent Assertion
Rosen, Paul
Rosen, Ruben J.
Rowel, Lynn
Rudzik, Rebecca
Ruhenkamp, Nicole M.
Rule, Hilary
S "nia Aparecida da Silva
Sammons, Leon
Sanko
Savage, Darrin

Sax, M. Beth
Schlicher, Cindy Lee
SEC
SEC-OPEB
Segway Cancellation Claim
Seipke, Isabelle
Seldeen, William L.
Seskin, Lauren
Sharp, Dennis
Sherbin, Joshua A.
Short, Jodi Lynn
Simons, R. Nicholas
Smibert, Jon R.
Smith, Erisha
Smith, Lori
Smith, Mary
Snider, Michael K.
Sobel, Jonathan F.
Spahn, Jeff C., Jr.
Spencer, Theresa L.
State of Minas Gerais
State of New York Solvent Chemicals
Stec, Jennifer M.
Stewart, Alex S.
Stewart, Andrew
Stites & Harbison, PLLC
Stonehouse Rentals, Inc.
Stoughton, Jeff
Strzebniok, Jan
SungWoo-GPS
Tauzin, Vanessa
Taylor, Jonathan B.
Torabi, Alan
Torsky, Norma Jean
Truscio, James
TRW Dispute
Valeo North American Corporate
Van Dusen, Tom
VanAmburg, Shawn
Vance, Richard
Vandale, Tammy A.
Vasquez, Joe R.
Viviano, Joe
Walter, Kevin R.
Walter, Stanley J.
Warren M. Pulner
Weiler, William S.
Whitney, Gary
Williams, Steven
Wilson, Clyde

Wilson, Donna R.
Wilson, Mark
Wong, Chris
Woodson, Harold
Woodward, Bryce
Xandex, Inc.
Yang, Peter
York, Thomas, Jr.
Young, Lee
Young, Michael S.
Yount, Loretta
Allied Material
Amak Brake LLC
American Axle & Mfg Inc
ArvinMeritor
Bentley-Rolls Royce
BMW
Borg-Warner
BorgWarner Turbo Systems
Bosch
Bryce Woodward
Calsonics
Collins & Aikman
Custom Energy
CWI
Daesung Relay
Daewoo International
Daimler Chrysler
Dana Corp Global Production WHS
Dana Corp Sealing Division
DCX
DMS Eur
DMS NA
Engelhard Corporation
Engelhard/NGK
Enterprise Automotive Systems
Epsilon
Faurecia
Faurecia Exhaust Sys Inc
Ferro Electronics Material Systems
Ford
Ford Australia
Freightliner
General Motors
GM
GM Daewoo
GM DAT
GM DAT Daewoo
GM DBC
GM do Brasil

GM Epsilon

GM Europe Opel

GM Holden

GM Shanghai

GM SPO

GMDAT

GMNA

GMPT

GMSPO

GMSPO-CWI

GMT 201

Harco Industrial Supply Inc

Hitachi High Technologies

Honda

Honeywell ACS Sensing & Control

Hubert Steuken GmbH & Co KG

Hyundai

International

International Truck

Kautex

KIA

Korean Tech Center

Land Rover

Linamar Performance Center

Mahle Sistemas de Filtracion de Mex

MBUSI

Miniature Precision Components

Motorola

Nissan

Opel

PBR Automotive Pty Ltd

PBR Columbia LLC

Philips / Solectron

Pixley Richards Inc

PSA

Saginaw

Siemens

Siemens VDO Automotive Inc

Siemens VDO SA de CV

Switec

Tawas Industries

TI Automotive

Toyota

Toyota Motor Manufacturing NA Inc

Trelleborg Automotive

Triumph / Whirlaway

Volvo

Wabash Technologies Inc

A&O Mold & Engineering, Inc.

Adams Oil

Aimtronics Corporation

Alfaro, Jos C.

Allegheny Rodney

Allegre Dong AH

Alumalsa

AM General Steering Gear

Ambrake

American Axle

American Electronics Components a/k/a AEC

Ana Paula Cƒndido

Anorve, Juan

APC and Sundram

Arbogast, Michael A.

ARC CADH ( Auto Ignition Issue)

Asherbranner, Jennifer T.

Associated Springs & Barnes Group, Inc.

Automotive Technologies International

Automotive Technologies International, Inc.

Ayusa

B & F Enterprises

Baldwin, Sandra L.

Bancomer

Barnes, Cleary

Bartell, Greg

Batson, Benjamin

Beck, Bobby

Bendix ABS Fires

Beuke, Robert L.

Bex, Russell

Bishop, Sr., James Denson

Blas, Cassandra E.

Boulden, Cristal

Bradley, Phyllis Jean

Brady, Billy W.

Brewer, Mary M.

Brown, James Lee

Brown, Jonathan

Buis, James

Cadillac

Campbell, Robert R.

Canter, Richard

Carlos Alberto Nogueira Marques

Celso Gonzalves Viana

Central Bank of Brazil Fine

Chapa, Israel

Chase-Orr, Kimberly

Chemetco

Chieftain Contract Services

City of DelRay Beach Police and Firefighters Retirement System

Clones, Donald

Clorex
Clorex S.A.
Condutelli
Cook, Sylvia
Corus S.EC./L.P
Corvette Steering Column Lock (Steering Column Lock '99-'04 Corvette)
Custom Energy, L.L.C.
DACTEM
Daewoo Cam Sensor
Daimler Chrysler
Daniel Legorreta
Datappli, Inc.
Davis, Robert E., II
Delphia
Delphia Produtos El, tricos Ltda.
Demet
DHB-CA
Diavia Belgian Distributor
Dotson, W. Douglas
DSL
DuraSwitch
Eaton Bi-State Valve Claim
Eaton Corporation (Defendant)
Eftec North America, LLC
Electrical Systems
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Jr., Arlis M.
Energy Conversions Systems (ECS) formally known as Morganite
Ennis, Donald
Estate of Lannon
Ethanol Coolant
Ethylene Propylene Diene – Anti Trust Litigation
Eton Corporation (Defendant)
FAE
FAG Bearing Limited (a/k/a FAG Automotive Inc.)
Fiber Systems International, Inc. (Ernie Gonzalez)
Financial Services of America, L.L.C.
First Technology
Flasher Module (2004 Envoy)
Flex-Tech
Folck, Neal C.
Ford
Fractured Pitman Shaft (Humvee)
Full Circle Services
Furukawa Electric North America APD, Inc. (Defendant)
Gabriel v/ Delphi Catalyst France
Gabrielle, Lori J.

Gaines, Ira
Gillette, Edward A.
Glass, Garvin
Global Minerals and Metals Corporation
GM & International
GMT 800
GMT 900
Greystone
Groce, Kelly R.
Gualandi, Kevin
Gulf Coast Bank & Trust Company
H.E. Services Company
Hahn Elastomer
Hammer, Edward
Harco Industries, Inc.
Hillman, Robert
Hirschmann Electronics GmbH & Co.
Hoyt, Arthur C.
Hubbard, Clarence E.
Hummer
Hunter, Clemie
Hurley Packaging of Texas, Inc.
ICMS
Ignition Relay
Infonavit
INSS
Itabirito Plant (FEAM)
Jarzyniecki, Philip
Jevicks, Teresa
Jones, Leland
Jones, Rodger
JV Products
Katzkin Leather, Inc.
Kostal of America, Inc
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
L&W Stamping, Inc.
Laneko
Lemon Bay Partners
Linerboard Antitrust Class Action
Litex Inc.
LK Nagano Sistemas Automotivos Ltda.
Luiz Alberto Moreira
Lunt Manufacturing Co., Inc.
MacDonald Industrial Products
Magnesium Aluminium Corporation
Manns, Debra A.
Manufactured Products Corporation (MPC)
Mariana Inˆs de Souza

Marsh & McLennan Cos.

Martinez, Javier

Martinez, Jose Angel Mata

Mauro L£cio Diniz

McPhall, Amber

Metaldyne

MetroCal, Inc.

MG Rover

Ministerio P£blico

Minnick, Ralph D.

Missing Press Parts

Mitchell, Margaret B.

Mochty, Ronald J.

Modine

Morganite Incorporated Class Action

Morrison, Thomas

Mortensen, Philip Bradley

Motorgil Distribuidora de Auto Pe‡as, Ltda.

MTD Technologies

NBR

Newton, David

NGK

Novakovic

Novo Rio Baterias Ltda

Nu Tech Plastics Engineering, Inc.

O'Neill, Mary P.

