**Exhibit B**

NY\1078594.6

**In re Delphi Corporation, et al.**
**Results of Latham and Watkins' Connections Check**

## Debtor Entities

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Delphi Corp.

## Affiliates and Non-Debtor Subsidiaries -Domestic Entities

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

HE Microwave LLC

## Affiliates and Non-Debtor Subsidiaries -Foreign Subsidiaries

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Daewoo International Corp.                    Grundig AG

## Members of Official Committee of Unsecured Creditors

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Capital Research and Management Corp.          General Electric Co.

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Freescale Semiconductor, Inc.
                                               Wilmington Trust Company
Electronic Data Systems Corp.

## Professionals retained by Official Committee of Unsecured Creditors

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Jefferies & Company, Inc

1

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Mesirow Financial, Inc.

## Counsel to individual members of Official Committee of Unsecured Creditors

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Kirkpatrick & Lockhart Nicholson Graham LLP

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Lewis and Roca LLP

## Indenture Trustees

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Bank One Corp.

JP Morgan Chase & Co.

First National Bank of Chicago

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Wilmington Trust Co.

## All Lenders (including current and former agents under credit facilities and their counsel and financial advisors):

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

ABN AMRO Holding, NV

Apollo Management, LP

Amaranth Partners LLC

Atlas Ventures

American Express Co.

| | |
|---|---|
| Australia and New Zealand Banking Group Limited | Dryden Capital Management Ltd. |
| Avenue Capital Management | Empyrean Investments, LLC |
| Balboa Capital | The Foothill Group, Inc. |
| Bank of America Corp. | Fortis Bank |
| Bank of China | Fortress Investment Group |
| Bank of New York | The Goldman Sachs Group, Inc. |
| Bank of Nova Scotia | Greywolf Capital Management L.P. |
| Bank of Tokyo - Mitsubishi | HBK Investments |
| Banco Santander Central Hispano S.A. | Highland Capital Corp. |
| Barclays Bank PLC | Highland Offshore Partners, LP |
| The Bear Stearns Companies, Inc. | IDS Life Insurance Company |
| Black Diamond | ING Groep NV |
| BNP Paribas SA | JP Morgan Chase & Co. |
| Calyon New York Branch | Kohlberg Kravis & Roberts Co. |
| Canyon Capital | Liberty Mutual Fire Insurance Co. |
| Cargill Financial Services Intl. Inc | Lincoln National Life Insurance Co. |
| Celerity CLO Ltd | Metropolitan West Asset Management |
| Citigroup, Inc. | Mizhuo Financial Group |
| Celerity CLO Ltd. | Morgan Stanley & Co., Inc. |
| Centurion Investments, Inc. | Oak Hill Partners, Inc. |
| Credit Suisse Group | Pacific Investment Management Co. |
| Deutsche Bank AG | Pioneer Floating Rate Trust |
| D.K. Acquisition Partners, LP | PNC Bank, N.A. |

NY\1079985.3

Principal Life Insurance Company

Putnam Investments, Inc

Putnam Variable Trust High Yield Fund

R2 Top Hat, Ltd.

Rosemont, Inc.

The Royal Bank of Scotland PLC

SEI Investments Co.

Salomon Brothers, Inc.

Special Situations Investing Group

Societe Generale SA

Sumitomo Mitsui Banking Corporation

SunTrust Bank

UBS AG

UFJ Bank Ltd.

Wachovia Corp.

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Access Industries, Inc.

Banca Bilbao Vizcaya Argentaria, SA

Brandes Investment Partners, LLC

Capitalsource Finance LLC

Commerzbank

Credit Industriel et Commercial

Dodge & Cox

Katonah Pittman Ventures

KeyBank National Association

Mizhuo Financial Group

National City Bank

Simpson Thacher & Bartlett LLP

Velocity Capital

Western Asset Management Co.

## Lienholders and Other Significant Lenders

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

AGFA Corp.

Air Liquide Industrial US LP

American Equipment Leasing, Inc.

Bank One Corp.

Centura Bank

CIT Group, Inc.

Citigroup, Inc.

