**Exhibit C**

**LATHAM & WATKINS**
**RANGE OF HOURLY BILLING RATES FOR 2005**

**General Range of Rates**

|  | **Hourly Rate** |
|---|---|
| Partners | $595-825 |
| Of Counsel | $550-575 |
| Associates | $290-550 |
| Paralegals | $150-240 |

**Partners Expected to Be Most Active**

| | |
|---|---|
| Robert J. Rosenberg | $795 |
| Mitchell A. Seider | $710 |
| Mark A. Broude | $685 |

**Associates Expected to Be Most Active**

| | |
|---|---|
| Henry P. Baer, Jr. | $520 |
| John W. Weiss | $450 |
| Michael J. Riela | $425 |
| Erika Ruiz | $395 |
| Alan L. Leavitt | $330 |
| Graeme P. Smyth | $310 |

**Paraprofessionals Expected to Be Most Active**

| | |
|---|---|
| Leslie A. Salcedo | $170 |
| Rassa L. Ahmadi | $160 |

NY\1078594.6