Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Kenneth T. Law, Esq. (Calif. Bar No. 111779)
Patrick M. Costello, Esq. (Calif. Bar No. 117205)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Counsel for Creditor
Solectron Manufactura De Mexico, S.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x   Hearing Date and Time
                                                              :   11/29/05 at 10:00 a.m.
**In re:**                                                    :
                                                              :   **Chapter 11 Case No.**
**DELPHI CORPORATION, et al.;**                               :
                                                              :   **05-44481**
    **Debtors.**                                              :
                                                              :   **(Jointly Administered)**
------------------------------------------------------------- x

**NOTICE OF HEARING ON MOTION FOR ORDER FIXING A DEADLINE FOR THE DEBTORS TO ASSUME OR REJECT AN EXECUTORY CONTRACT WITH SOLECTRON MANUFACTURA DE MEXICO, S.A.**

**PLEASE TAKE NOTICE** that Creditor SOLECTRON MANUFACTURA DE MEXICO, S.A. ("Movant"), by its attorneys, Bialson, Bergen & Schwab, will move this Court for an Order pursuant to Section 365(d)(2) of the U.S. Bankruptcy Code fixing a deadline by which Debtor Delphi Corporation, and its affiliates and subsidiaries jointly administered herein (hereinafter collectively the "Debtors"), must assume or reject the executory contract between the Movant and the Debtors. The hearing on the Movant's Motion will be held before the Honorable Robert D. Drain at the U. S. Bankruptcy Court for the Southern District of New York located at 1 Bowling Green, New York, New York 10004 in Room 610 on November 29, 2005 at 10:00 a.m., or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that the Opposition to the proposed Motion must be filed and served in conformity with the provisions of the "Case Management Order" entered in this bankruptcy case, on or before, the "objection deadline" of November 22, 2005 at 5:00 p.m. EST.

Dated: November 16, 2005
    Palo Alto, California

                      BIALSON, BERGEN & SCHWAB

By: _____
      Kenneth T. Law, Esq. (Calif. Bar No. 111779)
      2600 El Camino Real, Suite 300
      Palo Alto, California 94306
      Telephone: (650) 857-9500
      Facsimile: (650) 494-2738
      Email: klaw@bbslaw.com

      Counsel for Creditor
      Solectron Manufactura De Mexico, S.A.