WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York  10036-2787
(212) 819-8200

Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admission *Pro Hac Vice* Pending)
John K. Cunningham (JC 4661)
Gerard Uzzi (GU 2297)

ATTORNEYS FOR APPALOOSA MANAGEMENT, LP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

---------------------------------------------------------------x

## MOTION FOR ADMISSION OF THOMAS E LAURIA TO PRACTICE, *Pro Hac Vice*

TO:  THE HONORABLE ROBERT D. DRAIN
       UNITED STATES BANKRUPTCY JUDGE

I, Thomas E Lauria, a member in good standing of the bars of the states of Florida and Texas, and admitted to practice before the United States District Courts of Appeals for the Fifth and Eleventh Circuits, as well as the United States District Courts for the Middle and Southern Districts of Florida and the Northern and Southern Districts of Texas, move for admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Appaloosa Management, LP, a Shareholder in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code.

My address is White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131; my e-mail address is tlauria@whitecase.com and my telephone number is (305) 371-2700.

MIAMI 614333 v1 (2K)

      I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated:  New York, New York
        November 18, 2005

                                      /s/     Thomas E Lauria
                                      Thomas E Lauria, Esq.
                                      WHITE & CASE LLP
                                      Wachovia Financial Center
                                      Suite 4900
                                      200 South Biscayne Blvd.
                                      Miami, Florida 33131-2352
                                      Telephone: (305) 371-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-----------------------------------------------------------------x

**ORDER OF ADMISSION OF THOMAS E LAURIA TO PRACTICE, *Pro Hac Vice***

Upon the motion, dated November 18, 2005 (the "Motion") of Thomas E Lauria, a member in good standing of the Bars of the states of Florida and Texas, and who is admitted to practice before the United States Courts of Appeals for the Fifth and Eleventh Circuits, as well as the United States District Courts for the Middle and Southern Districts of Florida and the Northern and Southern Districts of Texas, for admission ***pro hac vice*** to represent Appaloosa Management, LP in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code; it is hereby

**ORDERED**, that Thomas E Lauria, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
         New York, New York

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE

MIAMI 614333 v1 (2K)                          -3-