BURR & FORMAN LLP  
420 North 20th Street  
Suite 3100  
Birmingham, Alabama 35203  
(205) 251-3000  
Michael Leo Hall

Hearing Date and Time:  
11/29/2005 at 10:00 a.m.

Objection Deadline:  
11/22/2005 at 5:00 p.m.

Attorneys for Creditor  
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------------------------------------------------

## MERCEDES-BENZ U.S. INTERNATIONAL, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF ITS POSITION

**COMES NOW** Mercedes-Benz U.S. International, Inc. ("MBUSI") and hereby proffers this Evidentiary Submission, consisting of the Affidavit of Joachim Hofmann and its accompanying exhibits, particularly in support of MBUSI's Motion Pursuant to 11 U.S.C. § 362 for Relief from the Automatic Stay, filed and served by MBUSI on November 9, 2005, and MBUSI's Request to Exercise Pre-Petition Setoff Claims Pursuant to the Final DIP Financing Order, submitted to the Debtors and Creditors Committee, with a copy to the Post-Petition Agent, on November 9, 2005.

Dated:  Birmingham, Alabama  
        November 18, 2005

BURR & FORMAN LLP

By: /s/ Michael Leo Hall  
    Michael Leo Hall (pro hac granted)

1414222

        Shannon Elizabeth Hoff (pro hac granted)

        420 North 20th Street
        Suite 3100
        Birmingham, Alabama 35203
        (205) 251-3000

        Attorneys for Creditor
        MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------

## AFFIDAVIT OF JOACHIM HOFMANN

**STATE OF ALABAMA**         )
                             )
**COUNTY OF TUSCALOOSA**     )

Before me, this undersigned authority, personally appeared Joachim Hofmann, who, known to me and being by me duly sworn, deposes and says as follows:

1. I am Joachim Hofmann, the Assistant Manager of Product Controlling for Mercedes-Benz U.S. International, Inc. ("MBUSI").

2. I am one of the persons who has custody of MBUSI's business records (including access to electronically stored data) concerning MBUSI's account with the Debtors. These records were made at or near the time of the event recorded by a person with knowledge of the event and charged with the responsibility for recording such events. These records are kept in the ordinary course of MBUSI's regularly conducted business activity, which is MBUSI's customary practice. I have reviewed MBUSI's file on this account, which leads me to the summary which is set forth below. All documents attached hereto are true and correct copies of the business records described above. All facts set forth herein are either (a) facts of which I have personal knowledge; or (b) an accurate summary of MBUSI's business records as described above.

1412209

3.  MBUSI is an Alabama Corporation, having its principal office and place of business at 1 Mercedes Drive, Vance, Alabama 35490 (the "Vance Plant"). MBUSI is a wholly owned subsidiary of Daimler Chrysler North America Holding, which is a wholly owned subsidiary of DaimlerChrysler AG, and is an original equipment manufacturer ("OEM") customer of the Debtors. MBUSI purchases approximately three hundred million dollars worth of automotive systems, components, and/or parts from Delphi Corporation and its Subsidiaries each year.

4.  MBUSI has executed multiple contracts (the "Letters of Intent") with Delphi Automotive Systems Deutschland GMBH ("Delphi GMBH") for the development and supply of transmission mounts and hydromounts; wiring harness systems; cockpit modules; SAM rear, SRB front, and SRB rear systems; and other systems, components, and/or parts (collectively, "the Products"). Each of the Letters of Intent is governed by MBUSI's master supply agreement (the "Supply Agreement").

5.  Though Delphi GMBH, a German subsidiary of Delphi Corporation that is not a debtor in this case, signed the Letters of Intent, bankrupt Delphi entities (the "Delphi Suppliers"), have performed all obligations under the Supply Agreement, and payments are made by MBUSI directly to the Delphi Suppliers.

6.  Pursuant to the terms of the Supply Agreement, MBUSI issues to the Delphi Suppliers purchase orders for the Products, and, upon acceptance thereof, the Delphi Suppliers manufacture and ship the Products to MBUSI.

7.  MBUSI ordinarily pays for Products shipped and services provided in the current month on the 25th day of the following month. As such, the debt owed to Delphi Suppliers for Products shipped and services rendered in the month of September would ordinarily be paid on

October 25, 2005. And, monies earned and owed to the Delphi Suppliers in October would ordinarily be paid on November 25, 2005.

8. The Supply Agreement provides that MBUSI may at any time and without notice deduct or setoff the Delphi Suppliers' claims for money due, or to become due, from MBUSI against any claims that MBUSI has or may have against the Delphi Suppliers.

