Lawrence M. Schwab, Esq. (Calif. Bar No. 085600)
Kenneth T. Law, Esq. (Calif. Bar No. 111779)
Patrick M. Costello, Esq. (Calif. Bar No. 117205)
BIALSON, BERGEN & SCHWAB
2600 El Camino Real, Suite 300
Palo Alto, California 94306
Telephone: (650) 857-9500
Facsimile: (650) 494-2738

Counsel for Creditor
Solectron Manufactura De Mexico, S.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
In re:                                                        :   Chapter 11 Case No.
                                                              :
**DELPHI CORPORATION, et al.;**                               :   05-44481
                                                              :
          Debtors.                                            :   (Jointly Administered)
                                                              :
------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Sharon Geenen, declare that I am over the age of eighteen years and not a party to or interested in the within action. I am an employee of BIALSON, BERGEN & SCHWAB, and my business address is 2600 El Camino Real, Suite 300, Palo Alto, California 94306.

On November 18, 2005, I served the parties listed on the annexed Exhibit A via overnight delivery the following:

- Notice of Hearing on Motion for Order Fixing a Deadline for the Debtors to Assume or Reject an Executory Contract with Solectron Manufactura De Mexico, S.A.

- Motion for Order Fixing a Deadline for the Debtors to Assume or Reject an Executory Contract with Solectron Manufactura De Mexico, S.A.

- Declaration of Richard Schwalbe in Support of Motion for Order Fixing a Deadline for the Debtors to Assume or Reject an Executory Contract with Solectron Manufactura De Mexico, S.A.

- Memorandum of Points and Authorities in Support of Motion for Order Fixing a Deadline for the Debtors to Assume or Reject an Executory Contract with Solectron Manufactura De Mexico, S.A.

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Sharon Geenen

W:\S0383\072\pld\COS-smg.wpd

**Exhibit A**

Brown Rudnick Berlack Israels LLP
Robert J. Stark, Esq.
Seven Times Square
New York, NY 10036

Capital Research and Management Company
Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA  90025

Cohen Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Davis Polk & Wardwell
Donald Bernstein
450 Lexington Avenue
New York, NY 10017

Delphi Corporation
Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Electronic Data Systems Corp.
Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International
Carrie L. Schiff
6328 Monarch Park Place
Niwot, CO 80503

**Exhibit A**

Flextronics International
Terry Zale
6328 Monarch Park Place
Niwot, CO 80503

Freescale Semiconductor, Inc.
Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square. 11th Floor
New York, NY 10036

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington DC 20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street
35th Floor
New York, NY 10019

Honigman Miller Schwartz and Cohn LLP
Frank L. Gorman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit MI 48226-3583

**Exhibit A**

Honigman Miller Schwartz and Cohn LLP
Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Jefferies & Company, Inc,
William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Thomas F. Maher, Richard Duker, Gianni Russello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Vilma Francis
270 Park Avenue
New York, NY 10017

Kramer Levin Naftalis & Frankel LLP
Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

**Exhibit A**

Kramer Levin Naftalis & Frankel LLP
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
James Le
12910 Culver Blvd, Suite I
Los Angeles CA 90066

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Law Debenture Trust of New York
Patrick J. Healy
767 Third Ave., 31st Floor
New York NY 10017

Law Debenture Trust of New York
Daniel R. Fisher
767 Third Ave, 31st Floor
New York NY 10017

McDermott Will & Emery LLP
David D. Cleary
227 West Monroe Street
Chicago, IL 60606

McDermott Will & Emery LLP
Mohsin N. Khambati
227 West Monroe Street
Chicago IL 60606

McTigue Law Firm
J. Brian McTigue
5301 Wisconsin Ave. N.W.
Suite 350
Washington DC 20015

**Exhibit A**

McTigue Law Firm
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W.
Suite 350
Washington DC 20015

Mesirow Financial
Melissa Knolls
321 N. Clark St., 13th Floor
Chicago IL 60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York NY 10022

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center
Room 4300
New York NY 10281

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Robert Siegel
400 South Hope Street
Los Angeles CA 90071

O'Melveny & Meyer LLP
Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington DC 20006

Pension Benefit Guaranty Corporation
Jeffrey Cohen
1200 K Street, N.W., Suite 340
Washington DC 20005

5

**Exhibit A**

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K Street, N.W., Suite 340
Washington DC 20005-4026

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York NY 10103

Rothchild Inc.
David L. Resnick
1251 Avenue of the Americas
New York NY 10020

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas
Suite 2500
New York NY 10020-1801

Shearman & Sterling LLP
Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
425 Lexington Avenue
New York NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
John Wm. Butler, John K. Lyons, Ron E. Meisler
333 W. Wacker Dr. Suite 2100
Chicago IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Kayalyn A. Marafioti, Thomas J. Matz
4 Times Square
P.O. Box 300
New York NY 10036

**Exhibit A**

Spencer Fane Britt & Browne LLP
Daniel D. Doyle
1 North Brentwood Boulevard, Tenth Floor
St. Louis MO 63105

Spencer Fane Britt & Browne LLP
Nicholas Franke
1 North Brentwood Boulevard
Tenth Floor
St. Louis MO 63105

Stevens & Lee, P.C.
Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York NY 10004-2112

United States Trustee
Deirdre A. Martini
33 Whitehall Street, Suite 2100
New York NY 10004

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New York NY 10153

Weil, Gotshal & Manges LLP
Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, NY 10153

7

**Exhibit A**

Weil, Gotshal & Manges LLP
Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

Wilmington Trust Company
Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890