# EXHIBIT G

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I495 |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | | ALTERATION 298 |
| DELPHI CORPORATION | | | |
| 3900 E HOLLAND RD. | | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | | SEPTEMBER 28, 2005 | |

*01*
*7k4*
*1/1*

**INVOICE TO**
ATTN:   ACCOUNTS PAYABLE

VENDOR 371355    DUNS 114371862

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/12/02 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26065440 | HOUSING CASTING, RACK PURCHASED COMPLETE TO BLUEPRINT REV. 016 DATED 10/06/99 PER CHART          REV. 016 DTD 10/06/99 ACTIVE | 9.71 | P |
| | | ACT 2400   75000            TAX 4B WEEKLY CAP        6225   MIN LOT SIZE PERCENT OF BUSINESS     100% | | |
| | | REF: 26065440 PRICE CHANGE SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN- CORPORATED IN, AND A PART OF, THIS CON- TRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN- STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN | | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094
PAGE

**ORIGINAL COPY**

| PURCHASING LOCATION | DELPHI | PURCHASE ORDER | SAG90I495 |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | | ALTERATION 2981 |

ORDER ISSUE DATE: 08/14/02
SEPTEMBER 28, 2005

**INVOICE TO**

VENDOR 371355   DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PURSUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COMMENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER | | |

CONTINUED ON PAGE 3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX (989) 757-5094  PAGE

**ORIGINAL COPY**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I495 |
| --- | --- | --- |
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 2981 |

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/14/02
SEPTEMBER 28, 2005

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:     ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COI IAI K |
| --- | --- | --- | --- | --- |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
| --- | --- | --- | --- | --- |
| | | REQUIREMENTS CONTRACT EXCEPT TO THE EXTENT THAT BUYER EXPRESSLY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS 3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL 4) CLICK ON GENERAL TERMS AND CONDITIONS 5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS

DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIER'S 3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL 4) CLICK ON SUPPLIER STANDARDS 5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094  PAGE

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER SAG90I49... |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | ALTERATION 315(<br>ORDER ISSUE DATE: 08/14/02<br>OCTOBER 25, 2005 |

**INVOICE TO**

ATTN:  ACCOUNTS PAYABLE

VENDOR 371355    DUNS 114371862

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                        42276

**SHIP TO**

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br><br>THIS ORDER IS EFFECTIVE  8/12/02<br>AND EXPIRES 12/31/06.<br><br>THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| PC | *********<br>26065440 | THE FOLLOWING PRICE EFFECTIVE 11/01/05<br>HOUSING CASTING, RACK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 016 DATED 10/06/99<br>PER CHART       REV. 016 DTD 10/06/99<br>ACTIVE<br><br>ACT 2400   75000            TAX 4B<br>WEEKLY CAP        6225   MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>PRICE CHANGE<br>SELLER ACKNOWLEDGES AND AGREES THAT<br>BUYER'S GENERAL TERMS AND CONDITIONS AND<br>CUSTOMER SPECIFIC REQUIREMENTS ARE IN-<br>CORPORATED IN, AND A PART OF, THIS CON-<br>TRACT AND EACH PURCHASE ORDER, RELEASE,<br>REQUISITION, WORK ORDER, SHIPPING IN-<br>STRUCTION, SPECIFICATION AND OTHER<br>DOCUMENT ISSUED BY BUYER OR ACCEPTED IN<br>WRITING BY BUYER, WHETHER EXPRESSED IN | *********<br><br><br>9.756 P | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX  (989) 757-5094  PAGE

**ORIGINAL COPY**

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I49! |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | | ALTERATION 315( |

