# EXHIBIT H

# DELPHI

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI 48601-9494

PURCHASE ORDER SAG90I509
ALTERATION 2981

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

INVOICE TO

VENDOR 371355   DUNS 114371862

ATTN:   ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                     42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COD IAR K, |
|---|---|---|---|---|
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEAS |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT | | |
| | | THIS ORDER IS EFFECTIVE 4/14/03 AND EXPIRES 12/31/06. | | |
| | | THE FOLLOWING HAS BEEN CHANGED TO READ: | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26092108 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 29E DATED 8/14/03 PER CHART        REV. 29E DTD 8/14/03 ACTIVE | 6.321 | PC |
| | | ACT 2400  75000           TAX 4B PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| PC | 26092150 | RACK HOUSING CASTING PURCHASED COMPLETE TO BLUEPRINT REV. 44F DATED 8/14/03 PER CHART        REV. 44F DTD 8/14/03 ACTIVE | 6.129 | PC |
| | | ACT 2400  75000           TAX 4B PERCENT OF BUSINESS      100% | | |
| | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |

CONTINUED ON PAGE   2

THIS CHANGES OR AMENDS PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX (989) 757-5094

**DELPHI**

ORIGINAL COPY

| PURCHASING LOCATION | | PURCHASE ORDER | SAG90I509 |
|---|---|---|---|
| | | | ALTERATION 2981 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

VENDOR 371355    DUNS 114371862

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO/IA |
|---|---|---|---|---|
| | | | | K |

F.O.B.                                    VIA

STATE & LOCAL SALES, USE TAX CODES  4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO  3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | 26105822 | REQUIREMENTS CONTRACT<br>HOUSING CASTING, RACK & PINION<br>HOUSING CASTING RACK<br>PURCHASED COMPLETE<br>TO BLUEPRINT REV. 05E DATED  5/23/05<br>PER CHART           REV. 05E DTD  5/23/05<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP        2150    MIN LOT SIZE<br>PERCENT OF BUSINESS       100%<br><br>FORMERLY PART NUMBER 26078312 | 5.249 | P |
| PC | ********* | THE FOLLOWING PRICE EFFECTIVE 10/01/05 | ********* | |
| | 26106039 | HOUSING CASTING RACK.<br>PURCHASE COMPLETED.<br>TO BLUEPRINT REV. 03D DATED  5/06/04<br>PER CHART           REV. 03D DTD  5/06/04<br>ACTIVE<br><br>ACT 2400   75000              TAX 4B<br>WEEKLY CAP        1950    MIN LOT SIZE<br>PERCENT OF BUSINESS       100%<br><br>FORMERLY PART NUMBER 26087379<br><br>PRICE CHANGE | 6.685 | P |

CONTINUED ON PAGE   3

THIS CHANGES OR AMENDS
  PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX   (989) 757-5094   PAGE

| PURCHASING LOCATION | | | | | PURCHASE ORDER | ALTERATION 2981 |
|---|---|---|---|---|---|---|

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

INVOICE TO

ATTN:    ACCOUNTS PAYABLE

VENDOR 371355    DUNS 114371862

SHIP TO

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA |
|---|---|---|---|---|
| | | | | K |

| F.O.B. | | VIA | |
|---|---|---|---|

STATE & LOCAL SALES, USE TAX CODES   4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>SELLER ACKNOWLEDGES AND AGREES THAT<br>BUYER'S GENERAL TERMS AND CONDITIONS AND<br>CUSTOMER SPECIFIC REQUIREMENTS ARE IN-<br>CORPORATED IN, AND A PART OF, THIS CON-<br>TRACT AND EACH PURCHASE ORDER, RELEASE,<br>REQUISITION, WORK ORDER, SHIPPING IN-<br>STRUCTION, SPECIFICATION AND OTHER<br>DOCUMENT ISSUED BY BUYER OR ACCEPTED IN<br>WRITING BY BUYER, WHETHER EXPRESSED IN<br>WRITTEN FORM OR BY ELECTRONIC DATA IN-<br>TERCHANGE, RELATING TO THE GOODS AND/OR<br>SERVICES TO BE PROVIDED BY SELLER PUR-<br>SUANT TO THIS CONTRACT (SUCH DOCUMENTS<br>ARE COLLECTIVELY REFERRED TO AS THIS<br>"CONTRACT"). A COPY OF BUYER'S GENERAL<br>TERMS AND CONDITIONS AND CUSTOMER SPE-<br>CIFIC REQUIREMENTS ARE AVAILABLE UPON<br>WRITTEN REQUEST TO BUYER OR VIA THE<br>INTERNET AT DELPHI'S WEBSITE,WWW.DELPHI.<br>COM. SELLER ACKNOWLEDGES AND AGREES THAT<br>IT HAS READ AND UNDERSTANDS BUYER'S<br>GENERAL TERMS AND CONDITIONS AND CUS-<br>TOMER SPECIFIC REQUIREMENTS. IF SELLER<br>ACCEPTS THIS CONTRACT IN WRITING OR COM-<br>MENCES ANY OF THE WORK OR SERVICES WHICH<br>ARE THE SUBJECT OF THIS CONTRACT, SELLER<br>WILL BE DEEMED TO HAVE ACCEPTED THIS<br>CONTRACT AND BUYER'S GENERAL TERMS AND | | |

