# EXHIBIT I

# DELPHI

## PURCHASE ORDER: DYS82048

PAGE 1

DELPHI CORPORATION
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084                    US

SHIP TO: DELPHI HARRISON THERMAL SYSTEM
DELPHI CORPORATION
3535 KETTERING BLVD.
MORAINE, OH
45439                    US

INVOICE TO: EAG DISBURSEMENT SERVICES
DELPHI HARRISON
****NO INVOICE REQUIRED****
P.O. BOX 1550
FLINT        PH(248)874-4636 MI
48501-1550                US

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment.
Item Identification Number(s) must be shown on Packing Slips and Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

VENDOR NUMBER 11-437-1862
TO: SENSUS PRECISION DIE CASTING I
232 HOPKINSVILLE RD
RUSSELLVILLE KY
42276

This order is not binding until accepted. Acceptance should be executed on acknowledgment copy which should be returned to Buyer.
This order, including the terms and conditions to which Seller agrees by acceptance of this order, the reverse side hereof and the terms and conditions to which Seller agrees, contains the complete and final agreement between Buyer and Seller and no other agreement in any way modifying any of said terms and conditions will be binding upon the Buyer unless made in writing and signed by Buyer's authorized representative.
If Government Contract Number is Shown Hereon, additional Terms and Conditions Attached Hereto Apply.

| ORDER DATE 07/13/05 | PHONE: 248-655-0723 C. SIMMONS |
| ALTERATION ISSUE DATE | BR    Buyer 8/16/05 |
| ALTERATION EFFECTIVE DATE | PURCHASING AGENT |

| PAYMENT TERMS NET    2ND DAY OF 2ND MONTH | F.O.B.    DESTINATION UNLESS OTHERWISE INDICATED SHIPPING POINT FREIGHT COLLECT | SHIP VIA AS DIRECTED |

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME    DESCRIPTION    RFQ NUMBER | DATE REQUIRED | TAX CODE/ % | BASE UNIT PRICE | PRICE MULTIPLE | UNIT MEASU |
|---|---|---|---|---|---|---|---|---|
| | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD  DOLLAR (UNITED STATES) | | | | | |
| 0001 | 1 | PR020968 001 | | 08/15/05  D | 0.00% | 188875.0000 | | LOT |
| | | | 7CVC TYPE 14 REAR HEAD CASTING P/N 6570997; BASGMT315/384/319 WHO ORDERED: CHERI SIMMONS | | | | | |
| 0002 | 1 | PR020969 001 | | 08/15/05  D | 0.00% | 79600.0000 | | LOT |
| | | | 7CVC TYPE 14 FRONT HEAD WHO ORDERED: CHERI SIMMONS | | | | | |

"SELLER AGREES TO PROVIDE ALL INFORMATION NECESSARY
FOR BUYER TO COMPLY WITH ALL APPLICABLE LAWS,
REGULATIONS AND RELATED LEGAL REPORTING OBLIGATIONS
IN THE COUNTRY(IES) OF DESTINATION.  SELLER AGREES
TO PROVIDE ALL DOCUMENTATION AND/OR ELECTRONIC
TRANSACTION RECORDS TO ALLOW BUYER TO MEET CUSTOM
RELATED OBLIGATIONS, ANY LOCAL CONTENT/ORGIN
REQUIREMENTS, AND TO OBTAIN ALL TARIFF AND TRADE
PROGRAM DUTY AVOIDANCE(S) AND/OR REFUND BENEFITS,
WHERE APPLICABLE.
                NOTE
THE SUPPLIER MUST PROVIDE WRITTEN NOTIFICATION OF
INTENT TO MISS THE REQUIRED DATE FOR THE SHIPMENT
TO THE PURCHASING DEPARTMENT.