# EXHIBIT J

**Delphi Thermal--Metals Week/NASAAC Difference**
**May 04 through October 05**

| Month | Pounds Shipped | NASAAC/MW Price Diff | Revenue Lost |
|---|---|---|---|
| May 04 | 641,475 | (0.0756) | (48,495.51) |
| June 04 | 807,536 | (0.0594) | (47,967.64) |
| July 04 | 469,937 | (0.0883) | (41,495.44) |
| Aug 04 | 736,969 | (0.0217) | (15,992.23) |
| Sept 04 | 917,028 | (0.0009) | (825.33) |
| Oct 04 | 688,285 | (0.0165) | (11,356.70) |
| Nov 04 | 664,441 | (0.0104) | (6,910.19) |
| Dec 04 | 627,189 | (0.0095) | (5,958.30) |
| Jan 05 | 544,643 | (0.0161) | (8,768.75) |
| Feb 05 | 655,801 | (0.0110) | (7,213.81) |
| Mar 05 | 653,760 | (0.0293) | (19,155.17) |
| Apr 05 | 575,330 | (0.0139) | (7,997.09) |
| May 05 | 564,573 | (0.0174) | (9,823.57) |
| June 05 | 462,854 | (0.0516) | (23,883.27) |
| July 05 | 151,654 | (0.0679) | (10,297.31) |
| Aug 05 | 383,250 | (0.0206) | (7,894.95) |
| Sept 05 | 694,296 | 0.0083 | 5,762.66 |
| Oct 05 | 750,109 | 0.0106 | 7,951.16 |
| | | | |
| Total | | | (260,321.42) |