Hearing Date: November 29, 2005, 10:00 a.m.
Objection Deadline: November 26, 2005, 4:00 p.m.

KIRKPATRICK & LOCKHART NICHOLSON
 GRAHAM LLP
Henry W. Oliver Building
535 Smithfield Street
Pittsburgh, PA  15222-2312
(412) 355-6500
George M. Cheever (PA 18184)

- and –

KIRKPATRICK & LOCKHART NICHOLSON
 GRAHAM LLP
599 Lexington Avenue
New York, NY  10022-6030
(212) 536-3900
Robert N. Michaelson (RM 5925)

Attorneys for Sensus Precision Die Casting, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :    Chapter 11
In re:                                                      :
                                                            :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                                 :    (Jointly Administered)
                                                            :
        Debtors                                             :
------------------------------------------------------------x

## NOTICE OF AMENDED MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(2) DIRECTING THE DEBTORS TO DETERMINE WITHIN 30 DAYS WHETHER TO ASSUME OR REJECT THEIR EXECUTORY CONTRACTS WITH SENSUS PRECISION DIE CASTING, INC.

PLEASE TAKE NOTICE that on November 18, 2005, Sensus Prevision Die Casting, Inc. ("Sensus") filed its Amended Motion for Order Under 11 U.S.C. § 365(d)(2) Directing the Debtors to Determine within 30 Days Whether to Assume or Reject Their Executory Contracts With Sensus Prevision Die Casting, Inc. (the "Amended Motion"). The Amended Motion

PI-1460527 v2

amends and restates the motion filed by Sensus on November 11, 2005 and entered on the case docket as Document No. 1028.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Amended Motion will be held on **November 29, 2005, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Amended Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, Untied States Bankruptcy Judge, and (e) and must be served upon (i) counsel to Sensus, Kirkpatrick & Lockhart Nicholson Graham LLP, 599 Lexington Avenue, New York, New York 10022 (Att'n: Robert N. Michaelson), (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022 (Att'n: Douglas P. Bartner), (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Marissa Wesley), (vi) counsel for the agent under the

Debtors' proposed postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (vii) counsel to the Official Committee of Unsecured Creditors, Latham & Watkins, 885 Third Avenue, New York, New York 10022-4802 (Att'n: Robert J. Rosenberg), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on November 26, 2005** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Amended Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter a final order granting the Amended Motion **without further notice.**

Dated: New York, New York
November 18, 2005

        KIRKPATRICK & LOCKHART NICHOLSON
          GRAHAM LLP

        By: /s/ George M. Cheever
        Henry W. Oliver Building
        535 Smithfield Street
        Pittsburgh, PA  15222-2312
        (412) 355-6500
        George M. Cheever (PA 18184)

            - and –

- 4 -

KIRKPATRICK & LOCKHART NICHOLSON
 GRAHAM LLP

By: /s/ Robert N. Michaelson

599 Lexington Avenue
New York, NY 10022-6030
(212) 536-3900
Robert N. Michaelson (RM 5925)

Attorneys for Sensus Precision Die Casting, Inc.