EARLE I. ERMAN, ESQ.
ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034
Telephone: (248) 827-4100
Facsimile: (248) 827-4106
eerman@ermanteicher.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## CERTIFICATE OF SERVICE

Earle I. Erman hereby certifies and declares as follows:

On November 21, 2005, I electronically filed Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix and Certificate of Service for same with the Clerk of the Court using the ECF system.

Further, on said date, I served the above pleadings by first class mail, upon all parties set forth on the attached Service List.

                ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
                Attorneys for Doshi Prettl International, LLC


                By:   /s/ Earle I. Erman
                      Earle I. Erma (P24296) Pro Hac Vice Motion Pending)
                      400 Galleria Officentre, Ste. 444
                      Southfield, MI 48034
                      Tel:   248/827-4100
                      Fax:   248/827-4106
                      eerman@ermanteicher.com

Capital Research and Management Co.
Michelle Robson
11100 Santa Monica Blvd 15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Davis Polk & Wardell
Donald Bernstein
450 Lexington Avenue
New York, NY 10017

Delphi Corporation
Sean Corcoran, and Karen Craft
5725 Delphi Drive
Troy, MI 48098

Electronic Data Systems Corp
Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
Paul W. Anderson
2090 Fourtune Drive
San Jose, CA 95131

Freescale Semiconductor, Inc.
Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

General Motors Corporation
John Devine
300 Renaissance Center, P.O. Box 300
Detroit, MI 48265

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave, Mail Stop 15
Detroit, MI 48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Jefferies & Company, Inc.,
William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

JP Morgan Chase Bank, N.A.
Clifford Trapani, and Khuyen Ta
1111 Fannin, 10th Floor
Houston, TX 77002

JP Morgan Chase Bank, N.A.
Thomas F. Maher, Richard Duker,
Gianni Russello and Vilma Francis
270 Park Avenue
New York, NY 10017

Kurtzman Carson Consultants
James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Mesirow Financial
Melissa Knolls
321 N. Clark St, 13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

O'Melveny & Meyer LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Tom A. Jerman, and Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Jeffrey Cohen, and Ralph L. Landy
1200 K Street, N.W., Suite 340
Washington, DC 20005

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild, Inc.
David L. Resnick
1251 Avenue of Americas
New York, NY 10020

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Shearman & Sterlilng LLP
Douglas Bartner, and Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, and
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher &: Flom LLP
John Wm. Butler, John K. Lyons, and
Ron E. Meisler
333 W. Wacher Dr., Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher &: Flom LLP
Kayalyn A. Marafioti, and Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY 10036

Stevens & Lee, P.C.
Chester B. Salomon, and Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY 10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

United States Trustee
Alicia M. Leonard, and Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY 10004

Wilmington Trust Company
Steven M. Cimalore, and Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Ajamine LLP
Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY 10019

Ajamine LLP
Thomas A. Ajamine
711 Louisiana, Suite 2150
Houston, TX 77002

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue, 26th Floor
New York, NY 10167

Amall Golden Gregory LLP
Darryl S. Laddin, and Heath J. Vicente
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP, William J. Barrett, and
Kimberly J. Robinson
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

Barnes & Thomburg LLP
Michael K. McCrory, Wendy D. Brewer,
and Alan K. Mills
11 S. Meridian Street
Indianapolis, IN 46204

Barnes & Thormburg LLP
John T. Gregg, and Patrick E. Mears
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Bernstein Litowitz Berger & Grossman
John P. Coffey, Hannah E. Greenwald
and Mark D. Debrowski
1285 Avenue of the Americas
New York, NY 10019

Bialson, Bergen & Schwab
Kenneth T. Law, Esq, Lawrence M.
Schwab, Esq., and Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN 46204

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones, and Austin L. McMullen
1600 Divisiion Street, Suite 700
PO Box 34005
Nashville, TN 37203

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

Cahill Gordon & Reindel LLP
Jonathan Greenberg, and Robert Usadi
80 Pine Street
New York, NY 10005

Carter Ledyard & Milbum LLP
Aaron R. Cahn
2 Wall Street
New York, NY 10005

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York, NY 10006

Cohen, Weiss & Simon, LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY 10036

Cohn Bimbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
PO Box 2207
Wilmington, DE 19899

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, and Seth Lax
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Curtin & Heefner, LLP
Robert Szwajkos, and Daniel P. Mazo
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Curtis Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thaw, Steven J. Reisman,, David S. Karp
101 Park Avenue
New York, NY 10178-0061

