DAVID H. FREEDMAN, ESQ.
ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Telephone:  (248) 827-4100
Facsimile:  (248) 827-4106
dfreedman@ermanteicher.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al*., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF
PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Erman, Teicher, Miller, Zucker & Freedman, P.C. ("Erman Teicher") hereby appears in the above-captioned case as counsel for Doshi Prettl International, LLC, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Erman Teicher be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> David H. Freedman, Esq.
> Erman, Teicher, Miller, Zucker & Freedman, P.C.
> 400 Galleria Officentre, Ste. 444
> Southfield, MI  48034
> Telephone:  (248) 827-4100
> Facsimile:  (248) 827-4106
> Email:  dfreedman@ermanteicher.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal rules of Bankruptcy Procedure, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

        Respectfully submitted,

        ERMAN, TEICHER, MILLER, ZUCKER & FREEDMAN, P.C.
        Attorneys for Doshi Prettl International, LLC

        By:   /s/ David H. Freedman
            David H. Freedman (P40567) (Pro Hac Vice Motion Pending)
            400 Galleria Officentre, Ste. 444
            Southfield, MI 48034
            Tel:   248/827-4100
            Fax:   248/827-4106
            dfreedman@ermanteicher.com

DATED:     November 21, 2005