**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Judge Robert D. Drain |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Stephen B. Grow, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Western District of Michigan, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Behr Industries Corp. and Dynaplas Ltd., unrelated creditors and parties in interest in the above-referenced case.

My address is:   Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
My email address is:   sgrow@wnj.com
My telephone number is: 616-752-2158

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice.***

Dated: November 21, 2005
   Grand Rapids, Michigan         /s/  Stephen B. Grow
                                  Stephen B. Grow (P39622)


1193562-1