**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | Jointly Administered |
| Debtors. ) | |
| ) | Judge Robert D. Drain |

**ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice***

UPON the motion of Stephen B. Grow dated November 21, 2005, for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Stephen B. Grow is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

1193585-1