**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Judge Robert D. Drain |
| | ) | |

**APPEARANCE**

NOW COMES the law firm of Warner Norcross & Judd LLP and hereby enters its appearance for and on behalf of Behr Industries Corp., creditor and party in interest in the above-captioned case.

Dated: November 21, 2005

/s/ Stephen B. Grow
Stephen B. Grow (P39622)
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon NW
Grand Rapids, Michigan 49503
(616) 752-2158
Attorneys for Behr Industries Corp.

1193611