SCHULTE ROTH & ZABEL LLP
Michael L. Cook (MLC-7887)
Carol Weiner Levy (CAW 6252)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 595-5955

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                                      :
                                                           :    Chapter 11
DELPHI CORPORATION, et al.                                 :
                                                           :    Case No. 05-44481 (RDD)
                                                           :
                                                           :    (Jointly Administered)
                  Debtors.                                 :
----------------------------------------------------------x

## NOTICE OF APPEARANCE UNDER FED. R. BANKR. P. 2002(g)

        PLEASE TAKE NOTICE that we appear for D.C. Capital Partners, L.P., shareholder of Delphi Corporation, and request, effective immediately, pursuant to Fed. R. Bankr. P. 2002(g), that all further copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the undersigned counsel.

Dated: New York, New York
       November 21, 2005

                                           SCHULTE ROTH & ZABEL LLP

                                           By: /s/ Michael L. Cook
                                           Michael L. Cook (MLC-7887)
                                           Carol Weiner Levy (CAW 6252)
                                           Counsel for D.C. Capital Partners, L.P.
                                           919 Third Avenue
                                           New York, New York 10022
                                           Telephone: (212) 756-2000
                                           Facsimile: (212) 595-5955
                                           Email: michael.cook@srz.com

10008909.1