BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION et al.,      :    Case No. 05-44481 (RDD)
                                :
    Debtors.                    :    (Jointly Administered)
---------------------------------------------

## CERTIFICATE OF SERVICE

I, Michael Leo Hall, hereby certify as follows:

1.    On November 18, 2005, I served Mercedes-Benz U.S. International, Inc.'s Evidentiary Submission in Support of Its Position, by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated November 15, 2005, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.    I further served the Evidentiary Submission by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated November 15, 2005.

Dated:  November 21, 2005
        Birmingham, Alabama

1414511

BURR & FORMAN LLP

By:/s/ Michael Leo Hall
 Michael Leo Hall (pro hac granted)
 Shannon Elizabeth Hoff (pro hac granted)

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditor Mercedes-Benz U.S. International, Inc.