**Warner Norcross & Judd LLP**  
Stephen B. Grow  
900 Fifth Third Center  
111 Lyon St. N.W.  
Grand Rapids, Michigan 49546  
(616) 752-2000  

**Duane Morris LLP**  
A Delaware Limited Liability Partnership  
Joseph H. Lemkin (JL- 2490)  
744 Broad Street, 12th Floor  
Newark, New Jersey 07102  
(973) 424-2000  

Attorneys for Behr Industries Corporation  

Hearing Date: November 29, 2005  
Hearing Time: 10:00 a.m.  

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | Judge Robert D. Drain |
| ) | |

### CERTIFICATE OF SERVICE

Under penalty of perjury, I, Michael F. Hahn, hereby certify that on November 21, 2005, I caused a copy of the Response of Behr Industries Corporation to Order to Show Cause entered November 3, 2005 to be served on the annexed service list via Federal Express overnight delivery. I further certify that on November 21, 2005, I also caused a courtesy copy of the foregoing pleading to be delivered to the Chambers of The Honorable Robert D. Drain, United States Bankruptcy Judge, via Federal Express overnight delivery.

/s/ Michael F. Hahn

Dated: November 12, 2005

## SERVICE LIST

## In re:  DELPHI CORPORATION, et al.
## CHAPTER 11
## CASE NO. 05-44481 (RDD)
## (Jointly Administered)

| | |
|---|---|
| Albert Togut, Esq.<br>**Togut Segal & Segal, LLP**<br>Suite 3335<br>One Penn Plaza<br>New York, NY 10119<br>Tel.  (212) 201-5593 direct<br>Fax  (212) 967-4258<br>email altogut@TeamTogut.com | Marlane Melican, Esq.<br>**Davis Polk & Wardell**<br>450 Lexington Avenue<br>New York, NY 10017<br>Tel.  (212) 450-4533 (direct)<br>        (212) 450-4000 (main)<br>Fax  (212) 450-3533<br>email  marlane.melican@dpw.com |
| John William Butler, Jr., Esq.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>Tel.  (312) 407-0730<br>Fax  (312) 407-8501<br>email  jbutler@skadden.com | Robert J. Rosenberg, Esq.<br>**Latham & Watkins LLP**<br>885 Third Avenue<br>Suite 1000<br>New York, NY 10022-4068<br>Tel.  (212) 906-1370 (direct)<br>        (212) 906-1200 (main)<br>Fax   (212) 751-4864<br>email  robert.rosenberg@lw.com |
| Marissa Wesely, Esq.<br>**Simpson Thacher & Bartlett LLP**<br>425 Lexington Avenue<br>New York, NY 10017<br>Tel.  (212) 455-2000<br>Fax  (212) 455-2502<br>email  mwesely@stblaw.com | Deirdre A. Martini, Esq.<br>**United States Trustee for the Southern District of New York**<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Tel.  (212) 510-0500<br>Fax  (212) 668-2255<br>email |