Brent C. Strickland (BS 7811)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Chapter 11 Case No. 05-44481 (RDD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2005, I served copies of Pepco Energy Services, Inc.'s Motion for Order of Relief from Automatic Stay to Provide Notice of Default and Terminate Sales Agreement Between Pepco Energy Services, Inc. and Debtors, or in the Alternative, for Order Compelling Debtors to Assume or Reject Sales Agreement (the "Motion") was served via overnight mail to the parties listed on **Exhibit A** and a Notice of the Motion was served via first class mail, postage pre-paid, upon the parties listed on **Exhibit B**.

        /s/ Brent C. Strickland
Brent C. Strickland (BS 7811)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-8700

*1650689*