| | | |
|---|---|---|
| Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY  10036 | Capital Research and Management Co<br>Michelle Robson<br>11100 Santa Monica Blvd, 15th Floor<br>Los Angeles, CA  90025 | Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY  10036 |
| Curtis, Mallet-Prevost, Colt & mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York , NY  10178-0061 | Davis Polk & Wardwell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY  10017 | Delphi Corporation<br>Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Electronic Data Systems Corp.<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 | Flextronics International<br>Carrie L. Schiff<br>6328 Monarch Park Place<br>Niwot, CO  80503 | Flextronics International<br>Terry Zale<br>6328 Monarch Park Place<br>Niwot, CO  80503 |
| Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square<br> 11th Floor<br>New York, NY  10036 | General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA  01201 |
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street<br>35th Floor<br>New York, NY  10019 | Honigman Miller Schwartz and Cohn LLP<br>Frank L. Gorman, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 |
| Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway<br>5th Floor<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 | IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 |
| Jefferies & Company, Inc,<br>William Q. Derrough<br>520 Madison Avenue<br>12th Floor<br>New York, NY  10022 | JPMorgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker, Gianni Russello<br>270 Park Avenue<br>New York, NY  10017 | JPMorgan Chase Bank, N.A.<br>Vilma Francis<br>270 Park Avenue<br>New York, NY  10017 |
| Kramer Levin Naftalis & Frankel LLP<br>Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY  10036 | Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer<br>1177 Avenue of the Americas<br>New York, NY  10036 | Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA  90066 |
| Law Debenture Trust of New York<br>Patrick J. Healy<br>767 Third Ave.<br>31st Floor<br>New York, NY  10017 | Law Debenture Trust of New York<br>Daniel R. Fisher<br>767 Third Ave.<br>31st Floor<br>New York, NY  10017 | McDermott Will & Emery LLP<br>David D. Cleary<br>227 West Monroe Street<br>Chicago, IL  60606 |
| McDermott Will & Emery LLP<br>Mohsin N. Khambati<br>227 West Monroe Street<br>Chicago, IL  60606 | McTigue Law Firm<br>J. Brian McTigue<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC  20015 | McTigue Law Firm<br>Cornish F. Hitchcock<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC  20015 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St., 13th Floor<br>Chicago, IL  60601 | Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY  10022 | Northeast Regional Office<br>Mark Schonfeld, Regional Director<br>3 World Financial Center, Room 4300<br>New York, NY  10281 |

| | | |
|---|---|---|
| Office of New York State Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY  10271 | O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA  90071 | O'Melveny & Meyer LLP<br>Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC  20006 |
| Pension Benefit Guaranty Corporation<br>Ralph L. Landy<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC  20005-4026 | Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY  10103 | Rothchild Inc.<br>David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY  10020 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY  10020-1801 | Shearman & Sterling LLP<br>Douglas Bartner, Jill Frizzley<br>599 Lexington Avenue<br>New York, NY  10022 | Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, NY  10017 |
| Skadden, Arps, Slate, Meagher & Flom<br>John Wm. Butler, John K. Lyons, Ron E. Meisler<br>333 W. Wacker Dr., Suite 2100<br>Chicago, IL  60606 | Skadden, Arps, Slate, Meagher & Flom<br>Kayalyn A. Marafioti, Thomas J. Matz<br>4 Times Square, P.O. Box 300<br>New York, NY  10036 | Spencer Fane Britt & Browne LLP<br>Daniel D. Doyle<br>1 North Brentwood Boulevard, 10th Floor<br>St. Louis, MO  63105 |
| Spencer Fane Britt & Browne LLP<br>Nicholas Franke<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022 | Togut, Segal & Segal LLP<br>Albert Togut<br>One Penn Plaza<br>Suite 3335<br>New York, NY  10119 |
| United States Trustee<br>Deirdre A. Martini<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 | Weil, Gotshal & Manges LLP<br>Jeffrey L. Tanenbaum, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 | Weil, Gotshal & Manges LLP<br>Martin J. Bienenstock, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 |
| Weil, Gotshal & Manges LLP<br>Michael P. Kessler, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 | Wilmington Trust Company<br>Steven M. Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | |