Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Ajamie LLP
Wallace A. Showman
1350 Avenue of the Americas
29th Floor
New York, NY  10019

Ajamie LLP
Thomas A. Ajamie
711 Louisiana
Suite 2150
Houston, TX  77002

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farminton Hills, MI  48331

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park East
Suite 2400
Los Angeles, CA  90067

Allen Matkins Leck Gamble & Mallory LLP
Michael S. Greger
1900 Main Street
Fifth Floor
Irvine, CA  92614-7321

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY  42701

Andrews Kurth LLP
Monica S. Blacker
1717 Main Street
Suite 3700
Dallas, TX  75201

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue
26th Floor
New York, NY  10167

Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
Mark T. Flewelling
199 South Los Robles Avenue
Suite 600
Pasadena, CA  91101-2459

Arnall Golden Gregory LLP
Darryl S. Laddin
171 17th Street NW
Suite 2100
Atlanta , GA  30363-1031

Arnall Golden Gregory LLP
Heath J. Vicente
171 17th Street NW
Suite 2100
Atlanta , GA  30363-1031

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
Kimberly J. Robinson
333 West Wacker Drive
Suite 2700
Chicago, IL  60606

Barnes & Thornburg LLP
John T. Gregg
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI  49503

Barnes & Thornburg LLP
Michael K. McCrory
Wendy D. Brewer
11 S. Meridian Street
Indianapolis, IN  46204

Barnes & Thornburg LLP
Patrick E. Mears
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI  49503

Barnes & Thornburg LLP
Alan K. Mills
11 S. Meridian Street
Indianapolis, IN  46204

Bernstein Litowitz Berger & Grossman
John P. Coffey
1285 Avenue of the Americas
New York, NY  10019

Bernstein Litowitz Berger & Grossman
Hannah E. Greenwald
1285 Avenue of the Americas
New York, NY  10019

Bernstein Litowitz Berger & Grossman
Mark D. Debrowski
1285 Avenue of the Americas
New York, NY  10019

Bernstein Litowitz Berger & Grossman
Eileen McNerney
1285 Avenue of the Americas
New York, NY  10019

Bialson, Bergen & Schwab
Kenneth T. Law, Esq.
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Bialson, Bergen & Schwab
Lawrence M. Schwab, Esq.
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Bialson, Bergen & Schwab
Patrick M. Costello, Esq.
2600 El Camino Real
Suite 300
Palo Alto, CA  94306

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blank Rome LLP
Marc E. Richards
The Chrylser Building
405 Lexington Avenue
New York, NY  10174

Bodman LLP
Ralph E. McDowell
100 Renaissance Center
34th Floor
Detroit, MI  48243

Bolhouse, Vander Hulst, Risko & Baar P.C.
David S. Lefere
3996 Chicago Drive SW
Grandville, MI  49418

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennslyvania Street
Suite 2700
Indianapolis, IN  46204

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN  37203

Boult, Cummings, Conners & Berry, PLC
Austin L. McMullen
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN  37203

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street
Suite 3100
Birmingham , AL  35203

Cahill Gordon & Reindel LLP
Jonathan Greenberg
80 Pine Street
New York, NY  10005

Cahill Gordon & Reindel LLP
Robert Usadi
80 Pine Street
New York, NY  10005

Cahill, Gordon & Reindel, LLP
Jonathan Greenberg
Eighty Pine Street
New York, NY  10005-1702

Carter Ledyard & Milburn LLP
Aaron R. Cahn
2 Wall Street
New York, NY  10005

Cleary, Gottlieb, Steen & Hamilton LLP
James L. Bromley
One Liberty Plaza
New York, NY  10006

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street
15th Floor
Pittsburgh, PA  15222-1319

Cohen, Weiss & Simon LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY  10036

Cohn Birnbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT  06103

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
P.O. Box 2207
Wilmington , DE  19899

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, Seth Lax
411 West Putnam Avenue
Suite 225
Greenwich, CT  06830

