## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 21st day of November, 2005, I caused a copy of the **Objection of ORIX Warren, LLC to Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Deadline to Assume or Reject Unexpired Lease of Nonresidential Real Property** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

| | |
|---|---|
| Kenneth S. Ziman, Esq. | Marlane Melican, Esq. |
| Simpson Thacher & Bartlett LLP | Davis Polk & Wardell |
| 425 Lexington Avenue | 450 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 |
| | |
| Robert J. Rosenberg, Esq. | Alicia M. Leonhard, Esq. |
| Mark A. Broude, Esq. | Office of the United States Trustee |
| Latham & Watkins | for the Southern District of New York |
| 885 Third Avenue | 33 Whitehall Street, Suite 2100 |
| New York, NY 10022 | New York, NY 10004 |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | 5725 Delphi Drive |
| United States Bankruptcy Court | Troy, MI 48098 |
|    for the Southern District of New York | Attn: General Counsel |
| 614 Alexander Hamilton Custom House | |
| One Bowling Green | |
| New York, NY 10004-1400 | |

                                                  **/s/ Jeffrey C. Wisler**
                                                      Jeffrey C. Wisler

#429698