MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for United Steelworkers, AFL-CIO
1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
Lowell Peterson (LP 5405)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                Case Nos. 05-44481 (RDD)
                                          Jointly Administered

                    Debtors.
----------------------------------------------------------------x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 2090-1(b), the undersigned hereby moves for the admission *pro hac vice* of David R. Jury, Esq., a member in good standing of the bar of the State of Pennsylvania and an experienced practitioner in various bankruptcy courts across the United States, before the Honorable Robert D. Drain as co-counsel with the undersigned to represent the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), AFL-CIO, (the "United Steelworkers") in the above-captioned matter. His address is:

David R. Jury, Esq.
Assistant General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, Pennsylvania 15222
(412) 562-2545
(412) 562-2429 (fax)
djury@steelworkers-usw.org

Mr. Jury agrees to pay the $25.00 upon approval of this Motion.

Dated: November 22, 2005

                                MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


                                By:    /s/ LOWELL PETERSON
                                       Lowell Peterson (LP 5405)

1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
212 239 1311 (fax)
lpeterson@msek.com

Attorneys for United Steelworkers

72151