UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    Case Nos. 05-44481 (RDD)
                                              Jointly Administered

                               Debtors.
------------------------------------------------------------x

### ORDER FOR ADMISSION *PRO HAC VICE*

      It is ORDERED that David R. Jury, Esq., is admitted to practice *pro hac vice* in the above-captioned matter in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the fee.

Dated: _____
       New York, New York

                                                        _____
                                                          UNITED STATES BANKRUPTCY JUDGE

72152