WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                       :
                                                            :    **Chapter 11 Case No.**
                                                            :
**DELPHI CORPORATION, et al.,**                             :    **05-44481 (RDD)**
                                                            :
        Debtors.        :    **(Jointly Administered)**
                                                            :
------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York    )
                     )    ss.:
County of New York   )

    Kathleen Lee, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

    2.    On the 21st day of November 2005, I caused true and correct copy of the following pleading to be served upon the parties listed at the addresses set forth therein by Hand Delivery and first class pre-paid United States mail unless otherwise indicated:

2

- ✓ Notice of Status As A Substantial Claimholder

/s/ Kathleen Lee
Kathleen Lee

Sworn to before me this
  22nd day of November  2005

/s/ Sarah Phillips
     Notary Public

SARAH PHILLIPS
Notary Public, State of New York
Reg. No. 01PH6123619
Qualified in New York County
Commission Expires on 3/7/2009

3

**Service List**

**By First Class Mail and FedEx**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Att'n General Counsel and Chief Tax Officer

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
Attention:   John K. Lyons and
             Randall G. Reese.