**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (194861) *(Pro Hac Admission Pending)*
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Attorneys for Clarion Corporation of America

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION.,** *et al.*, | : | Case Nos. 05-44481 |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |
| | : | |

―――――――――――――――――――――x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears as attorney for Clarion Corporation of America, and pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, the undersigned requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

600030269v1

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
Phone: (714) 436-6800
Fax:    (714) 436-2800
E-mail:  mark.houle@pillsburylaw.com

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
Phone: (212) 858-1000
Fax:  (212) 858-1500
E-mail:  karen.dine@pillsburylaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) its right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 22, 2005
New York, New York

By:      /s/ Karen B. Dine
Karen B. Dine
**Pillsbury Winthrop Shaw Pittman LLP**
1540 Broadway
New York, New York 10036-4039
Phone: (212) 858-1000
Fax: (212) 858-1500
E-Mail:  karen.dine@pillsburylaw.com
Attorneys for Clarion Corporation of America

600030269v1