UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

### STATEMENT DIRECTING NOTICE REGARDING DEBTORS' MOTION FOR AN ORDER APPROVING PROCEDURES TO ASSUME CERTAIN SOLE SUPPLIER AGREEMENTS

ARC Automotive, Inc. ("ARC") hereby directs that notice of any kind to ARC related to the Debtors' Motion for an Order under 11 U.S.C. §§ 363(b) and 365(a) and Fed.R.Bankr.P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements (the "Supplier Motion"), including but not limited to distribution to ARC of an Assumption Agreement (as defined in the Supplier Motion), be sent to counsel listed below, whether or not such notice is filed with the Court, and that notice to any other address is invalid:

> Cherie Macdonald, Esq.
> **GREENSFELDER, HEMKER & GALE, P.C.**
> 12 Wolf Creek Drive, Suite 100
> Swansea, Illinois 62226
> Telephone:  (618) 257-7308
> Facsimile:  (618) 257-7353
> Email:  ckm@greensfelder.com
>
> -and-

{00011310.2 / 0153-001}

        Christopher J. Battaglia, Esq.
        Alan D. Halperin, Esq.
        **HALPERIN BATTAGLIA RAICHT, LLP**
        555 Madison Avenue, 9th Floor
        New York, New York 10022
        Telephone: (212) 765-9100
        Facsimile: (212) 765-0964
        Email: cbattaglia@halperinlaw.net
            ahalperin@halperinlaw.net

Dated: New York, New York
    November 22, 2005

        **HALPERIN BATTAGLIA RAICHT, LLP**
        Co-Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation

        By: */s/ Christopher J. Battaglia*
          Alan D. Halperin (AH-8432)
          Christopher J. Battaglia (CB-4436)
        555 Madison Avenue – 9th Floor
        New York, New York 10022
        (212) 765-9100
        cbattaglia@halperinlaw.net
        ahalperin@halperinlaw.net

           -and-

        Cherie Macdonald, Esq.
        **GREENSFELDER, HEMKER**
         **& GALE, P.C.**
        12 Wolf Creek Drive, Suite 100
        Swansea, Illinois 62226
        (618) 257-7308
        ckm@greensfelder.com

        Co-Counsel to ARC Automotive, Inc.