UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:                                          Chapter 11

DELPHI CORPORATION et al.                       Case No. 05-44481
                                                (Jointly Administered)
                Debtors.

----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    I, Arlene N. Gelman, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Infineon Technologies North America Corp. in the above referenced case.

    My address is:    Arlene N. Gelman
                            Sachnoff & Weaver, Ltd.
                            10 South Wacker Drive, 40th Floor
                            Chicago, Illinois  60606
                            agelman@sachnoff.com
                            Telephone:  (312) 207-6446
                            Facsimile:   (312) 207-6400

    I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice ***pro hac vice.***

Dated:  October 19, 2005        Respectfully submitted.
       Chicago, IL

                                      SACHNOFF & WEAVER, LTD.

                                      By: _____
                                      Arlene N. Gelman
                                      Sachnoff & Weaver, Ltd.
                                      10 South Wacker Drive, 40th Floor
                                      Chicago, Illinois  60606
                                      agelman@sachnoff.com
                                      Telephone:  (312) 207-6446
                                      Facsimile:   (312) 207-6400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION et al. | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

-----------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Arlene N. Gelman, Esq. is admitted to practice, ***pro hac vice****,* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____         /s/_____
    New York, New York                United States Bankruptcy Judge