Quarles & Brady Streich Lang LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
sboswell@quarles.com

Attorneys for Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V., and On Semiconductor Corp.

Susan G. Boswell, Esq. (AZ Bar # 004719)
Kasey C. Nye, Esq. (AZ Bar # 020610)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Quarles & Brady Streich Lang LLP, as attorneys for (i) Offshore International, Inc., ("Offshore"); (ii) Maquilas Teta Kawi, S.A. de C.V. ("Maquilas"); and (iii) On Semiconductor Corp. ("On Semiconductor") (collectively, the "Creditors"), hereby gives notice of its appearance and requests that it receive notice of all proceedings in these matters, including, but not limited to, any notices in the above-referenced administrative matters and any related adversary proceedings and that the following names be added to the master mailing list:

>Kasey C. Nye, Esq.
>Quarles & Brady Streich Lang LLP
>One South Church Avenue
>Tucson, Arizona 85701
>(520) 770-8717 (phone)
>(520) 770-2203 (fax)
>knye@quarles.com (e-mail)

Neither this request for notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or notice, shall constitute a waiver of the Creditors' rights:

QBTUC\203143.00400\172592.1

  (a) Right to have any and all final orders for any and all non-core matters entered only after a de novo review by a United States District Court;

  (b) Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157 and whether such jury trial right is pursuant to statute or the United States Constitution;

  (c) Right to have the reference of this matter withdrawn by the United States District Court in any manner or proceeding subject to mandatory ordiscretionary withdrawal; and

  (d) Other rights, claims, actions, setoffs, recoupments, or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by the Creditors without exception and shall not be waived, confessed or conceded by filing this notice or by any other participation in these matters.

  DATED this 21st day of November, 2005.

    QUARLES & BRADY STREICH LANG LLP
    One South Church Avenue, Suite 1700
    Tucson, AZ  85701


    By  /s/  Kasey C. Nye (AZ Bar #020620)
      Susan G. Boswell
      Kasey C. Nye

    Attorneys for Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V., and On Semiconductor Corp.

-2-