Quarles & Brady Streich Lang LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
sboswell@quarles.com

Attorneys for Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V., and On Semiconductor Corp.

Susan G. Boswell, Esq. (AZ Bar # 004719)
Kasey C. Nye, Esq. (AZ Bar # 020610)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | (Chapter 11) |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | Jointly Administered |

## VERIFIED STATEMENT OF QUARLES & BRADY STREICH LANG LLP PURSUANT TO BANKRUPTCY RULE 2019(a)

Kasey C. Nye, a member of the law firm of Quarles & Brady Streich Lang LLP (the "Quarles Firm") attorneys for (i) Offshore International, Inc.; (ii) Maquilas Tetakawi, S.A. de C.V.; and (iii) On Semiconductor Corp. (collectively, the "Creditors"), makes the following statement pursuant to Rule 2019, Federal Rules of Bankruptcy Procedure ("Rule 2019"):

1. As of the date of this Statement, the Quarles Firm was retained by the Creditors in connection with the above captioned jointly administered bankruptcy cases (and related matters) and are, for purposes of this Statement, related entities.

2. Information pertinent to theses claims and interests, as required by Rule 2019, is as follows:

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| Offshore International, Inc. | 8350 Old Vail Road Tucson, Arizona 85747 | Creditor/Party to debt instrument with Delphi Corporation |

QBTUC\203143.00400\173010.1

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| Maquilas Tetakawi, S.A. de C.V. | Carretera Internacional Km. 1969 Guadalajara -- Nogales Km. 2 Parque Industrial, Empalme, Mexico 85340 | Creditor/Party to debt instrument with Delphi Corporation |
| On Semiconductor Corporation | 5005 E. McDowell Phoenix, Arizona 85008-4229 | Creditor/Party to debt instrument with Delphi Corporation |

3. The Creditors reserve the right to supplement or amend this Verified Statement at any time in the future.

4. The Quarles Firm does not perceive any actual or potential conflict of interest with respect to the representation of the Creditors in these cases.

5. The Quarles Firm does not own, nor has it ever owned, any claim whatsoever against the Debtors in these joint-administered cases nor equity securities of the Debtors.

I verify under penalty of perjury that the foregoing is true and correct. to the best of my knowledge, information, and belief. If asked to testify regarding the foregoing facts, I would testify as described herein.

DATED this 21st day of November, 2005.

_____
Kasey C. Nye (AZ Bar # 020610)