**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (194861) *(Pro Hac Admission Pending)*
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Attorneys for Clarion Corporation of America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION., et al.                                  :    Case No. 05-44481
                                  :                          :
                                                             :    (Jointly Administered)
                      Debtors.                               :
-------------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents; ***Verified Statement of Multiple Party Representation Under Federal Rule of Bankruptcy Procedure 2019(a),*** were served by depositing the same in pre-paid first class envelopes in an official depository of the United States Postal Service maintained at 1540 Broadway, New York, NY 10036, to the parties on the attached service list on the 22nd day of November, 2005.

/s/ Stacy Knobloch
Stacy Knobloch

## SERVICE LIST

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Whacker Drive
Chicago, IL  60606-1285

**VIA HAND DELIVERY**
Kayalyn A. Marafaioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

**VIA HAND DELIVERY**
Deidre A. Martini
Alicia M. Leonard
United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

**VIA HAND DELIVERY**
The Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Custom House
One Bowling Green
New York, NY  10004-1408

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022-4802

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA  90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY  10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10176-0061

Donald Bernstein
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098

Paul W. Anderson
2090 Fortune Drive
San Jose, CA  95131

Richard Lee Chambers, II
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE 16
Austin, TX  78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY  10036

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA  01201

John Devine
General Motors Company
300 Renaissance Center
P.O. Box 300
Detroit, MI  48265

600035790v1

**SERVICE LIST**

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY  10019

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY  10007
Attn: Insolvency Department

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI  48226
Attn: Insolvency Department

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH  45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, NY  10022

Clifford Trapani
JPMorgan Chase Bank, N.A.
1111 Fannin, 10th Floor
Houston, TX  77002

Khuyen Ta
JPMorgan Chase Bank, N.A.
1111 Fannin, 10th Floor
Houston, TX  77002

Thomas F. Maher
Richard Duker
Gianni Rusello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA  90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY  10022

Melissa Knolls
Mesirow Financial
321 N. Clark Street, 13th Floor
Chicago, IL  60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York, NY  10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, NW
Suite 340
Washington, DC  20005

600035790v1

**SERVICE LIST**

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, NW
Suite 340
Washington, DC  20005

Sandra A. Riemer
Phillip Nizer LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY  10020

Securities and Exchange Commission
233 Broadway
New York, NY  10279
Attn: Reorganization Branch

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Kenneth S. Ziman
Robert H. Trust
William T. Russell
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Chester D. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

600035790v1