Babette A. Ceccotti (BC 2690)
Joseph J. Vitale (JV-0415)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Counsel for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| In re DELPHI CORPORATION, *et al.,* | ) | |
| | ) | 05-44481 (RDD) |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2005, I caused a true and

correct copy of the foregoing **Objection and Memorandum of UAW in Opposition to**

**Debtors' Motion for an Order Authorizing Debtors to Implement a Key Employee**

**Compensation Program [Docket No. 1135]** to be duly served in accordance with General

Order M-242, as amended by General Order M-269, by facsimile on the parties below with

facsimile numbers, by first-class mail on those below without facsimile numbers.

| | |
|---|---|
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | Judge Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

00083026.DOC.1

- 2 -

| | |
|---|---|
| Counsel for the Debtors<br>John Wm. Butler Jr., Partner<br>John K. Lyons, Partner<br>Ron E. Meisler, Associate<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>T: 800-718-5305<br>F: 312-407-0411 | Counsel for the Debtors<br>Kayalyn A. Marafioti, Partner<br>Thomas J. Matz, Counsel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>T: 800-718-5305<br>F: 212-735-2000 |
| United States Trustee<br>Deirdre A. Martini<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111<br>T: 212-510-0500<br>F: 212-668-2255 | Counsel to Creditors' Committee<br>Robert J. Rosenberg, Partner<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>T: 212-906-1200<br>F: 212-751-4864 |
| Donald Bernstein, Esq.<br>Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br>T: (212) 450-4092<br>F: (212) 450-3092 | Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>T: (212) 906-1370<br>F: (212) 751-4864 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>T: (212) 455-2000<br>F: (212) 455-2502 | |

  /s/ Babette A. Ceccotti
Babette A. Ceccotti

- 2 -