UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED**, that Walter J. Greenhalgh, is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: November 22, 2005            /s/Robert D. Drain
New York, New York            UNITED STATES BANKRUPTCY JUDGE