Kenneth S. Ziman (KZ-2486)
William T. Russell, Jr. (WR-0998)
Robert H. Trust (RT-6660)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Fax: (212) 455-2502

Attorneys for the Administrative Agent for the
Prepetition Secured Lenders

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION., et al.,<br>Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Limited Objection of the Prepetition Agent to the Debtors' Motion for Order Under §§ 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program* was furnished by U.S. overnight mail, this 22nd day of November, 2005, to the parties on the attached service list:

### SERVICE LIST

Capital Research and Management Company
11100 Santa Monica Blvd
15th Floor
Los Angeles, CA 90025
Attn: Michelle Robson

Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036
Attn: Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Attn: Steven J. Reisman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Sean Corcoran
Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn: Michael Nefkens

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attn: Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attn: Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn: Randall S. Eisenberg

General Electric Company
One Plastics Avenue

Pittsfield, MA 01201
Attn: Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn: Lonie A. Hassel

Internal Revenue Service
290 Broadway 5th Floor
New York, NY 10007
Attn: Insolvency Department

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439
Attn: Henry Reichard

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
Attn: William Q. Derrough

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066
Attn: James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL 60601

509265-1038-11179-NY02.2490029.1

Attn: Melissa Knolls

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071
Attn: Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006
Attn: Tom A. Jerman
Rachel Janger

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Attn: Jeffrey Cohen

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026
Attn: Ralph L. Landy

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn: Sandra A. Riemer

Rothschild Inc.
1251 Avenue of the Americas
New York, NY 10020
Attn: David L. Resnick

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn: Douglas Bartner
Jill Frizzley

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler

John K. Lyons
Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
Thomas J. Matz

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Attn: Albert Togut

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Attn: Alicia M. Leonard

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn: Deirdre A. Martini

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum, Esq.
Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Steven M. Cimalore

Dated: November 22, 2005
      New York, New York

                                                                                     /s/ Christina C. Fox