BARBARA S. MEHLSACK (BM 1390)
GORLICK, KRAVITZ & LISTHAUS, P.C.
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
bmehlsack@gkllaw.com

RICHARD GRIFFIN
INTERNATIONAL UNION OF
OPERATING ENGINEERS
1125 – 17th Avenue, N.W.
Washington, D.C. 20036
(202) 429-9100
rgriffin@iuoe.org

Attorneys for the International
Union of Operating Engineers
Local Union Nos. 18, 101 and 832.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that pursuant to 11 U.S.C. § 1109 (b) and Rules 2002, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Rules"), Barbara S. Mehlsack of GORLICK, KRAVITZ & LISTHAUS, P.C. and Richard Griffin, Esq. General Counsel to International Union of Operating Engineers, enter their appearance in the above-captioned Chapter 11 cases on behalf the International Union of Operating Engineers Local Union Nos. 18, 101 and 832, and request that copies of all notices given or required to be given in these cases

and all papers served in these cases (including, but not limited to, all papers filed and served in all adversary proceedings in these cases, and all notices mailed only to parties who filed with the court a request that all notices be mailed to them) be given to and served upon:

>Barbara S. Mehlsack (BM 1390)
>GORLICK, KRAVITZ & LISTHAUS, P.C.
>17 State Street, 4th Floor
>New York, New York 10004
>(212) 269-2500 Phone
>(212) 269-2540 Facsimile
>bmehlsack@gkllaw.com

>and

>Richard Griffin
>INTERNATIONAL UNION OF
>OPERATING ENGINEERS
>1125 – 17th Avenue, N.W.
>Washington, D.C. 20036
>(202) 429-9100 Phone
>(202) 778-2641 Facsimile
>rgriffin@iuoe.org

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the debtors or the property of the debtors.

**PLEASE TAKE FURTHER NOTICE** that the identified attorneys, Barbara S. Mehlsack, Esq. of Gorlick, Kravitz & Listhaus, P.C. and Richard Griffin, Esq. General Counsel to International Union of Operating Engineers, consent to electronic mail service.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the Debtors and the Clerk of the Court place the undersigned names and addresses on any mailing matrix or notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases to be prepared or existing in the above-numbered cases.

Dated: November 22, 2005
      New York, New York

*/s/ Barbara S. Mehlsack/*
Barbara S. Mehlsack, Esq. (BM 1390)
GORLICK, KRAVITZ & LISTHAUS, P.C.
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500 Phone
(212) 269-2540 Facsimile
bmehlsack@gkllaw.com

and

Richard Griffin
INTERNATIONAL UNION OF
OPERATING ENGINEERS
1125 – 17th Avenue, N.W.
Washington, D.C. 20036
(202) 429-9100 Phone
(202) 778-2641 Facsimile
rgriffin@iuoe.org

Attorneys for the International Brotherhood of Electrical Workers Local Union No.663 and the International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10