# EXHIBIT 1

# [ TOO VOLUMINOUS. COPY WAS PROVIDED BY OVERNIGHT DELIVERY.]