Quarles & Brady Streich Lang LLP
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
sboswell@quarles.com

Attorneys for Offshore International, Inc., Maquilas Teta Kawi, S.A. de C.V., and On Semiconductor Corp.

Susan G. Boswell, Esq. (AZ Bar # 004719)
Kasey C. Nye, Esq. (AZ Bar # 020610)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Suzanne K. Utter, in my capacity as a Legal Assistant with the law firm of Quarles & Brady Streich Lang LLP, hereby certify that the "Notice of Appearance and Request for Notice" and the "Verified Statement of Quarles & Brady Streich Lang LLP Pursuant to Bankruptcy Rule 2019(a)" was filed electronically this 22nd day of November, 2005. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, on November 22, 2005, the foregoing was sent via e-mail to the parties with e-mail addresses listed as not receiving the Court's electronic mail on the attached Exhibit "A", or by First Class Mail to those parties not listing an e-mail address on the attached Exhibit "A".

Dated this 23rd day of November, 2005.

*/s/ Suzanne K. Utter*

QBTUC\203143.00400\173198.1

# EXHIBIT A

## File a Notice:

05-44481-rdd Delphi Corporation

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Nye, Kasey C. entered on 11/22/2005 at 1:13 PM and filed on 11/22/2005
**Case Name:**     Delphi Corporation
**Case Number:**   05-44481-rdd
**Document Number:** 1130

**Docket Text:**
Notice of Appearance *Notice of Appearance and Request for Notice* filed by Kasey C. Nye on behalf of OFFSHORE INTERNATIONAL, INC.. (Nye, Kasey)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\pdf files\172592_1.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/22/2005] [FileNumber=4629951-0]
[602da48c96369731d85f679350ca77073471e8e01ec01b2abafb5c41cff321998ff2
667af5c7103fb4a30bcad7bd0805242479b99dab6023bacebeec253e6304]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson     david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

William J. Barrett    william.barrett@bfkpn.com,

David S. Barritt    barritt@chapman.com,

Donald F. Baty    dbaty@honigman.com,

Douglas P. Baumstein    dbaumstein@whitecase.com,

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com,

Howard S. Beltzer    Stacy_Knobloch@NY_Whitecase.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com, gogimalik@andrewskurth.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com,

Scott Cargill    scargill@lowenstein.com, hpetersen@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com,

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

George B. Cauthen    george.cauthen@nelsonmullins.com,

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tracy M. Clark    clark@steinbergshapiro.com,

David D. Cleary    dcleary@mwe.com,

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;elcalhoun@vssp.com;eplitfin@vssp.com

Susan M. Cook    smcook@lambertleser.com,

David N. Crapo    dcrapo@gibbonslaw.com,

Michael G. Cruse    mcruse@wnj.com,

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jeffdavis@graycary.com,

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com

Karen Dine    karen.dine@pillsburylaw.com,

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.cor

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Barbara Ellis-Monro    bellis-monro@sgrlaw.com,

Alyssa Englund    aenglund@orrick.com

Earle I. Erman    eerman@ermanteicher.com,

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Eugene I. Farber    efarber747@aol.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Bonnie Glantz Fatell    fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell    Ferrell@taftlaw.com,

Charles J. Filardi    cfilardi@pepehazard.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox    efox@klng.com

David H. Freedman    dfreedman@ermanteicher.com,

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;mmharner@jonesday.com;dsciabarassi@jonesday.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James M. Garner    jgarner@shergarner.com, jchocheles@@shergarner.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

Jonathan S. Green    greenj@millercanfield.com,

John T. Gregg    jgregg@btlaw.com,

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

Dion W. Hayes    dhayes@mcguirewoods.com, egunn@mcguirewoods.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko    hkolko@msek.com

Alan M. Koschik    akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com,

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com,

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com,

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel    schnabel@klettrooney.com,

A. Peter Lubitz    plubitz@schiffhardin.com

John S. Mairo    jsmairo@pbnlaw.com

Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Ilan Markus    imarkus@tylercooper.com,

Richard Gary Mason    rgmason@wlrk.com;eakleinhaus@wlrk.com;rcstrauss@wlrk.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com,

Michael K. McCrory    michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com,

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills    amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com,

Audrey E. Moog    amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

James P. Murphy    murph@berrymoorman.com,

Bruce S. Nathan    bnathan@lowenstein.com, clongstreth@lowenstein.com

Lauren Newman    lnewman@fagelhaber.com,

Gordon Z. Novod    gnovod@kramerlevin.com

Kasey C. Nye    knye@quarles.com,

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com,

Ingrid S. Palermo     ipalermo@hselaw.com

Anne M. Peterson     apeterson@phillipslytle.com

Lowell Peterson     lpeterson@msek.com

Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com

Ed Phillips     ephillips@thurman-phillips.com,

Alex Pirogovsky     apirogovsky@uhlaw.com

Leslie A. Plaskon     leslieplaskon@paulhastings.com,

Jeffrey S. Posta     jposta@sternslaw.com,

Constantine Pourakis     cp@stevenslee.com

Paul A. Rachmuth     prachmuth@andersonkill.com, bfiling@andersonkill.com

Dennis Jay Raterink     raterinkd@michigan.gov,

Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds     kar@pryormandelup.com,

Geoffrey A. Richards     grichards@kirkland.com,

Marc E. Richards     mrichards@blankrome.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Jean R. Robertson     jrobertson@mcdonaldhopkins.com,

Scott D. Rosen     srosen@cb-shea.com,

Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

Robert B. Rubin     brubin@burr.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com,

Thomas P. Sarb     ecfsarbt@millerjohnson.com

William F. Savino     wsavino@damonmorey.com,

Thomas J. Schank     tomschank@hunterschank.com, tammymaus@hunterschank.com

Michael L. Schein     mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman     cschulman@sachnoff.com,

Bryan I. Schwartz     bschwartz@lplegal.com,

Mark S. Scott     mscott@riemerlaw.com,

Jay Selanders     selanders@danielsandkaplan.com,

Mark A. Shaiken     mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsc

Andrea Sheehan     sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman     asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich     jshickich@riddellwilliams.com

Stephen J. Shimshak     sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman     was@showmanlaw.com,

Robert J. Sidman     rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman     sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome     mail@srsllp.com

Marc P. Solomon     msolomon@burr.com

Brian D. Spector     bspector@selawfirm.com, kdillon@selawfirm.com

Brent C. Strickland     bstrickland@wtplaw.com,

James M. Sullivan     jmsullivan@mwe.com

Robert Szwajkos     rsz@curtinheefner.com,

Gordon J. Toering     gtoering@wnj.com

Sheldon S. Toll     lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

Jeffrey C. Wisler    jcw@cblhlaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Helen A. Zamboni    hzamboni@underbergkessler.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

Stuart F. Cheney
,

Mark G. Claypool
,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131
jcunningham@whitecase.com,
pjimenez@whitecase.com;guzzi@whitecase.com;rkebrdle@whitecase.com;dbaumstein@whitecase.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101

Lars H. Fuller
Rothgerber Johson & Lyons, LLP

One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Scott R. Goldberg
Quarles & Brady Streich Lang, LLP
One Renaissance Sq.
2 N. Central Avenue
Phoenix, AZ 85004-2391

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP

333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553
jmmarino@srsllp.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com;frowinski@lordbissell.com

Gene T. Moore
1802 15th Street
Tuscaloosa, AL 35401

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
PRUBIN@HERRICK.COM;EMIRAN@HERRICK.COM

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
msomerstein@kelleydrye.com

Shmuel Vasser
Edwards &Angell, LLP
750 Lexington Avenue
New York, NY 10022

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.