NATHAN, NEUMAN & NATHAN, P.C.
Kenneth A. Nathan (MI Bar No. P39142)
Susanna C. Brennan (MI Bar No. P67018)
29100 Northwestern Highway, Suite 260
Southfield, Michigan 48034
Telephone: (248) 351-0099
Facsimile: (248) 351-0487

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH 4679)
Joseph G. Minias (JM 6530)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for 975 Opdyke LP, 1401 Troy Associates Limited Partnership,
1401 Troy Associates Limited Partnership c/o Etkin Equities Inc.,
1401 Troy Associates LP, Brighton Limited Partnership,
DPS Information Services Inc., DPS Information Services LLC,
Etkin Management Services Inc. and Etkin Real Properties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
DELPHI CORPORATION, *et al.*,                        : Case No. 05-44481 (RDD)
                                                     :
                            Debtors.                 : (Jointly Administered)
                                                     :
----------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as

counsel for 975 Opdyke LP, 1401 Troy Associates Limited Partnership, 1401 Troy

Associates Limited Partnership c/o Etkin Equities Inc., 1401 Troy Associates LP, Brighton

Limited Partnership, DPS Information Services Inc., DPS Information Services LLC, Etkin Management Services Inc. and Etkin Real Properties (the "<u>Troy Entities</u>"), all of whom are creditors and parties-in-interest in the above-captioned Chapter 11 bankruptcy cases, pursuant to the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") 2002, 9007 and 9019 and pursuant to sections 102(1) and 1109(b) of the Bankruptcy Code, and hereby request that the Troy Entities be added to the mailing list maintained by the Clerk of the Bankruptcy Court for these Chapter 11 cases and that all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following persons at the addresses, telephone numbers, facsimile numbers and email addresses indicated:

| | |
|---|---|
| Kenneth A. Nathan, Esq. | Kristopher M. Hansen, Esq. |
| Susanna C. Brennan, Esq. | Joseph G. Minias, Esq. |
| Nathan, Neuman & Nathan, P.C. | Stroock & Stroock & Lavan, LLP |
| 29100 Northwestern Highway, Suite 260 | 180 Maiden Lane |
| Southfield, Michigan 48034 | New York, New York 10038 |
| Telephone: (248) 351-0099 | Telephone: (212) 806-5400 |
| Facsimile: (248) 351-0487 | Facsimile: (212) 806-6006 |
| Email: knathan@nathanneuman.com | Email: khansen@stroock.com |
| Email: sbrennan@nathanneuman.com | Email: jminias@stroock.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002 but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document (including, without limitation, operating reports,

statements of affairs, schedules of assets and liabilities, disclosure statements and/or plans of reorganization) filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Troy Entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: November 23, 2005
New York, New York

    NATHAN, NEUMAN & NATHAN, P.C.
Kenneth A. Nathan (MI Bar No. P39142)
Susanna C. Brennan (MI Bar No. P67018)
29100 Northwestern Highway, Suite 260
Southfield, Michigan 48034
Telephone: (248) 351-0099
Facsimile: (248) 351-0487

-and-

STROOCK & STROOCK & LAVAN, LLP

/s/ Kristopher M. Hansen
Kristopher M. Hansen (KH 4679)
Joseph G. Minias (JM 6530)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for 975 Opdyke LP, 1401 Troy Associates Limited Partnership, 1401 Troy Associates Limited Partnership c/o Etkin Equities Inc., 1401 Troy Associates LP, Brighton Limited Partnership, DPS Information Services Inc., DPS Information Services LLC, Etkin Management Services Inc. and Etkin Real Properties*

4