**HEARING DATE: January 5, 2006 at 10:00 a.m.**
**RESPONSE DEADLINE: December 30, 2005 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Chapter 11 |
| ———————————————— | ) |

### NOTICE OF APPLICATION FOR ORDER PURSUANT TO SECTIONS 327, 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING RETENTION OF WARNER STEVENS, L.L.P., AS CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE** that on November 17, 2005, the duly-appointed Official

Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors")[1] filed the Application for Order Pursuant to sections 327,

328 and 1103 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requesting the Court to approve

its retention of Warner Stevens, L.L.P. ("Warner Stevens"), as conflicts counsel for the Committee

---

[1]     In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding) Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Dephi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL INC., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International, Ltd.

in connection with the above captioned chapter 11 cases (the "Chapter 11 Cases") effective as of November 10, 2005 (the "Application").

**PLEASE TAKE FURTHER NOTICE** that if no written objections to the Application are filed timely, served and received in accordance with the requirements set forth below, the Court may grant the relief requested in the Application in its entirety without the need for a hearing. If written objections are filed timely, served and received, a hearing to consider approval of the Application will be held at 10:00 a.m. Eastern Time on January 5, 2006, before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One Bowling Green, New York, New York, 10004-1408 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the Application must (a) be made in writing, (b) conform to the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York, (c) be filed with the Bankruptcy Court in accordance with General Order M-242, as amended, (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) served upon (i) the Debtors at Delphi Corporation, 5725 Delphi Drive, Troy, Michigan, 48098 (Attn: General Counsel), (ii) counsel to the Debtors, Skadden Arps Slate Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois, 60606 (Attn: John Wm. Butler, Jr.), (iii) conflicts counsel to the Debtors, Togut Segal & Segal LLP, One Penn Plaza, New York, New York, 10119 (Attn: Albert Togut), (iv) special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York, 10022 (Attn: Douglas P. Bartner), (v) counsel to the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York, 10017 (Attn: Marissa Wesley), (vi) counsel to the agent under the Debtors' proposed postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New

York, 10017 (Attn: Marlane Melican), (vii) proposed counsel to the Official Committee of

Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York, 10022

(Attn: Robert J. Rosenberg), (viii) the Office of the United States Trustee for the Southern District of

New York, 33 Whitehall Street, Suite 2100, New York, New York, 10044 (Attn: Deirdre A.

Martini), (ix) the indenture trustee for the Debtors' outstanding debt securities, J.P. Morgan Trust

Company, N.A., 611 Woodward Avenue, Detroit, Michigan, 48226 (Attn: Global Corporate Trustee

Services), and (x) upon proposed conflicts counsel to the Committee, Warner Stevens LLP, 301

Commerce Street, Suite 1700, Fort Worth, Texas, 76102 (Attn: Michael D. Warner), in each case so

as to be received no later than 4:00 p.m. Eastern Time on December 30, 2005 (the "Objection

Deadline")

     **PLEASE TAKE FURTHER NOTICE** that only those objections made in writing and

timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at

the Hearing, and that if no objections to the Application are timely filed and served in accordance

with the procedures set forth herein, the Bankruptcy Court may enter an order granting the

Application without further notice.

Dated: November 23, 2005

                                      PROPOSED CONFLICTS COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

                                       /s/ Michael D. Warner
                                       Michael D. Warner, Esq. (admitted pro hac vice)
                                       WARNER STEVENS, L.L.P.
                                       301 Commerce Street, Suite 1700
                                       Fort Worth, TX 76102
                                       Telephone:  817.810.5250
                                       Facsimile:  817.810.5255

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | ) | |

## APPLICATION FOR ORDER PURSUANT TO SECTIONS 327, 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING RETENTION OF WARNER STEVENS, L.L.P., AS CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### ("WARNER STEVENS RETENTION APPLICATION")

The duly-appointed Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] hereby applies for an order, pursuant to sections 327, 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing it to retain Warner Stevens, L.L.P. ("Warner Stevens"), as conflicts counsel for the Committee in connection with the above captioned chapter 11 cases (the "Chapter 11 Cases") effective as of November 10, 2005.  In support of this Application, the Committee relies on the Declaration of Michael D. Warner, sworn to on November 15, 2005 (the "Warner Declaration"),

---

[1]    In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding) Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Dephi Automotive Systems LLC,  Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL INC., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International, Ltd.

---

attached hereto as <u>Exhibit A</u>.  In further support of this Application, the Committee respectfully

represents as follows:

## Background

1.        On October 8, 2005 (the "Petition Date"), Delphi Corporation ("Dephi") and certain

of its subsidiaries and affiliates filed voluntary petitions for relief under chapter 11 of the

Bankruptcy Code.  The Debtors continue to operate their businesses and manage their property as

debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  On October 8,

2005, the Court entered an order substantively consolidating the Debtors into Dephi.

2.        On October 17, 2005, the United States Trustee for the Southern District of New

York, pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the

interests of all unsecured creditors in these Chapter 11 Cases.  The Committee is comprised of the

following members: Flextronics International Asia – Pacific, Ltd., Capital Research and

Management Company, Electronic Data Systems Corporation, General Electric Company, IUE-

CWA, Wilmington Trust Company as Indenture Trustee and Freescale Semiconductor, Inc.

3.        Thereafter, at a scheduled meeting of the Committee held on October 17, 2005, the

Committee retained Latham & Watkins LLP ("Latham") as its principal bankruptcy counsel.  In

addition to the retention of Latham, the Committee determined it would be necessary to employ

additional counsel to represent the Committee in matters which it may encounter that cannot be

appropriately handled by Latham due to potential conflict issues.  At a scheduled meeting of the

Committee held on November 10, 2005, the Committee moved to retain Warner Stevens as its

conflicts counsel. Accordingly, this Application is made by the Committee for an order, pursuant to

sections , 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the

Committee to retain Warner Stevens as its conflicts counsel, effective as of November 10, 2005.

**Jurisdiction and Venue**

4.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue of these proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**Relief Requested**

5.      This Application is made by the Committee for an order, pursuant to sections 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing it to retain and employ Warner Stevens as its conflicts counsel, effective as of November 10, 2005.

**Basis for Relief Requested - Qualification of Professional**

6.      The Committee has selected Warner Stevens to serve as its conflicts counsel to perform certain duties that are not appropriately handled by Latham because of potential conflicts of interest or that the Committee chooses Warner Stevens to handle.  In each case, Warner Stevens and Latham will work together to prevent unnecessary duplication of efforts.

7.      The Committee selected Warner Stevens primarily because Warner Stevens has extensive experience in the fields of bankruptcy and creditors' rights.  Warner Stevens' past unsecured creditors committee representations include In re Lucerne Products, Inc. (N.D. Ohio), In re Jayhawk Acceptance Corp. (N.D.Tex.), In re Hiuka Steel Co. (C.D.Cal.), In re Bayou Steel, Inc., et al. (N.D.Tex.), In re Tokheim Corporation (D.Del.), In re Georgetown Steel (D.S.C.), In re Orion Refining Corporation (D. Del.) and In re enivid, inc., et al. (D. Mass.).  Warner Stevens also represented a member of the Unsecured Creditors Committee in In re U.S. Airways (Two) (E.D. Va.) and the co-chair of the Unsecured Creditors Committee in In re Bethlehem Steel (S.D.N.Y.). Furthermore, Warner Stevens' practice, which also includes the areas of corporate and commercial law, litigation, and real estate, will permit it to fully represent the interests of the Committee in an

efficient and effective manner. As a result of this experience, the Committee is confident that the assignment of tasks will be maintained efficiently with a clear delegation of duties to prevent duplication of work. The Committee believes that the efficient coordination of efforts between Latham and Warner Stevens will add to the effective administration in these Chapter 11 Cases.

8.      Warner Stevens has appeared numerous times in bankruptcy cases pending in the Second Circuit.  Moreover, Jeff Resler, a partner of Warner Stevens, is admitted to practice in the State of New York.  The other professionals of Warner Stevens who will be working on this matter have filed separate requests for admission to the Court pro hac vice concurrently with this Application.

9.      In addition to the qualities described above, the Committee has selected Michael D. Warner and Warner Stevens as its conflicts counsel because they possess considerable experience in matters of this nature and are well-qualified to represent the Committee.  Mr. Warner has over 21 years of experience in the practice of bankruptcy law and creditors' rights.

## Services to be Rendered

10.     Warner Stevens is expected to render legal services in matters that may not be handled by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle.  Those matters will include any legal services that the Committee may consider desirable to discharge the Committee's responsibilities and further the interests of the Committee's constituents in these Chapter 11 Cases.  In addition, it is expected that Warner Stevens' services may include, without limitation, assisting, advising and representing the Committee with respect to certain matters of the following not handled by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle:

a.      The administration of these cases and the exercise of oversight with respect to the Debtors' affairs including all issues arising from the Debtors, the Committee or these Chapter 11 Cases;

b.      The preparation on behalf of the Committee of necessary applications, motions, memoranda, orders, reports and other legal papers;

c.      Appearances in Court and at statutory meetings of creditors to represent the interests of the Committee;

d.      The negotiation, formulation, drafting and confirmation of a plan or plans of reorganization and matters related thereto;

e.      Such investigation, if any, as the Committee may desire concerning, among other things, the assets, liabilities, financial condition and operating issues concerning the Debtors that may be relevant to these Chapter 11 Cases;

f.      Such communication with the Committee's constituents and others as the Committee may consider desirable in furtherance of its responsibilities; and

g.      The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

As detailed above, Latham and Warner Stevens have informed the Committee that they will coordinate their respective tasks to avoid duplication of effort between the firms.

## **Professional Compensation**

11.     Warner Stevens has indicated its willingness to serve as conflicts counsel to the Committee and to receive compensation and reimbursement in accordance with its standard billing practices for services rendered and expenses incurred on behalf of the Committee, in accordance with the provisions of sections 328, 330 and 331 of the Bankruptcy Code or as otherwise ordered by the Court.  Warner Stevens' billing practices and rates are summarized below and are consistent with those generally governing Warner Stevens' representation of its other clients.

12.     The principal attorneys expected to represent the Committee in this matter and their current hourly rates are: Michael D. Warner, Esq. ($475 per hour), Jeffrey A. Resler, Esq. ($475 per hour), and Emily S. Chou, Esq. ($300 per hour).  In addition, other attorneys and para-professionals

may, from time to time, provide services to the Committee in connection with these Chapter 11

Cases.  The range of Warner Stevens' hourly rates for its attorneys and paralegals is as follows:

| | |
|---|---|
| Partners | $475 - $485 |
| Associates | $225 - $400 |
| Paralegals | $125 - $160 |

Warner Stevens' hourly billing rates are subject to periodic adjustments to reflect economic and

other conditions.  Such changes will be noticed.

13.    Warner Stevens' hourly billing rates for professionals are not intended to cover out of

pocket expenses that are typically billed separately.  Accordingly, Warner Stevens regularly charges

its clients for the expenses and disbursements incurred in connection with the client's case,

including, *inter alia*, package delivery / courier charges, court fees, transcript costs, travel expenses

and computer-aided research, all without mark-up.  Warner Stevens does not, however, charge

clients for telecommunications, photocopying and postage, a significant cost savings to the Debtors

and their creditors. Warner Stevens also will not charge the Committee for travel time, unless its

professionals are performing billable services for the Committee during said travel.  With regard to

all expenses for which reimbursement will be sought, Warner Stevens will comply with all rules and

orders applicable to the Chapter 11 Cases.

## Disinterestedness of Professionals

14.    The Committee believes that Warner Stevens does not hold or represent an interest

that is adverse to the Committee and the Debtors' estate and does not hold or represent any interest

adverse to and has no connection with the Committee, Debtors herein, their creditors or any party-in-

interest herein in the matters upon which Warner Stevens is to be retained, except as set forth in the

Warner Declaration. Therefore, to the best of the Committee's knowledge, Warner Stevens is a

"disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

15.    Based upon all of the foregoing, the Committee believes that the employment of Warner Stevens as conflicts counsel to the Committee is appropriate and in the best interest of the Committee.

### No Prior Request

16.    No prior request for the relief sought herein has been made to this or any other Court.

### Waiver of Memorandum of Law

17.    This Application does not raise any novel issues of law and is otherwise supported by citations to authorities. Accordingly, the Committee respectfully requests that the Court waive the requirement contained in Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that a separate memorandum of law be submitted.

### Notice

18.    Notice of this Application has been provided in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management and Administrative Procedure, and (iii) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) entered by this Court on October 14, 2005 [Docket No. 245]. Because of the nature of the relief requested, the Committee submits that such notice is sufficient and that no further notice of the relief requested in the Application need be given to any party.

WHEREFORE, the Committee respectfully requests that the Court enter an order authorizing (i) the Committee's retention of Warner Stevens as its conflicts counsel effective as of November 10, 2005, (ii) the payment and reimbursement of Warner Stevens' fees and disbursements, subject to interim and final allowance thereof in accordance with sections 330 and 331 of the Bankruptcy Code

or as otherwise ordered by the Court, and (iii) granting such other and further relief as may be just

and proper.

Dated: November 23, 2005

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
DELPHI CORPORATION, et al.

By: /s/ Terry Zale
Terry Zale – Flextronics International Asia-
Pacific, Ltd. in his capacity as Co-Chair of the
Official Committee of Unsecured Creditors

-and-

By: /s/ David Daigle
David Daigle – Capital Research and Management
Company in his capacity as Co-Chair of the
Official Committee of Unsecured Creditors

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| ———————————————————— | ) | |

### DECLARATION OF MICHAEL D. WARNER IN SUPPORT OF APPLICATION FOR ORDER APPROVING RETENTION OF WARNER STEVENS, L.L.P. AS CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, MICHAEL D. WARNER, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am an attorney at law admitted to practice in the State of Texas, the State of California, and before the United States District Court for the Northern, Eastern and Western Districts of Texas, the Northern, Eastern, Southern and Central Districts of California, the United States Court of Appeals for the 5th and 9th Circuits, and the Supreme Court of the United States. I am a partner of the law firm of Warner Stevens, L.L.P. ("Warner Stevens"), which is located at 301 Commerce Street, Suite 1700, Fort Worth, Texas, 76102. I make this declaration (the "Declaration") in support of the application dated November 15, 2005 (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases (the "Chapter 11

Cases") of the above-captioned debtors and debtors in possession (collectively the "Debtors")[1]

seeking an order authorizing the retention of Warner Stevens as conflicts counsel to the Committee

in compliance with sections 327, 328 and 1103 of title 11 of the United States Code (the

"Bankruptcy Code") and to provide the disclosure required under Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").  Unless otherwise stated in this Declaration, I have

personal knowledge of the facts hereinafter set forth.  To the extent that any information disclosed

herein requires subsequent amendment or modification upon Warner Stevens' completion of further

analysis or as additional information becomes available to it, one or more supplemental declarations

will be submitted to the Court reflecting the same.

## Qualification of Professionals

2.      The Committee has selected Warner Stevens to serve as its conflicts counsel to

perform certain duties that are not appropriately handled by Latham because of potential conflicts of

interest or that the Committee chooses Warner Stevens to handle.  In each case, Warner Stevens and

Latham will work together to prevent unnecessary duplication of efforts.

3.      The Committee selected Warner Stevens primarily because Warner Stevens has

extensive experience in the fields of bankruptcy and creditors' rights.  Warner Stevens' past

unsecured creditors committee representations include In re Lucerne Products, Inc. (N.D. Ohio), In

re Jayhawk Acceptance Corp. (N.D.Tex.), In re Hiuka Steel Co. (C.D.Cal.), In re Bayou Steel, Inc.,

---

[1]        In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems
(Holding) Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Dephi Automotive Systems LLC,  Delphi
Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems
Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems
Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi
International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi
Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical
Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc.,
DREAL INC., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty
Electronics, Inc., and Specialty Electronics International, Ltd.

---

**DECLARATION OF MICHAEL D. WARNER IN SUPPORT OF APPLICATION
FOR ORDER APPROVING RETENTION OF WARNER STEVENS, L.L.P.**          **Page 2 of 9**

et al. (N.D.Tex.), In re Tokheim Corporation (D.Del.), In re Georgetown Steel (D.S.C.), In re Orion

Refining Corporation (D. Del.) and In re enivid, inc., et al. (D. Mass). Warner Stevens also

represented a member of the Unsecured Creditors Committee in In re U.S. Airways (Two) (E.D.

Va.) and the co-chair of the Unsecured Creditors Committee in In re Bethlehem Steel (S.D.N.Y.).

Furthermore, Warner Stevens' practice, which also includes the areas of corporate and commercial

law, litigation, and real estate, will permit it to fully represent the interests of the Committee in an

efficient and effective manner.

4.      Warner Stevens has appeared numerous times in bankruptcy cases pending in the

Second Circuit. Moreover, Jeff Resler, a partner of Warner Stevens, is admitted to practice in the

State of New York. The other professionals of Warner Stevens who will be working on this matter

have filed separate requests for admission to the Court pro hac vice concurrently with this

Application.

5.      In addition to the qualities described above, the Committee has selected me and

Warner Stevens as its conflicts counsel because we possess considerable experience in matters of

this nature and are well-qualified to represent the Committee. I personally have over 21 years of

experience in the practice of bankruptcy law and creditors' rights.

## Services to be Rendered

6.      Warner Stevens is expected to render legal services in matters that may not be handled

by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle. Those

matters will include any legal services that the Committee may consider desirable to discharge the

Committee's responsibilities and further the interests of the Committee's constituents in these

Chapter 11 Cases. In addition, it is expected that Warner Stevens' services may include, without

limitation, assisting, advising and representing the Committee with respect to certain matters of the

---

following not handled by Latham due to conflicts of interest or as the Committee chooses Warner

Stevens to handle:

a.  The administration of these cases and the exercise of oversight with respect to the Debtors' affairs including all issues arising from the Debtors, the Committee or these Chapter 11 Cases;

b.  The preparation on behalf of the Committee of necessary applications, motions, memoranda, orders, reports and other legal papers;

c.  Appearances in Court and at statutory meetings of creditors to represent the interests of the Committee;

d.  The negotiation, formulation, drafting and confirmation of a plan or plans of reorganization and matters related thereto;

e.  Such investigation, if any, as the Committee may desire concerning, among other things, the assets, liabilities, financial condition and operating issues concerning the Debtors that may be relevant to these Chapter 11 Cases;

f.  Such communication with the Committee's constituents and others as the Committee may consider desirable in furtherance of its responsibilities; and

g.  The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

As detailed above, Latham and Warner Stevens have informed the Committee that they will

coordinate their respective tasks to avoid duplication of effort between the firms.

### Professional Compensation

7.     Warner Stevens has indicated its willingness to serve as conflicts counsel to the

Committee and to receive compensation and reimbursement in accordance with its standard billing

practices for services rendered and expenses incurred on behalf of the Committee, in accordance

with the provisions of sections 328, 330 and 331 of the Bankruptcy Code or as otherwise ordered by

the Court.  Warner Stevens' billing practices and rates are summarized below and are consistent with

those generally governing Warner Stevens' representation of its other clients.

8.     The principal attorneys expected to represent the Committee in this matter and their current hourly rates are: Michael D. Warner, Esq. ($475 per hour), Jeffrey A. Resler, Esq. ($475 per hour), and Emily S. Chou, Esq. ($300 per hour).  In addition, other attorneys and para-professionals may, from time to time, provide services to the Committee in connection with these Chapter 11 Cases.  The range of Warner Stevens' hourly rates for its attorneys and paralegals is as follows:

| | |
|---|---|
| Partners | $475 - $485 |
| Associates | $225 - $400 |
| Paralegals | $125 - $160 |

Warner Stevens' hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  Such changes will be noticed.

9.     Warner Stevens' hourly billing rates for professionals are not intended to cover out of pocket expenses that are typically billed separately.  Accordingly, Warner Stevens regularly charges its clients for the expenses and disbursements incurred in connection with the client's case, including, *inter alia*, package delivery / courier charges, court fees, transcript costs, travel expenses and computer-aided research, all without mark-up.  Warner Stevens does not, however, charge clients for telecommunications, photocopying and postage, a significant cost savings to the Debtors and their creditors. Warner Stevens also will not charge the Committee for travel time, unless its professionals are performing billable services for the Committee during said travel.  With regard to all expenses for which reimbursement will be sought, Warner Stevens will comply with all rules and orders applicable to the Chapter 11 Cases.

## **Disinterestedness of Professionals**

10.     Although section 1103 of the Bankruptcy Code does not require professionals employed by the Committee to meet the "disinterested person" standard set forth in section 101(4) of the Bankruptcy Code, Warner Stevens has nonetheless, in connection with this proposed retention

and for the purpose of confirming that Warner Stevens has no conflicts, reviewed the names of the

Debtors, their fifty (50) largest unsecured creditors, their pre and post-petition lenders and other

significant parties and compared the information to Warner Stevens' conflict check database to

determine whether Warner Stevens has connections to such parties and if so, whether such

connections relate in any way to the proposed representation of the Committee in the Chapter 11

Cases.  The list of such parties was also circulated to all Warner Stevens' attorneys and management

team to determine whether any attorney has any relationship with any such party.  Based on this

review process, it appears that Warner Stevens does not hold or represent an interest that is adverse

to the Committee and the Debtors' estate and does not hold or represent any interest adverse to and

has no connection with the Committee, Debtors herein, their creditors or any party-in-interest herein

in the matters upon which Warner Stevens is to be retained, except as set forth below and in the

Warner Declaration. Therefore, to the best of the Committee's knowledge, Warner Stevens is a

"disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

    11.    As noted above, Warner Stevens represents many committees in other unrelated

bankruptcy cases, the members of which (or creditors of those cases) may be creditors or interested

parties in these Chapter 11 Cases. Warner Stevens, however, will not represent any members of

those committees collectively or individually against the Debtors.  In addition, Warner Stevens may

represent (or may have represented in the past) debtors, committees or trustees in adversary

proceedings brought against creditors and interested parties of the Debtors in other unrelated cases.

    12.    In addition, as disclosed in the Warner Declaration, Warner Stevens has represented

Electronic Data Systems Corporation ("EDS") over the past four (4) years, strictly with respect to

bankruptcy matters.  From the Petition Date of these Chapter 11 Cases, Warner Stevens served as

co-counsel for EDS along with Kramer Levin Naftalis & Frankel LLP ("Kramer Levin").  In

conjunction with their representation of EDS, Warner Stevens and Kramer Levin assisted EDS in

first day matters, its membership on the Committee and in reclamation matters.  As of October 25,

2005, however, Warner Stevens is no longer representing or advising EDS in these Chapter 11

Cases, and Kramer Levin has independently represented EDS' interests from said point forward.

