UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## MOTION AND ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Emily S. Chou, an associate of the law firm of Warner Stevens, L.L.P., and a member in good standing of the bar in the state of Texas, request admission, pro hac vice, before the Honorable Robert D. Drain, as proposed conflicts counsel to the Official Committee of Unsecured Creditors, in the above captioned Chapter 11 case. An Application for Order Pursuant to Sections 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Warner Stevens, L.L.P., as Conflicts Counsel to Official Committee of Unsecured Creditors is being filed concurrently herewith.

My contact information is as follows:

Emily S. Chou, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: bankruptcy@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

DATED: November 23, 2005

/s/ Emily S. Chou_____
EMILY S. CHOU

**IT IS HEREBY ORDERED** that Emily S. Chou is admitted to practice, pro hac vice, in the above captioned Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE