UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | |

## MOTION AND ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

    I, David T. Cohen, a partner at the law firm of Warner Stevens, L.L.P., and a member in good standing of the bars in the states of California and Texas, request admission, pro hac vice, before the Honorable Robert D. Drain, as proposed conflicts counsel to the Official Committee of Unsecured Creditors, in the above captioned Chapter 11 case. An Application for Order Pursuant to Sections 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Warner Stevens, L.L.P., as Conflicts Counsel to Official Committee of Unsecured Creditors is being filed concurrently herewith.

    My contact information is as follows:

David T. Cohen, Esq.
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: bankruptcy@warnerstevens.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice.

DATED: November 23, 2005

                                                                                   /s/ David T. Cohen_____
                                                                                    DAVID T. COHEN

**IT IS HEREBY ORDERED** that David T. Cohen is admitted to practice, pro hac vice, in the above captioned Chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED: _____

_____
ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE