UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, ET AL., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------x

## CERTIFICATE OF SERVICE

Julie D. Dyas, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On November 23, 2005, I served a copy of the document listed below by causing true and correct copies of the same to be sent by Federal Express, overnight delivery (morning), postage pre-paid to the persons listed on Exhibit A hereto:

STATEMENT DIRECTING NOTICE REGARDING DEBTORS'
MOTION FOR AN ORDER APPROVING PROCEDURES TO
ASSUME CERTAIN SOLE SUPPLIER AGREEMENTS.

                                                                                                        */s/ Julie D. Dyas*
                                                                                                        Julie D. Dyas

Sworn to before me this 23rd
day of November, 2005.

   */s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
Notary Public, State of New York
No. 02CO5056426
Qualified in Nassau County
Commission Expires March 4, 2006

{00011412.1 / 0153-001}

**Exhibit A**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Att'n: John Wm. Butler, Jr.
Counsel to the Delphi Debtors

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Att'n: Kenneth S. Zimar
re: Delphi

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Att'n: Marlane Melican
re: Delphi

Latham & Watkins
885 Third Avenue
New York,
New York 10022
Att'n: Mark A. Broude
Re: Delphi

Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard
Re: Delphi