UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| DELPHI CORPORATION, et. al., | 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Joseph J. Wielebinski, a member in good standing of the bar of the State of Texas, of the bars of the United States District Courts for the Northern, Southern, Western, and Eastern Districts of Texas, and admitted to practice in the United States Court of Appeals for the Fourth, Fifth, and District of Columbia Circuits, respectfully request admission *pro hac vice* before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Texas Instruments Incorporated, a creditor and party-in-interest in the above referenced case. My office contact information is as follows:

Joseph J. Wielebinski, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza
500 North Akard
Dallas, Texas 75201-6659
214.855.7587 (telephone)
214.978.5359 (facsimile)
drukavina@munsch.com

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice *pro hac vice* in this adversary proceeding.

Dated:  November 23, 2005
Dallas, Texas

Respectfully submitted,

MUNSCH HARDT KOPF & HARR, P.C.

By:  /s/ Joseph J. Wielebinski
Joseph J. Wielebinski, Esq.
Texas Bar No. 24030781
Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard
Dallas, Texas  75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 978-4375

ATTORNEYS FOR TEXAS INSTRUMENTS INCORPORATED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| DELPHI CORPORATION, et. al., | 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

IT IS ORDERED that Joseph J. Wielebinski, Esq., is admitted to practice, *pro hac vice,* in the above referenced case, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: _____           /s/_____
       New York, New York                  UNITED STATES BANKRUPTCY JUDGE