**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DELPHI CORPORATION, et al., | : | Chapter 11 Case |
| Debtors. | : | 05-44481-RDD |
| | : | |
| _____ | : | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

AND NOW COMES, Robert Szwajkos, Esquire, and hereby certifies that a copy of the Objection Of SPS Technologies, LLC A/K/A SPS Technologies-Cleveland, NSS Technologies, Inc. SPS Technologies Waterford Company And Greer Stop Nut, Inc. To Debtor's Motion For An Order Under 11 U.S.C. §§ 363(b) And 365(a) And Fed. R. Bankr.P. 9019 Approving Procedures To Assume Certain Amended And Restated Sole Supplier Agreements was served by first class U.S. Mail, postage prepaid on each of the following persons on the date shown below:

John W, Butler, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Delphi Corporation
Attn. Karen J. Craft, Esquire
5725 Delphi Drive
Troy, MI 48098-2815

Honorable Robert D. Drain
U.S Bankruptcy Court Judge
United States Bankruptcy Court
Southern District of New York
614 Alexander Hamilton Custom House
Southern District of New York
One Bowling Green
New York, NY 10004

Christopher J. Battaglia, Esquire
Alan D. Halperin, Esquire
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Kayalyn A. Marafioti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Latham & Watkins LLP
Attn. Robert J. Rosenberg, Esquire
885 Third Avenue, Suite 1000
New York, NY 19922-4068

Cherie MacDonald, Esquire
Greensfelder, Hemker & Gale, P.C.
12 Wolf Creek Drive, Suite 100
Swansea, IL 62226

Alicia M. Leohard
Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004


CURTIN & HEEFNER, LLP

By:    /s/ Robert Szwajkos
Dated: November 23, 2005            Robert Szwajkos, Esquire (RS0742)
                                    250 N. Pennsylvania Avenue
                                    Morrisville, PA 19067

338410.1/37634