UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORPORATION, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that on October 12, 2005, Warner Stevens LLP ("Warner Stevens"), filed its Notice of Appearance and Request for Service of Papers in the above-captioned chapter 11 cases on behalf of Electronic Data Systems, Corp. and EDS Information Services, L.L.C. (collectively, "EDS").

**PLEASE TAKE FURTHER NOTICE** that, effective November 10, 2005, Warner Stevens has been retained by the Official Committee of Unsecured Creditors (the "Committee") as conflicts counsel for the Committee. With the consent of EDS, Warner Stevens will no longer represent the interests of EDS in these cases.

**PLEASE TAKE FURTHER NOTICE** that Warner Stevens hereby appears as proposed conflicts counsel to the Committee pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and hereby demands copies of all notices given or required to be given in these case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings in this case, and all notices mailed only to statutory committees or their authorized agents and to creditors and equity security holders who file with the court a request that all notices be mailed to them) be given to and served upon the undersigned:

Michael D. Warner, Esq.
WARNER STEVENS, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255
E-mail: bankruptcy@warnerstevens.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in Rule 2002, Federal Rules of Bankruptcy Procedure, and also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before the Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, e-mail, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Notice List for notice of all contested matters, adversary proceedings, and other proceedings in this chapter 11 case.

DATED: November 23, 2005.

      By: /s/ Michael D. Warner
Michael D. Warner (TX Bar No. 00792304)
David T. Cohen (TX Bar No. 75008424)
WARNER STEVENS, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102
Telephone: (817) 810-5250
Facsimile: (817) 810-5255

Proposed Conflicts Counsel for the Official
Committee of Unsecured Creditors

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the above and foregoing Amended Notice of Appearance and Request for Service of Papers has been served upon the parties listed on the attached Service List on this 23rd day of November, 2005, via regular First Class Mail, properly addressed, with postage pre-paid.

                                          /s/ Michael D. Warner
                                          Michael D. Warner