**ROBERT L. JACOBSON**
ATTORNEY AND COUNSELOR AT LAW
EMAIL: ROBERT@JACOBSONESQ.COM

95 ALLENS CREEK ROAD, BUILDING 2
ROCHESTER, NEW YORK 14618-3307

TELEPHONE: (585) 242-8890
FACSIMILE: (585) 242-0221

November 14, 2005

United States Bankruptcy Court
For the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**Re: Notice of Status as a Substantial Claimholder**

To Whom It May Concern:

Enclosed please find an original and a copy of the Notice of Status as a Substantial Claimholder. Please cause the original to be filed and the copy to be time-stamped and returned to our office in the self-addressed envelop provided.

Please contact me if you have any questions regarding the above.

Yours truly,

Robert L. Jacobson

TO:

Delphi Corporation
Attn: General Counsel & Chief Tax Officer
5725 Delphi Drive
Troy, MI 48098-2815

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John K. Lyons and Randall G. Reese
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

RLJ:yoc
Enclosure
C:\Data\Files\FIN01\25 Delphi Bankruptcy\Claimholder ltr to Court.doc



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | |
| | : | Case No. 05–44481 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |

NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER[1]

PLEASE TAKE NOTICE that Finger Lakes Extrusion Corp. is/has become a Substantial Claimholder with respect to claims against Delphi Corporation ("Delphi") or any of the 38 subsidiaries[2], and affiliates of Delphi ("Affiliate Debtors"), debtors and debtors-in-possession in Case No. 05-44481 (RDD), pending in the United States Bankruptcy Court for the Southern District of New York.

---

1 For purposes of this Notice: (i) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (iii) an "option to acquire claims includes any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

2 The 38 subsidiaries are: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

RECEIVED
NOV 15 2005
U S BANKRUPTCY COURT
SO DIST OF NEW YORK

PLEASE TAKE FURTHER NOTICE that, as of October 8, 2005, Finger Lakes Extrusion Corp. beneficially owns claims in the aggregate principal amount of $105,905.85 against the Debtors. The following table sets forth the name of the Debtor issuer, a summary of the terms, and the date on which Finger Lakes Extrusion Corp. acquired or otherwise became the beneficial owner of each such Claim:

| Debtor Issuer | Terms | Date Acquired |
| --- | --- | --- |
| Delphi Automotive Systems LLC | 2nd day of 2nd month | See attached list of receivables by date |
| c/o Delphi Packard | | |
| | | |
| | | |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of Finger Lakes Extrusion Corp. is 16-1539424.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Finger Lakes Extrusion Corp. hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

Finger Lakes Extrusion Corp.
(Name of Claimholder)

By: [signature]
Name: Kingsley Beck
Title: President

Address: 13 Salem St.
P.O. Box 558
Union Springs, NY 13160
Telephone: 315-889-7724
Facsimile: 315-889-7708

Date: November 10, 2005

**DELPHI PACKARD ELECTRIC SYSTEMS** [#7243700 Phone: 915-783-7041, Av Pay = 61 Days; Buyer = MARIO FLORES]

| | | | | | | |
|---|---|---|---|---|---|---|
| 52766 | 10/21/04 | PEDP3570095 / 29961 | 3,695.85 | | 555.22 | 376 |
| 56934 | 06/06/05 | PEDP4570053 | 30.00 | | 30.00 | 148 |
| 56935 | 06/06/05 | PEDP4570053 | 91.00 | | 91.00 | 148 |
| 56992 | 06/08/05 | PEDP4570053 | 24.00 | | 24.00 | 146 |
| 57199 | 06/20/05 | PEDP4570053 | 47.00 | | 15.00 | 134 |
| 57256 | 06/22/05 | PEDP4570053 | 48.00 | | 48.00 | 132 |
| 57288 | 06/24/05 | PEDP4570053 | 139.75 | | 139.75 | 130 |
| 57334 | 06/28/05 | PEDP4570053 | 144.00 | | 144.00 | 126 |
| 57420 | 07/06/05 | PEDP4570052 / 34170 | 1,606.70 | | -26.00 | 118 |
| 57525 | 07/13/05 | PEDP4570053 | 30.00 | | 30.00 | 111 |
| 57616 | 07/19/05 | PEDP4570053 | 136.00 | | 136.00 | 105 |
| 57669 | 07/21/05 | PEDP4570053 | 32.00 | | 32.00 | 103 |
| 57683 | 07/22/05 | PEDP4570053 | 357.65 | | 133.65 | 102 |
| 57713 | 07/25/05 | PEDP4570053 | 572.00 | | 572.00 | 99 |
| 57759 | 07/29/05 | PEDP4570052 / 34485 | 5,295.75 | | 121.20 | 95 |
| 57856 | 08/02/05 | PEDP4570053 | 56.00 | | 56.00 | 91 |
| 58128 | 08/17/05 | PEDP4570053 | 54.80 | 54.80 | | 76 |
| 58156 | 08/18/05 | PEDP4570053 | 46.40 | 46.40 | | 75 |
| 58212 | 08/22/05 | PEDP4570053 | 30.00 | 30.00 | | 71 |
| 58213 | 08/22/05 | PEDP4570053 | 122.80 | 122.80 | | 71 |
| 58230 | 08/23/05 | PEDP4570053 | 286.80 | 286.80 | | 70 |
| 58234 | 08/23/05 | PEDP4570053 | 426.20 | 426.20 | | 70 |
| 58262 | 08/24/05 | PEDP4570053 | 311.00 | 311.00 | | 69 |
| 58263 | 08/24/05 | PEDP4570053 | 139.20 | 46.40 | | 69 |
| 58266 | 08/24/05 | PEDP4570053 | 30.00 | 30.00 | | 69 |
| 58267 | 08/24/05 | PEDP4570053 | 56.00 | 56.00 | | 69 |
| 58292 | 08/25/05 | PEDP4570053 | 16.00 | 16.00 | | 68 |
| 58294 | 08/25/05 | PEDP4570053 | 293.90 | 293.90 | | 68 |
| 58295 | 08/25/05 | PEDP4570053 | 680.00 | 680.00 | | 68 |
| 58296 | 08/25/05 | PEDP4570053 | 277.65 | 277.65 | | 68 |
| 58297 | 08/25/05 | PEDP4570053 | 175.80 | 175.80 | | 68 |
| 58323 | 08/26/05 | PEDP4570053 | 335.00 | 335.00 | | 67 |
| 58324 | 08/26/05 | PEDP4570053 | 92.80 | 92.80 | | 67 |
| 58325 | 08/26/05 | PEDP4570053 | 15.00 | 15.00 | | 67 |

Finger Lakes Extrusion Co.

Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:49, Page #6

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 58327 | 08/26/05 | PEDP4570053 | 30.00 | | | 30.00 | | | 67 |
| 58328 | 08/26/05 | PEDP4570053 | 96.00 | | | 96.00 | | | 67 |
| 58346 | 08/29/05 | PEDP4570053 | 16.00 | | | 16.00 | | | 64 |
| 58347 | 08/29/05 | PEDP4570053 | 186.40 | | | 186.40 | | | 64 |
| 58348 | 08/29/05 | PEDP4570053 | 719.00 | | | 719.00 | | | 64 |
| 58349 | 08/29/05 | PEDP4570053 | 44.55 | | | 44.55 | | | 64 |
| 58350 | 08/29/05 | PEDP4570053 | 356.40 | | | 356.40 | | | 64 |
| 58377 | 08/30/05 | PEDP4570053 | 296.00 | | | 296.00 | | | 63 |
| 58378 | 08/30/05 | PEDP4570053 | 91.40 | | | 91.40 | | | 63 |
| 58379 | 08/30/05 | PEDP4570053 | 88.00 | | | 88.00 | | | 63 |
| 58380 | 08/30/05 | PEDP4570053 | 30.00 | | | 30.00 | | | 63 |
| 58381 | 08/30/05 | PEDP4570053 | 30.00 | | | 30.00 | | | 63 |
| 58382 | 08/30/05 | PEDP4570053 | 352.00 | | | 352.00 | | | 63 |
| 58385 | 08/31/05 | PEDP4570052 / 35067 | 959.50 | | | 959.50 | | | 62 |
| 58406 | 08/31/05 | PEDP4570053 | 24.00 | | | 24.00 | | | 62 |
| 58407 | 08/31/05 | PEDP4570053 | 180.05 | | | 180.05 | | | 62 |
| 58408 | 08/31/05 | PEDP4570053 | 519.00 | | | 519.00 | | | 62 |
| 58409 | 08/31/05 | PEDP4570053 | 235.90 | | | 235.90 | | | 62 |
| 58410 | 09/01/05 | PEDP4570052 / 35094 | 2,049.70 | | | 2,049.70 | | | 61 |
| 58430 | 09/01/05 | PEDP4570053 | 327.00 | | | 327.00 | | | 61 |
| 58431 | 09/01/05 | PEDP4570053 | 46.40 | | | 46.40 | | | 61 |
| 58432 | 09/01/05 | PEDP4570053 | 96.00 | | | 96.00 | | | 61 |
| 58433 | 09/01/05 | PEDP4570053 | 15.00 | | | 15.00 | | | 61 |
| 58434 | 09/01/05 | PEDP4570053 | 64.00 | | | 64.00 | | | 61 |
| 58435 | 09/02/05 | PEDP4570052 | 110.20 | | 110.20 | | | | 60 |
| 58436 | 09/02/05 | PEDP4570052 | 6,133.90 | | 6,133.90 | | | | 60 |
| 58437 | 09/02/05 | PEDP4570052 | 273.00 | | 273.00 | | | | 60 |
| 58459 | 09/02/05 | PEDP4570053 | 32.00 | | 32.00 | | | | 60 |
| 58460 | 09/02/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 60 |
| 58461 | 09/02/05 | PEDP4570053 | 124.80 | | 124.80 | | | | 60 |
| 58462 | 09/02/05 | PEDP4570053 | 146.80 | | 146.80 | | | | 60 |
| 58463 | 09/02/05 | PEDP4570053 | 256.00 | | 256.00 | | | | 60 |
| 58464 | 09/02/05 | PEDP4570053 | 154.40 | | 154.40 | | | | 60 |
| 58479 | 09/06/05 | PEDP4570053 | 486.00 | | 486.00 | | | | 56 |
| 58480 | 09/06/05 | PEDP4570053 | 75.00 | | 75.00 | | | | 56 |
| 58481 | 09/06/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 56 |
| 58482 | 09/06/05 | PEDP4570053 | 512.00 | | 512.00 | | | | 56 |
| 58483 | 09/06/05 | PEDP4570053 | 45.00 | | 45.00 | | | | 56 |
| 58484 | 09/06/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 56 |
| 58485 | 09/06/05 | PEDP4570053 | 232.00 | | 232.00 | | | | 56 |
| 58466 | 09/07/05 | PEDP4570052 / 35139 | 3,580.35 | | 3,580.35 | | | | 55 |
| 58486 | 09/07/05 | PEDP4570052 / 35166 | 4,996.53 | | 4,996.53 | | | | 55 |
| 58510 | 09/07/05 | PEDP4570053 | 16.00 | | 16.00 | | | | 55 |
| 58511 | 09/07/05 | PEDP4570053 | 281.80 | | 281.80 | | | | 55 |
| 58512 | 09/07/05 | PEDP4570053 | 829.00 | | 829.00 | | | | 55 |
| 58513 | 09/07/05 | PEDP4570053 | 181.65 | | 181.65 | | | | 55 |
| 58514 | 09/07/05 | PEDP4570053 | 357.60 | | 357.60 | | | | 55 |
| 58517 | 09/08/05 | PEDP4570052 / 35188 | 804.00 | | 804.00 | | | | 54 |
| 58530 | 09/08/05 | PEDP4570053 | 416.00 | | 416.00 | | | | 54 |
| 58531 | 09/08/05 | PEDP4570053 | 46.40 | | 46.40 | | | | 54 |

Finger Lakes Extrusion Co.

# Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:49, Page #7

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 58532 | 09/08/05 | PEDP4570053 | 72.00 | | 72.00 | | | | 54 |
| 58533 | 09/08/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 54 |
| 58534 | 09/08/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 54 |
| 58535 | 09/08/05 | PEDP4570053 | 56.00 | | 56.00 | | | | 54 |
| 58536 | 09/09/05 | PEDP4570052 / 35209 | 669.63 | | 669.63 | | | | 53 |
| 58556 | 09/09/05 | PEDP4570053 | 16.00 | | 16.00 | | | | 53 |
| 58557 | 09/09/05 | PEDP4570053 | 247.85 | | 247.85 | | | | 53 |
| 58558 | 09/09/05 | PEDP4570053 | 499.00 | | 499.00 | | | | 53 |
| 58559 | 09/09/05 | PEDP4570053 | 297.10 | | 297.10 | | | | 53 |
| 58560 | 09/09/05 | PEDP4570053 | 230.80 | | 230.80 | | | | 53 |
| 58563 | 09/12/05 | PEDP4570052 / 35228 | 1,422.45 | | 1,422.45 | | | | 50 |
| 58579 | 09/12/05 | PEDP4570053 | 288.00 | | 288.00 | | | | 50 |
| 58580 | 09/12/05 | PEDP4570053 | 113.80 | | 113.80 | | | | 50 |
| 58581 | 09/12/05 | PEDP4570053 | 45.00 | | 45.00 | | | | 50 |
| 58582 | 09/12/05 | PEDP4570053 | 184.00 | | 184.00 | | | | 50 |
| 58583 | 09/12/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 50 |
| 58584 | 09/12/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 50 |
| 58585 | 09/12/05 | PEDP4570053 | 128.00 | | 128.00 | | | | 50 |
| 58586 | 09/13/05 | PEDP4570052 / 35255 | 2,802.38 | | 2,802.38 | | | | 49 |
| 58606 | 09/13/05 | PEDP4570053 | 48.00 | | 48.00 | | | | 49 |
| 58607 | 09/13/05 | PEDP4570053 | 54.00 | | 54.00 | | | | 49 |
| 58608 | 09/13/05 | PEDP4570053 | 2,666.00 | | 2,666.00 | | | | 49 |
| 58609 | 09/13/05 | PEDP4570053 | 178.80 | | 178.80 | | | | 49 |
| 58614 | 09/14/05 | PEDP4570052 / 35277 | 1,611.75 | | 1,611.75 | | | | 48 |
| 58644 | 09/14/05 | PEDP4570053 | 358.00 | | 358.00 | | | | 48 |
| 58645 | 09/14/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 48 |
| 58646 | 09/14/05 | PEDP4570053 | 104.00 | | 104.00 | | | | 48 |
| 58647 | 09/14/05 | PEDP4570053 | 75.00 | | 75.00 | | | | 48 |
| 58648 | 09/14/05 | PEDP4570053 | 128.00 | | 128.00 | | | | 48 |
| 58649 | 09/15/05 | PEDP4570052 / 35296 | 6,450.33 | | 6,450.33 | | | | 47 |
| 58671 | 09/15/05 | PEDP4570053 | 300.25 | | 300.25 | | | | 47 |
| 58672 | 09/15/05 | PEDP4570053 | 467.00 | | 467.00 | | | | 47 |
| 58673 | 09/15/05 | PEDP4570053 | 206.40 | | 206.40 | | | | 47 |
| 58675 | 09/16/05 | PEDP4570052 / 35316 | 910.80 | | 910.80 | | | | 46 |
| 58695 | 09/16/05 | PEDP4570053 | 320.00 | | 320.00 | | | | 46 |
| 58696 | 09/16/05 | PEDP4570053 | 30.00 | | 30.00 | | | | 46 |
| 58697 | 09/16/05 | PEDP4570053 | 96.00 | | 96.00 | | | | 46 |
| 58698 | 09/16/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 46 |
| 58699 | 09/16/05 | PEDP457053 | 120.00 | | 120.00 | | | | 46 |
| 58716 | 09/19/05 | PEDP4570053 | 44.80 | | 44.80 | | | | 43 |
| 58717 | 09/19/05 | PEDP4570053 | 16.00 | | 16.00 | | | | 43 |
| 58700 | 09/20/05 | PEDP4570052 / 35346 | 2,071.70 | | 2,071.70 | | | | 42 |
| 58718 | 09/20/05 | PEDP4570052 / 35367 | 3,272.85 | | 3,272.85 | | | | 42 |
| 58739 | 09/20/05 | PEDP4570053 | 184.00 | | 184.00 | | | | 42 |
| 58740 | 09/20/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 42 |
| 58741 | 09/20/05 | PEDP4570053 | 48.00 | | 48.00 | | | | 42 |
| 58742 | 09/20/05 | PEDP4570053 | 24.00 | | 24.00 | | | | 42 |
| 58743 | 09/20/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 42 |
| 58744 | 09/20/05 | PEDP4570053 | 112.00 | | 112.00 | | | | 42 |
| 58750 | 09/21/05 | PEDP4570052 / 35383 | 1,432.23 | | 1,432.23 | | | | 41 |

Finger Lakes Extrusion Co.

# Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:49, Page #8

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 58765 | 09/21/05 | PEDP4570053 | 180.05 | | 180.05 | | | | 41 |
| 58766 | 09/21/05 | PEDP4570053 | 330.00 | | 330.00 | | | | 41 |
| 58767 | 09/21/05 | PEDP4570053 | 417.60 | | 417.60 | | | | 41 |
| 58768 | 09/22/05 | PEDP4570052 | 2,660.80 | | 2,660.80 | | | | 40 |
| 58788 | 09/22/05 | PEDP4570053 | 342.00 | | 342.00 | | | | 40 |
| 58789 | 09/22/05 | PEDP4570053 | 67.40 | | 67.40 | | | | 40 |
| 58790 | 09/22/05 | PEDP4570053 | 136.00 | | 136.00 | | | | 40 |
| 58791 | 09/22/05 | PEDP4570053 | 99.00 | | 99.00 | | | | 40 |
| 58792 | 09/22/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 40 |
| 58793 | 09/22/05 | PEDP4570053 | 88.00 | | 88.00 | | | | 40 |
| 58795 | 09/23/05 | PEDP4570052 / 35432 | 2,473.40 | | 2,473.40 | | | | 39 |
| 58811 | 09/23/05 | PEDP4570053 | 142.60 | | 142.60 | | | | 39 |
| 58812 | 09/23/05 | PEDP4570053 | 120.00 | | 120.00 | | | | 39 |
| 58813 | 09/23/05 | PEDP4570053 | 23.80 | | 23.80 | | | | 39 |
| 58796 | 09/26/05 | PEDP4570053 / 35456 | 83.75 | | 83.75 | | | | 36 |
| 58824 | 09/26/05 | PEDP4570052 / 35455 | 2,682.70 | | 2,682.70 | | | | 36 |
| 58831 | 09/26/05 | PEDP4570053 | 15.00 | | 15.00 | | | | 36 |
| 58832 | 09/26/05 | PEDP4570053 | 8.00 | | 8.00 | | | | 36 |
| 58833 | 09/26/05 | PEDP4570053 | 184.00 | | 184.00 | | | | 36 |
| 58834 | 09/26/05 | PEDP4570053 | 391.00 | | 391.00 | | | | 36 |
| 58835 | 09/26/05 | PEDP4570053 | 200.00 | | 200.00 | | | | 36 |
| 58843 | 09/27/05 | PEDP4570052 / 35475 | 3,596.90 | | 3,596.90 | | | | 35 |
| 58844 | 09/27/05 | PEDP4570053 | 65.70 | | 65.70 | | | | 35 |
| 58845 | 09/27/05 | PEDP4570053 | 8.00 | | 8.00 | | | | 35 |
| 58852 | 09/27/05 | PEDP4570053 | 157.65 | | 157.65 | | | | 35 |
| 58853 | 09/27/05 | PEDP4570053 | 550.00 | | 550.00 | | | | 35 |
| 58854 | 09/27/05 | PEDP4570053 | 1,168.40 | | 1,168.40 | | | | 35 |
| 58863 | 09/28/05 | PEDP4570052 / 35502 | 110.20 | | 110.20 | | | | 34 |
| 58866 | 09/28/05 | PEDP4570052 / 35509 | 2,289.35 | | 2,289.35 | | | | 34 |
| 58898 | 09/28/05 | PEDP4570053 | 367.00 | | 367.00 | | | | 34 |
| 58899 | 09/28/05 | PEDP4570053 | 160.00 | | 160.00 | | | | 34 |
| 58900 | 09/28/05 | PEDP4570053 | 112.00 | | 112.00 | | | | 34 |
| 58901 | 09/28/05 | PEDP4570053 | 136.00 | | 136.00 | | | | 34 |
| 58867 | 09/29/05 | PEDP4570053 / 35521 | 83.75 | | 83.75 | | | | 33 |
| 58904 | 09/29/05 | PEDP4570052 / 35532 | 837.95 | | 837.95 | | | | 33 |
| 58926 | 09/29/05 | PEDP4570053 | 64.00 | | 64.00 | | | | 33 |
| 58927 | 09/29/05 | PEDP4570053 | 22.40 | | 22.40 | | | | 33 |
| 58928 | 09/29/05 | PEDP4570053 | 157.65 | | 157.65 | | | | 33 |
| 58929 | 09/29/05 | PEDP4570053 | 541.00 | | 541.00 | | | | 33 |
| 58930 | 09/29/05 | PEDP4570053 | 120.00 | | 120.00 | | | | 33 |
| 58931 | 09/29/05 | PEDP4570053 | 154.40 | | 154.40 | | | | 33 |
| 58935 | 09/30/05 | PEDP4570052 / 35551 | 2,327.10 | | 2,327.10 | | | | 32 |
| 58951 | 09/30/05 | PEDP4570053 | 214.00 | | 214.00 | | | | 32 |
| 58952 | 09/30/05 | PEDP4570053 | 160.00 | | 160.00 | | | | 32 |
| 58953 | 09/30/05 | PEDP4570053 | 149.00 | | 149.00 | | | | 32 |
| 58954 | 09/30/05 | PEDP4570053 | 184.00 | | 184.00 | | | | 32 |
| 58955 | 10/03/05 | PEDP4570052 / 35570 | 1,865.55 | 1,865.55 | | | | | 29 |
| 58972 | 10/03/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 29 |
| 58973 | 10/03/05 | PEDP4570053 | 151.80 | 151.80 | | | | | 29 |
| 58974 | 10/03/05 | PEDP4570053 | 160.00 | 160.00 | | | | | 29 |

# Finger Lakes Extrusion Co.

## Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:50, Page #9

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 58975 | 10/03/05 | PEDP4570053 | 390.90 | 390.90 | | | | | 29 |
| 58976 | 10/03/05 | PEDP4570053 | 16.00 | 16.00 | | | | | 29 |
| 58977 | 10/03/05 | PEDP4570053 | 1,757.00 | 1,757.00 | | | | | 29 |
| 58978 | 10/04/05 | PEDP4570052 / 35583 | 4,599.20 | 4,599.20 | | | | | 28 |
| 58989 | 10/04/05 | PEDP4570053 | 439.00 | 439.00 | | | | | 28 |
| 58990 | 10/04/05 | PEDP4570053 | 30.00 | 30.00 | | | | | 28 |
| 58991 | 10/04/05 | PEDP4570053 | 80.00 | 80.00 | | | | | 28 |
| 58992 | 10/04/05 | PEDP4570053 | 47.00 | 47.00 | | | | | 28 |
| 58993 | 10/04/05 | PEDP4570053 | 72.00 | 72.00 | | | | | 28 |
| 58995 | 10/05/05 | PEDP4570052 / 35609 | 1,982.85 | 1,982.85 | | | | | 27 |
| 59006 | 10/05/05 | PEDP4570053 | 16.00 | 16.00 | | | | | 27 |
| 59007 | 10/05/05 | PEDP4570053 | 54.00 | 54.00 | | | | | 27 |
| 59008 | 10/05/05 | PEDP4570053 | 124.80 | 124.80 | | | | | 27 |
| 59009 | 10/05/05 | PEDP4570053 | 330.10 | 330.10 | | | | | 27 |
| 59010 | 10/05/05 | PEDP4570053 | 105.00 | 105.00 | | | | | 27 |
| 59011 | 10/05/05 | PEDP4570053 | 301.65 | 301.65 | | | | | 27 |
| 59015 | 10/06/05 | PEDP4570052 / 35629 | 3,062.30 | 3,062.30 | | | | | 26 |
| 59031 | 10/06/05 | PEDP4570053 | 303.00 | 303.00 | | | | | 26 |
| 59032 | 10/06/05 | PEDP4570053 | 15.00 | 15.00 | | | | | 26 |
| 59033 | 10/06/05 | PEDP4570053 | 68.80 | 68.80 | | | | | 26 |
| 59034 | 10/06/05 | PEDP4570053 | 144.00 | 144.00 | | | | | 26 |
| 59035 | 10/06/05 | PEDP4570053 | 88.00 | 88.00 | | | | | 26 |
| 59036 | 10/06/05 | PEDP4570053 | 200.00 | 200.00 | | | | | 26 |
| 59037 | 10/07/05 | PEDP4570052 / 35649 | 2,975.33 | 2,975.33 | | | | | 25 |
| 59065 | 10/07/05 | PEDP4570053 | 24.00 | 24.00 | | | | | 25 |
| 59066 | 10/07/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 25 |
| 59067 | 10/07/05 | PEDP4570053 | 180.00 | 180.00 | | | | | 25 |
| 59068 | 10/07/05 | PEDP4570053 | 76.40 | 76.40 | | | | | 25 |
| 59069 | 10/07/05 | PEDP4570053 | 306.20 | 306.20 | | | | | 25 |
| 59070 | 10/07/05 | PEDP4570053 | 235.60 | 235.60 | $105,905.85 | | | | 25 |
| 59071 | 10/10/05 | PEDP4570052 / 35682 | 1,182.45 | 1,182.45 | | | | | 22 |
| 59092 | 10/10/05 | PEDP4570053 | 421.00 | 421.00 | | | | | 22 |
| 59093 | 10/10/05 | PEDP4570053 | 107.80 | 107.80 | | | | | 22 |
| 59094 | 10/10/05 | PEDP4570053 | 152.00 | 152.00 | | | | | 22 |
| 59095 | 10/10/05 | PEDP4570053 | 78.00 | 78.00 | | | | | 22 |
| 59096 | 10/10/05 | PEDP4570053 | 144.00 | 144.00 | | | | | 22 |
| 59100 | 10/11/05 | PEDP4570052 / 35704 | 3,922.15 | 3,922.15 | | | | | 21 |
| 59121 | 10/11/05 | PEDP4570053 | 40.00 | 40.00 | | | | | 21 |
| 59122 | 10/11/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 21 |
| 59123 | 10/11/05 | PEDP4570053 | 186.40 | 186.40 | | | | | 21 |
| 59124 | 10/11/05 | PEDP4570053 | 165.00 | 165.00 | | | | | 21 |
| 59125 | 10/11/05 | PEDP4570053 | 205.65 | 205.65 | | | | | 21 |
| 59126 | 10/11/05 | PEDP4570053 | 102.00 | 102.00 | | | | | 21 |
| 59130 | 10/12/05 | PEDP4570052 / 35725 | 2,349.45 | 2,349.45 | | | | | 20 |
| 59156 | 10/12/05 | PEDP4570053 | 247.00 | 247.00 | | | | | 20 |
| 59157 | 10/12/05 | PEDP4570053 | 61.40 | 61.40 | | | | | 20 |
| 59158 | 10/12/05 | PEDP4570053 | 152.00 | 152.00 | | | | | 20 |
| 59159 | 10/12/05 | PEDP4570053 | 86.00 | 86.00 | | | | | 20 |
| 59160 | 10/12/05 | PEDP4570053 | 24.00 | 24.00 | | | | | 20 |
| 59162 | 10/13/05 | PEDP4570052 / 35746 | 2,087.50 | 2,087.50 | | | | | 19 |

Finger Lakes Extrusion Co.

Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:50, Page #10

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 59181 | 10/13/05 | PEDP4570053 | 8.00 | 8.00 | | | | | 19 |
| 59182 | 10/13/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 19 |
| 59183 | 10/13/05 | PEDP4570053 | 280.45 | 280.45 | | | | | 19 |
| 59184 | 10/13/05 | PEDP4570053 | 952.95 | 952.95 | | | | | 19 |
| 59185 | 10/13/05 | PEDP4570053 | 163.10 | 163.10 | | | | | 19 |
| 59187 | 10/14/05 | PEDP4570052 / 35762 | 1,700.65 | 1,700.65 | | | | | 18 |
| 59201 | 10/14/05 | PEDP4570053 | 463.00 | 463.00 | | | | | 18 |
| 59202 | 10/14/05 | PEDP4570053 | 37.40 | 37.40 | | | | | 18 |
| 59203 | 10/14/05 | PEDP4570053 | 128.00 | 128.00 | | | | | 18 |
| 59204 | 10/14/05 | PEDP4570053 | 156.00 | 156.00 | | | | | 18 |
| 59205 | 10/14/05 | PEDP4570053 | 224.00 | 224.00 | | | | | 18 |
| 59206 | 10/17/05 | PEDP4570052 / 35781 | 2,870.03 | 2,870.03 | | | | | 15 |
| 59228 | 10/17/05 | PEDP4570053 | 32.00 | 32.00 | | | | | 15 |
| 59229 | 10/17/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 15 |
| 59230 | 10/17/05 | PEDP4570053 | 120.20 | 120.20 | | | | | 15 |
| 59231 | 10/17/05 | PEDP4570053 | 405.00 | 405.00 | | | | | 15 |
| 59232 | 10/17/05 | PEDP4570053 | 847.85 | 847.85 | | | | | 15 |
| 59233 | 10/17/05 | PEDP4570053 | 154.40 | 154.40 | | | | | 15 |
| 59235 | 10/18/05 | PEDP4570052 / 35810 | 3,243.35 | 3,243.35 | | | | | 14 |
| 59252 | 10/18/05 | PEDP4570053 | 335.00 | 335.00 | | | | | 14 |
| 59253 | 10/18/05 | PEDP4570053 | 122.80 | 122.80 | | | | | 14 |
| 59254 | 10/18/05 | PEDP4570053 | 136.00 | 136.00 | | | | | 14 |
| 59255 | 10/18/05 | PEDP4570053 | 162.00 | 162.00 | | | | | 14 |
| 59256 | 10/18/05 | PEDP4570053 | 128.00 | 128.00 | | | | | 14 |
| 59257 | 10/19/05 | PEDP4570052 / 35837 | 3,378.80 | 3,378.80 | | | | | 13 |
| 59286 | 10/19/05 | PEDP4570053 | 32.00 | 32.00 | | | | | 13 |
| 59287 | 10/19/05 | PEDP4570053 | 234.05 | 234.05 | | | | | 13 |
| 59288 | 10/19/05 | PEDP4570053 | 105.00 | 105.00 | | | | | 13 |
| 59289 | 10/19/05 | PEDP4570053 | 325.65 | 325.65 | | | | | 13 |
| 59290 | 10/19/05 | PEDP4570053 | 104.00 | 104.00 | | | | | 13 |
| 59294 | 10/20/05 | PEDP4570052 / 35853 | 1,687.15 | 1,687.15 | | | | | 12 |
| 59311 | 10/20/05 | PEDP4570053 | 263.00 | 263.00 | | | | | 12 |
| 59312 | 10/20/05 | PEDP4570053 | 45.00 | 45.00 | | | | | 12 |
| 59313 | 10/20/05 | PEDP4570053 | 15.00 | 15.00 | | | | | 12 |
| 59314 | 10/20/05 | PEDP4570053 | 144.00 | 144.00 | | | | | 12 |
| 59315 | 10/20/05 | PEDP4570053 | 136.00 | 136.00 | | | | | 12 |
| 59317 | 10/21/05 | PEDP4570052 / 35888 | 102.00 | 102.00 | | | | | 11 |
| 59318 | 10/21/05 | PEDP4570052 / 35880 | 1,959.50 | 1,959.50 | | | | | 11 |
| 59328 | 10/21/05 | PEDP4570053 | 314.05 | 314.05 | | | | | 11 |
| 59329 | 10/21/05 | PEDP4570053 | 394.00 | 394.00 | | | | | 11 |
| 59330 | 10/21/05 | PEDP4570053 | 349.65 | 349.65 | | | | | 11 |
| 59331 | 10/21/05 | PEDP4570053 | 435.50 | 435.50 | | | | | 11 |
| 59343 | 10/24/05 | PEDP4570052 / 35899 | 3,646.10 | 3,646.10 | | | | | 8 |
| 59359 | 10/24/05 | PEDP4570053 | 280.00 | 280.00 | | | | | 8 |
| 59360 | 10/24/05 | PEDP4570053 | 46.40 | 46.40 | | | | | 8 |
| 59361 | 10/24/05 | PEDP4570053 | 144.00 | 144.00 | | | | | 8 |
| 59362 | 10/24/05 | PEDP4570053 | 24.00 | 24.00 | | | | | 8 |
| 59363 | 10/24/05 | PEDP4570053 | 208.00 | 208.00 | | | | | 8 |
| 59365 | 10/25/05 | PEDP4570052 / 35922 | 3,101.80 | 3,101.80 | | | | | 7 |
| 59382 | 10/25/05 | PEDP4570053 | 65.70 | 65.70 | | | | | 7 |

# Finger Lakes Extrusion Co.

## Receivables Aging As of Today, All Customer Types, Based on Invoice Date

Report Printed on 11/01/05 at 09:50, Page #11

| Invoice Number | Invoice Date | P O # | Original Invoice Amount | 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Totals | # Days Old |
|---|---|---|---|---|---|---|---|---|---|
| 59383 | 10/25/05 | PEDP4570053 | 353.00 | 353.00 | | | | | 7 |
| 59384 | 10/25/05 | PEDP4570053 | 562.05 | 562.05 | | | | | 7 |
| 59385 | 10/25/05 | PEDP4570053 | 154.40 | 154.40 | | | | | 7 |
| 59387 | 10/26/05 | PEDP4570052 / 35944 | 2,756.15 | 2,756.15 | | | | | 6 |
| 59414 | 10/26/05 | PEDP4570053 | 374.00 | 374.00 | | | | | 6 |
| 59415 | 10/26/05 | PEDP4570053 | 15.00 | 15.00 | | | | | 6 |
| 59416 | 10/26/05 | PEDP4570053 | 15.00 | 15.00 | | | | | 6 |
| 59417 | 10/26/05 | PEDP4570053 | 88.00 | 88.00 | | | | | 6 |
| 59418 | 10/26/05 | PEDP4570053 | 56.00 | 56.00 | | | | | 6 |
| 59419 | 10/26/05 | PEDP4570053 | 45.00 | 45.00 | | | | | 6 |
| 59420 | 10/27/05 | PEDP4570052 / 35969 | 2,432.15 | 2,432.15 | | | | | 5 |
| 59439 | 10/27/05 | PEDP4570053 | 169.85 | 169.85 | | | | | 5 |
| 59440 | 10/27/05 | PEDP4570053 | 873.00 | 873.00 | | | | | 5 |
| 59441 | 10/27/05 | PEDP4570053 | 571.30 | 571.30 | | | | | 5 |
| 59442 | 10/27/05 | PEDP4570053 | 153.00 | 153.00 | | | | | 5 |
| 59444 | 10/28/05 | PEDP4570052 | 2,822.75 | 2,822.75 | | | | | 4 |
| 59463 | 10/28/05 | PEDP4570053 | 360.00 | 360.00 | | | | | 4 |
| 59464 | 10/28/05 | PEDP4570053 | 91.40 | 91.40 | | | | | 4 |
| 59465 | 10/28/05 | PEDP4570053 | 272.00 | 272.00 | | | | | 4 |
| 59466 | 10/28/05 | PEDP4570053 | 204.00 | 204.00 | | | | | 4 |
| 59467 | 10/28/05 | PEDP4570053 | 15.00 | 15.00 | | | | | 4 |
| 59468 | 10/28/05 | PEDP4570053 | 280.00 | 280.00 | | | | | 4 |
| 59445 | 10/31/05 | PEDP4570053 | 83.75 | 83.75 | | | | | 1 |
| 59469 | 10/31/05 | PEDP4570052 | 6,100.10 | 6,100.10 | | | | | 1 |
| 59473 | 10/31/05 | PEDP4570053 | 48.00 | 48.00 | | | | | 1 |
| 59474 | 10/31/05 | PEDP4570053 | 62.40 | 62.40 | | | | | 1 |
| 59475 | 10/31/05 | PEDP4570053 | 106.25 | 106.25 | | | | | 1 |
| 59476 | 10/31/05 | PEDP4570053 | 350.00 | 350.00 | | | | | 1 |
| 59477 | 10/31/05 | PEDP4570053 | 346.20 | 346.20 | | | | | 1 |
| 59478 | 10/31/05 | PEDP4570053 | 180.90 | 180.90 | | | | | 1 |
| | Total for DELPHI PACKARD ELECTRIC SYSTEMS | | | 82,378.46 | 73,128.90 | 10,148.85 | 2,101.82 | 167,758.03 | |