IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
                                :
       In re                    :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
              Debtors.          :    (Jointly Administered)
                                :
-----------------------------------------------------x

## NOTICE OF FILING

The undersigned hereby deposits for filing with the Court the Affidavit of Legal Ordinary Course Professional.

                          Respectfully submitted,

                          WOOD, HERRON & EVANS, L.L.P.

Dated: November 11, 2005
                          Kristi L. Davidson
                          Wood, Herron & Evans, L.L.P.
                          2700 Carew Tower
                          441 Vine Street
                          Cincinnati, Ohio 45202
                          (513) 241-2324



1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING was served this 11th day November, 2005, on the following counsel of record via first class mail, postage prepaid:

>Delphi Corporation
>5725 Delphi Drive
>Troy, Michigan 48098
>Attn: General Counsel
>
>Skadden, Arps, Slate, Meagher & Flom
>333 West Wacker Drive
>Suite 2100
>Chicago, Illinois 60606
>Attn: John Wm. Butler, Jr., Esq.
>
>The U.S. Trustee
>33 Whitehall Street
>Suite 2100
>New York, New York 10044
>Attn: Alicia M. Leonhard, Esq.
>
>Latham & Watkins
>885 Third Avenue
>New York, New York 10022
>Attn: Mark A. Broude, Esq.
>
>Simpson, Thacher & Bartlett LLP
>425 Lexington Avenue
>New York, New York 10017
>Attn: Marissa Wesley, Esq.
>
>Davis, Polk & Wardell
>450 Lexington Avenue
>New York, New York 10017
>Attn: Marlane Melican, Esq.

Kristi L. Davidson

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
    In re                       :    Chapter 11
                                :
DELPHI CORPORATION, et al.,     :    Case No. 05-44481 (RDD)
                                :
            Debtors.            :    (Jointly Administered)
                                :
------------------------------ x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF OHIO            )
                         ) ss:
COUNTY OF HAMILTON       )

      Kristi L. Davidson, Esq., being duly sworn, deposes and says:

      1.      I am a principal of Wood, Herron & Evans, L.L.P. ("WHE") which firm maintains offices at 2700 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202.

      2.      Neither I, "WHE", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

      3.      "WHE" has represented and advised the Debtors in Intellectual Property matters with respect to a broad range of aspects of the Debtor's businesses.

      4.      The Debtors have requested, and "WHE" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "WHE" proposes, to render the following services to the Debtors: preparation and prosecution of patent applications, including appeals and oppositions, rendering of legal opinions on issues of infringement, validity and/or enforceability of U.S. patents, and rendering of opinions on patentability of inventions.

      5.      "WHE"'s current fees arrangement is hourly, plus government and miscellaneous fees.

6.    Except as set forth herein, no promises have been received by "WHE" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.    "WHE" has no agreement with any entity to share with such entity any compensation received by "WHE".

8.    "WHE" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "WHE" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, "WHE", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "WHE" is to be engaged.

10.    The foregoing constitutes the statement of "WHE" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_Kristi L. Davidson_
Kristi L. Davidson

Subscribed and sworn before me
this _11_ date of _NOVEMBER_, 2005

_____
Notary Public

BRETT ALLEN SCHATZ
Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration
Section 147.03 R.C.

2