DONALD F. BATY, Jr. ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7314
Facsimile: (313) 465-7315
dbaty@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION**, *et al.,* | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |
| _____/ | Hon. Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Donald F. Baty, Jr, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, requests admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent: Fujitsu Ten Corp. of America, GKN Sinter Metals, Inc., Saturn Electronics & Engineering, Inc., Kelsey-Hayes Company, TRW Vehicle Safety Systems Inc., TRW Canada Limited, TRW Electronica Ensambles S.A. de C.V., TRW Automotive U.S. LLC, and TRW Automotive Electronics & Components GmbH & Co. KG. in the above referenced case.

My address is    Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
e-mail address: dbaty@honigman.com
telephone number: (313) 465-7314

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

By: _____
    Donald F. Baty, Jr. (P38087)
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
Telephone:  (313) 465-7314
Facsimile:  (313) 465-7315
Email:  dbaty@honigman.com

2