

**TRANSPORTATION GROUP**
966 Bridgeview South  Saginaw, MI 48604



*WAREHOUSING DIVISION*

November 15, 2005

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

On November 3, 2005, we sent a proof of claim to the New York Bankruptcy Court for **Delphi Case #05-44481-101** in the amount of $338,544.96.

Please rescind this proof of claim because we are being paid by the Bridge Order under 11 U.S.C. 105 and 363b, 1107, and 1108 authorizing payment of certain prepetition (I) shipping and delivery charges for goods in transit and II custom duties.  This proof of claim was sent in error.

If you need any additional information, please correspond with me at the address below.

Sincerely yours,

Tony Lander
President



RECEIVED
NOV 16 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

966 Bridgeview South  ■  Saginaw, MI 48604
Phone: (989) 769-5544/(800) 686-0060   Fax: (989) 755-3299
www.lb-omni.com
email: tlander@lb-omni.com
ISO 9001:2000 Registered

S:\Data\Ops Admin\DELPHI BANKRUPTCY\OMNI cLAIM1.doc

# United States Bankruptcy Court — District Of

## PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| DELPHI | 05-44481-101 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**L & B CARTAGE, INC - OMNI WAREHOUSE**

Name and Address where notices should be sent:
966 Bridgeview South
Saginaw, MI 48604

Telephone Number: (989) 759-5544

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Account or other number by which creditor identifies debtor: DUNS # 108783148

Check here if this claim  ☐ replaces or  ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

### 2. Date debt was incurred:

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ _____ _____ 338,544.96   338,544.96
(Unsecured Nonpriority)   (Secured)   (Unsecured Priority)   (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

### 6. Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### 7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 338,544.96
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ). See attached

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 8. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 9. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 10. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 11/2/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Vice President

RECEIVED NOV - 3 2005 CLAIMS PROCESSING CENTER USBC, SDNY

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**LB TRANSPORTATION GROUP**

- Air Freight
- Car Rental
- Dedicated Service
- Expedited Service
- Warehousing

www.lbexpediting.com

November 15, 2005

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

On November 3, 2005, we had sent a proof of claim to the New York Bankruptcy Court for **Delphi Case #05-44481-101** in the amount of $331,752.90

Please rescind this proof of claim because we are being paid by the Bridge Order under 11 U.S.C. 105 and 363b, 1107, and 1108 authorizing payment of certain prepetition (I) shipping and delivery charges for goods in transit and II custom duties. This proof of claim was sent in error.

If you need any additional information, please contact me at the address below.

Sincerely,

Tony Lander
President



RECEIVED
NOV 16 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Phone: (800) 696-0060 (989) 759-3544    C:\LB CLAIM.doc    Fax 989-755-3299
966 Bridgeview South ■ Saginaw, MI 48604

# United States Bankruptcy Court, District Of     PROOF OF CLAIM

| | |
|---|---|
| Name of Debtor: DELPHI | Case Number: 05-44481-101 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
L&B CARTAGE, INC - L&B TRANSPORTATION GROUP

Name and Address where notices should be sent:
966 Bridgeview South
Saginaw, MI 48604

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number: (989) 759-5544

Account or other number by which creditor identifies debtor:
DUNS # 082218058

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____

### 2. Date debt was incurred:

### 3. If court judgment, date obtained:

### 4. Total Amount of Claim at Time Case Filed: $ _____ (Unsecured Nonpriority) _____ (Secured) 38,752.90 (Unsecured Priority) 38,752.90 (Total)
* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 5. Secured Claim.
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

### 6. Unsecured Nonpriority Claim $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

### 7. Unsecured Priority Claim.
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ 38,752.90
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__). See attached
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
### 9. Supporting Documents: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
### 10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

RECEIVED NOV - 3 2005 CLAIMS PROCESSING CENTER USBC, SDNY

Date: 11/2/05
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
[signature] Vice President

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571