SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
    In re                       :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------- x


## DEMAND FOR IMMEDIATE DISTRIBUTION



RECEIVED
NOV 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

PLEASE TAKE NOTICE THAT on October 8, 2005, that Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases filed voluntary petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 USC §§ 101-1330, in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that on October 8, 2005, the Bankruptcy Court entered the following orders which this Claimant is seeking and demanding relief under - without delay.

* (AGENDA ITEM NO. 10; DOCKET NO. 31), Human Capital Obligations - Bridge Order Under 11 USC §§ ...(II) Authorizing Debtors To Pay Prepetition Benefits and Continue Maintenance of Human Capital Benefit Programs In Ordinary Course, and (III) Directing Banks To Honor Prepetition Checks For Payment Of Prepetition Human Capital Obligations in the sum certain of $30,000,000.00;

* (AGENDA ITEM NO. 22; DOCKET NO. 36), Cash Management - Bridge Order Under 11 USC §§ 501, 502, 3001(f) etc., and...(I) Continued Maintenance of Existing Bank Accounts, (II) Continued Use Of Existing Cash Management System, (IV) Preservation and Exercise of Intercompany Setoff Rights which this Proof Of Claim may have relation to against General Motors Corporation, Delphi's No. 1 Creditor where there is no "<u>DISPUTE</u>" of the 'Nature of "OTHER" Claims' that are "UNLIQUIDATED" and the approximate amount of the Claim is "UNKNOWN".

PLEASE TAKE FURTHER NOTICE THAT section 501 authorized, in part, the filing of this Proof Of Claim with the Clerk on October 31, 2005 (under Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 5005(a), which Claim was filed in accordance with 3001(f) constituting prima facie evidence of the validity and amount of the Claim "<u>DEEMED ALLOWED</u>", meaning it is eligible

for payment under § 502(a).

PLEASE TAKE FURTHER NOTICE that based on the "ADVISORY" nature of these bankruptcy proceedings as opposed to "CONTESTED" and accordingly, in compliance with "Bankruptcy Rules" § 2020, § 3007, § 7001, § 9014 etc., it is shown that "REVIEW" of the failure of the U.S. Trustee to immediately distribute the sum certain of $30,000,000.00 relief is prohibited under both criminal and civil Federal statutes. See **18 USC § 241, 242 etc.; Title 42 USC § 1981, 1982, 1983 etc.**

PLEASE TAKE FURTHER NOTICE THAT this Proof Of Claim is executed and filed in accordance with these Federal Rules of Bankruptcy Procedure Rules, which by law, "SHALL" constitute prima facie evidence of the validity and amount of the claim.

By: Lafonza Earl Washington
Claimant

Dated: November 10, 2005



RECEIVED
NOV 17 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

STATE OF MICHIGAN )
                  )
COUNTY OF GENESEE )


    I, Lafonza Earl Washington, Sr., deposes, states that:

    On November 11th and 12th, 2005, having U.S. Postal prepaid and by facsimile at 212/668-2255, he did serve the below-described document.

    \*   Demand For Immediate Distribution From the
        United States Trustee

    \*   Proof of this Service

    Mailed to:

        United States Bankruptcy Court
        Southern District of New York
        Clerk of the Court
        Alexander Hamilton Custom House
        One Bowling Green
        New York, N.Y.  10004-1408

        Department of Justice
        United States Trustee Program
        Southern District of New York
        Manhattan Office
        Mary Elizabeth Tom, Ass't U.S. Trustee
        and/or Elizabeth J. Austin, Ass't U.S. Trustee
        35 Whitehall Street, 21st Floor
        New York, N.Y.  10004

        John Wm. Butler, Jr.
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        333 West Wacker Drive, Ste 2100
        Chicago, Ill  60606

        Thomas J. Matz
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        Four Times Square
        New York, N.Y.  10036

                              */s/ Lafonza Earl Washington*
                              By: Lafonza Earl Washington



RECEIVED
NOV 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Lafonza E. Washington
6502 M.L. King Jr. Ave.
Flint, MI 48505

United States Bankruptcy Court
Southern District of New York
Clerk of the Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

