

Cornell University
Office of University Counsel
and Secretary of the Corporation

300 CCC Building
Garden Avenue
Ithaca, New York 14853-2601
t. 607.255.5124
f. 607.254.3556
*(not for service of pleadings)*

November 14, 2005

John K. Lyons., Esq., Esq. (Attorneys for Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esq. (Attorneys for Debtors)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Attn: Alicia M. Leonhard
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

RE: **Chapter 11 Bankruptcy**
**Delphi Corporation (and affiliated debtors)**
**Tax I.D. No. 38-3430473**
**Case No. 05-44481 (RDD) (Jointly administered)**

Dear Sir or Madam:

This office represents Cornell University in regard to the above-referenced bankruptcy case. Please be advised that all future notices and/or documents should be forwarded to my attention at the following address:

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, New York 14853-2601
Email – nhp4@cornell.edu

If you have any questions, please don't hesitate to contact us. Thank you for your assistance and cooperation in this matter.

RECEIVED
NOV 17 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Sincerely,

Nancy H. Pagliaro

Nancy H. Pagliaro
Paralegal

/nhp

cc: U.S. Bankruptcy Court, S.D. of New York

Cornell University is an equal opportunity affirmative action educator and employer.