# KEEFE AND ASSOCIATES

PETER D. KEEFE, Patent Attorney
24405 Gratiot Avenue
Eastpointe, Michigan 48021
Telephone: (586) 775-5680
Fax: (586) 775-2769

November 15, 2005

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, NY 10274-5058

*Re:*   *Delphi Corporation, et al.*
        *Case No.: 05-44481(RRD)*

Dear Sir/Madam:

Enclosed please find my Affidavit of Legal Ordinary Course Professional and Proof of Service in the above matter.

Very truly yours,

PETER D. KEEFE, Principal
KEEFE AND ASSOCIATES

PDK/sv
Enclosures
cc(w/enc):   DELPHI CORPORATION, Attn: General Counsel
             SKADDEN, ARPS, SLATE, MEAGHER & FLOM, Attn: John Wm. Butler, Jr., Esq.
             U.S. TRUSTEE, Attn: Alicia M. Leonhard, Esq.
             LATHAM & WATKINS, Attn: Mark A. Broude, Esq.
             SIMPSON THACHER & BARTLETT, LLP, Attn: Marissa Wesley, Esq.
             DAVIS POLK & WARDELL, Attn: Marlane Melican, Esq.



## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

IN RE:

DELPHI CORPORATION, et al

Debtors.

CHAPTER 11

CASE NO. 05-44481 (RDD)

(Jointly Administered)

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                     )SS
COUNTY OF MACOMB     )

1. I am a principal of KEEFE AND ASSOCIATES which firm maintains offices at 24405 Gratiot Avenue, Eastpointe, Michigan 48021.

2. Neither I, KEEFE AND ASSOCIATES, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. KEEFE AND ASSOCIATES, has represented and advised the Debtors in patent law with respect to a broad range of aspects of the Debtors' business.

4. The Debtors have requested, and KEEFE AND ASSOCIATES has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and KEEFE AND ASSOCIATES proposes, to render the following services to the Debtors: Patent law, particularly patent application preparation and prosecution.

5. KEEFE AND ASSOCIATES' current fee arrangement is a flat fee on a "per job" basis.

6. Except as set forth herein, no promises have been received by KEEFE AND ASSOCIATES or any other partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. KEEFE AND ASSOCIATES has no agreement with any entity to share with such entity any compensation received by KEEFE AND ASSOCIATES.

8. KEEFE AND ASSOCIATES and its partners, auditors, and other members may have in the past represented, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. KEEFE AND ASSOCIATES does not and

- 1 -

will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the debtor in their estates.

9. Neither I, KEEFE AND ASSOCIATES, nor any partner, auditor or other member thereof insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which KEEFE AND ASSOCIATES is to be engaged.

10. In view of the foregoing, KEEFE AND ASSOCIATES is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes the statements of KEEFE AND ASSOCIATES pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
PETER D. KEEFE, Principal
KEEFE AND ASSOCIATES

Subscribed and sworn before me
this 15th day of November, 2005

_____
SUE E. VERBIEST, Notary Public
Macomb County, Michigan
Acting in Macomb County
My Commission expires: 09/23/2012

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:  CHAPTER 11

                CASE NO. 05-44481 (RDD)

DELPHI CORPORATION, et al

                (Jointly Administered)

    Debtors.

---

### AFFIDAVIT OF SERVICE-MAIL

STATE OF MICHIGAN    )
                            )SS
COUNTY OF MACOMB   )

       PETER D. KEEFE, being duly sworn, deposes and says that on the **15th** of **November, 2005**, he served a copy of **Affidavit of Legal Ordinary Course Professional** and **Affidavit of Service Mail** upon all parties of record by placing the same in an envelope properly addressed to:

| | | |
|---|---|---|
| DELPHI CORPORATION<br>5725 Delphi Dr.<br>Troy, MI 48098<br>Attn: General Counsel | SKADDEN, ARPS,<br>SLATE, MEAGHER & FLOM<br>333 West Wacker Dr.<br>Chicago, IL 60606<br>Attn: John Wm. Butler, Jr., Esq. | U.S. TRUSTEE<br>33 Whitehall St.<br>Suite 2100<br>New york, NY 10044<br>Attn: Alicia M. Leonhard, Esq. |
| LATHAM & WATKINS<br>855 Third Ave.<br>New York, NY 10022<br>Attn: Mark A. Broude, Esq. | SIMPSON THACHER &<br>BARTLETT, LLP<br>425 Lexington Ave.<br>New York, NY 10017<br>Attn: Marissa Wesley, Esq. | DAVIS POLK & WARDELL<br>450 Lexington Ave.<br>New York, NY 10017<br>Attn: Marlane Melican, Esq. |

and sealing said envelope and depositing the same in the United States mail with first class postage fully prepaid thereon.

                                            PETER D. KEEFE, Principal
                                            KEEFE AND ASSOCIATES

Subscribed to and sworn before me
this 15th day of November, 2005

SUE E. VERBIEST, Notary Public
Macomb County, Michigan
Acting in Macomb County
My Commission Expires: 09/23/2012

Keck and Associates
*Patent Attorneys*
24405 Gratiot Ave.
Eastpointe, MI 48021

1027445058

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, NY 10274-5058



