DATE 15th NOVEMBER 2005

THE HONORABLE ROBERT D. DRAIN,

UNITED STATES BANKRUPTCY COURT,

FOR THE SOUTHERN DISTRICT OF NEW YORK,

ONE BOWLING GREEN, ROOM 610, NEW YORK, NEW YORK 10004.

SKADDEN, ARPS, SLATE, MEAGHER AND FLOM LLP

FOUR TIME SQUARE

NEW YORK,

NEW YORK 10036



DEAR JUDGE R.D. DRAIN,

RE - DELPHI CORPORATION - FILE FOR CHAPTER 11 BANKRUPTCY.

I OBJECT, TO THE ABOVE APPLICATION,

BY DELPI CORPORATION,

ON THE GROUNDS, THAT THIS ACTION,

MAY AFFECT PAYMENT OF MY OCCUPATIONAL PENSION, PAID BY

THE COMPANYS PENSION FUND.

AND ENTITLEMENT, TO COMPENSATION,

IN THE EVENT OF NONE PAYMENT.

YOURS SINCERELY.

W. B. Maguire

MR WILLIAM BERNARD MAGUIRE

87 BEWLEY DRIVE,

SOUTHORNE,

KIRRBY,