HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail: jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11
:
**DELPHI CORPORATION et al.,**          :    Case No. 05-44481 (RDD)
:
Debtors.                                              :    (Jointly Administered)
---------------------------------------------------------------x

## PROOF OF SERVICE

    The undersigned hereby certifies and declares that she served copies as follows:

1.  Documents Served:    Quasar's Objection to Supplier Agreement Assumption Procedures Motion

2.  Served Upon:    See attached Service List

3.  Method of Service:    First Class Mail

4.  Date Served:    November 23, 2005

    I certify and declare under penalty of perjury that the foregoing is true and correct.

                                                            By: /s/Pairlee Sims
                                                               Pairlee Sims
                                                             Assistant to Judy B. Calton
                                                             Honigman, Miller, Schwartz and Cohn LLP
                                                             2290 First National Building
                                                             Detroit, Michigan 48226

DETROIT.2003112.1