Eric Lopez Schnabel (ES5553)
KLETT ROONEY LIEBER SCHORLING
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Email: elschnabel@klettrooney.com
Counsel to Entergy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

On November 23, 2005, the undersigned served or caused to be served the Notice of Withdrawal of Entergy's Objection to Utilities Motion [docket no. 575], to those parties listed on the attached Service List in the manner indicated.

Dated: November 23, 2005

                                                */s/ Eric Lopez Schnabel*
                                                Eric Lopez Schnabel (ES5553)
                                                KLETT ROONEY LIEBER SCHORLING
                                                The Brandywine Building
                                                1000 West Street, Suite 1410
                                                Wilmington, DE 19801
                                                (302) 552-4200
                                                Email: elschnabel@klettrooney.com

#488399v1

## SERVICE LIST

**VIA FEDERAL EXPRESS**
Chambers of The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Phone:          (212) 668-2870

**VIA FACSIMILE TRANSMISSION**
Alicia M. Leonhard, Esq
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Phone:          (212) 510-0508
Fax :           (212) 668-2255

**VIA FACSIMILE TRANSMISSION**
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate Meagher Flom LLP
Four Times Square
New York, NY 10036
Phone:          (212) 735-3000
Fax:            (212) 735-2000

**VIA FACSIMILE TRANSMISSION &**
Douglas P. Bartner, Esq.
Shearman Sterling LLP
599 Lexington Avenue
New York, NY 10022
Phone:          (212) 848-4000
Fax:            (212) 848-7179

**VIA FACSIMILE TRANSMISSION**
Robert J. Rosenberg, Esq.
Latham Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone:          (212) 906-1200
Fax:            (212) 751-4864

#488399v1

**VIA FACSIMILE TRANSMISSION**
Donald S. Bernstein, Esq.
Davis Polk Wardwell
450 Lexington Avenue
New York, NY 10017
Phone:      (212) 450-4000
Fax:        (212) 450-3800

**VIA FACSIMILE TRANSMISSION**
Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
Simpson Thacher Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Phone:      (212) 455-2000
Fax:        (212) 455-2502

**VIA FACSIMILE TRANSMISSION**
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Phone:      (312) 407-0730
Fax:        (312) 407-0411

**VIA FACSIMILE TRANSMISSION**
Delphi Corporation
David Sherbin, General Counsel
5725 Delphi Drive
Troy, MI 48098
Phone:      (248) 813-2000
Fax:        (248) 813-2491

**VIA FACSIMILE TRANSMISSION**
Wilmington Trust Company
Attn: Steve Cimalore
1100 North Market Street
Wilmington, DE 19890
Phone:      (302) 636-6058
Fax:        (302) 636-4140

#488399v1

**VIA FACSIMILE TRANSMISSION**
Law Debenture Trust Company of New York
767 Third Avenue, 31st Floor
New York, NY 10017
Phone:      (212) 750-6474
Fax:        (212) 750-1361

#488399v1