**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION, *et al.*, <br>                  Debtors. | Chapter 11 <br><br> Case No. 05-44481-RDD <br><br> (Jointly Administered) |

**CERTIFICATION OF SERVICE**

       I, Ira M. Levee, of full age, verify under penalty of perjury that on November 22, 2005, I caused to be served by (i) facsimile and Federal Express a copy of *Lead Plaintiffs' Objection to Debtors' Motion for Order Under §§ 105 and 363 Authorizing Debtors to Implement a Key Employee Compensation Program* on the persons on the annexed service list; and (ii) by Federal Express overnight delivery a copy to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United State Bankruptcy Court, One Bowling Green New York, NY 10004-1408.

Dated: November 22, 2005          By: /s/ Ira M. Levee
                                                          Ira M. Levee

                                                      **LOWENSTEIN SANDLER PC**
                                                      1251 Avenue of the Americas, 18th Floor
                                                      New York, New York 10020
                                                      (212) 262-6700 (Telephone)
                                                      (212) 262-7402 (Facsimile)
                                                                    and
                                                      65 Livingston Avenue
                                                      Roseland, New Jersey 07068
                                                      (973) 597-2500 (Telephone)
                                                      (973) 597-2481 (Facsimile)

                                                      *Bankruptcy Counsel for Lead Plaintiff and*
                                                      *the prospective class*

18692/2
11/23/2005 1814667.01

## SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher<br>    & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher<br>    & Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| Attn: General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | |