**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                              :
          In re                               :          Chapter 11
                                              :
**DELPHI CORPORATION et al.,**                :          Case No. 05-44481 (RDD)
                                              :
          Debtors.                            :          (Jointly Administered)
                                              :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1.    Document Served:        Motion for Admission to Practice, *Pro Hac Vice;*
                              Proposed Order; and
                              Limited Objection to Supplier Agreement
                              Assumption Procedures Motion by Fourteen
                              Suppliers

2.    Served Upon:           See attached Service List

3.    Method of Service:     Via E-Mail and First Class Mail (as indicated)

4.    Date Served:           November 23, 2005

      I certify and declare under penalty of perjury that the foregoing is true and
correct.

                              By: _____

                                   Ruby M. Edison, Legal Secretary
                                   Honigman Miller Schwartz And Cohn LLP
                                   2290 First National Building
                                   660 Woodward Avenue
                                   Detroit, MI  48226
                                   (313) 465-7314

Dated:  November 23, 2005

## SERVICE LIST

| | |
|---|---|
| Mark I. Bane, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>e-mail: mbane@kelleydrye.com | Glenn P. Berger, Esq.<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016<br>via U.S. Mail |
| Stuart F. Cheney, Esq.<br>Law Weathers & Richardson, P.C.<br>333 Bridge St. N.W., Ste. 800<br>Grand Rapids, MI 49504<br>via U.S. Mail | Michael L. Cook, Esq.<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>e-mail: michael.cook@srz.com |
| Patrick M. Costello, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Ste. 300<br>Palto Alto, CA 94306<br>via U.S. Mail | Gary H. Cunningham, Esq.<br>Kramer Mellen, P.C.<br>3000 Town Center, Ste. 1700<br>Southfield, MI 48075<br>via U.S. Mail |
| Gary H. Cunningham, Esq.<br>Strobl Cunningham & Sharp, P.C.<br>300 E. Long Lake Road, Suite 200<br>Bloomfield Hills, MI<br>via U.S. Mai | John K. Cunningham, Esq.<br>White & Case, LLP<br>200 South Biscayne Boulevard, Ste. 4900<br>Miami, FL 33131<br>e-mail: jcunningham@whitecase.com |
| Craig Alan Damast, Esq.<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174<br>e-mail: cadamast@blankrome.com | J. Michael Debbeler, Esq.<br>Graydon, Head & Ritchey LLP<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH 45202<br>via U.S. Mail |
| Elizabeth K. Flaagan, Esq.<br>Holme Roberts & Owen LLP<br>1700 Lincoln Street, Ste. 4100<br>Denver, CO 80203<br>via U.S. Mail | Mark T. Flewelling, Esq.<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 South Los Robles Avenue, Suite 600<br>Pasadena, CA 91101<br>via U.S. Mail |

| | |
|---|---|
| Lars H. Fuller, Esq.<br>Rothgerber Johnson & Lyons, LLP<br>One Tabor Center, Ste. 3000<br>1200 Seventeenth Street<br>Denver, CO  80202-5855<br>via U.S. Mail | Ira P. Goldberg, Esq.<br>Di Monte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL  60068-5738<br>via U.S. Mail |
| Scott R. Goldberg, Esq.<br>Quarles & Brady Streich Lang, LLP<br>One Renaissance Square<br>2 North Central Avenue<br>Phoenix, AZ  85004-2391<br>via U.S. Mail | Andrew D. Gottfried, Esq.<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY  10178<br>e-mail:  agottfried@morganlewis.com |
| Larry D. Harvey, Esq.<br>5290 DTC Parkway, Ste. 150<br>Englewood, CO  80111<br>via U.S. Mail | Thomas H. Keyse, Esq.<br>1700 Lincoln Street, Ste. 4000<br>Denver, CO  80203<br>via U.S. Mail |
| Steve Kieselstein, Esq.<br>Kieselstein Law Firm, PLLC<br>43 British American Boulevard<br>Latham, NY  12110<br>via U.S. Mail | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Ste. 2100<br>New York, NY  10004<br>via U.S. Mail |
| Jill Mazer-Marino, Esq.<br>Scarcella Rosen & Slome, LLP<br>333 Earle Ovington Boulevard, 9th Floor<br>Uniondale, NY  11553<br>e-mail:  jmmarino@srsllp.com | Timothy S. McFadden, Esq.<br>Lord, Bissell & Brook<br>115 S. LaSalle Street<br>Chicago, IL  60603<br>e-mail:  tmcfadden@lordbissell.com |
| Gene T. Moore, Esq.<br>1802 15th Street<br>Tuscaloosa, AL  35401<br>via U.S. Mail | Thomas C. Pavlik, Esq.<br>Novak, Robenalt, Pavlik<br>Skylight Office Tower, Ste. 270<br>1660 West Second Street<br>Cleveland, OH  44113<br>via U.S. Mail |
| Sandra A. Reimer, Esq.<br>666 Fifth Avenue<br>New York, NY  10103<br>via U.S. Mail | Kenneth A. Reynolds, Esq.<br>Pryor & Madelup, LLP<br>675 Old Country Road<br>Westbury, NY  11590<br>via U.S. Mail |

| | |
|---|---|
| Harold Ritvo, Esq.<br>One University Plaza<br>Hackensack, NJ 07601<br>via U.S. Mail | Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022<br>e-mail: robert.rosenberg@lw.com |
| Paul Rubin, Esq.<br>Herrick, Feinstein LLP<br>Two Park Avenue<br>New York, NY 10016<br>e-mail: prubin@herrick.com | Lawrence M. Schwab, Esq.<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Ste. 300<br>Palto Alto, CA 94306<br>via U.S. Mail |
| Mark R. Somerstein, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178<br>e-mail: msomerstein@kelleydrye.com | Shmuel Vasser, Esq.<br>Edwards & Angell, LLP<br>750 Lexington Avenue<br>New York, NY 10022<br>via U.S. Mail |
| Timothy W. Walsh, Esq.<br>DLA Piper Rudnick Gray Cary US LLP<br>1251 Avenue of the Americas<br>New York, NY 10020-1104<br>e-mail: timothy.walsh@dlapiper.com | John William Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>333 West Wacker Drive, Ste. 2100<br>Chicago, IL 60606<br>e-mail: jbutler@skadden.com |
| General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>via U.S. Mail | Kenneth S. Zimar, Esq.<br>Simpson Thacher Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>via U.S. Mail |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>e-mail: mark.broude@lw.com | Marlene Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br>via U.S. Mail |

DETROIT.2015784.1