**PORZIO, BROMBERG & NEWMAN, P.C.**  Hearing Date: November 29, 2005 at 10:00 am
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019

Attorneys Appearing: John S. Mairo (JM-0670)
                             Brett S. Moore (BM-0014)

Attorneys for Neuman Aluminum Automotive, Inc. and
Neuman Aluminium Impact Extrusion, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORP., *et al.*, | Case No. 05-44481 |
| Debtors. | |

**JOINDER OF NEUMAN ALUMINUM AUTOMOTIVE, INC.**
**AND NEUMAN ALUMINIUM IMPACT EXTRUSION, INC.**
**IN LIMITED OBJECTION TO**
<u>**SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**</u>

      Neuman Aluminum Automotive, Inc. and Neuman Aluminium Impact Extrusion, Inc. (collectively, "<u>Neuman</u>") hereby join in the limited objection filed by Robert Bosch Corporation And

988597

Affiliates (Docket No. 1160) [the "Bosch Objection"] to the Debtors' "Supplier Agreement Assumption Procedures Motion," dated November 18, 2005.[1]

As set forth more fully in the Bosch Objection, the Supplier Agreement Assumption Procedures Motion (and any order entered approving it) must be modified so that the Assumption Agreement can only be accepted in writing by an appropriate representative of a Covered Supplier and cannot be accept by performance. Additionally, undersigned counsel for Neuman must be provided with any proposed Assumption Agreement directed to Neuman.

WHEREFORE, Neuman requests that the Court deny the Supplier Agreement Assumption Procedures Motion unless: (a) the Motion is modified so that the Assumption Agreement can only be accepted in writing by an appropriate representative of a Covered Supplier and cannot be accepted by performance; and (b) counsel for Neuman be provided with any proposed Assumption Agreement directed to Neuman.

Dated: November 23, 2005

NEUMAN ALUMINUM AUTOMOTIVE, INC.
NEUMAN ALUMINIUM IMPACT
EXTRUSION, INC.

By:     /s/ John S. Mairo
    John S. Mairo (JM 0670)
    Brett S. Moore (BM 0114)

**PORZIO, BROMBERG & NEWMAN, P.C.**
(Mail to) P.O. Box 1997, Morristown, NJ 07962-1997
(Delivery to) 100 Southgate Parkway, Morristown, NJ 07960
Telephone (973) 538-4006
Facsimile (973) 538-5146
-and-
156 West 56th Street
New York, NY 10019

---

[1] All capitalized terms used herein and not otherwise defined shall have the meaning given to such terms in the Supplier Agreement Assumption Procedures Motion.

988597