Eric Lopez Schnabel (ES5553)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Email: elschnabel@klettrooney.com
Counsel to Entergy

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SETTLEMENT AND WITHDRAWAL OF ENTERGY'S**
**OBJECTION TO UTILITIES MOTION [RE D.I. NO. 575]**

Please take notice that Entergy Mississippi, Inc. ("Entergy"), by its undersigned counsel, respectfully hereby withdraws its Objection [Docket No. 575] to the Debtors' Utilities Motion [Docket No. 41]. Entergy's Objection is being withdrawn as the parties have reach a settlement pursuant to that certain letter agreement dated November 23, 2005. The foregoing letter agreement shall control Entergy's adequate assurance of payment under 11 U.S.C. § 366.

                          KLETT ROONEY LIEBER & SCHORLING
                          A Professional Corporation

                          By: /s/ Eric Lopez Schnabel
                                Eric Lopez Schnabel (ES5553)
                                The Brandywine Building
                                1000 West Street, Suite 1410
                                Wilmington, DE 19801
                                Phone: (302) 552-4200
                                Email: elschnabel@klettrooney.com

Dated: November 23, 2005                  Counsel to Entergy Mississippi, Inc.