LOWENSTEIN SANDLER PC

*Attorneys at Law*

IRA M. LEVEE
*Of Counsel*

*Tel 973.597.2480 Fax 973.597.2481*
*ilevee@lowenstein.com*

November 23, 2005

**FEDERAL EXPRESS**

Honorable Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: **Delphi Corporation**
**Case No. 05-44481 (RDD)**
**Doc No. 1161**

Dear Judge Drain:

On behalf of Lead Plaintiffs, we attempted to electronically file the Lead Plaintiffs' Objection to Debtors' Motion for Order under §§105 and 363 Authorizing Debtor to Implement a Key Employee Compensation Program (the "Objection") on November 22 2005, but were unable to do so because the Court's ECF System was down. We electronically filed the Objection on November 23, 2005 (Doc. No. 1161).

Because the inability to file the Objection before the Objection Deadline was due to circumstances beyond Lead Plaintiffs' control, we respectfully request that the Objection be deemed filed timely.

Copies of the Objection were timely served on the appropriate parties on November 22, 2005 by facsimile transmission and overnight delivery.

Respectfully submitted,

Ira M. Levee

IML:csb



Pg 2 of 3

Honorable Robert D. Drain, U.S.B.J.
Page 2

November 23, 2005

18692/2
11/23/05 1815299.01

Enclosure(s)
cc: Service List (via facsimile and regular mail)



**SERVICE LIST**

| | |
|---|---|
| John Wm. Butler, Jr.<br>Skadden, Arps, Slate, Meagher<br>& Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher<br>& Flom LLP<br>Four Times Square<br>New York, NY 10036 |
| | |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022 |
| | |
| Attn: General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 | Marissa Wesley, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| | |
| Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 | |