PITNEY HARDIN LLP
(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945
(DELIVER TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (RM - 7791)

  - and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800

ATTORNEYS FOR MARSHALL E. CAMPBELL COMPANY

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

# MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard M. Meth, a member in good standing of the bar of the State of New Jersey, the United States District Court for the District of New Jersey and the Court of Appeals for the Third Circuit, hereby request admission, *pro hac vice*, before the Honorable Robert D. Drain, U.S.B.J., to represent Marshall E. Campbell Company and otherwise appear in connection with the above-referenced Chapter 11 cases and related proceedings.

|     |     |
|-----|-----|
| My Address is: | PITNEY HARDIN LLP<br>(MAIL TO) P.O. BOX 1945, MORRISTOWN, NJ 07962-1945<br>(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950<br>- and -<br>7 Times Square<br>New York, NY 10036-7311 |
| E-mail Address: | rmeth@pitneyhardin.com |
| Telephone number: | (973) 966-6300 |

2

I agree to pay the required filing fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 23, 2005
       Florham Park, NJ

/s/ Richard M. Meth
RICHARD M. METH