**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## ORDER ADMITTING RICHARD M. METH, ESQ. TO PRACTICE, *PRO HAC VICE*

**ORDERED**, that Richard M. Meth, Esq. is admitted to practice, *pro hac vice*, in, and in connection with, the above-referenced Chapter 11 cases and any related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the required filing fee.

Dated:
    New York, New York

 

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE