PITNEY HARDIN LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. - 7791)(pro hav vice application filed)

- and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR MARSHALL E. CAMPBELL COMPANY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

DELPHI CORPORATION, *et al.*,

                      Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

      PLEASE TAKE NOTICE that Marshall E. Campbell Company ("MECC") appears herein by and through its undersigned counsel, pursuant to Section 1109(b) of the United States Bankruptcy Code and Bankruptcy Rule 9010, and requests that all notices (including those required by Bankruptcy Rule 2002) in these cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the address set forth below.

      PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned cases or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

>Richard M. Meth, Esq.
>PITNEY HARDIN LLP
>**(Mail To)** P.O. Box 1945, Morristown, NJ  07962-1945
>**(Deliver To)** 200 Campus Drive, Florham Park, NJ 07932-0950
>Telephone: (973) 966-6300
>Facsimile: (973) 966-1015
>Electronic Noticing E-Mail: msteen@pitneyhardin.com;
>rmmnybankruptcy@pitneyhardin.com
>Personal E-Mail:  rmeth@pitneyhardin.com

PLEASE TAKE FURTHER NOTICE that MECC does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to these cases; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Rule 4, F.R.Civ.P., or Rule 7004 F.R.Bankr. P., nor shall it result in undersigned counsel being deemed to be the agent of MECC for such purpose.

Dated: November 23, 2005
     Florham Park, NJ

>PITNEY HARDIN LLP
>Attorneys for Marshall E. Campbell Company
>
>By:  /s/ Richard M. Meth
>     RICHARD M. METH