MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-8435
Timothy A. Fusco (P13768)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE:<br><br>DELPHI CORPORATION, <u>et</u> <u>al.</u>,<br><br>          Debtors. | Case No. 05-44481-RDD<br><br>In proceedings under Chapter 11<br><br>Hon. Richard D. Drain |

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN    )ss.
COUNTY OF WAYNE    )

     RONDA L. HARRIS, being first duly sworn, deposes and says that she is employed by Miller, Canfield, Paddock and Stone, P.L.C. and that she served a copy of the Limited Objection of Niles USA, Inc. to Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements, upon all ECF participants electronically and via overnight delivery, upon:

| | | |
|---|---|---|
| Honorable Robert D. Drain<br>U.S. Bankruptcy Court Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>614 Alexander Hamilton Custom House<br>One Bowling Green<br>New York, NY 10004<br><br>Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Delphi Corporation<br>Attn. Karen J. Craft, Esq.<br>5725 Delphi Drive<br>Troy, MI 48098-2815<br><br>Marlane Melican<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017<br><br>Mark A. Broude<br>Latham & Watkins LLP<br>885 Third Ave., Ste 1000<br>New York, NY 19922-4068 | John W. Butler, Esq.<br>Skadden, Arps, Slate,<br> Meagher & Flom LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br><br>Kenneth S. Zimar<br>Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017 |

      \s\ Ronda L. Harris
Ronda L. Harris, Administrative Assistant
Miller, Canfield, Paddock and Stone, P.L.C.

Dated:  November 23, 2005

DELIB:2681292.1\129141-00001