MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for United Steelworkers, AFL-CIO
1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
Lowell Peterson (LP 5405)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    Case Nos. 05-44481 (RDD)
                                              Jointly Administered

                    Debtors.
-----------------------------------------------------------------x

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

       Sylvia Bell, being duly sworn, deposes and says:

1.    I am not a party to the action.

2.    I am over 18 years of age.

3.    I reside at New York County, New York.

4.    On November 23, 2005, I served the Objections of USW to Debtors' Motion For Order Under Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program upon:

| | |
|---|---|
| John W. Butler, Jr. | Paul W. Anderson |
| Skadden, Arps, Slate, Meagher & Flom LLP | Flextronics International Asia-Pacific, Ltd. |
| Counsel for Debtors | c/o Flextronics International USA, Inc. |
| 333 West Wacker Drive, Suite 2100 | 2090 Fortune Drive |
| Chicago. Illinois 60606 | San Jose, CA 95131 |

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2111

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
Counsel for Creditors' Committee
885 Third Avenue, Suite 1000
New York, New York 10022-4834

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within New York State, located at 1350 Broadway, Suite 501, P.O. Box 822, New York, New York 10018-0026 addressed to said attorney(s) at the address(es) above set forth, being the address(es) designed by said attorney(s) for that purpose.

_____\S_____
Sylvia Bell

Sworn to before me this
23rd day of November, 2005

__/s/_____
    Notary Public
MARGARITA DEJESUS CUEVAS
Notary Public, State of New York
No. 01DE6061968
Qualified In Nassau County
Commission Expires July 23, 2009

72230