FOLEY & LARDNER LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

Jill L. Murch

*Attorneys for Kuss Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- :
In re:                                                           :    Chapter 11
                                                                 :
DELPHI CORPORATION., et al.,                                     :    Case No. 05-44481 (RDD)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
---------------------------------------------------------------- :

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Jill L. Murch, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Kuss Corporation., in the above referenced case proceeding.

My: address is 312 North Clark Street, Suite 2800, Chicago, Illinois, 60610; e-mail address is jmurch@foley.com; telephone number is (312) 832-4500.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

| | |
|---|---|
| Dated: November 23, 2005<br>Chicago, Illinois | FOLEY & LARDNER LLP<br><br>By: /s/ Jill L. Murch<br>Jill L. Murch (IL Bar No. 6257217)<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610-4764<br>Telephone: (312) 832-4500<br><br>*Attorneys for Kuss Corporation*<br><br>Local Counsel:<br><br>Robert A. Scher (RS 2910)<br>FOLEY & LARDNER LLP<br>90 Park Avenue, 37th Floor<br>New York, NY 10016-1314<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329 |

## ORDER

**ORDERED**,

That Jill L. Murch, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

        New York, New York    /s/ _____
                                                     UNITED STATES BANKRUPTCY JUDGE