Robert A. Scher (RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel:  (212) 682-7474
Fax:  (212) 687-2329

    *-and-*

Jill L. Murch (*pro hac vice pending*)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Kuss Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, <u>et</u> <u>al</u>., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE, REQUEST FOR
SERVICE OF PAPERS AND CONSENT TO E-SERVICE**

**PLEASE TAKE NOTICE** that the undersigned hereby files this Notice of Appearance and Request for Service of Papers as counsel for Kuss Corporation. in these cases. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned does hereby request and demand that the Clerk of this Court and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in, or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication

is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy, or made in any other manner whatsoever, to the attorney listed directly below:

> Jill L. Murch
> FOLEY & LARDNER LLP
> 321 North Clark Street, Suite 2800
> Chicago, IL 60610-4764
> Tel: (312) 832-4500
> Fax: (312) 832-4700
> E-mail:jmurch@foley.com

The undersigned further requests that the Noticing Agent add this Notice of Appearance to the Master Service List.  Further, the undersigned consents to service by e-mail.

PLEASE TAKE NOTICE that Kuss Corporation. intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive (1) its right to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies it expressly reserves.

Dated: Chicago, Illinois
      November 23, 2005

> By: /s/ Jill L. Murch
> Robert A. Scher (RS 2910)
> FOLEY & LARDNER LLP
> 90 Park Avenue, 37th Floor
> New York, NY 10016-1314
> Tel:  (212) 682-7474
> Fax:  (212) 687-2329
>
> Jill L. Murch (*pro hac vice pending*)
> FOLEY & LARDNER LLP

2

        321 North Clark Street, Suite 2800
        Chicago, IL 60610-4764
        Tel: (312) 832-4500
        Fax: (312) 832-4700

*Attorneys for Kuss Corporation*

## **CERTIFICATE OF SERVICE**

        I, Katherine E. Hall, a non-attorney, on oath state that on November 23, 2005 I caused a true and correct copy of **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND CONSENT TO E-SERVICE** to be served on the ECF participants by electronic mail through the Court's ECF filing system.

        _____
        Katherine E. Hall

Subscribed to and Sworn Before
me this 23rd Day of November, 2005

_____
Notary Public

3