Blank Rome LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Marc E. Richards (MER-9465)

Co-Counsel for DENSO International America, Inc.
and Affiliates.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al..*, | ) (Jointly Administered) |
| | ) |
| Debtors. | ) |
| | ) |
| | ) |

## AFFIDAVIT OF SERVICE

**LINA LONGHITANO,** being duly sworn, deposes and says:

1.    That I am over 18 years of age, not a party to this action, and reside in Hartsdale, New York.

2.    That on November 23, 2005, I caused the **OBJECTION OF DENSO INTERNATIONAL AMERICA, INC. AND AFFILIATES TO SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION** to be served upon the following parties by Federal Express overnight delivery:

John Wm. Butler, Jr./John Lyons
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

Marlane Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

124113.01600/6438808v.1

Alicia M. Leonhard
Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

**LINA LONGHITANO**

Sworn to before me this
23rd day of November, 2005

NOTARY PUBLIC

DOROTHY ROSENBERG
Notary Public, State of New York
No. 41-4771099
Qualified in Queens County
Commission Expires February 28, 1 2006

124113.01600/6438808v.1