SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Tel:   (212) 768-6700
Fax:   (212) 768-6800
D. Farrington Yates (DY 8383)
Jo Christine Reed (JCR 3783)

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:   (312) 876-8000
Fax:   (312) 876-7934
Robert E. Richards

Attorneys for INA USA, Inc.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | |
|---|---|
| | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICES AND PAPERS**

   PLEASE TAKE NOTICE that INA USA, Inc ("INA"), as creditor and party-in-interest in

the above-captioned cases, hereby appears by its counsel, Sonnenschein Nath & Rosenthal, LLP;

such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United

States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy

Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of

all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following addresses and facsimile numbers:

SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Tel:   (212) 768-6700
Fax:   (212) 768-6800
D. Farrington Yates (DY 8383)
Jo Christine Reed (JCR 3783)

-and-

SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:   (312) 876-8000
Fax:   (312) 876-7934
Robert E. Richards

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that, INA intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive: (i) INA 's right to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) INA 's right to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) INA 's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) of any other

- 2 -

rights, claims, actions, setoffs, or recoupments to which INA is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments INA expressly reserves.

Dated: November 23, 2005
    New York, New York

SONNENSCHEIN NATH & ROSENTHAL LLP

*/s/*    Jo Christine Reed
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
24th Floor
New York, New York 10020
Tel:    (212) 768-6700
Fax:    (212) 768-6800
D. Farrington Yates (DY 8383)
Jo Christine Reed (JCR 3783)

Attorneys for INA USA, Inc.