**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| DELPHI CORPORATION, et. al., | 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Robert E. Richards, am a member in good standing of the Bar of the State of Illinois Since 1988 and the Northern District of Illinois since 1989. I have never been suspended, disbarred or otherwise disciplined by any court. I respectfully request admission pro hac vice before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Molex, Inc. and INA USA, Inc., creditors and parties-in-interest in the above referenced case. My office contact information is as follows:

SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Tel:    (312) 876-8000
Fax:    (312) 876-7934
Robert E. Richards, Esq.
rrichards@sonnenschein.com

I agree to pay the fee of $25.00 upon entry of an order admitting me to practice pro hac vice in this adversary proceeding.

Dated: November 23, 2005
New York, New York

- 2 -

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                                          Chapter 11 Case No.

DELPHI CORPORATION, et. al.,                                  05-44481 (RDD)

                Debtors.                                      (Jointly Administered)

-------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE**

IT IS ORDERED that Robert E. Richards, Esq., is admitted to practice, pro hac vice,

in the above referenced case, in the United States Bankruptcy Court for the Southern District of

New York, subject to payment of the filing fee.


Dated:            
  New York, New York                              UNITED STATES BANKRUPTCY JUDGE