Robert A. Scher (RS 2910)
Foley & Lardner LLP
90 Park Avenue, 37th Floor
New York, NY 10016-1314
Tel: (212) 682-7474
Fax: (212) 687-2329

-and-

Jill L. Murch (pro hac vice pending)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, Il 60610-4764
Tel: (312) 832-4500
Fax: (312) 832-4700

*Attorneys For Kuss Corporation*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Katherine E. Hall, a non-attorney, on oath state that on November 23, 2005 I caused a true and correct copy of **NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND CONSENT TO E-SERVICE** to be served on the ECF participants by electronic mail through the Court's ECF filing system.

_____
Katherine E. Hall

Subscribed to and Sworn Before
me this 23rd Day of November, 2005

_____
Notary Public

"OFFICIAL SEAL"
YOLANDA C. PENA
Notary Public, State of Illinois
My Commission Expires 07/08/06