Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02110
(617) 946-4800
William J. Hanlon, Esq. (WH 8128)

*Attorneys for le Belier/LBQ Foundry S.A. de C.V.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION <br><br> Debtors. | Chapter 11 <br> Case No. 05-44481 (RDD) |

## **CERTIFICATE OF SERVICE**

I, William J. Hanlon, an attorney, hereby certify that on this 23rd day of November, 2005, a copy of the foregoing le Belier/LBQ Foundry S.A. De C.V's Objection to Motion for an Order Under 11 U.S.C. § 363(b) And 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures To Assume Certain Amended And Restated Sole Source Supplier Agreements ("Supplier Agreement Assumption Procedures Motion") was mailed, first-class, postage prepaid to:

John Wm. Butler. Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0730
Fax: (312) 407-0411
jbutler@skadden.com

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

Robert J. Rosenberg
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
(212) 906-1200
F: 212-751-4864
robert.rosenberg@lw.com

/s/ William J. Hanlon
William J. Hanlon (# wh8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210
Telephone:    617-946-4800
Telecopier:    617-946-4801
*Attorneys for le Belier/LBQ Foundry S.A. de C.V.*

2

BO1 15749309.1