**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ x
In re                                        :    Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :    Case No. 05-44481 (RDD)
                                             :
                       Debtors.              :    (Jointly Administered)
------------------------------------------------ x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Marie L. Nienhuis having represented that she is a member in good standing of the bar in the State of Wisconsin, and of the bar in the U.S. District Court for the Eastern and Western Districts of Wisconsin; having requested permission, ***pro hac vice***, to represent Miniature Precision Components, Inc., an interested party in the above-referenced proceeding.

**IT IS HEREBY ORDERED** that Marie L. Nienhuis, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November _____, 2005.

                              **BY THE COURT:**


                              _____
                              Honorable Robert D. Drain
                              United States Bankruptcy Judge

MN 255193v1
zgr/20051123