GODFREY & KAHN, S.C.
780 N. Water Street
Milwaukee, Wisconsin 53202
(414)273-3500
Marie L. Nienhuis (MN-2145)

Attorneys for Miniature Precision
Components, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------- x

**PROOF OF SERVICE**

STATE OF WISCONSIN         )
                                             )SS
COUNTY OF MILWAUKEE   )

The undersigned being first duly sworn, deposes and states that on November 23, 2005, she caused a copy of the following documents to be mailed by first class mail, postage prepaid, to:

DOCUMENT(S):
1. Motion for Admission *Pro Hac Vice;*
2. Order for Admission to Practice, *Pro Hac Vice;* and,
3. Objection of Miniature Precision Components, Inc. to the Debtors' Motion for an Order under 11 U.S.C. §§363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements

MAILED TO:     SKADDEN ARPS SLATE MEAGHER & FLOM LLP
BY:    KAYALYN A. MARAFIOTI
            THOMAS J. MATZ
Attorneys for Debtor
Four Times Square
New York, NY  10036-6522
(212) 735-3000

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
BY:    JOHN WM. BUTLER, JR.
Attorney for the Debtor
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0700

    /s/ Mary Elizabeth Roufus
MARY ELIZABETH ROUFUS

Subscribed and sworn to before me
this 23rd day of November, 2005.

    /s/ Tonya A. Trumm
Tonya A. Trumm, Notary Public
Milwaukee County, State of Wisconsin
My Commission is Permanent.
MN 255192v1
zgr/20051123

2