Harris D. Leinwand (hl-4419)  　　　　　　　　　　　Hearing Date: November 29,2005
hleinwand@aol.com  　　　　　　　　　　　　　　　　Hearing Time: 10:00 A.M.
350 Fifth Avenue - Suite 2418
New York, NY
(212) 725-7338

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re  　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

**Delphi Corporation, ET AL.**　　　　　　　　　　　Case No. 05-44481 (RDD)

　　　　　　　　　　Debtors.
　　　　　　　　　　　　　　　　　　　　　　　　　　　(Jointly Administered)

-------------------------------------------------------x

OBJECTION, STATEMENT, JOINDER OF BAKER HUGHES INCORPORATED AND
BAKER PETROLITE CORPORATION TO DEBTOR'S MOTION FOR ORDER APPROVING
PROCEDURES TO ASSUME CERTAIN AMENDED AND RESTATED SOLE SOURCE
SUPPLIER AGREEMENTS

TO:   HONORABLE ROBERT D. DRAIN, UNITED STATES BANKRUPTCY JUDGE

　　　Baker Petrolite Corporation, a creditor and party in interest in the Debtors' chapter 11 cases, ("Baker") by its undersigned counsel, objects to the Debtors' sole source supplier agreement assumption procedures motion for an order under 11 U.S.C. §§363(b) and 365(a) and Fed. R. Bankr. P. 9019, (the "Motion") and joins in the objections of Robert Bosch Corporation, Quasar Industries, Inc., SPS Technologies,LLC, Hydro Aluminum Adrian, Inc., SKF USA, Inc, Southwire Company, and Hayes Lemmerz International, Inc. And other objectants to the Motion, (the "Objections") and, respectfully, states:

　　　1.　　Baker is a creditor of the Debtor.

　　　2.　　Baker objects to the Motion.

　　　3.　　Baker joins in the Objections and repeats the Objections. Baker agrees with the points made in the Objections.

4.      Baker does not wish to burden the Court by repeating the arguments already made in the Objections. Baker files this objection, statement and joinder out of an excess of caution to, *inter alia*, avoid being deemed to have accepted the assumption agreement by making shipments to the Debtor.

WHEREFORE, Baker requests that the Motion be denied and for such other and further relief as is just and proper.

Dated:   New York, New York
         November 23, 2005

                                        Respectfully submitted,

                                        /s/ Harris D. Leinwand
                                        Harris D. Leinwand (Hl 4418)
                                        Attorney for Baker Petrolite Corporation
                                        350 Fifth Avenue - Suite 2418
                                        New York, NY
                                        (212) 725-7338

CERTIFICATE OF SERVICE

      I, Harris D. Leinwand , hereby certify that on November 23, 2005 I caused to be served the objection, joinder and statement to the Debtors' sole source supplier agreement assumption procedures motion for an order under 11 U.S.C. §§363(b) and 365(a) and Fed. R. Bankr. P. 9019 upon the following entities by express mail.

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy Michigan 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett LLP
Attn: Kenneth s. Zimar
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardwell
Attn: Marlane Melican
450 Lexington Avenue
New York, NY 10017

Latham and Watkins
Attn: Mark A. Broude
885 Third Avenue
New York, New York 10022

Office of the United States Trustee
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street - Suite 2100
New York, NY 10004

Dated:   New York, New York
        November 23, 2005

    /s/ Harris D. Leinwand
Harris D. Leinwand (Hl 4418)
Attorney for Baker Petrolite Corporation
350 Fifth Avenue - Suite 2418
New York, NY
(212) 725-7338