GODFREY & KAHN, S.C.
780 N. Water Street
Milwaukee, Wisconsin 53202
(414)273-3500
Marie L. Nienhuis (MN-2145)

Attorneys for Serigraph, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

### MOTION FOR ADMISSION *PRO HAC VICE*

    1.    I, Marie L. Nienhuis, a member in good standing of the bar of the State of Wisconsin and the United States District Court for the Eastern and Western Districts of Wisconsin, request permission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Serigraph, Inc. in the above-referenced proceeding.

    2.    I am an attorney with the law firm of Godfrey & Kahn, at 780 N. Water Street, Milwaukee, Wisconsin 53202-3590. My telephone number is (414) 287-3500.

    3.    I am familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the rules of this Court.

4.  I agree to pay the $25.00 fee upon my admission *pro hac vice*.

Dated:  November 23, 2005.

**GODFREY & KAHN, S.C.**

By:  /s/ Marie L. Nienhuis
Marie L. Nienhuis (MN-2145)

Attorneys for Serigraph, Inc.

780 N. Water Street
Milwaukee, WI 53202-3590
Telephone:  (414) 287-3500
FAX:  (414) 273-5198
E-mail: mnienhuis@gklaw.com

MN 255197v1
zgr/20051123

2