**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |   |
|---|---|---|
|   | x |   |
| In re | : | Chapter 11 |
|   | : |   |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|   | : |   |
| Debtors. | : | (Jointly Administered) |
|   | x |   |

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

Marie L. Nienhuis having represented that she is a member in good standing of the bar in the State of Wisconsin, and of the bar in the U.S. District Court for the Eastern and Western Districts of Wisconsin; having requested permission, ***pro hac vice***, to represent Serigraph, Inc., an interested party in the above-referenced proceeding.

**IT IS HEREBY ORDERED** that Marie L. Nienhuis, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  November _____, 2005.

**BY THE COURT:**

_____
Honorable Robert D. Drain
United States Bankruptcy Judge

MN 255200v1
zgr/20051123