UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION et al.,

Debtors
_____/

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2005, a copy of the foregoing Limited Objection of Pentastar Aviation, LLC to Motion of Bank of America, N.A. (I) to Provide Adequate Protection of Security Interest in Cash Collateral; and (II) to Terminate the Automatic Stay with Respect to Cash Collateral was served via Federal Express (Priority Overnight, Saturday Delivery) on the following parties:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attention: General Counsel

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attention: Kenneth S. Zimar

Latham & Watkins
885 Third Avenue
New York, New York 10022
Attention: Mark A. Broude

Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan 49503
Attention: Patrick E. Mears

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attention: John Wm. Butler, Jr.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017
Attention: Marlane Melican

Office of the United States Trustee for the
    Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
Attention: Alicia M. Leonhard

Detroit_659525_1

/s/    Tabitha M. Vasser
Tabitha M. Vasser, Assistant to Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, Michigan 48243
(313) 259-7777
Email: *tvasser@bodmanllp.com*