UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

I, Richard L. Ferrell, am a member in good standing of the bars of the State of Ohio, since 1994 and the Commonwealth of Kentucky, since 2004, and the United States District Courts for the Northern and Southern Districts of Ohio and the Eastern and Western Districts of Kentucky. I have never been suspended, disbarred or otherwise disciplined by any court. I respectfully request admission pro hac vice before the Honorable Robert D. Drain to represent Wren Industries, Inc. and Koyo Corporation, creditors and parties-in-interest in the above-referenced cases. My contact information is as follows:

> Richard L. Ferrell (OH Bar #0063176)
> Taft, Stettinius & Hollister, LLP
> 425 Walnut Street, Ste. 1800
> Cincinnati, Ohio 45240
> (513) 381-2838 (Telephone)
> (513) 381-0205 (Fax)
> Ferrell@taftlaw.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice pro hac vice

{W0685609.1}

in these cases.

Dated: November 25th, 2005
Cincinnati, Ohio

                                      Respectfully submitted,

                                      s/Richard L. Ferrell
                                      Richard L. Ferrell (OH Bar #0063176)
                                      Taft, Stettinius & Hollister, LLP
                                      425 Walnut Street, Ste. 1800
                                      Cincinnati, Ohio 45240
                                      (513) 381-2838 (Telephone)
                                      (513) 381-0205 (Fax)
                                      Ferrell@taftlaw.com
                                      Attorneys for Wren Industries, Inc.
                                      and Koyo Corporation

{W0685608.1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**ORDER OF ADMISSION PRO HAC VICE**

It is hereby ORDERED that Richard L. Ferrell, Esq. is admitted to practice, pro hac vice, in the above-referenced cases, in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated:_____                          _____
New York, New York                              United States Bankruptcy Judge

{W0685089.1}