NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Counsel for Dätwyler, Inc. and below-
named affiliated parties
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
GEORGE B. CAUTHEN (GBC-5268)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | CASE NO.  05-44481 (RDD) |
|---|---|---|
|  | ) |  |
| Delphi Corporation, *et al.*, | ) | CHAPTER 11 |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

## OBJECTION AND JOINDER OF DÄTWYLER ENTITIES TO DEBTORS' SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION

PLEASE TAKE NOTICE that Dätwyler, Inc., Dätwyler Rubber & Plastics, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc. (collectively referred to as "Dätwyler Entities"), by and through undersigned counsel, hereby object to the Debtors' Supplier Agreement Assumption Procedures Motion ("Motion") and joins the objections of Quasar Industries, Inc. and other objections to the Motion (the "Objections") and states as follows:

1. The Dätwyler Entities are each suppliers and creditors of the Debtor.

2. The Dätwyler Entities object to the Motion.

3. The Dätwyler Entities agree with the arguments and assertions in the Objections and hereby join the Objections.

1

4. The Dätwyler Entities do not wish to repeat the arguments made in the Objections, but files this Objection and Joinder to reserve all rights and avoid any deemed consent to the assumption agreements and/or procedures, as contemplated by the Motion. The Dätwyler Entities do not object to the Debtors being granted authority to assume certain contracts; however, the The Dätwyler Entities object to the procedures set forth in the Motion to the extent they can be construed to bind The Dätwyler Entities to unfavorable assumption agreements without express knowing consent.

WHEREFORE, the undersigned requests this Court entered its order denying the Debtors' Supplier Agreement Assumption Procedures Motion and for such other and further relief as may be appropriate.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
George B. Cauthen
Jody A. Bedenbaugh
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000

Attorneys for Dätwyler, Inc., Dätwyler Rubber & Plastics, Inc., Dätwyler i/o devices (Americas), Inc., and Rothrist Tube (USA), Inc.

November 25, 2005
Columbia, South Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on November 25, 2005, he caused true and correct copies of this Objection to be served by U.S. first class mail, postage prepaid, on the following parties:

| | |
|---|---|
| John Wm. Butler, Jr., Esquire<br>Skadden Arps Slate Meagher & Flom (IL)<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Kayalyn A. Marafioti, Esquire<br>Thomas J. Matz, Esquire<br>Skadden Arps Slate Meagher & Flom<br>Four Times Square<br>New York, NY 10036 |
| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | Latham & Watkins<br>Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>885 Third Avenue<br>New York, NY 10022 |
| United States Trustee<br>Southern District of New York<br>Attn: Alicia M. Leohard, Esq.<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Zimar, Esq.<br>425 Lexington Avenue<br>New York, NY 10017 |
| Halperin Battaglia Raicht, LLP<br>Christopher J. Battaglia, Esq.<br>555 Madison Ave., 9th Floor<br>New York, NY 10022 | Davis Polk & Wardwell<br>Attn: Marlane Melican, Esq.<br>450 Lexington Ave.<br>New York, NY 10017 |

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ Jody A. Bedenbaugh
George B. Cauthen
Jody A. Bedenbaugh
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000