JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re                                              :     Chapter 11
                                                   :
DELPHI CORPORATION, et al.,                        :     Case No. 05-44481 (RDD)
                                                   :
                    Debtors.                       :     (Jointly Administered)
------------------------------------------------------- X

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE THAT** Jenner & Block LLP, counsel to Alcan Rolled Products-Ravenswood, LLC, hereby enters its appearance in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE THAT** request is hereby made pursuant to Sections 342 and 1109(b) of Title 11 of the United State Code, as amended (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy or proceeding related to the Cases, be given to, and served upon:

Ronald R. Peterson, Esq.
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Tel: 312-222-9350
Fax: 312-840-7381
Email: rpeterson@jenner.com

Dated: November 25, 2005
Chicago, Illinois

        Respectfully submitted,

        JENNER & BLOCK LLP

By:   */s/ Ronald R. Peterson*
     Ronald R. Peterson (RP 5430)
     One IBM Plaza
     Chicago IL, 60611
     (312) 222-9350

*Counsel to Alcan Rolled Products-Ravenswood, LLC*

2

CHICAGO_1341368_1

## CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, hereby certify that on November 25, 2005, I served a copy of the attached **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS** on the following party by overnight delivery:

John Wm. Butler, Jr., Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

Kenneth S. Zimar
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, New York 10017

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York,
New York 10022

                                  */s/ Ronald R. Peterson*
                                    Ronald R. Peterson