JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re                                        :        Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :        Case No. 05-44481 (RDD)
                                             :
                 Debtors.                    :        (Jointly Administered)
------------------------------------------------------- X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS AND OTHER DOCUMENTS

**PLEASE TAKE NOTICE THAT** Jenner & Block LLP, counsel to Tenneco Inc., hereby enters its appearance in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE THAT** request is hereby made pursuant to Sections 342 and 1109(b) of Title 11 of the United State Code, as amended (the "Bankruptcy Code"), and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices (including those governed by Bankruptcy Rules 2002, 3017 and 9007) given, and all papers served or required to be served, in the Cases, or in any case, controversy or proceeding related to the Cases, be given to, and served upon:

> Ronald R. Peterson, Esq.
> Jenner & Block LLP
> One IBM Plaza
> Chicago, IL 60611
> Tel: 312-222-9350
> Fax: 312-840-7381
> Email: rpeterson@jenner.com

CHICAGO_1341371_1

Dated: November 25, 2005
Chicago, Illinois

                    Respectfully submitted,

                    JENNER & BLOCK LLP

By: */s/ Ronald R. Peterson*
     Ronald R. Peterson (RP 5430)
     One IBM Plaza
     Chicago IL, 60611
     (312) 222-9350

*Counsel to Tenneco Inc.*

2

# CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, hereby certify that on November 25, 2005, I served a copy of the attached **OBJECTION BY SPX CORPORATION (CONTECH DIVISION) TO SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION** on the following party by overnight delivery:

    John Wm. Butler, Jr., Esquire
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, IL 60606

    Robert J. Rosenberg, Partner
    Latham & Watkins LLP
    885 Third Avenue, Suite 1000
    New York, NY 10022-4834

    Alicia M. Leonhard
    U.S. Department of Justice
    Office of the United States Trustee
    33 Whitehall Street, 21st Floor
    New York, NY 10004-2111

    Kenneth S. Zimar
    Simpson Thacher & Bartlett
    425 Lexington Avenue
    New York, New York 10017

    Marlane Melican
    Davis Polk & Wardell
    450 Lexington Avenue
    New York, New York 10017

    Mark A. Broude
    Latham & Watkins
    885 Third Avenue
    New York,
    New York 10022

                                       */s/ Ronald R. Peterson*
                                           Ronald R. Peterson

CHICAGO_1341371_1