KIESELSTEIN LAWFIRM, PLLC
43 British American Boulevard
Latham, New York  12110
(518) 785-7800
Steve Kieselstein (SK-3658)

Attorneys for NEC Electronics America, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re

|  |  |
|---|---|
| DELPHI CORPORATION, *et al.* | Chapter 11 |
|  | Case No.:  05-44481 (RDD) |
| Debtors. | Jointly Administered |

------------------------------------------------------------X


## CERTIFICATE OF SERVICE

---

Document Served:  LIMITED OBJECTION TO DEBTORS' SUPPLIER
AGREEMENT ASSUMPTION PROCEDURES MOTION AND JOINDER
IN SEPARATE OBJECTIONS TO MOTION

---

The undersigned certifies that a copy of the document listed above was served

upon the parties listed in the attached Exhibit "A" at their respective addresses by

electronic notice and on the parties listed in the attached Exhibit "B" via Federal Express,

overnight mail on the date indicated below.

Date of Service: November 23, 2005

By   /s/ Teresa A. Cavanagh
Teresa A. Cavanagh, Legal Assistant
Kieselstein LawFirm, PLLC

EXHIBIT "A"

**File an answer to a motion:**

05-44481-rdd Delphi Corporation

**U.S. Bankruptcy Court**

**Southern District of New York**

Notice of Electronic Filing

The following transaction was received from Kieselstein, Steve entered on 11/23/2005 at 7:05 PM and filed on 11/23/2005
**Case Name:**        Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 1245

**Docket Text:**
Objection to Motion *Limited Objection to Debtors' Supplier Agreement Assumption Procedures Motion and Joinder in Separate Objections to Motion* filed by Steve
Kieselstein on behalf of NEC Electronics America, Inc.. (Kieselstein, Steve)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** /Users/teresa/Desktop/Final NEC Objection.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=11/23/2005] [FileNumber=4637858-0]
[86624fee69bff38e33f6d2356de08c0f175c3fe8a0c2f84f51f758cab4167b3ff309
3ba7f28c83e116af3f12b803ca81456b6b104e479d3fbbe03d10b1cdad0c]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh   cabdelmasieh@nmmlaw.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

William J. Barrett    william.barrett@bfkpn.com,

David S. Barritt    barritt@chapman.com,

Donald F. Baty    dbaty@honigman.com,

Douglas P. Baumstein    dbaumstein@whitecase.com,

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com,

Howard S. Beltzer    Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com, gogimalik@andrewskurth.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

Kevin J. Burke    kburke@cahill.com

John Wm. Butler   jbutler@skadden.com

Aaron R. Cahn   cahn@clm.com

Judy B. Calton   jcalton@honigman.com,

Scott Cargill   scargill@lowenstein.com, hpetersen@lowenstein.com

D. Christopher Carson   ccarson@burr.com

Michelle Carter   mcarter@kslaw.com,

Madison L. Cashman   nashvillebankruptcyfilings@stites.com,

George B. Cauthen   george.cauthen@nelsonmullins.com,

Eric J. Charlton   echarlton@hiscockbarclay.com

Maria F. Chavez-Ruark   maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tracy M. Clark   clark@steinbergshapiro.com,

David D. Cleary   dcleary@mwe.com,

Tiffany Strelow Cobb   tscobb@vssp.com, cdfricke@vssp.com;clcalhoun@vssp.com;eplitfin@vssp.com

Susan M. Cook   smcook@lambertleser.com,

David N. Crapo   dcrapo@gibbonslaw.com,

Michael G. Cruse   mcruse@wnj.com,

Vincent D'Agostino   vdagostino@lowenstein.com

Douglas R. Davis   ddavis@paulweiss.com

Jeffry A. Davis   jeffdavis@graycary.com,

James J. DeCristofaro   james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney   rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Gerard DiConza   gdiconza@dlawpc.com

Maria J. DiConza   diconzam@gtlaw.com

Karen Dine   karen.dine@pillsburylaw.com,

J. Ted Donovan   TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk   rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com

Robert L. Eisenbach   reisenbach@cooley.com

Judith Elkin   judith.elkin@haynesboone.com

Barbara Ellis-Monro   bellis-monro@sgrlaw.com,

Alyssa Englund   aenglund@orrick.com

Earle I. Erman   eerman@ermanteicher.com,

Michael S. Etkin   metkin@lowenstein.com, mseymour@lowenstein.com

Eugene I. Farber   efarber747@aol.com,

Robert Michael Farquhar   mfarquhar@winstead.com,

Bonnie Glantz Fatell   fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell   Ferrell@taftlaw.com,

Charles J. Filardi   cfilardi@pepehazard.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox    efox@klng.com

David H. Freedman    dfreedman@ermanteicher.com,

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;mmharner@jonesday.com;dsciabarassi@jonesday.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James M. Garner    jgarner@shergarner.com, jchocheles@@shergarner.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

Jonathan S. Green    greenj@millercanfield.com,

John T. Gregg    jgregg@btlaw.com,

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Alan D. Halperin    ahalperin@halperinlaw.net, chattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

Dion W. Hayes    dhayes@mcguirewoods.com, egunn@mcguirewoods.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko    hkolko@msek.com

Alan M. Koschik    akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com,

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    clazarou@reedsmith.com, clazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com,

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com,

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel    schnabel@klettrooney.com,

A. Peter Lubitz    plubitz@schiffhardin.com

Larry Magarik    lmagarik@kjmlabor.com,

John S. Mairo    jsmairo@pbnlaw.com

Jacob A. Manheimer    jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Dorothy H. Marinis-Riggio    demarinis@candklaw.com,

Ilan Markus    imarkus@tylercooper.com,

Richard Gary Mason    rgmason@wlrk.com;eakleinhaus@wlrk.com;rcstrauss@wlrk.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com,

Michael K. McCrory    michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com,

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com,

Richard M. Meth    msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills    amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com,

Audrey E. Moog    amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy     murph@berrymoorman.com,

Bruce S. Nathan     bnathan@lowenstein.com, clongstreth@lowenstein.com

Lauren Newman     inewman@fagelhaber.com,

Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod     gnovod@kramerlevin.com

Kasey C. Nye     knye@quarles.com,

Martin P. Ochs     martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com,

Ingrid S. Palermo     ipalermo@hsclaw.com

Anne M. Peterson     apeterson@phillipslytle.com

Lowell Peterson     lpeterson@msek.com

Ronald R. Peterson     rpeterson@jenner.com, anicoll@jenner.com

Ed Phillips     ephillips@thurman-phillips.com,

Alex Pirogovsky     apirogovsky@uhlaw.com

Leslie A. Plaskon     leslieplaskon@paulhastings.com,

Jeffrey S. Posta     jposta@sternslaw.com,

Constantine Pourakis     cp@stevenslee.com

Paul A. Rachmuth     prachmuth@andersonkill.com, bfiling@andersonkill.com

Dennis Jay Raterink     raterinkd@michigan.gov,

Jo Christine Reed     jcreed@sonnenschein.com, rrichards@sonnenschein.com

Steven J. Reisman     sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds     kar@pryormandelup.com,

Geoffrey A. Richards     grichards@kirkland.com,

Marc E. Richards     mrichards@blankrome.com

Craig Philip Rieders     crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer     sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Jean R. Robertson     jrobertson@mcdonaldhopkins.com,

Scott D. Rosen     srosen@cb-shea.com,

Paul M. Rosenblatt     prosenblatt@kilpatrickstockton.com

Robert B. Rubin     brubin@burr.com

Chester B. Salomon     cs@stevenslee.com

Diane W. Sanders     austin.bankruptcy@publicans.com,

Thomas P. Sarb     ecfsarbt@millerjohnson.com

William F. Savino     wsavino@damonmorey.com,

Thomas J. Schank     tomschank@hunterschank.com, tammymaus@hunterschank.com

Michael L. Schein     mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman     cschulman@sachnoff.com,

Bryan I. Schwartz    bschwartz@lplegal.com,

Mark S. Scott    mscott@riemerlaw.com,

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;sn

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com,

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;cplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome    mail@srsllp.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Brent C. Strickland    bstrickland@wtplaw.com,

James M. Sullivan    jmsullivan@mwe.com

Robert Szwajkos    rsz@curtinheefner.com,

Gordon J. Toering    gtoering@wnj.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

Jeffrey C. Wisler    jcw@cblhlaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Helen A. Zamboni    hzamboni@underbergkessler.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

EXHIBIT "B"

Office of the US Trustee
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004

Latham & Watkins
Attn:  Mark A. Broude
885 Third Avenue
New York, New York  10022

Davis, Polk & Wardell
Attn:  Marlene Melican
450 Lexington Avenue
New York, New York  10017

Delphi Corporation
Attn:  General Counsel
5725 Delphi Drive
Troy, Michigan  48098

Skaddan, Arps, Slate
Attn:  John Wm. Butler, Jr.
333 West Wacker Drive
Suite 2100
Chicago, Illinois

Simpson, Thacher
Attn:  Kenneth S. Zimar
425 Lexington Avenue
New York, New York  10017