JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re                                    :      Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :      Case No. 05-44481 (RDD)
                                         :
                    Debtors.             :      (Jointly Administered)
------------------------------------------------------- X

**VERIFIED STATEMENT OF JENNER & BLOCK LLP**
**PURSUANT TO BANKRUPTCY RULE 2019**

Jenner & Block LLP ("J&B"), counsel for those creditors and other parties in interest set forth below (collectively, the "Creditors"), hereby submits this statement (this "Statement") in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and states as follows:

1. J&B has been retained to represent the following Creditors in the above-captioned Chapter 11 cases of Delphi Corporation, et al. (the "Debtors"):

| Name | Address |
|---|---|
| Alcan Rolled Products-Ravenswood, LLC | 8770 West Bryn Mawr Avenue<br>Chicago IL 60631-3542 |
| SPX Corporation (Contech Division) | 8001 Angling Road, Suite 2C<br>Portage, MI  49024 |
| Tenneco Inc. | 500 North Filed Drive<br>Lake Forest, IL  60045 |

2. J&B has been retained by each of the Creditors to represent their respective interests in connection with the Debtors' Chapter 11 cases.

3. To the knowledge of the undersigned, Jenner & Block does not hold a claim or interest against any of the Debtors.

4. To the knowledge of the undersigned, J&B does not hold an ownership interest in any of the claims or interests of the Creditors.

5. J&B reserves the right to supplement this Statement.

6. The claims of Alcan Rolled Products-Ravenswood, LLC ("Alcan") arise from the sale of certain parts and/or raw materials by Alcan to one or more of the Debtors; however, the full amount, extent and basis of Alcan claims are still undetermined. J&B was retained by Alcan on or about October 8, 2005.

7. The claims of SPX Corporation (Contech Division) ("SPX") arise from the sale of certain parts and/or raw materials by SPX to one or more of the Debtors. The full amount, extent and basis of SPX's claims are still undetermined. J&B was retained by SPX on or about October 8, 2005.

8. The claims of Tenneco Inc. ("Tenneco") arise from the sale of certain parts and/or raw materials by Tenneco to one or more of the Debtors. The full amount, extent and basis of Tenneco's claims are still undetermined. J&B was retained by Tenneco on or about October 8, 2005.

Dated: November 25, 2005
Chicago, Illinois

                                    Respectfully submitted,

                                By:  */s/ Ronald R. Peterson*
                                    Ronald R. Peterson (RP 5430)
                                    One IBM Plaza
                                    Chicago IL, 60611
                                    (312) 222-9350

                                    Counsel to the Creditors

JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL 60611
(312) 222-9350
Ronald R. Peterson (RP 5430)
Andrew S. Nicoll (AN 9687)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
In re                                                    :    Chapter 11
                                                         :
DELPHI CORPORATION, et al.,                              :    Case No. 05-44481 (RDD)
                                                         :
                                        Debtors.         :    (Jointly Administered)
-------------------------------------------------------- X

## **VERIFICATION**

I, Ronald R. Peterson, Esquire, an attorney associated with the law firm of Jenner & Block LLP, with offices at One IBM Plaza, Chicago, Illinois, 60611, declare under penalty of perjury that I have read the foregoing statement pursuant to Federal Rule of Bankruptcy Procedure 2019 and that it is true and correct to the best of my knowledge, information and belief.

Executed on: November 25, 2005

By:    */s/ Ronald R. Peterson*
       Ronald R. Peterson

# CERTIFICATE OF SERVICE

I, Ronald R. Peterson, an attorney, hereby certify that on November 25, 2005, I served a copy of the attached **Verified Statement Of Jenner & Block LLP Pursuant To Bankruptcy Rule 2019** on the following party by overnight delivery:

John Wm. Butler, Jr., Esquire
John K. Lyons, Esquire
Ron E. Meisler, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Robert J. Rosenberg, Partner
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

Kenneth S. Zimar
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, New York 10017

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, New York 10017

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York,
New York 10022

                                          */s/ Ronald R. Peterson*
                                            Ronald R. Peterson