BARNES & THORNBURG LLP
Attorneys for Cascade Die Casting
Group, Inc.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

John T. Gregg
Telephone:  (616) 742-3930
Email:  jgregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. |  |

### JOINDER OF CASCADE DIE CASTING GROUP, INC. TO OBJECTION OF QUASAR INDUSTRIES, INC. TO DEBTORS' SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION

Cascade Die Casting Group, Inc. ("Cascade"), by and through its undersigned counsel, for its Joinder in the Objection of Quasar Industries, Inc. to Supplier Agreement Assumption Procedure Motion dated November 23, 2005 (the "Objection"), states as follows:

1. Cascade is a supplier to the Debtors of component parts.

2. Debtors, in their Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements (the "Supplier Agreement Assumption Procedures Motion"), have requested that this Court approve certain procedures whereby Debtors can negotiate and enter into assumptions of executory supplier agreements without further motions and court orders.

3. Cascade joins with Quasar in its Objection and hereby objects to the Supplier Agreement Assumption Procedures Motion to the extent it seeks to bind nondebtor contracting parties (each a "Supplier") to unfavorable assumption agreements without the affirmative, knowing and written consent of the Supplier. Cascade incorporates herein the arguments advanced by Quasar in its Objection.

WHEREFORE, Cascade requests that approval of the Supplier Agreement Assumption Procedures Motion be denied to the extent it seeks to bind Suppliers who do not sign Assumption Agreements, and for such further relief as is proper and just.

Dated: November 25, 2005

BARNES & THORNBURG LLP
Counsel to Cascade Die Casting Group, Inc.

By:   /s/John T. Gregg
          John T. Gregg
Business Address:
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan  49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999
Email: jgregg@btlaw.com

2