BARNES & THORNBURG LLP
Attorneys for Cascade Die Casting
Group, Inc.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Esq.
Telephone: (616) 742-3930
Email: john.gregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## CERTIFICATE OF SERVICE

Document Served: -  **JOINDER OF CASCADE DIE CASTING GROUP, INC. TO OBJECTION OF QUASAR INDUSTRIES, INC. TO DEBTORS' SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or overnight mail on the date indicated below.

Date of Service: November 25, 2005    I declare that the statement above is true to the best of my information, knowledge and belief.

/s/John T. Gregg
John T. Gregg

# **EXHIBIT A**

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022