BARNES & THORNBURG LLP
Counsel to Autocam Corporation
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

John T. Gregg, Esq.
Email:  john.gregg@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) ) ) | Chapter 11 |
| DELPHI CORPORATION, *et al*. | ) ) ) | No. 05-44481 |
| Debtors. | ) ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served:  -  **JOINDER OF AUTOCAM CORPORATION TO OBJECTION OF QUASAR INDUSTRIES, INC. TO DEBTORS' SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either facsimile, electronic notice or overnight mail on the date indicated below.

Date of Service:  November 27, 2005          I declare that the statement above is true to the best
                                              of my information, knowledge and belief.

                                              /s/John T. Gregg
                                              John T. Gregg

# **EXHIBIT A**

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-8501

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Facsimile:  (248) 813-2670

Marlane Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Facsimile:  (212) 450-3800

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Facsimile:  (212) 455-2502

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Facsimile:  (212) 668-2256

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022
Facsimile:  (212) 751-4864