FARBER, SEGALL & PAPPALARDO
200 East Post Road
White Plains, NY 10601
Eugene I. Farber, Esq.
(914) 761-9400
e-mail: efarber747@aol.com

HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail: jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
    In re                                   :      Chapter 11
                                                              :
**DELPHI CORPORATION et al.,**                                :      Case No. 05-44481 (RDD)
                                                              :
    Debtors.                                :      (Jointly Administered)
---------------------------------------------------------------x

## PROOF OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1. Documents Served:   Objection of DBM Technologies, LLC to Supplier Agreement Assumption Procedures Motion

2. Served Upon:        See attached Service List

3. Method of Service:  Via E-mail

4. Date Served:        November 23, 2005

2

I certify and declare under penalty of perjury that the foregoing is true and correct.


By:__/s/Pairlee Sims_____
      Pairlee Sims
Assistant to Judy B. Calton
Honigman, Miller, Schwartz and Cohn LLP
2290 First National Building
Detroit, Michigan 48226

2

| | |
|---|---|
| John William Butler, Jr., Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall St., Suite 2100<br>New York, NY 10044 | Kenneth S. Zimar, Esq.<br>Simpson Thacher Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>Ney York, NY 10022-4802 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |

DETROIT.2016539.1