```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re
                                           Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                (Jointly Administered)


                         Debtors.     Chapter 11
------------------------------------x
```

## MOTION FOR ADMISSION, *PRO HAC VICE*

TO THE HONORABLE ROBERT D. DRAIN,
UNITED STATES BANKRUPTCY JUDGE:

I, Howard Borin, a member in good standing of the bar of the state of Michigan and the United States District Courts for the Eastern District of Michigan, the Western District of Michigan, the Northern District of Indiana, and the Southern District of Texas, the Sixth Circuit Court of Appeals and the Fourth Circuit Court of Appeals, request admission, *pro hac vice*, before this Court, to represent DOTT Industries, Inc., ALPS Automotive, Inc., Pioneer Automotive Technologies, Inc., Lakeside Plastics Limited, BASF Corporation, Sumitomo Corporation of America, Sumitomo Corporation, Sumitomo Wiring Systems (U.S.A.), Inc., Die-Namic, Inc., Android Industries, Inc., Ai-Doraville, LLC, Ai-Genesee, LLC, Magna International, Inc., Rotoform, a division of Magna Powertrain Inc., Deco Automotive, a division of Magna International Inc., Vehma International of America, Inc., Modatek, a division of Magna

Structural Systems Inc., and Integram St. Louis Seating, a Division of Intier Automotive Seating of America, Inc. in the above-captioned jointly administered cases, and in any related adversary proceedings.

My address is Schafer and Weiner, PLLC, 40950 Woodward Avenue, Suite 100, Bloomfield Hills, MI 48304, and my telephone number is (248) 540-3340. My email address is hborin@schaferandweiner.com.

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Bloomfield Hills, MI
        November 28, 2005

/s/ Howard Borin
Howard Borin