AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      )     ss:
COUNTY OF NASSAU      )

JENNIFER A. VELEZ, being sworn says, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Levittown, New York.

On November 23, 2005 I served true copies of the Joinder of S&Z Tool and Die, Inc. and Robin Industries, Inc. in Limited Objection to Supplier Agreement Assumption Procedures Motion by dispatching said papers via Federal Express/Overnight Delivery (Weekday Service) to the addressee(s) as indicated below:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr.
Skadden, Arps, Slate Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Kenneth S. Zimar
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Alicia M. Leonhard
Office of the United States Trustee
Southern District New York
33 Whitehall Street
Suite 2100
New York, NY 10004

      Said papers were deposited on said date in the custody of said overnight delivery service prior to the latest time designated for overnight delivery; to wit:  6:00 P.M.

                                                      ___/s/ Jennifer A. Velez_____
                                                      JENNIFER A. VELEZ

Sworn to before me this
28th day of November, 2005.

 /s/ Maryanne Vogel_____
NOTARY PUBLIC, State of New York
No. 30-4828271
Qualified in Nassau County
Commission Expires August 31, 2009

F:\S&Z\Docs\Aosfedex.Doc