BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, *et al*. | ) | No. 05-44481 |
| Debtors. | ) |  |

## CERTIFICATE OF SERVICE

Document Served:  -  **RESPONSE OF BANK OF AMERICA, N.A. TO LIMITED OBJECTION OF PENTASTAR AVIATION, LLC TO MOTION FOR ADEQUATE PROTECTION AND FOR RELIEF FROM AUTOMATIC STAY**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either facsimile, electronic notice or overnight mail on the date indicated below.

Date of Service:  November 28, 2005        I declare that the statement above is true to the best
                                            of my information, knowledge and belief.

                                            /s/Patrick E. Mears
                                            Patrick E. Mears

# **EXHIBIT A**

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606
Facsimile:  (312) 407-8501

Marlane Melican
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Facsimile:  (212) 450-3800

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004
Facsimile:  (212) 668-2256

Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, MI  48243
Facsimile:  (313) 393-7579

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Facsimile:  (248) 813-2670

Kenneth S. Ziman
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Facsimile:  (212) 455-2502

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022
Facsimile:  (212) 751-4864

Neil Berger
Togut Segal & Segal, LLP
One Penn Plaza
New York, NY  10119
Facsimile:  (212) 967-4258