| | | |
|---|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | | Hearing Date: November 29, 2005<br>Hearing Time: 10:00 a.m. |

---------------------------------------------------------

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (jointly administered) |

---------------------------------------------------- x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare under penalty of perjury that:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On November 28, 2005, I caused a true and correct copy of the United States Trustee's Objection to the Debtors' Motion for Order under §§ 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (the "Objection") to be served by mail upon each of the parties on the attached list, by depositing a true copy of the in a sealed envelope, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

Dated: New York, NY
       November 28, 2005

                                    /s/ Alicia M. Leonhard
                                    Alicia M. Leonhard

**AFFIRMATION OF SERVICE**

| | |
|---|---|
| EDWARD M. FOX, ESQ.<br>KIRKPATRICK & LOCKHART<br>NICHOLSON GRAHAM LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | JACK BUTLER, ESQ.<br>KAYALYN MARAFIOTI, ESQ.<br>SKADDEN ARPS SLATE MEAGHER &<br>FLOM<br>FOUR TIIMES SQUARE<br>NEW YORK, NY 10036 |
| IRA M. LEVEE, ESQ.<br>LOWENSTEIN & SANDLER PC<br>1251 AVENUE OF THE AMERICAS<br>18TH FLOOR<br>NEW YORK, NY 10020 | BABETTE CECCOTTI, ESQ.<br>COHEN WEISS & SIMON<br>330 WEST 42ND STREET, 25TH FLOOR<br>NEW YORK, NY 10036 |
| KENNETH S. ZIMAN, ESQ.<br>SIMPSON THACHER & BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017 | MICHAEL L. COOK, ESQ.<br>SCHULTE ROTH & ZABEL, LLP<br>919 THIRD AVENUE<br>NEW YORK, NY 10022 |
| THOMAS M. KENNEDY, ESQ.<br>KENNEDY JENNIK & MURRAY, PC<br>113 UNIVERSITY AVENUE<br>NEW YORK, NY 10003 | ROBERT ROSENBERG, ESQ.<br>LATHAM & WATKINS<br>885 THIRD AVENUE<br>NEW YORK, NY 10022 |