KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                      :    Chapter 11
                                                            :
DELPHI CORPORATION, et al.,                                 :    Case No. 05-44481 (RDD)
                                                            :
                                    Debtors.                :    (Jointly Administered)
                                                            :
                                                            :    **AFFIDAVIT OF SERVICE**
------------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

    Elaine Fera, being duly sworn, deposes and says:

    1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

2. On November 21, 2005, I served true copies of the Objection of Wilmington Trust Company, as Indenture Trustee to Debtors' Motion for Order Under U.S.C. §§ 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (i) by transmitting a true and correct copy of the paper by facsimile transmission upon the parties on the attached service list at the facsimile number designated for that purpose and (ii) by Federal Express priority overnight mail upon the parties on the attached service list by placing same in properly addressed Federal Express priority overnight envelopes and depositing said envelopes in Federal Express Office

NY-#402617-v1

located at 880 Third Avenue, New York, New York which is the designated location for pickup

by the Federal Express Corporation for next business day delivery.

                                                        */s/ Elaine Fera*
                                                        Elaine Fera

Sworn to before me this
28th day of November, 2005

    */s/ Arnold J. Burrus*
       Notary Public
ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Commission Expires March 30, 2006

**DELPHI SERVICE LIST**



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

John Wm. Butler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL  60606

Kenneth S. Ziman
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036

Alicia M. Leonard
Deidre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004

NY-#392554-v1

**DELPHI SERVICE LIST**



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

Mark A. Broude
Lathan & Watkins
885 Third Avenue
New York, NY  10022

The Honorable Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green
Alexander Hamilton Custom House
New York, NY  10004



599 Lexington Avenue
New York, NY 10022



599 Lexington Avenue
New York, NY 10022

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

NY-#392554-v1

**DELPHI SERVICE LIST**



599 Lexington Avenue
New York, NY 10022
212.536.3900
Fax:  212.536.3901

# FAX

| **Date** • | November 22, 2005 | **No. of Pages, including coversheet** • | 16 |

**Transmit To** •

| Name | Company | Phone | Fax |
|---|---|---|---|
| Kenneth S. Ziman | Simpson Thatcher & Bartlett LLP | 1-214-455-2000 | 1-214-455-2502 |
| John Wm. Butler | Skadden, Arps, Slate, Meagher & Flom LLP | 1-312-407-0700 | 1-312-407-0411 |
| Kayalyn A. Marafioti | Skadden, Arps, Slate, Meagher & Flom LLP | 1-212-735-3000 | 1-212-735-2000 |
| Alicia M. Leonard | Office of the United States Trustee | 1-212-510-5000 | 1-212-668-2255 |
| Deidre A. Martini | Office of the United States Trustee | 1-212-510-0500 | 1-212-668-2256 |
| Marlane Melican | Davis Polk & Wardwell | 1-212-450-4092 | 1-212-450-3092 |
| Sean Corcoran Karen Craft | Delphi Corporation | 1-248-813-2000 | 1-248-813-2670 |
| Robert J. Rosenberg | Latham & Watkins LLP | 1-212-906-1370 | 1-212-751-4864 |

| **From** • | Edward M. Fox | **Phone** • | 212.536.4812 |
| **Secretary** • | Elaine Fera | **Phone** • | 212.536.3967 |

| **Client/Matter Name** | **Client/Matter Number** | **Attorney Number** |
|---|---|---|
| Wilmington Trust/Delphi | 0809645.0202 | 8221 |

**COMMENTS**:

NY-#392554-v1