# EXHIBIT A

| | |
|---|---|
| From: | Patrick Mears |
| To: | neilberger@teamtogut.com |
| Date: | 11/23/2005 4:51:06 PM |
| Subject: | Delphi Corporation/Bank of America Motion for Adequate Protection, etc. |

Hello Neil: This message confirms our telephone conversation of a few minutes ago wherein we agreed not to have an evidentiary hearing at the preliminary hearing on Bank of America's pending motion for adequate protection and for relief from the automatic stay. The preliminary hearing is scheduled for Tuesday, November 29, 2005 at 10:00 a.m. in New York. We will only orally argue the motion; I do not plan to bring any witnesses or documents. With respect to documents, most (if not all) of the lease documents have been filed as exhibits either to Bank of America's motion or its prior objection to the motion for debtor in possession financing.

Will you please inform the Bankruptcy Court of this agreement in the Agenda to be filed and served, presumably on Friday of this week. Thank you very much for your cooperation and courtesy and please contact me if you have any questions. I understand that you will soon be filing an objection to this motion. As we discussed, I will be in the office for a good part of the day on Friday. And finally, Happy Thanksgiving. Pat Mears.

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503
Telephone: (616) 742-3936
Fax: (616) 742-3999
email: pmears@btlaw.com
Cellphone: 616-450-6487


CC: Holmes, Mark A; Patrick Mears; sschwart@comcast.net; stuart.r.schwartz@bankofamerica.com