# EXHIBIT B

| | Sep-05 | Oct-05 | Nov-05 | Dec-05 | Jan-06 | Feb-06 | Mar-06 |
|---|---|---|---|---|---|---|---|
| **Airplane Charter Revenue** | | | | | | | |
| N699DA - Learjet 60 | | | | | | | |
| Charter Rate Per Hour | | | | | | | |
| Hourly Operating Costs (detail by type and amount) | | | | | | | |
| Brokers fees | | | | | | | |
| Fuel Surcharges | | | | | | | |
| N599DA - Challenger 604 | | | | | | | |
| Charter Rate Per Hour | | | | | | | |
| Hourly Operating Costs (detail by type and amount) | | | | | | | |
| Brokers Fees | | | | | | | |
| Fuel Surcharges | | | | | | | |
| **Airplane Charter Revenue** | | | | | | | |
| Challenger 604 Charter Hours | | | | | | | |
| Charter Fees and other revenue, including fuel surcharge | | | | | | | |
| Hourly Operating Costs detailed by type and amount | | | | | | | |
| Brokers fees | | | | | | | |
| Proposed Net Charter Revenue | | | | | | | |
| Learjet 60 Charter Hours | | | | | | | |
| Charter Fees and other revenue, including fuel surcharge | | | | | | | |
| Hourly Operating Costs detailed by type and amount | | | | | | | |
| Brokers fees | | | | | | | |
| Proposed Net Charter Revenue | | | | | | | |
| **Cash Balance Activity** | | | | | | | |
| Beginning Cash Balance | | | | | | | |
| Net Charter Revenue | | | | | | | |
| Ending Cash Balance | | | | | | | |

Bank of America does not agree in advance to any of the amounts in this spreadsheet and reserves the right to challenge them.
Delphi Automotive Systems Human Resources LLC agrees to furnish detail and back-up documentation concerning all amounts listed on this spreadsheet.