Daniel D. Doyle (DD 2500)
Nicholas A. Franke (NF 6764)
David M. Brown (DB 2065)
SPENCER FANE BRITT & BROWNE, LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
(314) 863-7733 – telephone
(314) 862-4656 – facsimile

J. Brian McTigue  (*pro hac* pending)
Cornish F. Hitchcock (CH 0959)
MCTIGUE LAW FIRM
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC  20015
(202) 364-6900 - telephone
(202) 364-9960 - fax

COUNSEL FOR MICHAEL BEARD, RUSSELL DETWILER, FLOYD JONES AND JOHN M. MCGRATH, as retirees not covered by the collective bargaining agreement.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                           :
   In re                          :   Chapter 11
                                           :
DELPHI CORPORATION et al.,     :   Case No. 05-44481 (RDD)
                                           :
                              Debtors.    :   (Jointly Administered)
                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF WITHDRAWAL MOTION FOR APPOINTMENT OF OFFICIAL COMMITTEE OF RETIREES PURSUANT TO 11 U.S.C. § 1114(D) CONSISTING OF PERSONS RECEIVING RETIREE BENEFITS NOT COVERED BY A COLLECTIVE BARGAINING AGREEMENT**

      Michael Beard, Russell Detwiler, Floyd Jones, and John M. McGrath, as individuals receiving retiree benefits from the Debtor ("Retiree Movants") withdraw their motion for appointment of an Official Committee of Retirees pursuant to 11 U.S.C. §1114(d) comprised of retirees not covered by collective bargaining agreements.  Movants withdraw the Motion, for the

194406.1

reasons stated in the Movants' Notice of Withdrawal of Motion to Vacate or Amend Order (I) Appointing Unions as Authorized Representatives for Union-Represented Retirees under 11 U.S.C. §§ 1114(c) or 1114(d) or, in the Alternative, (II) Establishing Procedures for Solicitation, Nomination, and Appointment of Committee of Retired Employees.

DATED:  November 28, 2005.                SPENCER FANE BRITT & BROWNE LLP

                                           By  /s/ Daniel D. Doyle
                                               Daniel D. Doyle (DD 2500)
                                               Nicholas Franke (NF 6764)
                                               1 North Brentwood Boulevard, Tenth Floor
                                               St. Louis, MO 63105
                                               (314) 863-7733  – telephone
                                               (314) 862-4656 – facsimile
                                               ddoyle@spencerfane.com
                                               nfranke@spencerfane.com

                                                       and

                                           MCTIGUE LAW FIRM

                                           By /s/ Cornish F. Hitchcock
                                               J. Brian McTigue
                                               Cornish F. Hitchcock (CH 0959)
                                               McTigue Law Firm
                                               5301 Wisconsin Ave. N.W., Suite 350
                                               Washington, DC  20015
                                               mctigue@mctiguelaw.com
                                               (202) 364-6900 - telephone
                                               (202) 364-9960 - fax

                                               bmctigue@mctiguelaw.com
                                               conh@mctiguelaw.com

                                           COUNSEL FOR RETIREE MOVANT

194406.1