HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail:  jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                        :
      In re                                    :       Chapter 11
                                                        :
**DELPHI CORPORATION et al.,**          :       Case No. 05-44481 (RDD)
                                                        :
      Debtors.                           :       (Jointly Administered)
                                                        :
-----------------------------------------------------------------x

**FIRST SUPPLEMENT TO VERIFIED STATEMENT UNDER**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**
**OF HONIGMAN MILLER SCHWARTZ AND COHN LLP**

Honigman Miller Schwartz and Cohn LLP ("Honigman"), for its First Supplement to Verified Statement under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP, submits the following:

1.  On November 7, 2005, Honigman filed its original Verified Statement under Federal Rule of Bankruptcy Procedure 2019 of Honigman Miller Schwartz and Cohn LLP (the "Original Statement").

2.  In addition to the creditors and parties-in-interest identified in the Original Statement, Honigman currently represents the following:

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| Kelsey Hayes Company<br>12025 Tech Center Drive<br>Livonia, MI 48150 | Creditor |
| Rotor Coaters International, Inc.<br>265 Commerce Center Dr<br>Saginaw, MI 48601 | Creditor |
| Saturn Electronics & Engineering, Inc.<br>and Saturn Electronics de Monterrey, S.A.<br>de S. V.<br>255 Rex Boulevard<br>Auburn Hills, MI 48326 | Creditor |
| Serma Coat Limited Liability Co.<br>1279 Rickett Road<br>Brighton, MI 48116-1832 | Creditor |
| TRW Vehicle Safety Systems, Inc.,<br>TRW Canada Limited,<br>TRW Electronica Ensambles S.A. de<br>C.V., TRW Automotive U.S., LLC and<br>TRW Automative Electronics &<br>Components GmbH & Co., KG<br>12025 Tech Center Drive<br>Livonia, MI 48150-2122 | Creditor |
| Valeo Climate Control Corp.,<br>Valeo Electrical Systems, Inc.<br>Wipers Division, Valeo Electrical<br>Systems, Inc., Motors and Actuators<br>Division, and Valeo Switches &<br>Detection Systems, Inc.<br>4100 North Atlantic Boulevard<br>Auburn Hills, MI 48326 | Creditor |

3. All of the above are suppliers to one or more of the Debtors. The amount of their claims are not fixed.

4. Each of the above creditors had a prepetition relationship with one or more of the Debtors.

2

5. Honigman is representing each of these clients individually; the above listed clients do not comprise a committee of any kind.

6. Honigman has no written contracts or representation agreements with respect to the entities described in paragraph 2 above, other than engagement letters.

7. Honigman reserves the right to supplement or amend this Declaration.

8. I make this verified statement under penalty of perjury under the law of the State of Michigan.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

By: /s/ Judy B. Calton
    Judy B. Calton (P38733)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
(313) 465-7344
e-mail: jcalton@honigman.com

Dated: November 28, 2005

DETROIT.2016751.1