HONIGMAN MILLER SCHWARTZ AND
COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Judy B. Calton (P38733)
(313) 465-7344
e-mail:  jcalton@honigman.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                          :
     In re                          :        Chapter 11
                                                          :
**DELPHI CORPORATION et al.,**        :        Case No. 05-44481 (RDD)
                                                          :
     Debtors.                       :        (Jointly Administered)
-------------------------------------------------------------x

## PROOF OF SERVICE

The undersigned hereby certifies and declares that she served copies as follows:

1.     Documents Served:    First Supplement To Verified Statement Under Federal Rule Of Bankruptcy Procedure 2019 Of Honigman Miller Schwartz And Cohn LLP

2.     Served Upon:    See attached Service List

3.     Method of Service:    U.S. Mail

4.     Date Served:    November 28, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.

By: /s/Pairlee Sims
Pairlee Sims
Assistant to Judy B. Calton
Honigman, Miller, Schwartz and Cohn LLP
2290 First National Building
Detroit, Michigan 48226

2

| | |
|---|---|
| John William Butler, Jr., Esquire<br>Skadden Arps Slate Meagher & Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee<br>33 Whitehall St., Suite 2100<br>New York, NY 10044 | Kenneth S. Zimar, Esq.<br>Simpson Thacher Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 |
| Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>Ney York, NY 10022-4802 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |

DETROIT.2017039.1