ARNOLD & PORTER LLP
Attorneys for CSX Transportation, Inc.
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Facsimile: (202) 942-5999
Joel M. Gross (JG 5229)
joel_gross@aporter.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           :
                                                           :    **Chapter 11**
                                                           :
**In re:**                                                 :    **Case No. 05-44481 (RDD)**
                                                           :
**DELPHI CORPORATION, et al.,**                            :    **(Jointly Administered)**
                                                           :
              **Debtors.**                                 :
                                                           :
                                                           :
-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that CSX Transportation, Inc., a party in interest in the Chapter 11 cases, hereby appears in the above-captioned case by its counsel, Arnold & Porter LLP. Such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 9010(b); and such counsel hereby requests, pursuant, inter alia, to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that it be added to the Court's mailing matrix and that copies of all notices and pleadings given or filed in these cases be given to and served upon the undersigned at the following address and telephone/facsimile numbers:

Joel M. Gross, Esq.
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Facsimile: (202) 942-5999
joel_gross@aporter.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, plan of reorganization, disclosure statement, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, electronic mail, telex, facsimile, or otherwise filed or made in or with regard to the referenced cases and proceedings therein.

This notice of appearance and request for notices and papers shall not be deemed or construed to be a waiver of any right of CSX Transportation, Inc. (1) to have final orders in non-core matters entered only after de novo review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceedings related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court over any matter is improper or inappropriate; and (5) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entity is or may be entitled,

2

in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 28, 2005
      Washington, D.C.

    Respectfully submitted,

    **ARNOLD & PORTER LLP**

    By:   */s/ Joel M. Gross*
           Joel M. Gross (JG 5229)

        ARNOLD & PORTER LLP
        555 Twelfth Street, N.W.
        Washington, D.C. 20004-1206
        (202) 942-5000

    *Attorneys for CSX Transportation, Inc.*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November 2005, I caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices and Papers to be served by first-class United States mail, postage prepaid, upon each of the persons and entities listed in the attached service list.

_____
Anthony D. Boccanfuso

## SERVICE LIST

Capital Research and Management Company
11100 Santa Monica Blvd.
15th Floor
Los Angeles, CA 90025
Attn: Michelle Robson

Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036
Attn: Bruce Simon

Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Attn: Steven J. Reisman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY1 10017
Attn: Donald Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn:   Sean Corcoran
        Karen Craft

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn: Michael Nefkens

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attn: Paul W. Anderson

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attn: Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn: Randall S. Eisenberg

General Electric Company
One Plastics Avenue
Pittsfield, MA 01201
Attn: Valerie Venable

Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn: Lonie A. Hassel

Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019
Attn: Stephen H. Gross

Internal Revenue Service
290 Broadway 5th Floor
New York, NY 10007
Attn: Insolvency Department

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Department

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH
Attn: Henry Reichard

Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY 10022
Attn: William Q. Derrough

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn:   Thomas F. Maher
        Richard Duker
        Gianni Russello

JPMorgan Chase Bank
270 Park Avenue
New York, NY 10017
Attn:   Vilma Francis

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066
Attn: James Le

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL 60601
Attn: Melissa Knolls

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
Attn: Joseph T. Moldovan

Office of New York State
120 Broadway
New York City, NY 10271
Attn: Attorney General Eliot Spitzer

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071
Attn: Robert Siegel

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006
Attn:   Tom A. Jerman
        Rachel Janger

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005
Attn: Jeffrey Cohen

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026
Attn: Ralph L. Landy

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103
Attn: Sandra A. Riener

Rothchild Inc.
1251 Avenue of the Americas
New York, New York 10020
Attn: David L. Resnick

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, New York 10279

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Attn: Robert W. Dremluk

Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Attn:   Douglas Bartner
        Jill Frizzley

Pg 9 of 10

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn:   Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606
Attn:   John Wm. Butler
        John K. Lyons
        Ron E. Meisler

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036
Attn:   Kayalyn A. Marafioti
        Thomas J. Matz

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
Attn:   Chester B. Salomon
        Constantine D. Pourakis

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119
Attn:   Albert Togut

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Attn: Alicia M. Leonard

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004-2112
Attn: Deirdre A. Martini

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attn: Steven M. Cimalore

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jeffrey L. Tanenbaum

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Martin J. Bienenstock

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Michael P. Kessler

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Frank L. Gorman

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Attn: Robert B. Weiss

Flextronics International
6328 Monarch Park Place
Niwot, CO 80503
Attn: Carrie L. Schiff