Audrey Moog (AM 9609)
Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Counsel for Umicore Autocat Canada Corp.

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: <br><br> DELPHI CORPORATION, et al, <br><br> Debtors. | ) <br> ) <br> ) <br> ) <br> ) Chapter 11 <br> ) <br> ) Case No. 05-44481 (RDD) <br> ) <br> ) Jointly Administered <br> ) |

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that Hogan & Hartson L.L.P. ("Hogan") appears herein as attorneys for Umicore Autocat Canada Corp. ("Umicore Autocat Canada"), creditor and party in interest in these chapter 11 cases. Pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). Umicore Autocat Canada requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, also be given and served upon Umicore Autocat Canada, at the office, address and telephone number set forth below and that Hogan be added to the mailing matrix

\\\DC - 67635/0055 - 2218650 v1

on file with the Clerk of the Bankruptcy Court as set forth below:

>   Edward C. Dolan
>   Columbia Square
>   555 Thirteenth Street, N.W.
>   Washington, DC  20004-1109
>   Tel:  (202) 637-5677
>   Fax:  (202) 637-5910
>   E-mail:  ecdolan@hhlaw.com

PLEASE TAKE FURTHER NOTICE, that under section 1109(b) of the Bankruptcy Code, this request includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of and all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile, transmission, telegraph, telex, or otherwise that (1) affect or seek to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to: (a) the debtors; (b) property of the estates; or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use; or (2) required or seeks to requires any act, delivery of any property, payment or other conduct by Umicore Autocat Canada.

PLEASE TAKE FURTHER NOTICE, that this Notice of Appearance includes and constitutes a request pursuant to Bankruptcy Rule 3017 to be served with each and every plan and disclosure statement which is filed herein by any person or entity.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance nor any later appearance, pleading, claim or suit waives (1) the right to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the right to have the

District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: November 28, 2005

        HOGAN & HARTSON L.L.P.

        By: __/s/Audrey Moog_____
            Audrey Moog (AM-9609)
            Edward C. Dolan
        Columbia Square
        555 Thirteenth Street, N.W.
        Washington, DC 20004-1109
        Tel: (202) 637-5677
        Fax: (202) 637-5910

        Attorneys for
           Umicore Autocat Canada Corp.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on this 28TH day of November, 2005, copies of the foregoing Notice of Appearance and Request for Service of all Notices and Pleadings were sent via regular mail addressed to the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attention: Michael Nefkens

General Electric Company
One Plastics Avenue
Pittsfield, MA 01201
Attention: Valerie Venable

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131
Attention: Paul W. Anderson

IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, Ohio 45439
Attention: Henry Reichard

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025
Attention: Michelle Robson

Wilmington Trust Company, as Indenture Trustee
Rodney Square North
1100 North Market Street
Wilmington, DE 19890
Attention: Steven M. Cimalore

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman)

Davis Polk& Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican),

Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735
Attention: Richard Lee Chambers, III

 

       /s/  Edward C. Dolan

\\\DC - 67635/0055 - 2218650 v1