**CONNELL FOLEY LLP**
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Susan M. Buttitta
John S. Barnett, Esq. (JB6852)
Stephen V. Falanga, Esq. (SF6414)
Ryan A. McGonigle, Esq. (RM8234)

Hearing Date: January 5, 2006 @ 10:00 a.m.
Objection Deadline: December 29, 2005

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 05-44481 (RDD)<br><br>(Jointly Administered)<br><br>NOTICE OF MOTION FOR ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. 362 TO CONTINUE CERTAIN PERSONAL INJURY STATE COURT ACTION AGAINST THE DEBTOR |

TO:   ALL PARTIES ON ATTACHED SERVICE LIST

Dear Sir or Madam:

**PLEASE TAKE NOTICE** that on **January 5, 2006 at 10:00 a.m.**, pursuant to 11 U.S.C. §362(d), Susan M. Buttitta ("Buttitta") shall move before the Honorable Robert D. Drain, U.S.B.J., at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, for the entry of an Order granting Buttitta relief from the provisions of the automatic stay to permit Buttitta to continue a certain personal injury state court action against the debtor in the above-

1662676-01

captioned Chapter 11 proceeding, Delphi Corporation ("Debtor" or "Delphi").

**PLEASE TAKE FURTHER NOTICE** that Buttitta shall rely upon her Memorandum of Law in support of said Notice, Certification of Counsel with Exhibits, and the proposed form of Order submitted herewith, and any papers submitted hereafter.

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Motion shall be in writing, shall state with particularity the reasons for the objection or response, and shall be filed with the Court, with a courtesy copy delivered to the Chambers of the Honorable Robert D. Drain, U.S.B.J., and served upon counsel for movant, Connell Foley LLP, 85 Livingston Avenue, Roseland, New Jersey 07068, attn: John S. Barnett, so as to be filed and received on or before by December 29, 2005. Only those objections which have been timely filed and served may be considered by the Court at the hearing.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this Notice, the Court may grant the relief demanded by Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

                CONNELL FOLEY LLP
                Attorneys for Susan M. Buttitta

DATED: November 28, 2005      By:  /s/ Stephen V. Falanga
                                            Stephen V. Falanga, Esq. (SF6414)
                                            John S. Barnett, Esq. (JB6852)
                                            Ryan A. McGonigle, Esq. (RM8234)

                                            CONNELL FOLEY LLP
                                            85 Livingston Avenue
                                            Roseland, New Jersey 07068
                                            Telephone: (973) 535-0500
                                            Facsimile: (973) 535-9217

1662676-01