# EXHIBIT "D"

This Order is prepared and filed by the Court
Copies have been mailed as indicated below



SUPERIOR COURT OF NEW JERSEY

LAW DIVISION BERGEN COUNTY

Estate of Mark Buttitta
         Plaintiff(s)

SUPERIOR COURT BERGEN COUNTY
FILED
OCT 2 8 2005

Docket L-9592-02

CIVIL ACTION

v.

Allied Signal Inc, et. al.
         Defendant(s)

DEPUTY CLERK

ORDER
OF DISPOSITION ON ACCOUNT
OF
BANKRUPTCY PROCEEDING



The court has been advised that the party listed below has filed a petition in bankruptcy. Accordingly, all claims pending herein against such petitioner in bankruptcy are dismissed, without prejudice and without costs, subject to restoration as allowed for below.

Any party making claim against the petitioner in bankruptcy must, within 30 days from this date, file a formal application in the bankruptcy court to obtain permission to proceed with this pending matter, subject to any terms or conditions that the bankruptcy court may impose. Then, within 30 days after receiving such permission to proceed from the bankruptcy court, either the bankrupt party defendant or the party making claim against the bankrupt party must file a formal motion to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and to restore to the active calendar all claims by and/or against the petitioner in bankruptcy.

Failure of either the bankrupt party or the party claiming against the petitioner in bankruptcy to follow the procedure outlined above shall be considered as a waiver of all rights to proceed under this caption.

Additionally, formal application shall be made, <u>no later than 60 days</u> after the pending

bankruptcy proceedings are concluded, to vacate this **ORDER OF DISPOSITION ON ACCOUNT OF BANKRUPTCY PROCEEDING** and restore the claim(s) made by and/or against the bankrupt party if the pending bankruptcy proceedings do not fully dispose of all claims between the parties <u>and</u> either the bankrupt plaintiff and/or the claimant then still wishes to pursue this matter under this caption. Again, failure to timely follow the above procedure shall be considered as a waiver of all rights to proceed by and/or against the bankrupt party under this caption.

<u>PLEASE NOTE</u>: This Order does not in any way affect and/or stay proceedings in this caption as between any other party to the case. Counsel for plaintiff and/or the bankrupt party is hereby directed to serve a copy of this Order on all other parties/counsel within seven (7) days of receipt of this Order.

Dated: 10/28/05

Richard J. Donohue, Acting P.J.S.C.

BANKRUPT PARTY:

(1) Delph Auto System     (2) _____

(3) _____     (4) _____

DPM/cf
cc: Kathleen Stylianou