CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
(973) 535-0500
Attorneys for Susan M. Buttitta
John S. Barnett, Esq. (JB6852)
Stephen V. Falanga, Esq. (SF6414)
Ryan A. McGonigle, Esq. (RM8234)

Hearing Date: January 5, 2006 @ 10:00 a.m.
Objection Deadline: December 29, 2005

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) ) | |
| Delphi Corporation, et al. ) ) | Bankr. Case No. 05-44481 (RDD) |
| ) ) | CHAPTER 11 |
| Debtors ) ) | |

## ORDER

AND NOW, this ___ day of _____, 2005, upon consideration of the Motion of Susan M. Buttita for Relief from the Automatic Stay, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that relief from the automatic stay provided in section 362 of the Bankruptcy Code is granted to permit Susan M. Buttitta and all other parties to a personal injury action now pending in the Superior Court of New Jersey, Law Division, Bergen County entitled, *Susan M. Buttitta, individually and as the Executrix to the Estate of Mark Buttitta v. Allied Signal, Inc., et al.*, BER-L-9592-02 ("New Jersey State Court Action") to proceed in all respects as to and against Debtor Delphi Corporation, formerly known as Delphi Automotive Systems in said New Jersey State Court Action.

_____
UNITED STATES BANKRUPTCY JUDGE

1662475-01