Bruce S. Nathan (BS 4844)
David M. Banker (DB 3278)
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700

*Attorneys for Daewoo International (America) Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 |
| Debtors. | |

**JOINDER OF DAEWOO INTERNATIONAL (AMERICA) CORP.
TO OBJECTIONS OF QUASAR INDUSTRIES, INC. AND SPS TECHNOLOGIES, LLC
TO DEBTORS' SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

Daewoo International (America) Corp. ("Daewoo") by and through its undersigned counsel, for its Joinder in the Objections of Quasar Industries, Inc. ("Quasar") and SPS Technologies, LLC a/k/a SPS Technologies-Cleveland, et al. ("SPS") to Supplier Agreement Assumption Procedures Motion (as hereinafter defined), each dated November 23, 2005 (the "Objections"), states as follows:

1. Daewoo is a supplier to the above-captioned Debtors of component parts.

2. Debtors, in their Motion for an Order Under 11 U.S.C. §§363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements (the "Supplier Agreement Assumption Procedures Motion"), have requested that this Court approve certain procedures whereby Debtors can negotiate and enter into assumptions of executory supplier agreements without further motions and court orders.

18713/2
11/28/2005 1815937.01

3.       Daewoo joins with Quasar and SPS in the Objections and hereby objects to the Supplier Agreement Assumption Procedures Motion to the extent it seeks to bind nondebtor contracting parties (each a "Supplier"), such as Daewoo, to onerous and unfavorable assumption agreements that would adversely affect the rights of a Supplier without the affirmative, knowing and written consent of the Supplier. Daewoo incorporates herein the arguments advanced by Quasar and SPS in their Objections. Daewoo's Joinder in the Objections remains subject to the terms of any and all agreements that may exist among Daewoo and the Debtors.

4.       This Joinder to the Objections is without prejudice to Daewoo's reclamation claim, other claims, rights under 11 U.S.C. §365, and any and all other rights and interests that Daewoo may possess.

WHEREFORE, Daewoo requests that approval of the Supplier Agreement Assumption Procedures Motion be denied to the extent it seeks to bind Suppliers who do not sign Assumption Agreements, and for such further relief as is proper and just.

Date:   New York, New York
        November 28, 2005

                                        LOWENSTEIN SANDLER PC

                                        By: /s/ Bruce Nathan
                                        Bruce S. Nathan, Esq. (BN 4844)
                                        David M. Banker, Esq. (DB 3278)
                                        1251 Avenue of the Americas, 18th Floor
                                        New York, New York 10020
                                        (212) 262-6700

                                        *Attorneys for Daewoo International (America) Corp.*