UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Kris Tsao Cachia, hereby declare:

I am employed in the City of San Francisco, County of San Francisco, California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Cooley Godward LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800.

On November 28, 2005, I served the foregoing document(s) described as:

1. **JOINDER OF BEI TECHNOLOGY, INC. AND BEI SENSORS & SYSTEMS COMPANY IN OBJECTION TO SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

2. **JOINDER OF OSRAM OPTO SEMICONDUCTORS INC. IN OBJECTION TO SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

on the interested parties in this action by placing a true copy(ies) thereof, on the above date, enclosed in sealed envelopes for service and prepared for processing as described below, and addressed and served in the manner indicated on the attached service list.

  XX   (BY FIRST CLASS MAIL)  I am personally and readily familiar with the business practice of Cooley Godward LLP for collection and processing of correspondence for mailing with the United States Postal Service, pursuant to which mail placed for collection at designated stations in the ordinary course of business is deposited the same day, proper postage prepaid, with the United States Postal Service.

  XX   (BY ELECTRONIC FILING & NOTICE)  Pursuant to applicable Local Rules and practices of this Court regarding Electronic Filing and Notice, the parties as indicated above or on the attached service list were served a Notice of Electronic Filing with instructions for obtaining the document(s) listed above as filed with this Court.

* * * * * * *

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 28, 2005 at San Francisco, California.

/s/ Kris Tsao Cachia
Kris Tsao Cachia

974070 v1/SF

## SERVICE LIST

Counsel for the Debtors
John Wm. Butler Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Email:  jbutler@skadden.com
*Via Electronic Filing & Notice*

Counsel for the Debtors
Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Email:  kmarafio@skadden.com and
tmatz@skadden.com
*Via Electronic Filing & Notice*

Counsel to Creditors' Committee
Robert J. Rosenberg
Mark A. Broude
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
*Via U.S. Mail*

United States Trustee
Deirdre A. Martini
Alicia M. Leonhard
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
*Via U.S. Mail*

Kenneth S. Zimar
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017
*Via U.S. Mail*

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
*Via U.S. Mail*

Ronald R. Peterson
Andrew S. Nicoll
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Email:  rpeterson@jenner.com and
anicoll@jenner.com
*Via Electronic Filing & Notice*

974070 v1/SF