**TAFT, STETTINIUS & HOLLISTER, LLP**
Richard L. Ferrell (OH Bar #0063176)
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838 (Telephone)
(513) 381-0205 (Fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Case No. 05-44481 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Chapter 11 |
| | : | |
| Debtors. | : | |
| | : | |

### STATEMENT OF ATTORNEYS FOR CREDITORS
### PURSUANT TO BANKRUPTCY RULE 2019

The law firm of Taft, Stettinius & Hollister, LLP (the "Firm"), as bankruptcy counsel to certain entities, who are suppliers of Delphi Corporation, *et al.* (the "Debtors"), makes the following statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. The Firm represents the interest of the following entities (the "Creditors"):

    a. Wren Industries, Inc., 265 Lightner Rd., Tipp City, Ohio 45371

    b. Koyo Corporation, 29570 Clemens Rd., Westlake, Ohio 44145

2. The Firm represents the Creditors with respect to their interests in these cases.

3. The Creditors are suppliers to the Debtors, and have an interest with respect to the Debtors' motion for an order approving procedures to assume certain sole supplier agreements and other matters in the Chapter 11 cases.

4. Each of the Creditors is fully aware of the Firm's representation of the other Creditor in these cases and has consented to the representation.

{W0603359.1}

Dated: November 28, 2005

                            Respectfully submitted,

                            s/Richard L. Ferrell
                            Richard L. Ferrell (OH Bar #0063176)
                            Taft, Stettinius & Hollister, LLP
                            425 Walnut Street, Ste. 1800
                            Cincinnati, Ohio 45202
                            (513) 381-2838 (Telephone)
                            (513) 381-0205 (Fax)
                            Ferrell@taftlaw.com
                            Attorneys for Wren Industries, Inc.
                            and Koyo Corporation

{W0023359.1}