OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
230 Park Avenue
New York, New York 10169
Tel: (212) 661-9100
Fax: (212) 682-6104
Scott L. Hazan (SH-0650)
Melissa A. Hager (MH- 0900)

Attorneys for Sharp Electronics Corporation and Sony Electronics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-444-81 (RDD) |
| Debtors. | (Jointly Administered) |

## VERIFIED STATEMENT OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Otterbourg, Steindler, Houston & Rosen, P.C. ("OSH&R"), respectfully submits this verified statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure concerning its representation of multiple parties-in-interest in the above-captioned cases.

1. In connection with the above-captioned cases, OSH&R has been retained to represent (A) Sharp Electronics Corporation ("Sharp"); and (B) Sony Electronics, Inc. ("Sony").

2. Sharp is located at 1 Sharp Plaza, Mahwah, New Jersey 07430. Sharp is a supplier to certain of the Debtors and has retained OSH&R to represent its interests in the above-captioned cases. OSH&R was retained by Sharp in this particular matter after the petition date.

620683.1

3.    Sony is located at 1 Sony Drive, Park Ridge, New Jersey 07656. Sony is a supplier to certain of the Debtors and has retained OSH&R to represent its interests in the above-captioned cases. OSH&R was retained by Sony in this particular matter after the petition date.

4.    OSH&R's representations of Sharp and Sony are separate and concern claims and interests of different origins of different creditors.

5.    Based upon the information available to me, OSH&R does not hold any claim against the Debtors. OSH&R reserves the right to amend or supplement this Statement.

Dated: New York, New York
November 28, 2005

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.

By:   <u>Scott L. Hazan</u>
      Scott L. Hazan, Esq. (SH-0650)
      230 Park Avenue
      New York, New York 10169
      (212) 661-9100

Attorneys for Sharp Electronics Corporation and
Sony Electronics, Inc.