Bruce S. Nathan (BS 4844)
David M. Banker (DB 3278)
LOWENSTEIN SANDLER PC
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700

*Attorneys for Daewoo International (America) Corp.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| DELPHI CORPORATION, et al. | ) ) ) ) | Case No. 05-44481 |
| Debtors. | ) ) ) ) |  |

## CERTIFICATE OF SERVICE

Christine Deacon, certifies as follows:

1.   I am a legal assistant with the law firm Lowenstein Sandler PC., counsel to the above-referenced debtors.

2.   On November 28, 2005, I served a copy of the *Joinder Of Daewoo International (America) Corp. To Objections Of Quasar Industries, Inc. And SPS Technologies, LLC To Debtors' Supplier Agreement Assumption Procedures Motion,* to the parties listed on the attached service list by overnight mail.

18713/2
11/28/2005 1815937.01

-2-

I certify that the foregoing statements made by me are true to the best of my knowledge and belief. Any statement made by me that is willfully false I am subject to the penalty of perjury.

/s/ *Christine Deacon*
Christine Deacon, Paralegal
**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas - 18th Floor
New York, New York 10020
(212) 262-6700 (Telephone)
(212) 262-7402 (Facsimile)
*Counsel to the Debtors*

Dated: November 28, 2005

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom
333 West Wacker Drive,
Suite 2100
Chicago, IL 60606

Kenneth S. Zimmer
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Mark A. Broude
Official Committee of Unsecured Creditors
Latham & Watkins
885 Third Avenue, New York  10022

Alicia M. Leonhard
U.S. Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004