Donald S. Bernstein (DS 6681)
Brian Resnick (BR 4687)
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile:  (212) 450-3800

Attorneys for JPMorgan Chase Bank, N.A.
as Administrative Agent
for Post-Petition Lenders

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION., *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**CERTIFICATE OF SERVICE**

      This is to certify that this day a copy of the Statement of JPMorgan Chase Bank, N.A., as Administrative Agent for the Debtor in Possession Lenders, in Support of the Debtors' Motion for an Order Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements was served by United States Mail with adequate postage affixed thereon to ensure delivery to the following:

      Delphi Corporation
      Attn: Karen J. Craft, Esq
      5725 Delphi Drive
      Troy, Michigan 48098

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn: John W. Butler, Esq.
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn: Kenneth S. Zimar, Esq.
425 Lexington Avenue
New York, NY 10017

Latham & Watkins LLP
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Office of the U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, New York 10004

Dated:  New York, New York
        November 28, 2005

                                        Respectfully submitted,

                                        DAVIS POLK & WARDWELL

                                        /s/Donald S. Bernstein
                                        Donald S. Bernstein (DS 6681)
                                        450 Lexington Avenue
                                        New York, New York 10017