NATHAN, NEUMAN & NATHAN, P.C.
Kenneth A. Nathan (MI Bar No. P39142)
Susanna C. Brennan (MI Bar No. P67018)
29100 Northwestern Highway, Suite 260
Southfield, Michigan 48034
Telephone: (248) 351-0099
Facsimile: (248) 351-0487

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen (KH 4679)
Joseph G. Minias (JM 6530)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Attorneys for 975 Opdyke LP, 1401 Troy Associates Limited Partnership,*
*1401 Troy Associates Limited Partnership c/o Etkin Equities Inc.,*
*1401 Troy Associates LP, Brighton Limited Partnership,*
*DPS Information Services Inc., DPS Information Services LLC,*
*Etkin Management Services Inc. and Etkin Real Properties*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------x | | |
| *In re* | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------------x | | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                      ss.:
COUNTY OF NEW YORK  )

Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings.

I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane,

New York, New York 10038.

SSL-DOCS1 1633346v1

2. On November 23, 2005, affiant caused to be served true and correct copies of *Notice of Appearance and Request for Service of Documents* filed on behalf of 975 Opdyke LP, 1401 Troy Associates Limited Partnership, 1401 Troy Associates Limited Partnership c/o Etkin Equities Inc., 1401 Troy Associates LP, Brighton Limited Partnership, DPS Information Services Inc., DPS Information Services LLC, Etkin Management Services Inc. and Etkin Real Properties (Docket No. 1167), with proof of electronic filing, via First Class Mail upon the parties listed on Service List "A" and via Electronic Mail upon the parties listed on Service List "B."

        /s/ Michael Magzamen
        Michael Magzamen

Sworn to before me this
28th day of November, 2005

/s/ Joshua A. Lefkowtiz
NOTARY PUBLIC

Joshua A. Lefkowitz
Notary Public, State of New York
No. 02LE6112552
Qualified in New York County
Commission Expires July 6, 2008

SSL-DOCS1 1633346v1

## Service List "A"

| | |
|---|---|
| Brown Rudnick Berlack Israels LLP<br>Mr. Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 | Capital Research and Management Company<br>Ms. Michelle Robson<br>11100 Santa Monica Blvd.<br>15th Floor<br>Los Angeles, CA 90025 |
| Cohen Weiss & Simon<br>Mr. Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Mr. Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Davis Polk & Wardwell<br>Mr. Donald Bernstein<br>450 Lexington Avenue<br>New York, NY 10017 | Delphi Corporation<br>Mr. Sean Corcoran<br>Ms. Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Electronic Data Systems Corp.<br>Mr. Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 | Flextronics International<br>Ms. Carrie L. Schiff<br>6328 Monarch Park Place<br>Niwot, CO 80503 |
| Flextronics International<br>Terry Zale<br>6328 Monarch Park Place<br>Niwot, CO 80503 | Freescale Semiconductor, Inc.<br>Mr. Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 |
| FTI Consulting, Inc.<br>Mr. Randall S. Eisenberg<br>3 Times Square<br>11th Floor<br>New York, NY 10036 | General Electric Company<br>Ms. Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA 01201 |
| Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Hodgson Russ LLP<br>Mr. Stephen H. Gross<br>152 West 57th Street<br>New York, NY 10019 |

3

Honigman Miller Schwartz and Cohen LLP
Frank L. Gorman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Honigman Miller Schwartz and Cohen LLP
Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway
5th Floor
New York, NY 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

IUE-CWA
Mr. Henry Reichard
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

Jefferies & Company, Inc.
William Q. Derrough
520 Madison Avenue
12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
Messrs. Thomas F. Maher, Richard Duker,
Gianni Russello
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
Ms. Vilma Francis
270 Park Avenue
New York, NY 10017

Kramer Levin Naftalis & Frankel LLP
Mr. Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Mr. Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
Mr. James Le
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

Latham & Watkins LLP
Mr. Robert J. Rosenberg
885 Third Avenue
New York, NY 10022

Law Debenture Trust of New York
Mr. Patrick J. Healy
767 Third Avenue
31st Floor
New York, NY 10017

Law Debenture Trust of New York
Mr. Daniel R. Fisher
767 Third Avenue
31st Floor
New York, NY 10017

McDermott Will & Emery LLP
Mr. David D. Cleary
227 West Monroe Street
Chicago, IL 60606

McDermott Will & Emery LLP
Mohsin N. Khambati
227 West Monroe Street
Chicago, IL 60606

4

McTigue Law Firm
Mr. J. Brian McTigue
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, DC 20015

McTigue Law Firm
Cornish F. Hitchcock
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, DC 20015

Mesirow Financial
Ms. Melissa Knolls
321 N. Clark St.
13th Floor
Chicago, IL 60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

Northeast Regional Office
Mr. Mark Schonfeld, Regional Director
3 World Financial Center
Room 4300
New York, NY 10281

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Mr. Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Pension Benefit Guaranty Corporation
Mr. Jeffrey Cohen
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Pension Benefit Guaranty Corporation
Mr. Ralph L. Landy
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Phillips Nizer LLP
Ms. Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Rothchild Inc.
Mr. David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Mr. Robert W. Dremluk
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Shearman & Sterling LLP
Mr. Douglas Bartner,
Ms. Jill Frizzley
599 Lexington Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Messrs. Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr.
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
Messrs. John Wm. Butler, John K. Lyons,
Ron E. Meisler
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Ms. Kayalyn A. Marafioti, Mr. Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY 10036

Spencer Fane Britt Browne LLP
Mr. Nicholas Franke
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Togut, Segal & Segal LLP
Mr. Albert Togut
One Penn Plaza
Suite 3335
New York, NY 10119

United States Trustee
Ms. Deirdre A. Martini
33 Whitehall Street
21st Floor
New York, NY 10004

Weil, Gotshal & Manges LLP
Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, NY 10153

Wilmington Trust Company
Mr. Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY 41858-9122

Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

Spencer Fane Britt Browne LLP
Mr. Daniel D. Doyle
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Stevens & Lee, P.C.
Messrs. Chester B. Salomon,
Constantine D. Pourakis
485 Madison Avenue
20th Floor
New York, NY 10022

United States Trustee
Ms. Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY 10004-2112

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY 42701

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

McCarter & English, LLP
David J. Adler, Jr., Esq.
245 Park Avenue, 27th Floor
New York, NY 10167

6

Michigan Department of Labor
and Economic Growth, Worker's Compensation
Agency
Dennis J. Ratermink
P.O. Box 30736
Lansing, MI 48909-7717

Noma Company and General Chemical
Performance
Products LLC
James Imbriaco
90 East Halsey Road
Parsippany, NJ 07054

Michigan Department of Labor
and Economic Growth, Worker's
Compensation Agency
Michael Cox
P.O. Box 30736
Lansing, MI 48909-771

The Timpken Corporation
BIC-08
Mr. Robert Morris
1835 Dueber Ave. SW
P.O. Box 6927
Canton, OH 44706

7

**Service List "B"**
**Via Electronic Mail**

david.boyle@airgas.com; wshowman@ajamie.com; tajamie@ajamie.com; aswiech@akebobo-usa.com; pgurfein@akingump.com ; mgreger@allenmatkins.com; mblacker@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; dladdin@agg.com; heath.vincente@agg.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; sean@blbglaw.com; hannah@blbglaw.com; markd@blbglaw.com; emcnerney@blbglaw.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com; rcmcdowell@bodmanllp.com; davidl@bolhouselaw.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; mhall@burr.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; jonathan.greenberg@engelhard.com; cahn@clm.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com ;jvitale@cwsny.com; srosen@cb-shea.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com; derrien@coollaw.com; rsz@curtinheefner.com; dpm@curtinheefner.com; athau@cm-p.com; sreisman@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; ayala.hassell@eds.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; tdonovan@finkgold.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com; pbilowz@goulstonstorrs.com; jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com; glen.dumont@hp.com; echarlton@hiscockbarclay.com cstorie@hodgsonruss.com; sgross@hodgsonruss.com; sagolden@hhlaw.com; elizabeth.flaagan@hro.com; rweiss@honigman.com; fgorman@honigman.com; dbaty@honigman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com; mmassad@hunton.com ;sholmes@hunton.com; aee@hurwitzfine.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; pbarr@jaffelaw.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com; tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com ;sk@kieselaw.com; gsouth@kslaw.com; afeldman@kslaw.com; mcarter@kslaw.com; jpardo@kslaw.com; grichards@kirkland.com; efox@klng.com; sosimmerman@kwgd.com; ekutchin@kutchinrufo.com; knorthrup@kutchinrufo.com; smcook@lambertleser.com; mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; whawkins@loeb.com tmcfadden@lordbissel.com; tbrink@lordbissel.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; metkin@lowenstein.com; ilevee@lowenstein.com; metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; jml@ml-legal.com; lmc@ml-legal.com; jmsullivan@mwe.com; sselbst@mwe.com; jrobertson@mcdonaldhopkins.com;

sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com
egunn@mcguirewoods.com; lpeterson@msek.com; hkolko@msek.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; fusco@millercanfield.com; mlschein@mintz.com;
john.cipriano@meus.mea.com; Jeff.Ott@molex.com; resterkin@morganlewis.com;
wheuer@morganlewis.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com;
rdehney@mnat.com; mbusenkell@mnat.com; jmoldovan@morrisoncohen.com;
mdallago@morrisoncohen.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; lisa.moore2@nationalcity.com; george.cauthen@nelsonmullins.com;
bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com;
eabdelmasieh@nmmlaw.com; aenglund@orrick.com; fholden@orrick.com; shazan@oshr.com
mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com; ddavis@paulweiss.com;
emccolm@paulweiss.com; landy.ralph@pbgc.gov; cfilardi@pepehazard.com; lawallf@pepperlaw.com;
aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com; sriemer@phillipsnizer.com
jmanheimer@pierceatwood.com; kcunningham@piercewood.com; rbeacher@pitneyhardin.com
bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; asm@pryormandelup.com; kar@pryormandelup.com;
jkp@qad.com; andrew.herenstein@quadranglegroup.com; patrick.bartels@quadranglegroup.com;
jharris@quarles.com; sgoldber@quarles.com; elazarou@reedsmith.com;
jlapinsky@republicengineered.com; jshickich@riddellwilliams.com; mscott@riemerlaw.com;
cnorgaard@ropers.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com;
wkohn@schiffhardin.com; myetnikoff@schiffhardin.com; myarnoff@sbclasslaw.com;
shandler@sbclasslaw.com; michael.cook@srz.com; james.bentley@srz.com; pbaisier@seyfarth.com;
rdremluk@seyfarth.com; whanlon@seyfarth.com; bankruptcy@goodwin.com;
asherman@sillscummis.com; jzackin@sillscummis.com; cfox@stblaw.com; cfox@stblaw.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com;
jmbaumann@steeltechnologies.com; rkidd@srcm-law.com; shapiro@steinbergshapiro.com
jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com; mshaiken@stinsonmoheck.com;
robert.goodrich@stites.com; madison.cashman@stites.com; wbeard@stites.com; jpguy@swidlaw.com;
rhwyron@swidlaw.com; mwcheney@swidlaw.com; rnsteinwurtzel@swidlaw.com;
rfrankel@swidlaw.com; ferrell@taftlaw.com; jforstot@tpw.com; lcurcio@tpw.com;
dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; john.brannon@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com;
hzamboni@underbergkessler.com; djury@steelworkers-usw.org; rjsidman@vssp.com;
RGMason@wlrk.com; EAKleinhaus@wlrk.com; david.lemke@wallerlaw.com;
robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com; barnold@whdlaw.com;
bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; skrause@zeklaw.com; pjanovsky@zeklaw.com