OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
Scott L. Hazan, Esq. (SH- 0650)
Melissa A. Hager, Esq. (MH-0900)
Attorneys for Sony Electronics, Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.* | Case No. 05-44481 |
| Debtors. | (Jointly Administered) |

---------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of (A) the Objection of Sony Electronics, Inc. to Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements and Reservation of Rights, and (B) Verified Statement of Otterbourg, Steindler, Houston & Rosen, P.C. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedures was filed electronically this 28th day of November, 2005 and the copies of the foregoing were sent via e-mail to the following parties:

Kayalyn A. Marafioti, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
Four Times Square
New York, NY 10036
E-mail: kmarafio@skadden.com

Sean P. Corcoran
Karen J. Craft
DELPHI CORPORATION
5725 Delphi Drive
Troy, MI 48098
E-mail: sean.p.corcoran@delphi.com
karen.j.craft@delphi.com

621419.1

05-44481-rdd    Doc 1324    Filed 11/28/05    Entered 11/28/05 21:32:38    Main Document
Pg 2 of 2

John Wm. Butler, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
E-mail: jbutler@skadden.com

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
SIMPSON THATCHER & BARLETT LLP
425 Lexington Avenue
New York, NY 10017
E-mail:kziman@stblaw.com
       rtrust@stblaw.com
       wrussell@stblaw.com

Mark Broude, Esq.
Robert J. Rosenberg, Esq.
LATHAM & WATKINS
885 Third Avenue
New York, NY 10022-4802
E-mail:mark.broude@lw.com
       robert.rosenberg@lw.com

Deirdre A. Martini, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
33 Whitehall Street
Suite 2100
New York, NY 10004
E-mail:deirdre.martini@usdoj.gov

Donald Bernstein,Esq.
DAVID POLK & WARDELL
450 Lexington Avenue
New York, NY 10017
E-mail: donald.bernstein@dpw.com

Dated: New York, New York
      November 28, 2005

                                    /S/ Melissa A. Hager
                                    Melissa A. Hager, Esq.