UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

   In re                                       :        Chapter 11
                                                   :
DELPHI CORPORATION, et al.,           :        Case No. 05-44481 (RDD)
                                                   :
                           Debtors.      :        (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon consideration of the motion (the "Motion") of Kayalyn A. Marafioti, a partner with the law firm Skadden, Arps, Slate, Meagher & Flom LLP, for the admission pro hac vice of David E. Springer; and upon all of the proceedings had before the Court; and after due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that David E. Springer is permitted to appear pro hac vice as counsel to Delphi Corporation, et al., in the above-captioned chapter 11 cases; and it is further

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:        New York, New York
                November __ , 2005

                                              _____
                                              UNITED STATES BANKRUPTCY JUDGE