LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Proposed Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             )    ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On November 23, 2005, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume

NY\1076486.2

Certain Amended and Restates Sole Source Supplier Agreements, to be served upon the parties on the annexed Service List in the manner indicated thereon.

/s Leslie Salcedo
Leslie Salcedo

Sworn to before me this
29th day of November, 2005

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1076486.2

## SERVICE LIST

### VIA OVERNIGHT MAIL AND FACSIMILE

Marlane Melican
Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: 212-450-3092

Kenneth S. Zimar
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Fax: 212-455-2502

John Wm. Butler
c/o Kayalyn A. Marafioti
Skadden Arps Slate Meagher & Flom LLP
4 Times Square, PO Box 300
New York, NY 10036
Fax: 212-735-2000

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2670

John Wm. Butler
Skadden Arps Slate Meagher & Flom LLP
333 W. Wacker Dr., Ste 2100
Chicago, IL 60606
Fax: 312-407-0411

### VIA OVERNIGHT MAIL

Alicia M. Leonard
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

NY\1076486.2