UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x        Chapter 11

In re                                                                                    Case Nos. 05-44481(RDD)

DELPHI CORPORATION, ET AL.,                                      (Jointly Administered)

      Debtors and Debtors in Possession.

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Stephen M. Bales, a member in good standing of the bar in the State of Ohio and the United States District Court for the Northern District of Ohio, request admission pro hac vice before this Honorable Court to represent interested party Tremco Incorporated in the above referenced cases. My address is Ziegler, Metzger and Miller, LLP, 925 Euclid Avenue, Suite 2020, Cleveland, Ohio 44115. My email address is sbales@zieglermetzger.com. My telephone number is (216) 781-5470.

    I agree to pay the fee of twenty-five (25) dollars upon approval by this Court admitting me to practice *pro hac vice*.

Dated: November 29, 2005.

                                                                    /s/ *Stephen M. Bales*
                                                                     Stephen M. Bales (0003389)