UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x     Chapter 11

In re                                                                                    Case Nos. 05-44481(RDD)

DELPHI CORPORATION, ET AL.,                                 (Jointly Administered)

      Debtors and Debtors in Possession.

---------------------------------------------------------------x

## ORDER FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Stephen M. Bales, having represented that he is a member in good standing of the bar in the State of Ohio and the United States District Court for the Northern District of Ohio, having requested admission, *pro hac vice*, before this Honorable Court to represent Tremco Incorporated in the above referenced case,

**IT IS HEREBY ORDERED THAT:**

Stephen M. Bales is admitted to practice, *pro hac vice*, in the above referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  Nov. 29, 2005.
       New York, NY

                                                                                           _____
                                                                                            United States Bankruptcy Judge