Thomas R. Slome (TS-0957)
Alan E. Marder (AM-0114)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

    and

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber, P.C.
410 Seventeenth Avenue
Denver, Colorado 80202-4437
(303) 223-1106

*Co-Counsel for Cherokee North Kansas City, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **DELPHI CORPORATION, INC., et al.,** | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**MOTION FOR ADMISSION OF MICHAEL J. PANKOW**
**TO PRACTICE, *PRO HAC VICE***

    1.    I, Michael J. Pankow, a member in good standing of the bar in the state of Colorado and the United States District Court for the District of Colorado, request admission, *pro hac vice*, before this Court, to represent Cherokee North Kansas City, LLC in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in

05-44481-rdd    Doc 1328    Filed 11/29/05    Entered 11/29/05 09:59:05    Main Document
Pg 2 of 2

which any of these utilities is or may become a party, pursuant to Rule 2090-1(b) of the Local

Bankruptcy Rules for the Southern District of New York.

    2.      My address is: Michael J. Pankow, Brownstein Hyatt & Farber, P.C., 410

Seventeenth Street, Denver, Colorado 80202-4437.

    3.      My telephone number is (303) 223-1106.

    4.      My e-mail address is mpankow@bhf-law.com.

    5.      I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Denver, Colorado
        November 28, 2005        By:  /s/ Michael J. Pankow
                                                    Michael J. Pankow
                                                    Brownstein Hyatt & Farber, P.C.
                                                    410 Seventeenth Street
                                                    Denver, Colorado 80202-4437

                                                         -and-

                                                    Thomas R. Slome (TS-0957)
                                                    Alan E. Marder (AM-0114)
                                                    ROSEN SLOME MARDER LLP
                                                    333 Earle Ovington Boulevard
                                                    Suite 901
                                                   Uniondale, New York  11553-3622
                                                    (516) 227-1600

                                                    *Co-Counsel for Cherokee North Kansas*
                                                       *City, LLC*

G:\cherokee North Kansas City, LLC\lit\pankow ProHacVice Motion.doc

2