**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

### <u>ORDER OF ADMISSION FOR MICHAEL J. PANKOW TO PRACTICE, *PRO HAC VICE*</u>

Michael J. Pankow, Esq., having represented that he is a member in good standing of the bar in the state of Colorado and the United States District Court for the District of Colorado, having requested admission, *pro hac vice*, to represent Cherokee North Kansas City, LLC ("Cherokee North") in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which Cherokee North is or may become a party, it is hereby

**ORDERED,** that Michael J. Pankow, Esq. is admitted to practice, *pro hac vice* in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in which Cherokee North is or may become a party, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November __, 2005

                                                                         _____
                                                                          United States Bankruptcy Judge

G:\cherokee North Kansas City, LLC\lit\pankow-ProHacVice Order.doc