**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 29th day of November 2005, I caused a true and correct copy of the Motion For Admission of Michael J. Pankow To Practice, *Pro Hac Vice*, and Order of Admission For Michael J. Pankow To Practice, *Pro Hac Vice*, to be sent via first-class mail, postage prepaid, on the parties listed on the attached service list.

/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

G:\cherokee North Kansas City, LLC\lit\cos- pankow Motion - Pro Hac Vice.doc

Service List

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>*Counsel For Debtors* | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York  10036<br>*Counsel For Debtors* |
| Douglas P. Bartner, Esq.<br>Constance A. Fratianni, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York  10022-6069<br>*Counsel For Debtors* | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>*Counsel For Unsecured Creditors Committee* | |

G:\cherokee North Kansas City, LLC\lit\cos- pankow Motion - Pro Hac Vice.doc