Thomas R. Slome (TS-0957)
Alan E. Marder (AM-0114)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

    and

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber, P.C.
410 Seventeenth Avenue
Denver, Colorado 80202-4437
(303) 223-1106

*Co-Counsel for Cherokee North Kansas City, LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
|  | ) |
| **DELPHI CORPORATION, INC., et al.,** | ) Case No. 05-44481 (RDD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

**MOTION FOR ADMISSION OF DANIEL J. GARFIELD
TO PRACTICE, *PRO HAC VICE***

    1.    I, Daniel J. Garfield, a member in good standing of the bar in the state of Colorado and the United States District Court for the District of Colorado, request admission, *pro hac vice*, before this Court, to represent Cherokee North Kansas City, LLC in the above-referenced Chapter 11 case and any and all adversary proceedings and contested matters in

1

which any of these utilities is or may become a party, pursuant to Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York.

    2.      My address is: Daniel J. Garfield, Brownstein Hyatt & Farber, P.C., 410 Seventeenth Street, Denver, Colorado 80202-4437.

    3.      My telephone number is (303) 223-1147.

    4.      My e-mail address is dgarfield@bhf-law.com.

    5.      I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  Denver, Colorado
         November 28, 2005

By:  /s/ Daniel J. Garfield
Daniel J. Garfield
Brownstein Hyatt & Farber, P.C.
410 Seventeenth Street
Denver, Colorado 80202-4437

-and-

Thomas R. Slome (TS-0957)
Alan E. Marder (AM-0114)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

*Co-Counsel for Cherokee North Kansas City, LLC*

G:\Cherokee North Kansas City, LLC\Lit\Garfield ProHacVice Motion.doc