**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., et al.,** | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 29th day of November 2005, I caused a true and correct copy of the Motion For Admission of Daniel J. Garfield To Practice, *Pro Hac Vice*, and Order of Admission For Daniel J. Garfield To Practice, *Pro Hac Vice*, to be sent via first-class mail, postage prepaid, on the parties listed on the attached service list.

/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

05-44481-rdd    Doc 1330-2    Filed 11/29/05    Entered 11/29/05 10:03:41    Certificate of Service    Pg 2 of 2

Service List

John Wm. Butler, Jr., Esq.  
John K. Lyons, Esq.  
Ron E. Meisler, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive, Suite 2100  
Chicago, Illinois  60606  
*Counsel For Debtors*

Kayalyn A. Marafioti, Esq.  
Thomas J. Matz, Esq.  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, New York  10036  
*Counsel For Debtors*

Douglas P. Bartner, Esq.  
Constance A. Fratianni, Esq.  
Shearman & Sterling LLP  
599 Lexington Avenue  
New York, New York  10022-6069  
*Counsel For Debtors*

Alicia M. Leonhard  
Office of the United States Trustee  
Southern District of New York  
33 Whitehall Street, Suite 2100  
New York, NY 10004

Mark A. Broude, Esq.  
Robert J. Rosenberg, Esq.  
Latham & Watkins  
885 Third Avenue  
New York, NY 10022-4802  
*Counsel For Unsecured Creditors Committee*

G:\Cherokee North Kansas City, LLC\Lit\cos- garfield Motion - Pro Hac Vice.doc