BERRY MOORMAN P.C.
James P. Murphy
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200  Fax: (313) 496-1300
murph@berrymoorman.com

**Counsel for Optrex America, Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
IN RE:                                              :  Chapter 11
                                                    :
DELPHI CORPORATION, *et al.,*                       :  Case No. 05-44481 (RDD)
                                                    :
    Debtors.                                      :  (Jointly Administered)
------------------------------------------------------------ x

**NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,**
**AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears on behalf of Optrex America, Inc. ("Optrex"), and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §§ 342 and 1009(b) (if applicable) of the Bankruptcy Code.  All notices given or required to be given in this case shall be given to and served upon the following counsel:

        BERRY MOORMAN P.C.
        James P. Murphy
        535 Griswold, Suite 1900
        Detroit, Michigan 48226
        murph@berrymoorman.com
        Telephone: (313) 496-1200
        Facsimile:  (313) 496-1300

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or Judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**PLEASE TAKE FURTHER NOTICE** that Optrex intends that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (i) the right of Optrex to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) the right of Optrex to trial by jury in any proceedings so triable in this case or any case, controversy or proceeding related to this case; (iii) the right of Optrex to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Optrex is or may be entitled under agreements, at law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments the undersigned expressly reserves on behalf of Optrex.

Dated this 29th day of November, 2005.

        Respectfully submitted,

        BERRY MOORMAN P.C.

        By: <u>  /s/  James P. Murphy*</u>
        535 Griswold, Suite 1900
        Detroit, Michigan 48226
        murph@berrymoorman.com
        Telephone: (313) 496-1200
        Facsimile:   (313) 496-1300

        **ATTORNEYS FOR OPTREX AMERICA, INC.**

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, a true and correct copy of the foregoing Notice of Appearance, Request for All Notices, and Demand for Service of Papers was sent by United States first class mail to the parties listed below:

| | |
|---|---|
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall St., Suite 2100<br>New York, NY 10004 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Kurtzman Carson Consultants LLC<br>12910 Culver Blvd, Suite I<br>Los Angeles, CA  90066 | Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Ave., Ste. 1000<br>New York, NY  10022-4834 |
| John Wm Butler, Jr.<br>John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Ste. 2100<br>Chicago, IL  60606 | |

I further certify that a true and correct copy of the Notice of Appearance, Request for All Notices, and Demand for Service of Papers on behalf of Optrex America, Inc. was served on November 29, 2005 via electronic mail to all those parties that provided email addresses listed in the annexed Master Service List.

I further certify that a true and correct copy of the Notice of Appearance, Request for All Notices, and Demand for Service of Papers on behalf of Optrex America, Inc. was served on November 29, 2005 via first class mail to all those parties on the annexed Master Service List that did not provide email addresses.

    /s/  James P. Murphy
One of Counsel