05-44481-rdd    Doc 1332    Filed 11/29/05    Entered 11/29/05 10:28:34    Main Document
Pg 1 of 3

BERRY MOORMAN P.C.
James P. Murphy
535 Griswold, Suite 1900
Detroit, Michigan 48226
(313) 496-1200  Fax: (313) 496-1300
murph@berrymoorman.com

**Counsel for Kamax L.P. and Optrex America, Inc.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
IN RE:                                                            : Chapter 11
                                                                  :
DELPHI CORPORATION, *et al.,*                                     : Case No. 05-44481 (RDD)
                                                                  :
      Debtors.                                                 : (Jointly Administered)
------------------------------------------------------------- x

**VERIFIED STATEMENT OF KAMAX L.P. AND OPTREX AMERICA, INC.**
**PURSUANT TO BANKRUPTCY RULE 2019(A)**

      James P. Murphy, a member of the law firm of Berry Moorman P.C. ("BMPC"), attorney for (i) Kamax, L.P. and (ii) Optrex America, Inc. (collectively, the "Creditors"), makes the following statement pursuant to Rule 2019, Federal Rules of Bankruptcy Procedure ("Rule 2019"):

      1.    As of the date of this Statement, BMPC was retained by the Creditors in connection with the above captioned jointly administered bankruptcy cases.

      2.    Information pertinent to these claims and interests, as required by Rule 2019, is as follows:

| Name | Address | Nature of Claim or Interest |
|---|---|---|
| Kamax L.P. | 500 W. Long Lake Road<br>Troy, Michigan 48098 | Reclamation Claim<br>Supplier Agreement |
| Optrex America, Inc. | 46723 Five Mile Road<br>Plymouth, Michigan 48170 | Reclamation Claim<br>Supplier Agreement |

3. The Creditors reserve the right to supplement or amend this Verified Statement at any time in the future.

4. BMPC does not perceive any actual or potential conflict of interest with respect to the representation of the Creditors in these cases.

5. BMPC does not own, nor has it ever owned, any claim whatsoever against the Debtors in these joint-administered cases nor equity securities of the Debtors.

I verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. If asked to testify regarding the foregoing facts, I would testify as described herein.

DATED this 29th day of November, 2005.

BERRY MOORMAN P.C.

/s/ James P. Murphy*
(MI Bar #P36728)
535 Griswold, Suite 1900
Detroit, Michigan 48226
murph@berrymoorman.com
Telephone: (313) 496-1200
Facsimile:  (313) 496-1300

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2005, a true and correct copy of the foregoing Verified Statement of Kamax L.P. and Optrex America, Inc. was sent by United States first class mail to the parties listed below:

| | |
|---|---|
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall St., Suite 2100<br>New York, NY 10004 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Kurtzman Carson Consultants LLC<br>12910 Culver Blvd, Suite I<br>Los Angeles, CA  90066 | Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Ave., Ste. 1000<br>New York, NY  10022-4834 |
| John Wm Butler, Jr.<br>John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr., Ste. 2100<br>Chicago, IL  60606 | |

I further certify that a true and correct copy of the Verified Statement of Kamax L.P. and Optrex America, Inc. was served on November 29, 2005 via electronic mail to all those parties that provided email addresses listed in the annexed Master Service List.

I further certify that a true and correct copy of the Verified Statement of Kamax L.P. and Optrex America, Inc. was served on November 29, 2005 via first class mail to all those parties on the annexed Master Service List that did not provide email addresses.

       /s/  James P. Murphy
       One of Counsel