Thomas M. Kennedy (TK-0993)
Susan Jennik (SJ-4607)
Larry Magarik (LM-3748)
KENNEDY, JENNIK & MURRAY, P.C.
113 University Place
New York, NY 10003
(212) 358-1500

*- and -*

Hanan B. Kolko (HBK-1307)
MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
1350 Broadway, Suite 501
New York, NY 10018
(212) 239-4999

Attorneys for International Union of Electronic,
Electrical, Salaried, Machine and Furniture Workers,
Communications Workers of America (IUE-CWA)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| In re DELPHI CORPORATION, et al., | ) | |
| | ) | **05-44481 (RDD)** |
| Debtors. | ) | **(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

State of New York   )
                    ) ss.:
County of New York  )

JOAN ESPOSITO, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On November 21, 2005, I served the within Objection and Memorandum of Law in Support of Objection of IUE-CWA to Motion for Order under §§ 105 and 363 Authorizing the Debtors to Implement a Key Employee

Compensation Program ("KECP Motion") and Affidavit in Support of Objection of IUE-CWA to Motion for Order under §§ 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program ("KECP Motion") by mailing a true copy of same via overnight mail to the following:

John W. Butler, Jr.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Counsel for Debtors
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2111

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
Counsel for Creditors' Committee
885 Third Avenue, Suite 1000
New York, New York 10022-4834

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

Paul W. Anderson
Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
2090 Fortune Drive
San Jose, CA 95131

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, Ohio 45439

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025

Steven M. Cimalore
Wilmington Trust Company, as Indenture Trustee
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735


_____
JOAN ESPOSITO


Sworn to before me this
21st day of November 2005.


_____
Notary Public

LARRY MAGARIK
NOTARY PUBLIC, State of New York
No. 02MA5082506
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires July 28, 2009