BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
D. Christopher Carson
Marc P. Solomon

Attorneys for Creditors
FUTABA CORPORATION OF AMERICA
TRANS-TRON LTD., INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al.,[1] | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------

## CERTIFICATE OF SERVICE

I, D. Christopher Carson, hereby certify as follows:

1.    On November 28, 2005, I served Futaba Corporation of America and Trans-Tron Ltd., Inc.'s Joinder in Quasar's Objection to Supplier Agreement Assumption Procedures Motion ("Joinder"), by transmitting a copy by means of overnight mail, by placing same in a sealed

---

[1] In addition to Delphi, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources, LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc, Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

1416029

envelope with account number affixed thereto and marked "overnight," addressed to each of the persons listed in the "Master Service List" dated November 15, 2005, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

I further served the Joinder by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated November 15, 2005.

Dated: Birmingham, Alabama
November 29, 2005

BURR & FORMAN LLP

By:/s/ D. Christopher Carson
D. Christopher Carson (pro hac granted)
Marc P. Solomon (pro hac granted)

420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000

Attorneys for Creditors
FUTABA CORPORATION OF AMERICA
TRANS-TRON LTD., INC.