**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                             )ss.:
COUNTY OF NEW YORK    )

  Daniel Pina, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sonnenschein Nath & Rosenthal LLP.

  On November 23, 2005, I caused to be served a true and correct copy of the **Limited Objection of INA USA, Inc. to Motion for Order Approving Assumption Procedures** (the "Objection") upon the parties listed on the service list attached hereto as Exhibit A by electronic mail.

  On November 28, 2005, I caused to be served a true and correct copy of the **Objection** upon all parties listed on the service list attached hereto as Exhibit B by First Class Mail, by depositing a copy of same, enclosed in a postage-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                   /s/Daniel Pina
                    Daniel Pina

Sworn to before me this
29th day of November 2005

  /s/Neil R. Toro
  Notary Public

**Neil R. Toro
Notary Public, State of New York
No. 01TO6012986
Qualified in Kings County
Commission Expires 09/08/2006**