**EXHIBIT A**

Delphi Corporation Service List

aaronsona@pepperlaw.com; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; amcmullen@bccb.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; bmcdonough@teamtogut.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cfilardi@pepehazard.com; cfox@stblaw.com;cfox@stblaw.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; crieders@gjblaw.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; cweidler@paulweiss.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; djury@steelworkersusw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; echarlton@hiscockbarclay.com; efox@klng.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; emccolm@paulweiss.com; emcnerney@blbglaw.com; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; fusco@millercanfield.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; heath.vincente@agg.com; herb.reiner@guarantygroup.com; hkolko@msek.com; hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com; ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; jbernstein@mdmc-law.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jharris@quarles.com; jhinshaw@boselaw.com; jkp@qad.com; jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; john.brannon@tklaw.com; john.cipriano@meus.mea.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jonathan.greenberg@engelhard.com; jpardo@kslaw.com; jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com; kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com; kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com; knorthrup@kutchinrufo.com; krk4@daimlerchrysler.com; krosen@lowenstein.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lcurcio@tpw.com; lisa.moore2@nationalcity.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com;

lpeterson@msek.com; lschwab@bbslaw.com; lwalzer@angelogordon.com;
madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com;
markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com;
mbusenkell@mnat.com; mcarter@kslaw.com; mcruse@wnj.com; mdebbeler@graydon.com;
metkin@lowenstein.com; metkin@lowenstein.com; mfarquhar@winstead.com;
mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; michael.cook@srz.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com;
mrichards@blankrome.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com;
msomerstein@kelleydrye.com; mtf@afrct.com; mviscount@foxrothschild.com;
mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com;
myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com; office@gazesllc.com;
patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com;
pbilowz@goulstonstorrs.com; pcostello@bbslaw.com; pgurfein@akingump.com;
pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com;
rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rcmcdowell@bodmanllp.com;
rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com;
rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com;
rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.kremen@dlapiper.com;
rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rnsteinwurtzel@swidlaw.com;
robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; rsz@curtinheefner.com;
rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; rusadi@cahill.com; rweiss@honigman.com;
fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; scargill@lowenstein.com; sean@blbglaw.com;
selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com;
sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com;
sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com;
sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com;
sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com;
sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com;
rosen@cbshea.com; sselbst@mwe.com; sshimshak@paulweiss.com;
susanwhatley@nixlawfirm.com; tajamie@ajamie.com; tbrink@lordbissel.com;
tdonovan@finkgold.com; tgaa@bbslaw.com; tkennedy@kjmlabor.com;
tmaxson@cohenlaw.com; tmcfadden@lordbissel.com; tomschank@hunterschank.com;
vdagostino@lowenstein.com; wachstein@coollaw.com; wbeard@stites.com;
wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com;
whawkins@loeb.com; wheuer@morganlewis.com; william.barrett@bfkpn.com;
wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com;
wshowman@ajamie.com; rstark@brownrudnick.com; mlfr@capgroup.com;
b.simon@cwsny.com; sreisman@cm-p.com; donald.bernstein@dpw.com;
sean.p.corcoran@delphi.com; karen.j.craft@delphi.com; mike.nefkens@eds.com;
cshiff@flextronics.com; terryzale@flextronics.com; trey.chambers@freescale.com;
randall.eisenberg@fticonsulting.com; lhassel@groom.com; sgross@hodgsonruss.com;
fgorman@honigman.com; rweiss@honigman.com; hreichardiuecwa@aol.com;
bderrough@jefferies.com; thomas.fmaher@chase.com; richard.duker@jpmorgan.com;
gianni.russello@jpmorgan.com; vilma.francis@jpmorgan.com; gnovod@kramerlevin.com;
tmayer@kramerlevin.com; jle@kccllc.com; robert.rosenberg@lw.com;

17504286\V-1

- 3 -

patrick.healy@lawdeb.com; daniel.fisher@lawdeb.com; dcleary@mwe.com; mkhambati@mwe.com; bmctigue@mctiguelaw.com; conh@mctiguelaw.com; mknoll@mesirowfinancial.com; jmoldovan@morrisoncohen.com; newyork@sec.gov; rsiegel@omm.com; tjerman@omm.com; garrick.sandra@pbgc.gov; efile@pbgc.gov; landy.ralph@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; deirdre.martini@usdoj.gov; jeffrey.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com