**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                      Chapter 11

                                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                         Jointly Administered

                           Debtors

-----------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Alan K. Mills for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Alan K. Mills is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                                             _/s/Robert D. Drain_____
                                                             UNITED STATES BANKRUPTCY JUDGE