UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                                 :
In re                                                            :
                                                                 :    Chapter 11
DELPHI CORPORATION, et al.,                                      :
                                                                 :    Case No. 05–44481 (RDD)
                              Debtors.                           :
                                                                 :    (Jointly Administered)
                                                                 :
---------------------------------------------------------------- x

### NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER[1]

PLEASE TAKE NOTICE that Law Debenture Trust Company of New York ("Law Debenture") is a Substantial Claimholder with respect to claims against Delphi Corporation ("Delphi") or any of the 38 subsidiaries,[2] and affiliates of Delphi ("Affiliate

---

[1] For purposes of this Notice: (i) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (iii) an "option to acquire" claims includes any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

[2] The 38 subsidiaries are: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems

05-44481-rdd    Doc 1338    Filed 11/29/05    Entered 11/29/05 14:47:07    Main Document
                                  Pg 2 of 3

Debtors"), debtors and debtors-in-possession in Case No. 05-44481 (RDD), pending in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that, as of November 29, 2005, Law Debenture, in its capacity as (1) Property Trustee under that certain *Amended and Restated Declaration of Trust,* dated as of October 28, 2003, and (2) Property Trustee under that certain *Amended and Restated Declaration of Trust*, dated as of November 21, 2003, holds the following: (a) the 8.25% Junior Subordinated Note due 2033, in the aggregate principal amount of $257,731,975 (the "8.25% Note"); and (b) the Adjustable Rate Junior Subordinated Note due 2033, in the aggregate principal amount of $154,640,000 (the "AR Note"). Law Debenture also serves as the Indenture Trustee for the holder of the 8.25% Note and the AR Note, and is authorized by the indentures for the 8.25% Note and the AR Note to assert claims in these Chapter 11 cases on behalf of the holder thereof. The following table sets forth the name of the Debtor issuer, a summary of the terms, and the date on which Law Debenture became the owner and representative of each such claim:

| Debtor Issuer | Terms | Date Acquired[3] |
|---|---|---|
| Delphi Corporation | Junior subordinated note with 8.25% fixed interest | On or about September 16, 2005 |
| Delphi Corporation | Junior subordinated note with adjustable interest | On or about September 16, 2005 |

PLEASE TAKE FURTHER NOTICE that the Law Debenture's taxpayer identification number is 01-0622605.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Law Debenture hereby declares that it has examined this Notice, and, to the best of its knowledge and belief, this Notice is true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain *Interim Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In*

---

Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

[3] On this date, Law Debenture became: (a) the successor Property Trustee holding the 8.25% Note; (b) the successor Indenture Trustee representing the holder of the 8.25% Note; (c) the successor Property Trustee holding the AR Note; and (d) the successor Indenture Trustee respecting the AR Note.


*Claims And Equity Securities*, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Attention: General Counsel and Chief Tax Officer; and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Attention: John K. Lyons and Randall G. Reese.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Dated: New York, New York
November 29, 2005

Respectfully submitted,

LAW DEBENTURE TRUST COMPANY
OF NEW YORK

By: /s/Patrick J. Healy
Name: Patrick J. Healy
Title: Vice President

Address: 767 Third Avenue, 31st Floor
New York, NY 10017
Tele: 212-750-1361
Fax: 212-750-1361