UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE RELATING TO SUSAN M. BUTTITTA'S MOTION FOR ENTRY OF ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362 TO CONTINUE CERTAIN PERSONAL INJURY STATE COURT ACTION AGAINST THE DEBTOR**

I, Lorraine Ruggiero, certify as follows:

I am a legal assistant employed by the law firm of Connell Foley LLP, counsel to Plaintiff Susan M. Buttitta in the above-captioned matter.

1.   On November 29, 2005, I caused to be served a copy of Susan M. Buttitta's *Motion for Entry of Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C §362 to Continue Certain Personal Injury State Court Action Against the Debtor* by First Class U.S. Mail upon the parties set forth on the Annexed Exhibit A.

2.   On November 29, 2005, I caused to be served a copy of Susan M. Buttitta's *Motion for Entry of Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C §362 to Continue Certain Personal Injury State Court Action Against the Debtor* by Federal Express upon the parties set forth on the Annexed Exhibit B.

I certify that the foregoing statements made by me are true. I am aware that if any

1662964-01

of the foregoing statement made by me are willfully false, I am subject to punishment.

Dated:   November 29, 2005

*[signature: Lorraine M. Ruggiero]*
Lorraine M. Ruggiero

CONNELL FOLEY LLP
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone:  (973) 535-0500
Facsimile:  (973) 535-9217

*Attorneys for Susan M. Buttitta*

1662964-01

<u>Exhibit A</u>

**SERVICE LIST**

Robert J. Stark, Esq.
Brown Rudnick Berlack Israels, LLP
Seven Times Square
New York, NY  10036

Michelle Robson
Capital Research and Management Co.
11100 Santa Monica Blvd.
15th Floor
Los Angeles, CA  90025

Bruce Simon, Esq.
Cohen Weiss & Simon
330 West 42nd Street
New York, NY  10036

Steven J. Reisman, Esq.
Curtis Mallet-Prevots Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061

Donald Bernstein, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI  48098

Carrie L. Schiff
Flextronics International
6328 Monarch Park Place
Niwot, CO  80503

Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO  80503

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD:  OE16
Austin, TX  78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY  10036

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA  01201

Lonie A. Hassel, Esq.
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Stephen H. Gross, Esq.
Hodgson Russ LLP
152 West 57th Street, 35th Flr
New York, NY  10019

Mario Valerio
Insolvency Department
Internal Revenue Service
290 Broadway, 5th Flr
New York, NY  10007

Insolvency Department
Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI  48226

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH  45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue
12th Floor
New York, NY  10022

Thomas F. Maher
Richard Duker
Gianni Russello
JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Vilma Francis
JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, NY  10017

Gordon Z. Novod, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

James Le
Kurtzman Carson Consultants
12910 Culver Blvd, Suite 1
Los Angeles, CA  90066

Patrick J. Healy
Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY  10017

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY  10017

David D. Cleary
McDermott Will & Emery, LLP
227 West Monroe
Chicago, IL  60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

J. Brian McTigue, Esq.
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, DC  20015

Cornish F. Hitchcock, Esq.
McTigue Law Firm
5301 Wisconsin Avenue, N.W.
Suite 350
Washington, DC  20015

Melissa Knolls
Mesirow Financial
321 N. Clark Street
13th Floor
Chicago, IL  60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022


Mark Schonfeld, Regional Director
Northeast Regional Office
Three World Financial Center
Room 4300
New York, NY  10281

Attorney General Elliot Spitzer
Office of New York State
120 Broadway
New York, NY  10271

Robert Siegel, Esq.
O'Melveny & Meyer, LLP
400 South Hope Street
Los Angeles, CA  90071

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer, LLP
1625 Eye Street, NW
Washington, DC  20006

Jeffrey Cohen
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Suite 340
Washington, DC  20005

Ralph L. Landy
Pension Benefit Guaranty Corp.
1200 K. Street, N.W.
Suite 340
Washington, DC  20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY  10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017

Daniel D. Doyle, Esq.
Spencer Fane Britt & Browne
1 North Brentwood Blvd
10th Floor
St. Louis, MO  63105

Nicholas Franke, Esq.
Spencer Fane Britt & Browne
1 North Brentwood Blvd
10th Floor
St. Louis, MO  63105

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

Albert Togut, Esq.
Togut, Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Alicia M. Leonard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY  10004-2112

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

<u>Exhibit B</u>

**SERVICE LIST**

*Counsel for the Debtors*
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

*Counsel to Creditors' Committee*
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

*United States Trustee*
Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111

*Counsel to General Motors Corporation*
Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz & Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Jeffrey L. Tanenbaum, Esq.
Martin J. Bienenstock, Esq.
Michael P. Kessler, Esq.
Weil Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10153

1662964-01