**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | Hon. Robert D. Drain |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Sarina Lo Cascio, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in New York, New York.

On the 29th day of November, 2005, I caused to be served a true copy of the Notice of Status as a Substantial Claimholder on the parties listed below by first-class mail, postage prepaid.

> Delphi Corporation
> Attn: General Counsel
>   and Chief Tax Officer
> 5725 Delphi Drive
> Troy, MI 48098-2815

8120694

2

      Skadden, Arps, Slate, Meagher
        && Flom LLP
      333 W. Wacker Dr.
      Suite 2100
      Chicago, IL  60606-1285
      Attn:  John K. Lyons
        Randall G. Reese

                 /s/Sarina Lo Cascio
                 Sarina Lo Cascio

Sworn to before me this
30th day of November, 2005.

/s/Evelyn Gonzalez
Notary Public
No. 01G05045489
Qualified in Queens County
Commission Expires June 19, 2007