UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
In re:                                                            :
                                                                  :    Chapter 11
DELPHI CORPORATION, *et al.,*                                     :    Case No. 05-44481 (RDD)
                                                                  :
                           Debtors.                               :    Jointly Administered
                                                                  :
------------------------------------------------------------------x

## ORDER WITHDRAWING ORDER TO SHOW
## CAUSE ISSUED AGAINST MACAUTO USA, INC.

This Court having entered an Order to Show Cause dated November 3, 2005 (the "Show Cause Order"), upon the motion of Delphi Corporation, *et al.* (the "Debtors"), directing Macauto USA, Inc. ("Supplier") to show cause at a hearing to be held on November 29, 2005 why the Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening to withhold essential goods from the Debtors under one or more contracts between the Debtors and Supplier absent payment of $966,486.60 on account of pre-petition goods sold by Supplier to the Debtors, and Supplier and the Debtors having settled the issues raised by the Show Cause Order, and the parties having agreed, *inter alia,* that Supplier would return to the Debtors the sum of $966,486.60 (the "Transfer") that the Debtors wired to Supplier on October 27, 2005 (the "Agreement"), and the Transfer having been returned by Supplier to the Debtors, it is hereby

**ORDERED**, that this matter is settled in accordance with, and pursuant to the terms of, the parties' Agreement;  and it is further

**ORDERED**, that the Show Cause Order be, and it hereby is, withdrawn.

Dated:  New York, New York
         November 29, 2005

/s/Robert D. Drain
Robert D. Drain
United States Bankruptcy Judge