**SEYFARTH SHAW LLP**
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801
Telephone: (212) 218-5500
Facsimile: (212) 218-5526
Robert W. Dremluk (RD-3109)
William J. Hanlon (WH-8128)
Paul M. Baisier (*Pro Hac Vice*)

*Attorneys for Murata Electronics North America, Inc., Fujikura America, Inc. and le Belier/LBQ Foundry S.A. de C.V.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────X
In re:                                    :
                                          :    Chapter 11
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :    (Jointly Administered)
                        Debtors.          :
────────────────────────────────X

**VERIFIED STATEMENT OF SEYFARTH SHAW LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Seyfarth Shaw LLP ("Seyfarth Shaw") hereby submits this verified statement (the "Verified Statement") pursuant to Federal Rule of Bankruptcy Procedure 2019(a), and states as follows:

1. Seyfarth Shaw represents Murata Electronics North America, Inc. ("Murata"), Fujikura America, Inc. ("Fujikura") and le Belier/LBQ Foundry S.A. de C.V. ("le Belier"), contract parties and creditors in the Chapter 11 cases of Delphi Corporations and its subsidiaries (collectively, the "Debtors"), with respect to, among other things, contracts that Murata, Fujikura and le Belier have entered into with one or more of the Debtors.

NY1 25137034.1

2.      Murata has offices at 2200 Lake Park Drive, Smyrna, Georgia 30080. Fujikura has offices at 280 Interstate North Circle, S.E., Atlanta, Georgia 30339. Le Belier has offices at Calle 2 No. 18, Z. I. Benito Juarez, Querataro, Qro, Mexico 76120.

3.      Seyfarth Shaw has fully advised the clients with respect to this concurrent representation. Each of the clients has agreed to such representation and has requested that Seyfarth Shaw represent them in these cases.

4.      These are separate representations. They are not under, or in connection with the firm's clients acting together pursuant to, a deposit agreement, proxy or committee agreement. The firm in the future may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases; if they involve representation in these bankruptcy cases, this Verified Statement will be supplemented.

5.      As of the date hereof, Seyfarth Shaw does not hold any claims against, or hold any interest in, the Debtors.

6.      The undersigned hereby verifies under oath that this Verified Statement is true and accurate, to the best of the undersigned's knowledge and belief.

Dated: November 30, 2005
Atlanta, GA                             SEYFARTH SHAW LLP

                                        By: /s/ Paul M. Baisier
                                        Paul M. Baisier (*Pro Hac Vice*)
                                        SEYFARTH SHAW LLP
                                        1545 Peachtree Street, N.E.
                                        Suite 700
                                        Atlanta, GA 30309-2401
                                        Tel. (404) 885-1500
                                        Fax: (404) 892-7056
                                        Emails: pbaisier@seyfarth.com

NY1 25137034.1

Dated: November 30, 2005
New York, NY

SEYFARTH SHAW LLP

By: /s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
SEYFARTH SHAW LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801
Tel: (212) 218-5500
Fax: (212) 218-5526
Email: rdremluk@seyfarth.com

Dated: November 30, 2005
Boston, MA

SEYFARTH SHAW LLP

By: /s/ William J. Hanlon
William J. Hanlon (WH-8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210-2028
Tel: (617) 946-4800
Fax: (617) 790-6719
Email: whanlon@seyfarth.com

*Attorneys for Murata Electronics North America, Inc. Fujikura America, Inc. and le Belier/LBQ Foundry S.A. de C.V.*

## CERTIFICATE OF SERVICE

I, Robert W. Dremluk, an attorney, hereby certify that on this 30th day of November, 2005, a copy of the foregoing Verified Statement of Seyfarth Shaw Pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure was mailed, first-class, postage prepaid to:

John Wm. Butler. Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL  60606-1285
(312) 407-0730
Fax: (312) 407-0411
jbutler@skadden.com

Alicia M. Leonhard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
(212) 735-3000
Fax: (212) 735-2000
kmarafio@skadden.com
tmatz@skadden.com

/s/ Robert W. Dremluk
Robert W. Dremluk (RD-3109)
**SEYFARTH SHAW LLP**
1270 Avenue of the Americas
Suite 2500
New York, New York 10020-1801
Telephone:  (212) 218-5500
Facsimile:   (212) 218-5526
rdremluk@seyfarth.com

*Attorneys for Murata Electronics North America, Inc., Fujikura America, Inc. and le Belier/LBQ Foundry S.A. de C.V.*

NY1 25137034.1