UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re Delphi Corporation, et al., | * | Case No.: 05-44481 (RDD) |
| | * | |
| Debtors | * | (Jointly Administered) |
| | * | |
| | * | Chapter 11 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Elwood F. Cahill, Jr., a member in good standing of the Louisiana State Bar, the United States Court of Appeals for the Fifth Circuit, as well as all United States District Courts in Louisiana, requests admission, pro hac vice, before the Honorable Robert D. Drain, to represent Gulf Coast Bank & Trust Company, a creditor in the above-captioned case. My contact information is as follows:

Elwood F. Cahill, Jr.
SHER, GARNER, CAHILL, RICHTER,
KLEIN, & HILBERT, L.L.C.

Electronic Mail: ecahill@shergarner.com

| Temporary Baton Rouge Address: | Permanent New Orleans Address: |
|---|---|
| 5353 Essen Lane | 909 Poydras Street, 28th Floor |
| Suite 650 | New Orleans, Louisiana 70112-1033 |
| Baton Rouge, Louisiana 70809 | Telephone: (504) 299-2100 |
| Telephone: (225) 757-2185 | Facsimile: (504) 299-2300 |
| Facsimile: (225) 757-7674 | |

I am submitting the fee of $25.00 along with this Motion for Admission to Practice, Pro Hac Vice.

Dated: November 28, 2005

Baton Rouge, Louisiana

_____
Elwood F. Cahill, Jr.