E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7548
Facsimile:  (313) 465-7549
tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.*, | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served:   Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix.

2. Served Upon:   See Attached Service List.

3. Method of Service:   Via U.S. Mail

4. Date Served:   November 30, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.


Dated: November 30, 2005        By:      /s/ E. Todd Sable
                                          E. Todd Sable, Esq. (P54956)
                                 2290 First National Building
                                 660 Woodward Avenue
                                 Detroit, MI  48226
                                 Telephone:  (313) 465-7548

DETROIT.2019160.1

| | | |
|---|---|---|
| Capital Research and Management Co.<br>Michelle Robson<br>11100 Santa Monica Blvd 15th Floor<br>Los Angeles, CA  90025 | Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY  10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY  10178-0061 |
| Davis Polk & Wardell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY  10017 | Delphi Corporation<br>Sean Corcoran, and Karen Craft<br>5725 Delphi Drive<br>Troy, MI  48098 | Electronic Data Systems Corp<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 |
| Flextronics International Asia-Pacific, Ltd.<br>c/o Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fourtune Drive<br>San Jose, CA  95131 | Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY  10036 |
| General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA  01201 | General Motors Corporation<br>John Devine<br>300 Renaissance Center, P.O. Box 300<br>Detroit, MI  48265 | Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street, 35th Floor<br>New York, NY  10019 | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave, Mail Stop 15<br>Detroit, MI  48226 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH  45439 | Jefferies & Company, Inc.,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY  10022 | JP Morgan Chase Bank, N.A.<br>Clifford Trapani, and Khuyen Ta<br>1111 Fannin, 10th Floor<br>Houston, TX  77002 |
| JP Morgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker,<br>Gianni Russello and Vilma Francis<br>270 Park Avenue<br>New York, NY  10017 | Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd, Suite 1<br>Los Angeles, CA  90066 | Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY  10022 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St, 13th Floor<br>Chicago, IL  60601 | Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY  10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY  10271 |
| O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA  90071 | O'Melveny & Meyer LLP<br>Tom A. Jerman, and Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC  20006 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen, and Ralph L. Landy<br>1200 K Street, N.W., Suite 340<br>Washington, DC  20005 |
| Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY  10103 | Rothchild, Inc.<br>David L. Resnick<br>1251 Avenue of Americas<br>New York, NY  10020 | Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY  10279 |

| | | |
|---|---|---|
| Seyfarth Shaw LLP<br>Robert W. Dremluk<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY  10020-1801 | Shearman & Sterlilng LLP<br>Douglas Bartner, and Jill Frizzley<br>599 Lexington Avenue<br>New York, NY  10022 | Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust, and<br>William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, NY  10017 |
| Skadden, Arps, Slate, Meagher &: Flom<br>John Wm. Butler, John K. Lyons, and<br>Ron E. Meisler<br>333 W. Wacher Dr., Suite 2100<br>Chicago, IL  60606 | Skadden, Arps, Slate, Meagher &: Flom<br>Kayalyn A. Marafioti, and Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York, NY  10036 | Stevens & Lee, P.C.<br>C. Salomon, and C. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022 |
| Togut, Segal & Segal LLP<br>Albert Togut<br>One Penn Plaza, Suite 3335<br>New York, NY  10119 | United States Trustee<br>Alicia M. Leonard, and Deidre A. Martini<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | Ajamie LLP<br>Thomas A. Ajamine<br>711 Louisiana, Suite 2150<br>Houston, TX  77002 |
| Airgas, Inc.<br>David Boyle<br>259 Radnor-Chester Road, Suite 100<br>P.O. Box 6675<br>Radnor, PA  19087-8675 | Ajamie LLP<br>Wallace A. Showman<br>1350 Avenue of the Americas, 29th Floor<br>New York, NY  10019 | Barack, Ferrazzano, Kirschbaum Perlman,<br>& Nagelberg<br>W. Barrett and K. Robinson<br>333 West Wacker Drive, Suite 2700<br>Chicago, IL  60606 |
| Angelo, Gordon & Co.<br>Leigh Walzer<br>245 Park Avenue, 26th Floor<br>New York, NY  10167 | Amall Golden Gregory LLP<br>Darryl S. Laddin, and Heath J. Vicente<br>171 17th Street NW, Suite 2100<br>Atlanta, GA  30363-1031 | Bernstein Litowitz Berger & Grossman<br>John P. Coffey, Hannah E. Greenwald<br>and Mark D. Debrowski<br>1285 Avenue of the Americas<br>New York, NY  10019 |
| Barnes & Thomburg LLP<br>Michael K. McCrory, Wendy D. Brewer,<br>and Alan K. Mills<br>11 S. Meridian Street<br>Indianapolis, IN  46204 | Barnes & Thormburg LLP<br>John T. Gregg, and Patrick E. Mears<br>300 Ottawa Avenue, NW, Suite 500<br>Grand Rapids, MI  49503 | Boult, Cummings, Conners & Berry, PLC<br>Roger G. Jones, and Austin L. McMullen<br>1600 Divisiion Street, Suite 700<br>PO Box 34005<br>Nashville, TN  37203 |
| Bialson, Bergen & Schwab<br>Kenneth T. Law, Esq, Lawrence M.<br>Schwab, Esq., and Thomas M. Gaa<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA  94306 | Bose McKinney & Evans LLP<br>Jeannette Eisan Hinshaw<br>135 N. Pennsylvania Street, Suite 2700<br>Indianapolis, IN  46204 | Carter Ledyard & Milbum LLP<br>Aaron R. Cahn<br>2 Wall Street<br>New York, NY  10005 |
| Burr & Forman LLP<br>Michael Leo Hall<br>420 North Twentieth Street, Suite 3100<br>Birmingham, AL  35203 | Cahill Gordon & Reindel LLP<br>Jonathan Greenberg, and Robert Usadi<br>80 Pine Street<br>New York, NY  10005 | Cohn Bimbaum & Shea P.C.<br>Scott D. Rosen, Esq.<br>100 Pearl Street, 12th Floor<br>Hartford, CT  06103 |
| Cleary Gottlieb Steen & Hamilton LLP<br>Deborah M. Buell<br>One Liberty Plaza<br>New York, NY  10006 | Cohen, Weiss & Simon, LLP<br>Joseph J. Vitale<br>330 West 42nd Street<br>New York, NY  10036 | Curtin & Heefner, LLP<br>Robert Szwajkos, and Daniel P. Mazo<br>250 N. Pennslyvania Avenue<br>Morrisville, PA  19067 |
| Connolly Bove Lodge & Hutz LLP<br>Jeffrey C. Wisler, Esq.<br>1007 N. Orange Street<br>PO Box 2207<br>Wilmington, DE  19899 | Contrarian Capital Management, L.L.C.<br>Mark Lee, Janice Stanton, Bill Raine, and Seth Lax<br>411 West Putnam Avenue, Suite 225<br>Greenwich, CT  06830 | Denso International America, Inc.<br>Carol Sowa<br>24777 Denso Drive<br>Southfield, MI  48086 |

| | | |
|---|---|---|
| Curtis Mallet-Prevost, Colt & Mosle LLP<br>Andrew M. Thaw, Steven J. Reisman,, David S. Karp<br>101 Park Avenue<br>New York, NY  10178-0061 | Damon & Morey LLP<br>William F. Savino<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY  14202-4096 | Drinker Biddle & Reath LLP<br>Andrew C. Kassner, and David B. Aaronson<br>18th and Cherry Streets<br>Philadelphia, PA  19103 |
| DiConza Law, P.C.<br>Gerard DiConza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY  10017 | DLA Piper Rudrick Gray Cary US LLP<br>R. Kreman, and M. Chavez-Ruark<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD  21209-3600 | Fox Rothschild LLP<br>Michael J. Viscount, Jr.<br>1301 Atlantic Avenue<br>Boston, MA  02110-333 |
| Duane Morris LLP<br>Margery N. Reed, and Wendy M. Simkulak<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | Fagel Heber LLC<br>Gary E. Green, and Lauren Newman<br>55 East Monroe, 40th Floor<br>Chicago, IL  60603 | Genovese Joblove & Battista, P.A.<br>Craig P. Rieders, Esq.<br>100 S.E. 2nd Street, Suite 4400<br>Miami, FL  33131 |
| Fox Rothschild LLP<br>Fred Stevens<br>13 East 37th Street, Suite 800<br>New York, NY  10016 | Gazes LLC<br>Eric Wainer, and Ian J. Gazes<br>32 Avenue of the Americas, Suite 1800<br>New York, NY  10013 | Greensfelder, Hemker & Gale, P.C.<br>Cherie Macdonald, and J. Patrick Bradley<br>10 S. Broadway, Suite 200<br>St. Louis, MI  63102 |
| Goulston & Storrs, P.C.<br>Peter D. Bilowz<br>400 Atlantic Avenue<br>Boston, MA  02110-333 | Grant & Eisenhofer P.A.<br>Geoffrey C. Jarvis, and Sharan Nimul<br>1201 North Market Street, Suite 2100<br>Wilimgton DE  19801 | Hewlett-Packard Company<br>Ann Marie Kennelly<br>3000 Hanover St., M/S 1050<br>Palo Alto, CA  94304 |
| HAL/ERC-Legal<br>Tillie Lim, Esq.<br>50 Prospect Avenue<br>Tarrytown, NY  10591 | Halperin Battaglia Raicht, LLP<br>Alan D. Halperin, and Christopher J. Battaglia<br>555 Madison Avenue, 9th Floor<br>New York, NY  10022 | Hodgson Russ LLP<br>Cheryl R. Storie<br>One M&T Plaza, Suite 2000<br>Buffalo, NY  14203 |
| Hewlett-Packard Company<br>Kenneth F. Higman<br>2125 E. Katella Avenue, Suite 400<br>Anaheim, CA  92806 | Hewlett-Packard Company<br>Sharon Petrosino, and Glen Dumont<br>420 Mountain Avenue<br>Murray Hill, NJ  07974 | Holme Roberts & Owen, LLP<br>Elizabeth K. Flaagan<br>1700 Lincoln, Suite 4100<br>Denver, CO  80203 |
| Hodgson Russ LLP<br>Stephen H. Gross, Esq.<br>Carnegie Hall Tower<br>152 West 57th Street, 35th Street<br>New York, NY  10019 | Holland & Knight LLP<br>Peter A. Zisser<br>195 Broadway<br>New York, NY  10007 | Kirkland & Ellis LLP<br>Geoffrey A. Richards<br>200 Ease Randolph Drive<br>Chicago, IL  60601 |
| Katten Muchin Rosenman LLP<br>John P. Sieger, Esq.<br>525 West Monroe Street<br>Chicago, IL  60661 | Kieselstein Lawfirm PLLC<br>Steve Kieselstein<br>43 British American Boulevard<br>Latham, NY  12110 | Lewis and Roca LLP<br>Rob Charles, Esq.<br>One South Church Street, Suite 700<br>Tucson, AZ  85701 |
| Kirkpatrick & Lockhart Nicholson Graham LLP<br>Edward M. Fox<br>599 Lexington Avenue<br>New York, NY  10022 | Krugliak, Wilkins, Griffiths & Dougherty<br>Sam O. Simmerman<br>4775 Munson Street N.W.<br>PO Box 36963<br>Canton, OH  44735-6963 | Linebarger Goggan Blair & Sampson, LLP<br>Diane W. Sanders<br>1949 South IH 35 (78741)<br>PO Box 17428<br>Austin, TX  78760-7428 |

Lewis and Roca LLP
Susan M. Freeman, Esq.
40 North Central Avenue, Suite 1900
Phoenix, AZ  85004-4429

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Lord, Bissel & Grook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue, 26th Floor
New York, NY  10022-4802

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq., Scott N. Opincar, Esq., and Shawn M. Riley, Esq.
600 Superior Avenue, E., Suite 2100
Cleveland, OH  44114

MI Department of Labor and Economic Growth, Worker's Compensation Agency
Dennis J. Ratemink, Michael Cox
PO Box 30736
Lansing, MI  48909-7717

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
Lisle, IL  60532

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth, Jeffrey J. Angelovich, and Susan Whatley
205 Linda Drive
Daingerfield, TX  75638

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New York, NY  10103

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd
Milpitas, CA  95035-7417

Leob & Leob LLP
William M. Hawkins
345 Park Avenue
New York, NY  10154

Lowenstein Sandler PC
Michael S. Etikin, Ira M. Levee, Kenneth A. Rosen, and Scott Cargill
65 Livingston Avenue
Roseland, NJ  07068

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY  10167

McElroy, Deutsch, Mulvaney & Carpenter
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Miller Johnson
Thomas P. Sarb, and Robert D. Wolford
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI  49501-0306

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los Angeles, CA  90017

Munsch Hardt Kopf & Harr, P.C.
R. Urbanik, J. Wielebinski, D. Rukavina
4000 Fountain Place
1445 Ross avenue
Dallas, TX  75202-2790

Norris, McLaughlin & Marcus
Elizabeth L. Abdeimasieh, Esq.
721 Route 202-206
Somerville, NJ  08876

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K. Street, N.W.
Washington, DC  20005-4026

Lord, Bissel & Brook
Timothy S. McFadden
Timothy W. Brink
115 South laSalle Street
Chicago, IL  60603

Lowenstein Sandler PC
Michael S. Etikin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

McDermott Will & Emery LLP
James M. Sullivan
50 Rockefeller Plaza
New York, NY  10020

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 Broadwway, Suite 501
New York, NY  10018

Miller, Canfield, Paddock and Stone
Timothy A. Fusco
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226

Morgan, Lewis & Bockius LLP
William C. Heuer, Esq.
101 Park Avenue
New York, NY  10178-0060

National City Commercial Capitol
Lisa M. Moore
995 Dalton Avenue
Cincinnati, OH  45203

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San Francisco, CA  94105

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
30 Jelliff Lane
Southport, CT  06890

Porzio, Bromberg & Newman, P.C.
Brett S. Moore and John S. Mario
100 Southgate Parkway
PO Box 1997
Morristown, NJ  07960

| | | |
|---|---|---|
| Pepper Hamilton LLP<br>Francis J. Lawall, and Anne Marie Aaronson<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Philips Nizer LLP<br>Sandra A. Riemer, Esq<br>666 Fifth Avenue<br>New York, NY 10103 | Quadrangle Group LLC<br>Patrick Bartels<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| QAD, Inc.<br>Jason Pickering, Esq.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 | Quadrangle Debt Recovery Advisors LLC<br>Andres Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 4th Ave., Suite 4500<br>Seattle, WA 98154-1195 |
| Quarles & Brady Streich Lang LLP<br>John A. Harris, and Scott R. Goldberg<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Republic Engineered Products, Inc.<br>Joseph Lapinsky<br>3770 Embassy Parkway<br>Akron, OH 44333 | Seyfarth Shaw LLP<br>Paul M. Baisier, Esq.<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA 30309-2401 |
| Russell Reynolds Associates, Inc.<br>Charles E. Boulbol, P.C.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Schiffrin & Barroway, LLP<br>Michael Yamoff, and Seam M. Handler<br>280 King of Prussia Road<br>Radnor, PA 19087 | Sills, Cummins Epstein & Gross, P.C.<br>Andres H. Sherman<br>Jack M. Zackin<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk, Esq.<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 | Shipman & Goodwin LLP<br>Jennifer L. Adamy<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Sony Electronics Inc.<br>Lloyd B. Sarakin – Chief Counsel<br>1 Sony Drive, MD #1 E-4<br>Park Ridge, NJ 07656 |
| Simpson Thacher & Barlett LLP<br>Kenneth S. Ziman, Esq., William T. Russell, Jr., Esq.<br>425 Lexington<br>New York, NY 10017 | Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>PO Box 410<br>Wilmington, DE 19899 | Stinson Morrison Hecker LLP<br>Mark A. Shaiken<br>1201 Walnut Street<br>Kansas City, MI 64106 |
| Spector & Ehrenworth, P.C.<br>Brian D. Spector, Esq.<br>30 Columbia Turnpike<br>Florham Park, NJ 07102 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Swidler Berlin LLP<br>J Guy, R Wyron, M Cheney, R Steinwurtzel, and R Frankel<br>The Washington Harbour<br>3000 K. Street, N.W. Suite 300<br>Washington, DC, 20007 |
| Stites & Harbison PLLC<br>Madison L. Cashman, Robert C. Goodrich, Jr.<br>424 Church Street, Suite 1800<br>Nashville, TN 37219 | Stites & Harbison, PLLC<br>W. Robinson Beard, Esq.<br>400 West Market Street<br>Louisville, KY 40202 | Todd & Levi, LLP<br>Jill Levi, Esq.<br>444 Madison Avenue, Suite 1202<br>New York, NY 10022 |
| Taft, Stettinius & Hollister LLP<br>Richard L. Ferrell<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957 | Thompson & Knight<br>Rhett G. Cambell<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | Vorys, Sater, Seymour and Pease LLP<br>Robert j. Sidman, Esq.<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216-1008 |
| Grant & Eisenhofer P.A.<br>Jay W. Eisenhofer<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO<br>David Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA 15222 | Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075 |

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
Robert J. Wellhoeller, Esq.
511 Union Street, Suite 2700
Nashville, TN 37219

Warner Norcross & Judd LLP
Gordon J. Toering
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Zeichner Ellman & Krause LLP
Stuart Krause, and Peter Janovsky
575 Lexington Avenue
New York, NY 10022

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq., Martin J.
Bienenstock, Esq., Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

Wilmington Trust Company
Steven M. Cimalore, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Brown Rudnick Berlack Isreals LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

Flextronics International
Carrie L. Schiff
Terry Zale
6328 Monarch Park Place
Niwot, CO 80503

Kramer Levin Naftalis & Frnkel
Gordon Z. Novod
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Law Debenture Trust of New York
Patrick J. Healy
Daniel R. Fisher
767 Third Ave, 31st Floor
New York, NY 10017

McDermott Will & Emery LLP
David D. Cleary
Mohsin N. Khambati
227 Wet Monroe Street
Chicago, IL 60606

McTigue Law Firm
J. Brian McTigue
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite .350
Washington, DC 20015

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY 10281

Spencer Fane Britt & Browne LLP
Daniel D. Doyle, Nicholas Franke
1 North Brentwood Blvd., Tenth Floor
St. Louis, MO 63105

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farmington Hills, MI 48331

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park East, Suite 2400
Los Angeles, CA 90067

Allen Matkins Leck Gamble & Mallory
Michael S. Greger
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY 42701

Andrews Kruth LLP
Monica S. Blacker
1717 Main Street, Suite 3700
Dallas, TX 75201

Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
Mark T. Flewelling
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Blank Rome LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, NY 10174

Bodman LLP
Ralph E. McDowell
100 Renaissance Center, 34th Floor
Detroit, MI 48243

Bolhouse, Vander Hulst, Risko & Baar
David S. Lefere
3996 Chicago Drive SW
Grandville, MI 49418

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

Coolidge, Wall, Womsley & Lombard Co.
Ronald S. Pretekin, Steven M. Wachstein
& Sylvie J. Derrien
33 West First Street, Suite 600
Dayton, OH 45402

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

Daniels & Kaplan, P.C.
Jay Selanders
2405 Grand Boulevard, Suite 900
Kansas City, MO 64108-2519

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Electronic Data Systems Corporation
Ayala Hassell
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX 75024

Finkel Goldstein Rosenbloom & Nash
Ted J. Donovan
26 Broadway, Suite 711
New York, NY 10004

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
David N. Crapo
One Riverfront Plaza
Newark, NJ  07102-5497

Graydon Head & Ritchey
J. Michael Debbler & Susan M. Argo
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Guaranty Bank
Herb Reiner
8333 Douglas Avenue
Dallas, TX  75225

Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY  10118

Herrick, Feinstein LLP
Paul Rubin
2 Park Avenue
New York, NY  10016

Hiscock & Barclay, LLP
J. Eric Charlton
300 South Salina Street
PO Box 4878
Syracuse, NY  13221-4878

Hogan & Hartson, L.L.P.
Scott A. Golden
875 Third Avenue
New York, NY  10022

Hunter & Schank Co. LPA
Thomas J. Schank & John J. Hunter
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

Hunton & Willliams LLP
Michael Massad, Jr. & Steven  Holmes
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX  75201

Infineon Technologies
North America Corporation
Greg Bibbes - M/S 11305
1730 North First Street
San Jose, CA  95112

Infineon Technologies
North America Corporation
Jeff Gillespie
2529 Commerce Drive, Suite H
Kokomo, IN  46902

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
27777 Franklin Road, Suite 2500
Southfield, MI  48034

Kegler, Brown, Hill & Ritter Co., LPA
Kenneth R. Cookson
65 East State Street, Suite 1800
Columbus, OH  43215

Kelly Drye & Warren,
Mark I. Bane & Mark R. Somerstein
101 Park Avenue
New York, NY  10178

Kennedy, Jennick & Murray
Thomas Kennedy, Susan M. Jennik &
Larry Magarik
113 university Place 7th Floor
New York, NY  10003

King & Spalding, LLP
George South, III & Alexandra Feldman
1185 Avenue of the Americas
New York, NY  10036

King & Spalding, LLP
James A. Pardo, Jr.
191 Peachtree Street, Suite 4900
Atlanta, GA  30303-1763

Kutchin & Rufo, P.C.
Edward D. Kutchin
Kerry R. Northrup
1555 Federal Street, 17th Floor
Boston, MA  02110-1727

Lambert, Leser, Isackson, Cook and
Guinta,   Susan M. Cook
309 Davidson Building
PO Box 935
Bay City, MI  48707-0835

McGuirewoods LLP
Elizabeth L. Gunn
One James Center
901 East Cary Street
Richmond, VA  23219-4030

Mintz, Levin, Cohn, Ferris
Glovsky and Pepco, P.C.
Michael L. Schein
666 Third Avenue
New York, NY  10017

Mitsubishi Electric & Electronics USA
John E. Cipriano
500 Corporate Woods Parkway
Vernon Hills, IL  60061

Morris, Nichols, Arsht and Tunnell
Robert J. Dehney & Michael G. Busenkell
PO Box 1347
Wilmington DE  19899-1347

Nelson Mullins Riley & Scarborough
George B. Cauthen
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Noma Company and General Chemical
Performance Products LLC
James Imbriaco
90 East Halsey Road
Parsippanny, NJ  07054

Otterbourg, Steindler, Houston & Rosen
Scott L. Hazan & Melissa Hager
230 Park Avenue
New York, NY  10169

Paul, Weiss, Rifkind, Wharton & Garrison
Stephen J. Shimshak, Curtis J. Weidler &
Douglas R. Davis
1285 Avenue of the Americas
New York, NY  10019-6064

Pepper, Hamilton LLP
Henry Jaffe
1313 Two Logan Square
PO Box 1709
Wilmington, DE  19899-1709

Pierce Atwood LLP
Jacob Manheimer & Keith Cunningham
One Monument Square
Portland, ME  04101

| | | |
|---|---|---|
| Pitney Hardin LLP<br>Ronald S. Beacher<br>7 Times Square<br>New York, NY  10036 | Pryor & Mandelup, LLP<br>A. Scott Mandelup & Kenneth Reynolds<br>675 Old Country Road<br>Westbury, NY  11590 | Reed Smith<br>Elena Lazarou<br>599 Lexington Avenue<br>29th Street<br>New York, NY  10022 |
| Riemer &: Braunstein LLP<br>Mark S. Scott<br>Three Center Plaza<br>Boston, MA  02108 | Ropers, Majeski, Kohn & Bentley<br>Christopher Norgarrd<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA  90071 | Sachnoff & Weaver, Ltd.<br>Charles S. Schulman, Arlene N. Gelman<br>10 South Wacher Drive, 40th Floor<br>Chicago, IL  60606 |
| Schiff Hardin LLP<br>William I. Kohn<br>6600 Sears Tower<br>Chicago, IL  60066 | Schiff Hardin LLP<br>Michael Yetnikoff<br>623 Fifth Avenue, 28th Floor<br>New York, NY  10022 | Schulte Roth & Sabel LLP<br>Michael L. Cook & James T. Bentley<br>919 Third Avenue<br>New York, NY  10022 |
| Smith, Gambrell & Russell, LLP<br>Barbara Ellis-Monro<br>1230 Peachtree Street, N.E., Suite 3100<br>Atlanta, GA  30309 | Sotiroff & Abamczyk, P.C.<br>Robert M. Goldi<br>30400 Telegraph Road, Suite 444<br>Bingham Farms, MI  48025 | Steel Technologies, Inc.<br>John M. Baumann<br>15415 Shelbyville Road<br>Louisville, KY  40245 |
| Stein, Rudser, Cohen & Magid LLP<br>Robert F. Kidd<br>825 Washington Street, Suite 200<br>Oakland, CA  94607 | Steinberg Shapiro & Clark<br>Mark H. Shapiro<br>24901 Northwestern Highway, Suite 611<br>Southfield, MI  48075 | Sterns & Weinroth, P.C.<br>Jeffrey S. Posta<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ  08607-1298 |
| Thacher Proffitt & Wood LLP<br>Jonathan D. Forstot & Louis A. Curcio<br>Two World Financial Center<br>New York, NY  10281 | The Timpken Corporation BIC – 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH  44706 | Thelen Reid & Preist LLP<br>David A. Lowenthal<br>875 Third Avenue<br>New York, NY  10022 |
| Thompson & Knight LLP<br>John S. Brannon<br>1700 Pacific Avenue, Suite 300<br>Dallas, TX  75201 | Thurman & Phillips, P.C.<br>Ed Phillips, Jr.<br>8000 IH 10 West, Suite 1000<br>San Antonio, TX  78230 | Tyler, Cooper & Alcorn, LLP<br>W. Joe Wilson<br>City Place , 35th Floor<br>Hartford, CT  06103-3488 |
| Underberg & Kessler, LLP<br>Helen Zamboni<br>3000 Bausch & Lomb Place<br>Rochester, NY  14604 | Wachtell, Lipton, Rosen & Katz<br>Richard G. Mason & Emil A. Kleinhaus<br>51 West 52nd Street<br>New York, NY  10019-6150 | Whyte, Hirschboeck Dudek S.C.<br>Bruce G. Arnold<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI  53202-4894 |
| Winstead Sechrest & Minick P.C.<br>Berry D. Spears<br>401 Congress Avenue, Suite 2100<br>Austin, TX  78701 | Winstead Sechrest & Minick P.C.<br>R. Michael Farquhar<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Winthrop Couchot Professional Corp.<br>Marc J. Winthrop & Sean A. O'Keefe<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, VA  92660 |

DETROIT.1964087.1