E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI  48226
Telephone:  (313) 465-7548
Facsimile:  (313) 465-7549
tsable@honigman.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION**, *et al.*, | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1.    Document Served:     Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix.

2.    Served Upon:     See Attached Service List.

3.    Method of Service:     Via U.S. Mail

4.    Date Served:     November 30, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.


Dated: November 30, 2005          By:    /s/ E. Todd Sable
                                         E. Todd Sable, Esq. (P54956)
                                  2290 First National Building
                                  660 Woodward Avenue
                                  Detroit, MI  48226
                                  Telephone:  (313) 465-7548

DETROIT.2019160.1

Capital Research and Management Co.
Michelle Robson
11100 Santa Monica Blvd 15th Floor
Los Angeles, CA  90025

Cohen Weiss & Simon
Bruce Simon
330 W. 42nd Street
New York, NY  10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
101 Park Avenue
New York, NY  10178-0061

Davis Polk & Wardell
Donald Bernstein
450 Lexington Avenue
New York, NY  10017

Delphi Corporation
Sean Corcoran, and Karen Craft
5725 Delphi Drive
Troy, MI  48098

Electronic Data Systems Corp
Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI  48098

Flextronics International Asia-Pacific, Ltd.
c/o Flextronics International USA, Inc.
Paul W. Anderson
2090 Fourtune Drive
San Jose, CA  95131

Freescale Semiconductor, Inc.
Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, TX  78735

FTI Consulting, Inc.
Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY  10036

General Electric Company
Valerie Venable
One Plastics Avenue
Pittsfield, MA  01201

General Motors Corporation
John Devine
300 Renaissance Center, P.O. Box 300
Detroit, MI  48265

Groom Law Group
Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC  20006

Hodgson Russ LLP
Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY  10019

Internal Revenue Service
Attn: Insolvency Department
290 Broadway, 5th Floor
New York, NY  10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Ave, Mail Stop 15
Detroit, MI  48226

IUE-CWA
Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH  45439

Jefferies & Company, Inc.,
William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY  10022

JP Morgan Chase Bank, N.A.
Clifford Trapani, and Khuyen Ta
1111 Fannin, 10th Floor
Houston, TX  77002

JP Morgan Chase Bank, N.A.
Thomas F. Maher, Richard Duker,
Gianni Russello and Vilma Francis
270 Park Avenue
New York, NY  10017

Kurtzman Carson Consultants
James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA  90066

Latham & Watkins LLP
Robert J. Rosenberg
885 Third Avenue
New York, NY  10022

Mesirow Financial
Melissa Knolls
321 N. Clark St, 13th Floor
Chicago, IL  60601

Morrison Cohen LLP
Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY  10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY  10271

O'Melveny & Meyer LLP
Robert Siegel
400 South Hope Street
Los Angeles, CA  90071

O'Melveny & Meyer LLP
Tom A. Jerman, and Rachel Janger
1625 Eye Street, NW
Washington, DC  20006

Pension Benefit Guaranty Corporation
Jeffrey Cohen, and Ralph L. Landy
1200 K Street, N.W., Suite 340
Washington, DC  20005

Phillips Nizer LLP
Sandra A. Riemer
666 Fifth Avenue
New York, NY  10103

Rothchild, Inc.
David L. Resnick
1251 Avenue of Americas
New York, NY  10020

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY  10279

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Shearman & Sterlilng LLP
Douglas Bartner, and Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, and
William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Skadden, Arps, Slate, Meagher &: Flom
John Wm. Butler, John K. Lyons, and
Ron E. Meisler
333 W. Wacher Dr., Suite 2100
Chicago, IL  60606

Skadden, Arps, Slate, Meagher &: Flom
Kayalyn A. Marafioti, and Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY  10036

Stevens & Lee, P.C.
C. Salomon, and C. Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY  10119

United States Trustee
Alicia M. Leonard, and Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY  10004

Ajamie LLP
Thomas A. Ajamine
711 Louisiana, Suite 2150
Houston, TX  77002

Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Ajamie LLP
Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY  10019

Barack, Ferrazzano, Kirschbaum Perlman,
& Nagelberg
W. Barrett and K. Robinson
333 West Wacker Drive, Suite 2700
Chicago, IL  60606

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue, 26th Floor
New York, NY  10167

Amall Golden Gregory LLP
Darryl S. Laddin, and Heath J. Vicente
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031

Bernstein Litowitz Berger & Grossman
John P. Coffey, Hannah E. Greenwald
and Mark D. Debrowski
1285 Avenue of the Americas
New York, NY  10019

Barnes & Thomburg LLP
Michael K. McCrory, Wendy D. Brewer,
and Alan K. Mills
11 S. Meridian Street
Indianapolis, IN  46204

Barnes & Thormburg LLP
John T. Gregg, and Patrick E. Mears
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones, and Austin L. McMullen
1600 Divisiion Street, Suite 700
PO Box 34005
Nashville, TN  37203

Bialson, Bergen & Schwab
Kenneth T. Law, Esq, and Lawrence M.
Schwab, Esq., and Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN  46204

Carter Ledyard & Milbum LLP
Aaron R. Cahn
2 Wall Street
New York, NY  10005

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street, Suite 3100
Birmingham, AL  35203

Cahill Gordon & Reindel LLP
Jonathan Greenberg, and Robert Usadi
80 Pine Street
New York, NY  10005

Cohn Bimbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT  06103

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York, NY  10006

Cohen, Weiss & Simon, LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY  10036

Curtin & Heefner, LLP
Robert Szwajkos, and Daniel P. Mazo
250 N. Pennslyania Avenue
Morrisville, PA  19067

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, and Seth Lax
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield, MI  48086

Curtis Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thaw, Steven J. Reisman,, David S. Karp
101 Park Avenue
New York, NY  10178-0061

Damon & Morey LLP
William F. Savino
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202-4096

Drinker Biddle & Reath LLP
Andrew C. Kassner, and David B. Aaronson
18th and Cherry Streets
Philadelphia, PA  19103

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New York, NY  10017

DLA Piper Rudrick Gray Cary US LLP
R. Kreman, and M. Chavez-Ruark
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic Avenue
Boston, MA  02110-333

Duane Morris LLP
Margery N. Reed, and Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA  19103-4196

Fagel Heber LLC
Gary E. Green, and Lauren Newman
55 East Monroe, 40th Floor
Chicago, IL  60603

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131

Fox Rothschild LLP
Fred Stevens
13 East 37th Street, Suite 800
New York, NY  10016

Gazes LLC
Eric Wainer, and Ian J. Gazes
32 Avenue of the Americas, Suite 1800
New York, NY  10013

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald, and J. Patrick Bradley
10 S. Broadway, Suite 200
St. Louis, MI  63102

Goulston & Storrs, P.C.
Peter D. Bilowz
400 Atlantic Avenue
Boston, MA  02110-333

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis, and Sharan Nimul
1201 North Market Street, Suite 2100
Wilimngton DE  19801

Hewlett-Packard Company
Ann Marie Kennelly
3000 Hanover St., M/S 1050
Palo Alto, CA  94304

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY  10591

Halperin Battaglia Raicht, LLP
Alan D. Halperin, and Christopher J. Battaglia
555 Madison Avenue, 9th Floor
New York, NY  10022

Hodgson Russ LLP
Cheryl R. Storie
One M&T Plaza, Suite 2000
Buffalo, NY  14203

Hewlett-Packard Company
Kenneth F. Higman
2125 E. Katella Avenue, Suite 400
Anaheim, CA  92806

Hewlett-Packard Company
Sharon Petrosino, and Glen Dumont
420 Mountain Avenue
Murray Hill, NJ  07974

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 Lincoln, Suite 4100
Denver, CO  80203

Hodgson Russ LLP
Stephen H. Gross, Esq.
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY  10019

Holland & Knight LLP
Peter A. Zisser
195 Broadway
New York, NY  10007

Kirkland & Ellis LLP
Geoffrey A. Richards
200 Ease Randolph Drive
Chicago, IL  60601

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL  60661

Kieselstein Lawfirm PLLC
Steve Kieselstein
43 British American Boulevard
Latham, NY  12110

Lewis and Roca LLP
Rob Charles, Esq.
One South Church Street, Suite 700
Tucson, AZ  85701

Kirkpatrick & Lockhart Nicholson
Graham LLP
Edward M. Fox
599 Lexington Avenue
New York, NY  10022

Krugliak, Wilkins, Griffiths & Dougherty
Sam O. Simmerman
4775 Munson Street N.W.
PO Box 36963
Canton, OH  44735-6963

Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders
1949 South IH 35 (78741)
PO Box 17428
Austin, TX  78760-7428

Lewis and Roca LLP
Susan M. Freeman, Esq.
40 North Central Avenue, Suite 1900
Phoenix, AZ  85004-4429

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Lord, Bissel & Grook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue, 26th Floor
New York, NY  10022-4802

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq., Scott N. Opincar,
Esq., and Shawn M. Riley, Esq.
600 Superior Avenue, E., Suite 2100
Cleveland, OH  44114

MI Department of Labor and Economic
Growth, Worker's Compensation Agency
Dennis J. Ratemink, Michael Cox
PO Box 30736
Lansing, MI  48909-7717

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
Lisle, IL  60532

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth, Jeffrey J.
Angelovich, and Susan Whatley
205 Linda Drive
Daingerfield, TX  75638

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New York, NY  10103

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd
Milpitas, CA  95035-7417

Leob & Leob LLP
William M. Hawkins
345 Park Avenue
New York, NY  10154

Lowenstein Sandler PC
Michael S. Etikin, Ira M. Levee, Kenneth
A. Rosen, and Scott Cargill
65 Livingston Avenue
Roseland, NJ  07068

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY  10167

McElroy, Deutsch, Mulvaney & Carpenter
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Miller Johnson
Thomas P. Sarb, and Robert D. Wolford
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI  49501-0306

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los Angeles, CA  90017

Munsch Hardt Kopf & Harr, P.C.
R. Urbanik, J. Wielebinski, D. Rukavina
4000 Fountain Place
1445 Ross avenue
Dallas, TX  75202-2790

Norris, McLaughlin & Marcus
Elizabeth L. Abdeimasieh, Esq.
721 Route 202-206
Somerville, NJ  08876

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K. Street, N.W.
Washington, DC  20005-4026

Lord, Bissel & Brook
Timothy S. McFadden
Timothy W. Brink
115 South laSalle Street
Chicago, IL  60603

Lowenstein Sandler PC
Michael S. Etikin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

McDermott Will & Emery LLP
James M. Sullivan
50 Rockefeller Plaza
New York, NY  10020

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 Broadwway, Suite 501
New York, NY  10018

Miller, Canfield, Paddock and Stone
Timothy A. Fusco
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226

Morgan, Lewis & Bockius LLP
William C. Heuer, Esq.
101 Park Avenue
New York, NY  10178-0060

National City Commercial Capitol
Lisa M. Moore
995 Dalton Avenue
Cincinnati, OH  45203

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San Francisco, CA  94105

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
30 Jelliff Lane
Southport, CT  06890

Porzio, Brombeg & Newman, P.C.
Brett S. Moore and John S. Mario
100 Southgate Parkway
PO Box 1997
Morristown, NJ  07960

Pepper Hamilton LLP
Francis J. Lawall, and Anne Marie Aaronson
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Philips Nizer LLP
Sandra A. Riemer, Esq
666 Fifth Avenue
New York, NY  10103

Quadrangle Group LLC
Patrick Bartels
375 Park Avenue, 14th Floor
New York, NY  10152

QAD, Inc.
Jason Pickering, Esq.
10,000 Midlantic Drive
Mt. Laurel, NJ  08054

Quadrangle Debt Recovery Advisors LLC
Andres Herenstein
375 Park Avenue, 14th Floor
New York, NY  10152

Riddell Williams P.S.
Joseph E. Shickich, Jr.
1001 4th Ave., Suite 4500
Seattle, WA  98154-1195

Quarles & Brady Streich Lang LLP
John A. Harris, and Scott R. Goldberg
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Republic Engineered Products, Inc.
Joseph Lapinsky
3770 Embassy Parkway
Akron, OH  44333

Seyfarth Shaw LLP
Paul M. Baisier, Esq.
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA  30309-2401

Russell Reynolds Associates, Inc.
Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, NY  10004

Schiffrin & Barroway, LLP
Michael Yarnoff, and Seam M. Handler
280 King of Prussia Road
Radnor, PA  19087

Sills, Cummins Epstein & Gross, P.C.
Andres H. Sherman
Jack M. Zackin
30 Rockefeller Plaza
New York, NY  10112

Seyfarth Shaw LLP
Robert W. Dremluk, Esq.
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Shipman & Goodwin LLP
Jennifer L. Adamy
One Constitution Plaza
Hartford, CT  06103-1919

Sony Electronics Inc.
Lloyd B. Sarakin – Chief Counsel
1 Sony Drive, MD #1 E-4
Park Ridge, NJ  07656

Simpson Thacher & Barlett LLP
Kenneth S. Ziman, Esq., William T. Russell, Jr., Esq.
425 Lexington
New York, NY  10017

Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
PO Box 410
Wilmington, DE  19899

Stinson Morrison Hecker LLP
Mark A. Shaiken
1201 Walnut Street
Kansas City, MI  64106

Spector & Ehrenworth, P.C.
Brian D. Spector, Esq.
30 Columbia Turnpike
Florham Park, NJ  07102

Stevens & Lee, P.C.
Chester B. Salomon, Constantine D.
Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Swidler Berlin LLP
J Guy, R Wyron, M Cheney, R
Steinwurtzel, and R Frankel
The Washington Harbour
3000 K. Street, N.W. Suite 300
Washington, DC, 20007

Stites & Harbison PLLC
Madison L. Cashman, Robert C. Goodrich, Jr.
424 Church Street, Suite 1800
Nashville, TN  37219

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
400 West Market Street
Louisville, KY  40202

Todd & Levi, LLP
Jill Levi, Esq.
444 Madison Avenue, Suite 1202
New York, NY  10022

Taft, Stettinius & Hollister LLP
Richard L. Ferrell
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957

Thompson & Knight
Rhett G. Cambell
333 Clay Street, Suite 3300
Houston, TX  77002

Vorys, Sater, Seymour and Pease LLP
Robert j. Sidman, Esq.
52 East Gay Street
PO Box 1008
Columbus, OH  43216-1008

Grant & Eisenhofer P.A.
Jay W. Eisenhofer
45 Rockefeller Center
650 Fifth Avenue
New York, NY  10111

United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
David Jury, Esq.
Five Gateway Center, Suite 807
Pittsburgh, PA  15222

Warner Norcross & Judd LLP
Michael G. Cruse
2000 Town Center, Suite 2700
Southfield, MI  48075

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
Robert J. Wellhoeller, Esq.
511 Union Street, Suite 2700
Nashville, TN  37219

Warner Norcross & Judd LLP
Gordon J. Toering
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Zeichner Ellman & Krause LLP
Stuart Krause, and Peter Janovsky
575 Lexington Avenue
New York, NY  10022

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq., Martin J.
Bienenstock, Esq., Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY  10153

Wilmington Trust Company
Steven M. Cimalore, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Brown Rudnick Berlack Isreals LLP
Robert J. Stark
Seven Times Square
New York, NY  10036

Flextronics International
Carrie L. Schiff
Terry Zale
6328 Monarch Park Place
Niwot, CO  80503

Kramer Levin Naftalis & Frnkel
Gordon Z. Novod
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY  10036

Law Debenture Trust of New York
Patrick J. Healy
Daniel R. Fisher
767 Third Ave, 31st Floor
New York, NY  10017

McDermott Will & Emery LLP
David D. Cleary
Mohsin N. Khambati
227 Wet Monroe Street
Chicago, IL  60606

McTigue Law Firm
J. Brian McTigue
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite .350
Washington, DC  20015

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY  10281

Spencer Fane Britt & Browne LLP
Daniel D. Doyle, Nicholas Franke
1 North Brentwood Blvd., Tenth Floor
St. Louis, MO  63105

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farmington Hills, MI  48331

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park East, Suite 2400
Los Angeles, CA  90067

Allen Matkins Leck Gamble & Mallory
Michael S. Greger
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY  42701

Andrews Kruth LLP
Monica S. Blacker
1717 Main Street, Suite 3700
Dallas, TX  75201

Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
Mark T. Flewelling
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101-2459

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blank Rome LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Bodman LLP
Ralph E. McDowell
100 Renaissance Center, 34th Floor
Detroit, MI  48243

Bolhouse, Vander Hulst, Risko & Baar
David S. Lefere
3996 Chicago Drive SW
Grandville, MI  49418

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

Coolidge, Wall, Womsley & Lombard Co.
Ronald S. Pretekin, Steven M. Wachstein
& Sylvie J. Derrien
33 West First Street, Suite 600
Dayton, OH  45402

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766

Daniels & Kaplan, P.C.
Jay Selanders
2405 Grand Boulevard, Suite 900
Kansas City, MO  64108-2519

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Electronic Data Systems Corporation
Ayala Hassell
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024

Finkel Goldstein Rosenbloom & Nash
Ted J. Donovan
26 Broadway, Suite 711
New York, NY  10004

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
David N. Crapo
One Riverfront Plaza
Newark, NJ  07102-5497

Graydon Head & Ritchey
J. Michael Debbler & Susan M. Argo
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202

Guaranty Bank
Herb Reiner
8333 Douglas Avenue
Dallas, TX  75225

Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY  10118

Herrick, Feinstein LLP
Paul Rubin
2 Park Avenue
New York, NY  10016

Hiscock & Barclay, LLP
J. Eric Charlton
300 South Salina Street
PO Box 4878
Syracuse, NY  13221-4878

Hogan & Hartson, L.L.P.
Scott A. Golden
875 Third Avenue
New York, NY  10022

Hunter & Schank Co. LPA
Thomas J. Schank & John J. Hunter
One Canton Square
1700 Canton Avenue
Toledo, OH  43624

Hunton & Willliams LLP
Michael Massad, Jr. & Steven  Holmes
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX  75201

Infineon Technologies
North America Corporation
Greg Bibbes - M/S 11305
1730 North First Street
San Jose, CA  95112

Infineon Technologies
North America Corporation
Jeff Gillespie
2529 Commerce Drive, Suite H
Kokomo, IN  46902

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
27777 Franklin Road, Suite 2500
Southfield, MI  48034

Kegler, Brown, Hill & Ritter Co., LPA
Kenneth R. Cookson
65 East State Street, Suite 1800
Columbus, OH  43215

Kelly Drye & Warren,
Mark I. Bane & Mark R. Somerstein
101 Park Avenue
New York, NY  10178

Kennedy, Jennick & Murray
Thomas Kennedy, Susan M. Jennik &
Larry Magarik
113 university Place 7th Floor
New York, NY  10003

King & Spalding, LLP
George South, III & Alexandra Feldman
1185 Avenue of the Americas
New York, NY  10036

King & Spalding, LLP
James A. Pardo, Jr.
191 Peachtree Street, Suite 4900
Atlanta, GA  30303-1763

Kutchin & Rufo, P.C.
Edward D. Kutchin
Kerry R. Northrup
1555 Federal Street, 17th Floor
Boston, MA  02110-1727

Lambert, Leser, Isackson, Cook and
Guinta,   Susan M. Cook
309 Davidson Building
PO Box 935
Bay City, MI  48707-0835

McGuirewoods LLP
Elizabeth L. Gunn
One James Center
901 East Cary Street
Richmond, VA  23219-4030

Mintz, Levin, Cohn, Ferris
Glovsky and Pepco, P.C.
Michael L. Schein
666 Third Avenue
New York, NY  10017

Mitsubishi Electric & Electronics USA
John E. Cipriano
500 Corporate Woods Parkway
Vernon Hills, IL  60061

Morris, Nichols, Arsht and Tunnell
Robert J. Dehney & Michael G. Busenkell
PO Box 1347
Wilmington DE  19899-1347

Nelson Mullins Riley & Scarborough
George B. Cauthen
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Noma Company and General Chemical
Performance Products LLC
James Imbriaco
90 East Halsey Road
Parsippanny, NJ  07054

Otterbourg, Steindler, Houston & Rosen
Scott L. Hazan & Melissa Hager
230 Park Avenue
New York, NY  10169

Paul, Weiss, Rifkind, Wharton & Garrison
Stephen J. Shimshak, Curtis J. Weidler &
Douglas R. Davis
1285 Avenue of the Americas
New York, NY  10019-6064

Pepper, Hamilton LLP
Henry Jaffe
1313 Two Logan Square
PO Box 1709
Wilmington, DE  19899-1709

Pierce Atwood LLP
Jacob Manheimer & Keith Cunningham
One Monument Square
Portland, ME  04101

Pitney Hardin LLP
Ronald S. Beacher
7 Times Square
New York, NY  10036

Pryor & Mandelup, LLP
A. Scott Mandelup & Kenneth Reynolds
675 Old Country Road
Westbury, NY  11590

Reed Smith
Elena Lazarou
599 Lexington Avenue
29th Street
New York, NY  10022

Riemer &: Braunstein LLP
Mark S. Scott
Three Center Plaza
Boston, MA  02108

Ropers, Majeski, Kohn & Bentley
Christopher Norgarrd
515 South Flower Street, Suite 1100
Los Angeles, CA  90071

Sachnoff & Weaver, Ltd.
Charles S. Schulman, Arlene N. Gelman
10 South Wacher Drive, 40th Floor
Chicago, IL  60606

Schiff Hardin LLP
William I. Kohn
6600 Sears Tower
Chicago, IL  60066

Schiff Hardin LLP
Michael Yetnikoff
623 Fifth Avenue, 28th Floor
New York, NY  10022

Schulte Roth & Sabel LLP
Michael L. Cook & James T. Bentley
919 Third Avenue
New York, NY  10022

Smith, Gambrell & Russell, LLP
Barbara Ellis-Monro
1230 Peachtree Street, N.E., Suite 3100
Atlanta, GA  30309

Sotiroff & Abamczyk, P.C.
Robert M. Goldi
30400 Telegraph Road, Suite 444
Bingham Farms, MI  48025

Steel Technologies, Inc.
John M. Baumann
15415 Shelbyville Road
Louisville, KY  40245

Stein, Rudser, Cohen & Magid LLP
Robert F. Kidd
825 Washington Street, Suite 200
Oakland, CA  94607

Steinberg Shapiro & Clark
Mark H. Shapiro
24901 Northwestern Highway, Suite 611
Southfield, MI  48075

Sterns & Weinroth, P.C.
Jeffrey S. Posta
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ  08607-1298

Thacher Proffitt & Wood LLP
Jonathan D. Forstot & Louis A. Curcio
Two World Financial Center
New York, NY  10281

The Timpken Corporation BIC – 08
Robert Morris
1835 Dueber Ave. SW
PO Box 6927
Canton, OH  44706

Thelen Reid & Preist LLP
David A. Lowenthal
875 Third Avenue
New York, NY  10022

Thompson & Knight LLP
John S. Brannon
1700 Pacific Avenue, Suite 300
Dallas, TX  75201

Thurman & Phillips, P.C.
Ed Phillips, Jr.
8000 IH 10 West, Suite 1000
San Antonio, TX  78230

Tyler, Cooper & Alcorn, LLP
W. Joe Wilson
City Place , 35th Floor
Hartford, CT  06103-3488

Underberg & Kessler, LLP
Helen Zamboni
3000 Bausch & Lomb Place
Rochester, NY  14604

Wachtell, Lipton, Rosen & Katz
Richard G. Mason & Emil A. Kleinhaus
51 West 52nd Street
New York, NY  10019-6150

Whyte, Hirschboeck Dudek S.C.
Bruce G. Arnold
555 East Wells Street, Suite 1900
Milwaukee, WI  53202-4894

Winstead Sechrest & Minick P.C.
Berry D. Spears
401 Congress Avenue, Suite 2100
Austin, TX  78701

Winstead Sechrest & Minick P.C.
R. Michael Farquhar
5400 Renaissance Tower
1201 Elm Street
Dallas, TX  75270

Winthrop Couchot Professional Corp.
Marc J. Winthrop & Sean A. O'Keefe
660 Newport Center Drive, 4th Floor
Newport Beach, VA  92660