E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.*, | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF**
**PAPERS AND REQUEST TO BE ADDED TO DEBTORS' MATRIX**

Please take notice that Honigman Miller Schwartz and Cohn LLP ("Honigman") hereby appears in the above-captioned case as counsel for Valeo Electrical Systems, Inc., Wipers Division, and requests that any and all notices given or required to be given in the above-captioned case, and all papers served or required to be served in the case, be served upon the undersigned at the following address and that Honigman be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

> E. Todd Sable, Esq.
> Honigman Miller Schwartz and Cohn LLP
> 2290 First National Building
> 660 Woodward Avenue
> Detroit, MI 48226
> Telephone: (313) 465-7548
> Facsimile: (313) 465-7549
> Email: tsable@honigman.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Federal Rules of Bankruptcy Procedure, but also includes, without limitation,

orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in this matter, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile or otherwise.

Please take notice that the foregoing request includes all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9007.

        Respectfully submitted,

        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        Attorneys for Valeo Electrical Systems, Inc., Wipers Division

Dated: November 30, 2005    By:    /s/ E. Todd Sable
        E. Todd Sable, Esq. (P54956)
        2290 First National Building
        660 Woodward Avenue
        Detroit, MI 48226
        Telephone: (313) 465-7548
        Facsimile: (313) 465-7549
        Email: tsable@honigman.com

DETROIT.2014292.1