E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.***,** | Case No. 05-44481 (Jointly Administered |
| Debtors. | Hon. Robert D. Drain |
| _____/ | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Document Served:   Notice of Appearance, Request for Service of Papers and Request to be Added to Debtors' Matrix.

2. Served Upon:   See Attached Service List.

3. Method of Service:   Via U.S. Mail

4. Date Served:   November 30, 2005

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2005        By:    /s/ E. Todd Sable
                                              E. Todd Sable, Esq. (P54956)
                                           2290 First National Building
                                           660 Woodward Avenue
                                           Detroit, MI 48226
                                           Telephone: (313) 465-7548

DETROIT.2019160.1

| | | |
|---|---|---|
| Capital Research and Management Co.<br>Michelle Robson<br>11100 Santa Monica Blvd 15th Floor<br>Los Angeles, CA 90025 | Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Davis Polk & Wardell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY 10017 | Delphi Corporation<br>Sean Corcoran, and Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Electronic Data Systems Corp<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Flextronics International Asia-Pacific, Ltd.<br>c/o Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fourtune Drive<br>San Jose, CA 95131 | Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 | FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY 10036 |
| General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA 01201 | General Motors Corporation<br>John Devine<br>300 Renaissance Center, P.O. Box 300<br>Detroit, MI 48265 | Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave, Mail Stop 15<br>Detroit, MI 48226 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 | Jefferies & Company, Inc.,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 | JP Morgan Chase Bank, N.A.<br>Clifford Trapani, and Khuyen Ta<br>1111 Fannin, 10th Floor<br>Houston, TX 77002 |
| JP Morgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker,<br>Gianni Russello and Vilma Francis<br>270 Park Avenue<br>New York, NY 10017 | Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd, Suite 1<br>Los Angeles, CA 90066 | Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY 10022 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St, 13th Floor<br>Chicago, IL 60601 | Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA 90071 | O'Melveny & Meyer LLP<br>Tom A. Jerman, and Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen, and Ralph L. Landy<br>1200 K Street, N.W., Suite 340<br>Washington, DC 20005 |
| Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY 10103 | Rothchild, Inc.<br>David L. Resnick<br>1251 Avenue of Americas<br>New York, NY 10020 | Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 |

Seyfarth Shaw LLP
Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801

Shearman & Sterlilng LLP
Douglas Bartner, and Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, and William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Skadden, Arps, Slate, Meagher &: Flom
John Wm. Butler, John K. Lyons, and Ron E. Meisler
333 W. Wacher Dr., Suite 2100
Chicago, IL  60606

Skadden, Arps, Slate, Meagher &: Flom
Kayalyn A. Marafioti, and Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY  10036

Stevens & Lee, P.C.
C. Salomon, and C. Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY  10119

United States Trustee
Alicia M. Leonard, and Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY  10004

Ajamie LLP
Thomas A. Ajamine
711 Louisiana, Suite 2150
Houston, TX  77002

Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

Ajamie LLP
Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY  10019

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg
W. Barrett and K. Robinson
333 West Wacker Drive, Suite 2700
Chicago, IL  60606

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue, 26th Floor
New York, NY  10167

Amall Golden Gregory LLP
Darryl S. Laddin, and Heath J. Vicente
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031

Bernstein Litowitz Berger & Grossman
John P. Coffey, Hannah E. Greenwald and Mark D. Debrowski
1285 Avenue of the Americas
New York, NY  10019

Barnes & Thomburg LLP
Michael K. McCrory, Wendy D. Brewer, and Alan K. Mills
11 S. Meridian Street
Indianapolis, IN  46204

Barnes & Thormburg LLP
John T. Gregg, and Patrick E. Mears
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones, and Austin L. McMullen
1600 Divisiion Street, Suite 700
PO Box 34005
Nashville, TN  37203

Bialson, Bergen & Schwab
Kenneth T. Law, Esq, Lawrence M. Schwab, Esq., and Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN  46204

Carter Ledyard & Milbum LLP
Aaron R. Cahn
2 Wall Street
New York, NY  10005

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street, Suite 3100
Birmingham, AL  35203

Cahill Gordon & Reindel LLP
Jonathan Greenberg, and Robert Usadi
80 Pine Street
New York, NY  10005

Cohn Bimbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT  06103

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York, NY  10006

Cohen, Weiss & Simon, LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY  10036

Curtin & Heefner, LLP
Robert Szwajkos, and Daniel P. Mazo
250 N. Pennslyvania Avenue
Morrisville, PA  19067

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton, Bill Raine, and Seth Lax
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield, MI  48086

Curtis Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thaw, Steven J. Reisman,, David S. Karp
101 Park Avenue
New York, NY  10178-0061

Damon & Morey LLP
William F. Savino
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202-4096

Drinker Biddle & Reath LLP
Andrew C. Kassner, and David B. Aaronson
18th and Cherry Streets
Philadelphia, PA  19103

DiConza Law, P.C.
Gerard DiConza, Esq.
630 Third Avenue, 7th Floor
New York, NY  10017

DLA Piper Rudrick Gray Cary US LLP
R. Kreman, and M. Chavez-Ruark
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600

Fox Rothschild LLP
Michael J. Viscount, Jr.
1301 Atlantic Avenue
Boston, MA  02110-333

Duane Morris LLP
Margery N. Reed, and Wendy M. Simkulak
30 South 17th Street
Philadelphia, PA  19103-4196

Fagel Heber LLC
Gary E. Green, and Lauren Newman
55 East Monroe, 40th Floor
Chicago, IL  60603

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131

Fox Rothschild LLP
Fred Stevens
13 East 37th Street, Suite 800
New York, NY  10016

Gazes LLC
Eric Wainer, and Ian J. Gazes
32 Avenue of the Americas, Suite 1800
New York, NY  10013

Greensfelder, Hemker & Gale, P.C.
Cherie Macdonald, and J. Patrick Bradley
10 S. Broadway, Suite 200
St. Louis, MI  63102

Goulston & Storrs, P.C.
Peter D. Bilowz
400 Atlantic Avenue
Boston, MA  02110-333

Grant & Eisenhofer P.A.
Geoffrey C. Jarvis, and Sharan Nimul
1201 North Market Street, Suite 2100
Wilimgton DE  19801

Hewlett-Packard Company
Ann Marie Kennelly
3000 Hanover St., M/S 1050
Palo Alto, CA  94304

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY  10591

Halperin Battaglia Raicht, LLP
Alan D. Halperin, and Christopher J. Battaglia
555 Madison Avenue, 9th Floor
New York, NY  10022

Hodgson Russ LLP
Cheryl R. Storie
One M&T Plaza, Suite 2000
Buffalo, NY  14203

Hewlett-Packard Company
Kenneth F. Higman
2125 E. Katella Avenue, Suite 400
Anaheim, CA  92806

Hewlett-Packard Company
Sharon Petrosino, and Glen Dumont
420 Mountain Avenue
Murray Hill, NJ  07974

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
1700 Lincoln, Suite 4100
Denver, CO  80203

Hodgson Russ LLP
Stephen H. Gross, Esq.
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY  10019

Holland & Knight LLP
Peter A. Zisser
195 Broadway
New York, NY  10007

Kirkland & Ellis LLP
Geoffrey A. Richards
200 Ease Randolph Drive
Chicago, IL  60601

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
525 West Monroe Street
Chicago, IL  60661

Kieselstein Lawfirm PLLC
Steve Kieselstein
43 British American Boulevard
Latham, NY  12110

Lewis and Roca LLP
Rob Charles, Esq.
One South Church Street, Suite 700
Tucson, AZ  85701

Kirkpatrick & Lockhart Nicholson
Graham LLP
Edward M. Fox
599 Lexington Avenue
New York, NY  10022

Krugliak, Wilkins, Griffiths & Dougherty
Sam O. Simmerman
4775 Munson Street N.W.
PO Box 36963
Canton, OH  44735-6963

Linebarger Goggan Blair & Sampson, LLP
Diane W. Sanders
1949 South IH 35 (78741)
PO Box 17428
Austin, TX  78760-7428

Lewis and Roca LLP
Susan M. Freeman, Esq.
40 North Central Avenue, Suite 1900
Phoenix, AZ  85004-4429

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd
Milpitas, CA  95035-7417

Lord, Bissel & Brook
Timothy S. McFadden
Timothy W. Brink
115 South laSalle Street
Chicago, IL  60603

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX  75201

Leob & Leob LLP
William M. Hawkins
345 Park Avenue
New York, NY  10154

Lowenstein Sandler PC
Michael S. Etikin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY  10020

Lord, Bissel & Grook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue, 26th Floor
New York, NY  10022-4802

Lowenstein Sandler PC
Michael S. Etikin, Ira M. Levee, Kenneth A. Rosen, and Scott Cargill
65 Livingston Avenue
Roseland, NJ  07068

McDermott Will & Emery LLP
James M. Sullivan
50 Rockefeller Plaza
New York, NY  10020

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY  10167

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
1350 Broadwway, Suite 501
New York, NY  10018

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq., Scott N. Opincar, Esq., and Shawn M. Riley, Esq.
600 Superior Avenue, E., Suite 2100
Cleveland, OH  44114

McElroy, Deutsch, Mulvaney & Carpenter
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079

Miller, Canfield, Paddock and Stone
Timothy A. Fusco
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226

MI Department of Labor and Economic Growth, Worker's Compensation Agency
Dennis J. Ratemink, Michael Cox
PO Box 30736
Lansing, MI  48909-7717

Miller Johnson
Thomas P. Sarb, and Robert D. Wolford
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI  49501-0306

Morgan, Lewis & Bockius LLP
William C. Heuer, Esq.
101 Park Avenue
New York, NY  10178-0060

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
Lisle, IL  60532

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los Angeles, CA  90017

National City Commercial Capitol
Lisa M. Moore
995 Dalton Avenue
Cincinnati, OH  45203

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, NY  10022

Munsch Hardt Kopf & Harr, P.C.
R. Urbanik, J. Wielebinski, D. Rukavina
4000 Fountain Place
1445 Ross avenue
Dallas, TX  75202-2790

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San Francisco, CA  94105

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth, Jeffrey J. Angelovich, and Susan Whatley
205 Linda Drive
Daingerfield, TX  75638

Norris, McLaughlin & Marcus
Elizabeth L. Abdeimasieh, Esq.
721 Route 202-206
Somerville, NJ  08876

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
30 Jelliff Lane
Southport, CT  06890

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New York, NY  10103

Pension Benefit Guaranty Corporation
Ralph L. Landy
1200 K. Street, N.W.
Washington, DC  20005-4026

Porzio, Bromberg & Newman, P.C.
Brett S. Moore and John S. Mario
100 Southgate Parkway
PO Box 1997
Morristown, NJ  07960

| | | |
|---|---|---|
| Pepper Hamilton LLP<br>Francis J. Lawall, and Anne Marie Aaronson<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Philips Nizer LLP<br>Sandra A. Riemer, Esq<br>666 Fifth Avenue<br>New York, NY 10103 | Quadrangle Group LLC<br>Patrick Bartels<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| QAD, Inc.<br>Jason Pickering, Esq.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 | Quadrangle Debt Recovery Advisors LLC<br>Andres Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 4th Ave., Suite 4500<br>Seattle, WA 98154-1195 |
| Quarles & Brady Streich Lang LLP<br>John A. Harris, and Scott R. Goldberg<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Republic Engineered Products, Inc.<br>Joseph Lapinsky<br>3770 Embassy Parkway<br>Akron, OH 44333 | Seyfarth Shaw LLP<br>Paul M. Baisier, Esq.<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA 30309-2401 |
| Russell Reynolds Associates, Inc.<br>Charles E. Boulbol, P.C.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Schiffrin & Barroway, LLP<br>Michael Yamoff, and Seam M. Handler<br>280 King of Prussia Road<br>Radnor, PA 19087 | Sills, Cummins Epstein & Gross, P.C.<br>Andres H. Sherman<br>Jack M. Zackin<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk, Esq.<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 | Shipman & Goodwin LLP<br>Jennifer L. Adamy<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Sony Electronics Inc.<br>Lloyd B. Sarakin – Chief Counsel<br>1 Sony Drive, MD #1 E-4<br>Park Ridge, NJ 07656 |
| Simpson Thacher & Barlett LLP<br>Kenneth S. Ziman, Esq., William T. Russell, Jr., Esq.<br>425 Lexington<br>New York, NY 10017 | Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>PO Box 410<br>Wilmington, DE 19899 | Stinson Morrison Hecker LLP<br>Mark A. Shaiken<br>1201 Walnut Street<br>Kansas City, MI 64106 |
| Spector & Ehrenworth, P.C.<br>Brian D. Spector, Esq.<br>30 Columbia Turnpike<br>Florham Park, NJ 07102 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Swidler Berlin LLP<br>J Guy, R Wyron, M Cheney, R Steinwurtzel, and R Frankel<br>The Washington Harbour<br>3000 K. Street, N.W. Suite 300<br>Washington, DC, 20007 |
| Stites & Harbison PLLC<br>Madison L. Cashman, Robert C. Goodrich, Jr.<br>424 Church Street, Suite 1800<br>Nashville, TN 37219 | Stites & Harbison, PLLC<br>W. Robinson Beard, Esq.<br>400 West Market Street<br>Louisville, KY 40202 | Todd & Levi, LLP<br>Jill Levi, Esq.<br>444 Madison Avenue, Suite 1202<br>New York, NY 10022 |
| Taft, Stettinius & Hollister LLP<br>Richard L. Ferrell<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957 | Thompson & Knight<br>Rhett G. Cambell<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | Vorys, Sater, Seymour and Pease LLP<br>Robert j. Sidman, Esq.<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216-1008 |
| Grant & Eisenhofer P.A.<br>Jay W. Eisenhofer<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO<br>David Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA 15222 | Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075 |

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
Robert J. Wellhoeller, Esq.
511 Union Street, Suite 2700
Nashville, TN  37219

Warner Norcross & Judd LLP
Gordon J. Toering
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Zeichner Ellman & Krause LLP
Stuart Krause, and Peter Janovsky
575 Lexington Avenue
New York, NY  10022

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq., Martin J.
Bienenstock, Esq., Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY  10153

Wilmington Trust Company
Steven M. Cimalore, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Brown Rudnick Berlack Isreals LLP
Robert J. Stark
Seven Times Square
New York, NY  10036

Flextronics International
Carrie L. Schiff
Terry Zale
6328 Monarch Park Place
Niwot, CO  80503

Kramer Levin Naftalis & Frnkel
Gordon Z. Novod
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY  10036

Law Debenture Trust of New York
Patrick J. Healy
Daniel R. Fisher
767 Third Ave, 31st Floor
New York, NY  10017

McDermott Will & Emery LLP
David D. Cleary
Mohsin N. Khambati
227 Wet Monroe Street
Chicago, IL  60606

McTigue Law Firm
J. Brian McTigue
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite .350
Washington, DC  20015

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY  10281

Spencer Fane Britt & Browne LLP
Daniel D. Doyle, Nicholas Franke
1 North Brentwood Blvd., Tenth Floor
St. Louis, MO  63105

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farmington Hills, MI  48331

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park East, Suite 2400
Los Angeles, CA  90067

Allen Matkins Leck Gamble & Mallory
Michael S. Greger
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY  42701

Andrews Kruth LLP
Monica S. Blacker
1717 Main Street, Suite 3700
Dallas, TX  75201

Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
Mark T. Flewelling
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101-2459

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Blank Rome LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Bodman LLP
Ralph E. McDowell
100 Renaissance Center, 34th Floor
Detroit, MI  48243

Bolhouse, Vander Hulst, Risko & Baar
David S. Lefere
3996 Chicago Drive SW
Grandville, MI  49418

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

Coolidge, Wall, Womsley & Lombard Co.
Ronald S. Pretekin, Steven M. Wachstein
& Sylvie J. Derrien
33 West First Street, Suite 600
Dayton, OH  45402

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766

Daniels & Kaplan, P.C.
Jay Selanders
2405 Grand Boulevard, Suite 900
Kansas City, MO  64108-2519

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Electronic Data Systems Corporation
Ayala Hassell
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024

Finkel Goldstein Rosenbloom & Nash
Ted J. Donovan
26 Broadway, Suite 711
New York, NY  10004

| | | |
|---|---|---|
| Frank D. Jones<br>158 New York Circle Cr.<br>Whitesburg, KY  41858-9122 | Gibbons, Del Deo, Dolan,<br>Griffinger & Vecchione<br>David N. Crapo<br>One Riverfront Plaza<br>Newark, NJ  07102-5497 | Graydon Head & Ritchey<br>J. Michael Debbler & Susan M. Argo<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH  45202 |
| Guaranty Bank<br>Herb Reiner<br>8333 Douglas Avenue<br>Dallas, TX  75225 | Harris D. Leinwand<br>350 Fifth Avenue, Suite 2418<br>New York, NY  10118 | Herrick, Feinstein LLP<br>Paul Rubin<br>2 Park Avenue<br>New York, NY  10016 |
| Hiscock & Barclay, LLP<br>J. Eric Charlton<br>300 South Salina Street<br>PO Box 4878<br>Syracuse, NY  13221-4878 | Hogan & Hartson, L.L.P.<br>Scott A. Golden<br>875 Third Avenue<br>New York, NY  10022 | Hunter & Schank Co. LPA<br>Thomas J. Schank & John J. Hunter<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH  43624 |
| Hunton & Willliams LLP<br>Michael Massad, Jr. & Steven Holmes<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX  75201 | Infineon Technologies<br>North America Corporation<br>Greg Bibbes - M/S 11305<br>1730 North First Street<br>San Jose, CA  95112 | Infineon Technologies<br>North America Corporation<br>Jeff Gillespie<br>2529 Commerce Drive, Suite H<br>Kokomo, IN  46902 |
| Jaffe, Raitt, Heuer & Weiss, P.C.<br>Paige E. Barr<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034 | Kegler, Brown, Hill & Ritter Co., LPA<br>Kenneth R. Cookson<br>65 East State Street, Suite 1800<br>Columbus, OH  43215 | Kelly Drye & Warren,<br>Mark I. Bane & Mark R. Somerstein<br>101 Park Avenue<br>New York, NY  10178 |
| Kennedy, Jennick & Murray<br>Thomas Kennedy, Susan M. Jennik &<br>Larry Magarik<br>113 university Place 7th Floor<br>New York, NY  10003 | King & Spalding, LLP<br>George South, III & Alexandra Feldman<br>1185 Avenue of the Americas<br>New York, NY  10036 | King & Spalding, LLP<br>James A. Pardo, Jr.<br>191 Peachtree Street, Suite 4900<br>Atlanta, GA  30303-1763 |
| Kutchin & Rufo, P.C.<br>Edward D. Kutchin<br>Kerry R. Northrup<br>1555 Federal Street, 17th Floor<br>Boston, MA  02110-1727 | Lambert, Leser, Isackson, Cook and<br>Guinta,   Susan M. Cook<br>309 Davidson Building<br>PO Box 935<br>Bay City, MI  48707-0835 | McGuirewoods LLP<br>Elizabeth L. Gunn<br>One James Center<br>901 East Cary Street<br>Richmond, VA  23219-4030 |
| Mintz, Levin, Cohn, Ferris<br>Glovsky and Pepco, P.C.<br>Michael L. Schein<br>666 Third Avenue<br>New York, NY  10017 | Mitsubishi Electric & Electronics USA<br>John E. Cipriano<br>500 Corporate Woods Parkway<br>Vernon Hills, IL  60061 | Morris, Nichols, Arsht and Tunnell<br>Robert J. Dehney & Michael G. Busenkell<br>PO Box 1347<br>Wilmington DE  19899-1347 |
| Nelson Mullins Riley & Scarborough<br>George B. Cauthen<br>1320 Main Street, 17th Floor<br>PO Box 11070<br>Columbia, SC  29201 | Noma Company and General Chemical<br>Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippanny, NJ  07054 | Otterbourg, Steindler, Houston & Rosen<br>Scott L. Hazan & Melissa Hager<br>230 Park Avenue<br>New York, NY  10169 |
| Paul, Weiss, Rifkind, Wharton & Garrison<br>Stephen J. Shimshak, Curtis J. Weidler &<br>Douglas R. Davis<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Pepper, Hamilton LLP<br>Henry Jaffe<br>1313 Two Logan Square<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Pierce Atwood LLP<br>Jacob Manheimer & Keith Cunningham<br>One Monument Square<br>Portland, ME  04101 |

| | | |
|---|---|---|
| Pitney Hardin LLP<br>Ronald S. Beacher<br>7 Times Square<br>New York, NY  10036 | Pryor & Mandelup, LLP<br>A. Scott Mandelup & Kenneth Reynolds<br>675 Old Country Road<br>Westbury, NY  11590 | Reed Smith<br>Elena Lazarou<br>599 Lexington Avenue<br>29th Street<br>New York, NY  10022 |
| Riemer &: Braunstein LLP<br>Mark S. Scott<br>Three Center Plaza<br>Boston, MA  02108 | Ropers, Majeski, Kohn & Bentley<br>Christopher Norgarrd<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA  90071 | Sachnoff & Weaver, Ltd.<br>Charles S. Schulman, Arlene N. Gelman<br>10 South Wacher Drive, 40th Floor<br>Chicago, IL  60606 |
| Schiff Hardin LLP<br>William I. Kohn<br>6600 Sears Tower<br>Chicago, IL  60066 | Schiff Hardin LLP<br>Michael Yetnikoff<br>623 Fifth Avenue, 28th Floor<br>New York, NY  10022 | Schulte Roth & Sabel LLP<br>Michael L. Cook & James T. Bentley<br>919 Third Avenue<br>New York, NY  10022 |
| Smith, Gambrell & Russell, LLP<br>Barbara Ellis-Monro<br>1230 Peachtree Street, N.E., Suite 3100<br>Atlanta, GA  30309 | Sotiroff & Abamczyk, P.C.<br>Robert M. Goldi<br>30400 Telegraph Road, Suite 444<br>Bingham Farms, MI  48025 | Steel Technologies, Inc.<br>John M. Baumann<br>15415 Shelbyville Road<br>Louisville, KY  40245 |
| Stein, Rudser, Cohen & Magid LLP<br>Robert F. Kidd<br>825 Washington Street, Suite 200<br>Oakland, CA  94607 | Steinberg Shapiro & Clark<br>Mark H. Shapiro<br>24901 Northwestern Highway, Suite 611<br>Southfield, MI  48075 | Sterns & Weinroth, P.C.<br>Jeffrey S. Posta<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ  08607-1298 |
| Thacher Proffitt & Wood LLP<br>Jonathan D. Forstot & Louis A. Curcio<br>Two World Financial Center<br>New York, NY  10281 | The Timpken Corporation BIC – 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH  44706 | Thelen Reid & Preist LLP<br>David A. Lowenthal<br>875 Third Avenue<br>New York, NY  10022 |
| Thompson & Knight LLP<br>John S. Brannon<br>1700 Pacific Avenue, Suite 300<br>Dallas, TX  75201 | Thurman & Phillips, P.C.<br>Ed Phillips, Jr.<br>8000 IH 10 West, Suite 1000<br>San Antonio, TX  78230 | Tyler, Cooper & Alcorn, LLP<br>W. Joe Wilson<br>City Place , 35th Floor<br>Hartford, CT  06103-3488 |
| Underberg & Kessler, LLP<br>Helen Zamboni<br>3000 Bausch & Lomb Place<br>Rochester, NY  14604 | Wachtell, Lipton, Rosen & Katz<br>Richard G. Mason & Emil A. Kleinhaus<br>51 West 52nd Street<br>New York, NY  10019-6150 | Whyte, Hirschboeck Dudek S.C.<br>Bruce G. Arnold<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI  53202-4894 |
| Winstead Sechrest & Minick P.C.<br>Berry D. Spears<br>401 Congress Avenue, Suite 2100<br>Austin, TX  78701 | Winstead Sechrest & Minick P.C.<br>R. Michael Farquhar<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Winthrop Couchot Professional Corp.<br>Marc J. Winthrop & Sean A. O'Keefe<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, VA  92660 |

DETROIT.1964087.1