Ben T. Caughey (BC 6332)
ICE MILLER
One American Square, Box 82001
Indianapolis Indiana 46282-0200
(317) 236-2100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                            :      Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       :      Case No.: 05-44481 (RDD)
                                                  :      Jointly Administered
                                                  :
                        Debtors.                  :
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears in the above-captioned case on behalf of Sumco, Inc. ("Sumco") and Handy & Harman Electronic Materials Corporation ("Handy & Harman"), creditors and parties in interest in the above-referenced Chapter 11 cases. Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9010(b) (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") the undersigned counsel hereby, request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the below at the following address:

>   Ben T. Caughey
>   Ice Miller
>   One American Square, Box 82001
>   Indianapolis, Indiana 46282-0200
>   Telephone: (317) 236-2100
>   Facsimile: (317) 236-2219
>   E-mail: Ben.Caughey@icemiller.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes,

without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Sumco's or Handy & Harman's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawal by the United States District Court in any matter subject to mandatory or discretionary withdrawal; (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Sumco or Handy & Harman are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  November 30, 2005

                                        ICE MILLER

                                        By:/s/ Ben T. Caughey
                                            Ben T. Caughey
                                            One American Square, Box 82001
                                            Indianapolis Indiana 46282-0200
                                            Telephone:  (317) 236-2493
                                            Ben.Caughey@icemiller.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on the following parties via electronic mail and/or U.S. mail, first class postage prepaid, on the 30th day of November, 2005:

John William Butler, Jr.
SKADDEN ARPS SLATE
MEAGHER & FLOM
Counsel for the Debtors
333 West Wacker Drive
Chicago, IL 60606-1285

Thomas J. Matz
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
Counsel for the Debtors
Four Times Square
New York, NY 10036-6522

Robert J. Rosenberg
Counsel to Creditors' Committee
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

Kayalyn A. Marafioti
SKADDEN ARPS SLATE
MEAGHER & FLOM LLP
Counsel for the Debtors
Four Times Square
New York, NY 10036

Deirdre A. Martini
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004-2111

/s/ Ben T. Caughey
Ben T. Caughey

ICE MILLER
One American Square
Box 82001
Indianapolis, Indiana 46282-0200
(317) 236-2100

INDY 1644439v1