SILVER POINT CAPITAL, L.P.
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Telephone: (203) 542-4000
Fax: (203) 542-4100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | : Case No. 05-44481 |
| DELPHI CORPORATION, et al., | : |
| | : Chapter 11 |
| Debtors. | : Jointly Administered |
| | : |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

      **PLEASE TAKE NOTICE** that Silver Point Capital, L.P., hereby appears as a

creditor in the above-captioned Chapter 11 cases and requests, pursuant to Sections 342 and

1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the Bankruptcy

Rules, that copies of all notices and pleadings given or filed in this case be given and served

upon the following person at the address, telephone and facsimile numbers or electronic mail

address indicated below:

        Silver Point Capital, L.P.
        Two Greenwich Plaza, 1st Floor
        Greenwich, CT 06830
        Attention:     Chaim J. Fortgang
        Telephone:   (203) 542-4216
        Fax:          (203) 542-4100
        Email:        cfortgang@silverpointcapital.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code sections and Bankruptcy Rules specified above, but additionally includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced cases and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval thereof and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that request is also made that the above be added to the Official Service List for notices of all contested matters, adversary proceedings and other proceedings in these Chapter 11 cases.

Dated: New York, New York
       November 30, 2005

SILVER POINT CAPITAL, L.P.

By:    /s/ Chaim J. Fortgang
       Chaim J. Fortgang