05-44481-rdd    Doc 1366    Filed 12/01/05    Entered 12/01/05 13:52:58    Main Document
Pg 1 of 1

Vincent A. D'Agostino (VAD 0120)
Scott Cargill (SC 4827)
**LOWENSTEIN SANDLER PC**
Attorneys At Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for AT&T Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE:<br><br>Delphi Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF AT&T CORP.'S OBJECTION TO DEBTORS' MOTION FOR AN ORDER PURSUANT TO SECTION 366(b) OF THE BANKRUPTCY CODE DEEMING UTILITIES ADEQUATELY ASSURED OF FUTURE PERFORMANCE

AT&T Corp. ("AT&T"), by and through its counsel, Lowenstein Sandler PC, hereby withdraws its Objection to Debtors' Motion for an Order Pursuant to Section 366(b) of the Bankruptcy Code Deeming Utilities Adequately Assured of Future Performance ( Docket No. 572) filed October 24, 2005.

Dated: December 1, 2005         Respectfully submitted,

/s/ Vincent A. D'Agostino
By: Vincent A. D'Agostino, Esq.
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068-1791
*Counsel for AT&T Corp..*

12459/350
12/01/05  1817131.01