PITNEY HARDIN LLP
(MAIL TO)  P.O. BOX 1945, MORRISTOWN, NJ  07962-1945
(DELIVERY TO) 200 CAMPUS DRIVE, FLORHAM PARK, NJ 07932-0950
(973) 966-6300
RICHARD M. METH, ESQ. (R.M. - 7791)(*pro hac vice* application filed)

- and -

7 Times Square
New York, NY 10036-7311
(212) 297-5800
ATTORNEYS FOR MARSHALL E. CAMPBELL COMPANY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> DELPHI CORPORATION, *et al*., <br><br> Debtors. | Chapter 11 <br><br> Case No. 05-44481 (RDD) <br><br> (Jointly Administered) |

**CERTIFICATION OF SERVICE REGARDING NOTICE OF**
**APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

MARCIA L. STEEN, of full age, hereby certifies as follows:

1. I am a paralegal employed by the firm of Pitney Hardin LLP, with an office located at 200 Campus Drive, Florham Park, New Jersey, counsel for Marshall E. Campbell Company ("MECCO") in connection with the above-referenced matter.

2. On November 23, 2005, I electronically filed the Notice Of Appearance And Request For Notices And Service Of Papers on behalf of MECCO with the United States Bankruptcy Court for the Southern District of New York and thereafter caused same to be served upon all parties on the annexed service list as noted thereon.

2

I certify under penalty of perjury that the foregoing statements made by me are true and correct.

/s/ Marcia L. Steen
MARCIA L. STEEN

Dated: December 1, 2005
Florham Park, New Jersey

**Service List**

**Received Notice Electronically on 11/23/05**

David B. Aaronson david.aaronson@dbr.com,
Elizabeth Abdelmasieh eabdelmasieh@nmmlaw.com
Franklin C. Adams franklin.adams@bbklaw.com
Jason R. Adams jadams@torys.com,
Jennifer L. Adamy bankruptcy@goodwin.com,
William J. Barrett william.barrett@bfkpn.com,
David S. Barritt barritt@chapman.com,
Donald F. Baty dbaty@honigman.com,
Douglas P. Baumstein dbaumstein@whitecase.com,
Ronald Scott Beacher rbeacher@pitneyhardin.com
W. Robinson Beard jkirk@stites.com,
Howard S. Beltzer Stacy_Knobloch@NY_Whitecase.com
Jeffrey Bernstein jb@carpben.com, ssolazzo@carpben.com
Monica Susan Blacker monicablacker@akllp.com, gogimalik@andrewskurth.com
Charles E. Boulbol rtrack@msn.com,
Wendy D. Brewer wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com
Timothy W. Brink tbrink@lordbissell.com,
James L. Bromley maofiling@cgsh.com
Mark A. Broude mark.broude@lw.com
Deborah M. Buell maofiling@cgsh.com,
Kevin J. Burke kburke@cahill.com
John Wm. Butler jbutler@skadden.com
Aaron R. Cahn cahn@clm.com
Judy B. Calton jcalton@honigman.com,
Scott Cargill scargill@lowenstein.com, hpetersen@lowenstein.com
D. Christopher Carson ccarson@burr.com
Michelle Carter mcarter@kslaw.com,
Madison L. Cashman nashvillebankruptcyfilings@stites.com,
George B. Cauthen george.cauthen@nelsonmullins.com,
Eric J. Charlton echarlton@hiscockbarclay.com
Maria E. Chavez-Ruark maria.ruark@dlapiper.com,
richard.kremen@dlapiper.com
Tracy M. Clark clark@steinbergshapiro.com,
David D. Cleary dcleary@mwe.com,
Tiffany Strelow Cobb tscobb@vssp.com,
cdfricke@vssp.com;elcalhoun@vssp.com;eplitfin@vssp.com
Susan M. Cook smcook@lambertleser.com,
David N. Crapo dcrapo@gibbonslaw.com,
Michael G. Cruse mcruse@wnj.com,
Vincent D'Agostino vdagostino@lowenstein.com
Douglas R. Davis ddavis@paulweiss.com
Jeffry A. Davis jeffdavis@graycary.com,

James J. DeCristofaro james.decristofaro@lovells.com, karen.ostad@lovells.com
Robert Dehney rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;d
Gerard DiConza gdiconza@dlawpc.com
Maria J. DiConza diconzam@gtlaw.com
Karen Dine karen.dine@pillsburylaw.com,
J. Ted Donovan TDonovan@Finkgold.com;srshmulevitz@finkgold.com
Robert W. Dremluk rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shen
Robert L. Eisenbach reisenbach@cooley.com
Judith Elkin judith.elkin@haynesboone.com
Barbara Ellis-Monro bellis-monro@sgrlaw.com,
Alyssa Englund aenglund@orrick.com
Earle I. Erman eerman@ermanteicher.com,
Michael S. Etkin metkin@lowenstein.com, mseymour@lowenstein.com
Eugene I. Farber efarber747@aol.com,
Robert Michael Farquhar mfarquhar@winstead.com,
Bonnie Glantz Fatell fatell@blankrome.com, recchiuti@blankrome.com
Richard L. Ferrell Ferrell@taftlaw.com,
Charles J. Filardi cfilardi@pepehazard.com
Jonathan D. Forstot jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com
Edward M. Fox efox@klng.com
David H. Freedman dfreedman@ermanteicher.com,
Scott J. Friedman sjfriedman@jonesday.com,
sdignomirello@jonesday.com;mmharner@jonesday.com;dsciabarassi@jonesday.co
Timothy A. Fusco fusco@millercanfield.com,
Thomas M. Gaa tgaa@bbslaw.com, clee@bbslaw.com
James M. Garner jgarner@shergarner.com, jchocheles@@shergarner.com
Yann Geron nybkfilings@foxrothschild.com, ygeron@foxrothschild.com
Scott A. Golden sagolden@hhlaw.com, khseal@hhlaw.com
Robert C. Goodrich nashvillebankruptcyfilings@stites.com,
Warren R. Graham wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com
Gary E. Green ggreen@fagelhaber.com,
Jonathan S. Green greenj@millercanfield.com,
John T. Gregg jgregg@btlaw.com,
Stephen H. Gross sgross@hodgsonruss.com
Stephen B. Grow sgrow@wnj.com, kfrantz@wnj.com
Jonathan P. Guy jpguy@swidlaw.com,
Michael Leo Hall mhall@burr.com
Alan D. Halperin ahalperin@halperinlaw.net,
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdya
William J. Hanlon whanlon@seyfarth.com, bosuscourt@seyfarth.com
Kristopher M. Hansen insolvency2@stroock.com;docketing@stroock.com
Brian W. Harvey bharvey@goodwinprocter.com, bharvey@goodwinprocter.com
William M. Hawkins whawkins@loeb.com
Dion W. Hayes dhayes@mcguirewoods.com, egunn@mcguirewoods.com

4

William Heuer wheuer@morganlewis.com,
Jeannette Eisan Hinshaw jhinshaw@boselaw.com, pdidandeh@boselaw.com
Shannon E. Hoff shoff@burr.com
John J. Hunter jrhunter@hunterschank.com, sharonaldrich@hunterschank.com
Michael G. Insalaco minsalaco@zeklaw.com
Hilary Jewett hjewett@foley.com,
Roger G. Jones rjones@bccb.com,
Andrew C. Kassner andrew.kassner@dbr.com
Tracy L. Klestadt tklestadt@klestadt.com,
tklestadt@gmail.com;jross@klestadt.com
Hanan B. Kolko hkolko@msek.com
Alan M. Koschik akoschik@brouse.com,
Lawrence J. Kotler ljkotler@duanemorris.com,
Stuart A. Krause skrause@zeklaw.com
Duane Kumagai dkumagai@rutterhobbs.com,
Darryl S. Laddin bkrfilings@agg.com
Elena Lazarou elazarou@reedsmith.com,
elazarou@reedsmith.com,cwilliams@reedsmith.com
David S. Lefere davidl@bolhouselaw.com,
Harris Donald Leinwand hleinwand@aol.com, hleinwand@aol.com
David E. Lemke david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@waller
Joseph H. Lemkin jhlemkin@duanemorris.com, vmarchello@duanemorris.com
Ira M. Levee ilevee@lowenstein.com
Jill Levi jlevi@toddlevi.com, drosenberg@toddlevi.com
Jeffrey M. Levinson jml@ml-legal.com,
Kenneth M. Lewis klewis@rosenpc.com, rpc@rosenpc.com
Kim Martin Lewis brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com
Eric Lopez Schnabel schnabel@klettrooney.com,
A. Peter Lubitz plubitz@schiffhardin.com
Larry Magarik lmagarik@kjmlabor.com,
John S. Mairo jsmairo@pbnlaw.com
Jacob A. Manheimer jmanheimer@pierceatwood.com,
mpottle@pierceatwood.com
Kayalyn A. Marafioti kmarafio@skadden.com, jharring@skadden.com
Dorothy H. Marinis-Riggio demarinis@candklaw.com,
Ilan Markus imarkus@tylercooper.com,
Richard Gary Mason
rgmason@wlrk.com;eakleinhaus@wlrk.com;rcstrauss@wlrk.com
Thomas J. Matz tmatz@skadden.com
Daniel P. Mazo dpm@curtinheefner.com,
Michael K. McCrory michael.mccrory@btlaw.com, vance.donahue@btlaw.com
Ralph E. McDowell rmcdowell@bodmanllp.com,
Austin L. McMullen amcmulle@bccb.com,
Patrick E. Mears patrick.mears@btlaw.com
Derek F. Meek dmeek@burr.com

Barbara S Mehlsack bmehlsack@gkllaw.com,
Richard M. Meth msteen@pitneyhardin.com,
rmmnybankruptcy@pitneyhardin.com
Robert N. Michaelson rmichaelson@kl.com
Kathleen M. Miller kmm@skfdelaware.com, tlc@skfdelaware.com
Alan K. Mills amills@btlaw.com
Joseph Thomas Moldovan bankruptcy@morrisoncohen.com,
mdallago@morrisoncohen.com
James P. Moloy jmoloy@dannpecar.com,
Audrey E. Moog amoog@hhlaw.com,
Brian F. Moore bmoore@mccarter.com,
Alisa Mumola alisa@contrariancapital.com,
James P. Murphy murph@berrymoorman.com,
Bruce S. Nathan bnathan@lowenstein.com, clongstreth@lowenstein.com
Lauren Newman lnewman@fagelhaber.com,
Gordon Z. Novod gnovod@kramerlevin.com
Kasey C. Nye knye@quarles.com,
Martin P. Ochs martin@oglaw.net
Sean A. Okeefe sokeefe@winthropcouchot.com,
Ingrid S. Palermo ipalermo@hselaw.com
Anne M. Peterson apeterson@phillipslytle.com
Lowell Peterson lpeterson@msek.com
Ronald R. Peterson rpeterson@jenner.com, anicoll@jenner.com
Ed Phillips ephillips@thurman-phillips.com,
Alex Pirogovsky apirogovsky@uhlaw.com
Leslie A. Plaskon leslieplaskon@paulhastings.com,
Jeffrey S. Posta jposta@sternslaw.com,
Constantine Pourakis cp@stevenslee.com
Paul A. Rachmuth prachmuth@andersonkill.com, bfiling@andersonkill.com
Dennis Jay Raterink raterinkd@michigan.gov,
Steven J. Reisman sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cmp.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cmp.com;kparker@cm-p.com
Kenneth A. Reynolds kar@pryormandelup.com,
Geoffrey A. Richards grichards@kirkland.com,
Marc E. Richards mrichards@blankrome.com
Craig Philip Rieders crieders@gjb-law.com;gisabelle@gjb-law.com,
gisabelle@gjb-law.com;bamron@gjb-law.com
Sandra A. Riemer sriemer@phillipsnizer.com, mfay@phillipsnizer.com
Jean R. Robertson jrobertson@mcdonaldhopkins.com,
Scott D. Rosen srosen@cb-shea.com,
Paul M. Rosenblatt prosenblatt@kilpatrickstockton.com
Robert B. Rubin brubin@burr.com
Chester B. Salomon cs@stevenslee.com
Diane W. Sanders austin.bankruptcy@publicans.com,
Thomas P. Sarb ecfsarbt@millerjohnson.com

William F. Savino wsavino@damonmorey.com,
Thomas J. Schank tomschank@hunterschank.com,
tammymaus@hunterschank.com
Michael L. Schein mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com
Charles P. Schulman cschulman@sachnoff.com,
Bryan I. Schwartz bschwartz@lplegal.com,
Mark S. Scott mscott@riemerlaw.com,
Jay Selanders selanders@danielsandkaplan.com,
Mark A. Shaiken mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck
Andrea Sheehan sheehan@txschoollaw.com,
greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com
Andrew Howard Sherman asherman@sillscummis.com,
asherman@sillscummis.com
Joseph E. Shickich jshickich@riddellwilliams.com
Stephen J. Shimshak sshimshak@paulweiss.com, sshimshak@paulweiss.com
Wallace A. Showman was@showmanlaw.com,
Robert J. Sidman rjsidman@vssp.com,
bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com
Sam O. Simmerman sosimmerman@kwgd.com, mhelmick@kwgd.com
Thomas R. Slome mail@srsllp.com
Marc P. Solomon msolomon@burr.com
Brian D. Spector bspector@selawfirm.com, kdillon@selawfirm.com
Brent C. Strickland bstrickland@wtplaw.com,
James M. Sullivan jmsullivan@mwe.com
Robert Szwajkos rsz@curtinheefner.com,
Gordon J. Toering gtoering@wnj.com
Sheldon S. Toll lawtoll@comcast.net
Laura L. Torrado ltorrado@bear.com, msussman@bear.com
Raymond J. Urbanik rurbanik@munsch.com,
Robert Usadi rusadi@cahill.com,
Joseph J. Vitale jvitale@cwsny.com,
Michael D. Warner bankruptcy@warnerstevens.com
Robert K. Weiler rweiler@greenseifter.com, lellis@greenseifter.com
Elizabeth Weller dallas.bankruptcy@publicans.com
Robert A White rwhite@murthalaw.com,
Jeffrey C. Wisler jcw@cblhlaw.com,
Robert D. Wolford ecfwolfordr@mjsc.com,
Stephen L. Yonaty syonaty@hodgsonruss.com,
Helen A. Zamboni hzamboni@underbergkessler.com,
Peter Alan Zisser nyc-bkcyecf@hklaw.com

**Served Via Regular Mail On 12/01/05:**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:   John Wm. Butler, Jr., Esq.
          John K. Lyons, Esq.
          Ron E. Meisler, Esq.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Attn:   Kayalyn A. Marafioti, Esq.
          Thomas J. Matz , Esq.

OFFICE OF THE UNITED STATES TRUSTEE
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn:   Alicia M. Leonhard, Esq.

KURTZMAN CARSON CONSULTANTS LLC
12910 Culver Blvd. , Suite I
Los Angeles, CA 90066

LATHAM & WATKINS
885 Third Avenue
New York, NY 10022-4802
Attn:   Robert J. Rosenbherg, Esq.
          Mark A. Broude, Esq.

WARNER STEVENS, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
Attn:  Michael D. Warner, Esq.