SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :
    In re                                 :        Chapter 11
                                                   :
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
                                                   :
                        Debtors.   :        (Jointly Administered)
                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL EXHIBIT TO FINAL ORDER UNDER 11 U.S.C. §§ 105, 366, 503, AND 507 (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES ON ACCOUNT OF PREPETITION INVOICES AND (II) ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE

Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this supplemental exhibit, attached hereto as Exhibit 1(a), to the Final Order Under 11 U.S.C. §§ 105, 366, 503, and 507 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices And (II) Establishing Procedures For Determining Requests For Additional Assurance, entered on October 28, 2005 (Docket No. 760) (the "Utilities Order").

Supplemental Exhibit

1. In accordance with paragraph 11 of the Utilities Order, attached hereto as Exhibit 1(a) is a supplement to Exhibit 1 of such Utilities Order, listing certain utility companies, identified by the Debtors subsequent to the entry of the Utilities Order, that provide to the Debtors natural gas, water, electric, telephone, fuel, sewer, cable, telecommunications, Internet, paging, cellular phone, and other similar services (the "Utility Companies"). In accordance with paragraph 9 of the Utilities Order, the Utility Companies listed on Exhibit 1(a) shall be served with a copy of the Utilities Order and be afforded 25 days from the date of service to make a request for adequate assurance, if any, from the Debtors. The Utilities Order shall be deemed to apply to the Utility Companies from the date of such service, subject to a later order of this Court on a Determination Motion, if any, as such term is defined in the Utilities Order.

Dated: New York, New York
December 1, 2005

                    SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                    By: s/ John Wm. Butler, Jr.
                        John Wm. Butler, Jr. (JB 4711)
                        John K. Lyons (JL 4951)
                        Ron E. Meisler (RM 3026)
                    333 West Wacker Drive, Suite 2100
                    Chicago, Illinois  60606
                    (312) 407-0700

                        - and -

                    By: s/ Kayalyn A. Marafioti
                        Kayalyn A. Marafioti (KM 9632)
                        Thomas J. Matz (TM 5986)
                    Four Times Square
                    New York, New York 10036
                    (212) 735-3000

                    Attorneys for Delphi Corporation, et al.,
                        Debtors and Debtors-in-Possession

EXHIBIT 1(a)

Supplemental List of Utility Companies

Exhibit 1(a)

| Utility Provider | Account Number | Utility |
|---|---|---|
| American Electric Power<br>PO BOX 24421<br>CANTON, OH 447014421 | 049-822-857-1 | Electricity |
| American Electric Power<br>PO BOX 24421<br>CANTON, OH 447014421 | 046-778-556-1 | Electricity |
| American Electric Power<br>PO BOX 24421<br>CANTON, OH 447014421 | 957-421-013-1 | Electricity |
| American Electric Power<br>PO BOX 24421<br>CANTON, OH 447014421 | 951-849-672-1 | Electricity |
| American Electric Power<br>PO BOX 24421<br>CANTON, OH 447014421 | 107-206-603-1 | Electricity |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000028439697 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000028963076 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000028963077 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000028963078 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000029029600 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000029461092 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000029632052 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000030042944 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000030337881 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000030722421 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000031034291 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000031379687 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000031776533 | Maint., Network Services |
| AT&T<br>30500 Van Dyke Avenue<br>Suite 610<br>WARREN, MI 48093 | 9000032133269 | Maint., Network Services |

Exhibit 1(a)

| Utility Provider | Account Number | Utility |
|---|---|---|
| Bell South<br>P.O. Box 105503<br>Atlanta, GA 30348-5503 | 931-490-4000-001-0478 | Phone Service |
| Cingular Wireless<br>PO Box 8229<br>Aurora, IL 60572-8229 | 0031555347 | Phone Service |
| Cingular Wireless<br>PO Box 79075<br>Phoenix, AZ 85062-9075 | 868-77794022 | Phone Service |
| Dominion East Ohio<br>PO BOX 26785<br>RICHMOND, VA 232616785 | 1500003151112 | Natural Gas |
| Dominion East Ohio<br>PO BOX 26785<br>RICHMOND, VA 232616785 | 6500009178187 | Natural Gas |
| Dominion East Ohio<br>Pontiac, MI 48202 | 001-80162 | Brokered Gas |
| Dominion East Ohio<br>Pontiac, MI 48202 | 004-89448 | Brokered Gas |
| Dominion East Ohio<br>Pontiac, MI 48202 | 004-85461 | Brokered Gas |
| Dominion East Ohio<br>Pontiac, MI 48202 | 000-81449 | Brokered Gas |
| Dominion East Ohio<br>Pontiac, MI 48202 | 004-85459 | Brokered Gas |
| Entergy (MS Power & Light)<br>PO BOX 61825<br>NEW ORLEANS, LA 701611825 | 1646-4919 | Electricity |
| Entergy (MS Power & Light)<br>PO BOX 61825<br>NEW ORLEANS, LA 701611825 | 1724-3528 | Electricity |
| MCI<br>PO Box 96022<br>Charlotte, NC 28296-0022 | 6000032025 | Phone Service |
| MCI<br>PO Box 371392<br>Pittsburgh, PA 15250-7392 | Y2100861 | Phone Service |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 84-320-11-004700-17 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 17-320-01-006800-13 | Natural Gas |

Exhibit 1(a)

| Utility Provider | Account Number | Utility |
|---|---|---|
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 17-320-01-007000-19 | Natural Gas |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 54-320-13-024100-12 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 54-320-13-023600-19 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 84-320-11-005800-13 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 84-320-11-004800-16 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 17-320-01-006850-12 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 17-320-01-007100-26 | Electricity |
| New York State Elec & Gas<br>PO BOX 5550<br>ITHACA, NY 148525550 | 17-320-01-006855-17 | Electricity |
| Niagara Mohawk<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13252 | 48999-53107 | Electricity |
| Niagara Mohawk<br>300 ERIE BLVD WEST<br>SYRACUSE, NY 13252 | 85901-05121 | Electricity |
| PSE&G<br>PO BOX 14101<br>NEW BRUNSWICK, NJ 089064101 | 62-006-991-78 | Natural Gas |
| PSE&G<br>PO BOX 14101<br>NEW BRUNSWICK, NJ 089064101 | 62-095-988-38 | Electricity |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366021 | Electricity |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366015 | Brokered Gas |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366022 | Electricity |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366017 | Brokered Gas |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366012 | Electricity |
| Rochester Gas & Electric Corporation<br>PO BOX 5000<br>ITHACA, NY 148525000 | 1366014 | Natural Gas |
| SBC<br>Payment Center<br>Sacramento, CA 95887-0001 | 239-264-9258 | Phone Service |
| SBC<br>Payment Center<br>Sacramento, CA 95887-0001 | 960-756-8633 | Phone Service |

Exhibit 1(a)

| Utility Provider | Account Number | Utility |
|---|---|---|
| SBC Long Distance<br>PO Box 660688<br>Dallas, TX 75266-0688 | 122328 | Phone Service |
| SBC Long Distance<br>PO Box 660688<br>Dallas, TX 75266-0688 | 806398392 | Phone Service |
| Sprint Data Services<br>PO Box 930331<br>Atlanta, GA 31193-0331 | 13114905 | Phone Service |
| Sprint PCS<br>PO Box 79357<br>City of Industry, CA 91716-9357 | 0144947826-1 | Phone Service |
| Sprint PCS<br>PO Box 79125<br>City of Industry, CA 91716-9125 | 0070819637-9 | Phone Service |
| Sprint PCS<br>PO Box 79357<br>City of Industry, CA 91716-9357 | 0526943420-8 | Phone Service |
| Sprint PCS<br>PO Box 79255<br>City of Industry, CA 91716-9255 | 241381912 | Phone Service |
| Sprint PCS<br>PO Box 79255<br>City of Industry, CA 91716-9255 | 922773998 | Phone Service |
| Sprint PCS<br>PO Box 79357<br>City of Industry, CA 91716-9357 | 0063064768-2 | Phone Service |
| Verizon<br>PO Box 4001<br>Inglewood, CA 90313-4001 | 969873638-00004 | Phone Service |
| Verizon Wireless<br>PO Box 4001<br>Inglewood, CA 90313-4001 | 969873638-00003 | Phone Service |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 | 369919625-00101 | Phone Service |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 | 369919625-00102 | Phone Service |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 | 369919625-00104 | Phone Service |
| Verizon Wireless<br>PO Box 9622<br>Mission Hills, CA 91346-9622 | 770459909-00001 | Phone Service |
| Verizon Wireless Messaging<br>PO Box 15110<br>ALBANY, NY 12212-5110 | M7-112287 | Phone Service |