```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
        In re                               :     Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :     Case No. 05-44481 (RDD)
                                            :
                        Debtors.            :     (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

FINAL ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(a) AUTHORIZING
EMPLOYMENT AND RETENTION OF GROOM LAW GROUP CHARTERED
AS SPECIAL EMPLOYEE BENEFITS COUNSEL TO DEBTORS

("GROOM LAW GROUP RETENTION FINAL ORDER")

Upon the application, dated October 8, 2005 (the "Application"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for a final order (the "Final Order") under 11 U.S.C. §§ 327(e) and 1107(a) and Fed. R. Bankr. P. 2014 and 2016, authorizing the employment and retention of Groom Law Group Chartered ("Groom") as special employee benefits counsel to the Debtors; and upon the Affidavit Of Robert S. Miller, Jr. In Support Of Chapter 11 Petitions And First Day Orders, sworn to October 8, 2005, and upon the Affidavit of Lonie A. Hassel, sworn to October 5, 2005, and the Supplemental Affidavit of Lonie A. Hassel, sworn to on October 31, 2005, in support of the Application (together, the "Hassel Affidavits"); and this Court being satisfied with the representations made in the Application and the Hassel Affidavits that Groom does not represent or hold any interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which Groom is to be employed, and that Groom's employment is necessary and would be in the best interests of each of the Debtors' estates; and it appearing that proper and adequate notice has been given and that no other or further notice is

necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Application is GRANTED on a final basis.

2. The Debtors' employment of Groom as their special employee benefits counsel, pursuant to the Application, is approved under sections 327(e) and 1107(a) of the Bankruptcy Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the date of the Application.

3. Groom shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court. Without limiting the foregoing, Groom shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4. Any party-in-interest shall have the right to raise the issue of the application of Groom's prepetition retainer to postpetition fees and expenses incurred at any time.

5. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

3

6. The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.


Dated:   November 4, 2005
         New York, New York

                                                        /s/ Robert D. Drain
                                                        UNITED STATES BANKRUPTCY JUDGE