UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :

      In re                                    :        Chapter 11

                                                      :

DELPHI CORPORATION, <u>et al.</u>,        :        Case No. 05-44481 (RDD)

                                                      :

                        Debtors.       :        (Jointly Administered)

                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 365(d)(2) FIXING
DEADLINE FOR DEBTORS TO ASSUME OR REJECT
EXECUTORY CONTRACT WITH PILLARHOUSE (U.S.A.) INC.

Upon the motion, dated November 7, 2005 (the "Motion"), of Pillarhouse (U.S.A.) Inc. ("Pillarhouse") for an order under 11 U.S.C. § 365(d)(2) fixing a deadline for Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), to assume or reject an executory contract with Pillarhouse (the "Pillarhouse Contract"); and upon the Debtors' Omnibus Objection To Motions Seeking Deadline For Debtors To Assume Or Reject Executory Contracts, dated November 22, 2005; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor for the reasons stated by the Court in its bench ruling at the November 29, 2005 hearing on the Motion, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.        The Debtors shall determine whether to assume or reject the Pillarhouse Contract within 10 days after entry of this Order.

      2.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
December 1, 2005

      /s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE