UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
   In re                                 :       Chapter 11
                                        :
DELPHI CORPORATION, <u>et al.</u>,       :       Case No. 05-44481 (RDD)
                                        :
                     Debtors.     :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. § 365(d)(2) DENYING MOTION OF SENSUS PRECISION DIE
CASTING, INC. FOR ORDER DIRECTING DEBTORS TO DETERMINE WITHIN
<u>30 DAYS WHETHER TO ASSUME OR REJECT EXECUTORY CONTRACT</u>

        Upon the motion, dated November 11, 2005 (the "Motion"), of Sensus Precision Die Casting, Inc. ("Sensus") for an order under 11 U.S.C. § 365(d)(2) and Fed. R. Bankr. P. 6006 directing Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), to determine within 30 days whether to assume or reject their executory contract with Sensus; and upon the Debtors' Omnibus Objection To Motions Seeking Deadline For Debtors To Assume Or Reject Executory Contracts, dated November 22, 2005; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, Sensus having failed to establish sufficient cause for such relief, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.       The Motion is DENIED.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
December 1, 2005

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE