UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :
    In re                                   :          Chapter 11
                                                :
DELPHI CORPORATION, <u>et al.</u>,        :          Case No. 05-44481 (RDD)
                                                :
                    Debtors.     :          (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

<u>ORDER UNDER 11 U.S.C. § 365(d)(2) DENYING MOTION OF
RUSSELL REYNOLDS ASSOCIATES, INC. FOR ORDER FIXING
DEADLINE FOR DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACT</u>

       Upon the motion, dated November 9, 2005 (the "Motion"), of Russell Reynolds Associates, Inc. ("RRA") for an order under 11 U.S.C. § 365(d)(2) fixing deadline for Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), to assume or reject an executory contract with RRA; and upon the Debtors' Omnibus Objection To Motions Seeking Deadline For Debtors To Assume Or Reject Executory Contracts, dated November 22, 2005; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, RRA having failed to establish sufficient cause for such relief, it is hereby

       ORDERED, ADJUDGED, AND DECREED THAT:

       1.       The Motion is DENIED; <u>provided</u>, that RRA shall not be precluded from asserting a claim under 11 U.S.C. § 503(b) in these cases for the services that it is performing postpetition under the executory contract by the fact that it has not been retained under 11 U.S.C. § 327.

      2.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
December 1, 2005

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE