UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :
     In re                                 :        Chapter 11
                                       :
DELPHI CORPORATION, et al.,           :        Case No. 05-44481 (RDD)
                                       :
                         Debtors.      :        (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. § 365(d)(2) DENYING MOTION OF SOLECTRON
MANUFACTURA DE MEXICO, S. A. FOR ORDER FIXING DEADLINE FOR
DEBTORS TO ASSUME OR REJECT EXECUTORY CONTRACT

        Upon the motion, dated November 17, 2005 (the "Motion"), of Solectron Manufactura De Mexico S. A. ("Solectron") for an order under 11 U.S.C. § 365(d)(2) fixing a deadline for Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession (collectively, the "Debtors"), to assume or reject an executory contract with Solectron; and upon the Debtors' Omnibus Objection To Motions Seeking Deadline For Debtors To Assume Or Reject Executory Contracts, dated November 22, 2005; and upon the record of the hearing held on the Motion; and after due deliberation thereon; and for the reasons stated by the Court in its bench ruling, Solectron having failed to establish sufficient cause for such relief, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.       The Motion is DENIED.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
December 1, 2005

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE