David M. Grogan (DG 2784)
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina  28202
Telephone:  704-375-0057
Counsel for Wellman, Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

———————————————————————x
                                        :
In re                                   :   Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :   Case No. 05-44481 (RDD)
                                        :   (Jointly Administered)
            Debtors.                    :
                                        :
———————————————————————x

**APPLICATION BY DAVID M. GROGAN FOR ADMISSION *PRO HAC VICE***

David M. Grogan, pursuant to the provisions of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Southern District of New York, applies to the Court for admission *pro hac vice* to represent Wellman, Inc., in this case, and shows the Court as follows:

1. I am a partner in the firm of Shumaker, Loop & Kendrick, LLP, at its office in Charlotte, North Carolina. I am a member of the Bar of the State of North Carolina and have been licensed as a member of that Bar, and have continuously been in good standing, since my admission in 1993. I am admitted to practice before all the Courts of the State of North Carolina, the United States Bankruptcy and District Courts for the Western, Middle, and Eastern Districts of North Carolina, the Fourth Circuit Court of Appeals, and the Unites States Supreme Court.

2.  I agree that if this Application is granted and I am permitted to appear before this Court for the sole purpose of representing Wellman, Inc., in this case, I will continue to represent Wellman, Inc. in these proceedings, unless permitted to withdraw sooner by order of the Court, until the final determination thereof.  I further agree that, with reference to all matters incident to such proceedings, I shall be subject to the orders and amenable to the disciplinary action of the courts of New York and the New York State Bar in all respects as if I were a regularly admitted and licensed member of the Bar of New York in good standing.

3.  My contact information is as follows:

David M. Grogan
Shumaker, Loop & Kendrick, LLP
128 South Tryon Street, Suite 1800
Charlotte, North Carolina  28202
Telephone:  704-375-0057
Facsimile:  704-332-1197
Email:  dgrogan@slk-law.com

4.  I understand, upon information and belief, that the State of North Carolina grants like privileges to members of the Bar of New York that are in good standing.

Dated this 23rd day of November, 2005.

SHUMAKER, LOOP & KENDRICK, LLP

_____
David M. Grogan
N.C. Bar No. 19570
128 South Tryon Street, Suite 1800
Charlotte, North Carolina  28202
Telephone:  704-375-0057
Attorneys for Wellman, Inc.