**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
──────────────────────────────x
: 
In re                                            :   Chapter 11
                                                 :
DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                                                 :   (Jointly Administered)
           Debtors.                           :
                                                 :
──────────────────────────────x

### ORDER GRANTING APPLICATION BY DAVID M. GROGAN
### FOR ADMISSION *PRO HAC VICE*

On application of David M. Grogan for admission *pro hac vice* to represent Wellman Inc., in this case (the "Application"), and good cause appearing therefor, now therefore, it is hereby

**ORDERED** that the Application be and hereby is granted.

Dated this _____ day of _____, 2005.

───────────────────────────
Robert D. Drain
United States Bankruptcy Judge