```
David M. Grogan (DG 2784)              Hearing Date:
Shumaker, Loop & Kendrick, LLP          November 29, 2005
128 South Tryon Street, Suite 1800      10:00 a.m.
Charlotte, North Carolina  28202
Telephone:  704-375-0057
Counsel for Defendant
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
_____x
                                :
In re                           :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :   (Jointly Administered)
              Debtors.          :
                                :
_____x
```

**CERTIFICATE OF SERVICE**

       This is to certify that the Objection of Wellman Inc., to Debtors' Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements has been duly served by placing a true and correct copy thereof in envelopes and depositing the same with an overnight courier in Charlotte, North Carolina, with delivery charges prepaid, addressed to the following persons:

       John Wm. Butler, Jr.
       Skadden, Arps, Slate, Meagher & Flom LLP
       333 West Wacker Drive, Suite 2100
       Chicago, IL 60606

       General Counsel
       Delphi Corporation
       5725 Delphi Drive
       Troy, Michigan 48098

       Marlane Melican
       Davis Polk & Wardwell
       450 Lexington Avenue
       New York, NY 10017

       Kenneth S. Zimar
       Simpson Thacher & Bartlett LLP
       425 Lexington Avenue
       New York, NY 10017

Alicia M. Leonhard
Office of United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Dated this 23rd day of November, 2005.

_____
David M. Grogan