Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

    and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
(804) 749-8861

*Co-Counsel for American Electric Power; Dominion
East Ohio; New York State Electric and Gas Corporation;
Niagara Mohawk Power Corporation; Public Service
Electric and Gas Company; and Rochester Gas
& Electric Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY
COMPANIES TO MOTION FOR INTERIM AND FINAL ORDERS UNDER
11 U.S.C. §§ 105, 366, 503, AND 507 (I) PROHIBITING UTILITIES FROM
ALTERING, REFUSING, OR DISCONTINUING SERVICES ON ACCOUNT
OF PREPETITION INVOICES AND (II) ESTABLISHING PROCEDURES
<u>FOR DETERMINING REQUESTS FOR ADDITIONAL ASSURANCE</u>**

PLEASE TAKE NOTICE that American Electric Power, Dominion East Ohio, New

York State Electric and Gas Corporation, Niagara Mohawk Power Corporation, Public Service

Electric and Gas Company, and Rochester Gas & Electric Corporation (collectively, the

"Utilities"), by their undersigned counsel, hereby withdraw their Objection of Certain Utility Companies to Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 366, 503, and 507 (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices and (II) Establishing Procedures for Determining Requests for Additional Assurance (the "Objection"), which they filed in the above-captioned bankruptcy case on October 24, 2005, as the Debtors and each of the Utilities have reached a settlement with respect to all issues set forth in the Objection.

Dated:  Uniondale, New York
        December 2, 2005

ROSEN SLOME MARDER LLP

By: /s/ Jil Mazer-Marino
    Thomas R. Slome (TS-0957)
    Jil Mazer-Marino (JM-6470)

333 Earle Ovington Boulevard, Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, VA 23103
(804) 749-8861

*Co-Counsel for American Electric Power; Dominion East Ohio; New York State Electric and Gas Corporation; Niagara Mohawk Power Corporation; Public Service Electric and Gas Company; and Rochester Gas & Electric Corporation*

G:\johnson\american\delphi\lit\NoticeofWithdrawal.DOC

2