**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) **Case No. 05-44481 (RDD)** |
| | ) |
| | ) |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) |
| | ) |
| | ) |

## <u>CERTIFICATE OF SERVICE</u>

I, Jil Mazer-Marino, hereby certify that on this 2nd day of December 2005, I caused a true and correct copy of the *Notice of Withdrawal of Objection of Certain Utility Companies to Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 366, 503, and 507 (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Services on Account of Prepetition Invoices and (II) Establishing Procedures for Determining Requests for Additional Assurance* to be served by first class mail, postage prepaid, on the parties listed below.

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

## Service List

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
*Counsel For Debtors*

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
*Counsel For Debtors*

Marissa Wesley, Esq.
Simpson  Thacher & Bartlett LLP
425 Lexington Avenue
New  York, NY 10017

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Wilmington Trust Company
1100 North Market Street
Rodney Square North
Wilmington, DE 19890
Attn: Corporate Trust Office

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn: General Counsel

Deirdre A. Martini, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Michael D. Warner, Esq.
Warner Stevens LLP
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Law Debenture Trust Company of New York
780 Third Avenue, 31st Floor
New York, NY 10017
Attn: Corporate Trust Office

G:\johnson\american\delphi\lit\cos-withdrawal.doc