UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (jointly administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the *Notice of Appearance and Demand for Service of Papers* on behalf of Tessy Plastics, Inc. with the Court using the CM/ECF system.

And I hereby certify that I have mailed, via first class mail using the United States Postal Service for the State of New York, a copy of the Notice of Appearance to the individuals on the annexed service list.

        /s/ Kristin M. Doner
        Kristin M. Doner

1065089.1 3/31/2005

| | |
|---|---|
| Robert J. Stark, Esq.<br>Brown Rudnick Berlack Israels, LLP<br>*Attorneys for Indenture Trustee*<br>Seven Times Square<br>New York, NY 10036 | Ms. Michelle Robson<br>Capital Research and Management Company<br>*Creditor Committee Member*<br>11100 Santa Monica Boulevard<br>Los Angeles, CA 90025 |
| Bruce Simon, Esq.<br>Cohen Weiss & Simon<br>*Attorneys for Flextronics International USA, Inc.*<br>330 W. 42nd Street<br>New York, NY 10036 | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>*Attorneys for Flextronics International USA, Inc.*<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Donald Bernstein, Esq.<br>Davis Polk & Wardwell<br>*Attorneys for Post-Petition Administrative Agent*<br>450 Lexington Avenue<br>New York, NY 10017 | Sean Corcoran and Karen Craft<br>Delphi Corporation<br>*Debtor*<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Mr. Michael Nefkens<br>Electronic Data Systems Corp.<br>*Creditor Committee Member*<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 | Carrie L. Schiff, Esq.<br>Terry Zale, Esq.<br>Flextronics International<br>*In-House Counsel for Flextronics International*<br>6328 Monarch Park Place<br>Niwot, CO 80503 |
| Mr. Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>*Creditor Committee Member*<br>6501 William Cannon Drive<br>MD: OE16<br>Austin, TX 78735 | Mr. Randall S. Eisenberg<br>FTI Consulting, Inc.<br>*Financial Advisors to Debtors*<br>3 Times Square, 11th Floor<br>New York, NY 10036 |
| Ms. Valerie Venable<br>General Electric Company<br>*Creditor Committee Member*<br>One Plastics Avenue<br>Pittsfield, MA 01201 | Lonie A. Hassel, Esq.<br>Groom Law Group<br>*Attorneys for Employee Benefits*<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

| | |
|---|---|
| Stephen H. Gross, Esq.<br>Hodgson Russ, LLP<br>*Attorneys for Hexcel Corporation*<br>152 West 57th Street, 35th Floor<br>New York, NY 10019 | Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn, LLP<br>*Attorneys for General Motors Corporation*<br>2290 First National Building<br>Detroit, MI 48226-3583 |
| Internal Revenue Service<br>Insolvency Department<br>Attn: Mario Valerio<br>290 Broadway, 5th Floor<br>New York, NY 10007 | Internal Revenue Service<br>Insolvency Department<br>477 Michigan Avenue<br>Mail Stop 15<br>Detroit, MI 48226 |
| Mr. Henry Reichard<br>IUE-CWA<br>*Creditor Committee Member*<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 | Mr. William Q. Derrough<br>Jefferies & Company, Inc.<br>*UCC Professional*<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 |
| Thomas F. Maher, Richard Duker and Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>*Post-Petition Administrative Agent*<br>270 Park Avenue<br>New York, NY 10017 | Vilma Francis<br>JPMorgan Chase Bank, N.A.<br>*Pre-Petition Administrative Agent*<br>270 Park Avenue<br>New York, NY 10017 |
| Gordon Z. Novod, Esq.<br>Thomas Moers Mayer, Esq.<br>Kramer Levin Naftalis & Frankel, LLP<br>*Attorneys for Data Systems, Corporation and EDS Information Services, LLC*<br>1177 Avenue of the Americas<br>New York, NY 10036 | Mr. James Le<br>Kurtzman Carson Consultants<br>*Noticing and Claims Agent*<br>12910 Culver Boulevard, Suite I<br>Los Angeles, CA 90066 |
| Mr. Robert J. Rosenberg<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY 10022 | Mr. Patrick J. Healy<br>Mr. Daniel R. Fisher<br>Law Debenture Trust of New York<br>*Indenture Trustee*<br>767 Third Avenue, 31st Floor<br>New York, NY 10017 |

1065089.1 3/31/2005

David D. Cleary, Esq.
Mohsin N. Khambati, Esq.
McDermott Will & Emery, LLP
*Attorneys for Recticel North America, Inc.*
227 West Monroe Street
Chicago, IL 60606

Ms. Melissa Knolls
Mesirow Financial
*UCC Professional*
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Mark Schonfeld, Regional Director
Northeast Regional Office
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Robert Siegel, Esq.
O'Melveny & Meyer, LLP
*Special Labor Counsel*
400 South Hope Street
Los Angeles, CA 90071

Ralph L. Landy, Esq.
Jeffrey Cohen, Esq
*Counsel for Pension Benefit Guaranty Corporation*
1200 K Street, N.W., Suite 340
Washington, DC 20005

David Resnick
*Financial Advisor*
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY 10020

J. Brian McTigue, Esq.
Cornish F. Hitchcock, Esq.
McTigue Law Firm
*Attorneys for Movant Retirees and Proposed Attorneys for The Official Committee of Retirees*
5301 Washington Avenue, N.W., Suite 350
Washington, DC 20015

Joseph T. Moldovan, Esq.
Morrison Cohen, LLP
*Attorneys for Blue Cross/Blue Shield of Michigan*
909 Third Avenue
New York, NY 10022

Eliot Spitzer, Attorney General
Office of the NYS Attorney General's Office
120 Broadway
New York, NY 10271

Tom A. Jerman, Esq.
Rachel Janger
O'Melveny & Meyer, LLP
*Special Labor Counsel*
1625 Eye Street, NW
Washington, DC 20006

Sandra A. Riemer, Esq.
Phillips Nizer, LLP
*Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems*
666 Fifth Avenue
New York, NY 10103

Robert W. Dremluk, Esq.
Seyfarth Shaw, LLP
*Counsel for Murata Electronics North*
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Douglas Bartner, Esq.
Jill Frizzley, Esq.
Shearman & Sterling, LLP
*Local Counsel to Debtors*
599 Lexington Avenue
New York, NY  10022

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel to the Debtor*
4 Times Square, P.O. Box 300
New York, NY  10036

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
*Counsel for Wamco, Inc.*
485 Madison Avenue, 20th Floor
New York, NY  10022

Alicia M. Leonard
Deirdre A. Martini
*United States Trustee*
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Steven M. Cimalore
Wilmington Trust Company
*Creditor Committee Member/Indenture Trustee*
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr., Esqs.
Simpson, Thatcher & Bartlett, LLP
*Prepetition Administrative Agent*
425 Lexington Avenue
New York, NY  10017

Daniel D. Doyle, Esq.
Spencer, Fane, Britt & Browne, LLP
*Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees*
1 North Brentwood Boulevard, 10th Floor
St. Louis, MO  63105

Albert Togut, Esq.
Togut, Segal & Segal, LLP
*Conflicts Counsel to the Debtors*
One Penn Plaza, Suite 3335
New York, New York  10119

Jeffrey L. Tanenbaum, Martin J. Bienenstock,
Michael P. Kessler, Esqs.
Weil, Gotshal & Manges, LLP
*Counsel to General Motors Corporation*
767 Fifth Avenue
New York, NY  10153

1065089.1 3/31/2005