UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORP., *et al.*,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)

(jointly administered)

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that Diemolding Corporation ("Diemolding"), an interested party in the above-referenced cases, by and through its counsel, hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the undersigned counsel at the following address and telephone number:

**BOND, SCHOENECK & KING, PLLC**
**Stephen A. Donato, Esq.**
**Charles J. Sullivan, Esq.**
**One Lincoln Center, 18th Floor**
**Syracuse, New York 13202**
**Tel.: (315) 218-8000**
**Fax: (315) 218-8100**
**sdonato@bsk.com**
**csullivan@bsk.com**

**PLEASE TAKE FURTHER NOTICE**, that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the referenced cases and the proceedings herein.

1137592.1 12/2/2005

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in these cases.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Diemolding's (i) right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; and (ii) right to trial by jury and any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Diemolding is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are reserved. This Notice of Appearance is not intended, and shall not be deemed, to be a consent by Diemolding to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Diemolding.

Dated: November 30, 2005

>    **BOND, SCHOENECK & KING, PLLC**
>
>    By:    /s/ Stephen A. Donato
>    Stephen A. Donato, Esq., of counsel and
>    Charles J. Sullivan, Esq., of counsel
>    *Attorneys for Diemolding Corporation*
>    One Lincoln Center, 18th Floor
>    Syracuse, New York 13202
>    Telephone: (315) 218-8000
>    Fax: (315) 218-8100
>    E-mails: sdonato@bsk.com
>             csullivan@bsk.com

1137592.1 12/2/2005