UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (jointly administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2005, I electronically filed the *Notice of Appearance and Demand for Service of Papers* on behalf of Diemolding Corporation with the Court using the CM/ECF system.

And I hereby certify that I have mailed, via first class mail using the United States Postal Service for the State of New York, a copy of the Notice of Appearance to the individuals on the annexed service list.

                                      /s/  Kristin M. Doner
                                    Kristin M. Doner

| | |
|---|---|
| Robert J. Stark, Esq.<br>Brown Rudnick Berlack Israels, LLP<br>*Attorneys for Indenture Trustee*<br>Seven Times Square<br>New York, NY 10036 | Ms. Michelle Robson<br>Capital Research and Management Company<br>*Creditor Committee Member*<br>11100 Santa Monica Boulevard<br>Los Angeles, CA 90025 |
| Bruce Simon, Esq.<br>Cohen Weiss & Simon<br>*Attorneys for Flextronics International USA, Inc.*<br>330 W. 42nd Street<br>New York, NY 10036 | Steven J. Reisman, Esq.<br>Curtis, Mallet-Prevost, Colt & Mosle, LLP<br>*Attorneys for Flextronics International USA, Inc.*<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Donald Bernstein, Esq.<br>Davis Polk & Wardwell<br>*Attorneys for Post-Petition Administrative Agent*<br>450 Lexington Avenue<br>New York, NY 10017 | Sean Corcoran and Karen Craft<br>Delphi Corporation<br>*Debtor*<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Mr. Michael Nefkens<br>Electronic Data Systems Corp.<br>*Creditor Committee Member*<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 | Carrie L. Schiff, Esq.<br>Terry Zale, Esq.<br>Flextronics International<br>*In-House Counsel for Flextronics International*<br>6328 Monarch Park Place<br>Niwot, CO 80503 |
| Mr. Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>*Creditor Committee Member*<br>6501 William Cannon Drive<br>MD: OE16<br>Austin, TX 78735 | Mr. Randall S. Eisenberg<br>FTI Consulting, Inc.<br>*Financial Advisors to Debtors*<br>3 Times Square, 11th Floor<br>New York, NY 10036 |
| Ms. Valerie Venable<br>General Electric Company<br>*Creditor Committee Member*<br>One Plastics Avenue<br>Pittsfield, MA 01201 | Lonie A. Hassel, Esq.<br>Groom Law Group<br>*Attorneys for Employee Benefits*<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |

Stephen H. Gross, Esq.
Hodgson Russ, LLP
*Attorneys for Hexcel Corporation*
152 West 57th Street, 35th Floor
New York, NY 10019

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn, LLP
*Attorneys for General Motors Corporation*
2290 First National Building
Detroit, MI 48226-3583

Internal Revenue Service
Insolvency Department
Attn: Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

Internal Revenue Service
Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

Mr. Henry Reichard
IUE-CWA
*Creditor Committee Member*
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Mr. William Q. Derrough
Jefferies & Company, Inc.
*UCC Professional*
520 Madison Avenue, 12th Floor
New York, NY 10022

Thomas F. Maher, Richard Duker and Gianni Russello
JPMorgan Chase Bank, N.A.
*Post-Petition Administrative Agent*
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
*Pre-Petition Administrative Agent*
270 Park Avenue
New York, NY 10017

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
*Attorneys for Data Systems, Corporation and EDS Information Services, LLC*
1177 Avenue of the Americas
New York, NY 10036

Mr. James Le
Kurtzman Carson Consultants
*Noticing and Claims Agent*
12910 Culver Boulevard, Suite I
Los Angeles, CA 90066

Mr. Robert J. Rosenberg
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Mr. Patrick J. Healy
Mr. Daniel R. Fisher
Law Debenture Trust of New York
*Indenture Trustee*
767 Third Avenue, 31st Floor
New York, NY 10017

1065089.1 3/31/2005

David D. Cleary, Esq.
Mohsin N. Khambati, Esq.
McDermott Will & Emery, LLP
*Attorneys for Recticel North America, Inc.*
227 West Monroe Street
Chicago, IL 60606

J. Brian McTigue, Esq.
Cornish F. Hitchcock, Esq.
McTigue Law Firm
*Attorneys for Movant Retirees and Proposed Attorneys for The Official Committee of Retirees*
5301 Washington Avenue, N.W., Suite 350
Washington, DC 20015

Ms. Melissa Knolls
Mesirow Financial
*UCC Professional*
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Joseph T. Moldovan, Esq.
Morrison Cohen, LLP
*Attorneys for Blue Cross/Blue Shield of Michigan*
909 Third Avenue
New York, NY 10022

Mark Schonfeld, Regional Director
Northeast Regional Office
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Eliot Spitzer, Attorney General
Office of the NYS Attorney General's Office
120 Broadway
New York, NY 10271

Robert Siegel, Esq.
O'Melveny & Meyer, LLP
*Special Labor Counsel*
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Esq.
Rachel Janger
O'Melveny & Meyer, LLP
*Special Labor Counsel*
1625 Eye Street, NW
Washington, DC 20006

Ralph L. Landy, Esq.
Jeffrey Cohen, Esq
*Counsel for Pension Benefit Guaranty Corporation*
1200 K Street, N.W., Suite 340
Washington, DC 20005

Sandra A. Riemer, Esq.
Phillips Nizer, LLP
*Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems*
666 Fifth Avenue
New York, NY 10103

David Resnick
*Financial Advisor*
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY 10020

Robert W. Dremluk, Esq.
Seyfarth Shaw, LLP
*Counsel for Murata Electronics North*
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

1065089.1 3/31/2005

| | |
|---|---|
| Douglas Bartner, Esq.<br>Jill Frizzley, Esq.<br>Shearman & Sterling, LLP<br>*Local Counsel to Debtors*<br>599 Lexington Avenue<br>New York, NY  10022 | Kenneth S. Ziman, Robert H. Trust,<br>William T. Russell, Jr., Esqs.<br>Simpson, Thatcher & Bartlett, LLP<br>*Prepetition Administrative Agent*<br>425 Lexington Avenue<br>New York, NY  10017 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>*Counsel to the Debtor*<br>4 Times Square, P.O. Box 300<br>New York, NY  10036 | Daniel D. Doyle, Esq.<br>Spencer, Fane, Britt & Browne, LLP<br>*Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees*<br>1 North Brentwood Boulevard, 10th Floor<br>St. Louis, MO  63105 |
| Chester B. Salomon, Esq.<br>Constantine D. Pourakis, Esq.<br>Stevens & Lee, P.C.<br>*Counsel for Wamco, Inc.*<br>485 Madison Avenue, 20th Floor<br>New York, NY  10022 | Albert Togut, Esq.<br>Togut, Segal & Segal, LLP<br>*Conflicts Counsel to the Debtors*<br>One Penn Plaza, Suite 3335<br>New York, New York  10119 |
| Alicia M. Leonard<br>Deirdre A. Martini<br>*United States Trustee*<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004-2112 | Jeffrey L. Tanenbaum, Martin J. Bienenstock,<br>Michael P. Kessler, Esqs.<br>Weil, Gotshal & Manges, LLP<br>*Counsel to General Motors Corporation*<br>767 Fifth Avenue<br>New York, NY  10153 |
| Steven M. Cimalore<br>Wilmington Trust Company<br>*Creditor Committee Member/Indenture Trustee*<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | |