PEPPER HAMILTON LLP
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | |
| | (Jointly Administered) |
| Debtors. | |

**MOTION AND ORDER FOR ADMISSION TO PRACTICE
*PRO HAC VICE* OF HENRY J. JAFFE**

I, Henry J. Jaffe, a member of the bar in the State of Delaware, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SKF USA, Inc. in the above captioned case.

My address, telephone number and e-mail address are:

> Henry J. Jaffe
> PEPPER HAMILTON LLP
> Hercules Plaza, Suite 5100
> 1313 N. Market Street
> Wilmington, DE 19801
> (302) 777-6500
> jaffeh@pepperlaw.com

PHLEGAL: #1827872 v1 (136#801!.DOC)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

_____
Henry J. Jaffe
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500

Counsel for SKF USA, Inc.

Dated: December 1, 2005

### ORDER GRANTING MOTION *PRO HAC VICE* OF HENRY J. JAFFE

IT IS HEREBY ORDERED that Henry J. Jaffe, Esq., is admitted to practice, *pro hac vice*, in the above captioned case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:_____          _____
New York, New York                                    United States Bankruptcy Judge