PEPPER HAMILTON LLP
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION TO PRACTICE
## *PRO HAC VICE* OF JAMES C. CARIGNAN

I, James C. Carignan, a member of the bar in the State of Delaware, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent SKF USA, Inc. in the above captioned case.

My address, telephone number and e-mail address are:

James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
carignaj@pepperlaw.com

PHLEGAL: #1827852 v1 (136D_01!.DOC)

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*

_____
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500

Counsel for SKF USA, Inc.

Dated: December 1, 2005

## ORDER GRANTING MOTION *PRO HAC VICE* OF JAMES C. CARIGNAN

IT IS HEREBY ORDERED that James C. Carigan, Esq., is admitted to practice, *pro hac vice,* in the above captioned case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date:_____        _____
        New York, New York                          United States Bankruptcy Judge

PHLEGAL: #1827852 v1 (136D_01!.DOC)