PEPPER HAMILTON LLP
Anne Marie Aaronson (AA 1679)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

and

Henry J. Jaffe (DE Bar No. 2987)
James C. Carignan (DE Bar No. 4230)
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(302) 777-6500

*Counsel for SKF USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| _____ | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2005, copies of the Motion and

Order for Admission to Practice *Pro Hac Vice* of James C. Carignan were served via first

class mail, postage pre-paid on the following individuals:

| | |
|---|---|
| John Wm. Butler, Jr.<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden Arps Slate Meagher<br>& Flom LLP<br>Four Times Square<br>New York, NY  10036-6522 | Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022-4802 |
| Michael D. Warner<br>Warner Stevens, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX  76102 | |

        /s/ Anne Marie Aaronson
Anne Marie Aaronson (AA 1679)
PEPPER HAMILTON LLP
3000 Two Logan Square,
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

-and-

Henry J. Jaffe
James C. Carignan
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801
(302) 777-6500
Counsel for SKF USA, Inc.

DATED:  December 2, 2005

-2-

-3-