**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                          Chapter 11

                                                                                     Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                     Jointly Administered

                        Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Gregg E. Szilagyi for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Gregg E. Szilagyi is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
         New York, New York

                                                                         /s/Robert D. Drain_____
                                                                        UNITED STATES BANKRUPTCY JUDGE