**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                                  Chapter 11

                                              Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                     Jointly Administered

                     Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Duane Kumagai for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Duane Kumagai is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                                      /s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE