**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re:                                                              Chapter 11

                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                          Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Emily S. Chou for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Emily S. Chou is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
          New York, New York

                                                        _/s/Robert D. Drain_____
                                                        UNITED STATES BANKRUPTCY JUDGE