UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>                            Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

      I, Ira M. Levee, of full age, verify under penalty of perjury that on December 2, 2005, I caused to be served a copy of Lead Plaintiffs' Objection To Debtors' Application For Order Under II U.S.C. §§ 327(a), 328(a), And 1107(b) Authorizing Employment And Retention, Nunc Pro Tunc To October 8, 2005, Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors by (i) facsimile and First Class Mail on the persons on the annexed Service List A; and (ii) by Federal Express overnight delivery to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United State Bankruptcy Court, Alexander Hamilton House, One Bowling Green, New York, NY 10004-1408.

Dated: December 2, 2005

By: /s/ Ira M. Levee
    Ira M. Levee (IL 9958)

    LOWENSTEIN SANDLER PC
    1251 Avenue of the Americas,
    18th Floor
    New York, New York 10020
    (212) 262-6700  (Telephone)
    (212) 262-7204  (Facsimile)

    and

    65 Livingston Avenue
    Roseland, New Jersey 07068
    (973) 597-2500 (Telephone)
    (973) 597-2481 (Facsimile)

    *Bankruptcy Counsel for Lead Plaintiff*
    *and the prospective class*

-2-

## SERVICE LIST

| | |
|---|---|
| General Counsel<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098 | John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher<br>   & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |