**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                             Chapter 11

                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                        Jointly Administered

                    Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Laura G. Scurlock for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Laura G. Scurlock is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                          /s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE