**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                          Chapter 11

                                                Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                      Jointly Administered

            Debtors

-----------------------------------------------------------------x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Davor Rukavina for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Davor Rukavina is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE