**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

                                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                        Jointly Administered

                                   Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Joseph J. Wielebinski for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Joseph J. Wielebinski is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
         New York, New York

                                                                    _/s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE