**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                Jointly Administered

                    Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Donald F. Baty for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Donald F. Baty is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                        _/s/Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE