**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re:                                                                                    Chapter 11

                                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                         Jointly Administered

                                    Debtors

------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Robert E. Richard for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Robert E. Richard is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
           New York, New York

                                                                    /s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE