E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.*, | Case No. 05-44481 |
| Debtors. | (Jointly Administered |
| _____/ | Hon. Robert D. Drain |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, E. Todd Sable, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Courts for the Eastern and Western Districts of Michigan, requests admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent: Valeo Switches & Detection Systems, Inc., Valeo Climate Control, Corp., Valeo Electrical Systems, Inc., Motors and Actuators Division, and Valeo Electrical Systems, Inc., Wipers Division in the above referenced case.

My address is:   E. Todd Sable, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
Email: tsable@honigman.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Valeo Switches & Detection Systems, Inc., Valeo Climate Control, Corp., Valeo Electrical Systems, Inc., Motors and Actuators Division, and Valeo Electrical Systems, Inc., Wipers Division

Dated: December 2, 2005

By:    /s/ E. Todd Sable
   E. Todd Sable, Esq. (P54956)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
Email: tsable@honigman.com

DETROIT.2020964.1

E. TODD SABLE, ESQ.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
Detroit, MI 48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549
tsable@honigman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| **DELPHI CORPORATION,** *et al.***,** | Case No. 05-44481 |
| | (Jointly Administered |
| Debtors. | |
| | Hon. Robert D. Drain |
| _____/ | |

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**ORDERED**, that E. Todd Sable, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____                        _____
                                         United States Bankruptcy Judge
New York, New York

DETROIT.2021059.1