**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                                                  Chapter 11

                                                                                            Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                                       Jointly Administered

                            Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Howard Borin for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that Howard Borin is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
           New York, New York

                                                                    _/s/Robert D. Drain_____
                                                                    UNITED STATES BANKRUPTCY JUDGE