**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. |  |

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Eric T. Moser, a member in good standing of the bars of the Commonwealth of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Courts for the Western District of Pennsylvania and Northern District of Ohio, respectfully request admission *pro hac vice* before the Honorable Robert D. Drain, to represent Sensus Precision Die Casting, Inc., a creditor and party in interest in the above-referenced case.

My contact information is as follows:

Eric T. Moser
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
(212) 536-4858
(212) 539-3901 (facsimile)
emoser@kl.com

I agree to pay the fee of $25 upon entry of an Order by this Court admitting me to practice *pro hac vice*.

Dated: December 2, 2005          /s/ Eric T. Moser
         New York, New York          Eric T. Moser

NY-403463 v1