**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:           **Chapter 11**
**In re:**                                     :
:           **Case No. 05-44481 (RDD)**
**DELPHI CORPORATION, <u>et al.</u>,**         :           **(Jointly Administered)**
:
      **Debtors.**                             :
:
---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

It is hereby ORDERED that Eric T. Moser, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to the payment of the filing fee.

Dated:  December ___, 2005
        New York, New York

_____
United States Bankruptcy Judge

NY-403470 v1