**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                               Jointly Administered

              Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Daniel J. Garfield for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Daniel J. Garfield is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: November 29, 2005
       New York, New York

                                           _/s/Robert D. Drain_____
                                           UNITED STATES BANKRUPTCY JUDGE