**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                                       Chapter 11

                                                                                  Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                    Jointly Administered

                          Debtors

-----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David M. Grogan for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David M. Grogan is admitted to practice, *pro hac vice* in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December 2, 2005
           New York, New York

                                                         /s/Robert D. Drain
                                                         UNITED STATES BANKRUPTCY JUDGE