**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                               Jointly Administered

                        Debtors

-------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *Henry J. Jaffe* for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that *Henry J. Jaffe* is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: December 2, 2005
        New York, New York

                                    _/s/Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE