**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x

In re:                                                                        Chapter 11

                                                                              Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                              Jointly Administered

                                    Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of *James C. Carignan* for admission pro hac vice in this bankruptcy

case; it is hereby

**ORDERED,** that *James C. Carignan* is admitted to practice, ***pro hac vice*** in the above

referenced case, in the United States Bankruptcy Court, Southern District of New York, subject

to payment of the filing fee.

Dated: December 2, 2005
         New York, New York

                                                      _/s/Robert D. Drain_____
                                                      UNITED STATES BANKRUPTCY JUDGE