**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                          Chapter 11

                                                                         Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                    Jointly Administered

                Debtors

---------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice***

UPON the motion of E. Todd Sable for admission pro hac vice in this bankruptcy case;

it is hereby

**ORDERED,** that E. Todd Sable is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December 2, 2005
       New York, New York

                                                                             /s/Robert D. Drain
                                                                    UNITED STATES BANKRUPTCY JUDGE