**SCHIFFRIN & BARROWAY, LLP**
Sean M. Handler, Esq.
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel to Lead Plaintiffs and the Prospective Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | |
| | : | Case No. 05-44481 (RDD) |
| Debtors. | : | |
| | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sean M. Handler, Esq. a member in good standing of the bar in the State of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Lead Plaintiffs and the Prospective Class in the above-reference cases.

My address is:   Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: shandler@sbclasslaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: December 2, 2005        /s/ *Sean M. Handler*
                               Sean M. Handler

18692/2
12/02/2005 1818296.01