-2-

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : |  |
|  | : | Case No. 05-44481 (RDD) |
| Debtors. | : |  |
|  | : | (Jointly Administered) |

# **ORDER**

**ORDERED**, that Sean M. Handler, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

Robert D. Drain
United States Bankruptcy Judge