IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | In re Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE
## PRO HAC VICE

I, TIMOTHY C. HALL, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the International Brotherhood of Electrical Workers Local Union No. 663, and the International Association of Machinists, AFL-CIO Tool and Die Makers Local Lodge 78, District 10, and its members employed at Debtors' facilities in Milwaukee, Wisconsin, in the above-referenced cases.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:    November 28th, 2005

/s/ Hall
TIMOTHY C. HALL
(Wisconsin State Bar No. 1030915)
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, Suite 202
P. O. Box 12993
Milwaukee, WI  53212
PHONE 414/271-4500    FAX 414/271-6308

ATTORNEYS FOR INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 663, AND THE INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL-CIO TOOL AND DIE MAKERS LOCAL LODGE 78, DISTRICT 10


RECEIVED NOV 29 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

---

ORDER

ORDERED,

that TIMOTHY C. HALL is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

    New York, New York

---

UNITED STATES BANKRUPTCY JUDGE

jts

T: DOCS-MAC010-71356\M0121954.WPD