Jonathan S. Green (pro hac vice)
Timothy A. Fusco (pro hac vice)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
150 West Jefferson Ave., Suite 2500
Detroit, MI 48226
Phone: (313) 496-7997
Fax: (313) 496-8452

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                       :
In re:                                                 :       Chapter 11
                                                       :
DELPHI CORPORATION, *et al.*,                          :       Case No. 05-44481 (RDD)
                                                       :       (Jointly Administered)
                       Debtors.                        :
-------------------------------------------------------x

## VERIFIED STATEMENT OF
## MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
## PURSUANT TO BANKRUPTCY RULE 2019

Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield") represents the creditors and parties in interest identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, Miller Canfield makes the following representations:

1.   Miller Canfield represents the following creditors and parties in interest (collectively, the "Creditors"):

| | |
|---|---|
| Ford Motor Company<br>Office of the General Counsel<br>One American Road, WHQ, Suite 323<br>Dearborn, MI 48126 | Niles USA, Inc. and Wintech, Inc.<br>41107 Jo Drive<br>Novi, MI 48375 |
| Wells Operating Partnership L.P.<br>6200 The Corners Parkway<br>Suite 250<br>Norcross, GA 30092-2295 | Alpha Technology Corporation<br>251 Mason Rd.<br>P.O. Box 168<br>Howell, MI 48844-0168 |

| | |
|---|---|
| AsahiKasei Plastics America, Inc.<br>One Thermofil Way<br>Fowlerville, MI 48836 | NSK Steering Systems America, Inc.<br>4200 Goss Road<br>Ann Arbor, Michigan 48105 |
| AVM, Inc.<br>Highway 76 East<br>P.O. Box 729<br>Marion, SC 29571 | Balance Technology, Inc.<br>7035 Jomar Drive<br>Whitmore Lake, MI 48189 |
| NSK Corporation<br>4200 Goss Road<br>Ann Arbor, Michigan 48105 | Bytec, Inc.<br>44801 Centre Court East<br>Clinton Township, MI 48044 |
| Ford Motor Land Development Corporation<br>550 Town Center Drive, Suite 200<br>Dearborn, Michigan 48126 | Fischer Automotive Systems, Inc.<br>1084 Doris Road<br>Auburn Hills, Michigan 48236 |
| Autoliv ASP, Inc.<br>1320 Pacific Drive<br>Auburn Hills, Michigan 48326 | |

2. The nature of the claims held by the Creditors (the "Claims") against Delphi Corporation and certain of its above-captioned subsidiaries and affiliates (the "Debtors") includes, but is not limited to, unsecured claims, administrative claims, secured claims and reclamation rights, if any. Miller Canfield cannot, at this time, specify the amount of these claims. All of the Creditors are suppliers of one or more Debtors, except (a) Ford Motor Company, which is a Customer, and (b) Wells Operating Partnership L.P. and Ford Motor Land Development Corporation, which are nonresidential real property lessors to one or more of the Debtors. Miller Canfield reserves the right to supplement this statement as and when it is able to specify the amount and type of claims held by each of the Creditors.

3. Each of the Creditors has retained Miller Canfield to represent its individual interests; the Creditors do not constitute or act as a committee in this case.

4. Upon information and belief formed after due inquiry, Miller Canfield does not hold any claims against or equity interests in the Debtors.

5. I make this verified statement under penalty of perjury under the law of the State of Michigan.

Dated: Detroit, Michigan
December 2, 2005

                MILLER CANFIELD PADDOCK AND STONE, P.L.C.

                By:\_\_\_\s\ Jonathan S. Green_____
                     Jonathan S. Green (admitted pro hac vice)
                     150 West Jefferson Ave., Suite 2500
                     Detroit, MI 48226
                     Telephone: (313) 496-7997

DELIB:2676158.1\018095-00276
12/02/05