W. Joe Wilson, Esq. (ct2292)  
**TYLER COOPER & ALCORN, LLP**  
CityPlace – 35th Floor  
Hartford, CT 06103-3488  
Telephone: (860) 725-6200  
Facsimile: (860) 278-3802  
Counsel to Barnes Group Inc.

Objection Deadline: November 25, 2005 @ 4:00 p.m.  
Hearing Date November 29, 2005 @ 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors, | |

---------------------------------------------------------------x

**JOINDER BY BARNES GROUP INC. TO LIMITED OBJECTION BY ROBERT BOSCH CORPORATION AND AFFILIATES TO SUPPLIER AGREEMENT ASSUMPTION PROCEDURES MOTION**

**BARNES GROUP INC.**, creditor and party-in-interest, hereby incorporates by reference the provisions of and joins in Robert Bosch Corporation's Limited Objection (the "Objection") to the Debtors' Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements ("Supplier Agreement Assumption Procedures Motion").

**WHEREFORE**, the Barnes Group Inc. respectfully requests that the Court enter an order:

    a.    denying the Motion; or

    b.    in the alternative, granting the Motion only upon the conditions set forth in the Objection; and

    c.    granting Barnes Group Inc. such other and further relief as the Court may deem just and proper.

Dated: November 23, 2005

    Hartford, Connecticut

1

**TYLER COOPER & ALCORN, LLP**

By _____
W. Joe Wilson, Esq. (ct22292)
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT  06103-3488
Tel:    (860) 725-6200
Fax:   (860) 278-3803
jwilson@tylercooper.com
Counsel to:

    Barnes Group Inc.