W. Joe Wilson, Esq. (ct2292)
**TYLER COOPER & ALCORN, LLP**
CityPlace – 35th Floor
Hartford, CT 06103-3488
Telephone: (860) 725-6200
Facsimile: (860) 278-3802
Counsel to Barnes Group Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:                                                 :     Chapter 11
                                                       :
DELPHI CORPORATION, et al                              :     Case No. 05-44481 (RDD)
                                                       :
                                                       :     (Jointly Administered)
                     Debtors,                          :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 23, 2005 the undersigned served a copy of the Joinder By Barnes Group Inc. To Limited Objection By Robert Bosch Corporation And Affiliates To Supplier Agreement Assumption Procedures Motion by Federal Express overnight delivery upon the following:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
(Attn: General Counsel)

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
(Att'n John W. Butler, Jr.)

Simpson, Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
(Att'n Kenneth S. Zimar)

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

1

(Att'n: Marlene Melican)

Latham & Watkins
885 Third Avenue
New York, NY 10022
(Att'n Mark A. Broude)

Office of the United States Trustee
  For the Southern District of new York
33 Whitehall Street
Suite 2100
New York, NY 10004
(Att'n Alicia M. Leonhard)

**TYLER COOPER & ALCORN, LLP**

By _____
W. Joe Wilson, Esq. (ct22292)
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT 06103-3488
Tel:   (860) 725-6200
Fax:  (860) 278-3803
jwilson@tylercooper.com
Counsel to:

   Barnes Group Inc.

2