UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x
                                                             :        Chapter 11

    In re                                      :

                                                  :        Case No 05-44481 (RDD)

DELPHI CORPORATION, et al.,        :

                                                  :        (Jointly Administered)

                Debtors.             :
------------------------------------------------------- x

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of December, 2005, she caused a true and correct copy of the Notice of Appearance and Request for Service of Papers of Andrews Kurth LLP, to be served on the following via first class U.S. Mail, postage prepaid.

                                                                 /s/Gogi Malik
                                                                 Gogi Malik

| | |
|---|---|
| John Wm Butler, Jr.<br>John K. Lyons, Jr.<br>Ron E. Meisler<br>Skadden Arps Slate<br>  Meagher & Flom LLP<br>333 West Wacker Dr., Suite 2100<br>Chicago, IL  60606 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden ARps Slate<br>  Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Kurtzman Carson Consultants LLC<br>12910 Culver Blvd<br>Suite I<br>Los Angeles, CA 90066 |
| Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 | |

DAL:598034.1