IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **In re:** | § | Chapter 11 |
| | § | |
| **DELPHI CORPORATION,** *et al.* | § | Case No. 05-44481 (RDD) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Bruce N. Elliott, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, Western District of Michigan, and 6th Circuit Court of Appeals, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Brazeway, Inc., and its affiliates, creditors and parties in interest in the above referenced cases.

My address is:         Conlin, McKenney & Philbrick, P.C.
                       350 South Main Street, Suite 400
                       Ann Arbor, Michigan  48104

My e-mail address is:   Elliott @cmplaw.com
My telephone number is: 734-761-9000

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: December 1, 2005
       Ann Arbor, Michigan          _____
                                    Bruce N. Elliott, Esq.

## ORDER

**ORDERED,**
that Bruce N. Elliott, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____        /s/_____
      New York, New York            UNITED STATES BANKRUPTCY JUDGE

H:\CLM\Brazeway\Delphi\Motion For Admission.wpd