UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RRD) |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF JAMES A. PLEMMONS ON BEHALF OF DICKINSON WRIGHT PLLC AS AN ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                     ) SS:
COUNTY OF WAYNE      )

James A. Plemmons, being duly sworn, deposes and says:

1. I am a member of Dickinson Wright PLLC ("Dickinson Wright") with offices located in Detroit, Michigan and various other Michigan locations and in the District of Columbia.

2. The Debtors have requested, and Dickinson Wright has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to various litigation and transactional matters.

3. Dickinson Wright may have performed services in the past and may perform services in the future, in matters unrelated to these Chapter 11 cases, for persons that are parties in interest to the Debtors' Chapter 11 cases. As part of the customary practice, Dickinson Wright is retained in cases, proceedings and transactions involving many different parties, some of whom may represent or be claimants, employees of the Debtors or other parties-in-interest in these Chapter 11 cases. Insofar as I have been able to ascertain, based upon a search of our internal firm databases and other due inquiries, Dickinson Wright does not perform services for any such person in connection with these Chapter 11 cases, and Dickinson Wright does not have any relationship with any such person, their attorneys, or accountants that would be adverse to the Debtors or their estates.

4. Neither I nor any Member of Dickinson Wright has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than the Members and employees of Dickinson Wright.



RECEIVED
DEC 1 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

5. Neither I nor any Member of or professional employed by Dickinson Wright, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.

6. Our current fee arrangement with the Debtors is an hourly fee arrangement. Specifically, we bill the Debtors in the ordinary course pursuant to hourly rates for services and actual out-of-pocket expenses and expect payment in full within thirty days of invoice.

7. The foregoing constitutes the statement of Dickinson Wright pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
James A. Plemmons

Subscribed and sworn before me this
30th day of November 2005

_____
Kathleen T. Brennan, Notary Public
Wayne County, Michigan
My Commission Expires: June 10, 2007
Acting in Wayne County, Michigan

DETROIT 25960-7 908440v1

KATHLEEN T. BRENNAN
NOTARY PUBLIC, WAYNE COUNTY, MI
ACTING IN WAYNE COUNTY, MI
MY COMMISSION EXPIRES 6/10/07

2