CALINOFF & KATZ, LLP
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)
    --and--
MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD 21202
Tel: (410) 385-3418

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No.: 05-44481 (RDD)
                                                    :
                                                    :    (Jointly Administered)
    Debtors.                                       :
---------------------------------------------------------x

## VERIFIED STATEMENT OF MILES & STOCKBRIDGE P.C. PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

    MILES & STOCKBRIDGE P.C. ("Miles & Stockbridge"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this statement in connection with Miles & Stockbridge's representation of multiple creditors (collectively, the "Creditors") in the above-captioned case of Delphi Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), and respectfully states as follows:

1.    Miles & Stockbridge has been retained to represent multiple creditors of the Debtors' bankruptcy estates. The trade creditors that Miles & Stockbridge currently represents are:

| **Name** | **Address** |
|---|---|
| Computer Patent Annuities Limited Partnership ("CPA") | CPA House, 11-15 Seaton Place St. Helier, Jersey JEI 1BL Channel Islands |

| | |
|---|---|
| Hydro Aluminum North America, Inc. | 801 International Drive, Suite 200<br>Linthicum, MD 21090 |
| Hydro Aluminum Adrian, Inc. | 1607 East Maumee Street<br>Adrian, MI 49221 |
| Hydro Aluminum Precision Tubing NA, LLC | 1607 East Maumee Street<br>P.O. Box 809<br>Adrian, MI 49221 |
| Hydro Aluminum Ellay Enfield Limited | Joseph Noble Road<br>Lillyhall Industrial Estate<br>Workington, Cumbria CA14 4JX<br>United Kingdom |
| Hydro Aluminum Rockledge, Inc. | 100 Gus Hopp Boulevard<br>Rockledge, FL 32955 |
| Norsk Hydro Canada, Inc. | 7000 Boul. Raoul-Duchesne<br>Becancour, QC  G9H 2V3 |
| Emhart Teknologies, Inc. | 234 Church Street<br>New Haven, CT 06510 |
| Adell Plastics, Inc. | 4530 Annapolis Road<br>Baltimore, Maryland 21227 |

2. Miles & Stockbridge has been retained by each of the Creditors to represent their respective interests in connection with the Debtors' Chapter 11 cases.

3. Miles & Stockbridge does not presently own, nor has it previously owned, any claims or interests against the Debtors.

4. Miles & Stockbridge and the Creditors reserve the right to amend or supplement this statement at anytime in the future and to represent additional persons or parties that may be creditors of the Debtors' bankruptcy estates.

I, Kerry Hopkins, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief. DATED this 7th day of December, 2005.

CALINOFF & KATZ, LLP
By: /s/ Dorothy Marinis-Riggio
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)

--and--

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD 21202
(410) 385-3418 (phone)
(410) 385-3700 (fax)

*Attorneys for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Teknologies LLL, and Adell Plastics, Inc.*

SWORN TO AND SUBSCRIBED before me this 7th day of December, 2005.

*Jacquie Coleman*
JACQUIE COLEMAN
Notary Public, State of Maryland
County of Baltimore
My Commission Expires 05/06/2008

My Commission Expires:

May 6, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of December, 2005, a copy of Miles & Stockbridge P.C.'s Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 was served via first-class mail, postage prepaid, to the following:

>John Wm. Butler, Jr., Esquire
>Skadden Arps Slate Meagher & Flom LLP
>333 West Wacker Drive
>Chicago, IL 60606-1285
>
>Alicia M. Leonhard
>Office of the United States Trustee
>Southern District of New York
>33 Whitehall Street, Suite 2100
>New York, NY 10004
>
>Mark A. Broude
>Latham & Watkins
>885 Third Avenue
>New York, NY 10022-4802
>
>Robert J. Rosenberg
>Latham & Watkins
>885 Third Avenue
>New York, NY 10022-4802
>
>Michael D. Warner
>Warner Stevens, L.L.P.
>301 Commerce Street
>Suite 1700
>Fort Worth, TX 76102

/s/ Dorothy Marinis-Riggio
Dorothy H. Marinis-Riggio, Esquire