CALINOFF & KATZ, LLP
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No.: 05-44481 (RDD) |
| | : | (Jointly Administered) |
| Debtors. | : | |

**VERIFIED STATEMENT OF CALINOFF & KATZ, LLP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

CALINOFF & KATZ, LLP ("Calinoff & Katz"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, files this statement in connection with Calinoff & Katz's representation of multiple creditors (collectively, the "Creditors") in the above-captioned case of Delphi Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors"), and respectfully states as follows:

1. Calinoff & Katz has been retained to represent multiple creditors of the Debtors' bankruptcy estates. The trade creditors that Calinoff & Katz currently represents are:

| Name | Address |
|---|---|
| Hydro Aluminum North America, Inc. | 801 International Drive, Suite 200<br>Linthicum, MD 21090 |
| Hydro Aluminum Adrian, Inc. | 1607 East Maumee Street<br>Adrian, MI 49221 |
| Hydro Aluminum Precision Tubing NA, LLC | 1607 East Maumee Street<br>P.O. Box 809<br>Adrian, MI 49221 |

| | |
|---|---|
| Hydro Aluminum Ellay Enfield Limited | Joseph Noble Road<br>Lillyhall Industrial Estate<br>Workington, Cumbria CA14 4JX<br>United Kingdom |
| Hydro Aluminum Rockledge, Inc. | 100 Gus Hopp Boulevard<br>Rockledge, FL 32955 |
| Norsk Hydro Canada, Inc. | 7000 Boul. Raoul-Duchesne<br>Becancour, QC G9H 2V3 |

2. Calinoff & Katz has been retained by each of the Creditors to represent their respective interests in connection with the Debtors' Chapter 11 cases.

3. Calinoff & Katz does not presently own, nor has it previously owned, any claims or interests against the Debtors.

4. Calinoff & Katz and the Creditors reserve the right to amend or supplement this statement at anytime in the future and to represent additional persons or parties that may be creditors of the Debtors' bankruptcy estates.

I, Dorothy DeMarinis-Riggio declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

DATED this 7th day of December, 2005.

CALINOFF & KATZ, LLP
By: /s/ [signature]
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
(212) 826-8800
(212) 644-5123 (fax)

*Attorneys for Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., and Norsk Hydro Canada, Inc.*

SWORN TO AND SUBSCRIBED before me this 7th day of December, 2005.

[signature]
NOTARY PUBLIC

My Commission Expires:

LORETTA H. BUTLER
Notary Public, State of New York
No. 4849243
Qualified in Kings County
Commission Expires Jan 31, 2006

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7 th day of December, 2005, a copy of Calinoff & Katz, LLP's Verified Statement Pursuant to Federal Rule of Bankruptcy Procedure 2019 was served via first-class mail, postage prepaid, to the following:

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

/s/ Dorothy H. Marinis-Riggio
Dorothy H. Marinis-Riggio, Esquire

BALT01 1035382v1|G4891-000013|12/6/2005