UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ x
                                          :     Chapter 11

In re                                      : 

                                          :     Case No 05-44481 (RDD)

DELPHI CORPORATION, et al.,             : 

                                          :     (Jointly Administered)

                           Debtors.    : 
------------------------------------------------------ x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that the law firm of Mayer, Brown, Rowe & Maw LLP

("Mayer Brown") hereby appears in the above-captioned Chapter 11 case as counsel to Bank of

America, N.A.; and such counsel hereby enters its appearance, and requests, pursuant to Sections

342 and 1109(b) of the Bankruptcy Code and Rules 2002, 3017, 9007 and 9010 of the

Bankruptcy Rules, that copies of all notices and pleadings given or filed in this case be given and

served upon:

                                  Raniero D'Aversa, Jr., Esq.
                                  Jeffrey G. Tougas, Esq.
                                  Mayer, Brown, Rowe & Maw LLP
                                  1675 Broadway
                                  New York, NY 10019
                                  Facsimile: 212-262-1910
                                  Telephone: 212-506-2500

      PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the

Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in

the Sections and Rules specified above, but additionally includes, without limitation, any notice,

application, motion, petition, pleading, request, complaint or demand, whether formal or

informal, whether written or oral, and whether transmitted or conveyed by mail, hand or courier

delivery, telephone, telecopy, telegraph, telex, electronically or otherwise filed with regard to the

referenced case and proceedings therein.  Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all proposed plans of reorganization.

PLEASE TAKE FURTHER NOTICE that request is also made that the above be added to and all service lists, including without limitation, the Rule 2002 Service List, in the Chapter 11 cases.

Dated: New York, New York

December 6, 2005

MAYER, BROWN, ROWE & MAW LLP

s/Raniero D'Aversa, Jr.
Raniero D'Aversa, Jr., Esq.

1675 Broadway
New York, New York 10019
Telephone:   (212) 506-2500
Fax:             (212) 262-1910

Attorneys for Bank of America, N.A.