UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Chapter 11

Case No. 05-4481 (RDD)

Debtors.
_____/

Jointly Administered

## PROOF OF SERVICE

STATE OF MICHIGAN  )
                  ) ss.
COUNTY OF OAKLAND  )

Erene Golematis, first being duly sworn, deposes and states that on the 9th day of November, 2005, she served an *Affidavit of Ordinary Course Professional* by depositing same in the United States mail with postage fully prepaid thereon:

*Latham & Watkins*
*Attn: Mark A. Broude, Esq.*
*885 Third Ave.*
*New York, NY 10022*

*United Stated Trustee for the*
*Southern District of New York*
*Attn: Alicia M. Leonhard, Esq.*
*33 Whitehall St., Ste. 2100*
*New York, NY 10044*

*Simpson Thacher & Bartlett, LLP*
*Attn: Marissa Wesley, Esq.*
*425 Lexington Ave.*
*New York, NY 10017*

*Delphi Corporation*
*Attn: General Counsel*
*5725 Delphi Dr.*
*Troy, MI 48098*

*Davis Polk & Wardell*
*Attn: Marlane Melican, Esq.*
*450 Lexington Ave.*
*New York, NY 10017*

*Skadden, Arps, Slate, Meagher & Flom*
*Attn: John Wm. Butler, Jr., Esq.*
*333 West Wacker Dr., Ste. 2100*
*Chicago, IL 60606*

_____
Erene Golematis

**SUBSCRIBED AND SWORN** to before me this 9th day of November, 2005.

_____
Notary Public
Oakland County, Michigan
My Commission Expires: 4-4-08

758597_1.DOC