DUANE MORRIS LLP
A Delaware Limited Liability Partnership
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Lawrence J. Kotler, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, Duane Morris LLP, hereby submits this Verified Statement and represents as follows:

    1.    On or about October 8, 2005 ("Petition Date"), Delphi Corporation and certain of its subsidiaries (collectively, the "Debtors") commenced cases (the "Cases") by filing voluntary petitions for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

    2.    Duane Morris LLP currently represents the following individual clients (collectively, the "Clients") in the above-captioned bankruptcy cases:

    a.    ACE American Insurance Company
and its affiliates (collectively, "ACE")

(until January 13, 2006)        (after January 13, 2006)

      1601 Chestnut Street      436 Walnut Street
      Two Liberty Place      Philadelphia, PA  19106
      Philadelphia, PA  19103      Attention:  Collateral
      Attention: Collateral Manager      Manager

    b.    Behr Industries Corporation ("Behr")
          1020 7 Mile Road N.W.
          P.O. Box 368
          Comstock Park, MI 49321

    c.    J.S.T. Corporation ("JST")
          1957 South Lakeside Drive
          Waukegan, IL 60085

3.     The claims of ACE arise out of certain insurance policies and related agreements issued by ACE, as insurer, to the Debtors, as insureds.

4.     The claims of Behr arise out of its acceptance of a critical vendor payment.

5.     The claims of JST arise out of its acceptance of a critical vendor payment.

6.     All of the Clients have requested that Duane Morris LLP represent them in this case.

7.     Duane Morris LLP does not hold any claim against, or own any interest in, the Debtors, nor has it at any time held any such claim or owned any such interest.

I, Lawrence J. Kotler, declare under penalty of perjury that I am an attorney at Duane Morris LLP and that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Dated: December 8, 2005      DUANE MORRIS LLP

                          By: /s/ Lawrence J. Kotler
                          Lawrence J. Kotler, Esquire
                          380 Lexington Avenue
                          New York, NY  10168
                          (212) 692-1000
                          (212) 692-1020 (facsimile)