DUANE MORRIS LLP
A Delaware Limited Liability Partnership
380 Lexington Avenue
New York, NY 10168
(212) 692-1000
(212) 692-1020 (facsimile)
    and
Lawrence J. Kotler, Esquire
Duane Morris LLP
A Delaware Limited Liability Partnership
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(215) 979-1020 (facsimile)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |
| _____ | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I, Matthew E. Hoffman, Esquire, an attorney with the law firm Duane Morris LLP, hereby certify that on this 8th day of December, 2005, I did cause a true and correct copy of the following papers to be served by first class mail, postage prepaid (unless otherwise noted) upon the parties listed on the attached service list:

    1.    Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure; and

    2.    the within Certificate of Service

                      /s/ Matthew E. Hoffman
                      Matthew E. Hoffman, Esquire

## SERVICE LIST

John Wm. Butler, Jr.  
Skadden, Arps, Slate, Meagher & Flom LLP  
333 West Wacker Drive  
Chicago, IL 60606-1285  
(312) 407-0700  
Fax: (312) 407-0411  
E-Mail: jbutler@skadden.com

Kayalyn A. Marafioti  
Skadden, Arps, Slate, Meagher & Flom LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000  
Fax: (212) 735-2000  
E-Mail: kmarafio@skadden.com

Kurtzman Carson Consultants LLC  
Attn: Claims and Noticing Agent  
12910 Culver Blvd.  
Suite I  
Los Angeles, CA  
(310) 823-9000

Alicia M. Leonhard  
Office of the United States Trustee  
Southern District of New York  
33 Whitehall Street, Suite 210  
New York, NY 10004  
(212) 510-0508  
Fax: (212) 668-2255

Mark A. Broude  
Latham & Watkins  
885 Third Avenue  
New York, NY 10022-4802  
(212) 906-1200  
Fax: (212) 751-4864  
E-Mail: mark.broude@lw.com