CALINOFF & KATZ, LLP
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
Direct Dial: (212) 826-8800
Facsimile: (212) 644-5123
Email address: driggio@candklaw.com

--and--

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD 21202
Direct Dial: (410) 385-3418
Facsimile: (410) 385-3700
Email address: trenda@milesstockbridge.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                  :        Chapter 11
                                                                              :
DELPHI CORPORATION, et al.,                        :        Case No.: 05-44481 (RDD)
                                                                              :
                                                                              :        (Jointly Administered)
         Debtors.                                                    :
-------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR ENTRY
### ON MATRIX, REQUEST FOR SERVICE OF NOTICES
### AND OTHER DOCUMENTS, AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rule 9010 (b), Hydro Aluminum Precision Tubing NA, LLC, and its affiliates, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., and Norsk Hydro Canada, Inc. (collectively, "Hydro"), hereby appear in the above-captioned case by its counsel, Thomas D. Renda and Miles & Stockbridge P.C., and Dorothy H. Marinis-Riggio and Calinoff & Katz, LLP. Pursuant to Bankruptcy Rules 2002 and

9007, the undersigned request that entries be made on the Clerk's Matrix in this case, and that all documents filed with the Court and all notices which the Court and/or any other parties provide in accordance with Rule 2002, be served at the addresses set forth below:

>Thomas D. Renda, Esquire
>Miles & Stockbridge P.C.
>10 Light Street
>Baltimore, Maryland 21202
>Direct Dial: (410) 385-3418
>Facsimile: (410) 385-3700
>Email address: trenda@milesstockbridge.com
>
>and
>
>Dorothy H. Marinis-Riggio, Esquire
>Calinoff & Katz, LLP
>140 East 45th Street
>17th Floor
>New York, NY 10017
>Direct Dial: (212) 826-8800
>Facsimile: (212) 644-5123
>Email address: driggio@candklaw.com

This request includes all papers, reports, orders, notices, copies of applications, motions, petitions, pleadings, appendices, exhibits, requests or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that Hydro intends that neither this Notice of Appearance, nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses,

setoffs, or recoupments to which it is or may be entitled to under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

CALINOFF & KATZ, LLP
By: /s/ Dorothy Marinis-Riggio
Dorothy H. Marinis-Riggio (DR 3273)
140 East 45th Street
17th Floor
New York, NY 10017
Direct Dial: (212) 826-8800
Facsimile: (212) 644-5123
Email address: driggio@candklaw.com

--and--

MILES & STOCKBRIDGE P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD 21202
Direct Dial: (410) 385-3418
Facsimile: (410) 385-3700
Email address: trenda@milesstockbridge.com

*Attorneys for Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Aluminum Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., and Norsk Hydro Canada, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of December, 2005, a copy of the foregoing Notice of Appearance, Request for Entry on Matrix, Request for Service of Notices and Other Documents, and Reservation of Rights was served via first-class mail, postage prepaid, to the following:

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

/s/ Dorothy Marinis-Riggio
Dorothy H. Marinis-Riggio, Esquire