WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
John K. Cunningham (JC-4661)
Linda M. Leali

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                        :    Chapter 11
                                             :
DELPHI CORPORATION, *et al.*,                :    Case No. 05-44481 (RDD)
                                             :
                    Debtors.                 :    Jointly Administered
                                             :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA            )
                            ) SS.:
COUNTY OF MIAMI-DADE        )

Aileen Venes, being duly sworn, deposes and says:

1. The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2. On December 8, 2005, deponent caused to be served a true and correct copy of the following document:

  - **Notice of Withdrawal of Appaloosa Management L.P.'s (A) Objection to Debtors' Motion for an Order Under 11 U.S.C. Sections 105, 362 and 541 and Fed. R. Bankr. P. 3001 Establishing Notification and Hearing Procedures for Trading In Claims and Equity Securities Or, In the Alternative, (B) Motion For Reconsideration Under Fed. R. Bankr. P. 9023 of Interim Trading Order Dated October 12, 2005**

MIAMI 624474 v1 (2K)

via overnight delivery to the following parties:

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Skadden, Arps, Slate
Meagher & Flom, LLP
4 Times Square
P.O. Box 300
New York, NY 10036
Attn: Kayalyn A. Marafioti

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Attn: Alicia M. Leonard

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Sean Corcoran

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg

Skadden, Arps, Slate, Meagher
& Flom, LLP
333 W. Wacher Dr., Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105
Attn: Daniel D. Doyle

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein

JP Morgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
Attn: Thomas F. Maher

McTigue Law Firm
5301 Wisconsin Avenue
Suite 350
Washington, DC 20015
Attn: J. Brian McTigue

Aileen Venes
Aileen Venes

Sworn to before me on this
8th day of December, 2005

Notary Public



LAUREN M. HUNT
Notary Public - State of Florida
My Commission Expires Feb 3, 2009
Commission # DD 392712
Bonded By National Notary Assn.