Andrew C. Kassner (AK-9067)
David B. Aaronson (DA-8387)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
(215) 988-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re                                                       :
                                                            :   Chapter 11
DELPHI CORPORATION, et al.,                                 :
                                                            :   Case No. 05-44481 (RDD)
                                                            :   Jointly Administered
                    Debtors                                 :
------------------------------------------------------------X

CERTIFICATE OF SERVICE

I, Jane L. Gorman, hereby certify that on the 6th day of December, 2005, I caused to be served by first class United States mail a copy of the Amended Verified Statement of Drinker Biddle & Reath LLP Under Federal Rule of Bankruptcy Procedure 2019 upon all parties on the attached list.

/s/ Jane L. Gorman
Jane L. Gorman
Legal Assistant
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996

# SERVICE LIST

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY 10036<br>Indenture Trustee | Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Counsel for Recticel North America, Inc. |
| Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA 90025<br>Creditor Committee Member | J. Brian McTigue<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015<br>Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W. 42nd Street<br>New York, NY 10036 | Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015<br>Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & mosle LLP<br>101 Park Avenue<br>New York, NY 10178-0061<br>Counsel for Flextronics International USA, Inc. | Melissa Knolls<br>Mesirow Financial<br>321 N. Clark St.<br>13th Floor<br>Chicago, IL 60601<br>UCC Professional |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Postpetition Administrative Agent | Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022<br>Counsel for Blue Cross and Blue Shield of Michigan |

| | |
|---|---|
| Sean Corcoran, Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Debtors | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281<br>Securities and Exchange Commission |
| Michael Nefkens<br>Electronic Data Systems Corp.<br>5505 Corporate Drive MSIA<br>Troy, MI 48098<br>Creditor Committee Member | Attorney General Eliot Spitzer<br>Office of New York State<br>120 Broadway<br>New York City, NY 10271<br>New York Attorney General's Office |
| Carrie L. Schiff<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO 80503<br>Counsel for Flextronics International | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>Special Labor Counsel |
| Terry Zale<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO 80503<br>Counsel for Flextronics International | Tom A. Jerman, Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Special Labor Counsel |
| Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735<br>Creditor Committee Member | Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005<br>Counsel for Pension Benefit Guaranty Corporation |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square, 11th Floor<br>New York, NY 10036<br>Financial Advisors to Debtors | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005-4026<br>Chief Counsel for the Pension Benefit Guaranty Corporation |

| | |
|---|---|
| Valerie Venable<br>General Electric Company<br>One Plastics Avenue<br>Pittsfield, MA 01201<br>Creditor Committee Member | Sandra A. Riemer<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>Counsel for Freescale Semiconductor, Inc.,<br>f/k/a Motorola Semiconductor Systems |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>Counsel for Employee Benefits | David L. Resnick<br>Rothchild Inc.<br>1251 Avenue of the Americas<br>New York, NY 10020<br>Financial Advisor |
| Stephen H. Gross<br>Hodgson Russ LLP<br>152 West 57th Street<br>35th Floor<br>New York, NY 10019<br>Counsel for Hexcel Corporation | Robert W. Dremluk<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801<br>Counsel for Murata Electroncs North |
| Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583<br>Counsel to General Motors Corporation | Douglas Bartner, Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Local Counsel to the Debtors |
| Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583<br>Counsel to General Motors Corporation | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Prepetition Administrative Agent |
| Attn: Insolvency Department, Mario Valerio<br>Internal Revenue Service<br>290 Broadway, 5th Floor<br>New York, NY 10007<br>IRS | John Wm. Butler, John K. Lyons,<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606<br>Counsel to the Debtor |

| | |
|---|---|
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226<br>Michigan IRS | Kayalyn A. Marafioti, Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036<br>Counsel to the Debtor |
| Henry Reichard<br>IUE-CWA<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH 45439<br>Creditor Committee Member | Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105<br>Counsel for Movant Retirees and Proposed<br>Counsel for The Official Committee of Retirees |
| William Q. Derrough<br>Jefferies & Company, Inc,<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022<br>UCC Professional | Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105<br>Counsel for Movant Retirees and Proposed<br>Counsel for The Official Committee of Retirees |
| Thomas F. Maher, Richard Duker, Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017<br>Postpetition Administrative Agent | Chester B. Salomon, Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022<br>Counsel for Wamco, Inc. |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Counsel Data Systems Corporation; EDS Information Services, LLC | Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119<br>Conflicts Counsel to the Debtors |
| Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Counsel Data Systems Corporation; EDS Information Services, LLC | Alicia M. Leonard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112<br>United States Trustee |

| | |
|---|---|
| James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA 90066<br>Noticing and Claims Agent: | Deirdre A. Martini<br>United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>United States Trustee |
| Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022<br>UCC Professional | Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Counsel to General Motors Corporation |
| Patrick J. Healy<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017<br>Indenture Trustee | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Counsel to General Motors Corporation |
| Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017<br>Indenture Trustee | Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Counsel to General Motors Corporation |
| David D. Cleary<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606<br>Counsel for Recticel North America, Inc. | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890<br>Creditor Committee Member/Indenture Trustee |