Mitchell D. Cohen (MC-5767)
Robert M. Hirsh (RH-5499)
ARENT FOX PLLC
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Attorneys for Pullman Bank and Trust Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION, | : Chapter 11 |
| | : Case No. 05-44481-rdd |
| Debtor. | : |
| | : |
| | : |
| | : |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**

    **PLEASE TAKE NOTICE** that Pullman Bank and Trust Company ("Pullman"), appears in the above-captioned case by its counsel, Arent Fox PLLC; such counsel hereby enters its appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and §1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following persons at the addresses, telephone and facsimile numbers indicated:

**MITCHELL D. COHEN, ESQ.**
Arent Fox PLLC
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: Cohen.Mitchell@arentfox.com

NYC/243527.1

**ROBERT M. HIRSH, ESQ.**
Arent Fox PLLC
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: Hirsh.Robert@arentfox.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also include, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or inform, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Pullman does not intend that this Notice of Appearance and Demand for Notices and Papers or any later appearance or pleading be deemed or construed to be a waiver of its right (1) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims actions, setoffs, or recoupments to which it is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Pullman expressly reserves.

Dated: New York, New York
December 9, 2005

    Attorneys for
    PULLMAN BANK AND TRUST COMPANY

       /s/ MITCHELL D. COHEN
  By: _____
    Mitchell D. Cohen (MC-5767)
    Robert M. Hirsh (RH-5499)
    ARENT FOX PLLC
    1675 Broadway
    New York, New York 10019

# CERTIFICATE OF MAILING
## STATE OF NEW YORK, COUNTY OF NEW YORK

I am employed in the County of New York, State of New York. I am over the age of 18 and not a party to the within action; my business address is: Arent Fox PLLC, 1675 Broadway, New York, New York 10019.

On this date, I served the annexed document described as a **NOTICE OF APPEARANCE AND DEMAND FOR NOTICE AND PAPERS** on all interested parties by placing true copies thereof enclosed in sealed envelopes addressed as follows:

>Delphia Corporation
>5725 Delphi Drive
>Troy, Michigan 48098
>***Debtor***
>
>Charles Davidow, Esq.
>Wilmer Cutler Pickering Hale & Dorr LLP
>2445 M Street
>Washington, DC 20037
>
>Alicia M. Leonhard, Esq.
>Office of the United States Trustee
>33 Whitehall Street, 21st Floor
>New York, New York 10004
>
>Kurtzman Carson Consultants LLC
>12910 Culver Blvd., Suite I
>Los Angeles, CA 90066
>***Claims and Noticing Agent***
>
>Mark A. Broude, Esq.
>Latham & Watkins
>885 Third Avenue
>New York, New York 10022-4802

I caused such envelope to be deposited in the mail at New York, New York. The envelope was mailed with proper postage thereon fully prepaid.

I declare under penalty of perjury under the laws of the State of New York that the above is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 9, 2005, at New York, New York

                                            /s/ GINA MARIA DAMOULIS
                                       _____
                                          **GINA MARIA DAMOULIS**