**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street, Suite 1200
Newark, NJ 07102
(973) 424-2000
Facsimile (973) 424-2001
By:  Joseph H. Lemkin, Esq. (JL-2490)
Attorneys for JST Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** <br><br> **Delphi Corporation, <u>et al.</u>,** <br><br>                 Debtors. | Chapter 11 <br><br> Case No. 05-44481 |

**ORDER GRANTING MOTION UNDER LOCAL BANKR. R. 2090-1(b)**
**FOR ADMISSION OF GARY VIST *PRO HAC VICE***

Upon the motion, dated December 10, 2005 (the "Motion"), for entry of an order granting the admission of Gary Vist before the United States Bankruptcy Court for the Southern District of New York, as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that the relief sought in the Motion is in the best interests of the parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Gary Vist is permitted to appear *pro hac vice* as counsel to JST Corporation in the above-captioned Chapter 11 case.

Dated: December ___, 2005

                                                                                                                            _____
                                                                                             United States Bankruptcy Judge

NWK\114147.1