UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO §1109(B) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(G) AND 9010**

**TO THE PERSONS ON THE ANNEXED SERVICE LIST:**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 (g) and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Conlin, McKenney & Philbrick, P.C. appear for and on behalf of Brazeway, Inc. in these bankruptcy cases.

**NOTICE IS FURTHER GIVEN** that Brazeway, Inc. requests that all notices given or required to be given in these above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such cases, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

**Conlin, McKenney & Philbrick, P.C.**
350 South Main Street, Suite 400
Ann Arbor, MI 48104
Tel: 734.971.9000
Fax: 734.971.9001

Attn. Bruce N. Elliott, Esq.
E-mail: Elliott@cmplaw.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or Debtors' estates.

Dated: December 1, 2005        By:    /s/_____
                                       Bruce N. Elliott, Esq.
                                       **Conlin, McKenney & Philbrick, P.C.**
                                       350 S. Main Street, Suite 400
                                       Ann Arbor, MI 48104
                                       Tel: 734.761.9000

                                       *Counsel to Brazeway, Inc.*

H:\CLM\Brazeway\Delphi\Notice of Appearance.wpd

## CERTIFICATE OF SERVICE

I hereby certify that on December __9__, 2005, a true and correct copy of the foregoing Notice of Appearance, Request For All Notices, and Request For Service of Papers was sent by United States first class mail to the parties listed below:

| | |
|---|---|
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall St., Suite 2100<br>New York, NY   10004 | Kayalyn A. Marafioti<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY   10036 |
| Kurtzman Carson Consultants LLC<br>12910 Culver Blvd., Suite 1<br>Los Angeles, CA   90066 | Mark A. Broude<br>Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Ave., Ste. 1000<br>New York, NY   10022-4834 |
| John Wm Butler, Jr.<br>John K. Lyons<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 W. Wacker Dr., Ste. 2100<br>Chicago, IL   60606 | |

I further certify that a true and correct copy of the Notice of Appearance and Request For Service of Papers was served on December __9th__, 2005 via electronic mail to all those parties that provided email addresses listed in the annexed Master Service List.

I further certify that a true and correct copy of the Notice of Appearance and Request For Service of Papers was served on December __9th__, 2005 via first class mail to all those parties on the annexed Master Service List that did not provide email addresses.

/s/ _____
Bruce N. Elliott, Esq.

## MASTER LIST

**Notice Electronically Mailed to:**

| | |
|---|---|
| David B. Aaronson | david.aaronson@dbr.com |
| Elizabeth Abdelmasieh | eabdelmasieh@nmmlaw.com |
| Franklin C. Adams | franklin.adams@bbklaw.com |
| Jason R. Adams | jadams@torys.com |
| Jennifer L. Adamy | bankruptcy@goodwin.com |
| Stephen M. Bales | sbales@zieglermetzger.com |
| William J. Barrett | William.barrett@bfkpn.com, William.barrett@bfkpn.com |
| David S. Barritt | barritt@chapman.com |
| Donald F. Baty | dbaty@honigman.com |
| Douglas P. Baumstein | dbaumstein@whitecase.com |
| Ronald Scott Beacher | rbeacher@pitneyhardin.com |
| W. Robinson Beard | jkirk@stites.com |
| Howard S. Beltzer | Stacy_Knobloch@NY_Whitecase.com |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Jeffrey Bernstein | jb@carpben.com, ssolazzo@carpben.com |
| Monica Susan Blacker | monicablacker@akllp.com |
| Charles E. Boulbol | rtrack@msn.com |
| Wendy D. Brewer | wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com |
| Timothy W. Brink | tbrink@lordbissell.com |
| James L. Bromley | maofiling@cgsh.com |
| Mark A. Broude | mark.broude@lw.com |
| Deborah M. Buell | maofiling@cgsh.com |
| Kevin J. Burke | kburke@cahill.com |
| John Wm. Butler | jbutler@skadden.com |
| Aaron R. Cahn | cahn@clm.com |
| Judy B. Calton | jcalton@honigan.com |
| Scott Cargill | scargill@lowenstein.com, hpetersen@lowenstein.com |
| D. Christopher Carson | ccarson@burr.com |
| Michelle Carter | mcarter@kslaw.com |
| Madison L. Cashman | nashvillebankruptcyfilings@stites.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com |
| Eric J. Charlton | echarlton@hiscockbarclay.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com, Richard.kremen@dlapiper.com |
| Tracy M. Clark | clark@steinbergshapiro.com |
| David D. Cleary | dcleary@mwe.com |
| Tiffany Strelow Cobb | tscobb@vssp.com, edfricke@vssp.com |
| Susan M. Cook | smcook@lamberleser.com |
| David N. Crapo | dcrapo@gibbonslaw.com |
| Michael G. Cruse | mcruse@wnj.com |
| Vincent D'Agostino | vdagostino@lowenstein.com |
| Douglas R. Davis | ddavis@paulweiss.com |
| Jeffry A. Davis | jeffdavis@graycary.com |

1

| | |
|---|---|
| James J. DeCristofaro | james.decristofaro@lovells.com |
| Robert Dehney | rdehney@mnat.com |
| Gerard DiConza | gdiconza@gtlaw.com |
| Maria J. DiConza | diconzam@gtlaw.com |
| Karen Dine | Karen.dine@pillsburylaw.com |
| Stephen A. Donato | sdonato@bsk.com |
| J. Ted Donovan | Tdonvan@finkgold.com |
| Robert W. Dremluk | rdremluk@seyfarth.com |
| Robert L. Eisenbach | reisenbach@cooley.com |
| Judith Elkin | Judith.elkin@haynesboone.com |
| Barbara Ellis-Monro | bellis-monro@sgrlaw.com |
| Alyssa Englund | aenglund@orrick.com |
| Richard L. Epling | repling@pillsburywinthrop.com |
| Earle I. Erman | eerman@ermanteicher.com |
| Michael S. Etkin | metkin@lowenstein.com |
| Stephen Vincent Falanga | sfalanga@connellfoley.com |
| Eugene I. Farber | efarber747@aol.com |
| Robert Michael Farquhar | mfarquhar@winstead.com |
| Bonnie Glantz Fatell | fatell@blankrome.com |
| Richard L. Ferrell | Ferrell@taftlaw.com |
| Charles J. Filardi | efilardi@pepehazard.com |
| Jonathan D. Forstot | jforstot@tpw.com |
| Edward M. Fox | efox@klng.com |
| David H. Freedman | dfreedman@ermanteicher.com |
| Scott J. Friedman | sjfriedman@jonesday.com |
| Timothy A. Fusco | fusco@millercanfield.com |
| Thomas M. Gaa | tgaa@bbslaw.com |
| James M. Garner | jgarner@shergarner.com |
| Yann Geron | nybkfilings@foxrothschild.com |
| Scott R. Goldberg | sgoldber@quarles.com |
| Scott A. Golden | sagolden@hhlaw.com |
| Robert C. Goodrich | nashvillebankruptcyfilings@stites.com |
| Warren R. Graham | wrg@dmlegal.com |
| Gary E. Green | ggreen@fagelhaber.com |
| Jonathan S. Green | greenj@millercanfield.com |
| John T. Gregg | jgregg@btlaw.com |
| Stephen H. Gross | sgross@hodgsonruss.com |
| Stephen B. Grow | sgrow@wnj.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Jonathan P. Guy | jpguy@swidlaw.com |
| Michael Leo Hall | mhall@burr.com |
| Timothy C. Hall | tch@previant.com |
| Alan D. Halperin | ahalperin@halperinlaw.net |
| William J. Hanlon | whanlon@seyfarth.com |
| Kristopher M. Hansen | insolvency2@stroock.com |
| Jill M. Hartley | jh@previant.com |
| Brian W. Harvey | bharvey@goodwinprocter.com |
| William M. Hawkins | whawkins@loeb.com |

2

| | |
|---|---|
| Dion W. Hayes | dhayes@mcguirewoods.com |
| William Heuer | wheuer@morganlewis.com |
| Jeannette Eisan Hinshaw | jhinshaw@boselaw.com |
| Shannon E. Hoff | shoff@burr.com |
| John J. Hunter | jrhunter@hunterschank.com |
| Michael G. Insalaco | minsalaco@zeklaw.com |
| Hilary Jewett | hjewett@foley.com |
| Roger G. Jones | rjones@bccb.com |
| Andrew C. Kassner | Andrew.kassner@dbr.com |
| Tracy L. Klestadt | tklestadt@klestadt.com |
| Hanan B. Kolko | hkolko@msek.com |
| Alan M. Koschik | akoschik@brouse.com |
| Lawrence J. Kotler | ljkotler@duanemorris.com |
| Stuart A. Krause | skrause@zeklaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com |
| Darryl S. Laddin | bkrfilings@agg.com |
| Elena Lazarou | elazarou@reedsmith.com |
| David S. Lefere | davidl@bolhouselaw.com |
| Harris Donald Leinwand | hleinwand@aol.com |
| David E. Lemke | david.lemke@wallerlaw.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com |
| Ira M. Levee | ilevee@lowenstein.com |
| Jill Levi | jlevi@toddlevi.com |
| Jeffrey M. Levinson | jml@ml-legal.com |
| Kenneth M. Lewis | klew@rosenpc.com |
| Kim Martin Lewis | brandy.mcquery@dinslaw.com |
| Eric Lopez Schnabel | Schnabel@klettrooney.com |
| A. Peter Lubitz | plubitz@schiffhardin.com |
| John S. Mairo | jsmairo@pbnlaw.com |
| Jacob A. Manheimer | jmanheimer@pierceatwood.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
| Dorothy H. Marinis-Riggio | demarinis@candklaw.com |
| Ilan Markus | imarkus@tylercooper.com |
| Richard Gary Mason | rgmason@wlrk.com |
| Thomas J. Matz | tmatz@skadden.com |
| Daniel P. Mazo | dpm@curtinheefner.com |
| Michael K. McCrory | Michael.mccrory@btlaw.com |
| Ralph E. McDowell | rmcdowell@bodmanllp.com |
| Austin L. McMullen | amcmulle@bccb.com |
| Patrick E. Mears | Patrick.mears@btlaw.com |
| Derek F. Meek | dmeek@burr.com |
| Barbara S. Mehlsack | bmehlsack@gkllaw.com |
| Richard M. Meth | msteen@pitneyhardin.com |
| Robert N. Michaelson | michaelson@kl.com |
| Kathleen M. Miller | kmm@skfdelaware.com |
| Alan K. Mills | amills@btlaw.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com |
| James P. Moloy | jmoloy@dannpecar.com |

3

| | |
|---|---|
| Audrey E. Moog | amoog@hhlaw.com |
| Brian F. Moore | bmoore@mccarter.com |
| Eric T. Moser | emoser@klng.com |
| Alisa Mumola | alias@contrariancapital.com |
| Jill L. Murch | jmurch@foley.com |
| James P. Murphy | murph@berrymoorman.com |
| Bruce N. Nathan | bnathan@lowenstein.com |
| Lauren Newman | lnewman@fagelhaber.com |
| Marie L. Nienhuis | mnienhuis@gklaw.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |
| Kasey C. Nye | knye@quarles.com |
| Martin P. Ochs | martin@oglaw.net |
| Sean A. Okeefe | sokeefe@winthropcouchot.com |
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Anne M. Peterson | apterson@phillipslytle.com |
| Lowell Peterson | lpeterson@msek.com |
| Ronald R. Peterson | rpeterson@jenner.com |
| Ed Phillips | ephillips@thurman-phillips.com |
| Alex Pirogovsky | apirogovsky@uhlaw.com |
| Leslie A. Plaskon | leslieplaskon@paulhastings.com |
| Jeffrey S. Posta | jposta@sternslaw.com |
| Constantine Pourakis | cp@stevenlee.com |
| Paul A. Rachmuth | prachmuth@andersonkill.com |
| Dennis Jay Raterink | raterinkd@michigan.gov |
| Jo Christine Reed | jcreed@sonnenschein.com |
| Steven J. Reisman | sreisman@cm-p.com |
| Kenneth A. Reynolds | kar@pryormandelup.com |
| Geoffrey A. Richards | grichards@kirkland.com |
| Marc E. Richards | mrichards@blankrome.com |
| Craig Philip Rieders | crieders@gjb-law.com |
| Sandra A. Riemer | sriemer@phillipsnizer.com |
| Matthew R. Robbins | mrr@previant.com |
| Jean R. Robertson | jrobertson@mcdonaldhopkins.com |
| Scott D. Rosen | srosen@cb-shea.com |
| Paul M. Rosenblatt | prosenblatt@kilpatrickstockton.com |
| Robert B. Rubin | brubin@burr.com |
| E. Todd Sable | tsable@honigman.com |
| Chester B. Salomon | cs@stevenslee.com |
| Diane W. Sanders | Austin.bankruptcy@publicans.com |
| Thomas P. Sarb | ecfsarbt@millerjohnson.com |
| William F. Savino | wsavino@damonmorey.com |
| Thomas J. Schank | tomschank@hunterschank.com |
| Michael L. Schein | mlschein@mintz.com |
| Charles P. Schulman | cschulman@sachnoff.com |
| Bryan E. Schwartz | bschwartz@lplegal.com |
| Mark S. Scott | mscott@riemerlaw.com |
| Jay Selanders | selanders@danielsandkaplan.com |
| Mark A. Shaiken | mshaiken@stinsonmoheck.com |

4

| | |
|---|---|
| Andrea Sheehan | Sheehan@txscoollaw.com |
| Andrew Howard Sherman | asherman@sillscummis.com |
| Joseph E. Shickich | jshickich@riddellwilliams.com |
| Stephen J. Shimshak | sshimshak@paulweiss.com |
| Wallace A. Showman | was@showmanlaw.com |
| Robert J. Sidman | rjsidman@vssp.com |
| Sam O. Simmerman | sosimmerman@kwgd.com |
| Thomas R. Slone | mail@srsllp.com |
| Marc P. Solomon | msolomon@burr.com |
| Brian D. Spector | bspector@selawfirm.com |
| Brent C. Strickland | bstrickland@wtplaw.com |
| James M. Sullivan | jmsullivan@mwe.com |
| Robert Szwajkos | rsz@curtinheefner.com |
| Gordon J. Toering | gtoering@wnj.com |
| Sheldon S. Toll | lawtoll@comcast.net |
| Laura L. Torrado | ltorrado@bear.com |
| Raymond J. Urbanik | rurbanik@munsch.com |
| Robert Usadi | rusadi@cahill.com |
| Shmuel Vasser | svasser@eapdlaw.com |
| Joseph J. Vitale | jvitale@cwsny.com |
| Michael D. Warner | bankruptcy@warnerstevens.com |
| Robert K. Weiler | rweiler@greenseifter.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Robert A. White | rwhite@murthalaw.com |
| Jeffrey C. Wisler | jcw@cblhlaw.com |
| Robert D. Wolford | ecfwolfordr@mjsc.com |
| Stephen L. Yonaty | syonaty@hodgsonruss.com |
| Helen a. Zamboni | hzamboni@underbergkessler.com |
| Peter Alan Zisser | nys-bkcyecf@hklaw.com |

**Notice mailed via first class mail to:**

Mark I. Bane
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY   10178
mbane@kelleydrye.com

Glenn P. Berger
Jaffe & Asher, LLP
600 Third Avenue
New York, NY   10016

5

James S. Carr
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
jcarr@kelleydrye.com

Babette A. Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY  10036
bceccotti@cwsny.com

Stuart F. Cheney


Mark G. Claypool


Michael L. Cook
Schulte, Roth & Zabel, LLP
919 Third Avenue
New York, NY  10022
Michael.cook@srz.com

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA    94306

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomfield Hills, MI  48304

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL   33131   jcunningham@whitecase.com

Craig Alan Damast
Blank, Rome LLP
405 Lexington Avenue
New York, NY   10174
cadamast@blankrome.com

6

Charles Davidow
Wilmer, Cutler, Pickering, Hale & Dorr, LLP
2445 M Street
Washington, DC   20037

J. Michael Debbeler
Graydon, Head & Ritchey, LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH   45202

Elizabeth K. Flaagan
Holme, Roberts & Owen, LLP
1700 Lincoln Street, Suite 4100
Denver, CO   80203

Mark T. Flewelling
Angling, Flewelling, Rasmussen, Campbell
 & Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA   91101

Lars H. Fuller
Rothgerber, Johnson & Lyons, LLP
One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO   80202-5855

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL   60068-5738

Ira P. Goldberg
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL   60068-5738

Andrew D. Gottfried
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY   10178
agottfried@morganlewis.com

7

David M. Grogan
Shumaker, Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC  28202

Larry D. Harvey
Larry D. Harvey, P.C.
5290 DTC Parkway
Suite 150
Englewood, CO  80111

Jane Ann Himsel
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN  46204

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO  80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY  12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY  10004

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY  10003

Jill Mazer-Marino
Scarcella, Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY  11553
jmmarino@srsllp.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL   60603
tmcfadden@lordbissell.com

Gene T. Moore
1802 15th Street
Tuscaloosa, AL   35401

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH   44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY   10103

Brian Resnick
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY   10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY   11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ   07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY   10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY   10016
PRUBIN@HERRICK.COM

9

Lawrence M. Schwab
Bialson, Bergen & Schwab, Esq.
2600 El Camino Real
Suite 300
Palo Alto, CA   94306

Mark R. Somerstein
Kelley, Drye & Warren, LLP
101 Park Avenue
New York, NY   10178
msomerstein@kelleydrye.com

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY   10020-1104
timothy.walsh@dlapiper.com

Robert e. Willyard
Law Offices of Robert E. Willyard
2940 East LaPalma Avenue
Suite A
Anaheim, CA   92806

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT   06103