UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
In re:                                                      :
                                                            :
DELPHI CORPORATION et al.,                                  :   Chapter 11
                                                            :   Case No. 05-44481 (RDD)
                            Debtors.                        :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

TO:         CORNING INCORPORATED ("Assignor")

| | |
|---|---|
| Primary Contact: | Phillip E. Gorham |
| Street Address: | One Riverfront Plaza |
| City, State, Zip Code: | Corning, NY 14831 |
| Phone Number: | (607) 974-7674 |
| Fax Number: | (607) 974-4776 |

    Transferor and JPMorgan Chase Bank, N.A. ("Assignee") are parties to that certain Assignment of Claim (the "Assignment of Claim"), dated as of December 9, 2005, whereby Assignor assigned its right, title and interest in $2,244,881.76 of the Claim (as defined therein) to Assignee subject to the terms and conditions set forth therein.

    The Evidence of Transfer of Claim in connection with the Assignment of Claim is attached as Exhibit A and the Transferee's notice, payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C.

356992

No action is required <u>if you do not object</u> to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN <u>TWENTY (20) DAYS</u> OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE ADDRESS SET FORTH IN <u>EXHIBIT B</u> HERETO WITH A COPY TO:**

    **Kirkpatrick & Lockhart Nicholson Graham LLP**
    **599 Lexington Avenue**
    **New York, NY 10022**
    **Attention:**    Timothy C. Bennett
    **Telephone:**  (212) 536-4897
    **Fascimile:**   (212) 536-4001
    **E-mail :**      tbennett@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

*[The remainder of this page is left blank intentionally. The next page is the signature page.]*

356992

Dated: DECEMBER 9, 2005

JPMORGAN CHASE BANK, N.A.

By: _____

Name: NEELIMA VELUVOLU
Title: Authorized Signatory

356992