## SCHEDULE I
### Notice and Wire Transfer Instructions

**Assignor's Notice and Wire Instructions:**

Notice:
| | |
|---|---|
| Primary Contact: | Phillip E. Gorham |
| Street Address: | One Riverfront Plaza |
| City, State, Zip Code: | Corning, NY 14831 |
| Phone Number: | (607) 974-7674 |
| Fax Number: | (607) 974-4776 |

Wire:
Name of Bank where funds are to be transferred:
Citibank N.A.,  New York, NY
Routing Transit/ABA number of Bank where funds are to be transferred:
021000089
Name of Account: (if applicable)
Corning Incorporated
Account Number:
00027633
Swift Code:
CITIUS33

**Assignee's Notice and Wire Instructions:**

Notice:
| | |
|---|---|
| Primary Contact: | Stanley Lim |
| Street Address: | 270 Park Avenue, 17th Floor |
| City, State, Zip Code: | New York, NY 10017 |
| Phone Number: | (212) 270-4421 |
| Fax Number: | (212) 270-2157 |

| | |
|---|---|
| Backup Contact: | Karoline Kane |
| Phone Number: | (212) 270-0033 |
| Fax Number: | (212) 270-5347 |

Wire:
Name of Bank where funds are to be transferred:
**JPMorgan Chase Bank, N.A.**
Routing Transit/ABA number of Bank where funds are to be transferred:
**021000021**
Name of Account: (if applicable)
**SPS High Yield Loan Trading**
Account Number:
**544-7-94742**

392725