| United States Bankruptcy Court  Southern | District Of New York | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor  Delphi Corporation et.al | Case Number  05-44481 | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Corning Incorporated

Name and Address where notices should be sent:

One Riverfront Plaza
Corning, New York  14831
Attn:  Corporate Secretary

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☒ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:  (607) 974-9000

*This Space For Court Use Only*

Account or other number by which creditor identifies debtor:

Customer Nos.:  11803000, 34748037

Check here if this claim ☐ replaces or ☐ amends a previously filed claim
dated: _____

**1. Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)              (date)

**2. Date debt was incurred:**  July 15, 2005 – October 7, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describer your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

  ☐ Real Estate  ☐ Motor Vehicle
  ☐ Other _____
  Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Nonpriority Claim** $2,244,881.76

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
Specify the priority of the claim:

☐ Domestic support obligations - 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter
  with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**  $ 2,244,881.76

| (Unsecured) | (Secured) | (Priority) | (Total) |
|---|---|---|---|

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

NOV 1 0 2005

CLAIMS PROCESSING CENTER
USBC, SDNY

| Date:  10/21/2005 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  Corning Incorporated, Phillip E. Gorham, Asst.Treasurer |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

# INVOICE

Please Remit To:

   Wachovia Bank

   CORNING INCORPORATED

   PO BOX 75122

   CHARLOTTE NC 28275-5741

   United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009303 |
| Invoice Date: | 09/06/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

   ASEC MANUFACTURING & SALES

   PO BOX 1679

   CATOOSA OK 74015

   United States

AMOUNT DUE:     40,089.60   USD

Amount Remitted

Illuhlullluuulbldullul

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|------------|
| | | | "********************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | **********************************" | | | | |
| 1 | | 1016CH | 4.162x4.162x2.165/400/4 | 12,528.00 | EA | 3.20 | 40,089.60 |
| | | | **SUBTOTAL:** | | | | 40,089.60 |

TOTAL AMOUNT DUE :           40,089.60

STANDARD             Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009339 |
| Invoice Date: | 09/12/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:        99,539.04    USD

Amount Remitted

Իսիվիիիսսվիսիվիիիի

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | "****************************************** | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | "******************************************" | | | | | |
| 1 | | 1012CH | 4.662x4.662x3.228/400/4 | 10,320.00 | EA | 5.99 | 61,816.80 |
| 2 | | 1014CH | 4.000x4.000x2.441/400/4 | 11,328.00 | EA | 3.33 | 37,722.24 |
| | | | SUBTOTAL: | | | | 99,539.04 |

TOTAL AMOUNT DUE :                                          99,539.04

STANDARD                                                                                    Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009340 |
| Invoice Date: | 09/12/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:** 82,857.60  USD

Amount Remitted

Il..l.l.ll...l.ll.l..ll.l

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "*****************************************  LOT NUMBERS BEGINNING WITH 042 ARE  MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN)  *****************************************" | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 10,368.00 | EA | 4.97 | 51,528.96 |
| 2 | | 1014CH | 4.000x4.000x2.441/400/4 | 9,408.00 | EA | 3.33 | 31,328.64 |

SUBTOTAL: 82,857.60

TOTAL AMOUNT DUE : 82,857.60

STANDARD

Original

# INVOICE

| | |
|---|---|
| Please Remit To: | |
| Wachovia Bank | |
| CORNING INCORPORATED | |
| PO BOX 75122 | |
| CHARLOTTE NC 28275-5741 | |
| United States | |

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009341 |
| Invoice Date: | 09/12/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:  55,753.46  USD

Amount Remitted

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ********************************************" | | | | |
| 1 | | 1011CH | 4.662X4.662X2.677/400/4 | 11,218.00 | EA | 4.97 | 55,753.46 |
| | | | SUBTOTAL: | | | | 55,753.46 |

TOTAL AMOUNT DUE : 55,753.46

STANDARD

Original

# INVOICE

Please Remit To:

   Wachovia Bank

   CORNING INCORPORATED

   PO BOX 75122

   CHARLOTTE NC 28275-5741

   United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009372 |
| Invoice Date: | 09/13/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

   ASEC MANUFACTURING & SALES

   PO BOX 1679

   CATOOSA OK 74015

   United States

AMOUNT DUE:          73,651.68     USD

_____

Amount Remitted

||.ı..|ı.ıl||ı...ıl.|ı|ı.ı|ı|

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ******************************************" | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 8,640.00 | EA | 4.97 | 42,940.80 |
| 2 | | 1012CH | 4.662x4.662x3.228/400/4 | 2,160.00 | EA | 5.99 | 12,938.40 |
| 3 | | 1014CH | 4.000x4.000x2.441/400/4 | 2,016.00 | EA | 3.33 | 6,713.28 |
| 4 | | 1016CH | 4.162x4.162x2.165/400/4 | 3,456.00 | EA | 3.20 | 11,059.20 |

     SUBTOTAL:                                                                73,651.68

| TOTAL AMOUNT DUE : | 73,651.68 |
|---|---|

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| Page: | 1 |
|---|---|
| Invoice No: | 5990009420 |
| Invoice Date: | 09/20/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:    16,120.53    USD

Amount Remitted

Ilaalalallaaadlalaadlal

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ************************************************ | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ************************************************" | | | | |
| 1 | | 1014CH | 4.000x4.000x2.441/400/4 | 4,841.00 EA | | 3.33 | 16,120.53 |
| | | | SUBTOTAL: | | | | 16,120.53 |

TOTAL AMOUNT DUE :    16,120.53

STANDARD                                                                    Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009421 |
| Invoice Date: | 09/20/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          117,734.51    USD

Amount Remitted

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "******************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *******************************************" | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 16,545.00 | EA | 4.97 | 82,228.65 |
| 2 | | 2012CH | 4.662x4.662x3.228/400/4 | 3,094.00 | EA | 5.99 | 18,533.06 |
| 3 | | 1016CH | 4.162x4.162x2.165/400/4 | 5,304.00 | EA | 3.20 | 16,972.80 |
| | | | SUBTOTAL: | | | | 117,734.51 |

TOTAL AMOUNT DUE :          117,734.51

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009459 |
| Invoice Date: | 09/26/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          57,250.80    USD

Amount Remitted

||..|..|.||..|.||.|..|.|||.|..||.|

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|------------|
| | | | "********************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *********************************************" | | | | |
| 1 | | 1003CH | 4.662x4.662x3.976/400/4 | 1,728.00 | EA | 7.37 | 12,735.36 |
| 2 | | 1014CH | 4.000x4.000x2.441/400/4 | 13,368.00 | EA | 3.33 | 44,515.44 |
| | | | SUBTOTAL: | | | | 57,250.80 |
| | | | TOTAL AMOUNT DUE : | | | | 57,250.80 |

STANDARD                                                                Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009466 |
| Invoice Date: | 09/26/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**    36,683.28    USD

Amount Remitted

Hardballannahhhadd

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | "*************************************** | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | ***************************************" | | | | | |
| 1 | | 1014CH | 4.000x4.000x2.441/400/4 | 11,016.00 | EA | 3.33 | 36,683.28 |
| | | **SUBTOTAL:** | | | | | 36,683.28 |

| TOTAL AMOUNT DUE : | 36,683.28 |
|---|---|

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009499 |
| Invoice Date: | 09/29/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          8,588.16    USD

Amount Remitted

Haldalllllmmhlhlhdh

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|------------|
| | | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 1,728.00 | EA | 4.97 | 8,588.16 |

SUBTOTAL:                                                                                    8,588.16

TOTAL AMOUNT DUE :                                                          8,588.16

STANDARD                                                                                        Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009500 |
| Invoice Date: | 09/29/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:                    34,352.64     USD

Amount Remitted

||u||u||||u||uu||||u||u||u||

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "*****************************************" | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | "*****************************************" | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 6,912.00 | EA | 4.97 | 34,352.64 |
| | | | **SUBTOTAL:** | | | | 34,352.64 |

| | |
|---|---|
| TOTAL AMOUNT DUE : | 34,352.64 |

STANDARD                                                                                                    Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009501 |
| Invoice Date: | 09/29/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**         47,009.52    USD

Amount Remitted

Ihulhtallhumullddudlh

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ******************************************* | | | | |
| 1 | | 1012CH | 4.662x4.662x3.228/400/4 | 7,848.00 | EA | 5.99 | 47,009.52 |

SUBTOTAL:                                    47,009.52

TOTAL AMOUNT DUE :                           47,009.52

STANDARD                                                    Original

# INVOICE

Please Remit To:

Wachovia Bank

CORNING INCORPORATED

PO BOX 75122

CHARLOTTE NC 28275-5741

United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009517 |
| Invoice Date: | 10/03/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 11/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES

PO BOX 1679

CATOOSA OK 74015

United States

AMOUNT DUE:        75,027.12    USD

Amount Remitted

lladdallmmddhdulld

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ************************************** | | | | |
| 1 | | 1011CH | 4.662x4.662x2.677/400/4 | 15,096.00 | EA | 4.97 | 75,027.12 |
| | | | SUBTOTAL: | | | | 75,027.12 |

TOTAL AMOUNT DUE :                                               75,027.12

STANDARD                                                                Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 5990009562 |
| Invoice Date: | 10/06/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 11/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:            60,019.92    USD

Amount Remitted

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *******************************************" | | | | |
| 1 | | 1014CH | 4.000x4.000x2.441/400/4 | 18,024.00 | EA | 3.33 | 60,019.92 |

SUBTOTAL:                                              60,019.92

TOTAL AMOUNT DUE :                                     60,019.92

STANDARD                                                          Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011082 |
| Invoice Date: | 09/02/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          10,938.24    USD

Amount Remitted

Ilubdulllnulblulld

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ********************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *********************************************" | | | | |
| 1 | | 1021CH | 4.162x4.162x2.913/600/4 | 2,592.00 | EA | 4.22 | 10,938.24 |

SUBTOTAL:                                                          10,938.24

TOTAL AMOUNT DUE :                                    10,938.24

STANDARD                                                          Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011083 |
| Invoice Date: | 09/02/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:        87,696.00    USD

Amount Remitted

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "******************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ********************************************" | | | | |
| 1 | | 1010CH | 4.662x4.662x2.677/600/4 | 12,096.00 | EA | 4.82 | 58,302.72 |
| 2 | | 1013CH | 4.000x4.000x2.441/600/4 | 9,072.00 | EA | 3.24 | 29,393.28 |
| | | | SUBTOTAL: | | | | 87,696.00 |

TOTAL AMOUNT DUE :        87,696.00

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011105 |
| Invoice Date: | 09/07/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          8,134.72     USD

Amount Remitted

Hullullllludldludll

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|------------|
| | | ********************************************* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | *********************************************" | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 259.72 | 259.72 |
| 2 | | 837973 | 4.662x4.662x6.000/350/5.5 | 100.00 | EA | 78.75 | 7,875.00 |

SUBTOTAL:                                                                          8,134.72

TOTAL AMOUNT DUE :                                                         8,134.72

STANDARD                                                                      Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011118 |
| Invoice Date: | 09/08/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**          8,257.95     USD

Amount Remitted

Hullindulllunndlldululll

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | ************************************* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | *************************************" | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 EA | | 382.95 | 382.95 |
| 2 | | 840638 | 3.606x4.431x4.050/400/4 | 150.00 EA | | 52.50 | 7,875.00 |
| | | | SUBTOTAL: | | | | 8,257.95 |
| | | | **TOTAL AMOUNT DUE :** | | | | 8,257.95 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011120 |
| Invoice Date: | 09/09/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:                65,200.32    USD

Amount Remitted

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "********************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *********************************************" | | | | |
| 1 | | 1000CH | 4.662x4.662x2.323/600/4 | 1,152.00 | EA | 4.18 | 4,815.36 |
| 2 | | 1010CH | 4.662x4.662x2.677/600/4 | 12,528.00 | EA | 4.82 | 60,384.96 |
| | | **SUBTOTAL:** | | | | | 65,200.32 |

| | |
|---|---|
| **TOTAL AMOUNT DUE :** | 65,200.32 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011121 |
| Invoice Date: | 09/09/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          108,760.32    USD

Amount Remitted

।।।.।.।.।।।.।।।।.।।.।।।.।।।।

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|-----------|
| | | ************************************** | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | **************************************" | | | | | |
| 1 | | 1010CH | 4.662x4.662x2.677/600/4 | 10,368.00 | EA | 4.82 | 49,973.76 |
| 2 | | 1013CH | 4.000x4.000x2.441/600/4 | 18,144.00 | EA | 3.24 | 58,786.56 |
| | | | **SUBTOTAL:** | | | | 108,760.32 |

| | |
|---|---|
| **TOTAL AMOUNT DUE :** | 108,760.32 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011139 |
| Invoice Date: | 09/09/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          41,984.04    USD

Amount Remitted

||..|.|.||||....||.|.|..|||.|

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ************************************************ | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ************************************************" | | | | |
| 1 | | 1008CH | 3.662x3.662x3.780/600/4 | 9,268.00 | EA | 4.53 | 41,984.04 |
| | | | | | | | |
| | | **SUBTOTAL:** | | | | | 41,984.04 |

TOTAL AMOUNT DUE :                                                    41,984.04

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011186 |
| Invoice Date: | 09/16/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:     195,707.52   USD

Amount Remitted

||..||..||....||.||.|.||||

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | "******************************************** | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | *******************************************" | | | | | |
| 1 | | 1000CH | 4.662x4.662x2.323/600/4 | 7,200.00 | EA | 4.18 | 30,096.00 |
| 2 | | 1008CH | 3.662x3.662x3.780/600/4 | 9,792.00 | EA | 4.53 | 44,357.76 |
| 3 | | 1010CH | 4.662x4.662x2.677/600/4 | 12,960.00 | EA | 4.82 | 62,467.20 |
| 4 | | 1013CH | 4.000x4.000x2.441/600/4 | 18,144.00 | EA | 3.24 | 58,786.56 |

SUBTOTAL:                                                          195,707.52

TOTAL AMOUNT DUE :                                        195,707.52

STANDARD                                                          Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011253 |
| Invoice Date: | 09/23/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          213,071.22    USD

Amount Remitted

||..|.|..|||.....||.|.|..||.|

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ***************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *****************************************" | | | | |
| 1 | | 1000CH | 4.662x4.662x2.323/600/4 | 12,662.00 | EA | 4.18 | 52,927.16 |
| 2 | | 1008CH | 3.662x3.662x3.780/600/4 | 12,600.00 | EA | 4.53 | 57,078.00 |
| 3 | | 1010CH | 4.662x4.662x2.677/600/4 | 21,383.00 | EA | 4.82 | 103,066.06 |

SUBTOTAL:                                                213,071.22

TOTAL AMOUNT DUE :                                      213,071.22

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011257 |
| Invoice Date: | 09/23/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:        9,914.40      USD

Amount Remitted

Ilnldndllnnnddldlndll

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "*********************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ***********************************************" | | | | |
| 1 | | 1061GM | 4.162x4.162x6.000/350/5.5 | 1,296.00 | EA | 7.65 | 9,914.40 |
| | | | SUBTOTAL: | | | | 9,914.40 |
| | | | TOTAL AMOUNT DUE : | | | | 9,914.40 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011266 |
| Invoice Date: | 09/26/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          10,713.60    USD

Amount Remitted

||..||.||..||....||.|.|..|||

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ********************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ********************************************* | | | | |
| 1 | | 1015CH | 4.162x4.162x2.165/600/4 | 3,456.00 | EA | 3.10 | 10,713.60 |

SUBTOTAL:                                              10,713.60

TOTAL AMOUNT DUE :                                     10,713.60

STANDARD                                                         Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011312 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          121,553.28     USD

Amount Remitted

IladtdallImudtddmdtdt

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *******************************************" | | | | |
| 1 | | 1000CH | 4.662x4.662x2.323/600/4 | 16,128.00 | EA | 4.18 | 67,415.04 |
| 2 | | 1010CH | 4.662x4.662x2.677/600/4 | 11,232.00 | EA | 4.82 | 54,138.24 |
| | | | **SUBTOTAL:** | | | | 121,553.28 |

TOTAL AMOUNT DUE :                                        121,553.28

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011313 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          80,017.44      USD

Amount Remitted

Illudldullllnndldldulld

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | ******************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ********************************************" | | | | |
| 1 | | 1010CH | 4.662x4.662x2.677/600/4 | 9,192.00 | EA | 4.82 | 44,305.44 |
| 2 | | 1015CH | 4.162x4.162x2.165/600/4 | 11,520.00 | EA | 3.10 | 35,712.00 |
| | | SUBTOTAL: | | | | | 80,017.44 |

TOTAL AMOUNT DUE :          80,017.44

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011316 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**     128,648.52     USD

Amount Remitted

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|-----------|
| | | | ***************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ***************************************** | | | | |
| 1 | | 1008CH | 3.662x3.662x3.780/600/4 | 14,616.00 | EA | 4.53 | 66,210.48 |
| 2 | | 1013CH | 4.000x4.000x2.441/600/4 | 19,271.00 | EA | 3.24 | 62,438.04 |

SUBTOTAL:                                                          128,648.52

TOTAL AMOUNT DUE :                                      128,648.52

STANDARD                                                                Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011317 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          32,659.20    USD

Amount Remitted

‖₁₁‖₁₁₁‖₁₁₁₁₁₁‖₁₁‖₁₁‖₁₁

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "******************************************* | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *******************************************" | | | | |
| 1 | | 1013CH | 4.000x4.000x2.441/600/4 | 10,080.00 | EA | 3.24 | 32,659.20 |
| | | | **SUBTOTAL:** | | | | 32,659.20 |

| | |
|---|---|
| TOTAL AMOUNT DUE : | 32,659.20 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| Page: | 1 |
|---|---|
| Invoice No: | 9910011318 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**  2,395.44  USD

Amount Remitted

Ilubluilllumdblbuld

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "***************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *****************************************" | | | | |
| 1 | | 1022AM | 5.662x5.662x6.000/400/6.5 | 216.00 | EA | 11.09 | 2,395.44 |

SUBTOTAL:  2,395.44

TOTAL AMOUNT DUE :  2,395.44

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011321 |
| Invoice Date: | 09/30/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:** 5,523.85   USD

Amount Remitted

Ilndlulllnndlddulhl

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*" | | | | | |
| 1 | | 0000000000000 Freight | | 1.00 | EA | 273.85 | 273.85 |
| 2 | | 840401 | 3.662x3.662x3.681/400/4 | 100.00 | EA | 52.50 | 5,250.00 |

SUBTOTAL:                                                                    5,523.85

TOTAL AMOUNT DUE :                                             5,523.85

STANDARD                                                                          Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011362 |
| Invoice Date: | 10/06/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 11/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          1,604.65     USD

Amount Remitted

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 42.15 | 42.15 |
| 2 | | 840437 | 4.331x4.331x1.866/400/6.5 | 50.00 | EA | 31.25 | 1,562.50 |
| | | | **SUBTOTAL:** | | | | 1,604.65 |

| | | |
|---|---|---|
| **TOTAL AMOUNT DUE :** | | 1,604.65 |

STANDARD

Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011363 |
| Invoice Date: | 10/06/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 11/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:           8,188.52     USD

Amount Remitted

||ı..ılı.ıll.....ıllıl.ılıl.ıllı.l

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|-----------|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*" | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 313.52 | 313.52 |
| 2 | | 837402 | 4.660x4.660x6.000/400/4 | 100.00 | EA | 78.75 | 7,875.00 |

SUBTOTAL:                                                                    8,188.52

TOTAL AMOUNT DUE :                                        8,188.52

STANDARD                                                        Original

# INVOICE

Please Remit To:

  Wachovia Bank

  CORNING INCORPORATED

  PO BOX 75122

  CHARLOTTE NC 28275-5741

  United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3031004532 |
| Invoice Date: | 08/31/2005 |
| Customer Number: | 34748037 |
| Payment Terms: | NetDue2nd |
| Due Date: | 09/02/2005 |

Bill To:

  DELPHI ENERGY & CHASSIS SYSTEMS

  5820 DELPHI DRIVE

  TROY MI 48098

  United States

AMOUNT DUE:      64,103.40   USD

Amount Remitted

I.I.II.I.II.II.I.I.I.I.I.II.II.II.III

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| 1 | | 834745 | 5.039x7.992x8.661/400/7/SU | 1,215.00 | EA | 52.76 | 64,103.40 |

| | | |
|---|---|---|
| **SUBTOTAL:** | | 64,103.40 |

| | | |
|---|---|---|
| TOTAL AMOUNT DUE : | | 64,103.40 |

STANDARD

Original

# INVOICE

Please Remit To:

  Wachovia Bank

  CORNING INCORPORATED

  PO BOX 75122

  CHARLOTTE NC 28275-5741

  United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3031004592 |
| Invoice Date: | 09/12/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

  ASEC MANUFACTURING & SALES

  PO BOX 1679

  CATOOSA OK 74015

  United States

**AMOUNT DUE:**      11,903.80    USD

Amount Remitted

Il..bl..il..u.lbl.dl.l

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 1,860.80 | 1,860.80 |
| 2 | | 839224 | 7.500x8.000/100/17/CO | 3.00 | EA | 441.00 | 1,323.00 |
| 3 | | 839226 | 9.000x12.000/100/17/CO | 4.00 | EA | 700.00 | 2,800.00 |
| 4 | | 839228 | 10.500x12.000/100/17/CO | 8.00 | EA | 740.00 | 5,920.00 |

    **SUBTOTAL:**            11,903.80

| **TOTAL AMOUNT DUE :** | 11,903.80 |
|---|---|

STANDARD                                    Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3031004663 |
| Invoice Date: | 09/26/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:            7,471.83      USD

Amount Remitted

Il..li.ll..ll..ll.ll.ll.ll.ll

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|------------|
| | | Attn: Gayle Borlandelli | | | | | |
| | | ******************************************** | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | ********************************************" | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 EA | | 1,235.83 | 1,235.83 |
| 2 | | 833153 | 10.500x6.000/300/8/SU/NS | 50.00 EA | | 124.72 | 6,236.00 |
| | | **SUBTOTAL:** | | | | | 7,471.83 |

| TOTAL AMOUNT DUE : | 7,471.83 |
|---|---|

STANDARD                                                                                     Original

# INVOICE

Please Remit To:

  Wachovia Bank

  CORNING INCORPORATED

  PO BOX 75122

  CHARLOTTE NC 28275-5741

  United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3031004664 |
| Invoice Date: | 09/26/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 10/02/2005 |

Bill To:

  ASEC MANUFACTURING & SALES

  PO BOX 1679

  CATOOSA OK 74015

  United States

AMOUNT DUE:      2,618.31    USD

Amount Remitted

Iladidallhaadhhlailh

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | Attn: Gayle Borlandelli | | | | |
| | | | "****************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | *****************************************" | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 425.49 | 425.49 |
| 2 | | 1003EC | 9.500x6.000/300/8/SU/NS/RET | 23.00 | EA | 95.34 | 2,192.82 |

      SUBTOTAL:                    2,618.31

TOTAL AMOUNT DUE :            2,618.31

STANDARD                    Original

# INVOICE

Please Remit To:

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 9910011370 |
| Invoice Date: | 10/07/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 11/02/2005 |

Bill To:

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:                    199,344.42    USD

Amount Remitted

II--l--l--l--ll----ll--l--ll--ll-l

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|---|---|---|---|---|---|---|---|
| | | | "************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | **************************************" | | | | |
| 1 | | 1000CH | 4.662x4.662x2.323/600/4 | 21,120.00 | EA | 4.18 | 88,281.60 |
| 2 | | 1008CH | 3.662x3.662x3.780/600/4 | 18,082.00 | EA | 4.53 | 81,911.46 |
| 3 | | 1010CH | 4.662x4.662x2.677/600/4 | 6,048.00 | EA | 4.82 | 29,151.36 |
| | | **SUBTOTAL:** | | | | | 199,344.42 |

TOTAL AMOUNT DUE :                                                                199,344.42

STANDARD                                                                                    Original

# INVOICE

| | |
|---|---|
| **Please Remit To:** | |

Wachovia Bank
CORNING INCORPORATED
PO BOX 75122
CHARLOTTE NC 28275-5741
United States

| | |
|---|---|
| Page: | 1 |
| Invoice No: | 3031004290 |
| Invoice Date: | 07/15/2005 |
| Customer Number: | 11803000 |
| Payment Terms: | NetDue2nd |
| Due Date: | 08/02/2005 |

**Bill To:**

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

**AMOUNT DUE:**          8,326.35    USD

Amount Remitted

ԱհահահԱппшԱհահԱ

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
|------|-----|-----------|-------------|----------|-----|----------|-----------|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | | |
| | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | | |
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 698.35 | 698.35 |
| 2 | | 1003EC | 9.500x6.000/300/8/SU/NS/RET | 80.00 | EA | 95.35 | 7,628.00 |

**SUBTOTAL:**                                                                8,326.35

**TOTAL AMOUNT DUE :**                                              8,326.35

STANDARD                                                                                Original

# INVOICE

| Please Remit To: | | Page: | 1 |
| --- | --- | --- | --- |
| Wachovia Bank | | Invoice No: | 3031004699 |
| CORNING INCORPORATED | | Invoice Date: | 09/30/2005 |
| PO BOX 75122 | | Customer Number: | 11803000 |
| CHARLOTTE NC 28275-5741 | | Payment Terms: | NetDue2nd |
| United States | | Due Date: | 10/02/2005 |

**Bill To:**

ASEC MANUFACTURING & SALES
PO BOX 1679
CATOOSA OK 74015
United States

AMOUNT DUE:          5,466.56    USD

Amount Remitted

Ill..lil.ilIll.....Il.hl.ilil

For billing questions, please call

| Line | Adj | Identifier | Description | Quantity | UOM | Unit Amt | Net Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Attn: Gayle Borlandelli | | | | |
| | | | "****************************************** | | | | |
| | | | LOT NUMBERS BEGINNING WITH 042 ARE | | | | |
| | | | MANUFACTURED IN GERMANY (COUNTRY OF ORIGIN) | | | | |
| | | | ******************************************" | | | | |
| 1 | | 0000000000000 | Freight | 1.00 | EA | 32.18 | 32.18 |
| 2 | | 1003EC | 9.500x6.000/300/8/SU/NS/RET | 57.00 | EA | 95.34 | 5,434.38 |
| | | | **SUBTOTAL:** | | | | 5,466.56 |
| | | | **TOTAL AMOUNT DUE :** | | | | 5,466.56 |

STANDARD                                                                 Original