UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re : **AFFIDAVIT OF SERVICE**
: Chapter 11
DELPHI CORPORATION, et al., : Case No. 05-44481(RRD)
:
Debtors. : (Jointly Administered)

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF ALBANY    )

**Autumn White**, being duly sworn, deposes and says that she is over the age of eighteen (18) years; that on November 8, 2005 she served the within Affidavit of Legal Ordinary Course Professional dated November 8, 2005 upon the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10044

Skadden, Arps, Slate Meagher
 & Flom
Attn: John Wm. Butler, Jr., Esq.
33 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thacher & Bartlett, LLP
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, New York 10017

Latham & Watkins
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, New York 10017

by depositing true and correct copies of the original of the same properly enclosed in a post-paid wrapper in the official depository maintained and exclusively controlled by the United States Post Office at 540 Broadway, Albany, New York, directed to said attorneys respectively, and said parties not appearing by attorneys, at said addresses respectively mentioned above, that being the addresses within the State designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

_Autumn White_

Sworn to before me this 8th
day of November, 2005

_Notary Public_
J:\DATA\FORMS\LITIG\Service Mail.doc

DENISE A. POUTRE
Notary Public, State of New York
Qualified in Albany County
No. 4957937
Commission Expires October 23, 2009