UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
IN RE:                                              :
                                                    :
DELPHI CORPORATION, et al.,                         :   Chapter 11 Case No.:
                                                    :   05-44481 (RDD)
                                                    :
Debtors.                                            :   (Jointly Administered)
---------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, David Garland, a member in good standing of the bar in the State Georgia, and of the bar of the U.S. District Court for the Middle, Northern and Southern Districts of the State of Georgia, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Worksmart of Tifton, Georgia, a creditor in the above referenced case.

My:    address is 2829 Old Dawson Road, Post Office Drawer 71727, Albany, Georgia 31708-1727

e-mail address is dgarland@mcdr-law.com; telephone number is (229) 888-3338

I agree to pay the fee of $25 upon approval by the Court admitting me to practice **pro hac vice**.

Dated: December 9th, 2005

MOORE, CLARKE, DUVALL & RODGERS, P.C.
By: _____
David A. Garland
Georgia State Bar No.: 005680
2829 Old Dawson Road
Post Office Drawer 71727
Albany, Georgia 31708-1727
Telephone: (229) 888-3338
Facsimile: (229) 888-1191