**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
IN RE:                                              :
                                                    :
DELPHI CORPORATION, et al.,                         :   Chapter 11 Case No.:
                                                    :   05-44481 (RDD)
                                                    :
Debtors.                                            :   (Jointly Administered)
------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, Pro Hac Vice

I, David Garland, a member in good standing of the bar in the State of Georgia and of the bar of the U.S. District Court for the Middle, Northern and Southern Districts of the State of Georgia, having request admission, **pro hac vice**, to represent Worksmart of Tifton, Georgia, a creditor in the above referenced case.

**ORDERED**,

that David Garland, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York         /s/_____
                              UNITED STATES BANKRUPTCY JUDGE