UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                              :
         In re                                : Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   : Case No. 05-44481 (RDD)
                                              :
                                   Debtors    : (Jointly Administered)
                                              :
------------------------------------------------------------x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF TEXAS      )
                    )
COUNTY OF HARRIS    )

David B. Weinstein, being duly sworn, deposes and says:

1. I am a partner of PILLSBURY WINTHROP SHAW PITTMAN LLP ("PWSP") which firm maintains offices at 2 Houston Center, 909 Fannin, Suite 2200, Houston, Texas 77010 as well as the locations listed on Exhibit "A" attached hereto.

2. Neither I, PWSP, no any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtor-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. PWSP, has represented and advised the Debtors in connection with a lawsuit filed in Harris County, Texas against CONDURA, S. DE R.L. DE C.V., a Mexican subsidiary of the Debtors. The lawsuit is styled: *Strategic Distribution Marketing de Mexico, S.A. de C.V. and Strategic Distribution Services de Mexico, S.A. de C.V. v. Condura, S. de R.L. de C.V. and Eaton Corporation*, Cause No. 2002-46761, pending in the 190th Judicial District Court of Harris County, Texas (the "Condura Lawsuit").

310071581v1

4.    The Debtors have requested, and PWSP has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1130, as amended (the "Bankruptcy Code"), with respect to the Condura Lawsuit. The Debtors have requested, and PWSP proposes, to render the following services to the Debtors in connection with the Condura Lawsuit:

> PWSP will complete all preparations for the trial of the Condura Lawsuit which is currently scheduled to go forward in January, 2006. Trial preparation shall include, without limitation, completion of discovery, preparation and argument of pre-trial motions, preparation of witnesses, client strategy consultations and preparation of all trial matters. PWSP will conduct the trial of the Condura Lawsuit along with all pre- and post-trial matters and motions. PWSP shall consult with the Debtors regarding any advisable post-judgment matters including, without limitations, issues for appeal or collection of any judgment.

5.    PWSP's current fee arrangement provides that PWSP bills the Debtors on a monthly basis. The Debtors are billed on an hourly rate for work by attorneys and legal assistants as follows: appellate partners ($405); trial partners ($275); associates ($195); and legal assistants ($85). In addition, PWSP is reimbursed monthly for all costs and expenses incurred in connection with the matter including, without limitation, travel expenses, expert witness fees, filing fees and exhibit and document production costs.

6.    Except as set forth herein, no promises have been received by PWSP or any partner, or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.    PWSP has no agreement with any entity to share with such entity any compensation received by PWSP.

310071581v1

8.  PWSP and its partners may have in the past represented, currently represent, and may in the future represent entities that are claimants against the Debtors. Other than as disclosed in the Rule 2019 Notice attached hereto as Exhibit "B", PWSP does not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity that would be adverse to the Debtors or their estates. With respect to the matters set forth in the attached Rule 2019 Notice, PWSP received conflict waivers from the Debtors prior to accepting such representations.

9.  Other than outstanding, pre-petition bills related to and future fees to be incurred in connection with the Condura Lawsuit, neither I, PWSP, nor any partner thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matter upon which PWSP is to be engaged.

10. The foregoing constitutes the statement of PWSP pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
David B. Weinstein
Pillsbury Winthrop Shaw Pittman LLP
2 Houston Center
909 Fannin St., Suite 2200
Houston, Texas 77010
Tel. 713-425-7300
Fax 713-425-7373

Subscribed and sworn before me
this 28th day of November, 2005

_____
Notary Public



LINDA D. GRIGERY
Notary Public, State of Texas
My Commission Expires
May 30, 2009

310071581v1

## OFFICES

### Century City
MGM Tower
10250 Constellation Boulevard,
21st Floor
Los Angeles, CA 90067-6221
P: 310.203.1100
F: 310.286.6672
T: 522.1100

### Houston
2 Houston Center
22nd Floor
909 Fannin Street
Houston, TX 77010
P: 713.425.7300
F: 713.425.7373
T: 548.7300

### London
Level 23, Tower 42
25 Old Broad Street
London EC2N 1HQ
P: 44.20.7847.9500
F: 44.20.7847.9501
T: 542.9500

### Los Angeles
725 South Figueroa Street
Suite 2800
Los Angeles, CA 90017
P: 213.488.7100
F: 213.629.1033
T: 552.7100

### New York
1540 Broadway
New York, NY 10036
P: 212.858.1000
F: 212.858.1500
T: 569.1000

### Northern Virginia
1650 Tysons Boulevard
McLean, VA 22102-4859
P: 703.770.7900
F: 703.770.7901
T: 532.7900

### Orange County
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626
P: 714.436.6800
F: 714.436.2800
T: 562.6800

### Sacramento
400 Capitol Mall, Suite 1700
Sacramento, CA 95814
P: 916.329.4700
F: 916.441.3583
T: 572.4700

### San Diego
SBC Building
101 West Broadway, Suite 1800
San Diego, CA 92101
P: 619.234.5000
F: 619.236.1995
T: 593.5000

### San Diego North County
11682 El Camino Real, Suite 200
San Diego, CA 92130
P: 619.234.5000
F: 858.509.4010
T: 593.5000

### San Francisco
50 Fremont Street
San Francisco, CA 94105
P: 415.983.1000
F: 415.983.1200
T: 573.1000

### Silicon Valley
2475 Hanover Street
Palo Alto, CA 94304-1114
P: 650.233.4500
F: 650.233.4545
T: 567.4500

### Sydney
Level 10, 7 Macquarie Place
Sydney NSW 2000
Australia
P: 011.612.8214.2200
F: 011.612.8214.2211
T: 579.2200

### Taipei
10F, 32 Ren-Ai Road, Section 3
Taipei 106
Taiwan
P: 886.2.2700.1428
F: 886.2.2700.1429
T: 587.1428

### Tokyo
Fuerte Kojimachi Building, 5th Floor
7-25 Kojimachi 1-chome Chiyoda-ku, Tokyo 102-0083
Japan
P: 813.5226.7260
F: 813.5226.7261
T: 585.7260

### Washington, D.C.
2300 N Street, NW
Washington, DC 20037-1128
P: 202.663.8000
F: 202.663.8007
T: 533.8000


EXHIBIT A

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (Cal. Bar No. 194861 – Pro Hac Vice Application Pending)
650 Town Center Drive, 7th Floor
Costa Mesa, CA 92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION., *et al.*, | : | Case Nos. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
---------------------------------------------------------x

**VERIFIED STATEMENT OF**
**MULTIPLE PARTY REPRESENTATION UNDER**
**FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019(a)**

Pillsbury Winthrop Shaw Pittman LLP ("PWSP") hereby submits this verified statement pursuant to Federal Rule of Bankruptcy Procedure 2019(a) concerning its representation of multiple parties-in-interest in the above-captioned cases.

1. In connection with the above-captioned cases, PWSP represents (i) MeadWestvaco Corporation ("MeadWestvaco"), (ii) MeadWestvaco South Carolina LLC ("MSCC"), (iii) MeadWestvaco Virginia Corporation ("MVC" and, together with

EXHIBIT B

MeadWestvaco and MSCC, the "MeadWestvaco Companies"), (iv) Clarion Corporation of America ("Clarion"), and (v) Apple Computer, Inc. ("Apple"). The MeadWestvaco Companies, Clarion and Apple will be collectively referred to herein as the "Creditors."

2. MeadWestvaco is located at One High Ridge Park, Stamford, Connecticut 06905. MeadWestvaco is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

3. MSCC is located at One High Ridge Park, Stamford, Connecticut 06905. MSCC is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

4. MVC is located at One High Ridge Park, Stamford, Connecticut 06905. MVC is a supplier to certain of the Debtors, is or may become a creditor of the Debtors, and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

5. Clarion is located at 661 West Redondo Beach Boulevard, Gardena California, 90247-4201. Clarion is a creditor of certain of the Debtors and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

6. Apple is located at 1 Infinite Loop, Cupertino California, 95014. Apple is a creditor of the certain of the debtors and has retained PWSP to represent its interests in the above-captioned cases. PWSP was retained in this particular matter after the petition date.

7. PWSP's representations are separate and concern claims and interests of different origins of different creditors or parties in interest. The claims are not under, or in connection with, PWSP's clients acting together pursuant to a group or committee arrangement. The MeadWestvaco Companies, Clarion and Apple retained the firm separately, and several different members of, counsel to, and associates with, PWSP are working on matters pertaining to the claims and interests in these bankruptcy cases.

8. PWSP does not own any claims against the Debtors other than in connection with its representation of certain of the Debtors in matters arising in the ordinary course of the Debtors' businesses.

9. PWSP may also represent other clients in matters pertaining to Delphi Corporation or its affiliates, and is currently gathering additional information concerning such matters, and in the future may or may not undertake other engagements. Those representations may or may not result in representation in these bankruptcy cases. If PWSP is retained on behalf of another party-in-interest in these chapter 11 cases, PWSP will supplement this Statement.

10. PWSP and the Creditors reserve the right to supplement or amend this statement at any time in the future and to represent additional persons who are or may be creditors of these Debtors or to withdraw from any representation now or hereafter undertaken by PWSP.

Dated: November 22, 2005

        Respectfully submitted,
        PILLSBURY WINTHROP SHAW PITTMAN LLP

BY:  /s/ Karen B. Dine
      Karen B. Dine
      **Pillsbury Winthrop Shaw Pittman LLP**
      1540 Broadway
      New York, New York 10036-4039
      Phone: (212) 858-1000
      Fax: (212) 858-1500
      E-Mail: karen.dine@pillsburylaw.com

      -and-

      Mark D. Houle (Cal. Bar No. 194861 – Pro Hac Vice Application Pending)
      **Pillsbury Winthrop Shaw Pittman LLP**
      650 Town Center Drive, 7th Floor
      Costa Mesa, CA 92626-7122
      Telephone: (714) 436-6800
      Facsimile: (714) 436-2800

I, Mark D. Houle, certify under penalty of perjury that to the best of my knowledge, the foregoing is true and correct.

November 22, 2005

_____
Mark D. Houle

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Karen B. Dine (KD 0546)
1540 Broadway
New York, New York 10036-4039
(212) 858-1000 (Phone)
(212) 858-1500 (Fax)

-and-

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Mark D. Houle (194861) *(Pro Hac Admission Pending)*
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
Telephone: (714) 436-6800
Facsimile: (714) 436-2800

Attorneys for Clarion Corporation of America

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al. | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the following documents; ***Verified Statement of Multiple Party Representation Under Federal Rule of Bankruptcy Procedure 2019(a),*** were served by depositing the same in pre-paid first class envelopes in an official depository of the United States Postal Service maintained at 1540 Broadway, New York, NY 10036, to the parties on the attached service list on the 22nd day of November, 2005.

/s/ Stacy Knobloch
Stacy Knobloch

## SERVICE LIST

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Whacker Drive
Chicago, IL 60606-1285

**VIA HAND DELIVERY**
Kayalyn A. Marafaioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

**VIA HAND DELIVERY**
Deidre A. Martini
Alicia M. Leonard
United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**VIA HAND DELIVERY**
The Honorable Robert D. Drain
United States Bankruptcy Court
Alexander Custom House
One Bowling Green
New York, NY 10004-1408

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10176-0061

Donald Bernstein
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Paul W. Anderson
2090 Fortune Drive
San Jose, CA 95131

Richard Lee Chambers, II
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE 16
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
One Plastics Avenue
Pittsfield, MA 01201

John Devine
General Motors Company
300 Renaissance Center
P.O. Box 300
Detroit, MI 48265

600035790v1

## SERVICE LIST

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007
Attn: Insolvency Department

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Department

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, NY 10022

Clifford Trapani
JPMorgan Chase Bank, N.A.
1111 Fannin, 10th Floor
Houston, TX 77002

Khuyen Ta
JPMorgan Chase Bank, N.A.
1111 Fannin, 10th Floor
Houston, TX 77002

Thomas F. Maher
Richard Duker
Gianni Rusello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Melissa Knolls
Mesirow Financial
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, NW
Suite 340
Washington, DC 20005

600035790v1

## SERVICE LIST

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, NW
Suite 340
Washington, DC 20005

Sandra A. Riemer
Phillip Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY 10020

Securities and Exchange Commission
233 Broadway
New York, NY 10279
Attn: Reorganization Branch

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
Robert H. Trust
William T. Russell
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Chester D. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

600035790v1