MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
Michael L. Schein (MS-0241)
666 Third Avenue
New York, New York 10017
Tel. No. 212-935-3000
Fax. No. 212-983-3115

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re                                                      :
                                                           :
                                                           :   Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :
                                                           :   Case No. 05-44481 (RDD)
                    Debtors.                               :
                                                           :   Jointly Administered
                                                           :
                                                           :
---------------------------------------------------------- x

**VERIFIED STATEMENT OF MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C. PURSUANT TO BANKRUPTCY RULE 2019**

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. ("Mintz Levin") makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure:

1. Mintz Levin has been retained to represent (a) Hitachi Automotive Products (USA), Inc. ("HAP") and (b) Conceria Pasubio Spa. ("Pasubio," and together with HAP, the "Clients") in connection with the above-captioned bankruptcy cases (the "Cases") of Delphi Corporation and its affiliates (collectively, the "Debtors").

2. The addresses of the Clients are as follows:

   (a)  Hitachi Automotive Products (USA), Inc.
        34500 Grand River Avenue
        Farmington Hills, MI  48335

   (b)  Conceria Pasubio Spa
        Via Seconda Strada 38
        36071 Arzianano Italy

3. Mintz Levin has advised the Clients with respect to the concurrent representations in these Cases and aware of such representations, the Clients have requested that Mintz Levin represent them in the Cases.

4. HAP is a party to various purchase order agreements with the Debtors in respect of the supply of electronic throttle body parts and navigations boards.  HAP holds both pre-petition and post-petition claims against the Debtors under such agreements, including asserted reclamation claims.  As of the date hereof, HAP's pre-petition claims against the Debtors exceed $6.0 million.

5. Pasubio is also a party to various purchase order agreements with the Debtors in respect of the supply of leather articles.  Pasubio holds both pre-petition and post-petition claims against the Debtors under such agreements.  As of the date hereof, Pasubio's pre-petition claims against the Debtors aggregate approximately $500,000.

6. The representations described above are separate and do not concern and are not under any group or committee agreement.

7. To the best of my information and belief, Mintz Levin does not own any claim against the Debtors' bankruptcy estates.

8. Nothing contained herein is with prejudice to any right, remedy or claim of HAP or Pasubio, and all such rights are expressly reserved.

9. Mintz Levin reserves its right to further modify and/or supplement this statement as and when appropriate.

I, Michael L. Schein, verify under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

Date: New York, New York
December 12, 2005

                                   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C

By: */s/ Michael L. Schein*
     Michael L. Schein (MS-0241)
     666 Third Avenue
     New York, New York 10017
     Tel. No. 212-935-3000
     Fax. No. 212-983-3115