LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*admitted pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
         mitchell.seider@lw.com
         mark.broude@lw.com

Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION., et al ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Rassa Ahmadi, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On December 9, 2005, I caused true and correct copies of the Statement of the Official Committee of Unsecured Creditors in Response to Debtors' Motion for Order under 11 U.S.C. Section 363 and Fed. R. Bankr. P. 2002, 6004, and 9013 Authorizing Debtors to

NY\1093048.1

Transfer Shares and Merge Certain Wholly Owned, Non-Debtor Subsidiaries, dated December 9, 2005, to be served upon the parties on the Exhibit A in the manner indicated thereon.

/s/ Rassa Ahmadi
Rassa Ahmadi

Sworn to before me this
12th day of December, 2005

/s/ John Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1093048.1

## Exhibit A

**Via Overnight Mail and Facsimile**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein
Fax: 212 450 3092

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
      Robert H. Trust
      William T. Russell, Jr.
Fax: 212 455 2502

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Sean Corcoran
      Karen Craft
Fax: 248 813 2670

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL 60606
Attn: John Wm Butler
      John K. Lyons
      Ron E. Meisler
Fax: 312 407 0411

**Via Overnight Mail**

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004
Attn: Alicia M. Leonard

NY\1093048.1