05-44481-rdd    Doc 1491    Filed 12/12/05    Entered 12/12/05 15:25:04    Main Document
Pg 1 of 1

Michael L. Schein
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
(212) 935-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re                                             :    Chapter 11
                                                  :
                                                  :    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                       :
                                                  :    Jointly Administered
                    Debtors.                      :
                                                  :
---------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

       I, Michael L. Schein, hereby certify that on this 12th day of December, 2005, I caused a copy of Verified Statement of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. Pursuant To Bankruptcy Rule 2019 to be served on the below parties in the manner indicated thereby.

**VIA FIRST CLASS MAIL**

John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

**ELECTRONIC MAIL**

See Attached Notice of Electronic Filing List

                                                             /s/*Michael L. Schein*
                                                             Michael L. Schein