UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
:
      In re                                        :      Chapter 11
:
DELPHI CORPORATION, et al.      :      Case No. 05-44481 (RDD)
:
                                Debtors.  :      (Jointly Administered)
:
-------------------------------------------------------x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF OHIO                          )
                                                  )      Mark A. Navarre
COUNTY OF CHAMPAIGN        )

Mark A. Navarre, being duly sworn, deposes and says:

      1. I am a principal of Navarre Law Office, which firm maintains offices at 200 South Main Street, Room F-2, Urbana, Ohio, 43078.

      2. Neither I, Navarre Law Office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

      3. Navarre Law Office has represented and advised the Debtors with respect to a broad range of aspects of the Debtors' businesses.

      4. The Debtors have requested, and Navarre Law Office has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of Title 11 of the United States Code, 11 U.S.C. 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Navarre Law Office proposes, to render the following services to the Debtors: Preparation and Prosecution of United States and foreign patent applications, and consultation regarding the same.

      5. Navarre Law Office's current fees arrangement is a fixed fee of $4,000.00 for the preparation of each U.S. Patent application, plus out-of-pocket expenses, and an hourly fee of $250.00/hour for patent prosecution and consultation.

      6. Except as set forth herein, no promises have been received by Navarre Law Office or any partner, auditor or other member thereof as to compensation in connection

1

with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Navarre Law Office has no agreement with any entity to share with such entity any compensation received by Navarre Law Office.

8. Navarre Law Office and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Navarre Law Office does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Navarre Law Office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Navarre Law Office is to be engaged.

10. The foregoing constitutes the statement of Navarre Law Office pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Mark A. Navarre

Subscribed and sworn before me
This ___ day of _____, 2005

_____
Notary Public

Gretchen A. Huffman
Notary Public, State of Ohio
My Commission Expires August 4, 2009

2

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                            :

    In re                                          :     Chapter 11

DELPHI CORPORATION, et al.            :     Case No. 05-44481 (RDD)

                          Debtors.    :     (Jointly Administered)

------------------------------------------------------x

AFFIDAVIT OF SERVICE

STATE OF OHIO                         )
                                         )    Mark A. Navarre
COUNTY OF CHAMPAIGN        )

Mark A. Navarre, being duly sworn, deposes and says:

    1. I am a principal of Navarre Law Office, which firm maintains offices at 200 South Main Street, Room F-2, Urbana, Ohio, 43078.

    2. On October 21, 2005, I caused to be served, by certified U.S. Postal Service mail with confirmed delivery, duly notarized copies of the attached Affidavit of Legal Ordinary Course Professional (Exhibit A) on the following parties:

    Attn: Marlane Melican
    Davis, Polk & Wardell, 450 Lexington Avenue, New York, NY 10017

    Attn: General Counsel
    Delphi Corporation, 5725 Delphi Drive, Troy, MI 48098

    Attn: Deirdre Martini
    U.S. Trustee, 33 Whitehall Street, Suite 2100, New York, NY 10044

    Attn: Douglas Bartner
    Shearman & Sterling LLP, 599 Lexington Ave., New York, NY 10022

    Attn: John Butler, Jr.
    Skadden, Arps, Slate, Meagher & Flom, 333 West Wacker Drive, Suite 2100, Chicago, IL 60606

3. On October 31, 2005, I caused to be served, by certified U.S. Postal Service mail with confirmed delivery, duly notarized copies of the attached Affidavit of Legal Ordinary Course Professional (Exhibit A) on the following party:

Attn: Robert Rosenberg
Latham & Watkins LLP, 885 Third Avenue, Suite 1000, New York, NY 10022-4834

4. November 8, 2005, I caused to be served, by certified U.S. Postal Service mail with confirmed delivery, duly notarized copies of the attached Affidavit of Legal Ordinary Course Professional (Exhibit A) on the following party:

Attn: Marissa Wesley
Simpson, Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017

FURTHER AFFIANT SAYETH NOT

_____
Mark A. Navarre

Subscribed and sworn before me
This \2 day of Dec , 2005

_____
Notary Public

CARRIE M. EMMONS
Notary Public, State of Ohio
My Commission Expires July 30, 2008

2

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                    :
    In re                           :    Chapter 11
                                    :
DELPHI CORPORATION, et al.          :    Case No. 05-44481 (RDD)
                                    :
                        Debtors.    :    (Jointly Administered)
                                    :
------------------------------------------------------x


AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF OHIO             )
                          )    Mark A. Navarre
COUNTY OF CHAMPAIGN       )

Mark A. Navarre, being duly sworn, deposes and says:

    1. I am a principal of Navarre Law Office, which firm maintains offices at 200 South Main Street, Room F-2, Urbana, Ohio, 43078.

    2. Neither I, Navarre Law Office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

    3. Navarre Law Office has represented and advised the Debtors with respect to a broad range of aspects of the Debtors' businesses.

    4. The Debtors have requested, and Navarre Law Office has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of Title 11 of the United States Code, 11 U.S.C. 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Navarre Law Office proposes, to render the following services to the Debtors: Preparation and Prosecution of United States and foreign patent applications, and consultation regarding the same.

    5. Navarre Law Office's current fees arrangement is a fixed fee of $4,000.00 for the preparation of each U.S. Patent application, plus out-of-pocket expenses, and an hourly fee of $250.00/hour for patent prosecution and consultation.

    6. Except as set forth herein, no promises have been received by Navarre Law Office or any partner, auditor or other member thereof as to compensation in connection

1

EXHIBIT A

with these Chapter 11cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

       7. Navarre Law Office has no agreement with any entity to share with such entity any compensation received by Navarre Law Office.

       8. Navarre Law Office and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Navarre Law Office does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

       9. Neither I, Navarre Law Office, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Navarre Law Office is to be engaged.

       10. The foregoing constitutes the statement of Navarre Law Office pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

       FURTHER AFFIANT SAYETH NOT

       _____
       Mark A. Navarre

Subscribed and sworn before me
This ____ day of _____, 2005

_____
Notary Public

2