UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>    DELPHI CORPORATION, et al.,<br><br>                    Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br><br>Jointly Administered |

**MOTION FOR ADMISSION TO PRACTICE,** *pro hac vice*

I, Keith J. Cunningham, a member in good standing, admitted to practice in the courts of the Commonwealth of Massachusetts and the States of Maine and New Hampshire, the United States District Court for the Districts of Massachusetts, Maine and New Hampshire, and the United States Court of Appeals for the First Circuit, request admission, *pro hac vice*, to represent FCI Canada Inc., FCI Electronics Mexido, S. de R.L. de C.V., FCI USA, Inc., FCI Brasil, Ltda., FCI Automotive Deutschland GmbH, and FCI Italia S. p.A. in the above-referenced Chapter 11 proceedings.

    My mailing address is:        PIERCE ATWOOD LLP
                                  One Monument Square
                                  Portland, Maine 04101

    My e-mail address is:         kcunningham@pierceatwood.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: December 13, 2005
       Portland, Maine                    /s/ Keith J. Cunningham
                                          Keith J. Cunningham, Esq.
                                          Pierce Atwood LLP
                                          One Monument Square
                                          Portland, Maine 04101
                                          (207) 791-1187 (Phone)
                                          (207) 791-1350 (Fax)
                                          kcunningham@pierceatwood.com

{W0423514.1}