UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Jacob A. Manheimer, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age. I further certify that service of the foregoing Motion For Admission of Keith J. Cunningham to Practice, *Pro Hac Vice* was served electronically by the Court's ECF System.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: Portland, Maine
December 13, 2005

/s/ Jacob A. Manheimer
Jacob A. Manheimer, Esq. (JM 9540)
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100 (Phone)
(207) 791-1350 (Fax)
jmanheimer@pierceatwood.com

{W0427577.1}