UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |
| | : | |

**ORDER OF ADMISSION TO PRACTICE,** *pro hac vice*

    Keith J. Cunningham, a member in good standing of the bar of the Commonwealth of Massachusetts and the States of Maine and New Hampshire, the United States District Court for the Districts of Massachusetts, Maine and New Hampshire, and the United States Court of Appeals for the First Circuit, having requested admission, *pro hac vice*, in the above-referenced Chapter 11 cases; it is

    ORDERED, that Keith J. Cunningham, Esq., is admitted to practice *pro hac vice*, in the above-referenced Chapter 11 cases, subject to the payment of the $25.00 filing fee.

Dated: New York, New York
       December _____, 2005

                                      HONORABLE ROBERT D. DRAIN,
                                      UNITED STATES BANKRUPTCY JUDGE

{W0423517.1}