WWR#04875915

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
(MANHATTAN)**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 05-44481 |
| | : | |
| DELPHI CORPORATION, | : | CHAPTER 11 |
| | : | |
| | : | JUDGE ROBERT D. DRAIN |
| | : | |
| DEBTOR(S) | : | |

**NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR SERVICE OF PAPERS**

For The purpose of general notification only, the undersigned counsel note their appearance for:

SEVEN SEVENTEEN CREDIT UNION

Pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, and Section 1109 (b) of the Bankruptcy Code, SEVEN SEVENTEEN CREDIT UNION requests that service be made on them of all orders notices and other pleadings of any nature filed in this case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, e-mail, or otherwise which affect or seek to affect in any way the rights or interests of the Trustee, with respect to the above-captioned debtor(s).

Please serve all notices and other documents required to be served upon creditors and other parties in interest to the undersigned at the following mailing addresses, overnight delivery addresses, hand-delivery addresses, telephone numbers, telecopy numbers, or e-mail addresses, as appropriate:

> Geoffrey J. Peters, Esq.
> Weltman, Weinberg & Reis Co., L.P.A.
> 175 South Third Street, Suite 900
> Columbus, OH  43215
> 614/857-4326
> 614-222-2193 (fax)
> gpeters@weltman.com

> Respectfully submitted,
>
> /s/ Geoffrey J. Peters
> GEOFFREY J. PETERS #0063502
> **Weltman, Weinberg & Reis Co., L.P.A.**
> 175 S. Third Street, Suite 900
> Columbus, OH 43215

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this Notice of Appearance was served this date, **by U.S. Mail (or Electronically as provided by local rules)** on the parties whose names and addresses are listed below.

DATED:  __12/13/2005____            /s/ Geoffrey J. Peters
                                    GEOFFREY J. PETERS  #0063502
                                    **Weltman, Weinberg & Reis Co., L.P.A.**

Names and addresses of parties served:
DELPHI CORPORATION, 5725 DELPHI, TROY,MI 48098
JOHN WM BUTLER JR, 333 WEST WACKER DR, CHICAGO IL  60606
U.S. TRUSTEE, 33 Whitehall St 21ST Floor, New York NY  10004
MARK A BROUDE, LATHAM & WATKINS, ATTORNEY FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS, 885 THIRD AVE, NEW YORK NY  10022
ALICIA M LEONHARD, U.S. TRUSTEE, 33 WHITEHALL ST 21ST FLOOR, NEW YORK NY 10004
KURTZMAN CARSON CONSULTANTS LLC, 12910 CULVER BLVD STE I, LOS ANGELES CA  90066