CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS
ON BEHALF OF ATS AUTOMATION TOOLING SYSTEMS INC.**

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance in this case as counsel for ATS Automation Tooling Systems Inc. ("ATS").

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices and all other papers required to be served in this case be served upon the following persons and that the following persons be added to the mailing matrix in this case:

Robert D. Gordon
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8572
(313) 965-8252 (facsimile)
rgordon@clarkhill.com

ATS Automation Tooling Systems Inc.
Attention: Carl Galloway
250 Royal Oak Road
Cambridge, Ontario N3H 4R6
Canada
(519) 653-4483
(519) 650-6520 (facsimile)
cgalloway@atsautomation.com

5213590v.1 25743/103154

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned specifically requests, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) ATS's rights to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) ATS's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) ATS's rights to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which ATS is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments ATS expressly reserves.

CLARK HILL PLC


By: _____/s/ Robert D. Gordon_____
Robert D. Gordon (Mich. Bar No. P48627)
admitted *pro hac vice*
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
Attorneys for ATS Automation Tooling Systems Inc.

Dated: December 13, 2005