Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
Steven B. Towbin (ST 8758)
Mark L. Radtke (MR 6928)
Gordon E. Gouveia (GG 3607)
321 North Clark Street, Suite 800
Chicago, Illinois 60610
Ph: (312) 541-0151


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.,* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Mark L. Radtke, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Illinois Tool Works, a creditor and party in interest in the above-referenced case.

My:    address is Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
       321 North Clark Street, Suite 800, Chicago, IL  60601
       e-mail address is mradtke@shawgussis.com; telephone number is (312) 276-1325

I also request a password to file electronically on the CM/ECF system.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice.*


Dated:  December 8, 2005

      Chicago, Illinois

                                     _____
                                         Mark L. Radtke (MR 6928)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                              :
In re:                                        :        Chapter 11
                                              :
DELPHI CORPORATION, *et al.*,                 :        Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
-------------------------------------------------------------X

PROPOSED ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Mark L. Radtke, a member in good standing of the bar in the State of Illinois, or of the bar of
the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***,
before the Honorable Robert D. Drain, to represent Illinois Tool Works, a creditor and party in
interest in the above-referenced case.

**ORDERED**,
that Mark L. Radtke, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in
the United States Bankruptcy Court, Southern District of New York, subject to payment of the
filing fee, and shall be given a password to file documents electronically on the CM/ECF system.

Dated: _____, 2005

                New York, New York        /s/_____
                                              UNITED STATES BANKRUPTCY JUDGE

*Prepared by:*

Shaw Gussis Fishman Glantz
   Wolfson & Towbin LLC
Gordon E. Gouveia (GG 3607)
321 North Clark Street, Suite 800
Chicago, Illinois 60610

{5377 MOT A0110717.DOC}