Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
Steven B. Towbin (ST 8758)
Mark L. Radtke (MR 6928)
Gordon E. Gouveia (GG 3607)
321 North Clark Street, Suite 800
Chicago, Illinois 60610
Ph: (312) 541-0151

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                            :
In re:                                      :    Chapter 11
                                            :
DELPHI CORPORATION, *et al.*,               :    Case No. 05-44481 (RDD)
                                            :
         Debtors.                           :    (Jointly Administered)
-----------------------------------------------------------------X

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gordon E. Gouveia, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Illinois Tool Works, a creditor and party in interest in the above-referenced case.

My:   address is Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
      321 North Clark Street, Suite 800, Chicago, IL 60601
      e-mail address is ggouveia@shawgussis.com; telephone number is (312) 980-3816

I also request a password to file electronically on the CM/ECF system.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: December 8, 2005

      Chicago, Illinois                 _____
                                        Gordon E. Gouveia (GG 3607)

{5377 MOT A0110971.DOC}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :
DELPHI CORPORATION, *et al.*,                               :   Case No. 05-44481 (RDD)
                                                            :
              Debtors.                                      :   (Jointly Administered)
------------------------------------------------------------X


PROPOSED ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*


I, Gordon E. Gouveia, a member in good standing of the bar in the State of Illinois, or of the bar of the U.S. District Court for the Northern District of Illinois, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Illinois Tool Works, a creditor and party in interest in the above-referenced case.

**ORDERED**,
that Gordon E. Gouveia, Esq., is admitted to practice, *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee, and shall be given a password to file documents electronically on the CM/ECF system.

Dated: _____, 2005

         New York, New York        /s/_____
                                   UNITED STATES BANKRUPTCY JUDGE


*Prepared by:*

Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
Gordon E. Gouveia (GG 3607)
321 North Clark Street, Suite 800
Chicago, Illinois 60610

{5377 MOT A01 10720.DOC}