CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Robert D. Gordon (Mich. Bar. No. P48627)
admitted *pro hac vice*
rgordon@clarkhill.com
(313) 965-8572

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AMENDED VERIFIED STATEMENT OF CLARK HILL PLC PURSUANT TO**
**RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Clark Hill PLC ("Clark Hill") submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Clark Hill currently represents the following creditors and parties in interest (the "Clients") with respect to the above-captioned jointly-administered bankruptcy cases:

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| ATS Automation Tooling Systems, Inc.<br>250 Royal Oak Road<br>Cambridge, Ontario, Canada N3H 4R6 | Trade Creditor |
| BAX Global Inc.<br>440 Exchange<br>Irvine, CA 92602 | Trade Creditor |
| BorgWarner, Inc. /<br>BorgWarner Turbo Systems, Inc.<br>3850 Hamlin Road<br>Auburn Hills, Michigan 48326 | Creditor/Customer |
| Cataler North America<br>4000 Town Center, Suite 1260<br>Southfield, Michigan 48075 | Trade Creditor |

5205019v.1 25743/103154

-2-

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| The Cold Heading Company<br>21777 Hoover Road<br>Warren, Michigan  48089 | Trade Creditor |
| Derby Fabricating, LLC<br>4500 Produce Road<br>Louisville, Kentucky 40218 | Trade Creditor |
| Iriso U.S.A., Inc.<br>34405 West Twelve Mile Road, Suite 237<br>Farmington Hills, Michigan 48331 | Trade Creditor |
| Master Automatic Machine Company, Inc.<br>40485 Schoolcraft Road<br>Plymouth, Michigan  48170 | Trade Creditor |
| Menlo Logistics, Inc.<br>One Lagoon Drive<br>Redwood City, California 94065 | Trade Creditor |
| Metaldyne Corporation<br>47603 Halyard Drive<br>Plymouth, Michigan  48170 | Trade Creditor |
| Millennium Industries<br>6285 Garfield Avenue<br>Cass City, Michigan  48726 | Trade Creditor |
| National Logistics Management, Inc.<br>14320 Joy Road<br>Detroit, Michigan 48228 | Trade Creditor |
| Resinoid Engineering Corporation<br>Mid Ohio Industrial Park<br>2040 James Parkway<br>Heath, Ohio  43056 | Trade Creditor |

2. All of the Clients are suppliers of automotive parts, equipment, and/or services to one or more of the Debtors, except for BorgWarner, Inc. / BorgWarner Turbo Systems, Inc., which is a customer. The amount of each Client's prepetition claim is not presently fixed.

3. Clark Hill is representing each of the Clients separately and individually; the Clients have not formed and do not constitute a committee of any kind.

5205019v.1 25743/103154

4. Clark Hill has no representation agreements with the Clients, other than standard engagement letters.

5. Prepetition, Clark Hill represented (and continues to represent) one or more current or former employees of one or more of the Debtors in matters unrelated to the above-captioned bankruptcy cases, as to which matters one or more of the Debtors have agreed to pay Clark Hill's fees and expenses. In addition, prepetition, Clark Hill rendered legal services to one or more of the Debtors with respect to certain intellectual property matters. However, Clark Hill is not presently rendering any legal services to any of the Debtors. Clark Hill does not hold any equity interests in the Debtors.

6. Clark Hill reserves the right to supplement or amend this Verified Statement as appropriate.

### Verification

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief.

CLARK HILL PLC

By: /s/ Robert D. Gordon
Robert D. Gordon (Mich. Bar No. P48627)
admitted *pro hac vice*
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435

Dated: December 13, 2005    (313) 965-8300

-3-

5205019v.1 25743/103154