Mitchell D. Cohen (MC-5767)  
Robert M. Hirsh (RH-5499)  
ARENT FOX PLLC  
1675 Broadway  
New York, New York 10019  
Telephone: (212) 484-3900  
Facsimile: (212) 484-3990  

Hearing Date: January 5, 2006  
Time: 10:00 a.m.

Attorneys for Pullman Bank and Trust Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION f/k/a DELPHI AUTOMOTIVE SYSTEMS CORPORATION, | : Chapter 11 |
| | : Case No. 05-44481-rdd |
| Debtor. | : |
| | : |
| | : |

**NOTICE OF MOTION BY PULLMAN BANK AND TRUST
COMPANY FOR (I) RELIEF FROM THE AUTOMATIC STAY
OR ALTERNATIVELY ADEQUATE PROTECTION AND (II) TO COMPEL
ASSUMPTION OR REJECTION OF UNEXPIRED LEASE OR SHORTENING
TIME IN WHICH LEASES SHALL BE ASSUMED OR
<u>REJECTED AND (III) FOR POST-PETITION LEASE PAYMENTS</u>**

**PLEASE TAKE NOTICE** that the Motion for (i) Relief from the Automatic Stay or alternatively Adequate Protection and (ii) to Compel Assumption or Rejection of Unexpired Lease or Shortening Time in which Leases Shall be Assumed or Rejected and (iii) for Post-Petition Lease Payments (the "Motion") will be considered at a hearing held before the Honorable Robert D. Drain, United States Bankruptcy Judge, in Room 610 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York on January 5, 2006, at 10:00 a.m. (EST) or as soon thereafter as counsel may be heard, unless the Court determines that such hearing is unnecessary.

NYC/243906.1

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, shall conform with the Federal Rules of Bankruptcy Procedure and Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court electronically in accordance with General Order M-242 (General Order M-242 and the User's Manual for the Electronic Case Filing System can be found at www.nysb.ucourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format (with a hard-copy delivered directly to Chambers), and served in accordance with General Order M-242, and shall be served upon: (a) Arent Fox PLLC, 1675 Broadway, New York, New York 10019, Attention: Mitchell D. Cohen, Esquire; and shall be filed with the Clerk of the United States Bankruptcy Court, Southern District of New York, in each case to allow actual receipt by the foregoing no later than January 2, 2006 at 4:00 p.m. (EST).

Dated: New York, New York
       December 14, 2005

                              Respectfully submitted,

                              Attorneys for
                              PULLMAN BANK AND TRUST COMPANY


                                  /s/ MITCHELL D. COHEN
                              By: _____
                                  Mitchell D. Cohen (MC-5767)
                                  Robert M. Hirsh (RH-5499)
                                  ARENT FOX PLLC
                                  1675 Broadway
                                  New York, New York 10019
                                  Telephone No.: (212) 484-3900
                                  Facsimile No.: (212) 484-3990

NYC/243906.1                       2