Mitchell D. Cohen (MC-5767)
Robert M. Hirsh (RH-5499)
ARENT FOX PLLC
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

Attorneys for Pullman Bank and Trust Company

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | : |
| | : |
| DELPHI CORPORATION f/k/a DELPHI AUTOMOTIVE SYSTEMS CORPORATION, | : Chapter 11 |
| | : Case No. 05-44481-rdd |
| Debtor. | : |
| | : |

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the Notice of Motion and Motion by Pullman Bank and Trust Company for (I) Relief from the Automatic Stay or alternatively Adequate Protection and (II) to Compel Assumption or Rejection of Unexpired Lease or Shortening Time in which Leases shall be Assumed or Rejected and (III) for Post-Petition Lease Payments, along with Declaration of Richard Dunbar and Order Granting Relief from the Automatic Stay, have been served upon all those as listed on the annexed service list below shown by depositing same in the United States mail property addressed and postage prepaid.

/s/ MITCHELL D. COHEN
_____
**MITCHELL D. COHEN**

## SERVICE LIST

| | |
|---|---|
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attention: General Counsel | Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, Il 60606<br>Attention: John W. Butler, Jr., Esq. |
| Simpson, Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Attention: Marissa Wesley, Esq. | Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, New York 10017<br>Attention: Marlane Melican, Esq. |
| Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Attention: Douglas P. Bartner, Esq. | Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Attention: Robert N. Michaelson, Esq. |
| Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022<br>Attention: Mark A. Broude, Esq. | Office of the United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10004<br>Attention: Alicia M. Leonhard, Esq. |

NYC/2244065.1