STEPHEN L. YONATY (SY-1400)
  Co-Counsel for Jideco of Bardstown, Inc.
HODGSON RUSS LLP
ONE M&T PLAZA, SUITE 2000
BUFFALO, NEW YORK 14203-2391
PHONE: (716) 856-4000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :
                                                             :   Chapter 11
DELPHI CORPORATION, *et al.*,                                :
                                                             :   Case Nos. 05-44481 (RDD)
                                                             :   (Jointly Administered)
                         Debtors.                            :
                                                             :
------------------------------------------------------------ x

## AMENDED NOTICE OF RECLAMATION DEMAND OR, ALTERNATIVELY, REQUEST FOR PRIORITY CLAIM OR LIEN TREATMENT OF JIDECO OF BARDSTOWN, INC.

Jideco of Bardstown, Inc. ("Jideco"), through its undersigned attorneys, submits this Amended Notice of Reclamation Demand, or Alternatively, Request for Priority Claim or Lien Treatment (the "Amended Notice"), and respectfully states as follows:

1. Jideco filed a Notice Of Reclamation Demand Or, Alternatively, Request For Priority Claim Or Lien Treatment Of Jideco Of Bardstown, Inc. on October 19, 2005 ( the "Original Notice"). The Original Notice is filed as Pleading no. 391.

2. Jideco hereby incorporates by reference the allegations set forth in the Original Notice as if set out in full herein.

3. Since the filing of Jideco's Original Notice on October 19, 2005, Jideco has learned that the goods referenced on Invoice numbers 13325, 13335, 13354 and 13355 were

delivered post-petition. These invoices were included on Exhibit A attached to the Original Notice, which identified the goods included in Jideco's demand for reclamation.

4. Jideco has recently received payment in the following amounts for the goods referenced on Invoice numbers 13325, 13335, 13354 and 13355: (a) $4,424.00 with respect to Invoice number 13325; (b) $5,715.00 with respect to Invoice number 13335; (c) $1,913.76 with respect to Invoice number 13354; and (d) $24,915.60 with respect to Invoice number 13355.

5. Consequently, Jideco hereby amends its Original Notice to reflect the payments set forth in paragraph 4 above. Jideco's total reclamation demand is amended from $252,452.76 to $215,484.40.

Dated: New York, New York
December 14, 2005

Respectfully submitted,

JIDECO OF BARDSTOWN, INC., Defendant

By their Co-Counsel,
HODGSON RUSS LLP

Stephen L. Yonaty (SY-1400)
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
(716) 856-4000

and
FROST BROWN TODD LLC
Charles R. Keeton
Sara L. Abner
400 West Market Street, 32nd Floor
(502) 589-5400

*Co-Counsel for Jideco of Bardstown, Inc.*