## CERTIFICATE OF SERVICE

The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on December 14, 2005, a true and correct copy of the foregoing was served, by overnight mail and by facsimile transmission, upon the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Facsimile: (312) 407-0411

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Dated: New York, New York
December 14, 2005

Stephen L. Yonaty, Counsel for Jideco of Bardstown, Inc.

LOULibrary 0000GJK.0110375 499612v.2

3