**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re:  Delphi Corporation

                                  Case No: 05-44481 (RDD)

              Debtor(s)
-----------------------------------------------------------------X


**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

Transcript of hearing held on 10/18/2005:



The transcript of the above hearing has been filed with the Clerk's office,
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408
and is available for viewing in Room 511 during regular court hours.


Copies of the transcript may be purchased from:
        Shari Riemer
        Typewrite Word Processing Service
        356 Eltingville Boulevard
        Staten Island, NY 10312
        (718) -966-1401