**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In re:                                                          Chapter 11

                                                                           Case No. 05-44481(RDD)
DELPHI CORPORATION,  et al.,                            Jointly Administered

                    Debtors

-----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Matthew R. Robbins for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Matthew R. Robbins is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December 13, 2005
       New York, New York

                                                           _/s/Robert D. Drain_____
                                                           UNITED STATES BANKRUPTCY JUDGE