**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                               Jointly Administered

                        Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Gary Vist for admission pro hac vice in this bankruptcy case; it is

hereby

**ORDERED,** that Gary Vist is admitted to practice, ***pro hac vice*** in the above referenced

case, in the United States Bankruptcy Court, Southern District of New York, subject to

payment of the filing fee.

Dated: December 13, 2005
        New York, New York

                                          _/s/Robert D. Drain_____
                                          UNITED STATES BANKRUPTCY JUDGE