**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                                         Chapter 11

                                                                   Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                              Jointly Administered

                        Debtors

----------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Bruce N. Elliott for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Bruce N. Elliott is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December 13, 2005
       New York, New York

                                                            /s/Robert D. Drain_____
                                                           UNITED STATES BANKRUPTCY JUDGE