BOSE MCKINNEY & EVANS LLP
135 North Pennsylvania Street, Suite 2700
Indianapolis, Indiana  46204
Telephone:  (317) 684-5296
Facsimile:  (317) 223-0296
Jeannette Eisan Hinshaw, Esq.  (Indiana Bar 8238-49A)
Counsel for Lorentson Manufacturing Company Southwest, Inc..

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| DELPHI CORPORATION, ) | Case No. 05-44481 |
| ) | |
| Debtor. ) | |

**DEMAND TO EXERCISE SETOFF
BY LORENTSON MANUFACTURING COMPANY SOUTHWEST, INC.**

Pursuant to the Court's *Final Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) to Utilize Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Parties,* entered by the Court on October 28, 2005, Docket No. 797 (the "DIP Financing Order"),  Lorentson Manufacturing Company Southwest, Inc. (the "Claimant") hereby makes its recoupment/setoff demand (the "Demand"):

1. The Claimant hereby demands to exercise its Setoff Right[1] in the amount of **$105,650.00.**

2. The Setoff Right demanded hereunder is based on 11 U.S.C. Section 553 of the Bankruptcy Code, and the cases decided thereunder concerning setoff and recoupment, and is based on the following facts:

- On October 8, 2005, **the Claimant owed the sum of $105,650.00** to the Debtors (the "Debt Owed to Delphi"), for goods received by the Claimant from the Debtors.

- On October 8, 2005, **the Debtors owed the sum of $425,067.13**[2] to the Claimant (the "Debt Owed to Claimant") for product shipped to the Debtors by the Claimant.

- A copy of the Claimant's setoff demand letter dated November 18, 2005 (the "Setoff Demand Letter"), addressed to counsel for the Debtor, Sina Toussi, the Debtor, and Mr. Everett W. Montgomery, Jr., with evidence of receipt of same by the intended recipients, is attached hereto as Exhibit "A".  The exhibits that were attached to the Setoff Demand Letter will be provided upon request to the undersigned at jhinshaw@boselaw.com.

---

[1] Any terms not defined in this Demand shall have the meaning set out in the Court's DIP Financing Order.  Any use of the word "setoff" or "Setoff", rather than "recoupment" is not intended by the Claimant to be an admission by the Claimant that it does not, in fact, have a recoupment right in these circumstances.

[2] This number is subject to further review, and will be subject to various adjustments as the bankruptcy case proceeds.

659618, v.2 (12212-1)

Dated:   Indianapolis, Indiana          /s/  Jeannette Eisan Hinshaw
         December 15, 2005              Atty. No. 8238-49-A
                                        BOSE MCKINNEY & EVANS LLP
                                        135 N. Pennsylvania Street, Ste. 2700
                                        Indianapolis, Indiana  46204
                                        (317) 684-5296 telephone
                                        (317) 684-0296 fax
                                        jhinshaw@boselaw.com


*[certificate of service follows on next page]*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following parties set out below via e-mail transmission and/or ECF transmission to the addresses set out below, this 15th day of December, 2005:

/s/ Jeannette Eisan Hinshaw
Jeannette Eisan Hinshaw

***counsel for the Debtors***
John Wm. Butler
jbutler@skadden.com

Kayalyn A. Marafioti
kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz
tmatz@skadden.com

***counsel for the Official Committee of Unsecured Creditors***
Mark A. Broude, Latham & Watkins
mark.broude@lw.com

***counsel for the "Agent" (JPMorgan Chase Bank, N.A., acting as administrative agent)***

Kenneth S. Ziman
William T. Russell, Jr.
cfox@stblaw.com
kziman@stblaw.com


David B. Aaronson
david.aaronson@dbr.com

Elizabeth Abdelmasieh
eabdelmasieh@nmmlaw.com

Franklin C. Adams
franklin.adams@bbklaw.com

Jason R. Adams
jadams@torys.com

Jennifer L. Adamy
bankruptcy@goodwin.com

Stephen M. Bales
sbales@zieglermetzger.com

William J. Barrett
william.barrett@bfkpn.com william.barrett@bfkpn.com


659618, v.2 (12212-1)

David S. Barritt
barritt@chapman.com

Donald F. Baty
dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Ronald Scott Beacher
rbeacher@pitneyhardin.com

W. Robinson Beard
jkirk@stites.com

Christopher Robert Belmonte
cbelmonte@ssbb.com pbosswick@ssbb.com

Howard S. Beltzer
hbeltzer@whitecase.com Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff
lberkoff@moritthock.com

Jeffrey Bernstein
jb@carpben.com ssolazzo@carpben.com

Monica Susan Blacker
monicablacker@akllp.com

Charles E. Boulbol
rtrack@msn.com

Wendy D. Brewer
wendy.brewer@btlaw.com bankruptcyindy@btlaw.com

Timothy W. Brink
tbrink@lordbissell.com

James L. Bromley
maofiling@cgsh.com maofiling@cgsh.com

Mark A. Broude
mark.broude@lw.com

Deborah M. Buell
maofiling@cgsh.com

Kevin J. Burke
kburke@cahill.com

John Wm. Butler
jbutler@skadden.com

Aaron R. Cahn
cahn@clm.com cahn@clm.com

Judy B. Calton
jcalton@honigman.com

Scott Cargill
scargill@lowenstein.com hpetersen@lowenstein.com

D. Christopher Carson
ccarson@burr.com

Michelle Carter
mcarter@kslaw.com

Madison L. Cashman
nashvillebankruptcyfilings@stites.com

Ben T. Caughey
ben.caughey@icemiller.com

George B. Cauthen
george.cauthen@nelsonmullins.com

Eric J. Charlton
echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com richard.kremen@dlapiper.com

Tracy M. Clark
clark@steinbergshapiro.com

David D. Cleary
dcleary@mwe.com

Tiffany Strelow Cobb
tscobb@vssp.com cdfricke@vssp.com;eplitfin@vssp.com

Susan M. Cook
smcook@lambertleser.com

659618, v.2 (12212-1)

David N. Crapo
dcrapo@gibbonslaw.com

Michael G. Cruse
mcruse@wnj.com

Vincent D'Agostino
vdagostino@lowenstein.com

Douglas R. Davis
ddavis@paulweiss.com

Jeffry A. Davis
jeffdavis@graycary.com

James J. DeCristofaro
james.decristofaro@lovells.com karen.ostad@lovells.com

Robert Dehney
rdehney@mnat.com
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Gerard DiConza
gdiconza@dlawpc.com

Maria J. DiConza
diconzam@gtlaw.com

Karen Dine
karen.dine@pillsburylaw.com

Stephen A. Donato
sdonato@bsk.com kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan
TDonovan@Finkgold.com TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk
rdremluk@seyfarth.com
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com

Robert L. Eisenbach
reisenbach@cooley.com

Judith Elkin
judith.elkin@haynesboone.com

659618, v.2 (12212-1)

Bruce N. Elliott
elliott@cmplaw.com

Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Alyssa Englund
aenglund@orrick.com

Richard L. Epling
richard.epling@pillsburylaw.com gianni.dimos@pillsburylaw.com

Earle I. Erman
eerman@ermanteicher.com

Michael S. Etkin
metkin@lowenstein.com mseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com tpasuit@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber
efarber747@aol.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell
fatell@blankrome.com recchiuti@blankrome.com

Richard L. Ferrell
Ferrell@taftlaw.com

Charles J. Filardi
cfilardi@pepehazard.com

Jonathan D. Forstot
jforstot@tpw.com mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox
efox@klng.com

David H. Freedman
dfreedman@ermanteicher.com

Scott J. Friedman
sjfriedman@jonesday.com
sdignomirello@jonesday.com;dsciabarassi@jonesday.com;ChicagoBRR@jonesday.com

659618, v.2 (12212-1)

Timothy A. Fusco
fusco@millercanfield.com

Thomas M. Gaa
tgaa@bbslaw.com clee@bbslaw.com

David Garland
dgarland@mcdr-law.com

James M. Garner
jgarner@shergarner.com jchocheles@shergarner.com

Yann Geron
nybkfilings@foxrothschild.com ygeron@foxrothschild.com

Scott R. Goldberg
sgoldber@quarles.com

Scott A. Golden
sagolden@hhlaw.com khseal@hhlaw.com

Robert C. Goodrich
nashvillebankruptcyfilings@stites.com

Robert D. Gordon
rgordon@clarkhill.com

Warren R. Graham
wrg@dmlegal.com ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green
ggreen@fagelhaber.com

Jonathan S. Green
greenj@millercanfield.com

John T. Gregg
jgregg@btlaw.com

Stephen H. Gross
sgross@hodgsonruss.com

Stephen B. Grow
sgrow@wnj.com kfrantz@wnj.com

Peter J. Gurfein
pgurfein@akingump.com

659618, v.2 (12212-1)

Jonathan P. Guy
jpguy@swidlaw.com

Michael Leo Hall
mhall@burr.com

Timothy C. Hall
tch@previant.com

Alan D. Halperin
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon
whanlon@seyfarth.com bosuscourt@seyfarth.com

Kristopher M. Hansen
khansen@stroock.com insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley
jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com bharvey@goodwinprocter.com

William M. Hawkins
whawkins@loeb.com

Dion W. Hayes
dhayes@mcguirewoods.com egunn@mcguirewoods.com

William Heuer
wheuer@morganlewis.com

Jeannette Eisan Hinshaw
jhinshaw@boselaw.com pdidandeh@boselaw.com

Robert M. Hirsh
hirsh.robert@arentfox.com

Shannon E. Hoff
shoff@burr.com

John J. Hunter
jrhunter@hunterschank.com sharonaldrich@hunterschank.com

Michael G. Insalaco
minsalaco@zeklaw.com

Hilary Jewett
hjewett@foley.com

Roger G. Jones
rjones@bccb.com

Andrew C. Kassner
andrew.kassner@dbr.com

Tracy L. Klestadt
tklestadt@klestadt.com tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko
hkolko@msek.com

Alan M. Koschik
akoschik@brouse.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Stuart A. Krause
skrause@zeklaw.com

Duane Kumagai
dkumagai@rutterhobbs.com

Darryl S. Laddin
bkrfilings@agg.com

Elena Lazarou
elazarou@reedsmith.com elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere
davidl@bolhouselaw.com

Harris Donald Leinwand
hleinwand@aol.com hleinwand@aol.com

David E. Lemke
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin
jhlemkin@duanemorris.com vmarchello@duanemorris.com

Ira M. Levee
ilevee@lowenstein.com

659618, v.2 (12212-1)

Jill Levi
jlevi@toddlevi.com drosenberg@toddlevi.com

Jeffrey M. Levinson
jml@ml-legal.com

Kenneth M. Lewis
klewis@rosenpc.com rpc@rosenpc.com

Kim Martin Lewis
brandy.mcqueary@dinslaw.com john.persiani@dinslaw.com

Eric Lopez Schnabel
schnabel@klettrooney.com

A. Peter Lubitz
plubitz@schiffhardin.com

John S. Mairo
jsmairo@pbnlaw.com

Jacob A. Manheimer
jmanheimer@pierceatwood.com mpottle@pierceatwood.com

Kayalyn A. Marafioti
kmarafio@skadden.com jharring@skadden.com

Dorothy H. Marinis-Riggio
demarinis@candklaw.com

Ilan Markus
imarkus@tylercooper.com

Richard Gary Mason
rgmason@wlrk.com rgmason@wlrk.com;eakleinhaus@wlrk.com

Thomas J. Matz
tmatz@skadden.com

Daniel P. Mazo
dpm@curtinheefner.com

Michael K. McCrory
michael.mccrory@btlaw.com vance.donahue@btlaw.com

Ralph E. McDowell
rmcdowell@bodmanllp.com

659618, v.2 (12212-1)

Austin L. McMullen
amcmulle@bccb.com

Patrick E. Mears
patrick.mears@btlaw.com

Derek F. Meek
dmeek@burr.com

Barbara S Mehlsack
bmehlsack@gkllaw.com

Richard M. Meth
msteen@pitneyhardin.com rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson
rmichaelson@kl.com joyce.smith@klng.com

Kathleen M. Miller
kmm@skfdelaware.com tlc@skfdelaware.com

Alan K. Mills
amills@btlaw.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com mdallago@morrisoncohen.com

James P. Moloy
jmoloy@dannpecar.com

Audrey E. Moog
amoog@hhlaw.com

Brian F. Moore
bmoore@mccarter.com

Eric T. Moser
emoser@klng.com kserrao@klng.com

Alisa Mumola
alisa@contrariancapital.com

Jill L. Murch
jmurch@foley.com khall@foley.com

James P. Murphy
murph@berrymoorman.com

659618, v.2 (12212-1)

Bruce S. Nathan
bnathan@lowenstein.com clongstreth@lowenstein.com

Lauren Newman
inewman@fagelhaber.com

Marie L. Nienhuis
mnienhuis@gklaw.com zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod
gnovod@kramerlevin.com lbertko@kramerlevin.com

Kasey C. Nye
knye@quarles.com

Martin P. Ochs
martin@oglaw.net

Sean A. Okeefe
sokeefe@winthropcouchot.com

Ingrid S. Palermo
ipalermo@hselaw.com

Geoffrey J. Peters
gpeters@weltman.com

Anne M. Peterson
apeterson@phillipslytle.com

Lowell Peterson
lpeterson@msek.com

Ronald R. Peterson
rpeterson@jenner.com anicoll@jenner.com

Ed Phillips
ephillips@thurman-phillips.com

Alex Pirogovsky
apirogovsky@uhlaw.com

Leslie A. Plaskon
leslieplaskon@paulhastings.com

Jeffrey S. Posta
jposta@sternslaw.com

659618, v.2 (12212-1)

Constantine Pourakis
cp@stevenslee.com

Paul A. Rachmuth
prachmuth@andersonkill.com bfiling@andersonkill.com

Dennis Jay Raterink
raterinkd@michigan.gov

Jo Christine Reed
jcreed@sonnenschein.com rrichards@sonnenschein.com

Steven J. Reisman
sreisman@cm-p.com athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds
kar@pryormandelup.com

Geoffrey A. Richards
grichards@kirkland.com

Marc E. Richards
mrichards@blankrome.com

Craig Philip Rieders
crieders@gjb-law.com;gisabelle@gjb-law.com gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer
sriemer@phillipsnizer.com mfay@phillipsnizer.com

Matthew R. Robbins
mrr@previant.com

Jean R. Robertson
jrobertson@mcdonaldhopkins.com

Scott D. Rosen
srosen@cb-shea.com

Paul M. Rosenblatt
prosenblatt@kilpatrickstockton.com

Robert B. Rubin
brubin@burr.com

E. Todd Sable
tsable@honigman.com

659618, v.2 (12212-1)

Chester B. Salomon
cs@stevenslee.com

Diane W. Sanders
austin.bankruptcy@publicans.com

Thomas P. Sarb
ecfsarbt@millerjohnson.com

William F. Savino
wsavino@damonmorey.com

Thomas J. Schank
tomschank@hunterschank.com bfrasier@hunterschank.com

Michael L. Schein
mlschein@mintz.com ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman
cschulman@sachnoff.com

Bryan I. Schwartz
bschwartz@lplegal.com

Mark S. Scott
mscott@riemerlaw.com

Jay Selanders
selanders@danielsandkaplan.com

Mark A. Shaiken
mshaiken@stinsonmoheck.com
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;smecham@stinsonmoheck.com;aheppner@stinsonmoheck.com;jhoss@stinsonmoheck.com;atrain;edudley@stinsonmohec
@stinsonmohec

Andrea Sheehan
sheehan@txschoollaw.com
greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman
asherman@sillscummis.com asherman@sillscummis.com

Joseph E. Shickich
jshickich@riddellwilliams.com

Stephen J. Shimshak
sshimshak@paulweiss.com sshimshak@paulweiss.com

659618, v.2 (12212-1)

Wallace A. Showman
was@showmanlaw.com

Robert J. Sidman
rjsidman@vssp.com bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman
sosimmerman@kwgd.com mhelmick@kwgd.com

Thomas R. Slome
mail@srsllp.com

Marc P. Solomon
msolomon@burr.com

Brian D. Spector
bspector@selawfirm.com kdillon@selawfirm.com

Brent C. Strickland
bstrickland@wtplaw.com

James M. Sullivan
jmsullivan@mwe.com

Robert Szwajkos
rsz@curtinheefner.com

Gordon J. Toering
gtoering@wnj.com

Sheldon S. Toll
lawtoll@comcast.net

Laura L. Torrado
ltorrado@bear.com msussman@bear.com

Raymond J. Urbanik
rurbanik@munsch.com

Robert Usadi
rusadi@cahill.com

Shmuel Vasser
svasser@eapdlaw.com

Joseph J. Vitale
jvitale@cwsny.com

659618, v.2 (12212-1)

Michael D. Warner
bankruptcy@warnerstevens.com

Robert K. Weiler
rweiler@greenseifter.com lellis@greenseifter.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Robert A White
rwhite@murthalaw.com

W. Joe Wilson
jwilson@tylercooper.com

Jeffrey C. Wisler
jcw@cblhlaw.com

Robert D. Wolford
ecfwolfordr@mjsc.com

Stephen L. Yonaty
syonaty@hodgsonruss.com

Helen A. Zamboni
hzamboni@underbergkessler.com

Peter Alan Zisser
nyc-bkcyecf@hklaw.com