November 18, 2005

| | |
|---|---|
| Sina Toussi, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036 | VIA E-MAIL to stoussi@skadden.com with exhibits |
| Delphi Corporation<br>World Headquarters<br>5725 Delphi Drive<br>Troy, Michigan 48098-2815 | VIA FACSIMILE to (248) 813-2499 with exhibits |
| Mr. Everett W. Montgomery, Jr.<br>Global Commodity Team Manager, Plastic Components<br>Delphi Automotive Systems<br>M/C 462-394-104<br>8750 Hague Road<br>Indianapolis, IN 46256 | VIA E-MAIL to Everett.W.Montgomery@delphi.com with exhibits |

To Mr. Montgomery, Delphi, and its counsel Sina Toussi:

I am writing on behalf of my company, **Lorentson Manufacturing Company Southwest, Inc.** ("**Lorentson-Southwest**"). As of the petition date, Delphi Automotive Systems (the "Debtor") owed a total of **$425,067.13**[1] to Lorentson-Southwest for goods supplied to the Debtor by Lorentson-Southwest in the months prior to the bankruptcy filing (see Exhibit A enclosed herewith).

Lorentson-Southwest currently owes **$105,650.00** to the Debtor for goods supplied pre-petition, as detailed in Exhibit B enclosed herewith, and is entitled to setoff or recoupment with respect to such amount. Accordingly, Lorentson-Southwest placed the Debtor's pre-petition invoices on administrative hold pending completion of its investigation and completion of the setoff review process described in the Court's DIP financing order entered on October 28, 2005.

In order to avoid unnecessary costs and delays Lorentson-Southwest would like the Debtor's consent to such setoff and agreement to prepare a joint motion for approval of such setoff

Please contact me, or my counsel Jeannette Elsan Hinshaw, as soon as possible to inform me whether the Debtor is willing to consent to the proposed setoff.

Sincerely,

Lorentson Manufacturing Company Southwest, Inc.

By _[signature]_
LEONARD LORENTSON, President

---

[1] This number is subject to further review, and will be subject to various adjustments as the bankruptcy case proceeds.

# Hinshaw, Jeannette

| | |
|---|---|
| **From:** | Hinshaw, Jeannette |
| **Sent:** | Friday, November 18, 2005 6:03 PM |
| **To:** | 'stoussi@skadden.com'; 'everett.w.montgomery@delphi.com' |
| **Subject:** | DELPHI-LORENTSON-setoff |
| **Attachments:** | DELPHI-LOR.SW-SETOFF; DELPHI-LOR.KOK.-SETOFF |

I send the attached documents on behalf of my client, Lorentson Southwest and Lorentson Kokomo.

Pursuant to the Court's DIP financing order entered on October 28, 2005 (specifically, paragraph 18 thereof), please find attached requests for setoff by Lorentson Southwest and Lorentson Kokomo. The DIP financing order provides that Delphi is to respond to all setoff requests within 10 business days of receiving same; accordingly, I would expect to receive Delphi's response to the attached setoff requests by no later than December 6, 2005.

Invoices to support the amount claimed to be owed by Delphi will be provided upon request.

Jeannette Eisan Hinshaw, Esq.
Bose McKinney & Evans LLP
135 N. Pennsylvania St., Suite 2700
Indianapolis, Indiana  46204
  direct telephone:317-684-5296
  direct fax:         317-223-0296
  copy center fax: 317-684-5173
email: jhinshaw@boselaw.com

Visit our website at www.boselaw.com
To view biographies click on "Our People"

11/18/2005

MEMORY TRANSMISSION REPORT

```
                            TIME       : 2005-NOV-18  06:04PM
                            TEL NUMBER : +13176845173
                            NAME       : BOSE McKINNEY EVANS
```

FILE NUMBER        : 960

DATE               : NOV-18 06:02PM

TO                 : 877#1#157#12488132499

DOCUMENT PAGES     : 009

START TIME         : NOV-18 06:02PM

END TIME           : NOV-18 06:04PM

SENT PAGES         : 009

STATUS             : OK

FILE NUMBER    : 960          \*\*\* SUCCESSFUL TX NOTICE \*\*\*

# BOSE McKINNEY & EVANS LLP
ATTORNEYS AT LAW

Jeannette Eisan Hinshaw
Downtown Office
Direct Dial (317) 684-5296
E-Mail: JHinshaw@boselaw.com

## FAX COVER SHEET

Date: 11/18/05                                Time: 6:00 pm

From: Jeannette Eisan Hinshaw                 (317) 684-5296

CONFIDENTIALITY NOTICE: The materials enclosed with this facsimile transmission are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the individual(s) or entity(ies) named below. If you are not the intended recipient, be advised that any unauthorized disclosure, copying, distributing or the taking of any action in reliance on the contents of this telecopies information is strictly prohibited. If you have received this facsimile transmission in error, please immediately notify us by telephone to arrange for return of the forwarded documents to us.

To: Delphi World Headquarters    Fax No: (248) 813-2499

To: _____        Fax No: _____

To: _____        Fax No: _____

User No. 877    Client/Matter No. 1-157    Return to _____

No. of pages transmitted (including cover sheet): 9    Operator's initials_____

MESSAGE: Re: Delphi, supplier Lorentson-Southwest

If you experience any problems in receiving any of these pages, please call the Copy Center as soon as possible at 317-684-5144. Thank you.

331822

Downtown · 2700 First Indiana Plaza · 135 North Pennsylvania Street · Indianapolis, Indiana 46204 · (317) 684-5000 · FAX (317) 684-5173
North Office · 600 East 96th Street · Suite 500 · Indianapolis, Indiana 46240 · (317) 574-3700 · FAX (317) 574-3716
www.boselaw.com