

United States Bankruptcy Court
Southern District of New York
One Bowling Green
Room 534
New York, New York 10004-1408
United States of America

Caldes de Montbui, 17th November 2005

**Ref: Invoices 14582 and 14893 pending from Delphi**

Dear Sirs,

We are writing you to be recorded in your files as a Delphi's supplier with the amount of 8016,23US$ pending to be cashed concerning the following invoices:

Invoice nº 14582 dated 18th July 2005 amount 2.773,73US$ due date 25th September 2005. From this invoice we have only received the amount of 1747,50US$ and there is pending 1026,23 US$ (see attached copy of the bank check).

Invoice nº 14893 dated 10th August 2005 amount 6990,00US$ due date 9th October 2005.

We look forward that you take in account our claim.

Yours faithfully,

Núria Nogués
P. A. to the Chief Executive
RELATS, S.A.



RECEIVED
NOV 21 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

C. Priorat - Pol. Ind. La Borda - Tel. 34 - 938 627 510 - Fax. 34 - 938 654 850
08140 Caldes de Montbui - Barcelona - Spain
E-mail: relats@relats.com





**RELATS S.A.**    VAT Nº: ESA08277451

# INVOICE

| Invoice Nº | Inv. date | Customer Nº | |
|---|---|---|---|
| 14893 | 10-08-2005 | 1613 | Page 1 |

| Payment conditions | Supplier Nº |
|---|---|
| WIRE TRANSFER | 46-003-4838 |

| Payment address | VAT Nº |
|---|---|
| BANC SANTANDER CENTRAL HISPANO<br>SWIFT CODE BSCHESMMXXX<br>IBAN ES44 0049 2395 3511 1021 5490 | - |

**INVOICING ADDRESS**
DELPHI THERMAL & INTERIOR
TUSCALOOSA FACILI. att.R.BURNS
11005 ED STEPHENS RD
COTTONDALE AL
35453
USA - UNITED STATES

| Shipper / forwarder | INCOTERM |
|---|---|
| PANALPINA | EXW |

*Unit-price conversion factors | U:1  D:10  C:100  M:1000

| ORDER Nº | Your P.O. ref. | Y/O Art. ref / Lot-Batch | Quantity | Price: /* USD | * | Amount USD |
|---|---|---|---|---|---|---|
| | | Delivery note Nº 19210 | | | | |
| 23223<br>CustomsTariff 54041090 | FDS83085 | PRTS4551 001 / PLAS7NE200T0060<br>PERIFLEX SELFCLOSING HT SIZE 20 L=6<br>batch PA-38741 | 60000 UN | 116,5000 | M | 6.990,00 |

| Amount | | | | VAT % | Amount | INVOICE TOTALEUR | INVOICE TOTAL USD |
|---|---|---|---|---|---|---|---|
| 6.990,00 | | | | | | 5.651,42 | 6.990,00 |

**PAYMENT DUE ON:**
9-10-2005    6.990,00    60 days

**NOTE**
4(420X100X68) GW:308KG
MANUFACTURED IN SPAIN

**DELIVERY ADDRESS**
DELPHI TERMAL & INTERIOR
ELECTRICAL INTEGRATION ENGIN.
11005 ED STEPHENS ROAD
COTTONDALE AL
35453
USA - UNITED STATES

THE EXPORTER OF THE PRODUCTS COVERED BY THIS DOCUMENT DECLARES THAT, EXCEPT WHERE OTHERWISE CLEARLY INDICATED, THESE PRODUCTS ARE OF SPANISH PREFERENTIAL ORIGIN.

C/ Priorat, s/n Poligon Industrial La Borda    08140 Caldes de Montbui    Barcelona    España
Telef. (34) 938627510    Fax. (34) 938654850

08/05/2005 11:02  248-655-8360  PURCHASING FAX  PAGE 02

# DELPHI

**DELPHI CORPORATION**
DELPHI T&I-HEADQUARTERS
1401 CROOKS ROAD
TROY, MI
48084

VENDOR NUMBER 46-003-4838
TO: RELATS SA
PRIORAT S/N POLIGONO IND LA BO
CALDES DE MONTBUI ES
08140
SPAIN

SHIP TO:
DELPHI-T&I - COTTONDALE PLT.
DELPHI CORPORATION
11005 ED STEPHENS RD.
COTTONDALE, AL
35453-2519
US

INVOICE TO:
DELPHI THERMAL & INTERIOR
TUSCALOOSA FACILITY
ATTN: RENEA BURNS
11005 ED STEPHENS RD.
COTTONDALE, AL
35453
US

## PURCHASE ORDER: FDS83085

PAGE

This Number Must Appear On All Invoices, Packing Slips, Packages and Bills of Lading.
(2) copies of your packing slip must accompany each shipment. Item Identification Number(s) must be shown on Packing Slips & Invoices.
Invoice Attn: Accounts Payable
Do not Declare Valuation of Express Shipments or Insure Parcel Post.

PHONE: 248-655-067*
RB KELLY
PURCHASING AGENT

ORDER DATE: 08/04/05
ALTERATION ISSUE DATE
ALTERATION EFFECTIVE DATE

SHIP VIA: BEST

23323

PAYMENT TERMS: NET 2ND DAY OF 2ND MONTH
F.O.B. EXWORKS
DESTINATION UNLESS OTHERWISE INDICATED

| ITEM SEQUENCE | QUANTITY ORDERED | ITEM IDENTIFICATION NO. | NOUN NAME | DESCRIPTION | RFQ NUMBER | DATE REQUIRED | TAX CODE/% | BASE UNIT PRICE | PRICE UM MULTIPLIER/VE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | THIS ORDER IS LISTED IN THE FOLLOWING CURRENCY USD DOLLAR (UNITED STATES) | | | | | |
| | | | | ****************ATTENTION ALL SUPPLIERS****************
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON HOW TO ACCESS THIS NEW FEATURE. | | | | | |
| 00001 | 60000 | PRTS4603 001 | | 60 MM X 20 MM PERIFLEX SELF CLOSING PLAS7
PART#16899562
WHO ORDERED: RB/BJ PEEBLES | | 07/31/05 | C  0.00% | 0.1165 | PC |
| | | | | SELLER REPRESENTS THAT GOODS PURCHASED UNDER THIS ORDER WERE NOT PRODUCED WITH FORCED LABOR (AS DEFINED IN 19 U.S.C. 1307) EITHER BY SELLER OR SELLER'S SUPPLIERS. SELLER SHALL INDEMNIFY BUYER AGAINST ANY LIABILITY BUYER MAY INCUR IF THIS REPRESENTATION IS INCORRECT. | | | | | |
| | | | | SELLER ACKNOWLEDGES AND AGREES THAT BUYER'S GENERAL TERMS AND CONDITIONS ARE INCORPORATED IN, AND A PART OF, THIS CONTRACT AND EACH PURCHASE ORDER, RELEASE, REQUISITION, WORK ORDER, SHIPPING INSTRUCTION, SPECIFICATION AND | | | | | |

# RELATS

**RELATS S.A.**    VAT Nº: ESA08277451

# INVOICE

| Invoice Nº | Inv. date | Customer Nº |
|---|---|---|
| 14582 | 18-07-2005 | 1613 |

Page 1

| Payment conditions | Supplier Nº |
|---|---|
| WIRE TRANSFER | 46-003-4838 |

| Payment address | VAT Nº |
|---|---|
| BANC SANTANDER CENTRAL HISPANO<br>SWIFT CODE BSCHESMMXXX<br>IBAN ES44 0049 2395 3511 1021 5490 | - |

**INVOICING ADDRESS**

DELPHI THERMAL & INTERIOR
ELECTRICAL INTEGRATION ENGIN.
11005 ED STEPHENS ROAD
COTTONDALE AL
35453
USA - UNITED STATES

| Shipper / forwarder | INCOTERM |
|---|---|
| D.H.L. | EXW |

*Unit-price conversion factors   U:1   D:10   C:100   M:1000

| ORDER Nº | Your P.O. ref. | Y/O Art. ref / Lot-Batch | Quantity | Price: USD /* | * | Amount USD |
|---|---|---|---|---|---|---|
| | | Delivery note Nº 18872 | | | | |
| 22633 | Mr. B.J. PEEBLES<br>CustomsTariff 54041090 | / PLAS7NE200T0060<br>PERIFLEX SELFCLOSING HT SIZE 20 L=6<br>batch PA-37864 | 15000  UN | 116,5000 | M | 1.747,50 |

| Amount | | Shipping | | VAT %    Amount | | INVOICE TOTALEUR | INVOICE TOTAL USD |
|---|---|---|---|---|---|---|---|
| 1.747,50 | | 1.026,23 | | | | 2.273,90 | 2.773,73 |

**PAYMENT DUE ON:**
25-09-2005    3.495,00        60 days

**NOTE**
122x82x93 Peso:84kg

**DELIVERY ADDRESS**

DELPHI TERMAL & INTERIOR
COTTONDALE OPERATION-IN01
11005 ED STEPHENS ROAD
COTTONDALE AL
35453
USA - UNITED STATES

THE EXPORTER OF THE PRODUCTS COVERED BY THIS DOCUMENT DECLARES THAT, EXCEPT WHERE OTHERWISE CLEARLY INDICATED, THESE PRODUCTS ARE OF SPANISH PREFERENTIAL ORIGIN.

# Deutsche Bank
Aktiengesellschaft

Deutsche Bank AG, Central Cheque Operations 05ZEGH
DE - 60262 Eschborn

RELATS SA          EFT
C PRIORAT-POL IND LA BORDA
08140 CALDES DE MONTBUI
BARCELONA
SPAIN

0000037    0189881    DBX02597 C

*(handwritten: client 1613    ← nant → Fra 14582 → 1747,50 USD    14750 → 3495,00    5242,50 USD)*

| | | |
|---|---|---|
| Date | : | 8 September 2005 |
| Amount | : | USD 5242.50 |
| Ordering Party: | : | DELPHI AUTOMOTIVE SYSTEMS LLC |
| Order Reference | : | 20050831001 |
| Deutsche Bank Ref. No. | : | 1007766174 |
| Payment Details | : | EDIFACT003/003770899-00003820050831 001 ACF085013830 |
| Deutsche Bank Cheque No. | : | 0000142852 |

*(stamp: 15 SET. 2005)*

*(handwritten: tel. 1-2485744636)*

# Deutsche Bank
Aktiengesellschaft

0000142852

1-103/210

Pay to the order of RELATS SA        EFT***************************************
*****************************************************************************

Date: 8 September 2005

Void after 180 days

USD  ***5242.50***

The sum of: Five Thousand Two Hundred And Forty Two Dollars And 50 Cents****
Only******************************************************************
*****************************************************************************
*****************************************************************************

For and on behalf of
Deutsche Bank AG, Frankfurt

Payable at:  Deutsche Bank Trust Company Americas
New York, N.Y.

*(signature)*
Authorized Signature



**RELATS S.A.**   VAT Nº: ESA08277451

# INVOICE

| Invoice Nº | Inv. date | Customer Nº | |
|---|---|---|---|
| 14750 | 27-07-2005 | 1613 | Page 1 |

| Payment conditions | Supplier Nº |
|---|---|
| WIRE TRANSFER | 46-003-4838 |

| Payment address | VAT Nº |
|---|---|
| BANC SANTANDER CENTRAL HISPANO<br>SWIFT CODE BSCHESMMXXX<br>IBAN ES44 0049 2395 3511 1021 5490 | - |

**INVOICING ADDRESS**
DELPHI THERMAL & INTERIOR
ELECTRICAL INTEGRATION ENGIN.
11005 ED STEPHENS ROAD
COTTONDALE AL
35453
USA - UNITED STATES

| Shipper / forwarder | INCOTERM |
|---|---|
| PANALPINA | EXW |

*Unit-price conversion factors   U:1   D:10   C:100   M:1000

| ORDER Nº | Your P.O. ref. | Y/O Art. ref / Lot-Batch | Quantity | Price: USD /* | * | Amount USD |
|---|---|---|---|---|---|---|
| | | Delivery note Nº 19026 | | | | |
| 22634<br>CustomsTariff 54041090 | Mr. B.J. PEEBLES | / PLAS7NE200T0060<br>PERIFLEX SELFCLOSING HT SIZE 20 L=6<br>batch PA-38218 | 30000 UN | 116,5000 | M | 3.495,00 |

*Ok. Cashed.*

| Amount | | | VAT %  Amount | INVOICE TOTAL EUR | INVOICE TOTAL USD |
|---|---|---|---|---|---|
| 3.495,00 | | | | 2.882,33 | 3.495,00 |

| PAYMENT DUE ON: | 60 days |
|---|---|
| 25-09-2005   3.495,00 | |

**NOTE**
2(80x120x97) Peso:149kg

**DELIVERY ADDRESS**
DELPHI TERMAL & INTERIOR
COTTONDALE OPERATION-IN01
11005 ED STEPHENS ROAD
COTTONDALE AL
35453
USA - UNITED STATES

THE EXPORTER OF THE PRODUCTS COVERED BY THIS DOCUMENT DECLARES THAT, EXCEPT WHERE OTHERWISE
CLEARLY INDICATED, THESE PRODUCTS ARE OF SPANISH PREFERENTIAL ORIGIN.