Lafonza Earl Washington & Family
7010 Cranwood Drive
Flint, MI  48505
Tel: 810/787-3150
Cell: 810/922-0308


December 5, 2005


TO:  Clerk of the Court
     United States Bankruptcy Court
     Southern District of New York
     One Bowling Green
     New York, N.Y.  10004


                RE:  In re Delphi Corporation et al, Debtors
                     Case No. 05-44481 (RDD)


Greetings Clerk of the Court:

Enclosed for filing you will find:

    1.  Ex Parte Application (and Motion) of Claimant Lafonza
Earl Washington for "ORDER" Directing Clerk To Correct Omissions
and To Issue Final Process To Enforce and Execute "MINUTE ORDERS"
- Nunc Pro Tunc - To Disburse $30,000,000.00 according to Proof
Of Claim Deemed "ALLOWED" and "ORDERS" Previously Entered By the
Court On October 8, 2005.

    2.  "ORDER" Issuing Final Process To Correct, Enforce and
Execute the Self-Executing Statutory and Previously Entered
Orders For relief Entering "MINUTE ORDERS" - Nunc Pro Tunc - To
Disburse and Release This Claim That Is Eligible For Payment of
$30,000,000.00 at 15% APR Beginning October 8, 2005, and
Ending When Paid In Full That Is Payable To Lafonza Earl
Washington cashable at "ALL" Banks.

    3.  Proof Of Service.

Please file according to Rule 5005(a)(1) of the Fed.R.Bankr.P.,
as well as Rule 77(c) of the F.R.Civ.P.  Thank you.

                                  In Truth, Justice, and Peace,

                                  *[signature: Lafonza Earl Washington]*
                                  Lafonza Earl Washington

RECEIVED
DEC - 6 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Enc/cc:

    UNITED STATES BANKRUPTCY COURT
    SOUTHERN DISTRICT OF NEW YORK
    c/o Clerk of the Court
    One Bowling Green
    New York, N.Y. 10004

    Michael Garcia, U.S. Attorney
    Southern District of New York
    One St. Andrew Plaza
    New York, N.Y. 10007

    David Jones, U.S. Attorney
    Chief of Tax & Bankruptcy Unit
    86 Chambers Street, 3rd Floor
    New York, N.Y. 10007

    DEPARTMENT OF JUSTICE
    UNITED STATES TRUSTEE PROGRAM
    SOUTHERN DISTRICT OF NEW YORK
    Manhattan Office
    c/o Assistant U.S. Trustees
        Mary Elizabeth Tom and/or
        Elizabeth J. Austin
    35 Whitehall Street, 21st Floor
    New York, N.Y. 10004

    FINAL CALL NEWSPAPER
    Minister Louis Farrakhan
    734 West 79th Street
    Chicago, ILL 60620-2424

    THE OPRAY MAGAZINE
    Oprah Winfrey
    Founder and Editorial Director
    c/o Gayle King, Editor At Large
    1700 Broadway, 38th Floor
    New York, N.Y. 10019

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


   - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
                                        :
                                        :
    In Re                               :  Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :  Case No. 05-44481 (RDD)
                                        :
                     Debtors.           :  (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - x

        EX PARTE APPLICATION (AND MOTION) OF CLAIMANT
        LAFONZA EARL WASHINGTON FOR "<u>ORDER</u>" DIRECTING
        CLERK TO CORRECT OMISSIONS AND TO ISSUE FINAL
        PROCESS TO ENFORCE AND EXECUTE "<u>MINUTE ORDERS</u>"
        - NUNC PRO TUNC - TO DISBURSE $30,000,000.00
        ACCORDING TO PROOF OF CLAIMS DEEMED "<u>ALLOWED</u>"
        AND ORDERS PREVIOUSLY ENTERED BY THE COURT ON
        OCTOBER 8, 2005

The above-named Claimant in the above-entitled cause moves the Court to correct omissions and to issue final process to enforce and execute the 'HUMAN CAPITAL OBLIGATIONS' and 'CASH MANAGEMENT' Orders according to speedy Minute Orders on the grounds that:

1. The debtors and debtors-in-possession in the above-captioned cases filed Voluntary Petitions for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the Bankruptcy Court), and the Clerk of the Court inadvertently and incorrectly did "NOT" disburse this Claim that is "ALLOWED" and eligible for payment beginning October 8, 2005.

2. As a result that this Claimant could "NOT" verify the electronic filings of the Delphi Voluntary Petitions and to "NOT" violate 18 U.S.C. §§ 152, 3571 etc., restraints, that are penal, this Proof of Claim was restricted to "NOT" being filed until October 31, 2005; then was filed according to the rules of the Bankruptcy Code Sections 501, 502, 3001(f) etc., that constitutes prima facie evidence of the "VALIDITY" and "AMOUNT" of the "CLAIM" that is, by law "ALLOWED" meaning that it is eligible for payment.

3. By law, no objections can be made against this Proof of Claim deriving from the Voluntary Petition filing on October 8, 2005, where the commencement of this case itself under Section 301 constitutes an "ORDER" for relief for "ALL" interests of debtors and creditors.

4. Voluntary Petition cases are bound by law to be "NON-CONTESTED" prohibiting the requirement for, '...requesting "RELIEF" by "MOTION" and reasonable notice and opportunity for hearing...afforded the party against whom "RELIEF" is sought,' pursuant to Section 9014 of the Bankruptcy Code.

5. According to Rules 9014(b), 9015, 9016 etc., the Federal Rules of Civil Procedure (F.R.Civ.P.) applies in cases under the Bankruptch Code.

6. The F.P.Civ.P., Rule 77(c) "VESTS" the Clerk with authority to issue the demanded "MINUTE ORDERS" for final process to enforce and execute this statutory, provided for "ORDERS", by law, which do "NOT" require "ALLOWANCE" or "ORDER" of the Court and is "GRANTABLE" of course by the Clerk; based on the "VOLUNTARY" filing itself establishes authority for this Order's disbursement and the required "CAUSE SHOWN" cannot be satisfied by the Court, thus by law the Clerk's action applied for cannot be suspended or altered or rescinded by the Court.

This Application is made for the purpose of disbursing and releasing this Claimant's $30,000,000.00 claim deemed "ALLOWED" by law, and is based on all the pleadings, papers, records and files submitted with this Proof of Claim.

By: /s/ Lafonza Earl Washington
Claimant

Dated: December 5, 2005

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler


    - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                                :
In re                           :  Chapter 11
                                :
DELPHI CORPORATION, et al.,     :  Case No. 05-44481 (RDD)
                                :
                    Debtors.    :  (Jointly Administered)
                                :
------------------------------ x

ORDER
ISSUING FINAL PROCESS TO CORRECT, ENFORCE
AND EXECUTE THE SELF-EXECUTING STATUTORY
AND PREVIOUSLY ENTERED ORDERS FOR RELIEF
ENTERING "MINUTE ORDERS" - NUNC PRO TUNC -
TO DISBURSE AND RELEASE THIS CLAIM THAT IS
ELIGIBLE FOR PAYMENT OF $30,000,000 AT
15% APR BEGINNING OCTOBER 8, 2005, AND
ENDING WHEN PAID IN FULL THAT IS PAYABLE
TO LAFONZA EARL WASHINGTON CASHABLE AT
"ALL" BANKS

On Application of Lafonza Earl Washington, the Claimant in the above-captioned cases,

1. IT APPEARS to the United States Bankruptcy Court for the Southern District of New York that the self-executing statutory and previously entered Human Capital Obligations and Cash Management Orders incorrectly omitted the disbursement and paying of the $30,000,000.00 claim of this Applicant and that the omission that vitiated and impaired the entry was the fact that the day the Order was entered, October 8, 2005, fell on a Saturday weekend.

2. IT APPEARS that the omission mentioned in Paragraph #1 of this Order occurred through an inadvertent clerical error of entering only documents that were electronically transmitted and noticed to eligible Claimants.

IT IS THEREFORE ORDERED that the Order previously entered on the minutes of the Court, numbered "Agenda Item No. 10; Docket No. 31", and dated October 8, 2005, be corrected by the addition of the following words:

> "Order Authorizing the Bridge Order Under Title 11 U.S.C. to include the Proof Of Claim of Lafonza Earl Washington filed according to Sections 501, 502, 3001(f) of the Bankruptcy Rules and constitutes prima facie evidence of the validity and amount of the claim of $30,000,000.00 at 15% APR beginning October 8, 2005, ending when payment in full is received; this

Proof Of Claim is deemed "<u>ALLOWED</u>" meaning that it is eligible for payment payable to Lafonza Earl Washington and directing banks to honor this check, and disbursed without delay,"

and

"Order Authorizing the Bridge Order under Title 11 U.S.C. to include Agenda Item No. 22; Docket No. 36 for Cash Management purposes and with specificity "Preservation And Exercise Of Intercompany Setoff Rights" and "Grant Of Administrative Priority Status For Postpetition Intercompany Transactions, Agenda Item No. 22; Docket No. 36, to be honored on this check, without delay,"

and

"the United Parcel Service (UPS) services - specifically - be couriered to deliver this check by express delivery processes only."

IT IS FURTHER ORDERED that this Order, as corrected, be entered nunc pro tunc to appear of record as of October 8, 2005, that being the date when the above-styled Orders were originally entered and erroneously transcribed.

IT IS ALSO ORDERED that pursuant to the Federal Rules of Civil Procedure, Rule 77(c), the Clerk of the Court exercise vested authority to issue, enforce, and execute this final Order for the disbursement of a check for $30,000,000.00 plus 15% APR, for 58 days, a claimed interest owed of $715,068.08, payable to

Lafonza Earl Washington and is commanded to do so without delay, as a Minute Order.

_____, Clerk of the Court

U.S. Bankruptcy Court for the
Southern District of New York

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (ipp) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
hhtp://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
     In re                      :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------- x

PROOF OF SERVICE

## PROOF OF SERVICE

STATE OF MICHIGAN )
                  )
COUNTY OF GENESEE )

I, Lafonza Earl Washington, deposes and states:

That on December 5, 2005, he did serve the below - identified documents upon the below-named parties by United Parcel Service (UPS to the Clerk of the Court) and by first class mail via the United States Postal Service with postage pre-paid.

   1. Ex Parte Application (and Motion) of Claimant Lafonza Earl Washington for "ORDER" Directing Clerk To Correct Omissions and To Issue Final Process To Enforce and Execute "MINUTE ORDERS" - Nunc Pro Tunc - To Disburse $30,000,000.00 according to Proof Of Claim Deemed "ALLOWED" and "ORDERS" Previously Entered By the Court On October 8, 2005.

   2. "ORDER" Issuing Final Process To Correct, Enforce and Execute the Self-Executing Statutory and Previously Entered Orders For Relief Entering "MINUTE ORDERS" - Nunc Pro Tunc - To Disburse and Release This Claim That Is Eligible For Payment of $30,000,000.00 at 15% APR Beginning October 8, 2005, and Ending When Paid In Full That Is Payable To Lafonza Earl Washington cashable at "ALL" Banks.

Please file according to Rule 5005(a)(1) of the Fed.R.Bankr.P., as well as Rule 77(c) of the F.R.Civ.P. Thank you.

By: *[signature]* Lafonza Earl Washington

Delivered and Mailed to:

   UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   c/o Clerk of the Court
   One Bowling Green
   New York, NY  10004

   Michael Garcia, U.S. Attorney
   Southern District of New York
   One St. Andrews Plaza
   New York, NY  10007

   David Jones, U.S. Attorney
   Chief of Tax & Bankruptcy Unit
   86 Chambers Street, 3rd Floor
   New York, NY  10007

DEPARTMENT OF JUSTICE
UNITED STATES TRUSTEE PROGRAM
Southern District of New York
Manhattan Office
c/o Assistant U.S. Trustees
    Mary Elizabeth Tom and/or
    Elizabeth J. Austin
35 Whitehall Street, 21st Floor
New York, N.Y.  10004

THE FINAL CALL NEWSPAPER
Minister Louis Farrakhan
734 West 79th Street
Chicago, ILL  60620-2424

THE OPRAH MAGAZINE
Oprah Winfrey
Founder and Editorial Director
c/o Gayle King, Editor At Large
1700 Broadway, 38th Floor
New York, N.Y.  10019