UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                              Chapter 11

DELPHI CORP., *et al.,*                                    Case No. 05-44481 (RDD)

                    Debtors.                                  (jointly administered)

---

### CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I electronically filed the Notice of Appearance and Demand for Service of Papers on behalf of Jon Ballin with the Court using the CM/ECF system.

I further hereby certify that I have mailed, via first class mail using the United States Postal Service for the State of New York, a copy of the Notice of Appearance to the individuals on the annexed service list.

Dated: Garden City, New York
       December 15, 2005

                                                                    *(signature)*
                                                                    Amy Klie
                                                                    Ettelman & Hochheiser, P.C.
                                                                    100 Quentin Roosevelt Blvd., Suite 401
                                                                    Garden City, New York 11530
                                                                    516-227-6300

## SERVICE LIST

Robert J. Stark, Esq.
Brown Rudnick Berlack Israels, LLP
*Attorneys for Indenture Trustee*
Seven Times Square
New York, NY 10036

Bruce Simon, Esq.
Cohen Weiss & Simon
*Attorneys for Flextronics International USA, Inc.*
330 W. 42nd Street
New York, NY 10036

Donald Bernstein, Esq.
Davis Polk & Wardwell
*Attorneys for Post-Petition Administrative Agent*
450 Lexington Avenue
New York, NY 10017

Mr. Michael Nefkens
Electronic Data Systems Corp.
*Creditor Committee Member*
5505 Corporate Drive MSIA
Troy, MI 48098

Mr. Richard Lee Chambers, III
Freescale Semiconductor, Inc.
*Creditor Committee Member*
6501 William Cannon Drive
MD: OE16
Austin, TX 78735

Ms. Valerie Venable
General Electric Company
*Creditor Committee Member*
One Plastics Avenue
Pittsfield, MA 01201

Ms. Michelle Robson
Capital Research and Management Company
*Creditor Committee Member*
11100 Santa Monica Boulevard
Los Angeles, CA 90025

Steven J. Reisman, Esq.
Curtis, Mallet-Prevost, Colt & Mosle, LLP
*Attorneys for Flextronics International USA, Inc.*
101 Park Avenue
New York, NY 10178-0061

Sean Corcoran and Karen Craft
Delphi Corporation
*Debtor*
5725 Delphi Drive
Troy, MI 48098

Carrie L. Schiff, Esq.
Terry Zale, Esq.
Flextronics International
*In-House Counsel for Flextronics International*
6328 Monarch Park Place
Niwot, CO 80503

Mr. Randall S. Eisenberg
FTI Consulting, Inc.
*Financial Advisors to Debtors*
3 Times Square, 11th Floor
New York, NY 10036

Lonie A. Hassel, Esq.
Groom Law Group
*Attorneys for Employee Benefits*
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross, Esq.
Hodgson Russ, LLP
*Attorneys for Hexcel Corporation*
152 West 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Insolvency Department
Attn: Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

Mr. Henry Reichard
IUE-CWA
*Creditor Committee Member*
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Thomas F. Maher, Richard Duker and
Gianni Russello
JPMorgan Chase Bank, N.A.
*Post-Petition Administrative Agent*
270 Park Avenue
New York, NY 10017

Gordon Z. Novod, Esq.
Thomas Moers Mayer, Esq.
Kramer Levin Naftalis & Frankel, LLP
*Attorneys for Data Systems, Corporation and*
*EDS Information Services, LLC*
1177 Avenue of the Americas
New York, NY 10036

Mr. Robert J. Rosenberg
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn, LLP
*Attorneys for General Motors Corporation*
2290 First National Building
Detroit, MI 48226-3583

Internal Revenue Service
Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

Mr. William Q. Derrough
Jefferies & Company, Inc.
*UCC Professional*
520 Madison Avenue, 12th Floor
New York, NY 10022

Vilma Francis
JPMorgan Chase Bank, N.A.
*Pre-Petition Administrative Agent*
270 Park Avenue
New York, NY 10017

Mr. James Le
Kurtzman Carson Consultants
*Noticing and Claims Agent*
12910 Culver Boulevard, Suite I
Los Angeles, CA 90066

Mr. Patrick J. Healy
Mr. Daniel R. Fisher
Law Debenture Trust of New York
*Indenture Trustee*
767 Third Avenue, 31st Floor
New York, NY 10017
1065089.1 3/31/2005

David D. Cleary, Esq.
Mohsin N. Khambati, Esq.
McDermott Will & Emery, LLP
*Attorneys for Recticel North America, Inc.*
227 West Monroe Street
Chicago, IL 60606

Ms. Melissa Knolls
Mesirow Financial
*UCC Professional*
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Mark Schonfeld, Regional Director
Northeast Regional Office
Securities and Exchange Commission
3 World Financial Center, Room 4300
New York, NY 10281

Robert Siegel, Esq.
O'Melveny & Meyer, LLP
*Special Labor Counsel*
400 South Hope Street
Los Angeles, CA 90071

Ralph L. Landy, Esq.
Jeffrey Cohen, Esq
*Counsel for Pension Benefit Guaranty Corporation*
1200 K Street, N.W., Suite 340
Washington, DC 20005

David Resnick
*Financial Advisor*
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY 10020

J. Brian McTigue, Esq.
Cornish F. Hitchcock, Esq.
McTigue Law Firm
*Attorneys for Movant Retirees and Proposed Attorneys for*
*The Official Committee of Retirees*
5301 Washington Avenue, N.W., Suite 350
Washington, DC 20015

Joseph T. Moldovan, Esq.
Morrison Cohen, LLP
*Attorneys for Blue Cross/Blue Shield of Michigan*
909 Third Avenue
New York, NY 10022

Eliot Spitzer, Attorney General
Office of the NYS Attorney General's Office
120 Broadway
New York, NY 10271

Tom A. Jerman, Esq.
Rachel Janger
O'Melveny & Meyer, LLP
*Special Labor Counsel*
1625 Eye Street, NW
Washington, DC 20006

Sandra A. Riemer, Esq.
Phillips Nizer, LLP
*Counsel for Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems*
666 Fifth Avenue
New York, NY 10103

Robert W. Dremluk, Esq.
Seyfarth Shaw, LLP
*Counsel for Murata Electronics North*
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801
1065089.1 3/31/2005

Douglas Bartner, Esq.
Jill Frizzley, Esq.
Shearman & Sterling, LLP
*Local Counsel to Debtors*
599 Lexington Avenue
New York, NY 10022

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
*Counsel to the Debtor*
4 Times Square, P.O. Box 300
New York, NY 10036

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
*Counsel for Wamco, Inc.*
485 Madison Avenue, 20th Floor
New York, NY 10022

Alicia M. Leonard
Deirdre A. Martini
*United States Trustee*
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Steven M. Cimalore
Wilmington Trust Company
*Creditor Committee Member/Indenture Trustee*
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr., Esqs.
Simpson, Thatcher & Bartlett, LLP
*Prepetition Administrative Agent*
425 Lexington Avenue
New York, NY 10017

Daniel D. Doyle, Esq.
Spencer, Fane, Britt & Browne, LLP
*Counsel for Movant Retirees and Proposed Counsel for*
*The Official Committee of Retirees*
1 North Brentwood Boulevard, 10th Floor
St. Louis, MO 63105

Albert Togut, Esq.
Togut, Segal & Segal, LLP
*Conflicts Counsel to the Debtors*
One Penn Plaza, Suite 3335
New York, New York 10119

Jeffrey L. Tanenbaum, Martin J. Bienenstock,
Michael P. Kessler, Esqs.
Weil, Gotshal & Manges, LLP
*Counsel to General Motors Corporation*
767 Fifth Avenue
New York, NY 10153
1065089.1 3/31/2005

Stephen A. Donato, Camille W. Hill, Esqs.
Bond Schoeneck & King, PLLC
*Attorneys for Marquardt GmbH and Marquardt Switches, Inc.*
One Lincoln Center, 18th Floor
Syracuse, NY 13202