# YUASA AND HARA

K. YUASA (1899-1997)   M. HARA (1902-1989)

SECTION 206, NEW OHTEMACHI BLDG.
2-1, OHTEMACHI 2-CHOME
CHIYODA-KU, TOKYO 100-0004, JAPAN

POSTAL ADDRESS:
CENTRAL P. O. BOX 714
TOKYO 100-8692 JAPAN

TELEPHONE: 81 (3) 3270-6641
FACSIMILE: 81 (3) 3246-0233

**Law**
S. OGISO
T. MAKINO
Y. HANAMIZU
O. SUZUKI
S. OHIRA
K. YABE
T. FUKAI
T. NASU
M. ISHII
R. ITO
N. SHIMODA
Y. OKAMOTO
M. HANAI
H. YUGETA
K. KOBAYASHI
M. MOURI
H. SHIMADA
K. SAKUMA
S. ENDO
S. KOHNO
Y. YOKOI
N. ISODA
T. DATE

*Of counsel*
T. OHUCHI

**Patent**
I. SHAMOTO
S. ONO
C. MASUI
T. KURITA
M. HASHIMOTO
Y. KOBAYASHI
A. CHIBA
H. TANAKA
T. OHTSUKA
Y. AKIMOTO
C. SAKURAI
F. KANDA
S. SAKUMA
H. UCHIDA
H. TOMITA
S. OHTSUKA
H. EJIRI
O. HOSHINO
S. HOSOKAWA

S. TAKEUCHI
H. NOYA
F. NISHIYAMA
R. IZUMIYA
T. NAKATA
Y. KOBAYASHI
K. MATSUMOTO
T. MIYAMAE
M. MATSUYAMA
H. NOZAKI
T. KOISO
A. YAMAGUCHI
K. OKIMOTO
N. FUKAZAWA
T. ITO
O. YAMAMOTO
K. TOTSUKA
M. NAKANISHI
T. MATSUDA

K. SUMIYOSHI
T. TERACHI
K. HIRAYAMA
R. SUITA
K. YAMAZAKI
M. NAKAMURA
T. ITO
S. FUKUSHO
T. KAJITA
M. TAKAGI
A. NAKAHAMA
Y. TAGAMI
H. NAKATA
T. SOMA

*Of counsel*
S. IMAI
T. KANOH
T. TOMIZU
K. MURAKAMI

**Trademark**
Y. YAGYU
K. NAKATA
I. ADACHI
H. AOKI
M. MORIKAWA
K. SUZUKI
M. HABU
E. OKADA
E. AOSHIMA
H. MATSUDA
M. KURODA
Y. TAKATA

**Accounting**
S. OGAWA
T. GOMI
I. SAKATA

*Of counsel*
A. KAGAWA

December 6, 2005

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
U. S. A.

Attention:  Clerk of the Bankruptcy Court

Re:  In re Delphi Corporation
     Chapter 11
     Case No. 05-44481 (RDD)

Dear Sirs:

Enclosed please find our firm's Affidavit of Ordinary Course Professional to be filed in relation to the above captioned matter pursuant to court order.

A stamped, self-addressed envelop and a copy of the affidavit are enclosed.  Please return to the undersigned a date-stamped copy of the Affidavit using the enclosed self-addressed envelope.

Copies of the Affidavit have been sent to the following:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Page 2
December 6, 2005


Delphi Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Services LLC
Delphi Electronics (Holding), LLC
Delphi Technologies, Inc.
Attention:  General Counsel
at Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098


Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606


United States Trustee
Attention:  Alicia M. Leonhard, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004


Latham & Watkins LLP
Attention:  Mark A. Broude, Esq.
885 Third Avenue, Suite 1000
New York, New York 10022


Simpson Thacher & Bartlett LLP
Attention:  Marissa Wesley, Esq.
425 Lexington Avenue
New York, New York 10017


Davis Polk & Wardwell
Attention:  Marlane Melican, Esq.
450 Lexington Avenue
New York, New York 10017

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Page 3
December 6, 2005

      Thank you in advance for your cooperation in this matter.

                                 Yours very truly,

                                 Osamu Hoshino

ME:OH:yk
Enclosures:
- our firm's Affidavit of Ordinary Course Professional to be filed
- a copy of the affidavit
- a stamped, self-addressed envelope