# YUASA AND HARA

K. YUASA (1899-1997) M. HARA (1902-1989)

SECTION 206, NEW OHTEMACHI BLDG.
2-1, OHTEMACHI 2-CHOME
CHIYODA-KU, TOKYO 100-0004, JAPAN

POSTAL ADDRESS:
CENTRAL P. O. BOX 714
TOKYO 100-8692 JAPAN

TELEPHONE: 81 (3) 3270-6641
FACSIMILE:  81 (3) 3246-0233

| Law | Patent | | | Trademark | Accounting |
|---|---|---|---|---|---|
| S. OGISO | I. SHAMOTO | S. TAKEUCHI | K. SUMIYOSHI | Y. YAGYU | S. OGAWA |
| T. MAKINO | S. ONO | H. NOYA | T. TERACHI | K. NAKATA | T. GOMI |
| Y. HANAMIZU | C. MASUI | | K. HIRAYAMA | I. ADACHI | |
| O. SUZUKI | T. KURITA | F. NISHIYAMA | R. SUITA | H. AOKI | I. SAKATA |
| S. OHIRA | M. HASHIMOTO | R. IZUMIYA | K. YAMAZAKI | | |
| K. YABE | Y. KOBAYASHI | T. NAKATA | M. NAKAMURA | M. MORIKAWA | Of counsel |
| T. FUKAI | A. CHIBA | K. MATSUMOTO | T. ITO | K. SUZUKI | A. KAGAWA |
| | H. TANAKA | T. MIYAMAE | S. FUKUSHO | M. HABU | |
| T. NASU | T. OHTSUKA | M. MATSUYAMA | T. KAJITA | E. OKADA | |
| M. ISHII | Y. AKIMOTO | H. NOZAKI | M. TAKAGI | E. AOSHIMA | |
| R. ITO | C. SAKURAI | T. KOISO | A. NAKAHAMA | H. MATSUDA | |
| N. SHIMODA | F. KANDA | A. YAMAGUCHI | Y. TAGAMI | M. KURODA | |
| Y. OKAMOTO | S. SAKUMA | K. OKIMOTO | H. NAKATA | Y. TAKATA | |
| M. HANAI | H. UCHIDA | N. FUKAZAWA | T. SOMA | | |
| H. YUGETA | H. TOMITA | T. ITO | | | |
| K. KOBAYASHI | S. OHTSUKA | O. YAMAMOTO | Of counsel | | |
| M. MOURI | H. EJIRI | K. TOTSUKA | S. IMAI | | |
| H. SHIMADA | O. HOSHINO | M. NAKANISHI | T. KANOH | | |
| K. SAKUMA | S. HOSOKAWA | T. MATSUDA | T. TOMIZU | | |
| S. ENDO | | | K. MURAKAMI | | |
| S. KOHNO | | | | | |
| Y. YOKOI | | | | | |
| N. ISODA | | | | | |
| T. DATE | | | | | |
| | | | | | |
| *Of counsel* | | | | | |
| T. OHUCHI | | | | | |

December 6, 2005

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
U. S. A.

Attention:  Clerk of the Bankruptcy Court


        Re:  In re Delphi Corporation
             Chapter 11
             Case No. 05-44481 (RDD)


Dear Sirs:

        Enclosed please find our firm's Affidavit of
Ordinary Course Professional to be filed in relation to the
above captioned matter pursuant to court order.

        A stamped, self-addressed envelop and a copy of the
affidavit are enclosed.  Please return to the undersigned a
date-stamped copy of the Affidavit using the enclosed self-
addressed envelope.

        Copies of the Affidavit have been sent to the
following:

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Page 2
December 6, 2005


Delphi Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Services LLC
Delphi Electronics (Holding), LLC
Delphi Technologies, Inc.
Attention:  General Counsel
at Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098


Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606


United States Trustee
Attention:  Alicia M. Leonhard, Esq.
33 Whitehall Street, 21st Floor
New York, New York 10004


Latham & Watkins LLP
Attention:  Mark A. Broude, Esq.
885 Third Avenue, Suite 1000
New York, New York 10022


Simpson Thacher & Bartlett LLP
Attention:  Marissa Wesley, Esq.
425 Lexington Avenue
New York, New York 10017


Davis Polk & Wardwell
Attention:  Marlane Melican, Esq.
450 Lexington Avenue
New York, New York 10017

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Page 3
December 6, 2005


        Thank you in advance for your cooperation in this
matter.

                            Yours very truly,

                            Osamu Hoshino
                            Osamu Hoshino

ME:OH:yk
Enclosures:
    - our firm's Affidavit of Ordinary Course Professional
      to be filed
    - a copy of the affidavit
    - a stamped, self-addressed envelope

COUPON-RÉPONSE
INTERNATIONAL

Ce coupon est
échangeable dans tous les
pays de l'Union postale
universelle contre un ou
l'affranchissement minimal
d'un envoi prioritaire
ordinaire ou d'une lettre-
avion ordinaire expédié à
l'étranger

A échanger jusqu'au

Timbre du bureau qui effectue
l'échange

Ne pas apposer l'empreinte
Timbre à date hors de ce cadre

La lettre — une voie vers l'alphabétisation

UNION POSTALE
UNIVERSELLE

Japon

Empreinte de contrôle du pays
d'origine (facultative)

TOKYO

6 VIII 12-18 20

150 R

COUPON-RÉPONSE
INTERNATIONAL

Ce coupon est
échangeable dans tous les
pays de l'Union postale
universelle contre
l'affranchissement minimal
d'un envoi prioritaire
ordinaire ou d'une lettre-
avion ordinaire expédié à
l'étranger

À échanger jusqu'au 31.12.2006

Timbre du bureau qui effectue
l'échange

UNION POSTALE
UNIVERSELLE

Japon

La lettre — une voie vers l'alphabétisation

Empreinte de contrôle
du pays d'origine

Des pays apposent ici l'empreinte de
timbre-à-date hors de ce cadre.

CRI 01

**COUPON-RÉPONSE**
**INTERNATIONAL**

Ce coupon est
échangeable dans tous les
pays de l'Union postale
universelle contre
l'affranchissement minimal
d'un envoi prioritaire
ordinaire ou d'une lettre-
avion ordinaire expédié à
l'étranger

A coller printer au guichet

Timbre du bureau qui
l'échange

Ne pas apposer l'empreinte au
timbre à date à l'intérieur de ce cercle

UNION POSTALE
UNIVERSELLE

Empreinte de contrôle du pays
d'origine de ce coupon

T O K Y O

6 XII 07 12-18

4 50 PM

Japon

La lettre — une voie vers l'alphabétisation

**COUPON-RÉPONSE INTERNATIONAL**

Ce coupon est échangeable dans toutes les pays de l'Union postale universelle contre l'affranchissement minimal d'un envoi prioritaire ordinaire ou d'une lettre avion ordinaire expédié à l'étranger

À échanger jusqu'au 31.12.2006

Timbre du bureau qui effectue l'échange

Ne pas apposer ici. Timbre-à-date du bureau d'origine.

**UNION POSTALE UNIVERSELLE**

Empreinte à l'encre grasse du pays

TOKYO
6. XII. 05 12-18

Japon

La lettre — une voie vers l'alphabétisation

**COUPON-RÉPONSE INTERNATIONAL**

Ce coupon est échangeable dans tous les pays de l'Union postale universelle contre l'affranchissement minimal d'un envoi prioritaire ordinaire ou d'une lettre avion ordinaire expédié à l'étranger.

À échanger jusqu'au 30.6.06

Timbre du bureau qui effectue l'échange

Ne pas apposer l'empreinte unitaire à date hors de ce cadre

UNION POSTALE UNIVERSELLE

Empreinte de contrôle (Code barres)

Japon

La lettre = une voie vers l'alphabétisation

**COUPON-RÉPONSE INTERNATIONAL**

Ce coupon est échangeable dans tous les pays de l'Union postale universelle contre l'affranchissement minimal d'un envoi prioritaire ordinaire ou d'une lettre-avion ordinaire expédié(e) à l'étranger.

À échanger jusqu'au 2005-12-31

Timbre du bureau qui effectue l'échange

Ne pas apposer d'empreintes dans la case ci-contre

UNION POSTALE UNIVERSELLE

Empreinte de contrôle du pays d'origine (à l'émission)

TOKYO
6. XII. 05. 12-18
150 H

Japon

La lettre – une voie vers l'alphabétisation

**COUPON-RÉPONSE INTERNATIONAL**

Ce coupon est
échangeable dans tous les
pays de l'Union postale
universelle contre
l'affranchissement minimal
d'un envoi prioritaire
ordinaire ou d'une lettre
avion ordinaire expédié à
l'étranger

A échanger jusqu'au 31.12.2006

Timbre du bureau qui effectue
l'échange

Ne pas reproduire l'empreinte ci-
contre relativement de ce coupon

La lettre – une voie vers l'alphabétisation

UNION POSTALE UNIVERSELLE

Empreinte de contrôle
d'origine (facultative)

TOKYO NYB
-6. JP. 05 — 2-06 Japon

COUPON-RÉPONSE INTERNATIONAL

C 01

Ce coupon est échangeable dans tous les pays de l'Union postale universelle contre un affranchissement minimal d'un envoi prioritaire ordinaire ou d'une lettre-avion ordinaire expédié à l'étranger

À échanger jusqu'au 31.12.06

Timbre du bureau qui effectue l'échange

Ne pas apposer l'empreinte de la timbre à date au verso

UNION POSTALE UNIVERSELLE

Japon

La lettre – une voie vers l'alphabétisation





JP 20041110 20061231 1427811 074 FN



JP 20041110 20061231 1427810 074 FN









JP 20041110 20061231 1427900 074 FN

