

**FARANO**
—— & ——
**KIEVIET**
L A W Y E R S

**THOMAS G. KIEVIET**
*Attorney at Law*

2300 E. KATELLA AVE.
SUITE 235
ANAHEIM, CA 92806-6047
(714) 935-2400
FAX (714) 935-2410

December 7, 2005

Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    RE:    *Delphi Corporation*
             *Case No. 05-44481(RDD)*

Dear Clerk of the Court:

    Enclosed, please find the original and 2 copies of Notice of Lien Perfection Pursuant to 11 U.S.C. 546(b) that we request to be filed with the court on behalf of EQ-Heritage, LLC. After filing, please return the conformed copy in the enclosed self-addressed envelope

    Thank you for your assistance in this matter.

                            Very truly yours,

                            FARANO & KIEVIET

                            Thomas G. Kieviet

*[RECEIVED DEC 12 2005 stamp]*

TGK:hp
Encls.

Thomas G. Kieviet, Esq. (SBN 86943)
**FARANO AND KIEVIET LLP**
2300 East Katella Avenue, Suite 235
Anaheim, California 92806-6047
Telephone: (714) 935-2400   Facsimile: (714) 935-2410
E-Mail: tkieviet@faranolaw.com

Attorney(s) for EQ-Heritage, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | ) Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | ) Case No. 05-44481(RDD) |
| Debtors. | |

RECEIVED DEC 12 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

# NOTICE OF LIEN PERFECTION PURSUANT TO

## 11 U.S.C. 546(b)

Please take notice that EQ-Heritage, LLC (Claimant) claims a mechanic's lien in the amount of $490,010.40 for labor, services, equipment and materials rendered and used in connection with a work of improvement and real property owned by Delphi Automotive Services at 1201 N. Magnolia Avenue, Anaheim, California 92801 from April 4, 2005 to October 5, 2005.

This notice is being given pursuant to 11 U.S.C. 546(b) in order to perfect the Claimant's mechanic's lien rights on the above-referred property for work and material provided prior to the filing of bankruptcy by the above-referenced debtor.

1
2    This notice is being given within the time fixed by California mechanic's lien law to
3    record a mechanic's lien on the above-referenced property.
4
     Dated:   12/8/05                    FARANO & KIEVIET
5
6
7    _____
     Thomas G. Kieviet, attorney for
8    EQ-Heritage, LLC
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that copies of the attached Notice of Lien Perfection Pursuant to 11 U.S.C. 546(b) were mailed by first class mail, postage prepaid on __12/8/05__ to the following parties.

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 | Counsel for Debtor |
| Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom<br>Four Times Square<br>New York, NY 10036 | Counsel for Debtor |
| Deirdre A. Martini<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 | United States Trustee |
| Robert J. Rosenberg<br>Latham & Walkins, LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Counsel for Creditors' Committee |
| Delphi Automotive Systems<br>5825 Delphi Dr.<br>Troy, MI 48098 | Debtor |

Dated: __12/8/05__

_____
Thomas G. Kieviet

S:\CLIENTI\ACTIVE\2425\2425.0001\pleading\notice of lien perfectonk etc.doc