# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matters of: | Case No. 05-44481 (RDD) |
| | (Chapter 11 - Jointly Administered) |
| DELPHI CORPORATION, et al. | |
| Debtors-in-Possession. | Hon. Robert D. Drain |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held on Specmo Enterprises' Motion for Relief From Stay to Effect Setoff on Thursday, January 5, 2005 at 10:00 a.m., before the Honorable Robort D. Drain, in his Courtroom located at Room 610, Alexander Hamilton Custom House, One, Bowling Green, New York, NY 10004-1408.

Respectfully submitted,

STROBL CUNNINGHAM & SHARP, PC

By: _____
Gary H. Cunningham (P35451)
Attorneys for Specmo Enterprises, Inc.
300 E. Long Lake Road, Suite 200
Bloomfield Hills, MI 48304
Telephone: (248) 540-2300
Facsimile: (248) 645-2690

Dated: December 15, 2005

1