**Hearing Date and Time: January 5, 2006 at 10:00 a.m.**

VARNUM, RIDDERING, SCHMIDT
 & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Furukawa Electric North America ADP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, *et al.*, : | |
| : | Case No. 05-44481 RDD |
| Debtors. : | |
| : | (Jointly Administered) |
| : | |
-----------------------------------------------------------------------x

**NOTICE OF MOTION OF FURUKAWA ELECTRIC NORTH AMERICA APD**
**FOR RELIEF FROM AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS**

**PLEASE THAT NOTICE** that on December 15, 2005, Furukawa Electric North America ADP ("Furukawa") filed that annexed Motion dated December 15, 2005 (the "Motion") for an order granting Furukawa relief from the automatic stay, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code"), to permit Furukawa to setoff certain mutual pre-petition claims. The Motion is scheduled for consideration by the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, One Bowling Green, New York, NY 10004 on the next omnibus hearing date scheduled for January 5, 2006 at 10:00 a.m. (the "Hearing").

2

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be filed electronically and served on the undersigned (with a copy delivered to Judge Drain's Chambers) so as to be received no later than 5:00 p.m. on December 29, 2005.

Dated: December 15, 2005
    Grand Rapids, Michigan

VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP

By: /s/ Michael S. McElwee
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
(616) 336-6827

and

Dated: December 15, 2005
    New York, New York

DICONZA LAW, P.C.

By: /s/ Gerard DiConza
Gerard DiConza (GD 0890)
630 Third Avenue, 7th Floor
New York, NY 10017
(212) 682-4940

*Co-counsel for Furukawa Electric North America ADP*