# EXHIBIT

"**Reclamation Demand Substitute Exhibit**"

# HOGAN & HARTSON
### L.L.P.

EDWARD C. DOLAN
PARTNER
(202) 637-5677
ECDOLAN@HHLAW.COM

COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC 20004-1109
TEL (202) 637-5600
FAX (202) 637-5910
WWW.HHLAW.COM

October 14, 2005

**BY FEDERAL EXPRESS**

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Re:    **In re Delphi Corporation, *et al.* (collectively "Delphi")
Bankruptcy Case No. 05-44481, Ch 11, jointly administered
<u>Reclamation Demand of Umicore Autocat Canada Corp.</u>**

Gentlemen and Lady:

Please be advised that this firm has been retained by Umicore Autocat Canada Corp. ("Umicore Autocat Canada") to represent its interests in the referenced matter, and we have been authorized and directed to submit this reclamation demand (this "Reclamation Demand") on behalf of Umicore Autocat Canada.

Pursuant to Section 2-702 of the Uniform Commercial Code and 11 U.S.C. §546(c), Umicore Autocat Canada hereby demands reclamation of the goods (the "Goods") shipped and delivered to Delphi at South Howell Avenue, Rec Area 801, Dept 9543, Oak Creek, Wisconsin 53154 as more specifically identified in the copies of the Umicore Autocat Canada invoices attached hereto and incorporated herein by reference (the "Invoices"). These Goods were sold by Umicore Autocat Canada to, and received by, Delphi between September 28, 2005 and October 8, 2005. The amount due and owing Umicore Autocat Canada from the Delphi for these Goods is $2,742,819.63 as set forth on the Reclamation Claim Invoices summary attached hereto, plus applicable interest and costs.

\\\DC - 70547/8355 - 2202646 v1

HOGAN & HARTSON L.L.P.
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
October 14, 2005
Page 2

  Umicore Autocat Canada further reserves the right to amend and supplement this Reclamation Demand (including filing additional evidence in support of this Reclamation Demand), and the right to file additional reclamation demands or claims, including without limitation, all other claims at law or in equity.

  Umicore Autocat Canada also reserves all rights and remedies available to it.  The filing of this Reclamation Demand is not intended to be and shall not be construed as:
    (1) an election of any remedy;
    (2) a waiver of any past, present or future default or events of default;
    (3) a waiver or limitation of any right of or remedy available to Umicore Autocat Canada; or
    (4) a waiver of Umicore Autocat Canada's rights, if any:
      (a) as party to one or more executory contracts with Delphi,
      (b) as a "Foreign Creditor" of the Delphi, as that term is defined in pleadings filed by Delphi in the United States Bankruptcy Court for the Southern District of New York (the "Court), or
      (c) as an "Essential Supplier, as that term is defined in pleadings filed by Delphi in the Court.

  Please telephone me if you have any questions regarding this Reclamation Demand.

               Sincerely,

               Edward C. Dolan

ECD:rp
Encl.

## Delphi - Reclamation Claim Invoices

| Ship Date | Umicore Delivery No. | Umicore Invoice No. | Burl Lot Code | Umicore Lot # | Delphi Part No. | Quantity - pc. | Invoice Amount |
|---|---|---|---|---|---|---|---|
| 28-Sep-05 | | 79003603 | FBC | FBC021 | 25365146 | | $ 15,238.85 |
| | | 79003604 | NJD | NJD022 | 25365147 | | $ 40,682.58 |
| | | 79003605 | CBD | CBD270 | 25363168 | | |
| | | | | CBD271 | 25363168 | | $ 14,549.26 |
| | 76003016 | 79003606 | WED | WED149 | 25367082 | | |
| | | | | WED150 | 25367082 | | $ 58,316.40 |
| | | 79003607 | SFC | SFC060 | 25366920 | | |
| | | | | SFC061 | 25366920 | | $ 31,870.58 |
| | | 79003608 | TJD | TJD070 | 25366921 | | |
| | | | | TJD072 | 25366921 | | $ 96,173.82 |
| | 76003018 | 79003602 | KUD | KUD033 | 25346238 | | $ 8,169.60 |
| 29-Sep-05 | | 79003636 | KUD | KUD033 | 25346238 | | |
| | | | LCC | LCC035 | 25346239 | | $ 54,873.60 |
| | | 79003637 | CSD | CSD025 | 25360282 | | $ 32,716.47 |
| | | 79003638 | NJD | NJD023 | 25365147 | | $ 81,109.83 |
| | | 79003639 | CBD | CBD271 | 25363168 | | $ 34,636.80 |
| | 76003027 | 79003640 | WED | WED150 | 25367082 | | $ 84,168.00 |
| | | 79003641 | SFC | SFC061 | 25366920 | | $ 39,984.00 |
| | | 79003642 | NJC | NJC010 | 25380141 | | $ 35,993.16 |
| | | 79003643 | TJD | TJD071 | 25366921 | | |
| | | | | TJD072 | 25366921 | | $ 110,452.70 |
| 30-Sep-05 | | 79003686 | KUD | KUD033 | 25346238 | | |
| | | | LCC | LCC035 | 25346239 | | $ 13,718.40 |
| | | 79003687 | GRC | GRC021 | 25360281 | | $ 14,184.39 |
| | | 79003688 | NJD | NJD023 | 25365147 | | $ 40,852.80 |
| | | 79003689 | CBD | CBD271 | 25363168 | | $ 25,977.60 |
| | 76003039 | 79003690 | WED | WED150 | 25367082 | | $ 24,048.00 |
| | | 79003691 | SFC | SFC061 | 25366920 | | |
| | | | | SFC062 | 25366920 | | |
| | | | | SFC063 | 25366920 | | $ 69,705.44 |
| | | 79003692 | KSD | KSD018 | 25367075 | | $ 43,502.40 |
| | | 79003693 | NJC | NJC010 | 25380141 | | $ 33,961.80 |
| 1-Oct-05 | 76003072 | 79003732 | TJD | TJD075 | 25366921 | | $ 144,643.20 |
| 3-Oct-05 | | 79003707 | KUD | KUD033 | 25346238 | | |
| | | 79003707 | LCC | LCC035 | 25346239 | | $ 22,526.39 |
| | | 79003708 | GRC | GRC022 | 25360281 | | $ 29,383.20 |
| | | 79003709 | FBC | FBC022 | 25365146 | | $ 61,977.60 |
| | 76003067 | 79003710 | WED | WED150 | 25367082 | | $ 48,096.00 |
| | | 79003711 | SFC | SFC064 | 25366920 | | $ 71,971.20 |
| | | 79003712 | TJD | TJD074 | 25366921 | | |
| | | | | TJD075 | 25366921 | | |
| | | | | TJD076 | 25366921 | | $ 253,960.08 |
| 4-Oct-05 | 76003073 | 79003721 | LFC | LFC009 | 25370019 | | $ 16,238.88 |
| | | 79003722 | KSD | KSD018 | 25367075 | | $ 58,003.20 |
| 4-Oct-05 | | 79003715 | LCC | LCC035 | 25346239 | | $ 9,633.60 |
| | | 79003716 | CBD | CBD271 | 25363168 | | $ 43,296.00 |
| | | 79003717 | WED | WED150 | 25367082 | | $ 60,120.00 |
| | 76003078 | 79003718 | SFC | SFC064 | 25366920 | | $ 71,604.68 |
| | | 79003719 | KSD | KSD018 | 25367075 | | $ 29,001.60 |
| | | 79003720 | LFC | LFC009 | 25370019 | | $ 8,119.44 |
| | | 79003723 | TJD | TJD076 | 25366921 | | |
| | | | | TJD077 | 25366921 | | $ 198,420.80 |
| 5-Oct-05 | 76003082 | 79003714 | NJC | NJC011 | 25380141 | | $ 47,990.88 |
| 5-Oct-05 | | 79003742 | KSD | KSD018 | 25367075 | | $ 87,518.37 |
| | | 79003743 | CBD | CBD271 | 25363168 | | |
| | | | | CBD272 | 25363168 | | $ 18,942.00 |
| | 76003092 | 79003744 | WED | WED150 | 25367082 | | $ 11,147.25 |
| | | 79003745 | SFC | SFC065 | 25366920 | | $ 31,787.28 |
| | | 79003746 | LFC | LFC009 | 25370019 | | $ 8,119.44 |
| | | 37003747 | NJC | NJC011 | 25380141 | | $ 11,997.72 |
| | | 79003771 | TJD | TJD077 | 25366921 | | |
| | | | | TJD078 | 25366921 | | $ 196,635.94 |
| 6-Oct-05 | | 79003733 | TJD | TJD078 | 25366921 | | $ 42,233.96 |
| | | 79003748 | CSD | CSD026 | 25360282 | | $ 19,842.48 |
| | 76003096 | 79003749 | CBD | CBD272 | 25363168 | | $ 34,636.80 |
| | | 79003750 | SFC | SFC066 | 25366920 | | $ 79,968.00 |
| | | 79003751 | LFC | LFC009 | 25370019 | | $ 8,119.44 |
| | | 79003752 | NJC | NJC011 | 25380141 | | $ 11,997.72 |
| | | **Totals** | | | | | **$ 2,742,819.63** |

# UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : |

| Invoice number : 79003603 |
|---|
| date : 09/28/2005 |
| Delivery number : 76003016 |
| Customer P.O. : 0550037382 |

**Shipping**          Incoterms     :  EXW BURLINGTON
                          Shipping date :  09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25365146 | | | | USD |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 15,238.85 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : |

| | |
|---|---|
| | Invoice number  : 79003604 |
| | date  : 09/28/2005 |
| | Delivery number : 76003016 |
| | Customer P.O.   : 0550037383 |

**Shipping**        Incoterms    : EXW BURLINGTON
Shipping date : 09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25365147 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 40,682.58 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : |

| | |
|---|---|
| | Invoice number  : 79003605 |
| | date  : 09/28/2005 |
| | Delivery number  : 76003016 |
| | Customer P.O.   : 0550037958 |

**Shipping**      Incoterms     :  EXW BURLINGTON
                  Shipping date :  09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | Deducted from pool# | | | | |
| | 25363168 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 14,549.26  USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID** : | **TaxID** : |

| Invoice number | : 79003606 |
|---|---|
| date | : 09/28/2005 |
| Delivery number | : 76003016 |
| Customer P.O. | : 0550056531 |

**Shipping**

| Incoterms | : | EXW BURLINGTON |
|---|---|---|
| Shipping date | : | 09/29/2005 |

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367082 | | | | |
| | Deducted from pool#' | | | | |
| | Deducted from pool#' | | | | |
| | 25367082 | | | | |
| | Deducted from pool#' | | | | |
| | Deducted from pool#' | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 58,316.40 USD |

| P.O. Box 5097 | Tel : 905-336-3424 |
|---|---|
| 4261 Mainway Drive | Fax : 905-335-1119 |
| Burlington, ON L7R 3Y8 | TaxID# 86856 8585 RM0001 |

**UMICORE AUTOCAT CANADA CORP.**

<div align="center">

I N V O I C E

</div>

page 1/1

| Billing address | 0000300000 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| TaxID : | |

| Delivery address | 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| TaxID : | |

| | |
|---|---|
| Invoice number | : 79003607 |
| date | : 09/28/2005 |
| Delivery number | : 76003016 |
| Customer P.O. | : 0550057603 |

**Shipping**    Incoterms : EXW BURLINGTON
Shipping date : 09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 31,870.58 USD |

| P.O. Box 5097 | Tel : 905-336-3424 |
|---|---|
| 4261 Mainway Drive | Fax : 905-335-1119 |
| Burlington, ON L7R 3Y8 | TaxID# 86856 8585 RM0001 |

# UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : |

```
Invoice number  : 79003608
        date    : 09/28/2005
Delivery number : 76003016
Customer P.O.   : 0550057626
```

**Shipping**      Incoterms      : EXW BURLINGTON
            Shipping date : 09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366921 | | | | |
| | Deducted from pool#A | | | | |
| | Deducted from pool#C | | | | |
| | 25366921 | | | | |
| | Deducted from pool#A | | | | |
| | Deducted from pool#C | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 96,173.82 USD |

P.O. Box 5097                    Tel : 905-336-3424
4261 Mainway Drive              Fax : 905-335-1119
Burlington, ON L7R 3Y8          TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



page 1/1

| Billing address | 0000300000 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| TaxID : | |

| Delivery address | 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| TaxID : | |

| | |
|---|---|
| Invoice number | : 79003602 |
| date | : 09/28/2005 |
| Delivery number | : 76003018 |
| Customer P.O. | : 0550024406 |

**Shipping**      Incoterms    : EXW BURLINGTON
             Shipping date : 09/29/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25346238 | | | | |
| | Deducted from pool#( | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 8,169.60 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts

I N V O I C E

page 1/1

| Billing address | *0000300000* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| TaxID | : |

| Delivery address | *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| TaxID | : |

| | |
|---|---|
| Invoice number | : 79003636 |
| date | : 09/29/2005 |
| Delivery number | : 76003027 |
| Customer P.O. | : 0550024406 |

**Shipping**

Incoterms     : EXW BURLINGTON
Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25346238 | | | | |
| | Deducted from pool# | | | | |
| | 25346239 | | | | |
| | Deducted from pool#( | | | | |
| | Deducted from pool#' | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 54,873.60 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1

## INVOICE

| Billing address    *0000300000* | Delivery address    *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
|  | Invoice number   : 79003637 |
|  | date   : 09/29/2005 |
|  | Delivery number  : 76003027 |
|  | Customer P.O.     : 0550035644 |

**Shipping**    Incoterms   : EXW BURLINGTON
            Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25360282 |  |  |  |  |
|  | Deducted from pool#A |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |

| TOTAL AMOUNT | | | | | 32,716.47 USD |
|---|---|---|---|---|---|

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts

## I N V O I C E

page 1/1

| Billing address | *0000300000* |
|---|---|
DELPHI ENERGY & MGT SYSTEM

P.O. BOX 1550

FLINT , MI 48501-1550
USA
**TaxID** :

| Delivery address | *0000300005* |
|---|---|
DELPHI ENERGY & MGT SYSTEM

SOUTH HOWELL AVENUE
REC AREA 801, DEPT 9543

OAK CREEK , WI 53154
USA
**TaxID** : 38-0572515

| Invoice number | : 79003638 |
|---|---|
| date | : 09/29/2005 |
| Delivery number | : 76003027 |
| Customer P.O. | : 0550037383 |

**Shipping**

Incoterms : EXW BURLINGTON
Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25365147 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 81,109.83 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550<br>USA | OAK CREEK , WI 53154<br>USA |
| TaxID        : | TaxID        : 38-0572515 |

| Invoice number | : 79003639 |
|---|---|
| date | : 09/29/2005 |
| Delivery number | : 76003027 |
| Customer P.O. | : 0550037958 |

**Shipping**      Incoterms    : EXW BURLINGTON
Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | | | Deducted from pool#A | | |
| Batches : | | | | | |
| **TOTAL AMOUNT** | | | | | **34,636.80 USD** |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts

page 1/1



INVOICE

| Billing address  *0000300000*<br>DELPHI ENERGY & MGT SYSTEM<br><br>P.O. BOX 1550<br><br><br>FLINT , MI 48501-1550<br>USA<br>TaxID              : | Delivery address  *0000300005*<br>DELPHI ENERGY & MGT SYSTEM<br><br>SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543<br><br>OAK CREEK , WI 53154<br>USA<br>TaxID              : 38-0572515 |
|---|---|

| | Invoice number    : 79003640<br>         date       : 09/29/2005<br>Delivery number   : 76003027<br>Customer P.O.      : 0550056531 |
|---|---|

**Shipping**       Incoterms   : EXW BURLINGTON
            Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367082 | | | | |
| | Deducted from pool#\ | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 84,168.00 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**

umicore Automotive Catalysts

# INVOICE

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM<br>P.O. BOX 1550<br>FLINT , MI 48501-1550<br>USA<br>**TaxID** : | DELPHI ENERGY & MGT SYSTEM<br>SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543<br>OAK CREEK , WI 53154<br>USA<br>**TaxID** : 38-0572515 |

**Invoice number** : 79003641
**date** : 09/29/2005
**Delivery number** : 76003027
**Customer P.O.** : 0550057603

**Shipping** — **Incoterms** : EXW BURLINGTON
**Shipping date** : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 39,984.00 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8
Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID** : | **TaxID** : 38-0572515 |

| Invoice number | : 79003642 |
|---|---|
| date | : 09/29/2005 |
| Delivery number | : 76003027 |
| Customer P.O. | : 0550062431 |

**Shipping**     Incoterms     : EXW BURLINGTON
Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25380141 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 35,993.16 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts

 I·N·V·O·I·C·E

page 1/1

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID        : | TaxID        : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003643 |
| date | : 09/29/2005 |
| Delivery number | : 76003027 |
| Customer P.O. | : 0550057626 |

**Shipping**       Incoterms   : EXW BURLINGTON
                   Shipping date : 10/01/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366921 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| | 25366921 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 110,452.70 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID             : | TaxID            : |

| | |
|---|---|
| | Invoice number   : 79003686 |
| |       date       : 09/30/2005 |
| | Delivery number  : 76003039 |
| | Customer P.O.    : 0550024406 |

**Shipping**          Incoterms      :  EXW BURLINGTON
                      Shipping date :  10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25346238 | | | | |
| | Deducted from pool#( | | | | |
| | 25346239 | | | | |
| | Deducted from pool#( | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 13,718.40 USD |

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address   *0000300000* | Delivery address   *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
| | Invoice number : 79003687 |
| | date : 09/30/2005 |
| | Delivery number : 76003039 |
| | Customer P.O. : 0550035647 |

**Shipping**          Incoterms     : EXW BURLINGTON
                Shipping date : 10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25360281 | | | | |
| | Deducted from pool#( | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 14,184.39 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1

## I N V O I C E

| Billing address | 0000300000 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| TaxID : | |

| Delivery address | 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| TaxID : 38-0572515 | |

| | |
|---|---|
| Invoice number | : 79003688 |
| date | : 09/30/2005 |
| Delivery number | : 76003039 |
| Customer P.O. | : 0550037383 |

**Shipping**       Incoterms  :  EXW BURLINGTON
                   Shipping date :  10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25365147 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 40,852.80 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts

page 1/1



I N V O I C E

| Billing address   *0000300000* | Delivery address   *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| Invoice number | : | 79003689 |
|---|---|---|
| date | : | 09/30/2005 |
| Delivery number | : | 76003039 |
| Customer P.O. | : | 0550037958 |

**Shipping**      Incoterms   :  EXW BURLINGTON
             Shipping date :  10/03/2005

**Payment terms**

| Ran. | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | | Deducted from pool# | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 25,977.60 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

UMICORE AUTOCAT CANADA CORP.



umicore
Automotive
Catalysts


I N V O I C E

page 1/1

| Billing address | 0000300000 |
| Delivery address | 0000300005 |

Billing address   0000300000
DELPHI ENERGY & MGT SYSTEM

P.O. BOX 1550

FLINT , MI 48501-1550
USA
TaxID                    :

Delivery address   0000300005
DELPHI ENERGY & MGT SYSTEM

SOUTH HOWELL AVENUE
REC AREA 801, DEPT 9543

OAK CREEK , WI 53154
USA
TaxID                 : 38-0572515

Invoice number   : 79003690
          date   : 09/30/2005
Delivery number  : 76003039
Customer P.O.    : 0550056531

Shipping        Incoterms     : EXW BURLINGTON
                Shipping date : 10/03/2005

Payment terms

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|-----|----------|-------------|-------------|------------|--------|
|     | 25367082 |             |             |            |        |
|     |          |             | Deducted from pool#( |            |        |
|     |          |             | Deducted from pool#( |            |        |
| Batches : |    |             |             |            |        |
| TOTAL AMOUNT |  |            |             |            | 24,048.00 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address  *0000300000* | Delivery address  *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : 38-0572515 |

| Invoice number | : 79003691 |
|---|---|
| date | : 09/30/2005 |
| Delivery number | : 76003039 |
| Customer P.O. | : 0550057603 |

**Shipping**       Incoterms     :  EXW BURLINGTON
                    Shipping date :  10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 69,705.44 USD |

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003692 |
| date | : 09/30/2005 |
| Delivery number | : 76003039 |
| Customer P.O. | : 0550054876 |

**Shipping**

Incoterms      : EXW BURLINGTON
Shipping date :  10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367075 | | , | | |
| | Deducted from pool#( | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 43,502.40 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts

page 1/1



page 1/1

| Billing address | 0000300000 | | Delivery address | 0000300005 |
|---|---|---|---|---|
| DELPHI ENERGY & MGT SYSTEM | | | DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | | | SOUTH HOWELL AVENUE | |
| | | | REC AREA 801, DEPT 9543 | |
| FLINT , MI 48501-1550 | | | OAK CREEK , WI 53154 | |
| USA | | | USA | |
| TaxID : | | | TaxID : 38-0572515 | |

| | |
|---|---|
| Invoice number | : 79003693 |
| date | : 09/30/2005 |
| Delivery number | : 76003039 |
| Customer P.O. | : 0550062431 |

**Shipping**      Incoterms    : EXW BURLINGTON
                  Shipping date : 10/03/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25380141 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 33,961.80 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address    0000300000 | Delivery address    0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : |

| | |
|---|---|
| Invoice number | : 79003707 |
| date | : 10/03/2005 |
| Delivery number | : 76003067 |
| Customer P.O. | : 0550024406 |

**Shipping**

Incoterms     : EXW BURLINGTON
Shipping date : 10/04/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25346238 | | | | |
| | Deducted from pool# | | | | |
| | 25346239 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| **TOTAL AMOUNT** | | | | | **22,526.39 USD** |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



# INVOICE

page 1/1

| **Billing address**   *0000300000* | **Delivery address**   *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : |

| | |
|---|---|
| | Invoice number : 79003732 |
| | date : 10/04/2005 |
| | Delivery number : 76003072 |
| | Customer P.O. : 0550057626 |

**Shipping**        Incoterms   : EXW BURLINGTON
             Shipping date : 10/04/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366921 | | | | |
| | Deducted from pool#\ | | | | |
| | Deducted from pool#\ | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 144,643.20 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001