## UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address    0000300000 | Delivery address    0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003708 |
| date | : 10/03/2005 |
| Delivery number | : 76003067 |
| Customer P.O. | : 0550035647 |

**Shipping**

| Incoterms | : EXW BURLINGTON |
|---|---|
| Shipping date | : 10/04/2005 |

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25360281 | | | | |
| | | | Deducted from pool# | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 29,383.20 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1

## INVOICE

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID           : | TaxID           : 38-0572515 |

| Invoice number | : 79003709 |
|---|---|
| date | : 10/03/2005 |
| Delivery number | : 76003067 |
| Customer P.O. | : 0550037382 |

**Shipping**

Incoterms       : EXW BURLINGTON
Shipping date : 10/04/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25365146 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | **61,977.60 USD** |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550<br>USA | OAK CREEK , WI 53154<br>USA |
| TaxID            : | TaxID            : 38-0572515 |

| | |
|---|---|
| | Invoice number : 79003710<br>        date : 10/03/2005<br>Delivery number : 76003067<br>Customer P.O. : 0550056531 |

**Shipping**    Incoterms    :  EXW BURLINGTON
            Shipping date : 10/04/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367082 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool#( | | | | |
| Batches : ( | | | | | |
| **TOTAL AMOUNT** | | | | | **48,096.00 USD** |

P.O. Box 5097           Tel : 905-336-3424
4261 Mainway Drive      Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
| | Invoice number  : 79003711 |
| | date  : 10/03/2005 |
| | Delivery number : 76003067 |
| | Customer P.O.   : 0550057603 |

**Shipping**     Incoterms    : EXW BURLINGTON
Shipping date : 10/04/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366920 | | | | |
| | Deducted from pool* | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 71,971.20 USD |

P.O. Box 5097               Tel : 905-336-3424
4261 Mainway Drive          Fax : 905-335-1119
Burlington, ON L7R 3Y8      TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address    0000300000 | Delivery address    0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
| Invoice number  : | 79003712 |
| date  : | 10/03/2005 |
| Delivery number  : | 76003067 |
| Customer P.O.  : | 0550057626 |

**Shipping**

| Incoterms | : EXW BURLINGTON |
|---|---|
| Shipping date | : 10/04/2005 |

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25366921 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | 25366921 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | 25366921 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |

Batches :

| TOTAL AMOUNT | 253,960.08 USD |
|---|---|

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



I N V O I C E

page 1/1

| Billing address   *0000300000* | Delivery address   *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID**              : | **TaxID**              : |

| Invoice number | : 79003721 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003073 |
| Customer P.O. | : 0550058532 |

**Shipping**

Incoterms     : EXW BURLINGTON
Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25370019 |  |  |  |  |
|  |  | Deducted from pool#/ |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 16,238.88 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| Invoice number | : 79003722 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003073 |
| Customer P.O. | : 0550054876 |

**Shipping**      Incoterms    : EXW BURLINGTON
Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367075 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 58,003.20 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address  *0000300000* | Delivery address  *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID**          : | **TaxID**          : |

| | |
|---|---|
| Invoice number | : 79003715 |
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550024406 |

**Shipping**        Incoterms     : EXW BURLINGTON
                    Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25346239 | | | | |
| | Deducted from pool#A | | | | |
| | Deducted from pool#V | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | **9,633.60 USD** |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID              : | TaxID              : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003716 |
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550037958 |

**Shipping**

Incoterms        : EXW BURLINGTON
Shipping date  : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | | Deducted from pool# | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 43,296.00 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1



**I N V O I C E**

| Billing address *0000300000* |
|---|
| DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 |
| FLINT , MI 48501-1550 |
| USA |
| TaxID          : |

| Delivery address *0000300005* |
|---|
| DELPHI ENERGY & MGT SYSTEM |
| SOUTH HOWELL AVENUE |
| REC AREA 801, DEPT 9543 |
| OAK CREEK , WI 53154 |
| USA |
| TaxID          : 38-0572515 |

| Invoice number | : 79003717 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550056531 |

**Shipping**        Incoterms    : EXW BURLINGTON
Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367082 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 60,120.00 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts

page 1/1



**INVOICE**

| **Billing address** 0000300000 | **Delivery address** 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID** : | **TaxID** : 38-0572515 |

| Invoice number | : 79003718 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550057603 |

**Shipping**

Incoterms      : EXW BURLINGTON
Shipping date  : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366920 | | | | |
| | Deducted from pool#A | | | | |
| | 25366920 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 71,604.68 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8 TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address  *0000300000* | Delivery address  *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550<br>USA | OAK CREEK , WI 53154<br>USA |
| TaxID          : | TaxID          : 38-0572515 |

| Invoice number | : 79003719 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550054876 |

**Shipping**

Incoterms      :  EXW BURLINGTON
Shipping date :  10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367075 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 29,001.60 USD |

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address | 0000300000 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| **TaxID** : | |

| Delivery address | 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| **TaxID** : 38-0572515 | |

| Invoice number | : 79003720 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003078 |
| Customer P.O. | : 0550058532 |

**Shipping**

| Incoterms | : EXW BURLINGTON |
|---|---|
| Shipping date | : 10/05/2005 |

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25370019 | | | | |
| | Deducted from pool# | | | | |

Batches :

| TOTAL AMOUNT | | | | | 8,119.44 USD |
|---|---|---|---|---|---|

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : |

| Invoice number | : 79003723 |
|---|---|
| date | : 10/04/2005 |
| Delivery number | : 76003090 |
| Customer P.O. | : 0550057626 |

**Shipping**          Incoterms    : EXW BURLINGTON
                     Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25366921 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | 25366921 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 198,420.80 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts

page 1/1

## I N V O I C E

| Billing address   *0000300000* | Delivery address   *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : |

| | |
|---|---|
| Invoice number | : 79003714 |
| date | : 10/05/2005 |
| Delivery number | : 76003082 |
| Customer P.O. | : 0550062431 |

**Shipping**     Incoterms     :  EXW BURLINGTON
            Shipping date :  10/06/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25380141 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 47,990.88 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts



page 1/1

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID : | TaxID : |

| | |
|---|---|
| Invoice number | : 79003742 |
| date | : 10/05/2005 |
| Delivery number | : 76003092 |
| Customer P.O. | : 0550054876 |

**Shipping**

| Incoterms | : EXW BURLINGTON |
|---|---|
| Shipping date | : 09/30/2005 |

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367075 | | | | |
| | | | Deducted from pool# | | |
| | | | Deducted from pool# | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 87,518.37 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

## UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID**                : | **TaxID**               : 38-0572515 |

| Invoice number | : 79003743 |
|---|---|
| date | : 10/05/2005 |
| Delivery number | : 76003092 |
| Customer P.O. | : 0550037958 |

**Shipping**         Incoterms    :  EXW BURLINGTON
              Shipping date :  09/30/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | Deducted from pool# | | | | |
| | 25363168 | | | | |
| | Deducted from pool#\ | | | | |
| Batches | | | | | |
| TOTAL AMOUNT | | | | | 18,942.00 USD |

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address   0000300000 | Delivery address   0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID              : | TaxID              : 38-0572515 |

| Invoice number | : 79003744 |
|---|---|
| date | : 10/05/2005 |
| Delivery number | : 76003092 |
| Customer P.O. | : 0550056531 |

**Shipping**       Incoterms    :  EXW BURLINGTON
                Shipping date :  09/30/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25367082 | | | | |
| | Deducted from pool#A | | | | |
| Batches : | Deducted from pool#/ | | | | |
| TOTAL AMOUNT | | | | | 11,147.25 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address | 0000300000 | | Delivery address | 0000300005 |
|---|---|---|---|---|

**Billing address**  *0000300000*
DELPHI ENERGY & MGT SYSTEM

P.O. BOX 1550

FLINT , MI 48501-1550
USA
**TaxID**              :

**Delivery address**  *0000300005*
DELPHI ENERGY & MGT SYSTEM

SOUTH HOWELL AVENUE
REC AREA 801, DEPT 9543

OAK CREEK , WI 53154
USA
**TaxID**              : 38-0572515

**Invoice number**   : 79003745
            **date** : 10/05/2005
**Delivery number**  : 76003092
**Customer P.O.**    : 0550057603

**Shipping**       **Incoterms**       : EXW BURLINGTON
               **Shipping date** : 09/30/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25366920 |  |  |  |  |
|  |  | Deducted from pool# |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 31,787.28 USD |

P.O. Box 5097
4261 Mainway Drive
Burlington, ON L7R 3Y8

Tel : 905-336-3424
Fax : 905-335-1119
TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1



I N V O I C E

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE<br>REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID          : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003746 |
| date | : 10/05/2005 |
| Delivery number | : 76003092 |
| Customer P.O. | : 0550058532 |

**Shipping**      Incoterms      : EXW BURLINGTON
         Shipping date : 09/30/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25370019 | | | | |
| | Deducted from pool# | | | | |
| Batches : ( | | | | | |
| TOTAL AMOUNT | | | | | 8,119.44 USD |

P.O. Box 5097                Tel : 905-336-3424
4261 Mainway Drive           Fax : 905-335-1119
Burlington, ON L7R 3Y8       TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID        : | TaxID        : 38-0572515 |

| Invoice number | : 79003747 |
|---|---|
| date | : 10/05/2005 |
| Delivery number | : 76003092 |
| Customer P.O. | : 0550062431 |

**Shipping**       Incoterms    :   EXW BURLINGTON
              Shipping date :   09/30/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25380141 |  |  |  |  |
|  | Deducted from pool#A |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 11,997.72 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1

## INVOICE

| Billing address 0000300000 | Delivery address 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID | TaxID |

| | |
|---|---|
| Invoice number | : 79003771 |
| date | : 10/05/2005 |
| Delivery number | : 76003134 |
| Customer P.O. | : 0550057626 |

**Shipping**   Incoterms  : EXW BURLINGTON
Shipping date : 10/05/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366921 | | | | |
| | Deducted from pool#A | | | | |
| | Deducted from pool#F | | | | |
| | 25366921 | | | | |
| | Deducted from pool#A | | | | |
| | Deducted from pool#F | | | | |
| Batches | | | | | |
| **TOTAL AMOUNT** | | | | | 196,635.94 USD |

P.O. Box 5097        Tel : 905-336-3424
4261 Mainway Drive    Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1



| Billing address | 0000300000 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| P.O. BOX 1550 | |
| FLINT , MI 48501-1550 | |
| USA | |
| TaxID : | |

| Delivery address | 0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | |
| SOUTH HOWELL AVENUE | |
| REC AREA 801, DEPT 9543 | |
| OAK CREEK , WI 53154 | |
| USA | |
| TaxID : | |

| | |
|---|---|
| Invoice number | : 79003733 |
| date | : 10/06/2005 |
| Delivery number | : 76003098 |
| Customer P.O. | : 0550057626 |

**Shipping**       Incoterms      : EXW BURLINGTON
                    Shipping date : 10/06/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25366921 | | | | |
| | Deducted from pool#| | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 42,233.96 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts



page 1/1

| Billing address  0000300000 | Delivery address  0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : |

|  |  |
|---|---|
|  | Invoice number : 79003748 |
|  | date : 10/06/2005 |
|  | Delivery number : 76003096 |
|  | Customer P.O. : 0550035644 |

**Shipping**   Incoterms    : EXW BURLINGTON
         Shipping date : 10/07/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25360282 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : ( |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 19,842.48 USD |

P.O. Box 5097          Tel.: 905-336-3424
4261 Mainway Drive     Fax.: 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



umicore
Automotive
Catalysts

page 1/1



**I N V O I C E**

| Billing address  *0000300000* | Delivery address  *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID          : | TaxID        : 38-0572515 |

| | |
|---|---|
| | Invoice number  : 79003749 |
| | date  : 10/06/2005 |
| | Delivery number  : 76003096 |
| | Customer P.O.  : 0550037958 |

**Shipping**          **Incoterms**    : EXW BURLINGTON
              **Shipping date** :  10/07/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25363168 | | | | |
| | Deducted from pool#A | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 34,636.80 USD |

P.O. Box 5097            Tel : 905-336-3424
4261 Mainway Drive       Fax : 905-335-1119
Burlington, ON L7R 3Y8   TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**




umicore
Automotive
Catalysts



page 1/1

| Billing address    0000300000 | Delivery address    0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
|  | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID             : | TaxID          : 38-0572515 |

|  |  |
|---|---|
|  | Invoice number  : 79003750 |
|  | date  : 10/06/2005 |
|  | Delivery number : 76003096 |
|  | Customer P.O.   : 0550057603 |

**Shipping**        Incoterms      : EXW BURLINGTON
                Shipping date : 10/07/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
|  | 25366920 |  |  |  |  |
|  | Deducted from pool# |  |  |  |  |
| Batches : |  |  |  |  |  |
| TOTAL AMOUNT |  |  |  |  | 79,968.00 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

# UMICORE AUTOCAT CANADA CORP.



**umicore**
Automotive
Catalysts

page 1/1





| Billing address    0000300000 | Delivery address    0000300005 |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| TaxID            : | TaxID            : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003751 |
| date | : 10/06/2005 |
| Delivery number | : 76003096 |
| Customer P.O. | : 0550058532 |

**Shipping**       Incoterms      : EXW BURLINGTON
                   Shipping date : 10/07/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25370019 | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 8,119.44 USD |

P.O. Box 5097          Tel.: 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001

**UMICORE AUTOCAT CANADA CORP.**



**umicore**
Automotive
Catalysts



page 1/1

| Billing address *0000300000* | Delivery address *0000300005* |
|---|---|
| DELPHI ENERGY & MGT SYSTEM | DELPHI ENERGY & MGT SYSTEM |
| P.O. BOX 1550 | SOUTH HOWELL AVENUE |
| | REC AREA 801, DEPT 9543 |
| FLINT , MI 48501-1550 | OAK CREEK , WI 53154 |
| USA | USA |
| **TaxID** : | **TaxID** : 38-0572515 |

| | |
|---|---|
| Invoice number | : 79003752 |
| date | : 10/06/2005 |
| Delivery number | : 76003096 |
| Customer P.O. | : 0550062431 |

**Shipping**      Incoterms   :  EXW BURLINGTON
                 Shipping date :  10/07/2005

**Payment terms**

| Ran | Part no. | Quantity U. | Description | Unit price | Amount |
|---|---|---|---|---|---|
| | 25380141 | | | | |
| | Deducted from pool# | | | | |
| | Deducted from pool# | | | | |
| Batches : | | | | | |
| TOTAL AMOUNT | | | | | 11,997.72 USD |

P.O. Box 5097          Tel : 905-336-3424
4261 Mainway Drive     Fax : 905-335-1119
Burlington, ON L7R 3Y8  TaxID# 86856 8585 RM0001