UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

### ORDER GRANTING MOTION TO SUBSTITUTE EXHIBIT ATTACHED TO FILED NOTICE OF RECLAMATION DEMAND

Upon the December 15, 2005 Motion To Substitute Exhibit Attached to Filed Notice Of Reclamation Demand (the "Motion") filed herein by Umicore Autocat Canada Corp. ("UACC") requesting that: (a) UACC be permitted to substitute the "Reclamation Demand Substitute Exhibit" attached to the Motion for the original 56 page "Reclamation Demand Exhibit" attached to UACC's October 14, 2005 filed Notice of Reclamation Demand; (b) UACC be permitted to withdraw the original 56 page Reclamation Demand Exhibit from the file and from the ECF system in this case; (c) the Clerk of the Court be instructed to take such actions as are necessary to implement the terms of the Court's order; and this Court being satisfied with the representations made in the Motion that good and sufficient grounds exist to grant the relief requested therein; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing

therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED.

2. UACC is permitted to substitute the "Reclamation Demand Substitute Exhibit", a copy of which is attached to the Motion, for the original 56 page "Reclamation Demand Exhibit" attached to UACC's October 14, 2005 Notice of Reclamation Demand.

3. UACC is permitted to withdraw the original 56 page Reclamation Demand Exhibit from the file and from the ECF system in this case;

4. The Clerk of the Court is instructed to take such actions as are necessary to implement the terms of this Order; all without prejudice to UACC's rights and interests with respect to UACC's reclamation demand and October 14 Notice of Reclamation Demand.

Dated: New York, New York

January    , 2006

_____
UNITED STATES BANKRUPTCY JUDGE