UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF ERIE      )

Mark W. Hamberger, being duly sworn, deposes and says:

1. I am a principal of Hamberger & Weiss, a law firm which maintains offices at 1725 Statler Towers, 107 Delaware Avenue, Buffalo, New York 14202.

2. Neither I, Hamberger & Weiss, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Hamberger & Weiss has represented and advised the Debtors in the State of New York with respect to a broad range of aspects of the Debtors' businesses, and more specifically in the defense of workers' compensation claims in the State of New York.

4. The Debtors have requested, and Hamberger & Weiss has agreed, to continue to represent and advise the Debtors pursuant to Section 327(e) of Title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Hamberger & Weiss proposes, to render the following services to the Debtors: Legal defense services in connection with workers' compensation claims filed by claimant–employees of Delphi with the New York Workers' Compensation Board.

5. Hamberger & Weiss's current fee arrangement is generally a $95.00 flat fee for routine, non-trial hearings before the Workers' Compensation Board, with more complicated matters, trial work, legal research, appeals and rebuttals billed on an hourly basis with hourly fees

ranging from $50.00 to $75.00 for legal assistants and claims analysts, and from $75.00 to $150.00 for associates and partners, depending upon level of experience.

6.  Except as set forth herein, no promises have been received by Hamberger & Weiss or any partner, auditor or other member thereof as to compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, Orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  Hamberger & Weiss has no agreement with any entity to share with such entity any compensation received by Hamberger & Weiss.

8.  Hamberger & Weiss and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Hamberger & Weiss does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, Hamberger & Weiss, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Hamberger & Weiss is to be engaged.

10. The foregoing constitutes the statement of Hamberger & Weiss pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

Mark W. Hamberger

Subscribed and sworn to before me,
this 15th day of December, 2005.

Notary Public

CECILIA J. RYLL
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 6/29/06

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

In re

DELPHI CORPORATION, et al.,

                Debtors.

**AFFIDAVIT OF SERVICE**

Chapter 11
Case No. 05-44481 (RDD)

(Jointly Administered)

------------------------------------

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF ERIE       )

    **Karen Prezyna**, being duly sworn, deposes and says that she is over the age of eighteen (18) years; that on December 15, 2005, she served the within Affidavit of Legal Ordinary Course Professional dated December 15, 2005 upon the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10044

Latham & Watkins
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

by depositing true and correct copies of the original of the same properly enclosed in a post-paid wrapper in an official depository maintained and exclusively controlled by the United States Post Office in the City of Buffalo, State of New York, directed to said attorneys respectively, and said parties not appearing by attorneys, at said addresses respectively mentioned above, that being the addresses within the State designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

_____
Karen Prezyna

Sworn to before me, this 15th day of December, 2005.

_____
Notary Public

CECILIA J. RYLL
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 6/29/06

2