UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
            In re                              :        Chapter 11

DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)

                            Debtors.  :       (Jointly Administered)
------------------------------------------------------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN   )
                             ) ss:
COUNTY OF OAKLAND  )

      Denice M. LeVasseur, being duly sworn, deposes and says:

      1.      I am a principal of LeVasseur & LeVasseur, P.C. which firm maintains offices at 28105 Greenfield, Ste. 120, Southfield, MI 48076.

      2.      Neither I, LeVasseur & LeVasseur, P.C., nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

      3.      LeVasseur & LeVasseur, P.C., has represented and advised the Debtors in Michigan with respect to a broad range of aspects of the Debtors' business.

      4.      The Debtors have requested, and LeVasseur & LeVasseur, P.C., has agreed to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and LeVasseur & LeVasseur, P.C. proposes to render the following services to the Debtors: Legal services.

      5.      LeVasseur & LeVasseur, P.C.'s current fees arrangement is $90.00 per hour.

      6.      Except as set forth herein, no promises have been received by LeVasseur & LeVasseur, P.C. or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

      7.      LeVasseur & LeVasseur, P.C. has no agreement with any entity to share with such

entity any compensation received by LeVasseur & LeVasseur, P.C.

8. LeVasseur & LeVasseur, P.C. and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. LeVasseur & LeVasseur, P.C. does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, LeVasseur & LeVasseur, P.C., nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which LeVasseur & LeVasseur is to be engaged.

10. The foregoing constitutes the statement of LeVasseur & LeVasseur, P.C. pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
DENICE M. LeVASSEUR (P32137)
LeVasseur & LeVasseur, P.C.
28105 Greenfield, Ste. 120
Southfield, MI 48076
248.569.2868

Subscribed and sworn before me
this 16th day of December, 2005

_____
Notary Public Acting in Oakland County
My commission expires: 8/23/11

## STATE OF MICHIGAN

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
:
    In re                                        :        Chapter 11
:
DELPHI CORPORATION, et al.,     :        Case No. 05-44481 (RDD)
:
                        Debtors.   :        (Jointly Administered)
---------------------------------------------------------x

## PROOF OF SERVICE

STATE OF MICHIGAN)
                   ) ss
COUNTY OF OAKLAND)

      <u>Corinne Yanasak</u> being duly sworn, deposes and says that on the <u>14th</u> day of <u>December</u>, A.D., <u>2005</u>, she served a true copy of <u>Affidavit of Legal Ordinary Course Professional</u>, of which the original is annexed, upon:

**See attached Sheet**

that being <u>their</u> address, and depositing the same in the United States Post Office in the City of Southfield, with postage fully prepaid thereon.

                                      */s/ Corinne Yanasak*
                                      CORINNE YANASAK

Subscribed and sworn to before me
the <u>14th</u> day of <u>December</u>,
A.D. <u>2005</u>.

_____
Acting in the County of Oakland
My commission expires: 12/6/11

Delphi Corporation
the Debtors
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, et al
counsel to the Debtors
Attn: John Wm. Butler, Jr., Esq.
333 W. Wacker Dr., Ste. 2100
Chicago, IL 60606

Office of U.S. Trustee for the
Southern District of New York
Attn: Alicia M. Leonhard, Esq.
33 Whitehall St., Ste. 2100
New York, NY 10044

Latham & Watkins
counsel to the official committee of unsecured creditors (The "Creditors' Committee")
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson Thacher & Bartlett LLP
counsel for the agent under the Debtors' prepetition credit facility
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
counsel for the agent under the Debtors' postpetition credit facility
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

The Fee Committee, to the extent not duplicative of the foregoing list
(collectively, the "Interested Parties")