J. Ted Donovan (JTD 1343)
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
Attorneys for ESPEC North America, Inc.
26 Broadway, Suite 711
New York, New York 10004
Telephone: (212) 344-2929
Facsimile: (212) 422-6836

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re:

Delphi Corporation et al.,

                         Debtors.

------------------------------------------------------------x

Hearing Date and Time
1/5/06   10:00 a.m.

Chapter 11

Hon. Robert D. Drain

Case No. 05-44481 (RDD)
(Jointly Administered)

## NOTICE OF HEARING ON
## MOTION FOR ORDER FIXING A DEADLINE
## FOR THE DEBTORS TO ASSUME OR REJECT
## AN EXECUTORY CONTRACT WITH
## ESPEC NORTH AMERICA, INC.

PLEASE TAKE NOTICE, that upon the annexed application and the accompanying Memorandum of Law, ESPEC North America, Inc. ("Movant"), by its attorneys, Finkel Goldstein Rosenbloom & Nash, LLP, will move at a hearing to be held before the Hon. Robert D. Drain at the United States Bankruptcy Court for the Southern District of New York at 1 Bowling Green, NY, NY 10004 on January 5, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard for an Order pursuant to § 365(d)(2) of title 11 of the United States Code (the "Bankruptcy Code") fixing a deadline within which Delphi Corporation et al. must assume or reject the executory contract between Movant and the Debtors.



PLEASE TAKE FURTHER NOTICE that opposition to the proposed Motion must be filed and served in conformity with the provisions of the Case Management Order entered in this proceeding, on or before the Objection Deadline of December 30, 2005 at 5:00 p.m. Eastern time.

Dated: New York, New York
December 16, 2005

> Finkel Goldstein Rosenbloom & Nash, LLP
> Attorneys for ESPEC North America, Inc.
> 26 Broadway, Suite 711
> New York, New York 10004
> (212) 344-2929
>
> By: _____
> J. Ted Donovan (JTD 1343)