# EXHIBIT A

# DELPHI

**Buyer:**

DELPHI
ELECTRONICS & SAFETY
P.O. Box 9005
KOKOMO IN 46904-9005

**Deliver to:**

DELPHI E & S DELNOSA Plant 1-4
LIDC Receiving Warehouse
702 Joaquin Cavazos Rd
LOS INDIOS TX 78567

ESPEC NORTH AMERICA INC
4141 CENTRAL PKY
HUDSONVILLE MI 49426-7828

RECEIVED
JUN – 3 2005

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450106563 | 06/01/2005 |
| Version | |
| 06/01/2005 08:49:10 | |

Delivery date:   08/25/2005

Vendor No:   1004739
DUNS No:   119218758

**Payment Terms:** ZMN2          **Currency:** USD

Payment settled on 2nd, 2nd Month

**Incoterms:** FCA- Freight Forwarder's Dock



| Item No. | Material No/Item Identifier No   Description | Total Order Quantity | Plant   Requester |
|---|---|---|---|
| 00010 | PR10170733 00010 | 1.000 | DAHQ DELPHI D HEADQUARTERS |
| | TEST CHAMBER SYSTEM | | SILVEY D |

Per RFQ 4W-006629-SIL
Includes:
Chamber,4 CARTS, DRY AIR PURGE, START UP & Training

OPTION: Viewing Window for Chamber Door (20"x 20")

DAN SILVEY (765)451-3788
PR458727
4W-006629-SIL 5/18/05

| Delivery Date | Scheduled Quantity | Price | Price Unit | UOM | Value |
|---|---|---|---|---|---|
| 08/25/2005 | 1.000 | 129,040.00 | 1 | EA | 129,040.00 |
| Net Line Item Value | | | | USD | 129,040.00 |

| Total net value | | USD | 129,040.00 |
|---|---|---|---|

**Notes:**

Purchasing Contact: McCauley, Tony

Phone:  765-451-2611

Fax:  765-451-5750

Contact Address:

Delphi E & S
One Corporate Center MS:CTLLM,
KOKOMO IN 46902

# DELPHI

ESPEC NORTH AMERICA INC
4141 CENTRAL PKY
HUDSONVILLE MI 49426-7828

## Purchase Order

| PO Number | Date Issued |
|---|---|
| 450106563 | 06/01/2005 |
| Version | |
| 06/01/2005 08:49:10 | |

| Item No. | Material No./Item Identifier No. | Total Order Quantity | Plant |
|---|---|---|---|
| | Description | | Requester |

## Notes Continued

Per RFQ# 4W-006629-SIL

SOW CAT A4E4 THERMAL SHOCK CHAMBER Revision 2.1

Warranty 2 Years Parts and Labor from date of shipment

```
*****************************************************
```
* PAYMENT ISSUES AND QUESTIONS REGARDING SHIPPED *
* MATERIAL SHOULD BE DIRECTED TO:           *
* DISBURSEMENT SERVICES AT (248)874-4636.  (A2) *
```
*****************************************************
```

```
*********************
```
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposeswill be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
```
*******************
```

```
*********************
```
Delphi requires 100% on time delivery performance from suppliers. If you anticipate problems in delivering materials and/or completing services by the date specified on the Buyer's purchase order, the Delphi Buyer should be notified immediately.
```
**********************
```

```
********************************************
```
DO NOT INVOICE FOR SHIPPED MATERIAL.  DELPHI-D IS
'PAY ON RECEIPT' AND INVOICES ARE NOT REQUIRED.
-------------------------------------------------
INVOICES ARE REQUIRED AND MUST BE SUBMITTED FOR
SERVICES AND ITEMS WHICH ARE NOT SHIPPED.
-------------------------------------------------
PLEASE SUBMIT THESE TO:
DELPHI DELCO ELECTRONICS CORP
ATTN: MANUAL RECEIPTS PROCESSING MS-9A241
P O BOX 9005
KOKOMO, IN  46904-9005

# DELPHI

| ESPEC NORTH AMERICA INC<br>4141 CENTRAL PKY<br>HUDSONVILLE MI 49426-7828 | **Purchase Order** |
|---|---|
| | PO Number<br>450106563<br>Version<br>06/01/2005 08:49:10 | Date Issued<br>06/01/2005 |

| Item No.   Material No/Item Identifier No.   Total Order Quantity   Plant |
|---|
| Description                                                  Requester |

**Notes Continued**

---------------------------------
***CALIFORNIA SHIPMENTS*** - DELPHI-D DOES NOT
HAVE A DIRECT PAYMENT PERMIT IN CALIFORNIA.
DELCO DOES HAVE DIRECT PAY PERMITS IN INDIANA,
MICHIGAN, TEXAS AND WISCONSIN.
---------------------------------
YOU MUST PLACE THE FOLLOWING ON YOUR PACKING SLIP:
- PURCHASE ORDER (ONLY ONE PURCHASE ORDER NUMBER
PER PACKING SLIP)
- DELPHI-D "ITEM IDENTIFICATION NUMBER (ID)" FROM
PURCHASE ORDER FOR EACH DELIVERED ITEM
- LIST DELPHI-D DESCRIPTION PER PURCHASE ORDER FOR
EACH LINE ITEM DELIVERED FOLLOWED BY YOUR
DESCRIPTION IF DESIRED.
- EQUIPMENT SERIAL NUMBER(S)
- - - - - - - - - - - - - - - - - -
ADDITIONAL PACKING SLIP INFORMATION:
- EACH BOX/CRATE MUST CONTAIN A COMPLETE PACKING
SLIP FOR THE ENTIRE DELIVERY
- HIGHLIGHT ON THE PACKING SLIP THE APPLICABLE
PURCHASE ORDER ITEM IDENTIFICATION NUMBER FOR
EACH ITEM LOCATED IN THE BOX/CRATE
- PACKING SLIP MUST BE ENCLOSED IN A CLEAR PLASTIC
ENVELOPE AND AFFIXED TO THE OUTSIDE (WITH A COPY
INSIDE) OF EACH BOX/CRATE.
*************************************************
ROUTING: REFER TO ROUTING LETTER DATED 02/13/03 FOR
INSTRUCTIONS. CALL DELPHI-D TRANSPORATION AT
(765)451-4078 OR -4079 FOR ADDITIONAL INFORMATION.
FREIGHT TERMS ARE 'FOB ORIGIN,FREIGHT COLLECT'.
BUYER WILL ONLY PAY FREIGHT CHARGES IF THE SELLER
USES THE BUYER SELECTED CARRIER AND SHIPS COLLECT.
THE SELLER AGREES TO PAY ALL FREIGHT INVOICES WHEN
SELLER DEVIATES FROM BUYER SPECIFIED CARRIER WITHOUT
PRIOR APPROVAL FROM DELPHI-D TRANSPORTATION.

*************************************************

*************************************************
CHANGES IN SPECIFICATIONS AFFECTING PRICE AND/OR
LEADTIME, WHETHER INITIATED BY SUPPLIER OR DELPHI
DELCO ELECTRONICS CORP MUST NOT BE MADE WITHOUT
PRIOR APPROVAL BY DELPHI PURCHASING VIA A PURCHASE
ORDER AMENDMENT. ANY CHANGES IN DELIVERY DATE FOR
ANY REASON WHATSOEVER WILL BE REPORTED PROMPTLY IN

# DELPHI

ESPEC NORTH AMERICA INC
4141 CENTRAL PKY
HUDSONVILLE MI 49426-7828

## Purchase Order

| | |
|---|---|
| PO Number | Date Issued |
| 450106563 | 06/01/2005 |
| Version | |
| 06/01/2005 08:49:10 | |

**Item No.   Material No/Item Identifier No   Total Order Quantity   Plant**
**Description                                              Requester**

### Notes Continued

WRITING TO THE BUYER WITH DETAILED EXPLANATION.
*********************************************

**********************************************
IF THIS SHIPMENT REQUIRES AN AIR-RIDE OR PADDED VAN
TO INSURE ITS SAFETY, ROUTE VIA NORTH AMERICAN VAN
LINES.  ARRANGE ALL DETAILS THROUGH GUYER THE MOVER
(765) 457-6197 OR 800-783-8268.
*********************************************

**********************************************
IN ADDITION TO THE REQUIREMENTS SPECIFIED, THE
EQUIPMENT MUST COMPLY WITH DELPHI DELCO ELECTRONICS
CORP'S EQUIPMENT APPROVALS PROCEDURE AND ONE OF THE
FOLLOWING STANDARDS ASSIGNED BY THE DELPHI-D
EQUIPMENT APPROVALS OFFICE:  A) STANDARD INDUSTRIAL
EQUIPMENT SPECIFICATIONS,OR, B) CUSTOM INDUSTRIAL
EQUIPMENT SPECIFICATION.
*********************************************

*****ATTENTION ALL NORTH AMERICAN SUPPLIERS*****
YOU CAN NOW VIEW PAYMENT STATUS ON-LINE USING E-DACOR
PLEASE CONTACT YOUR BUYER TO RECEIVE INSTRUCTIONS ON
HOW TO ACCESS THIS NEW FEATURE.
*********************************************

**********************************************
A PROPERLY COMPLETED CERTIFICATE OF ORIGIN,
NAFTA CERTIFICATE WHERE APPLICABLE (CUSTOMS FORM 434)
AND A MANUFACTURERS AFFIDAVIT STATING THE COUNTRY OF
ORIGIN BE INCLUDED WITH THE SHIPPING DOCUMENTS FOR
THE MATERIAL ON THIS PURCHASE ORDER.        (NT)
*********************************************

**********************************************
WARRANTY AND SPARE PARTS INSTRUCTIONS
*********
PRIOR TO THE SHIPPING OF EQUIPMENT TO DELPHI DELCO
ELECTRONICS SYSTEMS YOU MUST "ELECTRONICALLY" PROVIDE
THE FOLLOWING INFORMATION FOR EACH PIECE OF EQUIPMENT
TO THE INDIVIDUALS LISTED:

# DELPHI

ESPEC NORTH AMERICA INC
4141 CENTRAL PKY
HUDSONVILLE MI  49426-7828

## Purchase Order

PO Number                                      Date Issued
450106563                                      06/01/2005
Version
06/01/2005 08:49:10

| Item No. | Material No/Item Identifier No | Total Order Quantity | Plant |
|---|---|---|---|
| Description | | Requester | |

**Notes Continued**
- -PURCHASE ORDER NUMBER
. -EQUIPMENT DESCRIPTION (S) & MODEL NUMBER (S).
IF APPLICABLE
-EQUIPMENT SERIAL NUMBER (S)
-LIST OF RECOMMENDED SPARE PARTS INCLUDING:
SPARE PARTS DESCRIPTIONS, OEM SPARE PART NUMBERS
OIM SPARE PART NUMBERS, SPARE PART PRICES, AND
SPARE PART PRICING EXPIRATION DATE.
-DESIGNATE WHICH PARTS ARE CONSIDERED "CONSUMABLE" VERSUS
THOSE COVERED UNDER WARRANTY

-EQUIPMENT WARRANTY PERIOD
-EQUIPMENT WARRANTY START DATE
ELECTRONICALLY TRANSMIT THIS INFORMATION TO THE FOLLOWING INDIVIDUALS:
THOMAS.D.RIGLE@DELPHI.COM
MIKE.SALYERS@SETECHUSA.COM
REQUESTOR (WHO ORDERED), AS IDENTIFIED ON THE PURCHASE ORDER.
FAILURE TO PROVIDE THIS INFORMATION AT TIME OF SHIPMENT MAY NEGATIVELY IMPACT PAYMENT PROCESSING.
*********************************************************