# EXHIBIT B

# ESPEC

4141 Central Parkway
Hudsonville, MI 49426
616-896-6100 • 616-896-6150 fax

Invoice No 0000019563

Customer   000068

**Bill to :**

DELPHI
Attn: Manual Receipts Processing- M/SA241
P.O. Box 9005
KOKOMO IN 46904-9005

**Sold to :**

DELPHI DELCO ELECTRONICS
M/S D-35
2705 S. Goyer Rd.
KOKOMO IN 46902

Phone (765)451-3788    Fax (765)451-3299

| Customer PO Number | Invoice Date | Terms | FOB | Ship Via | Salesperson |
|---|---|---|---|---|---|
| 450106563 | 09/30/2005 | 25TH PROXIMO | OUR PLANT | CUSTOMER SPECIFIED | DUA |

| Item | Part / Rev / Description / Details | Quantity | Unit Price | Discount | Extended Price |
|---|---|---|---|---|---|
| 000001 | ESS85-3CW   Rev NS   U/M EA<br>STRESS SCREENING CHAMBER<br>Packing List No/Item No: 018040/000001<br>Sales Order No:       013315<br>Customer PO No:     450106563 | 1.0000 | 119,920.0000 | 0.00 | 119,920.00 |
| 000020 | START-UP   Rev 000   U/M EA<br>START-UP AND TRAINING | 1.0000 | 2,980.0000 | 0.00 | 2,980.00 |
| 000030 | TWO YEAR WARRANTY   Rev NS   U/M EA<br>WARRANTY END DATE | 1.0000 | 6,140.0000 | 0.00 | 6,140.00 |
| 000040 | DEDUCTION TO REBILL   Rev NS   U/M EA<br>ACCORDING TO CUSTOMER'S PO | 1.0000 | -129,040.0000 | 0.00 | -129,040.00 |

Handwritten annotations in left margin:
- 110,100-00
- 2,700-00
- 1,270-00
- 2,100-00

SHIPPED TO ADDRESS:
DELPHI E & S DELNOSA PLANT 1-4
LIDC Receiving Warehouse
601 Joaquin Cavazos Road
LOS INDIOS TX 78567

This is a Memo Invoice. No amount is due.

*We have moved!*
*Our new address is:*
*Espec North America, Inc.*
*4141 Central Parkway, Hudsonville, MI 49426*

| | |
|---|---|
| Total Item Price | 0.00 |
| Shipping | 0.00 |
| Sales Tax | 0.00 |
| Total Inv Price | US$ 0.00 |

FILE COPY

Page 1

Authorized Signature