UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
    In re                                 :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                   Debtors.      :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x


ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108 APPROVING
PROCEDURES TO ENTER INTO OR RENEW REAL PROPERTY
LEASES WITHOUT FURTHER COURT APPROVAL

("LEASE PROCEDURES ORDER")

       Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

365, 1107, and 1108 approving procedures to enter into new or renew existing non-residential leases

or subleases of real property (the " Leases") without further Court approval; and upon the record of

the hearing held on the Motion; and this Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-

interest; and it appearing that proper and adequate notice of the Motion has been given and that no

other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefore it is hereby

       ORDERED, ADJUDGED, AND DECREED THAT:

       1.  The Motion is GRANTED.

2.    The Debtors are hereby authorized but not directed to enter into or renew the

Leases without further Court approval, subject to the procedures set forth below.

3.    For a Lease with average Lease obligations of $200,000 or less per annum or

lease obligations of $1 million or less in the aggregate, the Debtors shall be authorized but not

directed to enter into or renew the Lease without further Bankruptcy Court approval.

4.    For a Lease with average lease obligations of $200,001 or more per annum or

Lease obligations in excess of $1 million up to and including $5 million in the aggregate, the

Debtors shall give notice of their intention to enter into or renew the Lease (the "Lease Notice")

to (a) the Office of the United States Trustee for the Southern District of New York, (b) counsel

for the Official Committee of Unsecured Creditors, (c) counsel for the agent under the Debtors'

prepetition credit facility, and (d) counsel for the agent under the Debtors' postpetition facility

(collectively, the "Notice Parties").  The Debtors shall serve the Lease Notice by facsimile,

overnight delivery, or hand delivery.  The Lease Notice shall include the following information:

(a) the proposed Lease to be entered into or renewed, (b) the identity of the lessor (including a

statement that the proposed lessor is not an "insider" as defined in section 101(31) of the

Bankruptcy Code ), and (c) a description of the terms of the proposed Lease.  The Notice Parties

shall have five business days following initial receipt of the Lease Notice to object to or request

additional time to evaluate the proposed Lease.  If counsel to the Debtors receives no written

objection or written request for additional time prior to the expiration of such five business day

period, the Debtors shall be authorized to enter into or renew the Lease.  If a Notice Party objects

to the proposed Lease within five business days after the Lease Notice is received, the Debtors

and such objecting Notice Party shall meet and confer in an attempt to negotiate a consensual

resolution.  Should either party determine that an impasse exists, then the Debtors shall move the

Bankruptcy Court for authority to enter into or renew the Lease, as the case may be, upon notice

to the objecting party and other parties-in-interest in accordance with the Court's Case

Management Order  entered on October 14, 2005 ("Case Management Order").

5.    For a Lease with Lease obligations in excess of $5 million in the aggregate,

the Debtors will be authorized to enter into the Lease only after obtaining Bankruptcy Court

approval of the proposed Lease after notice and a hearing.

6.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

7.    The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the

United States Bankruptcy Court for the Southern District of New York for the service and filing

of a separate memorandum of law is deemed satisfied by the Motion.

Dated:    New York, New York
          January __, 2005

_____
UNITED STATES BANKRUPTCY JUDGE