**Table Of The Debtors' Estimated Liability**
**Under The Assumed Agreements (12/16/05)**

| Confidence Interval | Workers' Compensation ("WC") Liability | General Liability | Products Liability | Automobile Liability | Total Liability | Cure Claim (Debtors paying WC Liability)* | Cure Claim (Debtors not paying WC Liability)* |
|---|---|---|---|---|---|---|---|
| 5% | $1,485,079 | $2,973,547 | $4,979,140 | $229,002 | $9,666,768 | $0 | $0 |
| 10% | $1,794,771 | $3,529,913 | $5,904,383 | $295,208 | $11,524,275 | $0 | $0 |
| 15% | $2,028,288 | $3,909,658 | $6,590,136 | $343,950 | $12,872,032 | $0 | $0 |
| 20% | $2,221,683 | $4,213,186 | $7,119,137 | $387,312 | $13,941,318 | $0 | $0 |
| 25% | $2,387,475 | $4,501,997 | $7,554,118 | $428,105 | $14,871,695 | $0 | $0 |
| 30% | $2,557,075 | $4,772,246 | $7,940,131 | $464,789 | $15,734,241 | $0 | $0 |
| 35% | $2,695,285 | $5,002,833 | $8,303,871 | $498,493 | $16,500,482 | $0 | $0 |
| 40% | $2,837,116 | $5,228,215 | $8,647,565 | $533,505 | $17,246,401 | $0 | $0 |
| 45% | $2,968,482 | $5,441,121 | $8,972,499 | $567,024 | $17,949,126 | $0 | $0 |
| 50% | $3,105,979 | $5,653,289 | $9,303,754 | $600,160 | $18,663,182 | $0 | $0 |
| 55% | $3,229,015 | $5,857,427 | $9,601,748 | $634,658 | $19,322,848 | $0 | $222,848 |
| 60% | $3,372,778 | $6,060,624 | $9,923,111 | $671,602 | $20,028,115 | $0 | $928,115 |
| 65% | $3,512,633 | $6,265,443 | $10,212,688 | $709,550 | $20,700,314 | $0 | $1,600,314 |
| 70% | $3,648,083 | $6,482,903 | $10,513,144 | $744,820 | $21,388,950 | $0 | $2,288,950 |
| 75% | $3,794,438 | $6,711,761 | $10,797,688 | $788,040 | $22,091,927 | $0 | $2,991,927 |
| 80% | $3,954,709 | $6,937,001 | $11,087,255 | $832,177 | $22,811,142 | $0 | $3,711,142 |
| 85% | $4,128,936 | $7,179,454 | $11,424,918 | $883,412 | $23,616,720 | $387,784 | $4,516,720 |
| 90% | $4,349,517 | $7,457,922 | $11,785,575 | $942,083 | $24,535,097 | $1,085,580 | $5,435,097 |
| 95% | $4,598,217 | $7,796,325 | $12,244,125 | $1,023,081 | $25,661,748 | $1,963,531 | $6,561,748 |
| 99% | $4,981,411 | $8,260,582 | $12,761,989 | $1,157,244 | $27,161,226 | $3,079,815 | $8,061,226 |
| *Selected Estimate*** | **$3,163,311** | **$5,924,382** | **$10,141,789** | **$580,337** | **$19,809,819** | **$0** | **$709,819** |

\*  The Debtors currently have $19.1 million in collateral posted with the Insurers.

\*\* The selected estimates are based on a review performed by Aon's Actuarial and Analytics Practice. The estimated liability is approximately at the 58th percentile for the total of all coverages.