**MORITT HOCK HAMROFF &**
**HOROWITZ LLP**
Counsel for Standard Microsystems Corporation
and its direct and indirect subsidiaries Oasis SiliconSystems AG
and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.)
400 Garden City Plaza
Garden City, NY 11530
(516) 873-2000
Leslie A. Berkoff (LB-4584)
lberkoff@moritthock.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| **DELPHI CORPORATION, et. al.** | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that the undersigned appears as counsel for Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interest to Oasis Silicon Systems, Inc.), creditors and parties in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the Post Office address and telephone and facsimile numbers set forth below.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred

to in the rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex or otherwise, which affects the Debtor or the property of the estate.

Dated: December 16, 2005
       Garden City, New York

**MORITT HOCK HAMROFF & HOROWITZ LLP**
Attorneys for Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG
and SMSC NA Automotive, LLC
(successor-in-interest to Oasis Silicon Systems, Inc.)

By: __/s/ Leslie Ann Berkoff__
    Leslie Ann Berkoff (LB-4584)
    400 Garden City Plaza
    Garden City, NY 11530
    (516) 873-2000
    lberkoff@moritthock.com

To:

Charles Davidow, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037
Attorney for Debtors

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066
Claims and Noticing Agent

F:\Standard Microsystems\Docs\NOA.doc

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attorneys for The Official Committee Of Unsecured Creditors


John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606

F:\Standard Microsystems\Docs\NOA.doc

**AFFIDAVIT OF SERVICE BY MAIL**

**STATE OF NEW YORK** )
                     ) ss.:
**COUNTY OF NASSAU** )

GABRIELLE OTLIN, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside at Massapequa, New York.

On the 19th day of December 2005, I served a true copy of the within NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS via first class mail, in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:
Charles Davidow, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037
Attorney for Debtors

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Kurtzman Carson Consultants LLC
12910 Culver Blvd., Suite I
Los Angeles, CA 90066
Claims and Noticing Agent

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attorneys for The Official Committee Of Unsecured Creditors

/s/ Gabrielle Otlin
Sworn to before me this                    GABRIELLE OTLIN
19th day of December 2005

/s/ Elizabeth A. Augello
Elizabeth A. Augello        No. 01AU6039945
Notary Public              Qualified in Nassau County
State of New York          Commission Expires 4/10/06

F:\Standard Microsystems\Docs\NOA.doc