VARNUM, RIDDERING, SCHMIDT
 & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Furukawa Electric North America ADP*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
In re                                                                 :
                                                                      :    Chapter 11
                                                                      :
DELPHI CORPORATION, *et al.*,                                         :
                                                                      :    Case No. 05-44481 RDD
                                    Debtors.                          :
                                                                      :    (Jointly Administered)
                                                                      :
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that the undersigned appear as co-counsel for Furukawa Electric North America ADP ("Furukawa"), and pursuant to Fed. R. Bankr. P. 2002 and 9007, and section 1109 of the Bankruptcy Code, demand that all notices given or required to be given in the above cases and all papers served in the above cases be given to, and served upon, the undersigned at the following offices, telephone numbers, telecopier numbers and email addresses:

> Michael S. McElwee (P36088)
> Varnum, Riddering, Schmidt & Howlett LLP
> Bridgewater Place, P.O. Box 352
> Grand Rapids, Michigan 49501-0352
> (616) 336-6827 Telephone
> (616) 336-7000 Facsimile
> msmcelwee@varnumlaw.com

and

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, New York 10017
(212) 682-4940 Telephone
(212) 682-4942 Facsimile
gdiconza@dlawpc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted by mail, hand delivery, telephone, telecopier, email or otherwise, that affects the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of Furukawa's right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Furukawa is or may be entitled, in law or in equity, all of which rights,

claims, actions, defenses, setoffs and recoupments Furukawa, expressly reserves.

                Respectfully submitted,

Dated: December 19, 2005           VARNUM RIDDERING SCHMIDT & HOWLETT, LLP
       Grand Rapids, Michigan

                By:    s/ Michael S. McElwee
                       Michael S. McElwee (P36088)
                       Bridgewater Place
                       P.O. Box 352
                       Grand Rapids, MI 49501
                       (616) 336-6491
                       msmcelwee@varnumlaw.com

Dated: December 19, 2005           DiConza Law, P.C.
       New York, New York


                By:    /s/ Gerard DiConza
                       Gerard DiConza (GD 0890)
                       630 Third Avenue, 7th Floor
                       New York, New York 10017
                       (212) 682-4940
                       gdiconza@dlawpc.com

                       *Co-counsel for Furukawa Electric*
                       *North America APD*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :    Chapter 11
DELPHI CORPORATION, *et al.*,                                           :
                                                                        :    Case No. 05-44481 RDD
                                        Debtors.                        :
                                                                        :    (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Gerard DiConza, being duly admitted to practice before the Southern District of New York, certifies that on the 19th day of December 2005, the foregoing Notice of Appearance and Request for Service was filed electronically on the Docket for the Bankruptcy Court, Southern District of New York and served by facsimile on the following parties:

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098
Attn:  General Counsel
Facsimile:  248-813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
Attn:  John Wm. Butler, Jr., Esq.
Facsimile:  312-407-0411

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Attn:  Kenneth S. Ziman, Esq.
Facsimile:  212-455-2502

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Attn:  Marlane Melican, Esq.
Facsimile:  212-450-3092

2

Latham & Watkins LLP
885 Third Avenue
New York, New York 10022
Attn: Robert Rosenberg, Esq. and Mark A. Broude, Esq.
Facsimile: 212-751-4864

Office of the United States Trustee
33 Whitehall Street
New York, New York 10004
Attn: Alicia M. Leonhard, Esq.
Facsimile: 212-668-2255


Dated: December 19, 2005
      New York, New York             /s/ Gerard DiConza
                                                          Gerard DiConza (GD 0890)