**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                :
                                                     :    Chapter 11
DELPHI CORPORATION, *et al.*                         :
                                                     :    Case No. 05-44481 (RDD)
                                                     :
            Debtors.                                 :    (Jointly Administered)
                                                     :
------------------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1.  I, Michael S. McElwee, am a member in good standing of the bar in the State of Michigan and the bar of the United States District Court for the Western District of Michigan. I respectfully request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Furukawa Electric North America APD in the above-captioned cases.

2.  My address is: Varnum Riddering Schmidt & Howlett LLP, 333 Bridge Street, NW, P.O. Box 352, Grand Rapids, Michigan 49501-0352; my email is msmcelwee@varnumlaw.com; my telephone number is 616-336-6827.

3.  I agree to pay the fee of $25.00 upon entry of an Order admitting me to practice *pro hac vice*.

                                            Respectfully submitted,

Dated: December 19, 2005                    VARNUM, RIDDERING, SCHMIDT
       Grand Rapids, Michigan                 & HOWLETT LLP

                                       By:  /s/ Michael S. McElwee
                                            Michael S. McElwee (P36088)
                                            333 Bridge Street, NW,
                                            P.O. Box 352
                                            Grand Rapids, Michigan 49501-0352
                                            Telephone: (616) 336-6827