**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, *et al.* : | |
| : | Case No. 05-44481 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**UPON** the Motion of Michael S. McElwee, a member in good standing of the bar in the State of Michigan and the bar of the United States District Court for the Western District of Michigan, requesting admission, *pro hac vice*, to represent Furukawa Electric North America APD ("Furukawa"), in the above-captioned cases;

**IT IS HEREBY ORDERED** that Michael S. McElwee is permitted to practice, *pro hac vice,* as counsel to Furukawa, in the above-captioned cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: December ___, 2005
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE