VARNUM, RIDDERING, SCHMIDT
 & HOWLETT LLP
Michael S. McElwee (P36088)
333 Bridge Street, N.W., Ste. 1700
Grand Rapids, MI 49504
Telephone: (616) 336-6827

DICONZA LAW, P.C.
Gerard DiConza (GD 0890)
630 Third Avenue
New York, New York 10017
Telephone: (212) 682-4940

*Co-counsel for Furukawa Electric North America ADP*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re : | |
| : | Chapter 11 |
| DELPHI CORPORATION, *et al.*, : | |
| : | Case No. 05-44481 RDD |
| Debtors. : | |
| : | (Jointly Administered) |
| : | |
------------------------------------------------------------------------x

### CERTIFICATE OF SERVICE

    Gerard DiConza, being duly admitted to practice before the Southern District of New York, certifies that on the 15th day of December 2005, I caused service of the Motion for Relief from the Automatic Stay dated December 15, 2005 (Docket No. 1537) filed by Furukawa Electric North America ADP by: (a) overnight delivery on the parties listed on Exhibit "1" annexed hereto and (b) filing the Motion electronically as evidenced by the receipt annexed as Exhibit "2".

Dated: December 19, 2005
   New York, New York            /s/ Gerard DiConza
                      Gerard DiConza (GD 0890)

## **EXHIBIT 1**

## **PARTIES SERVED BY OVERNIGHT DELIVERY**

## EXHIBIT 2

## PARTIES SERVED BY ELECTRONIC NOTIFICATION