**File a Motion:**
05-44481-rdd Delphi Corporation

# U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from DiConza, Gerard entered on 12/15/2005 at 3:39 PM and filed on 12/15/2005

**Case Name:**        Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 1537

**Docket Text:**
Motion for Relief from Stay *to Permit Setoff of Pre-petition Claims.* filed by Gerard DiConza on behalf of Furukawa Electric North America ADP. with hearing to be held on 1/5/2006 at 10:00 AM at Courtroom 610 (RDD) Responses due by 12/29/2005, (Attachments: # (1) Pleading Notice of Motion) (DiConza, Gerard)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Gerry\My Documents\Client Files\Furukawa\Furukawa Motion for Relief of Stay to Allow Setoff\Furukaw Motion - Relief Stay Permit Setoff.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/15/2005] [FileNumber=4691637-0]
[acbf0231de679cc0559acc4d12eb5db1f0fbd4a82d1d0538725ff770a4f5be73f02f
b06d33bee111213feddac98a64f7b2fc3810346eaa3f0af7161d75d64548]]
**Document description:** Pleading Notice of Motion
**Original filename:** C:\Documents and Settings\Gerry\My Documents\Client Files\Furukawa\Furukawa Motion for Relief of Stay to Allow Setoff\Furukawa Notice of Motion - Relief Stay Permit Setoff.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/15/2005] [FileNumber=4691637-1]
[614bfb13eba74a4efabfede6fc772cf477a8673022367427f5130ba9c47b6f3105d2
50abfd8b5d9ae8af649c5dcd2ab42277e0782b1277ef238a0c62a71d42b8]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson      david.aaronson@dbr.com,

Elizabeth Abdelmasieh      eabdelmasieh@nmmlaw.com

Franklin C. Adams      franklin.adams@bbklaw.com

Jason R. Adams      jadams@torys.com,

Jennifer L. Adamy      bankruptcy@goodwin.com,

Stephen M. Bales    sbales@zieglermetzger.com,

William J. Barrett    william.barrett@bfkpn.com, william.barrett@bfkpn.com

David S. Barritt    barritt@chapman.com,

Donald F. Baty    dbaty@honigman.com,

Douglas P. Baumstein    dbaumstein@whitecase.com,

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com,

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

Kevin J. Burke    kburke@cahill.com

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com,

Scott Cargill    scargill@lowenstein.com, hpetersen@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com,

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Ben T. Caughey    ben.caughey@icemiller.com,

George B. Cauthen    george.cauthen@nelsonmullins.com,

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tracy M. Clark    clark@steinbergshapiro.com,

David D. Cleary    dcleary@mwe.com,

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Susan M. Cook    smcook@lambertleser.com,

David N. Crapo    dcrapo@gibbonslaw.com,

Michael G. Cruse    mcruse@wnj.com,

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jeffdavis@graycary.com,

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com

Karen Dine    karen.dine@pillsburylaw.com,

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.cor

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Bruce N. Elliott    elliott@cmplaw.com,

Barbara Ellis-Monro    bellis-monro@sgrlaw.com,

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com,

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com, tpasuit@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Bonnie Glantz Fatell    fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell    Ferrell@taftlaw.com,

Charles J. Filardi    cfilardi@pepehazard.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox    efox@klng.com

David H. Freedman    dfreedman@ermanteicher.com,

Scott J. Friedman    sjfriedman@jonesday.com, sdignomirello@jonesday.com;dsciabarassi@jonesday.com;ChicagoBRR@jonesday.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

David Garland    dgarland@mcdr-law.com,

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Robert D. Gordon    rgordon@clarkhill.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

Jonathan S. Green    greenj@millercanfield.com,

John T. Gregg    jgregg@btlaw.com,

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Peter J. Gurfein    pgurfein@akingump.com,

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com,

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com,

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

Dion W. Hayes    dhayes@mcguirewoods.com, egunn@mcguirewoods.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    shoff@burr.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones     rjones@bccb.com,

Andrew C. Kassner     andrew.kassner@dbr.com

Tracy L. Klestadt     tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko     hkolko@msek.com

Alan M. Koschik     akoschik@brouse.com,

Lawrence J. Kotler     ljkotler@duanemorris.com,

Stuart A. Krause     skrause@zeklaw.com

Duane Kumagai     dkumagai@rutterhobbs.com,

Darryl S. Laddin     bkrfilings@agg.com

Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere     davidl@bolhouselaw.com,

Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com

David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee     ilevee@lowenstein.com

Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kenneth M. Lewis     klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel     schnabel@klettrooney.com,

A. Peter Lubitz     plubitz@schiffhardin.com

John S. Mairo     jsmairo@pbnlaw.com

Jacob A. Manheimer     jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Dorothy H. Marinis-Riggio     demarinis@candklaw.com,

Ilan Markus    imarkus@tylercooper.com,

Richard Gary Mason    rgmason@wlrk.com;eakleinhaus@wlrk.com

Thomas J. Matz    tmatz@skadden.com

Daniel P. Mazo    dpm@curtinheefner.com,

Michael K. McCrory    michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell    rmcdowell@bodmanllp.com,

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Barbara S Mehlsack    bmehlsack@gkllaw.com,

Richard M. Meth    msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson    rmichaelson@kl.com, joyce.smith@klng.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills    amills@btlaw.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy    jmoloy@dannpecar.com,

Audrey E. Moog    amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Eric T. Moser    emoser@klng.com, kserrao@klng.com

Alisa Mumola    alisa@contrariancapital.com,

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com,

Bruce S. Nathan    bnathan@lowenstein.com, clongstreth@lowenstein.com

Lauren Newman    lnewman@fagelhaber.com,

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod    gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye    knye@quarles.com,

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com,

Ingrid S. Palermo    ipalermo@hselaw.com

Geoffrey J. Peters    gpeters@weltman.com,

Anne M. Peterson    apeterson@phillipslytle.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com

Ed Phillips    ephillips@thurman-phillips.com,

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com,

Jeffrey S. Posta    jposta@sternslaw.com,

Constantine Pourakis    cp@stevenslee.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Dennis Jay Raterink    raterinkd@michigan.gov,

Jo Christine Reed    jcreed@sonnenschein.com, rrichards@sonnenschein.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com,

Geoffrey A. Richards    grichards@kirkland.com,

Marc E. Richards    mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Matthew R. Robbins    mrr@previant.com,

Jean R. Robertson    jrobertson@mcdonaldhopkins.com,

Scott D. Rosen    srosen@cb-shea.com,

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com,

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

William F. Savino    wsavino@damonmorey.com,

Thomas J. Schank    tomschank@hunterschank.com, bfrasier@hunterschank.com

Michael L. Schein    mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman    cschulman@sachnoff.com,

Bryan I. Schwartz    bschwartz@lplegal.com,

Mark S. Scott    mscott@riemerlaw.com,

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinso

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com,

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome    mail@srsllp.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Brent C. Strickland    bstrickland@wtplaw.com,

James M. Sullivan    jmsullivan@mwe.com

Robert Szwajkos    rsz@curtinheefner.com,

Gordon J. Toering    gtoering@wnj.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Shmuel Vasser    svasser@eapdlaw.com

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

W. Joe Wilson    jwilson@tylercooper.com,

Jeffrey C. Wisler    jcw@cblhlaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Helen A. Zamboni    hzamboni@underbergkessler.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
jcarr@kelleydrye.com

Babette A. Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036
bceccotti@cwsny.com

Stuart F. Cheney
,

Mark G. Claypool
,

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
michael.cook@srz.com, michael.cook@srz.com;nathanael.meyers@srz.com

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road
Suite 200
Bloomingfield Hills, MI Suite 200

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131

jcunningham@whitecase.com,
pjimenez@whitecase.com;guzzi@whitecase.com;rkebrdle@whitecase.com;dbaumstein@whitecase.com

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820
rdaversa@mayerbrown.com, lmetzger@mayerbrownrowe.com

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174
cadamast@blankrome.com

Charles Davidow
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd.
# 401
Garden City, NY 11530

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell
& Trytten LLP
199 South Los Robles Avenue
Suite 600

Pasadena, CA 91101

Lars H. Fuller
Rothgerber Johson & Lyons, LLP
One Tabor Center
Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
agottfried@morganlewis.com

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street
Suite 1800
Charlotte, NC 28202

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway
Suite 150
Englewood, CO 80111

Jane Ann Himsel
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Thomas H. Keyse
1700 Lincoln Street
Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard
9th Floor
Uniondale, NY 11553
jmmarino@srsllp.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com;frowinski@lordbissell.com

Gene T. Moore
1802 15th Street
Tuscaloosa, AL 35401

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street
Cleveland, OH 44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.

One University Plaza
Hackensack, NJ 07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016
PRUBIN@HERRICK.COM;EMIRAN@HERRICK.COM

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 El Camino Real
Suite 300
Palto Alto, CA 94306

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178
msomerstein@kelleydrye.com

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104
timothy.walsh@dlapiper.com,
william.coleman@dlapiper.com;jeremy.johnson@dlapiper.com;john.mcnicholas@dlapiper.com;vincent.

Robert E. Willyard
Law Offices of Robert E. Willyard
2940 East La Palma Avenue
Suite A
Anaheim, CA 92806