UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORP., *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF BOND, SCHOENECK & KING, PLLC
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

Bond, Schoeneck & King, PLLC ("BS&K") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) does hereby verify that it has been retained to represent more than one creditor in the above-captioned Chapter 11 cases (the "Bankruptcy Cases"). Pursuant to Federal Rule of Bankruptcy Procedure 2019(a), BS&K hereby provides the following information with respect to each of the creditors for which is has been retained:

1. <u>Name</u>: Tessy Plastics Corp. ("Tessy")

    <u>Address</u>: Route 5 West, Elbridge, New York 13060

    <u>Nature and Amount of Claim</u>: The aggregate amount of claims held by Tessy, which arise under various pre-petition agreements to supply goods and/or services to the captioned Debtors, is in excess of approximately $987,000.00.

    <u>Reason for Representation</u>: BS&K has been employed to serve as counsel for and in representing Tessy's interests in the Bankruptcy cases.

    <u>Timing of Representation</u>: BS&K represents Tessy on an ongoing basis in various matters. Some of Tessy's claims existed pre-petition.

2.   <u>Name</u>:   Diemolding Corporation ("Diemolding")

<u>Address</u>:   125 Rasbach Street, Canastota, New York 13032-1430

<u>Nature and Amount of Claim</u>:  The aggregate amount of claims held by Diemolding, which arise under various pre-petition agreements to supply goods and/or services to the captioned Debtors, is in excess of approximately $540,000.00.

<u>Reason for Representation</u>:  BS&K has been employed to serve as counsel for and in representing Diemolding's interests in the Bankruptcy cases.

<u>Timing of Representation</u>:  BS&K represents Diemolding on an ongoing basis in various matters.  Some of Diemolding's claims existed pre-petition.

3.   <u>Name</u>:   Marquardt GmbH ("GmbH")

<u>Address</u>:   c/o Marquardt Switches, Inc., 2711 Route 20 East, Cazenovia, New York 13035

<u>Nature and Amount of Claim</u>:  The aggregate amount of claims held by GmbH, which arise under various pre-petition agreements to supply goods and/or services to the captioned Debtors, is in excess of approximately $870,000.00.

<u>Reason for Representation</u>:  BS&K has been employed to serve as counsel for and in representing GmbH's interests in the Bankruptcy cases.

<u>Timing of Representation</u>:  BS&K represents GmbH on an ongoing basis in various matters.  Some of GmbH's claims existed pre-petition.

4.   <u>Name</u>:   Marquardt Switches, Inc. ("Switches")

<u>Address</u>:   2711 Route 20 East, Cazenovia, New York 13035

<u>Nature and Amount of Claim</u>:  The aggregate amount of claims held by Switches, which arise under various pre-petition agreements to supply goods and/or services to the captioned Debtors, is in excess of approximately $87,000.00.

<u>Reason for Representation</u>:  BS&K has been employed to serve as counsel for and in representing Switches' interests in the Bankruptcy cases.

<u>Timing of Representation</u>:  BS&K represents Switches on an ongoing basis in various matters.  Some of Switches' claims existed pre-petition.

1139049.1 12/19/2005

5.  Each of the above-referenced creditors (collectively the "Creditors") has retained BS&K to represent its individual interests; the Creditors do not constitute or act as a committee in these cases.

6.  Upon information and belief formed after due inquiry, BS&K does not hold any claims against or equity interests in the Debtors.

7.  I make this verified statement under penalty of perjury under the laws of the State of New York.

Dated: December 19, 2005
    Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: /s/ Stephen A. Donato
    Stephen A. Donato, Esq.
    One Lincoln Center, 18th Floor
    Syracuse, New York 13202
    Telephone: (315) 218-8336