UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DELPHI CORPORATION, *et al.*, ) | Case No. 05-44481 |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Honorable Robert D. Drain |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS ON BEHALF OF METALDYNE COMPANY, LLC

PLEASE TAKE NOTICE that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance in this case as counsel for Metaldyne Company, LLC ("Metaldyne").

FURTHER, PLEASE TAKE NOTICE that, pursuant to Rules 2002(i) and 9007 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby requests that all notices and all other papers required to be served in this case be served upon the following person and that the following person be added to the mailing matrix and the 2002 Service List in this case:

Seth A. Drucker
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
(313) 965-8252 (facsimile)
sdrucker@clarkhill.com

FURTHER, PLEASE TAKE NOTICE that, without limiting the foregoing request for service of all notices and other papers, the undersigned specifically requests, pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure, to be served with all proposed plans of reorganization and disclosure statements and objections relating thereto, as well as all other pleadings, memoranda, and briefs in support of any of the foregoing.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) Metaldyne's rights to have final orders in non-core matters entered only after *de novo* review by a federal district court judge; (b) Metaldyne's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (c) Metaldyne's rights to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretionary withdrawal; or (d) any other rights, claims, actions, defenses,

5214831v.1 0000/00000

setoffs, or recoupments to which Metaldyne is or may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Metaldyne expressly reserves.

CLARK HILL PLC

By: /s/ Seth A. Drucker
    Joel D. Applebaum (*pro hac vice*)
    Seth A. Drucker (*pro hac vice*)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
Attorneys for Metaldyne Company, LLC

Dated: December 19, 2005