**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

IN RE:                                                  Case No. 05-44481 (RDD)

DELPHI CORPORATION, et al.,                             Chapter 11

      Debtors.                                    (Jointly Administered)

_____/    _____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
ON BEHALF OF METRO FIBRES, INC.**

Please take notice that Lyden, Liebenthal & Chappell, Ltd., through undersigned counsel, hereby enters their appearance as counsel for Metro Fibres, Inc. and requests, pursuant to Federal Rule of Bankruptcy Procedure 2002(g), that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served to undersigned counsel at the following address:

> Erik G. Chappell
> Lyden, Liebenthal & Chappell, Ltd.
> 5565 Airport Highway, Suite 101
> Toledo, Ohio 43615
> Telephone: (419) 867-8900
> Telefax: (419) 867-8909
> Email: egc@lydenlaw.com

Please take further notice that the foregoing request includes not only the notices referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, any orders, applications, motions, petitions, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of Metro Fibres, Inc.

Respectfully submitted,

_____
Erik G. Chappell (0066043)
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway, Suite 101
Toledo, Ohio 43615
Telephone: (419) 867-8900
Telefax: (419) 867-8909
Email: egc@lydenlaw.com
Attorney for Metro Fibres, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Notice of Appearance and Request for Notices on Behalf of Metro Fibres, Inc.** was duly served by electronic transmission and/or ordinary U.S. mail, postage prepaid, upon John W. Butler, Jr., Esq., at Skadden Arps Slate Meagher & Flom, LLP, 333 West Wacker Drive, Chicago, Illinois 60606-1285; upon Kayalyn A. Marafioti, Esq. and Thomas J. Matz, Esq., at Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036; upon Alicia M. Leonhard, Esq., at Office of the United States Trustee, Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004; upon Kurtzman Carson Consultants, LLC, Claims and Noticing Agent; 12910 Culver Boulevard, Suite I, Los Angeles, California 90066; and upon Mark A. Broude, Esq., and Robert J. Rosenberg, Esq., at Latham & Watkins, 885 Third Avenue, New York, New York 10022-4802; this 20th day of December, 2005.

_____
Erik G. Chappell, Attorney for Metro Fibres, Inc.