**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

In re: Delphi Corporation, et al.,

                      Debtor.

In re: Case No. 05-44481(RD
Chapter 11

-------------------------------------------------------x

                      Plaintiff

    v.

                      Defendant

Adversary Proceeding
Case No.

-------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice***

I, _____Erik G. Chappell_____, a member in good standing of the bar in the State of Michigan and Ohio__, or of the bar of the U.S. District Court for the __Northern__ District of Ohio_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Metro Fibres, Inc._____, a Creditor_____ in the above referenced [✓] case [ ] adversary proceeding.

My:    address is 5565 Airport Highway, Suite 101, Toledo, Ohio 43615

        e-mail address is __egc@lydenlaw.com__ ; telephone number is __(419) 867-8900__

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 12/20/2005
          New York, New York

                                    _____
                                    Erik G. Chappell (0066043) OH
                                              (P51332) MI
                                  12/20/05

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re: Delphi Corporation, et al.,

                              Debtor.

In re: Case No. 05-44481(RD)
Chapter 11

------------------------------------------------------------x

                              Plaintiff

            v.

Adversary Proceeding
Case No.

                              Defendant
------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Erik G. Chappell_____, a member in good standing of the bar in the State of Michigan and Ohio____, or of the bar of the U.S. District Court for the Northern District of Ohio_____, having request admission, *pro hac vice*, to represent Metro Fibres, Inc._____, a Creditor_____ in the above referenced [✓] case [ ] adversary proceeding.

**ORDERED,**

that Erik G. Chappell_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
        New York, New York   /s/_____
                                          UNITED STATES BANKRUPTCY JUDGE