HODGSON RUSS LLP
Stephen H. Gross (SG-9904)
Cheryl R. Storie (CS-6357)
Stephen L. Yonaty (SY-1400)
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
Telephone: (716) 856-4000
Facsimile: (716) 849-0349

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

---

## VERIFIED STATEMENT CONCERNING REPRESENTATION OF MULTIPLE CREDITORS PURSUANT TO FED.R.BANKR.P. 2019(a)

Hodgson Russ LLP ("Hodgson Russ") submits this verified statement concerning its representation of multiple entities pursuant to Fed.R.Bankr.P. 2019(a), and states as follows:

1.    The above-captioned Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code on October 8, 2002 (the "Petition Date").

2.    Hodgson Russ represents the following entities in these cases: (i) Metal Cladding, Inc. ("Metal Cladding"), (ii) Voss Manufacturing, Inc. ("Voss"); (iii) Unifrax Corporation ("Unifrax"); (iv) Curtis Screw Company LLC ("Curtis Screw"); (v) Outokumpu Copper Nippert, Inc. ("OCNI"); and (vi) Hexcel Corporation ("Hexcel").

3.    The addresses of the entities are set forth below:

- 2 -

   (i)    Metal Cladding, Inc.
             230 South Niagara Street
             Lockport, NY 14094

   (ii)   Voss Manufacturing, Inc.
             2345 Lockport Road
             Sanborn, NY 14132

   (iii)  Unifrax Corporation
             2351 Whirlpool Street
             Niagara Falls, NY 14305

   (iv)  Curtis Screw Company LLC
             P.O. Box 2303
             Buffalo, NY 14240

   (v)    Outokumpu Copper Nippert, Inc.
             801 Pittsburgh Drive
             Delaware, OH 43015

   (vi)  Hexcel Corporation
             P.O. Box 90316
             Chicago, IL 60696

      4.     Each of the above are suppliers to one or more of the Debtors. The amounts of their respective claims are not fixed.

      5.     Each of the above maintained a pre-petition relationship with one or more of the Debtors. In connection with such relationships, reclamation demands were filed on behalf of each of the above.

      6.     Each of the above maintains a client relationship with Hodgson Russ, which firm was retained by each of the respective entities no later than October 8, 2005 for purposes of representing each entity's respective rights in these chapter 11 proceedings.

- 3 -

7.     Hodgson Russ is representing each of the above individually, and not as a committee of any kind.

8.     Hodgson Russ reserves the right to supplement or amend this statement, as and when appropriate.

I verify under penalty of perjury that the foregoing is true and correct.

Dated:     Buffalo, New York
           December 20, 2005

                              HODGSON RUSS LLP
                              *Attorneys for Metal Cladding, Voss, Unifrax, Curtis
                              Screw, OCNI and Hexcel.*


                              By:   /s/ Stephen L. Yonaty
                                    Stephen H. Gross (SG-9904)
                                    Cheryl R. Storie (CS-6357)
                                    Stephen L. Yonaty (SY-1400)
                              One M&T Plaza, Suite 2000
                              Buffalo, New York 14203-2391
                              Tel.: (716) 856-4000
                              Fax: (716) 849-0349