THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Daniel A. Lowenthal (DL 7971)


Attorneys for Oki Semiconductor Company


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, DANIEL A. LOWENTHAL hereby certify that a copy of the Notice of Appearance on

behalf of Oki Semiconductor Company, a party in interest in the cases of Delphi Corporation, *et al.*

was electronically filed through the Court's ECF system and served by either electronic notice or

first class U.S. mail, this 19th day of December, 2005 upon the persons listed on the attached Service

List.



/s/ Daniel A. Lowenthal
Daniel A. Lowenthal (DL 7971)

## SERVICE LIST

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Glenn P. Berger
Jaffe & Asher LLP
600 Third Avenue
New York, NY 10016

James S. Carr
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Babette A. Ceccotti
Cohen, Weiss and Simon
330 West 42nd Street, 25th Floor
New York, NY 10036

Michael L. Cook
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

Patrick M. Costello
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Gary H. Cunningham
Strobl Cunningham & Sharp, P.C.
300 E. Long Lake Road, Suite 200
Bloomingfield Hills, MI

John K. Cunningham
White & Case, LLP
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131

Raniero D'Aversa
Mayer, Brown, Rowe & Maw
1675 Broadway
New York, NY 10019-5820

Craig Alan Damast
Blank Rome LLP
405 Lexington Avenue
New York, NY 10174

Charles Davidow
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037

J. Michael Debbeler
Graydon, Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103

Douglas Ellmann
Ellmann & Ellmann, P.C.
308 West Huron
Ann Arbor, MI 48103-4204

Gary Ettelman
Ettelman & Hochheiser, P.C.
100 Quentin Roosevelt Blvd. # 401
New York Southern Live System
Garden City, NY 11530

Elizabeth K. Flaagan
HOLME ROBERTS & OWEN LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101

Lars H. Fuller
Rothgerber Johson & Lyons, LLP
One Tabor Center, Suite 3000
1200 Seventeenth Street
Denver, CO 80202-5855

Ira P. Goldberg
Di Monte & Lizak, LLC
216 West Higgins Road
Park Ridge, IL 60068-5738

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

David M. Grogan
Shumaker Loop & Kendrick
128 South Tryon Street, Suite 1800
Charlotte, NC 28202

Larry D. Harvey
Larry D. Harvey P.C.
5290 DTC Parkway, Suite 150
Englewood, CO 80111

Jane Ann Himsel
Wooden & McLaughlin, LLP
One Indiana Square, Suite 1800
Indianapolis, IN 46204

Thomas H. Keyse
1700 Lincoln Street, Suite 4000
Denver, CO 80203

Steve Kieselstein
Kieselstein Law Firm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Larry Magarik
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

Jill Mazer-Marino
Scarcella Rosen & Slome, LLP
333 Earle Ovington Boulevard, 9th Floor
Uniondale, NY 11553

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603

Gene T. Moore
1802 15th Street
Tuscaloosa, AL 35401

Thomas C. Pavlik
Novak, Robenalt, Pavlik
Skylight Office Tower, Suite 270
1660 West Second Street Cleveland, OH 44113

Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

Brian Resnick
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Kenneth A. Reynolds
Pryor & Madelup, LLP
675 Old Country Road
Westbury, NY 11590

Harold Ritvo
Harold Ritvo, P.C.
One University Plaza
Hackensack, NJ 07601

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016

Leon R. Russell
3102 Oak Lawn, Suite 600, LB 164
Dallas, TX 75219

Lawrence M. Schwab
BIALSON, BERGEN & SCHWAB, Esq.
2600 EI Camino Real, Suite 300
Palo Alto, CA 94306

Mark R. Somerstein
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10178

Timothy W. Walsh
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, NY 10020-1104

Robert E. Willyard
Law Offices of Robert E. Willyard
2940 East La Palma Avenue, Suite A
Anaheim, CA 92806

Stuart F. Cheney
Law, Weathers & Richardson, P.C.
800 Bridgewater Place
333 Bridge Street, N.W.
Grand Rapids, Michigan 49504-5360

Mark G. Claypool
Knox McLaughlin Gornall & Sennet, P.C.
120 West Tenth Street
Erie, PA 16501-1461