Tiffany Strelow Cobb, Esq. (Ohio Supr. Ct. No. 0067516)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone:  (614) 464-8322
Facsimile:  (614) 719-4663
E-Mail:         tscobb@vssp.com

Counsel for America Online, Inc. and
Its Subsidiaries and Affiliates

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| DELPHI CORPORATION, et al. | § | Case No: 05-44481 (RDD) |
| | § | |
| Debtors. | § | Jointly Administered |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR PAPERS

**PLEASE TAKE NOTICE** that America Online, Inc. ("AOL") and its subsidiaries and affiliates[1] (collectively, the "AOL Entities"), creditors and parties in interest herein, appear by counsel, Tiffany Strelow Cobb of Vorys, Sater, Seymour, and Pease LLP, and request, pursuant to Rules 2002, 9007, and 9010 of the Bankruptcy Rules, and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned pursuant to the administrative procedures for electronic filing or at the following office address and telephone number:

---

[1] AOL's subsidiaries and affiliates include, but are not limited to, MapQuest.com, Inc., Netscape, Digital City, AOL Instant Messenger, Spinner, CompuServe, Tegic and WinAmp.

        Tiffany Strelow Cobb, Esq.
        Vorys, Sater, Seymour, and Pease LLP
        52 East Gay Street
        Columbus, Ohio  43215
        Telephone: (614) 464-8322
        Facsimile:    (614) 719-4663
        E-Mail:        tscobb@vssp.com

Dated: December 21, 2005        VORYS, SATER, SEYMOUR AND PEASE, LLP

        By:   /s/ Tiffany Strelow Cobb
        Tiffany Strelow Cobb (Ohio Supr. Ct. No. 0067516)
        Vorys, Sater, Seymour, and Pease LLP
        52 East Gay Street
        Columbus, Ohio  43215
        Telephone: (614) 464-8322
        Facsimile:    (614) 719-4663
        E-Mail:         tscobb@vssp.com

        Counsel for America Online, Inc. and Its
        Subsidiaries and Affiliates

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2005, a copy of the preceding Notice of Appearance was electronically filed through the Court's ECF system and served upon the attached Master Service List by regular U.S. mail, or as otherwise indicated on said list, and by operation of the Court's electronic filing system.  Parties may also access this filing through the Court's system.

        /s/ Tiffany Strelow Cobb
        Tiffany Strelow Cobb, Esq.

**MASTER SERVICE LIST**

| | |
|---|---|
| Delphi Corporation<br>Attn: Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | Skadden, Arps, Slate, Meagher & Flom LLP<br>Attn: John W. Butler, Jr., John K. Lyons, Ron E. Meisler<br>Attorneys for the Debtors<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606 |
| Skadden, Arps, Slate Meagher & Flom LLP<br>Attn: Kayalyn A. Marafioit, Thomas J. Matz<br>Attorneys for the Debtors<br>Four Times Square, PO Box 300<br>New York, New York 10036 | Shearman & Sterling LLP<br>Attn: Douglas Bartner, Jill Frizzley<br>Local Counsel to Debtors<br>599 Lexington Avenue<br>New York, NY 10022 |
| Latham & Watkins LLP<br>Attn: Robert J. Rosenberg<br>Attorneys for Creditors' Committee<br>885 Third Avenue<br>New York, NY 10022 | The Office of the U.S. Trustee<br>Attn: Alicia M. Leonard<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Honigman Miller Schwartz and Cohn LLP<br>Attn: Robert b. Weiss, Frank L. Gorman<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | The Office of the U.S. Trustee<br>Attn: Deirdre A. Martin<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004 |
| Davis Polk & Wardwell<br>Attn: Donald Bernstein<br>Postpetition Administrative Agent<br>450 Lexington Avenue<br>New York, NY 10017 | Simpson Thatcher & Bartlett LLP<br>Attn: Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>Prepetition Administrative Agent<br>425 Lexington Avenue<br>New York, NY 10017 |
| JP Morgan Chase Bank, N.A.<br>Attn: Vilma Francis<br>Prepetition Administrative Agents<br>270 Park Avenue<br>New York, NY 10017 | JP Morgan Chase Bank, N.A.<br>Attn: Gianni Russello, Thomas F. Maher, Richard Duker<br>Postpetition Administrative Agents<br>270 Park Avenue<br>New York, NY 10017 |
| Capital Research and Management Company<br>Attn: Michelle Robson<br>11100 Santa Monica Blvd, 15th Floor<br>Los Angeles, CA 90025 | Cohen Weiss & Simon<br>Attn: Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 |
| Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Attn: Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 | Electronic Data Systems Corp.<br>Attn: Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Flextronics International<br>Attn: Carrie L. Schiff, Terry Zale<br>6328 Monarach Park Place<br>Niwot, CO 80503 | Freescale Semiconductor, Inc.<br>Attn: Richard Lee Chambers, II<br>6501 William Cannon Drive West<br>MD OE16<br>Austin, TX 78735 |

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
Attn: Gordon Z. Novod, Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY 10036

Hodgson Russ LLP
Attn: Stephen H. Gross
152 W. 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Dept.
477 Michigan Avenue, Mail Stop 15
Detroit, MI 48226

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, NY 10022

Mesirow Financial
Attn: Melissa Knolls
321 N. Clark Street, 13th Floor
Chicago, IL 60601

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York, NY 10271

O'Melveny & Meyer LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, NW
Washington, DC 20006

Philips Nizer LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, NY 10103

Securities and Exchange Commission
Reorganization Branch
233 Broadway
New York, NY 10279

Stevens & Lee, PC
Attn: Chester B. Salomon, Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

General Electric Company
Attn: Valerie Venable
One Plastics Avenue
Pittsfield, MA 01201

Groom Law Group
Attn: Lonie A. Hasse
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Internal Revenue Service
Attn: Insolvency Dept., Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

IUE-CWA
Attn: Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd, Suite 1
Los Angeles, CA 90066

Morrison Cohen LLP
Attn: Joseph T. Moldovan
909 Third Avenue
New York, NY 10022

O'Melveny & Meyer LLP
Attn: Robert Seigel
400 South Hope Street
Los Angeles, CA 90071

Pension Benefit Guaranty Corp.
Attn: Jeffrey Cohen, Ralph L. Landy
1200 K Street, NW, Suite 340
Washington, DC 20005

Rothchild Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

| | |
|---|---|
| Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Law Debenture Trust of New York<br>Attn: Patrick J. Healy, Daniel R. Fisher<br>767 Third Avenue, 31st Floor<br>New York, NY 10017 |
| McDermott Will & Emery LLP<br>Attn: David D. Cleary, Mohsin N. Khambati<br>227 West Monroe Street<br>Chicago, IL 60606 | McTigue Law Firm<br>Attn: J. Brian McTigue, Cornish F. Hitchcock<br>5301 Wisconsin Avenue NW, Suite 350<br>Washington, DC 20015 |
| Northeast Regional Office<br>Attn: Mark Schonfeld, Regional Director<br>3 World Financial Center, Room 4300<br>New York, NY 10281 | Spencer Fane Britt & Browne LLP<br>Attn: Daniel D. Doyle, Nicholas Franke<br>1 North Brentwood Boulevard, Tenth Floor<br>St. Louis, MO 63105 |
| Warner Stevens, LLP<br>Attn: Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Ft. Worth, TX 76102 | Weil, Gotshal & Manges LLP<br>Attn: Jeffrey, L. Tanenbaum, Martin J. Bienenstock,<br>Michael P. Kessler<br>767 Fifth Avenue<br>New York, NY 10153 |
| The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004-1408<br>**(via Overnight Courier)** | |