VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6450
Robert J. Sidman, Esq. (Ohio-0017390)
Email: rjsidman@vssp.com
Tiffany Strelow Cobb (Ohio-0067516)
Email: tscobb@vssp.com

Attorneys for Honda of America Manufacturing, Inc. and Its Affiliates,
The Worthington Steel Company, Worthington Steel of Michigan, Inc.,
YUSA Corporation, A. Schulman, Inc. and America Online, Inc. and Its
Subsidiaries and Affiliates

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| DELPHI CORPORATION, et al. | § § | Case No: 05-44481 (RDD) |
| Debtors. | § § § | Jointly Administered |

**AMENDED VERIFIED STATEMENT PURSUANT TO
RULE 2019 OF THE BANKRUPTCY CODE**

Vorys, Sater, Seymour and Pease LLP (the "Vorys Firm"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, hereby files this Amended Verified Statement.

1. Name and address of creditors/parties in interest represented:

   Honda of America Manufacturing, Inc. and its affiliates
   24000 Honda Parkway
   Marysville, OH 43040-9251

   The Worthington Steel Company
   200 Old Wilson Bridge Road
   Columbus, OH 43085

    Worthington Steel of Michigan, Inc.
    11700 Worthington Drive
    P.O. Box 638
    Taylor, MI 48180

    YUSA Corporation
    151 Jamison Road SW
    Washington C.H., Ohio 43160

    A. Schulman, Inc.
    3550 West Market Street
    Akron, OH 44333

    America Online, Inc. ("AOL") and its subsidiaries
    and affiliates[1] (collectively, the "AOL Entities")
    22000 AOL Way
    Dulles, VA 20166

  2.  Nature and amount of claim or interest and time of acquisition thereof unless it is alleged to have been acquired more than one year prior to the filing of the petition.

    A.  Honda of America Manufacturing, Inc. and its affiliates may be asserting claims in this Chapter 11 case with an amount that has not yet been determined. Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    B.  The Worthington Steel Company and Worthington Steel of Michigan, Inc. may be asserting claims in this Chapter 11 case with an amount that has not yet been determined. Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

    C.  YUSA Corporation may be asserting a claim(s) in this Chapter 11 case with an amount(s) that has not yet been determined. Counsel has been retained by these creditors

---

[1] AOL's subsidiaries and affiliates include, but are not limited to, MapQuest.com, Inc., Netscape, Digital City, AOL Instant Messenger, Spinner, CompuServe, Tegic and WinAmp.

2

to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

   D. A. Schulman, Inc. may be asserting claims in this Chapter 11 case with an amount that has not yet been determined.  Counsel has been retained by this creditor to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

   E. The AOL Entities may be asserting claims in this Chapter 11 case with an amount that has not yet been determined.  Counsel has been retained by these creditors to represent it in all matters regarding this Chapter 11 proceeding at its normal and customary hourly rates.

  3. A recital of pertinent facts and circumstances in connection with the employment of the entity or entities at whose instance, directly or indirectly, the employment was arranged.

  The Vorys Firm has represented each of the above creditors/parties in interest for a number of years on a variety of matters and was asked by each of these related entities to represent each in this Chapter 11 case.

  4. With reference to the time of the employment of the entity, the organization or formation of the committee, or the appearance in the case, the amounts of claims or interests owned by the entity, the times when acquired, the amounts paid therefor, and any sales or other disposition thereof.

This is not applicable to the Vorys Firm.

Respectfully submitted,

By: /s/ Tiffany Strelow Cobb
Robert J. Sidman, Esq. (0017390)
Tiffany Strelow Cobb, Esq. (0067516)
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43216
Phone: (614) 464-8322
Fax:    (614) 719-4663
E-mail:  tscobb@vssp.com

## VERIFICATION

I, Tiffany Strelow Cobb, of the law firm of Vorys, Sater, Seymour, and Pease LLP, declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb

STATE OF OHIO           )
                        )   ss.
COUNTY OF FRANKLIN      )

SWORN TO AND SUBSCRIBED TO in my presence, this 21st of December, 2005.

/s/ Elissa P. Litfin
Notary Public, State of Ohio
My commission expires on March 27, 2008

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of December, 2005, a copy of the preceding Amended Verified Rule 2019 Statement was electronically filed through the Court's ECF system and served upon the attached Master Service List by regular U.S. mail, or as otherwise indicated on said list, and by operation of the Court's electronic filing system. Parties may also access this filing through the Court's system.

/s/ Tiffany Strelow Cobb
Tiffany Strelow Cobb, Esq.

# MASTER SERVICE LIST

Delphi Corporation
Attn: Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John W. Butler, Jr., John K. Lyons, Ron E. Meisler
Attorneys for the Debtors
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate Meagher & Flom LLP
Attn: Kayalyn A. Marafioit, Thomas J. Matz
Attorneys for the Debtors
Four Times Square, PO Box 300
New York, New York 10036

Shearman & Sterling LLP
Attn: Douglas Bartner, Jill Frizzley
Local Counsel to Debtors
599 Lexington Avenue
New York, NY 10022

Latham & Watkins LLP
Attn:  Robert J. Rosenberg
Attorneys for Creditors' Committee
885 Third Avenue
New York, NY 10022

The Office of the U.S. Trustee
Attn: Alicia M. Leonard
33 Whitehall Street, 21st Floor
New York, New York 10004

Honigman Miller Schwartz and Cohn LLP
Attn: Robert b. Weiss, Frank L. Gorman
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

The Office of the U.S. Trustee
Attn: Deirdre A. Martin
33 Whitehall Street, 21st Floor
New York, New York 10004

Davis Polk & Wardwell
Attn: Donald Bernstein
Postpetition Administrative Agent
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Bartlett LLP
Attn:  Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.
Prepetition Administrative Agent
425 Lexington Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.
Attn: Vilma Francis
Prepetition Administrative Agents
270 Park Avenue
New York, NY 10017

JP Morgan Chase Bank, N.A.
Attn: Gianni Russello, Thomas F. Maher, Richard Duker
Postpetition Administrative Agents
270 Park Avenue
New York, NY 10017

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

Cohen Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, NY 10036

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, NY 10178-0061

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, MI 48098

Flextronics International
Attn: Carrie L. Schiff, Terry Zale
6328 Monarach Park Place
Niwot, CO 80503

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, II
6501 William Cannon Drive West
MD OE16
Austin, TX 78735

| | |
|---|---|
| FTI Consulting, Inc.<br>Attn: Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY 10036 | General Electric Company<br>Attn: Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA 01201 |
| Kramer Levin Naftalis & Frankel LLP<br>Attn: Gordon Z. Novod, Thomas Moers Mayer<br>1177 Avenue of the Americas<br>New York, NY 10036 | Groom Law Group<br>Attn: Lonie A. Hasse<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Hodgson Russ LLP<br>Attn: Stephen H. Gross<br>152 W. 57th Street, 35th Floor<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Dept., Mario Valerio<br>290 Broadway, 5th Floor<br>New York, NY 10007 |
| Internal Revenue Service<br>Attn: Insolvency Dept.<br>477 Michigan Avenue, Mail Stop 15<br>Detroit, MI 48226 | IUE-CWA<br>Attn: Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH 45439 |
| Jeffries & Company, Inc.<br>Attn: William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY 10022 | Kurtzman Carson Consultants<br>Attn: James Le<br>12910 Culver Blvd, Suite 1<br>Los Angeles, CA 90066 |
| Mesirow Financial<br>Attn: Melissa Knolls<br>321 N. Clark Street, 13th Floor<br>Chicago, IL 60601 | Morrison Cohen LLP<br>Attn: Joseph T. Moldovan<br>909 Third Avenue<br>New York, NY 10022 |
| Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York, NY 10271 | O'Melveny & Meyer LLP<br>Attn: Robert Seigel<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| O'Melveny & Meyer LLP<br>Attn: Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 | Pension Benefit Guaranty Corp.<br>Attn: Jeffrey Cohen, Ralph L. Landy<br>1200 K Street, NW, Suite 340<br>Washington, DC 20005 |
| Philips Nizer LLP<br>Attn: Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY 10103 | Rothchild Inc.<br>Attn: David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY 10279 | Seyfarth Shaw LLP<br>Attn: Robert W. Dremluk<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 |
| Stevens & Lee, PC<br>Attn: Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Togut, Segal & Segal LLP<br>Attn: Albert Togut<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |

| | |
|---|---|
| Wilmington Trust Company<br>Attn: Steven M. Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Law Debenture Trust of New York<br>Attn: Patrick J. Healy, Daniel R. Fisher<br>767 Third Avenue, 31st Floor<br>New York, NY 10017 |
| McDermott Will & Emery LLP<br>Attn: David D. Cleary, Mohsin N. Khambati<br>227 West Monroe Street<br>Chicago, IL 60606 | McTigue Law Firm<br>Attn: J. Brian McTigue, Cornish F. Hitchcock<br>5301 Wisconsin Avenue NW, Suite 350<br>Washington, DC 20015 |
| Northeast Regional Office<br>Attn: Mark Schonfeld, Regional Director<br>3 World Financial Center, Room 4300<br>New York, NY 10281 | Spencer Fane Britt & Browne LLP<br>Attn: Daniel D. Doyle, Nicholas Franke<br>1 North Brentwood Boulevard, Tenth Floor<br>St. Louis, MO 63105 |
| Warner Stevens, LLP<br>Attn: Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Ft. Worth, TX 76102 | Weil, Gotshal & Manges LLP<br>Attn: Jeffrey, L. Tanenbaum, Martin J. Bienenstock, Michael P. Kessler<br>767 Fifth Avenue<br>New York, NY 10153 |
| The Honorable Judge Robert D. Drain<br>United States Bankruptcy Court<br>One Bowling Green<br>New York, NY 10004-1408<br>**(via Overnight Courier)** | |