# EXHIBIT A



810 Seventh Avenue, Suite 400
New York, NY 10019

# Invoice

| Date | Invoice # |
|---|---|
| 12/19/2005 | DELPHI-004 |

**Bill To**

Delphi Corporation
C/O Entech USB
P.O. Box 319022
Chicago, IL 60631

**Prepetition Amount**
**This invoice supercedes Delhi-004 dated 12/02/05**

| P.O. No. | Terms |
|---|---|
| n/a | Upon receipt |

| Item | Invoice Date | Description | Amount | Total |
|---|---|---|---|---|
| October Prepayment | Received 9/15/05 | Prepayment of $250,000.00 | $ (250,000.00) | $ (250,000.00) |
| October Usage | 10/13/2005 | Acct#2007545, Invoice#2139640 | $ 117,700.35 | |
| October Usage | 11/30/2005 | Acct#2007544, Invoice#2148704 | $ 29,659.79 | |
| October True Up | 11/1/2005 | Oct True Up for Sept Usage (Accrued 11/1/05, Due 11/10/05) | $537,007.93 | |
| Prepetition Balance | | July-05 | ($8,164.35) | |
| Prepetition Balance | | Aug-05 | $ 367,207.57 | $ 1,043,411.29 |
| **TOTAL DUE PRIOR TO APPLICATION OF PREPAYMENT** | | | | **$1,043,411.29** |

Remit payment to:
Constellation NewEnergy, Inc.
Payment Center
P.O. Box 642399
Pittsburgh, PA 15264-2399