IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for Averitt Express, Inc., a creditor, and requests, pursuant to *inter alia*, Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon:

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203
Telephone: (615) 321-0555
Fax: (615) 321-9555

Please take further notice that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, courier service, telephone, facsimile transmission or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, including Averitt Express, Inc. with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds

thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) that requires or seeks to require any act, delivery of a property, payment or other conduct by Averitt Express, Inc.

    Dated this _____ day of _____, 2005.

                                  Respectfully submitted,

                                   ___s/ Amy Wood Malone_____
                                   Amy Wood Malone, # 21765
                                   Colbert & Winstead, P.C.
                                   1812 Broadway
                                   Nashville, TN 37203
                                   (615) 321-0555

                                   *Attorney for Averitt Express, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Entry of Appearance has been sent via electronic transmittal to all parties of record.
    Dated this _____ day of _____, 2005.

                                   ___s/Amy Wood Malone_____
                                   Amy Wood Malone