**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street, Suite 1200
Newark, NJ 07102
(973) 424-2000
Facsimile (973) 424-2001
By:  Joseph H. Lemkin, Esq. (JL-2490)
Attorneys for NDK America, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon
(America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami
America Ltd., Taiho Kogyo, Ltd., SL Tennessee, LLC, Hosiden America Corporation and
Samtech Corporation

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| **Delphi Corporation, <u>et al.</u>,** | Case No. 05-44481 |
| Debtors. | |

**ORDER GRANTING MOTION UNDER LOCAL BANKR. R. 2090-1(b)
FOR ADMISSION OF GARY D. SANTELLA *PRO HAC VICE***

Upon the motion, dated December 10, 2005 (the "Motion"), for entry of an order granting

the admission of Gary D. Santella before the United States Bankruptcy Court for the Southern

District of New York, as is more fully set forth in the Motion; and the Court having jurisdiction

to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and

1334; and the Court having determined that the relief sought in the Motion is in the best interests

of the parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that Gary D. Santella is permitted to appear *pro hac vice* as counsel to NDK

America, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation,

Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami America Ltd., Taiho

Kogyo, Ltd., SL Tennessee, LLC, Hosiden America Corporation and Samtech Corporation in the

above-captioned Chapter 11 case.

Dated: December ___, 2005

_____

United States Bankruptcy Judge