# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et. al., | : | Case No. 05-44481 |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

**PLEASE TAKE NOTICE**, that NDK America, Inc./NDK Crystal, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami America, Ltd., SL America, Inc./SL Tennessee, LLC, Hosiden America Corporation and Samtech Corporation. ("Creditors") hereby appear by and through their counsel, Masuda, Funai, Eifert & Mitchell Ltd. and Duane Morris LLP and demand, pursuant to Bankruptcy Rules 2002 and 9010(b), that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned attorneys, or on its behalf, at the addresses set forth below:

**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
Joseph H. Lemkin, Esq.
744 Broad Street, Ste. 1200
Newark, N.J.  07102
(973) 424-2000
Facsimle No.: (973) 424-2001
Email: jhlemkin@duanemorris.com

**-and-**

NWK\113215.1

**Masuda Funai Eifert & Mitchell, Ltd.**
Gary D. Santella, Esq.
203 North LaSalle Street, Suite 2500
Chicago, IL 60601-1262
Tel:   312.245.7500
Fax: 312.245.7467

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of pleadings referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect, or seek to affect in any way, the Creditors, or property in which they may claim an interest.

By: /s/ Joseph H. Lemkin
     Joseph H. Lemkin (JL/2490)
**DUANE MORRIS LLP**
A Delaware Limited Liability Partnership
744 Broad Street, Suite 1200
Newark, New Jersey 07102-3887
(973) 424-2000

Dated: December 21, 2005

NWK\113215.1