# LAW OFFICE OF GENE T. MOORE, PC

GENE T. MOORE

ALAN L. VICKREY

JOHN M. DAWKINS·

*ALSO LICENSED IN TEXAS

---

| TELEPHONE: | 1802 FIFTEENTH STREET | FACSIMILE: |
| --- | --- | --- |
| (205) 349-5413 | TUSCALOOSA, ALABAMA 35401 | (205) 349-2512 |

---

December 12, 2005

Mary Lopez
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004

**In Re: Delphi Corporation, et al., Case No. 05-44481**

Dear Ms. Lopez:

Pursuant to a conversation that my office had with yours this morning, I have reviewed my file and decided, at this time, to withdraw the Motion for Relief from the Automatic Stay filed with the Court on or about October 31, 2005.

Therefore, this letter will serve as my Notice of Withdrawal for the Motion for Relief from the Automatic Stay.

Thank you for your time and attention to this matter. It is greatly appreciated. Please do not hesitate to contact me if you have any questions or comments and/or need any additional information. I look forward to hearing from you and working with you in the future should the need so arise.

I am and remain yours very:

Truly,

Gene T. Moore, Esq.

RECEIVED
DEC 16 2005
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK