# Frederick T. Rikkers
## Attorney at Law

419 Venture Court  P.O. Box 930555
Verona  Wisconsin  53593
ftrikkers@rikkerslaw.com

December 12, 2005

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
P.O. Box 5058
Bowling Green Station
New York, NY  10274-5058

    Re:  Delphi Corporation, et. al.
         Case No. 05-44481 (RDD)

Ladies and Gentlemen:

    Please update your records to reflect that I am representing Southwest Metal Finishing, Inc. of 2445 South Calhoun Road, New Berlin, WI 53151 in this matter. The recent Notice of Motion for an Order Under 11 U.S.C. §§ 363(b) and 365(a) and Fed. R. Bankr. P. 9019 Approving Procedures to Assume Certain Amended and Restated Sole Source Supplier Agreements was sent directly to Southwest Metal Finishing, Inc. and not to my office. Please kindly send all further correspondence to me at the address listed above. Thank you for your assistance.

Yours very truly,

Frederick T. Rikkers

FTR/dd

Telephone. 608 848 6350 | Facsimile. 608 848 6357 | Mobile. 608 225 6355



Frederick T. Rikkers
Attorney at Law
41 Venture Court   P.O. Box 930555
Verona Wisconsin 53593

United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing
Center
P.O. Box 5058
Bowling Green Station
New York, NY 10274-5058