# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In re: )
)
DELPHI CORPORATION, et al., )    Case No. 05-44481 - rdd
)    Chapter 11
Debtor. )    Hon. Robert D. Drain
_____)

### PROOF OF SERVICE

The undersigned, being duly sworn, certifies that she served papers as follows:

1. Document(s) served:   Notice of Appearance and Request for Service of Papers and this Proof of Service:

2. Served upon:   United States Bankruptcy Court (via Federal Express)
Southern District of New York
One Bowling Green
New York, NY  10004

John Wm. Butler, Jr., Esq. (via first class mail)
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Esq. (via first class mail)
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Robert J. Rosenberg, Esq. (via first class mail)
Latham & Watkins, LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4834

Deirdre A. Martini (via first class mail)
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004-2111


RECEIVED
DEC 16 2005
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

3.     Date of Service:     December 15, 2005.

I declare that the statements above are true to the best of my information, knowledge, and belief.

_____
Patrice A. DeTal