BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, Michigan 48226-3281
(313) 965-9725
C. David Bargamian (Mich. P43742)
Leo J. Gibson (Mich. P64984)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
In re                                                        :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481
                                                             :
                    Debtors.                                 :    (Jointly Administered)
------------------------------------------------------------ X

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Leo J. Gibson, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the honorable Robert D. Drain, to represent RBS Asset Finance, Inc., formerly known as ICX Corporation, a creditor in the above-captioned case.

| | |
|---|---|
| My address is: | 211 West Fort Street, 15th Floor<br>Detroit, Michigan 48226-3281 |
| My e-mail address is: | lgibson@bsdd.com |
| My telephone number is: | 313-965-9725 |

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: December 22, 2005                     /s/ Leo J. Gibson
Detroit, MI 48226                            Leo J. Gibson (Mich. P64984)

**ORDER**

IT IS ORDERED that Leo J. Gibson, Esq., is admitted to practice, *pro hac vice*, in the above-captioned case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Date: _____
New York, New York

_____
Hon. ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

g:\docsopen\lgibson\l-app\0306260.01