**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
Menachem O. Zelmanovitz (MZ-0706)
Andrew D. Gottfried (AG-1699)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

|  |  |  |
|---|---|---|
| In re | : |  |
|  | : | Chapter 11 |
| DELPHI CORPORATION, *et al.,* | : | Case No. 05-444-81 (RDD) |
| Debtors. | : |  |
|  | : | (Jointly Administered) |

_____

### VERIFIED STATEMENT OF MORGAN, LEWIS & BOCKIUS LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Morgan, Lewis & Bockius LLP ("ML&B") submits this verified statement (the "Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure and states as follows:

1. ML&B represents the following creditors and parties in interest (the "Clients") in connection with the above-captioned cases:

| Name | Address |
|---|---|
| Hitachi Chemical (Singapore) Pte. Ltd. | 32 Loyang Way<br>Singapore 508730 |
| Sumitomo Corporation | 8-11 Harumi 1-Chome, Chuo-ku<br>Tokyo 104-8610, Japan |
| ITT Industries, Inc. | 4 West Red Oak Lane<br>White Plains, NY 10604 |
| Intercall, Inc. | 11808 Miracle Hills Drive<br>Omaha, Nebraska 68154 |

2. Each of the Clients is a supplier of automotive parts or other goods or equipment to one or more of the Debtors pursuant to various purchase orders and/or agreements.

3. ML&B's representations of the Clients are separate and concern claims and interests of different origins of different creditors.

4. ML&B does not hold any claim against or interest in the Debtors, and has not done so since its engagement by each of the Clients in connection with these cases.

5. ML&B reserves the right to amend or supplement this Statement.

6. The undersigned verifies that he is a member of ML&B, that he has read the foregoing statement and that it is true and correct to the best of his knowledge, information and belief.

Dated: New York, New York
December 22, 2005

MORGAN, LEWIS & BOCKIUS LLP

By: __/s/ Menachem O. Zelmanovitz__
Menachem O. Zelmanovitz (MZ 0706)
101 Park Avenue
New York, New York  10178
(212) 309-6000

Attorneys for Hitachi Chemical (Singapore) Pte. Ltd., Sumitomo Corporation, ITT Industries, Inc. and Intercall, Inc.

1-NY/1982941.1