**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
Menachem O. Zelmanovitz (MZ-0706)
Andrew D. Gottfried (AG-1699)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                           :
In re                                      :
                                           :    Chapter 11
DELPHI CORPORATION, *et al.,*              :
                                           :    Case No. 05-444-81 (RDD)
           Debtors.                        :
                                           :    (Jointly Administered)
_____

## CERTIFICATE OF SERVICE

I, Amanda R. Waller, hereby certify that on December 22, 2005 I served the annexed Verified Statement of Morgan, Lewis & Bockius LLP Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure upon the parties on the attached list via overnight mail.

/s/ Amanda R. Waller
AMANDA R. WALLER

1-NY/1984764.1

Charles Davidow, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037
    - and -
John Wm. Butler, Jr., Esq.
Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
Fax : (312) 407-0411
*Attorneys for Debtors*

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
(212) 510-0508
Fax : (212) 668-2255

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Fax : (212) 751-4864
    - and –
Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
Fax : (817) 810-5255
*Attorneys for Official Committee of Unsecured Creditors*