**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>                              Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

## CERTIFICATION OF SERVICE

I, Ira M. Levee, of full age, verify that on December 22, 2005, I caused to be served by First Class Mail a copy of the First Amended and Restated Verified Statement Pursuant To Bankruptcy Rule 2019(a) on the persons on the annexed service list.

I verify under penalty of perjury that the forgoing statements are true.

Dated:  December 22, 2005             By: /s/ Ira M. Levee
                                                        Ira M. Levee

**LOWENSTEIN SANDLER PC**
1251 Avenue of the Americas, 18th Floor
New York, New York 10020
(212) 262-6700  (Telephone)
(212) 262-7402  (Facsimile)
                    and
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff and the prospective class*

18692/2
12/22/2005 1827703.01

-2-

## SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr.<br>Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate, Meagher<br>    & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL 60606-1285 | Charles Davidow, Esq.<br>Wilmer Cutler Pickering Hal & Dorr LLP<br>2445 M Street<br>Washington, DC 20037 |
| Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 |
| Michael D. Warner, Esq.<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102 | |