# EXHIBIT "B"

*Historical Quotes*    Data Supplied by **SUNGARD**

Search                                                                                      Results

## Results

                         ⇦ Prev | Next ⇨                                  Next Steps  New Search
                                                                                       Go

**DPHI Q - Delphi Automotive System Corporation (Non-NASDAQ OTC)**

**Currency:** Currency as reported (CAR)        **Frequency:** Daily prices
**Date(s):** 10/04/2005 - 12/21/2005             **Exchange:** Non-NASDAQ OTC

View Tables   Get Charts                                              Open as Spreadsheet

| Date       | Close  | High  | Low   | Volume      |
|------------|--------|-------|-------|-------------|
| 10/04/2005 | 2.78   | 2.87  | 2.75  | 11,575,000  |
| 10/05/2005 | 2.50   | 2.73  | 2.20  | 28,310,000  |
| 10/06/2005 | 2.20   | 2.46  | 2.10  | 19,988,000  |
| 10/07/2005 | 1.12   | 2.00  | 1.03  | 93,884,000  |
| 10/10/2005 | 0.33   | 0.58  | 0.33  | 324,720,000 |
| 10/11/2005 | 0.305  | 0.39  | 0.228 | 142,670,000 |
| 10/12/2005 | 0.474  | 0.479 | 0.29  | 119,270,000 |
| 10/13/2005 | 0.395  | 0.496 | 0.39  | 37,751,000  |
| 10/14/2005 | 0.48   | 0.495 | 0.415 | 30,743,000  |
| 10/17/2005 | 0.537  | 0.539 | 0.471 | 56,058,000  |
| 10/18/2005 | 0.45   | 0.55  | 0.431 | 19,361,000  |
| 10/19/2005 | 0.41   | 0.47  | 0.40  | 14,063,000  |
| 10/20/2005 | 0.42   | 0.90  | 0.38  | 13,263,000  |
| 10/21/2005 | 0.385  | 0.432 | 0.381 | 14,023,000  |
| 10/24/2005 | 0.376  | 0.395 | 0.361 | 11,113,000  |
| 10/25/2005 | 0.418  | 0.42  | 0.295 | 14,968,000  |
| 10/26/2005 | 0.422  | 0.449 | 0.406 | 15,717,000  |
| 10/27/2005 | 0.39   | 0.43  | 0.38  | 5,850,300   |
| 10/28/2005 | 0.39   | 0.465 | 0.39  | 9,084,500   |
| 10/31/2005 | 0.405  | 0.41  | 0.39  | 5,371,100   |
| 11/01/2005 | 0.405  | 0.42  | 0.40  | 4,130,900   |

| | | | | |
|---|---|---|---|---|
| 12/19/2005 | **0.34**  | 0.347 | 0.33  | 3,720,400 |
| 12/20/2005 | **0.343** | 0.348 | 0.336 | 2,402,800 |
| 12/21/2005 | **0.322** | 0.345 | 0.318 | 5,483,800 |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.