EXHIBIT "L"

Table of Contents

## DELPHI CORPORATION
## CONSOLIDATED BALANCE SHEETS

|  | September 30, 2005 (Unaudited) | December 31, 2004 |
|---|---:|---:|
|  | (In millions) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,652 | $ 950 |
| Restricted cash | 13 | 14 |
| Accounts receivable, net: | | |
|   General Motors and affiliates | 2,367 | 2,182 |
|   Other | 2,646 | 1,476 |
| Retained interest in receivables, net | — | 726 |
| Inventories, net: | | |
|   Productive material, work-in-process and supplies | 1,320 | 1,413 |
|   Finished goods | 559 | 545 |
| Deferred income taxes | 35 | 39 |
| Prepaid expenses and other | 384 | 354 |
|   Total current assets | 8,976 | 7,699 |
| Long-term assets: | | |
| Property, net | 5,358 | 5,946 |
| Deferred income taxes | 107 | 130 |
| Goodwill | 751 | 798 |
| Other intangible assets | 59 | 80 |
| Pension intangible assets | 1,044 | 1,044 |
| Other | 915 | 896 |
|   Total assets | $ 17,210 | $ 16,593 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | |
| Current liabilities: | | |
| Notes payable, current portion of long-term debt and debt in default | $ 5,301 | $ 507 |
| Accounts payable | 3,212 | 3,504 |
| Accrued liabilities | 3,086 | 2,694 |
|   Total current liabilities | 11,599 | 6,705 |
| Long-term liabilities: | | |
| Long-term debt | 67 | 2,061 |
| Junior subordinated notes due to Delphi Trust I and II | — | 412 |
| Pension benefits | 2,910 | 3,523 |
| ✻ Postretirement benefits other than pensions | 6,767 ✻ | 6,297 |
| Other | 1,020 | 936 |
|   Total liabilities | 22,363 | 19,934 |
| Commitments and contingencies (Note 12) | | |
| Minority interest | 161 | 198 |
| Stockholders' deficit: | | |
| Common stock, $0.01 par value, 1,350 million shares authorized, 565 million shares issued in 2005 and 2004 | 6 | 6 |
| Additional paid-in capital | 2,669 | 2,661 |
| Accumulated deficit | (5,467) | (3,913) |
| Minimum pension liability | (2,458) | (2,469) |
| Accumulated other comprehensive (loss) income, excluding minimum pension liability | (12) | 237 |
| Treasury stock, at cost (3.2 million and 3.8 million shares in 2005 and 2004, respectively) | (52) | (61) |

|  |  |  |
|---|---:|---:|
| Total stockholders' deficit | (5,314) | (3,539) |
| Total liabilities and stockholders' deficit | $ 17,210 | $ 16,593 |

See notes to consolidated financial statements.

4