EXHIBIT "M"

12/14/05 St. Louis Post-Dispatch B3
2005 WLNR 20247770

St. Louis Post-Dispatch (MO)
Copyright 2005 St. Louis Post-Dispatch

December 14, 2005

Section: Business

UAW, GM talk about strike threat at Delphi

Dee-Ann Durbin THE ASSOCIATED PRESS

 DETROIT <u>The United Auto Workers union isn't negotiating with auto-parts supplier Delphi Corp., but began talking with General Motors Corp. two weeks ago about a deal that could avert a strike at Delphi, the UAW's top GM negotiator said Tuesday.</u> 

UAW Vice President Richard Shoemaker said Delphi has only talked to the union twice since it filed for bankruptcy in October, when it gave the union two different wage proposals.

The UAW rejected both proposals, which would have cut production workers' wages to $12.50 an hour or lower from $27 an hour. Shoemaker said the UAW hasn't offered its own wage proposal.

"Their proposal, the quality of it, is such that it doesn't warrant us making a counterproposal," Shoemaker said.

UAW President Ron Gettelfinger also said that he plans to meet today with local union leaders about a proposed agreement to cut Ford Motor Co.'s health care costs.

Gettelfinger wouldn't reveal specifics but said the agreement is similar to one reached with GM that makes hourly workers and retirees pay more for their health care.

Gettelfinger said the decision to cut back on benefits was a difficult one. The union also plans to start health care negotiations with DaimlerChrysler AG's Chrysler Group.

"We did not want to go down this road. It was not an easy decision to make, but it was the right decision," he said.

Shoemaker told local union officials last week that a strike against Delphi is likely. He repeated that claim Tuesday, although he wouldn't say when a strike might begin. A strike would cripple the supplier as well as GM, its former parent and largest customer.

"Based on the current status of the situation, a strike is more likely than not," Shoemaker said.

Delphi said late last month that it was making progress with GM in restructuring talks. Shoemaker said it's premature to speculate on how GM might help Delphi. GM spokesman Jerry Dubrowski also wouldn't elaborate on the negotiations.

Some analysts have suggested the automaker could decide to provide cash for employee bailouts or hire Delphi workers.

---- INDEX REFERENCES ----

COMPANY: GENERAL MOTORS CORP; FORD MOTOR CO; DAIMLERCHRYSLER AG; DELPHI CORP; CHRYSLER GROUP

NEWS SUBJECT: (HR & Labor Management (1HR87); Labor Unions (1LA31); Business Management (1BU42); Labor Relations (1LA21); Strikes & Work Stoppages (1ST12); Major Corporations (1MA93))

INDUSTRY: (Transportation (1TR48); Land Transportation (1LA43); Automobiles (1AU45); Automotive Labor (1AU38); Automotive (1AU29); Automotive Models (1AU61); Manufacturing (1MA74); Passenger Transportation (1PA35))

Language: EN

OTHER INDEXING: (CHRYSLER GROUP; DAIMLERCHRYSLER AG; DELPHI; DELPHI CORP; FORD MOTOR CO; GENERAL MOTORS CORP; GM; UAW; UNITED AUTO WORKERS) (Gettelfinger; Jerry Dubrowski; Richard Shoemaker; Ron Gettelfinger; Shoemaker)

KEYWORDS: AUTOMOBILE;VEHICLE;PRODUCTION;LABOR

EDITION: Third Edition

Word Count: 409
12/14/05 STLSPD B3
END OF DOCUMENT
More Like This | More Like Selected Text
(C) 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

© 2005 Dialog, a Thomson business.                    NewsRoom

12/14/05 STLSPD B3 ()