# EXHIBIT "O"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF APPALOOSA MANAGEMENT L.P. PURSUANT TO 11 U.S.C. § 1102(a)(2) FOR ORDER DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN EQUITY COMMITTEE IN THESE CHAPTER 11 CASES

Upon the Motion, dated December 22, 2005 (the "Motion"), of Appaloosa

Management L.P.  ("Appaloosa") pursuant to section 1102(a)(2) of title 11 of the United

States Code, 11 U.S.C. §§ 101, et. seq., (as amended, the "Bankruptcy Code") for an

order directing the United States Trustee for the Southern District of New York (the "US

Trustee") to appoint an official committee of equity security holders (an "Official Equity

Committee") to serve in the above-captioned jointly administered cases of Delphi

Corporation ("Delphi") and its affiliated debtors and debtors in possession (collectively,

the "Debtors"), and it appearing that the Court has jurisdiction over this matter; and it

appearing that due notice of the Motion has been provided and that no other or further

notice need be provided; and it further appearing that the relief requested in the Motion is

in the best interests of the Debtors, their estates, creditors and equity security holders; and

upon all of the proceedings had before the Court; and after due deliberation and sufficient

cause appearing for the appointment of an Official Equity Committee to adequately

represent the interests of Delphi's equity security holders, it is hereby

MIAMI 625441 (2K)

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the US Trustee shall promptly appoint an Official Equity

Committee in these Cases pursuant to section 1102(a)(2) of the Bankruptcy Code.


Dated: New York, New York
        January __, 2006


_____
Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE

2