Omnibus Hearing Date and Time: January 5, 2006 @ 10:00 a.m.
Objection Deadline Date and Time: January 2, 2006 @ 4:00 p.m.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
John K. Cunningham (JC-4661)
Linda M. Leali

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al. | ) | Case No. 05-44481 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**NOTICE OF MOTION OF APPALOOSA MANAGEMENT L.P.**
**PURSUANT TO 11 U.S.C. § 1102(a)(2) FOR AN ORDER**
**DIRECTING THE UNITED STATES TRUSTEE TO APPOINT AN**
**EQUITY COMMITTEE IN THESE CHAPTER 11 CASES**

PLEASE TAKE NOTICE that on December 22, 2005, Appaloosa Management L.P., collectively with and through certain of its affiliates, one of Delphi Corporation's ("Delphi") largest shareholders, owning beneficially approximately 9.3% of Delphi's issued and outstanding shares, by and through its undersigned counsel, filed the motion (the "Motion") for entry of an order pursuant to 11 U.S.C. § 1102(a)(2) directing the United States Trustee for the Southern District of New York to appoint an

official committee of equity security holders to serve in the above-captioned jointly administered cases of Delphi and its affiliated debtors and debtors in possession.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on January 5, 2006, at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) dated October 14, 2005 (the "Case Management Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge and (e) must be served in accordance with the Case Management Order so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on January 2, 2006.**

Dated: December 22, 2005
       Miami, Florida

                WHITE & CASE LLP
                Gerard Uzzi (GU-2297)
                1155 Avenue of the Americas
                New York, New York 10036-2787
                (212) 819-8200

                Thomas E Lauria (Admitted *Pro Hac Vice)*
                Linda M. Leali
                Wachovia Financial Center
                200 South Biscayne Boulevard
                Miami, Florida 33131
                (305) 371-2700

                By: /s/ John K. Cunningham
                John K. Cunningham (JC-4661)


                COUNSEL TO APPALOOSA
                MANAGEMENT L.P.