WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
John K. Cunningham (JC-4661)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                       :   Chapter 11
                                                            :
DELPHI CORPORATION, *et al.*,                               :   Case No. 05-44481 (RDD)
                                                            :
                                    Debtors.                :   Jointly Administered
                                                            :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF MIAMI-DADE    )

Aileen Venes, being duly sworn, deposes and says:

1. The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2. On December 22, 2005, deponent caused to be served a true and correct copy of the following documents:

- **Motion of Appaloosa Management L.P. Pursuant to 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases**

via overnight delivery on the parties attached hereto as **Exhibit A**.

MIAMI 625864 v1 (2K)

- **Notice of Motion of Appaloosa Management L.P. Pursuant to 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases**

via overnight delivery on the parties attached hereto as **Exhibit A**; via electronic notification on the parties attached hereto as **Exhibit B**; and via U.S. Mail on the parties attached hereto as **Exhibit C**.

*Aileen Venes*
Aileen Venes

Sworn to before me on this
22nd day of December, 2005

_____
Notary Public

LAUREN M. HUNT
Notary Public - State of Florida
My Commission Expires Feb 3, 2009
Commission # DD 392712
Bonded By National Notary Assn.