**Hearing Date:  January 5, 2006 at 10:00 a.m.**
                                 **Objection Deadline:  January 2, 2006 at 4:00 p.m.**

**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Robert Stark (#3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile:  (617)  856-8201
Peter J. Antoszyk

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

8122578

      Christopher Michael Lau Kamg, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

      On the 22nd day of December 2005, I caused to be served a true copy of the Motion of Law Debenture Trust Company of New York Requesting An Order To Change The Membership of The Official Committee of Unsecured Creditors on the parties listed on the attached service list by the manner indicated thereon.

      /s/ Christopher Michael Lau Kamg  
      Christopher Michael Lau Kamg

Sworn to before me this  
22nd day of December, 2005.

/s/ Vicki A. Goldstein

Notary Public

No. 01G05078233  
Qualified in Queens County  
Commission Expires May 19, 2007