SERVICE LIST

**OVERNIGHT MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John Wm. Butler
333 W. Wacker Dr.
Suite 2100
Chicago. IL 60606

**HAND DELIVERY**

Davis Polk & Wardwell
Attn: Donald Bernstein
450 Lexington Avenue
New York, NY 10017

**HAND DELIVERY**

United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York. NY 10004-2112

**HAND DELIVERY**

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Attn: Robert Rosenberg, Esq.

**HAND DELIVERY**

Shearman & Sterling LLP
Attn: Douglas Bartner
599 Lexington Avenue
New York, NY 10022

**HAND DELIVERY**

Simpson Thatcher & Bartlett LLP
Attn:    Kenneth S. Ziman
             Robert H. Trust
425 Lexington Avenue
New York. NY 10017

**HAND DELIVERY**

Hogan & Hartson, L.L.P.
Attn: Scott A. Golden, Esq.
875 Third Avenue
New York, NY 10022

**HAND DELIVERY**

Wachtell, Lipton, Rosen & Katz, LLP
51 West 52nd Street
New York, New York 10019
Attn: Richard G. Mason, Esq.