**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Robert Stark (#3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile:  (617)  856-8201
Peter J. Antoszyk

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

     I, Peter J. Antoszyk, a member in good standing of the bar in the Commonwealth of Massachusetts, the State of Florida, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit, request admission ***pro hac vice*** before the Honorable Robert D. Drain, to represent Law Debenture Trust Company of New York in the above-referenced case. My office and email addresses, and my telephone and fax numbers are:

#8122492

Peter J. Antoszyk, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
(617) 856-8200 Telephone
(617) 856-8201 Facsimile
pantoszyk@brownrudnick.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated: December 22, 2005
Boston, Massachusetts

                                            /s/ Peter J. Antoszyk
                                            Peter J. Antoszyk (PJA-8811)

**ORDER**

**ORDERED,**

       That Peter J. Antoszyk, Esq., is admitted to practice *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  December __, 2005
        New York, New York

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE

#8122492