## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                               :

In re                         :      Chapter 11
                               :

DELPHI CORPORATION et al.,     :      Case No. 05-44481 (rdd)
                               :

                 Debtors.     :      (Jointly Administered)
                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AMENDED AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On October 12, 2005, I caused to be served, via facsimile and via first class US mail the document listed in Section 1 on the parties attached hereto as <u>Exhibit A</u>:

### *Section 1*

**I.** Interim Order Under 11 U.S.C. §§ 105, 362, and 541 and Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable to Substantial Holders of Claims and Equity Securities and (B) Establishing Notification and Hearing Procedures for Trading in Claims and Equity Securities **(Docket No. 126) [Attached hereto as Exhibit B]**

Dated: December 22, 2005

                                     */s/ Amber M. Cerveny*
                                     Amber M. Cerveny

Sworn to and subscribed before
me on December 22, 2005

     */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:     1/19/07

# EXHIBIT A

# EXHIBIT A

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Akihiko Imaya Group | Sharp Electronics Corp | Deputy General Manager | 26131 Chinomoto Cho Tenri | Nara | | 632-8567 | Japan | 81-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 |
| Albert Togut | Togut Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 | US | 212-967-4258 |
| Alps Automotive Inc | Muneki Mitch Ishida | 1500 Atlantic Blvd | | Auburn Hills | MI | 48326 | US | 248-391-1564 |
| Ann Wagoner | Applied Bio Systems | 850 Lincoln Centre Dr | | Foster City | CA | 94404 | US | 650-638-5998 |
| Attn Insolvency Department | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 | US | |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 | US | |
| Barry Perry | Engelhard Corporation | 101 Wood Ave | | Iselin | NJ | 08830 | US | 732-906-0337 |
| Bill Staron | Dmc 2 Canada Corporation | 2347 Commercial Dr | | Auburn Hills | MI | 48326 | US | 248-340-2471 |
| Bjoern Goeke | Victory Packaging | 3555 Timmons Lane | Suite 1440 | Houston | TX | 77027 | US | 713-961-3874 |
| Brad Countryman  Salesman | Isi Of Indiana Inc | 1212 East Michigan St | | Indianapolis | IN | 46202 | US | 317-631-7981 |
| Brent Mewhinney | Texas Instruments Inc | 12900 North Meridian St | Suite 175 Ms 4070 | Carmel | IN | 46032 | US | 317-573-6410 |
| Brian Mcgowan Sales Manager | Corus Lp | 496 Highway 35 Rr2 | | Pontypool | ON | LOA 1KO | Canada | 705-277-9742 |
| Brian Ruel | Timken Company | 31100 Telegraph Rd Ste 270 | | Bingham Farms | MI | 48025 | US | 248-433-2253 |
| Bruce A Fassett | Carlisle Engineered Prods | 100 Seventh Ave Ste 100 | | Chardon | OH | 44024 | US | 734-367-1431 |
| Burr & Forman LLP | Michael Leo Hal | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | US | |
| Chet Korzeniewski | Fujitsu Ten Corporation | 46029 Five Mile Rd | | Plymouth | MI | 48170 | US | 734-414-6660 |
| Clifford Trapani | JPMorgan Chase Bank NA | Loan and Agency Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2948 |
| Darrell Seitz Senior Acct Mgr | Hitachi Automotive | 955 Warwick Rd | | Harrodsburg | KY | 40330 | US | 248-474-5097 |
| David Bader | Hss Llc | 5446 Dixie Highway | | Saginaw | MI | 48601 | US | 989-777-4818 |
| David L Resnick | Rothchild Inc | 1251 Avenue of the Americas | | New York | NY | 10020 | US | 212-403-5454 |
| David M Mcginnis | Murata Electronics North | 2200 Lake Park Dr | | Smyrna | GA | 30080 | US | 678-842-6625 |
| Deirdre A Martini | United States Trustee | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | US | 212-668-2256 |
| Devin Denner Sales Manager | Olin Corp | 427 N Shamrock St | | East Alton | IL | 62024 | US | 618-258-3481 |
| Don Duda President | Methode Electronics Inc | 7401 W Wilson | | Chicago | IL | 60706 | US | 708-867-3288 |
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 | US | 212-450-3092 |
| Douglas Bartner Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 | US | 212-848-7179 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | PO Box 3608 | | Harrisburg | PA | 17105-3608 | US | 717-592-7555 |
| Dr Jurgen W Gromer | Tyco Electronics Corp | Amperestrabe 1214 | | Bensheim | | D-64625 | Germany | 49-0-62-51-133-1-548 |
| Ed Mike Sales Manager | Solectron De Mexico Sa De Cv | Solectron Invotronics | 26525 American Dr | Southfield | MI | 48034 | US | 248-263-8701 |
| Frank H Avant  President | Tdk Corporation Of America | 1221 Business Center Dr | | Mount Prospect | IL | 60056 | US | 847-803-1125 |
| Gary Thoe Chairman | Waupaca Foundry Inc | 311 S Tower Rd | | Waupaca | WI | 54981 | US | 715-258-1712 |
| Gordon Diag | Pbr Automotive Usa Pacific Group | 140 Ellen Dr | | Orion Township | MI | 48359 | US | 248-377-4939 |
| Harold M Stratton | Strattec Security Corp | 3333 West Good Hope Rd | | Milwaukee | WI | 53209 | US | 414-247-3329 |
| Hironobu Ono | Cataler North America Corp | 7800 Chihama | | Kakegawa-City Shizuoka | | | Japan | 81-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 |
| Hitachi Automotive | | 34500 Grand River Ave | | Farmington Hills | MI | 48335 | US | 248-474-5097 |
| Hitachi Chemical Asia Pacific | Hitachi Chemical Asia Pacific | Bedok Plant 20 | Bedock South Rd | Singapore | | 469277 | Singapore | 656-444-6002 |
| Infineon Technologies | | StMartinStrasse 53 | | Munich | | 81669 | Germany | 49-0-89-234-8-52-02 |
| James D Clark | IUE  Comm Workers of America | 501 3rd St NW 6th Floor | | Washington | DC | 20001 | US | 202-434-1343 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd | Suite I | Los Angeles | CA | 90066 | US | 310-751-1561 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | US | 202-326-4112 |
| Jeffrey Cohen | Pension Benefit Guaranty Corp | 1200 K St NW | | Washington | DC | 20005 | US | 202-326-4112 |
| Jim Offer | Pechiney Rolled Products | 39111 W Six Mile Rd | | Livonia | MI | 48152 | US | 734-632-8483 |
| Jim Trent | Nec Electronics Inc | Three Galleria Tower | 13155 Noel Rd Ste 1100 | Dallas | TX | 75240 | US | 972-655-5133 |
| Joe M Dorris President | Futaba Corp Of America | 2865 Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-461-7741 |
| Joe Minville | Flextronics Intl Asia Pacific | 2 Robbins Rd | | Westford | MA | 01886 | US | 978-392-3011 |
| Joel Robinson President Bob Finn | American Axle & Mfg Inc | One Dauch Dr | | Detroit | MI | 48211 | US | 313-974-2870 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| John Nielsen Dir Sales | Trw Automotive | 12000 Tech Center Dr | | Livonia | MI | 48150 | US | 734-266-5704 |
| John Wm Butler J Lyons R Meisler | Skadden Arps Slate Meagher & Flom | 333 W Wacker Dr | Suite 2100 | Chicago | IL | 60606 | US | 312-407-0411 |
| Kayalyn A Marafioti Thomas J Matz | Skadden Arps Slate Meagher & Flom | 4 Times Square | | New York | NY | 10036 | US | 212-735-2000 |
| Kenji Ito Vp Larry Khaykin | Aw Transmission Eng Aisin Seiki Co | Metro West Industrial Park | 14933 Keel St | Plymouth | MI | 48170 | US | 734-416-3844 |
| Kenneth S Ziman Robert H Trust | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 | US | 212-455-2502 |
| Khuyen Ta | JPMorgan Chase Bank NA | Agent Bank Services Group | 1111 Fannin 10th Floor | Houston | TX | 77002 | US | 713-750-2938 |
| Lance Williams Director Of Sales | Semiconductor Components | 2000 S County Trail | | East Greenwich | RI | 02818 | US | 734-953-6860 |
| Leo W Gerard | United Steel Workers | 5 Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2484 |
| Linda Lynch | Robert Bosch Corporation | 38000 Hills Tech Dr | | Farmington Hills | MI | 48331 | US | 248-848-6505 |
| Lonie A Hassel | Groom Law Group | 1701 Pennsylvania Avenue NW | | Washington | DC | 20006 | US | 202-659-4503 |
| Martin J Bienenstock | Weil Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8007 |
| Michael Rudnicki | Niles Usa Inc | 41129 Jo Dr | | Novi | MI | 48375 | US | 248-427-9701 |
| Patrick Healy | Law Debenture Trust Company of NY | 780 Third Ave 31st Fl | | New York | NY | 10017 | US | 212-750-1361 |
| Paul Grimme | Freescale Semiconductor Inc | 6501 William Cannon Dr West | | Austin | TX | 78735 | US | 512-895-8746 |
| Peter Bauer EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter Bauer, EVP | Infineon Technologies | PO Box 80 09 49 | | Munich | | 81609 | Germany | 49-0-89-234-8-52-02 |
| Peter H Huizinga | Siemens Automotive Ltd | 2400 Executive Hill Blvd | | Auburn Hills | MI | 48326 | US | 248-209-7877 |
| Pioneer Indl Comp | Auto Electr Sales Inc | Kevin M Martin SVP | 22630 Haggerty Rd | Farmington | MI | 48335 | US | 248-449-1940 |
| Ralph Seibt Sales Manager | Westwood Associates Inc | 612 Willers Farm Rd | | Milford | CT | 06460 | US | 203-283-3100 |
| Randall S Eisenberg | FTI Consulting Inc | 3 Times Square | 11th Floor | New York | NY | 10036 | US | 212-841-9350 |

In re Delphi Corporation et al
Case No. 05-44481

10/10/20058:44 AM

Master Service List

| Contact | Company | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---------|---------|-----------|-----------|------|-------|-----|---------|-----|
| Reorganization Branch | Securities and Exchange Commission | 233 Broadway | | New York | NY | 10279 | US | |
| Richard Shoemaker | United Auto Workers | 8000 E Jefferson | | Detroit | MI | 48214 | US | 313-823-6016 |
| Robert Caruso | FTI Consulting Inc | 333 West Wacker Drive | Suite 600 | Chicago | IL | 60606 | US | 312-759-8119 |
| Robert Siegel | O'Melveny & Meyer LLP | 400 South Hope Street | | Los Angeles | CA | 90071 | US | 213-430-6407 |
| Ron Schubel | Molex Inc | 222 Wellington Court | | Lisle | IL | 60532 | US | 630-813-5888 |
| Russ Pollack Director Of Sales | Traxle Mfg Ltd | 25300 Telegraph Rd Ste 450 | Raleigh Office Center | Southfield | MI | 48034 | US | 248-355-3558 |
| Sam L Trency | Philips Semiconductors | 1817 Dogwood Dr | | Kokomo | IN | 46902 | US | 765-452-9915 |
| Scott Dekoker | Autocam Corporation | East Paris Ave | | Kentwood | MI | 49512 | US | 616-698-6876 |
| Scott King | FTI Consulting Inc | Park One Center | 6100 Oaktree Blvd Suite 200 | Cleveland | OH | 44131 | US | 216-986-2749 |
| Scott Shilling Sales Director | Sgs Thompson | Victor Park West | 19575 Victor Parkway | Livonia | MI | 48152 | US | 734-462-4034 |
| Sean Corcoran Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 | US | 248-813-2670 |
| Steven M Cimalore | Wilmington Trust Company | 1100 N Market St | Rodney Square N | Wilmington | DE | 19890 | US | 302-636-4143 |
| Ted B Opie | General Electric Company | Two Towne Square | | Southfield | MI | 48076 | US | 248-262-2663 |
| Thomas F Maher R Duker G Russello | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-0430 |
| Tim Kuppler Vice President | Ti Group Automotive System | 12345 E Nine Mile | | Warren | MI | 48090 | US | 586-427-3175 |
| Tom A Jerman Rachel Janger | O'Melveny & Meyer LLP | 1625 Eye Street NW | | Washington | DC | 20006 | US | 202-383-5414 |
| Tracy Delcampo | Calsonic N America Inc | 27000 Hills Tech Court | | Farmington Hills | MI | 48331 | US | 248-848-4850 |
| Vilma Francis | JPMorgan Chase Bank NA | 270 Park Avenue | | New York | NY | 10017 | US | 212-270-5484 |
| Vince Sarrecchia | Panasonic Automotive | 26455 American Dr | | Southfield | MI | 48034 | US | 248-447-7008 |
| Y Yokoya | Hitachi Chemical Asia Pacific | Loyang Plant 32 | Loyang Way | Singapore | | 508730 | Singapore | 656-546-2842 |

In re Delphi Corporation, et al.

Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Ab Automotive Inc | Steve Weddle Vp | 2500 Business Hwy 70 East | PO Box 2240 | Smithfield | NC | 27577 | US | 919-934-5186 |
| Abc Group | Clemente Lavie General Manager | Avenue Norte 4 No 7 | | San Juan Del Rio | | 76809 | Mx | 52-427-272-1831 |
| Advanced Micro Devices | Wolgang Schmitz | Rosenheimer Strabe 143b | | Munchen | | 81671 | De | |
| Afx Industries Llc | Jdavid Sommerville | 522 Michigan St | | Port Huron | MI | 48060 | US | 810-966-9522 |
| Alba Lamps Inc | Dan Savocchia | 5230 N Wesley Ct | | Des Plaines | IL | 60018 | US | 847-574-5881 |
| Allegro Microsystems Inc | Deb Mund | 2529 Commerce Dr | Ste G | Kokomo | IN | 46902 | US | 765-854-2262 |
| Alpine Electronics Of America Inc | Richard Fradette | 421 Emmerson Ave | | Greenwood | IN | 46143 | US | 260-461-4516 |
| Alps Automotive Inc | Muneki Mitoh Ishida | 1500 Atlantic Blvd | | Auburn Hills | MI | 48326 | US | 248-391-1564 |
| Aluminum Co Of America | Jeff Lindsey | 36555 Corporate Dr | Ste 185 Md2w | Farmington Hills | MI | 48331 | US | 248-489-4345 |
| American Axle & Mfg Inc | Joel Robinson President Bob Finn | One Dauch Dr | | Detroit | MI | 48211 | US | 313-974-2870 |
| Analog Devices Inc | James F Graves North American Auto | 5128 Wrentham Cove | | Fort Wayne | IN | 46813 | US | 260-434-1520 |
| Android Industries | Gary Caldwell | 50777 Varsity Court | | Wixom | MI | 48393 | US | 810-720-4849 |
| Applied Bio Systems | Ann Wagoner | 850 Lincoln Centre Dr | | Foster City | CA | 94404 | US | 650-638-5998 |
| Ashimori Industry Co Ltd | Akihiko Imaya Group Deputy Gm | 1018 Schrome | | Kitachorie Nishiku | OSAKA | 550-0014 | Jn | 81-6-6533-9290 |
| Ats Automation Tooling Sys | John Leulo | 17515 West Nine Mile Rd | | Southfield | MI | 48075 | US | 248-443-9974 |
| Autocam Corporation | Scott Dekoker | East Paris Ave | | Kentwood | MI | 49512 | US | 616-698-6876 |
| Aw Transmission Eng Aisin Seiki Co | Kenji Ito Vp Larry Khaykin | Metro West Industrial Park | 14933 Keel St | Plymouth | MI | 48170 | US | 734-416-3844 |
| Balzers Inc | Kent Connell | 495 Commerce Dr | | Amherst | NY | 14228 | US | 602-284-5409 |
| Bax Global Inc | Joey Carnes Ceo | 440 Exchange | | Irvine | CA | 92602 | US | 714-442-2900 |
| Behr Hella Thermocontrol | Joe Borruso Ceo | 43811 Plymouth Oaks Blvd | | Plymouth | MI | 48170 | US | 734-414-0911 |
| Behr Industries Corp | Jan Hoetzel President | 1020 Seven Mile Rd | | Comstock Pk | MI | 49321 | US | 616-789-9520 |
| Bei Sensors & Systems Co Inc | Attn General Counsel | 2700 Systron Dr | | Concord | CA | 94518 | US | 925-671-6647 |
| Bend All Manufacturing | Ben Babianbuyer | 575 Waydon Dr Rr1 | | Ayr | ON | NOB1EO | Ca | 519-623-4177 |
| Blissfield Mfg Co | Patrick Farver President | 626 Depot St | | Blissfield | MI | 49228 | US | 517-486-2128 |
| Blue Cross Blue Shield Of Michigan | John Fitzpatrick Gm Control Plan Op | 600 Lafayette East | | Detroit | MI | 48226 | US | 313-225-6767 |
| Brazeway Inc | Chris Hill Sales Manager | 2711 Emaumee St | | Adrian | MI | 49221 | US | 517-266-9561 |
| Cadillac Products Automotive Cmpny | John Brinkman | 5800 Crooks Ste 100 | | Troy | MI | 48098 | US | 248-813-8282 |
| Calsonic N America Inc | Tracy Delcampo | 27000 Hills Tech Court | | Farmington Hills | MI | 48331 | US | 248 848 4850 |
| Camoplast Incorporated | Don Zurek Buyer | 2144 Rue King W Ste 110 | | Sherbrook | QC | J1J 2E8 | Ca | (819) 823-8772 |
| Carlisle Engineered Prods | Bruce A Fassett | 100 Seventh Ave Ste 100 | | Chardon | OH | 44024 | US | 734-367-1431 |
| Carolina Forge Company Llc Eft | Tom B Mcginnis Vice President | 15309 Baldwin St Ext | PO Box 459 | Meaville | PA | 16335 | US | 814-332-8275 |
| Cataler North America Corp | Hironobu Ono | 7800 Chihama | | Kakegawa-City Shizuoka | | | JA | 81-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 |
| Centra Inc | Attn General Counsel | 12225 Stephen Rd | | Warren | MI | 48089 | US | 586-755-5607 |
| Cherry Corp The | Mark Weier | 11200 88th Ave | | Pleasant Prairie | WI | 53158 | US | 262-942-6365 |
| Cherry Gmbh | Peter Bauer Executive | Cherrystr 1 | | Auerbach | BAVARIA | | De | 49.9643.18.1262 |
| Clarion Corp Of America | Paul S Lachner Sr VP Auto Sales | 40200 Grand River Ave | Ste 200 | Novi | MI | 48375 | US | 248-991-3101 |
| Cmac Microcircuits Usa Inc | Attn General Counsel | 1601 Hill Ave | | West Palm Beach | FL | 33407 | US | 561-434-6560 |
| Collins & Aikman Corp | Lewis B Campbell | 250 STEPHENSON HIGHWAY | | TROY | MI | 48083 | US | 401-421-2878 |
| Cordaflex Sa De Cv | Don Zurek Buyer | Carr Panamericana Km 2306 | | Corregidora | QA | 76900 | Mx | 442-225-0246 |
| Corning Incorporated | Ron Rogers Regional Sales Manager | 50 W Big Beaver Rd | | Troy | MI | 48084 | US | 248-680-4715 |
| Corus Lp | Brian Mcgowan Sales Manager | 496 Highway 35 Rr2 | | Pontypool | ON | LOA 1KO | CA | 705-277-9742 |
| Cts Corp | Vinod M Khilnani Cfo | 905 West Blvd North | | Elkhart | IN | 46514 | US | 574-293-6146 |
| Cyro Industries | Stephen Fett | 100 Enterprise Dr | PO Box 5055 | Rockaway | NJ | 07866 | US | 973-442-6983 |
| Dae Sung Electric Co Ltd | Sangkyu Kim | 743 5 Wonsidong Ansancity | | Kyunggido BI 827 | | 425-090 | Sk | (031) 495-4887 |
| Dae Yong Industry Company | Jung Kim Manageirng Director | Chungwangdong | | Shiheungshi | | 429-850 | Sk | 82-31-499-3549 |
| Datweiler Ag Gummi Kunststoffe | Attn General Counsel | 15500 Wayzeta Blvd Ste 602 | | Wayzeta | MN | 55391 | US | 843-431-9249 |
| Dayco Products Llc | Tim Hartigan | 6120 South Yale Ave | Ste 900 | Tulsa | OK | 74136 | US | 918-481-2363 |
| Denso Sales Of California | Masaaki Max Adachi President | 3900 Via Oro Ave | | Long Beach | CA | 90810 | US | 310-513-7319 |
| Dmc 2 Canada Corporation | Bill Staron | 2347 Commercial Dr | | Auburn Hills | MI | 48326 | US | 248-340-2471 |
| Dura Automotive Systems | Dave Klein | 1016 E 1st St | | Gladwin | MI | 48624 | US | 248-299-7544 |
| E I Dupont De Nemours | Carolann Haznedar Vp Sales Mrktng | 950 Stephenson Hwy | | Troy | MI | 48083 | US | 248-583-8121 |
| Ecobat America Llc | Bob Finn Ceo | 2777 Stemmons Freeway | Ste 1800 | Dallas | TX | 75207 | US | 214-631-4013 |
| Electric Launch Company Inc | Attn General Counsel | 35 South Washington St | | Athens | NY | 12015 | US | 518-945-1504 |
| Engelhard Corporation | Barry Perry | 101 Wood Ave | | Iselin | NJ | 08830 | US | 732-906-0337 |
| Engineered Materials Solutions | Brucena A Lagreca Mrktng Prdct Mngr | 39 Perry Ave | PO Box 2410 | Attleboro | MA | 02703 | US | 508-342-2115 |
| Essex Group Inc | Richard Fradettte Vp Finance | 1601 Wall St | | Fort Wayne | IN | 46801 | US | 260-461-4516 |
| Federal Mogul | Deanna Labudde | 1277 Joe Battle Blvd | | Elpaso | TX | 79936 | US | 877-242-5701 |
| Fischer Holding Gmbh | Mr Peter Trick President | 1084 Doris Rd | | Auburn Hills | MI | 48326 | US | 248-276-1942 |
| Flextronics Intl Asia Pacific | Joe Minville | 2 Robbins Rd | | Westford | MA | 01886 | US | 978-392-3011 |
| Freescale Semiconductor Inc | Paul Grimme | 6501 William Cannon Dr West | | Austin | TX | 78735 | US | 512-895-8746 |
| Fujikoki America Inc | Denis Littwin VP Engineering | 4040 Bronze Way | | Dallas | TX | 75237 | US | 214-330-1015 |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 4

10/10/2005 11:45 AM
Top 200 Service List

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Fujitsu Ten Corporation | Chet Korzeniewski | 46029 Five Mile Rd | | Plymouth | MI | 48170 | US | 734-414-6660 |
| Furukawa Electric North | Shuzo Mihara Senior Vice President | 47677 Galleon Dr | | Plymouth | MI | 48170 | US | 734-254--9350 |
| Futaba Corp Of America | Joe M Dorris President | 2865 Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-461-7741 |
| General Electric Company | Ted B Opie | Two Towne Square | | Southfield | MI | 48076 | US | 248-262-2663 |
| General Motors Corporation | John Devine | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | 517-272-3709 |
| Goodyear Tire & Rubber Co The | Robert Keegan | 1144 East Market St | | Akron | OH | 44316 | US | 330-796-1145 |
| Grand Rapids Controls Co Llc | Attn General Counsel | 825 Northland Dr | | Rockford | MI | 49341 | US | 616-866-1373 |
| Hdk America Inc | Scott Wilhelm Vice President | 2995b Wall Triana Hwy | | Huntsville | AL | 35824 | US | 256-772-3475 |
| Hitachi Automotive | | 34500 Grand River Ave | | Farmington Hills | MI | 48335 | US | 248-474-5097 |
| Hitachi Automotive | Darrell Seitz Senior Acct Mgr | 955 Warwick Rd | | Harrodsburg | KY | 40330 | US | 248-474-5097 |
| Hitachi Chemical Asia Pacific | Hitachi Chemical Asia Pacific | Bedok Plant 20 | Bedock South Rd | Singapore | | 469277 | SG | 5455 407 |
| Hitachi Chemical Asia Pacific | Y Yokoya | Loyang Plant 32 | Loyang Way | Singapore | | 508730 | SG | 5455 407 |
| Hoover Precision Products Inc | Joe Schmenk Ceo | 500 Jonesborough Rd | | Erwin | TN | 37650 | US | 423 743 8050 |
| Hss Llc | David Bader | 5446 Dixie Highway | | Saginaw | MI | 48601 | US | 989-777-4818 |
| Hydro Aluminum Adrian | T Wayne Yielding | 1607 E Maumee St | PO Box 809 | Adrian | MI | 49221 | US | 517-264-2388 |
| Hyo Seong Electric Co Ltd | General Counsel | 10473 Yongsuri Junkwanmyun | | Pusan | | 10473 | Sk | 82-51-728-3698 |
| Ina Usa Corp | Marc Vachon Vp Of Sales | 1750 East Big Beaver Rd | | Troy | MI | 48083 | US | 248-528-4988 |
| Infineon Technologies | Peter Bauer EVP | PO Box 80 09 49 | | Munich | | 81609 | DE | 49-0-89-234-8-52-02 |
| Infineon Technologies | | StMartinStrasse 53 | | Munich | | 81669 | DE | 49-0-89-234-8-52-02 |
| Intermet Corporate | John Rutherford Vice President | 5445 Corporate Dr | | Troy | MI | 48098 | US | 248-952-2501 |
| Intermetstevensville | Tom Winkle | 2800 Yasdick Dr | | Stevensville | MI | 49127 | US | 248-952-1512 |
| International Rectifier | Janice Frank | 1761 E Lincoln Rd | | Kokomo | IN | 46902 | US | 765-453-5583 |
| International Resistive Co | Attn General Counsel | 4222 South Staples St | | Corpus Christie | TX | 78411 | US | 361-992-3377 |
| Invar Manufacturing Ltd | General Counsel | 1 Parry Dr | | Batawa | ON | KOK 1E0 | C | 519.824.8479 |
| Invensys Precision Die Casting | Steve Larkin | 232 Hopkinsville Rd | | Russelville | KY | 42276 | US | 270-726-0571 |
| Isi Of Indiana Inc | Brad Countryman  Salesman | 1212 East Michigan St | | Indianapolis | IN | 46202 | US | 317-631-7981 |
| Itt Industries Inc | Laura Reuter Buyer | Carretera Intl Km 1969 | Colonia Guadalajara Nogales | Empalme Sonora | SO | 85340 | Mx | 248-836-9720 |
| IUE  Comm Workers of America | James D Clark | 501 3rd St NW 6th Floor | | Washington | DC | 20001 | US | |
| Jabil Circuits | Michael A Czarnota | 3800 Giddings Rd | | Auburn Hills | MI | 48326 | US | 248-292-6920 |
| Jeffrey Cohen | Pension Benefit Guaranty Corporation | 1200 K Street NW | Suite 340 | Washington | DC | 20005 | US | |
| Jiffytite Co Inc | Ronald C Diliddo President | 4437 Warren Ave | | Lancaster | NY | 14086 | US | 716 681 7788 |
| John Devine | General Motors Corporation | 300 Renaissance Center | PO Box 300 | Detroit | MI | 48265 | US | |
| Johnson Electric North | Nick Rossi Vice President Marketing | 47660 Halyard Dr | | Plymouth | MI | 48170 | US | 734-392-1020 |
| Judd Wire Inc Eft | Michael Lounghmann | 124 Turnpike Rd | | Turner Falls | MA | 01376 | US | 413-863-2305 |
| KANE MAGNETICS ACQUISITION | | 700 ELK AVE | | KANE | PA | 16735 | US | |
| Kaumagraph Flint Corp | Hiroshi Tatsukawa | 1935 Davis Ln | | Marietta | GA | 30067 | US | 770-226-9048 |
| Kds America | Mitsuoki Yamada | 10901 Granada Ln | | Overland Pk | KA | 66211 | US | 913-491-6812 |
| Kemet Electronics Corp | David Maguire | 1900 Billy Mitchell Blvd | | Brownsville | TX | 78521 | US | 864-963-6300 |
| Kensington Capital Corporation | Victor Tatum Account Manager | 5725 Forward Ave | Ste 301 | Pittsburg | PA | 15217 | US | 412-422-9617 |
| Koa Speer | Chris Forbes | Bolivar Dr | | Bradford | PA | 16701 | US | 814-362-8883 |
| Koyo Corp Of Usa | Tom Nemoto Ceo | 1006 Northpoint Blvd | | Blythewood | SC | 29016 | US | 440-835-9347 |
| Krah Rwi | | Markische Staße 4 | | Drolshagen | | D-57489 | De | +49 4927617701177 |
| Ladd Industries Inc | Melissa Watkins | 4849 Hempstead Station Dr | | Kettering | OH | 45429 | US | 927-428-9755 |
| Law Debenture Trust Company of NY | Patrick Healy | 780 Third Ave 31st Fl | | New York | NY | 10017 | US | 212-750-1361 |
| Lebelier Queretaro Sa De Cv | Ray Abrahamson | Calle 2 No 18 Fracc | | Queretaro | QA | 76120 | Mx | 442-192-7301 |
| Lemforder Sistemas Automotrice | Tom Gorman General Manager | 15811 Centennial Dr | | Northville | MI | 48167 | US | 734-416-8218 |
| Linamar Corporation | Elizabeth Albert | 287 Speedvale Ave | | Guelph | ON | N1H1C1 | Ca | 519.837.6703 |
| Littelfuse Inc | Michael P Sammons General Mgr Auto | 800 E Northwest Hwy | | Des Plaines | IL | 60016 | US | 847-759-0272 |
| Lunt Manufacturing Co Inc | Jon Miller | 601605 Lunt Ave | | Schaumberg | IL | 60193 | US | 847-524-5659 |
| Macauto | Mr Jj Liao President | 80 Excel Dr | | Rochester | NY | 14621 | US | 585-342-2085 |
| Magnesium Products Of America Inc | Attn General Counsel | 2001 Industrial Dr | | Eaton Rapids | MI | 48827 | US | 517-663-2714 |
| Marquardt Gmbh | Peter Cherry Owner | Schlossstrasse 16 | | Rietheimweilheim | BADENWUERTTEMBERG | | De | 49.74.24.99.2399 |
| Meadville Forge Co | | Po Box 459 | | Meadville | PA | 16335 | US | 814-332-8275 |
| Meadwestvaco Corporation | Joe Swetz Buyer | 1 High Ridge Pk | | Stamford | CT | 06905 | US | 203-461-7675 |
| Methode Electronics Inc | Don Duda President | 7401 W Wilson | | Chicago | IL | 60706 | US | 708-867-3288 |
| Micron Semiconductors | Roger Hawkins | 8000 S Federal Way | | Boise | ID | 83716 | US | 208-368-4617 |
| Midwest Tool & Die Corp | Dave Venderley | 327 Ley Rd | | Fort Wayne | IN | 46825 | US | 219-482-7261 |
| Milliken Co | Tom Nevius Jack Richardson | 201 Lukken Industrial Dr West | Mdc M821 | Lagrange | GA | 30240 | US | 706-88-05115 |
| Miniture Precision Components | Jim Brost President | 100 Wisconsin Sterrt | | Walworth | WI | 53184 | US | 262-275-6346 |
| Mitsubishi Electric | Bruce Beyer | 15603 Centennial Dr | | Northville | MI | 48167 | US | 734-453-6211 |

In re Delphi Corporation, et al.

Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Mivrag Cold Forming | Mike Richardson | 43902 Woodward Ave | Ste 280 | Bloomfield Hills | MI | 48302 | US | 248-333-1855 |
| Mj Celco Inc | Michael J Cielak President | 3900 Wesley Terrace | | Schiller Pk | IL | 60176 | US | 847 671 1978 |
| Molex Inc | Ron Schubel | 222 Wellington Court | | Lisle | IL | 60532 | US | 630-813-5888 |
| Motorola | Meredith Nickol VP Sales | 37101 Corporate Dr | | Farmington Hills | MI | 48331 | US | 248-324-9442 |
| Mubea Inc | Karl Biecker Gen Mngr Suspension | 6800 Industrial Rd | | Florence | KY | 41042 | US | 859-727-2885 |
| Mueller Brass Co | David Lockhart Director Of Sales | 2199 Lapeer Av | | Port Huron | MI | 48040 | US | 810 364 6340 |
| Murata Electronics North | David M Mcginnis | 2200 Lake Park Dr | | Smyrna | GA | 30080 | US | 678-842-6625 |
| National Logistics Mgt Co Inc | Attn General Counsel | 14320 Joy Rd | | Detroit | MI | 48228 | US | 248-351-9824 |
| National Semiconductor Corp | Jennifer Schmitt | 10333 N Meridian | Ste 400 | Indianapolis | IN | 46290 | US | 317-705-6515 |
| Ndk America Inc | Mark Schutte | 614 E Poplar | | Kokomo | IN | 46902 | US | 765-455-0339 |
| Nec Electronics Inc | Jim Trent | Three Galleria Tower | 13155 Noel Rd Ste 1100 | Dallas | TX | 75240 | US | 972-655-5133 |
| Niles Usa Inc | Michael Rudnicki | 41129 Jo Dr | | Novi | MI | 48375 | US | 248-427-9701 |
| Noma Inc | General Counsel | 245 Drumlin Circle | | Concord | ON | L4K3B9 | Ca | 905.738.4340 |
| Oberg Industries Inc | Eric Oberg | 208 S Mc Kemy | | Chandler | AZ | 85226 | US | 724-295-0395 |
| Ogura Corporation | John Matthews | 631 Ajax Dr | | Madison Heights | MI | 48071 | US | 248-691-2698 |
| Oki Semiconductor | Garland Miller | 1800 S Plate | | Kokomo | IN | 46902 | US | 765-456-1234 |
| Olin Corp | Devin Denner Sales Manager | 427 N Shamrock St | | East Alton | IL | 62024 | US | 618-258-3481 |
| Olson International | Tim Gleason President | 50 W North Ave | | Lombard | IL | 60148 | US | 630-261-9707 |
| Omron Dualtec Auto | Richard Conlin Sr Account Mgr | 29185 Cabot Dr | | Novi | MI | 48377 | US | 248-488-5430 |
| Pam Dedicated Services Inc | Jack Cianchetta Vp Auto Marketing | 1450 N Bailey Rd North | | Jackson | OH | 44451 | US | 330-270-7926 |
| Panasonic Automotive | Vince Sarrecchia | 26455 American Dr | | Southfield | MI | 48034 | US | 248-447-7008 |
| Pbr Automotive Usa Pacific Group | Gordon Diag | 140 Ellen Dr | | Orion Township | MI | 48359 | US | 248-377-4939 |
| Pechiney Rolled Products | Jim Offer | 39111 W Six Mile Rd | | Livonia | MI | 48152 | US | 734-632-8483 |
| Penn Aluminum Intl Inc Eft | Bruce Kasten Sales Manager | 1117 N Second St | | Murphysboro | IL | 62966 | US | 618-684-3866 |
| Pension Benefit Guaranty Corp | Jeffrey Cohen | 1200 K St NW | | Washington | DC | 20005 | US | 202-326-4112 |
| Penske Transport & Logistics Seq | Julie Kinsbury | 501 Kindleberger Rd | | Kansas City | KS | 66115 | US | 913-342-3395 |
| Philips Enabling Technologies Group | General Counsel | Anton Philipsweg 4 | | Lommel | | | Be | 765-452-9915 |
| Philips Optical Storage | Gerard Kleisterlee | Amstelplein 2 Breitner Ctr | PO Box 77900 1070 Mx | Amsterdam | | | Nl | 31-40-273-8900 |
| Philips Semiconductors | Sam L Trency | 1817 Dogwood Dr | | Kokomo | IN | 46902 | US | 31 40 2786657 |
| Phillips Plastics | Bob Cervanka Ceo Owner | 703 Promed Ln | Ste 201 | Carmel | IN | 46032 | US | 317-573-0525 |
| Pioneer Indl Comp | Auto Electr Sales Inc | | 22630 Haggerty Rd | Farmington | MI | 48335 | US | 248-449-1940 |
| Pioneer Speakers Inc | Brad Garwood | 8701 Siempre Viva Rd | | San Diego | CA | 92154 | US | 317-573-1463 |
| Robert Bosch Corporation | Linda Lynch | 38000 Hills Tech Dr | | Farmington Hills | MI | 48331 | US | 248-848-6505 |
| Roctel Manufacturing Ltd | Russ Pollack Director Of Sales | 25300 Telegraph Rd Ste 450 | Raleigh Office Ctr | Southfield | MI | 48034 | US | 248-355-3558 |
| Rohm Corp | Tom Scalzo | 3034 Owen Dr | | Antioch | TN | 37013 | US | 765-457-7732 |
| Rsr Corporation | Robert Finn Ceo | 2777 N Stemmons Fwy | Ste 1800 | Dallas | TX | 75207 | US | 214-631-4013 |
| Ryder Intergrated Logistics | Richard Jennings VP Automotive | 37000 W 12 Mile Rd | Ste 115 | Farmington Hills | MI | 48331 | US | 248-553-0167 |
| S & Z Tool & Die Co | Keith Miller Director | 3180 Berea Rd | | Cleveland | OH | 44111 | US | 216-252-7270 |
| Saiaburgess Automotive Inc | Don Van Cott | 303 Gregson Dr | | Cary | NC | 27511 | US | 919-380-2309 |
| Schaeffer Brasil Ltda | Ben Babian Buyer R Dr Jose Fabiano De Christo Gurjao | | | Mogi Mirim | SAO PAULO | 13800000 | Be | 55 19 3805 7432 |
| Semiconductor Components | Lance Williams Director Of Sales | 2000 S County Trail | | East Greenwich | RI | 02818 | US | 734-953-6860 |
| Sensus Precision Die | Steve Larkin President | 232 Hopkinsville Rd | | Russellville | KY | 42276 | US | 270-726-0571 |
| Setech Inc | | Po Box 163 | | West Milton | OH | 45383 | US | 615-216-0936 |
| Sgs Thompson | Scott Shilling Sales Director | Victor Park West | 19575 Victor Parkway | Livonia | MI | 48152 | US | 734-462-4034 |
| Sharp Electronics Corp | Akihiko Imaya Group | Deputy General Manager | 26131 Chinomoto Cho Tenri | Nara | | 632-8567 | JA | 81-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 |
| Siemens Automotive Ltd | Peter H Huizinga | 2400 Executive Hill Blvd | | Auburn Hills | MI | 48326 | US | 248-209-7877 |
| Solectron De Mexico Sa De Cv | Ed Mike Sales Manager | Solectron Invotronics | 26525 American Dr | Southfield | MI | 48034 | US | 248-263-8701 |
| Source Electronics | Dan Baeton | 26 Clinton Dr | | Hollis | NH | 03049 | US | 630-541-0006 |
| SPECIAL DEVICES INC | | 14370 WHITE SAGE RD | | MOORPARK | CA | 93021 | US | |
| Spx Contech | Jim Peters President | 8001 Angling Rd | | Portage | MI | 49024 | US | 269-327-9997 |
| Stanley Electric Sales | John Crego | 2600 Barranca Pkwy | | Irvine | CA | 92606 | US | 714-222-0555 |
| Strattec Security Corp | Harold M Stratton | 3333 West Good Hope Rd | | Milwaukee | WI | 53209 | US | 414-247-3329 |
| Sumitomo Corporation | Masayoshi Morii President | 39555 Orchard Hill Pl | Ste L60 | Novi | MI | 48375 | US | 248 347 9451 |
| Taigene Electric Machinery Co | Joy Chung General Mgr Na | 8001n Adams Rd Ste 125 | Adams Woods Office Plaza | Bloomfield Hills | MI | 48304 | US | 248-593-5749 |
| Tdk Corporation Of America | Frank H Avant  President | 1221 Business Center Dr | | Mount Prospect | IL | 60056 | US | 847-803-1125 |
| Tenatronics Limited | General Counsel | 776 Davis Dr E | | Newmarket | ON | L3Y 2R4 | Ca | 905-898-7947 |
| Tesa Ag | General Counsel | Quickbornstr 24 | | Hamburg | | | De | 49-40-4909-2236 |
| Texas Instruments Inc | Brent Mewhinney | 12900 North Meridian St | Suite 175 Ms 4070 | Carmel | IN | 46032 | US | 317-573-6410 |
| Textron Inc | Martin W Schnurr Exec VP Sales | 840 West Long Lake Rd | Ste 450 | Troy | MI | 48098 | US | 248-813-6371 |
| Thyssen Krupp Stahl Company Inc | Attn General Counsel | 111 E Pacific | | Kingsville | MO | 64061 | US | 816-597-3485 |

In re Delphi Corporation, et al.
Top 200

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Ti Group Automotive System | Tim Kuppler Vice President | 12345 E Nine Mile | | Warren | MI | 48090 | US | 586-427-3175 |
| Timken Company | Brian Ruel | 31100 Telegraph Rd Ste 270 | | Bingham Farms | MI | 48025 | US | 248-433-2253 |
| Tokico Usa Inc | Laura Pederson | 17225 Federal Dr Ste 100 | | Allen Pk | MI | 48101 | US | 313-336-2190 |
| Torrington Co | James W Griffith | 1835 Dueber Ave Sw | | Canton | OH | 44706 | US | 330-471-4388 |
| Trans Tron Ltd Div Of Futaba | Garland Miller | 1800 South Plate | | Kokomo | IN | 46902 | US | 765-456-1234 |
| Transgear Manufacturing Inc | Alfred Napolitano | 400 Massey Rd | | Guelph | ON | N1K 1C4 | Ca | 519.763.5370 |
| Traxle Mfg Ltd | Russ Pollack Director Of Sales | 25300 Telegraph Rd Ste 450 | Raleigh Office Center | Southfield | MI | 48034 | US | 262-472-6310 |
| Trostel Ltd | Ric Habeck | 840 Executive Dr | | Whitewater | WI | 53190 | US | 734-266-5704 |
| Trw Automotive | John Nielsen Dir Sales | 12000 Tech Center Dr | | Livonia | MI | 48150 | US | 717-592-7555 |
| Tyco Electronics Corp | | Po Box 3608 | | Harrisburg | PA | 17105-3608 | US | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | Amperestrabe 1214 | | Bensheim | | D-64625 | DE | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | PO Box 3608 | | Harrisburg | PA | 17105 | US | 717-592-7555 |
| Tyco Electronics Corp | Dr Jurgen W Gromer | PO Box 3608 | | Harrisburg | PA | 17105-3608 | US | 49-0-62-51-133-1-548 |
| United Auto Workers | Richard Shoemaker | 8000 E Jefferson | | Detroit | MI | 48214 | US | 313-823-6016 |
| United Steel Workers | Leo W Gerard | 5 Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2484 |
| Vehcom Mfg | Peter Caulfield | 287 Speedvale Ave West | | Guelph | ON | N1H 1C5 | Ca | (519) 837-6703 |
| Viasystems Canada Inc13 | Richard B Kampf VP Sales Marketing | 101 South Hanley Rd | Ste 400 | St Louis | MS | 63105 | US | 341-746-2233 |
| Victory Packaging | Bjoern Goeke | 3555 Timmons Lane | Suite 1440 | Houston | TX | 77027 | US | 713-961-3824 |
| Vishay Dale Electronics | Attn General Counsel | 1122 23rd St | | Columbus | NE | 06860 | US | 402-563-6418 |
| Vishay General Semiconductor Llc | Ann Taylor | 10 Melville Pk Rd | | Melville | NY | 11747 | US | 765-453-0599 |
| Visteon Automotive Systems | Stephen Mcgarry Gm Customer Bus Gp | 40 West 2070 One Village Dr | | Vanburen Town Ship | MI | 48111 | US | 734-736-5547 |
| Wamco Inc | James Snyder | 2978 Main St | | Buffalo | NY | 14214 | US | 716-833-2926 |
| Waupaca Foundry Inc | Gary Thoe Chairman | 311 S Tower Rd | | Waupaca | WI | 54981 | US | 715-258-1712 |
| Wells Fargo Business Credit Inc | Attn General Counsel | 26677 West 12 Mile Rd | | Southfield | MI | 48034 | US | 248-358-8353 |
| Westwood Associates Inc | Ralph Seibt Sales Manager | 612 Willers Farm Rd | | Milford | CT | 06460 | US | 203-283-3100 |
| Wiegel Tool Works Inc | Chris Beall | 935 North Central Ave | | Wood Dale | IL | 60191 | US | 630- 595-6373 |
| Wilmington Trust Company | Steven M Cimalore | 1100 N Market St | Rodney Square N | Wilmington | DE | 19890 | US | 302-636-4143 |
| Woory Industrial Co Ltd | Jin K Yoo Jason Kim | 5161 YoungduckRi | KiheungEub YonginSi | KyongkiDo | | | Sk | 82-31-204-3199 |

Claims Trading Notice

| Company | Contact | Address1 | Address2 | City | State | Zip | Country | Phone | Fax | E-Mail |
|---|---|---|---|---|---|---|---|---|---|---|
| Appaloosa Management LP | | 26 Main St | | Chatham | NJ | 07928 | | 973-701-7000 | 973-701-7309 | |
| Bank of New York | Bennie Lloyd | One Wall St | | New York | NY | 10286 | | 212-495-1784 | 212-815-6471 | |
| Brandes Investment Partners LLC | Theodore Kim | 11988 El Camino Real   500 | | San Diego | CA | 92130-2594 | | 858-755-0239 | 858-755-0916 | ted.kim@brandes.com |
| Capital Research & Management Company | Christopher Buchbinder | 1 Market Pl | Steuart Tower 1800 | San Francisco | CA | 94105-1409 | | 415-421-9360 | 415-263-7923 | czb@capgroup.com |
| Dodge & Cox | Kouji Yamada | 555 California St | 40th Flr | San Francisco | CA | 94104-1503 | | 415-981-1710 | 415-291-8367 | ky@dodgeandcox.com |
| JP Morgan Chase Bank NA Admin Agent | Khuyen Ta | Agent Bank Services Group | 1111 Fannin  10th Flr | Houston | TX | 77002 | | | 313-225-2290 313-225-1730 214-965-2255 | |
| Kirkpatrick & Lockhart Nicholson Graham LL | Edward M Fox Esq | 599 Lexington Av | | New York | NY | 10022 | | 212-536-3900 | 212-536-3901 | efox@klng.com |
| State Street Global Advisors | Mitchell Shames Esq | c/o Global Fundamental Resear | 1 Lincoln St | Boston | MA | 02111-2900 | | 617-664-4738 | 617-664-6273 | mitch_shames@ssga.com |
| State Street Global Advisors | Jane Parsons | c/o Global Fundamental Resear | 1 Lincoln St | Boston | MA | 02111-2900 | | 617-664-4738 | 617-664-6273 | jane_parsons@ssga.com |
| Wilmington Trust Co as Indenture Trustee | Steven M Cimalore | Rodney Square N | 1100 N Market St | Wilmington | DE | 19890 | | 302-636-6058 | 302-651-8882 | scimalore@wilmingtontrust.com |

# <u>EXHIBIT B</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
                            :

      In re                          :

                             :   Chapter 11

DELPHI CORPORATION, et al.,          :

                             :   Case No.  05–44481 (RDD)

                 Debtors.     :

                             :   (Jointly Administered)

                             :

---------------------------------------------------x

INTERIM ORDER UNDER 11 U.S.C. §§ 105, 362, AND 541 AND BANKRUPTCY
RULE 3001 (A) ESTABLISHING NOTIFICATION PROCEDURES APPLICABLE TO
SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B)
ESTABLISHING NOTIFICATION AND HEARING PROCEDURES
FOR TRADING IN CLAIMS AND EQUITY SECURITIES ("CLAIMS TRADING
ORDER")

Upon the motion, dated October 8, 2005 (the "Motion"),[1] of Delphi

Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate

Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively,

the "Debtors"), for an interim order (the "Order") under 11 U.S.C. §§ 105, 362, and 541

and Bankruptcy Rule 3001(e) establishing notice and hearing procedures for trading in

claims against, and equity securities in, the Debtors; and upon the Affidavit Of Robert S.

Miller, Jr.  In Support Of Chapter 11 Petitions And First Day Orders; sworn to October 8,

2005; and upon the record of the hearings held on the Motion; and this Court having

determined that the relief requested in the Motion is in the best interests of the Debtors,

their estates, their creditors, and other parties-in-interest; while at the same time

preserving, to the greatest extent possible, a liquid trading market in the claims against

---

      1    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to
them in the Motion.



the Debtor; and it appearing that proper and adequate notice of the Motion has been given

and that no other or further notice is necessary; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED on an interim basis as provided herein,

pending a further order by this Court with provisions with respect to claims trading

described in paragraph 4(f).

2.      Except as provided in paragraph 4(f), below, any purchase, sale, or

other transfer of claims against, or equity securities in, the Debtors in violation of the

procedures set forth herein (including the notice requirements set forth in paragraphs 3(a)

and 4(a) below) shall be null and void ab initio as an act in violation of the automatic stay

under U.S.C. §§ 362 and 105(a) of the Bankruptcy Code.

3.      The following procedure shall apply to trading in equity securities of

Delphi:

(a)      Any person or entity who currently is or becomes a
Substantial Equityholder (as defined in paragraph (e) below)  shall file with this Court,
and serve on the Debtors and counsel to the Debtors, a notice of such status, in the form
attached hereto as Exhibit 1A, on or before the later of (A) 40 days after the effective date
of the notice of entry of this Order or (B) ten days after becoming a Substantial
Equityholder.

(b)      Prior to effectuating any transfer of equity securities
(including options to acquire stock, as defined in paragraph (e) below) that would result
in an increase in the amount of common stock of Delphi beneficially owned by a
Substantial Equityholder or would result in a person or entity's becoming a Substantial
Equityholder, such Substantial Equityholder shall file with this Court, and serve on the
Debtors and counsel to the Debtors, advance written notice, in the form attached hereto as
Exhibit 1B, of the intended transfer of equity securities.

(c)      Prior to effectuating any transfer of equity securities
(including options to acquire stock) that would result in a decrease in the amount of
common stock of Delphi beneficially owned by a Substantial Equityholder or would
result in a person or entity's ceasing to be a Substantial Equityholder, such Substantial

2

Equityholder shall file with this Court, and serve on the Debtors and counsel to the
Debtors, advance written notice, in the form attached hereto as <u>Exhibit 1C</u>, of the
intended transfer of equity securities.

       (d)    The Debtors shall have 30 calendar days after receipt of a
Notice of Proposed Transfer to file with this Court and serve on such Substantial
Equityholder an objection to any proposed transfer of equity securities described in the
Notice of Proposed Transfer on the grounds that such transfer may adversely affect the
Debtors' ability to utilize their Tax Attributes.  If the Debtors file an objection, such
transaction will not be effective unless approved by a final and nonappealable order of
this Court.  If the Debtors do not object within such 30-day period, such transaction may
proceed solely as set forth in the Notice of Proposed Transfer.  Further transactions
within the scope of this paragraph must be the subject of additional notices as set forth
herein, with an additional 30-day waiting period.

       (e)    For purposes of this Order, (A) a "Substantial Equityholder"
is any person or entity which beneficially owns at least 14,000,000 shares (representing
approximately 2.5% of all issued and outstanding shares) of the common stock of Delphi,
(B) "beneficial ownership" of equity securities includes direct and indirect ownership
(<u>e.g.</u>, a holding company would be considered to beneficially own all shares owned or
acquired by its subsidiaries), ownership by such holder's family members and persons
acting in concert with such holder to make a coordinated acquisition of stock, and
ownership of shares which such holder has an option to acquire, and (C) an "option" to
acquire stock includes any contingent purchase, warrant, convertible debt, put, stock
subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of
whether it is contingent or otherwise not currently exercisable.

       4.    The following procedure shall apply to trading in claims against the

Debtors:

       (a)    Any person or entity who currently is or becomes a
Substantial Claimholder (as defined in paragraph (e) below) shall file with this Court, and
serve on the Debtors and counsel to the Debtors, a notice of such status, in the form
attached hereto as <u>Exhibit 2A</u>, on or before the later of (A) 40 days after the effective date
of the notice of entry of this Order or (B) ten days after becoming a Substantial
Claimholder.

       (b)    Except as provided in paragraph 4(f), below, prior to
effectuating any transfer of claims that would result in an increase in the amount of
aggregate principal claims beneficially owned by a Substantial Claimholder or would
result in a person or entity's becoming a Substantial Claimholder, such Substantial
Claimholder shall file with this Court, and serve on the Debtors and counsel to the
Debtors, advance written notice, in the form attached hereto as <u>Exhibit 2B</u>, of the
intended transfer of claims, regardless of whether such transfer would be subject to the
filing, notice and hearing requirements of Bankruptcy Rule 3001.

(c)     Except as provided in paragraph 4(f), below, prior to effectuating any transfer of claims that would result in a decrease in the amount of aggregate principal claims beneficially owned by a Substantial Claimholder or would result in a person or entity's ceasing to be a Substantial Claimholder, such Substantial Claimholder shall file with this Court, and serve on the Debtors and counsel to the Debtors, advance written notice, in the form attached hereto as Exhibit 2C, of the intended transfer of claims, regardless of whether such transfer would be subject to the filing, notice and hearing requirements of Bankruptcy Rule 3001.

(d)     The Debtors shall have 30 calendar days after receipt of such Notice of Proposed Transfer to file with this Court and serve on such Substantial Claimholder an objection to any proposed transfer of claims described in a Notice of Proposed Transfer on the grounds that such transfer may adversely affect the Debtors' ability to utilize their Tax Attributes.  If the Debtors file an objection, such transaction will not be effective unless approved by a final and nonappealable order of this Court.  If the Debtors do not object within such 30-day period, such transaction may proceed solely as set forth in the Notice of Proposed Transfer.  Further transactions within the scope of this paragraph must be the subject of additional notices as set forth herein, with an additional 30-day waiting period.

(e)     For purposes of this Order:  (1) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the Debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (2) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all claims owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (3) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of whether it is contingent or otherwise not currently exercisable, provided, however, that solely for purposes of this Order, claims against the Debtors shall not include any claims pursuant to the 5-Year Third Amended and Restated Credit Agreement among, inter alia, Delphi Corporation, as Borrower, and JPMorgan Chase Bank, N.A. as Administrative Agent, dated as of June 14, 2005, or the Revolving Credit, Term Loan and Guaranty Agreement among inter alia, Delphi Corporation, a Debtor and a Debtor-in-Possesion under chapter 11 of the Bankruptcy Code, as Borrower, and JPMorgan Chase Bank, N.A., as Adminsitrative Agent, dated as of October __, 2005.

(f)     Notwithstanding paragraphs (b) and (c) above, no transfer of claims to or from any person or entity listed on Schedule A, attached hereto, or any affiliate thereof shall be subject to any requirements under this Order, and no such transfer shall be rendered void ab initio for any reason under this Order.  Any person or entity not currently listed on Schedule A may elect to be added thereto upon providing written request to the Debtors and counsel to the Debtors, at the addresses specified on Exhibit 2A, without further order of this Court, and the Debtors shall respond to each

4

such request by the end of the business day following the business day of receipt thereof, and shall not unreasonably refuse to add any such person or entity to Schedule A. The persons and entities listed on Schedule A are hereby informed of the Debtors' intention to formulate a final claims trading order that may require such entities and persons to dispose of claims against the Debtors to the extent necessary and proper to protect the Debtors' tax attributes under Section 382(l)(5) of the Internal Revenue Code and in a manner calculated to satisfy the requirements of Treas. Reg. § 1.382-9(d)(3), provided, however that no such entity or person will be required to reduce its holdings below the greater of (i) the threshold for being a Substantial Claimholder under this Order; and (ii) the amount of claims against the Debtors of which the entity had beneficial ownership on October 8, 2005, plus the amount of claims against the debtors acquired by such entity after such date pursuant to binding contracts entered into on or before such date. Furthermore, in relying on the benefits of this paragraph 4(f), the entities and persons listed on Schedule A agree that they will cooperate in good faith and work with the Debtors to formulate such a final claims trading order.

5.    Any notice required by the proposed order to be served by Substantial Claimholders (as defined in the proposed order), if effected prior to the filing of a proof of claim by a Substantial Claimholder, will not limit the right of a creditor to assert any and all claims, whether or not such claims are in addition to or differ from those listed on the notice, in a proof of claim filed in accordance with any future orders of this Court.

6.    The Debtors may waive, in writing and in their sole and absolute discretion, any and all restrictions, stays, and notification procedures contained in this Order.

7.    The Debtors shall serve a notice of the entry of this Order setting forth the procedures authorized herein substantially in the form annexed hereto as Exhibit 3 (the "Notice of Order") on (a) the Office of the United States Trustee, (b) counsel to any statutory committee appointed in these cases, (c) counsel to the agents for the prepetition and postpetition lenders, (d) the Debtors' 50 largest secured creditors, (e) the indenture trustees or transfer agents for any class of common stock of Delphi or any bonds or debentures of the Debtors, (f) the Securities and Exchange Commission, and (g)

5

the Internal Revenue Service.  Notice served pursuant to the preceding sentence shall be

via first class mail, postage prepaid.  Additionally, the Debtors shall publish the Notice of

Order in the <u>Wall Street Journal</u>.  No further notice of entry of this Order need be served

by the Debtors.

8.      Any indenture trustee(s) or transfer agent(s) for any bonds or

debentures of the Debtors or any stock of Delphi having notice hereof shall provide such

Notice of Order to all holders of such bonds or debentures in excess of $50,000,000 or

stock in excess of 7,000,000 shares registered with such indenture trustee or transfer

agent; provided that, if any indenture trustee or transfer agent provides the Debtors with

the name and addresses of all holders of such bonds, debentures, or stock, the Debtors

shall deliver the Notice of Order to such holders.  Any such registered holder must, in

turn, provide such Notice of Order to any holder for whose account such registered

holder holds such bonds or debentures in excess of $50,000,000 or stock in excess of

7,000,000 shares, and so on down the chain of ownership.  Except in the case of transfers

exempted under paragraph 4(f) of this Order, any person or entity or broker or agent

acting on their behalf which sells claims against the Debtors in the aggregate principal

amount of at least $10,000,000 to another person or entity shall provide notification of

the existence of this Order or its contents to such purchaser of such claims or to any

broker or agent acting on such purchaser's behalf, to the extent reasonably feasible.

9.      Any person or entity or broker or agent acting on such person or

entity's behalf who sells an aggregate amount of at least 2,000,000 shares of stock of

Delphi, or an option with respect thereto, to another person or entity shall provide a copy

6

of the Notice of Order to such purchaser of such stock or to any broker or agent acting on such purchaser's behalf.

10.     This Order shall be effective until the court issues a final order with provisions with respect to claims trading described in paragraph 4(f).

11.     The requirements set forth in this Order are in addition to the requirements of Rule 3001(e) of the Federal Rules of Bankruptcy Procedure and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

12.     The requirement of Local Bankruptcy Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:     New York, New York
           October 12, 2005

                                              /s/ ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE

<u>SCHEDULE A</u>

Citigroup Inc.
Lehman Brothers Inc.
Merrill Lynch & Co.
Morgan Stanley & Co.
Credit Suisse First Boston
JPMorgan Chase & Co.
Bear Stearns Companies Inc.
The Goldman Sachs Group, Inc.

Exhibit 1A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
        In re                                                :
                                                             :  Chapter 11
DELPHI CORPORATION, et al.,                                  :
                                                             :  Case No.  05–44481 (RDD)
                            Debtors.                         :
                                                             :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x

NOTICE OF STATUS AS A SUBSTANTIAL EQUITYHOLDER[1]

        PLEASE TAKE NOTICE that [Name of Equityholder] is/has become a
Substantial Equityholder with respect to the common stock (the "Common Stock") of
Delphi Corporation ("Delphi"), a debtor and debtor-in-possession in Case No. 05-44481
(RDD) pending in the United States Bankruptcy Court for the Southern District of New
York.

        PLEASE TAKE FURTHER NOTICE that, as of [Date], [Name of
Equityholder] beneficially owns  [_____] shares of the Common Stock of Delphi.
The following table sets forth the date(s) on which [Name of Equityholder] acquired or
otherwise became the beneficial owner of such Common Stock:

| Number Of Shares | Date Acquired: |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

(Attach additional page if necessary)

---

[1]     For purposes of this Notice:  (i) "Substantial Equityholder" means any person or entity that
beneficially owns at least 14,000,000 shares of the common stock of Delphi; (ii) "beneficial
ownership" of equity securities includes direct and indirect ownership (e.g., a holding
company would be considered to beneficially own all shares owned or acquired by its
subsidiaries), ownership by such holder's family members and persons acting in concert with
such holder to make a coordinated acquisition of stock, and ownership of shares which such
holder has an option to acquire, and (iii) an "option" to acquire stock includes any contingent
purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire
stock, or similar interest, regardless of whether it is contingent or otherwise not currently
exercisable.

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of [Name of Equityholder] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Equityholder] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

Respectfully submitted,

_____
(Name of Equityholder)

By:  _____
Name:_____
Title:_____

Address:  _____
_____
_____
Telephone:  _____
Facsimile:  _____

Date: _____

2

Exhibit 2A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                                               :
        In re                                                  :
                                                               :   Chapter 11
DELPHI CORPORATION, et al.,                                    :
                                                               :   Case No.  05–44481 (RDD)
                                Debtors.                       :
                                                               :   (Jointly Administered)
                                                               :
-------------------------------------------------------------- x

NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER[1]

        PLEASE TAKE NOTICE that [Name of Claimholder] is/has become a
Substantial Claimholder with respect to claims against Delphi Corporation ("Delphi") or
any of the 38 subsidiaries[2], and affiliates of Delphi ("Affiliate Debtors"), debtors and

---

[1]  For purposes of this Notice:  (i) a "Substantial Claimholder" is any person or entity that
beneficially owns an aggregate principal amount of claims against the debtors equal to or
exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder
beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial
ownership" of claims includes direct and indirect ownership (e.g., a holding company would
be considered to beneficially own all shares owned or  acquired by its subsidiaries),
ownership by family members and any group of persons acting pursuant to a formal or
informal understanding to make a coordinated acquisition of claims, and ownership of claims
which such holder has an option to acquire, and (iii) an "option to acquire claims includes
any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of
whether it is contingent or otherwise not currently exercisable.

[2]  The 38 subsidiaries are: ASEC Manufacturing General Partnership, ASEC Sales General
Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive
Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi
Automotive Systems Human Resources LLC, Delphi Automotive Systems International,
Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi
Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management
Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee,
Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection
Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign
Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings
Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi
LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation,
Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi
NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc.,
DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard
Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics
International Ltd.

debtors-in-possession in Case No. 05-44481 (RDD), pending in the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that, as of [Date], [Name of Claimholder] beneficially owns claims in the aggregate principal amount of $[_____] against the Debtors.  The following table sets forth the name of the Debtor issuer, a summary of the terms, and the date on which [Name of Claimholder] acquired or otherwise became the beneficial owner of each such Claim:

| Debtor Issuer | Terms | Date Acquired |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of [Name of Claimholder] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Claimholder] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Claimholder)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____

Telephone: _____
Facsimile: _____

Date: _____

<u>Exhibit 1B</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                            :
       In re                               :
                                          : Chapter 11
                                          :
DELPHI CORPORATION, <u>et al.</u>,          :
                                          : Case No.  05–44481 (RDD)
                    Debtors.           :
                                          : (Jointly Administered)
                                          :
------------------------------------------------------------ x

**NOTICE OF INTENT TO PURCHASE, ACQUIRE, OR OTHERWISE
<u>ACCUMULATE AN EQUITY INTEREST</u>**

            PLEASE TAKE NOTICE THAT [<u>Name of Prospective Acquirer</u>] hereby provides notice of its intention to purchase, acquire, or otherwise accumulate one or more shares of the common stock (the "Common Stock") of Delphi Corporation ("Delphi") or an option with respect thereto (the "Proposed Transfer").

            PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [<u>Prior Date(s)</u>], [<u>Name of Prospective Acquirer</u>] filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

            PLEASE TAKE FURTHER NOTICE THAT [<u>Name of Prospective Acquirer</u>] currently beneficially owns [_____] shares of the Common Stock of Delphi.

            PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [<u>Name of Prospective Acquirer</u>] proposes to purchase, acquire, or otherwise accumulate [_____] shares of Common Stock or an option with respect to [_____] shares of Common Stock.  If the Proposed Transfer is permitted to

---

[1]     For purposes of this Notice:  (i) "Substantial Equityholder" means any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi, (ii) "beneficial ownership" of equity securities includes direct and indirect ownership (<u>e.g.</u>, a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (iii) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

occur, [Name of Prospective Acquirer] will beneficially own [_____] shares of Common Stock after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Acquirer]  is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Acquirer] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Acquirer] that may result in [Name of Prospective Acquirer] purchasing, acquiring or otherwise accumulating additional shares of Common Stock (or an option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Respectfully submitted,

_____
(Name of Prospective Acquirer)

By: _____

Name:_____

Title:_____

Address: _____

_____

_____

Telephone: _____

Facsimile: _____

Date: _____

Exhibit 2B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x
                                          :

In re                                   :
                                          :    Chapter 11

DELPHI CORPORATION, et al.,              :
                                          :    Case No.  05–44481 (RDD)

                 Debtors.            :
                                          :    (Jointly Administered)
                                          :
-------------------------------------------------------------- x

NOTICE OF INTENT TO PURCHASE, ACQUIRE OR OTHERWISE
ACCUMULATE A CLAIM

         PLEASE TAKE NOTICE THAT [Name of Prospective Acquirer] hereby
provides notice of its intention to purchase, acquire, or otherwise accumulate a claim or
claim(s) against the Debtors[1] (the "Proposed Transfer").

         PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior
Date(s)], [Name of Prospective Acquirer] filed a Notice of Status as a Substantial
Claimholder[2] with the United States Bankruptcy Court for the Southern District of New
York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

---

[1]     The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems
Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi
Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi
Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC,
Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc.,
Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi
Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service
Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc.,
Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc.,
Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation,
Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi
Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental
Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company,
Specialty Electronics, Inc., and Specialty Electronics International Ltd.

[2]     For purposes of this Notice:  (i) a "Substantial Claimholder" is any person or entity that
beneficially owns (A) an aggregate principal amount of claims against the debtors equal to or
exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder
beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial
ownership" of claims includes direct and indirect ownership (e.g., a holding company would

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Acquirer] currently beneficially owns claims against the Debtors in the aggregate principal amount of [$ _____].

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Acquirer] proposes to purchase, acquire, or otherwise accumulate claims against [Name of Debtor issuer] in the aggregate principal amount of $[_____].  If the Proposed Transfer is permitted to occur, [Name of Prospective Acquirer] will beneficially own claims against the Debtors in the aggregate principal amount of $ [_____] after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Acquirer]  is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Acquirer] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

---

be considered to beneficially own all shares owned or  acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (iii) an "option to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Acquirer] that may result in [Name of Prospective Acquirer] purchasing, acquiring, or otherwise accumulating additional claims against the Debtors will each require an additional notice filed with the Court to be served in the same manner as this Notice.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001(e) of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Prospective Acquirer)

By:    _____

Name:_____

Title:_____

Address:    _____

_____

_____

Telephone:    _____

Facsimile:    _____

Date: _____

4

<u>Exhibit 1C</u>

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
                                                             :
     In re                                                   :
                                                             :   Chapter 11
DELPHI CORPORATION, et al.,                                  :
                                                             :   Case No.  05–44481 (RDD)
                         Debtors.                            :
                                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE
TRANSFER AN EQUITY INTEREST

PLEASE TAKE NOTICE THAT [Name of Prospective Seller] hereby provides notice of its intention to sell, trade, or otherwise transfer one or more shares of the common stock (the "Common Stock") of Delphi Corporation ("Delphi") or an option with respect thereto (the "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior Date(s)], [Name of Prospective Seller] filed a Notice of Status as a Substantial Equityholder[1] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Seller] currently beneficially owns [_____] shares of the Common Stock of Delphi.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Seller] proposes to sell, trade, or otherwise transfer [_____] shares of Common Stock or an option with respect to [_____] shares of Common Stock.  If the Proposed Transfer is permitted to

---

[1]    For Purposes of this Notice:  (A) a "Substantial Equityholder" is any person or entity that beneficially owns at least 14,000,000 shares of the Common Stock of Delphi, (B) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (C) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

occur, [Name of Prospective Seller] will beneficially own [_____] shares of Common Stock after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Seller] is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Seller] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Seller] that may result in [Name of Prospective Seller] selling, trading or otherwise transferring shares of Common Stock (or an option with respect thereto) will each require an additional notice filed with the Court to be served in the same manner as this Notice.

Respectfully submitted,

_____
(Name of Prospective Seller)

By:     _____
Name:_____
Title:_____

Address:     _____
_____
_____
Telephone:     _____
Facsimile:     _____

Date: _____

3

Exhibit 2C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------  x
                                                              :
    In re                                                     :
                                                              :   Chapter 11
DELPHI CORPORATION, et al.,                                   :
                                                              :   Case No.  05–44481 (RDD)
                          Debtors.                            :
                                                              :   (Jointly Administered)
                                                              :
------------------------------------------------------------  x
```

NOTICE OF INTENT TO SELL, TRADE OR OTHERWISE
TRANSFER A CLAIM

PLEASE TAKE NOTICE THAT [Name of Prospective Seller] hereby provides notice of its intention to sell, trade, or otherwise transfer a claim or claim(s) against the Debtors[1] (the "Proposed Transfer").

PLEASE TAKE FURTHER NOTICE THAT, if applicable, on [Prior Date(s)], [Name of Prospective Seller] filed a Notice of Status as a Substantial Claimholder[2] with the United States Bankruptcy Court for the Southern District of New York (the "Court") and served copies thereof on the Debtors and the Debtors' counsel.

---

[1]    The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

[2]    For purposes of this Notice: (A) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (B) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would

PLEASE TAKE FURTHER NOTICE THAT [Name of Prospective Seller] currently beneficially owns claims against the Debtors in the aggregate principal amount of [$ _____].

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Proposed Transfer, [Name of Prospective Seller] proposes to sell, trade, or otherwise transfer claims against [Name of Debtor issuer] in the aggregate principal amount of [$_____].  If the Proposed Transfer is permitted to occur, [Name of Prospective Seller] will beneficially own claims against the Debtors in the aggregate principal amount of [$_____] after the transfer.

PLEASE TAKE FURTHER NOTICE THAT the taxpayer identification number of [Name of Prospective Seller]  is [_____].

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, [Name of Prospective Seller] hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

PLEASE TAKE FURTHER NOTICE that the Debtors have 30 calendar days after receipt of this Notice to object to the Proposed Transfer described herein.  If the Debtors file an objection, such Proposed Transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, then after expiration of such period the Proposed Transfer may proceed solely as set forth in the Notice.

---

be considered to beneficially own all claims owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (C) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that any further transactions contemplated by [Name of Prospective Seller] that may result in [Name of Prospective Seller] selling, trading or otherwise transferring claims against the Debtors will each require an additional notice filed with the Court to be served in the same manner as this Notice.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

_____
(Name of Prospective Seller)

By: _____
Name:_____
Title:_____

Address: _____
_____
_____

Telephone: _____
Facsimile: _____

Date: _____

4

Exhibit 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------  x
                                                            :
      In re                                                 :
                                                            :  Chapter 11
DELPHI CORPORATION, et al.,                                 :
                                                            :  Case No.  05–44481 (RDD)
                              Debtors.                      :
                                                            :  (Jointly Administered)
                                                            :
----------------------------------------------------------  x
```

NOTICE OF (A) NOTIFICATION PROCEDURES APPLICABLE TO
SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B)
NOTIFICATION AND HEARING PROCEDURES FOR
TRADING IN CLAIMS AND EQUITY SECURITIES

TO ALL PERSONS OR ENTITIES WITH CLAIMS[1] AGAINST OR EQUITY
INTERESTS IN THE DEBTORS[2]:

        PLEASE TAKE NOTICE that on October 8, 2005 ("Petition Date"),
Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate
Debtors," and together with Delphi, the "Debtors"), commenced cases under chapter 11

---

[1]    References to "claims" herein are made in accordance with the definition of "claim" in
section 101(5) of the Bankruptcy Code and includes a lessor's right to any current or future
payment under or arising out of any lease with respect to which the Debtor or one or more of
the Affiliate is a lessee.

[2]    The Debtors are the following entities:  Delphi Corporation, ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas
Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems
Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi
Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi
Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC,
Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc.,
Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi
Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service
Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc.,
Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc.,
Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation,
Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi
Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental
Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company,
Specialty Electronics, Inc., and Specialty Electronics International Ltd.

of title 11 of the United States Code 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").  Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

PLEASE TAKE FURTHER NOTICE that on October 8, 2005, the Debtors filed a motion seeking entry of an order pursuant to sections 105, 362, and 541 of the Bankruptcy Code establishing notification procedures and approving restrictions on certain transfers of claims against and equity securities in the Debtors and their estates (the "Motion").

PLEASE TAKE FURTHER NOTICE THAT on October [___], 2005, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered an order approving the procedures set forth below in order to preserve the Debtors' net operating losses and certain other tax attributes ("Tax Attributes") pursuant to sections 105, 362, and 541 of the Bankruptcy Code (the "Order").  **Except as otherwise provided in the Order, any sale or other transfer of claims against or equity securities in the Debtors in violation of the procedures set forth below shall be null and void ab initio as an act in violation of the automatic stay under section 362 of the Bankruptcy Code**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the following procedures shall apply to holding and trading in EQUITY SECURITIES OF DELPHI:

(a)    Any person[3] or entity who currently is or becomes a Substantial Equityholder (as defined in paragraph (e) below) must file with the Court, and serve upon the Debtors and counsel to the Debtors, a notice of such status ("Notice of Status as a Substantial Equityholder") on or before the later of (A) 40 days after the effective date of the notice of entry of the Order or (B) ten days after becoming a Substantial Equityholder.

(b)    Prior to effectuating any transfer of equity securities (including options to acquire stock, as defined in paragraph (e) below) that would result in an increase in the amount of common stock of Delphi beneficially owned by a Substantial Equityholder or would result in a person or entity becoming a Substantial Equityholder, such Substantial Equityholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Purchase, Acquire or Otherwise Accumulate"), of the intended transfer of equity securities.

(c)    Prior to effectuating any transfer of equity securities (including options to acquire stock) that would result in a decrease in the amount of common stock of Delphi beneficially owned by a Substantial Equityholder or would

---

[3]    References to "person" herein are made in accordance with the definition of "person" in section 101(41) of the Bankruptcy Code.

result in a person or entity ceasing to be a Substantial Equityholder, such Substantial Equityholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Sell, Trade, or Otherwise Transfer")[4], of the intended transfer of equity securities.

(d)    The Debtors shall have 30 calendar days after receipt of a Notice of Proposed Transfer to file with the Court and serve on such Substantial Equityholder an objection to any proposed transfer of equity securities described in the Notice of Proposed Transfer on the grounds that such transfer may adversely affect the Debtors' ability to utilize their Tax Attributes. If the Debtors file an objection, such transaction shall not be effective unless approved by a final and nonappealable order of the Court. If the Debtors file an objection, such transfer shall not be effective unless approved by a final and nonappealable order of the Court. If the Debtors do not object within such 30-day period, such transfer may proceed solely as set forth in the Notice of Proposed Transfer. Further transactions within the scope of this paragraph must be the subject of additional notices as set forth herein with an additional 30-day waiting period.

(e)    For purposes of this Notice, (A) a "Substantial Equityholder" is any person or entity that beneficially owns at least 14,000,000 shares of the common stock of Delphi, (B) "beneficial ownership" of equity securities includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by such holder's family members and persons acting in concert with such holder to make a coordinated acquisition of stock, and ownership of shares which such holder has an option to acquire, and (C) an "option" to acquire stock includes any contingent purchase, warrant, convertible debt, put, stock subject to risk of forfeiture, contract to acquire stock, or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, except as otherwise provided therein, the following procedures shall apply to holding and trading in CLAIMS AGAINST ANY OF THE DEBTORS:

(a)    Any person[5] or entity who currently is or becomes a Substantial Claimholder (as defined in paragraph (e) below) must file with the Court, and serve the Debtors and counsel to the Debtors, a notice of such status ("Notice of Status as a Substantial Claimholder") on or before the later of (A) 40 days after the effective date of the notice of entry of the Order or (B) ten days after becoming a Substantial Claimholder.

---

[4]    A Notice of Intent to Sell, Trade, or Otherwise Transfer, together with a Notice of Intent to Purchase, Acquire, or Accumulate, is hereinafter collectively referred to as a "Notice of Proposed Transfer."

[5]    References to "person" herein are made in accordance with the definition of "person" in section 101(41) of the Bankruptcy Code.

(b)    Prior to effectuating any transfer of claims that would result in an increase in the amount of aggregate principal claims beneficially owned by a Substantial Claimholder or would result in a person or entity's becoming a Substantial Claimholder, such Substantial Claimholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Purchase, Acquire, or Otherwise Accumulate"), of the intended transfer of claims, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.

(c)    Prior to effectuating any transfer of claims that would result in a decrease in the amount of aggregate principal claims beneficially owned by a Substantial Claimholder or would result in a person or entity's ceasing to be a Substantial Claimholder, such Substantial Claimholder must file with the Court, and serve on the Debtors and counsel to the Debtors, advance written notice ("Notice of Intent to Sell, Trade, or Otherwise Transfer")6, of the intended transfer of claims, regardless of whether such transfer would be subject to the filing, notice, and hearing requirements of Bankruptcy Rule 3001.

(d)    The Debtors shall have 30 calendar days after receipt of a Notice of Proposed Transfer to file with the Court and serve on such Substantial Claimholder an objection to any proposed transfer of claims described in a Notice of Proposed Transfer on the grounds that such transfer may adversely affect the Debtors' ability to utilize their Tax Attributes.  If the Debtors file an objection, such transaction will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors file an objection, such transfer will not be effective unless approved by a final and nonappealable order of the Court.  If the Debtors do not object within such 30-day period, such transfer may proceed solely as set forth in the Notice of Proposed Transfer.  Further transactions within the scope of this paragraph must be the subject of additional notices as set forth herein with an additional 30-day waiting period.

(e)    For purposes of this Notice: (A) a "Substantial Claimholder" is any person or entity which beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (B) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all claims owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (C) an "option" to acquire claims includes any contingent purchase, put, contract to acquire a claim(s), or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

---

6    A Notice of Intent to Sell, Trade, or Otherwise Transfer, together with a Notice of Intent to Purchase, Acquire, or Accumulate, is hereinafter collectively referred to as a "Notice of Proposed Transfer."

PLEASE TAKE FURTHER NOTICE that, upon the request of any person, counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese, will provide a form of each of the required notices described above.

PLEASE TAKE FURTHER NOTICE that, upon the request of any person, Kurtzman Carson Consultants LLC (the "Official Copy Service"), 12910 Culver Boulevard, Suite I, Los Angeles, California, telephone: (310) 823-9000, fax: (310) 823-9133, shall supply a copy of the Order.  The Official Copy Service shall supply a copy of the Order at a cost to be paid by the person requesting it at the prevailing fee being charged by the Official Copy Service.  The Official Copy Service shall accommodate document requests during normal business hours, Monday to Friday (excluding recognized holidays).[7]

**FAILURE TO FOLLOW THE PROCEDURES SET FORTH IN THIS NOTICE SHALL CONSTITUTE A VIOLATION OF THE AUTOMATIC STAY PRESCRIBED BY  SECTION 362 OF THE BANKRUPTCY CODE.**

**ANY PROHIBITED PURCHASE, SALE, TRADE, OR OTHER TRANSFER OF CLAIMS AGAINST, OR EQUITY SECURITIES IN, THE DEBTORS IN VIOLATION OF THE ORDER SHALL BE NULL AND VOID <u>AB INITIO</u> AND MAY BE PUNISHED BY CONTEMPT OR OTHER SANCTIONS IMPOSED BY THE BANKRUPTCY COURT.**

**THE DEBTORS PLAN OF REORGANIZATION MAY PROVIDE FOR THE DISALLOWANCE OF CLAIMS AGAINST OR INTERESTS IN THE DEBTORS TO THE EXTENT THAT THEY WOULD ENTITLE THE HOLDERS THEREOF TO A DISTRIBUTION OF 5% OR MORE OF THE VALUE OF THE REORGANIZED DEBTORS.**

---

[7]    Normal business hours for the Official Copy Service are from 7:00 a.m. to 6:00 p.m. (prevailing Pacific Time).

PLEASE TAKE FURTHER NOTICE that the requirements set forth in this Notice are in addition to the requirements of Rule 3001(e) of the Federal Rules of Bankruptcy Procedure and applicable securities, corporate, and other laws, and do not excuse compliance therewith.

Dated:    [_____], 2005

Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815
Attn: General Counsel and Chief Tax Officer

Skadden, Arps, Slate, Meagher &
        Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler