# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Corporation**
Case No. **05-44481**

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**CINCINNATTI MACHINE**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Record Address of Transferor
(Court Use Only)

Last four Digits of Acct #:_____

Name and Current Address of Transferor
**CINCINNATTI MACHINE**
**2200 LITTON LANE**
**HEBRON, KY 41048**

Last Four Digits of Acct#:_____

Court Claim # (if known):  234
Date Claim Filed: 10/31/2005
Amount **$221,982.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/David Fishel
Transferee/Transferee's Agent

Date: 12/23/2005

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

474839

## TRANSFER NOTICE

Cincinnatti Machine ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Corp, et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Cincinnatti Machine Claims of Assignor in the aggregate amount of $221,982.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44481.

IN WITNESS WHEREOF, Assignor has signed below as of the 23rd day of November, 2005.

WITNESS: Cincinnatti Machine              Revenue Management

_____                   By: _____
(Signature)                                    (Signature)

Tim Lehan                                  Michael Richards
_____                   _____
(Print Name of Witness)                   (Print Name and Title)