United States Bankruptcy Court
For the Southern District of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
|  | } |
|  | } Case No. |
|  | } 05-44481 |
| Debtor | } Amount $239,472.32 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

ORBIS CORPORATION
PO BOX 389
OCONOMOWOC, WI 53066

The transfer of your claim as shown above in the amount of $239,472.32 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

474843

## TRANSFER NOTICE

ORBIS CORPORATION ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Corp, et al. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the ORBIS CORPORATION Claims of Assignor in the aggregate amount of $239,472.32 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44481.

IN WITNESS WHEREOF, Assignor has signed below as of the 17th day of November, 2005.

WITNESS:
ORBIS CORPORATION                                                         Revenue Management

_Bart Lantz_                                                              By: _[signature]_
(Signature)                                                               (Signature)

_Bart Lantz_                                                              MIKE RICHARDS
(Print Name of Witness)                                                   (Print Name and Title)