McDERMOTT WILL & EMERY LLP
Stephen B. Selbst (SS-6963)
James M. Sullivan (JS-2189)
50 Rockefeller Plaza
New York, New York 10020
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------- x
In re                                             : Chapter 11
                                                  :
DELPHI CORPORATION, et al.,                       : Case No. 05-44481 (RDD)
                                                  :
                    Debtors.                      : (Jointly Administered)
                                                  :
                                                  :
------------------------------------------------- x

## CERTIFICATE OF SERVICE

I, Abigail M. Beal, hereby certify that on the 23rd day of December 2005, I caused to be served by first class United States mail a copy of the Rule 2019 Statement of McDermott Will & Emery LLP the upon all parties on the attached list.

/s/ Abigail M. Beal
Abigail M. Beal
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

NYK 1015044-1.070386.0151

**SERVICE LIST**

Charles Davidow, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
2445 M Street
Washington, DC 20037

and

John Wm. Butler, Jr. Esq.
Kayalyn A. Marafioti, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
(312) 407-0700
Fax: (312) 407-0411
*Attorneys for the Debtors*

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
(212) 510-0508
Fax: (212) 668-2255

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Lathan & Watkins
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Fax: (212) 751-4864

and

Michael D. Warner, Esq.
Warner Stevens LLP
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
(817) 810-5250
Fax: (817) 810-5255
*Attorneys for the Official Committee of Unsecured Creditors*