# EXHIBIT E

**EXHIBIT SUBJECT TO PROTECTIVE ORDER**

-