**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

　　　　I, Ira M. Levee, of full age, verify under penalty of perjury that on December 23, 2005, I caused to be served a copy of Lead Plaintiffs' Motion to Compel Discovery Related to Debtors' Application Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b) Authorizing Employment and Retention of Deloitte & Touche LLP *as Independent Auditors and Accountant to the Debtors, Effective Nunc Pro Tunc to October 8, 2005*: (i) by Federal Express overnight delivery to the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098; (ii) by facsimile and Federal Express overnight delivery to counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Attn: John Wm. Butler Jr.; (iii) by Federal Express overnight delivery to special counsel to the Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn: Douglas Bartner; (iv) by Federal Express overnight delivery to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, Alexander Hamilton House, One Bowling Green, New York, NY 10004-1408; (v) by facsimile and Federal Express overnight delivery to the parties on the annexed Exhibit A; and (vi) by electronic mail to the parties on the annexed Exhibit B.

Dated:  December 23, 2005　　　　　　　　　　　　　　　By: /s/ Ira M. Levee　　　　　　

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ira M. Levee (IL 9958)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LOWENSTEIN SANDLER PC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　18th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 262-6700  (Telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(212) 262-7204  (Facsimile)

and

65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2481 (Facsimile)

*Bankruptcy Counsel for Lead Plaintiff
and the prospective class*

-3-

## **Exhibit A**

| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017 |
|---|---|
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Alicia M. Leonhard<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

**EXHIBIT B**

aaronsona@pepperlaw.com, aee@hurwitzfine.com, aenglund@orrick.com,
afeldman@kslaw.com, agottfried@morganlewis.com, alan.mills@btlaw.com,
amathews@robinsonlaw.com, amcmullen@bccb.com, amoog@hhlaw.com,
andrew.herenstein@quadranglegroup.com, andrew.kassner@dbr.com,
anne.kennelly@hp.com, aordubegian@weineisen.com, asherman@sillscummis.com,
asm@pryormandelup.com, kar@pryormandelup.com, aswiech@akebobo-usa.com,
athau@cm-p.com, austin.bankruptcy@publicans.com, ayala.hassell@eds.com,
bankruptcy@goodwin.com, barnold@whdlaw.com, bbeckworth@nixlawfirm.com,
bellis-monro@sgrlaw.com, Ben.Caughey@icemiller.com, bmcdonough@teamtogut.com,
bmehlsack@gkllaw.com, bnathan@lowenstein.com, bsmoore@pbnlaw.com,
bspears@winstead.com, cahn@clm.com, carol_sowa@denso-diam.com,
caseyl@pepperlaw.com, cbattaglia@halperinlaw.net, ahalperin@halperinlaw.net,
cfilardi@pepehazard.com, cfortgang@silverpointcapital.com, cfox@stblaw.com,
cfox@stblaw.com, chill@bsk.com, ckm@greensfelder.com, jpb@greensfelder.com,
cnorgaard@ropers.com, crieders@gjb-law.com, cs@stevenslee.com,
cp@stevenslee.com, cschulman@sachnoff.com, agelman@sachnoff.com,
cstorie@hodgsonruss.com, csullivan@bsk.com, cweidler@paulweiss.com,
dallas.bankruptcy@publicans.com, david.aaronson@dbr.com, david.boyle@airgas.com,
david.lemke@wallerlaw.com, davidl@bolhouselaw.com, dbaty@honigman.com,
dcrapo@gibbonslaw.com, ddavis@paulweiss.com, derrien@coollaw.com,
dfreedman@ermanteicher.com, dgheiman@jonesday.com, djury@steelworkers-usw.org,
dkarp@cm-p.com, dladdin@agg.com, dlowenthal@thelenreid.com,
dmdelphi@duanemorris.com, dpm@curtinheefner.com, dweiner@schaferweiner.com,
eabdelmasieh@nmmlaw.com, EAKleinhaus@wlrk.com, ecdolan@hhlaw.com,
echarlton@hiscockbarclay.com, eerman@ermanteicher.com, efox@klng.com,
egunn@mcguirewoods.com, ekutchin@kutchinrufo.com, elazarou@reedsmith.com,
elizabeth.flaagan@hro.com, emarcks@ssd.com, emccolm@paulweiss.com,
emcnerney@blbglaw.com, ephillips@thurman-phillips.com, fatell@blankrome.com,
ferrell@taftlaw.com, fholden@orrick.com, fstevens@foxrothschild.com,
ftrikkers@rikkerslaw.com, fusco@millercanfield.com, gdiconza@dlawpc.com,
george.cauthen@nelsonmullins.com, ggreen@fagelhaber.com, gjarvis@ggelaw.com,
glen.dumont@hp.com, greenj@millercanfield.com, greg.bibbes@infineon.com,
grichards@kirkland.com, gsouth@kslaw.com, gtoering@wnj.com,
hannah@blbglaw.com, hborin@schaferweiner.com, heath.vicente@agg.com,
herb.reiner@guarantygroup.com, hkolko@msek.com, hzamboni@underbergkessler.com,
ian@gazesllc.com, ilevee@lowenstein.com, jaffeh@pepperlaw.com,
james.bentley@srz.com, jangelovich@nixlawfirm.com, jbernstein@mdmc-law.com,
Jeff.Ott@molex.com, jeffery.gillispie@infineon.com, jeisenhofer@gelaw.com,
jengland@linear.com, jforstot@tpw.com, jh@previant.com, jharris@quarles.com,
jhinshaw@boselaw.com, jkp@qad.com, jlapinsky@republicengineered.com,
jlevi@toddlevi.com, jmanheimer@pierceatwood.com,
jmbaumann@steeltechnologies.com, jminias@stroock.com, jml@ml-legal.com,
lmc@ml-legal.com, jmoldovan@morrisoncohen.com, mdallago@morrisoncohen.com,
jmsullivan@mwe.com, jmurch@foley.com, joel_gross@aporter.com,

john.brannon@tklaw.com, john.cipriano@meus.mea.com, john.gregg@btlaw.com, john.persiani@dinslaw.com, john.sieger@kattenlaw.com, jonathan.greenberg@engelhard.com, jpardo@kslaw.com, jpguy@swidlaw.com, jposta@sternslaw.com, jrhunter@hunterschank.com, jrobertson@mcdonaldhopkins.com, jshickich@riddellwilliams.com, jsmairo@pbnlaw.com, jvitale@cwsny.com, jwilson@tylercooper.com, jwisler@cblh.com, jzackin@sillscummis.com, karen.dine@pillsburylaw.com, kcookson@keglerbrown.com, kcunningham@piercewood.com, ken.higman@hp.com, khansen@stroock.com, kim.robinson@bfkpn.com, klaw@bbslaw.com, kmiller@skfdelaware.com, Knathan@nathanneuman.com, knorthrup@kutchinrufo.com, knye@quarles.com, krk4@daimlerchrysler.com, krosen@lowenstein.com, kwalsh@lordbissel.com, rcovino@lordbissel.com, landy.ralph@pbgc.gov, lawallf@pepperlaw.com, lawtoll@comcast.net, lcurcio@tpw.com, lisa.moore2@nationalcity.com, lloyd.sarakin@am.sony.com, lmagarik@kjmlabor.com, lnewman@fagelhaber.com, lpeterson@msek.com, lpinto@wcsr.com, lschwab@bbslaw.com, lwalzer@angelogordon.com, madison.cashman@stites.com, maofiling@cgsh.com, maofiling@cgsh.com, margot.erlich@pillsburylaw.com, mark.houle@pillsburylaw.com, markd@blbglaw.com, mbane@kelleydrye.com, mblacker@andrewskurth.com, mbusenkell@mnat.com, mcarter@kslaw.com, mcruse@wnj.com, mdebbeler@graydon.com, metkin@lowenstein.com, mfarquhar@winstead.com, mgreger@allenmatkins.com, mhager@oshr.com, mhall@burr.com, michael.cook@srz.com, michaelz@orbotech.com, mlee@contrariancapital.com, jstanton@contrariancapital.com, wraine@contrariancapital.com, solax@contrariancapital.com, mlschein@mintz.com, mmassad@hunton.com, mmesonesmori@whitecase.com, mmharner@jonesday.com, mnewman@schaferweiner.com, mrichards@blankrome.com, mrr@previant.com, mscott@riemerlaw.com, mshaiken@stinsonmoheck.com, msomerstein@kelleydrye.com, mtf@afrct.com, murph@berrymoorman.com, mviscount@foxrothschild.com, mwcheney@swidlaw.com, mwinthrop@winthropcouchot.com, myarnoff@sbclasslaw.com, myetnikoff@schiffhardin.com, mzelmanovitz@morganlewis.com, niizeki.tetsuhiro@furukawa.co.jp, nlph4@cornell.edu, office@gazesllc.com, oiglesias@wlross.com, pabutler@ssd.com, patrick.bartels@quadranglegroup.com, pbaisier@seyfarth.com, pbarr@jaffelaw.com, pbilowz@goulstonstorrs.com, pcostello@bbslaw.com, pgurfein@akingump.com, pjanovsky@zeklaw.com, pmears@btlaw.com, Pretekin@coollaw.com, prubin@herrick.com, rbeacher@pitneyhardin.com, rcharles@lrlaw.com, rdehney@mnat.com, rdremluk@seyfarth.com, resterkin@morganlewis.com, rfrankel@swidlaw.com, RGMason@wlrk.com, rgoldi@sotablaw.com, rgriffin@iuoe.org, rheilman@schaferweiner.com, rhett.campbell@tklaw.com, rhwyron@swidlaw.com, richard.epling@pillsburylaw.com, richard.kremen@dlapiper.com, rjones@bccb.com, rjsidman@vssp.com, rkidd@srcm-law.com, rmcdowell@bodmanllp.com, rmeth@pitneyhardin.com, rnsteinwurtzel@swidlaw.com, robert.goodrich@stites.com, robert.welhoelter@wallerlaw.com, robin.spear@pillsburylaw.com, rpeterson@jenner.com, rsz@curtinheefner.com, rthibeaux@shergarner.com, rthibeaux@shergarner.com, rtrack@msn.com, rurbanik@munsch.com, jwielebinski@munsch.com, drukavina@munsch.com, rusadi@cahill.com,

rweiss@honigman.com, fgorman@honigman.com, sagolden@hhlaw.com,
sarbt@millerjohnson.com, wolfordr@millerjohnson.com, sbrennan@nathanneuman.com,
scargill@lowenstein.com, schristianson@buchalter.com, sdonato@bsk.com,
sean@blbglaw.com, selanders@danielsandkaplan.com, sfreeman@lrlaw.com,
sgoldber@quarles.com, sgross@hodgsonruss.com, shandler@sbclasslaw.com,
shapiro@steinbergshapiro.com, sharon.petrosino@hp.com, shazan@oshr.com,
sholmes@hunton.com, sjennik@kjmlabor.com, sjfriedman@jonesday.com,
sk@kieselaw.com, skrause@zeklaw.com, smcook@lambertleser.com,
snirmul@gelaw.com, sokeefe@winthropcouchot.com, sopincar@mcdonaldhopkins.com,
sosimmerman@kwgd.com, sreisman@cm-p.com, sriemer@phillipsnizer.com,
sriley@mcdonaldhopkins.com, srosen@cb-shea.com, sselbst@mwe.com,
sshimshak@paulweiss.com, steven.keyes@aam.com, susanwhatley@nixlawfirm.com,
tajamie@ajamie.com, tbrink@lordbissel.com, tch@previant.com,
tdonovan@finkgold.com, tgaa@bbslaw.com, tkennedy@kjmlabor.com,
tmaxson@cohenlaw.com, tmcfadden@lordbissel.com, tomschank@hunterschank.com,
tsable@honingman.com, vdagostino@lowenstein.com, wachstein@coollaw.com,
wbeard@stites.com, wendy.brewer@btlaw.com, michael.mccrory@btlaw.com,
whanlon@seyfarth.com, whawkins@loeb.com, wheuer@morganlewis.com,
william.barrett@bfkpn.com, wkohn@schiffhardin.com, wmsimkulak@duanemorris.com,
wsavino@damonmorey.com, wshowman@ajamie.com, tscobb@vssp.com,
amalone@colwinlaw.com, jhlemkin@duanemorris.com, gsantella@masudafunai.com