**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al*.,<br>                              Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

**ORDER GRANTING LEAD PLAINTIFFS' MOTION TO**
**COMPEL DISCOVERY RELATED TO DEBTORS' MOTION**
**FOR ORDER UNDER §§ 105 AND 363 AUTHORIZING DEBTORS**
**TO IMPLEMENT A KEY EMPLOYEE COMPENSATION PROGRAM**

This matter, having been opened to the Court by Lowenstein Sandler PC, Bankruptcy Counsel for Lead Plaintiffs in the *In re Delphi Corp Securities Litigation*, on a Motion (the "Motion") for entry of an order under Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule") 7034 and 7037, made applicable hereto by Bankruptcy Rule 9014(c), compelling discovery related to Debtors' Motion for an Order under 11 U.S.C. §§ 105(a) and 363(b)(1) Authorizing Debtors to Implement a Key Employee Compensation Program, and the Court having considered the Motion and the Declaration of John P. Coffey filed in support of the Motion, and any opposition thereto, and the arguments of counsel, and good cause appearing therefore, it is hereby;

        **ORDERED, ADJUDGED AND DECREED, that:**

    1.    The Lead Plaintiffs' Motion be and is hereby **GRANTED.**

18692/2
12/02/2005 1828040.01

-2-

       2.    Debtors shall provide the requested documents within five (5) days of the entry of this Order and shall make John Sheehan, Laura Marion, Dan Renick, and John Rotko available for deposition at a reasonable time and place sufficiently prior to the January 27, 2006 hearing on the KECP Motion.

                                                                                                                               _____

                                                                                                                        Hon. Robert D. Drain, U.S.B.J.

DATED: January \_\_\_, 2006

-2-