UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

## PROOF OF SERVICE

The undersigned states that he is an employee of Clark Hill PLC, and that he caused papers to be served as follows:

Document Served:   *Amended Notice of Appearance on behalf Borg Warner*

Method of Service:   Via e-mail upon all parties shown on Exhibit A attached hereto.

Date of Service:   December 19, 2005

        /s/  Seth A. Drucker
        Seth A. Drucker

5215288v.1 25693/103017