UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Honorable Robert D. Drain |

## PROOF OF SERVICE

The undersigned states that he is an employee of Clark Hill PLC, and that he caused papers to be served as follows:

Document Served:    *Amended Notice of Appearance on behalf Metaldyne Company, Inc.*

Method of Service /    Via e-mail upon all parties shown on Exhibit A attached hereto.
Served Upon:

Date of Service:    December 19, 2005

          /s/  Seth A. Drucker
          Seth A. Drucker

5215292v.1 25683/103156