

EXHIBIT A

**File a Notice:**

05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Drucker, Seth A. entered on 12/19/2005 at 3:24 PM and filed on 12/19/2005
**Case Name:**        Delphi Corporation
**Case Number:**      05-44481-rdd
**Document Number:** 1569

**Docket Text:**
Amended Notice of Appearance filed by Seth A. Drucker on behalf of Metaldyne Company LLC. (Drucker, Seth)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\sdrucker\Desktop\Metaldyne Appearance.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=12/19/2005] [FileNumber=4700465-0]
[17f324aa9b0c23e1d59e42f7ad8246df23b83583c1b9ead8a8f645b67452cccaaafa
03a6c670d7b4876445cac52d2157b30e6143ef92cb6b7ff6d397315b067a]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson     david.aaronson@dbr.com,

Elizabeth Abdelmasieh     eabdelmasieh@nmmlaw.com

Franklin C. Adams     franklin.adams@bbklaw.com

Jason R. Adams     jadams@torys.com,

Jennifer L. Adamy     bankruptcy@goodwin.com,

Stephen M. Bales     sbales@zieglermetzger.com,

William J. Barrett     william.barrett@bfkpn.com, william.barrett@bfkpn.com

David S. Barritt     barritt@chapman.com,

Donald F. Baty     dbaty@honigman.com,

Douglas P. Baumstein     dbaumstein@whitecase.com,

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com,

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

Kevin J. Burke    kburke@cahill.com

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com,

Scott Cargill    scargill@lowenstein.com, hpetersen@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com,

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Ben T. Caughey    ben.caughey@icemiller.com,

George B. Cauthen    george.cauthen@nelsonmullins.com,

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tracy M. Clark    clark@steinbergshapiro.com,

David D. Cleary    dcleary@mwe.com,

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Susan M. Cook    smcook@lambertleser.com,

David N. Crapo    dcrapo@gibbonslaw.com,

Michael G. Cruse    mcruse@wnj.com,

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jeffdavis@graycary.com,

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com

Karen Dine    karen.dine@pillsburylaw.com,

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.cor

Seth A. Drucker    sdrucker@clarkhill.com,

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Bruce N. Elliott    elliott@cmplaw.com,

Barbara Ellis-Monro    bellis-monro@sgrlaw.com,

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman     eerman@ermanteicher.com,

Michael S. Etkin     metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga     sfalanga@connellfoley.com, tpasuit@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber     efarber747@aol.com,

Robert Michael Farquhar     mfarquhar@winstead.com,

Bonnie Glantz Fatell     fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell     Ferrell@taftlaw.com,

Charles J. Filardi     cfilardi@pepehazard.com

Jonathan D. Forstot     jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox     efox@klng.com

David H. Freedman     dfreedman@ermanteicher.com,

Scott J. Friedman     sjfriedman@jonesday.com, sdignomirello@jonesday.com;dsciabarassi@jonesday.com;ChicagoBRR@jonesday.com

Timothy A. Fusco     fusco@millercanfield.com,

Thomas M. Gaa     tgaa@bbslaw.com, clee@bbslaw.com

David Garland     dgarland@mcdr-law.com,

James M. Garner     jgarner@shergarner.com, jchocheles@shergarner.com

Yann Geron     nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Scott R. Goldberg     sgoldber@quarles.com

Scott A. Golden     sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich     nashvillebankruptcyfilings@stites.com,

Robert D. Gordon     rgordon@clarkhill.com,

Warren R. Graham     wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green     ggreen@fagelhaber.com,

Jonathan S. Green     greenj@millercanfield.com,

John T. Gregg    jgregg@btlaw.com,

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Peter J. Gurfein    pgurfein@akingump.com,

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com,

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com,

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

Dion W. Hayes    dhayes@mcguirewoods.com, egunn@mcguirewoods.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    shoff@burr.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko    hkolko@msek.com

Alan M. Koschik     akoschik@brouse.com,

Lawrence J. Kotler     ljkotler@duanemorris.com,

Stuart A. Krause     skrause@zeklaw.com

Duane Kumagai     dkumagai@rutterhobbs.com,

Darryl S. Laddin     bkrfilings@agg.com

Elena Lazarou     elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere     davidl@bolhouselaw.com,

Harris Donald Leinwand     hleinwand@aol.com, hleinwand@aol.com

David E. Lemke     david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin     jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee     ilevee@lowenstein.com

Jill Levi     jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson     jml@ml-legal.com,

Kenneth M. Lewis     klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis     brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel     schnabel@klettrooney.com,

A. Peter Lubitz     plubitz@schiffhardin.com

John S. Mairo     jsmairo@pbnlaw.com

Jacob A. Manheimer     jmanheimer@pierceatwood.com, mpottle@pierceatwood.com

Kayalyn A. Marafioti     kmarafio@skadden.com, jharring@skadden.com

Dorothy H. Marinis-Riggio     demarinis@candklaw.com,

Ilan Markus     imarkus@tylercooper.com,

Richard Gary Mason     rgmason@wlrk.com;eakleinhaus@wlrk.com

Thomas J. Matz     tmatz@skadden.com

Daniel P. Mazo     dpm@curtinheefner.com,

Michael K. McCrory     michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell     rmcdowell@bodmanllp.com,

Austin L. McMullen     amcmulle@bccb.com,

Patrick E. Mears     patrick.mears@btlaw.com

Derek F. Meek     dmeek@burr.com

Barbara S Mehlsack     bmehlsack@gkllaw.com,

Richard M. Meth     msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson     rmichaelson@kl.com, joyce.smith@klng.com

Kathleen M. Miller     kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills     amills@btlaw.com

Joseph Thomas Moldovan     bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy     jmoloy@dannpecar.com,

Audrey E. Moog     amoog@hhlaw.com,

Brian F. Moore     bmoore@mccarter.com,

Eric T. Moser     emoser@klng.com, kserrao@klng.com

Alisa Mumola     alisa@contrariancapital.com,

Jill L. Murch     jmurch@foley.com, khall@foley.com

James P. Murphy     murph@berrymoorman.com,

Bruce S. Nathan     bnathan@lowenstein.com, clongstreth@lowenstein.com

Lauren Newman     lnewman@fagelhaber.com,

Marie L. Nienhuis     mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod     gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye     knye@quarles.com,

Martin P. Ochs     martin@oglaw.net

Sean A. Okeefe     sokeefe@winthropcouchot.com,

Ingrid S. Palermo    ipalermo@hselaw.com

Geoffrey J. Peters    gpeters@weltman.com,

Anne M. Peterson    apeterson@phillipslytle.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com

Ed Phillips    ephillips@thurman-phillips.com,

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com,

David M. Posner    dmposner@hhlaw.com;khseal@hhlaw.com

Jeffrey S. Posta    jposta@sternslaw.com,

Constantine Pourakis    cp@stevenslee.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Dennis Jay Raterink    raterinkd@michigan.gov,

Jo Christine Reed    jcreed@sonnenschein.com, rrichards@sonnenschein.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com,

Geoffrey A. Richards    grichards@kirkland.com,

Marc E. Richards    mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Matthew R. Robbins    mrr@previant.com,

Jean R. Robertson    jrobertson@mcdonaldhopkins.com,

Scott D. Rosen    srosen@cb-shea.com,

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com,

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

William F. Savino    wsavino@damonmorey.com,

Thomas J. Schank    tomschank@hunterschank.com, bfrasier@hunterschank.com

Michael L. Schein    mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman    cschulman@sachnoff.com,

Bryan I. Schwartz    bschwartz@lplegal.com,

Mark S. Scott    mscott@riemerlaw.com,

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com,
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsc

Andrea Sheehan    sheehan@txschoollaw.com,
greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman    asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich    jshickich@riddellwilliams.com

Stephen J. Shimshak    sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman    was@showmanlaw.com,

Robert J. Sidman    rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome    mail@srsllp.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

Brent C. Strickland    bstrickland@wtplaw.com,

James M. Sullivan    jmsullivan@mwe.com

Robert Szwajkos    rsz@curtinheefner.com,

Gordon J. Toering    gtoering@wnj.com

Sheldon S. Toll    lawtoll@comcast.net

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Shmuel Vasser    svasser@eapdlaw.com

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

W. Joe Wilson    jwilson@tylercooper.com,

Jeffrey C. Wisler    jcw@cblhlaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Helen A. Zamboni    hzamboni@underbergkessler.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com