Delphi Service List

**OVERNIGHT MAIL**

Skadden, Arps, Slate, Meagher &
  Flom LLP
Attn: John Wm. Butler
333 W. Wacker Dr.
Suite 2100
Chicago, IL  60606

**HAND DELIVERY**

Shearman & Sterling LLP
Attn: Douglas Bartner
599 Lexington Avenue
New York, NY  10022

**HAND DELIVERY**

Davis Polk & Wardwell
Attn: Donald Bernstein
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman
        Robert H. Trust
425 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**
United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street
21st Floor
New York, NY  10004-2112

**HAND DELIVERY**
Hogan & Hartson, L.L.P.
Attn: Scott A. Golden, Esq.
875 Third Avenue
New York, NY  10022

**HAND DELIVERY**
Latham & Watkins LLP
Attn: Robert Rosenberg, Esq.
885 Third Avenue, Suite 1000
New York, NY  10022

**HAND DELIVERY**
Wachtell, Lipton, Rosen & Katz, LLP
Attn: Richard G. Mason, Esq.
51 West 52nd Street
New York, NY  10019

8122662