IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-44481 *et al.* |
| | | (Jointly Administered) |
| Debtors. | * | Chapter 11 |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF MARYLAND | ) |
| | )   ss: |
| COUNTY OF BALTIMORE | ) |

Maria Ellena Chavez-Ruark, being duly sworn, deposes and says:

1.      I am not a party to these proceedings, over eighteen years of age and employed by DLA Piper Rudnick Gray Cary US LLP, 6225 Smith Avenue, Baltimore, Maryland 21209-3600.

2.      On the 21st day of December, 2005, I caused to be served true copies of the *Motion of Constellation NewEnergy, Inc. for (I) Relief From Stay to Exercise Recoupment and/or Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief* and the *Notice of Motion of Constellation NewEnergy, Inc. for (I) Relief From Stay to Exercise Recoupment and/or Setoff Rights Pursuant to Section 553 of the Bankruptcy Code and (II) Other Related Relief* by first class mail, postage prepaid, on all parties on the attached lists.

Dated:  New York, New York
      December 27, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By:      /s/ Maria Ellena Chavez-Ruark
      Maria Ellena Chavez-Ruark, Esquire
      DLA Piper Rudnick Gray Cary US LLP
      6225 Smith Avenue
      Baltimore, Maryland 21209-3600
      Telephone:     (410) 580-3000
      Facsimile:     (410) 580-3001

      Attorneys for Constellation NewEnergy, Inc.

Sworn to before me this 27th day of December, 2005

    /s/ Lauren L. Gern
      Notary Public
      My Commission Expires:  4/1/08

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Floor
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York , NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street
35th Floor
New York, NY 10019

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Attn: Insolvency Department, Mario Valerio
Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY 10022

Thomas F. Maher, Richard Duker, Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James Le
Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

~BALT1:4217018.v1

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Melissa Knolls
Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL  60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

~BALT1:4217018.v1

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Robert H. Trust, William T.
Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm. Butler, John K. Lyons, Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Chester B. Salomon, Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

Alicia M. Leonard
United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112

Deirdre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Wallace A. Showman
Ajamie LLP
1350 Avenue of the Americas
29th Floor
New York, NY 10019

Thomas A. Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX 77002

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills, MI 48331

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East
Suite 2400
Los Angeles, CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street
Fifth Floor
Irvine, CA 92614-7321

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI 48243

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Gogi Malik
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101-2459

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta , GA 30363-1031

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta , GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario N3H 4R6

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg
LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg
LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Michael K. McCrory   Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, MI 49503

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Eileen McNerney
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold
Suite 1900
Detroit, MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center
34th Floor
Detroit, MI 48243

David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar P.C.
3996 Chicago Drive SW
Grandville, MI 49418

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street
Suite 2700
Indianapolis, IN 46204

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M. Christianson
Buchalter Nemer, A Profesional  Corporation
333 Market Street
25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham , AL 35203

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver , CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street
17th Floor
New York, NY 10017

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Seth A. Drucker
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA 15222-1319

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street
Suite 400
Ann Arbor, MI 48104

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington , DE 19899

Mark Lee, Janice Stanton, Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue
Suite 225
Greenwich, CT 06830

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH 45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Robert  Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Jay Selanders
Daniels & Kaplan, P.C.
2405 Grand Boulevard
Suite 900
Kansas City, MO 64108-2519

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield , MI 48086

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

Richard M. Kremen   Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX 75024

Earle I. Erman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre
Ste. 444
Southfield, MI 48034

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre
Ste. 444
Southfield, MI 48034

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Gary E. Green
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL  60603

Lauren Newman
Fagel Haber LLC
55 East Monroe
40th Floor
Chicago, IL  60603

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway
Suite 711
New York, NY 10004

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street
Suite 2800
Chicago, IL 60610-4764

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY 10016

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City , NJ 08401-7212

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY 41858-9122

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI 53593

Eric Wainer
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY 10013

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY 10013

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street
Suite 4400
Miami, FL 33131

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street
4th Floor
New York, NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Jill M. Hartley
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive
Suite 202
Milwaukee, WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Cherie Macdonald   J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway
Suite 200
St. Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY 10591

Alan D. Halperin   Christopher J.Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto , CA 94304

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse, NY 13221-4878

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver , CO 80203

Robert B. Weiss, Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX 75201

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX 75201

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN 46282-0200

Greg Bibbes
Infineon Technologies North America Corporation
1730 North First Street
M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America Corporation
2529 Commerce Drive
Suite H
Kokomo, IN 46902

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street
Suite 1800
Columbus, OH 43215

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Mark. R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Larry Magarik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY 12110

George B. South, III
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Alexandra B. Feldman
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Michelle Carter
King & Spalding, LLP
191 Peachtree Street
Suite 4900
Atlanta , GA 30303-1763

James A. Pardo, Jr.
King & Spalding, LLP
191 Peachtree Street
Suite 4900
Atlanta , GA 30303-1763

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH 44735-6963

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City, MI 48707-0835

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin , TX 78760-7428

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street
Suite 1600
Dallas, TX 75201

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh   Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas
18th Floor
New York, NY 10020

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway
Suite 101
Toledo, OH 43615

Joe Landen
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Jeffrey M. Levinson, Esq.   Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Elizabeth L. Gunn
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond , VA 23219-4030

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

April Burch
Miami-Dade County, FL
140 West Flagler Street
Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Dennis J. Raternink
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas P. Sarb    Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI 49501-0306

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226

Michael L. Schein
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
666 Third Avenue
New York, NY 10017

John E. Cipriano
Mitsubishi Electric & Electronics USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL 60061

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Robert J. Dehney
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE 19899-1347

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE 19899-1347

Joseph T. Moldovan    Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq.
and Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, RX 75202-2790

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI 48034

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

James Imbriaco
Noma Company and General Chemical Performance
Products LLC
90 East Halsey Road
Parsippanny, NJ 07054

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland , OH 44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland , OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA 01821

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Scott L. Hazan
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Melissa A. Hager
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC 20005-4026

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland , ME 04101

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland , ME 04101

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA 92626-7122

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036-4039

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York, NY 10036

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ 07960

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

A. Scott Mandelup, Kenneth A. Reynolds
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY 11590

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ 08054

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY 10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

Kasey C. Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson, AZ 85701

Elena Lazarou
Reed Smith
599 Lexington Avenue
29th Street
New York, NY 10022

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH 44333

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave.
Suite 4500
Seattle, WA 98154-1195

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA 02108

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC 29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA 90071

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY 10004

Charles S. Schulman, Arlene N. Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

Michael Yetnikoff
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Carol Weiner Levy
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta , GA 30309-2401

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center
Suite 2550
Southfield, MI 48075

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane
Suite 650
Baton Rouge, LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
1st Floor
Greenwich, CT 06830

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E.
Suite 3100
Atlanta , GA 30309

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ 07656

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI 48025

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA 94111-3492

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY 40245

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street
Suite 200
Oakland, CA 94607

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield , MI 48075

Jeffrey S. Posta
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ 08607-1298

Chester B. Salomon, Esq.    Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street
Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Jonathan P. Guy
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Richard H. Wyron
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street
Suite 1800
Cincinnati, OH 45202-3957

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan 100-8322

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH 44706

David A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Daniel A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX 77002

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue
Suite 300
Dallas, TX 75201

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West
Suite 1000
San Antonio , TX 78230

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place
35th Floor
Hartford , CT 06103-3488

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY 14604

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
Five Gateway Center
Suite 807
Pittsburgh, PA 15222

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLp
Bridgewater Place
P.O. Box 353
Grand Rapids, MI 49501-0352

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center
Suite 2700
Southfield , MI 48075

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East
#1150
Los Angeles, CA 90067

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street
Suite 900
Columbus, OH 43215

John K. Cunningham
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Margarita Mesones-Mori
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue
Suite 2100
Austin, TX 78701

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY 10022

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27402

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022