LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*admitted pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On December 20, 2005, I caused true and correct copies of that certain Notice of Hearing and Amended Exhibit for Motion to Amend the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III)

NY\1098474.2

Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), to be served upon the parties on the Exhibit A in the manner indicated thereon.

        3.        On December 21, 2005, I caused true and correct copies of that certain Notice of Hearing and Amended Exhibit for Motion to Amend the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e), to be served upon the parties on the Exhibit B in the manner indicated thereon.

                                                         /s/ Leslie Salcedo
                                                         Leslie Salcedo

Sworn to before me this
28th day of December, 2005

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1098474.2

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Fl<br>Los Angeles, CA 90025 | Bruce Simon<br>Cohen Weiss & Simon<br>330 W 42nd St<br>New York, NY 10036 |
| Steven J Reisman<br>Curtis Mallet-Prevost Colt & mosle LLP<br>101 Park Ave<br>New York, NY 10178-0061 | Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Ave<br>New York, NY 10017 |
| Sean Corcoran<br>Karen Craft<br>Delphi Corporation<br>5725 Delphi Dr<br>Troy, MI 48098 | Michael Nefkens<br>Electronic Data Systems Corp<br>5505 Corporate Dr Msia<br>Troy, MI 48098 |
| Carrie L. Schiff<br>Terry Zale<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO 80503 | Richard Lee Chambers III<br>Freescale Semiconductor Inc<br>6501 William Cannon Dr West<br>Md Oe16<br>Austin, TX 78735 |
| Randall S Eisenberg<br>FTI Consulting Inc<br>3 Times Square<br>11th Fl<br>New York, NY 10036 | Valerie Venable<br>c/o GE Plastics<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 | Lonie A Hassel<br>Groom Law Group<br>1701 Pennsylvania Ave Nw<br>Washington, DC 20006 |

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Vilma Francis
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

David D. Cleary
Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Henry Reichard
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

Melissa Knolls
Mesirow Financial
350 N Clark St
Chicago, IL 60610

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

NY\1098474.2

Deirdre A Martini
United States Trustee
33 Whitehall St
Ste 2100
New York, NY 10004

Alicia M Leonard
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

Steven M Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market St
Wilmington, DE 19890

Brown Rudnick Berlack Israels LLP
Robert J. Stark
Seven Times Square
New York, NY 10036

J. Brian McTigue
Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Daniel D. Doyle
Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

**Via First Class Mail**

| | |
|---|---|
| Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | The Timpken Corporation BIC - 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706 |
| Noma Company and General Chemical Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippany, NJ 7054 | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>Dennis J. Raternink<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency<br>Michael Cox<br>PO Box 30736<br>Lansing, MI 48909-7717 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 |

NY\1098474.2

| | |
|---|---|
| Harris D. Leinwand<br>350 Fifth Avenue<br>Suite 2418<br>New York, NY 10118 | HAL/ERC-Legal<br>Tillie Lim, Esq.<br>50 Prospect Avenue<br>Tarrytown, NY 10591 |
| Frank D. Jones<br>158 New York Circle Cr.<br>Whitesburg, KY 41858-9122 | Ambrake Corporation<br>Ronald L. Jones<br>300 Ring Road<br>Elizabethtown, KY 42701 |

**Exhibit B**

**Via E – Mail Service**

aaronsona@pepperlaw.com; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; amcmullen@bccb.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; bmcdonough@teamtogut.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cfilardi@pepehazard.com; cfox@stblaw.com;cfox@stblaw.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; cweidler@paulweiss.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; echarlton@hiscockbarclay.com; efox@klng.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; emccolm@paulweiss.com; emcnerney@blbglaw.com; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; fusco@millercanfield.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; heath.vincente@agg.com; herb.reiner@guarantygroup.com; hkolko@msek.com; hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com; ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; jbernstein@mdmc-law.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jharris@quarles.com; jhinshaw@boselaw.com; jkp@qad.com; jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; john.brannon@tklaw.com; john.cipriano@meus.mea.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jonathan.greenberg@engelhard.com; jpardo@kslaw.com; jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com; kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com;

NY\1098474.2

kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com; knorthrup@kutchinrufo.com; krk4@daimlerchrysler.com; krosen@lowenstein.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lcurcio@tpw.com; lisa.moore2@nationalcity.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com; lpeterson@msek.com; lschwab@bbslaw.com; lwalzer@angelogordon.com; madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com; markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com; mbusenkell@mnat.com; mcarter@kslaw.com; mcruse@wnj.com; mdebbeler@graydon.com; metkin@lowenstein.com; metkin@lowenstein.com; mfarquhar@winstead.com; mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; michael.cook@srz.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com; mrichards@blankrome.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msomerstein@kelleydrye.com; mtf@afrct.com; mviscount@foxrothschild.com; mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com; myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com; office@gazesllc.com; patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com; pbilowz@goulstonstorrs.com; pcostello@bbslaw.com; pgurfein@akingump.com; pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com; rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rcmcdowell@bodmanllp.com; rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com; rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com; rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.kremen@dlapiper.com; rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rnsteinwurtzel@swidlaw.com; robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; rsz@curtinheefner.com; rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; rusadi@cahill.com; rweiss@honigman.com; fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; scargill@lowenstein.com; sean@blbglaw.com; selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com; sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com; sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com; sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com; sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; susanwhatley@nixlawfirm.com; tajamie@ajamie.com; tbrink@lordbissel.com; tdonovan@finkgold.com; tgaa@bbslaw.com; tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com; tomschank@hunterschank.com; vdagostino@lowenstein.com; wachstein@coollaw.com; wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com; william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1098474.2