# **SERVICE LIST**

Counsel for the Debtors
John Wm. Butler Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
T: 800-718-5305
F: 312-407-0411
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com

Counsel for the Debtors
Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
T: 800-718-5305
F: 212-735-2000
kmarafio@skadden.com
tmatz@skadden.com

Counel for the Debtors
Jill Frizzley, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
T: 212-848-8174
F: 212-848-8174
jfrizzley@shearman.com

Debtor
Delphi Corporation
Attn:  Sean Corcoran & Karen Craft
5725 Delphi Drive
Troy, MI 48098
Sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

Counsel to Creditors' Committee
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834
T: 212-906-1200
F: 212-751-4864
robert.rosenberg@lw.com

United States Trustee
Deirdre A. Martini, Esq.
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2111
T: 212-510-0500
F: 212-668-2255

Counsel for Deloitte & Touche LLP
Greg Schwed, Esq.
Loeb & Loeb LLP
345 Park Avenue, 18th Floor
New York, NY 10154
T: 212-407-4815
F: 212-407-4990
gschwed@loeb.com

Prepetition Administrative Agent
Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
T: 212-270-5484
F: 212-270-4016
Vilma.francis@jpmorgan.com

Counsel for Prepetition Administrative Agent
Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
William T. Russell, Jr., Esq.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
kziman@stblaw.com
rtrust@stblaw.com
wrussel@stblaw.com

| Postpetition Administrative Agent | Counsel for Postpetition Administrative Agent |
|---|---|
| Thomas F. Maher | Donald Bernstein, Esq. |
| Richard Duker | Davis Polk & Wardwell |
| Gianni Russello | 450 Lexington Avenue |
| JPMorgan Chase Bank, N.A. | New York, NY 10017 |
| 270 Park Avenue | T: 212-450-4092 |
| New York, NY 10017 | F: 212-450-3092 |
| T: 212-270-0426 | Donald.bernstein@dpw.com |
| F: 212-270-4016 | |
| Thomas.fmaher@chase.com | |
| Richard.duker@jpmorgan.com | |
| Gianni.russello@jpmorgan.com | |