## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                         :
     In re                          :    Chapter 11
                                         :
DELPHI CORPORATION et al.,               :    Case No. 05-44481 (rdd)
                                         :
                   Debtors.    :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On December 15, 2005, I caused to be served, via personal service delivery the document listed in Section 1 on JST Mfg Co Ltd., Mark Rei, 37879 Interchange Dr. Farmington Hills, MI 48335. Proof of Service attached hereto as Exhibit A:

### *Section 1*

**I.** Order to Show Cause **(Docket No. 1545) [Attached hereto as Exhibit B]**

Dated: December 28, 2005

                                    */s/ Amber M. Cerveny*
                                    Amber M. Cerveny

Sworn to and subscribed before
me on December 28, 2005

     /s/ *Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

1

# EXHIBIT A

**PROOF OF SERVICE**

Case No.

**TO PROCESS SERVER:** You must make and file your return with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE**

| ☐ OFFICER CERTIFICATE | OR | ☒ AFFIDAVIT OF PROCESS SERVER |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that: (notarization required) |

☐ I certify that on this date a copy of the motion and order to show cause was sent by ordinary mail on:

☒ I personally served a copy of the motion and order to show cause on:

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| MARK REI | 37879 INTERCHANGE DR. FARMINGTON HILLS, MI 48335 | FRI – 1245pm 12-16-05 |

☐ I have personally attempted to serve the motion and order to show cause on the following person(s) and have been unable to complete service.

| Name(s) | Complete address(es) of service | Day, date, time |
|---|---|---|
| | | |
| | | |

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ 40.00 | | $ | $ 40.00 |

Signature _Ned at_

Title PROCESS SERVER

Subscribed and sworn to before me on 12-19-05, OAKLAND County, Michigan.

My commission expires: 3-15-08   Signature: _Eleanor L Moore_

Notary public, State of Michigan, County of OAKLAND

Deputy court clerk/Notary public

ELEANOR L. MOORE
Notary Public - Michigan
Oakland County
My Commission Expires Mar 15, 2008
Acting in the County of OAKLAND

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of this motion and order to show cause on

Day, date, time

on behalf of _____.

Signature _____

for use by court clerk only when motion is initiated by the court

**CERTIFICATE OF MAILING**

I certify that on this date a copy of this notice was served upon the party ordered to appear by ordinary mail at his/her last known address.

# __EXHIBIT B__

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
          In re                                             :
                                                            :   Chapter 11
DELPHI CORPORATION, et al.,                                 :
                                                            :   Case No.  05 – 44481 (RDD)
                                    Debtors.                 :
                                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------x

<u>ORDER TO SHOW CAUSE</u>

          Upon the motion, dated October 8, 2005 (the "Motion"),[1] of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order under sections 105, 363, 1107,

and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the

"Bankruptcy Code"), and Fed. R. Bankr. P. 6004 and 9019 authorizing the continuation of the

Debtors' prepetition vendor rescue program and the payment of prepetition claims of financially-

distressed sole source suppliers and vendors without enforceable contracts; and upon the order of

this Court, entered October 13, 2005 (the "October 13th Order"), granting the relief requested in

the Motion; and upon the Debtors' notice of waiver, dated December 1, 2005, with respect to JST

Mfg. Co. Ltd. ("Supplier"); and it appearing that proper and adequate notice of the Debtors'

request for entry of this Order to Show Cause (the "Show Cause Order") has been given and that

---

[1]         Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the
Motion.

no other or further notice is necessary; and after due deliberation thereon; and good and

sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    Supplier is hereby ordered to show cause before this Court at a hearing to be

held at 10:00 a.m. Prevailing Eastern Time on January 5, 2006 before the Honorable Robert D.

Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One Bowling

Green, New York, New York 10004-1408 (the "Hearing") why the Supplier should not be held

in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening to

withhold essential goods from the Debtors under one or more contracts between the Debtors and

Supplier.

2.    Service of this Show Cause Order is to be made on or before December 16,

2005 by service upon (a) the Supplier by 5:30 p.m. New York time on such date by hand, email

or facsimile, (b) the Office of the United States Trustee, (c) counsel for the official committee of

unsecured creditors appointed in these cases pursuant to section 1102 of the Bankruptcy Code,

(d) counsel for the agent under the Debtors' prepetition credit facility, and (e) counsel for the

agent under Debtors' post-petition credit facility.  Notice served pursuant to the preceding

sentence shall, other than on the Supplier, be via first class mail, postage prepaid.  No further

notice of the Hearing or of the entry of this Show Cause Order need be served by the Debtors.

3.    In accordance with the Case Management Order dated October 14, 2005,

objections and responses, if any, must (a) be in writing, (b) conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

(c) be filed with the Bankruptcy Court in accordance with General Order M-242, as amended

(registered users of the Bankruptcy Court's case filing system must file electronically and all

2

other parties-in-interest must file on a 3.5 inch disk, preferably in Portable Document Format

(PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States

Bankruptcy Judge, and (e) served upon: (i) conflicts counsel to the Debtors, Togut, Segal &

Segal LLP, One Penn Plaza, Suite 3335, New York, New York 10119 (Attn:  Albert Togut,

Esq.), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, 333 West Wacker

Drive, Suite 2100, Chicago, Illinois 60606 (Attn:  John Wm. Butler, Jr, Esq.), (iii) counsel to the

agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Attn:  Marissa Wesley, Esq.), (iv) counsel to

the agent under the Debtors' postpetition credit facility, Davis Polk & Wardell, 450 Lexington

Avenue, New York, New York 10017 (Attn:  Marlane Melican, Esq.), (v) counsel to the

Creditors Committee, Latham Watkins, LLP Latham & Watkins LLP, 885 Third Avenue, Suite

1000, New York, NY 10022-4068 (Attn:  Robert Rosenberg, Esq.);  and (vi) the United States

Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New

York 10004 (Attn:  Deirdre A. Martini, Esq.) so as to be received no later than two (2) calendar

days prior to the Hearing.

    4. This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Show Cause Order.


Dated:  New York, New York
     December 15, 2005


           /s/ ROBERT D. DRAIN
           UNITED STATES BANKRUPTCY JUDGE
            ROBERT D. DRAIN

4