David B. Levant, WSBA # 20528
STOEL RIVES LLP
600 University Street
Suite 3600
Seattle, WA 98101
Telephone (206) 624-0900
Fax (206) 386-7500
dblevant@stoel.com
Attorneys for ENTEK International LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, David B. Levant, a member in good standing of the bar of the State of New York, the

bar of the State of Washington, and the bar of the U.S. District Court for the State of

Washington, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent

ENTEK International LLC in the above referenced cases. My address is:

> David B. Levant
> Stoel Rives LLP
> 600 University Street
> Suite 3600
> Seattle, WA 98101
> Telephone (206) 624-0900
> Fax (206) 386-7500
> dblevant@stoel.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice ***pro hac vice***.

| | |
|---|---|
| DATED: December 28, 2005.<br>Seattle, Washington | STOEL RIVES LLP<br><br>/s/ David B. Levant<br>David B. Levant, WSBA # 20528<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101<br>Telephone (206) 624-0900<br>Fax (206) 386-7500<br>dblevant@stoel.com<br><br>Attorneys For ENTEK International LLC |

**ORDER**

**ORDERED**,
That David B. Levant, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

   New York, New York       /s/ _____
                                                  UNITED STATES BANKRUPTCY JUDGE