# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re DELPHI CORPORATION, <u>et</u> <u>al.</u>, | * | Case No.: 05-44481 |
| Debtors. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Cameron J. Macdonald, a member in good standing of the bar in the State of Maryland, and of the bar of the U.S. District Court for the District of Maryland, request admission, ***pro hac vice***, to represent Pepco Energy Services, Inc., a creditor, in the above referenced case.

My address is Whiteford Taylor & Preston L.L.P., Seven Saint Paul Street, Suite 1400, Baltimore, Maryland 21202; my e-mail address is cmacdonald@wtplaw.com; and my telephone number is (410) 347-8774.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: December 29, 2005      /s/ Cameron J. Macdonald
         Baltimore, Maryland      Cameron J. Macdonald, Esquire
     Whiteford, Taylor & Preston L.L.P.
     Seven Saint Paul Street
     Baltimore, Maryland 21202
     (410) 347-8774

     Counsel for Pepco Energy Services, Inc.

1655791