J. Ted Donovan (JTD 1343)
FINKEL GOLDSTEIN ROSENBLOOM & NASH, LLP
Attorneys for ESPEC North America, Inc.
26 Broadway, Suite 711
New York, New York 10004
Telephone: (212) 344-2929
Facsimile: (212) 422-6836

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-----------------------------------------------------------x<br>In re:<br><br>Delphi Corporation et al.,<br><br>         Debtors.<br><br>-----------------------------------------------------------x | Hearing Date and Time<br>1/5/06   10:00 a.m.<br><br>Chapter 11<br><br>Hon. Robert D. Drain<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF MOTION

   PLEASE TAKE NOTICE that the Motion of ESPEC North America, Inc. ("Movant") for an Order pursuant to § 365(d)(2) of title 11 of the United States Code (the "Bankruptcy Code") fixing a deadline within which Delphi Corporation et al. must assume or reject the executory contract between Movant and the Debtors, which Motion was scheduled to be heard on January 5, 2006 at 10:00 a.m. is being withdrawn by the Movant, without prejudice to renew the Motion at a later date.

Dated: New York, New York
    December 29, 2005

                 Finkel Goldstein Rosenbloom & Nash, LLP
                 Attorneys for ESPEC North America, Inc.
                 26 Broadway, Suite 711
                 New York, New York 10004
                 (212) 344-2929

              By: /s/ J. Ted Donovan
                 J. Ted Donovan (JTD 1343)