## **CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on the 29th day of December, 2005, I caused a copy of the **Objection of ORIX Warren, LLC to Motion for Order Under 11 U.S.C. §§ 365(a) and 554 and Fed. R. Bankr. P. 6006 Approving Procedures for Rejecting Unexpired Real Property Leases and Authorizing Debtors to Abandon Certain Furniture, Fixtures, and Equipment** to be served as indicated upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**

| | |
|---|---|
| John Wm. Butler, Jr., Esq. | Mark A. Broude, Esq. |
| Skadden Arps Slate Meagher & Flom LLP | Latham & Watkins |
| 333 West Wacker Drive, Suite 2100 | 885 Third Avenue |
| Chicago, IL 60606 | New York, NY 10022 |
| | |
| Kenneth S. Ziman, Esq. | Marlane Melican, Esq. |
| Simpson Thacher & Bartlett LLP | Davis Polk & Wardell |
| 425 Lexington Avenue | 450 Lexington Avenue |
| New York, NY 10017 | New York, NY 10017 |

**VIA U.S. FIRST CLASS MAIL**

Alicia M. Leonhard, Esq.
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Honorable Robert D. Drain | Delphi Corporation |
| United States Bankruptcy Judge | 5725 Delphi Drive |
| United States Bankruptcy Court | Troy, MI 48098 |
|  for the Southern District of New York | Attn: General Counsel |
| 614 Alexander Hamilton Custom House | |
| One Bowling Green | |
| New York, NY 10004-1400 | |

           **/s/ Jeffrey C. Wisler**
              Jeffrey C. Wisler

#436659