| Account number | Service from | Service to | Days | Batch No & sequence | Bill date Date | P = prepaid | Paid date | Check number | Amount paid |
|---|---|---|---|---|---|---|---|---|---|
| 1034064 | Tuesday, September 06, 2005 | Wednesday, October 05, 2005 | 29 | MA046714 | 10/1/05 | | Not paid--Received after bankruptry | n/a | $136,942.01 |
| 1034064 | Wednesday, October 05, 2005 | Friday, October 07, 2005 | 2 | CD021375 | 11/11/05 | | Not paid--Received after bankruptry | n/a | $40,663.41 |
| 1034064 | Friday, September 30, 2005 | Monday, October 31, 2005 | 31 | MA043131 | 9/13/05 | P | 15-Sep-05 | 002742677 | $295,000.00 |
| 1035497681 | Saturday, October 08, 2005 | Thursday, November 03, 2005 | 26 | MA048433 | 11/11/05 | | 29-Nov-05 | 000072397 | $112,792.55 |
| 1035497681 | Monday, October 31, 2005 | Wednesday, November 30, 2005 | 30 | MA044315 | 11/30/05 | P | 26-Oct-05 | 002746071 | $295,000.00 |
| 1035497681 | Thursday, November 03, 2005 | Tuesday, December 06, 2005 | 33 | MA050042 | 12/13/05 | | 21-Dec-05 | 000073117 | $167,941.57 |
| 1035497681 | Wednesday, November 30, 2005 | Saturday, December 31, 2005 | 31 | MA047920 | 11/1/05 | P | 22-Nov-05 | 000072228 | $460,000.00 |
| 1035497681 | Saturday, December 31, 2005 | Tuesday, January 31, 2006 | 31 | MA049789 | 12/8/05 | P | 14-Dec-05 | 000072885 | $460,000.00 |