# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
        In re                                     :    Chapter 11
                                                  :
DELPHI CORPORATION et al.,                        :    Case No. 05-44481 (rdd)
                                                  :
                                   Debtors.       :    (Jointly Administered)
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x
```

<u>**AFFIDAVIT OF SERVICE**</u>

      I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

      On October 20, 2005, I caused to be served, via overnight delivery the documents listed in Section 1 on the parties attached hereto as <u>Exhibit A</u>, via email the parties attached hereto as <u>Exhibit B</u> and via first class mail the parties attached hereto as <u>Exhibit C</u>:

      *<u>Section 1</u>*

I.  Order to Show Cause **(Docket No. 477) [Attached hereto as Exhibit D]**

II.  Notice of Waiver **(Docket No. 476) [Attached hereto as Exhibit E]**

      On October 20, 2005, I caused to be served, via overnight delivery the documents listed in Section 2 on the parties attached hereto as <u>Exhibit F</u>:

      *<u>Section 2</u>*

III.  Order to Show Cause **(Docket No. 477) [Attached hereto as Exhibit D]**


Dated: October 25, 2005

                                     */s/ Amber M. Cerveny*
                                     Amber M. Cerveny

Sworn to and subscribed before
me on October 25, 2005

    */s/ Evan J. Gershbein*
Notary Public

My Commission Expires:   1/19/07

1

# EXHIBIT A

Delphi Corporation
Master Service List - Federal Express Overnight

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Fl | Los Angeles | CA | 90025 | US | 310-996-6140 | | | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W 42nd St | | New York | NY | 10036 | US | 212-563-4100 | 212-695-5436 | | |
| Curtis Mallet-Prevost Colt & mosle LLP | Steven J Reisman | 101 Pk Ave | | New York | NY | 10178-0061 | US | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International/USA Inc |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Ave | | New York | NY | 10017 | US | 212-450-4000 | 212-450-3092 | | Postpetition Administrative Agen |
| Delphi Corporation | Sean Corcoran Karen Craft | 5725 Delphi Dr | | Troy | MI | 48098 | US | 248-813-2000 | 248-813-2670 | | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Dr Mail | | Troy | MI | 48098 | US | 248-685-1725 | | | Creditor Committee Member |
| Flextronics International Asia-Pacific Ltd c/o | | | | | | | | | | | |
| Flextronics International USA Inc | Paul W Anderson | 2090 Fortune Dr | | San Jose | CA | 95131 | US | 408-428-1308 | | | Creditor Committee Member |
| Freescale Semiconductor Inc | Richard Lee Chambers II | 6501 William Cannon Dr West | Mld Ca16 | Austin | TX | 78735 | US | 512-895-6357 | | | Creditor Committee Member |
| FTI Consulting Inc | Randall S Eisenberg | 3 Times Square | 10th Fl | New York | NY | 10036 | US | 212-247-1010 | 212-841-9350 | | Financial Advisors to Debtor |
| General Electric Company | Valerie Venable | One Plastics Ave | | Pittsfield | MA | 01201 | US | 704-992-5075 | | | Creditor Committee Member |
| General Motors Corporation | John Devine | 300 Renaissance Ctr | PO Box 300 | Detroit | MI | 48265 | US | 313-665-4866 | 313-665-4990 | | General Motors Corporation |
| Groom Law Group | Lonie A Hassel | 1701 Pennsylvania Ave Nw | | Washington | DC | 20006 | US | 202-857-0620 | 202-659-4503 | | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H Gross | 152 West 57th St | 35th Fl | New York | NY | 10019 | US | 212-751-4300 | | scgross@hodgsonruss.com | Counsel for Flextronics International USA Inc |
| Internal Revenue Service | Attn: Insolvency Department | 290 Broadway | 5th Fl | New York | NY | 10007 | US | | | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | US | 313-628-3648 | 313-628-3600 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W Dorothy Ln | Ste 201 | Dayton | OH | 45439 | US | 937-294-7813 | | | Creditor Committee Member |
| Jefferies & Company Inc | Bill Derrough | 520 Madison Ave | 12th Fl | New York | NY | 10022 | US | 212-284-2550 | 212-284-2470 | | UCC Professional |
| JPMorgan Chase Bank NA | Thomas F Maher Richard Duker | 270 Pk Ave | | New York | NY | 10017 | US | 212-270-6000 | 212-270-0430 | | Postpetition Administrative Agent |
| JPMorgan Chase Bank NA | Clifford Tirpin | Loan And Agency Services Grou | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-7600 | 713-750-2668 | | Postpetition Administrative Agen |
| JPMorgan Chase Bank NA | Khagen Ta | Agent Bank Services Grou | 1111 Fannin 10th F | Houston | TX | 77002 | US | 713-750-7600 | 713-750-2660 | | Postpetition Administrative Agen |
| JPMorgan Chase Bank NA | Virna Francois | 277 Pk Ave | | New York | NY | 10017 | US | | | | Postpetition Administrative Agen |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd | Ste 1 | Los Angeles | CA | 90066 | US | 310-751-1811 | 310-751-1651 | | Notice and Claims Agent |
| Latham & Watkins LLP | Robert J Rosenberg | 885 Third Ave | | New York | NY | 10022 | US | 212-906-1370 | 212-751-4864 | | UCC Professional |
| Mesirow Financial | Melissa Knoll | 350 N Clark St | | Chicago | IL | 60610 | US | 800-453-0600 | | | UCC Professional |
| Morrison Cohen LLP | Joseph T Moldovan Esq | 909 Third Ave | | New York | NY | 10022 | US | 212-735-8600 | 212-735-8708 | bankruptcy@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York | NY | 10271 | US | 212-416-8000 | | | New York Attorney General's Office |
| O'Melveny & Myer LLP | Tom A Jerman Rachel Janger | 1625 Eye St Nw | | Washington | DC | 20006 | US | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counse |
| O'Melveny & Myer LLP | Robert Siegel | 400 South Hope St | | Los Angeles | CA | 90071 | US | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counse |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K St Nw | Ste 340 | Washington | DC | 20005 | US | 202-326-4020 | 202-326-4112 | cohen.jeffrey@pbgc.gov efile@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K St Nw | Ste 340 | Washington | DC | 20005-4026 | US | 202-326-4020 | 202-326-4112 | | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A Riemer | 666 Fifth Ave | | New York | NY | 10103 | US | 212-841-0569 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor thru Blds Motorola Semiconductor Systems |
| Rothschild Inc | Todd R Snyder | 1251 Ave Of The Americas | | New York | NY | 10020 | US | 212-403-3500 | 212-403-5454 | | Financial Advisor |
| Securities and Exchange Commission | Reorganization Branch | 233 Broadway | | New York | NY | 10279 | US | | | | Securities and Exchange Commission |
| Seyfarth Shaw LLP | Robert W Dremluk | 1270 Ave Of The Americas | Ste 2500 | New York | NY | 10020-1801 | US | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner Jill Frizzley | 599 Lexington Ave | | New York | NY | 10022 | US | 212-848-4000 | 212-848-7179 | | Local Counsel to the Debtor |
| Simpson Thacher & Bartlett LLP | Kenneth S Ziman Robert H Trust | 425 Lexington Ave | | New York | NY | 10017 | US | 212-455-2000 | 212-455-2502 | | Prepetition Administrative Agent |
| Skadden Arps Slate Meagher & Flom LLP | John Wm Butler John K Lyons Ron E Meisler | 333 W Wacker Dr | Ste 2100 | Chicago | IL | 60606 | US | 312-407-0700 | 312-407-0411 | | Counsel to the Debtor |
| Skadden Arps Slate Meagher & Flom LLP | Kayalyn A Marafioti Thomas J Matz | 4 Times Square | | New York | NY | 10036 | US | 212-735-3000 | 212-735-2000 | | Counsel to the Debtor |
| Stevens & Lee PC | Chester B Salomon Constantine D Pourakis | 485 Madison Ave | 20th Fl | New York | NY | 10022 | US | 212-319-8500 | 212-319-8505 | cds@stevenslee.com | Counsel for Wanxiao Inc |
| Togut Segal & Segal LLP | Albert Togut | One Penn Plaza | Ste 3335 | New York | NY | 10119 | US | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtor |
| United States Attorney | David N Kelley | 100 Church St | Ste 2100 | New York | NY | 10007 | US | 212-637-2200 | 212-637-2685 | david.kelley@usdoj.gov | United States Trustee |
| United States Trustee | Alicia M Leonard | 33 Whitehall St | 21st Fl | New York | NY | 10004-2112 | US | 212-510-0500 | 212-668-2255 | alicia.m.leonard@usdoj.gov | United States Trustee |
| Wilmington Trust Company | Steven M Cimalore | Rodney Square North | 1100 North Market St | Wilmington | DE | 19890 | US | 302-636-6058 | | | Creditor Committee Member/Indenture Trustee |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/25/2005 2:37 PM
Delphi Master Service List.xls (00025219)

# EXHIBIT B

Delphi Corporation 2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Argos Inc. | David Earle, Darryl D Luskin | 259 Radnor-Chester Road Suite 100 | PO Box 1975 | Radnor | PA | 19087-5075 | US | 610-233-2834 | 610-232-0022 | david.earle@argosm.com | Counsel to Argos, Inc. |
| Arnall Golden Gregory LLP | | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | US | 404-873-8120 | 404-873-8121 | sbaldwin@agg.com | Counsel to Dialdesk (America) Corp. d/b/a IQS America |
| Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP | Kimberly J Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | US | 312-629-5170 | 312-984-3150 | kim.robinson@bfkn.com | Counsel for Motion Industries, Inc. |
| Barack Ferrazzano Kirschbaum Perlman & Nagelberg LLP | William J Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | US | 312-629-5170 | 312-984-3150 | william.barrett@bfkn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K Mills | 11 S Meridian Street | | Indianapolis | IN | 46204 | US | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T Gregg | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | US | 616-742-3930 | 616-742-3999 | john.gregg@btlaw.com | Counsel for Priority Health |
| Barnes & Thornburg LLP | Patrick E Mears | 300 Ottawa Avenue NW | Suite 500 | Grand Rapids | MI | 49503 | US | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Firmada Rubber Manufacturing Company, Bank of America Leasing & Capital LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K McCrory, Wendy D Brewer | 11 S Meridian Street | | Indianapolis | IN | 46204 | US | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com | Counsel for SPS Supply Chain Solutions |
| Bingham Bergen & Schwab | Kenneth T Lamb Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-3738 | klamb@bbslaw.com | Counsel for SPS Supply Chain Solutions, Inc., Selectron Corporation, Selectron De Mexico SA de CV, Selectron Instituto de Cellereet, Inc. |
| Bingham Bergen & Schwab | Lawrence M Schwab Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-3738 | lschwab@bbslaw.com | Counsel for SPS Supply Chain Solutions, Inc., Selectron Corporation, Selectron De Mexico SA de CV, Selectron Instituto de Cellereet, Inc. |
| Bingham Bergen & Schwab | Patrick M Costello Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-3738 | pcostello@bbslaw.com | Counsel for SPS Supply Chain Solutions, Inc., Selectron Corporation, Selectron De Mexico SA de CV, Selectron Instituto de Cellereet, Inc. |
| Bingham Bergen & Schwab | Thomas M Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | US | 650-857-9500 | 650-494-3738 | tgaa@bbslaw.com | Counsel for SPS Supply Chain Solutions, Inc., Selectron Corporation, Selectron De Mexico SA de CV, Selectron Instituto de Cellereet, Inc. |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | US | 317-684-5000 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Denaker Plastics Products, Inc. and Electrovoy & Airflow Systems |
| Boult Cummings Conners & Berry LLP | Austin L McMullen | 1600 Division Street Suite 700 | PO Box 340025 | Nashville | TN | 37203 | US | 615-252-2307 | 615-252-6307 | amcmullen@boult.com | Counsel for Calsonic Kansei North America, Inc. Calsonic Yorozu Corporation |
| Boult Cummings Conners & Berry PLC | Roger G Jones | 1600 Division Street Suite 700 | PO Box 340025 | Nashville | TN | 37203 | US | 615-252-2307 | 615-252-6307 | rjones@boult.com | Counsel for Calsonic Kansei North America, Inc., Calsonic Yorozu Corporation |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | US | 212-701-3000 | 212-269-5420 | jgreenberg@cahill.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Joseph Luzinski Esq | 80 Pine Street | | New York | NY | 10005 | US | 212-701-3000 | 212-269-5420 | jluzinski@cahill.com | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | US | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M Buell | One Liberty Plaza | | New York | NY | 10006 | US | 212-225-2000 | 212-225-3999 | maofilce@cgsh.com | Counsel for Primera Electricos Automotrices, S.A.de C.V.; Condumex, S.A. de C.V.; & Precision Technologies, Inc. |
| Cohen Weiss & Simon LLP | Joseph J Vitale | 330 West 42nd Street | | New York | NY | 10036 | US | 212-356-0200 | 646-473-8236 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) |
| Cohn Birnbaum & Shea PC | Scott D Rosen Esq. | 100 Pearl Street 12th Floor | | Hartford | CT | 06103 | US | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C Wisler Esq | 1007 N Orange Street | | Wilmington | DE | 19899 | US | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to UNR Home, LLC |
| Curtis Mallet-Prevost Colt & Mosle LLP | Andrew M Thau | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-6000 | 917-368-8896 | athau@cm-p.com | Counsel for Plantronics International, Inc., Plantronics International USA, Inc., Multek Flexible Circuits, Inc., Plantronics B.V. |
| Curtis Mallet-Prevost Colt & Mosle LLP | David S Karp | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-6000 | 212-697-1559 | dkarp@cm-p.com | Counsel for Plantronics International, Inc., Plantronics International USA, Inc., Multek Flexible Circuits, Inc., Plantronics B.V. |
| Dechert LLP | Steven J Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | US | 212-696-6000 | 212-697-1559 | sreisman@cm-p.com | Counsel for Plantronics International, Inc., Plantronics International USA, Inc., Multek Flexible Circuits, Inc., Plantronics B.V. |
| Dechert LLP | Carol Jones | 2477 Devon Drive | | Southfield | MI | 48086 | US | 248-372-9831 | | carol_jones@dechert.com | Counsel for ABC Automotive, Inc. |
| Dechert LLP | Carol Schell Esq. | 6300 Tri-Drive Five Post | | Philadelphia | PA | 19104 | US | 215-994-4000 | 215-994-2222 | carol.schell@dechert.com | Counsel to PBO2 |
| Drinker Biddle & Reath LLP | Andrew C Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | US | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Freudenberg-NOK |
| David B Aaronson | David B Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | US | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Freudenberg-NOK |
| Fox Rothschild LLP | Margaret M Manning Esq. | 997 Lenox Drive | | Lawrenceville | PA | | US | 215-299-2000 | 215-299-2150 | mmanning@foxrothschild.com | Counsel for ACE American Insurance Company |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | | New York | NY | 10016 | US | 212-878-7900 | 212-692-0940 | fstevens@foxrothschild.com | Counsel for ACE American Insurance Company |
| Fox Rothschild LLP | Gary L Eisenberg | 1301 Atlantic Avenue | | Atlantic City | NJ | 08401-7212 | US | 609-348-4515 | 609-348-6834 | geisenberg@foxrothschild.com | Counsel for M&Q Plastic Products, Inc. |
| Gates LLC | Ian Connor Bifferato | 800 King Street | | Wilmington | DE | 19801 | US | 302-575-1555 | | icb@bdabanc.com | Counsel to M&Q Plastic Products, Inc. |
| Gates LLC | Joseph K Koury | 32 Avenue of the Americas | | New York | NY | 10013 | US | 212-765-6000 | 212-765-5675 | office@gateslaw.com | Counsel to Setech, Inc. |
| Greenberger Henkler & Gall PC | J Patrick Bradley | 32 Avenue of the Americas | | New York | NY | 10013 | US | 212-765-6000 | 212-765-5675 | office@gateslaw.com | Counsel to Setech, Inc. |
| Halperin Battaglia Raicht LLP | Alan D Halperin, Christopher J Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | US | 212-765-9100 | 212-765-0964 | ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Hodgson Russ LLP | John Alix | 3409 Michigan Avenue NW Suite 1000 | | Washington | DC | 20007 | US | 202-895-2200 | 202-892-5601 | jalix@hodgsonruss.com | Counsel to Alcan Intercorp. |
| Hodgson Russ LLP | Stephen H Gross Esq. | 230 Park Avenue | | New York | NY | 10169 | US | 212-751-4300 | 212-751-0300 | sgross@hodgsonruss.com | Counsel for Conti/Teves, Inc. |
| Hodgson Russ LLP | Elizabeth A Reagan | 1700 Lincoln | 50th Floor | Denver | CO | 80203 | US | 303-801-1900 | 303-866-9200 | ereagan@hodgsonruss.com | Counsel to CoorsTek, Inc. |
| Hodgson Russ LLP | Robert B Weiss, Frank L Gorman | 2300 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3565 | US | 313-465-7000 | 313-465-6000 | rweiss@hodgsonruss.com | Counsel for General Motors Corporation |
| Hodgman Miller Schwartz and Cohn LLP | | 2290 First National Building | | Detroit | MI | 48226-3565 | US | 313-465-7000 | 313-465-7000 | | Counsel for General Motors Corporation |
| Hodgman Miller Schwartz and Cohn LLP | John P Sieger Esq. | 505 Maine Monroe Street | | Chicago | IL | 60661 | US | 312-902-5200 | 312-577-4733 | john.sieger@hatkotlaw.com | Counsel for TDK Corporation America and NEMIC Electronic Materials |
| Katten Muchin Rosenman LLP | Thaddeus Wilson | 525 West Monroe Street | | Chicago | IL | 12710 | US | 312-902-5200 | | kkwilson@hatkotlaw.com | Counsel for TDK Corporation America and NEMIC Electronic Materials |
| Klehr Harrison Harvey Branzburg & Ellers LLP | Sara G Silverstein | 43 Belden Street | | Latham | NY | | US | 518-785-7800 | | | Counsel for HCC Electronics America, Inc. |
| Kegler Williams Griffiths & Dougherty CO LPA | Rob Charles Esq. | 43 Belden Street | PO Box 38863 | Latham | NY | 44052-4853 | US | | | | Counsel for HCC Electronics America, Inc. |
| Lewis and Roca LLP | Susan M Freeman Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | US | 520-839-4400 | 520-879-4705 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Products Sector |
| Lewis and Roca LLP | Diana M Sanders | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | US | 602-262-5700 | 602-734-3824 | dsanders@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Products Sector |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Austin | TX | 78701 | US | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County ISD |
| Linebarger Goggan Blair & Sampson LLP | Jeffrey M Lincoln Esq. | 2323 Bryan Street | Suite 250 | Dallas | TX | 75201 | US | 214-880-0089 | 469-221-5002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County ISD |
| Margolis & Associates LLP | James M Sullivan | 30100 Chagrin Boulevard | | Pepper Pike | OH | 44124 | US | 216-514-4935 | 216-514-4936 | jms@mdllegal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | US | 212-547-5400 | 212-547-5444 | jsullivan@mwe.com | Counsel to Texas Nameplate Corporation |
| McDonald Hopkins Co LPA | Scott N Opincar Esq. | 600 Superior Avenue East | Suite 2100 | Cleveland | OH | 44114 | US | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel for Brush Engineered materials |
| McDonald Hopkins Co LPA | | 600 Superior Avenue East | Suite 2100 | Cleveland | OH | 44114 | US | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Reliputin Engineered Products, Inc. |

In re: Delphi Corporation, et al.
Case No. (05-44481 (RDD))

10/25/2005 2:08 PM
Email 651020

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY/FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonald Hopkins Co LPA | Shawn M Riley Esq | 600 Superior Avenue E | Suite 2100 | Cleveland | OH | | | 216.348.5400 | 216.348.5474 | sriley@mcdonaldhopkins.com | Counsel to Equistar Engineered Products, Inc. |
| McElroy Deutsch Mulvaney & Carpenter LLP | Jeffrey Bernstein Esq | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | US | 973.622.7711 | 973.622.5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| Meyer Suozzi English & Klein PC | Lowell Peterson Esq | 1350 Broadway | Suite 501 | New York | NY | 10018 | US | 212.239.4999 | 212.239.1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Morgan Lewis & Bockius LLP | Richard M Kremen Esq | 300 South Grand Avenue | | Los Angeles | CA | 90071 | US | 213.612.1153 | 213.612.2501 | rkremen@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan Lewis & Bockius LLP | William C Heuer Esq | 101 Park Avenue | | New York | NY | 10178-0600 | US | 212.309.6000 | 212.309.6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |
| Morris McLaughlin & Marcus | Elizabeth L Abdelmasieh Esq | 721 Route 202-206 | PO Box 1018 | Somerville | NJ | 08876 | US | 908.722.0700 | 908.722.0755 | eabdelmasieh@mmmlaw.com | Counsel for Robot City Company, Inc. |
| Orrick Herrington & Sutcliffe LLP | Alyssa Englund Esq | 666 Fifth Avenue | | New York | NY | 10103 | US | 212.506.5187 | 212.506.5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick Herrington & Sutcliffe LLP | Frederick D Holden Jr Esq | 405 Howard Street | | San Francisco | CA | 94105 | US | 415.773.5700 | 415.773.5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Pension Benefit Guaranty Corporation | Ralph L Landy | 1200 K Street NW | | Washington | DC | 20005-4026 | US | 202.326.4020 | 202.326.4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Paine & Hazard LLP | Charles J Hasel Jr Esq | 30 Jelliff Lane | | Southport | CT | 06890 | US | 203.319.4042 | 203.319.4034 | charles@painehazard.com | Counsel to XM Satellite Radio Inc. |
| Pepper Hamilton LLP | Anne Marie Aaronson | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | US | 215.981.4000 | 215.981.4750 | aaronson@pepperlaw.com | Counsel for Cequel III, LLC; Tinfree Automotive Manufacturing Corporation and Tinfree Incorporated d/b/a Tinfree Morse Controls |
| Pepper Hamilton LLP | Francis J Lawall | 3000 Two Logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | US | 215.981.4000 | 215.981.4750 | lawall@pepperlaw.com | Counsel for Cequel III, LLC; Tinfree Automotive Manufacturing Corporation and Tinfree Incorporated d/b/a Tinfree Morse Controls |
| Phillips Nizer LLP | John S Mairo Esq | 666 Fifth Avenue | | New York | NY | 10103 | US | 212.841.0569 | 212.262.5152 | jmairo@phillipsnizer.com | Counsel to Panasonic Semiconductor, Inc. f/k/a Motorola Semiconductor Products Sector |
| Porzio Bromberg & Newman PC | Brett S Moore Esq | 100 Southgate Parkway | PO Box 1997 | Morristown | NJ | 07962 | US | 973.538.4006 | 973.538.5146 | bsmoore@pbnlaw.com | Counsel to Netstal Aluminum Automotive, Inc. and Netstal Aluminum Impact Extrusion, Inc. |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue 14th Floor | | New York | NY | 10152 | US | 212.418.1748 | 212.418.1749 | patrick.bartels@quadranglegroup.com | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | US | 602.229.5200 | 602.229.5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Scott R Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | US | 602.229.5200 | 602.229.5690 | sgoldberg@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Reynolds Ridgeway & Probacke Inc | Joseph Lipofsky | 3770 Embassy Parkway | | Akron | OH | 44333 | US | 330.670.3004 | 330.670.3200 | jlipofsky@resolutionreserved.com | Counsel to Rubicon Engineered Products, Inc. |
| Seyfarth Shaw LLP | Paul M Baisler Esq | | | | | | US | | | pbaisler@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W Dremluk Esq | 1545 Peachtree Street NE | Suite 700 | Atlanta | GA | 30309-2401 | US | 404.885.1500 | 404.892.7056 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Simpson Thacher & Bartlett LLP | Jennifer L Adams | One Constitution Plaza | | Hartford | CT | 06103-1919 | US | 860.251.5811 | 860.251.5218 | jladams@stblaw.com | Counsel for Furukawa Electric Company of Illinois, Inc.; Universal Metal Hose Co. |
| Simpson Thacher & Bartlett LLP | Kenneth S Ziman Esq | 425 Lexington Avenue | | New York | NY | 10017 | US | 212.455.2000 | 212.455.2502 | kziman@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith Abramowitz & Fortune LLP | William T Russell Jr Esq | 425 Lexington Avenue | | New York | NY | 10017 | US | 212.455.2000 | 212.455.2502 | wrussell@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Sonnenschein Nath & Rosenthal LLP | Kathleen M Miller | 400 Delaware Avenue 7th Floor | PO Box 410 | Wilmington | DE | 19899 | US | 302.652.3400 | 302.652.8405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc | Lloyd B Sarakin - Chief Counsel Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | US | 201.930.7483 | 201.930.6754 | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics Inc. |
| Speckin & Shenwerth PC | Brian D Spector Esq | 22 Columbia Turnpike | | Florham Park | NJ | 07932 | US | 973.301.3000 | 973.301.3069 | bspector@sdlaw.com | Counsel to Semiconductor Systems (USA), Inc. |
| Stevens & Lee PC | Chester B Salomon Esq | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | US | 212.319.8500 | 212.319.8505 | cbs@stevenslee.com | Counsel to Velenco, Inc., Torvill Canada Ltd., V-J Technologies, Inc. and ISCM Corp. |
| Strauss Morison Zecher LLP | Mark A Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | US | 816.842.2500 | 816.842.2055 | mshaiken@stinsonmoheck.com | Counsel to ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Americas, Inc. |
| Stites & Harbison PLLC | Robert C Goodrich Jr | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | US | 615.244.6200 | 615.782.2371 | mgodderich@stites.com | Counsel to Bekaert, Inc. |
| Stites & Harbison PLLC | Madison L Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | US | 615.244.6200 | 615.782.2371 | mcashman@stites.com | Counsel to Bekaert, Inc. |
| Todd & Levi LLP | Jill Levi Esq | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | US | 212.308.7400 | 212.308.7407 | jlevi@toddlevi.com | Counsel to Bank of Unionfoxed |
| Togut Segal & Segal LLP | Albert Togut Esq | One Penn Plaza | Suite 3335 | New York | NY | 10119 | US | 212.594.5000 | 212.967.4258 | atogut@teamtogut.com | Conflicts counsel to Debtors |
| United States Department of Labor... | David Ray Esq | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | US | 412.562.2546 | 412.562.2429 | ray.david@dol-esa.gov | Counsel to United States Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Weller Lumbwood Davis & Davis PLLC | Robert J Sidman Esq | 52 East Gay Street | PO Box 1008 | Columbus | OH | 43216 | US | 614.464.6400 | 614.719.4814 | rjsidman@vorys.com | Counsel to Worthington Industries, Inc. |
| Weller Lumbwood Davis & Davis PLLC | David E Lemke Esq | 511 Union Street | Suite 2100 | Nashville | TN | 37219 | US | 615.244.6380 | 615.244.6804 | david.lemke@wallerlaw.com | Counsel to Mesco North America, Inc. |
| Weller Lumbwood Davis & Davis PLLC | Robert C Goodrich Jr | 511 Union Street | Suite 2100 | Nashville | TN | 37219 | US | 615.244.6380 | 615.244.6804 | robert.goodrich@wallerlaw.com | Counsel to Mesco North America, Inc. |
| Warner Norcross & Judd LLP | Michael G Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | US | 248.784.5131 | 248.784.5151 | mcruse@wnj.com | Counsel to Nissan North America, Inc. |
| Weil Gotshal & Manges LLP | Michael P Kessler Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212.310.8000 | 212.310.8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Weil Gotshal & Manges LLP | Michael F Walsh Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212.310.8000 | 212.310.8007 | michael.walsh@weil.com | Counsel to General Motors Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

10/25/2005 2:06 PM
Email:05/10/20

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Arnall Golden Gregory LLP | Heath D Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | US | 404-873-8120 | 404-873-8121 | Counsel to Dalalkhraj/Americai Corp. d/b/a KDS America (Dalalkhraj), SBC Telecommunications, Inc. (SBC) |
| Bell & Feinman LLP | Michael Leo Hall | 2601 North Twentieth Street | Suite 2100 | Birmingham | AL | 35203 | US | 205-458-5337 | 205-244-5601 | Counsel to Mercedes-Benz U.S. International, In |
| Carter Ledyard & Milburn LLP | Aaron R Cahn | 2 Wall Street | | New York | NY | 10005 | US | 212-732-3200 | 212-732-3232 | Counsel for STMicroelectronics, Inc |
| Contrarian Capital Management LLC | Mark Lane Janice Stanton Bill Blaine Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | US | 203-862-8200 | 203-629-1977 | Counsel to Contrarian Capital Management, L.L.C. |
| DLA Piper Rudnick Gray Cary US LLP | Richard M Forman, Mark Ellis Chavez-Ruark | The Marbury Building, 6225 Smith Avenue | | Baltimore | MD | 21209-3600 | US | 410-580-3000 | 410-580-3001 | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Duane Morris LLP | Wendy M Simkulak Esq | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | US | 215-979-1000 | 215-979-1020 | Counsel to ACE American Insurance Compan |
| Genovese Joblove & Battista PA | Craig P Rieders Esq | 100 SE 2nd Street | Suite 4400 | Miami | FL | 33131 | US | 305-349-2300 | 305-349-2310 | Counsel for Ryder Integrated Logistics, Inc |
| Goodwin & Storrs PC | Peter D Bilowz | 400A Atlantic Avenue | | Boston | MA | 02110-3333 | US | 617-482-1776 | 617-574-4112 | Counsel to Thermotron Company |
| HAL/ERC-Legal | Tillie Lim Ess | 60 Prospect Avenue | | Tarrytown | NY | 10591 | US | | | Counsel to Hitachi Automotive Products (USA), Inc |
| Hodgson Ross LLP | Cheryl R Stone | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | US | 716-856-4000 | | Counsel for Honeywell Corporation |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M Fox | 599 Lexington Avenue | | New York | NY | 10022 | US | 212-536-3900 | | Counsel to Wilmington Trust Company, as Indenture trustee |
| Linear Technology Corporation | John England Esc | 1630 McCarthy Blvd | | Milpitas | CA | 95035-7417 | US | 408-432-1900 | 408-434-0507 | Counsel is Linear Technology Corporatio |
| Lord Bissell & Brook | Timothy W Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | US | 312-443-0700 | 312-443-0336 | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord Bissell & Brook | Timothy D Elliott | 115 South LaSalle Street | | Chicago | IL | 60603 | US | 312-443-0700 | 312-443-0336 | Counsel for Methode Electronics, Inc |
| Lord Bissell & Brook LLP | Rocco M Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | US | 212-947-4700 | 212-947-1202 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| McCarter & English LLP | David J Adler Jr Esq | 245 Park Avenue 27th Floor | | New York | NY | 10167 | US | 212-609-6800 | 212-609-6921 | Counsel to Ward Products, LLC |
| Michigan Department of Labor and Economic Growth Workers' Compensation Agency | Dennis J Raterink | PO Box 30736 | | Lansing | MI | 48909-7717 | US | | | Counsel for Workers' Compensation Agency |
| Miller Canfield Paddock and Stone PLC | Timothy A Fusco | 150 W Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | US | 313-496-8435 | | Counsel for Nilko USA Inc., TechServ100, LLC, The Wartird Group, Inc., Fischer Automotive Systems |
| Miller Johnson | Thomas P Sarb, Robert D Wolford | 250 Monroe Avenue NW | Suite 800 PO Box 306 | Grand Rapids | MI | 49501-0306 | US | 616-831-1726 | | Counsel to Pridgeon & Clay, Inc. |
| Morrison Cohen LLP | Joseph T Moldovar Michael R Dal Lago | 909 Third Avenue | | New York | NY | 10022 | US | 212-735-8600 | | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr PC | Raymond J Urbanik Esq Joseph J Wielebinski Esq and Davor Rukavina Esq | 4000 Fountain Place | 1445 Ross Avenue | Dallas | TX | 75202-2790 | US | 214-855-7500 | 214-855-7584 | Counsel for Texas Instruments Incorporated |
| QAD Inc | Jason Pickering Esc | 10000 Midlantic Drive | Mt. Laurel | NJ | 08054 | US | | | Counsel for QAD, Inc |
| Russell Reynolds Associates In | Charles E Boulbol PC | 26 Broadway 17th Floor | | New York | NY | 10004 | US | 212-826-9457 | 212-826-5414 | Counsel to Russell Reynolds Associates, In |
| Stites & Harbison PLLC | W Robinson Beara Esq | 400 West Market Street | Suite 1800 | Louisville | KY | 40202 | US | 502-587-3400 | 502-587-6391 | Counsel to WACO Electronics (USA), Inc. and Ambrake |
| Thompson & Knight | Rhett G Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | US | 713-654-1871 | 713-654-1871 | Counsel for STMicroelectronics, Inc |
| Varnum Riddering Schmidt & Howlett LLP | Gordon J Toering | 900 Fifth Third Center | 111 Lyon Street NW | Grand Rapids | MI | 49503 | US | 616-752-2165 | | Counsel for Robert Bosch Corporation |
| Weil Gotshal & Manges LLP | Martin J Bienenstock Michael Kessler Jeffrey L Tanenbaum | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8530 | 212-310-8007 | Counsel to General Motors Corporation |
| Weil Gotshal & Manges LLP | Jeffrey L Tanenbaum Esq | 767 Fifth Avenue | | New York | NY | 10153 | US | 212-310-8000 | 212-310-8007 | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M Cimalore Vice President | Rodney Square North, 1100 North Market Street | | Wilmington | DE | 19890 | US | 302-636-6058 | | Vice President, Wilmington Trust Co |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

10/25/2005 2:09 PM
First Class 051020

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                               :
      In re                      :
                                                               :    Chapter 11
DELPHI CORPORATION, et al.,                                    :
                                                               :    Case No.  05 – 44481 (RDD)
               Debtors.    :
                                                               :    (Jointly Administered)
                                                               :
------------------------------------------------------------- x

## ORDER TO SHOW CAUSE

       Upon the motion, dated October 8, 2005 (the "Motion"),[1] of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under

sections 105, 363, 1107, and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330,

as amended (the "Bankruptcy Code"), and Fed. R. Bankr. P. 6004 and 9019 authorizing the

continuation of the Debtors' prepetition vendor rescue program and the payment of prepetition

claims of financially-distressed sole source suppliers and vendors without enforceable contracts;

and upon the order of this Court, entered October 13, 2005 (the "Order"), granting the relief

requested in the Motion; and upon the Debtors' notice of waiver, dated October 20, 2005, with

respect to Schmidt Technology GmbH ("Supplier"); and it appearing that proper and adequate

notice of the Debtors' request for entry of this Order to Show Cause (the "Show Cause Order")

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in
the Motion.

has been given and that no other or further notice is necessary; and after due deliberation

thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Debtors have complied with the procedures provided in paragraph 8 of

the Order in determining to waive the conditions for payment of a prepetition claim under the

Essential Supplier Claims Cap (as defined in the Motion) with respect to Supplier and

conditionally paying prepetition claims of Supplier, which payments in the amounts of

€77,000.00 and €23,000.00 were received by Supplier on or after October 17, 2005.

2.    Supplier is hereby ordered to show cause before this Court at a hearing to be

held at **10:00 a.m. Prevailing Eastern Time on November 29, 2005** before the Honorable

Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One

Bowling Green, New York, New York 10004-1408 (the "Hearing") why the Supplier should not

be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening

to withhold essential goods from the Debtors under one or more contracts between the Debtors

and Supplier, which action was automatically stayed by the Debtors' filing of voluntary petitions

in this Court for reorganization relief under chapter 11 of the Bankruptcy Code.

3.    Service of this Order to Show Cause is to be made by service upon (a) the

Supplier, (b) the Office of the United States Trustee, (c) counsel for the official committee of

unsecured creditors appointed in these cases pursuant to section 1102 of the Bankruptcy Code,

(d) counsel for the agent under the Debtors' prepetition credit facility, and (e) counsel for the

agent under Debtors' proposed postpetition credit facility.    Notice served pursuant to the

preceding sentence shall be via first class mail, postage prepaid.    No further notice of the Hearing

or of the entry of this Order to Show Cause need be served by the Debtors.

2

    4.   This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.


Dated:      New York, New York
             October __, 2005


                                    _____
                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

TOGUT SEGAL & SEGAL LLP
One Penn Plaza
Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Frank A. Oswald

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -   x
                                      :
              In re                   :     Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :     Case No. 05-44481 (RDD)
                                      :
                        Debtors.      :     (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - -   x

## NOTICE OF WAIVER

        PLEASE TAKE NOTICE that on October 8, 2005, Delphi Corporation ("Delphi")

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), filed the Motion For Order Under 11 U.S.C. §§

105(a), 363, 364, 1107, And 1108 And Fed. R.  Bankr. P. 6004 And 9019 Authorizing

Continuation Of Vendor Rescue Program And Payment Of Prepetition Claims Of Financially-

Distressed Sole Source Suppliers And Vendors Without Contracts (the "Motion").

PLEASE TAKE FURTHER NOTICE that on October 13, 2005, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order granting the relief requested in the Motion (the "Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to the Debtors pursuant to paragraph 8 of the Order, the Debtors have determined to waive the conditions for payment of a prepetition claim under the Essential Supplier Claims Cap (as defined in the Motion) with respect to Schmidt Technology GmbH ("Supplier") and conditionally paid prepetition claims of Supplier, which payments in the amounts of €77,000.00 and €23,000.00 were received by Supplier on or after October 17, 2005.

PLEASE TAKE FURTHER NOTICE that contemporaneously herewith the Debtors are filing a proposed Order to Show Cause requesting that the Bankruptcy Court order Supplier to appear before the Bankruptcy Court at a hearing to be held at **10:00 a.m. Prevailing Eastern Time on November 29, 2005** before the Honorable Robert D. Drain, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 610, One Bowling Green, New York,

New York 10004-1408 (the "Hearing") and demonstrate why Supplier should not be held in

violation of the automatic stay provisions of 11 U.S.C. § 362.

Dated:  New York, New York
          October 20, 2005

                            TOGUT SEGAL & SEGAL LLP

                            By:  _s/ Frank A. Oswald_____
                                  Albert Togut (AT-9759)
                                  Frank A. Oswald
                            One Penn Plaza
                            Suite 3335
                            New York, New York 10119
                            (212) 594-5000

                            Attorneys for Delphi Corporation, et al.,
                                  Debtors and Debtors-in-Possession

3

# EXHIBIT F

Delphi Corporation
Special Party - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Schmidt Technology GmbH | Attn Gerhard Willmann | Feldbergstr 1 | | St Georgen | | 78112 | Germany |

Page 1 of 1

10/25/2005 2:29 PM
SP 051020