# EXHIBIT B

In re                                    UNITED STATES BANKRUPTCY COURT
                                         SOUTHERN DISTRICT OF NEW YORK
DELPHI CORPORATION, et.al.

                              CASE No: 05 – 44481 (RDD)

Person to be served (name & address)
Schmidt Technology GmbH
c/o Schmidt Technology Corp., its registered agent
280 Executive Drive
Cranberry Twp, PA 16066

Attorney: __Kurtzman, Carson.__

Papers Served: __Order To Show Cause__
Service Data:

Served Successfully:   **YES**    Date: __11/02/05__   Time: __9:30 AM__   Attempts made

   Delivered a copy to him / her personally        Name of Person and Relationship / title:

   Left a copy with a competent household
   Member over 14 years of age residing
   Therein at the usual place of abode
   (indicate name & relationship at right)

   (XX) Left a copy with a person authorized to        __Leslie Schall__
   Accept service, e.g., managing agent,
   Registered agent, etc. at the principle
   Place of business (indicate name and official title at right)

**Description:**
Sex: __FEMALE__, Skin Color: __WHITE__, Hair Color: __BROWN__ Age: __40-45 yrs__, Height: __5' 5"__, Weight: __130 lbs__, Other:
( )Defendant is unknown at address furnished by attorney.
( )All reasonable inquiries suggest defendant moved to an undetermined address.
( )No such STREET in municipality.
( )Address is a complex with no directory. Bldg/Apt./Suite # required.
( )Other:_____ Comments or Remarks_____
( )No response on:_____;_____;_____;_____;

Server Data:
                                         I, __Tonya Weimer__, was at the time of service a
Subscribed and Sworn to me this          competent adult not having a direct interest in the litigation. I
__2nd__ day of __NOVEMBER__ 2005.        declare under penalty of perjury that the foregoing is true and correct.

                                         Signature of process server _____

Peter J Bradien
Notary Public of New Jersey
My Commission Expires 02/22/2010

Exhibit B