HERRICK, FEINSTEIN LLP
2 Park Avenue
New York, NY 10016
(212) 592-1400
Paul Rubin (PR 2097)
Eric H. Horn (EH 2020)

*Counsel to Schmidt Technology GmbH*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In re:                              :
                                    :  Chapter 11
DELPHI CORPORATION, *et al.*,       :
                                    :  Case No. 05-44481 (RDD)
                    Debtors.        :
                                    :  (Jointly Administered)
------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I caused a true and correct copy of the Special and Limited Appearance of Schmidt Technology GmbH Regarding Improper and Insufficient Service of Process to be served upon the parties at the addresses set forth on the attached service list via Federal Express (overnight delivery).

Dated: December 28, 2005

/s/ Eric H. Horn
Eric H. Horn

HF 3157197v.1 #11792/0001

**SERVICE LIST**

Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4068
Attn: Robert Rosenberg, Esq.

Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119
Attn: Albert Togut, Esq.

Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John Wm. Butler, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Marlane Melican, Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, 21st Street
New York, NY 10004
Attn: Alicia M. Leonard

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn: Douglas Bartner