**Entergy**
Entergy Mississippi, Inc.
www.entergy.com

Service Location  ( MRVW )
925 Industrial Pk Rd #23-Plant Acct
Cust Acc
Brookhaven, MS  39601

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

10/07/2005 CD020862

### Important Messages

Please continue to send payments as usual to the New Orleans address on the bill. The US postal service is working closely with Entergy to reroute payments to an alternate facility.

Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation go to www.powerofhope.com.

### Account Summary for Delphi Packard Electric Systems

| Account # 17243528 | Mail Date | QPC 09000 |
|---|---|---|
| Invoice # 2002974619 | 10/03/2005 | Cycle 03 |

| Date Due | Amount Due |
|---|---|
| 10/24/2005 | $196,555.17 |

### Account Detail

| | | |
|---|---|---|
| Previous Balance | | 155,352.73 |
| Payment Received | (09/28/2005) | -155,352.73 |
| Remaining Balance | | $.00 |

### Current Charges

| | | |
|---|---|---|
| Energy Charge | 1574800 kWh @ $0.043718 | 68,847.11 |
| Energy Charge | 714872 kWh @ $0.033328 | 23,825.25 |
| Demand Charge | 200 kW @ $6.25415 | 1,250.83 |
| Demand Charge | 3737 kW @ $3.50 | 13,079.50 |
| Primary Voltage Discount | 3937 kW @ $0.34 | -1,338.58 |
| Excess kVAR | 228 kVAR @ $0.34 | 77.52 |
| Storm Damage Rider | 2289672 kWh @ $0.00049 | 1,121.94 |
| MSE-RM Riders | $106863.57 @ 0.1865112 | 19,931.25 |
| PMR-1 Rider | $106863.57 @ 0.00773 | 826.06 |
| Fuel Adjustment | 2289672 kWh @ $0.030038 | 68,777.17 |
| Tax Adjustment | | 157.12 |
| Current Month Energy Charges | | $196,555.17 |

POSTMARK DATE

OCT 05 2005

Page 1 of 2

KEEP

SEND



| Account 17243528 | QPC 09000 | Invoice 2002974619 |
|---|---|---|
| For Customer Service, call 1-800-ENTERGY (1-800-368-3749) | Amount Due by 10/24/2005 | $196,555.17 |

Make check payable to Entergy.  Thank You.

0.055 ******** 3-DIGIT 390

DELPHI PACKARD ELECTRIC SYSTEMS
GENERAL MOTORS
PO BOX 319022
CHICAGO, IL  60631-9022

ENTERGY
PO BOX 61825
NEW ORLEANS, LA 70161-1825

9000000017243528000000000000019655517100000000000029708

**Entergy**
Entergy Mississippi, Inc.
www.entergy.com

Account # 17243528
Invoice # 2002974619
Mail Date 10/03/2005
Page 2 of 2

For Billing Inquiries and Customer Service, call
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

10/07/2005 CD020862

### Meter Reading

| | | |
|---|---|---|
| Meter # 5086335 | Rate : MS_HLF2 | |
| Total Days ( 31 ) | | |
| Current Meter Reading | (09/27/2005) | 18723 |
| Previous Meter Reading | (08/27/2005) | - 17897 |
| Difference | | 826 |
| Multiplier | | x 2800 |
| **kWh Metered** | | **2312800** |
| Metered RDKW | | 3977.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **3977.0** |
| Metered RNKW | | 3800.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **3800.0** |
| Demand Metered kVAR | | 2616.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **2616.0** |

### Meter Reading

| | | |
|---|---|---|
| Meter # A15192 | Rate : MS_HLF2 | |
| Metered RDKW | | 3977.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **3977.0** |
| Metered RNKW | | 3800.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **3800.0** |
| Net kW | | 3977.0 |

### Usage Adjustments

| | |
|---|---|
| kWh Metered | 2312800 |
| Less 1% | - 23128 |
| **kWh Billed** | **2289672** |
| Net kW | 3977.00 |
| Less 1% | - 40.0 |
| **Billed kW** | **3937.0** |
| KVAR | 2616.00 |
| Less 1% | - 26.0 |
| **Billed kVar** | **2590.0** |