**Entergy**
Entergy Mississippi, Inc.
www.entergy.com

action ( MRVW )
1001 Clinton Ind. Pk. - Plant #21/22
Cus Acc
Clinton, MS  39060

For Billing Inquiries
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

10/11/2005 CD020884

### Important Messages

Please continue to send payments as usual to the New Orleans address on the bill. The US postal service is working closely with Entergy to reroute payments to an alternate facility.

Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation go to www.powerofhope.com.

### Account Summary for
### Delphi Packard Electric Systems Ubar-1

| Account # 16464919 | Mail Date | QPC 09000 |
|---|---|---|
| Invoice # 2002991216 | 10/06/2005 | Cycle 02 |

| Amount Due by 10/13/2005 | $1,011,901.86 |
|---|---|
| Amount Due after 10/13/2005 | $1,027,080.39 |

### Account Detail

Previous Balance (Due Now)        452,985.65

### Current Charges

| Energy Charge | 6727644 kWh @ $0.0345 | 232,103.72 |
|---|---|---|
| Demand Charge | 5000 kW @ $5.8436 | 29,218.00 |
| Demand Charge | 6108 kW @ $5.613 | 34,284.20 |
| Excess kVAR | 760 kVAR @ $0.34 | 258.40 |
| Storm Damage Rider | 11108 kW @ $0.23 | 2,554.84 |
| MSE-RM Riders | $298419.16 @ 0.1865112 | 55,658.52 |
| PMR-1 Rider | $298419.16 @ 0.00773 | 2,306.78 |
| Fuel Adjustment | 6727644 kWh @ $0.030038 | 202,084.97 |
| Tax Adjustment | | 446.78 |

Current Month Energy Charges        $558,916.21

Total Amount Due        $1,011,901.86

POSTMARK DATE
OCT 0 6 2005

Page 1 of 2



KEEP
SEND

Account 16464919        QPC 09000        Invoice 2002991216

| For Customer Service, call 1-800-ENTERGY (1-800-368-3749) | Amount Due by 10/13/2005 | $1,011,901.86 |
|---|---|---|
| | Amount Due after 10/13/2005 | $1,027,080.39 |

Due date does not apply to any previous balances already past due.
Make check payable to Entergy.  Thank You.

DELPHI PACKARD ELECTRIC SYSTEMS UBAR-1 %
PO BOX 319022
CHICAGO, IL  60631-9022

ENTERGY
PO BOX 61825
NEW ORLEANS, LA 70161-1825

9000000016464919000000000000101190186300102708039728604

**Entergy**
Entergy Mississippi, Inc.
www.entergy.com

..4919
Invoice # 2002991216
Mail Date 10/06/2005
Page 2 of 2

For Bill
1-800-ENTERGY Mon-Fri, 7am-7pm

For Power Outages and Safety Concerns, call
1-800-9OUTAGE 24 hours a day, 7 days a week

10/11/2005 CD020884

### Meter Reading

| | | |
|---|---|---|
| Meter # 5087661 | Rate : MS_ALGS | |
| Rider : GSH | | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (10/01/2005) | 10868 |
| Previous Meter Reading | (09/01/2005) | - 10713 |
| Difference | | 155 |
| Multiplier | | x 2800 |
| **kWh Metered** | | **434000** |
| Metered RDKW | | 822.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **822.0** |
| Metered RNKW | | 756.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **756.0** |
| Demand Metered kVAR | | 6391.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **6391.0** |

### Meter Reading

| | | |
|---|---|---|
| Meter # J4750093 | Rate : MS_ALGS | |
| Rider : GSH | | |
| Total Days ( 30 ) | | |
| Current Meter Reading | (10/01/2005) | 1607 |
| Previous Meter Reading | (09/01/2005) | - 1039 |
| Difference | | 568 |
| Multiplier | | x 11200 |
| **kWh Metered** | | **6361600** |
| Metered RDKW | | 10423.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **10423.0** |
| Metered RNKW | | 9858.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **9858.0** |
| **Net kW** | | **11245.0** |
| Demand Metered kVAR | | 6391.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **6391.0** |

### Usage Adjustments

| | |
|---|---|
| Total kWh | 6795600.0 |
| kWh Metered | 6795600 |
| Less 1% | - 67956 |
| **kWh Billed** | **6727644** |
| Net kW | 11245.00 |
| Less 1% | - 112.0 |
| Difference | 11133.0 |
| Less GSH Deduction | 25.0 |
| **Billed kW** | **11108.0** |
| KVAR | 6391.00 |
| Less 1% | - 64.0 |
| **Billed kVar** | **6327.0** |