# 813

FORM B10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: DELPHI AUTOMOTIVE SYSTEMS LLC — Case Number: 05-44640 | Claim #00813 USBC SDNY Delphi Corporation, et al. 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

ENTERGY MISSISSIPPI INC

Name and address where notices should be sent:
ENTERGY MISSISSIPPI INC
MAIL UNIT L JEF 359
P O BOX 6008
NEW ORLEANS LA 70174 6008

Telephone number: (504) 840-2585

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED NOV 23 2005 KURTZMAN CARSON

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor: 16464919 & 17243528

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: ______

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other ELECTRIC SERVICE
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)

Your SS #: ______ ______ ______

Unpaid compensation for services performed from ______ (date) to ______ (date)

**2. Date debt was incurred:** 10/01/05

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $ 963,099.68

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☒ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle
☒ Other______

Value of Collateral: $600,000.00

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 0.00

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim

Amount entitled to priority $______

Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

CLAIMS PROCESSING CENTER USBC, SDNY

Date: 11/08/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

/S/BY:JON A MAJEWSKI COLLECTION DEPARTMENT

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

05446400511220000000000001




Entergy Mississippi, Inc.
www.entergy.com

**Service Location**
1001 C
Cus Acc
Clinton, MS 39060

**For Billing Inquiries and Customer Service, call 1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call 1-800-9OUTAGE 24 hours a day, 7 days a week**

## *Important Messages*

**Please continue to send payments as usual to the New Orleans address on the bill. The US postal service is working closely with Entergy to reroute payments to an alternate facility.**

**Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation go to www.powerofhope.com.**

**Your bill is prorated.**

**This is your final bill.**

## *Account Summary for Delphi Packard Electric Systems Ubar-1*

| | | | |
|---|---|---|---|
| **Account #** 16464919 | **Mail Date** | **QPC** 09000 | |
| **Invoice #** 2003190254 | 11/01/2005 | **Cycle** 02 | |

| Date Due | Amount Due |
|---|---|
| **11/22/2005** | **$243,318.51** |

## *Account Detail*

| | | |
|---|---|---|
| Previous Balance | | 1,011,901.86 |
| Payment Received | (10/06/2005) | -452,985.65 |
| Deposit Applied | | -450,000.00 |
| **Remaining Balance (Due Now)** | | **$108,916.21** |

## *Current Charges*

| | | | |
|---|---|---|---|
| Energy Charge | 1607760 kWh x | 4.2857142 | |
| (proration adjustment) | @ $0.0345 x | 0.2333333 | 55,467.72 |
| Demand Charge | 5000 kW x | 4.2857142 | |
| (proration adjustment) | @ $5.8436 x | 0.2333333 | 6,817.53 |
| Demand Charge | 5522 kW x | 4.2857142 | |
| (proration adjustment) | @ $5.613 x | 0.2333333 | 7,232.16 |
| Excess kVAR | 953 kVAR x | 4.2857142 | |
| (proration adjustment) | @ $0.34 x | 0.2333333 | 75.60 |
| Storm Damage Rider | 10522 kW @ $ | 0.23 | 2,420.06 |
| MSE-RM Riders | $72013.07 @ | 0.1865112 | 13,431.24 |
| PMR-1 Rider | $72013.07 @ | 0.00773 | 556.66 |
| Fuel Adjustment | 1607760 kWh @ $ | 0.030038 | 48,293.89 |
| Tax Adjustment | | | 107.44 |
| **Current Month Energy Charges** | | | **$134,402.30** |
| **Total Amount Due** | | | **$243,318.51** |



***KEEP***

***SEND***




www.entergy.com

**Account** 16464919 **QPC** 09000 **Invoice** 2003190254

| For Customer Service, call **1-800-ENTERGY** (1-800-368-3749) | **Amount Due by 11/22/2005** | **$243,318.51** |
|---|---|---|

Due date does not apply to any previous balances already past due.
Make check payable to **Entergy.** Thank You.

0.055 ******** 3-DIGIT 392

DELPHI PACKARD
1001 INDUSTRIAL PARK DR
CLINTON, MS 39056-3211

ENTERGY
PO BOX 61825
NEW ORLEANS, LA 70161-1825

900000001646491900000000000000243318516000000000000032602



Entergy Mississippi, Inc.
www.entergy.com

**Account #** [illegible]
**Invoice #** [illegible]
**Mail Date** 11/01/2005


**For Billing Inquiries and Customer Service, call 1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call 1-800-9OUTAGE 24 hours a day, 7 days a week**

## *Meter Reading*

| Meter # 5087661 | Rate : MS_ALGS | |
|---|---|---|
| Rider : GSH | | |
| Total Days ( 7 ) | | |
| Current Meter Reading | (10/08/2005) | 10876 |
| Previous Meter Reading | (10/01/2005) | - 10868 |
| Difference | | 8 |
| Multiplier | | x 2800 |
| **kWh Metered** | | **22400** |
| Metered RDKW | | 151.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **151.0** |
| Metered RNKW | | 116.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **116.0** |
| Demand Metered kVAR | | 6290.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **6290.0** |

## *Meter Reading*

| Meter # J4750093 | Rate : MS_ALGS | |
|---|---|---|
| Rider : GSH | | |
| Total Days ( 7 ) | | |
| Current Meter Reading | (10/08/2005) | 1750 |
| Previous Meter Reading | (10/01/2005) | - 1607 |
| Difference | | 143 |
| Multiplier | | x 11200 |
| **kWh Metered** | | **1601600** |
| Metered RDKW | | 10503.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **10503.0** |
| Metered RNKW | | 9838.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **9838.0** |
| **Net kW** | | **10654.0** |
| Demand Metered kVAR | | 6290.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **6290.0** |

## *Usage Adjustments*

| | |
|---|---|
| **Total kWh** | **1624000.0** |
| kWh Metered | 1624000 |
| Less 1% | - 16240 |
| **kWh Billed** | **1607760** |
| Net kW | 10654.00 |
| Less 1% | - 107.0 |
| **Difference** | **10547.0** |
| Less GSH Deduction | 25.0 |
| **Billed kW** | **4975.0** |
| KVAR | 6290.00 |
| Less 1% | - 63.0 |
| **Billed kVar** | **6227.0** |
| **Billed on Minimum kW** | **10522.0** |




Entergy Mississippi, Inc.
www.entergy.com

**Service Location** (MRVW)
925 Industrial Park Rd #2 Plant 13 Acct
Cust Acc
Brookhaven, MS 39601

**For Billing Inquiries and Customer Service, call 1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call 1-800-9OUTAGE 24 hours a day, 7 days a week**

### *Important Messages*

**Please continue to send payments as usual to the New Orleans address on the bill. The US postal service is working closely with Entergy to reroute payments to an alternate facility.**

**Entergy has established the Power of Hope Fund with a $1,000,000 contribution to help Katrina and Rita victims restore their lives. To make your donation go to www.powerofhope.com.**

**Your bill is prorated.**

**This is your final bill.**

**Corrected Bill.**

### *Account Summary for Delphi Packard Electric Systems*

| | | | |
|---|---|---|---|
| **Account #** 17243528 | **Mail Date** | **QPC** 09000 |
| **Invoice #** 2003190365 | 11/01/2005 | **Cycle** 03 |

| Date Due | Amount Due |
|---|---|
| **11/22/2005** | **$119,781.17** |

### *Account Detail*

| | |
|---|---|
| Previous Balance | 196,555.17 |
| Deposit Applied | -150,000.00 |
| **Remaining Balance** | **$46,555.17** |

### *Current Charges*

| | | | |
|---|---|---|---|
| Energy Charge | 584760 kWh x | 2.7272727 | |
| (proration adjustment) | @ $0.043718 x | 0.3666666 | 25,564.54 |
| Energy Charge | 269016 kWh x | 2.7272727 | |
| (proration adjustment) | @ $0.033328 x | 0.3666666 | 8,965.77 |
| Demand Charge | 200 kW x | 2.7272727 | |
| (proration adjustment) | @ $6.25415 x | 0.3666666 | 458.64 |
| Demand Charge | 3787 kW x | 2.7272727 | |
| (proration adjustment) | @ $3.50 x | 0.3666666 | 4,859.98 |
| Primary Voltage Discount | 3987 kW @ $ | 0.34 | -497.05 |
| Excess kVAR | 178 kVAR x | 2.7272727 | |
| (proration adjustment) | @ $0.34 x | 0.3666666 | 22.19 |
| Storm Damage Rider | 853776 kWh @ $ | 0.00049 | 418.35 |
| MSE-RM Riders | $39792.42 @ | 0.1865112 | 7,421.73 |
| PMR-1 Rider | $39792.42 @ | 0.00773 | 307.60 |
| Fuel Adjustment | 853776 kWh @ $ | 0.030038 | 25,645.72 |
| Tax Adjustment | | | 58.53 |
| **Current Month Energy Charges** | | | **$73,226.00** |
| **Total Amount Due** | | | **$119,781.17** |



**KEEP**

**SEND**




www.entergy.com

**Account** 17243528 **QPC** 09000 **Invoice** 2003190365

| For Customer Service, call **1-800-ENTERGY** (1-800-368-3749) | **Amount Due by 11/22/2005** | **$119,781.17** |
|---|---|---|

Make check payable to **Entergy**. Thank You.

0.055 ******** 3-DIGIT 392

DELPHI PACKARD ELECTRIC SYSTEMS
GENERAL MOTORS
JON MAJEWSKI
PO BOX 6008
NEW ORLEANS, LA 70174-6008

ENTERGY
PO BOX 61825
NEW ORLEANS, LA 70161-1825

9000000017243528000000000000001197811770000000000000032608



Entergy Mississippi, Inc.
www.entergy.com

**Account #** [illegible]
**Invoice #** [illegible]
**Mail Date** 11/01/2005


**For Billing Inquiries and Customer Service, call 1-800-ENTERGY Mon-Fri, 7am-7pm**

**For Power Outages and Safety Concerns, call 1-800-9OUTAGE 24 hours a day, 7 days a week**

***Meter Reading***

| Meter # 5086335 | Rate : MS_HLF2 | |
|---|---|---|
| Total Days ( 11 ) | | |
| Current Meter Reading | (10/08/2005) | 19031 |
| Previous Meter Reading | (09/27/2005) | - 18723 |
| Difference | | 308 |
| Multiplier | | x 2800 |
| **kWh Metered** | | **862400** |
| Metered RDKW | | 4027.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **4027.0** |
| Metered RNKW | | 3609.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **3609.0** |
| Demand Metered kVAR | | 2596.00 |
| Multiplier | | x 1 |
| **kVAR Metered** | | **2596.0** |

***Meter Reading***

| Meter # A15192 | Rate : MS_HLF2 | |
|---|---|---|
| Metered RDKW | | 4027.00 |
| Multiplier | | x 1 |
| **RDKW Metered** | | **4027.0** |
| Metered RNKW | | 3609.00 |
| Multiplier | | x 1 |
| **RNKW Metered** | | **3609.0** |
| **Net kW** | | **4027.0** |

***Usage Adjustments***

| | |
|---|---|
| kWh Metered | 862400 |
| Less 1% | - 8624 |
| **kWh Billed** | **853776** |
| Net kW | 4027.00 |
| Less 1% | - 40.0 |
| **Billed kW** | **3987.0** |
| KVAR | 2596.00 |
| Less 1% | - 26.0 |
| **Billed kVar** | **2570.0** |




November 10, 2005

Clerk, United States Bankruptcy Court
Southern District of New York
Old Custom House
1 Bowling Green, 6th Floor
New York, NY 10004-1408

Clerk of Court:

**SUBJECT:** Delphi Automotive Systems, LLC
Entergy Mississippi, Inc. Pre Account #16464919, #17243528
Case #05-44640 Chapter 11

On behalf of Entergy Mississippi, Inc., enclosed is a proof of claim to be filed in the referenced bankruptcy.

Please acknowledge receipt of the claim on the attached copy of this letter and return for our files. We have provided a stamped business reply envelope for your convenience.

You may send all further notices and correspondence to my attention at the following address:

Jon Majewski
Entergy Services, Inc.
P. O. Box 6008
Mail Unit L-JEF-359
New Orleans, LA 70174

Should you require any additional information, please contact me at (504) 840-2585.

Jon Majewski
Credit & Collection HQ

JAM:rab

Enclosure

Attachment