Exhibit D

Redacted pursuant to Confidentiality Stipulation