USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/05

P.004

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE DELPHI CORP. SECURITIES
LITIGATION

This Document Relates To:  All Actions

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MASTER FILE
1: 05-CV-2637 (NRB)

REVISED SCHEDULING ORDER

WHEREAS Lead Plaintiffs filed a Consolidated Amended Complaint on September 30, 2005 that is more than 250 pages and 790 paragraphs long, and which adds several new defendants to the litigation; and

WHEREAS one or more of the newly added defendants seek additional time to answer or otherwise respond to the Consolidated Amended Complaint; and

WHEREAS Lead Plaintiffs consent to the requested extension of time and agree to the revised briefing schedule set forth below; and

WHEREAS all other parties join in seeking, or consent to, the schedule set forth below;

IT IS HEREBY ORDERED THAT Defendants shall file any responsive pleading and/or motions to dismiss by no later than January 11, 2006; Lead Plaintiffs shall file any opposition to Defendants' motions by no later than March 15, 2006; and Defendants shall file any reply in further support of their motions by no later than April 21, 2006.

IT IS FURTHER ORDERED THAT this schedule shall supersede any schedule previously entered in this litigation, and it is further

IT IS SO ORDERED.

Dated: November 18, 2005
New York, New York

HON. NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

ORDERED that the moving memorandum of any defendant or group of defendants, shall not exceed twenty-five (25) pages and the reply brief of any defendant or group of defendants shall not exceed ten(10) pages and that the plaintiffs answering brief shall not exceed seventy-five (75) pages, and it is further ORDERED that all memoranda shall be in 12 point type.