

**Export Development Canada**
Exportation et développement Canada

December 13, 2005

**United States Bankruptcy Court**
Delphi Corporation Claim Docketing C
Bowling Green Station, PO Box 5058
New York, NY 10274-5058

EDC File Ref: 710-53025
Case Number: 05-44481 (RDD)

Re: **Delphi Corporation – Bankrupt**
    **Export Development Canada – Creditor**

Dear Sir:

Please withdraw the Proof of Claim filed by EDC on November 23, 2005 in the amount of US $474,152.22 as it is no longer applicable.

If you require further information, please do not hesitate to contact the undersigned at 613-597-7850.

Sincerely,

Véronique Tremblay
Recovery Services Manager

c.c.: 971114 Ontario Ltd. o/a Michael Angelo Mould & Design



151 O'Connor, Ottawa, ON Canada K1A 1K3
613-598-2500 Fax 613-237-2690 www.edc.ca

Canada

**EDC**
Export Development Canada
Exportation et développement Canada

www.edc.ca

United States Bankruptcy Court
Delphi Corporation Claim Docketing C
Bowling Green Station, PO Box 5058
New York, NY 10274-5058