# CADENA LAW FIRM, P.C.

J. EDUARDO CADENA
ATTORNEY AND COUNSELOR AT LAW

1017 MONTANA AVENUE
EL PASO, TEXAS 79902-5411
TELEPHONE - (915) 533-5150
FACSIMILE - (915) 532-1481
JECADENA@SBCGLOBAL.NET

December 14, 2005

**VIA CERTIFIED MAIL RETURN**
**RECEIPT REQUESTED**
United States Bankruptcy Court
Southern District of New York
Attn: Clerk
One Bowling Green
New York, New York 10004-1408

    RE:    **DELPHI CORPORATION, ET AL.**
               Chapter 11
               Case No. 05-44481 (RDD)

Dear Sir or Madame:

    Enclosed herein please find an Original and one copy of the **AFFIDAVIT OF LEGAL ORDINARY COUNSEL PROFESSIONAL** which I would appreciate your filing among the papers of the above-styled and numbered cause. Please stamp the enclosed extra copy of the document with the time and date of filing and return it to me in the enclosed self-addressed, stamped envelope which has been provided for your convenience. Thank you for your courtesies and cooperation in this regard. Should you have any questions or require anything further, please do not hesitate to contact our office.

                                  Sincerely,

                                  CADENA LAW FIRM, P.C.

                                  J. Eduardo Cadena

JEC:reb

cc: Sharon Curry (w/encl) (via certified mail)
    John Wm. Butler, Jr. (w/encl) (via certified mail)
    Alicia M. Leonhard (w/encl) (via certified mail)
    Marke Broude (w/encl) (via certified mail)
    Marissa Wesley (w/encl) (via certified mail)
    Marlane Melican (w/encl) (via certified mail)



RECEIVED
DEC 19 2005
U.S BANKRUPTCY COURT
SO. DIST. OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
In re                                            :
                                                 :    Chapter 11
DELPHI CORPORATION, et al.,                      :
                                                 :    Case No. 05-44481 (RDD)
                    Debtors.                     :
                                                 :    (Jointly Administered)
------------------------------------------------x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

**STATE OF TEXAS**            )
                              ) ss:
**COUNTY OF EL PASO**         )

      J. Eduardo Cadena, being duly sworn, deposes and says:

1.     I am a principal of Cadena Law Firm, P.C. ("Cadena") which firm maintains offices at 1017 Montana, El Paso, Texas 79902.

2.     Neither I, Cadena, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set fourth in this affidavit.

3.     Cadena, has represented and advised the Debtors in commercial litigation matters with respect to a broad range of aspects of the Debtors' businesses.

4.     The Debtors have requested, and Cadena has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Cadena proposes, to render the following services to the Debtors: counsel on commercial litigation matters.

5.     Cadena's current fees arrangement is $175.00 per hour for attorney services and $65.00 per hour for legal assistant services. Cadena also charges a four percent (%) fee for administrative costs.

EX 2.wpd



RECEIVED DEC 19 2005 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

6. Except as set forth herein, no promises have been received by Cadena or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Cadena has no agreement with any entity to share with such entity any compensation received by Cadena.

8. Cadena and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Cadena does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Cadena, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Cadena is to be engaged.

10. The foregoing constitutes the statement of Cadena pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*J. Eduardo Cadena*

Subscribed and sworn before me
this ___ day of December, 2005

wp{wp}.bks

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that the above and foregoing document was served via certified mail, return receipt requested, upon Delphi Corporation, 5725 Delphi Drive, Troy Michigan 48098, (Att'n: General Counsel); Skadden, Arps, Slate, Meagner & Flom, 333 West Wacker Drive, Suite 2100, Chicago Illinois 60606.(Att'n: John Wm. Butler, Jr., Esq.); U.S. Trustee, 33 Whitehall Street, Suite 2100, New York, New York 10044 (Att'n: Alicia M. Leonhard, Esq.); Latham & Watkins, 885 Third Avenue, New York , New York 10022, (Att'n: Mark A. Broude., Esq.);Simpson Thacher & Barkett LLP, 425 Lexington Avenue, New York, New York 10017, (Att'n: Marissa Wesley, Esq.); David Polk & Wardell, 450 Lexington Avenue, New York New York, 10017. (Att'n: Marlane Melican, Esq.)

*/s/ J. Eduardo Cadena*
J. EDUARDO CADENA

EX 2.wpd