

500 Water Street, J220
Jacksonville, FL  32202

December 14, 2005

RE: Case No. 05-44481

**ORIGINAL LETTER SENT CERTIFIED MAIL-RETURN RECEIPT REQUESTED**
**(Photocopy sent Via Regular U. S. Mail to same Address)**

Delphi Corporation, et al.
5725 Delphi Drive
Troy, MI 48098-2815

Dear Sir or Madam:

The attached Exhibit A is a list of active agreements with one (or more) of the listed debtors in possession.

In view of the filing of a voluntary petition for Reorganization under Chapter 11, please advise if the Debtor in Possession intends to affirm the lease under Sections 362-366 of the U.S. Bankruptcy Act, and if so, provide assurances thereon.

A reply from you is necessary within sixty (60) days from receipt of this letter.

If you fail to respond on or before that time, we will deem your inaction a rejection, and begin process of seeking removal and filing an adversary petition to terminate or obtain necessary cost of removal and litigation.


cc:  United States Bankruptcy Court, Southern District of New York, Clerk of Court, One Bowling Green, New York, NY 10004-1408

   Ruth Salter, CSX Credit and Collection Specialist, J220

Attachments



Exhibit A
Delphi Corporation, et al.

| Contract Number | Contract Date | Company Name | City | County | State | Contract Description |
|---|---|---|---|---|---|---|
| 00443002 | 6/11/45 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Sidetrack |
| L25259 | 12/31/35 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L26146 | 6/15/37 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Water Pipe Crossing |
| L26146001 | 6/1/37 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Stormwater Pipe Crossing |
| L30335 | 4/15/43 | DELPHI AUTOMOTIVE SYSTEMS | VANDALIA | MONTGOMERY | OH | Stormwater Pipe Crossing |
| L30829 | 4/1/43 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Private Road Crossing |
| L32191 | 4/19/46 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | 1 Water Pipe Crossing, 1 Gas Pipe Crossing |
| L38037 | 7/16/52 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L38663 | 1/1/73 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L41349 | 4/13/56 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Water Pipe Crossing |
| L41350 | 1/26/56 | DELPHI AUTOMOTIVE SYSTEMS LLC | DAYTON | MONTGOMERY | OH | 4 Empty Conduits, 2 Water Pipe Crossings, 1 Powerline Crossing, 1 Miscellaneous Pipe Crossing, 1 Wireline Crossing |
| L43886 | 4/28/59 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Gas Pipe Crossing |
| L46575 | 8/1/62 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L47807 | 12/1/71 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L47807001 | 1/8/64 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L47989 | 7/1/64 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L51841 | 4/1/68 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Water Pipe Crossing |
| L52654 | 6/1/70 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L54072 | 11/1/72 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Drainage Pipe |
| L54400 | 9/1/72 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Powerline Crossing |
| L54401 | 9/1/72 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Powerline Crossing |
| L54402 | 9/1/72 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L55567 | 7/1/72 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Miscellaneous Pipe Crossing |
| L56677 | 12/22/75 | DELPHI AUTOMOTIVE SYSTEMS | DAYTON | MONTGOMERY | OH | Land Lease |
| L58144 | 3/9/72 | DELPHI AUTOMOTIVE SYSTEMS | LOCKPORT | NIAGARA | NY | Sidetrack |
| CR 073504 | 9/29/38 | DELPHI AUTOMOTIVE SYSTEMS | VANDALIA | MONTGOMERY | OH | Environmental Right of Entry, Monitoring Well |
| CSX043271 | 5/9/02 | DELPHI AUTOMOTIVE SYSTEMS | SAGINAW | SAGINAW | MI | Water Pipe Crossing |
| L19640 | 11/2/43 | DELPHI AUTOMOTIVE SYSTEMS | SAGINAW | SAGINAW | MI | Water Pipe Crossing |
| L20557 | 11/26/66 | DELPHI AUTOMOTIVE SYSTEMS LLC | BUENA VISTA TOWNSHIP | SAGINAW | MI | Land Lease, 3 Miscellaneous Pipe Crossings, 1 Water Pipe Crossing, 3 Powerline Crossings, 2 |
| L20787 | 8/12/52 | DELPHI AUTOMOTIVE SYSTEMS | FLINT | GENESEE | MI | Sewer Pipe Crossing |
| L40032 | 5/28/52 | DELPHI AUTOMOTIVE SYSTEMS | FLINT | GENESEE | MI | Water Pipe Crossing |