# EXHIBIT A

## WACHTELL, LIPTON, ROSEN & KATZ

51 WEST 52ND STREET
NEW YORK, N.Y. 10019-6150

TELEPHONE: (212) 403-1000
FACSIMILE: (212) 403-2000

GEORGE A. KATZ (1945-1989)
JAMES H. FOGELSON (1967-1991)

December 19, 2005

Alicia M. Leonhard, Esq.
Office of United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Re: Delphi Corporation

Dear Ms. Leonhard:

As you may be aware, we represent Capital Research and Management Company in the Chapter 11 cases of Delphi Corporation and its affiliates. Cap Re is co-chair of the Delphi Unsecured Creditors' Committee and, to our knowledge, is Delphi's largest funded debt creditor.

I am writing in response to correspondence you received at the end of last week from the Brown Rudnick firm on behalf of Law Debenture Trust Company of New York, wherein Law Debenture incorrectly alleges that Cap Re has sold (or is in the process of selling) its interests in the Delphi Subordinated Notes and that, accordingly, the Committee no longer will have any members who are Subordinated Noteholders.

Attached for your reference is the Notice of Status as a Substantial Claimholder that Cap Re filed with the Bankruptcy Court on or about November 11, 2005. Cap Re advises me that it has not sold any of the $529,931,045 in principal amount of securities reflected in such Notice (including the preferred securities and associated Subordinated Notes) and is not in the process of doing so.

WACHTELL, LIPTON, ROSEN & KATZ

Alicia M. Leonhard, Esq.
December 19, 2005
Page 2

       In the future, we hope that Law Debenture and its counsel will contact us to ascertain the facts before making baseless assertions about Cap Re in letters to your office. This would certainly save the other parties a lot of otherwise-wasted time and energy.

       If you have any questions about this letter or the attachment, please do not hesitate to call me.

       Best regards.

Sincerely,

Richard G. Mason

cc:   Robert J. Stark, Esq.
      John Wm. Butler, Jr., Esq.
      Mitchell Seider, Esq.
      David Daigle
      Kristine Nishiyama, Esq.
      Emil Kleinhaus, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- x
                                               :
      In re                                    :
                                               :  Chapter 11
      DELPHI CORPORATION, et al.,              :
                                               :  Case No. 05-44481 (RDD)
                          Debtors.             :
                                               :  (Jointly Administered)
                                               :
---------------------------------------------- x

## NOTICE OF STATUS AS A SUBSTANTIAL CLAIMHOLDER[1]

PLEASE TAKE NOTICE that certain mutual funds advised by Capital Research and Management Company is or may be a Substantial Claimholder with respect to claims against Delphi Corporation ("Delphi") or any of the 38 subsidiaries[2], and affiliates of Delphi ("Affiliate Debtors"), debtors and debtors-in-possession in Case No. 05-44481 (RDD), pending in the United States Bankruptcy Court for the Southern District of New York.

---

[1] For purposes of this Notice: (i) a "Substantial Claimholder" is any person or entity that beneficially owns an aggregate principal amount of claims against the debtors equal to or exceeding $100,000,000 or any controlled entity through which a Substantial Claimholder beneficially owns an indirect interest in claims against the Debtors, (ii) "beneficial ownership" of claims includes direct and indirect ownership (e.g., a holding company would be considered to beneficially own all shares owned or acquired by its subsidiaries), ownership by family members and any group of persons acting pursuant to a formal or informal understanding to make a coordinated acquisition of claims, and ownership of claims which such holder has an option to acquire, and (iii) an "option to acquire claims includes any contingent purchase, put, contract to acquire a claim(s) or similar interest, regardless of whether it is contingent or otherwise not currently exercisable.

[2] The 38 subsidiaries are: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding), Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC, Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Services LLC, Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Service Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL, Inc., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International Ltd.

PLEASE TAKE FURTHER NOTICE that, as of October 12, 2005, certain mutual funds advised by Capital Research and Management Company (the "funds") as described in attached Exhibit A, beneficially own claims in the aggregate principal amount of $529,931,045 against the Debtors. The following table sets forth the name of the Debtor issuer, a summary of the terms, and the date on which the funds acquired or otherwise became the beneficial owner of each such Claim:

| Debtor Issuer | Terms | Date Acquired |
| --- | --- | --- |
| Delphi Corporation | Bonds – 6.5% 08-15-13 (cusip 247126AE5) | With the exception $12,000,000, all acquired within the last 18 months |
| Delphi Corporation | Bonds – 7.125% 05-01-29 (cusip 247126AC9) | All acquired within the last 18 months |
| Delphi Corporation | Notes – 6.55% 06-15-06 (cusip 247126AD7) | All acquired within the last 18 months |
| Delphi Corporation | Notes – 6.5% 05-01-09 (cusip 247126AB1) | All acquired within the last 18 months |
| Delphi Corporation | Preferred Securities Series A 8.25% 10-15-33 (cusip 24717P207) | All acquired within the last 18 months |

(Attach additional page if necessary)

PLEASE TAKE FURTHER NOTICE that the taxpayer identification number of the funds is disclosed in attached Exhibit A.

PLEASE TAKE FURTHER NOTICE that, under penalties of perjury, Capital Research and Management Company, for and on behalf of certain mutual funds it advises, hereby declares that it has examined this Notice and accompanying attachments (if any), and, to the best of its knowledge and belief, this Notice and any attachments which purport to be part of this Notice are true, correct, and complete.

PLEASE TAKE FURTHER NOTICE that, pursuant to that certain Order Under 11 U.S.C. §§ 105, 362, And 541 And Bankruptcy Rule 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities, this Notice is being (a) filed with the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408, and (b) served upon (i) the Debtors, Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098-2815, Att'n General Counsel and Chief Tax Officer and (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606-1285, Att'n John K. Lyons and Randall G. Reese.

This Notice is given in addition to, and not as a substitute for, any requisite notice under Rule 3001 of the Federal Rules of Bankruptcy Procedure.

Respectfully submitted,

<u>Capital Research and Management Company, for and on behalf of certain mutual funds it advises</u>
(Name of Claimholder)

By: _____
Name: <u>Paul G. Haaga, Jr.</u>
Title: <u>Executive Vice President</u>

Address: <u>333 South Hope Street, 55th floor</u>
<u>Los Angeles, CA 90071</u>
<u>Attn: Kristine Nishiyama</u>
Telephone: <u>(213) 486-9652</u>
Facsimile: <u>(213) 615-0430</u>

Date: November 11, 2005

3

## Exhibit A

## Claims Beneficially Owned by Mutual Funds Advised by Capital Research and Management Company

| Fund | Total Principal Claim Amount | Tax I.D. |
|---|---|---|
| American Funds Insurance Series - Asset Allocation Fund | $965,000 | 95-6862361 |
| American Funds Insurance Series - Bond Fund | $10,230,000 | 95-6994555 |
| American Funds Insurance Series - High-Income Bond Fund | $5,055,000 | 95-3960825 |
| American High-Income Trust | $78,998,800 | 95-6872063 |
| The Bond Fund of America, Inc. | $14,870,000 | 95-2884967 |
| Capital Income Builder, Inc. | $1,200,000 | 95-4149404 |
| Capital World Bond Fund, Inc. | $240,000 | 95-6964454 |
| Capital World Growth and Income Fund, Inc. | $14,965,000 | 96-4402670 |
| The Growth Fund of America, Inc. | $153,690,000 | 52-0792143 |
| The Income Fund of America, Inc. | $249,707,245 | 06-6867264 |
| TOTAL | $529,921,045 | |