UNITED STATES BANKRUPTCY COURT          HEARING DATE: January 5, 2005
SOUTHERN DISTRICT OF NEW YORK            HEARING TIME: 10:00 A.M.

------------------------------------------------------ x

                                                    :
In re                                               : Chapter 11
                                                    :
Delphi Corporation, et al.,                         : Case No. 05 B 44481(RDD)
                                                    :
                                                    :
                              Debtors.              :
                                                    : Jointly Administered

------------------------------------------------------ x

                                          Affirmation of Service

        TRACY HOPE DAVIS, hereby affirms under penalty of perjury that the forgoing is true and

correct:

        1.    I am an attorney with the Office of the United States Trustee for the Southern District of

New York.

        2.    On December 30, 2005, I caused to be served a copy of the RESPONSE OF THE

UNITED STATES TRUSTEE TO MOTION OF APPALOOSA MANAGEMENT L.P. PURSUANT

TO 11 U.S.C. § 1102(a)(2) FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO

APPOINT AN OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS by facsimile upon

each of the parties on the attached facsimile list.

                                          /s/ Tracy Hope Davis
                                           Tracy Hope Davis

**List for Affidavit**

| | |
|---|---|
| Kayalyn Marafioti, Esq., Skadden Arps Slate Meager & Flom, LLP | 212-735-2000 and 917-777-2350 |
| John Wm. Butler, Esq., Skadden Arps Slate Meager & Flom, LLP | 312-407-0411 |
| Thomas E. Lauria, Esq., White & Case LLP | 305-358-5744/5766 |
| Robert J. Rosenberg, Esq., Mitchell Seider, Esq. and Mark Broude, Esq. | 212-751-4864 |