| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | HEARING DATE: January 5, 2005<br>HEARING TIME: 10:00 A.M. |

---------------------------------------------------- x
:
In re                                              : Chapter 11
                                                   :
Delphi Corporation, et al.,                        : Case No. 05 B 44481(RDD)
                                                   :
                                                   :
            Debtors.                               :
                                                   : Jointly Administered
---------------------------------------------------- x

Affirmation of Service

TRACY HOPE DAVIS, hereby affirms under penalty of perjury that the forgoing is true and correct:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On December 30, 2005, I caused to be served a copy of the **UNITED STATES TRUSTEE'S OBJECTION TO DEBTORS' REQUEST FOR THE APPOINTMENT OF A FEE COMMITTEE CONTAINED IN THE MOTION FOR ADMINISTRATIVE ORDER UNDER 11 U.S.C. § 331 (I) ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS AND (II) SETTING A FINAL HEARING THEREON** by facsimile upon each of the parties on the attached facsimile list.

/s/ Tracy Hope Davis
Tracy Hope Davis

## List for Affidavit

| | |
|---|---|
| Kayalyn Marafioti, Esq., Skadden Arps Slate Meager & Flom, LLP | 212-735-2000 and 917-777-2350 |
| John Wm. Butler, Esq., Skadden Arps Slate Meager & Flom, LLP | 312-407-0411 |
| Robert J. Rosenberg, Esq., Mitchell Seider, Esq. and Mark Broude, Esq. | 212-751-4864 |