UNITED STATES BANKRUPTCY COURT HEARING DATE: January 5, 2005
SOUTHERN DISTRICT OF NEW YORK HEARING TIME: 10:00 A.M.

------------------------------------------------------ x
 :
In re : Chapter 11
 :
Delphi Corporation, et al., : Case No. 05 B 44481(RDD)
 :
 :
     Debtors. :
 : Jointly Administered
------------------------------------------------------ x

 Affirmation of Service

  TRACY HOPE DAVIS, hereby affirms under penalty of perjury that the forgoing is true and

correct:

  1. I am an attorney with the Office of the United States Trustee for the Southern District of

New York.

  2. On December 30, 2005, I caused to be served a copy of the **UNITED STATES**

**TRUSTEE'S OBJECTION TO MOTION OF LAW DEBENTURE TRUST COMPANY OF**

**NEW YORK REQUESTING AN ORDER TO CHANGE THE MEMBERSHIP OF THE**

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS** by facsimile upon each of the parties

on the attached facsimile list.

      /s/ Tracy Hope Davis
      Tracy Hope Davis

**List for Affidavit**

| | |
|---|---|
| Kayalyn Marafioti, Esq., Skadden Arps Slate Meager & Flom, LLP | 212-735-2000 and 917-777-2350 |
| John Wm. Butler, Esq., Skadden Arps Slate Meager & Flom, LLP | 312-407-0411 |
| Robert J. Rosenberg, Esq., Mitchell Seider, Esq. and Mark Broude, Esq. | 212-751-4864 |