UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    In re                                            :      Chapter 11

DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                                                     :      (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                                  ) Fed ID:  38-2105877
COUNTY OF OAKLAND   )

Dennis D. Alberts, being duly sworn, deposes and says:

1.    I am a principal of "Ogne, Alberts & Stuart, P.C., which firm maintains offices at 1869 East Maple Road, Troy, MI  48083.

2.    Neither I, "Dennis D. Alberts", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.    "Ogne, Alberts & Stuart, P.C.", has represented and advised the Debtors in legal matters with respect to a broad range of aspects of the Debtors' businesses.

4.    The Debtors have requested, and "Ogne, Alberts & Stuart, P.C." has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.  Additionally, the Debtors have requested, and "Ogne, Alberts & Stuart, P.C." proposes, to render the following services to the Debtors:  Representation in litigated matters.

5.    "Ogne, Alberts & Stuart, P.C.'s" current fees arrangement is $135 per hour plus expenses.

6.    Except as set forth herein, no promises have been received by "Ogne, Alberts & Stuart, P.C." or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in

accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.   "Ogne, Alberts & Stuart, P.C." has no agreement with any entity to share with such entity any compensation received by " Ogne, Alberts & Stuart, P.C."

8.   "Ogne, Alberts & Stuart, P.C." and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. " Ogne, Alberts & Stuart, P.C." does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.   Neither I, "Dennis D. Alberts", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which " Ogne, Alberts & Stuart, P.C." is to be engaged.

10.  The foregoing constitutes the statement of "Ogne, Alberts & Stuart, P.C." pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Dennis D. Alberts

Subscribed and sworn before
me this 3rd day of January
2006.

_____
Jane Champine
Macomb County acting in
Oakland County, MI
My Commission expires 5/15/08

JANE CHAMPINE
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES May 15, 2008
ACTING IN OAKLAND COUNTY, MI

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
    In re                        :    **AFFIDAVIT OF**
                                :    **SERVICE**
                                :    Chapter 11
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                :    (Jointly Administered)
                                :
-------------------------------------------------------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN    )
                                 ) Fed ID:  38-2105877
COUNTY OF OAKLAND    )

    Dennis D. Alberts, being duly sworn, deposes and says that he is over the age of eighteen (18) years; that on January 3, 2006, he served the within Affidavit of Legal Ordinary Course Professional dated January 3, 2006 upon the following:

The Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
(Att:  General Counsel)

Counsel to the Debtors,
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Dr., Ste. 2100
Chicago, IL  60606
(Att:  John Wm. Butler, Jr., Esq.)

The US Trustee
33 Whitehall St., Ste. 2100
New York, NY  10044
(Att:  Alicia M. Leonhard, Esq.)

Counsel to the Creditors Committee,
Latham & Watkins
885 Third Avenue
New York, NY  10022
(Att:  Mark A. Broude, Esq.)

Counsel for the agent under the Debtor's prepetition credit facility,
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY  10017
(Att:  Marissa Wesley, Esq.)

Counsel for the agent under the Debtor's pospetition credit facility,
Davis Polk & Wardell
450 Lexington Ave.
New York, NY  10017
(Att:  Marlane Melican, Esq.)

_____
Dennis D. Alberts

Subscribed and sworn before
me this 3rd day of January
2006.

_____
Jane Champine
Macomb County acting in
Oakland County, MI
My Commission expires 5/15/08

JANE CHAMPINE
NOTARY PUBLIC MACOMB CO., MI
MY COMMISSION EXPIRES May 15, 2008
ACTING IN OAKLAND COUNTY, MI