**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>                              Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

**CERTIFICATION OF SERVICE**

      I, Ira M. Levee, of full age, verify under penalty of perjury that on January 3, 2006, I caused to be served a copy of the *Reply of Lead Plaintiffs In Further Support of Motion to Compel Deposition Testimony and the Production of Documents In Connection with the Debtors' Application for Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b) Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditors and Accountants to Debtors, Effective Nunc Pro Tunc to October 8, 2005 and Objections Filed Thereto and Objection to Debtors' (I) Motion (A) To Quash Trial Subpoenas Issued to Members of Debtors' Audit Committee and For Protective Order and (B) For a Protective Order to Limit the Scope of the Deposition of Robert Dellinger to Only Those Matters Pertaining Directly to the Debtors' Application for an Order Authorizing Employment and Retention of Deloitte & Touche LLP* : (i) via hand delivery to the Chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court, Alexander Hamilton House, One Bowling Green, New York, NY 10004-1408; (ii) by facsimile to the parties on the annexed Exhibit A; and (iii) by electronic mail upon the parties listed on the annexed Exhibit B.

| | |
|---|---|
| Dated:  January 3, 2006 | By: /s/ Ira M. Levee |
| | Ira M. Levee (IL 9958)<br>LOWENSTEIN SANDLER PC<br>1251 Avenue of the Americas,<br>18th Floor<br>New York, New York 10020<br>(212) 262-6700  (Telephone)<br>(212) 262-7204  (Facsimile)<br><br>and<br><br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2481 (Facsimile)<br><br>*Bankruptcy Counsel for Lead Plaintiff and the prospective class* |

18692/2
01/03/2006 1830581.01

### Exhibit A

| | | | |
|---|---|---|---|
| TO: | **Marissa Wesely, Esq.**<br>**Simpson Thacher & Bartlett LLP** | FACSIMILE NO.: | **(212) 455-2502** |
| TO: | **Marlane Melican, Esq.**<br>**Davis Polk & Wardell** | FACSIMILE NO.: | **(212) 450-3800** |
| TO: | **Robert J. Rosenberg, Esq.**<br>**Latham & Watkins** | FACSIMILE NO.: | **(212) 751-4864** |
| TO: | **Deirdre A. Martini, Esq.**<br>**Office of the US Trustee** | FACSIMILE NO.: | **(212) 668-2255** |
| TO: | **Douglas P. Bartner, Esq.**<br>**Shearman & Sterling** | FACSIMILE NO.: | **(646) 848-8190** |
| TO: | **John Wm. Butler, Jr., Esq.**<br>**Skadden Arps et al.** | FACSIMILE NO.: | **(312) 407-0411** |
| TO: | **General Counsel**<br>**Delphi Corp.** | FACSIMILE NO.: | **(248) 813-2670** |
| TO: | **Brock E. Plumb**<br>**Deloitte & Touche LLP** | FACSIMILE NO.: | **(313) 396-3618** |
| TO: | **Corporate Trust Office**<br>**Wilmington Trust Company** | FACSIMILE NO.: | **(302) 651-8937** |
| TO: | **Corporate Trust Office**<br>**Law Debenture Trust Company of New York** | FACSIMILE NO.: | **(212) 750-1361** |

**EXHIBIT B**

aaronsona@pepperlaw.com, aee@hurwitzfine.com, aenglund@orrick.com, afeldman@kslaw.com, agottfried@morganlewis.com, alan.mills@btlaw.com, amathews@robinsonlaw.com, amcmullen@bccb.com, amoog@hhlaw.com, andrew.herenstein@quadranglegroup.com, andrew.kassner@dbr.com, anne.kennelly@hp.com, aordubegian@weineisen.com, asherman@sillscummis.com, asm@pryormandelup.com, kar@pryormandelup.com, aswiech@akebobo-usa.com, athau@cm-p.com, austin.bankruptcy@publicans.com, ayala.hassell@eds.com, bankruptcy@goodwin.com, barnold@whdlaw.com, bbeckworth@nixlawfirm.com, bellis-monro@sgrlaw.com, Ben.Caughey@icemiller.com, bmcdonough@teamtogut.com, bmehlsack@gkllaw.com, bnathan@lowenstein.com, bsmoore@pbnlaw.com, bspears@winstead.com, cahn@clm.com, carol_sowa@denso-diam.com, caseyl@pepperlaw.com, cbattaglia@halperinlaw.net, ahalperin@halperinlaw.net, cfilardi@pepehazard.com, cfortgang@silverpointcapital.com, cfox@stblaw.com, cfox@stblaw.com, chill@bsk.com, ckm@greensfelder.com, jpb@greensfelder.com, cnorgaard@ropers.com, crieders@gjb-law.com, cs@stevenslee.com, cp@stevenslee.com, cschulman@sachnoff.com, agelman@sachnoff.com, cstorie@hodgsonruss.com, csullivan@bsk.com, cweidler@paulweiss.com, dallas.bankruptcy@publicans.com, david.aaronson@dbr.com, david.boyle@airgas.com, david.lemke@wallerlaw.com, davidl@bolhouselaw.com, dbaty@honigman.com, dcrapo@gibbonslaw.com, ddavis@paulweiss.com, derrien@coollaw.com, dfreedman@ermanteicher.com, dgheiman@jonesday.com, djury@steelworkers-usw.org, dkarp@cm-p.com, dladdin@agg.com, dlowenthal@thelenreid.com, dmdelphi@duanemorris.com, dpm@curtinheefner.com, dweiner@schaferweiner.com, eabdelmasieh@nmmlaw.com, EAKleinhaus@wlrk.com, ecdolan@hhlaw.com, echarlton@hiscockbarclay.com, eerman@ermanteicher.com, efox@klng.com, egunn@mcguirewoods.com, ekutchin@kutchinrufo.com, elazarou@reedsmith.com, elizabeth.flaagan@hro.com, emarcks@ssd.com, emccolm@paulweiss.com, emcnerney@blbglaw.com, ephillips@thurman-phillips.com, fatell@blankrome.com, ferrell@taftlaw.com, fholden@orrick.com, fstevens@foxrothschild.com, ftrikkers@rikkerslaw.com, fusco@millercanfield.com, gdiconza@dlawpc.com, george.cauthen@nelsonmullins.com, ggreen@fagelhaber.com, gjarvis@ggelaw.com, glen.dumont@hp.com, greenj@millercanfield.com, greg.bibbes@infineon.com, grichards@kirkland.com, gsouth@kslaw.com, gtoering@wnj.com, hannah@blbglaw.com, hborin@schaferweiner.com, heath.vicente@agg.com, herb.reiner@guarantygroup.com, hkolko@msek.com, hzamboni@underbergkessler.com, ian@gazesllc.com, ilevee@lowenstein.com, jaffeh@pepperlaw.com, james.bentley@srz.com, jangelovich@nixlawfirm.com, jbernstein@mdmc-law.com, Jeff.Ott@molex.com, jeffery.gillispie@infineon.com, jeisenhofer@gelaw.com, jengland@linear.com, jforstot@tpw.com, jh@previant.com, jharris@quarles.com, jhinshaw@boselaw.com, jkp@qad.com, jlapinsky@republicengineered.com, jlevi@toddlevi.com, jmanheimer@pierceatwood.com, jmbaumann@steeltechnologies.com, jminias@stroock.com, jml@ml-legal.com, lmc@ml-legal.com, jmoldovan@morrisoncohen.com, mdallago@morrisoncohen.com, jmsullivan@mwe.com, jmurch@foley.com, joel_gross@aporter.com, john.brannon@tklaw.com, john.cipriano@meus.mea.com, john.gregg@btlaw.com, john.persiani@dinslaw.com, john.sieger@kattenlaw.com,

jonathan.greenberg@engelhard.com, jpardo@kslaw.com, jpguy@swidlaw.com, jposta@sternslaw.com, jrhunter@hunterschank.com, jrobertson@mcdonaldhopkins.com, jshickich@riddellwilliams.com, jsmairo@pbnlaw.com, jvitale@cwsny.com, jwilson@tylercooper.com, jwisler@cblh.com, jzackin@sillscummis.com, karen.dine@pillsburylaw.com, kcookson@keglerbrown.com, kcunningham@piercewood.com, ken.higman@hp.com, khansen@stroock.com, kim.robinson@bfkpn.com, klaw@bbslaw.com, kmiller@skfdelaware.com, Knathan@nathanneuman.com, knorthrup@kutchinrufo.com, knye@quarles.com, krk4@daimlerchrysler.com, krosen@lowenstein.com, kwalsh@lordbissel.com, rcovino@lordbissel.com, landy.ralph@pbgc.gov, lawallf@pepperlaw.com, lawtoll@comcast.net, lcurcio@tpw.com, lisa.moore2@nationalcity.com, lloyd.sarakin@am.sony.com, lmagarik@kjmlabor.com, lnewman@fagelhaber.com, lpeterson@msek.com, lpinto@wcsr.com, lschwab@bbslaw.com, lwalzer@angelogordon.com, madison.cashman@stites.com, maofiling@cgsh.com, maofiling@cgsh.com, margot.erlich@pillsburylaw.com, mark.houle@pillsburylaw.com, markd@blbglaw.com, mbane@kelleydrye.com, mblacker@andrewskurth.com, mbusenkell@mnat.com, mcarter@kslaw.com, mcruse@wnj.com, mdebbeler@graydon.com, metkin@lowenstein.com, mfarquhar@winstead.com, mgreger@allenmatkins.com, mhager@oshr.com, mhall@burr.com, michael.cook@srz.com, michaelz@orbotech.com, mlee@contrariancapital.com, jstanton@contrariancapital.com, wraine@contrariancapital.com, solax@contrariancapital.com, mlschein@mintz.com, mmassad@hunton.com, mmesonesmori@whitecase.com, mmharner@jonesday.com, mnewman@schaferweiner.com, mrichards@blankrome.com, mrr@previant.com, mscott@riemerlaw.com, mshaiken@stinsonmoheck.com, msomerstein@kelleydrye.com, mtf@afrct.com, murph@berrymoorman.com, mviscount@foxrothschild.com, mwcheney@swidlaw.com, mwinthrop@winthropcouchot.com, myarnoff@sbclasslaw.com, myetnikoff@schiffhardin.com, mzelmanovitz@morganlewis.com, niizeki.tetsuhiro@furukawa.co.jp, nlph4@cornell.edu, office@gazesllc.com, oiglesias@wlross.com, pabutler@ssd.com, patrick.bartels@quadranglegroup.com, pbaisier@seyfarth.com, pbarr@jaffelaw.com, pbilowz@goulstonstorrs.com, pcostello@bbslaw.com, pgurfein@akingump.com, pjanovsky@zeklaw.com, pmears@btlaw.com, Pretekin@coollaw.com, prubin@herrick.com, rbeacher@pitneyhardin.com, rcharles@lrlaw.com, rdehney@mnat.com, rdremluk@seyfarth.com, resterkin@morganlewis.com, rfrankel@swidlaw.com, RGMason@wlrk.com, rgoldi@sotablaw.com, rgriffin@iuoe.org, rheilman@schaferweiner.com, rhett.campbell@tklaw.com, rhwyron@swidlaw.com, richard.epling@pillsburylaw.com, richard.kremen@dlapiper.com, rjones@bccb.com, rjsidman@vssp.com, rkidd@srcm-law.com, rmcdowell@bodmanllp.com, rmeth@pitneyhardin.com, rnsteinwurtzel@swidlaw.com, robert.goodrich@stites.com, robert.welhoelter@wallerlaw.com, robin.spear@pillsburylaw.com, rpeterson@jenner.com, rsz@curtinheefner.com, rthibeaux@shergarner.com, rthibeaux@shergarner.com, rtrack@msn.com, rurbanik@munsch.com, jwielebinski@munsch.com, drukavina@munsch.com, rusadi@cahill.com, rweiss@honigman.com, fgorman@honigman.com, sagolden@hhlaw.com, sarbt@millerjohnson.com, wolfordr@millerjohnson.com, sbrennan@nathanneuman.com, scargill@lowenstein.com, schristianson@buchalter.com, sdonato@bsk.com, sean@blbglaw.com, selanders@danielsandkaplan.com, sfreeman@lrlaw.com,

sgoldber@quarles.com, sgross@hodgsonruss.com, shandler@sbclasslaw.com,
shapiro@steinbergshapiro.com, sharon.petrosino@hp.com, shazan@oshr.com,
sholmes@hunton.com, sjennik@kjmlabor.com, sjfriedman@jonesday.com,
sk@kieselaw.com, skrause@zeklaw.com, smcook@lambertleser.com,
snirmul@gelaw.com, sokeefe@winthropcouchot.com, sopincar@mcdonaldhopkins.com,
sosimmerman@kwgd.com, sreisman@cm-p.com, sriemer@phillipsnizer.com,
sriley@mcdonaldhopkins.com, srosen@cb-shea.com, sselbst@mwe.com,
sshimshak@paulweiss.com, steven.keyes@aam.com, susanwhatley@nixlawfirm.com,
tajamie@ajamie.com, tbrink@lordbissel.com, tch@previant.com,
tdonovan@finkgold.com, tgaa@bbslaw.com, tkennedy@kjmlabor.com,
tmaxson@cohenlaw.com, tmcfadden@lordbissel.com, tomschank@hunterschank.com,
tsable@honingman.com, vdagostino@lowenstein.com, wachstein@coollaw.com,
wbeard@stites.com, wendy.brewer@btlaw.com, michael.mccrory@btlaw.com,
whanlon@seyfarth.com, whawkins@loeb.com, wheuer@morganlewis.com,
william.barrett@bfkpn.com, wkohn@schiffhardin.com, wmsimkulak@duanemorris.com,
wsavino@damonmorey.com, wshowman@ajamie.com, tscobb@vssp.com,
amalone@colwinlaw.com, jhlemkin@duanemorris.com, gsantella@masudafunai.com