IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 05-44481 |
| | ) | |
| DELPHI CORP., | ) | Chapter 11 |
|     Debtor | ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Ideal Tool Company, Inc. in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned and that the name and address of the undersigned be added to the mailing matrix.

*/s/ Richard J. Parks*
Richard J. Parks
Pa. Supreme Court ID No. 40477
MacDONALD, ILLIG, JONES & BRITTON LLP
100 State Street, Suite 700
Erie, PA 16507-1459
(814) 870-7754
Fax: (814) 454-4647
E-mail: rparks@mijb.com

Attorneys for Ideal Tool Company, Inc.

Dated: January 3, 2006

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 05-44481 |
| | ) | |
| DELPHI CORP., | ) | Chapter 11 |
|    Debtor | ) | |

## **DECLARATION IN LIEU OF AFFIDAVIT**

### Regarding Request to be Added to the Mailing Matrix

I am the Attorney for Ideal Tool Company, Inc., a creditor in the above-captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

☒     that there are no other requests to receive notices on behalf of this creditor, or

☐     that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

        _____
        Creditor's Name

        _____
        Creditor's Address

        _____
        City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2006.

                                                    */s/ Richard J. Parks*_____
                                                    Richard J. Parks
                                                    Attorney for Ideal Tool Company, Inc.
                                                    PA I.D. 40477