UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                            :
In re                                       :   Chapter 11
                                            :
                                            :   Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                 :
                                            :   (Jointly Administered)
         Debtors.                           :
                                            :
------------------------------------------------------x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF CALIFORNIA  )
                     ) ss:
COUNTY OF SAN DIEGO  )

John Rogitz, being duly sworn, deposes and says:

1. I am principal of Rogitz & Associates which firm maintains office at 750 B Street, Suite 3120, San Diego, CA 92101.

2. Neither I, Rogitz & Associates, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Rogitz & Associates, has represented and advised the Debtors in patents with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Rogitz & Associates have agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Rogitz & Associates propose, to render the following services to the Debtors: patent services.

5. Rogitz & Associates' current fee arrangement is fixed fee per amendment and fixed fee for new patent application; fees set by Debtors.

6. Except as set forth herein, no promises have been received by Rogitz & Associates or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Rogitz & Associates have no agreement with any entity to share with such entity any compensation received by Rogitz & Associates.

8. Rogitz & Associates and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Rogitz & Associates do not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Rogitz & Associates, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Rogitz & Associates is to be engaged.

10. The foregoing constitutes the statements of Rogitz & Associates pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
John L. Rogitz

Subscribed and sworn before me
this 16th day of December 2005

_____
Notary Public



# CERTIFICATE OF SERVICE

The undersigned, an non-attorney, hereby certifies that a true and correct copy of the foregoing **Affidavit of Legal Ordinary Course Professional** was served upon:

| | |
|---|---|
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>   Southern District of New York<br>33 Whitehall Street<br>Suite 2100<br>New York, New York 10044 | Marissa Wesley, Esq.<br>Simpson, Thacher & Barlett, LLP<br>425 Lexington Avenue<br>New York, New York 10017 |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, New York 10022 | Marlane Melican, Esq.<br>Davis, Polk & Wardell<br>450 Lexington Avenue<br>New York, New York 10017 |

by placing same in a properly addressed stamped envelope, first class postage prepaid, and causing it to be mailed before the hour of 5:00 p.m. this 22nd day of December, 2005.

_____
Jeanne Gahagan

SUBSCRIBED AND SWORN TO
Before me this 22nd day of December, 2005.

_____
Notary Public



MARYANN CORRIGAN
COMM. #1447694
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Commission Expires
OCTOBER 28, 2007