LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                           ) ss.:
COUNTY OF NEW YORK )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On January 2, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Motion of Law Debenture Trust Company of New York Requesting an Order to Change the Membership of the Official Committee of Unsecured Creditors, to be served upon the parties on the annexed Exhibit A in the manner indicated thereon.

NY\1099379.1

3. On January 3, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Motion of Law Debenture Trust Company of New York Requesting an Order to Change the Membership of the Official Committee of Unsecured Creditors, to be served upon the parties on the annexed Exhibit B in the manner indicated thereon.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
3rd day of January, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1099379.1

**Exhibit A**

**VIA EMAIL AND FACSIMILE**

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: 212-450-3092
donald.bernstein@dpw.com

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
          John K. Lyons
          Ron E. Meisler
Fax: 312 407 0411
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.
Fax: 212 455 2502
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com

**VIA FACSIMILE**

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Fax: 248-813-2670

Robert Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036
Fax: 212-209-4801

Peter J. Antoszyk
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111
Fax: 617-856-8201

NY\1099379.1

**Exhibit B**

**VIA OVERNIGHT MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL 60606
Attn: John Wm Butler
　　　John K. Lyons
　　　Ron E. Meisler

Peter J. Antoszyk
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

**VIA HAND DELIVERY**

Alicia M. Leonard
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
　　　Robert H. Trust
　　　William T. Russell, Jr.

Robert Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036