Hearing Date: February 9, 2006 at 10 a.m.
Objection Deadline: February 2, 2006 at 5 p.m.

Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :    Case No. 05-44481 (RDD)
                                                                 :    (Jointly Administered)
                                                    Debtors.     :
                                                                 :
-----------------------------------------------------------------x

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on January 3, 2006, the International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), by and through its undersigned counsel, filed a motion (the "Motion") for an order directing its appointment to the Official Committee of Unsecured Creditors.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on February 9, 2006, at 10:00 a.m. (Prevailing Eastern Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure,

the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) dated October 14, 2005 (the "Case Management Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge and (e) must be served on the undersigned and in accordance with the Case Management Order so as to be received no later than 5:00 p.m. (Prevailing Eastern Time) on February 2, 2006.

Dated: New York, New York
       January 3, 2006

    /s/ Babette A. Ceccotti
Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, NY  10036
(212) 563-4100

- and -

Niraj R. Ganatra
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI  48214
(313) 926-5216

Attorneys for International Union, UAW