**Hearing Date: January 5, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                        :
        In re                           :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                      Debtors.          :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROPOSED THIRD OMNIBUS HEARING AGENDA

Location Of Hearing:        United States Bankruptcy Court for the Southern District of New
                            York, Alexander Hamilton Custom House, Room 601, 6th Floor,
                            One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (11 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (18 Matters)

    D.    Contested Matters (9 Matters)

**B.**    **Continued Or Adjourned Matters\***

    1.    **"Interim Compensation"** – Motion For Administrative Order Under 11 U.S.C. § 331 (I) Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals And (II) Setting A Final Hearing Thereon (Docket No. 11)

| | |
|---|---|
| *Response Filed:* | *United States Trustee's Objection To Debtors' Request For The Appointment Of A Fee Committee Contained In The Motion For Administrative Order Under 11 U.S.C. § 331 (I) Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals And (II) Setting A Final Hearing Thereon (Docket No. 1656)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869)* |
| *Status:* | *This matter with respect to the Fee Committee is being adjourned to February 9, 2006 at the request of the U.S. Trustee.  The Debtors will file a reply to the U.S. Trustee's objection on or before February 2, 2006 if this matter has not been settled by that time.* |

---

\* Motions at the following docket numbers that appeared on the Proposed Second Omnibus Hearing Agenda have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda.  Docket Nos. 41, 805, 818, 957, and 983.

2.      **"KECP Motion"** – Motion For Order Under 11 U.S.C. §§ 105 And 363
Authorizing The Debtors To Implement A Key Employee Compensation
Program (Docket No. 13)

Responses Filed:          *Objection Of Wilmington Trust Company, As
Indenture Trustee, To Debtors' Motion For Order
Under 11 U.S.C. §§ 105 And 363 Authorizing The
Debtors To Implement A Key Employee
Compensation Program (Docket No. 1133);
Objections Of USW To Debtotrs' Motion For Order
Under Sections 105 And 363 Authorizing The
Debtors To Implement A Key Employee
Compensation Program (Docket No. 1134);
Objection And Memorandum Of UAW In Opposition
To Debtors' Motion For An Order Authorizing
Debtors To Implement A Key Employee
Compensation Program (Docket No. 1135);
Objection Of Pension Benefit Guaranty Corporation
To Debtors' Motion For Order §§ 105 And 363
Authorizing Debtors To Implement A Key Employee
Compensation Program (Docket No. 1141);
Objections And Memorandum Of Law In Support Of
Objection Of IBEW Local 663 And IAM District 10
To Motion For Order Authorizing Debtors To
Implement A Key Employee Compensation Plan
(Docket No. 1156); Limited Objection Of The
Prepetition Agent To The Debtors' Motion For
Order Under §§ 105 And 363 Authorizing The
Debtors To Implement A Key Employee
Compensation Program (Docket No. 1157);
Objections And Memorandum Of Law Of
International Union Of Operating Engineers Local
Union Nos. 18, 101 And 832 To Debtors' Motion For
An Order Authorizing The Debtors To Implement A
Key Employee Compensation Program (Docket No.
1159); Lead Plaintiffs' Objection To Debtors'
Motion For Order Under §§ 105 And 363
Authorizing Debtors To Implement A Key Employee
Compensation Program (Docket No. 1161);
Objection And Memorandum Of Law In Support Of
Objection Of IUE-CWA To Motion For Order Under
§§ 105 And 363 Authorizing The Debtors To
Implement A Key Employee Compensation Program
("KECP Motion") (Docket No. 1164); Affidavit in
Support of Objection of IUE-CWA to Motion for
Order Under Sections 105 & 363 Authorizing the
Debtors to Implement a Key Employee
Compensation Program (Docket No. 1168); Letter*

3

*Regarding Electronic Filing Of Objection To Motion Of Debtors' For Order Under Sections 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1209); United States Trustee's Objection To Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 1288).*

*Reply Filed:*          *None.*

*Related Filing:*       *None.*

*Status:*               *Pursuant to an agreement between the Debtors and the Creditors' Committee, that portion of the motion dealing with the annual incentive plan for the nine month period ending in June, 2006 is being adjourned to January 27, 2006, and the Creditors' Committee objection deadline as to such relief has been extended to January 19, 2006.  The balance of the motion (the annual incentive plans beyond June 30, 2006 and proposed cash and equity incentive emergence awards) is being adjourned to the July 2006 omnibus hearing date and the Creditors' Committee objection deadline related thereto shall be June 28, 2006.*

3.     **"Specmo Enterprises'"** – Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 284)

*Response Filed:*       *None.*

*Reply Filed:*          *None.*

*Related Filing:*       *Brief In Support Of Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 288)*

*Status:*               *This matter is being adjourned to February 9, 2006.*

4.     **"Schmidt Technology GmbH"** – Order To Show Cause (Docket No. 477)

*Response Filed:*       *Special And Limited Appearance Of Schmidt Technology GmbH Regarding Improper And Insufficient Service Of Process (Docket No. 1661)*

*Reply Filed:*          *None.*

*Related Filing:*       *Order To Show Cause (Docket No. 816)*

*Status:*                    *This matter is being adjourned to February 9, 2006.*

5.    **"DBM Technologies, LLC"** –  Motion By DBM Technologies, LLC For
      Relief From Stay To Effect Setoff (Docket No. 1042)

    *Response Filed:*        *None.*

    *Reply Filed:*            *None.*

    *Related Filing:*        *None.*

    *Status:*                *This matter is being adjourned to February 9, 2006.*

6.    **"Entergy Mississippi, Inc."** –  Motion Of Entergy For (I) Relief From Stay
      To Exercise Recoupment And/Or Setoff Rights Pursuant To Section 553 Of
      The Bankruptcy Code And (II) Other Related Relief (Docket No. 1024)

    *Response Filed:*        *Debtor's Objection to Motion of Entergy Mississippi,
                                          Inc. for Relief from the Automatic Stay to Permit
                                          Recoupment or, in the Alternative, Setoff (Docket No.
                                          1662)*

    *Reply Filed:*            *None.*

    *Related Filing:*        *None.*

    *Status:*                *This matter is being adjourned to February 9, 2006.*

7.    **"JST Mfg. Co. Ltd."** – Order To Show Cause (Docket No. 1369)

    *Response Filed:*        *None.*

    *Reply Filed:*            *None.*

    *Related Filing:*        *Order To Show Cause (Docket No. 1545)*

    *Status:*                *This matter is being adjourned to February 9, 2006.*

8.    **"Pullman Bank and Trust Company"** –  Motion By Pullman Bank And
      Trust Company For (I) Relief From The Automatic Stay Or Alternatively
      Adequate Protection And (II) To Compel Assumption Or Rejection Of
      Unexpired Lease Or Shortening Time In Which Leases Shall Be Assumed
      Or Rejected And (III) For Post-Petition Lease Payments (Docket No. 1506)

    *Response Filed:*        *None.*

    *Reply Filed:*            *None.*

|                     |                                                                                           |
|---------------------|-------------------------------------------------------------------------------------------|
| *Related Filing:*   | *Declaration Of Richard Dunbar In Support Of Motion Of Pullman Bank And Trust Company (Docket No. 1508)* |

| | |
|---|---|
| *Status:* | *This matter is being adjourned to February 9, 2006.* |

9. **"Furukawa Electric North America APD"** – Motion Of Furukawa Electric North America APD For Relief From Automatic Stay To Permit Setoff Of Claims (Docket No. 1537)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status*: | *This matter is being adjourned to February 9, 2006.* |

10. **"Case Management Amendment Motion"** – Motion to Amend the Order Under 11 U.S.C. Section 102(1) and 105 Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 1556)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Notice of Hearing and Amended Exhibit for Motion to Amend the Order Under 11 U.S.C. Section 102(1) and 105 Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 1579); Statement In Support of Motion to Amend the Order under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankruptcy R. 1007-2(e) (the "Case Management Amendment Motion") (Docket No. 1620)* |
| *Status:* | *This matter is being adjourned to February 9, 2006.* |

6

11.    **"Appaloosa Management L.P."** – Motion of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1604)

| | |
|---|---|
| *Response Filed:* | *Response Of The United States Trustee To Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Official Committee Of Equity Security Holders (Docket No. 1682); Objection Of The Prepetition Agent To The Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1693); Response Of General Motors Corporation To Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1712)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter has been adjourned.  The parties will be requesting a hearing date from the Court not earlier than January 30, 2006.* |

## C.    Uncontested, Agreed, Or Settled Matters

12.    **"The Lee Company"** – Order To Show Cause (Docket No. 699)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Order To Show Cause (Docket No. 842)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

13.    **"Proto Manufacturing, Inc."** – Order To Show Cause (Docket No. 879)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |

| | |
|---|---|
| *Related Filing:* | *Order To Show Cause (Docket No. 1546)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

14. **"Niagara Mohawk"** – Motion For Order Under 11 U.S.C. Sections 105(a) And 365 Authorizing The Debtors To Obtain Preferential Power Rates Pursuant To Letter Agreement With Niagara Mohawk Power Corporation And Assumption Thereof (Docket No. 997)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

15. **"Latham & Watkins Retention"** – Application Of The Official Committee Of Unsecured Creditors For Order Authorizing And Approving The Employment And Retention Of Latham & Watkins LLP As Counsel Nunc Pro Tunc To October 17, 2005 (Docket No. 1086)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Interim Order Authorizing And Approving The Employment And Retention Of Latham & Watkins LLP As Counsel Nunc Pro Tunc To October 17, 2005 (Docket No. 1346)* |
| *Status:* | *A final order on a nunc pro tunc basis to the date of appointment will be submitted for consideration by the Court.* |

16. **"AMR Industries Inc."** – Order To Show Cause (Docket No. 1090)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Order To Show Cause (Docket No. 1544)* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

17. **"Pepco Energy Services, Inc."** – Motion For Order Of Relief From Automatic Stay To Provide Notice Of Default And Terminate Sales

Agreement Between Pepco Energy Services, Inc. And Debtors, Or In The Alternative, For Order Compelling Debtors To Assume Or Reject Sales Agreement (Docket No. 1121)

| | |
|---|---|
| *Response Filed:* | *Debtors' Objection to Motion by Pepco Energy Services, Inc. for Relief from Automatic Stay to Provide Notice of Default and Terminate Sales Agreement with the Debtors, or in the Alternative, for an Order Compelling the Debtors to Assume or Reject Sales Agreement (Docket No. 1660)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status*: | *An agreement in principle has been reached and an agreed stipulation is being prepared for submission to the Court.* |

18.    **"Warner Stevens, L.L.P."** – Application For Order Pursuant To §§ 327, 328 And 1003 Of The Bankruptcy Code And Bankruptcy Rule 2014 Approving Retention Of Warner Stevens, L.L.P., As Conflicts Counsel To Official Committee Of Unsecured Creditors (Docket No. 1170)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

19.    **"Mesirow Financial Consulting, LLC"** – Application of Official Committee of Unsecured Creditors for Entry of Order Authorizing the Employment and Retention of Mesirow Financial Consulting, LLC as its Financial Advisors Nunc Pro Tunc to October 19, 2005 (Docket No. 1335)

| | |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *Supplemental Declaration Of Stephen B. Darr In Support Of Application Of The Official Committee Of Unsecured Creditors Of Delphi Corporation. Et. Al. To Retain Mesirow Financial Consulting, LLC As Financial Advisor, Nunc Pro Tunc To October 19, 2005 (Docket No. 1552)* |

|  |  |
|---|---|
| *Status:* | *An order will be submitted for consideration by the Court.* |

20.    **"Steven Hall & Partners"** –  Application Of The Official Committee Of Unsecured Creditors For Order Authorizing And Approving The Employment And Retention Of Steven Hall & Partners As Compensation And Employment Agreement Advisor, Nunc Pro Tunc To November 7, 2005 (Docket No. 1399)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

21.    **"Umicore Autocat Canada Corporation"** –  Motion To Substitute Exhibit Attached To Filed Notice Of Reclamation Demand (Docket No. 1543)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| Status: | *An order will be submitted for consideration by the Court.* |

22.    **"Exclusivity Motion"** –  Motion For Order Under 11 U.S.C. § 1121(d) Extending Debtors' Exclusive Periods Within Which To File And Solicit Acceptances Of Plan Of Reorganization (Docket No. 1549)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| Status: | *An order will be submitted for consideration by the Court.* |

23.    **"Lease Rejection Motion"** –  Motion For Order Under 11 U.S.C. §§ 365(a) And 554 And Fed. R. Bankr. P. 6006 Approving Procedures For Rejecting Unexpired Real Property Leases And Authorizing Debtors To Abandon Certain Furniture, Fixtures, And Equipment (Docket No. 1551)

|  |  |
|---|---|
| *Response Filed:* | *Objection of Orix Warren, LLC To Motion For Order Under 11 U.S.C. §§ 365(a) And 554 And Fed. R. Bankr. P. 6006 Approving Procedures For Rejecting Unexpired Real Property Leases And Authorizing Debtors To Abandon Certain Furniture, Fixtures, And Equipment (Docket No. 1659)* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *This matter has been resolved.  A revised order will be submitted for consideration by the Court.* |

24.     **"Pillarhouse (U.S.A.), Inc."** – Motion For Order Under 11 U.S.C. § 365(a) Authorizing Debtors To Assume Executory Contract With Pillarhouse (U.S.A.), Inc. (Docket No. 1553)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

25.     **"Remove Actions Motion"** – Motion To Extend Time Period Within Which Debtors May Remove Actions Under 28 U.S.C. § 1452 And Fed. R. Bankr. P. 9006 And 9027 (Docket No. 1554)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

26.     **"Lease Renewal Motion"** – Motion For Order Under 11 U.S.C. §§ 363, 1107, And 1108 Approving Procedures To Enter Into Or Renew Real Property Leases Without Further Court Approval (Docket No. 1555)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |

|  |  |
|---|---|
| *Status:* | *An order will be submitted for consideration by the Court.* |

27.    **"Insurance Renewal Motion"** – Motion For Order Under 11 U.S.C. §§ 362, 363, 365, 1107, And 1108 Authorizing Renewal Of Insurance Coverage And Certain Related Relief (Docket No. 1559)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

28.    **"Constellation Newenergy, Inc."** – Motion Of Constellation Newenergy, Inc. For (I) Relief From Stay To Exercise Recoupment And/Or Setoff Rights Pursuant To Section 553 Of The Bankruptcy Code And (II) Other Related Relief (Docket No. 1586)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

29.    **"Reclamation Deadline Extension Motion"** – Motion For Order Extending Deadline For Debtors To Submit Statements Of Reclamation Under Fed. R. Bankr. P. 9006(b) (Docket No. 1616)

|  |  |
|---|---|
| *Response Filed:* | *None.* |
| *Reply Filed:* | *None.* |
| *Related Filing:* | *None.* |
| *Status:* | *An order will be submitted for consideration by the Court.* |

## D.    Contested Matters

30.    **"Claims Trading"** – Motion For Order Under 11 U.S.C. §§ 105, 362, And 541 And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities (Docket No. 29)

*Responses Filed:*          *Objection To Debtor's Motion For An Order Under 11 U.S.C. Sections 105, 362 And 541 Of The Bankruptcy Code And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Securities (Docket No. 76); Appaloosa Management L.P.'s (A) Objection To Debtors' Motion For An Order Under 11 U.S.C. Sections 105, 362 And 541 And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities Or, In The Alternative, (B) Motion For Reconsideration Under Fed. R. Bankr. P. 9023 Of Interim Trading Order Dated October 12, 2005 (Docket No. 596); Objection Of D.C. Capital Partners, L.P. To Entry Of Final Order Establishing Procedures For Trading In Equity Securities And Claims And Request For Vacatur Of Interim Trading Procedures Order (Docket No. 1117); Notice of Withdrawal of Appaloosa Management L.P.'s (A) Objection to Debtors' Motion for an Order Under 11 U.S.C. Sections 105, 362 and 541 and Fed. R. Bankr. P. 3001 Establishing Notification and Hearing Procedures for Trading In Claims and Equity Securities Or, In the Alternative, (B) Motion For Reconsideration Under Fed. R. Bankr. P. 9023 of Interim Trading Order Dated October 12, 2005 (Docket No. 1465); Limited Objection Of Wilmington Trust Company, As Indenture Trustee, To Debtors' Proposed Form Of Final Trading Order (Docket No. 1687)*

*Reply Filed:*          *None.*

*Related Filing:*          *Interim Order Under 11 U.S.C. §§ 105, 362, And 541 And Fed. R. Bankr. P. 3001 Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities (Docket No. 126); Notice Of Proposed Order Under 11 U.S.C. Sections 105, 362, and 541 And Fed. R. Bankr. P. 3001 (A) Establishing Notification Procedures Applicable To Substantial Holders Of Claims And Equity Securities And (B) Establishing Notification And Hearing Procedures For Trading In Claims And Equity Securities (Docket No. 1614)*

*Status:*          *The hearing with respect to this matter will be proceeding.*

13

31.    **"Behr Industries"** – Order To Show Cause (Docket No. 774)

      *Response Filed:*      *Response Of Behr Industries, Inc. To Order To Show Cause (Docket No. 1119).*

      *Reply Filed:*      *None.*

      *Related Filing:*      *Order To Show Cause (Docket No. 853)*

      *Status:*      *The hearing with respect to this matter will be proceeding, but solely to advise the court regarding the parties agreed upon discovery schedule.*

32.    **"Lead Plaintiffs Lift Stay"** – Lead Plaintiffs' Motion For A Limited Modification Of The Automatic Stay (Docket No. 1063)

      *Response Filed:*      *Debtors' Objection To Lead Plaintiffs' Motion For Limited Modification Of Automatic Stay (Docket No. 1667)*

      *Reply Filed:*      *None.*

      *Related Filing:*      *None.*

      *Status:*      *The hearing with respect to this matter will be proceeding.*

33.    **"Lead Plaintiffs Deloitte Discovery Litigation"** – Lead Plaintiffs' Motion to Compel Deposition Testimony and the Production of Documents in Connection with the Debtors' Application for Order Under 11 U.S.C. 327 (a), 328(a), and 1107(b) Authorizing the Employment and Retention of Deloitte & Touche LLP as Independent Auditors and Accountants to Debtors, Effective Nunc Pro Tunc to October 8, 2005 and Objections Filed Thereto (Docket No. 1618)

      *Response Filed:*      *Debtors' (I) Motion (A) To Quash Trial Subpoenas Issued To Members Of Debtors' Audit Committee And For Protective Order And (B) For A Protective Order To Limit The Scope Of The Deposition Of Robert Dellinger To Only Those Matters Pertaining Directly To The Debtors' Application For Order Authorizing Employment And Retention Of Deloitte & Touche LLP And (II) Objection To Lead Plaintiffs' Motion To Compel Deposition Testimony And The Production Of Documents In Connection With The Debtors' Application For Order Under 11 U.S.C. Sections 327(a), 328(a), And 1107(B) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To*

*Debtors, Effective Nunc Pro Tunc To October 8, 2005 And Objections Filed Thereto (Docket No. 1665); Motion Of The Debtors For An Order Pursuant To 11 U.S.C. Sections 102(1) And 105(a), Fed. R. Bankr. P. 9006(c) And Local Rule 9006-1 Shortening Time Period Prescribed By The Case Management Order With Respect To Debtors' Motion (a) To Quash Trial Subpoenas Issued To Members Of Debtors' Audit Committee And For Protective Order And (b) For A Protective Order To Limit The Scope Of The Deposition Of Robert Dellinger To Only Those Matters Pertaining Directly To The Debtors' Application For Order Authorizing Employment And Retention Of Deloitte & Touche LLP (Docket No. 1666)*

| | |
|---|---|
| *Reply Filed:* | *Reply Of Lead Plaintiffs In Further Support Of Motion To Compel Deposition Testimony And The Production Of Documents In Connection With The Debtors' Application For Order Under 11 U.S.C. 327(a), 328(a), And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 And Objections Filed Thereto And Objection To Debtors' (I) Motion (A) To Quash Trial Subpoenas Issued To Members Of Debtors' Audit Committee And For Protective Order And (B) For A Protective Order To Limit The Scope Of The Deposition Of Robert Dellinger To Only Those Matters Pertaining Directly To The Debtors' Application For An Order Authorizing Employment And Retention Of Deloitte & Touche LLP (REDACTED) (Docket No. 1704)* |
| *Related Filing:* | *None.* |
| *Status:* | *The hearing with respect to these matters will be proceeding.* |

34.    **"Deloitte & Touche LLP"** – Application For Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 (Docket No. 1222)

| | |
|---|---|
| *Response Filed:* | *Lead Plaintiffs' Objection To Debtors' Application For Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b) Authorizing Employment And Retention,* |

15

*Nunc Pro Tunc To October 8, 2005, Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors (Docket No. 1401); Limited Objection Of The Official Committee Of Unsecured Creditors To Debtors' Application For Order Under 11 U.S.C. §§ 327(a), 328(a) And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 (Docket No. 1649)*

*Reply Filed:*     *Supplemental Declaration of Brock E. Plumb in Support of Application for Order Under 11 U.S.C. Sections 327(a), 328(a), And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 (Docket No. 1664); Debtors' Response To Lead Plaintiffs' Objection To Debtors' Application For Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 (Docket No. 1719)*

*Related Filing:*     *Notice Of Presentment Of Order Under 11 U.S.C. §§ 327(a), 328(a), And 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And Accountants To Debtors, Effective Nunc Pro Tunc To October 8, 2005 (Docket No. 1225)*

*Status:*     *The hearing with respect to this matter will be proceeding.*

35.     **"Jon C. Cox"** – Motion For Relief From Automatic Stay (Docket No. 1563)

*Response Filed:*     *Debtors' Omnibus Objection To Motions Seeking Relief From Automatic Stay (Docket No. 1668)*

*Reply Filed:*     *None.*

*Related Filing:*     *None.*

Status:     *The hearing with respect to this matter will be proceeding.*

16

36.     **"Law Debenture Trust Company Of New York"** –  Motion Of Law
        Debenture Trust Company Of New York Requesting An Order To Change
        The Membership Of The Official Committee Of Unsecured Creditors
        (Docket No. 1607)

> *Response Filed:*              *United States Trustee's Objection To Motion Of Law
>                                Debenture Trust Company Of New York Requesting
>                                An Order To Change The Membership Of The
>                                Official Committee Of Unsecured Creditors (Docket
>                                No. 1677); Statement Of Capital Research And
>                                Management Company In Response To Motion Of
>                                Law Debenture Trust Company Of New York
>                                Requesting An Order To Change The Membership
>                                Of The Official Committee Of Unsecured Creditors
>                                (Docket No. 1686); Statement Of Wilmington Trust
>                                Company, As Indenture Trustee, With Respect To
>                                The Motion Of Law Debenture Trust Company Of
>                                New York Requesting An Order To Change The
>                                Membership Of The Official Committee Of
>                                Unsecured Creditors (Docket No. 1688); Debtors'
>                                Objection To Motion Of Law Debenture Trust
>                                Company Of New York's Motion Requesting Change
>                                In Membership Of Official Committee Of Unsecured
>                                Creditors (Docket No. 1690); Objection Of The
>                                Official Committee Of Unsecured Creditors To
>                                Motion Of Law Debenture Trust Company Of New
>                                York Requesting An Order To Change The
>                                Membership Of The Official Committee Of
>                                Unsecured Creditors (Docket No. 1692)*

> *Reply Filed:*                 *None.*

> *Related Filing:*              *Supplement To Motion Of Law Debenture Trust
>                                Company Of New York Requesting An Order To
>                                Change The Membership Of The Official Committee
>                                of Unsecured Creditors (Docket No. 1626)*

> *Status:*                      *The hearing with respect to this matter will be
>                                proceeding.*

37.     **"Lead Plaintiffs KECP Discovery"** –  Lead Plaintiffs' Motion to Compel
        Discovery Related to Debtors' Motion for Order Under 105 and 363
        Authorizing Debtors to Implement a Key Employee Compensation
        Program (Docket No. 1619)

> *Response Filed:*              *Debtors' Objections To Lead Plaintiffs' Motion To
>                                Compel Discovery Related To Debtors' Motion For
>                                Order Under §§ 105 And 363 Authorizing Debtors*

*To Implement Key Employee Compensation
Program (Docket No. 1691)*

*Reply Filed:*      *None.*

*Related Filing:*      *None.*

*Status:*      *The hearing with respect to this matter will be
proceeding.*

38.      **"Charles Clark"** – Motion for Relief from Automatic Stay in Light of
Hold Harmless Agreement (Docket No. 1625)

*Response Filed:*      *Debtors' Omnibus Objection To Motions Seeking
Relief From Automatic Stay (Docket No. 1668)*

*Reply Filed:*      *None.*

*Related Filing:*      *None.*

*Status:*      *The hearing with respect to this matter will be
proceeding.*

Dated:  New York, New York
January 4, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession