David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar P.C.
Attorney for Eclipse Tool and Die, Inc.
3996 Chicago Drive SW,
Grandville, MI 49418
Telephone 616-531-7711
Fax 616-531-7757
davidl@bolhouselaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

_____
                                            )
In re                                       )   Chapter 11
                                            )   Case Nos. 05-44481 *et al*
DELPHI CORPORATION, *et al.,*               )   (Jointly Administered)
                                            )   Hon. Robert D. Drain
Debtors.                                    )
_____)

### ECLIPSE TOOL AND DIE INC.'S NOTICE OF WITHDRAW OF ITS MOTION FOR RELIEF FROM AUTOMATIC STAY

PLEASE TAKE NOTICE that Eclipse Tool and Die, Inc., by and through it attorneys Bolhouse, Vander Hulst, Risko & Baar P.C. has agreed to withdraw its motion for relief from automatic stay set for hearing on January 5, 2006 at 10:00 am (Eastern), without prejudice to Eclipse Tool and Die, Inc.'s right to have the motion heard at a future omnibus hearing agenda.

PLEASE TAKE FURTHER NOTICE that Eclipse Tool and Die, Inc. and Delphi Corporation may seek to restore Eclipse Tool and Die, Inc.'s . request to be added to an omnibus hearing agenda by giving each other not less that ten (10) business days prior written notice (e-mail is sufficient).

PLEASE TAKE FURTHER NOTICE that if a settlement is not reached between Eclipse Tool and Die, Inc. and Delphi Corporation, Delphi Corporation reserves its right to file an objection to Eclipse Tool and Die, Inc.'s motion for relief from automatic stay as if such motion was filed on 10 days notice.

Dated: New York, New York
January 3, 2006

By: /s/ David S. Lefere
David S. Lefere (P61790)
Bolhouse, Vander Hulst, Risko & Baar
Attorney for Eclipse Tool and Die, Inc.
3996 Chicago Drive SW,
Grandville, MI 49418
Telephone 616-531-7711
Fax 616-531-7757
davidl@bolhouselaw.com