UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al., | ) | Case No. 05-4481 (RDD) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Judge Robert D. Drain |

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

| | |
|---|---|
| STATE OF MARYLAND | ) |
| | )  ss: |
| COUNTY OF MONTGOMERY | ) |

Joshua G. Berman, being duly sworn deposes and says:

1. I am a partner of SONNENSCHEIN NATH & ROSENTHAL LLP ("SNR"), which maintains offices at: 1301 K Street, N.W., Suite 600, East Tower, Washington, DC 20005 and 233 S. Wacker Drive, Suite 8000, Chicago, IL 60606.

2. Neither I, SNR, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. SNR, has represented and advised Debtors' former Treasurer Pamela Geller in the ongoing Department of Justice ("DOJ") and Securities and Exchange Commission ("SEC") investigation .

4. Debtors' have requested, and SNR has agreed to continue to perform services pursuant to section 327(e) of title 11 of the United State Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to the matters for which it was previously employed.

5. SNR represents creditors in the Debtors' bankruptcy cases in matters unrelated to the representation described herein. SNR has filed appearances on behalf of Molex Inc. and INA USA, Inc. and its affiliates and may represent other creditors from time to time in the cases. None of the attorneys at SNR involved in the creditor representations are working on the representation of the former Treasurer Pamela Geller.

6. SNR's current fee arrangement with the Debtors is $350 per hour.

7. Except as set forth herein, no promises have been received by SNR or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

8. SNR has no agreement with any entity to share with such entity any compensation received by SNR.

9. SNR and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Except as set forth herein, SNR does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

10. Neither I, SNR, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents an interest adverse to the Debtors, or their estates in the matters upon which SNR is to be engaged.

11. The foregoing constitutes the statement of SNR pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 (b)

FURTHER AFFIANT SAYETH NOT

_____
Joshua G. Berman

Subscribed and sworn before me
This 23 day of December, 2005

_____
Notary Public

LUIS A. PONCE
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires May 14, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X
:
    in re                                               :        **AFFIDAVIT OF SERVICE**
:        Chapter 11
DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
:
:        (Jointly Administered)
:
    Debtors                                        :
:
———————————————————————— X

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF ILLINOIS        )
                                )    Fed ID 36-1796730
COUNTY OF COOK         )

       Jillian Gutman Mann, being duly sworn, deposes and says that she is over the age of eighteen (18) years; that on January 4, 2006 she served the within Affidavit of Legal Ordinary Course Professional dated December 23, 2005 upon the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098
Debtors

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 W. Wacker Drive
Suite 2100
Chicago, IL 60606
Counsel to the Debtors

Alicia M. Leonhard, Esq.
The U.S. Trustee
33 Whitehall Street
Suite 2100
New York, NY 10044

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022
Counsel to the Creditors Committee

Marissa Wesley, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Counsel for the Agent under the Debtor's
Prepetition Credit Facility

Marlane Melican, Esq.
Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Counsel for the Agent under the Debtor's
Postpetition Credit Facility

_____
Jillian Gutman Mann

Subscribed and sworn before me
this 4th day of January, 2006

_____
Notary Public

12010503\V-1

```
"OFFICIAL SEAL"
MARJORIE J. ZESSAR
Notary Public, State of Illinois
My Commission Expires 12/10/07
```