Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                        :
In re:                                                  :         Chapter 11
                                                        :
DELPHI CORPORATION, *et al.*,                           :
                                                        :         Case No. 05-44481 (RDD)
                                   Debtors.             :         (Jointly Administered)
                                                        :
                                                        :
---------------------------------------------------------------- x

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a true and correct copy of the foregoing **Motion and

Memorandum of International Union, UAW For An Order Directing Its Appointment to

the Official Committee of Unsecured Creditors [Docket No. 1721]** to be duly served on

January 4, 2006 in accordance with General Order M-242, as amended by General Order M-269,

by facsimile on the parties below with facsimile numbers and by first-class mail on those below

without facsimile numbers.  The attached Master Service List and 2002 List were served by

email on those with email addresses and by first-class mail on those without an email address.

| Delphi Corporation<br>Attn: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098 | **<u>By Hand Delivery</u>**<br>Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
|---|---|

| | |
|---|---|
| Counsel for the Debtors<br>John Wm. Butler Jr., Partner<br>John K. Lyons, Partner<br>Ron E. Meisler, Associate<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>T: (800) 718-5305<br>F: (312) 407-0411 | Counsel for the Debtors<br>Kayalyn A. Marafioti, Partner<br>Thomas J. Matz, Counsel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>T: (800) 718-5305<br>F: (212) 735-2000 |
| **By Hand Delivery**<br>Deirdre A. Martini<br>Tracey Hope Davis<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004-2111<br>T: (212) 510-0500<br>F: (212) 668-2255 | Counsel to Creditors' Committee<br>Robert J. Rosenberg, Partner<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>T: (212) 906-1200<br>F: (212) 751-4864 |
| Donald Bernstein, Esq.<br>Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017<br>T: (212) 450-4092<br>F: (212) 450-3092 | Kenneth S. Ziman, Esq.<br>Robert H. Trust, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>T: (212) 455-2000<br>F: (212) 455-2502 |
| Douglas Bartner<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022 | Scott A. Golden, Esq.<br>Hogan & Hartson, L.L.P.<br>875 Third Avenue<br>New York, NY  10022 |
| Peter J. Antoszyk<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston , MA  02111<br>T: (617) 856-8200<br>F: (617) 856-8201 | Robert Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY  10036<br>T: (212) 209-4800<br>F: (212) 209-4801 |
| Richard G. Mason, Esq.<br>Wachtell, Lipton, Rosen & Katz, LLP<br>51 West 52nd Street<br>New York, NY  10019 | |

 /s/ Babette A. Ceccotti
Babette A. Ceccotti

Master Service List

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036
rstark@brownrudnick.com

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd., 15th Floor
Los Angeles, CA 90025
mlfr@capgroup.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & mosle LLP
101 Park Avenue
New York , NY 10178-0061
sreisman@cm-p.com

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
donald.bernstein@dpw.com

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
mike.nefkens@eds.com

Carrie L. Schiff
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503
cshiff@flextronics.com

Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503
terryzale@flextronics.com

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West, MD: OE16
Austin, TX 78735
trey.chambers@freescale.com

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036
randall.eisenberg@fticonsulting.com

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006
lhassel@groom.com

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
fgorman@honigman.com

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
rweiss@honigman.com

Mario Valerio
Attn: Insolvency Departmen
Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave., Mail Stop 15
Detroit, MI 48226

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439
hreichardiuecwa@aol.com

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue, 12th Floor
New York, NY 10022
bderrough@jefferies.com

Thomas F. Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
thomas.fmaher@chase.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017
vilma.francis@jpmorgan.com

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
gnovod@kramerlevin.com

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
tmayer@kramerlevin.com

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066
jle@kccllc.com

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
robert.rosenberg@lw.com

Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017
patrick.healy@lawdeb.com

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017
daniel.fisher@lawdeb.com

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
dcleary@mwe.com

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606
mkhambati@mwe.com

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015
bmctigue@mctiguelaw.com

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015
conh@mctiguelaw.com

Melissa Knolls
Mesirow Financial
321 N. Clark St., 13th Floor
Chicago, IL 60601
mknoll@mesirowfinancial.com

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022
jmoldovan@morrisoncohen.com

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York, NY 10281
newyork@sec.gov

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071
rsiegel@omm.com

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC  20006
tjerman@omm.com

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC  20005
garrick.sandra@pbgc.govefile@pbgc.gov

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
landy.ralph@pbgc.gov

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
sriemer@phillipsnizer.com

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY  10020
david.resnick@us.rothschild.com

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801
rdremluk@seyfarth.com

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
dbartner@shearman.com
jfrizzley@shearman.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL  60606
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY  10036
kmarafio@skadden.com
tmatz@skadden.com

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO  63105
ddoyle@spencerfane.com

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO  63105
nfranke@spencerfane.com

Chester B. Salomon
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
cp@stevenslee.com
cs@stevenslee.com

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119
altogut@teamtogut.com

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
jeffrey.tanenbaum@weil.com

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
martin.bienenstock@weil.com

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
michael.kessler@weil.com

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE  19890
scimalore@wilmingtontrust.com

## 2002 List

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675
david.boyle@airgas.com

Wallace A. Showman
Ajamie LLP
1350 Avenue of the Americas, 29th Floor
New York, NY  10019
wshowman@ajamie.com

Thomas A. Ajamie
Ajamie LLP
711 Louisiana, Suite 2150
Houston, TX  77002
tajamie@ajamie.com

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills, MI  48331
aswiech@akebobo-usa.com

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East, Suite 2400
Los Angeles, CA  90067
pgurfein@akingump.com

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321
mgreger@allenmatkins.com

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY  42701
Does not wish to receive electronic mailings

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI  48243
steven.keyes@aam.com

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX  75201
mblacker@andrewskurth.com

Gogi Malik
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX  75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY  10167
lwalzer@angelogordon.com

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten,
LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101-2459
mtf@afrct.com

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY  10019
Cohen.Mitchell@arentfox.com

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York, NY  10019
Hirsh.Robert@arentfox.com

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta , GA  30363-1031
dladdin@agg.com

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta , GA  30363-1031
heath.vicente@agg.com

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C.  20004-1206
joel_gross@aporter.com

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario  N3H 4R6
cgalloway@atsautomation.com

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL  60606
william.barrett@bfkpn.com

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL  60606
kim.robinson@bfkpn.com

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
john.gregg@btlaw.com

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204
wendy.brewer@btlaw.com
michael.mccrory@btlaw.com

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503
pmears@btlaw.com

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN  46204
alan.mills@btlaw.com

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY  10019
sean@blbglaw.com

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY  10019
hannah@blbglaw.com

Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY  10019
markd@blbglaw.com

Eileen McNerney
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY  10019
emcnerney@blbglaw.com

James P. Murphy
Berry Moorman P.C.
535 Griswold, Suite 1900
Detroit, MI  48226
murph@berrymoorman.com

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306
klaw@bbslaw.com

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306
lschwab@bbslaw.com

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306
pcostello@bbslaw.com

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA  94306
tgaa@bbslaw.com

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801
fatell@blankrome.com

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY  10174
mrichards@blankrome.com

Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, MI  48243
rmcdowell@bodmanllp.com

David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar P.C.
3996 Chicago Drive SW
Grandville, MI 49418
davidl@bolhouselaw.com

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202
sdonato@bsk.com

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202
chill@bsk.com

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202
csullivan@bsk.com

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street, Suite 2700
Indianapolis, IN 46204
jhinshaw@boselaw.com

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203
rjones@bccb.com

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203
amcmullen@bccb.com

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 8096
dludman@brownconnery.com

Shawn M. Christianson
Buchalter Nemer, A Profesional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
schristianson@buchalter.com

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham , AL 35203
mhall@burr.com

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver , CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
jonathan.greenberg@engelhard.com

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
rusadi@cahill.com

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLP
140 East 45th Street, 17th Floor
New York, NY 10017

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road
Third Floor
Birmingham , MI 48009-6317
rweisberg@carsonfischer.com

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005
cahn@clm.com

Seth A. Drucker
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
sdrucker@clarkhill.com

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435
rgordon@clarkhill.com

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
maofiling@cgsh.com

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY  10006
maofiling@cgsh.com

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319
tmaxson@cohenlaw.com

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT  6103
srosen@cb-shea.com

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN  37203

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI  48104
Elliott@cmplaw.com

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington , DE  19899
jwisler@cblh.com

Mark Lee
Janice Stanton
Bill Raine
Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT  6830
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH  45402
Pretekin@coollaw.com

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH  45402
wachstein@coollaw.com

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH  45402
derrien@coollaw.com

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601
nlph4@cornell.edu

Robert  Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA  19067
rsz@curtinheefner.com

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA  19067
dpm@curtinheefner.com

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
athau@cm-p.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
sreisman@cm-p.com

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
dkarp@cm-p.com

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766
krk4@daimlerchrysler.com

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY  14202-4096
wsavino@damonmorey.com

Jay Selanders
Daniels & Kaplan, P.C.
2405 Grand Boulevard, Suite 900
Kansas City, MO  64108-2519
selanders@danielsandkaplan.com

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield , MI  48086
carol_sowa@denso-diam.com

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY  10017
gdiconza@dlawpc.com

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202
john.persiani@dinslaw.com

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland  21209-3600
richard.kremen@dlapiper.com

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA  19103
andrew.kassner@dbr.com

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA  19103
david.aaronson@dbr.com

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196
dmdelphi@duanemorris.com

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196
wmsimkulak@duanemorris.com

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  7102
jhlemkin@duanemorris.com

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024
ayala.hassell@eds.com

Earle I. Erman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
eerman@ermanteicher.com

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
dfreedman@ermanteicher.com

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY  10801
gettleman@e-hlaw.com

Gary E. Green
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL  60603
ggreen@fagelhaber.com

Lauren Newman
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL  60603
lnewman@fagelhaber.com

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway, Suite 711
New York, NY  10004
tdonovan@finkgold.com

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL  60610-4764
jmurch@foley.com

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY  10016
fstevens@foxrothschild.com

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City , NJ  08401-7212
mviscount@foxrothschild.com

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI  53593
ftrikkers@rikkerslaw.com

Eric Wainer
Gazes LLC
32 Avenue of the Americas, Suite 1800
New York, NY  10013
office@gazesllc.com

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY  10013
ian@gazesllc.com

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL  33131
crieders@gjb-law.com

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ  07102-5497
dcrapo@gibbonslaw.com

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY  10004
bmehlsack@gkllaw.com

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA  02110-333
pbilowz@goulstonstorrs.com

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY  10111
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE  19801
gjarvis@ggelaw.com

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE  19801
snirmul@gelaw.com

Jill M. Hartley
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI  53212
jh@previant.com

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI  53212
mrr@previant.com

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI  53212
tch@previant.com

J. Michael Debbler
Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH  45202
mdebbeler@graydon.com

Cherie MacDonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO  63102
ckm@greensfelder.comjpb@greensfelder.com

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX  75225
herb.reiner@guarantygroup.com

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY  10591

Alan D. Halperin
Christopher J.Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY  10022
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net

Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY  10118

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY  10016
prubin@herrick.com

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto , CA  94304
anne.kennelly@hp.com

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA  92806
ken.higman@hp.com

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ  7974
sharon.petrosino@hp.com

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ  7974
glen.dumont@hp.com

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse, NY  13221-4878
echarlton@hiscockbarclay.com

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY  14203
cstorie@hodgsonruss.com

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY  10019
sgross@hodgsonruss.com

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY  10022
sagolden@hhlaw.com

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
ecdolan@hhlaw.com

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
amoog@hhlaw.com

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln, Suite 4100
Denver , CO  80203
elizabeth.flaagan@hro.com

Robert B. Weiss
Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3583
rweiss@honigman.com
fgorman@honigman.com

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
dbaty@honigman.com

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226
tsable@honingman.com

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH  43624
tomschank@hunterschank.com

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH  43624
jrhunter@hunterschank.com

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX  75201
mmassad@hunton.com

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas , TX  75201
sholmes@hunton.com

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY  14202
aee@hurwitzfine.com

Ben T. Caughey
Ice Miller
One American Square
Box 82001
Indianapolis, IN  46282-0200
Ben.Caughey@icemiller.com

Greg Bibbes
Infineon Technologies North America Corporation
1730 North First Street
M/S 11305
San Jose, CA  95112
greg.bibbes@infineon.com

Jeff Gillespie
Infineon Technologies North America Corporation
2529 Commerce Drive, Suite H
Kokomo, IN  46902
jeffery.gillispie@infineon.com

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC  20036
rgriffin@iuoe.org

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI  48034
pbarr@jaffelaw.com

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL  60611
rpeterson@jenner.com

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY  10017
sjfriedman@jonesday.com

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60661
john.sieger@kattenlaw.com

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, OH  43215
kcookson@keglerbrown.com

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
mbane@kelleydrye.com

Mark. R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY  10178
msomerstein@kelleydrye.com

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY  10003
tkennedy@kjmlabor.com

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY  10003
sjennik@kjmlabor.com

Larry Magarik
Kennedy, Jennick & Murray
113 University Place, 7th Floor
New York, NY  10003
lmagarik@kjmlabor.com

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY  12110
sk@kieselaw.com

George B. South, III
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY  10036
gsouth@kslaw.com

Alexandra B. Feldman
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY  10036
afeldman@kslaw.com

Michelle Carter
King & Spalding, LLP
191 Peachtree Street, Suite 4900
Atlanta , GA  30303-1763
mcarter@kslaw.com

James A. Pardo, Jr.
King & Spalding, LLP
191 Peachtree Street, Suite 4900
Atlanta , GA  30303-1763
jpardo@kslaw.com

Geoffrey A. Richards
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
grichards@kirkland.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY  10022
efox@klng.com

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO.,
L.P.A.
4775 Munson Street N.W.
P.O. Box 36963
Canton, OH  44735-6963
sosimmerman@kwgd.com

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA  02110-1727
ekutchin@kutchinrufo.com

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street, 17th Floor
Boston, MA  02110-1727
knorthrup@kutchinrufo.com

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
309 Davidson Building
PO Box 835
Bay City, MI  48707-0835
smcook@lambertleser.com

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY  10022
mitchell.seider@lw.com

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY  10022
mark.broude@lw.com

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022
henry.baer@lw.com

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022
john.weiss@lw.com

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022
michael.riela@lw.com

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022
erika.ruiz@lw.com

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street, Suite 700
Tucson, AZ 85701
rcharles@lrlaw.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429
sfreeman@lrlaw.com

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417
jengland@linear.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
1949 South IH 35 (78741)
P.O. Box 17428
Austin , TX 78760-7428
austin.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1600
Dallas, TX 75201
dallas.bankruptcy@publicans.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064
houston_bankruptcy@publicans.com

William M. Hawkins
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
whawkins@loeb.com

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissel.com

Timothy W. Brink
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603
tbrink@lordbissel.com

Kevin J. Walsh
Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802
kwalsh@lordbissel.com
rcovino@lordbissel.com

Michael S. Etikin
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
metkin@lowenstein.com

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020
ilevee@lowenstein.com

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068
krosen@lowenstein.com

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068
scargill@lowenstein.com

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  7068
vdagostino@lowenstein.com

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY  10020
bnathan@lowenstein.com

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway, Suite 101
Toledo, OH  43615
egc@leydenlaw.com

Joe Landen
Madison Capital Management
6143 South Willow Drive, Suite 200
Greenwood Village, CO  80111

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH  44124
jml@ml-legal.com
lmc@ml-legal.com

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, IL  60601-1262

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY  10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY  10167

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY  10020
jmsullivan@mwe.com

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY  10020
sselbst@mwe.com

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
jrobertson@mcdonaldhopkins.com

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
sopincar@mcdonaldhopkins.com

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH  44114
sriley@mcdonaldhopkins.com

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ  07102-4079
jbernstein@mdmc-law.com

Elizabeth L. Gunn
McGuirewoods LLP
One James Center
901 East Cary Street
Richmond , VA  23219-4030
egunn@mcguirewoods.com

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY  10018
lpeterson@msek.com

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY  10018
hkolko@msek.com

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD  20737-1385

April Burch
Miami-Dade County, FL
140 West Flagler Street, Suite 1403
Miami, FL  33130
aburch@miamidade.gove

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202

Dennis J. Raternink
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI  48909-7717

Michael Cox
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI  48909-7717

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI  49501-0306
sarbt@millerjohnson.com
wolfordr@millerjohnson.com

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226
fusco@millercanfield.com

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI  48226
greenj@millercanfield.com

Michael L. Schein
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
666 Third Avenue
New York, NY  10017
mlschein@mintz.com

John E. Cipriano
Mitsubishi Electric & Electronics USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL  60061
john.cipriano@meus.mea.com

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL  60532
Jeff.Ott@molex.com

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA  90017
resterkin@morganlewis.com

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
wheuer@morganlewis.com

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060
agottfried@morganlewis.com

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178
mzelmanovitz@morganlewis.com

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY  11530
lberkoff@moritthock.com

Robert J. Dehney
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE  19899-1347
rdehney@mnat.com

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE  19899-1347
mbusenkell@mnat.com

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022
jmoldovan@morrisoncohen.com
mdallago@morrisoncohen.com

Raymond J. Urbanik, Esq.
Joseph J. Wielebinski, Esq.
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue, Dallas  RX
75202-2790
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway, Suite 260
Southfield, MI  48034
Knathan@nathanneuman.com

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway, Suite 260
Southfield, MI  48034
sbrennan@nathanneuman.com

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH  45203
lisa.moore2@nationalcity.com

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201
george.cauthen@nelsonmullins.com

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638
bbeckworth@nixlawfirm.com

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638
jangelovich@nixlawfirm.com

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638
susanwhatley@nixlawfirm.com

James Imbriaco
Noma Company and General Chemical Performance
Products LLC
90 East Halsey Road
Parsippanny, NJ  7054
Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ  8876
eabdelmasieh@nmmlaw.com

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland , OH  44114
dgheiman@jonesday.com

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland , OH  44114
mmharner@jonesday.com

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA  31202

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA  1821
michaelz@orbotech.com

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY  10103
aenglund@orrick.com

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA  94105
fholden@orrick.com

Scott L. Hazan
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169
shazan@oshr.com

Melissa A. Hager
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169
mhager@oshr.com

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
sshimshak@paulweiss.com

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
cweidler@paulweiss.com

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
ddavis@paulweiss.com

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY  10019-6064
emccolm@paulweiss.com

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC  20005-4026
landy.ralph@pbgc.gov

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT  6890
cfilardi@pepehazard.com

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
lawallf@pepperlaw.com

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
aaronsona@pepperlaw.com

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
caseyl@pepperlaw.com

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE  19899-1709
jaffeh@pepperlaw.com

Sandra A. Riemer, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103
sriemer@phillipsnizer.com

Jacob A. Manheimer
Pierce Atwood LLP
One Monument Square
Portland , ME  4101
jmanheimer@pierceatwood.com

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland , ME  4101
kcunningham@piercewood.com

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122
mark.houle@pillsburylaw.com

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-4039
karen.dine@pillsburylaw.com

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-4039
richard.epling@pillsburylaw.com

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-4039
robin.spear@pillsburylaw.com

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY  10036-4039
margot.erlich@pillsburylaw.com

Ronald S. Beacher
Pitney Hardin LLP
7 Times Square
New York, NY  10036
rbeacher@pitneyhardin.com

Richard M. Meth
Pitney Hardin LLP
P.O. Box 1945
Morristown, NJ  07962-1945
rmeth@pitneyhardin.com

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  7960
bsmoore@pbnlaw.com

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  7960
jsmairo@pbnlaw.com

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI  48734

A. Scott Mandelup
Kenneth A. Reynolds
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY  11590
asm@pryormandelup.com
kar@pryormandelup.com

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ  8054
jkp@qad.com

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
375 Park Avenue, 14th Floor
New York, NY  10152
andrew.herenstein@quadranglegroup.com

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152
patrick.bartels@quadranglegroup.com

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
jharris@quarles.com

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391
sgoldber@quarles.com

Kasey C. Nye
Quarles & Brady Streich Lang LLP
One South Church Street
Tucson, AZ  85701
knye@quarles.com

Elena Lazarou
Reed Smith
599 Lexington Avenue, 29th Street
New York, NY  10022
elazarou@reedsmith.com

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH  44333
jlapinsky@republicengineered.com

Joseph E. Shickich, Jr.
Riddell Williams P.S.
1001 4th Ave., Suite 4500
Seattle, WA  98154-1195
jshickich@riddellwilliams.com

Mark S. Scott
Riemer & Braunstein LLP
Three Center Plaza
Boston, MA  2108
mscott@riemerlaw.com

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC  29202
amathews@robinsonlaw.com

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street, Suite 1100
Los Angeles, CA  90071
cnorgaard@ropers.com

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
26 Broadway, 17th Floor
New York, NY  10004
rtrack@msn.com

Charles S. Schulman
Arlene N. Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive, 40th Floor
Chicago, IL  60606
cschulman@sachnoff.com
agelman@sachnoff.com

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
cbelmonte@ssbb.com

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY  10169
pbosswick@ssbb.com

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
hborin@schaferweiner.com

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
mnewman@schaferweiner.com

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
rheilman@schaferweiner.com

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304
dweiner@schaferweiner.com

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL  60066
wkohn@schiffhardin.com

Michael Yetnikoff
Schiff Hardin LLP
623 Fifth Avenue, 28th Floor
New York, NY  10022
myetnikoff@schiffhardin.com

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
myarnoff@sbclasslaw.com

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
shandler@sbclasslaw.com

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY  10022
michael.cook@srz.com

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY  10022
james.bentley@srz.com

Carol Weiner Levy
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY  10022

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta , GA  30309-2401
pbaisier@seyfarth.com

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
1270 Avenue of the Americas, Suite 2500
New York, NY  10020-1801
rdremluk@seyfarth.com

William J. Hanlon
Seyfarth Shaw LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  2210
whanlon@seyfarth.com

Sheldon S. Toll
Sheldon S. Toll PLLC
2000 Town Center, Suite 2550
Southfield, MI  48075
lawtoll@comcast.net

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
5353 Essen Lane, Suite 650
Baton Rouge, LA  70809
rthibeaux@shergarner.com

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
909 Poydras Street, 28th Floor
New Orleans, LA  70112-1033
rthibeaux@shergarner.com

Jennifer L. Adamy
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT  06103-1919
bankruptcy@goodwin.com

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY  10112
asherman@sillscummis.com

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY  10112
jzackin@sillscummis.com

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza, 1st Floor
Greenwich, CT  6830
cfortgang@silverpointcapital.com

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
cfox@stblaw.com

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
cfox@stblaw.com

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
1230 Peachtree Street, N.E., Suite 3100
Atlanta , GA  30309
bellis-monro@sgrlaw.com

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
kmiller@skfdelaware.com

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th Floor
New York, NY  10020

Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas, 24th Floor
New York, NY  10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ  7656
lloyd.sarakin@am.sony.com

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road, Suite 444
Bingham Farms, MI  48025
rgoldi@sotablaw.com

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA  94304
pabutler@ssd.com

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
emarcks@ssd.com

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY  40245
jmbaumann@steeltechnologies.com

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street, Suite 200
Oakland, CA  94607
rkidd@srcm-law.com

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway, Suite 611
Southfield , MI  48075
shapiro@steinbergshapiro.com

Jeffrey S. Posta
Sterns & Weinroth, P.C.
50 West State Street, Suite 1400
PO Box 1298
Trenton, NJ  08607-1298
jposta@sternslaw.com

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022
cs@stevenslee.com
cp@stevenslee.com

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO  64106
mshaiken@stinsonmoheck.com

Madison L.Cashman
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN  37219
robert.goodrich@stites.com

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN  37219
madison.cashman@stites.com

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY  40202
wbeard@stites.com

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038
khansen@stroock.com

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038
jminias@stroock.com

Jonathan P. Guy
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007
jpguy@swidlaw.com

Richard H. Wyron
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007
rhwyron@swidlaw.com

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007
mwcheney@swidlaw.com

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007
rfrankel@swidlaw.com

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
ferrell@taftlaw.com

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY  10281
jforstot@tpw.com

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY  10281
lcurcio@tpw.com

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan  100-8322
niizeki.tetsuhiro@furukawa.co.jp

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH  44706

David A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022
dlowenthal@thelenreid.com

Daniel A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022
dlowenthal@thelenreid.com

Rhett G. Cambell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX  77002
rhett.campbell@tklaw.com

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 300
Dallas, TX  75201
john.brannon@tklaw.com

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West, Suite 1000
San Antonio , TX  78230
ephillips@thurman-phillips.com

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY  10022
jlevi@toddlevi.com

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119
bmcdonough@teamtogut.com

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place, 35th Floor
Hartford , CT  06103-3488
jwilson@tylercooper.com

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY  14604
hzamboni@underbergkessler.com

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA  15222
djury@steelworkers-usw.org

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLp
Bridgewater Place
P.O. Box 353
Grand Rapids, MI  49501-0352
msmcelwee@varnumlaw.com

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH  43216-1008
rjsidman@vssp.com

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH  43215
tscobb@vssp.com

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150
RGMason@wlrk.com

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY  10019-6150
EAKleinhaus@wlrk.com

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN  37219
david.lemke@wallerlaw.com

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN  37219
robert.welhoelter@wallerlaw.com

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503
gtoering@wnj.com

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield , MI  48075
mcruse@wnj.com

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI  49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street ,Suite 1700
Fort Worth, TX  76102
bankruptcy@warnerstevens.com

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok,
LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626
lekvall@wgllp.com

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East, #1150
Los Angeles, CA  90067
aordubegian@weineisen.com

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street, Suite 900
Columbus, OH  43215
gpeters@weltman.com

John K. Cunningham
White & Case LLP
1155 Avenue of the Americas
New York, NY  10036-2787

Margarita Mesones-Mori
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL  33131
mmesonesmori@whitecase.com

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI  53202-4894
barnold@whdlaw.com

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue, Suite 2100
Austin, TX  78701
bspears@winstead.com

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX  75270
mfarquhar@winstead.com

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660
mwinthrop@winthropcouchot.com

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660
sokeefe@winthropcouchot.com

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue, 19th Floor
New York, NY  10022
oiglesias@wlross.com

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street, Suite 1900
Greensboro, NC  27402
lpinto@wcsr.com

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022
skrause@zeklaw.com

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY  10022
pjanovsky@zeklaw.com