UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 )  |
| DELPHI CORPORATION, *et al.*, | ) Case No. 05-44481 (RDD) ) |
| Debtors. | ) (Jointly Administered) ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

King & Spalding LLP ("K&S") makes the following verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"):

1. Delphi Corporation, Inc. together with certain of its subsidiaries and affiliates are the named debtors in chapter 11 cases currently pending in this Court (collectively, the "Debtors").

2. Bankruptcy Rule 2019 requires any "entity . . . representing more than one creditor or equity security holder . . . [to] file a verified statement . . . " setting forth certain information relating to its clients.

3. Pursuant to Bankruptcy Rule 2019, K&S states that, in connection with the Debtors' chapter 11 cases, K&S represents the following parties:

    a) Martinrea International Inc. ("Martinrea")
       30 Aviva Park Drive
       Vaughan, Ontario  L4L 9C7
       Canada

    b) Mitsubishi Electric Automotive America, Inc. ("MEAA")
       15603 Centennial Drive
       Northville, Michigan  48167

Pg 2 of 2

4. K&S represents Martinrea as a party in interest in the Debtors' chapter 11 cases.

5. K&S represents MEAA as a party in interest in the Debtors' chapter 11 cases.

6. K&S does not hold any claims or interests against the Debtors.

7. K&S shall promptly file a supplement to this verified statement in the event that there are material changes to the facts contained herein.

Dated: January 4, 2006
New York, New York

Respectfully submitted,

/s/ George B. South III
George B. South III, Esq. (GS 3904)
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Tel: (212) 556–2100
Fax: (212) 556-2222

-and-

James A. Pardo, Jr., Esq.
KING & SPALDING LLP
191 Peachtree Street, Suite 4900
Atlanta, Georgia  30303
Telephone:  (404) 572-4600
Fax:  (404) 572-5149

*Attorneys for Martinrea International Inc., and Mitsubishi Electric Automotive America, Inc.*