UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **DELPHI CORPORATION,** *et al.,* | : | |
| | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006 I caused to be served the Verified Statement Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure by causing copies of same to be delivered via first class mail, postage prepaid, addressed as indicated on the annexed Exhibit A.

Dated:  January 4, 2006
      New York, NY                                                KING & SPALDING LLP

                                                                 /s/ Roberta Trowbridge
                                                                 Roberta Trowbridge
                                                                 Legal Assistant
                                                                 1185 Avenue of the Americas
                                                                 New York, New York  10036-4003
                                                                 Tel: (212) 556-2100
                                                                 Fax: (212) 556-2222

# EXHIBIT A

| | |
|---|---|
| Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Ave.<br>New York, NY 10022 | Craig Alan Damast, Esq.<br>Blank Rome LLP<br>405 Lexington Avenue<br>New York, NY 10174 |
| Alicia Leonhard, Esq.<br>Office of the US Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004 | Glenn P. Berger, Esq.<br>Jaffe & Asher LLP<br>600 Third Avenue<br>New York, NY 10016 |
| John Wm. Butler, Jr., Esq.<br>John K. Lyons, Esq.<br>Ron E. Meisler, Esq.<br>Skadden Arps et al.<br>333 West Wacker Drive<br>Chicago, IL 60606 | Mark I Bane, Esq.<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 |
| Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>William Butler, Jr.<br>Skadden Arps et al.<br>4 Times Square<br>New York, NY 10036 | Jill Levi, Esq.<br>Todd & Levi, LLP<br>444 Madison Avenue<br>New York, NY 10022 |
| Donald Bernstein, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Ave.<br>New York, NY 10017 | Robert N. Michaelson, Esq.<br>Kirkpatrick & Lockhart, LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| Kenneth Ziman<br>Simpson Thacher & Bartlett<br>425 Lexington Ave.<br>New York, NY 10017 | |