**EXHIBIT B--SUMMARY CHART NITON LLC/DELPHI COLORADO
INVOICES & PURCHASE ORDERS FOR CLAIM OFFSET**

|  | *Customer Name* | *Invoice #* | *Inv. Date* | *Inv. Amount* | | ***Amount Unpaid*** | *Delphi PO#* |
|---|---|---|---|---|---|---|---|
| 1. | Delphi Medical Systems | 39795 | 03/29/05 | $16,087.80 | | $495.00 | #799525 |
| 2. | Delphi Medical Systems | 39796 | 03/29/05 | $21,483.00 | | $7,161.00 | #700534 |
| 3. | Delphi Medical Systems | 42204 | 08/05/05 | $4,472.50 | | $4,472.50 | #704169 |
| 4. | Delphi Medical Systems | 42205 | 08/05/05 | $14,322.00 | | $14,322.00 | #704702 |
| 5. | Delphi Medical Systems | 42206 | 08/05/05 | $21,483.00 | | $21,483.00 | #703703 |
| 6. | Delphi Medical Systems | 42207 | 08/05/05 | $5,566.40 | | $5,566.40 | #703611 |
| 7. | Delphi Medical Systems | 42209 | 08/05/05 | $7,161.00 | | $7,161.00 | #704958 |
| 8. | Delphi Medical Systems | 42210 | 08/05/05 | $3,259.00 | | $3,259.00 | #705028 |
| 9. | Delphi Medical Systems | 42212 | 08/05/05 | $749.57 | | $749.57 | #705063 |
| 10. | Delphi Medical Systems | 42213 | 08/05/05 | $17,902.50 | | $17,902.50 | #705251 |
| 11. | Delphi Medical Systems | 42214 | 08/05/05 | $3,580.50 | | $3,580.50 | #705564 |
| 12. | Delphi Medical Systems | 43731 | 10/19/05 | $79,967.61 | | $79,967.61 | #795373 |
| 13. | Delphi Medical Systems | 43732 | 10/19/05 | $2,878.00 | | $2,878.00 | #706514 |
| 14. | Delphi Medical Systems | 43733 | 10/19/05 | $1,597.50 | | $1,597.50 | #707745 |
| 15. | Delphi Medical Systems | 43734 | 10/19/05 | $709.68 | | $709.68 | #707027 |
| 16. | Delphi Medical Systems | 43735 | 10/19/05 | $2,250.00 | | $2,250.00 | #705895 |
|  | **TOTAL** | | | | | **$173,555.26** | |