|  |  |
|---|---|
|  | Hearing Date: February 9, 2006 at 10:00 a.m. |
| ROACH & CARPENTER, P.C. | Objection Deadline: February 2, 2006 |

ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO #554142)
*mec@rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

    -and-

MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, New York 11530
Leslie A. Berkoff, Esq. (LB-4584)
Douglas J. Bilotti, Esq. (DB-6143)
*lberkoff@moritthock.com*
*dbilotti@moritthock.com*
(516) 873-2000
(516) 873-2010 (fax)

Counsel for Movant Thermo NITON Analyzers, Inc.
formerly known as Niton, LLC

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Chapter 11 |
| SOUTHERN DISTRICT OF NEW YORK     X | |
| In re: | |
| | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al. | (Jointly Administered) |
| Debtors. | |

------------------------------------------X

**ORDER GRANTING MOTION OF THERMO NITON ANALYZERS, INC.
FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE FOR THE
LIMITED PURPOSE OF EFFECTUATING SETOFF OF PRE-PETITION
AMOUNTS BETWEEN THERMO NITON ANALYZERS, INC. AND DEBTOR**

    Upon the Motion (the "Motion") of Thermo NITON Analyzers, Inc., formerly known as

Niton, LLC ("NITON"), for relief from the automatic stay of 11 U.S.C. §§ 362 and 553 of the

Bankruptcy Code and Rule 4001 of the Federal Rules of Bankruptcy Procedure, for the limited purpose of effectuating setoff of pre-petition amounts between NITON and Debtor Delphi Medical Systems Colorado Corporation (the "Debtors"); and no opposition to the relief requested having been filed, and it appearing that due notice of the Motion has been provided; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

      **ORDERED** that the Motion is hereby granted; and it is further

      **ORDERED** that pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C. §553, NITON be, and it hereby is, granted relief from the automatic stay for the limited purpose of setting off amounts owed by the Debtors to Thermo NITON Analyzers LLC in the amount of $173,555.26.

Dated: New York, New York
February ___, 2006

                                                  **UNITED STATES BANKRUPTCY JUDGE**

F:\Niton\Delphi\Docs\Order.Doc