ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO#554142)
*mec@rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

-and-

MORITT HOCK HAMROFF & HOROWITZ, LLP
400 Garden City Plaza
Garden City, NY 11530
Leslie A. Berkoff, Esq. (LB-4584)
Douglas Bilotti, Esq. (DB-6143)
*lberkoff@moritthock.com*
*dbilotti@moritthock.com*
(516) 873-2000
(516) 873-2010 (fax)

Counsel for Thermo NITON Analyzers LLC
formerly known as Niton, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No., 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

Doreen C. Keil, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and am employed by the law firm of Moritt Hock Hamroff & Horowitz, 400 Garden City Plaza, Garden City New York 11530.

On January 4, 2006, I caused true and correct copies of that certain Notice of Motion by Thermo NITON Analyzers LLC for Relief from Stay to effect Setoff with supporting Thermo

NITON Analyzers LLC's Motion for Relief from Automatic Stay of Pre-Petition Amounts Between Niton and Debtor with Exhibits attached, to be served upon the parties on the attached Service List in the manner indicated thereon.

/s/ Doreen C. Keil
Doreen C. Keil

Sworn to before me this 4th
day of January, 2006

/s/ Douglas J. Bilotti
Notary Public, State of New York
No. 02B16099489
Qualified in Suffolk County Commission
Expires September 29, 2007

## VIA OVERNIGHT FEDERAL EXPRESS

| |
|---|
| Delphi Corporation<br>Sean Corcoran, Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>John Wm. Butler, John K. Lyons, Ron E. Meisler<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>Kayalyn A. Marafioti, Thomas J. Matz<br>4 Times Square<br>P.O. Box 300<br>New York, NY 10036 |
| United States Trustee<br>Alicia M. Leonard<br>Deirdre A. Martini<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004-2112 |
| The Honorable Robert D. Drain<br>United States Bankruptcy Court<br>Alexander Custom House<br>One Bowling Green<br>New York, NY 10004-1408 |
| Latham & Watkins LLP<br>Robert J. Rosenberg<br>885 Third Avenue<br>New York, NY 10022 |
| Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| Capital Research and Management Company<br>Michelle Robson<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA 90025 |
| Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY 10036 |

| |
|---|
| Curtis, Mallet-Prevost, Colt & mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY 10178-0061 |
| Davis Polk & Wardwell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY 10017 |
| Electronic Data Systems Corp.<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI 48098 |
| Flextronics International<br>Carrie L. Schiff<br>Terry Zale<br>6328 Monarch Park Place<br>Niwot, CO 80503 |
| Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX 78735 |
| FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square<br>11th Floor<br>New York, NY 10036 |
| General Electric Company<br>Valerie Venable<br>9930 Kincey Avenue<br>Huntersville, NC 28078 |
| Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 |
| Hodgson Russ LLP<br>Stephen H. Gross<br>152 West 57th Street<br>35th Floor<br>New York, NY 10019 |

| |
|---|
| Honigman Miller Schwartz and Cohn LLP<br>Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3583 |
| Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway<br>5th Floor<br>New York, NY 10007 |
| Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH 45439 |
| Jefferies & Company, Inc,<br>William Q. Derrough<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022 |
| JPMorgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker, Gianni Russello, Vilma Francis<br>270 Park Avenue<br>New York, NY 10017 |
| Kramer Levin Naftalis & Frankel LLP<br>Thomas Moers Mayer<br>Gordon Z. Novod<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA 90066 |
| Law Debenture Trust of New York<br>Patrick J. Healy<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 |

| |
|---|
| Law Debenture Trust of New York<br>Daniel R. Fisher<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 |
| McDermott Will & Emery LLP<br>David D. Cleary<br>Mohsin N. Khambati<br>227 West Monroe Street<br>Chicago, IL 60606 |
| McTigue Law Firm<br>J. Brian McTigue<br>Cornish F. Hitchcock<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St.<br>13th Floor<br>Chicago, IL 60601 |
| Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY 10022 |
| Northeast Regional Office<br>Mark Schonfeld, Regional Director<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |
| O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA 90071 |
| O'Melveny & Meyer LLP<br>Tom A. Jerman, Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC 20006 |

| |
|---|
| Pension Benefit Guaranty Corporation<br>Jeffrey Cohen<br>Ralph L. Landy<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC 20005 |
| Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY 10103 |
| Rothchild Inc.<br>David L. Resnick<br>1251 Avenue of the Americas<br>New York, NY 10020 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY 10020-1801 |
| Shearman & Sterling LLP<br>Douglas Bartner, Jill Frizzley<br>599 Lexington Avenue<br>New York, NY 10022 |
| Simpson Thatcher & Bartlett LLP<br>Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, NY 10017 |
| Spencer Fane Britt & Browne LLP<br>Daniel D. Doyle<br>Nicholas Franke<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 |
| Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York, NY 10022 |
| Togut, Segal & Segal LLP<br>Albert Togut<br>One Penn Plaza<br>Suite 3335<br>New York, NY 10119 |

| |
|---|
| Warner Stevens, L.L.P.<br>Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 |
| Weil, Gotshal & Manges LLP<br>Jeffrey L. Tanenbaum, Esq., Martin J. Bienenstock, Esq., Michael P. Kessler, Esq.<br>767 Fifth Avenue<br>New York, NY 10153 |
| Wilmington Trust Company<br>Steven M. Cimalore<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

VIA FIRST CLASS MAIL

Wilmington Trust Company Steven
M. Cimalore, Vice President
Rodney Square North
1100 North Market Steet
Wilmington, DE 19890

Noma Company and General Chemical
  Performance Products LLC
James Imbriaco
90 East Halsey Road
Parsippany, NJ

Michigan Department of Labor and
  Economic Growth Worker's
  Compensation Agency
Michael Cox
P.O. Box 30736
Lansing, MI 48909-7717

The Timpken Corporation BIC -08
Robert Morris
1835 Dueber Avenue S.W.
P.O. Box 6927
Canton, OH 44706

Michigan Department of Labor and
  Economic Growth Worker's
  Compensation Agency
Dennnis 1. Ratemik
P.O. Box 30736
Lansing, MI 48909-7717

McCarter & English LLP
David J. Adler, jr., Esq. 245
Park Avenue, *2ih* Floor New
York, NY 10167

Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY 41858-9122

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY  10591

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY 42701

**Via E – Mail Service**

aaronsona@pepperlaw.com; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; amcmullen@bccb.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; bmcdonough@teamtogut.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cfilardi@pepehazard.com; cfox@stblaw.com;cfox@stblaw.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; cweidler@paulweiss.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; echarlton@hiscockbarclay.com; efox@klng.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; emccolm@paulweiss.com; emcnerney@blbglaw.com; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; fusco@millercanfield.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; heath.vincente@agg.com; herb.reiner@guarantygroup.com; hkolko@msek.com; hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com; ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; jbernstein@mdmc-law.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jharris@quarles.com; jhinshaw@boselaw.com; jkp@qad.com; jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; john.brannon@tklaw.com; john.cipriano@meus.mea.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jonathan.greenberg@engelhard.com; jpardo@kslaw.com; jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com; kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com;

NY\1098474.2

kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com;
knorthrup@kutchinrufo.com; krk4@daimlerchrysler.com; krosen@lowenstein.com;
kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov;
lawallf@pepperlaw.com; lcurcio@tpw.com; lisa.moore2@nationalcity.com;
lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com;
lpeterson@msek.com; lschwab@bbslaw.com; lwalzer@angelogordon.com;
madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com;
markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com;
mbusenkell@mnat.com; mcarter@kslaw.com; mcruse@wnj.com; mdebbeler@graydon.com;
metkin@lowenstein.com; metkin@lowenstein.com; mfarquhar@winstead.com;
mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; michael.cook@srz.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com;
mrichards@blankrome.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com;
msomerstein@kelleydrye.com; mtf@afrct.com; mviscount@foxrothschild.com;
mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com;
myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com; office@gazesllc.com;
patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com;
pbilowz@goulstonstorrs.com; pcostello@bbslaw.com; pgurfein@akingump.com;
pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com;
rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rcmcdowell@bodmanllp.com;
rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com;
rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com;
rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.kremen@dlapiper.com;
rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rnsteinwurtzel@swidlaw.com;
robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; rsz@curtinheefner.com;
rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; rusadi@cahill.com; rweiss@honigman.com;
fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; scargill@lowenstein.com; sean@blbglaw.com;
selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com;
sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com;
sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com;
sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com;
sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com;
sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; susanwhatley@nixlawfirm.com;
tajamie@ajamie.com; tbrink@lordbissel.com; tdonovan@finkgold.com; tgaa@bbslaw.com;
tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com;
tomschank@hunterschank.com; vdagostino@lowenstein.com; wachstein@coollaw.com;
wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com;
whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com;
william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com;
wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1098474.2