RECEIVED
BY MAIL
BY HAND

JAN 2 1 2005

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re                                                   X
                                                        X
                                                        X    Chapter 11
DELPHI CORPORATION, et al.,                             X
                                                        X    Case No. 05-44481-RDD
        Debtors.                                        X    (Jointly Administered)
                                                        X
                                                        X    Judge Drain
------------------------------------------------------- X

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

CITY OF WASHINGTON
DISTRICT OF COLUMBIA

The undersigned hereby makes solemn oath:

1.  That I am a partner with the law firm of Smith, Gambrell & Russell, LLP ("SGR"). I am a registered patent attorney, and I am admitted to practice in the states of New York, Virginia, Michigan, Illinois, and the District of Columbia. SGR maintains offices at 1850 M Street, N.W., Suite 800, Washington, DC 20036.

2.  SGR and I, specifically, have represented and advised debtor, Delphi Technologies, Inc. ("DTI") in certain intellectual property matters. SGR's work for DTI has been limited to patent prosecution work.

3.  DTI has requested, and SGR has agreed to continue to represent DTI pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §101-1330, as amended (the "Bankruptcy Code") with respect to certain intellectual property matters including patent prosecution work..

4.  SGR's current fee arrangement with DTI is current hourly rates which may change from time to time.

5.  Except as set forth herein, no promises have been received by SGR or any partner, or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

6.  SGR has no agreement with any entity to share with such entity any compensation received by SGR.

7.  SGR, its partners and associates may have in the past represented, currently represent and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Except as disclosed herein, SGR does not and will not represent any such entity in connection with these chapter 11 cases.

-1-

CORP\1138164.2

8.  Delphi Corporation and its affiliated debtors, including DTI, (collectively, the "Debtors") have a large number of creditors. SGR represents Southwire Company ("Southwire") and IMS:GEAR Inc. and its parent IMS Morat Sohne GmbH (collectively "IMS"). Each of Southwire and IMS have claims against certain of the Debtors but do not hold claims against against DTI. The claims of Southwire and IMS include reclamation claims and claims for amounts owed on account of goods and/or services provided to certain of the Debtors for which neither Southwire nor IMS have been paid.

9.  SGR has advised DTI, Southwire, and IMS of this concurrent representation and the potential for a conflict to arise. DTI, Southwire, and IMS have each executed waivers of any conflict and have consented to SGR's continued representation of DTI, Southwire and IMS.

10. SGR expects that its representation of DTI will be unrelated to the work that it may perform for Southwire and IMS in this bankruptcy case. To the best of my knowledge, after inquiry made, SGR does not represent or hold any interest adverse to DTI or to DTI's estate and insofar as I have been able to ascertain neither SGR nor any members or associates thereof, nor I, have represented any interest adverse to the Debtors in matters for which SGR is to be engaged.

11. DTI owed SGR $1540.50 for work done for DTI prior to filing its chapter 11 petition. SGR has waived this amount and all prepetition debts owed to SGR by DTI.

12. Neither SGR, nor any other member or associate thereof, nor I have any relationship with the Honorable Robert D. Drain of the United States Bankruptcy Court for the Southern District of New York, or with the Untied States Trustee's Office for the Southern District of New York such that employment of SGR would be prohibited or improper under Rule 5002 of the Federal Rules of Bankruptcy Procedure.

14. The foregoing constitutes the statement of SGR pursuant to sections 329 and 504 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2106(b)

FURTHER AFFIANT SAYETH NOT.

_____
Frederick F. Calvetti

Sworn to and subscribed
before me this 23rd
day of November, 2005.

_____
Notary Public
Commission Expires: __/__/2005

Julie Notto
Notary Public
District of Columbia
My Commission Expires Jan. 14, 2010

-2-

CORP\1138164.2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- X
In re                                                                    X
                                                                              X         Chapter 11
DELPHI CORPORATION, et al.,                        X
                                                                              X         Case No. 05-44481-RDD
                              Debtors.                             X         (Jointly Administered)
                                                                              X
_____ X         Judge Drain


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Affidavit of Ordinary Course Professional was forwarded, via U.S. Mail, to the following:

Delphi Corporation
ATTN: General Counsel
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Alicia M. Leonhard, U.S. Trustee
33 Whitehall Street, Suite 210
New York, NY 10044

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Marissa Wesley, Esq.
Simpson Thacker & Bartlett LLP
425 Lexington Aevnue
New York, NY 10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

CORP\1145384.1

THIS 16th day of December, 2005.

_____
Barbara Ellis-Monro

Smith, Gambrell & Russell, LLP
Suite 3100, Promenade II
1230 Peachtree Street, N.E.
Atlanta, GA 30309
404-815-3500