David M. Posner (DP 6505)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY 10022
(212) 918-3000

     and

Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Attorneys for Umicore Autocat Canada Corp.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

| | |
|---|---|
| *In re*: | : |
| | :     **Chapter 11** |
| | : |
| **DELPHI CORPORATION,** *et al.*, | :     **Case No. 05-44481 (RDD)** |
| | : |
| Debtors. | :     **(Jointly Administered)** |

-------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Umicore Autocat Canada Corporation ("UACC"), by its attorneys, Hogan & Hartson L.L.P., moves for the admission of Edward C. Dolan, ***pro hac vice***, to represent UACC, creditors and/or parties-in-interest in the above-referenced, jointly administered chapter 11 cases.

Mr. Dolan is an attorney with the firm of Hogan & Hartson L.L.P. and is a member in good standing of the bars of the State of Maryland and the District of Columbia.

       Mr. Dolan's business address is:    Edward C. Dolan, Esq.
                                                    Hogan & Hartson L.L.P.
                                                    Columbia Square
                                                    555 Thirteenth Street, N.W.
                                                    Washington, D.C. 20004-1109

       Mr. Dolan's e-mail address is:      ecdolan@hhlaw.com

   Mr. Dolan's telephone number is: (202) 637-5600

   Mr. Dolan's facsimile number is: (202) 637-5910

   Mr. Dolan agrees to pay the fee of $25 upon approval by the Court admitting him to practice *pro hac vice*.

Dated: New York, New York
    January 5, 2006

        **HOGAN & HARTSON L.L.P.**

        /s/ David M. Posner
        David M. Posner (DP 6505)
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100

        Attorneys for Umicore Autocat Canada Corp.

\\\DC - 68261/0070 - 1925965 v2