David M. Posner(DP 6505)
HOGAN & HARTSON L.L.P.
875 Third Avenue
New York, NY  10022
(212) 918-3000

    and

Edward C. Dolan
HOGAN & HARTSON L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600

Attorneys for Umicore Autocat Canada Corp.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
*In re*:                                                    :

                                                     :       **Chapter 11**

**DELPHI CORPORATION,** *et al.***,**     :       **Case No. 05-44481 (RDD)**

                Debtors.                :       **(Jointly Administered)**
---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE* OF EDWARD C. DOLAN

UPON the motion of Umicore Autocat Canada Corporation requesting admission of Edward C. Dolan, a member in good standing of the bars of the State of Maryland and the District of Columbia, *pro hac vice,* to represent Umicore Autocat Canada Corporation in the above-referenced, jointly administered cases; it is hereby

**ORDERED,** that Edward C. Dolan, is admitted to practice, *pro hac vice*, in the above referenced, jointly administered cases, in the United States Bankruptcy Court, Southern District

\\\DC - 68261/0070 - 1925965 v2

of New York, subject to payment of the filing fee.


Dated: _____ , 2006
     New York, New York


                                                              UNITED STATES BANKRUPTCY JUDGE