WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

- and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | : | |
| **In re** | : | |
| | : | **Chapter 11 Case No.** |
| | : | |
| **DELPHI CORPORATION, <u>et</u> <u>al.</u>,** | : | **05-44481** (RDD) |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

      Andrea Wilmer, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

NY2:\1604032\01\YD_G01!.DOC\72240.5726

2.  On the 3rd day of January 2006, I caused true and correct copy of the following pleading to be served upon the parties listed at the addresses set forth therein by Hand Delivery and Electronic mail unless otherwise indicated:

- ✓ Response of General Motors Corporation to Motion of Appaloosa Management L.P. Pursuant to 11 U.S.. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint An Equity Committee in These Chapter 11 Cases

/s/ Andrea Wilmer
Andrea Wilmer

Sworn to before me this
5th day of January 2006

/s/ Robert Michael Gee
Notary Public

ROBERT MICHAEL GEE
Notary Public, State of New York
Reg. No. #01GE6127971
Qualified in New York County
Commission Expires June 6, 2009

Service List

**By Electronic Mail**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606,
Att'n: John Wm. Butler, Jr., Esq.
jbutler@skadden.com

**By Hand Delivery and Electronic Mail**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
Four Times Square
New York, NY 10036
Attn.:  Kayalyn A. Marafioti, Esq.
         Thomas J. Matz, Esq.
kmarafio@skadden.com
tmatz@skadden.com

Latham & Watkins LLP
Counsel to Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Attn.:  Robert J. Rosenberg, Esq.
robert.rosenberg@lw.com

Shearman & Sterling LLP
Attorneys for the Debtors
599 Lexington Avenue
New York, New York 10022
Att'n: Douglas P. Bartner, Esq.
dbartner@shearman.com

Davis Polk & Wardwell
Attorneys for the Agent and the Joint Lead Arrangers
450 Lexington Avenue
New York, NY 10017
Att'n: Donald S. Bernstein, Esq.,
donald.bernstein@dpw.com

Simpson Thacher & Bartlett LLP
Attorneys for the Pre-Petition Agent
425 Lexington Avenue
New York, New York 10017
Att'n:  Kenneth S. Ziman, Esq.,
         Robert H. Trust, Esq.,
kziman@stblaw.com
rtrust@stblaw.com

**By Hand Delivery**

The Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, 21st floor
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036

**By Fed Ex**

Wachovia Financial Center
200 South Biscayne Blvd.
Suite 4900
Miami, Fl. 33131
Attn: John Cunningham