MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530
Leslie A. Berkoff, Esq. (LB-4584)
Douglas Bilotti, Esq. (DB-6143)
*lberkoff@moritthock.com*
*dbilotti@moritthock.com*
(516) 873-2000
(516) 873-2010 (fax)

     -and-

ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO#554142)
*mec@rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

Counsel for Thermo NITON Analyzers LLC
Formerly known as Niton, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No., 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**THERMO NITON ANALYZERS LLC'S MOTION FOR LEAVE TO
ADMIT M. ELLEN CARPENTER, *PRO HAC VICE***

     PURSUANT to Local Rule 2090-1(b), the undersigned hereby moves for the

admission *pro hac vice* of M. Ellen Carpenter, Esq., a member in good standing of the bar of the

Commonwealth of Massachusetts and an experienced practitioner in various bankruptcy courts,

before the Honorable Robert D. Drain as co-counsel with the undersigned to represent Thermo

NITON Analyzers LLC formerly known as Niton, LLC ("NITON") in the above-captioned

matter.  Her address is:

ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO#554142)
*mec@rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

M. Ellen Carpenter agrees to pay the $25.00 upon approval of this Motion.

Dated: January 4, 2006

          **MORITT HOCK HAMROFF & HOROWITZ LLP**
          Co-Counsel for Thermo NITON Analyzers LLC


          By: _____/s/ Leslie A. Berkoff____
               Leslie A. Berkoff (LB-4584)
          400 Garden City Plaza
          Garden City, New York 11530
          Phone No.: (516) 873-2000
          Fax No.: (516) 873-2010

MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530
Leslie A. Berkoff, Esq. (LB-4584)
Douglas Bilotti, Esq. (DB-6143)
*lberkoff@moritthock.com*
*dbilotti@moritthock.com*
(516) 873-2000
(516) 873-2010 (fax)

    -and-

ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO#554142)
*mec@rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

Counsel for Thermo NITON Analyzers LLC
Formerly known as Niton, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No., 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**ORDER FOR ADMISSION PRO HAC VICE**

It is ORDERED that M. Ellen Carpenter, Esq., is admitted to practice *pro hac vice* in the above-captioned matter in the United State Bankruptcy Court for the southern District of New York, subject to payment of the fee.

Dated:                    2006
    New York, New York

                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE