ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
M. Ellen Carpenter, Esq. (MA BBO#554142)
*mec@ rc-law.com*
(617) 720-1800
(617) 720-0720 (fax)

   -and-

MORITT HOCK HAMROFF & HOROWITZ LLP
400 Garden City Plaza
Garden City, NY 11530
Leslie A. Berkoff, Esq. (LB-4584)
Douglas Bilotti, Esq. (DB-6143)
*lberkoff@moritthock.com*
*dbilotti@moritthock.com*
(516) 873-2000
(516) 873-2010 (fax)

Attorneys for Movant Thermo NITON Analyzers LLC
formerly known as Niton, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No., 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

   Doreen C. Keil, being duly sworn, deposes and says:

   I am not a party to this action, am over 18 years of age and am employed by the law firm of Moritt Hock Hamroff & Horowitz, 400 Garden City Plaza, Garden City New York 11530.

   On January 5, 2006, I caused true and correct copies of that certain Notice of Motion by Thermo NITON Analyzers LLC for Leave to Admit M. Ellen Carpenter, Pro Hac Vice

to be served upon the parties on the attached Service List in the manner indicated thereon.

/s/ Doreen C. Keil
Doreen C. Keil

Sworn to before me this 5th
day of January, 2006
/s/ Douglas J. Bilotti
Notary Public, State of New York
No. 02B16099489
Qualified in Suffolk County Commission
Expires September 29, 2007

### Via E – Mail Service

aaronsona@pepperlaw.com; aee@hurwitzfine.com; aenglund@orrick.com;
afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com;
amcmullen@bccb.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com;
anne.kennelly@hp.com; asherman@sillscummis.com; asm@pryormandelup.com;
kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com;
austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com;
barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com;
bmcdonough@teamtogut.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com;
carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; cfilardi@pepehazard.com; cfox@stblaw.com;cfox@stblaw.com;
ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; crieders@gjb-law.com;
cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com;
agelman@sachnoff.com; cstorie@hodgsonruss.com; cweidler@paulweiss.com;
dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com;
david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com;
dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; djury@steelworkers-usw.org;
dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com;
dmdelphi@duanemorris.com; dpm@curtinheefner.com; eabdelmasieh@nmmlaw.com;
EAKleinhaus@wlrk.com; echarlton@hiscockbarclay.com; efox@klng.com;
egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com;
elizabeth.flaagan@hro.com; emccolm@paulweiss.com; emcnerney@blbglaw.com;
ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com;
fholden@orrick.com; fstevens@foxrothschild.com; fusco@millercanfield.com;
gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; ggreen@fagelhaber.com;
gjarvis@ggelaw.com; glen.dumont@hp.com; greg.bibbes@infineon.com;
grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com;
heath.vincente@agg.com; herb.reiner@guarantygroup.com; hkolko@msek.com;
hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com;
ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com;
jangelovich@nixlawfirm.com; jbernstein@mdmc-law.com; Jeff.Ott@molex.com;
jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com;
jforstot@tpw.com; jharris@quarles.com; jhinshaw@boselaw.com; jkp@qad.com;
jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com;
jmbaumann@steeltechnologies.com; jml@ml-legal.com; lmc@ml-legal.com;
jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com;
john.brannon@tklaw.com; john.cipriano@meus.mea.com; john.gregg@btlaw.com;
john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com;
jonathan.greenberg@engelhard.com; jpardo@kslaw.com; jpguy@swidlaw.com;
jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com;
jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com;
jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com;
kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com;

NY\1098474.2

kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com;
knorthrup@kutchinrufo.com; krk4@daimlerchrysler.com; krosen@lowenstein.com;
kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov;
lawallf@pepperlaw.com; lcurcio@tpw.com; lisa.moore2@nationalcity.com;
lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com;
lpeterson@msek.com; lschwab@bbslaw.com; lwalzer@angelogordon.com;
madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com;
markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com;
mbusenkell@mnat.com; mcarter@kslaw.com; mcruse@wnj.com; mdebbeler@graydon.com;
metkin@lowenstein.com; metkin@lowenstein.com; mfarquhar@winstead.com;
mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; michael.cook@srz.com;
mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com;
solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com;
mrichards@blankrome.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com;
msomerstein@kelleydrye.com; mtf@afrct.com; mviscount@foxrothschild.com;
mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com;
myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com; office@gazesllc.com;
patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com;
pbilowz@goulstonstorrs.com; pcostello@bbslaw.com; pgurfein@akingump.com;
pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com;
rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rcmdowell@bodmanllp.com;
rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com;
rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com;
rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.kremen@dlapiper.com;
rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rnsteinwurtzel@swidlaw.com;
robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; rsz@curtinheefner.com;
rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com; rusadi@cahill.com; rweiss@honigman.com;
fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com;
wolfordr@millerjohnson.com; scargill@lowenstein.com; sean@blbglaw.com;
selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com;
sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com;
sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com;
sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com;
sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com;
sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; susanwhatley@nixlawfirm.com;
tajamie@ajamie.com; tbrink@lordbissel.com; tdonovan@finkgold.com; tgaa@bbslaw.com;
tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com;
tomschank@hunterschank.com; vdagostino@lowenstein.com; wachstein@coollaw.com;
wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com;
whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com;
william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com;
wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1098474.2