UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
    In re                     :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                              :    (Jointly Administered)
            Debtors.          :
------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

Jon C. Cox, through the undersigned counsel, hereby withdraws the Motion for Relief from Automatic Stay (Docket No. 1563), filed on December 12, 2005.

Dated: January 5, 2006          Respectfully submitted,
       Dallas, Texas
                                By: _____
                                Leon R. Russell
                                Russell & Shiver, LLP
                                3102 Oak Lawn
                                Suite 600, LB 164
                                Dallas, Texas 75219
                                Phone: 214-443-0800