UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                               :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                                            :    (Jointly Administered)
                   Debtors.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF WITHDRAWAL OF MOTION

       Charles Clark, through the undersigned counsel, hereby withdraws, without prejudice, the Motion For Relief From Automatic Stay In Light of Hold Harmless Agreement (Docket No. 1625), filed on December 19, 2005.

Dated: January 5, 2006                 Respectfully submitted,
       Detroit, Michigan

                                        By: s/Alan B. Posner
                                        Alan B. Posner
                                        660 Woodward Ave., Suite 1420
                                        Detroit, MI 48226
                                        (313) 961-7363 Ext. #229