IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                :
In re                :     Chapter 11
                :
DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                :
         Debtors.    :     (Jointly Administered)
                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

     I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On January 3, 2006, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Butzel & Long, P.C. as Commercial and Litigation Counsel to Debtors ("Butzel Long Retention Order") (Docket No. 1705) [a copy of which is attached hereto as Exhibit D]

2) Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Howard & Howard Attorneys, P.C. As Intellectual Property Counsel to Debtors ("Howard & Howard Retention Order") (Docket No. 1706) [a copy of which is attached hereto as Exhibit E]

3) Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Price, Heneveld, Cooper, Dewitt & Litton LLP as Intellectual Property Counsel to Debtors ("Price Heneveld Retention Order") (Docket No. 1707) [a copy of which is attached hereto as Exhibit F]

4) Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Banner & Witcoff, LTD. as Intellectual Property Counsel to Debtors ("Banner Retention Order") (Docket No. 1708) [a copy of which is attached hereto as Exhibit G]

5) Order Under 11 U.S.C. §§ 327(e) and 1107(b) and Fed.R.Bankr.P. 2014 Authorizing Employment and Retention of Cantor Colburn LLP as Patent Counsel to Debtors ("Cantor Colburn LLP Retention Order") (Docket No. 1709) [a copy of which is attached hereto as Exhibit H]

6)  Notice of Revised Hearing Date for Debtors' (I) Motion (A) to Quash Trial
    Subpoenas Issued to Members of Debtors' Audit Committee and for
    Protective Order and (B) for a Protective Order to Limit the Scope of the
    Deposition of Robert Dellinger to Only Those Matters Pertaining Directly to
    the Debtors' Application for Order Authorizing Employment and Retention of
    Deloitte & Touche LLP and (II) Objection to Lead Plaintiffs' Motion to
    Compel Deposition Testimony and the Production of Documents in
    Connection with the Debtors' Application for Order Under 11 U.S.C §§
    327(a), 328(a), and 1107(b) Authorizing Employment and Retention of
    Deloitte & Touche LLP as Independent Auditors and Accountants to Debtors,
    Effective Nunc Pro Tunc to October 8, 2005 and Objections Filed Thereto
    (Docket No. 1713) [a copy of which is attached hereto as Exhibit I]

7)  Debtors' Response to Lead Plaintiffs' Objection to Debtors' Application for
    Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b) Authorizing
    Employment and Retention of Deloitte & Touche LLP as Independent
    Auditors and Accountants to Debtors, Effective Nunc Pro Tunc to October 8,
    2005 (Docket No. 1719) [a copy of which is attached hereto as Exhibit J]


On January 3, 2006, I caused to be served the document listed below (i) upon the
parties listed on Exhibit K hereto via overnight delivery:


1)  Notice of Revised Hearing Date for Debtors' (I) Motion (A) to Quash Trial
    Subpoenas Issued to Members of Debtors' Audit Committee and for
    Protective Order and (B) for a Protective Order to Limit the Scope of the
    Deposition of Robert Dellinger to Only Those Matters Pertaining Directly to
    the Debtors' Application for Order Authorizing Employment and Retention of
    Deloitte & Touche LLP and (II) Objection to Lead Plaintiffs' Motion to
    Compel Deposition Testimony and the Production of Documents in
    Connection with the Debtors' Application for Order Under 11 U.S.C §§
    327(a), 328(a), and 1107(b) Authorizing Employment and Retention of
    Deloitte & Touche LLP as Independent Auditors and Accountants to Debtors,
    Effective Nunc Pro Tunc to October 8, 2005 and Objections Filed Thereto
    (Docket No. 1713) [a copy of which is attached hereto as Exhibit I]


Dated: January 5, 2006


                                    _/s/ Evan Gershbein_____
                                    Evan Gershbein

Sworn to and subscribed before
me on January 5, 2006

   _/s/ Sarah Elizabeth Frankel_____
Notary Public

My Commission Expires: _____12/23/08_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | Creditor Committee Member |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | 248-813-2670 | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Counsel for Freescale Inc. |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-4300 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

1/5/2006 3:34 PM
MSL lists

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | | Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

1/5/2006 3:34 PM
MSL lists

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

1/5/2006 3:39 PM
MSL lists

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

1/5/2006 3:39 PM
MSL lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel for Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel for Kilroy Realty, L.P. |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | Counsel for Stanley Electric Sales of America, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel for Pullman Bank and Trust Company |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel for CSX Transportation, Inc. |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel for CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael K. McCrory<br>Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com<br>michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1492 | 2125541444 | markd@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | murph@berrymoorman.com | Counsel for Kamax L.P.; Optrex America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrylser Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel for DENSO International America, Inc. |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | | 313-393-7592 | 313-393-7579 | rmcdowell@bodmanllp.com | Counsel for Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Bolhouse, Vander Hulst, Risko & Baar P.C. | David S. Lefere | 3996 Chicago Drive SW | | Grandville | MI | 49418 | | 616-531-7711 | 616-531-7757 | david@bolhouselaw.com | Counsel for Eclipse Tool and Die, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel for Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp.; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel for Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@engelhard | Counsel to Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel for Cascade Die Casting Group, Inc. |
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Clark Hill PLC | Seth A. Drucker | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdrucker@clarkhill.com | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel for ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel for Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel for Floyd Manufacturing Co., Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 (230) 862-8231 | 203-629-1977 (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | wachstein@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Relco, Inc.; The Durham Companies, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-221-3086 | 816-221-3006 | selanders@danielsandkaplan.com | Counsel for DaimlerChrysler Corporation; DaimlerChrysler Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc. |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel for The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representattive for Electronic Data Systems Corporation |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel for Doshi Prettl International, Inc. |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | Earle I. Erman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | eerman@ermanteicher.com | Counsel for Doshi Prettl International, LLC |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel for Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel for Kuss Corporation |
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&Q Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel for Southwest Metal Finishing, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel for Epcos, Inc. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbler@graydon.com | Counsel for Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4750 | 908-898-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel for Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel for XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel for Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel for RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel for RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel for Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel for Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 11 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel for Trutron Corporation |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel for SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel for WL. Ross & Co., LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel for Solution Recovery Services |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kieselstein Lawfirm PLLC | Steve Kieselstein | 43 British American Boulevard | | Latham | NY | 12110 | | 518-785-7800 | 518-785-7851 | sk@kieselaw.com | Counsel to NEC Electronics America, Inc. |
| King & Spalding, LLP | Alexandra B. Feldman | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | afeldman@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | George B. South, III | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | gsouth@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | James A. Pardo, Jr. | 191 Peachtree Street | Suite 4900 | Atlanta | GA | 30303-1763 | | 404-572-4600 | 404-572-5149 | jpardo@kslaw.com | Counsel for Mitsubishi Electric Automobile America, Inc. |
| King & Spalding, LLP | Michelle Carter | 191 Peachtree Street | Suite 4900 | Atlanta | GA | 30303-1763 | | 404-572-4600 | 404-572-5149 | mcarter@kslaw.com | Counsel for Mitsubishi Electric Automobile America, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manunfacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel for Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel for Daewoo International (America) Corp. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 6 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.co | Counsel for Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel for Wells Operating Partnership, LP |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Michael L. Schein | 666 Third Avenue | | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | mlschein@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc.; Conceria Pasubio |
| Mitsubishi Electric & Electronics USA, Inc. | John E. Cipriano | 500 Corporate Woods Parkway | | Vernon Hills | IL | 60061 | | 847-478-2383 | 847-478-2281 | john.cipriano@meus.mea.com | Assistant General Counsel for Mitsubishi Electric & Electronics USA, Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel for ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel for Hitachi Chemical (Singapore) Pte. Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel for Standard Microsystems Corporation and its direct and indirect subsidaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morris, Nichols, Arsht and Tunnell | Michael G. Busenkell | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | mbusenkell@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morris, Nichols, Arsht and Tunnell | Robert J. Dehney | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8603 212-735-8757 | 917-522-3103 917-522-3157 | jmoldovan@morrisoncohen.com mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | | 214-855-7590 214-855-7561 214-855-7587 | 214-978-4374 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Nathan, Neuman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | sbrennan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins | Counsel for Dahlyer Rubber & Plastics, Inc.; Dahwyler, Inc.; Dahwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel for WL. Ross & Co., LLC |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | mmharner@jonesday.com | Counsel for WL. Ross & Co., LLC |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Otterbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel for Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel for Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | cweidler@paulweiss.com | Counsel for Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2136 | sshimshak@paulweiss.com | Counsel for Ambrake Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Federal Express Corporation |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | casey@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexico, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-682-3485 | rbeacher@pitneyhardin.com | Counsel for IBJTC Business Credit Corporation |
| Pitney Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@pitneyhardin.com | Counsel for Marshall E. Campbell Company |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Pryor & Mandelup, LLP | A. Scott Mandelup, Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com kar@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/NMC LLC |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegroup... | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegrou... | Counsel to Quadrangle Group LLC |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel for Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel for General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.com | Counsel to Republic Engineered Products, Inc. |
| Riddel Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel for ICX Corporation |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel for Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cnorgaard@ropers.com | Counsel for Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schiff Hardin LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | | 212-753-5000 | 212-753-5044 | myetnikoff@schiffhardin.com | Counsel for  Means Industries |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60606 | | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel for  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitanlage-Gesellschaft m.b.h and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitanlage-Gesellschaft m.b.h and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-765-2000 | 212-595-5955 | michael.cook@srz.com | Counsel for Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw PLLC | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel for  Ie Belier/LBQ Foundry S.A. de C.V. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel for Milwaukee Investment Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel for Silver Point Capital, L.P. |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel for Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel. Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | rgoldi@sotablaw.com | Counsel for  Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies. | Counsel for Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel for Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel for Bing Metals Group, Inc.; Gentral Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-3922100 | 609-392-7956 | jposta@sternslaw.com | Counsel for Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Jonathan P. Guy | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | jpguy@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Matthew W. Cheney | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | mwcheney@swidlaw.com | Counsel for Westwood Associates, Inc.; Sanders Lead Co. |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Richard H. Wyron | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7737 | 202-424-7645 | rhwyron@swidlaw.com | Counsel for Westwood Associates, Inc. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel for TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel for TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | | 100-8322 | Japan | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 12

1/5/2006 3:46 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel for Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel for Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.co | Counsel for McAlpin Industries, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLp | Michael S. McElwee | Bridgewater Place | P.O. Box 353 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel for Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vssp.com | Counsel for America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel for Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel for Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.co | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | bankruptcy@warnerstevens.com | Counsel for Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel for Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel for Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | Margarita Mesones-Mori | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | mmesonesmori@whitecase.com | Counsel for Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel for Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel for National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel for National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.co | Counsel for Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| WL Ross & Co., LLC | Oscar Iglesias | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-826-1100 | 212-317-4893 | oiglesias@wlross.com | Counsel for WL Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel for Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | 866-609-0888 | aswiech@akebobo-usa.com | Vice President of Administration for Akebono Corporation |
| Ambrake Corporation | Ronald L. Jones | 300 Ring Road | | Elizabethtown | KY | 42701 | 270-765-0208 | 270-234-2395 | Does not wish to receive electronic mailings | Representative for Ambrake Corporation |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | 214-659-4400 | 214-659-4401 | | Counsel for ITW Mortgage Investments IV, Inc. |
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8682 | 404-8738683 | heath.vicente@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Bernstein Litowitz Berger & Grossman | Eileen McNerney | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1485 | 212-554-1444 | emcnerney@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | 303-295-0202 | | | Counsel for United Power, Inc. |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | 212-826-8800 | 212-644-5123 | | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | 313-965-8300 | 313-965-8252 | | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | 615-321-0555 | 615-321-9555 | | Counsel for Averitt Express, Inc. |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | 607-255-5124 | 607-254-3556 | nlph4@cornell.edu | Paralegal/Counsel for Cornell University |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | 516-227-6300 | 516-227-6307 | gettleman@e-hlaw.com | Counsel for Jon Ballin |
| Frank D. Jones | | 158 New York Circle Cr. | | Whitesburg | KY | 41858-9122 | | | | |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | 212-725-7338 | 212-244-6219 | | Counsel for Baker Hughes Incorporated; Baker Petrolite Corporation |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel for Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | 617-542-3000 | 617-542-3001 | knorthrup@kutchinrufo.com | Counsel for Parlex Corporation |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissel.com | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissel.com | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-8304 212-947-8340 | 212-947-1202 | kwalsh@lordbissel.com rcovino@lordbissel.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | 419-867-8900 | 419-867-8909 | egc@leydenlaw.com | Counsel for Metro Fibres, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | 303-957-4254 | 303-957-2098 | | Representative for Madison Capital Management |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

1/5/2006 3:48 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | 312-245-7500 | 312-245-7467 | | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | 212-262-1910 | 212-506-2500 | | Counsel for Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | 212-262-1910 | 212-506-2500 | | Counsel for Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | 212-609-6800 | 212-609-6921 | | Counsel to Ward Products, LLC |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | 301-699-5800 | | | Counsel for Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | 301-699-5800 | | | Counsel for Prince George County, Maryland |
| Miami-Dade County, FL | April Burch | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | 305-375-1142 | aburch@miamidade.gove | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | | Attorney General for Worker's Compensation Agency |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | 410-385-3700 | | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | 410-385-3418 | 410-385-3700 | | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | 616-977-0077 | 616-977-0529 | | Counsel for Lankfer Diversified Industries, Inc. |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippanny | NJ | 07054 | 973-884-6952 | 973-515-3244 | | |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | 478-742-8706 | 478-746-4488 | | Office of the Chapter 13 Trustee |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | kcunningham@piercewood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | 989-754-7690 | | Corporate Secretary for Professional Technologies Services |
| Schafer & Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | hborin@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | mnewman@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | rheilman@schaferweiner.com | Counsel for Dott Industries, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

1/5/2006 3:48 PM
2002 lists

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | dweiner@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schulte Roth & Sabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | 212-756-2000 | 212-595-5955 | | Counsel for D.C. Capital Partners, L.P. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | 212-768-6700 | 212-768-6800 | | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Jo Christine Reed | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | 212-768-6700 | 212-768-6800 | | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | 312-876-8000 | 312-876-7934 | | Counsel for Molex, Inc. and INA USA, Inc. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706 | | | | Representative for Timken Corporation |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | 616-752-2158 | | | Counsel for Behr Industries Corp. |
| White & Case LLP | John K. Cunningham | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | 212-819-8200 | | | Counsel for Appaloosa Management, LP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

1/5/2006 3:48 PM
2002 lists

# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
           In re                          :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                       Debtors.           :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BUTZEL & LONG, P.C.
AS COMMERCIAL AND LITIGATION COUNSEL TO DEBTORS

("BUTZEL LONG RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(a) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of  Butzel Long, PC ("Butzel") as commercial and litigation counsel to the Debtors; and

upon the Affidavit of James Derian, sworn to December 6, 2005, in support of the Application

(the "Derian Affidavit"); and this Court being satisfied with the representations made in the

Application and the Derian Affidavit that Butzel does not represent or hold any interest adverse

to any of the Debtors' estates or the Debtors with respect to the matters on which Butzel is to be

employed, and that Butzel's employment is necessary and would be in the best interests of each

of the Debtors' estates; and it appearing that proper and adequate notice has been given and that

no other or further notice is necessary; and upon the record herein; and after due deliberation

thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Application is GRANTED.

2.   The Debtors' employment of Butzel as commercial and litigation counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code, and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the Petition Date, October 8, 2005.

3.   Butzel shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court.  Without limiting the foregoing, Butzel shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4.   Any party-in-interest shall have the right to raise the issue of the application of Butzel's postpetition fees and expenses incurred at any time.

5.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

6.   The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.

Dated:    New York, New York
          January 3, 2006


                              /s/ Robert D. Drain
                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                     :

       In re                        :     Chapter 11
                                      :

DELPHI CORPORATION, et al.,     :     Case No. 05-44481 (RDD)
                                      :

                 Debtors.     :     (Jointly Administered)
                                      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF HOWARD & HOWARD
ATTORNEYS, P.C. AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("HOWARD & HOWARD RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(a) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Howard & Howard Attorneys, P.C. ("H&H") as special intellectual property counsel

to the Debtors; and upon the Affidavit of William H. Honaker, sworn to November 17, 2005, in

support of the Application (the "Honaker Affidavit"); and this Court being satisfied with the

representations made in the Application and the Honaker Affidavit that H&H does not represent

or hold any interest adverse to any of the Debtors' estates or the Debtors with respect to the

matters on which H&H is to be employed, and that H&H's employment is necessary and would

be in the best interests of each of the Debtors' estates; and it appearing that proper and adequate

notice has been given and that no other or further notice is necessary; and upon the record herein;

and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.    The Application is GRANTED.

2.    The Debtors' employment of H&H as intellectual property counsel, pursuant

to the Application, is approved under sections 327(e) and 1107(a) of the Bankruptcy Code and

Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with

approval of such employment being effective the Petition Date, October 8, 2005.

3.    H&H shall be compensated in accordance with the standards and procedures

set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules,

Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New

York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and

further orders of this Court.  Without limiting the foregoing, H&H shall make reasonable efforts

to ensure that the Debtors' estates are not charged for any duplication of work with the other

professionals retained in these cases.

4.    This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Final Order.

5.    The requirement under Local Rule 9013-1(b) for the service and filing of a

separate memorandum of law is deemed satisfied by the Application.


Dated:    New York, New York
          January 3, 2006


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :      (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR.
P. 2014 AUTHORIZING EMPLOYMENT AND RETENTION OF
PRICE, HENEVELD, COOPER, DEWITT & LITTON LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("PRICE HENEVELD RETENTION ORDER")

            Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Price, Heneveld, Cooper, DeWitt & Litton LLP ("Price Heneveld") as legal ordinary

course professional counsel to the Debtors; and upon the Affidavit of Kevin T. Grzelak, sworn to

December 6, 2005, in support of the Application (the "Grzelak Affidavit"); and this Court being

satisfied with the representations made in the Application and the Grzelak Affidavit that Price

Heneveld does not represent or hold any interest adverse to any of the Debtors' estates or the

Debtors with respect to the matters on which Price Heneveld is to be employed, and that Price

Heneveld's employment is necessary and would be in the best interests of each of the Debtors'

estates; and it appearing that proper and adequate notice has been given and that no other or

further notice is necessary; and upon the record herein; and after due deliberation thereon; and

good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Application is GRANTED.

2.      The Debtors' employment of Price Heneveld as an intellectual property

counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the

Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), with approval of such employment being effective as of the Petition Date, October 8,

2005.

3.      Price Heneveld shall be compensated in accordance with the standards and

procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable

Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), guidelines established by the Office of the

United States Trustee, and further orders of this Court.  Without limiting the foregoing, Price

Heneveld shall make reasonable efforts to ensure that the Debtors' estates are not charged for

any duplication of work with the other professionals retained in these cases.

4.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Final Order.

5.      The requirement under Local Rule 9013-1(b) for the service and filing of a

separate memorandum of law is deemed satisfied by the Application.


Dated:   New York, New York
         January 3, 2006


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT G

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                     :
In re                    :     Chapter 11
                     :
DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                     :
         Debtors.   :     (Jointly Administered)
                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF BANNER & WITCOFF, LTD.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

("BANNER RETENTION ORDER")

Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Banner & Witcoff, Ltd. ("Banner") as an intellectual property counsel to the

Debtors; and upon the Affidavit of Charles W. Shifley, sworn to December 6, 2005, in support of

the Application (the "Shifley Affidavit"); and this Court being satisfied with the representations

made in the Application and the Shifley Affidavit that Banner does not represent or hold any

interest adverse to any of the Debtors' estates or the Debtors with respect to the matters on which

Banner is to be employed, and that Banner's employment is necessary and would be in the best

interests of each of the Debtors' estates; and it appearing that proper and adequate notice has

been given and that no other or further notice is necessary; and upon the record herein; and after

due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1

1.   The Application is GRANTED.

2.   The Debtors' employment of Banner as intellectual property counsel, pursuant to the Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of such employment being effective as of the Petition Date, October 8, 2005.

3.   Banner shall be compensated in accordance with the standards and procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York (the "Local Rules"), guidelines established by the Office of the United States Trustee, and further orders of this Court.  Without limiting the foregoing, Banner shall make reasonable efforts to ensure that the Debtors' estates are not charged for any duplication of work with the other professionals retained in these cases.

4.   This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Final Order.

5.   The requirement under Local Rule 9013-1(b) for the service and filing of a separate memorandum of law is deemed satisfied by the Application.


Dated:    New York, New York
          January 3, 2006


                                              /s/ Robert D. Drain
                                              UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT H

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
        In re                           :       Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :       Case No. 05-44481 (RDD)
                                        :
                Debtors.                :       (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014
AUTHORIZING EMPLOYMENT AND RETENTION OF CANTOR COLBURN LLP
AS PATENT COUNSEL TO DEBTORS

("CANTOR COLBURN LLP RETENTION ORDER")

                Upon the application, dated December 6, 2005 (the "Application"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C.

§§ 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 authorizing the employment and retention of

Cantor Colburn LLP ("CCLLP") as patent counsel to the Debtors; and upon the Affidavit of

Philmore H. Colburn, Esq., sworn to December 6, 2005, in support of the Application (the

"Colburn Affidavit"); and this Court being satisfied with the representations made in the

Application and the Colburn Affidavit that CCLLP does not represent or hold any interest

adverse to any of the Debtors' estates or the Debtors with respect to the matters on which CCLLP

is to be employed, and that CCLLP''s employment is necessary and would be in the best interests

of each of the Debtors' estates; and it appearing that proper and adequate notice has been given

and that no other or further notice is necessary; and upon the record herein; and after due

deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

                ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Application is GRANTED.

2.   The Debtors' employment of CCLLP as their patent counsel, pursuant to the

Application, is approved under sections 327(e) and 1107(b) of the Bankruptcy Code, and Rule

2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), with approval of

such employment being effective as of the date of the Application.

3.   CCLLP shall be compensated in accordance with the standards and

procedures set forth in sections 330 and 331 of the Bankruptcy Code and all applicable

Bankruptcy Rules, Local Bankruptcy Rules for the United States Bankruptcy Court for the

Southern District of New York (the "Local Rules"), guidelines established by the Office of the

United States Trustee, and further orders of this Court.  Without limiting the foregoing, CCLLP

shall make reasonable efforts to ensure that the Debtors' estates are not charged for any

duplication of work with the other professionals retained in these cases.

4.   Any party-in-interest shall have the right to raise the issue of the application

of CCLLP's postpetition fees and expenses incurred at any time.

5.   This Court shall retain jurisdiction to hear and determine all matters arising

from the implementation of this Order.

6.   The requirement under Local Rule 9013-1(b) for the service and filing of a

separate memorandum of law is deemed satisfied by the Application.


Dated:    New York, New York
          January 3, 2006


                                        /s/ Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT I

SHEARMAN & STERLING LLP

599 Lexington Avenue

New York, New York  10022

Telephone: (212) 848-4000

Facsimile:  (212) 848-7179

Douglas P. Bartner (DB-2301)

William J.F. Roll, III  (WR-8996)

Andrew V. Tenzer  (AT-2263)


Special Counsel for Delphi Corporation, et al.,
     Debtors and Debtors in Possession


Delphi Legal Information Hotline:

Toll Free:  (800) 718-5305

International:  (248) 813-2698


Delphi Legal Information Website:

http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - -  x


NOTICE OF **REVISED HEARING DATE** FOR DEBTORS' (I) MOTION (A) TO
QUASH TRIAL SUBPOENAS ISSUED TO MEMBERS OF DEBTORS' AUDIT
COMMITTEE AND FOR PROTECTIVE ORDER AND (B) FOR A PROTECTIVE
ORDER TO LIMIT THE SCOPE OF THE DEPOSITION OF ROBERT DELLINGER TO
ONLY THOSE MATTERS PERTAINING DIRECTLY TO THE DEBTORS'
APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF
DELOITTE & TOUCHE LLP AND (II) OBJECTION TO LEAD PLAINTIFFS' MOTION
TO COMPEL DEPOSITION TESTIMONY AND THE PRODUCTION OF DOCUMENTS
IN CONNECTION WITH THE DEBTORS' APPLICATION FOR ORDER UNDER 11
U.S.C. §§ 327(a), 328(a), AND 1107(b) AUTHORIZING EMPLOYMENT AND
RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITORS AND
ACCOUNTANTS TO DEBTORS, EFFECTIVE NUNC PRO TUNC TO
OCTOBER 8, 2005 AND OBJECTIONS FILED THERETO


PLEASE TAKE NOTICE THAT the hearing scheduled for January 4, 2006 at

10 a.m. (Prevailing Eastern Time) to hear the Debtors' (I) Motion to (A) Quash Trial Subpoenas

1

Issued to Members of Debtors' Audit Committee and For Protective Order and (B) For a

Protective Order To Limit the Scope of the Deposition of Robert Dellinger to Only Those

Matters Pertaining Directly to the Debtors' Application for Order Authorizing Employment and

Retention of Deloitte & Touche LLP and (II) Objection to Lead Plaintiffs' Motion to Compel

Deposition Testimony and the Production of Documents in Connection with the Debtors'

Application for Order Under 11 U.S.C. §§ 327(a), 328(a), and 1107(b) Authorizing Employment

and Retention of Deloitte & Touche LLP as Independent Auditors and Accountants to Debtors,

Effective Nunc Pro Tunc to October 8, 2005 and Objections Filed Thereto has been changed to

**January 5, 2006 at 10:00 a.m.** (Prevailing Eastern Time) before the Honorable Robert D. Drain,

United States Bankruptcy Judge for the Southern District of New York, Room 610, One Bowling

Green, New York, NY 10004.

Dated:   New York, New York
         January 3, 2006


/s/ Andrew V. Tenzer
Douglas P. Bartner (DB-2301)
William J.F. Roll, III  (WR-8996)
Andrew V. Tenzer  (AT-2263)

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Telephone:  (212) 848-4000
Facsimile:  (212) 848-7179

*Special Counsel for Debtors*

# EXHIBIT J

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner (DB-2301)
William J.F. Roll, III (WR-8996)
Andrew V. Tenzer (AT-2263)
Lynette C. Kelly (LK-7971)

Special Counsel for Delphi Corporation, et al.,
    Debtors and Debtors in Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
        In re                       :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
                    Debtors.        :   (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' RESPONSE TO LEAD PLAINTIFFS' OBJECTION TO DEBTORS'
APPLICATION FOR ORDER UNDER 11 U.S.C. §§327(a), 328(a), AND 1107(b)
AUTHORIZING EMPLOYMENT AND RETENTION OF DELOITTE & TOUCHE LLP AS
INDEPENDENT AUDITORS AND ACCOUNTANTS TO DEBTORS,
EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 8, 2005


        Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates,

debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"),

hereby submit this response (the "Response") to the Lead Plaintiffs' Objection (the "Objection")

to the Debtors' Application For Order Under 11 U.S.C. §§327(a), 328(a), And 1107(b) Authorizing

Employment And Retention Of Deloitte & Touche LLP As Independent Auditors And

Accountants To Debtors, Effective *Nunc Pro Tunc* To October 8, 2005 (the "Application").  In

support of this Response, the Debtors respectfully represent as follows:

<div align="center">Preliminary Statement</div>

1.     The first sentence of the Objection is also the most enlightening.  In it, the

objectors identify themselves not as creditors or interest holders of the Debtors' estates but as

"the Court-appointed Lead Plaintiffs in the consolidated securities class action entitled *In re*

*Delphi Corp. Securities Litigation*, Master File No. 1:05-CV-2637 (NRB) (SDNY)"

(the "Securities Litigation").  Objection, p. 1.  This statement confirms what all of the Lead

Plaintiffs' recent activity in these chapter 11 cases demonstrates:  that the Objection is not aimed

at protecting the estates or their creditors but is part of a multi-pronged effort by the Lead

Plaintiffs to obtain discovery and testimony in these chapter 11 cases to assist them in the

Securities Litigation.  Discovery in connection with that litigation, however, is twice stayed, first

by section 362 of the Bankruptcy Code, and again by express provisions of the Private Securities

Litigation Reform Act, 15 U.S.C.§77z-1(b) (1995) ("PSLRA").  Both Deloitte & Touche LLP

("Deloitte & Touche") and eight of the Debtors' current officers and directors are defendants in

that lawsuit,[1] which is premised on allegations of fraud in connection with the Debtors' 2005

restatement of certain transactions originally reported in their financial statements for 2003 and

prior years (the "Restatement").  No party has admitted any wrongdoing or liability in connection

with the Securities Litigation.  The Lead Plaintiffs nevertheless argue that these allegations

warrant a denial of the Application and have sought extensive discovery, which they claim is

---

[1]     Lead Plaintiffs filed their Consolidated Amended Complaint (the "Complaint") in the Securities Litigation
on September 30, 2005.  It names as defendants, among others, Delphi, Deloitte & Touche, John D.
Sheehan, Delphi's Chief Restructuring Officer, and seven of Delphi's current directors:  Messrs. Brust,
Bernardes, Opie, Colbert, Farr, Gottschalk, and Irimajiri.

<div align="center">2</div>

necessary to help them prove these allegations, purportedly in connection with the Deloitte & Touche Application.

2.     Contrary to the Lead Plaintiffs' arguments, the discovery and testimony sought does not relate to the "disinterestedness" of Deloitte & Touche.  This requirement is amply shown in the Affidavit of Brock E. Plumb (the "Plumb Affidavit") filed with the Application and the Supplemental Declaration of Brock E. Plumb, attached hereto as Exhibit A (the "Supplemental Plumb Declaration"; together with the Plumb Affidavit, "Plumb Affidavits"). Tellingly, the official committee of unsecured creditors appointed in these cases has filed an objection to the Application that is limited to isolated issues, not to the Application as a whole, and no other individual creditor, shareholder, employee or other stakeholder has filed an objection to the Application.  The Debtors have discussed the Application with the Office of the United States Trustee (the "U.S. Trustee") and, based on those discussions and certain additional information the Debtors have provided, believe that the U.S. Trustee, a party acting on behalf of the estates and their creditors, does not oppose the Application.  Similarly, Lead Plaintiffs' argument that their objection and the discovery they seek go to Deloitte & Touche's competence is disingenuous.  The Plumb Affidavits and the Declaration of Robert J. Dellinger (the "Dellinger Declaration"), attached hereto as Exhibit B, filed in support of the Application demonstrate that Deloitte & Touche is competent to perform an audit of the Debtors, that the retention of Deloitte & Touche is in the best interests of the Debtors' estates and that denial of the application will result in harm to the Debtors' estates.  As described below, the Debtors have narrowed the relief they are seeking and will retain Deloitte & Touche only to perform the 2005 audit – a task that Deloitte & Touche has been working on all year.

3

3.      The Lead Plaintiffs' theory – that they should be entitled to discover

information relating to Deloitte & Touche's work for the Debtors over a number of years and to

attempt to prove in this Court the allegations of their 257-page Complaint in order to test the

competence of Deloitte & Touche to complete this year's audit – simply makes no sense.  The

Court should reject this thinly-veiled attempt to circumvent section 362 and the PSLRA.  As

demonstrated below, the pendency of the Securities Litigation and the Lead Plaintiffs' allegations

are insufficient to defeat the retention of professionals selected by the Debtors.  Moreover,

extensive discovery with respect to such speculative assertions is unwarranted under section 327.

A section 327 application may not be used in a backdoor attempt to obtain information in support

of other litigation.  This is particularly true in these cases, where efforts to obtain the information

are stayed by two statutes.

4.      As is demonstrated in the Dellinger Declaration and discussed below, the

Debtors will suffer immediate and substantial harm if the Application is not granted, including

increased costs and the inability to meet filing deadlines imposed by the Securities & Exchange

Commission ("SEC") and debtor in possession financing covenants.  Moreover, the purported

risks asserted by the Lead Plaintiffs are substantially addressed by the short duration of the

retention and the fact that the senior members of the audit team are entirely different from those

involved prior to the Restatement.  In view of all these circumstances, this Court should exercise

its discretion to deny the Objection and grant the Application.

<div align="center">Argument</div>

**A.      Deloitte & Touche Does Not Hold An Interest Adverse To The Estate And Is Disinterested**

5.      Despite the Lead Plaintiffs' attempt to obfuscate the legal standards

governing the Application by focusing their Objection on irrelevant facts and unproven

<div align="center">4</div>

allegations, the standard that the Debtors must meet – and have met – in order to retain Deloitte

& Touche in these chapter 11 cases is clear:  that Deloitte & Touche is a "disinterested person"

as that term is defined in title 11 of the United States Code, 11 U.S.C.§101-1330, as amended

(the "Bankruptcy Code").  Section 327 of the Bankruptcy Code allows a debtor in possession,

with the court's approval, to employ professionals that do not "hold or represent an interest

adverse to the estate, and that are disinterested persons, to represent or assist the trustee in

carrying out the debtor's duties."  11 U.S.C.§327(a).

> 6.     Section 101(14) of the Bankruptcy Code defines a "disinterested person," in

pertinent part, as one that:

> (A) is not a creditor, an equity security holder, or an insider; . . .

> (D) is not and was not, within two years before the date of the filing of the
> petition, a director, officer, or employee of the debtor . . . ; and

> (E) does not have an interest materially adverse to the interest of the estate or of
> any class of creditors or equity security holders, by reason of any direct or indirect
> relationship to, connection with, or interest in, the debtor . . . or for any other
> reason.

11 U.S.C.§l01(14).

> 7.     Because the Bankruptcy Code does not define the term "interest adverse to

the estate," courts determine the existence of an adverse interest on a case by case basis.  *In re

Caldor, Inc.*, 193 B.R. 165, 171 (Bankr. S.D.N.Y. 1996).  The Second Circuit has held that to

hold or represent an interest adverse to the estate means "(1) to possess or assert any economic

interest that would tend to lessen the value of the bankruptcy estate or that would create either an

actual or potential dispute in which the estate is a rival claimant; or (2) to possess a

predisposition under circumstances that render such a bias against the estate."  *In re AroChem

Corp.*, 176 F.3d 610, 623 (2d Cir. 1999); *In re WorldCom, Inc.*, 311 B.R. 151, 163 (Bankr.

S.D.N.Y. 2004).  Courts in this district have made clear, however, that "interests are not

considered 'adverse' merely because it is possible to conceive a set of circumstances under which they might clash." *In re Leslie Fay Cos., Inc.*, 175 B.R. 525, 532 (Bankr. S.D.N.Y. 1994) (citing *TWI Int'l v. Vanguard Oil & Serv. Co.*, 162 B.R. 672, 675 (S.D.N.Y. 1994)).

8.      Courts have construed the "disinterested person" and the "no interest adverse to the estate" requirements of section 327(a) of the Bankruptcy Code as a single test.  *In re WorldCom*, 311 B.R. at 164 (noting that the "interest adverse to the estate" language in section 327(a) overlaps with the "materially adverse interest" standard under the definition of disinterested person to form a "single test to judge conflicts"); *In re Caldor*, 193 B.R. at 171 ("[b]ecause §101(14) and 327(a) overlap, the two prongs of §327(a) are satisfied when the professional to be retained is found to be a 'disinterested person'"); *In re Leslie Fay*, 175 B.R. at 532 (quoting *In re Martin*, 817 F.2d 175, 180 (1st Cir. 1987) to state that the "twin requirements of disinterestedness and lack of adversity telescope into a single hallmark").  In applying this test, courts generally look to the totality of the circumstances and exercise their discretion in determining whether a party is disinterested and does not hold or represent an interest adverse to the estate.  *See, e.g.*, *In re Caldor*, 193 B.R. at 172.

9.      In this case, the Application and supporting Plumb Affidavit, as well as the Supplemental Plumb Declaration and the Dellinger Declaration filed with this Response, amply demonstrate that Deloitte & Touche is not an "interested" party under section 101(14) of the Bankruptcy Code, that it holds no interest adverse to the Debtors, and that the totality of the circumstances warrant this Court's exercise of its discretion to grant the Application.

a.      **Deloitte & Touche Is A Disinterested Person**

10.      Deloitte & Touche is a disinterested person as that term applies under each prong of section 101(14).  First, Deloitte & Touche is a disinterested person pursuant to section 101(14)(A) of the Bankruptcy Code in that it is neither a creditor, an equity security holder, nor

6

an insider of the Debtors.  Although Deloitte & Touche could otherwise assert a prepetition

claim against the Debtors, Deloitte & Touche has agreed to waive that claim upon this Court's

approval of the Application.  The case cited by the Lead Plaintiffs, *In re Andover Togs*, 2001 WL

262605 (S.D.N.Y. 2001), is plainly distinguishable in that it concerns an accounting firm that

*refused* to waive its prepetition claim.  Because Deloitte & Touche has agreed to waive its

prepetition claim upon approval of the Application, it would not be a creditor of the Debtors.

11.    Second, Deloitte & Touche is a disinterested person pursuant to section

101(14)(D) of the Bankruptcy Code in that it is not, and was not within the two years prior to the

petition date, a director, officer, or employee of the Debtors.  The Lead Plaintiffs do not dispute

this fact.

12.    Third, Deloitte & Touche is a disinterested person under section 101(14)(E)

of the Bankruptcy Code in that it does not hold an interest materially adverse to the interest of

the estate or any class of creditors or equity holders, by reason of any direct or indirect

relationship to, connection with, or interest in the Debtors.  The purported conflicts of interest

alleged by the Lead Plaintiffs with respect to Deloitte & Touche are based not on facts, but on

mere allegations in litigation brought by the Lead Plaintiffs.  The case law in this district

establishes that such allegations and speculation simply do not create a conflict or otherwise

undermine Deloitte & Touche's status as a disinterested person under section 327(a) of the

Bankruptcy Code.

13.    As noted above, in determining whether a professional has an interest

adverse to the debtor, it is not enough that it is "possible to conceive of a situation where

interests might clash." *In re WorldCom*, 311 B.R. at 168 (citing *In re Leslie Fay*, 175 B.R. at

532). *See also In re Caldor*, 193 B.R. at 172 (quoting *In re Leslie Fay*, 175 B.R. at 532 to state

that "interests are not considered 'adverse' merely because it is possible to conceive a set of

circumstances under which they might clash"); *TWI Int'l*, 162 B.R. at 675 (holding that

hypothesizing the emergence of conflicts is not enough to merit the disqualification of a

professional); *In re O.P.M. Leasing Servs., Inc.*, 16 B.R. 932, 939 (Bankr. S.D.N.Y. 1982)

(adopting a "wait and see" approach to a potential conflict, asserting that acting in a preemptive

manner would interrupt the efficient administration of the bankruptcy).

       14.   A recent case in this district is instructive.  In *In re WorldCom*, KPMG, the

debtors' auditors and tax advisors, devised for WorldCom prepetition a tax minimization

strategy.  Subsequent to WorldCom's chapter 11 filing, several states challenged the tax

minimization strategy as illegitimate, giving rise to the possibility that the debtors would be

liable to the states for additional taxes, interest, and penalties.  The states also filed a motion in

the bankruptcy court to disqualify KPMG as the debtors' auditors and tax advisors, arguing that

the debtors' potential cause of action against KPMG arising out of the challenged strategy

rendered KPMG a holder of an interest adverse to the estate.  Judge Gonzalez rejected this

argument and denied the motion, holding that "KPMG does *not* have an interest adverse to the

interests of the estate or any class of creditors or equity holders, by reason of any direct or

indirect relationship to, connection with, or interest in, the Debtors *simply because there is a*

*speculative possibility that in the future, some events may render KPMG and the Debtors*

*adverse*."  *In re WorldCom*, 311 B.R. at 168-69 (emphasis added).

       15.   The Lead Plaintiffs' Objection is founded on similar, if not identical,

speculation and likewise should be overruled.  The Lead Plaintiffs argue, for example, that

Deloitte & Touche cannot be retained in these cases because the *potential* for cross-claims

between Deloitte & Touche and the Debtors' officers and directors "preclude disinterestedness."

Objection at¶44.  However, as Judge Gonzalez made clear in *WorldCom*, such speculation

regarding hypothetical future events is insufficient to render the professional "interested."  *Id.*

Contrary to the Lead Plaintiffs' assertions, the allegations of the Complaint with respect to

Deloitte & Touche and the Debtors' officers and directors are unproven.  As is clear from the

Debtors' public filings, Delphi has not "admitted" these allegations, despite Lead Plaintiffs' false

statement that there are "fraudulent accounting transactions and practices in which Delphi has

admitted engaging."  Objection at¶6.  Similarly, Deloitte & Touche has denied the allegations

against it.  These are allegations, nothing more, and do not form the basis for a finding of

"interest" that would preclude Deloitte & Touche from completing the Debtors' 2005 audit.

16.    The Lead Plaintiffs' other arguments regarding disinterestedness are all

variations on the same theme and must fail for the same reason.  Indeed, the Lead Plaintiffs'

argument that the post-Restatement Deloitte & Touche team that will be completing the 2005

audit may have significant incentives to conceal Deloitte & Touche's purported fraudulent

activities in prior years is premised on several layers of unproven allegations and baseless

assumptions.  In deciding whether a professional is eligible for retention under section 327,

"horrible imaginings alone cannot be allowed to carry the day.  Not every conceivable conflict

must result in sending [the professional] away to lick his wounds."  *In re Martin*, 817 F.2d at 183

(vacating and remanding a judgment based on the bankruptcy court's erroneous finding of

adverse interest).  As the case law makes clear, a finding of an adverse interest on the part of a

professional chosen by the debtor requires much firmer grounding.  The Objection, which is

based solely on speculation, should be overruled.

17.    The cases cited by the Lead Plaintiffs regarding material adverse interests do

not support a contrary view.  For example, *In re Angelika Films*, 246 B.R. 176 (S.D.N.Y. 2000),

concerned the disinterestedness of debtor's counsel after debtor's counsel filed a motion that

placed the economic interest of another party over the interest of the debtor, causing a direct and

tangible economic harm to the debtor's estate.  Similarly, *In re Vebeliunas*, 231 B.R. 181 (Bankr.

S.D.N.Y. 1999), concerned the disqualification of counsel to the chapter 7 trustee after counsel's

unequivocal statements expressing prejudice against and negative opinions about the debtor.  In

this case, there is no evidence of any such actions by Deloitte & Touche against the Debtors'

interests.  These cases are simply inapposite.

18.    Perhaps realizing the shaky legal ground on which their Objection rests, the

Lead Plaintiffs attempt to bolster their argument by asserting that "[e]ven the appearance of

conflict or impropriety must be avoided when retaining professionals in bankruptcy."  Objection

at ¶ 33.  Not only is there no appearance of impropriety in this case, for the reasons discussed

above, but also the cases cited by the Lead Plaintiffs make clear that mere speculation and

hypothesis are insufficient to give rise to such a perception.  For example, in *In re Martin*, 817

F.2d 175, a law firm that had taken a security interest in a piece of the debtor's property to

safeguard the payment of its fees appealed from the bankruptcy court's order disqualifying the

firm.  The First Circuit held that this interest was not impermissible *per se*, and remanded the

case to the bankruptcy court for reconsideration.  *Id.* at 183.  Contrary to the Lead Plaintiffs'

argument, the case does not reverse the award of compensation to an interested attorney to avoid

the appearance of conflict or impropriety.  Rather, the case calls for the bankruptcy court to use

its discretion in determining whether a conflict exists and to evaluate each case in its own

context.  Similarly, in *In the Matter of Codesco, Inc.*, 18 B.R. 997, 999 (Bankr. S.D.N.Y. 1982),

the court approved a trustee's retention of a law firm that previously had represented the

creditors' committee.  Although the court stated in *dicta* that the disinterestedness requirement in

section 327 also operates to prevent the appearance of a conflict, its holding makes clear that a

more concrete standard is being applied.

**b.      The Immediate And Real Harm To Debtors If The Application Is Denied Outweighs
The Hypothetical Risks Argued By Lead Plaintiffs**

19.    The considerable harm the Debtors would suffer should Deloitte & Touche

not be retained in these chapter 11 cases weighs strongly in favor of this Court's overruling the

objection and granting the Application.  When evaluating proposed retentions or

disqualifications under section 327, bankruptcy courts must consider not only the protection of

the interests of the bankruptcy estate and its creditors, but also "the efficient, expeditious, and

economical resolution of the bankruptcy proceeding."  *In re AroChem*, 176 F.3d at 621 (citation

omitted).  This consideration is accorded such weight that, in *In re Leslie Fay*, the bankruptcy

court declined to disqualify counsel, even after finding that debtor's counsel had failed to

disclose a material interest adverse to the estate, on the basis of the burden that would be placed

on the debtor by "the great delay and cost occasioned by the departure of the counsel with whom

it has worked so long [(20 months.)]"  *Id.* at 538-39.

20.    As set forth in the Dellinger Declaration, the denial of Deloitte & Touche's

retention would delay publication of Delphi's 2005 financial statements until the second half of

2006, causing (i) many of Delphi's key constituencies to lose confidence in the Debtors and to

reduce their business exposure to the Debtors, (ii) the Debtors' violation of a covenant in their

debtor in possession financing facility, and (iii) the Debtors' non-compliance with SEC reporting

requirements.  Dellinger Declaration at ¶4, 7, 8.  Denial of Deloitte & Touche's retention also

would force Delphi's financial management team to divert to new auditors significant support

and time that otherwise would be spent operating the business and formulating the Debtors'

business plan for reorganization.  *Id.* at ¶9.  Although the Debtors have decided to change

11

auditors for 2006, which change will require a certain amount of management time and attention, this change will occur in the ordinary course of business at the start of the fiscal year and will not affect the timeliness of the Debtors' filings or require the concentrated efforts of management at year-end when the Debtors' financial statements are due.  *Id.* at ¶ 12.  As Mr. Dellinger states in his Declaration, the audit process for the Debtors, like that of most large corporations, is an ongoing process throughout the year that involves a large number of personnel in several countries.  *Id.* at ¶ 3.  Deloitte & Touche has been working on the 2005 audit all year, is familiar with the Debtors' worldwide operations, and has been paid substantial sums for the work performed thus far.  *Id.* at ¶¶ 4, 10.  It would be impossible for a new auditor to begin now and finish the 2005 audit in a timely fashion.  *Id.* at ¶ 4.  Moreover, such a change would be extremely costly given the amounts already paid to Deloitte & Touche.  *Id.* at ¶ 10.  Realistically, the only time to undergo a successful auditor transition is at the beginning of the fiscal year.  *Id.* at ¶ 5.

21.    Indeed, it might well be impossible for Delphi to identify another accounting firm that would be capable of performing a complex global audit and of meeting the independence requirements for 2005.  *Id.* at ¶ 6.  The Debtors believe that only one of the "big four" accounting firms would have the global capabilities to audit a company the size and scope of Delphi, and therefore the only firms that could perform such an audit for 2005, should Deloitte & Touche not be retained, would be KPMG, E&Y, or PricewaterhouseCoopers.  *Id.*  All of these firms have performed various work for the Debtors during the course of 2005, which would make it unlikely that they could be retained under applicable regulations.  *Id.*  In order to meet their debtor in possession financing covenants, the Debtors must timely file an audit opinion from an independent audit firm.  If Deloitte & Touche is not retained to perform the 2005 audit, the Debtors are highly unlikely to meet their SEC filing requirements and will be in violation of

12

their debtor in possession financing covenants.  In this event, the Debtors may suffer a liquidity

crisis and will not have access to cost-effective financing.  *Id.* at¶8.  Thus, it is clear that a

change at this time would be inefficient, slow and costly, if not outright disastrous to the Debtors

given the risks associated with failing to meet SEC filing requirements.  Any balance of interests

thus weighs in favor of overruling the Objection.

        22.    Against this real and immediate harm to the Debtors absent Deloitte &

Touche's retention, the Lead Plaintiffs' purported concerns about potential conflicts and the

appearance of impropriety ring hollow.  Moreover, any lingering concern regarding Deloitte &

Touche's disinterestedness should be allayed by the brief duration of their proposed engagement.

On December 7, 2005, Delphi's board of directors endorsed the recommendation of the audit

committee to retain Ernst & Young LLP to audit Delphi's consolidated financial statements for

2006.  *Id.* at¶12.  Deloitte & Touche's retention, therefore, would last only until the issuance of

its audit report for the year ended December 31, 2005, an abbreviated retention period that

renders unlikely the realization of any potential conflicts.

**B.**    **Lead Plaintiffs' Argument That Deloitte & Touche Is Not Competent To Serve As
Independent Auditors And Accountants Is Disingenuous**

        23.    The Debtors have amply shown that Deloitte & Touche is competent to

serve as independent auditors and accountants to the Debtors in these chapter 11 cases.  It is

undisputed that Deloitte & Touche is a national professional services firm of qualified

professionals properly certified to do the type of work contemplated by the Application.  With

more than 1,200 partners and principals and thousands of professional staff, Deloitte & Touche is

a firm that has been in the past and will be in the future competent and qualified to perform

auditing and accounting services.  The Debtors, in the Application, and Deloitte & Touche, in the

Plumb Affidavits, have demonstrated that Deloitte & Touche is competent and disinterested.  In

addition, due to Deloitte & Touche's prior work with and knowledge of the Debtors, it would be

economically efficient to continue to retain the accounting firm to perform the 2005 audit.

Dellinger Declaration at ¶ 10.

24.    The Lead Plaintiffs do not dispute these facts, but rather purport to question

Deloitte & Touche's competence based on unproven allegations in a pending lawsuit to which

both are party.   Even if those allegations were relevant here – which they are not – Deloitte &

Touche has taken internal measures that ensure that there is no conflict or competency issue.

Prior to the issuance of its audit report for the year ended December 31, 2004 and the re-issuance

of its reports of restated financial statements as of December 31, 2003 and 2002, Deloitte &

Touche replaced senior members of its Delphi audit team.   Supplemental Plumb Declaration at

¶ 3.  As a result, only two current members of the audit team were involved in the audit of past

transactions included in the restatements, and neither of the two was involved in audit work

regarding material transactions.   *Id.*   Accordingly, even if the unproven allegations of the

Complaint were relevant to Deloitte & Touche's competence, the audit team is free from

conflicts of interest and fully competent to continue in its capacity as independent auditors and

accountants to the Debtors.

25.    With respect to competence, the Lead Plaintiffs cite *In re Seeburg Prods.*

*Corp.*, 215 B.R. 175 (Bankr. N.D. Ill. 1997), and *In re Doors and More Inc.*, 126 B.R. 43 (Bankr.

E.D. Mich. 1991), two cases wholly inapplicable to the Deloitte & Touche retention.   In both

cases, an attorney whose undisputed conduct demonstrated gross negligence was denied

retention.   *In re Seeburg* concerned an attorney whose conduct was so incompetent that it "not

only obstructed the judicial process, but also resulted in a sanction detrimental to his client."  *Id.*

at 179.   In *In re Doors and More*, the attorney's lack of knowledge of bankruptcy law and his

14

failures resulting therefrom jeopardized the debtor's chances of success in its chapter 11 case.

Deloitte & Touche, which is recognized worldwide as competent to perform auditing work and

has been retained in numerous chapter 11 cases, cannot be compared to the incompetent and

unqualified attorneys in these cases.

**C.     The Objection Should Be Overruled Because It Is A Blatant Attempt By The Lead
        Plaintiffs To Gain Discovery Through Improper Means**

           26.    The Lead Plaintiffs' transparent motive in pursuing the Objection is not to

protect the estate and its creditors but rather to gain a tactical advantage in the Securities

Litigation by obtaining discovery and testimony that otherwise is stayed both by the automatic

stay under section 362 and by the PSLRA.

           27.    The context and timing of the Lead Plaintiffs' Objection, and their actions

in pursuing discovery in these chapter 11 cases, demonstrate this improper motive.  On

November 15, 2005, the Lead Plaintiffs moved this Court for a modification of the automatic

stay in these chapter 11 cases in order to obtain from Delphi documents relating to the Securities

Litigation.  As stated in detail in the Debtors' Objection To Lead Plaintiffs' Motion For Limited

Modification Of Automatic Stay (the "Lift Stay Response"), filed on December 29, 2005, the

Lead Plaintiffs sought a lifting of the stay in this Court before seeking such relief in the

Securities Litigation in order to assist them in persuading the court in the Securities Litigation to

lift the stay in effect in that action pursuant to the PSLRA.  Lift Stay Response, ¶2-3, 13-17.  On

November 21, 2005, the Lead Plaintiffs agreed to adjourn that motion from November 29, 2005

until January 5, 2006, purportedly to discuss a consensual resolution with the Debtors.  However,

on November 23, 2005, the Lead Plaintiffs filed an objection to the Debtors' motion for authority

to implement a key employee compensation program (the "KECP Objection") and, through that

objection, attempted to obtain broad discovery far beyond the scope of the KECP Objection and

directly relating to the transactions and events underlying the Securities Litigation.  Shortly

thereafter, on December 2, 2005, the Lead Plaintiffs filed the Objection to the Application and

again requested broad discovery relating to the Securities Litigation.  As described in greater

detail in the Lift Stay Response and the Debtors' objection to the Lead Plaintiffs' motion to

compel deposition testimony and the production of documents, the Lead Plaintiffs' discovery

requests go far beyond the scope of these matters.  For example, it is difficult to determine how

"[a]ll minutes of meetings of the Audit Committee from January 1, 1999 to date" or "[a]ll

documents relied upon by the Company in reaching the conclusion expressed in the Company's

Form 10-K . . . that "Delphi had not maintained effective internal controls over financial

reporting at December 31, 2004" and "Delphi's disclosure controls and procedures were also

ineffective," are narrowly tailored requests or go to the heart of retaining Deloitte for the year

2005 audit.  *See* December 15, 2005 Letter from James G. Sabella to John Wm Butler, Jr., et al.,

¶3(e), 3(c), attached hereto as Exhibit C.  In any event, such requests are unduly burdensome.

Nevertheless, the Debtors made Mr. Dellinger, the CFO of Delphi, available for deposition on

December 20, 2005 regarding matters pertaining to the Application.

        28.    Despite their tortured attempts to link these requests to the matters pending

before this Court, the Lead Plaintiffs' orchestrated motions and objections reveal a determination

to obtain discovery and testimony relating to the Securities Litigation.  This motive is

particularly obvious with respect to the discovery sought in connection with the Application.  In

the Objection, the Lead Plaintiffs request the denial of the Application or, in the alternative, that

no senior member of the audit team have had involvement in prepetition audits of the Debtors.

Objection, p. 2.  Subsequent to the filing of the Application, the Debtors made the business

decision to replace Deloitte as their auditors on a going forward basis; thus, the relief sought in

16

the Application is now limited to Deloitte's retention for 2005.  Moreover, as set forth in the

Supplemental Plumb Declaration, and as Mr. Dellinger testified in his deposition, the senior

members of the audit team are entirely different from those who were in place prior to the

Restatement.  Notwithstanding the narrow scope of the Application, as well as the information

provided to the Lead Plaintiffs in Mr. Dellinger's deposition, which should address the Lead

Plaintiffs' professed concerns, the Lead Plaintiffs have continued to press for broad discovery

that has no legitimate relation to the Application.  Although the Lead Plaintiffs argue that the

requested discovery relates to past work of Deloitte & Touche and thus goes to that entity's

disinterestedness or competence, this argument goes too far; if this type of discovery were

permitted, the Lead Plaintiffs would be entitled to prove their entire litigation in this Court in

order to support their arguments on the Application.  This approach would undermine the

protections of the automatic stay and is contrary to the law in this district regarding the proper

scope of discovery on applications for the retention of professionals.  *In re WorldCom, Inc.*, 311

B.R. at 171-72 (denying a party's discovery requests in connection with a disqualification motion

where the requests were "extremely broad and primarily focused on" underlying litigation with

the Debtors rather than on the disqualification motion).  The Objection is a thinly veiled and

improper attempt to obtain discovery to assist the Lead Plaintiffs in the Securities Litigation in

circumvention of the automatic stay and the PSLRA.[2]

       29.    As the Second Circuit has consistently stated in the context of motions to

disqualify professionals under section 327, attempts to deprive debtors of the professionals of

their choosing must be viewed with some skepticism because "disqualification has an immediate

---

[2]      The Lead Plaintiffs' statement in their motion to compel that they have signed a confidentiality agreement
with the Debtors is irrelevant.  Although the designation of information by the Debtors as confidential
would prevent its direct use in the Securities Litigation, the disclosure of such facts at this time would
obviously provide an advantage to Lead Plaintiffs in obtaining discovery – an advantage that is improper
given the stays imposed by the PSLRA and section 362.

adverse effect on the client by separating him from counsel of his choice . . ., disqualification

motions are often interposed for tactical reasons . . ., [a]nd even when made in the best of faith,

such motions inevitably cause delay."  *Armstrong v. McAlpin*, 625 F.2d 433, 444 (2d Cir. 1980),

*vacated by* 449 U.S. 1106.  *See also*, *Harker v. Comm'r of Internal Revenue*, 82 F.3d 806, 808

(8th Cir. 1996) ("Because of the potential for abuse by opposing counsel, 'disqualification

motions should be subjected to 'particularly strict judicial scrutiny'"") (citing cases).  Such

disguised litigation tactics are clearly inappropriate, abusive of the Debtors, and disrespectful to

this Court, and should not be suffered; the Objection should be overruled.

            WHEREFORE, the Debtors respectfully request that this Court overrule the

Objection and approve the Application.

Dated:  New York, New York
            January 3, 2006

                            SHEARMAN & STERLING LLP

                            By: /s/ Andrew V. Tenzer_____
                                Douglas P. Bartner (DB-2301)
                                William J.F. Roll, III (WR-8996)
                                Andrew V. Tenzer (AT-2263)
                                Lynette C. Kelly (LK-7971)
                            599 Lexington Avenue
                            New York, NY 10022-6069
                            Telephone:  (212) 848-4000
                            Facsimile:  (212) 848-7179

                            Special Counsel for Delphi Corporation, et al.,
                                Debtors and Debtors in Possession

# EXHIBIT A

## SUPPLEMENTAL PLUMB DECLARATION

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | |
|---|---|---|
| | x | |
| In re: DELPHI CORP., et. al., Debtors. | : : : : : : : : : | Chapter 11 Case No. 05-44481 (RDD) Jointly Administered |
| | x | |

**SUPPLEMENTAL DECLARATION OF BROCK E. PLUMB IN SUPPORT
OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(a), 328 (a) AND
1107(b) AUTHORIZING EMPLOYMENT AND RETENTION OF DELOITTE &
TOUCHE LLP AS INDEPENDENT AUDITORS AND ACCOUNTANTS TO
DEBTORS EFFECTIVE NUNC PRO TUNC TO OCTOBER 8, 2005**

Brock E. Plumb, states under penalty of perjury that the foregoing is true and correct:

1.    I am a partner in the firm of Deloitte & Touche LLP ("Deloitte & Touche"), which has an office located at 600 Renaissance Center, Suite 900, Detroit, Michigan 48243-1895.  I submit this Supplemental Declaration (the "Supplemental Declaration") based upon inquiries made by me or on my behalf in support of the Application for Order Under 11 U.S.C. §§327(a), 328 (a) and 1107(b) Authorizing Employment and Retention of Deloitte & Touche LLP as Independent Auditors and Accountants To Debtors, effective nunc pro tunc to October 8, 2005 (the "Retention Application").  This Supplemental Declaration provides additional clarification and information with respect to matters set forth in my Affidavit dated November 9, 2005 and submitted in support of the Retention Application (the "Plumb

Affidavit"). Capitalized terms used herein are as defined in the Retention Application

unless otherwise specified.

        2.     Paragraph 6(g) of the Plumb Affidavit described certain litigation against

Deloitte & Touche. As noted therein, Deloitte & Touche has been named as a defendant

in three private lawsuits related to Delphi Corporation ("Delphi"). The three suits are:

(1) a consolidated securities class action pending in the United States District Court for

the Southern District of New York, (2) a putative class action that has been consolidated

into a larger ERISA action in the United States District Court for the Eastern District of

Michigan, and (3) a shareholder's derivative suit that is pending in Michigan state court.

Deloitte & Touche considers these lawsuits to be without merit and denies the material

allegations.

        (a)    The Consolidated Securities Litigation: In re Delphi Corp. Sec. Litig., No.
               05-CV-2637 (NRB) (S.D.N.Y.)

On September 30, 2005, plaintiffs filed a Consolidated Amended Class Action

Complaint asserting Rule 10-b(5), Section 11, Section 12, Section 15 and Section 20

claims under the federal securities laws against 37 defendants. In their complaint,

plaintiffs allege that Delphi (1) improperly accounted for inventory transactions as sales

even though they were actually financing transactions, (2) improperly accounted for more

than $260 million in transactions with General Motors Corporation ("GM") by

improperly classifying and recording a $202 million payment to GM as an adjustment to

Delphi post-retirement benefit as opposed to a warranty adjustment, (3) prematurely

recognized warranty credits that it received from GM in 2001, (4) failed to recognize a

$10 million warranty obligation to GM in the first quarter of 2003, (5) improperly

accounted for $110 million in transactions with suppliers by improperly recognizing

2

rebates and credits, (6) failed to accrue for obligations and recorded adjustments in the

wrong periods, (7) did not accurately disclose the extent of its use of European credit

facilities for financing, and (8) understated its inventory balances, and inflated its

reported income, by failing to establish appropriate environmental reserves.

With respect to Deloitte & Touche, plaintiffs assert that the firm's opinions on

Delphi's financial statements for fiscal years 1999 through 2003, as incorporated in the

Form 10-K that Delphi filed annually with the SEC, "falsely stated that [Deloitte &

Touche] had conducted its audits in accordance with GAAS and that, in [Deloitte &

Touche's] opinion, Delphi's financial statements were prepared in accordance with

GAAP," that Deloitte & Touche either knowingly or recklessly disregarded the alleged

"fraudulent scheme" perpetrated by Delphi and supported by other defendants, ignored

material internal control deficiencies and "red flags" at Delphi, failed to comply with

professional standards, and "disregarded facts that indicated it had failed to obtain

sufficient competent evidential matter to afford a reasonable basis for expressing

unqualified opinions on Delphi's financial statements." Deloitte & Touche intends to file

a motion to dismiss plaintiffs' complaint as to it.

(b)    The ERISA Litigation: Folck v. Delphi Corp., No. 05-CV-71200 (E.D.
Mich.)

On March 28, 2005, a complaint was filed, purportedly on behalf of five Delphi

employee benefit plans that invested in the Delphi Common Stock Fund (the "Fund"), as

well as the individual Delphi employees who participated in those plans. The employee

benefit plans and the Fund were registered with the SEC pursuant to registration

statements on Form S-8 filed with the SEC. The suit is one of fifteen actions

3

consolidated as <u>In re Delphi ERISA Litigation</u>, No. 05-CV-70882, by Judge Borman in

the Eastern District of Michigan.  None of the other consolidated actions names Deloitte

& Touche as a defendant and Deloitte & Touche is named in the above-referenced action

only in a securities law count, not in any ERISA claim.

As to Deloitte & Touche, plaintiffs allege that (1) defendants, including Deloitte

& Touche, signed the registration statements on Form S-8, that those registration

statements expressly incorporated Delphi's future Exchange Act filings (including reports

on Forms 10-K, 10-Q, and 8-K), and that those filings contained material

misrepresentations and omissions, and (2) Delphi's financial results were misstated

because of improper accounting for transactions involving rebates, credits, or other

payments from suppliers, and off-balance-sheet financing of certain indirect materials

and inventory.  The Complaint does not specifically allege how Deloitte & Touche

purportedly participated in the allegedly improper accounting.

On June 18, 2005, during a status conference in the various ERISA actions

consolidated before Judge Borman, lead counsel for the plaintiffs stated that when a

consolidated ERISA complaint is filed, no Section 11 Securities Act claim would be

included and the consolidated complaint would not include claims for violations of the

securities laws.  Those claims excluded are the claims in which Deloitte & Touche was

named.

   (c)  <u>The State Court Derivative Action</u>: <u>Weilheimer v. Battenberg</u>, No. 2005
      068931 CK (Oakland County (Mich.) Cir. Ct.)

On September 2, 2005, the above suit was filed as a shareholder derivative action

on behalf of Delphi.  Deloitte & Touche is named as a defendant in the text of the

4

complaint, but it is not named as a defendant in either the caption or the summons.

Deloitte & Touche has not been served with a copy of the summons or complaint. The

Weilheimer complaint alleges (1) that Deloitte & Touche and the individual defendants

failed to maintain adequate accounting controls, employed improper accounting and

auditing practices and procedures, and allowed Delphi to issue misleading press releases

and public filings, with the result that Delphi has been sued, lost market share, and

suffered damage to its reputation, (2) that Delphi might be liable to other persons "by

virtue of the same facts and circumstances as are alleged herein to give rise to

defendants' liability to Delphi," with such liability arising "in whole or in part, from the

knowing, reckless, disloyal and/or bad faith acts or omissions of defendants," and (3) that

the defendants caused materially false and misleading statements to be included in the

proxy materials Delphi sent to shareholders by misrepresenting or omitting Delphi's true

financial results and business prospects.

On October 27, 2005, this Court entered an administrative order closing the case,

without prejudice, because of the commencement of Delphi's bankruptcy case.

3.       Paragraph 6(b) of the Plumb Affidavit provides information concerning

the Deloitte & Touche personnel anticipated to provide post-petition audit services to the

Debtors (the "Delphi Engagement Team"). That information is supplemented as follows:

Prior to the completion of the restatement of the financial statements of Delphi on June

30, 2005 (the "Restatement"), all of those audit partners and members of the senior audit

staff of Deloitte & Touche who had worked on the audit or review of the material

accounting entries that were being considered for restatement had rotated off of the

5

Delphi Engagement Team. As a result, during the process of the Restatement, I became

the new lead client service partner and lead audit partner and Robert Steiner assumed the

role of concurring partner. Two partners on the audit team who participated in the

process of the Restatement, Jeff Aughton and Mark Crowley, remained from the prior

audit team. They were not previously involved in the audit work on the material

transactions at issue in the Restatement.

4.      Paragraph 6(b) of the Plumb Affidavit provides disclosure regarding

Deloitte & Touche's connections to GM. That information is supplemented as follows:

GM is a long-standing client of Deloitte & Touche and its affiliates. A predecessor to

Deloitte & Touche began providing services to GM prior to World War II. Currently,

Deloitte & Touche and/or its affiliates provide (i) audit and audit-related services, (ii) tax

compliance, tax planning and tax advice services (including preparation of tax returns,

assistance with tax audits and appeals, and tax advice related to mergers and acquisitions)

and (iii) services related to project management, process improvements and assistance

with information technology systems projects not associated with financial statements.

With respect to Deloitte & Touche's last fiscal year, the revenues from these services

represent less than 1% of the combined net revenues of Deloitte & Touche and its

affiliates. Similarly, with respect to Deloitte & Touche's last fiscal year, the revenues

from the services provided to the Debtors by Deloitte & Touche and its affiliates

represent less than 1% of the combined net revenues of Deloitte & Touche and its

affiliates.

6

Dated: December 27, 2005

By: _Brock E. Plumb_
Brock E. Plumb

7

<u>EXHIBIT B</u>

DELLINGER DECLARATION

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
:
In re:                                         :        **Chapter 11**
:                 **Case No. 05-44481 (RDD)**
DELPHI CORP., et al.,                          :
:
Debtors.                              :        **Jointly Administered**
:
:
:
---------------------------------------------------------x

DECLARATION OF ROBERT DELLINGER IN SUPPORT OF APPLICATION FOR
ORDER UNDER 11 U.S.C. §§ 327(a), 328(a), AND 1107(b) AUTHORIZING EMPLOYMENT
AND RETENTION OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITORS AND
ACCOUNTANTS TO DEBTORS, EFFECTIVE *NUNC PRO TUNC* TO OCTOBER 8, 2005

        Robert Dellinger hereby declares under penalty of perjury, pursuant to 28 U.S.C.

§ 1746, as follows:

        1.        I am the Chief Financial Officer of Delphi Corporation ("Delphi," and together

with certain of its subsidiaries and affiliates, debtors and debtors in possession in the

above-captioned cases, the "Debtors"), which has an office located at 5725 Delphi Drive, Troy,

Michigan.  I submit this declaration (this "Declaration") based upon inquiries made by me or on

my behalf in support of the Application For Order Under 11 U.S.C. §§ 327(a), 328(a) And

§ 1107(b) Authorizing Employment And Retention Of Deloitte & Touche LLP As Independent

Auditors And Accountants To Debtors, Effective *Nunc Pro Tunc* To October 8, 2005 (the

"Retention Application").  The Debtors seek to retain and employ Deloitte & Touche as their

independent auditors and accountants so that Deloitte & Touche can continue to provide auditing

and accounting services as described herein and consistent with the terms and conditions of the

engagement letters attached as Exhibits A and B to the Retention Application and incorporated

herein by reference.  Except as otherwise indicated, I have personal knowledge of the matters set

forth herein and, if called as a witness, would testify competently thereto.

1

2.      To my knowledge based on reasonable inquiry, the Debtors would suffer

significant negative ramifications should the retention of Deloitte & Touche not be allowed in

these chapter 11 cases.

### Significant Time Delays

3.      If the Debtors are not permitted to retain Deloitte & Touche to complete their

2005 audit, there would be considerable time delays in publishing Delphi's 2005 financial

statements, which in turn would cause significant problems for Delphi's business operations.

Delphi would be obliged to retain another independent auditor to audit the company's 2005

consolidated financial statements.  Although I believe that Delphi would be able to identify

another independent auditing firm willing to perform Delphi's audit, there is uncertainty as to

when such an audit could be performed and how long it would take.  Delphi is a global business

enterprise with 2004 revenues of approximately $28 billion, operating in every major

industrialized country in the world.  As a result, Deloitte & Touche conducts its global auditing

of Delphi on a continuous, year-round basis, involving a large number of personnel in several

countries.  If the Debtors were forced to suspend this ongoing audit and hire a new auditor to

begin a 2005 audit, I do not believe any assurances would be given by the new auditing firm as

to when they would be able to complete a 2005 audit.

4.      A large international corporation like Delphi normally would change auditors at

or near the beginning of its fiscal year.  Specifically, the timing on an auditor transition is

typically in the first quarter, and it is very difficult, if not impossible, to change audit firms late

in the year.  To bring in a new audit firm in December would result in the firm operating under

an extremely compressed time period in which it would be impossible to complete an audit

within the time frame required for Securities & Exchange Commission ("SEC") reporting.  An

audit firm starts its work in the first quarter and continues through the second, third, and fourth, with a large focus on the year-end audit.  In respect of Deloitte & Touche specifically, the firm has been working with Delphi for 10-11 months, and all of that time and effort is part of the 2005 audit.

5.        Because it is the end of 2005, I believe it would take another auditing firm months to understand the scope and nature of Delphi's global operations and then months thereafter to conduct detailed audit testing.  An attempt to bring another firm up to speed in this way would take at least six months and would be extremely disruptive.  Afterwards, the auditing firm would then need time to consolidate the results of its global audit work and reach a conclusion as to Delphi's consolidated financial statements.  Realistically, the only time to undergo a successful auditor transition is at the beginning of the fiscal year.

6.        In addition, it would be particularly difficult in Delphi's case to clear the independence requirements with any of the other large accounting firms because Delphi has used those firms to do other things such as tax work.  The Debtors believe that only one of the "big four" accounting firms would have the global capabilities to audit a company the size and scope of Delphi; therefore, the three possible candidates would be KPMG, E&Y, or PricewaterhouseCoopers.  Each of these firms has performed work for Delphi during 2005 and would likely not be qualified as independent auditors for that year under applicable regulations.

7.        Accordingly, I believe that if forced to hire new auditors, Delphi would not be in a position to publish audited 2005 consolidated financial statements before the second half of 2006.  A lack of audited financial statements would cause many of the company's key constituencies, including banks, customers, suppliers, labor unions, and state and local

3

governments to lose confidence in the Debtors and take actions to reduce their business exposure to the Debtors.

8.      Furthermore, Delphi is required under the rules and regulations of the SEC to file audited financial statements within 75 days after the end of its fiscal year, subject to an extension of 15 days upon application to the SEC.  Delphi's debtor in possession financing facility approved by this Court, the 5-Year Third Amended and Restated Credit Agreement among Delphi Corporation, as Borrower, the Several Lenders from Time to Time Parties Thereto, and JPMorgan Chase Bank, N.A., as Administrative Agent (the "DIP Facility"), requires that Delphi deliver audited financial statements to the administrative agent no later than the 90-day period allowed by the SEC.[1]  Without Deloitte & Touche to complete the 2005 audit, I do not believe that Delphi would be able to comply with this requirement.  As a result, the Debtors would be in violation of the terms of their debtor in possession financing and may face a liquidity crisis.  This situation would be disastrous for Delphi as it would, among other things, lose its access to cost-efficient financing.

**Diversion of Management Attention Away From Business and Reorganization**

9.      Another consequence of not retaining Deloitte & Touche and having to hire new auditors is that those new auditors would not be familiar with the business of the company, the financial processes, the internal controls, or the individuals responsible for recording transactions.  Thus, the Delphi financial management team would be obligated to divert significant support and time to new auditors that otherwise would be spent operating the business and formulating a business plan for the reorganization of the Debtors.

---

[1]      Section 6.1(a) of the DIP Facility provides that Delphi must deliver audited financial statements to the administrative agent within 110 days after the end of its fiscal year or such shorter term as required by the SEC.

4

**Significant Additional Cost**

10.     Engaging an auditor other than Deloitte & Touche would result in Delphi

incurring millions of dollars of additional cost.  Prepetition, Delphi has already paid Deloitte &

Touche a significant portion of the 2005 audit fee.  Delphi need only pay to Deloitte & Touche

the incremental costs and expenses associated with finishing the 2005 audit (i.e., October 2005

through completion).  The cost of retaining new auditors would involve essentially paying those

amounts already paid to Deloitte & Touche a second time, in addition to the incremental cost to

complete the 2005 audit.  Roughly $15 to $20 million is budgeted to be paid to Deloitte &

Touche for the 2005 audit, with two-thirds or three-quarters of that amount having already been

paid prepetition.  Accordingly, it would be exorbitantly expensive to have to pay a new

accounting and auditing firm to do the work already done by Deloitte & Touche and already paid

for by Delphi.  Due to Deloitte & Touche's prior work with and knowledge of the Debtors, it

would be economically efficient to continue to retain the accounting firm to perform the 2005

audit.

**Internal Changes at Deloitte & Touche Remove Risk**

11.     Prior to the issuance of its audit report for the year ended December 31, 2004 and

the re-issuance of its reports of restated financial statements as of December 31, 2003 and 2002,

Deloitte & Touche replaced senior members of its audit team.  These personnel changes are

discussed in more detail in the Supplemental Affidavit of Brock E. Plumb.  As a result, I believe

that no current members of the audit team were involved in the audit of those past transactions

which were included within the scope of the audit committee's investigation and Delphi's

restatement of its financial statements.

**2006 Audit**

12.      Finally, on December 7, 2005, after reviewing proposals from four accounting firms, including Deloitte & Touche, the audit committee of the Delphi Board of Directors selected Ernst & Young LLP to serve as independent public accountants, effective January 1, 2006, for the fiscal year ended December 31, 2006.  The Board of Directors concurred with the audit committee's selection.  This change, while it will require a certain amount of management time and attention, will occur in the ordinary course of business at the start of the fiscal year.  Accordingly, it will not affect the timeliness of the Debtors' filings or require the concentrated efforts of management at year-end when the Debtors' financial statements are due.  Thus, the Debtors seek to retain Deloitte & Touche to finish their audit of the fiscal year ended December 31, 2005 and not beyond.

13.      I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Troy, Michigan
          January 3, 2005

                    By:   /s/ Robert J. Dellinger
                          Robert J. Dellinger

<u>EXHIBIT C</u>

SABELLA LETTER



Grant & Eisenhofer P.A.

Jay W. Eisenhofer
Stuart M. Grant
Megan D. McIntyre
Geoffrey C. Jarvis
Sidney S. Liebesman
John C. Kairis
Michael J. Barry
James J. Sabella*
David E. Sollinger**
Stephen G. Grygiel†
Diane T. Zilka

Chase Manhattan Centre
1201 North Market Street
Wilmington, DE 19801
Tel: 302-622-7000 • Fax: 302-622-7100

45 Rockefeller Center, 15th Floor
630 Fifth Avenue
New York, NY 10111
Tel: 646-722-8500 • Fax: 646-722-8501

www.gelaw.com

Direct Dial: 646-722-8520
Email: jsabella@gelaw.com

Jill Agro
Jeff A. Almeida
Nouman A. Amjed
Peter B. Andrews
James R. Banko
Jacqueline Bryks*
Cynthia A. Calder
P. Bradford deLeeuw
Lydia Ferrarese
Benjamin J. Hinerfeld
Gregg S. Levin
Christine Mackintosh*
James P. McEvilly, III

Sharan Nirmul
Russell D. Paul
Catherine Pratsinakis
Brian M. Rostocki
Lauren E. Wagner
Marc D. Weinberg
Kimberly L. Wierzel
Michelle T. Wirtner

Admitted in NJ & PA Only
Admitted in MA & DC Only
Admitted in ME & MA Only
Admitted in NY Only
Admitted in MD, NY & DC Only
Admitted in NY & Italy Only
Admitted in PA Only

December 15, 2005

Via Facsimile Transmission
and First Class Mail

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
David E. Springer, Esq.
Matthew J. Micheli, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Stuart J. Baskin, Esq.
Brian H. Polovoy, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069

Re: **Discovery Request Relating to Lead Plaintiffs' Objection to Debtors' Application for Order Under 11 U.S.C. §§ 327(A), 328(A) And 1107(B) Authorizing Employment And Retention, Nunc Pro Tunc to October 8, 2005, of Deloitte & Touche LLP As Independent Auditors and Accountants To Debtors ("Lead Plaintiff's Deloitte Objection")**

Dear Counsel:

We represent the Teachers' Retirement System of Oklahoma, the Public Employees' Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H. and Stichting Pensioenfonds ABP (collectively, "Lead Plaintiffs"), the Court appointed Lead

John Wm. Butler, Jr. Esq. *et al.*
December 15, 2005
Page 2

Plaintiffs in the consolidated securities class action entitled *In re Delphi Corp. Securities Litigation*, Master File No. 1:05-CV-2637 (NRB)(SDNY).

    This confirms your agreement to make Robert J. Dellinger available for deposition on Tuesday, December 20, 2005 from 1pm to 5pm at the offices of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York in connection with the Objection.[1]  In anticipation of Mr. Dellinger's deposition and in connection with the Objection, we request that you produce the following documents and answer the following interrogatories by no later than noon on Monday, December 19, 2005:[2]

1.  Please identify each witness that you intend to call at the hearing in support of the Deloitte Application and a summary of each such witness's expected testimony;

2.  Please identify the following persons:

    (a) Deloitte professional personnel who worked on Deloitte's pre-petition Delphi engagements;

    (b) Deloitte professional personnel who it is anticipated will work on Deloitte's engagements for the Debtor;

3.  Please produce the following documents:

    (a) All documents relied on by Delphi's Audit Committee in reaching its conclusions, as reported in the Form 8-K filed with the SEC on or about March 4, 2005 ("March 4, 2005 8-K") that the Company "did not have effective controls related to the administration and accounting for contracts" and that it "does not have adequate controls to identify and analyze the terms and conditions, both written and unwritten, of new contracts;"

    (b) All documents relied on by the Company in reaching its conclusion, as reported in the March 4, 2005 Form 8-K that "the audited financial statements

---

[1] The term "Objection" means Lead Plaintiffs' Objection to Debtors' Application for Order Under 11 U.S.C. §§ 327(A), 328(A) And 1107(B) Authorizing Employment And Retention, Nunc Pro Tunc to October 8, 2005, of Deloitte & Touche LLP As Independent Auditors and Accountants To Debtors.

[2] For purposes of Debtors' response to this letter, the Uniform Definitions in Discovery Requests set forth in Civil Rule 26.3 of the Local Rules of the United States District Courts for the Southern District of New York, incorporated by reference in Rule 7026-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "Local Rules") shall apply to this request for information and documents. Further, the requirements of Rules 7033-1 and 7034-1 of the Local Rules are incorporated herein. The term "Delphi" or the "Company" shall refer to Delphi Corporation. The term "Deloitte" shall refer to Deloitte & Touche LLP. Reference to the "Deloitte Application" means the Application for an Order Under 11 U.S.C. §§ 327(A), 328(A) And 1107(B) Authorizing Employment And Retention, Nunc Pro Tunc to October 8, 2005, of Deloitte & Touche LLP As Independent Auditors and Accountants To Debtors.

John Wm. Butler, Jr. Esq. *et al*
December 15, 2005
Page 3

and related independent auditors' reports for 2001 and subsequent periods . . .
should no longer be relied upon and a restatement will be required;"

(c) All documents relied upon by the Company in reaching the conclusion
expressed in the Company's Form 10-K for the year ended December 31,
2004, filed with the SEC on June 30, 2005 (the "Restatement"), that "Delphi
had not maintained effective internal controls over financial reporting at
December 31, 2004" and "Delphi's disclosure controls and procedures were
also ineffective;"

(d) All memoranda on internal controls, management letters and similar
documents submitted by Deloitte to the Company or its Audit Committee
from January 1, 1999 to date;

(e) All minutes of meetings of the Audit Committee from January 1, 1999 to date;

(f) All memoranda and reports submitted by Deloitte to the Audit Committee
from January 1, 1999 to date;

(g) All memoranda and reports submitted by Deloitte to the Company relating to
problems encountered during any of Deloitte's audits of the Company's
financial statements;

(h) All documents relied on by the Company in preparing the Restatement
including all documents supporting the following statements set forth in the
Restatement:

 i. Delphi did not recognize certain liabilities or appropriately defer
recognition of payments and credits that were received in conjunction
with agreements for future information technology services. In
addition, the investigation identified other rebate transactions
occurring between 1999 and 2004 in which the payments and credits
received by Delphi from suppliers were tied to agreements for the
provision of future services or products, and for which Delphi
recognized the payment or credit when received rather than as the
services were performed or products were purchased. In addition, in
certain of these transactions, credits were accrued without sufficient
certainty of the collectibility of the amount recorded. The impact of
these adjustments on originally reported retained earnings at December
31, 2001 and on 2002 and 2003 pre-tax income is $(86) million, $15
million and $8 million, respectively;

 ii. Delphi improperly deferred recognition of approximately $22 million
of payments made for system implementation services in 2002. These
payments should have been recorded as expense when services were
rendered, rather than deferred and recorded as an expense in later
periods;

John Wm. Butler, Jr. Esq. *et al.*
December 15, 2005
Page 4

iii.  In 1999 and 2000, Delphi improperly recorded asset dispositions, in a
series of transactions, amounting to approximately $145 million of
indirect materials to an indirect material management company.
Delphi recorded pre-tax income of approximately $60 million in 1999
and an additional $16 million in 2000 from the transactions. The
transactions should not have been accounted for as asset dispositions
but rather as financing transactions, principally because Delphi had an
obligation to repurchase such materials. The gain recognized at the
time of sale and subsequent expense recognized in periods when
materials were repurchased has been eliminated. The pre-tax operating
income effect primarily reflects earlier recognition of valuation
allowances related to this material resulting in a decrease in retained
earnings at December 31, 2001 of $50 million and a reduction of $45
million in the pre-tax loss for 2003. The cash flow effect of accounting
for these transactions as financings is to reclassify approximately $138
million and $33 million of cash flow from operations to cash flow
from financing activities in 1999 and 2000, respectively. In 2002 and
2003, Delphi repurchased certain indirect materials from the indirect
material management company, recording a portion of the material
repurchased as assets and writing-off the remainder;

iv.  In 2000 and 2001, Delphi entered into several transactions, in each
case improperly recording the transaction as a disposal of inventory to
a third party and repurchasing the same inventories in subsequent
periods. Each of these transactions should have been accounted for as
a financing transaction, not a disposal. Specifically, in the fourth
quarter of 2000, Delphi entered into transactions, one for
approximately $70 million, a second to a different third party for
approximately $200 million, and a third, also with a different third
party, for approximately $7 million. In the first transaction, Delphi
recorded a disposal of inventory at book value; in the second, which
involved precious metals, Delphi recorded a disposal of inventory at a
gain of approximately $6 million, and in the third, Delphi recorded a
disposal of inventory of a gain of approximately $1 million. In the first
and fourth quarters of 2001, Delphi disposed of $10 million and $9
million, respectively of inventory at book value.  Recording the fourth
quarter transactions as inventory disposals resulted in the recognition
of LIFO inventory gains that increased pre-tax income for the year
ended December 31, 2000 by approximately $100 million. Finally, in
the case of the $70 million transaction in 2000 and each of the
transactions in 2001, Delphi recorded an account receivable for the
purchase price, and then allowed the third party to settle the account
receivable using cash received through financing arranged by Delphi.
As a result, Delphi received no increased cash flow in the quarter the
inventory was sold. Because Delphi changed its accounting for
inventories from the LIFO method to the first-in-first-out method

John Wm. Butler, Jr. Esq. *et al*
December 15, 2005
Page 5

(FIFO) in 2003, and generally accepted accounting principles required the restatement of its historical financial statements to give retroactive effect to the accounting change, the transactions' impact on LIFO reserves had been previously eliminated. Accordingly, the impact of these transactions on originally reported pre-tax income was to reduce 2000 pre-tax income by approximately $7 million and increase 2001 pre-tax income by approximately $6 million. The cash flow statement impact on originally reported results is to reclassify approximately $200 million included in 2000 cash flow from operations to cash provided by financing activities and to conversely increase 2001 cash flow from operations and cash used for financing activities each by approximately $200 million;

v.  Delphi improperly accounted for $202 million in cash payments made to its former parent in calendar year 2000 as a pension settlement agreement. The payment should have been accounted for as a settlement of warranty claims and should have been expensed or charged against the warranty accrual in 2000 rather than reflected as an adjustment to post retirement obligations and amortized over future periods. Furthermore, with respect to $85 million in credits received in 2001 from its former parent, Delphi determined that $30 million of such credits were improperly recorded as a reduction to expense in 2001 and 2002. The credits should have been recognized as a reduction to warranty obligations when utilized. The net effect of these changes is to reduce 2001 pre-tax income by $30 million, reduce 2002 pre-tax income by $20 million and increase 2003 pre-tax income by $20 million. In addition, in conjunction with a separate agreement, Delphi should have recognized a $10 million warranty obligation to its former parent in the first quarter of 2003. This adjustment has the effect of reducing 2003 pre-tax earnings by $10 million. The income impact of the warranty settlement adjustments is partially offset by the reversal of a portion of pension expense being recognized in conjunction with the original accounting treatment, $7 million, $0 and $18 million in 2001, 2002 and 2003 respectively;

vi.  Delphi identified obligations that were not properly accrued for at the end of an accounting period. Delphi also identified other accounting adjustments that were not recorded in the proper period. These out of period adjustments were not material to the financial statements as originally reported; however, as part of the restatement, are being recognized in the period in which the underlying transaction occurred. The impact of these adjustments on originally reported pre-tax income for 2002 and 2003 is $(14) million and $(34) million, respectively;

John Wm. Butler, Jr. Esq. *et al.*
December 15, 2005
Page 6

(i) All documents supporting any additional adjustments to the financial statements that were included in the Restatement, not specifically identified in question 2(i) above;

(j) All internal accounting papers reviewed by or provided to Deloitte relating to the transactions that are the subject of the Restatement;

(k) All documents evidencing any compensation paid to Deloitte or affiliate of Deloitte, including Deloitte FAS, Deloitte Consulting, or Deloitte Tax, for fiscal year ended December 31, 2004 for audit and/or non-audit related services;

(l) All engagement letters relating to the retention of Deloitte or affiliates of Deloitte, including Deloitte FAS, Deloitte Consulting, or Deloitte Tax, for audit or non-audit related services;

(m) Any and all documents evidencing Deloitte's consideration during the period covered by the Restatement of the following "red flags" of potential accounting misfeasance:

   i. Management compensation incentives specifically tied to the Company' financial metrics and huge annual bonuses for achieving these measures of success;

   ii. Delphi's adoption of an "aggressive inventory management" program in 2000 and other cost-cutting initiatives;

   iii. Delphi's management's display and/or communication of an appropriate attitude regarding internal controls and the financial reporting process;

   iv. The competency and/or qualifications of Delphi's accounting, information technology, or internal auditing staff;

   v. Large transactions not in the ordinary course of business, such as Delphi's inventory and asset disposal transactions with Setech, BBK and Bank One;

   vi. Delphi's accounting for transactions with GM, including the accounting for pension benefits and warranty obligations;

(n) All documents concerning Deloitte's retention to design and implement SAP or any other financial information system in 1999 and 2000;

(o) All documents reflecting Deloitte's review of the Company's financial reporting systems in connection with its development and/or design of a financial reporting system for the Company in 1999 and 2000;

John Wm. Butler, Jr. Esq. *et al.*
December 15, 2005
Page 7

    (p) All documents constituting the Company's assessment of Deloitte's performance of its audit and/or non-audit related services pre-petition including all communications by the Audit Committee to management concerning any assessment of Deloitte's performance;

    (q) All documents relating to any inquiry or investigation conducted by the Company into the transactions that were restated in the Restatement;

    (r) All documents constituting communications between the Company and Deloitte relating to the Restatement;

    (s) All documents reflecting any measures taken by Deloitte to modify its audit plan in response to the Restatement; and

    (t) All documents evidencing any discussions between Deloitte and the Company prior to and following the filing of the Company's Chapter 11 petition, relating to the retention of Deloitte for any post-petition services.

4.  All documents relating to the Company's decision not to engage Deloitte for the audit of the Company's financial statements for the year ending December 31, 2006;

5.  All documents relating to the Company's decision to hire Ernst & Young LLP as its outside auditor for year ending December 31, 2006.

    In addition, as you agreed in today's meet and confer in connection with the Objection, we look forward to your informing us on Monday whether you have authority to accept trial subpoenas for the members of Delphi's audit committee, including the following individuals:  Robert H. Brust, Oscar De Paula Bernardes Neto, Cynthia A. Niekamp, John D. Opie, and Thomas H. Wyman.

                Sincerely,

                James. G. Sabella

cc:   Michael Etkin. Esq. (Via Facsimile)
       Brad Beckworth, Esq. (Via Facsimile)
       Michael Yarnoff, Esq. (Via Facsimile)
       John P. Coffey, Esq. (Via Facsimile)

# EXHIBIT K

Delphi Corporation
Responses Special Parties

| Company | Notice Name | Address 1 | Address 2 | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Lowenstein Sandler PC | Ira Levee | 1251 Avenue of the Americas | 18th Fl | New York | NY | 10020 |
| Lowenstein Sandler PC | Michael Etkin | 1251 Avenue of the Americas | 18th Fl | New York | NY | 10020 |
| Nix Patterson & Roach LLP | Bradley E Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 |
| Bernstein Litowitz Berger & Grossmann LLP | John P Coffey | 220 St Paul St | | Westfield | NJ | 7090 |
| Bernstein Litowitz Berger & Grossmann LLP | John P Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 |
| Grant Eisenhower PA | Stuart Grant | 1201 N Market St | Suite 2100 | Wilmington | DE | 19801 |
| Grant Eisenhower PA | Jay W Eisenhofer | 1201 N Market St | Suite 2100 | Wilmington | DE | 19801 |
| Schiffrin & Barroway LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 |
| Grant Eisenhower PA | Geoffry C Jarvis | 1201 N Market St | Suite 2100 | Wilmington | DE | 19801 |
| Schiffrin & Barroway LLP | Sean M Handler | 280 King of Prussia Road | | Radnor | PA | 19087 |