UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re**<br><br>**Delphi Corporation, et al.,**<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

## VERIFIED STATEMENT OF MASUDA, FUNAI, EIFERT & MITCHELL, LTD. PURSUANT TO RULE 2019 OF FEDERAL RULES OF BANKRUPTCY PROCEDURE

Masuda, Funai, Eifert & Mitchell, Ltd. ("Masuda, Funai") submits this verified statement pursuant to the Rule 2019 of the Federal Rules of Bankruptcy Procedure, and states as follows:

1. Masuda, Funai currently represents the following creditors and parties in interest (the "Clients") with respect to the above-captioned jointly administered bankruptcy cases:

| **Party-In-Interest** | **Nature of Interest** |
|---|---|
| NDK America, Inc.<br>701 Crystal Parkway<br>Belvidere, IL 61008 | Trade Creditor |
| Foster Electric USA, Inc.<br>Suite G<br>1000 East State Parkway<br>Schaumburg, IL 60173 | Trade Creditor |
| Taiho Kogyo Co., Ltd.<br>c/o Taiho Corporation of America<br>194 Heritage Dr.<br>Tiffin, OH 44883 | Trade Creditor |
| Samtech Corporation<br>Bldg. U, 6700 S. 36Th Street<br>Mc Allen, TX 78503 | Trade Creditor |
| SL Tennessee, LLC<br>312 Frank Diggs Drive<br>Clinton, TN 37716 | Trade Creditor |

| | |
|---|---|
| Water Gremlin Company<br>1610 Whitaker Ave.<br>White Bear Lake, MN 55110 | Trade Creditor |
| Kokusai, Inc.<br>8102 Woodland Drive<br>Indianapolis, IN 46278 | Trade Creditor |
| J.S.T. Corporation<br>1957 South Lakeside Drive<br>Waukegan, IL 60085 | Trade Creditor |
| Hosiden America Corporation<br>120 East State Parkway<br>Schaumburg, IL 60173 | Trade Creditor |
| American Aikoku Alpha, Inc.<br>520 Lake Cook Road<br>Suite 180<br>Deerfield, IL 60015 | Trade Creditor |
| Nichicon (America) Corporation<br>927 East State Parkway<br>Schaumburg, IL 60173 | Trade Creditor |

2.   All of the Clients are suppliers of automotive parts, equipment, and/or services to one or more of the Debtors. Each Client's prepetition claim was incurred within several months prior to the date of the bankruptcy petition, and additionally, some of the Clients have or may have post-petition claims, which specific amounts are not known to Masuda, Funai at this time.

3.   Masuda, Funai is representing each of the Clients separately and individually; the Clients have not formed and do not constitute a committee of any kind.

4.   Masuda, Funai has no representation agreements with the Clients. Masuda, Funai represents each of the Clients on an ongoing basis in various matters.

5.   Masuda, Funai has no claims against or holds any equity interests in the Debtors.

6.  Masuda, Funai reserves the right to supplement or amend this Verified Statement as appropriate.

### Verification

I hereby certify that, based on inquiry, the foregoing facts and statements are true and correct, to the best of my knowledge, information, and belief.

Dated: December 19, 2005

MASUDA, FUNAI, EIFERT & MITCHELL, LTD.

By: *[signature]*
Gary Vist
admitted *pro hac vice*
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
Telephone: (312) 245-7500
Facsimile: (312) 245-7467

N:\SYS29\GDS\Delphi\Lit\Delphi- (Gary Vist) Verified Statement to Rule 2019(MFEM) DOC

3