UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
In re:                                      :    Chapter 11
                                            :
  DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                            :
                      Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


ORDER EXTENDING DEADLINE FOR DEBTORS TO SUBMIT
STATEMENTS OF RECLAMATION UNDER FED. R. BANKR. P. 9006(b)

("RECLAMATION DEADLINE EXTENSION ORDER")

Upon the motion, dated December 23, 2005, (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under Rule 9006(b) of the Federal Rules of Bankruptcy Procedure extending the deadline for the Debtors to submit statements of reclamation; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

    1.     The Motion is GRANTED.

    2.     Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, the time by which the Debtors are required to submit Statements of Reclamation as set forth in

paragraph 2(b)(i) of the Amended Final Order shall be extended to and including February 21, 2006.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      January 6, 2006

         /s/ Robert D. Drain
     UNITED STATES BANKRUPTCY JUDGE