UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :
In re:                                        :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
                        Debtors.              :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER UNDER 11 U.S.C. § 1121(d) EXTENDING
DEBTORS' EXCLUSIVE PERIODS WITHIN WHICH TO FILE
AND SOLICIT ACCEPTANCES OF PLAN OF REORGANIZATION

("1121(d) EXCLUSIVITY EXTENSION ORDER")

Upon the motion, dated December 16, 2005 (the "Motion"), of Delphi

Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under section

1121(d) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 - 1330, as amended,

extending the Debtors' exclusive periods within which to file and solicit acceptances of a plan of

reorganization (collectively, the "Exclusive Periods"); and upon the record of the hearing held on

the Motion; and this Court having determined that the relief requested in the Motion is in the best

interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it

appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.       The Motion is GRANTED as provided herein.

2.      The Exclusive Periods for filing and soliciting acceptances of a plan of

reorganization are extended until August 5, 2006 and October 4, 2006, respectively.

3.      Entry of this Order is without prejudice to (i) the Debtors' right to seek

such additional and further extensions of the Exclusive Periods as may be necessary or

appropriate or (ii) any party-in-interest's right to seek to reduce or terminate the Exclusive

Periods for cause in accordance with 11 U.S.C. § 1121(d).

4.      This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

5.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated:  New York, New York
        January 6, 2006


_____/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE