UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                    :
In re:                                              :
                                                    :    Chapter 11
DELPHI CORPORATION, *et al.*,                       :    Case No. 05-44481 (RDD)
                                                    :
                    Debtors.                        :    Jointly Administered
                                                    :
------------------------------------------------------------------x

**CONSENT ORDER WITHDRAWING ORDER TO SHOW
CAUSE ISSUED AGAINST AMR INDUSTRIES INC.**

This Court having entered an Order to Show Cause dated December 15, 2005 (the "Show Cause Order"), upon the motion of Delphi Corporation, *et al.* (the "Debtors"), directing AMR Industries Inc. (the "Supplier") to show cause at a hearing to be held on January 5, 2006 why the Supplier should not be held in violation of the automatic stay provisions of 11 U.S.C. § 362 for willfully threatening to withhold essential goods from the Debtors under one or more contracts between the Debtors and Supplier absent payment on account of pre-petition goods sold by Supplier to the Debtors, and Supplier and the Debtors having settled the issues raised by the Show Cause Order, and the parties having agreed, *inter alia,* that Supplier shall: (i) return to the Debtors, on or before January 13, 2006, $2,168.58 (the "Returned Amount") of the $6,636.48 that the Debtors wired to Supplier on November 17, 2005, which wire transfer included payment on post-petition obligations and, by mistake, a $2,168.58 payment on

pre-petition obligations owed to Supplier also and (ii) be granted an allowed unsecured claim in the Debtors' bankruptcy cases in the amount of the Returned Amount (the "Agreement");  it is hereby

**ORDERED**, that this matter is settled in accordance with, and pursuant to the terms of, the parties' Agreement as set forth herein; and it is further

**ORDERED**, that the Show Cause Order be, and it hereby is, withdrawn.

Dated:   New York, New York
         January 6, 2006                        /s/ Robert D. Drain
                                                United States Bankruptcy Judge

Consent to the foregoing:

January 3, 2006                         January 3, 2006

DELPHI CORPORATION, *et al.*            AMR INDUSTRIES INC.
By their attorneys,                     By its attorneys,
TOGUT, SEGAL & SEGAL LLP                EPSTEIN BECKER & GREEN, P.C.
By:                                     By:


    /s/ Neil Berger                     /s/ Phillip M. Gassel by DBT
NEIL BERGER (NB-3599)                   with permission
A Member of the Firm                    PHILIP M. GASSEL (PG-6740)
One Penn Plaza                          DAVID B. TATGE  (a member of the
New York, New York 10119                District of Columbia bar)
(212) 594-5000                          1227 25th Street, NW, Suite 700
                                        Washington, DC 20037-1156
                                        (202) 861-0900