UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :
    In re                              :    Chapter 11
                                         :
DELPHI CORPORATION, et al.,              :    Case No. 05-44481 (RDD)
                                         :
                      Debtors.       :    (Jointly Administered)
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER TO EXTEND TIME PERIOD WITHIN WHICH
DEBTORS MAY REMOVE ACTIONS UNDER 28 U.S.C. § 1452
AND FED. R. BANKR. P. 9006 AND 9027

("REMOVAL DEADLINE EXTENSION ORDER")

Upon the motion, dated December 16, 2005, (the "Motion"), of Delphi Corporation and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order (the "Order") under 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9006 and 9027 extending the period within which the Debtors may remove actions; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

    ORDERED, ADJUDGED, AND DECREED THAT:

        1.    The Motion is GRANTED as provided herein.

        2.    Pursuant to Bankruptcy Rule 9006(b), the period within which the Debtors may seek to remove civil actions pending on the date of the commencement of their chapter 11

cases, pursuant to 28 U.S.C. § 1452 and Fed. R. Bankr. P. 9027(a)(2), is enlarged and extended to and including the later to occur of (a) April 6, 2006 or (b) 30 days after entry of an order terminating the automatic stay with respect to the particular action sought to be removed.

3. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

4. The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
       January 6, 2006

                              _____/s/ Robert D. Drain_____
                              UNITED STATES BANKRUPTCY JUDGE