David B. Levant, WSBA 20528
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 624-0900
Fax:  (206) 386-7500
dblevant@stoel.com
Attorneys for ENTEK International LLC

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Debtors | ) | |

I hereby certify that I served the foregoing **MOTION OF ENTEK**

**INTERNATIONAL LLC (i) TO ALLOW RECOUPMENT AND/OR (ii) FOR RELIEF**

**FROM THE AUTOMATIC STAY TO ALLOW SETOFF; MOTION FOR**

**ADMISSION TO PRACTICE, *PRO HAC VICE*; NOTICE OF MOTION OF ENTEK**

**INTERNATIONAL LLC (i) TO ALLOW RECOUPMENT AND/OR (ii) FOR RELIEF**

**FROM THE AUTOMATIC STAY TO ALLOW SET OFF** on the following named

person(s) on the date indicated below by


☐   mailing with postage prepaid

☐   hand delivery

☐   facsimile transmission

☐   overnight delivery

☐   email

☒   notice of electronic filing using the Cm/ECF system

on December 28, 2005 to said person(s):


Page 1   -   CERTIFICATE OF SERVICE

David B. Aaronson
david.aaronson@dbr.com

Elizabeth Abdelmasieh
eabdelmaaasieh@nmmlaw.com

Franklin C. Adams
jadams@bbklaw.com

Jason R. Adams
jadams@torys.com

Jennifer L. Adamy
bankruptcy@goodwin.com

Stephen M. Bales
sbales@zieglermetzger.com

C. David Bargamian
dbargamian@bsdd.com

William J. Barrett
william.barrett@bfkpn.com

David S. Barritt
barritt@chapman.com

Donald F. Baty
dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Ronald Scott Beacher
rbeacher@pitneyhardin.com

W. Robinson Beard
jkirk@stites.com

Christopher Robert Belmonte
cbelmonte@ssbb.com,
pbosswick@ssbb.com

Howard S. Beltzer
Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff
lberkoff@moritthock.com

Jeffrey Bernstein
jb@carpben.com
ssolazzo@carpben.com

Monica Susan Blacker
monicablacker@akllp.com

Charles E. Boulbol
rtrack@msn.com

Wendy D. Brewer
wendy.brewer@btlaw.com
bankruptcyindy@btlaw.com

Timothy W. Brink
tbrink@lordbissell.com

James L. Bromley
maofiling@cgsh.com

Mark A. Broude
mark.broude@lw.com

Deborah M. Buell
maofiling@cgsh.com

Kevin J. Burke
kburke@cahill.com

John Wm. Butler
jbutler@skadden.com

Aaron R. Cahn
cahn@clm.com

Judy B. Calton
jcalton@honigman.com

Scott Cargill
scargill@lowenstein.com
hpetersen@lowenstein.com

D. Christopher Carson
ccarson@burr.com

Michelle Carter
mcarter@kslaw.com

Madison L. Cashman
nashvillebankruptcyfilings@stites.com

Ben T. Caughey
ben.caughey@icemiller.com

George B. Cauthen
george.cauthen@
nelsonmullins.com

Erik G. Chappell
egc@lydenlaw.com

Erik J. Charlton
echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com
richard.kremen@dlapiper.com

Tracy M. Clark
clark@steinbergshapiro.com

David D. Cleary
dcleary@mwe.com

Tiffany Strelow Cobb
tscobb@vssp.com
cdfricke@vssp.com
eplitfn@vssp.com

Susan M. Cook
smcook@lambertleser.com

Patrick M. Costello
pcostello@bbslaw.com

David N. Crapo
dcrapo@gibbonslaw.com

Michael G. Cruse
mcruse@wnj.com

Vincent D'Agostino
vdagostino@lowenstein.com

Page 2   -   CERTIFICATE OF SERVICE

Portlnd1-2215697.1 0027589-00001

Douglas R. Davis
ddavis@paulweiss.com

Jeffry A. Davis
jeffdavis@graycary.com

James J. DeCristofaro
james.decristofaro@lovells.com
karen.ostad@lovells.com

Robert Dehney
rdehney@mnat.com
gsaydah@mnat.com
cmiller@mnat.com
tdriscoll@mnat.com
dabbott@mnat.com
dbutz@mnat.com
jcincilla@mnat.com

Gerard DiConza
gdiconza@dlaw.com

Karen Dine
karen.dine@pillsburylaw.com

Stephen A. Donato
sdonato@bsk.com
kdoner@bsk.com
heddy@bsk.com

_. Ted Donovan
TDonovan@Finkgold.com
srshmulevitz@finkgold.com

Robert W. Dremluk
rdremluk@seyfarth.com
rlauter@seyfarth.com
etrybantelser@cityofchicago.org
pbaisier@seyfarth.com
shenslovizt@seyfarth.com
lravnikar@seyfarth.com

Seth A. Druker
sdruker@clarkhill.com

Robert L. Eisenbach
reisenbach@cooley.com

Judith Elkin
judith.elkin@haynesboone.com

Bruce N. Elliott
eliott@cmplaw.com

Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Alyssa Englund
aenglund@orrick.com

Richard L. Epling
richard.epling@
pillsburylaw.com
gianni.dimos@
pillsburylaw.com

Earle I. Erman
eerman@ermanteicher.com

Michael S. Etkin
metkin@lowenstein.com
mseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com
tpasuit@connellfoley.com
jbarrow@connellfoley.com

Eugene I. Farber
efarber747@aol.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell
fatell@blankrome.com
recchiuti@blankrome.com

Richard L. Ferrell
ferrell@taftlaw.com

Charles J. Filardi
cfilardi@pepehazard.com

Jonathan D. Forstot
jforstot@tpw.com
mmuller@tpw.com
lcurcio@tpw.com

Edward M. Fox
efox@klng.com

David H. Freedman
dfreedman@ermanteicher.com

Scott J. Friedman
sjfriedman@jonesday.com
?dignomirello@jonesday.com
dsciabarassi@jonesday.com
ChicagoBRR@jonesday.com

Timothy A. Fusco
fusco@millercanfield.com

Thomas M. Gaa
tgaa@bbslaw.com
clee@bbslaw.com

Page 3    -    CERTIFICATE OF SERVICE

David Garland
dgarland@mcdr-law.com

James M. Garner
jgarner@shergarner.com
jchocheles@shergarner.com

Yann Geron
nybkfilings@foxrothschild.com
ygeron@foxrothschild.com

Leo J. Gibson
lgibson@bsdd.com

Scott R. Goldberg
sgoldber@quarles.com

Scott A. Golden
sagolden@hlaw.com
khseal@hhlaw.com

Robert C. Goodrich
nashvillebankruptcyfilings@
stites.com

Robert D. Gordon
rgordon@clarkhill.com

Warren R. Graham
wrg@dmlegal.com
ak@dmlegal.com
cfs@dmlegal.com

Gary E. Green
ggreen@fagelhaber.com

Jonathan S. Green
greenj@millercanfield.com

John T. Gregg
jgregg@btlaw.com

Stephen H. Gross
sgross@hodgsonruss.com

Stephen B. Grow
sgrow@wnj.com
kfrantz@wnj.com

Peter J. Gurfein
pgurfein@akingump.com

Jonathan P. Guy
jpguy@swidlaw.com

Michael Leo Hall
mhall@burr.com

Timothy C. Hall
tch@previant.com

Alan D. Halperin
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net
eganc@halperinlaw.net
cmitchell@halperinlaw.net
jdyas@halperinlaw.net

William J. Hanlon
whanlon@seyfarth.com
bosuscourt@seyfarth.com

Cristopher M. Hansen
insolvency2@strook.com
docketing@strook.com

Jill M. Hartley
jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com

William M. Hawkins
whawkins@loeb.com

Dion W. Hayes
dhayes@mcguirewoods.com
egunn@mcguirewoods.com

William Heuer
wheuer@morganlewis.com

Jeannette Eisan Hinshaw
jhinshaw@boselaw.com
pdidandeh@boselaw.com

Robert M. Hirsh
hirsh.robert@arentfox.com

Shannon E. Hoff
shoff@burr.com

John J. Hunter
jrhunter@hunterschank.com
sharonaldrick@hunterschank.com

Michael G. Insalaco
minsalaco@zeklaw.com

Hilary Jewett
hjewett@foley.com

Roger G. Jones
rjones@bccb.com

Richard Josephson
rcjosephson@stoel.com
basargent@stoel.com

Andrew C. Kassner
andrew.kassner@dbr.com

Tracy L. Klestadt
tklestadt@klestadt.com
tklestadt@gmail.com
jross@klestadt.com

Hanan B. Kolko
hkolko@msek.com

Alan M. Koschik
akoschik@brouse.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Page 4   -   CERTIFICATE OF SERVICE

Portlnd1-2215697.1 0027589-00001

Stuart A. Krause
skrause@zeklaw.com

Elena Lazarou
elazarou@reedsmith.com
cwilliams@reedsmith.com

David E. Lemke
david.lemke@wallerlaw.com
?athy.thomas@wallerlaw.com
chris.cronk@wallerlaw.com
robert.welhoelter@
wallerlaw.com
wallerbankruptcy@
wallerlaw.com

Jill Levi
jlevi@toddlevi.com
drosenberg@toddlevi.com

Kim Martin Lewis
brandy.mcqueary@
dinslaw.com
john.persiani@dinslaw.com

John S. Mairo
jsmairo@pbnlaw.com

Nauni Manty
nmanty@riderlaw.com

Ian Markus
imarkus@tylercooper.com

Daniel P. Mazo
dpm@curtinheefner.com

Douglas J. McGill
douglas.mcgill@dbr.com

Derek F. Meek
dmeek@burr.com

Robert N. Michaelson
rmichaelson@kl.com
joyce.smith@klng.com

Duane Kumagai
dkumagai@rutterhobbs.com

David S. Lefere
davidl@bolhouselaw.com

Joseph H. Lemkin
jhlemkin@duanemorris.com
vmarchello@duanemorris.com

Jeffrey M. Levinson
jml@ml-legal.com

Eric Lopez Schnabel
schnabel@klettrooney.com

Amy Wood Malone
amalone@colwinlaw.com

Kayalyn A. Marafioti
kmarafio@skadden.com
jharring@skadden.com

Richard Gary Mason
rgmason@wlrk.com
eakleinhaus@wlrk.com

Michael K. McCrory
michael.mccrory@btlaw.com
vance.donahue@btlaw.com

Austin L. McMullen
amcmulle@bccb.com

Barbara S. Mehlsack
bmehlsack@gkllaw.com

Kathleen M. Miller
kmm@skfdelaware.com
tlc@skfdelaware.com

Darryl S. Laddin
bkrfilings@agg.com

Harris Donald Leinwand
hleinwand@aol.com

Ira M. Levee
ilevee@lowenstein.com

Kenneth M. Lewis
klweis@rosenpc.com
rpc@rosenpc.com

A. Peter Lubitz
plubitz@schiffhardin.com

Jacob A. Manheimer
kcunningham@pierceatwood.com

Dorothy H. Marinis-Riggio
dmarinis@candklaw.com

Thomas J. Matz
tmatz@skadden.com

Ralph E. McDowell
mcdowell@bodmanllp.com

Patrick E. Mears
partick.mears@btlaw.com

Richard M. Meth
msteen@pitneyhardin.com
rmmnhbankruptcy@pitneyhardin.com

Alan K. Mills
amills@btlaw.com

Page 5  -  CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| Joseph Thomas Moldovan<br>bankruptcy@<br>morrisoncohen.com<br>mdallago@morrisoncohen.com | James P. Moloy<br>jmoloy@dannpecar.com | Audrey E. Moog<br>amoog@hhlaw.com |
| Brian F. Moore<br>bmoore@mccarter.com | Eric T. Moser<br>emoser@klng.com<br>kserrao@klng.com | Alisa Mumola<br>alias@contrariancapital.com |
| Jill L. Murch<br>jmurch@foley.com<br>khall@foley.com | James P. Murphy<br>murph@berrymoorman.com | Bruce S. Nathan<br>bnathan@lowenstein.com<br>clongstreth@lowenstein.com |
| Lauren Newman<br>inewman@fagelhaber.com | Marie L. Nienhuis<br>mnienhuis@gklaw.com<br>zraiche@gklaw.com<br>mroufus@gklaw.com | Gordon Z. Novod<br>gnovod@kramerlevin.com<br>lbertko@kramerlevin.com |
| Kasey C. Nye<br>knye@quarles.com | Martin P. Ochs<br>martin@oglaw.net | Sean A. Okeefe<br>sokeefe@winthropcouchot.com |
| Ingrid S. Palermo<br>ipalermo@hselaw.com | Geoffrey J. Peters<br>gpeters@weltman.com | Anne M. Peterson<br>apeterson@phillipslytle.com |
| Lowell Peterson<br>lpeterson@msek.com | Ronald R. Peterson<br>jpeterson@jenner.com<br>anicoll@jenner.com | Ed Phillips<br>ephillips@thurman-phillips.com |
| Alex Pirogovsky<br>apirogovsky@uhlaw.com | Leslie A. Plaskon<br>leslieplaskon@paulhastings.com | David M. Posner<br>dmposner@hlaw.com<br>khseal@hhlaw.com |
| Jeffrey S. Posta<br>jposta@sternslaw.com | Constantine Pourakis<br>cp@stevenslee.com | Paul A. Rachmuth<br>prachmuth@andersonkill.com<br>bfiling@andersonkill.com |
| Dennis J. Raterink<br>raterinkd@michigan.gov | Jo Christine Reed<br>jcreed@sonnenschein.com<br>rrichards@sonnenschein.com | Steven J. Reisman<br>sreisman@cm-p.com<br>athau@cm-p.com<br>jbarucha@cm-p.com<br>webmaster@docketware.com<br>mharwood@cm-p.com |
| Kenneth A. Reynolds<br>kar@pryormandelup.com | Geoffrey A. Richards<br>grichards@kirkland.com | Marc E. Richards<br>mrichards@blankrome.com |
| Craig Philip Rieders<br>crieders@gjb-law.com<br>gisabelle@gjb-law.com<br>bamron@gjb-law.com | Sandra A. Riemer<br>sriemer@phillipsnizer.com<br>mfay@phillipsnizer.com | Matthew R. Robbins<br>mrr@previant.com |

Page 6   -   CERTIFICATE OF SERVICE

PortlInd1-2215697.1 0027589-00001

Jean R. Robertson
jrobertson@
mcdonaldhopkins.
com

Scott D. Rosen
srosen@cb-shea.com

Paul M. Rosenblatt
prosenblatt@kilpatrickstockton.com

Robert B. Rubin
brubin@burr.com

E. Todd Sable
tsable@honigman.com

Chester B. Salomon
cs@stevenslee.com

Diane W. Sanders
austin.bankruptcy@
publicans.com

Thomas P. Sarb
ecfsarbt@millerjohnson.com

William F. Savino
wsavino@damonmorey.com

Thomas J. Schank
tomschank@hunterschank.com
bfrasier@hunterschank.com

Michael L. Schein
mlschein@mintz.com
ereyes@mintz.com
skhoos@mintz.com

Charles P. Schulman
cschulman@sachnoff.com

Bryan I. Schwartz
bschwartz@lplegal.com

Mark S. Scott
mscott@riemerlaw.com

Jay Selanders
selanders@danielsandkaplan.com

Mark A. Shaiken
mshaiken@
stinsonmoheck.com
dcurran@stinsonmoheck.com
mjerde@stinsonmoheck.com
mleahy@stinsonmoheck.com
bpryor@stinsonmoheck.com

Andrea Sheehan
sheehan@txschoollaw.com
greiner@txschoollaw.com
asheel@yahoo.com
lindagreiner59@aol.com

Andrew Howard Sherman
asherman@sillscummis.com

Joseph E. Shickich
jshickich@riddellwilliams.com

Stephen J. Shimshak
sshimshak@paulweiss.com

Wallace A. Showman
was@showmanlaw.com

Robert J. Sidman
rjsidman@vssp.com
bkbowers@vssp.com
eplitfin@vssp.com
cdfricke@vssp.com

Sam O. Simmerman
sosimmerman@kwgd.com
mhelmick@kwgd.com

Thomas R. Slome
mail@srsllp.com

Mark P. Solomon
msolomon@burr.com

Brian D. Spector
bspector@selawfirm.com
kdillon@selawfirm.com

Brent C. Strickland
bstrickland@wtplaw.com

James M. Sullivan
jmsullivan@mwe.com

Robert Szwajkos
rsz@curtinheefner.com

Gordon J. Toering
gtoering@wnj.com

Sheldon S. Toll
lawtoll@comcast.net

Laura L. Torrado
ltorrado@bear.com
msussman@bear.com

Raymond J. Urbanik
rurbanik@munsch.com

Robert Usadi
rusadi@cahill.com

Shmuel Vasser
svasser@eapdlaw.com

Joseph J. Vitale
jvitale@cwsny.com

Page 7  -  CERTIFICATE OF SERVICE

Michael D. Warner
bankruptcy@
warnerstevens.com

Robert K. Weiler
rweiler@greenseifter.com
lellis@greenseifter.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Robert A. White
rwhite@murthalaw.com

W. Joe Wilson
jwilson@tylercooper.com

Jeffrey C. Wisler
jcw@cblhlaw.com

Robert D. Wolford
ecfwolfordr@mjsc.com

Stephen L. Yonaty
syonaty@hodgsonruss.com

Helen A. Zamboni
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.c
om

Peter Alan Zisser
nyc-bkcyecf@hklaw.com
bos-bankruptcy@hklaw.com

Maria DiConza
diconzam@gtlaw.com

☐ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☒ overnight delivery

☐ email

☐ notice of electronic filing using the Cm/ECF system

on December 28, 2005 to said person(s) a true copy thereof, contained in a sealed envelope,

addressed to said person(s) at his or her last-known address(es) indicated below.

Robert J. Stark
Brown Rudnick Berlack Israels
LLP
Seven Times Square
New York, NY 10036

Michelle Robson
Capital Research and Management
Company
11100 Santa Monica Blvd., 15th
Floor
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt &
Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Michael Nefkens
Electronic Data System Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West,
MD: OE16
Austin, TX 78735

Randell S. Eisenberg
FTI Consulting
3 Times Square, 11th Floor
New York, NY 10036

Page 8  -  CERTIFICATE OF SERVICE

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Groman
Honigman Miller Schwartz and
Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite 1
Los Angeles, CA 90066

Daniel R. Fisher
Law Debenture Trust of New
York
767 Third Avenue, 31st Floor
New York, NY 10017

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Avenue NW,
Suite 350
Washington, DC 20015

Joseph T. Modovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Robert B. Weiss
Honigman Miller Schwartz and
Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

William Q. Derrough
Jefferies & Company, Inc.
520 Madison Avenue, 12th Floor
New York, NY 10022

Gordon Z. Novod
Kramer Levin Naftalis &Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Avenue NW, Suite
350
Washington, DC 20015

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room
4300
New York, NY 10281

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Internal Revenue Service
Attn: Insolvency
Department, Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

Thomas F. Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Thomas Moers Mayer
Kramer Levin Natfalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Law Debenture Trust of New York
767 Third Avenue, 31st Floor
New York, NY 10017

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Melissa Knolls
Mesirow Financial
321 N Clark Street, 13th Floor
Chicago, IL 60601

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Page 9  -  CERTIFICATE OF SERVICE

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA  90071

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer
1625 Eye Street, NW
Washington, DC  20006

Jeffrey Cohen
Pension Benefit Guaranty
Corporation
1200 K Street, NW, Suite 340
Washington, DC  20005

Ralph L. Landy
Pension Benefit Guaranty
Corporation
1200 K Street, NW, Suite 340
Washington, DC  20005

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY  10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas,
Suite 2500
New York, NY  10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher &
Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden, Arps, Slate, Meagher &
Flom LLP
4 Times Square
PO Box 300
New York, NY  10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd., 10th
Floor
St. Louis, MO  63105

Nicholas Franke
Spencer Fane Britt & Browne
LLP
1 North Brentwood Blvd., 10th
Floor
St. Louis, MO  63105

Chester B. Salomon
Cosntantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY  10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY  10119

Alicia M. Leonard
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

Deirdre A. Martini
United States Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX  76102

Jeffrey L. Tanenbaum
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Martin J. Bienenstock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

Michael P. Kessler
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY  10153

Page 10  -   CERTIFICATE OF SERVICE

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DC  19890

The Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY  10004-1408

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Internal Revenue Service
Attn:  Insolvency Department
477 Michigan Avenue, Mail Stop 15
Detroit, MI  48226

☒  mailing with postage prepaid

☐  hand delivery

☐  facsimile transmission

☐  overnight delivery

☐  email

☐  notice of electronic filing using the Cm/ECF system

on December 29, 2005 to said person(s) a true copy thereof, contained in a sealed envelope,

addressed to said person(s) at his or her last-known address(es) indicated below.

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite
100
P.O. Box 6675
Radnor, PA  19087-8675

Thomas A. Ajamie
Ajamie LLP
711 Louisiana
Suite 2150
Houston, TX  77002

Alan Swiech
Akebono Corporation (North
America)
34385 Twelve Mile Road
Farminton Hills, MI  48331

Michael S. Greger
Allen Matkins Leck Gamble &
Mallory LLP
1900 Main Street
Fifth Floor
Irvine, CA  92614-7321

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY  42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI  48243

Page 11  -   CERTIFICATE OF SERVICE

Gogi Malik
Andrews Kurth LLP
1717 Main Street
Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue
26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen,
Campbell & Trytten, LLP
199 South Los Robles Avenue
Suite 600
Pasadena, CA 91101-2459

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW
Suite 2100
Atlanta, GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems
Inc.
250 Royal Oak Road
Cambridge, Ontario N3H 4R6

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
333 West Wacker Drive
Suite 2700
Chicago, IL 60606

John P. Coffey
Bernstein Litowitz Berger &
Grossman
1285 Avenue of the Americas
New York, NY 10019

Hannah E. Greenwald
Bernstein Litowitz Berger &
Grossman
1285 Avenue of the Americas
New York, NY 10019

Mark D. Debrowski
Bernstein Litowitz Berger &
Grossman
1285 Avenue of the Americas
New York, NY 10019

Eileen McNerney
Bernstein Litowitz Berger &
Grossman
1285 Avenue of the Americas
New York, NY 10019

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real
Suite 300
Palo Alto, CA 94306

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center
18th Floor
Syracuse, NY 13202

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 8096

Shawn M. Christianson
Buchalter Nemer, A Profesional
Corporation
333 Market Street
25th Floor
San Francisco, CA 94105-2126

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226-3435

Page 12 - CERTIFICATE OF SERVICE

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street
15th Floor
Pittsburgh, PA  15222-1319

Mark Lee, Janice Stanton, Bill Raine,
Seth Lax
Contrarian Capital Management,
L.L.C.
411 West Putnam Avenue
Suite 225
Greenwich, CT  6830

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard
Co. LPA
33 West First Street
Suite 600
Dayton, OH  45402

Steven M. Wachstein
Coolidge, Wall, Womsley &
Lombard Co. LPA
33 West First Street
Suite 600
Dayton, OH  45402

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard
Co. LPA
33 West First Street
Suite 600
Dayton, OH  45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

Andrew M. Thau
Curtis, Mallet-Prevost, Colt &
Mosle LLP
101 Park Avenue
New York, NY  10178-0061

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle
LLP
101 Park Avenue
New York, NY  10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI  48086

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US
LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD  21209-3600

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103-4196

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY  10801

Fred Stevens
Fox Rothschild LLP
13 East 37th Street
Suite 800
New York, NY  10016

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue
Suite 400
Atlantic City, NJ  08401-7212

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI  53593

Eric Wainer
Gazes LLC
32 Avenue of the Americas
Suite 1800
New York, NY  10013

Page 13  -   CERTIFICATE OF SERVICE

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY 10013

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street
Suite 2100
Wilmington, DE 19801

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale,
P.C.
10 S. Broadway
Suite 200
St. Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY 10591

Alan D. Halperin
Christopher J.Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue
9th Floor
New York, NY 10022

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue
Suite 400
Anaheim, CA 92806

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 7974

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 7974

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza
Suite 2000
Buffalo, NY 14203

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln
Suite 4100
Denver, CO 80203

Robert B. Weiss, Frank L. Gorman
Honigman, Miller, Schwartz and
Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Page 14 -   CERTIFICATE OF SERVICE

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Greg Bibbes
Infineon Technologies North America
Corporation
1730 North First Street
M/S 11305
San Jose, CA 95112

Jeff Gillespie
Infineon Technologies North America
Corporation
2529 Commerce Drive
Suite H
Kokomo, IN 46902

Richard Griffin
International Union of Operating
Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road
Suite 2500
Southfield, MI 48034

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co.,
LPA
65 East State Street
Suite 1800
Columbus, OH 43215

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Mark. R. Somerstein
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Thomas Kennedy
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Susan M. Jennik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Larry Magarik
Kennedy, Jennick & Murray
113 University Place
7th Floor
New York, NY 10003

Steve Kieselstein
Kieselstein Lawfirm PLLC
43 British American Boulevard
Latham, NY 12110

George B. South, III
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

Alexandra B. Feldman
King & Spalding, LLP
1185 Avenue of the Americas
New York, NY 10036

James A. Pardo, Jr.
King & Spalding, LLP
191 Peachtree Street
Suite 4900
Atlanta, GA 30303-1763

Edward D. Kutchin
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Kerry R. Northrup
Kutchin & Rufo, P.C.
155 Federal Street
17th Floor
Boston, MA 02110-1727

Mitchell A. Seider
Latham & Watkins
885 Third Avenue
New York, NY 10022

Henry P. Baer, Jr.
Latham & Watkins
885 Third Avenue
New York, NY 10022

John W. Weiss
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael J. Riela
Latham & Watkins
885 Third Avenue
New York, NY 10022

Erika Ruiz
Latham & Watkins
885 Third Avenue
New York, NY 10022

Rob Charles, Esq.
Lewis and Roca LLP
One South Church Street
Suite 700
Tucson, AZ 85701

Page 15 -   CERTIFICATE OF SERVICE

Susan M. Freeman, Esq.
Lewis and Roca LLP
40 North Central Avenue
Suite 1900
Phoenix, AZ 85004-4429

John England, Esq.
Linear Technology Corporation
1630 McCarthy Blvd.
Milpitas, CA 95035-7417

Timothy S. McFadden
Lord, Bissel & Brook
115 South LaSalle Street
Chicago, IL 60603

Kevin J. Walsh
Rocco N. Covino
Lord, Bissel & Brook LLP
885 Third Avenue
26th Floor
New York, NY 10022-4802

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 7068

Joe Landen
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard
Suite 250
Pepper Pike, OH 44124

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney &
Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Elizabeth L. Gunn
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum,
P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite
400
Riverdale Park, MD 20737-1385

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

April Burch
Miami-Dade County, FL
140 West Flagler Street
Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-
200
Detroit, MI 48202

Dennis J. Raternink
Michigan Department of Labor and
Economic Growth, Worker's
Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Department of Labor and
Economic Growth, Worker's
Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Page 16 - CERTIFICATE OF SERVICE

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD  21202

Thomas P. Sarb
Robert D. Wolford
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI  49501-0306

John E. Cipriano
Mitsubishi Electric & Electronics
USA, Inc.
500 Corporate Woods Parkway
Vernon Hills, IL  60061

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL  60532

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA  90017

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY  10178-0060

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE  19899-1347

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY  10022

Raymond J. Urbanik, Esq., Joseph
J. Wielebinski, Esq. and Davor
Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
4000 Fountain Place
1445 Ross Avenue
Dallas, RX  75202-2790

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard &
Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI  49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI  48034

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway
Suite 260
Southfield, MI  48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH  45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC  29201

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX  75638

James Imbriaco
Noma Company and General
Chemical Performance Products
LLC
90 East Halsey Road
Parsippanny, NJ  7054

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland, OH  44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA  31202

Michael M. Zizza, Legal Manager
Orbotech, Inc.
44 Manning Road
Billerica, MA  1821

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA  94105

Page 17  -   CERTIFICATE OF SERVICE

Scott L. Hazan
Otterbourg, Steindler, Houston &
Rosen, P.C.
230 Park Avenue
New York, NY  10169

Melissa A. Hager
Otterbourg, Steindler, Houston &
Rosen, P.C.
230 Park Avenue
New York, NY  10169

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton &
Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton &
Garrison
1285 Avenue of the Americas
New York, NY  10019-6064

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K. Street, N.W.
Washington, DC  20005-4026

Francis J. Lawall
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Anne Marie Aaronson
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Linda J. Casey
Pepper, Hamilton LLP
3000 Two logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799

Henry Jaffe
Pepper, Hamilton LLP
1313 Market Street
PO Box 1709
Wilmington, DE  19899-1709

Keith J. Cunningham
Pierce Atwood LLP
One Monument Square
Portland, ME  4101

Mark D. Houle
Pillsbury Winthrop Shaw Pittman
LLP
650 Town Center Drive
7th Floor
Costa Mesa, CA  92626-7122

Robin L. Spear
Pillsbury Winthrop Shaw Pittman
LLP
1540 Broadway
New York, NY  10036-4039

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman
LLP
1540 Broadway
New York, NY  10036-4039

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
P.O. Box 1997
Morristown, NJ  7960

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI  48734

A. Scott Mandelup
Pryor & Mandelup, LLP
675 Old Country Road
Westbury, NY  11590

Jason Pickering, Esq.
QAD, Inc.
10,000 Midlantic Drive
Mt. Laurel, NJ  8054

Andrew Herenstein
Quadrangle Debt Recovery
Advisors LLC
375 Park Avenue, 14th Floor
New York, NY  10152

Patrick Bartels
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY  10152

John A. Harris
Quarles & Brady Streich Lang LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

Joseph Lapinsky
Republic Engineered Products, Inc.
3770 Embassy Parkway
Akron, OH  44333

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
P.O. Box 944
Columbia, SC  29202

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
515 South Flower Street
Suite 1100
Los Angeles, CA  90071

Page 18  -   CERTIFICATE OF SERVICE

Arlene N. Gelman
Sachnoff & Weaver, Ltd
10 South Wacker Drive
40th Floor
Chicago, IL 60606

Christopher R. Belmonte
Satterlee Stephens Burke & Burke
LLP
230 Park Avenue
New York, NY 10169

Pamela A. Bosswick
Satterlee Stephens Burke & Burke
LLP
230 Park Avenue
New York, NY 10169

Howard Borin
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Max Newman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Ryan Heilman
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

Daniel Weiner
Schafer and Weiner PLLC
40950 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304

William I. Kohn
Schiff Hardin LLP
6600 Sears Tower
Chicago, IL 60066

Michael Yetnikoff
Schiff Hardin LLP
623 Fifth Avenue
28th Floor
New York, NY 10022

Michael Yarnoff
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Sean M. Handler
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA 19087

Michael L. Cook
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

James T. Bentley
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Carol Weiner Levy
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
1545 Peachtree Street, N.E.
Suite 700
Atlanta, GA 30309-2401

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein
& Hilbert, LLC
5353 Essen Lane
Suite 650
Baton Rouge, LA 70809

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein &
Hilbert, LLC
909 Poydras Street
28th Floor
New Orleans, LA 70112-1033

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
30 Rockefeller Plaza
New York, NY 10112

Jack M. Zackin
Sills, Cummis Epstein & Gross,
P.C.
30 Rockefeller Plaza
New York, NY 10112

Chaim J. Fortgang
Silver Point Capital, L.P.
Two Greenwich Plaza
1st Floor
Greenwich, CT 06830

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Page 19 -   CERTIFICATE OF SERVICE

Lloyd B. Sarakin - Chief Counsel,
Finance and Credit
Sony Electronics Inc.
1 Sony Drive
MD #1 E-4
Park Ridge, NJ  7656

John M. Baumann
Steel Technologies, Inc.
15415 Shelbyville Road
Louisville, KY  40245

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY  10022

Matthew W. Cheney
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan  100-8322

Rhett G. Cambell
Thompson & Knight
333 Clay Street
Suite 3300
Houston, TX  77002

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
30400 Telegraph Road
Suite 444
Bingham Farms, MI  48025

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
825 Washington Street
Suite 200
Oakland, CA  94607

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY  10038

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

David A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue
Suite 300
Dallas, TX  75201

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY  14604

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza
Suite 300
San Francisco, CA  94111-3492

Mark H. Shapiro
Steinberg Shapiro & Clark
24901 Northwestern Highway
Suite 611
Southfield, MI  48075

Richard H. Wyron
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC  20007

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY  10281

Daniel A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY  10022

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue
Suite 1202
New York, NY  10022

David Jury, Esq.
United Steel, Paper and Forestry,
Rubber, Manufacturing, Energy,
Allied Industrial and Service
Workers, International Union (USW),
AFL-CIO
Five Gateway Center
Suite 807
Pittsburgh, PA  15222

Page 20  -    CERTIFICATE OF SERVICE

Michael S. McElwee
Varnum, Riddering, Schmidt &
Howlett LLp
Bridgewater Place
P.O. Box 353
Grand Rapids, MI 49501-0352

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis,
PLLC
511 Union Street
Suite 2700
Nashville, TN 37219

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang
Ekvall & Strok, LLP
650 Town Center Drive
Suite 950
Costa Mesa, CA 92626

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East
#1150
Los Angeles, CA 90067

John K. Cunningham
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Margarita Mesones-Mori
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street
Suite 1900
Milwaukee, WI 53202-4894

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue
Suite 2100
Austin, TX 78701

Marc. J. Winthrop
Winthrop Couchot Professional
Corporation
660 Newport Center Drive
4th Floor
Newport Beach, CA 92660

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue
19th Floor
New York, NY 10022

Lillian H. Pinto
Womble Carlyle Sandridge & Rice,
PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27402

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

☒ mailing with postage prepaid

☐ hand delivery

☐ facsimile transmission

☐ overnight delivery

☐ email

☐ notice of electronic filing using the Cm/ECF system

on January 5, 2006 to said person(s):

Page 21 - CERTIFICATE OF SERVICE

GLENN P BERGER
JAFFE & ASHER LLP
600 THIRD AVENUE
NEW YORK NY 10016

JAMES S. CARR
KELLEY DRYE & WARREN LLP
101 PARK AVENUE
NEW YORK, NY 10178

BABETTE A. CECCOTTI
COHEN, WEISS AND SIMON
330 WEST 42ND STREET, 25TH FLOOR
NEW YORK, NY 10036

STUART F. CHENEY
LAW, WEATHERS & RICHARDSON
800 BRIDGEWATER PLACE
333 BRIDGE STREET NW
GRAND RAPIDS, MI 49504-5360

MARK G. CLAYPOOL
KNOX MCLAUGHLIN GORNALL & SENNETT
120 W 10th STREET
ERIE, PA 16501-1461

GARY H. CUNNINGHAM
KRAMER MELLEN, P.C.
PO BOX 908
BLOOMFIELD HILLS, MI 48303-0908

GARY H. CUNNINGHAM
STROBL CUNNINGHAM & SHARP
300 E LONG LAKE ROAD, SUITE 200
BLOOMFIELD HILLS, MI 48304-2374

CRAIG ALAN DAMAST
BLANK ROME LLP
405 LEXINGTON AVENUE
NEW YORK, NY 10174

CHARLES DAVIDOW
WILMER CUTLER PICKERING HALE & DOOR LLP
2445 M STREET NW
WASHINGTON, DC 20037

MICHAEL DEBBELER
GRAYDON HEAD & RITCHEY LLP
1900 FIFTH THIRD CENTER
511 WALNUT STREET
CINCINNATI, OH 45202

DOUGLAS ELLMANN
ELLMANN & ELLMANN, P.C.
308 WEST HURON
ANN ARBOR, MI 48103-4204

LARS H. FULLER
ROTHGERBER JOHNSON & LYONS LLP
ONE TABOR CENTER, SUITE 3000
1200 17TH STREET
DENVER, CO 80202-5855

IRA P. GOLDBERG
DI MONTE & LIZAK, LLC
216 WEST HIGGINS ROAD
PARK RIDGE, IL 60068-5738

DAVID M. GROGAN
SHUMAKER LOOP & KENDRICK
128 SOUTH TRYON STREET, SUITE 1800
CHARLOTTE, NC 28202

HOLLY G. GYDUS
REGEN CAPITAL
2109 BROADWAY
NEW YORK, NY 10023

LARRY D. HARVEY
LARRY D. HARVEY P.C.
5290 DTC PARKWAY, SUITE 150
ENGLEWOOD, CO 80111

JANE ANN HIMSEL
WOODEN & MCLAUGHLIN LLP
ONE INDIANA SQUARE, SUITE 2800
INDIANAPOLIS, IN 46204

THOMAS H. KEYSE
1700 LINCOLN STREET, SUITE 4000
DENVER, CO 80203

ALICIA M. LEONHARD
OFFICE OF THE UNITED STATES TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, SUITE 2100
NEW YORK, NY 10004

JILL MAZER-MARINO
SCARCELLA ROSEN & SLOME, LLP
333 EARLE OVINGTON BLVD, 9TH FLOOR
UNIONDALE, NY 11553

GENE T. MOORE
1802 15TH STREET
TUSCALOOSA, AL 35401

Page 22 -   CERTIFICATE OF SERVICE

Portlnd1-2215697.1 0027589-00001

THOMAS C. PAVLIK
NOVAK, ROBENALT, PAVLIK
SKYLIGHT OFFICE TOWER,
SUITE 270
1660 WEST SECOND STREET
CLEVELAND, OH 44113

ALAN B. POSNER
KELMAN, LORIA, PLLC
660 WOODWARD AVENUE,
SUITE 1420
DETROIT, MI 48226

BRIAN RESNICK
DAVIS POLK & WARDWELL
450 LEXINGTON AVENUE
NEW YORK, NY 10017

HAROLD RITVO
HAROLD RITVO, P.C.
ONE UNIVERSITY PLAZA
HACKENSACK, NJ 07601

PAUL RUBIN
HERRICK, FEINSTEIN LLP
TWO PARK AVENUE
NEW YORK, NY 10016

LEON R. RUSSELL
3102 OAK LAWN, SUITE 600, LB
164
DALLAS, TX 75219

TIMOTHY W. WALSH
DLA PIPER RUDNICK GRAY
CARY US LLP
1251 AVENUE OF THE
AMERICAS
NEW YORK, NY 10020-1104

ROBERT J. ROSENBERG
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022

SANDRA REIMER
666 FIFTH AVENUE
NEW YORK, NY 10103

ROBERT E. WILLYARD
LAW OFFICES OF
ROBERT E. WILLYARD
2940 EAST LA PALMA
AVENUE, SUITE A
ANAHEIM, CA 92806

DATED: January 5, 2006.

STOEL RIVES LLP

/s/ Brandy A. Sargent
David B. Levant, WSBA No. 20528
Brandy A. Sargent, OSB No. 04571
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Fax: (206) 386-7500

Attorneys for ENTEK International LLC

Page 23 -   CERTIFICATE OF SERVICE