UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
    In re                                                  :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                            Debtors.                       :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### AFFIDAVIT OF JULIA CHURCH DIERKER
### ON BEHALF OF DIERKER AND ASSOCIATES, P.C.
(Legal Ordinary Course Professional)

STATE OF MICHIGAN          )
                           ) ss:
COUNTY OF OAKLAND          )

Julia Church Dierker, being duly sworn, deposes and says:

1. I am a principal of Dierker and Associates, P.C. ("D&A") which firm maintains offices at 3331 West Big Beaver Road, Suite 109, Troy, Michigan 48084.

2. Neither I, "D&A", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "D&A" has represented and advised the Debtors in intellectual property matters with respect to a broad range of aspects of the Debtors' business.

4. The Debtors have requested, and "D&A" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the debtors have requested, and "D&A" proposes, to render the following services to the Debtors: intellectual property legal services.

5. "D&A"'s current fee arrangement is to provide an estimate and/or not-to-exceed quote on a case-by-case basis.

6. Except as set forth herein, no promises have been received by "D&A" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. "D&A" has no agreement with any entity to share with such entity any compensation received by "D&A".

8. "D&A" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "D&A" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, "D&A", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "D&A" is to be engaged.

10. The forgoing constitutes the statement of "D&A" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Julia Church Dierker
President, Dierker and Associates, P.C.

Subscribed and sworn before me
this 13 day of December, 2005

_____
Notary Public

DEBORAH E. O'LEARY
Notary Public, Oakland County, MI
My Commission Expires Jul. 29, 2006

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Affidavit of Julia Church Dierker on behalf of Dierker and Associates, P.C. was mailed, via U.S. Mail, postage prepaid, on the 13th day of December, 2005, to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Alicia M. Leonhard, Esq.
U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10044

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022

Marissa Wesley, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Dated: January 5, 2006

Heather M. Pastorino

Subscribed and sworn before me
this 5 day of January, 2006

Deborah E. O'Leary
Notary Public

DEBORAH E. O'LEARY
Notary Public, Oakland County, MI
My Commission Expires Jul. 29, 2006

Acting in Oakland County