GODFREY & KAHN
780 N. Water Street
Milwaukee, Wisconsin 53202
(414) 273-3500
Marie Nienhuis (MN-2145)

*Attorneys for Jefferson Wells International, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
In re                                                        :   Chapter 11
                                                             :
DELPHI CORPORATION, *et al.*,                                :   Case No. 05-44481 (RDD)
                                                             :
                                    Debtors.                 :   (Jointly Administered)
------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF WISCONSIN    )
                      )SS
COUNTY OF MILWAUKEE   )

    The undersigned, being first duly sworn, deposes and states that on January 6, 2006, she caused a copy of the *Affidavit of Non-Legal Ordinary Course Professional* to be mailed by overnight mail, postage prepaid, to the parties on the attached **Exhibit A**.

                                                        */s/ Mary E. Roufus*
                                                        **MARY E. ROUFUS**

Subscribed and sworn to before me
this 6th day of January, 2006.

*/s/ Tonya A. Trumm*
Tonya A. Trumm, Notary Public
Milwaukee County, State of Wisconsin
My Commission is permanent.

MW1060852_1.DOC

**Exhibit A**

Hon. Robert D. Drain
One Bowling Green
Court Room 610
New York, NY 10004-1408

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Clerk of Court
United States Bankruptcy Court
Southern District of New York
Delphi Corporation Claim Docketing Center
One Bowling Green
P.O. Box 5058
Bowling Green Station
New York, NY 10274-5058

Dolores de Elizalde
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

John W. Butler Jr.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Marlane Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

Alicia M. Leonhard
United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10044

Marissa Wesley
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022