UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

------x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MISSOURI )
                               ) ss:
COUNTY OF GREENE )

Rodney E. Loomer, being duly sworn, deposes and says:

1. I am a principal of Turner, Reid, Duncan, Loomer & Patton, P.C. ("Turner-Reid"), which firm maintains offices at 1355 E. Bradford Parkway, Suite A, Springfield, Missouri 65804.

2. Neither I, Turner-Reid, nor any partner, auditor, or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Turner-Reid has represented and advised the Debtors in the case of *Custom Energy, LLC, v. Delphi, LLC, and Hughes Machinery Company, Inc.*, in the District Court of Johnson County, Kansas, Case No. 04CV06799, with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Turner-Reid has agreed, to continue to represent and advise the Debtors pursuant to Section 327(3) of Title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Turner-Reid proposes, to render the following services to the Debtors: Legal services rendered in connection with case mentioned in No. 3 above and any other cases assigned by Debtors.

5. Turner-Reid's current fee arrangement is hourly as follows:

Rodney E. Loomer--$275 per hour
Scott Bellm--$225 per hour
Debbie Powell--$90 per hour
Cindy Whitworth--$90 per hour

6. Except as set forth herein, no promises have been received by Turner-Reid or any partner, auditor, or other member thereof as to compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Turner-Reid has no agreement with any entity to share with such entity any compensation received by Turner-Reid.

8. Turner-Reid and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Turner-Reid does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Turner-Reid, nor any partner, auditor, or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Turner-Reid is to be engaged.

10. The foregoing constitutes the statement of Turner-Reid pursuant to Sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

Further affiant sayeth not.

_____
Rodney E. Loomer

Subscribed and sworn to before me this 20th day of December, 2005.

_____
Cheri Pelletier
Notary Public

My commission expires:



CHERI PELLETIER
Greene County
My Commission Expires
June 29, 2008

2

## CERTIFICATE OF SERVICE

Cheri Pelletier, Legal Secretary, hereby certifies that on January 5, 2006, she served a copy of the Affidavit of Legal Ordinary Course Professional Rodney E. Loomer upon the following interested parties via first class mail:

Rodney E. Loomer, Esq.
Turner, Reid, Duncan, Loomer
 & Patton, P.C.
P.O. Box 4043
Springfield, MO 65808

Delphi Corporation
ATTN: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom
ATTN: John W. Butler, Jr., Esq.
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

United States Trustee
ATTN: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10044

Dated: January 5, 2006

Latham & Watkins
ATTN: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson Thacher & Bartlett, LLP
ATTN: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
ATTN: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

Cheri Pelletier, Legal Secretary
Turner, Reid, Duncan, Loomer & Patton, PC
P.O. Box 4043
Springfield, MO 65808
(417) 883-2102

Subscribed and sworn to before me
this 5th day of January, 2006:

Notary Public

SONIA MOSELEY
Notary Public - Notary Seal
State of Missouri - County of Christian
My Commission Expires Aug. 22, 2009
Commission #05503260

3