UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                                Chapter 11

DELPHI CORPORATION, et al.,                          Case No. 05-44481 (RDD)

              Debtors.            (Jointly Administered)

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF CONNECTICUT    )
                                     ) ss: at East Hartford
COUNTY OF HARTFORD      )

       Jonathan F. Reik, being duly sworn, deposes and says:

       1.     I am a principal of McGann, Bartlett & Brown, LLC, which firm maintains offices at 111 Founders Plaza, Suite 1201, East Hartford, CT 06108.

       2.     Neither I, Jonathan F. Reik, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

       3.     McGann, Bartlett & Brown, LLC has represented and advised the Debtors in workers' compensation defense files in the State of Connecticut, including Ciasullo v. Delphi and Bard v. Delphi, with respect to a broad range of aspects of the Debtors' businesses.

       4.     The Debtors have requested, and McGann, Bartlett & Brown, LLC has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and McGann, Bartlett & Brown, LLC proposes, to render the following services to the Debtors: As indicated above, defense of workers' compensation claims against the Debtors which are currently pending in the State of Connecticut and any matters that are currently dormant and have to be reopened or new files for workers' compensation claims brought in the State of Connecticut.

       5.     McGann, Bartlett & Brown, LLC's current fee arrangement is: $150.00 per hour for attorneys with 10 or more years experience; $140.00 per hour for attorneys

with 5 and up to 10 years experience; $125.00 per hour for attorneys with less than 5 years experience; $75.00 per hour for paralegals.

6. Except as set forth herein, no promises have been received by McGann, Bartlett & Brown, LLC or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. McGann, Bartlett & Brown, LLC has no agreement with any entity to share with such entity any compensation received by McGann, Bartlett & Brown, LLC.

8. McGann, Bartlett & Brown, LLC and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. McGann, Bartlett & Brown, LLC does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Jonathan F. Reik, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which McGann, Bartlett & Brown, LLC is to be engaged.

10. The foregoing constitutes the statement of Jonathan F. Reik pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Jonathan F. Reik

Subscribed and sworn before me
This 5th day of January, 2006

_____
Donna M. Wright, Notary Public
My Commission Expires 4/30/2010

## CERTIFICATE OF SERVICE

Jonathan F. Reik, Esquire, hereby certifies that on January 5, 2006, he served a copy of the Affidavit of Legal Ordinary Course Professional upon the following interested parties via first class mail:

Afaf Vicky Farah, Esq.
201 East Liberty Street
Ann Arbor, MI 48104

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson, Thacher & Bartlett, LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis, Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

Dated: January 5, 2006

_____
Jonathan F. Reik, Esq.
McGann, Bartlett & Brown, LLC
111 Founders Plaza
Suite 1201
East Hartford, CT 06108

Subscribed and sworn before me
This 5th day of January, 2006

_____
Donna M. Wright, Notary Public
My Commission Expires 4/30/2010