UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et at, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------------X

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF    MICHIGAN            )
                                                    ) ss:
COUNTY OF  OAKLAND          )

William Nole Evans, being duly sworn, deposes and says:

1. I am a principal of Evans, Pletkovic & Rhodes P.C. ("EPRPC") which firm maintains offices at 26125 Woodward Ave., Huntington Woods, MI 48070.

2. Neither I, "EPRPC", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "EPRPC", has represented and advised the Debtors in Michigan with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and "EPRPC" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. § §101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "EPRPC" proposes, to render the following services to the Debtors:

**Defense of Michigan Workers' Disability Compensation claims.**

5. "EPRPC"'s current fees arrangement is $90.00 per hour.

6. Except as set forth herein, no promises have been received by "EPRPC" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

1

7.     "EPRPC" has no agreement with any entity to share with such entity any compensation received by "EPRPC".

8.     "EPRPC" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "EPRPC" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.     Neither I, "EPRPC", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "EPRPC" is to be engaged.

10.    The foregoing constitutes the statement of "EPRPC" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SA YETH NOT

William Nole Evans

Subscribed and sworn before me
this 13th day of December, 2005

Notary Public
Sherry Wilson-Hardy
Wayne County Acting In Oakland County, Michigan
My commission expires: 1/23/12

SHERRIE. WILSON-HARDY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jan 23, 2012
ACTING IN COUNTY OF

2

# CERTIFICATE OF SERVICE

Delphine L. Evans, Legal Assistant, hereby certifies that on January 5, 2006, she served a copy of the Affidavit of Legal Ordinary Counsel Professional, Evans Pletkovic & Rhodes, P.C. upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Simpson, Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

U.S. Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044

Davis Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

Dated: January 5, 2006

Delphine L. Evans
Legal Assistant
Evans, Pletkovic & Rhodes, PC
26125 Woodward Avenue
Huntington Woods, MI 48070
(248)548-8540

Subscribed and sworn before me
This 5th day of January, 2006

Sherry Wilson-Hardy, Notary Public
Wayne County Acting In Oakland County, MI
My Commission expires: 1/23/12

SHERRY E. WILSON-HARDY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jan 23, 2012
ACTING IN COUNTY OF