UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                          )
                                               )         Case No. 05-44481
DELPHI CORPORATION, et al.,                    )         *Chapter 11*, Jointly Administered
                                               )
                                               )
Debtors                                        )
------------------------------------------------x

**NOTICE OF APPEARANCE AND DEMAND
FOR SERVICE OF PAPERS**

    **PLEASE TAKE NOTICE** that Matthew Hamilton, Esq. hereby appears as counsel of record to APS Clearing, Inc.

    **PLEASE TAKE FURTHER NOTICE** that Matthew Hamilton, Esq. hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 and §§102(1), 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), that all notices given or required to be given and all papers served in this case be given to and served on the undersigned at the address, telephone and facsimile numbers or electronic mail addresses set forth below:

APS Clearing, Inc.
1301 S. Capital of Texas Highway, Suite B-220
Austin, TX 78746
Attn: Matthew Hamilton, Esq.
Attn: Andy Leinoff
Telephone: (512) 314-4416
Facsimile: (512) 314-4462
mhamilton@amph.com
aleinoff@amph.com

    **PLEASE TAKE FURTHER NOTICE THAT** pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and the papers

referred to in the Federal Rules of Bankruptcy Procedure and Bankruptcy Code sections specified above, but also includes without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Debtor and/or its estate.

Dated: Austin, Texas
       January 5, 2006

                                   **APS CLEARING, INC.**

                                   By: _____
                                       Matthew Hamilton, Esq.
                                       Counsel for APS Clearing, Inc.

                                       1301 S. Capital of Texas Hwy
                                       Suite No. B-220
                                       Austin, Texas 78746