**GRANT & EISENHOFER, P.A.**
Sharan Nirmul, Esq.
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7038
Fax: (302) 622-7100

*Co-Lead Counsel to Lead Plaintiffs and the Prospective Class*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | |
| | Case No. 05-44481 (RDD) |
| Debtors. | |
| | (Jointly Administered) |

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sharan Nirmul, Esq. a member in good standing of the bar in the States of New York, New Jersey, Pennsylvania and Delaware, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the Lead Plaintiffs and the Prospective Class in the above-reference cases.

My address is:   Sharan Nirmul, Esq.
Grant & Eisenhofer, P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Tel: (302) 622-7038
Fax: (302) 622-7100
snirmul@gelaw.com

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: January 6, 2006

_____
Sharan Nirmul

## ORDER

**ORDERED**, that Sharan Nirmul, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January __, 2006

_____
United States Bankruptcy Judge