UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
In re                                  .    Chapter 11
                                       .
                                       .    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et. al.            .
                                       .    (Jointly Administered)
------------------------------------------------------x

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                    ) ss.
COUNTY OF WAYNE     )

LAURIE A. FULLER, being first duly sworn, deposes and says that on the 3rd day of January, 2006, via first-class regular mail, she forwarded a copy of the **AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL** and **CERTIFICATE OF SERVICE** to the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher& Flom, LLP
John Wm. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, ILL 60606

U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10044

Latham & Watkins
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

1

Simpson Thacher & Bartlett, LLP
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Ave.
New York, NY 10017

by placing said documents in an envelope properly addressed to their business addresses as shown above, and by depositing said envelope in a United States mail receptacle, in the City of Detroit, County of Wayne, and State of Michigan, with sufficient postage for regular first class mail fully prepaid thereon.

*[signature]*
LAURIE A. FULLER

Subscribed and sworn to before me
This 3rd day of January, 2006.

*[signature]*
Carol Joiner, Notary Public
Wayne County, State of Michigan
My Commission Expires: 04/22/06
Acting in Wayne County, Michigan