Jay W. Hurst (JWH-5449)
Assistant Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4861 / Fax: (512) 482-8341

ATTORNEY FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:               CHAPTER 11
:
In re:  Delphi Diesel Systems Corp.          :               Case No. 05-44481-RDD-11
:
:               (Jointly Administered)
Debtor                       :
---------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICE AND PLEADINGS**

The Comptroller of Public Accounts of the State of Texas ("Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jay W. Hurst
Assistant Attorney General
Office of the Texas Attorney General
Bankruptcy & Collections Division
P. O. Box 12548
Austin, TX 78711-2548
jay.hurst@oag.state.tx.us

The Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor, the Creditors' Committee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy

Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

BARRY R. McBEE
First Assistant Attorney General

EDWARD BURBACH
Deputy Attorney General for Litigation

RONALD R. DEL VENTO
Assistant Attorney General
Chief, Bankruptcy & Collections Division

/s/ Jay W. Hurst
JAY W. HURST (JWH-5449)
Assistant Attorney General
State Bar No. 10315520

Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
(512) 475-4861
Fax No.: (512) 482-8341
jay.hurst@oag.state.tx.us

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2005 a true copy of the foregoing was served by the method and to the following parties as indicated:

By Regular First Class Mail:

Delphi Diesel Systems Corp
5725 Delphi Drive
Troy, MI 48098-2815

By Electronic Means as listed on the Court's ECF Noticing System:

david.aaronson@dbr.com

Elizabeth Abdelmasieh
eabdelmasieh@nmmlaw.com

Franklin C. Adams
franklin.adams@bbklaw.com

Jason R. Adams
jadams@torys.com

Jennifer L. Adamy
bankruptcy@goodwin.com

Stephen M. Bales
sbales@zieglermetzger.com

C. David Bargamian
dbargamian@bsdd.com

William J. Barrett
william.barrett@bfkpn.com william.barrett@bfkpn.com

David S. Barritt
barritt@chapman.com

Donald F. Baty
dbaty@honigman.com

Douglas P. Baumstein
dbaumstein@whitecase.com

Ronald Scott Beacher
rbeacher@pitneyhardin.com

W. Robinson Beard
jkirk@stites.com

Christopher Robert Belmonte
cbelmonte@ssbb.com pbosswick@ssbb.com

Howard S. Beltzer
hbeltzer@whitecase.com Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff
lberkoff@moritthock.com

Jeffrey Bernstein
jb@carpben.com ssolazzo@carpben.com

Monica Susan Blacker
monicablacker@akllp.com

Charles E. Boulbol
rtrack@msn.com

Wendy D. Brewer
wendy.brewer@btlaw.com bankruptcyindy@btlaw.com

Allan S. Brilliant
abrilliant@goodwinprocter.com nymanagingclerk@goodwinprocter.com

Timothy W. Brink
tbrink@lordbissell.com

James L. Bromley
maofiling@cgsh.com maofiling@cgsh.com

Mark A. Broude
mark.broude@lw.com

Deborah M. Buell
maofiling@cgsh.com

Kevin J. Burke
kburke@cahill.com

John Wm. Butler
jbutler@skadden.com

Aaron R. Cahn
cahn@clm.com cahn@clm.com

Judy B. Calton
jcalton@honigman.com

Scott Cargill
scargill@lowenstein.com hpetersen@lowenstein.com

D. Christopher Carson
ccarson@burr.com

Michelle Carter
mcarter@kslaw.com

Madison L. Cashman
nashvillebankruptcyfilings@stites.com

Ben T. Caughey
ben.caughey@icemiller.com

George B. Cauthen
george.cauthen@nelsonmullins.com

Erik G. Chappell
egc@lydenlaw.com

Eric J. Charlton
echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark
maria.ruark@dlapiper.com richard.kremen@dlapiper.com

Tracy M. Clark
clark@steinbergshapiro.com

David D. Cleary
dcleary@mwe.com

Tiffany Strelow Cobb
tscobb@vssp.com cdfricke@vssp.com;eplitfin@vssp.com

Susan M. Cook
smcook@lambertleser.com

Patrick M. Costello
pcostello@bbslaw.com catherine@bbslaw.com

David N. Crapo
dcrapo@gibbonslaw.com

Michael G. Cruse
mcruse@wnj.com

Vincent D'Agostino
vdagostino@lowenstein.com

Douglas R. Davis
ddavis@paulweiss.com

Jeffry A. Davis
jeffdavis@graycary.com

James J. DeCristofaro
james.decristofaro@lovells.com karen.ostad@lovells.com

Robert Dehney
rdehney@mnat.com
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcincilla@mnat.com;wlamotte@mnat.com

Gerard DiConza
gdiconza@dlawpc.com

Maria J. DiConza
diconzam@gtlaw.com

Karen Dine
karen.dine@pillsburylaw.com

Stephen A. Donato

sdonato@bsk.com kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan
TDonovan@Finkgold.com TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk
rdremluk@seyfarth.com
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.com,lravnikar@seyfarth.com,amcausland@cityofchicago.org

Seth A. Drucker
sdrucker@clarkhill.com

Robert L. Eisenbach
reisenbach@cooley.com

Judith Elkin
judith.elkin@haynesboone.com

Bruce N. Elliott
elliott@cmplaw.com

Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Alyssa Englund
aenglund@orrick.com

Richard L. Epling
richard.epling@pillsburylaw.com gianni.dimos@pillsburylaw.com

Earle I. Erman
eerman@ermanteicher.com

Michael S. Etkin
metkin@lowenstein.com mseymour@lowenstein.com

Stephen Vincent Falanga
sfalanga@connellfoley.com tpasuit@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber
efarber747@aol.com

Robert Michael Farquhar
mfarquhar@winstead.com

Bonnie Glantz Fatell
fatell@blankrome.com recchiuti@blankrome.com

Richard L. Ferrell
Ferrell@taftlaw.com

Charles J. Filardi
cfilardi@pepehazard.com

Jonathan D. Forstot
jforstot@tpw.com mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox
efox@klng.com

David H. Freedman
dfreedman@ermanteicher.com

Scott J. Friedman
sjfriedman@jonesday.com
sdignomirello@jonesday.com;dsciabarassi@jonesday.com;ChicagoBRR@jonesday.com

Timothy A. Fusco
fusco@millercanfield.com

Thomas M. Gaa
tgaa@bbslaw.com clee@bbslaw.com

James M. Garner
jgarner@shergarner.com jchocheles@shergarner.com

Yann Geron
nybkfilings@foxrothschild.com ygeron@foxrothschild.com

Leo J. Gibson
lgibson@bsdd.com

Scott R. Goldberg
sgoldber@quarles.com

Scott A. Golden
sagolden@hhlaw.com khseal@hhlaw.com

Robert C. Goodrich
nashvillebankruptcyfilings@stites.com

Robert D. Gordon
rgordon@clarkhill.com

Warren R. Graham
wrg@dmlegal.com ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green
ggreen@fagelhaber.com

Jonathan S. Green
greenj@millercanfield.com

John T. Gregg
jgregg@btlaw.com

Stephen H. Gross
sgross@hodgsonruss.com

Stephen B. Grow
sgrow@wnj.com kfrantz@wnj.com

Peter J. Gurfein
pgurfein@akingump.com

Jonathan P. Guy
jpguy@swidlaw.com

Holly G. Gydus

Michael Leo Hall
mhall@burr.com

Timothy C. Hall
tch@previant.com

Alan D. Halperin
ahalperin@halperinlaw.net
cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

William J. Hanlon
whanlon@seyfarth.com bosuscourt@seyfarth.com

Kristopher M. Hansen
khansen@stroock.com insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley
jh@previant.com

Brian W. Harvey
bharvey@goodwinprocter.com bharvey@goodwinprocter.com

William M. Hawkins
whawkins@loeb.com

Dion W. Hayes
dhayes@mcguirewoods.com egunn@mcguirewoods.com

William Heuer
wheuer@morganlewis.com

Jeannette Eisan Hinshaw
jhinshaw@boselaw.com pdidandeh@boselaw.com

Robert M. Hirsh
hirsh.robert@arentfox.com

Shannon E. Hoff
shoff@burr.com

John J. Hunter
jrhunter@hunterschank.com sharonaldrich@hunterschank.com

Michael G. Insalaco
minsalaco@zeklaw.com

Hilary Jewett
hjewett@foley.com

Roger G. Jones
rjones@bccb.com

Richard Josephson
rcjosephson@stoel.com basargent@stoel.com

Andrew C. Kassner
andrew.kassner@dbr.com

Tracy L. Klestadt
tklestadt@klestadt.com tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko
hkolko@msek.com

Alan M. Koschik
akoschik@brouse.com

Lawrence J. Kotler
ljkotler@duanemorris.com

Stuart A. Krause
skrause@zeklaw.com

Duane Kumagai
dkumagai@rutterhobbs.com

Darryl S. Laddin
bkrfilings@agg.com

Elena Lazarou
elazarou@reedsmith.com elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere
davidl@bolhouselaw.com

Harris Donald Leinwand
hleinwand@aol.com hleinwand@aol.com

David E. Lemke
david.lemke@wallerlaw.com
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Joseph H. Lemkin
jhlemkin@duanemorris.com vmarchello@duanemorris.com

Ira M. Levee

ilevee@lowenstein.com

Jill Levi
jlevi@toddlevi.com drosenberg@toddlevi.com

Jeffrey M. Levinson
jml@ml-legal.com

Kenneth M. Lewis
klewis@rosenpc.com rpc@rosenpc.com

Kim Martin Lewis
brandy.mcqueary@dinslaw.com john.persiani@dinslaw.com

Eric Lopez Schnabel
schnabel@klettrooney.com

A. Peter Lubitz
plubitz@schiffhardin.com

John S. Mairo
jsmairo@pbnlaw.com

Amy Wood Malone
amalone@colwinlaw.com

Jacob A. Manheimer
jmanheimer@pierceatwood.com kcunningham@pierceatwood.com

Nauni Manty
nmanty@riderlaw.com

Kayalyn A. Marafioti
kmarafio@skadden.com jharring@skadden.com

Dorothy H. Marinis-Riggio
demarinis@candklaw.com

Ilan Markus
imarkus@tylercooper.com

Richard Gary Mason
rgmason@wlrk.com rgmason@wlrk.com;eakleinhaus@wlrk.com;rcstrauss@wlrk.com

Thomas J. Matz
tmatz@skadden.com

Daniel P. Mazo
dpm@curtinheefner.com

Michael K. McCrory
michael.mccrory@btlaw.com vance.donahue@btlaw.com

Ralph E. McDowell
rmcdowell@bodmanllp.com

Douglas J. McGill
douglas.mcgill@dbr.com

Austin L. McMullen
amcmulle@bccb.com

Patrick E. Mears
patrick.mears@btlaw.com

Derek F. Meek
dmeek@burr.com

Barbara S Mehlsack
bmehlsack@gkllaw.com

Richard M. Meth
msteen@pitneyhardin.com rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson
rmichaelson@kl.com joyce.smith@klng.com

Kathleen M. Miller
kmm@skfdelaware.com tlc@skfdelaware.com

Alan K. Mills
amills@btlaw.com

Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com mdallago@morrisoncohen.com

James P. Moloy
jmoloy@dannpecar.com

Audrey E. Moog
amoog@hhlaw.com

Brian F. Moore
bmoore@mccarter.com

Eric T. Moser
emoser@klng.com kserrao@klng.com

Alisa Mumola
alisa@contrariancapital.com

Jill L. Murch
jmurch@foley.com khall@foley.com

James P. Murphy
murph@berrymoorman.com

Bruce S. Nathan
bnathan@lowenstein.com clongstreth@lowenstein.com

Lauren Newman

inewman@fagelhaber.com

Marie L. Nienhuis
mnienhuis@gklaw.com zraiche@gklaw.com;mroufus@gklaw.com Gordon Z. Novod
gnovod@kramerlevin.com lbertko@kramerlevin.com

Kasey C. Nye
knye@quarles.com

Martin P. Ochs
martin@oglaw.net

Sean A. Okeefe
sokeefe@winthropcouchot.com

Ingrid S. Palermo
ipalermo@hselaw.com

Richard J. Parks
rparks@mijb.com mtcraig@mijb.com;ksiegel@mijb.com

Geoffrey J. Peters
gpeters@weltman.com

Anne M. Peterson
apeterson@phillipslytle.com

Lowell Peterson
lpeterson@msek.com

Ronald R. Peterson
rpeterson@jenner.com anicoll@jenner.com

Ed Phillips
ephillips@thurman-phillips.com

Alex Pirogovsky
apirogovsky@uhlaw.com

Leslie A. Plaskon
leslieplaskon@paulhastings.com

David M. Posner
dmposner@hhlaw.com dmposner@hhlaw.com;khseal@hhlaw.com

Jeffrey S. Posta
jposta@sternslaw.com

Constantine Pourakis
cp@stevenslee.com

Paul A. Rachmuth
prachmuth@andersonkill.com bfiling@andersonkill.com

Dennis Jay Raterink
raterinkd@michigan.gov

Jo Christine Reed
jcreed@sonnenschein.com rrichards@sonnenschein.com

Steven J. Reisman
sreisman@cm-p.com athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com

Kenneth A. Reynolds
kar@pryormandelup.com

Geoffrey A. Richards
grichards@kirkland.com

Marc E. Richards
mrichards@blankrome.com

Craig Philip Rieders
crieders@gjb-law.com;gisabelle@gjb-law.com gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer
sriemer@phillipsnizer.com mfay@phillipsnizer.com

Matthew R. Robbins
mrr@previant.com

Jean R. Robertson
jrobertson@mcdonaldhopkins.com

Scott D. Rosen
srosen@cb-shea.com

Paul M. Rosenblatt
prosenblatt@kilpatrickstockton.com

Robert B. Rubin
brubin@burr.com

E. Todd Sable
tsable@honigman.com

Chester B. Salomon
cs@stevenslee.com

Diane W. Sanders
austin.bankruptcy@publicans.com

Thomas P. Sarb
ecfsarbt@millerjohnson.com

William F. Savino
wsavino@damonmorey.com

Thomas J. Schank
tomschank@hunterschank.com bfrasier@hunterschank.com

Michael L. Schein
mlschein@mintz.com ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman
cschulman@sachnoff.com

Bryan I. Schwartz
bschwartz@lplegal.com

Mark S. Scott
mscott@riemerlaw.com

Jay Selanders
selanders@danielsandkaplan.com

Mark A. Shaiken
mshaiken@stinsonmoheck.com
dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsonmoheck.com;dcross@stinsonmoheck.com;dclark@stinsonmoheck.com;smecham@stinsonmoheck.com;aheppner@stinsonmoheck.com;jhoss@stinsonmoheck.com;atrain;edudley@stinsonmohec

Andrea Sheehan
sheehan@txschoollaw.com
greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman
asherman@sillscummis.com asherman@sillscummis.com

Joseph E. Shickich
jshickich@riddellwilliams.com

Stephen J. Shimshak
sshimshak@paulweiss.com sshimshak@paulweiss.com

Wallace A. Showman
was@showmanlaw.com

Robert J. Sidman
rjsidman@vssp.com bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman
sosimmerman@kwgd.com mhelmick@kwgd.com

Thomas R. Slome
mail@srsllp.com

Marc P. Solomon
msolomon@burr.com

Brian D. Spector
bspector@selawfirm.com kdillon@selawfirm.com

Brent C. Strickland
bstrickland@wtplaw.com

James M. Sullivan
jmsullivan@mwe.com

Robert Szwajkos
rsz@curtinheefner.com

Jeffrey L. Tanenbaum
jeff.tanenbaum@weil.com
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnett@intlsteel.com;kathleen.lee@weil.com;samuel.cavior@weil.com

Gordon J. Toering
gtoering@wnj.com

Sheldon S. Toll
lawtoll@comcast.net

Laura L. Torrado
ltorrado@bear.com msussman@bear.com

Raymond J. Urbanik
rurbanik@munsch.com

Robert Usadi
rusadi@cahill.com

Shmuel Vasser
svasser@eapdlaw.com

Joseph J. Vitale
jvitale@cwsny.com

Michael D. Warner
bankruptcy@warnerstevens.com

Robert K. Weiler
rweiler@greenseifter.com lellis@greenseifter.com

Elizabeth Weller
dallas.bankruptcy@publicans.com

Robert A White
rwhite@murthalaw.com

W. Joe Wilson
jwilson@tylercooper.com

Jeffrey C. Wisler

jcw@cblhlaw.com

Robert D. Wolford
ecfwolfordr@mjsc.com

Stephen L. Yonaty
syonaty@hodgsonruss.com

Helen A. Zamboni
hzamboni@underbergkessler.com

Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.com

Peter Alan Zisser
nyc-bkcyecf@hklaw.com;bos-bankruptcy@hklaw.com

          /s/Jay W. Hurst
          JAY W. HURST