|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT ) | |
| SOUTHERN DISTRICT OF NEW YORK ) | |
| ) | |
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF Virginia            )
                             ) ss:
COUNTY OF Fairfax            )

I, Kevin P. Weldon, being duly sworn, deposes and says:

1. I am both a patent attorney and patent searcher operating as an independent sole practitioner/proprietor maintaining an office at 5935 Westchester Street, Alexandria, Virginia.

2. I, Kevin P. Weldon, insofar as I have been able to ascertain, do not have any connection with the above-caption debtors and debtors-in-possession(the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Kevin P. Weldon has advised the Debtors concerning technology and patent law matters.

4. The Debtors have requested and Kevin P. Weldon has agreed, to continue to advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. $$101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

5. Kevin P. Weldon's current fee schedule is shown below, Debtor has and may request Kevin P. Weldon to perform these listed services from time to time:

| | |
|---|---|
| Patentability (novelty) Search | $250.00-$500.00 |
| Right-to-Use (clearance) Search | $1200.00-$3000.00 |
| Patent Validity Search | $1000.00-$2000.00 |
| Collection of Art (technology) | $250.00-$500.00 |
| Trademark Searches | $125.00-450.00 |

6. Except as set forth herein, no promises have been received by Kevin P. Weldon as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local rules, orders of this Court, and Fee guidelines promulgated by the Executive Office of the United States Trustee.

7. Kevin P. Weldon has no agreement with any entity to share with such entity any compensation received by Kevin P. Weldon.

8. Kevin P. Weldon may have in the past represented, currently represent and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Kevin P. Weldon does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. I, Kevin P. Weldon, insofar as I have been able to ascertain, do not hold or represent any interest adverse to the Debtors, or their estates in the matters which I, Kevin P. Weldon, am to be engaged.

10. The foregoing constitutes the statement of Kevin P. Weldon pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Kevin P. Weldon

Subscribed and sworn before me
This 27 day of December, 2005

_____
Notary Public
Exp. 10-31-2009