GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
(212) 813-8800
Allan S. Brilliant (AB 8455)
Craig P. Druehl (CD 2657)

Attorneys for UGS Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x
In re:                        :   Chapter 11
                              :
DELPHI CORPORATION, et al.,   :   Case No. 05-44481 (RDD)
                              :
         Debtors.             :   (Jointly Administered)
                              :
------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  SS.:
COUNTY OF NEW YORK   )

   ANNA V. FRONEBERGER, being duly sworn, deposes and says:

   I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Goodwin Procter LLP, counsel for, among others, UGS Corp.

   On the 4th of January, 2006, except as otherwise set forth in the applicable exhibits, I caused a copy of the following documents:

   NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND
   PAPERS

   FIRST AMENDED VERIFIED STATEMENT PURSUANT TO
   BANKRUPTCY RULE 2019 OF GOODWIN PROCTER LLP

to be served upon the parties identified on Exhibit A attached hereto by securely enclosing a true copy of the aforementioned documents in a properly addressed wrapper and causing the same to be served upon the parties identified on Exhibit

B attached hereto via electronic mail. I caused the same to be served upon the parties identified on Exhibit C via facsimile.

*Anna V. Froneberger*
Anna V. Froneberger

SWORN TO AND SUBSCRIBED before me this
11th day of January, 2006.

Alexis D. Fernandez
Notary Public, State of New York
No. 01FE6061328
Commission Expires July 16, 2007

ALEXIS D. FERNANDEZ
Notary Public, State of New York
No. 01FE6061328
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 16, 2007

**Exhibit A**

| COMPANY | CONTACT | ADDRESS 1 | ADDRESS 2 | CITY | ST. | ZIP |
|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 |
| Frank D. Jones | | 158 New York Circle Cr. | | Whitesburg | KY | 41858-9122 |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 |

4

| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 |
|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 |

5

| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 |
|---|---|---|---|---|---|---|
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706 |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 |
| White & Case LLP | John K. Cunningham | 1155 Avenue of the Americas | | New York | NY | 10036-2787 |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

8

**Exhibit B**

rstark@brownrudnick.com
mlfr@capgroup.com
sreisman@cm-p.com
donald.bernstein@dpw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
mike.nefkens@eds.com
terryzale@flextronics.com
trey.chambers@freescale.com
randall.eisenberg@fticonsulting.com
lhassel@groom.com
sgross@hodgsonruss.com
fgorman@honigman.com
rweiss@honigman.com
hreichardiuecwa@aol.com
bderrough@jefferies.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com
vilma.francis@jpmorgan.com
gnovod@kramerlevin.com
tmayer@kramerlevin.com
jle@kccllc.com
robert.rosenberg@lw.com
patrick.healy@lawdeb.com
daniel.fisher@lawdeb.com
dcleary@mwe.com
mkhambati@mwe.com
bmctigue@mctiguelaw.com
conh@mctiguelaw.com
mknoll@mesirowfinancial.com
jmoldovan@morrisoncohen.com
newyork@sec.gov
rsiegel@omm.com
tjerman@omm.com
garrick.sandra@pbgc.gov
efile@pbgc.gov
landy.ralph@pbgc.gov
sriemer@phillipsnizer.com
david.resnick@us.rothschild.com
rdremluk@seyfarth.com
dbartner@shearman.com
jfrizzley@shearman.com

9

kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com
kmarafio@skadden.com
tmatz@skadden.com
ddoyle@spencerfane.com
nfranke@spencerfane.com
cp@stevenslee.com
cs@stevenslee.com
altogut@teamtogut.com
deirdre.martini@usdoj.gov
martin.bienenstock@weil.com
michael.kessler@weil.com
scimalore@wilmingtontrust.com
david.boyle@airgas.com
wshowman@ajamie.com
tajamie@ajamie.com
pgurfein@akingump.com
mgreger@allenmatkins.com
mblacker@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
Cohen.Mitchell@arentfox.com
Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com
william.barrett@bfkpn.com
kim.robinson@bfkpn.com
john.gregg@btlaw.com
wendy.brewer@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
alan.mills@btlaw.com
sean@blbglaw.com
hannah@blbglaw.com
markd@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
fatell@blankrome.com

mrichards@blankrome.com
rmcdowell@bodmanllp.com
davidl@bolhouselaw.com
sdonato@bsk.com
chill@bsk.com
csullivan@bsk.com
jhinshaw@boselaw.com
rjones@bccb.com
amcmullen@bccb.com
dludman@brownconnery.com
schristianson@buchalter.com
mhall@burr.com
jonathan.greenberg@engelhard.com
rusadi@cahill.com
cahn@clm.com
sdrucker@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
jvitale@cwsny.com
srosen@cb-shea.com
Elliott@cmplaw.com
jwisler@cblh.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
Pretekin@coollaw.com
wachstein@coollaw.com
derrien@coollaw.com
rsz@curtinheefner.com
dpm@curtinheefner.com
athau@cm-p.com
sreisman@cm-p.com
dkarp@cm-p.com
krk4@daimlerchrysler.com
wsavino@damonmorey.com
selanders@danielsandkaplan.com
carol_sowa@denso-diam.com
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
david.aaronson@dbr.com
dmdelphi@duanemorris.com

wmsimkulak@duanemorris.com
ayala.hassell@eds.com
eerman@ermanteicher.com
dfreedman@ermanteicher.com
ggreen@fagelhaber.com
lnewman@fagelhaber.com
tdonovan@finkgold.com
jmurch@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
office@gazesllc.com
ian@gazesllc.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
jeisenhofer@gelaw.com
gjarvis@ggelaw.com
snirmul@gelaw.com
jh@previant.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
ckm@greensfelder.com
jpb@greensfelder.com
herb.reiner@guarantygroup.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
prubin@herrick.com
anne.kennelly@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
glen.dumont@hp.com
echarlton@hiscockbarclay.com
cstorie@hodgsonruss.com
sgross@hodgsonruss.com
sagolden@hhlaw.com
ecdolan@hhlaw.com
amoog@hhlaw.com
elizabeth.flaagan@hro.com
rweiss@honigman.com
fgorman@honigman.com
dbaty@honigman.com
tomschank@hunterschank.com
jrhunter@hunterschank.com

mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com
rpeterson@jenner.com
sjfriedman@jonesday.com
john.sieger@kattenlaw.com
kcookson@keglerbrown.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
tkennedy@kjmlabor.com
sjennik@kjmlabor.com
lmagarik@kjmlabor.com
sk@kieselaw.com
gsouth@kslaw.com
afeldman@kslaw.com
mcarter@kslaw.com
jpardo@kslaw.com
grichards@kirkland.com
efox@klng.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
smcook@lambertleser.com
mitchell.seider@lw.com
mark.broude@lw.com
henry.baer@lw.com
john.weiss@lw.com
michael.riela@lw.com
erika.ruiz@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
whawkins@loeb.com
metkin@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
bnathan@lowenstein.com
jml@ml-legal.com

lmc@ml-legal.com
jmsullivan@mwe.com
sselbst@mwe.com
jrobertson@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
lpeterson@msek.com
hkolko@msek.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
fusco@millercanfield.com
greenj@millercanfield.com
mlschein@mintz.com
john.cipriano@meus.mea.com
Jeff.Ott@molex.com
resterkin@morganlewis.com
wheuer@morganlewis.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
lberkoff@moritthock.com
rdehney@mnat.com
mbusenkell@mnat.com
jmoldovan@morrisoncohen.com
mdallago@morrisoncohen.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
Knathan@nathanneuman.com
sbrennan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
michaelz@orbotech.com
aenglund@orrick.com
fholden@orrick.com
shazan@oshr.com
mhager@oshr.com
sshimshak@paulweiss.com
cweidler@paulweiss.com

14

ddavis@paulweiss.com
emccolm@paulweiss.com
landy.ralph@pbgc.gov
cfilardi@pepehazard.com
lawallf@pepperlaw.com
aaronsona@pepperlaw.com
caseyl@pepperlaw.com
jaffeh@pepperlaw.com
sriemer@phillipsnizer.com
jmanheimer@pierceatwood.com
mark.houle@pillsburylaw.com
karen.dine@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
margot.erlich@pillsburylaw.com
rbeacher@pitneyhardin.com
rmeth@pitneyhardin.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
asm@pryormandelup.com
kar@pryormandelup.com
jkp@qad.com
andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
sgoldber@quarles.com
knye@quarles.com
elazarou@reedsmith.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
mscott@riemerlaw.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
wkohn@schiffhardin.com
myetnikoff@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
michael.cook@srz.com
james.bentley@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com

whanlon@seyfarth.com
lawtoll@comcast.net
rthibeaux@shergarner.com
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
cfortgang@silverpointcapital.com
cfox@stblaw.com
cfox@stblaw.com
bellis-monro@sgrlaw.com
kmiller@skfdelaware.com
lloyd.sarakin@am.sony.com
rgoldi@sotablaw.com
pabutler@ssd.com
emarcks@ssd.com
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com
cs@stevenslee.com
cp@stevenslee.com
mshaiken@stinsonmoheck.com
robert.goodrich@stites.com
madison.cashman@stites.com
wbeard@stites.com
khansen@stroock.com
jminias@stroock.com
jpguy@swidlaw.com
rhwyron@swidlaw.com
mwcheney@swidlaw.com
rfrankel@swidlaw.com
ferrell@taftlaw.com
jforstot@tpw.com
lcurcio@tpw.com
niizeki.tetsuhiro@furukawa.co.jp
dlowenthal@thelenreid.com
dlowenthal@thelenreid.com
rhett.campbell@tklaw.com
john.brannon@tklaw.com
ephillips@thurman-phillips.com
jlevi@toddlevi.com
bmcdonough@teamtogut.com
jwilson@tylercooper.com
hzamboni@underbergkessler.com
djury@steelworkers-usw.org

msmcelwee@varnumlaw.com
rjsidman@vssp.com
RGMason@wlrk.com
EAKleinhaus@wlrk.com
david.lemke@wallerlaw.com
robert.welhoelter@wallerlaw.com
gtoering@wnj.com
mcruse@wnj.com
bankruptcy@warnerstevens.com
lekvall@wgllp.com
aordubegian@weineisen.com
gpeters@weltman.com
mmesonesmori@whitecase.com
barnold@whdlaw.com
bspears@winstead.com
mfarquhar@winstead.com
mwinthrop@winthropcouchot.com
sokeefe@winthropcouchot.com
oiglesias@wlross.com
lpinto@wcsr.com
skrause@zeklaw.com
pjanovsky@zeklaw.com

**Exhibit C**

| COMPANY | CONTACT | FAX |
|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 866-609-0888 |
| Ambrake Corporation | Ronald L. Jones | 270-234-2395 |
| Arnall Golden Gregory LLP | Heath J. Vicente | 404-873-8683 |
| Bernstein Litowitz Berger & Grossman | Eileen McNerney | 212-554-1444 |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 212-644-5123 |
| Clark Hill PLC | Joel D. Applebaum | 313-965-8252 |
| Cohen Weiss & Simon | Bruce Simon | 212-695-5436 |
| Cornell University | Nancy H. Pagliaro | 607-254-3556 |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | 516-227-6307 |
| Flextronics International | Carrie L. Schiff | 303-652-4716 |
| General Electric Company | Valerie Venable | 866-585-2386 |
| Harris D. Leinwand | Harris D. Leinwand | 212-244-6219 |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 313-465-7549 |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 212-298-2016 |
| Internal Revenue Service | Attn: Insolvency Department | 313-628-3602 |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher | 212-270-0430 |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 617-542-3001 |

05-44481-rdd    Doc 1793    Filed 01/11/06    Entered 01/11/06 13:39:32    Main Document
Pg 19 of 20

| | | |
|---|---|---|
| Lord, Bissel & Brook LLP* | Timothy S. McFadden | 312-896-6394 |
| Lord, Bissel & Brook LLP* | Timothy W. Brink | 312-443-0336 |
| Lord, Bissel & Brook LLP* | Kevin J. Walsh | 212-947-1202 |
| Lord, Bissel & Brook LLP* | Rocco N. Covino | 212-947-1202 |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 419-867-8909 |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 212-506-2500 |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 212-506-2500 |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 212-609-6921 |
| Miami-Dade County, FL | April Burch | 305-375-1142 |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | 517-373-2139 |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | 517-373-2129 |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 410-385-3700 |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 410-385-3700 |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 616-977-0529 |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 973-515-3244 |
| Office of New York State | Attorney General Eliot Spitzer | 212-416-6075 |
| Pierce Atwood LLP | Keith J. Cunningham | 207-791-1350 |
| Schulte Roth & Sabel LLP | Carol Weiner Levy | 212-593-5955 |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 212-768-6800 |

| | | |
|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | Jo Christine Reed | 212-768-6800 |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 312-876-7934 |
| Warner Stevens, L.L.P. | Michael D. Warner | 817-810-5255 |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 212-310-8007 |

\* Service effected on January 6, 2006.