**Presentment Date: January 12, 2006**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |

**NOTICE OF PRESENTMENT OF STIPULATION BETWEEN THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND
JPMORGAN CHASE BANK, N.A., AS AGENT FOR THE PRE-PETITION
SECURED LENDERS, WITH RESPECT TO AN EXTENSION OF
<u>DEADLINE ESTABLISHED PURSUANT TO FINAL DIP FINANCING ORDER</u>**

PLEASE TAKE NOTICE that the annexed "Stipulation Between the Official Committee of Unsecured Creditors and JPMorgan Chase Bank, N.A., as Agent for the Pre-Petition Secured Lenders, With Respect to an Extension of Deadline Established Pursuant to Final DIP Financing Order" (the "Stipulation") has been presented by the undersigned (via FedEx delivery) to the Honorable Robert D. Drain, United States Bankruptcy Judge, for approval on January 12, 2006.

PLEASE TAKE FURTHER NOTICE that the Stipulation is executed in connection with the "Final Order Under 11 U.S.C. §§ 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and Fed. R. Bankr. P. 2002, 4001, and 9014 (I) Authorizing Debtors to Obtain Postpetition Financing, (II) To Utilize Cash Collateral and (III) Granting Adequate Protection to Prepetition Secured Parties" (the "Final DIP Order), and that no hearing is required with respect to the Stipulation.

PLEASE TAKE FURTHER NOTICE that the terms of the Stipulation, and the extension granted therein for the benefit of the Official Committee of Unsecured Creditors, are detailed in the Stipulation.

Dated: January 11, 2006                **WARNER STEVENS, LLP**

/s/ MICHAEL D. WARNER
_____
Jeffrey A. Resler (NY Bar No. JAR5668)
Michael D. Warner (TX Bar No. 00792304)
*Admitted Pro Hac Vice*
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone: 817.810.5250
Facsimile: 817.810.5255

*Counsel For The Official Committee Of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2006, a true and correct copy of the foregoing Notice of Presentment was served upon the parties on the attached Master Service List via overnight delivery service and/or electronic mail.

/s/ MICHAEL D. WARNER
Michael D. Warner