Hearing Date: January 13, 2006 at 10:00 a.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                  :    Chapter 11
                               :
   DELPHI CORPORATION, et al., :    Case No. 05- 44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

NOTICE OF MOTION UNDER FED. R. BANKR. P. 9016 AND FED. R. CIV. P. 45 TO QUASH SUBPOENAS SERVED BY LEAD PLAINTIFFS ON JOHN SHEEHAN, LAURA MARION, DAN RENICK, AND JOHN ROTKO

PLEASE TAKE NOTICE that on January 11, 2006, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases, filed a motion under Fed. R. Bankr. P. 9016 and Fed. R. Civ. P. 45 to quash subpoenas served by Lead Plaintiffs on John Sheehan, Laura Marion, Dan Renick, and John Rotko (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on January 13, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing"), before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

Dated: New York, New York
       January 11, 2006

                        SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP

                        By: /s/ David E. Springer
                            John Wm. Butler, Jr. (JB 4711)
                            David E. Springer (DS 9331)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois 60606
                        (312) 407-0700

                              - and -

                        By: s/ Kayalyn A. Marafioti
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York 10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession