UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, ET AL., | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF CALIFORNIA     )
                        )
COUNTY OF ORANGE        )  SS:

I, Joan B. Carmack, being duly sworn, deposes and says:

1. I am a principal of Robin, Carmack & Gonia, LLP, which firm maintains offices at 14771 Plaza Drive, Suite D, Tustin, California 92807, and 131 North El Molino Avenue, Suite 200, Pasadena, California 91101.

2. Neither I, Robin, Carmack & Gonia, LLP, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Robin, Carmack & Gonia, LLP, has represented and advised the Debtors in California before the Workers' Compensation Appeals Board with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Robin, Carmack & Gonia, LLP, has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of the title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and

RECEIVED
JAN 9 2006
U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

- 1 -

Robin, Carmack & Gonia, LLP, proposes, to render the following services to the Debtors: legal services with respect to the defense of workers' compensation claims.

5. Robin, Carmack & Gonia, LLP's, current fees arrangement is $130.00 per hour billed in increments of tenths of an hour.

6. Except as set forth herein, no promises have been received by Robin, Carmack & Gonia, LLP, or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Robin, Carmack & Gonia, LLP, has no agreement with any entity to share with such entity any compensation received by Robin, Carmack & Gonia, LLP.

8. Robin, Carmack & Gonia, LLP, and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Robin, Carmack & Gonia, LLP, does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Robin, Carmack & Gonia, LLP, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Robin, Carmack & Gonia, LLP, is to be engaged.

///
///
///
///
///

10. The foregoing constitutes the statement of Robin, Carmack & Gonia, LLP, pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT,

BY: 
JOAN B. CARMACK
Robin, Carmack & Gonia, LLP
14771 Plaza Drive, Suite D
Tustin, California 92780

JBC:sa

Subscribed and sworn before me this 6th day of Jan, 2006.

_____
Notary Public

FRANK WEISE
COMM. #1342685
Notary Public-California
ORANGE COUNTY
My Comm. Exp. Feb 8, 2006

- 3 -

(PROOF OF SERVICE BY MAIL-1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF <u>ORANGE</u>

I am a resident of/employed in the aforesaid county, State of California; I am over the age of eighteen years and not a party to the within action; my business address/residence address is: **14771 Plaza Drive, Suite D, Tustin, California 92780.**

On <u>January 6, 2006</u> I served the foregoing **AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL** on all interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Tustin, California, addressed as follows:

*United States Bankruptcy Court*
*Southern District of New York*
*One Bowling Green*
*New York, NY 10004-1408*

*United States Bankruptcy Court*
*Delphi Corporation Claim Docketing Center*
*Bowling Green Station, PO Box 5058*
*New York, NY 10274-5058*

*Delphi Corporation*
*5725 Delphi Drive*
*Troy, Michigan 48098*
*Attn: General Counsel*

*Skadden, Arps, Slate, Meagher & Flom, LLP*
*333 West Wacker Drive, Suite 2100*
*Chicago, Illinois 60606*
*Attn: John Wm. Butler, Jr., Esq.*

*U.S. Trustee*
*33 Whitehall Street, Suite 2100*
*New York, New York, 10044*
*Attn: Alicia M. Leonhard, Esq.*

*Latham & Watkins*
*885 Third Avenue*
*New York, New York 10022*
*Attn: Mark A. Broude, Esq.*

*Simpson, Thacher & Bartlett, LLP*
*425 Lexington Avenue*
*New York, New York 10017*
*Attn: Marissa Wesley, Esq.*

*Davis, Polk & Wardell*
*450 Lexington Avenue*
*New York, New York 10017*
*Attn: Marlane Melican, Esq.*

I certify (or declare), under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

<u>January 6, 2006</u>
Date

Signature of Declarant
<u>SUSAN R. ALMAZAN-WERTZ</u>
Type or print full name of declarant