|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT  ) | |
| SOUTHERN DISTRICT OF NEW YORK  ) | |
| ) | |
| In re  ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION  ) | Case No. 05-44481 (RDD) |
| ) | |
| Debtors.  ) | (Jointly Administered) |
| ) | |

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF Virginia                )
                                 ) ss:
COUNTY OF Fairfax                )

I, Kevin P. Weldon, being duly sworn, deposes and says:

1. I am both a patent attorney and patent searcher operating as an independent sole practitioner/proprietor maintaining an office at 5935 Westchester Street, Alexandria, Virginia.

2. I, Kevin P. Weldon, insofar as I have been able to ascertain, do not have any connection with the above-caption debtors and debtors-in-possession(the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Kevin P. Weldon has advised the Debtors concerning technology and patent law matters.

4. The Debtors have requested and Kevin P. Weldon has agreed, to continue to advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. $$101-1330, as amended (the "Bankruptcy Code"), with respect to such matters.

5. Kevin P. Weldon's current fee schedule is shown below, Debtor has and may request Kevin P. Weldon to perform these listed services from time to time:

| | |
|---|---|
| Patentability (novelty) Search | $250.00-$500.00 |
| Right-to-Use (clearance) Search | $1200.00-$3000.00 |
| Patent Validity Search | $1000.00-$2000.00 |
| Collection of Art (technology) | $250.00-$500.00 |
| Trademark Searches | $125.00-450.00 |

6. Except as set forth herein, no promises have been received by Kevin P. Weldon as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local rules, orders of this Court, and Fee guidelines promulgated by the Executive Office of the United States Trustee.

7. Kevin P. Weldon has no agreement with any entity to share with such entity any compensation received by Kevin P. Weldon.

8. Kevin P. Weldon may have in the past represented, currently represent and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Kevin P. Weldon does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. I, Kevin P. Weldon, insofar as I have been able to ascertain, do not hold or represent any interest adverse to the Debtors, or their estates in the matters which I, Kevin P. Weldon, am to be engaged.

10. The foregoing constitutes the statement of Kevin P. Weldon pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Kevin P. Weldon

Subscribed and sworn before me
This 27 day of December, 2005

_____
Notary Public
    Exp. 10-31-2009

CERTIFICATE OF SERVICE

I hereby certify that the foregoing AFFIDAVIT OF LEGAL ORDINARY COURSE PROFFESSIONAL was served by first-class mail, postage prepaid, addressed to the following addresses on this 29th day of December 2005.

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm. Butler, Jr. Esquire
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Alicia M. Leonhard, Esq
U.S. Trustee
33 Whitehall Street
Suite 2100
New York, New York 10044

Mark A. Broude, Esquire
Creditors' Committee
Latham & Watkins
885 Third Avenue
New York, New York 10022

Marissa Wesley
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017

Marlane Melican, Esquire
Davis, Polk & Wardell
450 Lexington Avenue
New York, New York 10017

_____
Kevin P. Weldon, esquire