**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: : | Chapter 11 |
| DELPHI CORPORATION, et al., : |  |
| : | Case No. 05-44481 (RDD) |
| Debtors. : |  |
| : | (Jointly Administered) |
| : |  |

### CERTIFICATE OF SERVICE

    I, Ira M. Levee, of full age, certify that on January 12, 2006, I caused to be served via facsimile and first class mail, a copy of the Supplemental Declaration of John P. Coffey in Support of Lead Plaintiffs' Motion to Compel Discovery Related To Debtors' Motion For Order Under §§ 105 and 363 Authorizing Debtors to Implement a Key Employee Compensation Program served pursuant to 28 U.S.C. § 1746, to the parties listed on the attached service list.

    I certify under penalty of perjury that the forgoing statements are true.


Dated: January 12, 2006                                                                         /s/ Ira M. Levee
                                                                                        Ira M. Levee

                                                                                    Lowenstein Sandler PC
                                                                                    65 Livingston Avenue
                                                                                    Roseland, NJ 07068
                                                                                    973.597.2480 (Telephone)
                                                                                    973.597.2481 (Facsimile)

                                                                                    *Bankruptcy Counsel to Lead*
                                                                                    *Plaintiffs and the Prospective Class*


18692/2
01/12/2006 1836060.01

-2-

## SERVICE LIST

John W. Butler, Jr., Esq.
David Springer, Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax : (312) 407-0411
*Attorneys for the Debtor*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY  10036
Fax: 212-735-2000
*Attorneys for the Debtor*

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Fax: (212) 848-4387
*Attorneys for the Debtor*

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Fax: (212) 455-2502
*Attorneys for JP Morgan Chase Bank N.A.*

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax: (212) 450-3800
*Attorneys for JPMorgan Chase Bank, N.A.,
 as Administrative Agent*

Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : (212) 668-2255
*U.S. Trustee*

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Fax: (212) 751-4864
*Attorneys for The Official Committee Of
Unsecured Creditors*