ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone:  (212) 841-5700
Facsimile:  (212) 841-5725
Marc E. Hirschfield (MH-1537)
     and
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050
Gregory O. Kaden (GK-9610)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, <u>et al.</u> | ) | Case No. 05-44481 (RDD) |
| | ) | |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that the undersigned attorneys hereby appear as counsel for

D-J, Inc., a party in interest in the above-referenced cases, and pursuant to, *inter alia*, Fed. R.

Bankr. P. 2002, 9007 and 9010, request that all notices given or required to be given in this case

and all applications, motions, orders and other papers required to be served in this case be given

to and served upon, and, if necessary, prepared for signature by:

Gregory O. Kaden, Esq.
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
Telephone:  (617) 951-7000
Facsimile:  (617) 951-7050
gregory.kaden@ropesgray.com

Dated: New York, New York
      January 12, 2006

ROPES & GRAY LLP

/s/  Marc E. Hirschfield
Marc E. Hirschfield (MH-1537)
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone:  (212) 841-5700
Facsimile:  (212) 841-5725

Gregory O. Kaden (GK-9610)
One International Place
Boston, MA  02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Attorneys for D-J, Inc.