ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725
Marc E. Hirschfield (MH-1537)
    and
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Gregory O. Kaden (GK-9610)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Gregory O. Kaden, a member in good standing of the bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent D-J, Inc., a party in interest in the above-referenced cases.

A copy of a Certificate of Admission and Good Standing attesting to my date of admission and good standing at the Bar of the Commonwealth of Massachusetts is attached hereto as Exhibit A.

3128351.1

Ropes & Gray LLP has an office in this district at 45 Rockefeller Plaza, New York, NY 10111. My address is:

>Gregory O. Kaden
>ROPES & GRAY LLP
>One International Place
>Boston, MA 02110-2624
>Telephone: (617)951-7000
>Facsimile: (617)951-7050
>gregory.kaden@ropesgray.com

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: January 12, 2006
Boston, MA

>ROPES & GRAY LLP

>/s/ Gregory O. Kaden
>Gregory O. Kaden
>One International Place
>Boston, MA 02110-2624
>Telephone: (617)951-7000
>Facsimile: (617)951-7050

>Attorneys for D-J, Inc.

3128351.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Gregory O. Kaden, am a member in good standing of the bar in the Commonwealth of Massachusetts, and of the bar of the U.S. District Court for the District of Massachusetts, having requested admission, *pro hac vice*, to represent D-J, Inc., a party in interest in the above-referenced cases.

**ORDERED**,

that Gregory O. Kaden, Esq. is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:       January _____, 2006
             New York, New York

                                              _____
                                              United States Bankruptcy Judge

3128351.1

**EXHIBIT A**

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the fourteenth day of December A.D. 1999, said Court being the highest Court of Record in said Commonwealth:

**Gregory Owen Kaden**

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this tenth day of January in the year of our Lord Two thousand and six.

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116