ROPES & GRAY LLP
45 Rockefeller Plaza
New York, NY 10111-0087
Telephone: (212) 841-5700
Facsimile: (212) 841-5725
Marc E. Hirschfield (MH-1537)
    and
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
Gregory O. Kaden (GK-9610)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al. | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtor. | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

    Jennifer Gonzalez hereby declares, pursuant to 28 U.S.C. § 1746, and under penalties of perjury, the following:

    1. I am employed by the law firm of Ropes & Gray LLP.

    2. I am over 18 years of age, and reside in Boston, Massachusetts. I am not a party to this action.

    3. On January 12, 2006, I caused true and correct copies of the Notice of Appearance and Request for Service of Papers and Motion for Admission to Practice, *pro hac vice* to be served via first-class mail to the parties listed on Exhibit A hereto.

    4. I declare that under the penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2006

_____
Jennifer Gonzalez

Sworn to and subscribed before
me this 12 day of January, 2006.

_____
Notary Public

My Commission Expires:_____

THOMAS T. TUTTLE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 17, 2011

**Exhibit A**

Debtor

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Attorneys for Debtor

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

John Wm. Butler, Jr.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Thomas J. Matz
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

United States Trustee

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

Attorneys for United States Trustee

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

Claims and Noticing Agent

Kurtzman Carson Consultants LLC
12910 Culver Blvd
Suite I
Los Angeles, CA 90066

Attorneys for Official Committee of Unsecured Creditors

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022