BARNES & THORNBURG LLP
Attorneys for Bank of America, N.A.
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

Patrick E. Mears (PM-6473)
Telephone:  (616) 742-3936
Email:  pmears@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.* | Case No. 05-44481 |
| Debtors. | |
| BANK OF AMERICA, N.A., a national banking association, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 06-01121-rdd |
| DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC, a Delaware corporation, THE OFFICIAL CREDITORS COMMITTEE, and JPMORGAN CHASE BANK, N.A., a national banking association, acting in its capacity as Administrative Agent for the Pre-Petition Secured Lenders and in its capacity as the Administrative Agent for the Debtor-in-Possession Lenders, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| Document Served: | - | **COMPLAINT OF BANK OF AMERICA, N.A. FOR DECLARATORY JUDGMENT WITH RESPECT TO THE PRIORITY OF LIENS AND SECURITY INTERESTS IN PROPERTY OF DELPHI AUTOMOTIVE SYSTEMS HUMAN RESOURCES, LLC** |
| | - | **CORPORATE OWNERSHIP STATEMENT OF BANK OF AMERICA, N.A.** |

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by overnight mail on the date indicated below.

Date of Service: January 13, 2006    I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Patrick E. Mears
Patrick E. Mears (PM-6473)

# EXHIBIT A

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
*Debtor*

John William Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL  60603-5224
*Counsel to Debtor*

United States Trustee for the
Southern District of New York
Attn: Alicia M. Leonhard
33 Whitehall Street, Suite 2100
New York, New York 10004

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY  10022
*Counsel to Committee of Unsecured Creditors*

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017
*Counsel to Prepetition Agent*

Davis Polk & Wardwell
Donald S. Bernstein, Esq.
450 Lexington Avenue, Suite 2145B
New York, NY  10017
*Counsel to Postpetition Agent*