UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI COPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors, | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF ALABAMA              )
                              ) ss:
COUNTY OF ETOWAH              )

Before me, the undersigned, a Notary Public in and for said County and State, personally appeared H. Edgar Howard, known to me, who being duly sworn, deposes and says:

1.  I am a principal of Ford, Howard & Cornett, P.C. ("F, H & C") which firm maintains offices at Gadsden, Alabama.

2.  Neither I, this firm, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affiadavit.

3.  "F, H & C" has represented and advised the Debtors with respect to a lawsuit filed in Alabama.

4.  The Debtors have requested, and "F, H & C" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "F, H & C" proposes, to render the following services to the Debtors: Legal representation.

5.  "F, H & C"'s current fees arrangement is $150.00 per hour.

6.  Except as set forth herein, no promises have been received by "F, H & C" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.   "F, H & C" has no agreement with any entity to share with such entity any compensation received by "F, H & C."

8.   "F, H & C" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "F, H & C" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.   Neither I, "F, H & C", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "F, H & C" is to be engaged.

10.  The foregoing constitutes the statement of "F, H & C" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
H. Edgar Howard

Subscribed and sworn before me
this 15th day of December, 2005.

_____
Notary Public

MY COMMISSION EXPIRES AUG. 27, 2009

## CERTIFICATE OF SERVICE

Brandy Brothers Townsend, Legal Assistant, hereby certifies that on January 13, 2006, she served a copy of the Affidavit of Legal Ordinary Course Professional upon the following interested parties via first class mail:

Haim Zaltzman, Esquire
Skadden, Arps, Slate,
Meagher & Flom, LLP
Four Times Square
New York, New York 10036-6522

Michael L. Roberts, Esquire
Cusimano, Keener, Roberts,
Kimberley & Miles, P.C.
153 South 9th Street
Gadsden, Alabama 35901

Stephen F. Casey, Esquire
Chris Yielding, Esquire
Balch & Bingham
Suite 2600
1901 6th Avenue North
Birmingham, Alabama 35203

George P. Ford, Esquire
Ford, Howard & Cornett, P.C.
Post Office Box 388
140 South 9th Street
Gadsden, Alabama 35902

_Brandy Brothers Townsend_
Brandy Brothers Townsend
Legal Assistant
Ford, Howard & Cornett, P.C.
Post Office Box 388
140 South 9th Street
Gadsden, Alabama 35902
(256) 546-5432

Subscribed and sworn before me this 13th day of January, 2006.

_Carrie M Carver_
Notary Public
My Commission Expires: April 10, 2007