# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF PUBLICATION OF CATHY ZIKE
## IN THE NEW YORK TIMES

# The New York Times

229 WEST 43RD STREET • NEW YORK, NY 10036-3959

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                   ) Chapter 11
DELPHI CORPORATION, et al.,             ) Case No. 05-44481 (RDD)
                      Debtors.          ) (Jointly Administered)

**NOTICE OF ENTRY OF FINAL ORDER UNDER 11 U.S.C. §§ 105, 362, AND 541 AND FED. R. BANKR. P. 3001 (A) ESTABLISHING NOTIFICATION PROCEDURES APPLICABLE TO SUBSTANTIAL HOLDERS OF CLAIMS AND EQUITY SECURITIES AND (B) ESTABLISHING NOTIFICATION AND HEARING PROCEDURES FOR TRADING IN CLAIMS AND EQUITY SECURITIES**

TO ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST OR EQUITY INTERESTS IN THE DEBTORS:

PLEASE TAKE NOTICE THAT on October 8, 2005 ("Petition Date"), Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors") commenced cases under chapter 11 of title 11 of the United States Code 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). On October 14, 2005, three additional subsidiaries of Delphi (collectively with Delphi and the Affiliate Debtors, the "Debtors") commenced cases under chapter 11 of title 11 of the Bankruptcy Code. Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of the Debtors' estates or of property from the Debtors' estates or to exercise control over property of the Debtors' estates.

[remainder of notice text — lengthy legal notice regarding procedures for trading in claims and equity securities of Delphi Corporation, including definitions of Substantial Equityholder, Substantial Claimholder, Sell Down Notice, Tax Ownership, etc., and contact information]

Dated: January 6, 2006

DELPHI CORPORATION                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5725 Delphi Drive                 333 West Wacker Drive, Suite 2100           Four Times Square
Troy, Michigan 48098-2815         Chicago, Illinois 60606-1285                New York, New York 10036-6522
Att'n: General Counsel and Chief Tax Officer    Att'n: John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler    Att'n: Kayalyn A. Marafioti, Thomas J. Matz

---

## CERTIFICATION OF PUBLICATION

January 12, 20 06

I, **Cathy Zike**, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

January 11, 20 06

*[signature: Cathy Zike]*

Approved: *[signature]*

**THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL**