PRESENTMENT DATE AND TIME: January 27, 2006 at 12:00 noon
OBJECTION DEADLINE AND TIME: January 27, 2006 at 11:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DELPHI CORPORATION, INC., <u>et al.</u>, | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF PRESENTMENT OF STIPULATION AND
<u>ORDER OF SUBSTITUTION OF COUNSEL</u>**

PLEASE TAKE NOTICE that JAE Electronics, Inc. ("JAE") by and through its proposed counsel, will present the attached Stipulation and Order of Substitution of Counsel (the "Proposed Stipulation and Order") to the Honorable Robert D. Drain, United States Bankruptcy Judge, on January 27, 2006 at 12:00 noon.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Proposed Stipulation and Order must: (i) be made in writing; (ii) state with particularity the grounds therefor; (iii) be filed with the Bankruptcy Court (with a copy to the Judge's Chambers); and (iv) be served upon the undersigned, together with proof of service thereof, so as to be received by no later than 11:30 a.m. on January 27, 2006.

PLEASE TAKE FURTHER NOTICE that unless objections are received by that time, the Court may sign the Proposed Stipulation and Order.

PLEASE TAKE FURTHER NOTICE that in the event an objection to the entry of the Proposed Stipulation and Order is timely served and filed, objecting parties will be notified of the date and time of a hearing to consider the Proposed

Stipulation and Order.  Counsel for JAE and any objecting parties will be required to attend any such hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  January 16, 2006
         Uniondale, New York

ROSEN SLOME MARDER LLP

By: /s/ Thomas R. Slome
        Thomas R. Slome (TS-0957)

333 Earle Ovington Blvd.
Suite 901
Uniondale, NY 11553
 (516) 227-1600

Proposed attorneys for JAE Electronics, Inc.

G:\JAE Electronics\Delphi\LIT\nop -Substution of counsel.doc