**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————————)
                                                          )
**In re:**                                              ) **Chapter 11**
                                                          )
**DELPHI CORPORATION, INC., et al.,**   ) **Case No. 05-44481 (RDD)**
                                                          )
                                **Debtors.**        ) **(Jointly Administered)**
                                                          )
———————————————————————————)
                                                          )

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 16th day of January 2006, I
caused a true and correct copy of the *Notice Of Presentment Of Stipulation And Order Of
Substitution Of Counsel* to be served by first class mail, postage prepaid, on the parties
listed on the attached service list.


/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

<u>Service List</u>

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois  60606<br>*Counsel For Debtors* | Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel |
| Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, New York  10022-6069<br>*Counsel For Debtors* | Alicia M. Leonhard, Esq.<br>Office of the U.S. Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |
| Marissa Wesley, Esq.<br>Simpson  Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New  York, NY 10017 | Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY 10017 |
| Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802 | Kirkpatrick & Lockhart Nicholson<br> Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn: Robert N. Michaelson, Esq. |

G:\jae Electronics\delphi\lit\cos-substitution.doc