SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

FIRST QUARTERLY STATEMENT PURSUANT TO ORDER AUTHORIZING RETENTION
OF PROFESSIONALS UTILIZED BY DEBTORS IN ORDINARY COURSE OF BUSINESS

| Name Of Ordinary Course Professional | Type Of Service | Aggregate Quarterly Compensation For Services Rendered | Aggregate Quarterly Reimbursement Of Expenses | Aggregate Compensation For Services Rendered For Chapter 11 Cases | Aggregate Reimbursement Of Expenses For Chapter 11 Cases |
|---|---|---|---|---|---|
| Baker McKenzie LLP | Tax Legal Services | $5,646 | - | $5,646 | - |
| Barnett Associates, Inc. | Tax Consulting | $6,929 | - | $6,929 | - |
| BSI America Inc | Auditing Services | $46,532 | $8,377 | $46,532 | $8,377 |
| Ciara Systems, Inc. | Legal Services | $4,950 | - | $4,950 | - |
| Clark Consulting | Tax Advisory | $20,000 | - | $20,000 | - |
| DeWitt Ross & Stevens | Legal Services | $1,658 | $31 | $1,658 | $31 |
| Dykema Gossett P.L.L.C. | Legal Services | $1,661 | $1,405 | $1,661 | $1,405 |
| Ivins, Phillips & Barker Chartered | Tax Legal Services | $1,680 | - | $1,680 | - |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | Legal Services | $12,320 | - | $12,320 | - |
| Jefferson Wells International Inc. | Non-legal services | $21,657 | $1,362 | $21,657 | $1,362 |
| Johnston Barton Proctor & Powell LLP | Legal Services | $2,021 | $9 | $ 2,021 | $9 |
| Keef and Associates | Legal Services | $1,450 | - | $1,450 | - |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Legal Services | $488 | - | $488 | - |
| Pricewaterhouse Coopers | Tax Consulting | $2,310 | $483 | $2,310 | $483 |