UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                            :
    In re                             :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                            :
                     Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER REGARDING THE DEBTORS' MOTION UNDER FED. R. BANKR. P. 9016 AND
FED. R. CIV. P. 45 TO QUASH SUBPOENAS SERVED BY LEAD PLAINTIFFS ON JOHN
SHEEHAN, LAURA MARION, DAN RENICK, AND JOHN ROTKO

        Upon the motion, dated January 11, 2006 (the "Motion"), of Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors") to quash hearing subpoenas issued by counsel for the Teachers' Retirement System of Oklahoma, Public Employees' Retirement System of Mississippi, Raiffeisen Kapitalanlage-Gesellschaft m.b.H, and Stichting Pensioenfonds ABP, lead plaintiffs of a putative class ("Lead Plaintiffs") to John Sheehan, Laura Marion, Dan Renick, and John Rotko commanding them to appear at the hearing scheduled for January 27, 2006 (the "Motion"); and upon the record of the hearing held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its bench ruling, it is hereby

        ORDERED, ADJUDGED, AND DECREED THAT:

        1.       The Motion is GRANTED and the subpoenas are QUASHED.

      2.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
       January 17, 2006

          /s/ ROBERT D. DRAIN
          UNITED STATES BANKRUPTCY JUDGE