HEARING DATE AND TIME: February 9, 2006 at 10:00 a.m.
OBJECTION DATE AND TIME: February 2, 2006 at 4:00 p.m.

Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

    and

Michael J. Pankow
Daniel J. Garfield
Brownstein Hyatt & Farber, P.C.
410 Seventeenth Avenue
Denver, Colorado 80202-4437
(303) 223-1106

*Co-Counsel for Cherokee North Kansas City, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(2) DIRECTING DEBTOR DELPHI AUTOMOTIVE SYSTEMS, LLC TO DETERMINE WITHIN 150 DAYS WHETHER TO ASSUME OR REJECT ITS NONRESIDENTIAL REAL PROPERTY LEASE WITH CHEROKEE NORTH KANSAS CITY, LLC**

      PLEASE TAKE NOTICE, that on the date hereof, Cherokee North Kansas City, LLC filed the annexed "Motion For Order Under 11 U.S.C. § 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC To Determine Within 150 days Whether To Assume Or Reject Its Nonresidential Real Property Lease With Cherokee North Kansas City, LLC" (the "Motion").

PLEASE TAKE FURTHER NOTICE, that a hearing (the "Hearing") will be held in connection with the entry of an order granting the relief requested in the Motion and any further relief, on February 9, 2006, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court (the "Court"), Southern District of New York, Alexander Hamilton U.S. Custom House, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to approval of the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 10072(e) (the "Case Management Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) must be served upon (i) co-counsel for Cherokee North Kansas City, LLC, Brownstein Hyatt & Farber, P.C., 410 Seventeenth Avenue, Denver, Colorado 80202-4437 (Attn:  Daniel J. Garfield), (ii) co-counsel for Cherokee North Kansas City, LLC, Rosen Slome Marder LLP, 333 Earle Ovington Boulevard, Suite 901, Uniondale, New York 11553 (Attn:  Jil Mazer-Marino), (iii) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Attn: General Counsel), (iv) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.), (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LP, 425 Lexington Avenue, New York, New York 10017 (Attn: Kenneth S. Zimar), (vi) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn: Marlane Melican), (vii) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, 885 Third Avenue, New York, New York 10022 (Attn: Mark A. Broude), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard), in each case as to as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on February 2, 2006 (the "Objection Deadline").

       PLEASE TAKE FURTHER NOTICE that only those objections made in writing, in accordance with the Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no

objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: Uniondale, New York
      January 18, 2006

                              ROSEN SLOME MARDER LLP

                              By: /s/ Jil Mazer-Marino
                                 Thomas R. Slome (TS-0957)
                                 Jil Mazer-Marino (JM-6470)

                              333 Earle Ovington Boulevard
                              Suite 901
                              Uniondale, New York 11553-3622
                              (516) 227-1600

                                   and

                              Michael J. Pankow
                              Daniel J. Garfield
                              Brownstein Hyatt & Farber, P.C.
                              410 Seventeenth Avenue
                              Denver, Colorado 80202-4437
                              (303) 223-1106

                              *Co-Counsel for Cherokee North Kansas City, LLC*

G:\Cherokee North Kansas City, LLC\Lit\NOM 365(d)(2).rtf