**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u> | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Byron C. Starcher, a member in good standing of the bar in the State of Georgia,

request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent (i) AKZO

Nobel, Inc., (ii) AKZO Nobel Coatings, Inc., and (iii) Viscom, Inc., creditors in the above-

referenced case. My address is 999 Peachtree Street, N.E., Suite 1400, Atlanta, Georgia

30309. My e-mail address is byron.starcher@nelsonmullins.com; and my telephone number is

(404) 817-6000. I agree to pay the fee of $25.00 upon approval by the Court admitting me to

practice *pro hac vice*.

This 4th day of January, 2006.

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.



Byron C. Starcher
Georgia Bar No. 676111
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia 30309
(404) 817-6000

RECEIVED
JAN 5 2006
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

~ Doc# 659246.01 ~