UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: : | Chapter 11 |
| DELPHI CORPORATION, et al. : | Case No. 05-44481 (RDD) |
| Debtors. : | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Richard B. Herzog, Jr., a member in good standing of the bar in the State of Georgia, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent (i) AKZO Nobel, Inc., and (ii) AKZO Nobel Coatings, Inc., creditors in the above-referenced case. My address is 999 Peachtree Street, N.E., Suite 1400, Atlanta, Georgia 30309. My e-mail address is richard.herzog@nelsonmullins.com; and my telephone number is (404) 817-6000. I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice *pro hac vice*.

This 4th day of January, 2006.

NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.

Richard B. Herzog, Jr., Esq.
Georgia Bar No. 349508
999 Peachtree Street, N.E., Suite 1400
Atlanta, Georgia 30309
(404) 817-6000


RECEIVED JAN 5 2006 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

~ Doc# 659246.02 ~