UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Zakarij O. Thomas, Esquire, being duly sworn according to law, deposes and says that I am employed by Klett Rooney Lieber & Schorling representing Entergy Mississippi, Inc. in the above-captioned cases.

On January 17, 2006, I caused to be served the *Entergy's Reply To The Debtors' Objection To The Motion Of Entergy For (I) Relief From Stay To Exercise Recoupment And/Or Setoff Rights Pursuant To Section 553 Of The Bankruptcy Code And (Ii) Other Related Relief* on the parties set forth on Exhibit A, via e-mail.

Date: January 19, 2006

_____
Zakarij O. Thomas, Esquire

Sworn to and subscribed before
me on January 19, 2006.

_____
Notary Public

My Commission Expires: 10/11/08

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Carol Barich Peckman, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires Oct. 11, 2008

Member, Pennsylvania Association of Notaries

## EXHIBIT "A"

**VIA FEDERAL EXPRESS**
Chambers of The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408
Phone:          (212) 668-2870

**VIA ELECTRONIC TRANSMISSION**

'rstark@brownrudnick.com'; 'mlfr@capgroup.com'; 'b.simon@cwsny.com'; 'sreisman@cm-p.com';
'donald.bernstein@dpw.com'; 'sean.p.corcoran@delphi.com'; 'karen.j.craft@delphi.com';
'mike.nefkens@eds.com'; 'cshiff@flextronics.com'; 'terryzale@flextronics.com';
'trey.chambers@freescale.com'; 'randall.eisenberg@fticonsulting.com'; 'lhassel@groom.com';
'sgross@hodgsonruss.com'; 'fgorman@honigman.com'; 'rweiss@honigman.com';
'hreichardiuecwa@aol.com'; 'bderrough@jefferies.com' david.boyle@airgas.com';
'wshowman@ajamie.com'; 'tajamie@ajamie.com'; 'aswiech@akebobo-usa.com';
'pgurfein@akingump.com'; 'mgreger@allenmatkins.com'; 'steven.keyes@aam.com';
'mblacker@andrewskurth.com'; 'lwalzer@angelogordon.com'; 'mtf@afrct.com';
'aleinoff@amph.com'; 'mhamilton@ampn.com'; 'Cohen.Mitchell@arentfox.com';
'Hirsh.Robert@arentfox.com'; 'dladdin@agg.com'; 'heath.vicente@agg.com';
'joel_gross@aporter.com'; 'cgalloway@atsautomation.com'; 'william.barrett@bfkpn.com';
'kim.robinson@bfkpn.com'; 'john.gregg@btlaw.com'; 'wendy.brewer@btlaw.com';
'michael.mccrory@btlaw.com'; 'pmears@btlaw.com'; 'alan.mills@btlaw.com'; 'sean@blbglaw.com';
'hannah@blbglaw.com'; 'markd@blbglaw.com'; 'emcnerney@blbglaw.com';
'murph@berrymoorman.com'; 'klaw@bbslaw.com'; 'lschwab@bbslaw.com';
'pcostello@bbslaw.com'; 'tgaa@bbslaw.com'; 'fatell@blankrome.com'; 'mrichards@blankrome.com';
'rmcdowell@bodmanllp.com'; 'davidl@bolhouselaw.com'; 'sdonato@bsk.com'; 'chill@bsk.com';
'csullivan@bsk.com'; 'jhinshaw@boselaw.com'; 'rjones@bccb.com'; 'amcmullen@bccb.com';
'dludman@brownconnery.com'; 'schristianson@buchalter.com'; 'mhall@burr.com';
'jonathan.greenberg@engelhard.com'; 'rusadi@cahill.com'; 'rweisberg@carsonfischer.com';
'cahn@clm.com'; 'sdrucker@clarkhill.com'; 'rgordon@clarkhill.com'; 'maofiling@cgsh.com';
'maofiling@cgsh.com'; 'tmaxson@cohenlaw.com'; 'jvitale@cwsny.com'; 'srosen@cb-shea.com';
'Elliott@cmplaw.com'; 'jwisler@cblh.com'; 'mlee@contrariancapital.com';
'jstanton@contrariancapital.com'; 'wraine@contrariancapital.com'; 'solax@contrariancapital.com';
'Pretekin@coollaw.com'; 'wachstein@coollaw.com'; 'derrien@coollaw.com'; 'nlph4@cornell.edu';
'rsz@curtinheefner.com'; 'dpm@curtinheefner.com'; 'athau@cm-p.com'; 'sreisman@cm-p.com';
'dkarp@cm-p.com'; 'krk4@daimlerchrysler.com'; 'wsavino@damonmorey.com';
'selanders@danielsandkaplan.com'; 'carol_sowa@denso-diam.com'; 'gdiconza@dlawpc.com';
'john.persiani@dinslaw.com'; 'richard.kremen@dlapiper.com'; 'andrew.kassner@dbr.com';
'david.aaronson@dbr.com'; 'dmdelphi@duanemorris.com'; 'wmsimkulak@duanemorris.com';
'jhlemkin@duanemorris.com'; 'ayala.hassell@eds.com'; 'eerman@ermanteicher.com';

'dfreedman@ermanteicher.com'; 'gettleman@e-hlaw.com'; 'ggreen@fagelhaber.com';
'lnewman@fagelhaber.com'; 'tdonovan@finkgold.com'; 'jmurch@foley.com';
'fstevens@foxrothschild.com'; 'mviscount@foxrothschild.com'; 'ftrikkers@rikkerslaw.com';
'office@gazesllc.com'; 'ian@gazesllc.com'; 'crieders@gjb-law.com'; 'dcrapo@gibbonslaw.com';
'abrilliant@goodwinproctor.com'; 'cdruehl@goodwinproctor.com'; 'bmehlsack@gkllaw.com';
'pbilowz@goulstonstorrs.com'; 'jeisenhofer@gelaw.com'; 'gjarvis@ggelaw.com';
'snirmul@gelaw.com'; 'jh@previant.com'; 'mrr@previant.com'; 'tch@previant.com';
'mdebbeler@graydon.com'; 'ckm@greensfelder.com'; 'jpb@greensfelder.com';
'herb.reiner@guarantygroup.com'; 'cbattaglia@halperinlaw.net'; 'ahalperin@halperinlaw.net';
'prubin@herrick.com'; 'anne.kennelly@hp.com'; 'ken.higman@hp.com'; 'sharon.petrosino@hp.com';
'glen.dumont@hp.com'; 'echarlton@hiscockbarclay.com'; 'cstorie@hodgsonruss.com';
'sgross@hodgsonruss.com'; 'sagolden@hhlaw.com'; 'ecdolan@hhlaw.com'; 'amoog@hhlaw.com';
'elizabeth.flaagan@hro.com'; 'rweiss@honigman.com'; 'fgorman@honigman.com';
'dbaty@honigman.com'; 'tsable@honingman.com'; 'tomschank@hunterschank.com';
'jrhunter@hunterschank.com'; 'mmassad@hunton.com'; 'sholmes@hunton.com';
'aee@hurwitzfine.com'; 'Ben.Caughey@icemiller.com'; 'greg.bibbes@infineon.com';
'jeffery.gillispie@infineon.com'; 'rgriffin@iuoe.org'; 'pbarr@jaffelaw.com'; 'rpeterson@jenner.com';
'sjfriedman@jonesday.com'; 'john.sieger@kattenlaw.com'; 'kcookson@keglerbrown.com';
'mbane@kelleydrye.com'; 'msomerstein@kelleydrye.com'; 'tkennedy@kjmlabor.com';
'sjennik@kjmlabor.com'; 'lmagarik@kjmlabor.com'; 'sk@kieselaw.com'; 'gsouth@kslaw.com';
'afeldman@kslaw.com'; 'grichards@kirkland.com'; 'efox@klng.com'; 'sosimmerman@kwgd.com';
'ekutchin@kutchinrufo.com'; 'knorthrup@kutchinrufo.com'; 'smcook@lambertleser.com';
'mitchell.seider@lw.com'; 'mark.broude@lw.com'; 'henry.baer@lw.com'; 'john.weiss@lw.com';
'michael.riela@lw.com'; 'erika.ruiz@lw.com'; 'rcharles@lrlaw.com'; 'sfreeman@lrlaw.com';
'jengland@linear.com'; 'austin.bankruptcy@publicans.com'; 'dallas.bankruptcy@publicans.com';
'houston_bankruptcy@publicans.com'; 'whawkins@loeb.com'; 'tmcfadden@lordbissel.com';
'tbrink@lordbissel.com'; 'kwalsh@lordbissel.com'; 'rcovino@lordbissel.com';
'metkin@lowenstein.com'; 'ilevee@lowenstein.com'; 'krosen@lowenstein.com';
'scargill@lowenstein.com'; 'vdagostino@lowenstein.com'; 'bnathan@lowenstein.com';
'egc@leydenlaw.com'; 'rparks@mijb.com'; 'jml@ml-legal.com'; 'lmc@ml-legal.com';
'jmsullivan@mwe.com'; 'sselbst@mwe.com'; 'jrobertson@mcdonaldhopkins.com';
'sopincar@mcdonaldhopkins.com'; 'sriley@mcdonaldhopkins.com'; 'jbernstein@mdmc-law.com';
'egunn@mcguirewoods.com'; 'lpeterson@msek.com'; 'hkolko@msek.com';
'aburch@miamidade.gove'; 'sarbt@millerjohnson.com'; 'wolfordr@millerjohnson.com';
'fusco@millercanfield.com'; 'greenj@millercanfield.com'; 'mlschein@mintz.com';
'Jeff.Ott@molex.com'; 'resterkin@morganlewis.com'; 'wheuer@morganlewis.com';
'agottfried@morganlewis.com'; 'mzelmanovitz@morganlewis.com'; 'lberkoff@moritthock.com';
'rdehney@mnat.com'; 'mbusenkell@mnat.com'; 'jmoldovan@morrisoncohen.com';
'mdallago@morrisoncohen.com'; 'rurbanik@munsch.com'; 'jwielebinski@munsch.com';
'drukavina@munsch.com'; 'Knathan@nathanneuman.com'; 'sbrennan@nathanneuman.com';
'lisa.moore2@nationalcity.com'; 'george.cauthen@nelsonmullins.com';
'bbeckworth@nixlawfirm.com'; 'jangelovich@nixlawfirm.com'; 'susanwhatley@nixlawfirm.com';
'eabdelmasieh@nmmlaw.com'; 'dgheiman@jonesday.com'; 'mmharner@jonesday.com';
'jay.hurst@oag.state.tx.us'; 'michaelz@orbotech.com'; 'aenglund@orrick.com';
'fholden@orrick.com'; 'shazan@oshr.com'; 'mhager@oshr.com'; 'sshimshak@paulweiss.com';
'cweidler@paulweiss.com'; 'ddavis@paulweiss.com'; 'emccolm@paulweiss.com';

'landy.ralph@pbgc.gov'; 'cfilardi@pepehazard.com'; 'lawallf@pepperlaw.com';
'aaronsona@pepperlaw.com'; 'caseyl@pepperlaw.com'; 'jaffeh@pepperlaw.com';
'sriemer@phillipsnizer.com'; 'jmanheimer@pierceatwood.com'; 'kcunningham@piercewood.com';
'mark.houle@pillsburylaw.com'; 'karen.dine@pillsburylaw.com'; 'richard.epling@pillsburylaw.com';
'robin.spear@pillsburylaw.com'; 'margot.erlich@pillsburylaw.com'; 'rbeacher@pitneyhardin.com';
'rmeth@pitneyhardin.com'; 'bsmoore@pbnlaw.com'; 'jsmairo@pbnlaw.com';
'asm@pryormandelup.com'; 'kar@pryormandelup.com'; 'jkp@qad.com';
'andrew.herenstein@quadranglegroup.com'; 'patrick.bartels@quadranglegroup.com';
'jharris@quarles.com'; 'sgoldber@quarles.com'; 'knye@quarles.com'; 'elazarou@reedsmith.com';
'jlapinsky@republicengineered.com'; 'jshickich@riddellwilliams.com'; 'mscott@riemerlaw.com';
'amathews@robinsonlaw.com'; 'cnorgaard@ropers.com'; 'rtrack@msn.com';
'cschulman@sachnoff.com'; 'agelman@sachnoff.com'; 'cbelmonte@ssbb.com';
'pbosswick@ssbb.com'; 'hborin@schaferweiner.com'; 'mnewman@schaferweiner.com';
'rheilman@schaferweiner.com'; 'dweiner@schaferweiner.com'; 'wkohn@schiffhardin.com';
'myetnikoff@schiffhardin.com'; 'myarnoff@sbclasslaw.com'; 'shandler@sbclasslaw.com';
'michael.cook@srz.com'; 'james.bentley@srz.com'; 'pbaisier@seyfarth.com';
'rdremluk@seyfarth.com'; 'whanlon@seyfarth.com'; 'lawtoll@comcast.net';
'rthibeaux@shergarner.com'; 'rthibeaux@shergarner.com'; 'bankruptcy@goodwin.com';
'asherman@sillscummis.com'; 'jzackin@sillscummis.com'; 'cfortgang@silverpointcapital.com';
'cfox@stblaw.com'; 'cfox@stblaw.com'; 'bellis-monro@sgrlaw.com'; 'kmiller@skfdelaware.com';
'lloyd.sarakin@am.sony.com'; 'rgoldi@sotablaw.com'; 'pabutler@ssd.com'; 'emarcks@ssd.com';
'jmbaumann@steeltechnologies.com'; 'rkidd@srcm-law.com'; 'shapiro@steinbergshapiro.com';
'jposta@sternslaw.com'; 'cs@stevenslee.com'; 'cp@stevenslee.com';
'mshaiken@stinsonmoheck.com'; 'robert.goodrich@stites.com'; 'madison.cashman@stites.com';
'wbeard@stites.com'; 'khansen@stroock.com'; 'jminias@stroock.com'; 'jpguy@swidlaw.com';
'rhwyron@swidlaw.com'; 'mwcheney@swidlaw.com'; 'rfrankel@swidlaw.com';
'ferrell@taftlaw.com'; 'jforstot@tpw.com'; 'lcurcio@tpw.com'; 'niizeki.tetsuhiro@furukawa.co.jp';
'dlowenthal@thelenreid.com'; 'dlowenthal@thelenreid.com'; 'rhett.campbell@tklaw.com';
'john.brannon@tklaw.com'; 'ephillips@thurman-phillips.com'; 'jlevi@toddlevi.com';
'bmcdonough@teamtogut.com'; 'jwilson@tylercooper.com'; 'hzamboni@underbergkessler.com';
'djury@steelworkers-usw.org'; 'msmcelwee@varnumlaw.com'; 'rjsidman@vssp.com';
'tscobb@vssp.com'; 'RGMason@wlrk.com'; 'EAKleinhaus@wlrk.com';
'david.lemke@wallerlaw.com'; 'robert.welhoelter@wallerlaw.com'; 'gtoering@wnj.com';
'mcruse@wnj.com'; 'bankruptcy@warnerstevens.com'; 'lekvall@wgllp.com';
'aordubegian@weineisen.com'; 'gpeters@weltman.com'; 'mmesonesmori@whitecase.com';
'barnold@whdlaw.com'; 'bspears@winstead.com'; 'mfarquhar@winstead.com';
'mwinthrop@winthropcouchot.com'; 'sokeefe@winthropcouchot.com'; 'oiglesias@wlross.com';
'lpinto@wcsr.com'; 'skrause@zeklaw.com'; 'pjanovsky@zeklaw.com'