**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Jeffrey J. Angelovich, a member in good standing of the bar in the States of Texas and Oklahoma, the United States District Court for the Eastern District of Texas, The United States Courts of Appeals for the Fifth, Eighth and Nine Circuits, and the United States Supreme Court, request admission ***pro hac vice***, before the Honorable Robert D. Drain, to represent the Lead Plaintiffs and the Prospective Class in the above referenced case.

My address is:  Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
(903) 645-7333-telephone
(903) 645-2172-fax
Email: jangelovich@nixlawfirm.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice.***

Dated: January 19, 2006                                           /s/ Jeffrey Angelovich
                                                                          Jeffrey J. Angelovich