# **ORDER**

**ORDERED,** that Jeffrey J. Angelovich, Esq., is admitted to practice ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____          _____
       New York, New York                         United States Bankruptcy Judge