UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**ORDER GRANTING MOTION TO SUBSTITUTE EXHIBIT
ATTACHED TO FILED NOTICE OF RECLAMATION DEMAND**

Upon the motion, dated December 15, 2005 (the "Motion"), of Umicore Autocat Canada Corp. ("UACC") for an order allowing for the substitution of the exhibit attached to UACC's filed notice of reclamation demand, dated October 14, 2005 (the "Notice of Reclamation"), with the reclamation demand substitute (the "Reclamation Demand Substitute Exhibit") attached to the Motion; and this Court being satisfied with the representations made in the Motion and that good and sufficient grounds exist to grant the relief requested therein; and it appearing that proper and adequate notice has been given and that no other or further notice is necessary; and upon the record of the January 5, 2006 hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as provided herein.

2. UACC is permitted to withdraw, without prejudice, the Notice of Reclamation that appears at docket entry #267, Part 2.

3. UACC is permitted to substitute the Reclamation Demand Substitute Exhibit, a copy of which is attached hereto as Exhibit A, for the Notice of Reclamation that appears at docket entry #267, Part 2.

4. The Clerk of the Court is instructed to either remove docket entry #267, Part 2 or prohibit access to such entry through the Court's website.

Dated: New York, New York
       January 19, 2006

                                                                /s/ Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE