UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| DELPHI CORPORATION, INC., <u>et al.</u>, | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Jil Mazer-Marino, hereby certify that on this 20th day of January 2006, I caused a true and correct copy of the Notice of Motion And Motion And Memorandum Of Law Of Southern California Edison Company To: (A) Vacate, And/Or Reconsider, And/Or Modify, Final Order Under 11 U.S.C. §§ 105, 366, 503, And 507 (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Services On Account Of Prepetition Invoices And (II) Establishing Procedures For Determining Requests For Additional Assurance; And (B) Seek Adequate Assurance Of Future Payment to be served (a) by overnight mail postage prepaid on the parties listed on the attached Exhibit A and (b) by email on the parties listed on the attached Exhibit B.

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)

EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | Counsel for Flextronics International USA, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Postpetition Administrative Agent |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cschiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-247-1010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors for Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mall Stop 15 | Detroit | MI | 48226 | 313-628-3848 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

1/18/06 3:21 PM
Master Service List 060117.XLS

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Radical North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Radical North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | cornh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknolli@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9176223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Philips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com; jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meister | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com; jlyonsch@skadden.com; rmeister@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioli, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com; tmatz@skadden.com | Counsel to the Debtor Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com; cs@stevenslee.com | Counsel for Wamco, Inc. Conflicts Counsel to the Debtors |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-868-2255 does not take service via fax | deirdre.martini@usdoj.gov (Do not use for service) | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-868-2256 | | United States Trustee Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | | |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

EXHIBIT B

david.boyle@airgas.com; wshowman@ajamie.com; tajamie@ajamie.com; aswiech@akebobo-usa.com; pgurfein@akingump.com; mgreger@allenmatkins.com; steven.keyes@aam.com; mblacker@andrewskurth.com; lwalzer@angelogordon.com; mtf@afrct.com; aleinoff@amph.com; mhamilton@ampn.com; Cohen.Mitchell@arentfox.com; Hirsh.Robert@arentfox.com; dladdin@agg.com; heath.vicente@agg.com; joel_gross@aporter.com; cgalloway@atsautomation.com; william.barrett@bfkpn.com; kim.robinson@bfkpn.com; john.gregg@btlaw.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; pmears@btlaw.com; alan.mills@btlaw.com; sean@blbglaw.com; hannah@blbglaw.com; markd@blbglaw.com; emcnerney@blbglaw.com; murph@berrymoorman.com; klaw@bbslaw.com; lschwab@bbslaw.com; pcostello@bbslaw.com; tgaa@bbslaw.com; fatell@blankrome.com; mrichards@blankrome.com; rmcdowell@bodmanllp.com; davidl@bolhouselaw.com; sdonato@bsk.com; chill@bsk.com; csullivan@bsk.com; jhinshaw@boselaw.com; rjones@bccb.com; amcmullen@bccb.com; dludman@brownconnery.com; schristianson@buchalter.com; mhall@burr.com; jonathan.greenberg@engelhard.com; rusadi@cahill.com; rweisberg@carsonfischer.com; cahn@clm.com; sdrucker@clarkhill.com; rgordon@clarkhill.com; maofiling@cgsh.com; maofiling@cgsh.com; tmaxson@cohenlaw.com; jvitale@cwsny.com; srosen@cb-shea.com; Elliott@cmplaw.com; jwisler@cblh.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; Pretekin@coollaw.com; wachstein@coollaw.com; derrien@coollaw.com; nlph4@cornell.edu; rsz@curtinheefner.com; dpm@curtinheefner.com; athau@cm-p.com; sreisman@cm-p.com; dkarp@cm-p.com; krk4@daimlerchrysler.com; wsavino@damonmorey.com; selanders@danielsandkaplan.com; carol_sowa@denso-diam.com; gdiconza@dlawpc.com; john.persiani@dinslaw.com; richard.kremen@dlapiper.com; andrew.kassner@dbr.com; david.aaronson@dbr.com; dmdelphi@duanemorris.com; wmsimkulak@duanemorris.com; jhlemkin@duanemorris.com; ayala.hassell@eds.com; eerman@ermanteicher.com; dfreedman@ermanteicher.com; gettleman@e-hlaw.com; ggreen@fagelhaber.com; lnewman@fagelhaber.com; tdonovan@finkgold.com; jmurch@foley.com; fstevens@foxrothschild.com; mviscount@foxrothschild.com; ftrikkers@rikkerslaw.com; office@gazesllc.com; ian@gazesllc.com; crieders@gjb-law.com; dcrapo@gibbonslaw.com; abrilliant@goodwinproctor.com; cdruehl@goodwinproctor.com; bmehlsack@gkllaw.com; pbilowz@goulstonstorrs.com; jeisenhofer@gelaw.com; gjarvis@ggelaw.com; snirmul@gelaw.com; jh@previant.com; mrr@previant.com; tch@previant.com; mdebbeler@graydon.com; ckm@greensfelder.com; jpb@greensfelder.com; herb.reiner@guarantygroup.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; prubin@herrick.com; anne.kennelly@hp.com; ken.higman@hp.com; sharon.petrosino@hp.com; glen.dumont@hp.com; echarlton@hiscockbarclay.com; cstorie@hodgsonruss.com; sgross@hodgsonruss.com; sagolden@hhlaw.com; ecdolan@hhlaw.com; amoog@hhlaw.com; elizabeth.flaagan@hro.com; rweiss@honigman.com; fgorman@honigman.com; dbaty@honigman.com; tsable@honingman.com; tomschank@hunterschank.com; jrhunter@hunterschank.com; mmassad@hunton.com; sholmes@hunton.com; aee@hurwitzfine.com; Ben.Caughey@icemiller.com; greg.bibbes@infineon.com; jeffery.gillispie@infineon.com; rgriffin@iuoe.org; pbarr@jaffelaw.com; rpeterson@jenner.com; sjfriedman@jonesday.com; john.sieger@kattenlaw.com; kcookson@keglerbrown.com; mbane@kelleydrye.com; msomerstein@kelleydrye.com; tkennedy@kjmlabor.com; sjennik@kjmlabor.com; lmagarik@kjmlabor.com; sk@kieselaw.com; gsouth@kslaw.com; afeldman@kslaw.com; grichards@kirkland.com; efox@klng.com; sosimmerman@kwgd.com; ekutchin@kutchinrufo.com; knorthrup@kutchinrufo.com; smcook@lambertleser.com; mitchell.seider@lw.com; mark.broude@lw.com; henry.baer@lw.com; john.weiss@lw.com; michael.riela@lw.com; erika.ruiz@lw.com; rcharles@lrlaw.com; sfreeman@lrlaw.com; jengland@linear.com; austin.bankruptcy@publicans.com; dallas.bankruptcy@publicans.com; houston_bankruptcy@publicans.com; whawkins@loeb.com; tmcfadden@lordbissel.com; tbrink@lordbissel.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; metkin@lowenstein.com; ilevee@lowenstein.com; krosen@lowenstein.com; scargill@lowenstein.com; vdagostino@lowenstein.com; bnathan@lowenstein.com; egc@leydenlaw.com; rparks@mijb.com;

jml@ml-legal.com; lmc@ml-legal.com;
jmsullivan@mwe.com; sselbst@mwe.com; jrobertson@mcdonaldhopkins.com;
sopincar@mcdonaldhopkins.com; sriley@mcdonaldhopkins.com; jbernstein@mdmc-law.com;
egunn@mcguirewoods.com; lpeterson@msek.com; hkolko@msek.com; aburch@miamidade.gov;
sarbt@millerjohnson.com; wolfordr@millerjohnson.com; fusco@millercanfield.com;
greenj@millercanfield.com; mlschein@mintz.com; Jeff.Ott@molex.com; resterkin@morganlewis.com;
wheuer@morganlewis.com; agottfried@morganlewis.com; mzelmanovitz@morganlewis.com;
lberkoff@moritthock.com; rdehney@mnat.com; mbusenkell@mnat.com;
jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; rurbanik@munsch.com;
jwielebinski@munsch.com; drukavina@munsch.com; Knathan@nathanneuman.com;
sbrennan@nathanneuman.com; lisa.moore2@nationalcity.com; george.cauthen@nelsonmullins.com;
bbeckworth@nixlawfirm.com; jangelovich@nixlawfirm.com; susanwhatley@nixlawfirm.com;
eabdelmasieh@nmmlaw.com; dgheiman@jonesday.com; mmharner@jonesday.com;
jay.hurst@oag.state.tx.us; michaelz@orbotech.com; aenglund@orrick.com; fholden@orrick.com;
shazan@oshr.com; mhager@oshr.com; sshimshak@paulweiss.com; cweidler@paulweiss.com;
ddavis@paulweiss.com; emccolm@paulweiss.com; landy.ralph@pbgc.gov; cfilardi@pepehazard.com;
lawallf@pepperlaw.com; aaronsona@pepperlaw.com; caseyl@pepperlaw.com; jaffeh@pepperlaw.com;
sriemer@phillipsnizer.com; jmanheimer@pierceatwood.com; kcunningham@piercewood.com;
mark.houle@pillsburylaw.com; karen.dine@pillsburylaw.com; richard.epling@pillsburylaw.com;
robin.spear@pillsburylaw.com; margot.erlich@pillsburylaw.com; rbeacher@pitneyhardin.com;
rmeth@pitneyhardin.com; bsmoore@pbnlaw.com; jsmairo@pbnlaw.com; asm@pryormandelup.com;
kar@pryormandelup.com; jkp@qad.com; andrew.herenstein@quadranglegroup.com;
patrick.bartels@quadranglegroup.com; jharris@quarles.com; sgoldber@quarles.com;
knye@quarles.com; elazarou@reedsmith.com; jlapinsky@republicengineered.com;
jshickich@riddellwilliams.com; mscott@riemerlaw.com; amathews@robinsonlaw.com;
cnorgaard@ropers.com; rtrack@msn.com; cschulman@sachnoff.com; agelman@sachnoff.com;
cbelmonte@ssbb.com; pbosswick@ssbb.com; hborin@schaferweiner.com;
mnewman@schaferweiner.com; rheilman@schaferweiner.com; dweiner@schaferweiner.com;
wkohn@schiffhardin.com; myetnikoff@schiffhardin.com; myarnoff@sbclasslaw.com;
shandler@sbclasslaw.com; michael.cook@srz.com; james.bentley@srz.com; pbaisier@seyfarth.com;
rdremluk@seyfarth.com; whanlon@seyfarth.com; lawtoll@comcast.net; rthibeaux@shergarner.com;
rthibeaux@shergarner.com; bankruptcy@goodwin.com; asherman@sillscummis.com;
jzackin@sillscummis.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; bellis-monro@sgrlaw.com; kmiller@skfdelaware.com; lloyd.sarakin@am.sony.com; rgoldi@sotablaw.com;
pabutler@ssd.com; emarcks@ssd.com; jmbaumann@steeltechnologies.com; rkidd@srcm-law.com;
shapiro@steinbergshapiro.com; jposta@sternslaw.com; cs@stevenslee.com; cp@stevenslee.com;
mshaiken@stinsonmoheck.com; robert.goodrich@stites.com; madison.cashman@stites.com;
wbeard@stites.com; khansen@stroock.com; jminias@stroock.com; jpguy@swidlaw.com;
rhwyron@swidlaw.com; mwcheney@swidlaw.com; rfrankel@swidlaw.com; ferrell@taftlaw.com;
jforstot@tpw.com; lcurcio@tpw.com; niizeki.tetsuhiro@furukawa.co.jp; dlowenthal@thelenreid.com;
dlowenthal@thelenreid.com; rhett.campbell@tklaw.com; john.brannon@tklaw.com; ephillips@thurman-phillips.com; jlevi@toddlevi.com; bmcdonough@teamtogut.com; jwilson@tylercooper.com;
hzamboni@underbergkessler.com; djury@steelworkers-usw.org; msmcelwee@varnumlaw.com;
rjsidman@vssp.com; tscobb@vssp.com; RGMason@wlrk.com; EAKleinhaus@wlrk.com;
david.lemke@wallerlaw.com; robert.welhoelter@wallerlaw.com; gtoering@wnj.com; mcruse@wnj.com;
bankruptcy@warnerstevens.com; lekvall@wgllp.com; aordubegian@weineisen.com;
gpeters@weltman.com; mmesonesmori@whitecase.com; barnold@whdlaw.com;
bspears@winstead.com; mfarquhar@winstead.com; mwinthrop@winthropcouchot.com;
sokeefe@winthropcouchot.com; oiglesias@wlross.com; lpinto@wcsr.com; skrause@zeklaw.com;
pjanovsky@zeklaw.com; rstark@brownrudnick.com; mlfr@capgroup.com; b.simon@cwsny.com;
sreisman@cm-p.com; donald.bernstein@dpw.com; sean.p.corcoran@delphi.com;
karen.j.craft@delphi.com; mike.nefkens@eds.com; cshiff@flextronics.com; terryzale@flextronics.com;
trey.chambers@freescale.com; randall.eisenberg@fticonsulting.com; lhassel@groom.com;
sgross@hodgsonruss.com; fgorman@honigman.com; rweiss@honigman.com;

hreichardiuecwa@aol.com; bderrough@jefferies.com; thomas.fmaher@chase.com; richard.duker@jpmorgan.com; gianni.russello@jpmorgan.com; vilma.francis@jpmorgan.com; gnovod@kramerlevin.com; tmayer@kramerlevin.com; jle@kccllc.com; robert.rosenberg@lw.com; patrick.healy@lawdeb.com; daniel.fisher@lawdeb.com; dcleary@mwe.com; mkhambati@mwe.com; bmctigue@mctiguelaw.com; conh@mctiguelaw.com; mknoll@mesirowfinancial.com; jmoldovan@morrisoncohen.com; newyork@sec.gov; rsiegel@omm.com; tjerman@omm.com; garrick.sandra@pbgc.gov; efile@pbgc.gov; landy.ralph@pbgc.gov; sriemer@phillipsnizer.com; david.resnick@us.rothschild.com; rdremluk@seyfarth.com; dbartner@shearman.com; jfrizzley@shearman.com; kziman@stblaw.com; rtrust@stblaw.com; wrussell@stblaw.com; jbutler@skadden.com; jlyonsch@skadden.com; rmeisler@skadden.com; kmarafio@skadden.com; tmatz@skadden.com; ddoyle@spencerfane.com; nfranke@spencerfane.com; cp@stevenslee.com; cs@stevenslee.com; altogut@teamtogut.com; jeffrey.tanenbaum@weil.com; martin.bienenstock@weil.com; michael.kessler@weil.com; scimalore@wilmingtontrust.com;