Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                                           :
                                                                 :   Chapter 11
DELPHI CORPORATION, *et al.*,                                    :
                                                                 :   Case No. 05-44481 (RDD)
                    Debtors.                                     : :  (Jointly Administered)
-----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION AND MEMORANDUM OF INTERNATIONAL UNION, UAW FOR AN ORDER DIRECTING ITS APPOINTMENT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW), by and through its undersigned counsel, hereby withdraws its Motion and Memorandum for and Order Directing its Appointment to the Official Committee of Unsecured Creditors [Docket #1721] because the UAW has been named an ex-officio member of the Official Committee of Unsecured Creditors.

Dated: New York, New York
       January 20, 2006

                                           /s/ Babette A. Ceccotti
                                          Babette A. Ceccotti (BC 2690)
                                          COHEN, WEISS AND SIMON LLP
                                          330 West 42nd Street
                                          New York, NY  10036
                                          (212) 563-4100

                                          Attorneys for International Union, UAW

00085501.DOC.1