Stephanie K. Hoos, Esq.
MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
(212) 935-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re                                                :     Chapter 11
                                                     :
                                                     :     Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                          :
                                                     :     Jointly Administered
                       Debtors.            :
                                                     :
------------------------------------------------------------ x

**CERTIFICATE OF SERVICE**

        I, Stephanie K. Hoos, hereby certify that on this 23rd day of January, 2006, I caused a copy of Amended Notice of Appearance and Request For Service of Papers to be served on the below parties in the manner indicated thereby.

**FIRST CLASS MAIL**

| | |
|---|---|
| Kathleen Farrell | John William Butler, Jr., Esq. |
| Clerk of the Court | Skadden, Arps, Slate, Meagher & Flom, LLP |
| United States Bankruptcy Court | 333 W. Wacker Drive, Suite 2100 |
| One Bowling Green, Sixth Floor | Chicago, IL 60606 |
| New York, New York 10004-1408 | |
| | |
| Deidre A. Martini, Esq. | Kayalyn A. Marafioti, Esq. |
| Alicia M. Leonhard, Esq. | Thomas J. Matz, Esq. |
| Office of the United States Trustee | Skadden, Arps, Slate, Meagher & Flom, LLP |
| 33 Whitehall Street - 21st Floor | Four Times Square |
| New York, New York 10004 | New York, New York 10036 |
| | |
| Robert J. Rosenberg, Esq. | Allan S. Brilliant, Esq. and Brian W. Harvey, Esq. |
| Latham & Watkins LLP | Goodwin Procter LLP |
| 885 Third Avenue | 599 Lexington Avenue |
| New York, New York 10022 | New York, New York 10022 |

**VIA ELECTRONIC MAIL
ON JANUARY 19, 2006**

All Parties Listed On Debtors' Master
Service List Attached Hereto

                                                                /s/*Stephanie K. Hoos*
                                                                   Stephanie K. Hoos

NYC 341460v.2