O'Brien, Michael L.

Onsalma

Opel Hungary/GMPT

Paragon/CJR

Parkview Metal Products

Partridge, Steve

Patent Holding Company

Pennington, Jeff

Phelps, John W.

Phillips, Robert

Power Outage

Priest, Aaron

Proud, Douglas

Quake Global, Inc.

Quinn, Larry

Raphael, Naomi

RBC Bremen Bearing, Inc.

Reilly, Jr. Thomas A.

Reliable Castings

Rhodia

Rio Bravo Occupied Worker Housing

Roberto Mageste de Abreu

Ross, Marion

Rowley, Donald

Royal Freight, L.P.

Russell, Thomas

S˜nia Aparecida da Silva

Saturn

Schunk Graphite Technology, Inc.

SCRC

SEC (EDS Contract)

SEC (MSC Software Corporation)

SEC (OPEB)

Sedberry, Joyce

Segway

Sharp, Daniel

Shaw, Martin L.

Siemens GEN III

Siemens VDO

Siemens VDO Automotive (SVDO)

Smith, James O.

Smith, Louis

Smolik, Lillie

South Trust Bank

Stafil

Stansbury II, Robert L.

Stejakowski, Dennis

Stone, Caylena

Stonehouse Rentals, Inc. (Teresa G. Bond)

Strategic Distribution Marketing De Mexico, S.A. de C.V.

Stuck, Ronald P.

Takata-Petri AG

Tatum, Jefferi

TCFA

Terazosin Hydrochloride

Textron (Kautex)

Thailand-E&C-Sanko Claim

Timken (Brazil)

Trovan

TRW

Tuthill, Rusty

U.S. Aeroteam, Inc.

Valeo Switches and Detection Systems, Inc.

Vasquez, Joe R. d/b/a Farmers' Marketing Service

Volvo

Waldo, Richard L.

Weber, Herman

Weyer, Frank

Wheeler, Bruce C.

Whitehead, Anthony

Whitmire, Steven Lee

Williams, Modina

Willis, Steven

Wilson, Steven E.

Woodward Diesel Pump

Wright, Eugene A.

Yates, Dale A.

Yount, Loretta

Zwick

Chapman, Lewis and Swan

Clifford Law Offices

Fieger, Fieger, Kenney and Johnson

Johnson, Rasmussen, Robinson & Allen

Meyer and Williams

Thomas, Garvey, Garvey and Sciotti

Abbey Gardy, LLP

Afredo Z. Padilla, Esq.

Alen J. Counard, P.C.

Alexander Logan & Hunt

Andrew P. Abood, Esq.

Archer & Greiner

Barry D. Adler, Esq., Adler & Associates

Beck, Redden & Secrest

Beers, Anderson, Jackson, Patty & Van Heest, P.C.

Berg Hill Greenleaf & Ruscitti LLP

Bleakley, Cypher, Parent, Warren & Quinn, P.C.

Blecher & Collins, P.C.

Bodman, Longley & Dahling, LLP

Cady, Mastromarco & Jahn, P.C.

Canales & Simonson, P.C.

Carrigan, McCloskey & Roberson, LLP

Casper & Casper

Cellino & Barnes, P.C.

Chadbourne & Parke LLP

Chapman, Lewis & Swan

Clash, Klemchuk, Roach & Powers LLP

Clifford Law Offices, P.C.

Clouse Dunn Hirsch LLP

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Cole, Cole & Easley, P.C.

Compliance Counsel, Lear Corporation

Coolidge, Wall, Womsley & Lombard, LPA

Couzens, Lansky, Fealk, Ellis & Lazar PC

Covington & Burling

David A. Hodges, Esq.

Davis & Davis

Dockins Turnage & Banks

Donald W. Bond, Esq.

Douglas J. Emonds, Esq.

Dyer, Garofalo, Mann & Schultz

Elwood S. Simon & Associates, P.C.

Everado Abrego, Esq.

Faruqi & Faruqi, LLP

Finklestein & Krinsk, LLP

Fire, Arndt & Danborn PC

Fitch, Even, Tabin & Flannery

Frank J. Dolce, Esquire

Franklin & Greenfield LLC

Gainey & McKenna

Gene T. Moore, Esq.

Gilardi & Co., Inc.

Gilbert, Frank, Ollanik & Komyatte, P.C.

Greak & Smith, P.C.

Guel, Mills, Nims & Pylman LLP

Hagens Berman Sobol Shapiro

Hardwick & Knoght

Hertz, Schram & Saretsky, P.C.

Hilary Rule

Hoagland, Longo, Moran, Dunst & Doukas

Holden, Kindwell, Hahn & Crapo, P.L.L.C.

Howard Langer, Esquire, Golumb Honik & Langer

Jenner & Block

Jennifer M. Stec, Intellectual Property Counsel, FGTL – Office of the General Counsel

Johnson, Rasmussen, Robinson & Allen, P.L.C.

Jolly, Esq. Norman

Kaplan Fox & Klisheimer LLP

Karl Kucklemam

Keller Rohrback, L.L.P.

Ker, Russell & Weber

Kimberley & Miles, P.C.

Langston Sweet & Freese

Laudig George Rutherford & Sipes

Law Office of Carlos E. Hernandez, Jr.

Law Office of Klari Neuwelt

Law Office of Leon Russell, P.C.

Law Offices of Brian M. Felgoise, PC

Law Offices of Charles J. Piven, P.A.

Law Offices of G. Lynn Shumway

Law Offices of Maloney & Campolo

Lerach Coughlin Stoia Geller Rudman & Robbins LLP

Lester, Schwab, Katz & Dwyer

Levin Simes & Kaiser LLP

Lewis & Lewis, P.C.

Lewis Brisbois Bisgaard & Smith LLP

Lieff, Cabraser, Heiman & Bernstein, LLP

Linda Drillock, Esq.

Lisa J. Leebove (Pro hac vice)

Liss & Shapero

Locke Liddell & Sapp, LLP

Lowey Dannenberg Bemporad & Selinger, P.C.

M. Beth Sax

Marian P. Rosner, Esq., Robert C. Finkel, Esq., Carl L. Stine, Esq.

Mark Wilson, Esq., Attorney At Law

Mastromarco & Jahn, PC

McTigue Law Firm

METLIFE, Michelle Constandse, Esq.

Miller Faucher and Cafferty LLP

Miller Shea P.C.

Miro, Weiner & Kramer

Moore, Walters, Thompson, Thomas, Papillion & Cullens

Morgan & Meyers PLC

Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.

Much Shelist Freed Denenberg Ament & Rubenstein, P.C

NBR Antitrust Litigation (Crompton), c/o Gilardi & Co., LLC

O'Neill, Wallace & Doyle, P.C.

Parmenter O'Toole

Peter D. Fischbein, Esq.

Polsinelli Shalton Welte Suelthaus, PC

Price Potter Jackson & Mellowitz PC

Primary at Johnston Bartin is John Sheffield

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Richard Hawkins & Young, LLP

Robert F. Garvey, Esq., Daniel P. Beck, Esq.

Robins, Kaplan, Miller & Ciresi LLP

Roetzel & Andress

Rogers County District Attorney, Assistant D.A. Patrick Abitbel

Sallee Law Firm

Schatz & Nobel, P.C.

Schwartz Law Firm, P.C.

Scott & Scott, LLC

Sheila M. Bossier PLLC

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

Sherrie Savett, Esq.

SimmonsCooper, LLC.

Smith, Spires & Peddy, P.C.

Spector Roseman & Kodroff, PC

Squitieri & Fearon, LLP

Stanley J. Walter, Esq.

Statman Harris Siegel & Eyrich LLC

Stephen F. Wasinger PLC

Stewart & Stewart

Terence L. Fague, Esq., Nicole M. Ruhenkamp, Esq.

Thacher Proffitt & Wood

The Ackerson Group

The Padberg & Corrigan Law Firm

The Roth Firm

Thomas, Garvey, Garvey & Sciotti, P.C.

Thompson & Knight

United States Attorney's Office, Southern District of Texas

Vanessa Tauzin, Paris Counsel

Varnum Ridderind Schmidt Howlett

Warren M. Pulner – Attny at Law

Weaver & Young

Wechsler Harwood LLP

Weitz & Luxenberg, P.C.

William Alcosta PLLC

William S. Weiler, Esq.

Wolf Halenstein Adler Freeman & Hertz LLP

Yaldo & Domestein, P.L.L.C.

Young & Susser, P.C.

Yzaguirre & Chapa

Zelle, Hormann, Voelbelm, Mason & Gette LLP

Bailey Cavalieri LLC

McCaslin, Imbus & McCaslin

McGuire Woods

Tucker Ellis & West

Arnold, James Jr.

Avarette, Bessie

Baxter, Daniel

Berry, Doris

Bhones, Diane

Brantley, Shalonda J.

Britt, Stephanie

Brooks, Diane

Brooks, Marvin

Brooks, Shameila

Brown, Celestia

Buchanan, Rufus O.

Burch, Amy R.

Butler, Daisy J.

Campbell, John E.

Chivers, Kathy L.

Cockrane, Ameatha

Colbert, John E.

Copeland, Huey G.

Davis, Janetta

Droman, Rick

Dukarski, Katherine

Dutton, William Boyd

Farmer, Darryl G.

Fields, Charlotte

Foster, Kim L.

Gaddis, Tracy

Garcia, Jessie L.

Gilyard, Jonnie

Glass, Coy

Glynn, Marcus

Gonzalez, Phillip

Gordon, Patricia

Harden, John W.

Hardy, William

Hassel, Claudette M.

Hernandez, Gloria
Herndon, Laura V.
Herndon, Laura V.
Hills, Donald L., Sr.
Hood, Constance
Hood, Kelli
Howard, Mark
Johnson, Ruth
Johnson, Shanellie
Jones, David
Jones, Lonnie
Josey, Anita
Julias, Steven
Kowallek, Daniel E.
Latimore, John L.
Little, Robert W.
Lumpkin, Robert J.
Lunn, Richard
Massey, Patricia
Matter, Phillip
McCullough, Amy M.
McDonald, Wilfred A.
McMillion, Anna
Mulligan, Charles D.
Ondo, Anthony C.
Owens, Donna
Peters, Jerry
Pickett, Mary
Powell, Charlene
Qualls, Debbie L.
Reyes, Daniel
Samacki, Rachel
Shanks, Carol
Sherban, Daniel
Surles, Brenda
Swain, Andrew
Taylor, Kenneth
Thomas, Demetrius
Thompson, Maria N.
Todd, William N.
Turinsky, Paul J.
Vincent, Leo J.
Walker, Joyce
Warner-Eno, Leslie A.
West, Roleda
Whitaker, Samuel F.
Williams, Lester
Wilson, Loretta
Winbush, Meatha
Wisehart, Rhonda

Wolan, Lea
Woodard, Anthony
Young, Karl L.
Young, Michael
Allstate Insurance
Brenda Aldridge
Brian Dickerson
Byron and Teresa Hurst
Carl Allison
Chad Dougherty
Darrin Savage
Donna R. Wilson
James, Edith C.
Orlik, Eva M.
Felipe Gavia, Sr.
Johnson, Freddie L.
Gary Whitney
Gwendolyn J.M. McCallum, fiduciary of the Estate of David B. McCallum
Harold Woodson
Burdette, James
Nguyen, James H.
Jodi Lynn Short
Joseph Reno
Judith Myers-Gell
Julie Brittingham and David Brittingham
Kenneth J. Kumiega
Foster, Kimberly
Lori Smith
Lynn Rowel
Mary Smith
Michael A. Polito
Coleman, Michael
Michelle Hyder
Folck, Neal C.
Jones, Norman
Paul C. Kirsch
Paul J. Turinsky
R. Nicholas Simons
Ralph Wood
Givens, Robert
Rosalyn Motley
Ruben J. Rosen
Russell Anderson, Jr.
Sharyl Carter
Sonja Abernathy
Stacey Prusheik
Stephen M. McKee
Terrence Evans

The Estate of Charles Kelley, by the executrix Sharon Kelley and Sharon Kelley individually and as next friend of Emily Kelley and Anna Marie Kelley, minor children

Theresa L. Spencer

Tina Newman

Vicki Lynn Marion, as Personal Representative of the Estate of Mark Marion

Walter Keith Lawson

Atul Pasricha

Blahnik, John

Catherine Rozanski

Dawes, Alan

Donald Runkle

Fligstein, Michael

Free, Paul

Gonzalez, Ernesto (Ernie)

Harris, John

Isabelle Seipke

J.T. Battenberg

Katherine Bellis

Kent LoPrete

Laura Marion

Mantese, Joseph Vito / Lease Plan USA

Margaret Fukuda

Milan Belans

Novak, Barbara Griffin

Peter Janak

Rachel Baxter

Sheehan, John

Steven Merrick

Tinell, Frankie

William Harper

Chemical Waste Management, Inc.

CSX Realty Development

Danis Environmental Industries, Inc.

Diversified Environmental Management Company

Fluor Corporation

The Danis Companies

Tremont Landfill Company

Waste Management, Inc.

ABATE - CECo

Adrian

Alan Torabi

Alice Aparecida Lima dos Santos

Allegheny Coatings

Alternate Resource, Inc.

Amy C. Bastien

ATT

Austin Group, LTD

Automotive Applied Technologies Limited

Automotive Technologies Inc.

Bedrin, John

Bernadine Peace

BMC Holding Corporation d/b/a BMC West and BMC West

Brian Mahle

Bridget A. Neubauer

Bryan, Greyson

Building Material Holding Corporation

Bulk Terminals, Inc.

C&J Industries

CDA Consulting, Inc.

CED, Inc. dba All-Phase Electric Supply

Charles Francis Kulinec Jr.

Chris Wong

Cindy Lee Schlicher, nka Cindy Lee Berthold

Circle Plastic Products, Inc.

Cloncs, Donald

Clyde Lee, Jr.

Conrad, Dean F.

Cox, Jon C.

Crown City Plating Company

CWA

da Silva, Rosa L£cia

DaimlerChrysler Corporation, et al.

Delco Remy America (DRA)

Dennis Sharp

Denso Corporation

Devlieg Boulevard II, Inc.

Djalma Pereira da Silva

Elco Textron Fastening Systems

Elco Textron, Inc.

Eli,rcio Aparecido de Souza

Erica Maria Martins Ribeiro

ESS, Inc.

Essedue

Eugene Wright

Executive Loan Program - MI

Farag Mohamed

Federal Mogul

Fleming, Joseph A.

Flora, Betty J.

FLSA Investigation, Kettering

Ford Motor Company

Fouche, Kim

Fournier, Connie

Freudenberg - Purge Valve Patent Litigation

Gann, Robert Edwin

General Motors' Discovery

GfH

Gimpex

Goben, Mirella

Grundig Multimedia B.V.
Gutjahr, Michael
H.E. Services Company
Hanna, Terry
Harco Industries, Inc.
Harold Aubert
Hayes Brake
Hayes Lemmerz International, Inc.
Hoover Precision Plastics
HPI
Hutchinson Seal
ICG - Bracket Shortfalls
IMSS
Infonavit
InfoServices, Inc.
Irvine
IUE
IUE Moraine Umpire Appeal
Jakupco, Richard J.
Jeanniard
John Guevrra
John Petrie
Johnson, Jana C.
Karlin, Lawrence
Kelly Koszewski
Key Plastics
Kim N. Khan
Knisley, Richard W. II
L&W Stamping, Inc.
Lear Corporation
Leon Sammons
Linda Osowki
Litex
Lockheed Martin
Logistics Solution Group S.A.de C.V.
Lucia V. Moretti
Luciana C. Colpas Leite
Mano Gum
Mansel Hagan
Maria Angela da Rocha
Maria Aparecida Silva
Maria Jos, Costa do Carmo
Mark Heathco
Martin J. Jordan
Martina Clark
Matamoros
McCree, Robin
MCI Telecommunicaitons Corporation
Means Industrial, Inc.
Merritt, James and Bonnie

Michael K. Snider
Michael S. Young
Mike Birdyshaw
Mike Leslie
Miller, Daniel A.
Mills, Jason
Milwaukee Design Center
MIOSH No. 125123380
Molex Cost Recovery Disputes
Motorola Quadrasteer
Nabco
Nesco
O'Bryan, George M.
Orlick Industries, LTD
OSHA Recordables
Palmer, Cindie L.
Pamela K. Dotson
Peter Yang
Petrie Household Goods Claim
Phelps, John W.
P-K Tool & Manufacturing
Poitra, Tammie
Praxair (Flametal) Italian Litigation
Praxair Surface Technologies
Pritchard, Deborah Brown
Productivity Point International, Inc.
Public Lighting Authorities
Radiation Issue
Rebecca Lea Miles
Rebecca Rudzik
Republic Waste Industries, Inc.
Reynosa
Richard Barner
Richard Kowalski
Robinson Cartage Company
Sharon Kelley; (Estate of) Charles Kelley
Shawn VanAmburg
Sherer Electric
Shontea Jenkins
Sistemas El,ctricos y Conmutadores - Instituto Mexicano del Seguro Social
Solvent Chemicals
State of New York
Steven Williams
Stoughton, Jeff
Strattec Security Corporation
SungWoo-GPS matter
Superfund - Anglo Metals, Inc.
Talbot Case
Tammy A. Vandale
Tasha Kelely

| | |
|---|---|
| Tenneco Automotive | Daniel Lamb |
| The Chamberlain Group, Inc. | Diana B. McBride |
| Thomas York Jr., | Edward Joseph Greenwood |
| Ticona | Franklin, Gordon |
| Timken (Brazil) | Gregory James Knighton |
| Torsky, Norma Jean | Industrial Div. of the Communications |
| Toyota Motor North America, Inc. | International Brotherhood of Electrical Workers |
| Trico | IUE/CWA Local 755 |
| Truscio, James | IUE-CWQ |
| TRW | Joyce Walker |
| TRW Automotive | Kevin R. Walter |
| TRW Automotive Products, | Larry Brady |
| United States - DSSG Purchase Order Overpayment | Larry C. Peters |
| United States - Infratrol Cure Ovens - Breach of Warranty | Lee Young |
| Valeo Electrical Systems, Inc. | Lewis, Robert |
| Vasquez, Joe R d/b/a/ Farmers' Marketing Service | Linda Hudson |
| VEHVAC | Lisa Gross |
| Ventra - Tech | Local 1097 |
| Vincent J. Coletta | Local 663 |
| Watkins Motor Lines | Local 663 Electrical Workers |
| William Ashburn | Lonnie Jones |
| William Blaesi | Philip Gonzalez |
| William Jensen | Randal A. Middleton |
| William P. Edwards | Wayne Conwell |
| Wood, Ralph | William D. Hanline |
| AFL-CIO | Workers of America |
| AFL-CIO-CLC | Brittingham, Julie & David |
| Alex S. Stewart | Estate of Stella Demeniu |
| Anthony F. Budak | Grimes, Rita |
| Brian L. Penley | O'Neill, Mary P. |
| Brian Lyons | Quinn, Larry |
| Clyde Wilson | Shannon Shaw, Martin L. |

## Professionals of Debtors and Affiliates (attorneys, acountants, investment bankers, consultants for the past three years, excluding those Professionals that Charge less than $100,000.00 in Annual Fees)

| | |
|---|---|
| 4GEN | Aisec United States Inc. |
| A.S.K. Services, Inc. (Canton, MI) | AIT Group |
| a/k/a Danzas AEI Customs Brokerage Services a/k/a Danzas AEI Intercontinental (Southfield, MI) | Akin, Gump Strauss, Hauer & Feld, L.L.P. |
| | Alix Partners, L.L.C. |
| Acton Corporation | Allen J. Oh dba Law Office of Allen J. Oh |
| Adam Opel | Alliance of Automobile |
| Adams & Adams | Alvarez, Notzon & Gutierrez, L.L.P. (Laredo, TX) |
| ADR Options, Inc. | American Appraisal Associates |
| Ahearn & Soper Co INC | American Red Cross |
| Air Academy Associates | American Supplier Institute |
| Air Academy Press & Assoc. | AmeriClerk Inc. dba Contract Counsel (Royal Oak, MI) (Contract Employees) |
| Airway Research, Inc. | |

Anderson Economic Group (East Lansing, MI)

Anne Murphy Patent Services (Arlington, VA)

Antonelli Terry Stout & Krause, LLP

Aon

Arent, Fox, Kintner, Plotkin & Kahn (Washington, DC)

Argo

Ariane Ingenierie

Ariba

ASI (American Supplier Institute)

ASI Consulting Group LLC

ASI LLC

ASI, Shainin (ICIM)

Asset Management Resources, Inc.

Asset Mgt Resources Inc.

Association of Business Advocating Tariff Equity (A.B.A.T.E.)

AT Kearney

Audita

AVL NORTH AMERICA IN

Ayco Company LP

Baker & Daniels (Indianapolis, IN)

Baker & McKenzie Abogados, S.C.(MEXICO)

Baker & McKenzie LLP

Baker & McKenzie LLP (Chicago, Illinois)

Baker & McKenzie LLP (UK)

Baker & McKenzie LLP (Washington, D.C.)

Baker Botts LLP (Washington, DC)

Balch & Bingham LLP - AL (Birmingham, AL)

Banner & Witcoff, LTD (Chicago, IL)

Barnes & Thornburg (Indianapolis, IN)

Barnett Associates, Inc. (Garden City, NY)

BBK., Ltd.

BBK., Ltd. (Southfield, MI)

BDO Seidman, LLP

Bede & Associates

Bell Anderson & Sanders LLC (Lugana Beach, CA)

Bellinger Donald

Benson Engineering

Beusse, Brownlee, Wolter, Mora & Maire, P.A.

Bevco Solution Strategies

Bharat S. Raut and Co.

Bharatji Agrawal (Advocate)

Bickerstaff, Heath, Smiley,Pollan, Kever & McDaniel, L.L.P (Austin, TX)

Bliss McGlynn P.C. (Troy, MI)

BNP Paribas

Boehl Stopher & Graves

Booz-Allen Hamilton

Bowman and Brooke LLP - Troy (Troy, MI)

Brannon Rasberry & Associates, Inc. (El Paso, TX)

Braun Kendrick Finkbeiner

Brian Durfy (TSSC-Ohba-san)

British Standards Institute (BSI)

Britton & Associates

Brooks Roy

Brubaker & Associates, Inc. (St. Louis, MO)

Brunini Grantham Grower & Hewes PLLC

BSI

BSI America, Inc.

BSI Americas

BSI Management Systems

Bugbee & Conkle

Burkett Jeana

Burnside & Nauman Medical

Burson-Marsteller (Chicago, IL)

Business Engine

Butzel, Long (Detroit, MI)

C&S Patent and Law Office (Korea)

Cabinet Michel Poupon

Cabinet Regimbeau

Cadwalader Wickersham & Taft LLP (Washington, DC)

Cambridge Consultants

Cantor Colburn LLP (Bloomfield, CT)

CAPS Research

Cardelli Hebert P.C.

Cardinal Law Group

Carol F. Barry

Carreira Muller

Casalonga Josse D.A. (France)

Cattel, Tuyn & Rudzewicz, PLLC (Bloomfield Hills, MI)

CG&L Engineers

Changchun Ruide Accounting –Firm

Charles K. Veenstra (Bloomfield Hills, MI)

Chester Willcox & Saxbe LLP (Columbus, OH)

Chevez Abogados, S.C. (Mexico)

China Patent Agent (H.K.) Ltd.

Choicepoint Services

Christie, Parker & Hale, LLP - Pasadena, CA

Chuck Ondrick

Ciara Systems, Inc. (Huntington Woods, MI)

City-Yuwa Partners

Clark Consulting (Washington, D.C.)

Clark Hill P.L.C. (Detroit, MI)

Clark Patterson Associates

Clark, Linda L MD

Clark, Thomas & Winters, PC

CM2 Inc., dba The Medleh Group

Coble Taylor & Jones

Cochran Public Relations

Common Point Graphics

Communication Concepts

Conceptual Systems

Consortium Industriel Commercial & Maritime (Morocco)

Consultores Asociados

Conway Mackenzie & Dunleavy, Inc. (Birmingham, MI)

Coolidge Wall Womsley & Lombard Co. LPA (Dayton, OH)

Copesian Services

CoreBrand Corporate Branding LLC (Stamford, CT)

Corporate  Executive Board

Corporate Branding LLC

Couch White, LLP (Albany, NY)

Covington & Burling (Washington, DC)

Cramer & Laws (Germany)

Crane America Services

Creative Alliance

Crew & Buchanan (Dayton, OH)

Crew, Buchanan & Lowe

Crowell & Moring LLP

Crowley Stringer & Fenske LLP

CSFB

csm worldwide

CTA Consulting

CTG Auditors

CTJ Safety Associates, LLC (Cary, NC)

Customs Network Ltd., (United Kingdom)

Cyril & Crowley LLP

D J Lee & Associates

Dagongdatong Acct.

Darvin L. Weston dba ExportAlert

DASCO

Dave Trella/Menlo Logistics

David Cunnigham

Dayton Water Systems

Dechert LLP (New York, NY)

DecisionOne Corporation

Deloitte & Touche

Deloitte Touche Tohmatsu

Delphi Corporate India

Delphi Korea Phase 0 Tech Center

Delta College

Deneweth, Dugan & Parfitt

DePenning & DePenning

Det Norske Veritas

Detroit Translation Bureau

DeWitt Ross & Stevens

DeWitt, Balke & Vincent PLC (Detroit, MI)

Diamond Associates

Dickinson Wright P.L.L.C. (Detroit, MI)

Dierker & Associates, PC (Troy, MI)

Dinsmore & Shohl LLP (Cincinnati, OH)

Diola Carlos O MD

DJ Lee & Associates

Donald B. Scott

Donald Gober

Douglas Fekete

Drew & Napier (Singapore)

Drew, Eckl & Farnham, LLP

Driggers, Schultz & Herbst P.C. (Troy, MI)

Drinker Biddle & Reath - PA (Philadelphia, PA)

Due, Doyle, Fanning, Ewing & Metzger, LLP

Dykema Gossett P.L.L.C. - DET (Detroit, MI)

Earned Value

Edcor Data Services

EDS

ELCON (Washington, DC)

Eldridge Cooper Steichen & Leach, PLLC (Tulsa, OK)

Electricore Inc

Energy Engineering & Consulting Se

ENSR Corporation

En-Tech

Entech Utility Service Bureau Inc

EQ Heritage

Equis Corporation

Ernst & Young

Ernst & Young AG

Ernst & Young Consulting

Ernst & Young Corporate

Ernst & Young Tax Consultants

ESIS  - Chicago

Evans, Pletkoic & Rhodes, P.C.

Excel (Queretaro, Mexico)

Excise Consultant Associates

Excise Department

Exhibit Enterprises, Inc. (Rochester Hills, MI)

Exithum Consultoria em RH

EY Law Luther Menold

Eyster, Key, Tubb, Weaver & Roth

Falkowski PLLC (Novi, MI)

Fay Sharpe Fagan Minnich & McKee, LLP

FedEx Trade Networks Transport and Brokerage, Inc. (Romulus, MI)

Fidelity Employer Services Company, LLC

Fidelity Institutional Retirement Services Company

Fildes & Outland P.C.

Finger Lakes Occupational

Fish & Neave (New York, NY)

Fleishman Hillard Japan, Inc. (Tokyo, Japan)

Focus Business Services (Trenton, MI)

Foley & Lardner WI

Ford, Howard & Cornett, P.C. (Gasden, AL)

Foshee & Turner, Inc. f/k/a/ Legalink Southeast Corp (Birmingham, AL)

Foster, Swift, Collins & Smith, P.C. (Lansing, MI)

Frank J. Nawalanie

Frost Brown Todd LLC

FTI Consulting, Inc.

Fulbright & Jaworski LLP - NY

Fundação Vanzolini

Gable & Gotwals Law Firm (Tulsa, OK)

Garrigues

Gazzetta Tallent

Genzink Appraisal Company (Grand Rapids, MI)

Gibson, Dunn & Crutcher CA

Gide Loyrette Noyel

Gielowski & Steiner (Buffalo, NY)

Global Policy Group (Washington, D.C.)

Global Quality Institute

Global Water Solutions

Glover, John B

Goldberg Segalla LLP

Googasian Firm, P.C. (Bloomfield Hills, MI)

Gordon and Gordon, Lawyers (Claremore, OK)

Gowling Lafleur Henderson LLP

Grace Genson Cosgrove & Schirm P.C. (Los Angeles, CA)

Graham, Curtin & Sheridan, P.A. (Morristown, NJ)

Great Lakes Safety

Greenbaum, Rowe, Smith, Ravin, Davis & Himmel LLP (Iselin, NJ)

Greenwood Group

Groom Law Group, Chartered (Washington, DC)

Grupo Estrategia Politica (Mexico DF)

Gwinn & Roby (Dallas, TX)

Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A.

Haley & Aldrich Inc

Haley & Aldrich of Michigan, Inc. (Plymouth, MI)

Hamberger & Weiss

Hana Accounting INC.

Hao Do

Hardy Lewis & Page P.C.

Harris Beach LLP (Pittsford, NY)

Harter, Secrest & Emery LLP

Hartman & Hartman P.C.

Hayes, Diana B Cashier

Heller Ehrman White & McAuliffe - NY (San Francisco, CA)

Helpnet Counselling

Herbert Herman

Heritage Interactive

Hewitt

Hewitt & Associates

Hickok Inc

Hill & Knowlton (Sydney, Australia)

Hill & Knowlton, Mexico (Mexico, DF)

Hill and Knowlton Brazil (Sao Paulo, Brazil)

Hill Rivkins & Hayden LLP

Hogan & Hartson, LLP (Washington, DC)

Holloway, Dobson, Bachman

Honigman Miller Schwartz and Cohn, LLP (Lansing, MI)

Honigman, Miller, Schwartz & Cohn LLP (Detroit, MI)

Horwood, Marcus & Berk Chartered (Chicago, IL)

Howard & Howard Attorneys, P.C. (Bloomfield Hills, MI)

Howard Varinsky Associates, Inc.

Hudson, Potts & Bernstein

Hunton & Williams LLP

Huron Consulting Services LLC (Chicago, IL)

I. Donald Penson, Shumaker, Loop & Kendrick, LLP (Columbus, OH)

I33 Communications LLC (New York, NY)

IBM

IESI TX Corporation

IM & C International

Imagine Company

IMAI

Improvement Partnership

INDIEC Indiana Industrial Energy Consumers, Inc. (Indianapolis, IN)

Industrial Energy Users - Ohio (Columbus, OH)

Information Specialists, Inc.

Institute of Configuration

Integrated Training Resources

Interchange Europe (Chalfont-St-Peter, United Kingdom)

Interim

Interim Healthcare Inc.

International Finacial Services Limited

International Licensing Network (New York, NY)

International Qualtiy

International SOS Assistance

ISO Project / Loy Register

ISO Project / Omnex

Isuppli

Ivins, Phillips & Barker Chartered (Washington, D.C.)

J&J Attorneys at Law (Taiwan)

J. Gordon Lewis dba J. Gordon Lewis, PLLC (Bloomfield Hills, MI)

J.M. Robertson Intellectual Property Services LLC

Jack C. Summers dba J.C. Summers & Associates

Jack Edward Tubbs dba Flint Patent Service

Jack W. Hunt & Associates

Jackson Walker LLP (San Antonio, TX)

Jaeckle Fleischmann & Mugel, LLP

Jaffe Raitt Heuer & Weiss P.C. (Southfield, MI)

James Holahan, Esq. (Rochester, NY)

Jefferson Wells

Jenner & Block

JLE Process Services, Inc.

John A. Artz P.C. (Southfield, MI)

John Huntington Crozier

John J. Coogan

John William Hoard

Johnston Barton Proctor & Powell LLP (Birmingham, AL)

Jones Day - Cleveland, OH (Cleveland, OH)

Jones Day - Washington (Washington, DC)

Jones Lang LaSalle (Chicago, IL)

Jones Lang Lasalle Americas Inc

Joseph Sandor

Judicial Arbiter Group, Inc.

Julio Garcia (Mexico)

Jung Mun Hyoung law firm

K K Anand

Kaizen

Karen Fordman

Keating, Muething & Klekamp, P.L.L. (Cincinnati, OH)

Keefe and Associates

Kenneth Mason

Kevin P. Hayes (Los Angeles, CA)

Kevin P. Weldon (Alexandria, VA)

Khanijo & Khanijo

Kim & Chang (Seoul, South Korea)

Kirton & McConkie

Klausner Group, Ltd., The

Koll & Lynch

KPMG

KPMG (Melbourne, Australia)

KPMG LLP

Kronish Lieb Weiner & Hellman LLP (New York, NY)

Ku Ja Hyoung

Kuffner & Associates

Kummer Kaempfer Bonner & Renshaw

L.C. Begin & Associates, PLLC

LaFollette Godfrey & Kahn (Madison, WI)

Lamothe & Hamilton, APLC

Landon & Starck Associates

Latham & Wise, P.C.

Lathrop & Gage (Kansas City, MO)

Laura D. Koesters Consulting, Inc.

Laura K Grandy, Trustee of the Bankruptcy Estate of Chemetco, Inc. (Belleville, IL)

Lavin O'Neil Ricci Cedrone & DiSipio – PA

Law Offices of Brian C. Pauls

Lawrence M. Elkus PLC

Lean Business Solutions

Lee Hecht Harrison

Leger Robic Richard, L.L.P.

Lehr Middlebrooks Price & Proctor

Leitner, Williams, Dooley & Napolitan, PLLC

Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey

Lenz & Staehehn

Letson, Griffith, Woodall, Lavelle & Rosenberg

Levasseur & Levasseur

Lewis & Kappes, P.C. (Indianapolis, IN)

Liebert Global Services

Linda Ballas dba Linda Ballas & Associates (Toledo, OH)

Linda S. Prather

Liniak, Berenato, Longaere & White

Link Testing Laboratories

Linklaters

Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. (Saginaw, MI)

LKF Associates

Locke Reynolds LLP (Indianapolis, IN)

Locker & Lee

Lord Bissell & Brook

Lori A. Sisk

Louis A Zarlenga dba Louis A. Zarlenga & Associates (Canfield, OH)

Lubecda Mary E

Lugthart Jay A MD

Maginot, Moore & Bowman

Makro Management Consulting (Prescott, AZ)

Manitz, Finsterwald & Partner (Germany)

Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Manual Industrial Property B.V.

Maria Luisa Flores Garciadiego (MEXICO)

Marilyn M. Jones & Associates, Ltd.

Mark A. Navarre (Urbana, OH)

Mark J. Kushner

Marsh USA Inc.

Marshall, Gerstein & Borun

Martin Brown & Sullivan Ltd. (Chicago, IL)

Marylou J. Lavoie

Mason Griffin & Pierson PC

Massiarelli & Setto Consulting

MathWorks, Inc.

Matkov, Salzman, Madoff & Gunn (Chicago, IL)

McAndrews Held & Malloy, Ltd. (Chicago, IL)

McCann-Erickson (Birmingham, MI)

McCarter & English (Philadelphia, PA)

McCarthy Tetrault LLP (Canada)

McCarthy, Lebit, Crystal & Liffman Co., L.P.A. (Cleveland, OH)

McDermott Will & Emery LLP (Boston, MA)

McGlynn & Luther

McKenna Long & Aldgidge LLP - LA

McKenna Long & Aldridge LLP - DC (Washington, DC)

McNees Wallace & Nurick LLC (Harrisburg, PA)

McTurnan & Turner PTR
MD Consulting/Teledynamics
Mediation Group, LLC
Meridian Resources Associates
Merrill Corp.
Mertitus Consulting Services
Meta IPACS Benchmarking
Michael D. Schloff, PLLC (Bloomfield Hills, MI)
Michael Page
Michael Shaffer
Michael, Best & Friedrich LLP (Milwaukee, WI)
Michigan State University
Micropatent dba 1790.COM
Miller Canfield Paddock & Stone, PLC - Detroit (Detroit, MI)
Miller Consulting Services
Milwaukee Metro
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC (Boston, MA)
Miracle Software
MIT
MIT International Motor Vehicle Prog
Mitchell M. Musial II, PLLC
Molitor International
Momsen, Leonardos & Cia
Moore Hansen & Sumner
Morgan, Lewis & Bockius LLP - New York (New York, NY)
Morris, Nichols, Arsht & Tunnell
Mounce, Green, Myers, Safi & Galatzan (El Paso, TX)
Multiple Intervenors (Albany, NY)
Munro & Associates
MWH
Naciri & Associates (Morocco)
Nan Fang CPA Firm
Nanfang CPA Firm
Narvaez Law Firm, P.A.
Nationwide Advertising Service
Neal Gerber & Eisenberg, LLP (Chicago, IL)
Nelson Mullins Riley & Searborough L.L.P.
Nicholas Irene
Nicholas Positano
Noack & Associates, LLC (Washington, D.C.)
Noerr Stiefenhof
North American Turning
O.P. Bhatia
O.P. Tyagi
O'Banion & Richey LLP
O'Brien & Bails (Kalamazoo, MI)
Ogne, Alberts & Stuart, P.C. (Troy, MI)
Ohio State Univ.

Okabe
O'Melveny & Myers LLP - Los Angeles (Los Angeles, CA)
O'Melveny & Myers LLP - Washington DC (Washington, DC)
Omniture (Orem, UT)
Open Ratings
ORC Worldwide
Origin INTL INC
Panalpina, Inc. (Elk Grove Village, IL)
Parro & Parro Relacoes Governamentais S/C (Sao Bernardo do Campo, Brazil)
Parsons & Maxon Incorporated (Saginaw, MI)
Patty Y. Lerding
Paul E. Riegel, Esq.
Paul Elliott
Paul, Hastings, Janofsky & Walker LLP (GA) (Atlanta, GA)
PDXRO (Redford, MI)
Pearson Cynthia
Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. (Commerce Township, MI)
Pelaez Alonso, S.C. (Mexico)
Pellow Engineering Services, Inc.
Penn State-Dr. Joseph Dakerty
Pepper Hamilton LLP (Wilmington, DE)
Perecin Godoy Consulting
Personnel Decision Inc.
Phelps Dunbar LLP - New Orleans (New Orleans, LA)
Phifer & White, P.C.
Phillips Ormonde and Fitzpatrick
Pillsbury Winthrop Shaw Pittman LLP (Houston, TX)
Pinhiero Neto Advogados (Brazil)
Plews Shadley Racher & Braun (Indianapolis, IN)
Plunkett & Cooney, P.C.
Porter, Wright, Morris & Arthur (Columbus, OH)
Porterfield, Harper & Mills, P.A. (Birmingham, AL)
Potter Anderson & Corroon LLP (Wilmington, DE)
Pranjapee Associate
Price, Heneveld, Cooper, DeWitt & Litton (Grand Rapids, MI)
PricewaterhouseCoopers (Canada)
PricewaterhouseCoopers (China)
PricewaterhouseCoopers (Mexico)
PricewaterhouseCoopers (Washington, DC)
PriceWaterhouseCoopers LLP
Prichard, Hawkins, Davis & Young, LLP (San Antonio, TX)
Prism Business War Games Inc.
Problem Solving Ad Hoc
Productivity Improvement
Productivity Systems
PSS Consulting E&Y

PT TUV International Indonesia

PWC/Sistomo Tax Consultants

QAD China Limited

Qiuxin Audit Firm

QS Servicos Tecnicos

Quadir Ahmed

Quarles & Brady LLP

Quattlebaum, Grooms, Tull & Burrow PLLC

Quinn Emanuel Urquhart Oliver & Hedges LLP (Los Angeles, CA)

R.C. Simpson, Inc.

R.L. Kalra

Rader, Fishman & Grauer PLLC (Bloomfield Hills, MI)

Radix Group International, Inc

Raichle Banning Weise, PLLC

Ralph L. Hensler (New York, NY)

Ray, Valdez, McCristian & Jeans, P.C.

Realtime Consultants

Recognition Resource Inc

Reising, Ethington, Barnes Kisselle, P.C. (Troy, MI)

Reynolds Mark E MD

Rhodes Hieronymus Jones Tucker & Gable P.L.L.C.

Rhonda L. McCoy-Pfau PLLC (Canton, MI)

Rickun James S

Rithc Heather Y. Mueller, S.C.

Riverfront Medical Services, P.C. (Liverpool, NY)

Robbins GIOIA

Robert Half

Robert Hughes Associates, Inc.

Robert M. Morgan (Detroit, MI)

Robertson & Mullinax, LLC (Greenville, SC)

Rochester Precicion

Rodriguez, Colvin & Chaney, L.L.P (Brownsville, TX)

Rogitz & Associates

Ruger, Barthelt & Ahel

Russell A. Farrow, Limited (Canada)

Rutledge Tonya R

SP Nagrath & Co.

Saarakshi Enterprises

Salomon Smith Barney

Sandler & Travis Trade Advisory Services, Inc (Farmington Hills, MI)

Sapient

Sarakashi Enterprises

Saul J. Faerstein, M.D. (Beverly Hills, CA)

Savety Innovations LTD

Scheuer Mackin & Breslin LLC

Schneble, Gass & Assoc. Co., L.P.A.

Schreck Brignone (Las Vegas, NV)

Scott T. Wakeman

Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C.

– MI

Sedgwick Claims Management Services, Inc.

Seva Technologies

SGS Conrtoll CO MBH

Shaffer Environmental

Shainin

Shainin LLC

Shainin Services

Shaw E & I

Shawn Foster

Shearman & Sterling - NY (New York, NY)

Shearman & Sterling LLP

Sherin & Lodgen

Shlesinger Arkwright & Garvey L.L.P.

Shussei

Sidley Austin Brown & Wood LLP (Belgium)

Sigma Learning LLC

Sign Language Connection

Six Sigma Academy

Skadden, Arps, Slate, Meagher & Flom LLP (Washington, D.C.)

Slagle, Bernard & Gorman, P.C. (Kansas City, MO)

SLC Consultants

Smart Document Solutions

Smiley-Smith & Bright CPAs, LLC (Montgomery, AL)

Smith, Gambrell & Russell, L.L.P.

Smithers Scientific

Smithyman & Zakoura, Chartered (Overland Park, KS)

Snell & Wilmer LLP - AZ

Sofgen Computer Consultants

Software Systems / Sun System

Solution Strategies, Inc.

Sonnenschein Nath & Rosenthal LLP - DC (Washington, DC)

Sonye Engineering LLC (Rochester Hills, MI)

Southwest Research

Special Counsel (Troy, MI) (Contract Employees)

Specialized Topics

Spherion Corp

Spirax Sarco

Squire, Sanders & Dempsey, L.L.P. - DC (Washington, DC)

Stan J

Stanford D. Hanson dba Airbag Systems, Inc. (Farmington Hills, MI)

Stanton Park Group LLC (Washington, D.C.)

Stephen J. Spurr (Grosse Pointe Park, MI)

Stericycle

Steve Johnson

Storm consulting

Storm Water Consultants

Stout Risius Ross, Inc.

Studio Torta, S.r.l.

Summit Energy Services Inc

Sutherland Asbill & Brennan LLP (Washington, DC)

Suzuki Myers & Associates (Novi, MI)

Swift Currie McGhee & Hiers, LLP

Tailor Made Consulting

Tate & Tate (Medford, NJ)

Tatum Partners

Tawas Industries Components Management Services LLC (Brighton, MI)

Tax Consultancy Bureau

TBM

Tec Ease Inc

Tech Caliber

TechCentral

Tenant Co

TGI Direct (Flint, MI)

The Dickerman Group, Ltd

The Tax Veterans

Think Inc.

Thomas A. Bender, M.D.

Thomas J. Knopf Mediation Services, Inc. (Louisville, KY)

Thompson & Knight LLP (Dallas, TX)

Thompson, Hine & Flory, LLP (Dayton, OH)

Thorn Gershon Tyman and Bonanni, LLP (Albany, NY)

Towers Perrin

TPI

Training Services

Training Services & Solutions

Treasurer State of OH

Trigon Synergies P. Ltd.

Trigram Plus

Tsar and Tsai

TSSC

Turner Reid Duncan Loomer & Patton P.C. (Springfield, MO)

TUV Indonesia

TUV Rheinland Group

TWI

TWI – Chuck Ward, Dave Meiers

TWI - Sammy Obara

TWI Network

TWI Network Inc.

TWI Networking

UBS

UHY Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Unigraphics Solutions Inc

University health

Uria & Menendes

Urquhart-Dykes & Lord

URS Corporation

Value Analysis Corporation

Value Analysis Inc.

VCD Engg and Consultants

Venable LLP

Vercruysse Metz & Murray (Bingham Farms, MI)

Vereenigde

VK Wadhwan

von Kreisler Selting Werner

Vorys, Sater, Seymour & Pease LLP (Columbus, Ohio)

VTS

Wagner & Geyer

Ward Norris Heller & Reidy, LLP (Rochester, NY)

Washington Patent Services, Inc. (South Pasadena, FL)

Watkins Ludlam Winter & Stennis, P.A.

Watson Wyatt & Company

Wax Law Group

Wayne State Univ.

Webb Law Firm

Webb Ziesenheim Logsdon Orkin & Hanson, P.C. (Pittsburgh, PA)

Weingarten & Reid (Albany, NY)

Welch Consulting, LTD (Santa Monica, CA)

Wells, Anderson & Race, LLC (Denver, CO)

Wesley D. Pack Jr. (Gilbert, AZ)

White and Williams LLP

Whiteside Communication Management (Southfield, MI)

WIEG, Inc. (Madison, WI)

William L. Freeh

William R. Jentes P.C. (Chicago, IL)

Williams Mullen Clark & Dobbins (Richmond, VA)

Wilmer Cutler Pickering Hale and Dorr, LLP (Washington, District of Columbia)

Wilmer Law Offices, Inc.

Wilson, Elser, Moskowitz, Edelman & Dicker L.L.P.

Winship Rehabilitation, Inc. (Cheektawaga, NY)

Winston & Srawn LLP – NY

Wise, Carter, Child & Caraway

Wood, Herron & Evans, L.L.P.

Wooden & McLaughlin, LLP (Indianapolis, IN)

Woodward Hobson & Fulton (Louisville, KY)

Woolcott & Company

Workers Health

World Class Engineering

Wright Lindsey & Jennings LLP

Wyoming Public Schools

Xavier De Ryck (France)

Xpedex

Young & Basile P.C. (Troy, MI)

Young & Rubicam, Inc. Burson Marsteller (Chicago, IL)

Yuasa & Hara (Japan)

Yudhveer Yadav
Zaril Enterprises
Zeanah, Hust & Summerford
Zimmermann & Associates
AJM
Asset Mfg Resources
Baker & Daniels
Baker Botts LLP
Balch & Bingham LLP
Banner & Witcoff, Ltd
Bedi Strategies, Inc.
Bliss McGlynn P.C.
Brenda Veit
Burson Marsteller
Burson-Marsteller
Butzel, Long
Calwest
Cantor Colburn LLP
Cardoza
Carquest
Cattel, Tuyn & Rudzewicz, PLLC
Chris Kouri & Assoc.
Clark Consulting
Clark Hill P.L.C.
Coe & Associates
Conway McKinsey and Dunlevy
CTJ Safety Associates
Danzas AEI Customs Brokerage Services
Danzas AEI Intercontinental
Dickson Allen
Drinker Biddle & Reath - PA
Dykema Gossett P.L.L.C.
E&Y
FedEx Trade Networks Transport and Brokerage, Inc.
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Hirsig-Frazier Co.
Howard & Howard Attorneys, P.C.
Huron Consulting Services LLC
I33 Communications LLC
Interchange Europe
J. Gordon Lewis, PLLC
Johnston Barton Proctor & Powell LLP
Jones Day
Kim & Chang
Kitchin & Sons Inc.
Law Offices of Albert M. Gutierrez, P.C.

Lippert, Humphreys, Campbell, Dust & Humphreys, P.C.
Mark A. Navarre
McCann-Erickson
McCarthy Tetrault LLP
Miller Canfield Paddock & Stone, PLC
N.A. Williams Co.
NAPA Sales
Neal Gerber & Eisenberg, LLP
Northeastern Marketing
O'Melveny & Myers LLP
On-Mark Sales
Orion Adv. Mktg
Panalpina, Inc.
Parsons
Parsons & Maxon Incorporated
Paul Hastings Janofsky & Walker LLP
PDXRO
Pepper Hamilton LLP
Phelps Dunbar LLP
Pillsbury Winthrop Shaw Pittman LLP
Price, Heneveld, Cooper, DeWitt & Litton
Rader, Fishman & Grauer PLLC
Reising, Ethington, Barnes Kisselle, P.C.
Rhonda L. McCoy-Pfau PLLC
Richards Spears Kibbe & Orbe LLP
Russell A. Farrow, Limited
Russell Reynolds
Sandler & Travis Trade Advisory Services, Inc
SAP Consulting
Savety Innovations Ltd
Siskel Sales Company
Smiley-Smith & Bright CPAs, LLC
Squire, Sanders & Dempsey, L.L.P.
SRS Marketing Co.
Stanton Park Group LLC
Stout Risius Ross
Suh & Assoc.
Suri & Company
Thompson, Hine & Flory, LLP
UHY Mann Frankfort Stein & Lipp Advisors, Inc.
Ward Norris Heller & Reidy, LLP
Whiteside Communication Management
Wilmer Cutler Pickering Hale and Dorr, LLP
Wooden & McLaughlin, LLP
Young & Rubicam, Inc.
Yuasa & Hara

## State and Other Governmental Authorities With an Interest in the Company

Georgia Department of Natural Resources

IDEM - Office of Land Quality (Indiana)

Illinois Environmental Protection Agency

NYSDEC

Ohio Department of Commerce

Oklahoma Corporate Commission

Pension Benefit Guaranty Corporation (PBGC)

Internal Revenue Service

Pension Benefit Guaranty Corporation

U.S. Department of Transportation

U.S. Environmental Protection Agency

OHSA

ADEM – Water Division – Compliance Unit of Ground Water Branch [Alabama]

ADEQ Tanks Program Division – Inspection and Compliance Unit [Arizona]

Air Resources Board (ARB) [California]

Alabama Department of Environmental Management (ADEM)

Arizona Department of Environmental Quality (ADEQ)

California Environmental Protection Agency:  (Cal EPA)

Certified Unified Program Agencies (CUPA) [California]

Colorado Department of Public Health and Environment (DPHE)

Department of Toxic Substances Control [California]

Georgia Department of Natural Resources – Environmental Protection Division

Georgia DNR – Environmental Protection Division – Hazardous Waste Management – Land Protection Division

Illinois Environmental Protection Agency (Illinois EPA)

Illinois EPA – Bureau of Land – Leaking Underground Storage Tank Section

Indiana Department of Environmental Management (IDEM)

Integrated Waste Management Board (CIWMB) [California]

Kansas Department of Health & Environment

KDHE – Bureau of Environmental Remediation – Storage Tank Section [Kansas]

Kentucky Environmental and Public Protection Cabinet

Kentucky Environmental and Public Protection Cabinet – Division of Waste Management – Underground Storage

Tank Branch

Michigan Department of Environmental Quality

Michigan DEQ – Waste And Hazardous Materials – storage tanks

Minnesota Pollution Control Agency

Mississippi Department of Environmental Quality

Missouri Department of Natural Resources

Missouri Department of Natural Resources – Air and Land Protection Division – Hazardous Waste Program – Tanks Section

New Jersey Department of Environmental Protection

New York State Department of Environmental Conservation (NYSDEC)

NYSDEC – Division of Environmental Remediation – Petroleum and Chemical Bulk Storage Program [New York]

Office of Environmental Health Hazard Assessment (OEHHA) – Prop 65 [California]

Ohio Department of Commerce – State Fire Marshal Division – Bureau of Storage Tank Regulations (BUSTR)

Ohio Environmental Protection Agency

Oklahoma Corporate Commission; The Oklahoma DEQ

Oklahoma Department of Environmental Quality

Pennsylvania Department of Environmental Protection

Pennsylvania Department of Environmental Protection – Bureau of Waste Management – The Division of Storage Tanks

Regional Air Pollution Control Agency (RAPCA) [Ohio]

South Carolina Department of Health and Environmental Control

South Carolina Department of Health and Environmental Control – Office of Environmental Quality Control – Bureau of Land and Waste Management – Underground Storage Tank Program

State Department of Health Services, Office of Drinking Water [California]

State Regional Water Quality Control Boards [California]

State Water Resources Control Board (SWRCB) [California]

Tennessee Department of Environmental & Conservation

Texas Commission on Environmental Quality

Wisconsin Department of Natural Resources

## **Underwriters of Securities Issued by the Company During the Past Three Years:**

| | |
|---|---|
| Banc of America Securities LLC | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Barclays Capital Inc. | Mesirow Financial, Inc.[1] |
| BNP Paribas Securities Corp | Morgan Stanley & Co. Incorporated |
| Citigroup Global Markets Inc. | Oppenheimer & Co. Inc. |
| Credit Suisse First Boston LLC | Quick & Reilly, Inc. |
| Deutsche Bank Securities Inc. | RBC Dain Rauscher Inc. |
| HSBC Securities (USA) Inc. | Ryan Beck & Co. |
| J.P. Morgan Securities Inc | UBS Securities LLC |
| Morgan Stanley & Co. Incorporated | Utendahl Capital Partners, L.P. |
| Ramirez & Co., Inc. | Wachovia Capital Markets, LLC |
| The Royal Bank of Scotland plc | Wells Fargo Van Kasper LLC |
| Tokyo-Mitsubishi International plc | Banc of America Securities LLC |
| UBS Securities LLC | Barclays Capital Inc. |
| A.G. Edwards & Sons, Inc. | BNP Paribas Securities Corp |
| ABN AMRO Incorporated | Citigroup Global Markets Inc. |
| Advest, Inc. | Comerica Securities, Inc. |
| Banc of America Securities LLC | Credit Suisse First Boston LLC |
| BB&T Capital Markets, a division of Scott and Stringfellow, Inc. | Deutsche Bank Securities Inc. |
| C.L. King & Associated, Inc. | HSBC Securities (USA) Inc. |
| Comerica Securities | J.P. Morgan Securities Inc. |
| D.A. Davidson & Co. | McDonald Investments Inc., a KeyCorp Company |
| Deutsche Bank Securities Inc. | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Ferris, Baker Watts, Incorporated | Morgan Stanley & Co. Incorporated |
| Janney Montgomery Scott LLC | SG Cowen Securities Corporation |
| McDonald Investments Inc., a KeyCorp Company | The Royal Bank of Scotland plc |
| Samuel A. Ramirez & Company, Inc. | UBS Securities LLC |
| Scotia Capital (USA) Inc. | Williams Capital Group, L.P. |
| Southwest Securities, Inc. | |
| Stifel, Nicolaus & Company, Incorporated | |
| U.S. Bancorp Piper Jaffray Inc. | |

---

[1] While the Debtors have listed Mesirow Financial, Inc. ("Mesirow") in their parties in interest list as an underwriter of securities issued by the Debtors over the past three years, Mesirow has confirmed that it was not an underwriter of any securities of the Debtors.

## Unions Representing Company Employees

AFL-CIO Local 755

AW Local 286

EAST – Electronic and Space Technicians

EAST Local 1553

Electronic and Space Technicians Local 1553

IAM & AW – International Association of Machinists and Aerospace Workers

IAM Local 78

IBEW – International Brotherhood of Electrical Workers

IBEW Local 663

International Association of Machinists, AFL-CIO Tool and Die Makers Lodge 78

International Brotherhood of Electrical Workers, AFL-CIO Local 663

International Union of Operating Engineers Local 101-S

International Union of Operating Engineers Local 18-S

International Union of Operating Engineers, Local No. 101

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

IUE Local 1111

IUE Local 416

IUE Local 698

IUE Local 709

IUE Local 711

IUE Local 717

IUE Local 718

IUE Local 755

IUE Local 801

IUE, AFL-CIO Local 698

IUE, AFL-CIO Local 711

IUE, AFL-CIO Local 718IUE

IUE-CWA – International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers – Communications Workers of America

IUE-CWA Local 1111

IUE-CWA Local 416

IUE-CWA Local 709

IUE-CWA, AFL-CIO Local 801

IUE-CWA, AFL-CIO,CLC Local 717

IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO

IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC

IUOE – International Union of Operating Engineers

IUOE Local 832S

UAW – United Automobile, Aerospace and Agricultural Implement Workers of America

UAW Amalgamated Local 292

UAW Amalgamated Local 686

UAW Local 1021

UAW Local 1097

UAW Local 167

UAW Local 1866

UAW Local 2031

UAW Local 2083

UAW Local 2151

UAW Local 2157

UAW Local 2188

UAW Local 2190

UAW Local 2195

UAW Local 286

UAW Local 292

UAW Local 438

UAW Local 467

UAW Local 651

UAW Local 662

UAW Local 686

UAW Local 686, Unit 19

UAW Local 696

UAW Local 699

UAW Local 913

UAW Local 969

UAW, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

United Steelworkers of America

United Steelworkers of America AFL-CIO/CLC, Local Union 87

USW Local 87

USWA – United Steelworkers of America AFL-CIO/CLC

## United States Bankruptcy Judge in the Delphi cases

Honorable Robert D. Drain

## Courtroom Deputy for the Honorable Robert D. Drain

Dorothy Li

## Law Clerks for the Honorable Robert D. Drain

James M. Millerman                                          John Lucas

## U.S. Trustee for the Southern District of New York and Related Staff

Alicia M. Leonhard                          Hector Soto
Andy Velez-Rivera                           Hollie T. Elkins
Anna M. Martinez                            Maria Catapano
Brian S. Masumoto                           Marilyn Felton
Catletha Brooks                             Mary Elizabeth Tom
Courtney Arso                               Mary V. Moroney
Danny A. Choy                               Myrna R. Fields
Darin L. Mobley                             Nadkarni Joseph
Deirdre A. Martini                          Pamela J. Lustrin
Delores Lord                                Paul K. Schwartzberg
Elizabeth Austin                            Richard C. Morrissey
Elizabeth C. Dub                            Sylvester Sharp
Ercilia A. Mendoza                          Tracy Hope Davis
Greg M. Zipes