4

| | |
|---|---|
| Credit Lyonnais | Motorola Corp. |
| General Electric Co. | Relational Funding Corporation |
| GE Polymerland, Inc. | Southern Pacific BankCapital |
| Fifth Third Bancorp | Toshiba American Information Systems Inc. |
| Hitachi Credit America Corp. | |
| Kyocera Mita America, Inc. | Toyota Motor Corp. |
| LaSalle Bank National Association | Wells Fargo Bank Northwest, Trustee |
| | XPEDX |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Compaq Financial Services Corp. | |
| Daewoo International Corp. | Northern Michigan Tool Company |
| Greater Bay Bancorp | Southern Pacific Bancapital |
| Kensington Capital Corp. | Xel Communications, Inc. |

## Holders of 5% or More of Any Outstanding Equity Securities of the Company

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Capital Group International, Inc. | State Street Bank and Trust Company |
| Capital Research & Management Co. | |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Brandes Investment Partners LLC | Dodge & Cox |

5

## Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| The Bear Stearns Companies, Inc. | Lehman Brothers |
| Citigroup, Inc. | Mellon Trust |
| First Clearing Corp. | Morgan Stanley Dean Witter Co. |
| The Goldman Sachs Group, Inc. | Salomon Smith Barney, Inc. (Citigroup) |

## Insurers

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| ACE American Insurance Company | CNA Insurance Companies |
| AIU Inc. | Liberty Mutual Insurance Company |
| Allianz | SR International Business Insurance Company Ltd |
| American Home Assurance Co. (AIMA) | |
| American International Group, Inc. | The St. Paul Travelers Companies, Inc. |
| American International Specialty Lines | Tokio Marine |
| AON Corp. | UGI Energy Services |
| | Zurich American Insurance Company |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Amerada Hess Corporation | |
| Coral Energy Resources, L.P. | Gulf Underwriters Insurance Company |
| GEP Properties, Inc. | The Hartford Financial Services Group |
| Great American Insurance Company | Swiss Reinsurance Company Ltd. |

6

**Letter of Credit Issuers and Beneficiaries**

Latham and Watkins has in the past and currently represents the following companies and/or
certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors'
chapter 11 cases:

| | |
|---|---|
| JP Morgan Chase & Co. | Safeco Insurance |
| Pro Logis Trust | Toronto Dominion Bank |

Latham and Watkins has in the past represented the following companies and/or certain affiliates
or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Hub Group | Reliance Insurance Company |

**Top 50 Unsecured Creditors**

Latham and Watkins has in the past and currently represents the following companies and/or
certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors'
chapter 11 cases:

| | |
|---|---|
| 3M Co. | General Electric Co. |
| Alcoa, Inc. | General Motors Corp. |
| Autoliv, Inc. | GMAC Commercial Credit LLC |
| Beiersdorf AG | Impala Platinum Holdings Ltd. |
| Capital Research Management | Infineon Technologies AG |
| CIGNA Corp. | Koninklijke Philips Electronics NV |
| Clarion International Corporation | Merck & Co. |
| Corning, Inc. | Metaldyne Corp. |
| Dana Corp. | Motorola Corp. |
| E.on AG | Norsk Hydro ASA |
| EI Dupont de Nemours & Co., Inc. | NuVasive, Inc. |
| Freudenberg & Co KG | Pacific Group Ltd. |

7

| | |
|---|---|
| Robert Bosch GmbH | Toyota Motor Corp. |
| Siemens AG | Tyco International Ltd |
| Solectron Corp. | University Health/System Consortium |
| Textron, Inc. | United Auto Workers |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Blackstone Capital Partners LLP | Matsushita Electric Corp. |
| Calsonic Kansei Corp | NEC Corp. |
| Carlisle Engineered Prods | Sequa Corp. |
| Electronic Data Systems Corp. | Viasystems Group, Inc. |
| FreeScale Semiconductor, Inc. | Wilmington Trust Company, as Indenture Trustee |
| Hitachi Ltd | |

## Major Customers

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| AGCO Corp. | Caterpillar Inc. |
| AGFA Corp. | Circuit City Stores, Inc. |
| Agilent Technologies, Inc. | Cummins, Inc. |
| Applied Biosystems | Daihatsu |
| ArvinMeritor, Inc. | Daimler Chrysler AG |
| Autoliv Inc. | Fiat Group |
| Cambrex Bio Science | Ford Motor Co. |
| Cardinal Health | General Motors Corp. |

| | |
|---|---|
| GMAC Commercial Credit LLC | NuVasive, Inc. |
| Harley-Davidson, Inc. | PSA Group |
| Hewlett-Packard Co. | Robert Bosch GmbH |
| Honda Motor Co., Ltd. | Saab Automobile AB |
| Hyundai Motor Co. | Sunrise Medical Ltd. |
| International Truck & Engine | Suzuki Group |
| Isuzu Group | Takata Global Group |
| Land Rover North America | Toyota Motor Corp. |
| Magna Intier | TRW, Inc. |
| Mitsubishi Corp. | Visteon Corp. |
| Navistar International Corp. | Volkswagen AG |
| Nissan Motor Co. Ltd. | Wal-Mart Stores, Inc. |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| BMW Group | |
| Daewoo International Corp. | Medtronic Navigation |
| Calsonic Kansei | Mercedes-Benz U.S. International Inc. |
| John Deere | NuVasive, Inc. |
| KLA–Tencor | Renault |
| L-3 Communications | Volvo Group |

NY\1079985.3

## Major Suppliers

Latham and Watkins has in the past and currently represents the following companies and/or
certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors'
chapter 11 cases:

| | |
|---|---|
| 3M Co. | Deloitte & Touche LLP |
| AB SKF | DTE Energy Services, Inc. |
| Advanced Micro Devices | |
| | Dow Corning Corp. |
| AGFA Corp. | |
| Agilent Technologies, Inc. | EI Dupont de Nemours & Co., Inc. |
| Alcoa, Inc. | Essex Group, Inc. |
| American President Lines Ltd. | Federal Express Corp. |
| Applied Biosystems | Federal Mogul Corp. |
| Autoliv, Inc. | Freudenberg & Co KG |
| Bank One Corp. | General Electric Co. |
| Beiersdorf AG | General Motors Corp. |
| Blue Cross Blue Shield | George Fische SA |
| Boco GMBH & Co. | GMAC Commercial Credit LLC |
| Cambrex Bio Science | Hayes Lemmerz International, Inc. |
| Carlisle Companies, Inc. | Hitachi Ltd. |
| Caterpillar, Inc. | Impala Platinum Holdings Ltd. |
| Commissariat a l'Energie Atomique | Infineon Technologies AG |
| Continental Gummi-Werke AG | International Truck & Engine |
| Corning, Inc. | Ispat International NV |
| Cyro Industries | Keller Group, Inc. |
| Dayco Products LLC | Koninklijke Philips Electronics NV |

10

KPMG

Metaldyne Corp.

Methode Electronics, Inc.

Metlife, Inc.

Microsoft Corp.

Mitsubishi Corp.

Motorola Corp.

National Semiconductor

Nissho Iwai American Corp.
Norsk Hydro ASA
Omega Automation, Inc.

Pacific Group Ltd.

Philips Semiconductors

Pioneer Corp.

PriceWaterhouseCoopers LLP

Robert Bosch GmbH

Rohm Co. Ltd.

RSR Corp.

Ryder Systems, Inc.

Siemens AG

Solectron Corp.

Sony Corp.

Spirent PLC

Sun Refining & Marketing
Sunrise Medical Ltd.

Tata America International Corp.

Textron, Inc.

Total SA

Toyota Motor Corp.

TPG Advisors, Inc.

TRW Automotive

Tyco International Ltd.

UBS AG

US Steel Corp.

Valeo Group

Vishay Intertechnology

Wilh Werhahn KG

Yazaki Corp.

Latham and Watkins has in the past represented the following companies and/or certain affiliates
or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Analog Devices, Inc.

BAX Global

Calsonic Kansei Corp.

Daewoo International Corp.

DHL Worldwide Express

Electronic Data Systems Corp.

11

Hub Group

John Deere
Kensington Capital Corp.

KLA–Tencor

Koyo Seiko Co. Ltd.

L-3 Communications

Medtronic Navigation

Microchip Technology, Inc.

Minebea Co. Ltd.

NEC Corp.
Niles Co. Ltd.

Omron Corp.

Ontario Holding International BV

Plasco, Inc.

Sequa Corp

SGS Thomson

Spartech Corp.

Stelco, Inc.

Tomkins Industries, Inc.

Trianon Industries Corp.

Viasystems Group, Inc.

Volvo Group

## Counterparties to Major Contracts (over $100,000)

Latham and Watkins has in the past and currently represents the following companies and/or
certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors'
chapter 11 cases:

3M Co.

ABN AMRO Holding, NV

ARL Holdings, Inc.

AT&T Co.

Avaya, Inc.

Bank One Corp.

Blue Cross Blue Shield

Blue Ridge Asset Funding Corp.

Cardinal Health 200, Inc.

CIGNA Corp.

Cinergy Corp.

Citigroup, Inc.

Colliers International

Constellation Energy Group
Covad Communications Group, Inc.

Delco Remy

Detroit Edison Co.

DTE Energy Services, Inc.

Entergy Corp.

12

Ericsson AB

Falcon Asset Securitization Corp.

Ford Motor Co.

Freudenberg & Co KG

General Electric Corp.

General Motors Corp.

GMAC Commercial Credit LLC

Gotham Funding Corp.

Honeywell Corp.
Hyundai Motor Co.

IBM Corp.

Indiana Michigan Power

Indianapolis Power & Light Co.

Inovise Medical, Inc.

Johns Hopkins University

JP Morgan Chase & Co.

Jupiter Securitization Corp.

Level 9 Sound Designs, Inc.

Lockheed Martin Corp.

Lucent Technologies, Inc.

Magnovox

MCI, Inc.

Medco Health Solutions Inc.

Metlife, Inc.

MRI Investment Partners Ltd.

Nicor, Inc.

Nokia Corporation

OneOk Energy Marketing and Trading
    Company LP

Pepco Holdings, Inc.

PriceWaterhouseCoopers LLP

Public Service Electric &Gas, NJ

Qwest Communications International,
    Inc.

Raytheon Co.

Safety-Kleen Corp

Satyam

Southern California Edison

Sprint Nextel Corp.

Takata Global Group

The Bank of Tokyo-Mitsubishi Ltd.

Time Warner Inc.

Toshiba Corp.

Toyota Motor Corp.

Trilogy, Inc.

TXU Corp.

United Health Care Insurance Co.

13

Value Options, Inc.                           Wachovia Corp.

Verizon                                       XM Satellite Radio, Inc.


Latham and Watkins has in the past represented the following companies and/or certain affiliates
or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Alltel Corp.

Alpine Electronics, Inc.                      Matsushita Electric Corp.

Amsterdam Funding Corp.                       New York State Electric & Gas Corp.

BellSouth Communications Systems, Inc.        Onyx Environmental Services LLC

Bridgestone Corp.                            Orbital Fluid Technologies

Calsonic Kansei Corp.                         Remy International, Inc.

Daewoo International Corp.                     SBC Global Services, Inc.

Delta Dental                                  Scantron Corp.

Electronic Data Systems Corp.                 SRI International

Health Plus Options, Inc.                     TI Group

Hewitt Associates                            T-Mobile

Intel Corp.                                   The University of Michigan

Irvine Ranch Water District                   Watson Wyatt & Co.

## Counterparties to Major Leases

Latham and Watkins has in the past and currently represents the following companies and/or
certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors'
chapter 11 cases:

AT&T Corp.                                    Cinergy Corp.

Avaya Inc.                                    Ford Motor Co.

Citigroup, Inc.                               General Electric Corp.

14

| | |
|---|---|
| General Motors Corp. | Nissan Motor Co., Ltd. |
| GMAC Commercial Credit LLC | Praeger, Sealy & Co. |
| Kilroy Realty Corp. | Raytheon Co. |
| LaSalle Bank National Association | Visteon Corp. |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| American Finance Group | |
| | Kensington Capital Corp. |
| CSI Finance Inc. | |
| | Thomson Consumer Electronics |
| First Industrial LP | |

## Parties to Litigation and Their Counsel (for claims of at least $500,000)

Latham and Watkins has in the past and currently represents the following persons and companies, and/or certain affiliates or subsidiaries of such companies, on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Allstate Insurance | DaimlerChrysler Corp. |
| Apple, Inc. | Dana Corp. |
| ArvinMeritor | DHB Industries, Inc. |
| AT&T Corp. | DMS SA |
| Bentley-Rolls Royce | Eaton Bi-State Valve Claim |
| Robert Bosch GmbH | Eaton Corporation |
| Brown, Jonathan | Epsilon |
| Citigroup, Inc. | Fluor Corporation |
| Covington & Burling | Ford Motor Co. |
| CSX Realty Development | Freudenberg & Co KG |
| CWI, Inc. | General Motors Corp. |

15

GMAC Commercial Credit LLC

Greystone Capital

Hayes Lemmerz International, Inc.

Honda Motor Co., Ltd.

Honeywell ACS Sensing & Control

Hyundai Motor Co.

Key Plastics

Kostal of America, Inc

Lockheed Martin

MCI Telecommunicaitons Corporation

Means Industrial, Inc.

Metaldyne Corp.

Motorola Corp.

MTD Technologies

Power Paragon, Inc.

Solectron Corp.

Praxair, Inc.

Productivity Point International, Inc.

RBC Bremen Bearing, Inc.

Takata-Petri AG

Textron, Inc.

Latham and Watkins has in the past represented the following persons and companies, and/or certain affiliates or subsidiaries of such companies, on matters wholly unrelated to the Debtors' chapter 11 cases:

Allegheny Coatings

APC and Sundram

Bancomer et al

Bendix ABS Fires

Blecher & Collins, P.C.

BMW Group

BorgWarner, Inc.

The Chamberlain Group, Inc.

Coleman, Michael

Daewoo International Corp.

Electrical Systems Motors

Freightliner

General Motors Corp.

GMAC Commercial Credit LLC

Hitachi High Technologies

International Truck

Invensys PLC

Jenner & Block LLP

The Estate of Charles Kelley

Kia Motors Corp.

16

Land Rover

Lewis Brisbois Bisgaard & Smith LLP

McGuire Woods

Miller, Daniel A.

Modine Manufacturing Co.

Nissan Motor Co., Ltd.

Phelps, John W.

PSA International SA

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Republic Waste Industries, Inc.

Siemens AG

South Trust Bank

Takata Global Group

Tenneco Automotive, Inc.

Textron, Inc.

TI Automotive

Walker, Joyce

**Professionals of Debtors and Affiliates (attorneys, accountants, investment bankers, consultants for the past three years, excluding those professionals that charge less than $100,000.00 in annual fees)**

Latham and Watkins has in the past and currently represents the following persons and companies, and/or certain affiliates or subsidiaries of such companies, on matters wholly unrelated to the Debtors' chapter 11 cases:

American Red Cross

Aon Corp.

Argo Systems

AT Kearney

Ayco Company LLP

Barnes & Thornburg

BNP Paribas SA

Booz-Allen Hamilton

British Standards Institute

Covington & Burling

Credit Suisse Group

CTA Consulting

Dave Trella/Menlo Logistics

Deloitte & Touche

ELCON

ENSR Corporation

Ernst & Young LLP

Federal Express Corp.

Giuliani Capital Advisors LLC, f/k/a
    Ernst & Young Corporate Finance LLC

17

| | |
|---|---|
| Gowling Lafleur Henderson LLP | O'Melveny & Myers LLP - Los Angeles |
| Hogan & Hartson, LLP | Parsons & Maxon Incorporated |
| Honigman, Miller, Schwartz & Cohn LLP | Paul, Hastings, Janofsky & Walker LLP |
| Huron Consulting Services LLC | Pillsbury Winthrop Shaw Pittman LLP |
| IBM Corp. | PriceWaterhouseCoopers LLP |
| Interim Services, Inc. | QAD China Limited |
| Interim Healthcare, Inc. | Salomon Smith Barney |
| Jones Day | Shearman & Sterling |
| Kirton & McConkie | Sonye Engineering LLC |
| KPMG LLP | Storm Water Consultants |
| Lee Hecht Harrison Merrill Lynch & Co. | Trigram Plus |
| Michael Page | UBS AG |
| MWH | URS Corporation |

Latham and Watkins has in the past represented the following persons and companies, and/or certain affiliates or subsidiaries of such companies, on matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| Akin, Gump Strauss, Hauer & Feld LLP | Dechert LLP |
| Ariba | Dinsmore & Shohl LLP |
| Britton & Associates | Donald B. Scott |
| Cadwalader Wickersham & Taft LLP | Drinker Biddle & Reath |
| Calwest | Electronic Data Systems Corp. |
| Clark Consulting | EQ Heritage |
| David Cunnigham | Equis Corporation Foley & Lardner LLP |

| | |
|---|---|
| FTI Consulting, Inc. | Morgan, Lewis & Bockius LLP |
| Fulbright & Jaworski LLP | Neal Gerber & Eisenberg, LLP Productivity Systems |
| Garrigues | Quinn Emanuel Urquhart Oliver & Hedges LLP |
| Gibson, Dunn & Crutcher | |
| Robert Half International, Inc. | Robert Hughes |
| Hartman & Hartman P.C. | SGS Conrtoll CO MBH |
| Heller Ehrman White & McAuliffe | Sutherland Asbill & Brennan LLP |
| Jenner & Block LLP | Thompson, Hine & Flory, LLP |
| Jones Lang LaSalle Americas, Inc. | University Health System |
| Keefe and Associates | Watson Wyatt & Company |
| Linklaters | Xpedex |
| Lord Bissell & Brook | |

## State and Other Governmental Authorities With an Interest in the Company

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

| | |
|---|---|
| California State Department of Health Services, Office of Drinking Water | California State Department of Toxic Substances Control |
| California State Regional Water Quality Control Boards | Illinois Environmental Protection Agency |

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

U.S. Department of Transportation

NY\1079985.3

**Underwriters of Securities Issued by the Company During the Past Three Years**

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

A.G. Edwards & Sons, Inc.

ABN AMRO Holding NV

Bank of America Corp.

Barclays Bank PLC.

BNP Paribas SA

Citigroup, Inc.

Comerica Securities, Inc.

Credit Suisse Group

Deutsche Bank AG

HSBC Holdings, PLC

JP Morgan Chase & Co.

Merrill Lynch & Co., Inc.

Morgan Stanley & Co., Inc.

Pierce, Fenner & Smith Inc.

RBC Dain Rauscher Inc.

Scotia Capital Inc.

SG Cowen Securities Corp.

Stifel, Nicolaus & Company, Incorporated
The Royal Bank of Scotland PLC

U.S. Bancorp Piper Jaffray Inc.

UBS Securities LLC

Wells Fargo Van Kasper LLC

Latham and Watkins has in the past represented the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

Advest Inc

BB&T Capital Markets

Ferris, Baker Watts, Inc.

McDonald Investments

Mesirow Financial, Inc.[1]

Oppenheimer & Co. Inc.

Utendahl Capital Partners, L.P.

Wachovia Capital Markets, LLC

---

[1] While the Debtors have listed Mesirow Financial, Inc. ("Mesirow") in their parties in interest list as an underwriter of securities issued by the Debtors over the past three years, Mesirow has confirmed that it was not an underwriter of any securities of the Debtors.

NY\1079985.3

**<u>Unions Representing Company Employees</u>**

Latham and Watkins has in the past and currently represents the following companies and/or certain affiliates or subsidiaries of such companies in matters wholly unrelated to the Debtors' chapter 11 cases:

International Association of Machinists and Aerospace Workers

International Union of Operating Engineers

International Brotherhood of Electrical Workers

United Steelworkers of America AFL-CIO