9. The Supply Agreement provides that the Delphi Suppliers shall pay the full cost and expense arising from the breach of, any and all representations and warranties made by the Supplier, as set forth in the Supply Agreement.

10. The Supply Agreement provides that MBUSI is entirely dependent upon the Delphi Suppliers for the supply of the Products; that failure to timely and fully perform the obligations under the Supply Agreement may affect the viability of the Products or the manufacturing of the vehicles at the Vance Plant; and that MBUSI will suffer substantial losses and damages from the failure to timely and fully perform under the terms of the Supply Agreement. The Supply Agreement states that MBUSI is entitled to recover from the Delphi Suppliers all losses, expenses, and damages, including attorney's fees, costs, and incidental and consequential damages which MBUSI may suffer as a result of the Delphi Suppliers failure to deliver goods or perform services at the specified times for doing so.

11. On August 26, 2005, Delphi Suppliers failed to timely and fully perform under purchase order(s) executed by MBUSI and the Delphi Suppliers. The breach under the terms of the purchase order(s) resulted in the shutdown of the manufacturing lines at the Vance Plant, causing MBUSI to incur damages in the amount of $77,568. Documents supporting MBUSI's damages claim for the August 26, 2005 shutdown are attached hereto as Exhibit A.

12. On October 7, 2005, Delphi Suppliers failed to timely and fully perform under purchase order(s) executed by MBUSI and Delphi. The breach under the terms of the purchase order(s) resulted in the shutdown of the manufacturing lines at the Vance Plant, causing MBUSI to incur damages in the amount of $79,256.25. Documents supporting MBUSI's damages claim for the October 7, 2005 shutdown are attached hereto as Exhibit B.

13. MBUSI has ripened warranty claims for products received by MBUSI from bankrupt Delphi entities prior to the Petition Date, in the amount of $257,360.28. These warranty claims are based on products received by MBUSI pre-petition in connection with vehicle model numbers 163, 164, and 251, which claims are known and currently owing. Documents supporting MBUSI's warranty claims are attached hereto as Exhibit C.

14. MBUSI will continue to have warranty claims for products shipped to MBUSI by Delphi Suppliers pre-petition.

**FURTHER THE AFFIANT SAITH NOT.**

_____
Joachim Hofmann, Affiant

Sworn to and subscribed before me
this the 16th day of ~~October~~ November 2005.

_____
Notary Public
My Commission Expires: 2/18/09



# MERCEDES-BENZ U.S. INTERNATIONAL, INC.
## Accounts Payable Department
P.O. Box 100
Tuscaloosa, AL 35403-0100

### *** REQUEST FOR SUPPLIER DEBIT ***

| | | |
|---|---|---|
| TO: Supplier Name: Delphi Packard | REQUESTER: | Jochen Eck |
| SUPPLIER #: 18546754A | MBUSI APPROVAL: | John DiCicco |
| DATE: 10/3/2005 | SUPPLIER CONTACT: | ~~Dave Gregory~~ |
| Running #: 24062 | | |
| A/P Invoice #: (20 characters) | ACCT & COST CTR TO CREDIT: | 6605000 0000 |

**DOWNTIME OR REWORK CHARGEBACK**

Description (attach calculation documentation):                                    Amount

To recover costs of Assembly Shop shutdown due to parts shortage 8/26/05
Shutdown length: 1.5 hours
Shop chargeback rate: $51,712

TOTAL CHARGEBACK     77,568.00

**PART RELATED ADJUSTMENTS**

| Description/Reason | Item Number | Qty | Price Paid | Price Corrected | Amount |
|---|---|---|---|---|---|
| | | | | | |

**OTHER ADJUSTMENTS**

Description/Reason (attach calculation documentation):

**TOTAL DEBIT**     $77,568.00

Notes:
1) MBUSI approval should follow same Levels of Authority as for expenditures.
2) Account Payable naming conventions for Debit Supplier invoices (maximum of 20 characters):
   DM-short discription followed by date in YYYYMMDD format; i.e. DM-DWNTM19971214
3) Any support documentation should be attached.

U:\Charge Back To Supplier\[Debit Delphi Request for Charge Back.xls]
V:\FINANCE\[DEBITRQ.XLS]
Q:\FORMS-MI

**Approval**

_____
SQE

_____
Product Controlling     [APPROVED stamp: Roger Mumford  DATE 11-15-05  MBUSI FC-PC]

_____
Finance

_____
President and CEO



EXHIBIT A

11/15/2005

| Delphi Downtime 10/07 | | | | | | |
|---|---|---|---|---|---|---|
| | Downtime (total both shifts) | Rate | Production TM/shift | Logistics TM/shift | Total TM/Shift | Chargeback |
| Assembly 1 | 0.75 hours | $75/hr | 288 | 42 | 330 | $18,562.50 |
| Assembly 2 | 0.75 hours | $75/hr | 603 | 67 | 670 | $37,687.50 |
| Body 164/251 | 0.75 hours | $75/hr | 197 | 30 | 227 | $12,768.75 |
| Paint 1 | 0.75 hours | $75/hr | 74 | 0 | 74 | $4,162.50 |
| Paint 2 | 0.75 hours | $75/hr | 108 | 0 | 108 | $6,075.00 |
| | | | | | Total Chargeback | $79,256.25 |

*Day Shift - All-Team Meeting pulled forward by 30 minutes and extended. Also extended lunch by 15 minutes as result of downtime associated with Delphi cockpits' shortages. Total result = 45 minutes downtime across all shops.



EXHIBIT B

| Account | Type | Vendor | Name 1 | Cost ctr | WBS element | Reference | Doc. date | Pstg date | Amt in loc.cur. | LCurr |
|---|---|---|---|---|---|---|---|---|---|---|
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008GT | 10/17/2005 | 10/17/2005 | -43,769.88 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012AY | 10/17/2005 | 10/17/2005 | -84.28 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BG | 10/17/2005 | 10/17/2005 | -212.29 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BI | 10/17/2005 | 10/17/2005 | -449.98 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BJ | 10/17/2005 | 10/17/2005 | -733.14 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BP | 10/17/2005 | 10/17/2005 | -1,031.69 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BQ | 10/17/2005 | 10/17/2005 | -515.23 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BV | 10/17/2005 | 10/17/2005 | -411.64 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051012BW | 10/17/2005 | 10/17/2005 | -3,287.73 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008DE | 10/17/2005 | 10/17/2005 | -201.40 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008DC | 10/17/2005 | 10/17/2005 | -1,676.65 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008DB | 10/17/2005 | 10/17/2005 | -1,147.99 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008DA | 10/17/2005 | 10/17/2005 | -311.11 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CZ | 10/17/2005 | 10/17/2005 | -4,240.23 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CY | 10/17/2005 | 10/17/2005 | -6,008.28 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CX | 10/17/2005 | 10/17/2005 | -418.52 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CV | 10/17/2005 | 10/17/2005 | -726.64 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CJ | 10/17/2005 | 10/17/2005 | -3,087.49 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CI | 10/17/2005 | 10/17/2005 | -105.69 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008ET | 10/17/2005 | 10/17/2005 | -26.03 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008ES | 10/17/2005 | 10/17/2005 | -169.88 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CK | 10/17/2005 | 10/17/2005 | -2,297.57 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CM | 10/17/2005 | 10/17/2005 | -289.78 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CN | 10/17/2005 | 10/17/2005 | -323.66 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CO | 10/17/2005 | 10/17/2005 | -3,646.64 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CP | 10/17/2005 | 10/17/2005 | -1,290.66 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008CQ | 10/17/2005 | 10/17/2005 | -634.11 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008DD | 10/17/2005 | 10/17/2005 | -2,535.72 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008GU | 10/17/2005 | 10/17/2005 | -9,604.29 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051013AB | 10/27/2005 | 10/27/2005 | -469.45 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051013AA | 10/27/2005 | 10/27/2005 | -64,246.03 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20050930ZY | 10/27/2005 | 10/27/2005 | -3,527.21 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014XO | 10/27/2005 | 10/27/2005 | -113.85 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014XP | 10/27/2005 | 10/27/2005 | -310.87 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014XR | 10/27/2005 | 10/27/2005 | -671.48 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014XU | 10/27/2005 | 10/27/2005 | -65.40 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014XV | 10/27/2005 | 10/27/2005 | -94.47 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014YH | 10/27/2005 | 10/27/2005 | -8,042.58 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014YI | 10/27/2005 | 10/27/2005 | -88.68 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014YJ | 10/27/2005 | 10/27/2005 | -138.51 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20050930ZW | 10/27/2005 | 10/27/2005 | -2,399.37 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20050930ZX | 10/27/2005 | 10/27/2005 | -40,959.49 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20050930ZZ | 10/27/2005 | 10/27/2005 | -44,924.02 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014ZT | 10/27/2005 | 10/27/2005 | -52.05 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051014ZW | 10/27/2005 | 10/27/2005 | -41.41 | USD |
| 2118000 | KG | 012597985A | DELPHI SAFETY & INTERIORS | | | DM-WAR20051008EU | 10/27/2005 | 10/27/2005 | -1,979.21 | USD |
| | | | **DELPHI SAFETY & INTERIORS Total** | | | | | | -257,360.28 | |

Oct.'05WarrantyChgbks.


EXHIBIT C
tabbies*