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**
ATTN:   ACCOUNTS PAYABLE

VENDOR 371355    DUNS 114371862

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                          42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT. PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WRITTEN FORM OR BY ELECTRONIC DATA IN-<br>TERCHANGE, RELATING TO THE GOODS AND/OR<br>SERVICES TO BE PROVIDED BY SELLER PUR-<br>SUANT TO THIS CONTRACT (SUCH DOCUMENTS<br>ARE COLLECTIVELY REFERRED TO AS THIS<br>"CONTRACT"). A COPY OF BUYER'S GENERAL<br>TERMS AND CONDITIONS AND CUSTOMER SPE-<br>CIFIC REQUIREMENTS ARE AVAILABLE UPON<br>WRITTEN REQUEST TO BUYER OR VIA THE<br>INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.<br>COM. SELLER ACKNOWLEDGES AND AGREES THAT<br>IT HAS READ AND UNDERSTANDS BUYER'S<br>GENERAL TERMS AND CONDITIONS AND CUS-<br>TOMER SPECIFIC REQUIREMENTS. IF SELLER<br>ACCEPTS THIS CONTRACT IN WRITING OR COM-<br>MENCES ANY OF THE WORK OR SERVICES WHICH<br>ARE THE SUBJECT OF THIS CONTRACT, SELLER<br>WILL BE DEEMED TO HAVE ACCEPTED THIS<br>CONTRACT AND BUYER'S GENERAL TERMS AND<br>CONDITIONS AND CUSTOMER SPECIFIC RE-<br>QUIREMENTS IN THEIR ENTIRETY WITHOUT<br>MODIFICATION. ANY ADDITIONS TO, CHANGES<br>IN, MODIFICATIONS OF, OR REVISIONS OF<br>THIS CONTRACT (INCLUDING BUYER'S GENERAL<br>TERMS AND CONDITIONS AND CUSTOMER SPE-<br>CIFIC REQUIREMENTS)WHICH SELLER PROPOSES<br>WILL BE DEEMED TO BE REJECTED BY BUYER<br>EXCEPT TO THE EXTENT THAT BUYER EXPRESS- | | |

CONTINUED ON PAGE    3

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094 PAGE

05-44481-rdd    Doc 1097-8    Filed 11/18/05    Entered 11/18/05 17:54:17    Exhibit G  ORIGINAL COPY
Pg 7 of 19

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I49! |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 315( |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | OCTOBER 25, 2005 | |

VENDOR 371355    DUNS 114371862

**INVOICE TO**
ATTN:    ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                     42276

**SHIP TO**

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING.<br>DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET.<br>1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM<br>2) CLICK ON SUPPLIERS<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
    PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE  (989) 757-4430
FAX    (989) 757-5094  PAGE

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I49 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 315 |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | OCTOBER 25, 2005 | |

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                     42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE  8/12/02 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5689010 | PLUG, HOUSING END PURCHASED COMPLETE TO BLUEPRINT REV. 14C DATED 12/21/00 PER CHART 07816465 REV. 14C DTD 12/21/00 ACTIVE | .942 | P |
| | | ACT 2400   75000                TAX 4F WEEKLY CAP       15000    MIN LOT SIZE PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5690231 | PLUG, HOUSING END PURCHASED COMPLETE TO BLUEPRINT REV. 011 DATED  4/25/97 PER CHART 07816466 REV. 011 DTD  4/25/97 ACTIVE | 1.032 | P |
| | | ACT 2400   75000                TAX 4F WEEKLY CAP       15000    MIN LOT SIZE | | |

CONTINUED ON PAGE    2

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094  PAGE

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I495 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | ALTERATION 3150 |

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**

VENDOR 371355   DUNS 114371862

ATTN:     ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                    42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 5693463 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4F<br>WEEKLY CAP    12000    MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | .959 P | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7805168 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE<br><br>ACT 2400  75000              TAX 4F<br>WEEKLY CAP    13000    MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | .947 P | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 7805525 | PLUG, HOUSING END | 1.056 | |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094
PAGE

**DELPHI**                                                              ORIGINAL COPY

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I49! |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI   48601-9494 | | | ALTERATION 315( |

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:       ACCOUNTS PAYABLE
SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                    42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN/ME |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 011 DATED 4/25/97<br>PER CHART 07816466 REV. 011 DTD 4/25/97<br>ACTIVE<br><br>ACT 2400  75000                    TAX 4F<br>WEEKLY CAP       10000    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7806688 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE<br><br>ACT 2400  75000                    TAX 4F<br>WEEKLY CAP       15000    MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | .94 | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7809512 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE | .944 | |

CONTINUED ON PAGE    4

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE  (989) 757-4430
FAX    (989) 757-5094   PAGE

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I49E |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | | ALTERATION 315C |

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY              42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNT ME/ |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | ACT 2400   75000                TAX 4F<br>WEEKLY CAP       13000    MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7810892 | PLUG, HOUSING END<br>MAKE PART<br>TO BLUEPRINT REV. 011 DATED  4/25/97<br>PER CHART 07816466 REV. 011 DTD  4/25/97<br>ACTIVE | 1.062 | P |
| | | ACT 2400   75000                TAX 4F<br>WEEKLY CAP        1000    MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 7811459 | PLUG, HOUSING END<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 14C DATED 12/21/00<br>PER CHART 07816465 REV. 14C DTD 12/21/00<br>ACTIVE | .958 | P |
| | | ACT 2400   75000                TAX 4B<br>WEEKLY CAP        7000    MIN LOT SIZE<br>PERCENT OF BUSINESS       100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |

CONTINUED ON PAGE    5

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094   PAGE

**DELPHI**

| | | |
|---|---|---|
| PURCHASING LOCATION | PURCHASE ORDER | ORIGINAL COPY SAG90I495 |
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 3150 |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | OCTOBER 25, 2005 | |

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING.  ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| PC | 26022847 | HOUSING CASTING, RACK<br>TO BLUEPRINT REV. 16D DATED 4/23/03<br>PER CHART        REV. 16D DTD 4/23/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP     7115   MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | ✓  6.25 | P |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26048053 | HOUSING CASTING, RACK<br>TO BLUEPRINT REV. 06A DATED 8/27/04<br>PER CHART        REV. 06A DTD 8/27/04<br>OBSOLETE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    30000   MIN LOT SIZE<br>PERCENT OF BUSINESS      100% | ✓  4.369 | P |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26064873 | HOUSING CASTING, RACK<br>TO BLUEPRINT REV. 14E DATED 4/23/03<br>PER CHART        REV. 14E DTD 4/23/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B | ✓  3.626 | P |

CONTINUED ON PAGE 6

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094    PAGE

ORIGINAL COPY

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER |
|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | SAG90I495<br>ALTERATION 3150<br>ORDER ISSUE DATE: 08/14/02<br>OCTOBER 25, 2005 |

VENDOR 371355    DUNS 114371862

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

SHIP TO

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WEEKLY CAP     70000     MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26064957 | HOUSING, CASTING<br>TO BLUEPRINT REV. 10E DATED 4/23/03<br>PER CHART    REV. 10E DTD 4/23/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    10200   MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | 3.791 | P |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26065041 | RACK HSG CASTING<br>TO BLUEPRINT REV. 03G DATED 4/24/03<br>PER CHART    REV. 03G DTD 4/24/03<br>ACTIVE<br><br>ACT 2400  75000                TAX 4B<br>WEEKLY CAP    12500   MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | 3.397 | P |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26065095 | HSG. CASTING, RACK<br>TO BLUEPRINT REV. 02E DATED 4/23/03 | 5.107 | P |

CONTINUED ON PAGE    7

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094

**ORIGINAL COPY**

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I49 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 315 |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | OCTOBER 25, 2005 | |

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                              42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UM |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | PER CHART           REV. 02E DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400   75000              TAX 4B | | |
| | | WEEKLY CAP    5000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS   100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26068414 | HOUSING CASTING, RACK | 5.584 | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 02E DATED  4/23/03 | | |
| | | PER CHART           REV. 02E DTD  4/23/03 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400   75000              TAX 4B | | |
| | | WEEKLY CAP   20000    MIN LOT SIZE | | |
| | | PERCENT OF BUSINESS   100% | | |
| | | | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26082991 | HOUSING CASTING, RACK | 4.541 | |
| | | PURCHASED COMPLETE | | |
| | | TO BLUEPRINT REV. 04A DATED 12/07/04 | | |
| | | PER CHART           REV. 04A DTD 12/07/04 | | |
| | | ACTIVE | | |
| | | | | |
| | | ACT 2400   75000              TAX 4B | | |

CONTINUED ON PAGE    8

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094

**ORIGINAL COPY**

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I49! |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 315( |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI   48601-9494 | OCTOBER 25, 2005 | |

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                         42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UN ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WEEKLY CAP    24000    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | | |
| PC | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 26085331 | HOUSING CASTING RACK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 10D DATED  4/23/03<br>PER CHART       REV. 10D DTD  4/23/03<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP      5720    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | ✓  6.267 | |
| PC | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 26085877 | HOUSING, CASTING RACK<br>PURCHASE COMPLETE<br>TO BLUEPRINT REV. 04A DATED 12/07/04<br>PER CHART       REV. 04A DTD 12/07/04<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP      1500    MIN LOT SIZE<br>PERCENT OF BUSINESS    100% | ✓  5.324 | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| | 26091500 | HOUSING CASTING, RACK & PINION | ✓  8.587 | |

CONTINUED ON PAGE    9

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094  PAGE

**DELPHI**                                           ORIGINAL COPY

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I495 |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | | ALTERATION 3150 |

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

INVOICE TO

VENDOR 371355    DUNS 114371862

ATTN:     ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT ME/ |
|---|---|---|---|---|
| PC | | REQUIREMENTS CONTRACT<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 21G DATED 5/23/05<br>PER CHART          REV. 21G DTD  5/23/05<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP      8750    MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26095273 | PLUG, HOUSING END<br>TO BLUEPRINT REV. 14D DATED 12/21/00<br>PER CHART 07816465 REV. 14D DTD 12/21/00<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP     13000    MIN LOT SIZE<br>PERCENT OF BUSINESS     100% | ✓  1.29 | P |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 11/01/05 | ********* | |
| PC | 26107273 | HOUSING CASTING, RACK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 02G DATED 10/27/03<br>PER CHART          REV. 02G DTD 10/27/03<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B | ✓  4.811 | P |

CONTINUED ON PAGE  10

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
PHONE BUYER
       (989) 757-4430
FAX (989) 757-5094  PAGE

**ORIGINAL COPY**

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I495 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI  48601-9494 | | ALTERATION 3150 |

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                    42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT.
PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME/ |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>WEEKLY CAP      4384      MIN LOT SIZE<br>PERCENT OF BUSINESS      100%<br><br>PRICE CHANGE<br>THIS IS NOTIFICATION FOR AWARD OF BUSINESS FOR PART NUMBERS NOT SHOWN AS (ACTIVE).  SHIPMENT OF THOSE PARTS AGAINST THIS ORDER IS PROHIBITED UNTIL AN ALTERATION WITH CURRENT BLUE PRINT DATE AND REVISION IS ISSUED, UNLESS OTHERWISE STATED IN THIS ORDER.<br><br>SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC REQUIREMENTS ARE IN-CORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING IN-STRUCTION, SPECIFICATION AND OTHER DOCUMENT ISSUED BY BUYER OR ACCEPTED IN WRITING BY BUYER, WHETHER EXPRESSED IN WRITTEN FORM OR BY ELECTRONIC DATA IN-TERCHANGE, RELATING TO THE GOODS AND/OR SERVICES TO BE PROVIDED BY SELLER PUR-SUANT TO THIS CONTRACT (SUCH DOCUMENTS ARE COLLECTIVELY REFERRED TO AS THIS "CONTRACT"). A COPY OF BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE- | | |

CONTINUED ON PAGE   11

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX (989) 757-5094

**ORIGINAL COPY**

**DELPHI**

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I495 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 3150 |
| DELPHI CORPORATION | | |
| 3900 E HOLLAND RD. | ORDER ISSUE DATE: 08/14/02 | |
| SAGINAW, MI  48601-9494 | OCTOBER 25, 2005 | |

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA K |
|---|---|---|---|---|

| F.O.B. | | VIA | |
|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT. PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNI ME |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT CIFIC REQUIREMENTS ARE AVAILABLE UPON WRITTEN REQUEST TO BUYER OR VIA THE INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI. COM. SELLER ACKNOWLEDGES AND AGREES THAT IT HAS READ AND UNDERSTANDS BUYER'S GENERAL TERMS AND CONDITIONS AND CUS- TOMER SPECIFIC REQUIREMENTS. IF SELLER ACCEPTS THIS CONTRACT IN WRITING OR COM- MENCES ANY OF THE WORK OR SERVICES WHICH ARE THE SUBJECT OF THIS CONTRACT, SELLER WILL BE DEEMED TO HAVE ACCEPTED THIS CONTRACT AND BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPECIFIC RE- QUIREMENTS IN THEIR ENTIRETY WITHOUT MODIFICATION. ANY ADDITIONS TO, CHANGES IN, MODIFICATIONS OF, OR REVISIONS OF THIS CONTRACT (INCLUDING BUYER'S GENERAL TERMS AND CONDITIONS AND CUSTOMER SPE- CIFIC REQUIREMENTS)WHICH SELLER PROPOSES WILL BE DEEMED TO BE REJECTED BY BUYER EXCEPT TO THE EXTENT THAT BUYER EXPRESS- LY AGREES TO ACCEPT ANY SUCH PROPOSALS IN WRITING. DIRECTIONS TO FIND DELPHI'S GENERAL TERMS AND CONDITIONS ON THE INTERNET. 1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM 2) CLICK ON SUPPLIERS | | |

CONTINUED ON PAGE  12

THIS CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX (989) 757-5094 PAGE

# DELPHI

| PURCHASING LOCATION | PURCHASE ORDER | SAG90I495 |
|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS | | ALTERATION 3150 |

DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 08/14/02
OCTOBER 25, 2005

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COIA K |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4F-DO NOT BILL TAX. BUYER HAS A DIRECT PAY PERMIT. PERMIT NO 3800440 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE VERSION OF THE GENERAL TERMS AND CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094
PAGE