CONTINUED ON PAGE   4

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX  (989) 757-5094

# DELPHI

| PURCHASING LOCATION | | PURCHASE ORDER | |
|---|---|---|---|
| DELPHI SAGINAW STEERING SYSTEMS<br>DELPHI CORPORATION<br>3900 E HOLLAND RD.<br>SAGINAW, MI 48601-9494 | | | ALTERATION 2981<br>ORDER ISSUE DATE: 04/14/03<br>SEPTEMBER 28, 2005 |

VENDOR 371355    DUNS 114371862

**INVOICE TO**
ATTN:    ACCOUNTS PAYABLE

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY                42276

**SHIP TO**

P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS,
PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS.
ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | COI IAI |
|---|---|---|---|---|
| | | | | K |
| F.O.B. | | | VIA | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>CONDITIONS AND CUSTOMER SPECIFIC RE-<br>QUIREMENTS IN THEIR ENTIRETY WITHOUT<br>MODIFICATION. ANY ADDITIONS TO, CHANGES<br>IN, MODIFICATIONS OF, OR REVISIONS OF<br>THIS CONTRACT (INCLUDING BUYER'S GENERAL<br>TERMS AND CONDITIONS AND CUSTOMER SPE-<br>CIFIC REQUIREMENTS)WHICH SELLER PROPOSES<br>WILL BE DEEMED TO BE REJECTED BY BUYER<br>EXCEPT TO THE EXTENT THAT BUYER EXPRESS-<br>LY AGREES TO ACCEPT ANY SUCH PROPOSALS<br>IN WRITING.<br>DIRECTIONS TO FIND DELPHI'S GENERAL<br>TERMS AND CONDITIONS ON THE INTERNET.<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIERS<br>3) CLICK ON DELPHI SUPPLIER COMMUNITY<br>PORTAL<br>4) CLICK ON GENERAL TERMS AND CONDITIONS<br>5) CLICK ON YOUR PERFERRED LANGUAGE<br>VERSION OF THE GENERAL TERMS AND<br>CONDITIONS<br><br>DIRECTIONS TO FIND DELPHI'S CUSTOMER<br>SPECIFIC REQUIREMENTS ON THE INTERNET<br>1) GO TO DELPHI'S INTERNET WEB SITE<br>WWW.DELPHI.COM<br>2) CLICK ON SUPPLIER'S | | |

CONTINUED ON PAGE    5

THIS CHANGES OR AMENDS
PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK, BUYER
PHONE (989) 757-4430
FAX (989) 757-5094

**ORIGINAL COPY**

| PURCHASING LOCATION | | | | | | PURCHASE ORDER | SAG90I509 |
|---|---|---|---|---|---|---|---|
| | | | | | | | ALTERATION 2981 |

DELPHI SAGINAW STEERING SYSTEMS
DELPHI CORPORATION
3900 E HOLLAND RD.
SAGINAW, MI  48601-9494

ORDER ISSUE DATE: 04/14/03
SEPTEMBER 28, 2005

**INVOICE TO**

VENDOR 371355    DUNS 114371862

ATTN:    ACCOUNTS PAYABLE

**SHIP TO**

SENSUS PRECISION DIE CASTING
232 HOPKINSVILLE RD PO BOX 440
RUSSELLVILLE KY            42276

**P.O. NUMBER (AND RELEASE NUMBER, IF APPLICABLE) MUST APPEAR ON ALL INVOICES, PACKING SLIPS, PACKAGES AND BILLS OF LADING. ITEM CODE NUMBERS MUST APPEAR ON ALL INVOICES AND PACKING SLIPS. ADDRESS ALL INQUIRIES AND CORRESPONDENCE TO THE NAME SHOWN AT BOTTOM OF P.O. (OR RELEASE).**

| DATE REQUIRED | DATE PROMISED | TERMS | REC. DEPT. NOTIFY | CO IA |
|---|---|---|---|---|
| | | | | K |

| F.O.B. | VIA |
|---|---|
| | |

STATE & LOCAL SALES, USE TAX CODES: 4B-NOT TAXABLE - FOR INDUSTRIAL PROCESSING.
PERMIT NO 3800440

| QUANTITY | ITEM CODE NO. | DESCRIPTION | UNIT PRICE | UNIT MEA |
|---|---|---|---|---|
| | | REQUIREMENTS CONTRACT<br>3) CLICK ON DELPHI'S SUPPLIER COMMUNITY PORTAL<br>4) CLICK ON SUPPLIER STANDARDS<br>5) CLICK ON DELPHI CUSTOMER SPECIFIC REQUIREMENTS | | |

THIS CHANGES OR AMENDS
   PURCHASE ORDER NOW IN YOUR POSSESSION.

S. BURK,
BUYER
PHONE (989) 757-4430
FAX (989) 757-5094