Damon & Morey LLP
William F. Savino
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield, MI 48086

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New York, NY 10017

DLA Piper Rudnick Gray Cary US LLP
Richard M. Kreman, and Maria Ellena Chavez-Ruark
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

Drinker Biddle & Reath LLP
Andrew C. Kassner, and David B. Aaronson
18th and Cherry Streets
Philadelphia, PA 19103

Duane Morris LLP
Margery N. Reed, and Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA 19103-4196

Fagel Heber LLC
Gary E. Green, and Lauren Newman
55 East Monroe, 40th Floor
Chicago, IL 60603

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic Avenue
Boston, MA 02110-333

Fox Rothschild LLP
Fred Stevens
13 East 37th Street, Suite 800
New York, NY 10016

Gazes LLC
Eric Wainer, and Ian J. Gazes
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

Goulston & Storrs, P.C.
Peter D. Bilowz
400 Atlantic Avenue
Boston, MA 02110-333

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis, and Sharan Nimul
1201 North Market Street, Suite 2100
Wilimgton DE 19801

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald, and J. Patrick Bradley
10 S. Broadway, Suite 200
St. Louis, MI 63102

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

Halperin Battaglia Raicht, LLP
Alan D. Halperin, and Christopher J. Battaglia
555 Madison Avenue, 9th Floor
New York, NY 10022

Hewlett-Packard Company
Ann Marie Kennelly
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Hewlett-Packard Company
Kenneth F. Higman
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806

Hewlett-Packard Company
Sharon Petrosino, and Glen Dumont
420 Mountain Avenue
Murray Hill, NJ 07974

Hodgson Russ LLP
Cheryl R. Storie
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Hodgson Russ LLP
Stephen H. Gross, Esq.
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Holland & Knight LLP
Peter A. Zisser
195 Broadway
New York, NY 10007

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 Lincoln, Suite 4100
Denver, CO 80203

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL 60661

Kieselstein Lawfirm PLLC
Steve Kieselstein
43 British American Boulevard
Latham, NY 12110

Kirkland & Ellis LLP
Geoffrey A. Richards
200 Ease Randolph Drive
Chicago, IL 60601

Kirkpatrick & Lockhart Nicholson Graham LLP
Graham LLP
Edward M. Fox
599 Lexington Avenue
New York, NY 10022

Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.
Sam O. Simmerman
4775 Munson Street N.W.
PO Box 36963
Canton, OH 44735-6963

Lewis and Roca LLP
Rob Charles, Esq.
One South Church Street, Suite 700
Tucson, AZ 85701

Lewis and Roca LLP
Susan M. Freeman, Esq.
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd
Milpitas, CA 95035-7417

Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders
1949 South IH 35 (78741)
PO Box 17428
Austin, TX 78760-7428

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Leob & Leob LLP
William M. Hawkins
345 Park Avenue
New York, NY 10154

Lord, Bissel & Brook
Timothy S. McFadden
Timothy W. Brink
115 South laSalle Street
Chicago, IL 60603

Lord, Bissel & Grook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Lowenstein Sandler PC
Michael S. Etikin, Ira M. Levee, Kenneth A. Rosen, and Scott Cargill
65 Livingston Avenue
Roseland, NJ 07068

Lowenstein Sandler PC
Michael S. Etikin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY 10167

McDermott Will & Emery LLP
James M. Sullivan
50 Rockefeller Plaza
New York, NY 10020

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq., Scott N. Opincar, Esq., and Shawn M. Riley, Esq.
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 Broadwway, Suite 501
New York, NY 10018

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
Dennis J. Ratemink
PO Box 30736
Lansing, MI 48909-7717

Miller Johnson
Thomas P. Sarb, and Robert D. Wolford
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI 49501-0306

Miller, Canfield, Paddock and Stone, P.L.C.
Timothy A. Fusco
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
Lisle, IL 60532

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los Angeles, CA 90017

Morgan, Lewis & Bockius LLP
William C. Heuer, Esq.
101 Park Avenue
New York, NY 10178-0060

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, NY 10022

Munsch Hardt Kopf & Harr, P.C.
Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq., and Davor Rukavina, Esq.
4000 Fountain Place
1445 Ross avenue
Dallas, TX 75202-2790

National City Commercial Capitol
Lisa M. Moore
995 Dalton Avenue
Cincinnati, OH 45203

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth, Jeffrey J. Angelovich, and Susan Whatley
205 Linda Drive
Daingerfield, TX 75638

Norris, McLaughlin & Marcus
Elizabeth L. Abdeimasieh, Esq.
721 Route 202-206
Somerville, NJ 08876

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San Francisco, CA 94105

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New York, NY 10103

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K. Street, N.W.
Washington, DC 20005-4026

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
30 Jelliff Lane
Southport, CT 06890

Pepper Hamilton LLP
Francis J. Lawall, and Anne Marie Aaronson
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Philips Nizer LLP
Sandra A. Riemer, Esq
666 Fifth Avenue
New York, NY 10103

Porzio, Bromberg & Newman, P.C.
Brett S. Moore, Esq. and John S. Mario, Esq.
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

QAD, Inc.
Jason Pickering, Esq.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Quadrangle Debt Recovery Advisors LLC
Andres Herenstein
375 Park Avenue, 14th Floor
New York, NY 10152

Quadrangle Group LLC
Patrick Bartels
375 Park Avenue, 14th Floor
New York, NY 10152

Quarles & Brady Streich Lang LLP
John A. Harris, and Scott R. Goldberg
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Republic Engineered Products, Inc.
Joseph Lapinsky
3770 Embassy Parkway
Akron, OH 44333

Riddell Williams P.S.
Joseph E. Shickich, Jr.
1001 4th Ave., Suite 4500
Seattle, WA 98154-1195

Russell Reynolds Associates, Inc.
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY 10004

Schiffrin & Barroway, LLP
Michael Yarnoff, and Seam M. Handler
280 King of Prussia Road
Radnor, PA 19087

Seyfarth Shaw LLP
Paul M. Baisier, Esq.
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401

Seyfarth Shaw LLP
Robert W. Dremluk, Esq.
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Shipman & Goodwin LLP
Jennifer L. Adamy
One Constitution Plaza
Hartford, CT 06103-1919

Sills, Cummins Epstein & Gross, P.C.
Andres H. Sherman
Jack M. Zackin
30 Rockefeller Plaza
New York, NY 10112

Simpson Thacher & Barlett LLP
Kenneth S. Ziman, Esq., William T. Russell, Jr., Esq.
425 Lexington
New York, NY 10017

Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE 19899

Sony Electronics Inc.
Lloyd B. Sarakin – Chief Counsel, Finance and Credit
1 Sony Drive, MD #1 E-4
Park Ridge, NJ 07656

Spector & Ehrenworth, P.C.
Brian D. Spector, Esq.
30 Columbia Turnpike
Florham Park, NJ 07102

Stevens & Lee, P.C.
Chester B. Salomon, Esq., Constantine D. Pourakis, Esq.
485 Madison Avenue, 20th Floor
New York, NY 10022

Stinson Morrison Hecker LLP
Mark A. Shaiken
1201 Walnut Street
Kansas City, MI 64106

Stites & Harbison PLLC
Madison L. Cashman, Robert C. Goodrich, Jr.
424 Church Street, Suite 1800
Nashville, TN 37219

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
400 West Market Street
Louisville, KY 40202

Swidler Berlin LLP
Jonathan P. Guy, Richard H. Wyron, Matthew W. Cheney, Robert N. Steinwurtzel, and Roger Frankel
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC, 20007

Taft, Stettinius & Hollister LLP
Richard L. Ferrell
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Thompson & Knight
Rhett G. Cambell
333 Clay Street, Suite 3300
Houston, TX 77002

Todd & Levi, LLP
Jill Levi, Esq.
444 Madison Avenue, Suite 1202
New York, NY 10022

Grant & Eisenhofer P.A.
Jay W. Eisenhofer
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
David Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Vorys, Sater, Seymour and Pease LLP
Robert j. Sidman, Esq.
52 East Gay Street
PO Box 1008
Columbus, OH 43216-1008

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
Robert J. Wellhoeller, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq., Martin J. Bienenstock, Esq., Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

Warner Norcross & Judd LLP
Gordon J. Toering
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Wilmington Trust Company
Steven M. Cimalore, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Warner Norcross & Judd LLP
Michael G. Cruse
2000 Town Center, Suite 2700
Southfield, MI 48075

Zeichner Ellman & Krause LLP
Stuart Krause, and Peter Janovsky
575 Lexington Avenue
New York, NY 10022

DETROIT.1964087.1