Coolidge, Wall, Womsley & Lombard Co. LPA
Ronald S. Pretekin
33 West First Street
Suite 600
Dayton, OH  45402

Coolidge, Wall, Womsley & Lombard Co. LPA
Steven M. Wachstein
33 West First Street
Suite 600
Dayton, OH  45402

Coolidge, Wall, Womsley & Lombard Co. LPA
Sylvie J. Derrien
33 West First Street
Suite 600
Dayton, OH  45402

Curtin & Heefner, LLP
Robert  Szwajkos
250 N. Pennslyvania Avenue
Morrisville, PA  19067

Curtin & Heefner, LLP
Daniel P. Mazo
250 N. Pennslyvania Avenue
Morrisville, PA  19067

Curtis, Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thau
101 Park Avenue
New York, NY  10178-0061

Curtis, Mallet-Prevost, Colt & Mosle LLP
David S. Karp
101 Park Avenue
New York, NY  10178-0061

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766

Damon & Morey LLP
William F. Savino
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202-4096

Daniels & Kaplan, P.C.
Jay Selanders
2405 Grand Boulevard
Suite 900
Kansas City, MO  64108-2519

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield , MI  48086

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New York, NY  10017

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

DLA Piper Rudnick Gray Cary US LLP
Richard M. Kremen
Maria Ellena Chavez-Ruark
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600

Drinker Biddle & Reath LLP
Andrew C. Kassner
18th and Cherry Streets
Philadelphia, PA  19103

Drinker Biddle & Reath LLP
David B. Aaronson
18th and Cherry Streets
Philadelphia, PA  19103

Duane Morris LLP
Margery N. Reed, Esq.
30 South 17th Street
Philadelphia, PA  19103-4196

Duane Morris LLP
Wendy M. Simkulak, Esq.
30 South 17th Street
Philadelphia, PA  19103-4196

Fagel Haber LLC
Gary E. Green
55 East Monroe
40th Floor
Chicago, IL  60603

Fagel Haber LLC
Lauren Newman
55 East Monroe
40th Floor
Chicago, IL  60603

Finkel Goldstein Rosenbloom & Nash LLP
Ted J. Donovan
26 Broadway
Suite 711
New York, NY  10004

Fox Rothschild LLP
Fred Stevens
13 East 37th Street
Suite 800
New York, NY  10016

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic Avenue
Suite 400
Atlantic City , NJ  08401-7212

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Gazes LLC
Eric Wainer
32 Avenue of the Americas
Suite 1800
New York, NY  10013

Gazes LLC
Ian J. Gazes
32 Avenue of the Americas
New York, NY  10013

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
100 S.E. 2nd Street
Suite 4400
Miami, FL  33131

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
David N. Crapo
One Riverfront Plaza
Newark, NJ  07102-5497

Goulston & Storrs, P.C.
Peter D. Bilowz
400 Atlantic Avenue
Boston, MA  02110-333

Grant & Eisenhofer P.A.
Jay W. Eisenhofer
45 Rockefeller Center
650 Fifth Avenue
New York, NY  10111

Grant & Eisenhofer P.A.
Sharan Nirmul
1201 North Market Street
Suite 2100
Wilmington, DE  19801

Graydon Head & Ritchey LLP
J. Michael Debbler, Susan M. Argo
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald
J. Patrick Bradley
10 S. Broadway
Suite 200
St. Louis, MO  63102

Guaranty Bank
Herb Reiner
8333 Douglas Avenue
Dallas, TX  75225

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY  10591

Halperin Battaglia Raicht, LLP
Alan D. Halperin
Christopher J.Battaglia
555 Madison Avenue
9th Floor
New York, NY  10022

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY  10118

Herrick, Feinstein LLP
Paul Rubin
2 Park Avenue
New York, NY  10016

Hewlett-Packard Company
Anne Marie Kennelly
3000 Hanover St., M/S 1050
Palo Alto , CA  94304

Hewlett-Packard Company
Kenneth F. Higman
2125 E. Katella Avenue
Suite 400
Anaheim, CA  92806

Hewlett-Packard Company
Sharon Petrosino
420 Mountain Avenue
Murray Hill, NJ  07974

Hewlett-Packard Company
Glen Dumont
420 Mountain Avenue
Murray Hill, NJ  07974

Hodgson Russ LLP
Cheryl R. Storie
One M&T Plaza
Suite 2000
Buffalo, NY  14203

Hodgson Russ LLP
Stephen H. Gross, Esq.
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY  10019

Hogan & Hartson L.L.P.
Scott A. Golden
875 Third Avenue
New York, NY  10022

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 Lincoln
Suite 4100
Denver , CO  80203

Honigman, Miller, Schwartz and Cohn, LLP
Robert B. Weiss, Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583

Honigman, Miller, Schwartz and Cohn, LLP
Donald T. Baty, Jr.
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226

Hunter & Schank Co. LPA
Thomas J. Schank
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

Hunter & Schank Co. LPA
John J. Hunter
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

Hunton & Wiliams LLP
Michael P. Massad, Jr.
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX  75201

Hunton & Wiliams LLP
Steven T. Holmes
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX  75201

Hurwitz & Fine P.C.
Ann E. Evanko
1300 Liberty Building
Buffalo, NY  14202

Infineon Technologies North America Corporation
Greg Bibbes
1730 North First Street
M/S 11305
San Jose, CA  95112

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
27777 Franklin Road
Suite 2500
Southfield, MI  48034

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL  60661

Kegler, Brown, Hill & Ritter Co., LPA
Kenneth R. Cookson
65 East State Street
Suite 1800
Columbus, OH  43215

Kelley Drye & Warren, LLP
Mark I. Bane
101 Park Avenue
New York, NY  10178

Kelley Drye & Warren, LLP
Mark. R. Somerstein
101 Park Avenue
New York, NY  10178

Kennedy, Jennick & Murray
Thomas Kennedy
113 University Place
7th Floor
New York, NY  10003

Kennedy, Jennick & Murray
Susan M. Jennik
113 University Place
7th Floor
New York, NY  10003

Kennedy, Jennick & Murray
Larry Magarik
113 University Place
7th Floor
New York, NY  10003

Kieselstein Lawfirm PLLC
Steve Kieselstein
43 British American Boulevard
Latham, NY  12110

King & Spalding, LLP
George B. South, III
1185 Avenue of the Americas
New York, NY  10036

King & Spalding, LLP
Alexandra B. Feldman
1185 Avenue of the Americas
New York, NY  10036

King & Spalding, LLP
Michelle Carter
191 Peachtree Street
Suite 4900
Atlanta , GA  30303-1763

Kirkland & Ellis LLP
Geoffrey A. Richards
200 East Randolph Drive
Chicago, IL  60601

Kirkpatrick & Lockhart Nicholson Graham LLP
Edward M. Fox
599 Lexington Avenue
New York, NY  10022

Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
Sam O. Simmerman
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH  44735-6963

Kutchin & Rufo, P.C.
Edward D. Kutchin
155 Federal Street
17th Floor
Boston, MA  02110-1727

Kutchin & Rufo, P.C.
Kerry R. Northrup
155 Federal Street
17th Floor
Boston, MA  02110-1727

Lambert. Leser, Isackson, Cook & Guinta, P.C.
Susan M. Cook
309 Davidson Building
PO Box 835
Bay City, MI  48707-0835

Latham & Watkins
Mitchell A. Seider
885 Third Avenue
New York, NY  10022

Latham & Watkins
Mark A. Broude
885 Third Avenue
New York, NY  10022

Latham & Watkins
Henry P. Baer, Jr.
885 Third Avenue
New York, NY  10022

Latham & Watkins
John W. Weiss
885 Third Avenue
New York, NY  10022

Latham & Watkins
Michael J. Riela
885 Third Avenue
New York, NY  10022

Latham & Watkins
Erika Ruiz
885 Third Avenue
New York, NY  10022

Lewis and Roca LLP
Susan M. Freeman, Esq.
40 North Central Avenue
Suite 1900
Phoenix, AZ  85004-4429

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd.
Milpitas, CA  95035-7417

Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders
1949 South IH 35 (78741)
P.O. Box 17428
Austin , TX  78760-7428

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street
Suite 1600
Dallas, TX  75201

Loeb & Loeb LLP
William M. Hawkins
345 Park Avenue
New York, NY  10154

Lord, Bissel & Brook
Timothy S. McFadden
115 South LaSalle Street
Chicago, IL  60603

Lord, Bissel & Brook
Timothy W. Brink
115 South LaSalle Street
Chicago, IL  60603

Lord, Bissel & Brook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue
26th Floor
New York, NY  10022-4802

Lowenstein Sandler PC
Michael S. Etikin
1251 Avenue of the Americas
18th Floor
New York, NY  10020

Lowenstein Sandler PC
Ira M. Levee
1251 Avenue of the Americas
18th Floor
New York, NY  10020

Lowenstein Sandler PC
Michael S. Etikin
65 Livingston Avenue
Roseland, NJ  07068

Lowenstein Sandler PC
Ira M. Levee
65 Livingston Avenue
Roseland, NJ  07068

Lowenstein Sandler PC
Scott Cargill
65 Livingston Avenue
Roseland, NJ  07068

Lowenstein Sandler PC
Vincent A. D'Agostino
65 Livingston Avenue
Roseland, NJ  07068

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH  44124

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY  10167

McDermott Will & Emery LLP
James M. Sullivan
50 Rockefeller Plaza
New York, NY  10020

McDermott Will & Emery LLP
Stephen B. Selbst
50 Rockefeller Plaza
New York, NY  10020

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq.
600 Superior Avenue, East
Suite 2100
Cleveland, OH  44114

McDonald Hopkins Co., LPA
Scott N. Opincar, Esq.
600 Superior Avenue, E.
Suite 2100
Cleveland, OH  44114

McDonald Hopkins Co., LPA
Shawn M. Riley, Esq.
600 Superior Avenue, E.
Suite 2100
Cleveland, OH  44114

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

McGuirewoods LLP
Elizabeth L. Gunn
One James Center
901 East Cary Street
Richmond , VA  23219-4030

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 Broadway
Suite 501
New York, NY  10018

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
Dennis J. Raternink
PO Box 30736
Lansing, MI  48909-7717

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
Michael Cox
PO Box 30736
Lansing, MI  48909-7717

Miller Johnson
Thomas P. Sarb
Robert D. Wolford
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI  49501-0306

Miller, Canfield, Paddock and Stone, P.L.C.
Timothy A. Fusco
150 W. Jefferson Avenue
Suite 2500
Detroit, MI  48226

Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
Michael L. Schein
666 Third Avenue
New York, NY  10017

Mitsubishi Electric & Electronics USA, Inc.
John E. Cipriano
500 Corporate Woods Parkway
Vernon Hills, IL  60061

| | | |
|---|---|---|
| Molex Connector Corp<br>Jeff Ott<br>2222 Wellington Ct.<br>Lisle, IL  60532 | Morgan, Lewis & Bockius LLP<br>Richard W. Esterkin, Esq.<br>300 South Grand Avenue<br>Los Angeles, CA  90017 | Morgan, Lewis & Bockius LLP<br>William C. Heuer, Esq.<br>101 Park Avenue<br>New York, NY  10178-0060 |
| Morgan, Lewis & Bockius LLP<br>Andrew D. Gottfried<br>101 Park Avenue<br>New York, NY  10178-0060 | Morgan, Lewis & Bockius LLP<br>Menachem O. Zelmanovitz<br>101 Park Avenue<br>New York, NY  10178 | Morris, Nichols, Arsht and Tunnell<br>Robert J. Dehney<br>PO Box 1347<br>Wilmington, DE  19899-1347 |
| Morrison Cohen LLP<br>Joseph T. Moldovan<br>Michael R. Dal Lago<br>909 Third Avenue<br>New York, NY  10022 | Munsch Hardt Kopf & Harr, P.C.<br>Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq.<br>4000 Fountain Place<br>1445 Ross Avenue | National City Commercial Capital<br>Lisa M. Moore<br>995 Dalton Avenue<br>Cincinnati, OH  45203 |
| Nelson Mullins Riley & Scarborough<br>George B. Cauthen<br>1320 Main Street, 17th Floor<br>PO Box 11070<br>Columbia, SC  29201 | Nix, Patterson & Roach, L.L.P.<br>Bradley E. Beckworth<br>205 Linda Drive<br>Daingerfield, TX  75638 | Nix, Patterson & Roach, L.L.P.<br>Jeffrey J. Angelovich<br>205 Linda Drive<br>Daingerfield, TX  75638 |
| Nix, Patterson & Roach, L.L.P.<br>Susan Whatley<br>205 Linda Drive<br>Daingerfield, TX  75638 | Noma Company and General Chemical Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippanny, NJ  07054 | Norris, McLaughlin & Marcus<br>Elizabeth L. Abdelmasieh, Esq<br>721 Route 202-206<br>P.O. Box 1018<br>Somerville, NJ  08876 |
| Orrick, Herrington & Sutcliffe LLP<br>Alyssa Englund, Esq.<br>666 Fifth Avenue<br>New York, NY  10103 | Orrick, Herrington & Sutcliffe LLP<br>Frederick D. Holden, Jr., Esq.<br>405 Howard Street<br>San Francisco, CA  94105 | Otterbourg, Steindler, Houston & Rosen, P.C.<br>Scott L. Hazan<br>230 Park Avenue<br>New York, NY  10169 |
| Paul, Weiss, Rifkind, Wharton & Garrison<br>Stephen J. Shimshak<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Paul, Weiss, Rifkind, Wharton & Garrison<br>Curtis J. Weidler<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Paul, Weiss, Rifkind, Wharton & Garrison<br>Douglas R. Davis<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 |
| Paul, Weiss, Rifkind, Wharton & Garrison<br>Elizabeth R. McColm<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Pension Benefit Guaranty Corporation<br>Ralph L. Landy<br>1200 K. Street, N.W.<br>Washington, DC  20005-4026 | Pepe & Hazard LLP<br>Charles J. Filardi, Jr., Esq.<br>30 Jelliff Lane<br>Southport, CT  06890 |
| Pepper, Hamilton LLP<br>Francis J. Lawall<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799 | Pepper, Hamilton LLP<br>Anne Marie Aaronson<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799 | Pepper, Hamilton LLP<br>Linda J. Casey<br>3000 Two logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103-2799 |
| Pepper, Hamilton LLP<br>Henry Jaffe<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Phillips Nizer LLP<br>Sandra A. Riemer, Esq.<br>666 Fifth Avenue<br>New York, NY  10103 | Pierce Atwood LLP<br>Jacob A. Manheimer<br>One Monument Square<br>Portland , ME  04101 |

| | | |
|---|---|---|
| Pitney Hardin LLP<br>Ronald S. Beacher<br>7 Times Square<br>New York, NY  10036 | Porzio, Bromberg & Newman, P.C.<br>Brett S. Moore, Esq.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ  07960 | Porzio, Bromberg & Newman, P.C.<br>John S. Mairo, Esq.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ  07960 |
| Pryor & Mandelup, LLP<br>A. Scott Mandelup, Kenneth A. Reynolds<br>675 Old Country Road<br>Westbury, NY  11590 | QAD, Inc.<br>Jason Pickering, Esq.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ  08054 | Quadrangle Debt Recovery Advisors LLC<br>Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY  10152 |
| Quadrangle Group LLC<br>Patrick Bartels<br>375 Park Avenue, 14th Floor<br>New York, NY  10152 | Quarles & Brady Streich Lang LLP<br>John A. Harris<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ  85004-2391 | Quarles & Brady Streich Lang LLP<br>Scott R. Goldberg<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ  85004-2391 |
| Reed Smith<br>Elena Lazarou<br>599 Lexington Avenue<br>29th Street<br>New York, NY  10022 | Republic Engineered Products, Inc.<br>Joseph Lapinsky<br>3770 Embassy Parkway<br>Akron, OH  44333 | Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 4th Ave.<br>Suite 4500<br>Seattle, WA  98154-1195 |
| Ropers, Majeski, Kohn & Bentley<br>Christopher Norgarrd<br>515 South Flower Street<br>Suite 1100<br>Los Angeles, CA  90071 | Russell Reynolds Associates, Inc.<br>Charles E. Boulbol, P.C.<br>26 Broadway, 17th Floor<br>New York, NY  10004 | Sachnoff & Weaver, Ltd<br>Charles S. Schulman, Arlene N. Gelman<br>10 South Wacker Drive<br>40th Floor<br>Chicago, IL  60606 |
| Schiff Hardin LLP<br>William I. Kohn<br>6600 Sears Tower<br>Chicago, IL  60066 | Schiff Hardin LLP<br>Michael Yetnikoff<br>623 Fifth Avenue<br>28th Floor<br>New York, NY  10022 | Schiffrin & Barroway, LLP<br>Michael Yarnoff<br>280 King of Prussia Road<br>Radnor, PA  19087 |
| Schiffrin & Barroway, LLP<br>Sean M. Handler<br>280 King of Prussia Road<br>Radnor, PA  19087 | Schulte Roth & Sabel LLP<br>Michael L. Cook<br>919 Third Avenue<br>New York, NY  10022 | Schulte Roth & Sabel LLP<br>James T. Bentley<br>919 Third Avenue<br>New York, NY  10022 |
| Seyfarth Shaw LLP<br>Paul M. Baisier, Esq.<br>1545 Peachtree Street, N.E.<br>Suite 700<br>Atlanta , GA  30309-2401 | Seyfarth Shaw LLP<br>Robert W. Dremluk, Esq.<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY  10020-1801 | Seyfarth Shaw LLP<br>William J. Hanlon<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA  02210 |
| Sills, Cummis Epstein & Gross, P.C.<br>Andrew H. Sherman<br>30 Rockefeller Plaza<br>New York, NY  10112 | Sills, Cummis Epstein & Gross, P.C.<br>Jack M. Zackin<br>30 Rockefeller Plaza<br>New York, NY  10112 | Simpson Thacher & Bartlett LLP<br>Kenneth S. Ziman, Esq.<br>425 Lexington Avenue<br>New York, NY  10017 |
| Simpson Thacher & Bartlett LLP<br>William T. Russell, Jr., Esq.<br>425 Lexington Avenue<br>New York, NY  10017 | Smith, Gambrell & Russell, LLP<br>Barbara Ellis-Monro<br>1230 Peachtree Street, N.E.<br>Suite 3100<br>Atlanta , GA  30309 | Smith, Katzenstein & Furlow LLP<br>Kathleen M. Miller<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE  19899 |

Sony Electronics Inc.
Lloyd B. Sarakin - Chief Counsel, Finance and Credit
1 Sony Drive
MD #1 E-4
Park Ridge, NJ  07656

Sotiroff & Abramczyk, P.C.
Robert M. Goldi
30400 Telegraph Road
Suite 444
Bingham Farms, MI  48025

Steel Technologies, Inc.
John M. Baumann
15415 Shelbyville Road
Louisville, KY  40245

Stein, Rudser, Cohen & Magid LLP
Robert F. Kidd
825 Washington Street
Suite 200
Oakland, CA  94607

Steinberg Shapiro & Clark
Mark H. Shapiro
24901 Northwestern Highway
Suite 611
Southfield , MI  48075

Sterns & Weinroth, P.C.
Jeffrey S. Posta
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ  08607-1298

Stinson Morrison Hecker LLP
Mark A. Shaiken
1201 Walnut Street
Kansas City, MO  64106

Stites & Harbison PLLC
Madison L.Cashman
424 Church Street
Suite 1800
Nashville, TN  37219

Stites & Harbison PLLC
Robert C. Goodrich, Jr.
424 Church Street
Suite 1800
Nashville, TN  37219

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
400 West Market Street
Louisville, KY  40202

Swidler Berlin LLP
Jonathan P. Guy
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Swidler Berlin LLP
Richard H. Wyron
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Swidler Berlin LLP
Matthew W. Cheney
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Swidler Berlin LLP
Robert N. Steinwurtzel
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Swidler Berlin LLP
Roger Frankel
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Taft, Stettinius & Hollister LLP
Richard L .Ferrell
425 Walnut Street
Suite 1800
Cincinnati, OH  45202-3957

Thacher Proffitt & Wood LLP
Jonathan D. Forstot
Two World Financial Center
New York, NY  10281

Thacher Proffitt & Wood LLP
Louis A. Curcio
Two World Financial Center
New York, NY  10281

Thelen Reid & Priest LLP
David A. Lowenthal
875 Third Avenue
New York, NY  10022

Thompson & Knight
Rhett G. Cambell
333 Clay Street
Suite 3300
Houston, TX  77002

Thompson & Knight LLP
John S. Brannon
1700 Pacific Avenue
Suite 300
Dallas, TX  75201

Thurman & Phillips, P.C.
Ed Phillips, Jr.
8000 IH 10 West
Suite 1000
San Antonio , TX  78230

Todd & Levi, LLP
Jill Levi, Esq.
444 Madison Avenue
Suite 1202
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut, Esq.
One Penn Plaza
Suite 3335
New York, NY  10119

Tyler, Cooper & Alcorn, LLP
W. Joe Wilson
City Place
35th Floor
Hartford , CT  06103-3488

Underberg & Kessler, LLP
Helen Zamboni
300 Bausch & Lomb Place
Rochester, NY  14604

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
David Jury, Esq.
Five Gateway Center

Vorys, Sater, Seymour and Pease LLP
Robert J. Sidman, Esq.
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008

Wachtell, Lipton, Rosen & Katz
Richard G. Mason
51 West 52nd Street
New York, NY  10019-6150

Wachtell, Lipton, Rosen & Katz
Emil A. Kleinhaus
51 West 52nd Street
New York, NY  10019-6150

| | | |
|---|---|---|
| Waller Lansden Dortch & Davis, PLLC<br>Robert J. Welhoelter, Esq.<br>511 Union Street<br>Suite 2700<br>Nashville, TN  37219 | Warner Norcross & Judd LLP<br>Gordon J. Toering<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI  49503 | Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center<br>Suite 2700<br>Southfield , MI  48075 |
| Whyte, Hirschboeck Dudek S.C.<br>Bruce G. Arnold<br>555 East Wells Street<br>Suite 1900<br>Milwaukee, WI  53202-4894 | Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | Winstead Sechrest & Minick P.C.<br>Berry D. Spears<br>401 Congress Avenue<br>Suite 2100<br>Austin, TX  78701 |
| Winstead Sechrest & Minick P.C.<br>R. Michael Farquhar<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Winthrop Couchot Professional Corporation<br>Marc. J. Winthrop<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, CA  92660 | Winthrop Couchot Professional Corporation<br>Sean A. O'Keefe<br>660 Newport Center Drive<br>4th Floor<br>Newport Beach, CA  92660 |
| Zeichner Ellman & Krause LLP<br>Stuart Krause<br>575 Lexington Avenue<br>New York, NY  10022 | Zeichner Ellman & Krause LLP<br>Peter Janovsky<br>575 Lexington Avenue<br>New York, NY  10022 | |