Moreover, while representing the Committee, Warner Stevens will not represent EDS in matters in

connection with General Motors Corporation.

      13.    Warner Stevens continues to represent EDS in bankruptcy matters wholly unrelated

to these Chapter 11 Cases. Warner Stevens does not believe that the unrelated representation of EDS

presents a conflict of interest.  Moreover, Warner Stevens' representation of EDS has been fully

disclosed to both EDS and the Committee.

      14.    In connection with this proposed retention and for the purpose of confirming that

Warner Stevens has no conflicts, Warner Stevens' managing partner and accounting department also

reviewed and submitted into its conflicts database, the names set forth in the schedule attached

hereto as Exhibit A-1 as provided to Warner Stevens by Latham. Exhibit A-1 sets forth certain

categories of parties in interest falling within certain materiality thresholds described in Exhibit A-1.

 Based upon its review of the attached Exhibit A-1, Warner Stevens has no connection to the parties

listed thereon except as follows (or with respect to EDS as also set forth above). Warner Stevens

does not believe that the unrelated representation of the parties noted below presents a conflict of

interest.

      a.    On the attached Exhibit A-1, "Towers Perrin" is listed as one of the

"Counterparties to Major Contracts (over $100,000)," and "Collins and Aikman" is listed as

a "Major Customer" and one of the "Parties to Litigation and Their Counsel (for claims of at

least $500,000)."  Warner Stevens currently represents ExcellerateHRO, a joint venture

between EDS and "Towers Perrin" that performs administrative services related to pension and defined benefit plans, in the bankruptcies of Collins & Aikman Corporation, et al. (E.D. Mich.), EaglePicher Holdings, Inc. (S.D. Ohio), et al. and U.S. Airways (Two) (E.D. Va.). Warner Stevens' representation of ExcellerateHRO relates to its enforcement of claims and executory contract issues.  Warner Stevens only represents ExcellerateHRO and not Towers Perrin, who has its own independent counsel.

b.        On the attached Exhibit A-1, "Federal-Mogul Corporation D.I.P." is listed as a "Major Customer," and "Federal Mogul Corp" as a "Major Supplier."  Warner Stevens represents EDS and A.T. Kearney (a wholly owned subsidiary of EDS) in the bankruptcy of Federal-Mogul Global, Inc., et al. (D. Del.). Warner Stevens' representations of EDS and A.T. Kearney in the Federal-Mogul bankruptcy case are limited to negotiations of post-petition contracts.

c.        On the attached Exhibit A-1, "Entergy (MS Power & Light) USA" is listed as one of the "Counterparties to Major Contracts (over $100,000)."  Warner Stevens currently represents Entergy Corporation ("Entergy"), a utility service provider, in several unrelated bankruptcy cases. Warner Stevens' representation of Entergy relates to obtaining utility deposits, enforcement of claims, and the defense of preference actions brought under Section 547 of the Bankruptcy Code.  Warner Stevens does not represent Entergy (or "Entergy (MS Power & Light) USA") in these Chapter 11 Cases.

d.        On the attached Exhibit A-1, "Safety Kleen Oil Services USA" is listed as listed as one of the "Counterparties to Major Contracts (over $100,000)."  Warner Stevens has previously represented Safety Kleen Corporation ("Safety Kleen"), an industrial clean-up provider, in several unrelated bankruptcy cases.  Warner Stevens' representation of Safety

Clean was limited to the defense of preference actions brought under Section 547 of the Bankruptcy Code. Warner Stevens does not currently represent Safety Kleen in any open matters, and does not represent Safety Kleen (or "Safety Kleen Oil Services USA") in these Chapter 11 Cases.

   e.  On the attached <u>Exhibit A-1</u>, "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC" are listed as one of the "Lenders (including current and former agents under credit facilities and their counsel and financial advisors)." Warner Stevens periodically provides general bankruptcy legal advice to Satellite Asset Management, Inc. ("Satellite"), who manages several funds, including (we presume) "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC;"  Warner Stevens has not represented "Satellite Senior Income Fund II" and/or "Satellite Senior Income Fund, LLC" individually. Warner Stevens does not represent Satellite (or "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC") in these Chapter 11 Cases.

  15.  In conclusion, insofar as I have been able to ascertain and subject to the disclosures herein contained, neither Warner Stevens, nor any member or associate thereof, represents any interest adverse to the Debtors herein, or their estates, in the matters upon which Warner Stevens is to be engaged.  Accordingly, I believe Warner Stevens is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.


Dated:  November 23, 2005



        /s/ Michael D. Warner
        MICHAEL D. WARNER

# Exhibit A-1

## Debtor Entities

ASEC Manufacturing General Partnership

ASEC Sales General Partnership

Aspire, Inc.

Delco Electronics Overseas Corporation

Delphi Automotive Systems (Holding), Inc.

Delphi Automotive Systems Global (Holding), Inc.

Delphi Automotive Systems Human Resources LLC

Delphi Automotive Systems International, Inc.

Delphi Automotive Systems Korea, Inc.

Delphi Automotive Systems LLC

Delphi Automotive Systems Overseas Corporation

Delphi Automotive Systems Risk Management Corp.

Delphi Automotive Systems Services LLC

Delphi Automotive Systems Tennessee, Inc.

Delphi Automotive Systems Thailand, Inc.

Delphi China LLC

Delphi Connection Systems

Delphi Corporation

Delphi Diesel Systems Corp.

Delphi Electronics (Holding) LLC

Delphi Foreign Sales Corporation

Delphi Furukawa Wiring Systems LLC

Delphi Integrated Service Solutions, Inc.

Delphi International Holdings Corp.

Delphi International Services, Inc.

Delphi LLC

Delphi Mechatronic Systems, Inc.

Delphi Medical Systems Colorado Corporation

Delphi Medical Systems Corporation

Delphi Medical Systems Texas Corporation

Delphi NY Holding Corporation

Delphi Receivables LLC

Delphi Services Holding Corporation

Delphi Technologies, Inc.

DREAL, Inc.

Environmental Catalysts, LLC

Exhaust Systems Corporation

MobileAria, Inc.

Packard Hughes Interconnect Company

Specialty Electronics International Ltd.

Specialty Electronics, Inc.

## Affiliates and Non-Debtor Subsidiaries -Domestic Entities

AMBRAKE Corporation

Ambrake GP, Inc.

Ambrake Manufacturing, Ltd.

ASEC Manufacturing General Partnership

ASEC Sales General Partnership

Aspire, Inc.

CEI Co., Ltd.

Delco Electronics LLC

Delco Electronics Overseas Corporation

Delphi Automotive Systems (Holding), Inc.

Delphi Automotive Systems- Ashimori LLC

Delphi Automotive Systems Global (Holding), Inc.

Delphi Automotive Systems Human Resources LLC

Delphi Automotive Systems International, Inc.

Delphi Automotive Systems Korea, Inc.

Delphi Automotive Systems LLC

Delphi Automotive Systems Overseas Corporation

Delphi Automotive Systems Risk Management Corp.

Delphi Automotive Systems Services LLC

Delphi Automotive Systems Tennessee, Inc.

Delphi Automotive Systems Thailand, Inc.

Delphi China LLC

Delphi Connection Systems

Delphi Corporation

Delphi Diesel Systems Corp.

Delphi Electronics (Holding) LLC

Delphi Foreign Sales Corporation

Delphi Foundation, Inc.

Delphi Furukawa Wiring Systems LLC

Delphi Integrated Service Solutions, Inc.

Delphi International Holdings Corp.

Delphi International Services, Inc.

Delphi Liquidation Holding Company

Delphi LLC

Delphi Mechatronic Systems, Inc.

Delphi Medical Systems Colorado Corporation

Delphi Medical Systems Corporation

Delphi Medical Systems Texas Corporation

Delphi NY Holding Corporation

Delphi Receivables LLC

Delphi Services Holding Corporation

Delphi Technologies, Inc.

Delphi Trust I

| | |
|---|---|
| Delphi Trust II | HE Microwave LLC |
| Delphi Trust III | InPlay Technologies, Inc. |
| Delphi Trust IV | MobileAria, Inc. |
| DREAL, Inc. | Packard Hughes Interconnect Company |
| EnerDel, Inc. | PBR Knoxville L.L.C. |
| Environmental Catalysts, LLC | Specialty Electronics International Ltd. |
| Exhaust Systems Corporation | Specialty Electronics, Inc. |

## Affiliates and Non-Debtor Subsidiaries -Foreign Subsidiaries

| | |
|---|---|
| Alambrados y Circuitos Eléctricos, S.A. de C.V. | Delphi Automotive Systems do Brasil Ltda. |
| Arcomex S.A. de C.V. | Delphi Automotive Systems Espana S.L. |
| Arneses Eléctricos Automotrices, S.A. de C.V. | Delphi Automotive Systems Holding GmbH |
| AS Catalizadores Ambientales S.A. de C.V. | Delphi Automotive Systems Huit SAS |
| ASEC Manufacturing (Thailand) Ltd. | Delphi Automotive Systems Japan, Ltd. |
| ASEC Private Limited | Delphi Automotive Systems Limited Sirketi |
| Ashimori Industry Co., Ltd. | Delphi Automotive Systems Luxembourg S.A. |
| Autoensambles y Logistica, S.A. de C.V. | Delphi Automotive Systems Maroc |
| Beijing Delphi Technology Development Company, Ltd. | Delphi Automotive Systems Neuf SAS |
| Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. | Delphi Automotive Systems Philippines, Inc. |
| BGMD Servicos Automotivos Ltda. | Delphi Automotive Systems Private Ltd. |
| BlueStar Battery Systems International Corp. | Delphi Automotive Systems Singapore Investments Pte Ltd. |
| Bujias Mexicanas, S.A. de C.V. | Delphi Automotive Systems Singapore Pte Ltd. |
| Cablena, S.L. | Delphi Automotive Systems Sweden AB |
| Calsonic Harrison Co., Ltd. | Delphi Automotive Systems UK Limited |
| Centro Técnico Herramental, S.A. de C.V. | Delphi Automotive Systems Vienna GmbH |
| Closed Joint Stock Company PES/SCC | Delphi Automotive Systems, S.A. de C.V. |
| Condura, S. de R.L. | Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. |
| Controladora Chihuahuense, S. de R.L. de C.V. | Delphi Belgium N.V. |
| Controladora de Alambrados y Circuitos, S. de R.L. de C.V. | Delphi Cableados, S.A. de C.V. |
| Controladora de Rio Bravo, S. de R.L. de C.V. | Delphi Calsonic Compressors, S.A.S. |
| Controladora Vesfron, S. de R.L. de C.V. | Delphi Canada Inc. |
| Cordaflex Espana, S.A. | Delphi Catalyst South Africa (Proprietary) Limited |
| Cordaflex, S.A. de C.V. | Delphi Connection Systems – Tijuana, S.A. de C.V. |
| Daehan Electronics Yantai Co., Ltd. | Delphi Controladora, S.A. de C.V. |
| Daesung Electric Co., Ltd. | Delphi Czech Republic, k.s. |
| Daewoo Motor Co., Ltd. | Delphi Daesung Wuxi Electronics Co., Ltd. |
| Del Tech Co., Ltd. | Delphi de Mexico, S.A. de C.V. |
| Delphi (China) Technical Centre Co. Ltd. | Delphi Delco Electronic Systems Suzhou Co., Ltd. |
| Delphi Administración, S.A. de C.V. | Delphi Delco Electronics de Mexico, S.A. de C.V. |
| Delphi Alambrados Automotrices, S.A. de C.V. | Delphi Delco Electronics Europe GmbH |
| Delphi Automotive Systems – Portugal S.A. | Delphi Deutschland GmbH |
| Delphi Automotive Systems (China) Holding Company Limited | Delphi Deutschland Technologies GmbH |
| Delphi Automotive Systems (Netherlands) B.V. | Delphi Diesel Body Systems Mexico, S.A. de C.V. |
| Delphi Automotive Systems (Thailand) Ltd. | Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. |
| Delphi Automotive Systems Australia Ltd. | Delphi Diesel Systems do Brasil Ltda. |
| Delphi Automotive Systems Cinq SAS | Delphi Diesel Systems France SAS |
| Delphi Automotive Systems Deutschland | Delphi Diesel Systems Korea Ltd. |
| | Delphi Diesel Systems Limited |

Delphi Diesel Systems Pakistan (Private) Limited

Delphi Diesel Systems Pension Trustees Limited

Delphi Diesel Systems S.L.

Delphi Diesel Systems Service Mexico, S.A. de C.V.

Delphi Diesel Systems, S.A. de C.V.

Delphi Electronic Suzhou Co. Ltd.

Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.

Delphi Foreign Sales Corporation

Delphi France Holding SAS

Delphi France SAS

Delphi Harrison Calsonic, S.A.

Delphi Holding GmbH

Delphi Holding Hungary Asset Management Limited Liability Company

Delphi Holdings Luxembourg S.ar.l.

Delphi Insurance Limited

Delphi Interior Systems de Mexico, S.A. de C.V.

Delphi International Holdings Corporation Luxembourg S.C.S.

Delphi Italia Automotive Systems S.r.l.

Delphi Korea Corporation

Delphi Lockheed Automotive Limited

Delphi Lockheed Automotive Pension Trustees Limited

Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket

Delphi Packard Austria GmbH & Co. KG

Delphi Packard Electric (Malaysia) Sdn. Bhd.

Delphi Packard Electric Ceska Republika, S.R.O.

Delphi Packard Electric Sielin Argentina S.A.

Delphi Packard Electric Systems Company Ltd.

Delphi Packard España, SLU

Delphi Packard Hungary Kft

Delphi Packard Romania SRL

Delphi Poland S.A.

Delphi Polska Automotive Systems Sp z.o.o.

Delphi Saginaw Lingyun Drive Shaft Co., Ltd.

Delphi Saginaw Steering Systems UK Limited

Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.

Delphi Sistemas de Energia, S.A. de C.V.

Delphi Slovensko s.r.o.

Delphi Tychy Sp. z.o.o.

Delphi-Calsonic Hungary Manufacturing Limited Liability Company

Delphi-TVS Diesel Systems Ltd.

DEOC Pension Trustees Limited

Diavia Aire, S.A.

Electrotecnica Famar S.A.C.I.I.E.

Famar do Brasil Comercio e Representacao Ltda.

Famar Fueguina, S.A.

FUBA Automotive GmbH & Co. KG

Gabriel de Mexico, S.A. de C.V.

Grundig Car InterMedia System GmbH

Grundig Sistemas de Electronica, Lda., Portugal

Holdcar S.A.

Inmobiliaria Marlis, S.A.

Inmuebles Wagon, S.A.

Interessengemeinschaft fur Rundfunkschutzrechte GmbH

Interessengemeinschaft fur Rundfunkschutzrechte GMBH Schutzrechtsverwertung & Co. KG

Katcon, S.A. de C.V.

KDAC (Thailand) Company Limited

KDS Company, Ltd.

Korea Delphi Automotive Systems Corporation

Korea Technology Bank Network

Mecel AB

Noteco Comércio e Participacoes Ltda.

NSK Ltd.

On Se Telecom Co., Ltd.

P.T. Delphi Automotive Systems Indonesia

Packard Korea Incorporated

Productos Delco de Chihuahua, S.A. de C.V.

Promotora de Partes Electricas Automotrices S.A. de C.V.

PROSTEP AG

Proveedora de Electricidad de Occidente, S.A. de C.V.

Qingdao Daesung Electronic

Rio Bravo Eléctricos, S.A. de C.V.

Shanghai Delco Electronics & Instrumentation Co., Ltd.

Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd.

Shanghai Delphi Emission Control Systems Company, Ltd.

Shanghai-Delphi Automotive Door Systems Co., Ltd.

Shengyang Huali Automotive Air-conditioning Co. Ltd.

Sistemas Eléctricos y Conmutadores, S.A. de C.V.

Specialty Electronics (Singapore) Pte Ltd.

Specialty Electronics International Ltd.

TECCOM GmbH

TecDoc Information System GmbH

Termoelectrica del Golfo, S. de R.L. de C.V.

Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH

Verwaltungs GmbH

Wuhan Shenlong Automotive Air-conditioning Co. Ltd.

Yeon Kyung Electronics Co., Ltd.

## Members of Official Committee of Unsecured Creditors

| | |
|---|---|
| Capital Research and Management Company | General Electric Company |
| Electronic Data Systems Corp | IUE-CWA |
| Flextronics International Asia-Pacific, Ltd | Wilmington Trust Company, as Indenture Trustee |
| Freescale Semiconductor, Inc. | |

## Professionals retained by Official Committee of Unsecured Creditors

| | |
|---|---|
| Jefferies & Company, Inc | Mesirow Financial Consulting |
| Latham & Watkins LLP | |

## Counsel to individual members of Official Committee of Unsecured Creditors

| | |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Meyer, Suozzi, English & Klein, PC |
| Kennedy, Jennik & Murray, PC | Phillips Nizer LLP |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Warner Stevens LLP |
| Kramer Levin Naftalis & Frankel LLP | |
| Lewis and Roca LLP | |

## Indenture Trustees

| | |
|---|---|
| Bank One Trust Company | JP Morgan |
| Bank One Trust Company N.A. | JP Morgan Chase |
| First National Bank of Chicago | Wilmington Trust Company, as Indenture Trustee |
| J.P. Morgan Trust Company, N.A. | |

## All Lenders (including current and former agents under credit facilities and their counsel and financial advisors):

| | |
|---|---|
| Addison CDO, Limited | Citibank |
| AMMC CLO III, Limited | JP Morgan Chase |
| AMMC CLO IV, Limited | Simpson Thacher & Bartlett LLP |
| Banca Bilbao Vizcaya Argentaria, S.A | A3 Funding LP |
| Celerity CLO Ltd | Ableco Finance LLC |
| Delaware Corp Bond Fund | ACA CLO 2005-1, Ltd. |
| Delaware Delchester Fund | Access Institutional Loam Fund |
| Grand Central Asset Trust | ADAR Investment Fund Ltd |
| Grand Central Asset Trust, Single | AG Alpha Credit Master, Ltd. |
| Lightspeed CLO | Ahab Partners, L.P. |
| Lispenard Street Credit (Master) | Airlie Opportunity Master Fund, Ltd |
| Marathon Special Opportunity | Amaranth Partners LLC – Trading |
| Mizuho Corporate Bank Ltd. | American Express Certificate Company |
| Putnam Variable Trust High Yield Fund | AMMC CLO III, Limited |
| SEI Institutional Managed TST | AMMC CLO IV, Limited |
| Special Situations Investing Group | Apollo Distressed Investment Fund |
| Velocity CLO, Ltd. | Apollo Distressed Investment Offshore |
| Western Asset Floating Rate | Appaloosa Invest Ltd. Partnership I |
| Whitney Private Debt Fund LP | Archimedes Funding IV, Ltd. |

ARX Global High Yield Securities

Aslan Capital Master Fund, LP

Atlas Capital Funding, Ltd.

Atrium IV

Aurum CLO 2002-1 Ltd.

Avenue CLO Fund, Ltd.

Avenue CLO II, Ltd.

Avery Point CLO, Ltd.

Balboa CDO I, Limited

Bank of America, N.A.

BDC Finance LLC

Bear Stearns Investment Products, I

Black Diamond Offshore Limited

Blue Square Funding Ltd. Series 3

Boldwater CBNA Loan Funding LLC

Boldwater Credit Opportunities

Boston Harbor CLO 2004-1, Ltd

Boston Income Portfolio

Brencourt Distress Securities

Brookville Capital Master Fund, L.P.

Bryn Mawr CLO, Ltd.

Callidus Debt Partners CDO Fund I

Candlewood Capital Partners LLC

Canpartners Investments IV LLC

Canyon Capital CDO 2002-1 Ltd.

Canyon Capital CLO 2004-1 Ltd.

Cargill Financial Services Intl. Inc

Castle Garden Funding

Castle Hill III CLO, Limited

Castle Hill II-Ingots, Ltd.

Castle Hill I-Ingots, Ltd.

CDL Loan Funding LLC

Cedarview Opportunities Master Fund

Celerity CLO Ltd fka Lightspeed CLO

Centurion CDO 8, Limited

Centurion CDO 9, Limited

Centurion CDO II, Ltd.

Centurion CDO VI LTD

Centurion CDO VII Limited

Chatham Light II CLO, Limited

Citadel Hill 2000 Ltd.

Citibank N.A.

Citicorp USA Inc.

Citigroup Financial Products Inc.

Colonial Funding LLC

Credit Suisse Asset Managemnt

Credit Suisse, New York & Cayman

CSAM Funding IV

C-Squared CDO Ltd.

Cumberland II CLO Ltd

Cypresstree Claif Funding LLC

D.K. Acquisition Partners, L.P.

Debt Strategies Fund, Inc.

Delaware Corp Bond Fund, a Series

Delaware Delchester fund, a series

Desjardins Financial Security Life

Deutsche Bank AG

Deutsche Bank AG

Diversified Income Strategies

Diversified Investors High Yield

Double Black Diamond offshore LDC

Dryden III-Leveraged Loan CDO 2002

Dryden IV Leveraged Loan CDO 2003

Dryden Leveraged Loan CDO 2002-II

Dryden VIII - Leveraged Loan CDO

Duane Street CLO 1, Ltd.

Duma Master Fund LP

Dunes Funding LLC

ELF Funding Trust I

Employers Insurance Of Wausau

Empyrean Investments, LLC

Endurance CLO 1 Ltd.

Event Partners Debt Acquisition, LLC

Excess Book

Feingold O'Keeffe Credit Fund CBNA

First Trust Highland Capital

Flagship CLO 2001-1

Flagship CLO II

Flagship CLO III

Flagship CLO IV

Forest Creek CLO, Ltd.

Fortis Bank SA NV Cayman Island

Fortress Credit Funding I LP

Fortress Credit Funding II LP

Galaxy CLO 2003-1, Ltd.

Galaxy III CLO, Ltd.

Galaxy IV CLO, Ltd.

Galaxy V CLO, Ltd.

General Electric Capital Corporation

Gleneagles CLO Ltd.

Global Enhanced Loan Fund S.A.

Global StocksPLUS Income Fund

Goldman Sachs Credit Partners L.P.

Gracie Capital L.P.

Grand Central Asset Trust, Gaia

Grand Central Asset Trust, SIL

Grand Central Asset Trust, Single

Greywolf Loan Participation LLC

Guggenheim Portfolio Company XII

Gulf Stream - Compass CLO 2005-1

Gulf Stream Compass CLO 2002-1

Gulf Stream-Compass CLO 2004-1, Ltd

Hammerman Capital Master Fund LP

Hammerman Counterpoint Master Fund

Harbour Town Funding LLC

HBK Master Fund L.P.

High Income Portfolio

Highland Floating Rate Advantage

Highland Floating Rate LLC

Highland Offshore Partners, L.P.

Horizon Income Fund, LLC

IDS Life Insurance Company

ING Capital LLC

ING Investment Management CLO I

ING Prime Rate Trust

ING Senior Income Fund

Investors Bank and Trust Co

Jasper CLO Ltd.

JP Morgan Chase Bank, N.A.

Katonah II, Ltd.

Katonah III, Ltd.

Katonah IV, Ltd.

KIL Loan Funding LLC

Kingsland I, Ltd.

KKR Financial CLO 2005-1, Ltd.

KZH Pondview LLC

KZH Soleil LLC

KZH Soleil-2 LLC

Lehman Commercial Paper Inc.

Liberty CLO Ltd.

Liberty Mutual Fire Insurance Company

Liberty Mutual Ins Company

LibertyView Loan Fund, LLC

Lincoln National Life Insurance Co.

Lincoln Natl Life Insur Co, Sep Acc

Linden Capital LP

Lispenard Street Credit (Master) LT

Loan Funding I LLC

Loan Funding III LLC

Loan Funding V, LLC

Loan Funding XI LLC

Loan Star State Trust

Long Grove CLO, Limited

Madison Park Funding I, Ltd.

Marathon CLO I Ltd.

Marathon Special Opportunity Master

Market Square CLO Ltd.

Marquette Park CLO Ltd.

McDonnell Loan Opportunity Ltd.

Metropolitan West High Yield Bond

Metropolitan West Strategic Income

ML Global Investment Series Income

Mountain Capital CLO II Ltd.

Mountain Capital CLO IV, Ltd.

Muirfield Trading LLC

National City Bank

Nemean CLO, Ltd.

Oak Hill Credit Alpha Fund (Offshore)

Oak Hill Credit Alpha Fund LP

Oak Hill Credit Partners I, Limited

Oak Hill Credit Partners II, Limited

Oak Hill Credit Partners III, Limited

Oak Hill Credit Partners IV, Limited

Oak Hill Securities Fund II, L.P.

Oak Hill Securities Fund, L.P.

Ocm High Yield Plus Fund LP

Octagon Investment Partners IV, Ltd

Octagon Investment Partners V, Ltd.

Octagon Investment Partners VI, Ltd

Octagon Investment Partners VII, Ltd.

Panton Master Fund LP

Park Avenue Loan Trust

PIMCO Floating Income Fund

PIMCO Floating Rate Income Fund

PIMCO Floating Rate Strategy Fund

PIMCO High Yield Fund

Pinewood Credit Markets Master Fund

Pioneer Floating Rate Trust

PNC Bank, N.A.

Post Leveraged Loan Master Fund, LP

Post Opportunity Fund L.P.

Post Total Return Fund, L.P.

Principal Life Insurance Company

Prospect Funding I, LLC

Protective Life Insurance Company

Putnam Floating Rate Income Fund

Putnam High Yield Advantage Fund

Putnam High Yield Trust

Putnam Variable Trust High Yield Fu

Q Funding III LP

Quadrangle Master Funding Ltd

Quattro Distressed Opportunity Fund

Quattro Fund Ltd

Quattro Multi-Strategy Master Fund

R2 Top Hat, Ltd.

Race Point CLO, Limited

Race Point II CLO, Limited

Race Point III CLO, Limited

Red Fox Funding LLC

Redwood Master Fund, Ltd.

Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd.
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credi
SEI Institutional Managed TST High
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I Ltd
Sky CBNA Loan Funding LLC
SMBC MVI SPC
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group,
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC
TRS Leda LLC
TRS THEBE LLC
UBS AG, Stamford Branch
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited

Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital Management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate High
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd
ABN AMRO Bank N.V.
Agricultural Bank of China
Atrium IV
Australia and New Zealand Bank Group
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Co
Barclays Bank PLC
BNP Paribas
Calyon New York Branch
Capitalsource Finance LLC
Citibank N.A.
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse Asset Management
Credit Suisse, New York & Cayman Islands
Deutsche Bank AG
Deutsche Bank Trust Company America
Dymas Funding Company LLC
Fifth Third Bank, Eastern Michigan

| | |
|---|---|
| Goldman Sachs Credit Partners L.P. | National City Bank |
| Grand Central Asset Trust, SIL | Sea Pines Funding LLC |
| Gulf Stream – Compass CLO 2004-1, Ltd | Secondary Loan and Distressed Credit |
| Gulf Stream – Compass CLO 2005-1 | Sequils ING I (HBDGM), Ltd. |
| HSBC Bank USA, National Association | Societe Generale SA New York |
| Investment CBNA Loan Funding LLC | Sumitomo Mitsui Banking Corporation |
| JPMorgan Chase Bank, N.A. | The Royal Bank of Scotland PLC |
| KeyBank National Association | TRS Thebe LLC |
| KIL Loan Funding LLC | UBS AG, Stamford Branch |
| Lehman Commercial Paper Inc. | UBS Loan Finance LLC |
| Madison Park Funding I, Ltd. | UFJ Bank Limited |
| Mizhuo Corporate Bank Ltd fka DKB | Wachovia Bank National Association |
| Morgan Stanley Senior Funding, Inc. | |

## **Lienholders and Other Significant Lenders**

| | |
|---|---|
| CIT Systems Leasing | First Bank of Highland Park |
| Minolta Business Solutions, Inc. | First Bank of Highland Trust |
| Minolta Business Systems, Inc. | General Electric Capital Corp. |
| Citicorp Vendor Finance, Inc. | General Electric Capital Corporation |
| Crown Credit Company | Hitachi Credit America Corp. |
| Toyota Motor redit Corporation | Icon SPK 2023-A LLC |
| Delphi Automotive Systems Corp. | ICX Corporation |
| Michele D'Andrea | Information Leasing Corp. |
| Bank One Michigan | Kensington Capital Corporation |
| Delphi Automotive Systems Corporation | Miami Industrial Trucks Inc. |
| Michele D'Andrea | Milacron Marketing Company |
| Rave Financial Services Inc. | Milacron Marketing Company |
| Dell Financial Services LP | Murata Wiedemann Inc. |
| Bank One, NA | Sentry Financial Corp. |
| Bank One, NA (Main Office Chicago) | Sentry Financial Corporation |
| Computer Sales International Inc. | Sentry Financial, Inc. |
| Delphi Holdings Luxembourg S.A.R.L. | Southern Pacific Bancapital |
| LaSalle Bank National Association | Southern Pacific Bancapital A Division of Southern Pacific |
| LaSalle National Leasing Corporation | Bank 'SPBC' / Varilease Corp. |
| Magid Glove & Safety Mfg. Co. LLC | Southern Pacific Bank Capital |
| Motorola Credit Corp. | TCF Leasing Inc. |
| Motorola Credit Corp., et al. | Toshiba American Information Systems Inc. |
| Motorola Credit Corporation | Toyota Motor Credit Corporation |
| Motorola Inc. | Van Dorn Demag Corporation |
| Motorola Inc., et al | Varilease Corp. |
| Mori Seiki USA Inc. | Varilease Corporation |
| Applied Industrial Technologies-DBB, Inc. | Toyota Motor Credit Corporation |
| Canon Financial Services Inc. | AW Miller Technical Sales, Inc. |
| CIT Communications Finance Corporation | Applied Industrial Technologies, Inc. |
| CIT Technologies Corporation | Applied Industrial Technologies-ABC, Inc. |
| Computer Sales International, Inc. | Applied Industrial Technologies-Dixie, Inc. |
| Crown Credit Co. | Applied-Michigan, Ltd. |
| Crown Credit Company | Bank of Lincolnwood |
| Dell Financial Services LP | Bank One, NA (Main Office Chicago) |

CIT Communications Finance Corporation
Commercial Tool & Die Inc.
Compaq Financial Services Corp.
Computer Sales International, Inc.
Credit Lyonnais, S.A., Cayman Islands Branch
Delphi Holdings Luxembourg S.A.R.L.
DRE Depositor Corp.
General Electric Capital Corporation
Husky Injection Molding Systems, Inc.
Motorola Credit Corporation
Motorola, Inc.
Sentry Financial Corp.
Sentry Financial Corporation
Southern Pacific BankCapital
TCF Leasing Inc.
Tennant Financial Services
Tennessee Valley Authority
The Huntington National Bank
The Peltz Group, Inc.
Wells Fargo Bank Northwest, Trustee
Hubbard Supply Company
Northern Michigan Tool Company
Shaltz Fluid Power
Rutherford Cooke et al.
Charmilles Technologies
Commercial Tool & Die, Inc.
Crown Credit Co.
Dell Financial Services LP
Fifth Third Bank (Western Michigan)
Okuma America America Corporation
Oce-USA, Inc.
Air Liquide Industrial US LP
Ameritech Credit Corporation
Assembleon America Inc.
Bank One, NA (Main Office Chicago)
Cardinal Machine Company
CIT Communications Finance Corporation
CIT Technologies Corporation dba CIT Systems Leasing
Computer Sales International
Computer Sales International, Inc.
Cupertino National Bank c/o Greater Bay Capital
Daewoo Heavy Industries America Corporation

First Bank of Highland Park
GE Polymerland, Inc.
General Electric Capital Corp.
General Electric Capital Corporation
ICX Corporation
IOS Capital, LLC
Kensington Capital Corporation
Lease Plan USA, Inc.
Leasenet Group, Inc.
Makino Inc.
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Omega Tool Corporation
Pacific Rim Capital, Inc.
Pullman Bank & Trust
Pullman Bank & Trust Company
Relational Funding Corporation
Renaissance Capital Alliance, LLC
Windsor Mold Inc.
CIT Communications Finance Corporation
*In re: Bobby's Kitchen*
OCE-USA, Inc.
Juki Automation Systems, Inc.
Bank One
Associates Leasing, Inc.
AGFA Corp.
American Equipment Leasing, a division of EAB Leasing Corp.
Bell Microproducts, Inc.
Cashcode Company, Inc.
Minolta Business Solutions, Inc. (fka Minolta Business Systems, Inc.)
Motion Industries Inc.
UMB Bank Colorado Downtown Banking Center
UMB Bank Colorado, N.A.
Xel Communications, Inc.
XPEDX
Centura Bank
General Electric Capital Asset Funding
Kyocera Mita America, Inc.
Metlife Capital LP

## Holders of 5% or More of Any Outstanding Equity Securities of the Company:

Brandes Investment Partners, LLC
State Street Global Advisors
Dodge & Cox
Capital Research & Management Company

Capital Group International, Inc.
State Street Bank and Trust Company, in various fiduciary capacities

### Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company

| | |
|---|---|
| Bear Sterns | Mellon Trust |
| Citigroup | ML Sfkpg |
| Frst Clear | MSDW Inc. |
| Goldman Sachs | NFS LLC |
| Investors Bank | Pershing |
| Lehman Brothers | SSB |

### Insurers

| | |
|---|---|
| ACE American Insurance Company | East Ohio Gas Co. |
| ACE Insurance Company | Endurance Specialty |
| ACE USA | Federal Ins. Co. (Chubb) |
| AIG Excess Casualty North America (Lexington) | General Star Indemnity Company |
| AIG Worldsource | GEP |
| AIU Inc. | Great American |
| Allianz | Gulf Underwriters Insurance Company |
| Allied World Assurance Co. Ltd. (AWAC) | Hannover Re |
| Allied World Assurance Company, Ltd | Hanseatic Insurance |
| Amerada Hess Corporation | Hanseatic Insurance Company (Bermuda) Ltd. |
| American Home Assurance Co. (AIMA) | Hartford |
| American International Insurance | HDI |
| American International Specialty Lines Insurance Company | Indiana Gas Company |
| | Ins. Co. of the State of Pennsylvania (AIG) |
| ANR Pipeline Company | IRI |
| Aon | Lexington |
| Aon Bermuda | Lexington Insurance Company (AIG American International Companies) |
| Aon UK | |
| Arch | Liberty Mutual |
| Arch Insurance (Bermuda) Limited | Lloyds of London |
| Arch Insurance Group | Marsh USA, Inc. (Broker) |
| AWAC | Marsh/Pentastar |
| AXIS | National Union (AIG) |
| Axis Reinsurance Company | National Union Fire Ins. Co. (AIG) |
| Bermuda Markets | National Union Fire Insurance Company of Pitts., PA (AIG American International Companies) |
| CAN | |
| Cananwill, Inc. | Pacific Employers Ins. Co. (ACE USA) |
| Chubb Custom Insurance | Panhandle Eastern Pipeline Company |
| Chubb Specialty Insurance | Seminole Energy Services |
| CNA Financial Insurance | Sequent Energy Services |
| CNA Insurance Companies | SR International Business Insurance Company Ltd. |
| Columbia Casualty Company (CNA) | SR International Business Insurance Company Ltd. |
| Columbia Gas of Ohio | [London, UK (Zurich Branch)] |
| Columbia Gas Transmission | St. Paul |
| Continental Casualty (C.N.A.) | St. Paul (Bermuda), Ltd. |
| Coral Energy Resources, L.P. | St. Paul Fire & Marine |

St. Paul Fire & Marine Insurance Company

St. Paul Mercury

St. Paul Surplus Lines Ins. Co.

Starr Excess Liability Insurance International Limited

Steadfast Insurance Company (Zurich)

Swiss Re Insurance Company Ltd.

Tokio Marine

Twin City Fire (Hartford)

U.S. Specialty Insurance Company

UGI Energy Services

Union Gas System, Inc.

United States Aviation Insurance Group (USAIG) and others

US Specialty/HCC

USAIG

Vectren Energy

XL U.S.

Zurich American Insurance Company

## **Letter of Credit Issuers and Beneficiaries**

Michigan Department of Environmental Quality

C.N.A.

Federal Environmental Protection Agency

Fraccionadora Industrial del Norte, S.A. de C.V.

GMACCM Asset Management de Mexico

Hub Group

Michigan Department of Environmental Quality [Multiple Beneficiaries – State and Federal EPA]

New Jersey Environmental Protection Agency

Ohio Environmental Protection Agency

Orange County Health Care Agency

Pacific Employers Insurance Co.

ProLogis-Juarez (2) Investment, LLC

Reliance Insurance Company

RLI Surety

Safeco Insurance

State of Alabama Dept of Industrial Relations

State of Georgia, Workers' Compensation Board

State of Kansas, Workers' Compensation Board

State of New York, Workers' Compensation Board

Toronto Dominion Bank

JP Morgan Chase

## **Former Officers and Directors (for the past three years) and consolidated for all entities)**

A.E. Billis

Alapont, José Maria

Alsagoff, Faris

Anderson, Carrie

Arkwright, Christopher P.

Arle, John P.

Bailey, R. Scott

Bailey, Russell W.H.

Balsei, Mike

Barth, Volker J.

Battenberg, J.T., III

Beckett, Michael

Belans II, Milan E.

Bellar, Fred J., III

Bernardes, Oscar de Paula

Berry, Roberto Edwin

Bertrand, James A.

Borzi, James W.

Bowers, William Steven

Brown, Jr., Andrew

Brown, Richard

Brust, Robert H.

Burgner, David Allen

Butler, Kevin M.

Chadwick, Jeffrey R.

Chen, Jimmy C.

Chen, Jinya

Clemons, Steve D.

Colbert, Virgis W.

Conlon, Martin

Conor-Freeman, Maria

Cooke, F.H.

Corcoran, Sean P.

Cornwell, William D.

Davey, Stephen L.

Dawes, Alan S.

Deak, Gabor Janos

Desnos, Philippe

Eichenlaub, Brian

Erwin, Richard E.

Farr, David N.

Feigenbaum, Haim

Flowers, Allen D.

Forbes, Timothy G.

Franzi, Richard A.

Fuerst, John M.

| | |
|---|---|
| Funke Esq., Jimmy L. | Miller, Robert S. |
| Gango, Frank | Naylor, Craig G. |
| Gardner, A.N. | Nelson, R. David |
| Geller, Pamela M. | Niekamp, Cynthia A. |
| Goodman, Thomas D. | O'Neal, Rodney |
| Gottschalk, Bernd | Olbrecht, Denise |
| Gray, Mary A. | O'Neill, Brian P. |
| Griffin, Patrick | Opie, John D. |
| Gruber, Douglas | Ordonez, Frank A. |
| Gumina, Joseph P. | Overly, Jeffrey M. |
| Hachey, Guy C. | Owens, Jeffrey J. |
| Hall Jr., Samuel H. | Parsons, Jeffrey |
| Hathaway, R.E. | Pasricha, Atul |
| Hayashida, Shuji | Passante, John A. |
| Healy, Karen L. | Penske, Roger S. |
| Heigel, Kevin R. | Petrie, John |
| Hermeling, Rainer | Pirtle, Ronald M. |
| Hindels, James H. | Pitsenbarger, Pam |
| Hotchkin, Nick | Rayne, Mike |
| Humbeck, Wolfgang | Reagan, Michael T. |
| Irimajiri, Shoichiro | Remenar, Robert J. |
| Jackson, Arthur Russell | Richards, F. Timothy |
| Jackson, J.E. | Richards, Gregory R. |
| Jacovides, Linos | Robinson Esq., Logan G. |
| Jaffurs, John A. | Rogers, Max |
| Janak, Peter H. | Roland Jr., John Robert . |
| Jensen, William | Runkle, Donald L. |
| Jobe, Ronald E. | Salrin, Sarah J. |
| Jok, Richard | Scheffler, Milton R. |
| Jones, David J. | Schuppe, Michael L. |
| Kamischke, Mark S. | Schwarting, Elizabeth M. |
| Katz, Robert Esq. | Scott, Ian |
| Kaye Esq., Diane L. | Shader, Michael A. |
| Knill, David | Sheehan, John D. |
| Knutson, Timothy J. | Short, John |
| Kolano, Derek | Sonnonstine, Jerry |
| Krause, Jeffrey M. | Sparks, Robert H. |
| Lee, Dae Un | Spencer, James A. |
| Lewis, Theodore H. | Springer, F. Thomas |
| Loeb, Marjorie Harris | Sprunger, F. Thomas |
| Lorenz, Mark C. | Sueltz, Patricia C. |
| Manocha, Charu | Sullivan, Henry A. |
| Manocha, Sandeep | Theriot, Mark |
| Marion, Laura | Tilton, Todd I. |
| Maschoff, David | Twomey, Thomas N. |
| McClain, Karen | Valanty, Burton J. |
| McGuire, Marc C. | Veeser, Lothar |
| McLaughlin, Susan A. | Walker, Bette M. |
| Milburn, Paul S. | Walker, Robert C. |
| Miller, Gail K. | Weber, Mark R. |

Whitson, James P.

Williams, Derrick M.

Williamson, J.L.

Wohleen, David B.

Yoon, Myung Hwan

Young, R.A.

Zablocki, Richard J.

A.E. Billis

A.N. Gardner

Alan S. Dawes

Allen D. Flowers

Alsagoff, Faris

Arhtur Russell Jackson

Atul Pasricha

Bernd Gottschalk

Berry, Roberto Edwin

Bertrand, James A.

Bette M. Walker

Brian Eichenlaub

Brust, Robert H.

Burton J. Valanty

Charu Manocha

Chen, Jimmy C.

Choon T. Chon

Cooke, F.H.

Craig G. Naylor

Dae Un Lee

David Allen Burgner

David B. Wohleen

David J. Jones

David N. Farr

Denise Olbrecht

Derek Kolano

Derrick M. Williams

Diane L. Kaye Esq.

Donald L. Runkle

Douglas Gruber

Elizabeth M. Schwarting

Funke Esq., Jimmy L.

Gabor Janos Deak

Gail K. Miller

Gango, Frank

Guy C. Hachey

Haim Feigenbaum

Hotchkin, Nick

Ian Scott

J.T. Battenberg III

Jackson, J.E.

James P. Whitson

James W. Borzi

Jerry Sonnonstine

Jinya Chen Esq.

Jobe, Ronald E.

John A. Passante

John G. Blahnik

John M. Fuerst

John P. Arle

John Petrie

José Maria Alapont

Joseph P. Gumina

Karen L. Healy

Karen McClain

Katz, Robert Esq.

Kevin M. Butler

Kevin R. Heigel

Krause, Jeffrey M.

Laura Marion

Logan G. Robinson Esq.

Lothar Veeser

Marc C. McGuire Esq.

Maria Conor-Freeman

Marjorie Harris Loeb

Mark C. Lorenz

Mark R. Weber

Martin Conlon

Mary A. Gray

Max Rogers

Michael A. Shader

Michael Beckett

Michael T. Reagan

Mike Balsei

Mike Rayne

Milan E. Belans II

Myung Hwan Yoon

Niekamp, Cynthia A.

O'Neal, Rodney

O'Neill, Brian P.

Opie, John D.

Ordonez, Frank A.

Oscar de Paula Bernardes

Owens, Jeffrey J.

Pamela M. Geller

Parsons, Jeffrey

Patricia C. Sueltz

Paul S. Milburn

Penske, Roger S.

Peter H. Janak

Philippe Desnos

R. David Nelson

R. Scott Bailey

| | |
|---|---|
| R.A. Young | Short, John |
| R.E. Hathaway | Shuji Hayashida |
| Rainer Hermeling | Sparks, Robert H. |
| Remenar, Robert J. | Stephen L. Davey |
| Richard A. Franzi | Steve D. Clemons |
| Richard Brown | Susan A. McLaughlin |
| Richard E. Erwin | Theodore H. Lewis |
| Richard J. Zablocki | Thomas D. Goodman |
| Richard Jok | Thomas N. Twomey |
| Richards, F. Timothy | Timothy J. Knutson |
| Robert S. Miller | Todd I. Tilton |
| Ronald M. Pirtle | Virgis W. Colbert |
| Russell W.H. Bailey | Volker J. Barth |
| Sandeep Manocha | William D. Cornwell |
| Sarah J. Salrin | William Jensen |
| Sean P. Corcoran | William Steven Bowers |
| Sheehan, John D. | Williamson, J.L. |
| Shoichiro Irimajiri | Wolfgang Humbeck |

## Top 50 Unsecured Creditors

| | |
|---|---|
| 3M Co | EI Dupont de Nemours & Co Inc |
| Abc Group Inc | Engelhard Corp |
| Aisin Seiki Co Ltd | Flextronics Intl Asia Pacific |
| Akebono Brake Industry Co Ltd | Freescale Semiconductor |
| Alcoa Inc | Freudenberg & Co KG |
| Alps Automotive Inc. | Fujitsu Ten Corporation |
| Alps Electric Co Ltd | Futasa Corp |
| American Axle & Mfg Holdings Inc | General Electric Co Inc |
| Autoliv Inc | General Motors Corp |
| AW Transmission Engineering | Hitachi Ltd |
| Beiersdorf Ag | Howard County, Indiana |
| Blackstone Capital Partners LLP | Illinois Tool Works Inc |
| Bosch, Robert Stiftung GmbH | Impala Platinum Holdings ltd |
| Buena Vista Township, Michigan | Industrial Molding Corp |
| Calsonic Kansei Corp | Infineon Technologies AG |
| Capri Capital Advisors LLC | Intermet Corp |
| Capital Research and Management Company | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Carlisle Engineered Prods | |
| CIGNA Corporation | Johnson Electric Holdings Ltd |
| City of Flint, Michigan | Koninkluke Philips Electronics |
| Clarion Co Ltd | Leopold Kostal GmbH & Co KG |
| Commissariat a l'Energie Stomic | Limar Realty Corp. |
| Corning Inc | Linamar Corp |
| Dana Corp | Madison County, Indiana |
| Delta | Matsushita Electric Industrial |
| Draka Holding NV | Merk Medco |
| Dura Automotive Systems Inc | Metaldyne Corp |
| E.on AG | Molex Inc |
| Electronic Data Systems Corp | Montgomery County, Ohio |

| | |
|---|---|
| Motorola Inc | State of Wisconsin |
| Nan Ya Plasics Corp | Stmicroelectronics NV |
| National Fire Insurance Company of Hartford | Swatch Group SA, The |
| NEC Corp | TDK Corporation of America |
| Norsk Hydro ASA | Texas Instruments Inc |
| Ogura Clutch Co Ltd | Textron Inc |
| Osprey, S.A. Ltd. | Thyssenkrupp AG |
| Pacific Group Ltd | Timken Co, Inc |
| Pioneer INDL Components | Timken Co, The Inc |
| Progressive Moulded Product | Toyota Motor Corp |
| Quexco Inc | Traxle Mfg Ltd |
| Robert Bosch Corporation Automotive Group | TT Electronics PLC |
| Semiconductor Components | Tyco International LTD |
| Sequa Corp | UHC |
| Sharp Electronics Corp | United Auto Workers |
| Siemens AG | Valeq SA |
| Solectron Corp | Viasystems Group Inc |
| State of Michigan | Wilmington Trust Company, as Indenture Trustee |
| State of Ohio | Worthington Industries Inc |

## **Major Customers**

| | |
|---|---|
| AASP – PA | Calsonic Kansei |
| Adam Opel AG | Cambrex Bio Science |
| Aftermarket | Cami |
| AGco Parts Div-D7e50 Caterpillar | Cannon Group Ltd |
| AGco-Jackson Operation | Cardinal |
| AGFA | Cardinal Health |
| Agfa Corporation | Cardinal Health Canada 301, Inc |
| Agfa-Gevaert N.V. | Caterpillar |
| Agilent Tech. (M) SDN BHD | Caterpillar Engine Systems |
| Aksys, Ltd. | Caterpillar-Joliet |
| American Axle | Circuit City Stores Inc |
| American Discount Supply, Inc. | Coinstar |
| Applied Biosystems | Collins & Aikman |
| ArvinMeritor | Cummins |
| Autoliv | Daewoo Motor |
| Automotive Traning Schools | Daihatsu |
| AZ Automotive | Daimler Chrysler |
| Benteler | DaimlerChrysler Corp. US |
| Best Buy Co. Inc. | DBM Tech. |
| BMW | Delphi – Allied Sales |
| BMW Group | Denso |
| Bosch | DK Packaging |
| Brite Smile | Elgin Industries |
| Brite Smile – Chicago | Espackdis SA |
| Brite Smile Center | Everest Biomedical Instruments |
| BriteSmile – Denver | Federal-Mogul Corp D.I.P. |
| BriteSmile – Phoenix | Fiat Automotives SA |
| BriteSmile – San Diego | Fiat Group |

| | |
|---|---|
| Ford | Kautex |
| Ford Group | Key Safety |
| ForHealth Technologies, Inc. | KLA – Tencor |
| Fuji Heavy Industries | KLA Tencor Corp |
| GE Medical Systems | KLA-Tencor |
| General Motors | KLA-Tencor Integrate Metrology |
| General Motors de Mexico S de Rl | Koltec BV |
| General Motors de Mexico S Derlspom | KS Centoco |
| General Motors do Brasil Ltda | L-3 Communications |
| General Motors Powertrain | Lear |
| General Motors S Africa (Pty) Ltd | LeftHand Networks |
| GM – AC Delco | Magna Intier |
| GM de Argentina S A | Matco Tools |
| GM Espana SA | Medical Simulation Corporation |
| GM Holden Ltd | Medrad |
| GM Powertrain | Medtronic Navigation |
| GM SPO | Melling Tool Company |
| GMIO | Mercedes-Benz U.S. International, Inc. |
| GMNAO | Michael Baker, Inc. |
| GMSPO | Mitsubishi |
| Haemoscope Corporation | Modatek |
| Harley Davidson | Napa Dist Center |
| Helicor, Inc. | National Auto Radiator |
| Hewlett-Packard | Navistar |
| Hewlett-Packard Co.-Roseville | Navistar International |
| Hewlett-Packard Company | New Wave Enterprises (Belgium) NV |
| Hewlett-Packard GmbH | Nissan |
| Hewlett-Packard Singapore | Niton Corporation |
| Hewlett-Packard/San Jose | NuVasive, Inc. |
| HMH Group | Ophthonix, Inc. |
| Honda | Paccar |
| H-P Asia Pacific Pte. Ltd. | Particle Measuring Systems Inc |
| HP Financial Services Cntr. | Perkins Engines Company Ltd |
| HP International SARL (France) | Point 5 Technologies |
| HP Smartbuy | Power & Signal Group |
| HP-Colorado Springs | Precision Turbo & Engine Reb. |
| HP-FORT COLLINS | Promotora |
| HP-San Diego HID | PSA Group |
| Hyundai | Renault |
| IAPA | Rescue Technology |
| Inogen | Reviva |
| Inotherapeutics | Rover |
| Interamerican Trade Corp | S.E. Power Systems Orlando |
| International Truck & Engine | Saab Automobile AB |
| Isuzu Group | Saab Automobile Parts |
| Isuzu Motors Europe Ltd | Saturn |
| Isuzu Motors Polska Sp Zo O | Standard Motor Products Inc |
| JCI | Storage Tek |
| John Deere – Engine Works | Sun Refining & Marketing |
| Johnson Controls | Sunrise Medical |

Sunrise Medical HHG, Inc.                       Verilink Corporation
Sunrise Medical Ltd                             Visteon
Suzuki Group                                    Volkswagen AG
Takata                                          Volvo Do Brazil Veiculos LTDA.
Tamsco, Inc. (US Gov't)                         Volvo Parts North America, Inc.
Technologia Modificada SA de Caterpiller        Volvo Truck
Tenneco                                         VW Group
Tire Industry Foundation                        Wal-Mart Stores CE
Toyota                                          Wheeler Brothers Inc.
TRW                                             XM Emall LLC
USA Technologies, Inc.                          Yorozu
Vauxhall Motors Ltd                             Zoe Medical, Inc.

## Major Suppliers

3M                                              ASEC Manufacturing Sales
A Agrati SPA                                     Assembleon America Inc
AASP - PA                                        Austria Microsystems AG
AB SKF                                          Autocam Corp
Abc Group Inc                                   Autoliv ASP Inc
Aceralia Tubos SL                               Automatizacion Y Disenos
Acome Societe Cooperative De Produc             Automotive Traning Schools
Advanced Micro Devices                          B&A Enterprises
Affinia Group Holdings Inc                      Bank One NA
AFX                                             BAX Global
Agfa Corporation                                BBK Ltd
Agfa-Gevaert N.V.                               Beiersoorf AG
Agilent Tech. (M) Sdn Bhd                       Benteler Automotive
Aksys, Ltd.                                     Berger GmbH & Co Holding KG
Alcan Inc                                       Bing Metals Group Inc
Alcoa Inc                                       Binter SA
Allevard Springs Ltd                            Bitron Industrie SpA
Alpine Group Inc, The                           Blue Cross Blue Shield of
Alps Electric Co Ltd                            Boco Pty Ltd
Aluminum Co of America                          Bosch Automotive Systems Corp
Amak Brake LLC                                  Bosch, Robert Stiftung GmbH
Ambrake Corp                                    Brazeway Inc
American Axle & Mfg Holdings Inc                Brite Smile
American Discount Supply, Inc.                  Brite Smile Center
American President Lines Ltd                     British Vita PLC
Amphenol Corp                                   BTV Holding GmbH
Amtek Engineering Ltd                           Bus Electronik Gmbh
Analog Devices GmbH                             Calsonic Corp
Analog Devices Inc                              Calsonic Kansei Corp
Android Industries LLC                          Cambrex Bio Science
Aplicaciones De Metales Sinterizado             Cami
Applied Biosystems                              Campbell Marshall E Co
ARC Automotive Inc                              Cardinal Health
Arnold Transportation                           Cardinal Health Canada 301, Inc
Asahi Glass Co                                  Carlisle Companies Inc

| | |
|---|---|
| Carringworth Ltd | Federal Express Corporation |
| Carter Group Canada Inc | Federal Mogul Corp |
| Caterpillar Engine Systems | Fedex Trade Networks |
| Centra Inc | Feintool International Holding |
| CF Gomma SPA | Fernandez Racing LLC |
| CIE Automotive SA | Fibrax Ltd |
| Clarion Corp Of America | Folketrygdfondet |
| Coinstar | ForHealth Technologies, Inc. |
| Commissariat a l'Energie Atomique | Fountain Construction Co |
| Compagnie Industrielle de Delle | Freescale Semiconductor Inc |
| Contech | Freudenberg & Co KG |
| Continental Gummi-Werke AG | Fujitsu Ltd |
| Cordaflex SA de CV | Furukawa Electric Co Ltd |
| Corning Inc | Furukawa Electric North |
| Corus LP | Futaba Corp |
| CTS Corp | Gambari International |
| Curiel Estrada Jorge | GE Medical Systems |
| Cyro Industries | General Electric Capital |
| D&R Technology LLC | General Electric Co Inc |
| Daewoo Heavy Industry America | General Motors Corp |
| Dayco Products LLC | General Motors Corporation |
| DBG Tool & Machine | Georg Fischer AG |
| Deloitte & Touche | Giovanni Agnelli EC SAPA |
| Delphi Corp | GKN PLC |
| Delphi de Mexico SA de CV | GM - AC Delco |
| Denso Corp | GM Daewoo Auto & Technology Co |
| Denso International America | Great Lakes Tape Corp |
| DHL Danzas Air & Ocean | Green, Ernie Industries Inc |
| Direct Sourcing Solutions | Groupe Rencast |
| DMC 2 Canada Corporation | Haemoscope Corporation |
| Dove Equipment Co Inc | Handy & Harman |
| Dr Johannes Heidenhain-Stiftung GmbH | Hanwha Corp Poun Plt |
| DTE Coal Services | Hayes Lemmerz International Inc |
| Duluth Services | Helicor, Inc. |
| Dura Automotive Systems | Hella Kgaa Hueck & Co |
| Dura Automotive Systems Inc | Henkel KGAA |
| E I Dupont de Nemours & Co Inc | Hennessey Capital Solutions |
| Eco-Bat America LLC | Hewlett-Packard Co.-Roseville |
| EDS | Hewlett-Packard Company |
| Egelhof SA | Hewlett-Packard GmbH |
| EI Dupont de Nemours & Co Inc | Hewlett-Packard Singapore |
| Ekm-Knobloch GmbH | Hewlett-Packard/San Jose |
| Elgin Industries | Hinojosa Ramos Jesus Alfredo |
| Engelhard Corp | Hitachi Automotive |
| Engelhard Corporation | Hitachi Chemical Asia Pacific |
| Engineered Plastic Components Inc | Hitachi Plastic Ltd |
| Enricau Cesar Vuarchex Industries | Holden Ltd |
| Epcos AG | H-P Asia Pacific Pte. Ltd. |
| Essex Group Inc | HP Financial Services Cntr. |
| Everest Biomedical Instruments | HP International SARL |

| | |
|---|---|
| HP Smartbuy | Lexington Connector Seals |
| HPC Engineering PLC | Lexington Precision Corp |
| HP-Colorado Springs | Linamar Corp |
| HP-FORT COLLINS | Littelfuse Inc |
| HP-San Diego HID | LS Cable Ltd |
| HSS LLC | Lunal |
| Hub Group Associates Inc | M&Q Plastic Products Inc |
| Hubert Stueken GmbH | Madison-Kipp Corp |
| Hyo Seong Electric Co Ltd | Marian, Inc |
| IAPA | Matco Tools |
| Illinois Tool Works Inc | Mccann Erickson Inc |
| Impala Platinum Holdings ITD | Meadwestvaco Corp |
| Ina-Schaeffler KG | Mecaplast |
| Infineon Technologies | Medical Simulation Corporation |
| Infineon Technologies AG | Medrad |
| Inogen | Medtronic Navigation |
| Inotherapeutics | Melling Tool Company |
| Intec Group | Metal Blanc SA |
| Interamerican Trade Corp | Metaldyne Corp |
| Intermet Corp | Metaldyne Corporation |
| Intermet Corporate | Methode Electronics Inc |
| International Rectifier Corp | Metropolitan Life Ins Co |
| International Truck & Engine | Michael Baker, Inc. |
| Inzi Controls Co Ltd | Microchip Technology Inc |
| ISI of Indiana Inc | Microsoft Services |
| Ispat International NV | Minebea Co Ltd |
| ITW Shakeproof Automotive | Mitsubishi Electric |
| ITW Tomco | Molex Inc |
| JCI | Motorola Automotive |
| Johann Albert Freund | Motorola Inc |
| John Deere | MSX International Inc |
| Johnson Electric Holdings Ltd | Muhr und Bender KG |
| Johnson Matthey Plc | Multitronics Inc |
| Jvs Eqtos P/Autom Indl Ltda | Murata Manufacturing Co Ltd |
| Kataman Metals Inc | Nabco Inc |
| Keller Group Inc | National Auto Radiator |
| Kensington Capital | National Logistics |
| Key Safety Systems Inc | National Semiconductor |
| KLA Tencor Corp | NEC Corp |
| Koa Speer Electronics Inc | NEC Electronics Inc |
| Koninklijke Philips Electronics NV | Niles Co Ltd |
| Korea Delphi Automotive Sys Corp | Ningbo Huaxiang Electronic Co Ltd |
| Koyo Seiko Co Ltd | Nissho Iwai American Corp |
| KPMG LLP | Niton Corporation |
| KS Centoco | Noranda |
| L-3 Communications | Norandal USA INC |
| Leaseway Transfer Pool | Norsk Hydro ASA |
| LeftHand Networks | North American Operations |
| Leoni AG | NSK Ltd |
| Leopold Kostal GmbH & Co KG | NuVasive, Inc. |

| | |
|---|---|
| Ogura Clutch Co Ltd | Sansho Giken Co Ltd |
| Ogura Corp | SAS Comte |
| OKI Semiconductor | Schulte & Co Gmbh |
| Olin Corp | Securitas Security |
| Omega Automation Inc | Selectron Corp |
| Omron Corp | Senko America Corporation |
| Onex Corp | Sensus Precision Die Casting Inc |
| Ontario Holding International Bv | Sequa Corp |
| Ophthonix, Inc. | Serigraph Inc |
| Pacific Group Ltd | Setech Inc |
| Paid Prescriptions LLC | Setforge |
| Pam Dedicated Inc | SGS Thomson |
| Panasonic Automotive | Shanghai Ming Fang Autoparts Co Ltd |
| Parker Hannifin Corp | Siemens AG |
| Particle Measuring Systems Inc | Siemens Automotive Ltd |
| PBR Automotive USA LLC | Sirva Relocation |
| PBR Columbia LLC | Societe Industrielle de Sonceboz SA |
| PEK Co Ltd | Solectron Corp |
| Philips Semiconductors | Sony Ericsson Mobile |
| Pioneer Corp | Spartech Corp |
| Pixley Richards Holding Inc | Spirent Plc |
| PJAX | SPX Corp |
| Plansee Holding AG | Stelco GmbH Electronic Components |
| Plasco Inc | Stmicroelectronics Holding NV |
| Plymouth Rubber Co Inc | Stoba Praezisionstechnik GmbH & Co |
| Point 5 Technologies | Storage Tek |
| Point Dedicated Services | Strattec Security Corp |
| Pollak Engineered Products | Sumitomo Electric Industries Ltd |
| Precision Turbo & Engine Reb. | Sun Refining & Marketing |
| Pressac | Sunrise Medical HHG, Inc. |
| Prettl de Mexico SA de CV | Sunrise Medical Ltd |
| Pricewaterhousecoopers LLP | Syncron-Eifler Ipari Es Kereskedelm |
| Progressive Molded Prods | Taigene Electric Machinery Co Ltd |
| Progressive Moulded Products Ltd | Taiho Corporation Of Europe Kft |
| Protrans International Inc | Tamsco, Inc. (US Gov't) |
| PT Infineon Technologies Batam | Tata America Intnl Corp |
| QEK Global Solutions | Tawas Industries Inc |
| Quexco Inc | Tech Central |
| Republic Engineered Products Inc | Technitrol Inc |
| Rescue Technology | Technologia Modificada SA de Caterpiller |
| Reviva | Teklas Kaucuk Sanayi Ve Ticaret AS |
| Robert Bosch Corporation | Teknia Manufacturing Group SL |
| Robin Industries Inc | Texas Instruments Inc |
| Rohm Co Ltd | Textron Inc |
| RSR Corporation | The Furukawa Electric Co Ltd |
| Russell A Farrow Ltd | The Swatch Group |
| Ryder Integrated Logistics | The Timken Co, Inc |
| S.E. Power Systems Orlando | Thevenin (Fonderie) |
| SA Dehuit | Thyssenkrupp AG |
| Samtech | Tire Industry Foundation |

| | |
|---|---|
| Tokico Ltd | Valeo SA |
| Tomkins PLC | Valley Trucking Co Inc |
| Torrington Co | Vallourec |
| Total SA | Vanguard Distributors Inc |
| Toyo Clutch Co Inc | Verilink Corporation |
| Toyota Motor Corp | Viasystems Canada Inc |
| Toyota Tsusho Corp | Viasystems Group Inc |
| TPG Advisors Inc | Victory Packaging Inc |
| Trelleborg AB | Vishay Intertechnology |
| Trianon Industries Corp | Visteon Automotive Systems |
| TRW Automotive | Volvo do Brazil Veiculos Ltda. |
| TRW Automotive Holdings Corp | Volvo Parts North America, Inc. |
| TRW Automotive Holdings Corp | Wanxiang Group Corp |
| TT Electronics PLC | Waupaca Foundry Inc |
| Tyco Electronics Corp | Wheeler Brothers Inc. |
| Tyco Electronics Corp | WHX Corp |
| Tyco International Ltd | WHX Corp+A2537 |
| UBS AG | Wiederholt GmbH Vincenz |
| Umicore SA | Wieland Werke AG |
| Unigraphics Solutions Inc | Wilh Werhahn |
| US Steel Corporation | Worthington Industries Inc |
| USA Technologies, Inc. | Wren Industries Inc |
| UVA Machine Company | Yazaki Corp |
| Valeo Climate Control USA | Zeppelin-Stiftung |

## **Counterparties to Major Contracts (over $100,000)**

| | |
|---|---|
| Alexander Long, III | Ericsson AB |
| Ameritech Mobile Services, Inc. | Firma Carl Freudenberg KG |
| Anxebusiness Corp. | Giannulli, Thomas |
| AXNe | HTC |
| Bell South | IBM Corporation |
| Bluetooth | Ideal Technology Solutions U.S. Inc |
| BSH Industries | Inovise Medical, Inc. |
| Calsonic North America, Inc. | Integrated Therapeutics Group, Inc. |
| Cellco Partnership | Intel Corporation |
| CIA Industrial Armas | JSP America, Inc. |
| Clifford Electronics, Inc. | JSP International Ltd. |
| Compuware | JSP International s.a.r.l. |
| Consteltn NewEngy PA | JSP Trading, Inc. |
| Cullmann GmbH | Limestone County Wtr & Swr AL |
| DAS Deutschland GmbH | LiveDevices Inc |
| DAS Poland Spolka z.o.o | Lockport (City of) NY |
| Debiotech S.A. | Logikos |
| Delco Remy International, Inc | Lucent Technologies Inc. |
| Dolby Digital | Magnavox Government and Industrial Electronics Company |
| DSSCSC China | Manzai |
| DSSI | Matsushita Electric Corporation of America |
| Embedded Technology | MCI Worldcom Communications, Inc. |
| Empress Ca-Le de Tiaxcala | Miller Engineering Services, Incorporated |

| | |
|---|---|
| MMT SA | Davis Vision |
| Motores y Aparatos Electricos de Durango S.A. de C.V. | Delta Dental |
| Moving Magnet Technologies SA (MMT) | Green Shield Canada |
| MPEG LA | Health Plus Options Inc |
| Nextel West Corp. | Health Solutions Inc |
| Nokia Corporation | Hewitt Associates LLC |
| North American Philips Corporation | JLT Services Corporation |
| NY State Elec & Gas | Medco Health Solutions Inc |
| OneOK Energy Marketing OK | Medstat Group, Inc. |
| Premacare | Metlife |
| Remy International, Inc. | Metlife (Dental) |
| Satyam | Metropolitan Life Insurance Company |
| Scroll Laboratories, Inc. | M-Plan |
| Shanghai Automotive Brakes Corp. | National Foot Care Program, Inc |
| Sonceboz SA | NCQA (National Committee for Quality Assurance) |
| Sprint Spectrum, L.P. | SHPPS/Health International, Inc. |
| SRI International | TGI Direct |
| TCS | The Regents of the University of Michigan |
| The Whitaker Corporation | Towers Perrin |
| Tom Giannulli Inc., dba Caretools, Inc. | United Health Care Insurance Company |
| Toshiba Corporation | Value Options, Inc. (Value Behavioral Health) |
| Toyota Motor Corporation | Electricore |
| UBE Industries (America), Inc. | Electricore Aerovironment |
| UBE Industries, Ltd. | Emtech |
| UGC | Honeywell |
| Valence Technology Cayman Islands Inc. | I.U.P.U.I. |
| AFOSR | Johns Hopkins University |
| ARL | MRI |
| D.O.T. Volpe Center | NCMS |
| DOC/NIST | Purdue |
| DOD | Purdue University |
| DOD TACOM | TechSolve |
| DOE | Citibank, N.A. |
| DOE/NETL | Deutsche Bank AG |
| DOT NHTSA | Alltel |
| NASA | Ameritech |
| State of Indiana | ANXe |
| USAF/AFRL | AT&T |
| Constellation NewEnergy, Inc. | ATT |
| Consumers Power Company | ATT Wireless |
| DPL Energy Resources, Inc. dba DPL Energy | Avaya |
| Industrial Energy Users – Ohio | Avaya World Services |
| Pepco Energy Services, Inc. (PES) | Covad |
| TXU Energy Retail Company LP | EDS |
| Blue Cross Blue Shield | Insight Internet Services |
| C.E. Communications | Intercall |
| CIGNA Behavioral Health | LDMI Telecommunication/Ideal Technology |
| CIGNA Healthcare | MCI |
| Cole Managed Vision | Nextel |
| Connecticut General Life Insurance Company | Qwest |

SBC
SBC Ameritech
SBC Pagers
SkyTel
Sprint
Sprint United
Time Warner
T-Mobile
Verizon
Verizon Wireless
Verizon Wireless Messaging
Ameritech Information Systems, Inc.
Applera Corporation
AT&T Corp.
AT&T Solutions, Inc.
Avaya World Services, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership d/b/a Verizon Wireless
Fernandez Racing (Indianapolis, IN)
General Motors Investment Management Corporation
Hendrick Motorsports (Charlotte, NC)
Lord Corporation
PriceWaterhouseCoopers
SBC Global Services, Inc.
Scantron
Sprint
State Street Bank and Trust Company
Techcentral LLC
Thomas Giannulli
Tom Kelley
Watson Wyatt
XM Satellite Radio, Inc.
Zoe Medical, Inc.
ABN Amro Bank N.V.
Amsterdam Funding Corporation
Bank One, NA (Main Office Chicago)
Blue Ridge Asset Funding Corporation
Falcon Asset Securitization Corporation
Gotham Funding Corporation
JPMorgan Chase Bank
Jupiter Securitization Corporation
The Bank of Tokyo-Mitsubishi, Ltd., New York Branch
Wachovia Bank, National Association
(KDAC) Daewoo Motor Company
3M
ACG Componentes
Advanced Casting Technologies
Aladdin Industries
Alma Products

Alpine Electronics
Ambrake Corporation
Antec Electric System Co. Ltd
ARC Automotive
ASEC Exhaust Systems
Autonova
Beijing Delphi Wanyuan Engine Management Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Blue Totes – Atlantis
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries (agreement with FUBA)
Bujias Mexicanas (BUMEX)
CADPO
Calsonic (formed CEI)
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic Kansel
Componentes Delfa
Componentes Delfa, C.A.
Compressor Works, Inc.
Daesung Electric
Daewoo Automotive Corporation
Daewoo Motor Company
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Delco Remy International, Inc (Remy International, Inc.-new name)
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems (Thailand)
Delphi Automotive Systems Australia
Delphi Automotive Systems Deutschland (Aftermarket)
Delphi Automotive Systems do Brasil (E&C)
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Japan (Aftermarket)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain

Delphi Automotive Systems Sungwoo

Delphi Automotive Systems Vienna (Aspern)

Delphi Calsonic Compressors

Delphi Delco Electronics Europe, GmbH

Delphi Delco Electronics Suzhou

Delphi Delco Liverpool

Delphi Diesel Systems England

Delphi Diesel Systems France

Delphi Diesel Systems Korea

Delphi Diesel Systems Ltd

Delphi Diesel Systems Ltd England

Delphi Diesel Systems Spain

Delphi Diesel Systems Turkey

Delphi Diesel Systems UK

Delphi Diesel Systems, S. L. Spain

Delphi Harrison Calsonic (France)

Delphi Italia Automotive Systems S.r.l.

Delphi Lockheed Automotiove France (Aftermarket)

Delphi Mechatronic Systems

Delphi Otomotiv Sistemieri Sanayi ve Ticaret

Delphi Packard Balcheng, Limited

Delphi Packard Electric Co Ltd (Shanghai)

Delphi Packard Electric Malaysia Sdn Bhd

Delphi Packard Espana

Delphi Polska Automotive Systems

Delphi Saginaw Lingyun Brillance and Palio

Delphi Saginaw Lingyun Jinbel

Delphi Sistemas de Energia (Portugal)

Delphi TVS Diesel Systems Ltd India (Lucas)

Delphi-TVS Diesel Systems Ltd (India)

Delta Guc

Deltek

Denso

Design Solutions

Directed Electronics (formerly Clifford)

DuraSwitch

East Penn Manufacturing Company

Eaton

EBD Ventures (Savage Enterprise)

Electromotive

Empress Ca-Le de Tiaxcala

Exacto (Perfection Spring)

Fabrica De Aparatos De Air Acondicionado (FAACA)

Famar

Fitel USA Corp. (assigned to them by Lucent)

Flip Chip Technologies

Four Seasons License (Division of Standard Motor)

Fraenkische USA, LP

Freudenberg

Gasbarre Products

Gatewat Industries

General Bearings Corporation

General Motors

Girlock' – Delphi Technologies Intellectual Property License

GM do Brasil

GM France

GM License Exchange

Hubei Auto Motor Factory

Hubei Delphi Automotive Generator

Hyundai Motor Company

Intellectual Property Mining (IPM)

John Ross & Associates

JSP Affiliates

Kaiser Aluminum and Chemical

Kale Oto Radyator

KATCON

KDAC (magna steer)

KDAC (Sublicense) Shye Shyang Mechanical Industrial

KDS Company Limited

Kitco Fiber Optics

Korea Delphi Auto Systems (KDAC)

Korea Delphi Automotive Systems

Korea Delphi Automotive Systems Corp. (KDAC)

Kuo Yih Hsing Enterprise Co. Ltd (KYHE)

Kyungshin Industrial Company Ltd and Bolim

Lear Corporation

Level 9

Lockheed Martin Energy Systems (Oak Ridge Lab)

Lord Corporation Supply and Development Agreement

Magnetoelastic Devices

Manzai (a sub-licensee of KDAC)

Matsushita Electrical Industrial Company

Middle East Battery Company

Mikuni

Moldflow Corporation

Motores y Aparatos Electricos de Durango S.A. de C.V. (fka CIA Industrial Armas)

Moving Magnet Technologies SA (MMT) (France)

Navigation Technologies

NCC Liteflex Donation (National Composite Center)

NCMS Kinetic Spray

NCMS LAV

NSK Limited

Orbital Fluid Technologies

Peng Tan Settlement

R&D Enterprises

Raufoss ASA

Raytheon Company

Saginaw Deutschland

Saginaw Norinco Lingyun Drive Shaft

Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
SDACC
Shanghai Automotive Brake Systems
Shanghai Delco Electronics and Instrumentation Company Ltd
Shanghai Delco International Battery Company Ltd
Shanghai Delphi Auto Air Conditioning Systems
Shanghai Delphi Automotive Air Conditioning Systems Co. Ltd.
Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
Societe Francaise Des Ammortisseurs (DeCarbon)
Stant Manufacturing (Gates)
Steward Inc.
Tai Yue
Takata
Teknit
Test Products, Inc.
TI Group
TI Group (Walboro)
Toyota Motor Company
Trilogy Plastics
Tripac International
UBE Machinery Sales
Unisia Jecs Corporation
Valence Technology Inc.
VDO Control Systems
VDO North America
Wayne State University
Whitaker (from Specialty Electronics)
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Adrian (City of) MI
AEP (Public Svc Co Oklahoma) OK
Alabama Gas Corporation
Alabama Power Co
Amherst Commerce Park    NY
Anderson City Utilities  IN
Brookhaven (City of) MS
Buena Vista Wtr & Swr Dept MI
Burton (City of) MI
CenterPoint Energy Entex MS
CenterPoint Energy Houston TX

Central Power & Light Co  TX
Chemical Reclamation Svcs Inc USA
Cinergy PSI IN
Citizens Gas & Coke Utility IN
Citizens Gas of Westfield  IN
Clinton (City of) MS
Colliers Turley Martin Tckr MO
Columbia Pwr & Wtr Systems  TN
Columbus (City of)  OH
Columbus Southern Power  OH
Commonwealth Edison IL
Constellation NewEnergy  TX
Constellation NewEnergy  WI
Constellation NewEnergy-Gas KY
Consteltn NewEngy Bx 642399 PA
Consumers Energy MI (Detroit)
Consumers Energy MI (Lansing)
Consumers Power  MI
Coopersville (City of)  MI
Cortland (City of)  OH
Dayton Power & Light Co  OH
Dayton Power & Light OH
Dayton Water Dept (City of) OH
Detroit Edison Co  MI
Dominion East Ohio OH
Downers Grove (Village of)  IL
Downers Grove Sanitary Dist  IL
DPL Energy Resources OH
DTE Energy MI
East Ohio Gas
El Paso Electric Co  TX
El Paso Water Utils Pub Svc TX
Entergy (MS Power & Light) USA
EQ-Heritage USA
Erie Cnty Dept Environ Serv OH
Erie Cnty Water Authority  NY
Fitzgerald Wtr Lgt&Bond Com
Flint (City of)  MI
General Motors (Delphi Brokered Gas)
General Oil Company Inc USA
Genesee County Drain Comm.
Georgia Power Company
Henrietta (Town of)  NY
Henry County REMC IN
Heritage Interactive Services USA
Heritage-Crystal Clean LLC USA
HESCO Houston Energy Svcs Co
Indiana-American Water Comp
Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co

| | |
|---|---|
| Indianapolis Water Company | Shelby Twp Dept of Pub Wks MI |
| Irvine Ranch Water District CA USA | Southern California Edison |
| Irwin Electric Membership Corp USA | Tennessee Valley Authority |
| Kokomo Gas & Fuel Company IN | Teris LLC – dba Ensco USA |
| Kokomo Wastewater (City of) IN | Texas Gas Service TX |
| KPL (Western Resources) KS | The Water Works & Sewer Brd |
| Laredo Utilities (City of) TX | Troy (City of) MI |
| Laurel Pub Util (City of) MS | Trumbull County Wtr & Swr OH |
| Lea Land Inc USA | Tulsa Utils Svc (City of) OK |
| Limestone County Commission AL | Tuscaloosa (City of) AL |
| Lockport (City of) NY USA | TXU Energy Retail Company TX |
| Lockport (Town of) NY | TXU Energy TX |
| Lockport Energy Associates NY | United Cities Gas Company TN |
| Magic Valley Electric Coop USA | United Water TX USA |
| Marquette (County of) MI | Upper Peninsula Power Co MI USA |
| Michigan Gas Company MI | Vandalia (City of) OH |
| Military Highway WSC TX | Vectren Energy Delivery IN |
| Mississippi Power Company | Vectren Energy Delivery OH USA |
| Mississippi Valley Gas Co MS | Warren (City of)Util Srvcs OH |
| Monroe Cnty Water Authority NY | Warren City of Pollution Control |
| Montgomery City San Eng Dept OH | Waste Mgmt of Orange County AZ |
| NAO North American Operations USA | Westar Energy KS |
| National Fuel Resources Inc NY | Westfield Public Works IN |
| New Brunswick (City of) NJ | Wichita Falls (City of) TX |
| New Castle (City of) IN | Wisconsin Electric Power Co WI |
| New York Power Authority | Wyoming (City of) MI |
| New York State Elec & Gas NY | Access |
| Niagara Mohawk  NY | American Finance Group |
| NICOR Gas IL | ATEL Capital Group |
| North Alabama Gas District AL | Avaya |
| NY State Elec & Gas | Citicorp |
| Oak Creek (City of) WI | Comdoc |
| Ohio Edison Company | Crown Credit |
| Oil Chem Inc USA | CSA Financial Corp |
| Oklahoma Natural Gas Co USA | CSI |
| Olathe (City of) KS | Dell Financial |
| OneOK Energy Marketing OK USA | Elect |
| Onyx Environmental Svcs LLC USA | First American Capital |
| Orion (Charter Township) MI | First American Capital Mgmt |
| Pepco Energy Services  VA | General Electric Capital Corp |
| Portage Cnty Wir Resources OH | HP Finance |
| PSE&G NJ | ICON Capital Corp |
| Ravena (City of) OH | Kensington Capitol Corp |
| Rineco Chemical Industries USA | LGR Group/CIT |
| Rochester (City of) NY USA | Optimal Leasing Co. |
| Rochester Gas & Electric NY | Pac Rim |
| Roofstown Water Service Co OH | QEK Global Solutions |
| Safety Kleen Oil Services USA | RCA |
| Saginaw (City of) Wir & Swr MI | Repros, Inc. |
| SemcoEnergy Gas Company | UMG Technologies, Inc. |

| | |
|---|---|
| 1401 Troy Associates Limited Partnership | Corp. #19) |
| 2574 E. River Rd. Bldg. 10 LLC | LaSalle National Bank, as Trustee under Trust No. 115897 |
| 500 Commerce LLC | Laurence Tippmann, Sr., Family Limited Partnership |
| Amherst Commerce Park | Liberty Property Limited Partnership |
| Aspire Building, LLC | Mike Hales Real Estate Limited |
| Barrister Executive Suites, Inc. | Nissan Technical Center North America, Inc. |
| Cherokee North Kansas City, LLC | North Renaissance Development LLC |
| Cinergy Corp. | Oil Well LLC |
| City of Laurel, Mississippi | ORIX Warren, LLC / Orix GF Warren Venture |
| City of Tulsa, Oklahoma | Osprey, S.A., Ltd. |
| County of Marquette, Michigan | Raytheon Company |
| Crown Enterprises, Inc. | Realty Investment II |
| D.C. North, LLC | Regus Business Centre Service Agreement |
| DCR Properties IA, LLC | Regus Business Centres Corp. |
| Donald R. Sweeton and Sarah E. Sweeton | Research Properties LLC |
| EnerDel, Inc. | River Road Investments, Inc. |
| First Industrial L.P. | Saginaw Centre Development Company, LLC |
| Ford Motor Land Development Corporation | Sealy RG Valley Buildings, L.P. |
| Fortune Avenue Partnership LLP | Shelby Industrial Investors-II, LLC |
| GAR Properties, LLC | Tawas Industries |
| GBG2, LLP | The Industrial Development Board of the City of Athens, Alabama |
| General Motors Corporation | |
| Germain's Technology Group Custom Coating and Enhancements, Inc. d/b/a Germain's Technology Group (f/k/a Seed Systems, Inc.) | The Industrial Development Board of the City of Tuscaloosa, Alabama |
| ITW Mortgage Investments IV, Inc. | TR Butterfield Trail Corp. |
| JCR Investments, LLC | Universal Tool and Engineering Company, Inc. |
| John E. Benz & Co. | Universal Tool and Engineering, Inc. |
| Killam Industrial Development Partnership | Visteon Corporation |
| Killam Industrial Development Partneship, Ltd. | Weingarten Realty Investors |
| Kilroy Realty, L.P. (successor in interest to Limar Realty | Wells Operating Partnership, L.P. |

## Counterparties to Major Leases

| | |
|---|---|
| Germain's Technology Group | Kilroy Realty, L.P. |
| Germain's Technology Group Custom Coating and Enhancements, Inc. | Seed Systems, Inc. |

## Other Miscellaneous Interested Parties

| | |
|---|---|
| Consumer Electronic Product Line | Vehicle Electronic Product Line |

## Parties to Litigation and Their Counsel (for claims of at least $500,000)

| | |
|---|---|
| ABATE - CECo GM | Aldridge, Brenda |
| Abernathy, Sonja | Allison, Carl |
| Abood, Andrew P. | Anderson, Russell, Jr. |
| Abrego, Everado | Anglo Metals, Inc. |
| Adams, Thomas E. | Apple |
| AEC | ARC CADH |
| AFL CIO CLC | Arnold & Porter |

| | |
|---|---|
| ASEC France | ESS, Inc. |
| Ashburn, William | Eton Corporation |
| Aubert, Harold | Evans, Terrence |
| Aziz, Salman | Executive Loan Program |
| Bancomer et al | Fabricated Metals |
| Barner, Richard | FAG Automotive Inc. |
| Bastien, Amy C. | FAG Bearing Limited |
| Baxter, Rachel | Fague, Terence L. |
| Beck, Daniel P. | Farmers' Marketing Service |
| Bellis, Katherine | Fiber Optic Fund Class Action (Litigation Group) |
| Bernstein, Sidney | Fiber Systems International, Inc. |
| Berthold, Cindy Lee | Fischbein, Peter D. |
| Birdyshaw, Mike | Fligstein, Michael |
| Blaesi, William | Flora, Betty J. |
| BMC Holding Corporation | FLSA |
| BMC West | Fosbre, Frank J. Jr. |
| Bond, Donald W. | Foster, Kimberly |
| Bond, Teresa G. | Fouche, Kim |
| Brady, Larry | Fournier, Connie |
| Brittingham, David | Franklin, Gordon |
| Brittingham, Julie | Fromm, Pamela |
| Budak, Anthony F. | Garvey, Robert F. |
| Burdette, James | Garvin Glass |
| California, Irvine | Gavia, Felipe F., Sr. |
| Central Bank of Brazil | General Motors Daewoo Auto and Technology |
| Chilton, Alfred | Givens, Robert |
| Citibank Texas, National Association | GM & International |
| Clark, Charles | Greenwood, Edward Joseph |
| Clark, Martina | Gross, Lisa |
| Clash, Klemchuk, Roach & Powers LLP | Guevrra, John |
| Coleman, Michael | Gum, Mano |
| Coletta, Vincent J. | Hagan, Mansel |
| Conwell, Wayne | Hanline, William D. |
| Corvette | Hanners, Carolyn |
| Coy Glass | Harley Brakes |
| Daewoo | Harper, William |
| Dangerfield, Shawn | Harris, John |
| Delco Remy America (DRA) | Hassett & Donnelly, PC |
| Dickerson, Brian | Haveles, H.P. |
| Diniz, Mauro Lucio | Heathco, Mark |
| Dolce, Frank J. | Howrey LLP |
| Dotson, Pamela K. | Howrey LLP |
| Dougherty, Chad | Hudson, Linda |
| Drillock, Linda | Hurst, Bryon |
| DSSG | Hurst, Teresa |
| Dynamic Sciences International | Hyder, Michelle |
| Eaton Corporation | ICG |
| Edwards, William P. | In re Terazosin Hydrochloride Antitrust Litigation |
| Electrical Systems Motors | Indiana, Kokomo |
| Emonds, Douglas J. | Invensys |

| | |
|---|---|
| Itabirito Plant | McDermott, Jon E. |
| IUE CWQ | McKee, Stephen M. |
| IUE - CWA | McMillion, Anna |
| Jakupco, Richard J. | Merrick, Steven |
| James, Edith C. | Metaldyne 2005 Contract |
| Jarzyniecki, Philip | Middleton, Randal A. |
| Jeanniard | Miller, Daniel A. |
| Jenkins, Shontea | Mills, Jason |
| Johnson, Freddie L. | Ministerio Publico |
| Jolly, Norman | MIOSH |
| Jones, Norman | Mohamed, Farag |
| Jones, Vanessa | Moore, Gene T. |
| Jordan, Martin J. | Moreira, Luiz Alberto |
| Joyal Products, Inc. | Moretti, Lucia V. |
| Junkin, Harrison & Junkin, PC | Morganite |
| Junkin, Samuel W. | Moser, Janet E. |
| Kelely, Tasha | Motley, Rosalyn |
| Kelley, Charles (Estate of) | Mubea, Inc. |
| Kelley, Sharon | Multifunction Switch |
| Kelly Koszewski et al | Myers Gell, Judith |
| Kenna Technical Services | MyFi Battery Fires |
| Kenna, William | Neubauer, Bridget A. |
| Kessler, Thomas | Newman, Tina |
| Khan, Kim N. | Nguyen, James H. |
| Kirsch, Paul C. | O'Bryan, George M. |
| Knighton, Gregory James | Olson Tooling |
| Knisley, Richard W., II | O'Neill, Wallace & Doyle, P.C. |
| Kowalski, Richard | Orlik, Eva M. |
| Krupp-Hoersch | Osowki, Linda |
| Kucklemam, Karl | Padilla, Afredo Z. |
| Kulinec, Charles Francis, Jr. | Paula, Ana |
| Kumiega, Kenneth J. | Peace, Bernadine |
| Laborsource 2000, Inc. | Penley, Brian L. |
| Lamb, Daniel | Peters, Larry C. |
| Lawson, Walter Keith | PODS |
| Lazor, Daniel | Polito, Michael A. |
| Lea Miles, Rebecca | Powertrain |
| Lee, Clyde, Jr. | Prusheik, Stacey |
| Legorreta, Daniel | Reno, Joseph |
| Leslie, Mike | Rhodia Patent Assertion |
| Lewis, Robert | Rosen, Paul |
| Lindberg, Matthew G. | Rosen, Ruben J. |
| Lisa J. Leebove | Rowel, Lynn |
| LoPrete, Kent | Rudzik, Rebecca |
| Lyon, Donald M. | Ruhenkamp, Nicole M. |
| Lyons, Brian | Rule, Hilary |
| Mahle, Brian | S "nia Aparecida da Silva |
| McAleer, Adrian | Sammons, Leon |
| McBride, Diana B. | Sanko |
| McCree, Robin | Savage, Darrin |

| | |
|---|---|
| Sax, M. Beth | Wilson, Donna R. |
| Schlicher, Cindy Lee | Wilson, Mark |
| SEC | Wong, Chris |
| SEC-OPEB | Woodson, Harold |
| Segway Cancellation Claim | Woodward, Bryce |
| Seipke, Isabelle | Xandex, Inc. |
| Seldeen, William L. | Yang, Peter |
| Seskin, Lauren | York, Thomas, Jr. |
| Sharp, Dennis | Young, Lee |
| Sherbin, Joshua A. | Young, Michael S. |
| Short, Jodi Lynn | Yount, Loretta |
| Simons, R. Nicholas | Allied Material |
| Smibert, Jon R. | Amak Brake LLC |
| Smith, Erisha | American Axle & Mfg Inc |
| Smith, Lori | ArvinMeritor |
| Smith, Mary | Bentley-Rolls Royce |
| Snider, Michael K. | BMW |
| Sobel, Jonathan F. | Borg-Warner |
| Spahn, Jeff C., Jr. | BorgWarner Turbo Systems |
| Spencer, Theresa L. | Bosch |
| State of Minas Gerais | Bryce Woodward |
| State of New York Solvent Chemicals | Calsonics |
| Stec, Jennifer M. | Collins & Aikman |
| Stewart, Alex S. | Custom Energy |
| Stewart, Andrew | CWI |
| Stites & Harbison, PLLC | Daesung Relay |
| Stonehouse Rentals, Inc. | Daewoo International |
| Stoughton, Jeff | Daimler Chrysler |
| Strzebniok, Jan | Dana Corp Global Production WHS |
| SungWoo-GPS | Dana Corp Sealing Division |
| Tauzin, Vanessa | DCX |
| Taylor, Jonathan B. | DMS Eur |
| Torabi, Alan | DMS NA |
| Torsky, Norma Jean | Engelhard Corporation |
| Truscio, James | Engelhard/NGK |
| TRW Dispute | Enterprise Automotive Systems |
| Valeo North American Corporate | Epsilon |
| Van Dusen, Tom | Faurecia |
| VanAmburg, Shawn | Faurecia Exhaust Sys Inc |
| Vance, Richard | Ferro Electronics Material Systems |
| Vandale, Tammy A. | Ford |
| Vasquez, Joe R. | Ford Australia |
| Viviano, Joe | Freightliner |
| Walter, Kevin R. | General Motors |
| Walter, Stanley J. | GM |
| Warren M. Pulner | GM Daewoo |
| Weiler, William S. | GM DAT |
| Whitney, Gary | GM DAT Daewoo |
| Williams, Steven | GM DBC |
| Wilson, Clyde | GM do Brasil |

| | |
|---|---|
| GM Epsilon | Aimtronics Corporation |
| GM Europe Opel | Alfaro, Jos C. |
| GM Holden | Allegheny Rodney |
| GM Shanghai | Allegre Dong AH |
| GM SPO | Alumalsa |
| GMDAT | AM General Steering Gear |
| GMNA | Ambrake |
| GMPT | American Axle |
| GMSPO | American Electronics Components a/k/a AEC |
| GMSPO-CWI | Ana Paula C ƒndido |
| GMT 201 | Anorve, Juan |
| Harco Industrial Supply Inc | APC and Sundram |
| Hitachi High Technologies | Arbogast, Michael A. |
| Honda | ARC CADH ( Auto Ignition Issue) |
| Honeywell ACS Sensing & Control | Asherbranner, Jennifer T. |
| Hubert Steuken GmbH & Co KG | Associated Springs & Barnes Group, Inc. |
| Hyundai | Automotive Technologies International |
| International | Automotive Technologies International, Inc. |
| International Truck | Ayusa |
| Kautex | B & F Enterprises |
| KIA | Baldwin, Sandra L. |
| Korean Tech Center | Bancomer |
| Land Rover | Barnes, Cleary |
| Linamar Performance Center | Bartell, Greg |
| Mahle Sistemas de Filtracion de Mex | Batson, Benjamin |
| MBUSI | Beck, Bobby |
| Miniature Precision Components | Bendix ABS Fires |
| Motorola | Beuke, Robert L. |
| Nissan | Bex, Russell |
| Opel | Bishop, Sr., James Denson |
| PBR Automotive Pty Ltd | Blas, Cassandra E. |
| PBR Columbia LLC | Boulden, Cristal |
| Philips / Solectron | Bradley, Phyllis Jean |
| Pixley Richards Inc | Brady, Billy W. |
| PSA | Brewer, Mary M. |
| Saginaw | Brown, James Lee |
| Siemens | Brown, Jonathan |
| Siemens VDO Automotive Inc | Buis, James |
| Siemens VDO SA de CV | Cadillac |
| Switec | Campbell, Robert R. |
| Tawas Industries | Canter, Richard |
| TI Automotive | Carlos Alberto Nogueira Marques |
| Toyota | Celso Gonzalves Viana |
| Toyota Motor Manufacturing NA Inc | Central Bank of Brazil Fine |
| Trelleborg Automotive | Chapa, Israel |
| Triumph / Whirlaway | Chase-Orr, Kimberly |
| Volvo | Chemetco |
| Wabash Technologies Inc | Chieftain Contract Services |
| A&O Mold & Engineering, Inc. | City of DelRay Beach Police and Firefighters Retirement System |
| Adams Oil | Clones, Donald |

Clorex
Clorex S.A.
Condutelli
Cook, Sylvia
Corus S.EC./L.P
Corvette Steering Column Lock (Steering Column Lock '99-'04 Corvette)
Custom Energy, L.L.C.
DACTEM
Daewoo Cam Sensor
Daimler Chrysler
Daniel Legorreta
Datappli, Inc.
Davis, Robert E., II
Delphia
Delphia Produtos El, tricos Ltda.
Demet
DHB-CA
Diavia Belgian Distributor
Dotson, W. Douglas
DSL
DuraSwitch
Eaton Bi-State Valve Claim
Eaton Corporation (Defendant)
Eftec North America, LLC
Electrical Systems
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Jr., Arlis M.
Energy Conversions Systems (ECS) formally known as Morganite
Ennis, Donald
Estate of Lannon
Ethanol Coolant
Ethylene Propylene Diene – Anti Trust Litigation
Eton Corporation (Defendant)
FAE
FAG Bearing Limited (a/k/a FAG Automotive Inc.)
Fiber Systems International, Inc. (Ernie Gonzalez)
Financial Services of America, L.L.C.
First Technology
Flasher Module (2004 Envoy)
Flex-Tech
Folck, Neal C.
Ford
Fractured Pitman Shaft (Humvee)
Full Circle Services
Furukawa Electric North America APD, Inc. (Defendant)
Gabriel v/ Delphi Catalyst France
Gabrielle, Lori J.

Gaines, Ira
Gillette, Edward A.
Glass, Garvin
Global Minerals and Metals Corporation
GM & International
GMT 800
GMT 900
Greystone
Groce, Kelly R.
Gualandi, Kevin
Gulf Coast Bank & Trust Company
H.E. Services Company
Hahn Elastomer
Hammer, Edward
Harco Industries, Inc.
Hillman, Robert
Hirschmann Electronics GmbH & Co.
Hoyt, Arthur C.
Hubbard, Clarence E.
Hummer
Hunter, Clemie
Hurley Packaging of Texas, Inc.
ICMS
Ignition Relay
Infonavit
INSS
Itabirito Plant (FEAM)
Jarzyniecki, Philip
Jevicks, Teresa
Jones, Leland
Jones, Rodger
JV Products
Katzkin Leather, Inc.
Kostal of America, Inc
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
L&W Stamping, Inc.
Laneko
Lemon Bay Partners
Linerboard Antitrust Class Action
Litex Inc.
LK Nagano Sistemas Automotivos Ltda.
Luiz Alberto Moreira
Lunt Manufacturing Co., Inc.
MacDonald Industrial Products
Magnesium Aluminium Corporation
Manns, Debra A.
Manufactured Products Corporation (MPC)
Mariana Inˆs de Souza

Marsh & McLennan Cos.

Martinez, Javier

Martinez, Jose Angel Mata

Mauro L£cio Diniz

McPhall, Amber

Metaldyne

MetroCal, Inc.

MG Rover

Ministerio P£blico

Minnick, Ralph D.

Missing Press Parts

Mitchell, Margaret B.

Mochty, Ronald J.

Modine

Morganite Incorporated Class Action

Morrison, Thomas

Mortensen, Philip Bradley

Motorgil Distribuidora de Auto Pe‡as, Ltda.

MTD Technologies

NBR

Newton, David

NGK

Novakovic

Novo Rio Baterias Ltda

Nu Tech Plastics Engineering, Inc.

O'Neill, Mary P.

O'Brien, Michael L.

Onsalma

Opel Hungary/GMPT

Paragon/CJR

Parkview Metal Products

Partridge, Steve

Patent Holding Company

Pennington, Jeff

Phelps, John W.

Phillips, Robert

Power Outage

Priest, Aaron

Proud, Douglas

Quake Global, Inc.

Quinn, Larry

Raphael, Naomi

RBC Bremen Bearing, Inc.

Reilly, Jr. Thomas A.

Reliable Castings

Rhodia

Rio Bravo Occupied Worker Housing

Roberto Mageste de Abreu

Ross, Marion

Rowley, Donald

Royal Freight, L.P.

Russell, Thomas

S˝nia Aparecida da Silva

Saturn

Schunk Graphite Technology, Inc.

SCRC

SEC (EDS Contract)

SEC (MSC Software Corporation)

SEC (OPEB)

Sedberry, Joyce

Segway

Sharp, Daniel

Shaw, Martin L.

Siemens GEN III

Siemens VDO

Siemens VDO Automotive (SVDO)

Smith, James O.

Smith, Louis

Smolik, Lillie

South Trust Bank

Stafil

Stansbury II, Robert L.

Stejakowski, Dennis

Stone, Caylena

Stonehouse Rentals, Inc. (Teresa G. Bond)

Strategic Distribution Marketing De Mexico, S.A. de C.V.

Stuck, Ronald P.

Takata-Petri AG

Tatum, Jefferi

TCFA

Terazosin Hydrochloride

Textron (Kautex)

Thailand-E&C-Sanko Claim

Timken (Brazil)

Trovan

TRW

Tuthill, Rusty

U.S. Aeroteam, Inc.

Valeo Switches and Detection Systems, Inc.

Vasquez, Joe R. d/b/a Farmers' Marketing Service

Volvo

Waldo, Richard L.

Weber, Herman

Weyer, Frank

Wheeler, Bruce C.

Whitehead, Anthony

Whitmire, Steven Lee

Williams, Modina

Willis, Steven

Wilson, Steven E.

| | |
|---|---|
| Woodward Diesel Pump | Fire, Arndt & Danborn PC |
| Wright, Eugene A. | Fitch, Even, Tabin & Flannery |
| Yates, Dale A. | Frank J. Dolce, Esquire |
| Yount, Loretta | Franklin & Greenfield LLC |
| Zwick | Gainey & McKenna |
| Chapman, Lewis and Swan | Gene T. Moore, Esq. |
| Clifford Law Offices | Gilardi & Co., Inc. |
| Fieger, Fieger, Kenney and Johnson | Gilbert, Frank, Ollanik & Komyatte, P.C. |
| Johnson, Rasmussen, Robinson & Allen | Greak & Smith, P.C. |
| Meyer and Williams | Guel, Mills, Nims & Pylman LLP |
| Thomas, Garvey, Garvey and Sciotti | Hagens Berman Sobol Shapiro |
| Abbey Gardy, LLP | Hardwick & Knoght |
| Afredo Z. Padilla, Esq. | Hertz, Schram & Saretsky, P.C. |
| Alen J. Counard, P.C. | Hilary Rule |
| Alexander Logan & Hunt | Hoagland, Longo, Moran, Dunst & Doukas |
| Andrew P. Abood, Esq. | Holden, Kindwell, Hahn & Crapo, P.L.L.C. |
| Archer & Greiner | Howard Langer, Esquire, Golumb Honik & Langer |
| Barry D. Adler, Esq., Adler & Associates | Jenner & Block |
| Beck, Redden & Secrest | Jennifer M. Stec, Intellectual Property Counsel, FGTL – Office of the General Counsel |
| Beers, Anderson, Jackson, Patty & Van Heest, P.C. | |
| Berg Hill Greenleaf & Ruscitti LLP | Johnson, Rasmussen, Robinson & Allen, P.L.C. |
| Bleakley, Cypher, Parent, Warren & Quinn, P.C. | Jolly, Esq. Norman |
| Blecher & Collins, P.C. | Kaplan Fox & Klisheimer LLP |
| Bodman, Longley & Dahling, LLP | Karl Kucklemam |
| Cady, Mastromarco & Jahn, P.C. | Keller Rohrback, L.L.P. |
| Canales & Simonson, P.C. | Ker, Russell & Weber |
| Carrigan, McCloskey & Roberson, LLP | Kimberley & Miles, P.C. |
| Casper & Casper | Langston Sweet & Freese |
| Cellino & Barnes, P.C. | Laudig George Rutherford & Sipes |
| Chadbourne & Parke LLP | Law Office of Carlos E. Hernandez, Jr. |
| Chapman, Lewis & Swan | Law Office of Klari Neuwelt |
| Clash, Klemchuk, Roach & Powers LLP | Law Office of Leon Russell, P.C. |
| Clifford Law Offices, P.C. | Law Offices of Brian M. Felgoise, PC |
| Clouse Dunn Hirsch LLP | Law Offices of Charles J. Piven, P.A. |
| Cohen, Milstein, Hausfeld & Toll, P.L.L.C. | Law Offices of G. Lynn Shumway |
| Cole, Cole & Easley, P.C. | Law Offices of Maloney & Campolo |
| Compliance Counsel, Lear Corporation | Lerach Coughlin Stoia Geller Rudman & Robbins LLP |
| Coolidge, Wall, Womsley & Lombard, LPA | Lester, Schwab, Katz & Dwyer |
| Couzens, Lansky, Fealk, Ellis & Lazar PC | Levin Simes & Kaiser LLP |
| Covington & Burling | Lewis & Lewis, P.C. |
| David A. Hodges, Esq. | Lewis Brisbois Bisgaard & Smith LLP |
| Davis & Davis | Lieff, Cabraser, Heiman & Bernstein, LLP |
| Dockins Turnage & Banks | Linda Drillock, Esq. |
| Donald W. Bond, Esq. | Lisa J. Leebove (Pro hac vice) |
| Douglas J. Emonds, Esq. | Liss & Shapero |
| Dyer, Garofalo, Mann & Schultz | Locke Liddell & Sapp, LLP |
| Elwood S. Simon & Associates, P.C. | Lowey Dannenberg Bemporad & Selinger, P.C. |
| Everado Abrego, Esq. | M. Beth Sax |
| Faruqi & Faruqi, LLP | Marian P. Rosner, Esq., Robert C. Finkel, Esq., Carl L. Stine, Esq. |
| Finklestein & Krinsk, LLP | |
| | Mark Wilson, Esq., Attorney At Law |

Mastromarco & Jahn, PC

McTigue Law Firm

METLIFE, Michelle Constandse, Esq.

Miller Faucher and Cafferty LLP

Miller Shea P.C.

Miro, Weiner & Kramer

Moore, Walters, Thompson, Thomas, Papillion & Cullens

Morgan & Meyers PLC

Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.

Much Shelist Freed Denenberg Ament & Rubenstein, P.C

NBR Antitrust Litigation (Crompton), c/o Gilardi & Co., LLC

O'Neill, Wallace & Doyle, P.C.

Parmenter O'Toole

Peter D. Fischbein, Esq.

Polsinelli Shalton Welte Suelthaus, PC

Price Potter Jackson & Mellowitz PC

Primary at Johnston Bartin is John Sheffield

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Richard Hawkins & Young, LLP

Robert F. Garvey, Esq., Daniel P. Beck, Esq.

Robins, Kaplan, Miller & Ciresi LLP

Roetzel & Andress

Rogers County District Attorney, Assistant D.A. Patrick Abitbel

Sallee Law Firm

Schatz & Nobel, P.C.

Schwartz Law Firm, P.C.

Scott & Scott, LLC

Sheila M. Bossier PLLC

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

Sherrie Savett, Esq.

SimmonsCooper, LLC.

Smith, Spires & Peddy, P.C.

Spector Roseman & Kodroff, PC

Squitieri & Fearon, LLP

Stanley J. Walter, Esq.

Statman Harris Siegel & Eyrich LLC

Stephen F. Wasinger PLC

Stewart & Stewart

Terence L. Fague, Esq., Nicole M. Ruhenkamp, Esq.

Thacher Proffitt & Wood

The Ackerson Group

The Padberg & Corrigan Law Firm

The Roth Firm

Thomas, Garvey, Garvey & Sciotti, P.C.

Thompson & Knight

United States Attorney's Office, Southern District of Texas

Vanessa Tauzin, Paris Counsel

Varnum Ridderind Schmidt Howlett

Warren M. Pulner – Attny at Law

Weaver & Young

Wechsler Harwood LLP

Weitz & Luxenberg, P.C.

William Alcosta PLLC

William S. Weiler, Esq.

Wolf Halenstein Adler Freeman & Hertz LLP

Yaldo & Domestein, P.L.L.C.

Young & Susser, P.C.

Yzaguirre & Chapa

Zelle, Hormann, Voelbelm, Mason & Gette LLP

Bailey Cavalieri LLC

McCaslin, Imbus & McCaslin

McGuire Woods

Tucker Ellis & West

Arnold, James Jr.

Avarette, Bessie

Baxter, Daniel

Berry, Doris

Bhones, Diane

Brantley, Shalonda J.

Britt, Stephanie

Brooks, Diane

Brooks, Marvin

Brooks, Shameila

Brown, Celestia

Buchanan, Rufus O.

Burch, Amy R.

Butler, Daisy J.

Campbell, John E.

Chivers, Kathy L.

Cockrane, Ameatha

Colbert, John E.

Copeland, Huey G.

Davis, Janetta

Droman, Rick

Dukarski, Katherine

Dutton, William Boyd

Farmer, Darryl G.

Fields, Charlotte

Foster, Kim L.

Gaddis, Tracy

Garcia, Jessie L.

Gilyard, Jonnie

Glass, Coy

Glynn, Marcus

Gonzalez, Phillip

Gordon, Patricia

Harden, John W.

Hardy, William

Hassel, Claudette M.

| | |
|---|---|
| Hernandez, Gloria | Wolan, Lea |
| Herndon, Laura V. | Woodard, Anthony |
| Herndon, Laura V. | Young, Karl L. |
| Hills, Donald L., Sr. | Young, Michael |
| Hood, Constance | Allstate Insurance |
| Hood, Kelli | Brenda Aldridge |
| Howard, Mark | Brian Dickerson |
| Johnson, Ruth | Byron and Teresa Hurst |
| Johnson, Shanellie | Carl Allison |
| Jones, David | Chad Dougherty |
| Jones, Lonnie | Darrin Savage |
| Josey, Anita | Donna R. Wilson |
| Julias, Steven | James, Edith C. |
| Kowallek, Daniel E. | Orlik, Eva M. |
| Latimore, John L. | Felipe Gavia, Sr. |
| Little, Robert W. | Johnson, Freddie L. |
| Lumpkin, Robert J. | Gary Whitney |
| Lunn, Richard | Gwendolyn J.M. McCallum, fiduciary of the Estate of David B. McCallum |
| Massey, Patricia | Harold Woodson |
| Matter, Phillip | Burdette, James |
| McCullough, Amy M. | Nguyen, James H. |
| McDonald, Wilfred A. | Jodi Lynn Short |
| McMillion, Anna | Joseph Reno |
| Mulligan, Charles D. | Judith Myers-Gell |
| Ondo, Anthony C. | Julie Brittingham and David Brittingham |
| Owens, Donna | Kenneth J. Kumiega |
| Peters, Jerry | Foster, Kimberly |
| Pickett, Mary | Lori Smith |
| Powell, Charlene | Lynn Rowel |
| Qualls, Debbie L. | Mary Smith |
| Reyes, Daniel | Michael A. Polito |
| Samacki, Rachel | Coleman, Michael |
| Shanks, Carol | Michelle Hyder |
| Sherban, Daniel | Folck, Neal C. |
| Surles, Brenda | Jones, Norman |
| Swain, Andrew | Paul C. Kirsch |
| Taylor, Kenneth | Paul J. Turinsky |
| Thomas, Demetrius | R. Nicholas Simons |
| Thompson, Maria N. | Ralph Wood |
| Todd, William N. | Givens, Robert |
| Turinsky, Paul J. | Rosalyn Motley |
| Vincent, Leo J. | Ruben J. Rosen |
| Walker, Joyce | Russell Anderson, Jr. |
| Warner-Eno, Leslie A. | Sharyl Carter |
| West, Roleda | Sonja Abernathy |
| Whitaker, Samuel F. | Stacey Prusheik |
| Williams, Lester | Stephen M. McKee |
| Wilson, Loretta | Terrence Evans |
| Winbush, Meatha | |
| Wisehart, Rhonda | |

The Estate of Charles Kelley, by the executrix Sharon
Kelley and Sharon Kelley individually and as next friend of
Emily Kelley and Anna Marie Kelley, minor children

Theresa L. Spencer

Tina Newman

Vicki Lynn Marion, as Personal Representative of the
Estate of Mark Marion

Walter Keith Lawson

Atul Pasricha

Blahnik, John

Catherine Rozanski

Dawes, Alan

Donald Runkle

Fligstein, Michael

Free, Paul

Gonzalez, Ernesto (Ernie)

Harris, John

Isabelle Seipke

J.T. Battenberg

Katherine Bellis

Kent LoPrete

Laura Marion

Mantese, Joseph Vito / Lease Plan USA

Margaret Fukuda

Milan Belans

Novak, Barbara Griffin

Peter Janak

Rachel Baxter

Sheehan, John

Steven Merrick

Tinell, Frankie

William Harper

Chemical Waste Management, Inc.

CSX Realty Development

Danis Environmental Industries, Inc.

Diversified Environmental Management Company

Fluor Corporation

The Danis Companies

Tremont Landfill Company

Waste Management, Inc.

ABATE - CECo

Adrian

Alan Torabi

Alice Aparecida Lima dos Santos

Allegheny Coatings

Alternate Resource, Inc.

Amy C. Bastien

ATT

Austin Group, LTD

Automotive Applied Technologies Limited

Automotive Technologies Inc.

Bedrin, John

Bernadine Peace

BMC Holding Corporation d/b/a BMC West and BMC
West

Brian Mahle

Bridget A. Neubauer

Bryan, Greyson

Building Material Holding Corporation

Bulk Terminals, Inc.

C&J Industries

CDA Consulting, Inc.

CED, Inc. dba All-Phase Electric Supply

Charles Francis Kulinec Jr.

Chris Wong

Cindy Lee Schlicher, nka Cindy Lee Berthold

Circle Plastic Products, Inc.

Cloncs, Donald

Clyde Lee, Jr.

Conrad, Dean F.

Cox, Jon C.

Crown City Plating Company

CWA

da Silva, Rosa L£cia

DaimlerChrysler Corporation, et al.

Delco Remy America (DRA)

Dennis Sharp

Denso Corporation

Devlieg Boulevard II, Inc.

Djalma Pereira da Silva

Elco Textron Fastening Systems

Elco Textron, Inc.

Eli,rcio Aparecido de Souza

Erica Maria Martins Ribeiro

ESS, Inc.

Essedue

Eugene Wright

Executive Loan Program - MI

Farag Mohamed

Federal Mogul

Fleming, Joseph A.

Flora, Betty J.

FLSA Investigation, Kettering

Ford Motor Company

Fouche, Kim

Fournier, Connie

Freudenberg - Purge Valve Patent Litigation

Gann, Robert Edwin

General Motors' Discovery

GfH

Gimpex

Goben, Mirella

Grundig Multimedia B.V.
Gutjahr, Michael
H.E. Services Company
Hanna, Terry
Harco Industries, Inc.
Harold Aubert
Hayes Brake
Hayes Lemmerz International, Inc.
Hoover Precision Plastics
HPI
Hutchinson Seal
ICG - Bracket Shortfalls
IMSS
Infonavit
InfoServices, Inc.
Irvine
IUE
IUE Moraine Umpire Appeal
Jakupco, Richard J.
Jeanniard
John Guevrra
John Petrie
Johnson, Jana C.
Karlin, Lawrence
Kelly Koszewski
Key Plastics
Kim N. Khan
Knisley, Richard W. II
L&W Stamping, Inc.
Lear Corporation
Leon Sammons
Linda Osowki
Litex
Lockheed Martin
Logistics Solution Group S.A.de C.V.
Lucia V. Moretti
Luciana C. Colpas Leite
Mano Gum
Mansel Hagan
Maria Angela da Rocha
Maria Aparecida Silva
Maria Jos, Costa do Carmo
Mark Heathco
Martin J. Jordan
Martina Clark
Matamoros
McCree, Robin
MCI Telecommunicaitons Corporation
Means Industrial, Inc.
Merritt, James and Bonnie

Michael K. Snider
Michael S. Young
Mike Birdyshaw
Mike Leslie
Miller, Daniel A.
Mills, Jason
Milwaukee Design Center
MIOSH No. 125123380
Molex Cost Recovery Disputes
Motorola Quadrasteer
Nabco
Nesco
O'Bryan, George M.
Orlick Industries, LTD
OSHA Recordables
Palmer, Cindie L.
Pamela K. Dotson
Peter Yang
Petrie Household Goods Claim
Phelps, John W.
P-K Tool & Manufacturing
Poitra, Tammie
Praxair (Flametal) Italian Litigation
Praxair Surface Technologies
Pritchard, Deborah Brown
Productivity Point International, Inc.
Public Lighting Authorities
Radiation Issue
Rebecca Lea Miles
Rebecca Rudzik
Republic Waste Industries, Inc.
Reynosa
Richard Barner
Richard Kowalski
Robinson Cartage Company
Sharon Kelley; (Estate of) Charles Kelley
Shawn VanAmburg
Sherer Electric
Shontea Jenkins
Sistemas El,ctricos y Conmutadores - Instituto Mexicano del Seguro Social
Solvent Chemicals
State of New York
Steven Williams
Stoughton, Jeff
Strattec Security Corporation
SungWoo-GPS matter
Superfund - Anglo Metals, Inc.
Talbot Case
Tammy A. Vandale
Tasha Kelely

| | |
|---|---|
| Tenneco Automotive | Daniel Lamb |
| The Chamberlain Group, Inc. | Diana B. McBride |
| Thomas York Jr., | Edward Joseph Greenwood |
| Ticona | Franklin, Gordon |
| Timken (Brazil) | Gregory James Knighton |
| Torsky, Norma Jean | Industrial Div. of the Communications |
| Toyota Motor North America, Inc. | International Brotherhood of Electrical Workers |
| Trico | IUE/CWA Local 755 |
| Truscio, James | IUE-CWQ |
| TRW | Joyce Walker |
| TRW Automotive | Kevin R. Walter |
| TRW Automotive Products, | Larry Brady |
| United States - DSSG Purchase Order Overpayment | Larry C. Peters |
| United States - Infratrol Cure Ovens - Breach of Warranty | Lee Young |
| Valeo Electrical Systems, Inc. | Lewis, Robert |
| Vasquez, Joe R d/b/a/ Farmers' Marketing Service | Linda Hudson |
| VEHVAC | Lisa Gross |
| Ventra - Tech | Local 1097 |
| Vincent J. Coletta | Local 663 |
| Watkins Motor Lines | Local 663 Electrical Workers |
| William Ashburn | Lonnie Jones |
| William Blaesi | Philip Gonzalez |
| William Jensen | Randal A. Middleton |
| William P. Edwards | Wayne Conwell |
| Wood, Ralph | William D. Hanline |
| AFL-CIO | Workers of America |
| AFL-CIO-CLC | Brittingham, Julie & David |
| Alex S. Stewart | Estate of Stella Demeniu |
| Anthony F. Budak | Grimes, Rita |
| Brian L. Penley | O'Neill, Mary P. |
| Brian Lyons | Quinn, Larry |
| Clyde Wilson | Shannon Shaw, Martin L. |

## **Professionals of Debtors and Affiliates (attorneys, acountants, investment bankers, consultants for the past three years, excluding those Professionals that Charge less than $100,000.00 in Annual Fees)**

| | |
|---|---|
| 4GEN | Aisec United States Inc. |
| A.S.K. Services, Inc. (Canton, MI) | AIT Group |
| a/k/a Danzas AEI Customs Brokerage Services a/k/a Danzas AEI Intercontinental (Southfield, MI) | Akin, Gump Strauss, Hauer & Feld, L.L.P. |
| | Alix Partners, L.L.C. |
| Acton Corporation | Allen J. Oh dba Law Office of Allen J. Oh |
| Adam Opel | Alliance of Automobile |
| Adams & Adams | Alvarez, Notzon & Gutierrez, L.L.P. (Laredo, TX) |
| ADR Options, Inc. | American Appraisal Associates |
| Ahearn & Soper Co INC | American Red Cross |
| Air Academy Associates | American Supplier Institute |
| Air Academy Press & Assoc. | AmeriClerk Inc. dba Contract Counsel (Royal Oak, MI) |
| Airway Research, Inc. | (Contract Employees) |

Anderson Economic Group (East Lansing, MI)
Anne Murphy Patent Services (Arlington, VA)
Antonelli Terry Stout & Krause, LLP
Aon
Arent, Fox, Kintner, Plotkin & Kahn (Washington, DC)
Argo
Ariane Ingenierie
Ariba
ASI (American Supplier Institute)
ASI Consulting Group LLC
ASI LLC
ASI, Shainin (ICIM)
Asset Management Resources, Inc.
Asset Mgt Resources Inc.
Association of Business Advocating Tariff Equity
(A.B.A.T.E.)
AT Kearney
Audita
AVL NORTH AMERICA IN
Ayco Company LP
Baker & Daniels (Indianapolis, IN)
Baker & McKenzie Abogados, S.C.(MEXICO)
Baker & McKenzie LLP
Baker & McKenzie LLP (Chicago, Illinois)
Baker & McKenzie LLP (UK)
Baker & McKenzie LLP (Washington, D.C.)
Baker Botts LLP (Washington, DC)
Balch & Bingham LLP - AL (Birmingham, AL)
Banner & Witcoff, LTD (Chicago, IL)
Barnes & Thornburg (Indianapolis, IN)
Barnett Associates, Inc. (Garden City, NY)
BBK., Ltd.
BBK., Ltd. (Southfield, MI)
BDO Seidman, LLP
Bede & Associates
Bell Anderson & Sanders LLC (Lugana Beach, CA)
Bellinger Donald
Benson Engineering
Beusse, Brownlee, Wolter, Mora & Maire, P.A.
Bevco Solution Strategies
Bharat S. Raut and Co.
Bharatji Agrawal (Advocate)
Bickerstaff, Heath, Smiley,Pollan, Kever & McDaniel,
L.L.P (Austin, TX)
Bliss McGlynn P.C. (Troy, MI)
BNP Paribas
Boehl Stopher & Graves
Booz-Allen Hamilton
Bowman and Brooke LLP - Troy (Troy, MI)
Brannon Rasberry & Associates, Inc. (El Paso, TX)
Braun Kendrick Finkbeiner

Brian Durfy (TSSC-Ohba-san)
British Standards Institute (BSI)
Britton & Associates
Brooks Roy
Brubaker & Associates, Inc. (St. Louis, MO)
Brunini Grantham Grower & Hewes PLLC
BSI
BSI America, Inc.
BSI Americas
BSI Management Systems
Bugbee & Conkle
Burkett Jeana
Burnside & Nauman Medical
Burson-Marsteller (Chicago, IL)
Business Engine
Butzel, Long (Detroit, MI)
C&S Patent and Law Office (Korea)
Cabinet Michel Poupon
Cabinet Regimbeau
Cadwalader Wickersham & Taft LLP (Washington, DC)
Cambridge Consultants
Cantor Colburn LLP (Bloomfield, CT)
CAPS Research
Cardelli Hebert P.C.
Cardinal Law Group
Carol F. Barry
Carreira Muller
Casalonga Josse D.A. (France)
Cattel, Tuyn & Rudzewicz, PLLC (Bloomfield Hills, MI)
CG&L Engineers
Changchun Ruide Accounting –Firm
Charles K. Veenstra (Bloomfield Hills, MI)
Chester Willcox & Saxbe LLP (Columbus, OH)
Chevez Abogados, S.C. (Mexico)
China Patent Agent (H.K.) Ltd.
Choicepoint Services
Christie, Parker & Hale, LLP - Pasadena, CA
Chuck Ondrick
Ciara Systems, Inc. (Huntington Woods, MI)
City-Yuwa Partners
Clark Consulting (Washington, D.C.)
Clark Hill P.L.C. (Detroit, MI)
Clark Patterson Associates
Clark, Linda L MD
Clark, Thomas & Winters, PC
CM2 Inc., dba The Medleh Group
Coble Taylor & Jones
Cochran Public Relations
Common Point Graphics
Communication Concepts

Conceptual Systems

Consortium Industriel Commercial & Maritime (Morocco)

Consultores Asociados

Conway Mackenzie & Dunleavy, Inc. (Birmingham, MI)

Coolidge Wall Womsley & Lombard Co. LPA (Dayton, OH)

Copesian Services

CoreBrand Corporate Branding LLC (Stamford, CT)

Corporate  Executive Board

Corporate Branding LLC

Couch White, LLP (Albany, NY)

Covington & Burling (Washington, DC)

Cramer & Laws (Germany)

Crane America Services

Creative Alliance

Crew & Buchanan (Dayton, OH)

Crew, Buchanan & Lowe

Crowell & Moring LLP

Crowley Stringer & Fenske LLP

CSFB

csm worldwide

CTA Consulting

CTG Auditors

CTJ Safety Associates, LLC (Cary, NC)

Customs Network Ltd., (United Kingdom)

Cyril & Crowley LLP

D J Lee & Associates

Dagongdatong Acct.

Darvin L. Weston dba ExportAlert

DASCO

Dave Trella/Menlo Logistics

David Cunnigham

Dayton Water Systems

Dechert LLP (New York, NY)

DecisionOne Corporation

Deloitte & Touche

Deloitte Touche Tohmatsu

Delphi Corporate India

Delphi Korea Phase 0 Tech Center

Delta College

Deneweth, Dugan & Parfitt

DePenning & DePenning

Det Norske Veritas

Detroit Translation Bureau

DeWitt Ross & Stevens

DeWitt, Balke & Vincent PLC (Detroit, MI)

Diamond Associates

Dickinson Wright P.L.L.C. (Detroit, MI)

Dierker & Associates, PC (Troy, MI)

Dinsmore & Shohl LLP (Cincinnati, OH)

Diola Carlos O MD

DJ Lee & Associates

Donald B. Scott

Donald Gober

Douglas Fekete

Drew & Napier (Singapore)

Drew, Eckl & Farnham, LLP

Driggers, Schultz & Herbst P.C. (Troy, MI)

Drinker Biddle & Reath - PA (Philadelphia, PA)

Due, Doyle, Fanning, Ewing & Metzger, LLP

Dykema Gossett P.L.L.C. - DET (Detroit, MI)

Earned Value

Edcor Data Services

EDS

ELCON (Washington, DC)

Eldridge Cooper Steichen & Leach, PLLC (Tulsa, OK)

Electricore Inc

Energy Engineering & Consulting Se

ENSR Corporation

En-Tech

Entech Utility Service Bureau Inc

EQ Heritage

Equis Corporation

Ernst & Young

Ernst & Young AG

Ernst & Young Consulting

Ernst & Young Corporate

Ernst & Young Tax Consultants

ESIS  - Chicago

Evans, Pletkoic & Rhodes, P.C.

Excel (Queretaro, Mexico)

Excise Consultant Associates

Excise Department

Exhibit Enterprises, Inc. (Rochester Hills, MI)

Exithum Consultoria em RH

EY Law Luther Menold

Eyster, Key, Tubb, Weaver & Roth

Falkowski PLLC (Novi, MI)

Fay Sharpe Fagan Minnich & McKee, LLP

FedEx Trade Networks Transport and Brokerage, Inc. (Romulus, MI)

Fidelity Employer Services Company, LLC

Fidelity Institutional Retirement Services Company

Fildes & Outland P.C.

Finger Lakes Occupational

Fish & Neave (New York, NY)

Fleishman Hillard Japan, Inc. (Tokyo, Japan)

Focus Business Services (Trenton, MI)

Foley & Lardner WI

Ford, Howard & Cornett, P.C. (Gasden, AL)

Foshee & Turner, Inc. f/k/a/ Legalink Southeast Corp (Birmingham, AL)

Foster, Swift, Collins & Smith, P.C. (Lansing, MI)

Frank J. Nawalanie

Frost Brown Todd LLC

FTI Consulting, Inc.

Fulbright & Jaworski LLP - NY

Fundação Vanzolini

Gable & Gotwals Law Firm (Tulsa, OK)

Garrigues

Gazzetta Tallent

Genzink Appraisal Company (Grand Rapids, MI)

Gibson, Dunn & Crutcher CA

Gide Loyrette Noyel

Gielowski & Steiner (Buffalo, NY)

Global Policy Group (Washington, D.C.)

Global Quality Institute

Global Water Solutions

Glover, John B

Goldberg Segalla LLP

Googasian Firm, P.C. (Bloomfield Hills, MI)

Gordon and Gordon, Lawyers (Claremore, OK)

Gowling Lafleur Henderson LLP

Grace Genson Cosgrove & Schirm P.C. (Los Angeles, CA)

Graham, Curtin & Sheridan, P.A. (Morristown, NJ)

Great Lakes Safety

Greenbaum, Rowe, Smith, Ravin, Davis & Himmel LLP (Iselin, NJ)

Greenwood Group

Groom Law Group, Chartered (Washington, DC)

Grupo Estrategia Politica (Mexico DF)

Gwinn & Roby (Dallas, TX)

Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A.

Haley & Aldrich Inc

Haley & Aldrich of Michigan, Inc. (Plymouth, MI)

Hamberger & Weiss

Hana Accounting INC.

Hao Do

Hardy Lewis & Page P.C.

Harris Beach LLP (Pittsford, NY)

Harter, Secrest & Emery LLP

Hartman & Hartman P.C.

Hayes, Diana B Cashier

Heller Ehrman White & McAuliffe - NY (San Francisco, CA)

Helpnet Counselling

Herbert Herman

Heritage Interactive

Hewitt

Hewitt & Associates

Hickok Inc

Hill & Knowlton (Sydney, Australia)

Hill & Knowlton, Mexico (Mexico, DF)

Hill and Knowlton Brazil (Sao Paulo, Brazil)

Hill Rivkins & Hayden LLP

Hogan & Hartson, LLP (Washington, DC)

Holloway, Dobson, Bachman

Honigman Miller Schwartz and Cohn, LLP (Lansing, MI)

Honigman, Miller, Schwartz & Cohn LLP (Detroit, MI)

Horwood, Marcus & Berk Chartered (Chicago, IL)

Howard & Howard Attorneys, P.C. (Bloomfield Hills, MI)

Howard Varinsky Associates, Inc.

Hudson, Potts & Bernstein

Hunton & Williams LLP

Huron Consulting Services LLC (Chicago, IL)

I. Donald Penson, Shumaker, Loop & Kendrick, LLP (Columbus, OH)

I33 Communications LLC (New York, NY)

IBM

IESI TX Corporation

IM & C International

Imagine Company

IMAI

Improvement Partnership

INDIEC Indiana Industrial Energy Consumers, Inc. (Indianapolis, IN)

Industrial Energy Users - Ohio (Columbus, OH)

Information Specialists, Inc.

Institute of Configuration

Integrated Training Resources

Interchange Europe (Chalfont-St-Peter, United Kingdom)

Interim

Interim Healthcare Inc.

International Finacial Services Limited

International Licensing Network (New York, NY)

International Qualtiy

International SOS Assistance

ISO Project / Loy Register

ISO Project / Omnex

Isuppli

Ivins, Phillips & Barker Chartered (Washington, D.C.)

J&J Attorneys at Law (Taiwan)

J. Gordon Lewis dba J. Gordon Lewis, PLLC (Bloomfield Hills, MI)

J.M. Robertson Intellectual Property Services LLC

Jack C. Summers dba J.C. Summers & Associates

Jack Edward Tubbs dba Flint Patent Service

Jack W. Hunt & Associates

Jackson Walker LLP (San Antonio, TX)

Jaeckle Fleischmann & Mugel, LLP

Jaffe Raitt Heuer & Weiss P.C. (Southfield, MI)

James Holahan, Esq. (Rochester, NY)

Jefferson Wells

Jenner & Block

JLE Process Services, Inc.

John A. Artz P.C. (Southfield, MI)

John Huntington Crozier

John J. Coogan

John William Hoard

Johnston Barton Proctor & Powell LLP (Birmingham, AL)

Jones Day - Cleveland, OH (Cleveland, OH)

Jones Day - Washington (Washington, DC)

Jones Lang LaSalle (Chicago, IL)

Jones Lang Lasalle Americas Inc

Joseph Sandor

Judicial Arbiter Group, Inc.

Julio Garcia (Mexico)

Jung Mun Hyoung law firm

K K Anand

Kaizen

Karen Fordman

Keating, Muething & Klekamp, P.L.L. (Cincinnati, OH)

Keefe and Associates

Kenneth Mason

Kevin P. Hayes (Los Angeles, CA)

Kevin P. Weldon (Alexandria, VA)

Khanijo & Khanijo

Kim & Chang (Seoul, South Korea)

Kirton & McConkie

Klausner Group, Ltd., The

Koll & Lynch

KPMG

KPMG (Melbourne, Australia)

KPMG LLP

Kronish Lieb Weiner & Hellman LLP (New York, NY)

Ku Ja Hyoung

Kuffner & Associates

Kummer Kaempfer Bonner & Renshaw

L.C. Begin & Associates, PLLC

LaFollette Godfrey & Kahn (Madison, WI)

Lamothe & Hamilton, APLC

Landon & Starck Associates

Latham & Wise, P.C.

Lathrop & Gage (Kansas City, MO)

Laura D. Koesters Consulting, Inc.

Laura K Grandy, Trustee of the Bankruptcy Estate of Chemetco, Inc. (Belleville, IL)

Lavin O'Neil Ricci Cedrone & DiSipio – PA

Law Offices of Brian C. Pauls

Lawrence M. Elkus PLC

Lean Business Solutions

Lee Hecht Harrison

Leger Robic Richard, L.L.P.

Lehr Middlebrooks Price & Proctor

Leitner, Williams, Dooley & Napolitan, PLLC

Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey

Lenz & Staehehn

Letson, Griffith, Woodall, Lavelle & Rosenberg

Levasseur & Levasseur

Lewis & Kappes, P.C. (Indianapolis, IN)

Liebert Global Services

Linda Ballas dba Linda Ballas & Associates (Toledo, OH)

Linda S. Prather

Liniak, Berenato, Longaere & White

Link Testing Laboratories

Linklaters

Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. (Saginaw, MI)

LKF Associates

Locke Reynolds LLP (Indianapolis, IN)

Locker & Lee

Lord Bissell & Brook

Lori A. Sisk

Louis A Zarlenga dba Louis A. Zarlenga & Associates (Canfield, OH)

Lubecda Mary E

Lugthart Jay A MD

Maginot, Moore & Bowman

Makro Management Consulting (Prescott, AZ)

Manitz, Finsterwald & Partner (Germany)

Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Manual Industrial Property B.V.

Maria Luisa Flores Garciadiego (MEXICO)

Marilyn M. Jones & Associates, Ltd.

Mark A. Navarre (Urbana, OH)

Mark J. Kushner

Marsh USA Inc.

Marshall, Gerstein & Borun

Martin Brown & Sullivan Ltd. (Chicago, IL)

Marylou J. Lavoie

Mason Griffin & Pierson PC

Massiarelli & Setto Consulting

MathWorks, Inc.

Matkov, Salzman, Madoff & Gunn (Chicago, IL)

McAndrews Held & Malloy, Ltd. (Chicago, IL)

McCann-Erickson (Birmingham, MI)

McCarter & English (Philadelphia, PA)

McCarthy Tetrault LLP (Canada)

McCarthy, Lebit, Crystal & Liffman Co., L.P.A. (Cleveland, OH)

McDermott Will & Emery LLP (Boston, MA)

McGlynn & Luther

McKenna Long & Aldgidge LLP - LA

McKenna Long & Aldridge LLP - DC (Washington, DC)

McNees Wallace & Nurick LLC (Harrisburg, PA)

McTurnan & Turner PTR

MD Consulting/Teledynamics

Mediation Group, LLC

Meridian Resources Associates

Merrill Corp.

Mertitus Consulting Services

Meta IPACS Benchmarking

Michael D. Schloff, PLLC (Bloomfield Hills, MI)

Michael Page

Michael Shaffer

Michael, Best & Friedrich LLP (Milwaukee, WI)

Michigan State University

Micropatent dba 1790.COM

Miller Canfield Paddock & Stone, PLC - Detroit (Detroit, MI)

Miller Consulting Services

Milwaukee Metro

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC (Boston, MA)

Miracle Software

MIT

MIT International Motor Vehicle Prog

Mitchell M. Musial II, PLLC

Molitor International

Momsen, Leonardos & Cia

Moore Hansen & Sumner

Morgan, Lewis & Bockius LLP - New York (New York, NY)

Morris, Nichols, Arsht & Tunnell

Mounce, Green, Myers, Safi & Galatzan (El Paso, TX)

Multiple Intervenors (Albany, NY)

Munro & Associates

MWH

Naciri & Associates (Morocco)

Nan Fang CPA Firm

Nanfang CPA Firm

Narvaez Law Firm, P.A.

Nationwide Advertising Service

Neal Gerber & Eisenberg, LLP (Chicago, IL)

Nelson Mullins Riley & Searborough L.L.P.

Nicholas Irene

Nicholas Positano

Noack & Associates, LLC (Washington, D.C.)

Noerr Stiefenhof

North American Turning

O.P. Bhatia

O.P. Tyagi

O'Banion & Richey LLP

O'Brien & Bails (Kalamazoo, MI)

Ogne, Alberts & Stuart, P.C. (Troy, MI)

Ohio State Univ.

Okabe

O'Melveny & Myers LLP - Los Angeles (Los Angeles, CA)

O'Melveny & Myers LLP - Washington DC (Washington, DC)

Omniture (Orem, UT)

Open Ratings

ORC Worldwide

Origin INTL INC

Panalpina, Inc. (Elk Grove Village, IL)

Parro & Parro Relacoes Governamentais S/C (Sao Bernardo do Campo, Brazil)

Parsons & Maxon Incorporated (Saginaw, MI)

Patty Y. Lerding

Paul E. Riegel, Esq.

Paul Elliott

Paul, Hastings, Janofsky & Walker LLP (GA) (Atlanta, GA)

PDXRO (Redford, MI)

Pearson Cynthia

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. (Commerce Township, MI)

Pelaez Alonso, S.C. (Mexico)

Pellow Engineering Services, Inc.

Penn State-Dr. Joseph Dakerty

Pepper Hamilton LLP (Wilmington, DE)

Perecin Godoy Consulting

Personnel Decision Inc.

Phelps Dunbar LLP - New Orleans (New Orleans, LA)

Phifer & White, P.C.

Phillips Ormonde and Fitzpatrick

Pillsbury Winthrop Shaw Pittman LLP (Houston, TX)

Pinhiero Neto Advogados (Brazil)

Plews Shadley Racher & Braun (Indianapolis, IN)

Plunkett & Cooney, P.C.

Porter, Wright, Morris & Arthur (Columbus, OH)

Porterfield, Harper & Mills, P.A. (Birmingham, AL)

Potter Anderson & Corroon LLP (Wilmington, DE)

Pranjapee Associate

Price, Heneveld, Cooper, DeWitt & Litton (Grand Rapids, MI)

PricewaterhouseCoopers (Canada)

PricewaterhouseCoopers (China)

PricewaterhouseCoopers (Mexico)

PricewaterhouseCoopers (Washington, DC)

PriceWaterhouseCoopers LLP

Prichard, Hawkins, Davis & Young, LLP (San Antonio, TX)

Prism Business War Games Inc.

Problem Solving Ad Hoc

Productivity Improvement

Productivity Systems

PSS Consulting E&Y

PT TUV International Indonesia

PWC/Sistomo Tax Consultants

QAD China Limited

Qiuxin Audit Firm

QS Servicos Tecnicos

Quadir Ahmed

Quarles & Brady LLP

Quattlebaum, Grooms, Tull & Burrow PLLC

Quinn Emanuel Urquhart Oliver & Hedges LLP (Los Angeles, CA)

R.C. Simpson, Inc.

R.L. Kalra

Rader, Fishman & Grauer PLLC (Bloomfield Hills, MI)

Radix Group International, Inc

Raichle Banning Weise, PLLC

Ralph L. Hensler (New York, NY)

Ray, Valdez, McCristian & Jeans, P.C.

Realtime Consultants

Recognition Resource Inc

Reising, Ethington, Barnes Kisselle, P.C. (Troy, MI)

Reynolds Mark E MD

Rhodes Hieronymus Jones Tucker & Gable P.L.L.C.

Rhonda L. McCoy-Pfau PLLC (Canton, MI)

Rickun James S

Rithc Heather Y. Mueller, S.C.

Riverfront Medical Services, P.C. (Liverpool, NY)

Robbins GIOIA

Robert Half

Robert Hughes Associates, Inc.

Robert M. Morgan (Detroit, MI)

Robertson & Mullinax, LLC (Greenville, SC)

Rochester Precicion

Rodriguez, Colvin & Chaney, L.L.P (Brownsville, TX)

Rogitz & Associates

Ruger, Barthelt & Ahel

Russell A. Farrow, Limited (Canada)

Rutledge Tonya R

SP Nagrath & Co.

Saarakshi Enterprises

Salomon Smith Barney

Sandler & Travis Trade Advisory Services, Inc (Farmington Hills, MI)

Sapient

Sarakashi Enterprises

Saul J. Faerstein, M.D. (Beverly Hills, CA)

Savety Innovations LTD

Scheuer Mackin & Breslin LLC

Schneble, Gass & Assoc. Co., L.P.A.

Schreck Brignone (Las Vegas, NV)

Scott T. Wakeman

Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C.

– MI

Sedgwick Claims Management Services, Inc.

Seva Technologies

SGS Conrtoll CO MBH

Shaffer Environmental

Shainin

Shainin LLC

Shainin Services

Shaw E & I

Shawn Foster

Shearman & Sterling - NY (New York, NY)

Shearman & Sterling LLP

Sherin & Lodgen

Shlesinger Arkwright & Garvey L.L.P.

Shussei

Sidley Austin Brown & Wood LLP (Belgium)

Sigma Learning LLC

Sign Language Connection

Six Sigma Academy

Skadden, Arps, Slate, Meagher & Flom LLP (Washington, D.C.)

Slagle, Bernard & Gorman, P.C. (Kansas City, MO)

SLC Consultants

Smart Document Solutions

Smiley-Smith & Bright CPAs, LLC (Montgomery, AL)

Smith, Gambrell & Russell, L.L.P.

Smithers Scientific

Smithyman & Zakoura, Chartered (Overland Park, KS)

Snell & Wilmer LLP - AZ

Sofgen Computer Consultants

Software Systems / Sun System

Solution Strategies, Inc.

Sonnenschein Nath & Rosenthal LLP - DC (Washington, DC)

Sonye Engineering LLC (Rochester Hills, MI)

Southwest Research

Special Counsel (Troy, MI) (Contract Employees)

Specialized Topics

Spherion Corp

Spirax Sarco

Squire, Sanders & Dempsey, L.L.P. - DC (Washington, DC)

Stan J

Stanford D. Hanson dba Airbag Systems, Inc. (Farmington Hills, MI)

Stanton Park Group LLC (Washington, D.C.)

Stephen J. Spurr (Grosse Pointe Park, MI)

Stericycle

Steve Johnson

Storm consulting

Storm Water Consultants

Stout Risius Ross, Inc.

Studio Torta, S.r.l.

Summit Energy Services Inc

Sutherland Asbill & Brennan LLP (Washington, DC)

Suzuki Myers & Associates (Novi, MI)

Swift Currie McGhee & Hiers, LLP

Tailor Made Consulting

Tate & Tate (Medford, NJ)

Tatum Partners

Tawas Industries Components Management Services LLC (Brighton, MI)

Tax Consultancy Bureau

TBM

Tec Ease Inc

Tech Caliber

TechCentral

Tenant Co

TGI Direct (Flint, MI)

The Dickerman Group, Ltd

The Tax Veterans

Think Inc.

Thomas A. Bender, M.D.

Thomas J. Knopf Mediation Services, Inc. (Louisville, KY)

Thompson & Knight LLP (Dallas, TX)

Thompson, Hine & Flory, LLP (Dayton, OH)

Thorn Gershon Tyman and Bonanni, LLP (Albany, NY)

Towers Perrin

TPI

Training Services

Training Services & Solutions

Treasurer State of OH

Trigon Synergies P. Ltd.

Trigram Plus

Tsar and Tsai

TSSC

Turner Reid Duncan Loomer & Patton P.C. (Springfield, MO)

TUV Indonesia

TUV Rheinland Group

TWI

TWI – Chuck Ward, Dave Meiers

TWI - Sammy Obara

TWI Network

TWI Network Inc.

TWI Networking

UBS

UHY Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Unigraphics Solutions Inc

University health

Uria & Menendes

Urquhart-Dykes & Lord

URS Corporation

Value Analysis Corporation

Value Analysis Inc.

VCD Engg and Consultants

Venable LLP

Vercruysse Metz & Murray (Bingham Farms, MI)

Vereenigde

VK Wadhwan

von Kreisler Selting Werner

Vorys, Sater, Seymour & Pease LLP (Columbus, Ohio)

VTS

Wagner & Geyer

Ward Norris Heller & Reidy, LLP (Rochester, NY)

Washington Patent Services, Inc. (South Pasadena, FL)

Watkins Ludlam Winter & Stennis, P.A.

Watson Wyatt & Company

Wax Law Group

Wayne State Univ.

Webb Law Firm

Webb Ziesenheim Logsdon Orkin & Hanson, P.C. (Pittsburgh, PA)

Weingarten & Reid (Albany, NY)

Welch Consulting, LTD (Santa Monica, CA)

Wells, Anderson & Race, LLC (Denver, CO)

Wesley D. Pack Jr. (Gilbert, AZ)

White and Williams LLP

Whiteside Communication Management (Southfield, MI)

WIEG, Inc. (Madison, WI)

William L. Freeh

William R. Jentes P.C. (Chicago, IL)

Williams Mullen Clark & Dobbins (Richmond, VA)

Wilmer Cutler Pickering Hale and Dorr, LLP (Washington, District of Columbia)

Wilmer Law Offices, Inc.

Wilson, Elser, Moskowitz, Edelman & Dicker L.L.P.

Winship Rehabilitation, Inc. (Cheektawaga, NY)

Winston & Srawn LLP – NY

Wise, Carter, Child & Caraway

Wood, Herron & Evans, L.L.P.

Wooden & McLaughlin, LLP (Indianapolis, IN)

Woodward Hobson & Fulton (Louisville, KY)

Woolcott & Company

Workers Health

World Class Engineering

Wright Lindsey & Jennings LLP

Wyoming Public Schools

Xavier De Ryck (France)

Xpedex

Young & Basile P.C. (Troy, MI)

Young & Rubicam, Inc. Burson Marsteller (Chicago, IL)

Yuasa & Hara (Japan)

| | |
|---|---|
| Yudhveer Yadav | Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. |
| Zaril Enterprises | Mark A. Navarre |
| Zeanah, Hust & Summerford | McCann-Erickson |
| Zimmermann & Associates | McCarthy Tetrault LLP |
| AJM | Miller Canfield Paddock & Stone, PLC |
| Asset Mfg Resources | N.A. Williams Co. |
| Baker & Daniels | NAPA Sales |
| Baker Botts LLP | Neal Gerber & Eisenberg, LLP |
| Balch & Bingham LLP | Northeastern Marketing |
| Banner & Witcoff, Ltd | O'Melveny & Myers LLP |
| Bedi Strategies, Inc. | On-Mark Sales |
| Bliss McGlynn P.C. | Orion Adv. Mktg |
| Brenda Veit | Panalpina, Inc. |
| Burson Marsteller | Parsons |
| Burson-Marsteller | Parsons & Maxon Incorporated |
| Butzel, Long | Paul Hastings Janofsky & Walker LLP |
| Calwest | PDXRO |
| Cantor Colburn LLP | Pepper Hamilton LLP |
| Cardoza | Phelps Dunbar LLP |
| Carquest | Pillsbury Winthrop Shaw Pittman LLP |
| Cattel, Tuyn & Rudzewicz, PLLC | Price, Heneveld, Cooper, DeWitt & Litton |
| Chris Kouri & Assoc. | Rader, Fishman & Grauer PLLC |
| Clark Consulting | Reising, Ethington, Barnes Kisselle, P.C. |
| Clark Hill P.L.C. | Rhonda L. McCoy-Pfau PLLC |
| Coe & Associates | Richards Spears Kibbe & Orbe LLP |
| Conway McKinsey and Dunlevy | Russell A. Farrow, Limited |
| CTJ Safety Associates | Russell Reynolds |
| Danzas AEI Customs Brokerage Services | Sandler & Travis Trade Advisory Services, Inc |
| Danzas AEI Intercontinental | SAP Consulting |
| Dickson Allen | Savety Innovations Ltd |
| Drinker Biddle & Reath - PA | Siskel Sales Company |
| Dykema Gossett P.L.L.C. | Smiley-Smith & Bright CPAs, LLC |
| E&Y | Squire, Sanders & Dempsey, L.L.P. |
| FedEx Trade Networks Transport and Brokerage, Inc. | SRS Marketing Co. |
| Fleishman Hillard Japan, Inc. | Stanton Park Group LLC |
| Foley & Lardner LLP | Stout Risius Ross |
| Hirsig-Frazier Co. | Suh & Assoc. |
| Howard & Howard Attorneys, P.C. | Suri & Company |
| Huron Consulting Services LLC | Thompson, Hine & Flory, LLP |
| I33 Communications LLC | UHY Mann Frankfort Stein & Lipp Advisors, Inc. |
| Interchange Europe | Ward Norris Heller & Reidy, LLP |
| J. Gordon Lewis, PLLC | Whiteside Communication Management |
| Johnston Barton Proctor & Powell LLP | Wilmer Cutler Pickering Hale and Dorr, LLP |
| Jones Day | Wooden & McLaughlin, LLP |
| Kim & Chang | Young & Rubicam, Inc. |
| Kitchin & Sons Inc. | Yuasa & Hara |
| Law Offices of Albert M. Gutierrez, P.C. | |

## State and Other Governmental Authorities With an Interest in the Company

Georgia Department of Natural Resources

IDEM - Office of Land Quality (Indiana)

Illinois Environmental Protection Agency

NYSDEC

Ohio Department of Commerce

Oklahoma Corporate Commission

Pension Benefit Guaranty Corporation (PBGC)

Internal Revenue Service

Pension Benefit Guaranty Corporation

U.S. Department of Transportation

U.S. Environmental Protection Agency

OHSA

ADEM – Water Division – Compliance Unit of Ground Water Branch [Alabama]

ADEQ Tanks Program Division – Inspection and Compliance Unit [Arizona]

Air Resources Board (ARB) [California]

Alabama Department of Environmental Management (ADEM)

Arizona Department of Environmental Quality (ADEQ)

California Environmental Protection Agency:  (Cal EPA)

Certified Unified Program Agencies (CUPA) [California]

Colorado Department of Public Health and Environment (DPHE)

Department of Toxic Substances Control [California]

Georgia Department of Natural Resources – Environmental Protection Division

Georgia DNR – Environmental Protection Division – Hazardous Waste Management – Land Protection Division

Illinois Environmental Protection Agency (Illinois EPA)

Illinois EPA – Bureau of Land – Leaking Underground Storage Tank Section

Indiana Department of Environmental Management (IDEM)

Integrated Waste Management Board (CIWMB) [California]

Kansas Department of Health & Environment

KDHE – Bureau of Environmental Remediation – Storage Tank Section [Kansas]

Kentucky Environmental and Public Protection Cabinet

Kentucky Environmental and Public Protection Cabinet – Division of Waste Management – Underground Storage

Tank Branch

Michigan Department of Environmental Quality

Michigan DEQ – Waste And Hazardous Materials – storage tanks

Minnesota Pollution Control Agency

Mississippi Department of Environmental Quality

Missouri Department of Natural Resources

Missouri Department of Natural Resources – Air and Land Protection Division – Hazardous Waste Program – Tanks Section

New Jersey Department of Environmental Protection

New York State Department of Environmental Conservation (NYSDEC)

NYSDEC – Division of Environmental Remediation – Petroleum and Chemical Bulk Storage Program [New York]

Office of Environmental Health Hazard Assessment (OEHHA) – Prop 65 [California]

Ohio Department of Commerce – State Fire Marshal Division – Bureau of Storage Tank Regulations (BUSTR)

Ohio Environmental Protection Agency

Oklahoma Corporate Commission; The Oklahoma DEQ

Oklahoma Department of Environmental Quality

Pennsylvania Department of Environmental Protection

Pennsylvania Department of Environmental Protection – Bureau of Waste Management – The Division of Storage Tanks

Regional Air Pollution Control Agency (RAPCA) [Ohio]

South Carolina Department of Health and Environmental Control

South Carolina Department of Health and Environmental Control – Office of Environmental Quality Control – Bureau of Land and Waste Management – Underground Storage Tank Program

State Department of Health Services, Office of Drinking Water [California]

State Regional Water Quality Control Boards [California]

State Water Resources Control Board (SWRCB) [California]

Tennessee Department of Environmental & Conservation

Texas Commission on Environmental Quality

Wisconsin Department of Natural Resources

## <u>Underwriters of Securities Issued by the Company During the Past Three Years:</u>

| | |
|---|---|
| Banc of America Securities LLC | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Barclays Capital Inc. | Mesirow Financial, Inc.[1] |
| BNP Paribas Securities Corp | Morgan Stanley & Co. Incorporated |
| Citigroup Global Markets Inc. | Oppenheimer & Co. Inc. |
| Credit Suisse First Boston LLC | Quick & Reilly, Inc. |
| Deutsche Bank Securities Inc. | RBC Dain Rauscher Inc. |
| HSBC Securities (USA) Inc. | Ryan Beck & Co. |
| J.P. Morgan Securities Inc | UBS Securities LLC |
| Morgan Stanley & Co. Incorporated | Utendahl Capital Partners, L.P. |
| Ramirez & Co., Inc. | Wachovia Capital Markets, LLC |
| The Royal Bank of Scotland plc | Wells Fargo Van Kasper LLC |
| Tokyo-Mitsubishi International plc | Banc of America Securities LLC |
| UBS Securities LLC | Barclays Capital Inc. |
| A.G. Edwards & Sons, Inc. | BNP Paribas Securities Corp |
| ABN AMRO Incorporated | Citigroup Global Markets Inc. |
| Advest, Inc. | Comerica Securities, Inc. |
| Banc of America Securities LLC | Credit Suisse First Boston LLC |
| BB&T Capital Markets, a division of Scott and Stringfellow, Inc. | Deutsche Bank Securities Inc. |
| C.L. King & Associated, Inc. | HSBC Securities (USA) Inc. |
| Comerica Securities | J.P. Morgan Securities Inc. |
| D.A. Davidson & Co. | McDonald Investments Inc., a KeyCorp Company |
| Deutsche Bank Securities Inc. | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Ferris, Baker Watts, Incorporated | Morgan Stanley & Co. Incorporated |
| Janney Montgomery Scott LLC | SG Cowen Securities Corporation |
| McDonald Investments Inc., a KeyCorp Company | The Royal Bank of Scotland plc |
| Samuel A. Ramirez & Company, Inc. | UBS Securities LLC |
| Scotia Capital (USA) Inc. | Williams Capital Group, L.P. |
| Southwest Securities, Inc. | |
| Stifel, Nicolaus & Company, Incorporated | |
| U.S. Bancorp Piper Jaffray Inc. | |

---

[1] While the Debtors have listed Mesirow Financial, Inc. ("Mesirow") in their parties in interest list as an underwriter of securities issued by the Debtors over the past three years, Mesirow has confirmed that it was not an underwriter of any securities of the Debtors.

## Unions Representing Company Employees

AFL-CIO Local 755

AW Local 286

EAST – Electronic and Space Technicians

EAST Local 1553

Electronic and Space Technicians Local 1553

IAM & AW – International Association of Machinists and Aerospace Workers

IAM Local 78

IBEW – International Brotherhood of Electrical Workers

IBEW Local 663

International Association of Machinists, AFL-CIO Tool and Die Makers Lodge 78

International Brotherhood of Electrical Workers, AFL-CIO Local 663

International Union of Operating Engineers Local 101-S

International Union of Operating Engineers Local 18-S

International Union of Operating Engineers, Local No. 101

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

IUE Local 1111

IUE Local 416

IUE Local 698

IUE Local 709

IUE Local 711

IUE Local 717

IUE Local 718

IUE Local 755

IUE Local 801

IUE, AFL-CIO Local 698

IUE, AFL-CIO Local 711

IUE, AFL-CIO Local 718IUE

IUE-CWA – International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers – Communications Workers of America

IUE-CWA Local 1111

IUE-CWA Local 416

IUE-CWA Local 709

IUE-CWA, AFL-CIO Local 801

IUE-CWA, AFL-CIO,CLC Local 717

IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO

IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC

IUOE – International Union of Operating Engineers

IUOE Local 832S

UAW – United Automobile, Aerospace and Agricultural Implement Workers of America

UAW Amalgamated Local 292

UAW Amalgamated Local 686

UAW Local 1021

UAW Local 1097

UAW Local 167

UAW Local 1866

UAW Local 2031

UAW Local 2083

UAW Local 2151

UAW Local 2157

UAW Local 2188

UAW Local 2190

UAW Local 2195

UAW Local 286

UAW Local 292

UAW Local 438

UAW Local 467

UAW Local 651

UAW Local 662

UAW Local 686

UAW Local 686, Unit 19

UAW Local 696

UAW Local 699

UAW Local 913

UAW Local 969

UAW, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

United Steelworkers of America

United Steelworkers of America AFL-CIO/CLC, Local Union 87

USW Local 87

USWA – United Steelworkers of America AFL-CIO/CLC

## United States Bankruptcy Judge in the Delphi cases

Honorable Robert D. Drain

## Courtroom Deputy for the Honorable Robert D. Drain

Dorothy Li

## Law Clerks for the Honorable Robert D. Drain

James M. Millerman                                    John Lucas

## U.S. Trustee for the Southern District of New York and Related Staff

| | |
|---|---|
| Alicia M. Leonhard | Hector Soto |
| Andy Velez-Rivera | Hollie T. Elkins |
| Anna M. Martinez | Maria Catapano |
| Brian S. Masumoto | Marilyn Felton |
| Catletha Brooks | Mary Elizabeth Tom |
| Courtney Arso | Mary V. Moroney |
| Danny A. Choy | Myrna R. Fields |
| Darin L. Mobley | Nadkarni Joseph |
| Deirdre A. Martini | Pamela J. Lustrin |
| Delores Lord | Paul K. Schwartzberg |
| Elizabeth Austin | Richard C. Morrissey |
| Elizabeth C. Dub | Sylvester Sharp |
| Ercilia A. Mendoza | Tracy Hope Davis |
| Greg M. Zipes | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |

**FINAL ORDER UNDER 11 U.S.C. § 327(a) AND**
**FED. R. BANKR. P. 2014(a) AUTHORIZING EMPLOYMENT**
**AND RETENTION OF WARNER STEVENS, L.LP. AS CONFLICTS**
**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application dated November 15, 2005 (the "Application") of the Official

Committee of Unsecured Creditors (the 'Committee") of the above-captioned debtors and debtors in

possession (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. § 327(a) and

Fed. R. Bankr. P. 2014 authorizing the employment and retention of Warner Stevens, L.L.P.

("Warner Stevens") as conflicts counsel to the Committee in these chapter 11 cases; and upon the

Declaration of Michael D. Warner in Support of the Application for Order Authorizing Employment

and Retention of Warner Stevens, L.L.P. as Conflicts Counsel to the Official Committee of

Unsecured Creditors; and this Court having determined that the relief requested in the Application is

in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Application has been given and that no other further

notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing

therefore; it is hereby

ORDERED that the Application is granted in all respects; and it is further

ORDERED that the Committee is authorized to retain Warner Stevens as its conflicts

counsel, pursuant to Bankruptcy Code §§ 328 and 1103, on the terms described in the Application

and the Declaration of Michael D. Warner, to perform necessary legal services for the Committee;

and it is further

ORDERED that payment of Warner Stevens' fees and expenses shall be made, subject to

Bankruptcy Court review and approval, pursuant to the terms described in the Application and the

Declaration of Michael D. Warner, in accordance with the applicable provisions of the Bankruptcy

Code (including Code §§ 328, 330 and 331), the Bankruptcy Rules, and the Local Rules and Orders

of this Court; and it is further

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing of a

separate memorandum of law is deemed satisfied by the Application.

ORDERED that the Committee shall serve a copy of this Order on the United States Trustee

and the Debtors by hand or overnight mail within five days from the date hereof.

Dated: _____, 2005

_____
THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE