**File a Notice:**

05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Hoos, Stephanie K. entered on 1/19/2006 at 3:16 PM and filed on 1/19/2006
**Case Name:**    Delphi Corporation
**Case Number:**    05-44481-rdd
**Document Number:** 1851

**Docket Text:**
Notice of Appearance *Amended Notice of Appearance and Request For Service of Papers* filed by Stephanie K. Hoos on behalf of Hitachi Automotive Products (USA), Inc.. (Hoos, Stephanie K.)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\eechevarria\My Documents\Delphi Amended Notice of Appearance.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=1/19/2006] [FileNumber=4778732-0]
[2e697d2411530008d262d952069376797e0358b5d98af57099dae06b25dda83a1e110
739c87de96130f5e8f812185c584b085d97b3ab69a3d6b661c007a9edba]]

**05-44481-rdd Notice will be electronically mailed to:**

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Franklin C. Adams    franklin.adams@bbklaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

Stephen M. Bales    sbales@zieglermetzger.com,

C. David Bargamian    dbargamian@bsdd.com,

William J. Barrett    william.barrett@bfkpn.com, william.barrett@bfkpn.com

David S. Barritt    barritt@chapman.com,

Donald F. Baty    dbaty@honigman.com,

Douglas P. Baumstein    dbaumstein@whitecase.com,

Ronald Scott Beacher    rbeacher@pitneyhardin.com

W. Robinson Beard    jkirk@stites.com,

Christopher Robert Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com

Howard S. Beltzer    Stacy_Knobloch@NY_Whitecase.com

Leslie Ann Berkoff    lberkoff@moritthock.com

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Monica Susan Blacker    monicablacker@akllp.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Allan S. Brilliant    abrilliant@goodwinprocter.com, nymanagingclerk@goodwinprocter.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

Mark A. Broude    mark.broude@lw.com

Deborah M. Buell    maofiling@cgsh.com,

Kevin J. Burke    kburke@cahill.com

John Wm. Butler    jbutler@skadden.com

Aaron R. Cahn    cahn@clm.com

Judy B. Calton    jcalton@honigman.com,

Scott Cargill    scargill@lowenstein.com, hpetersen@lowenstein.com

D. Christopher Carson    ccarson@burr.com

Michelle Carter    mcarter@kslaw.com,

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Ben T. Caughey    ben.caughey@icemiller.com,

George B. Cauthen    george.cauthen@nelsonmullins.com,

Erik G. Chappell    egc@lydenlaw.com,

Eric J. Charlton    echarlton@hiscockbarclay.com

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Tracy M. Clark    clark@steinbergshapiro.com,

David D. Cleary    dcleary@mwe.com,

Tiffany Strelow Cobb    tscobb@vssp.com, cdfricke@vssp.com;eplitfin@vssp.com

Susan M. Cook    smcook@lambertleser.com,

Patrick M. Costello    pcostello@bbslaw.com, catherine@bbslaw.com

David N. Crapo    dcrapo@gibbonslaw.com,

Michael G. Cruse    mcruse@wnj.com,

Vincent D'Agostino    vdagostino@lowenstein.com

Douglas R. Davis    ddavis@paulweiss.com

Jeffry A. Davis    jeffdavis@graycary.com,

James J. DeCristofaro    james.decristofaro@lovells.com, karen.ostad@lovells.com

Robert Dehney    rdehney@mnat.com,
gsaydah@mnat.com;cmiller@mnat.com;tdriscoll@mnat.com;dabbott@mnat.com;dbutz@mnat.com;jcin

Gerard DiConza    gdiconza@dlawpc.com

Maria J. DiConza    diconzam@gtlaw.com

Karen Dine    karen.dine@pillsburylaw.com,

Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;heddy@bsk.com

J. Ted Donovan    TDonovan@Finkgold.com;srshmulevitz@finkgold.com

Robert W. Dremluk    rdremluk@seyfarth.com,
rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com,shenslovizt@seyfarth.cor

Seth A. Drucker    sdrucker@clarkhill.com,

Robert L. Eisenbach    reisenbach@cooley.com

Judith Elkin    judith.elkin@haynesboone.com

Bruce N. Elliott    elliott@cmplaw.com,

Barbara Ellis-Monro    bellis-monro@sgrlaw.com,

Alyssa Englund    aenglund@orrick.com

Richard L. Epling    richard.epling@pillsburylaw.com, gianni.dimos@pillsburylaw.com

Earle I. Erman    eerman@ermanteicher.com,

Michael S. Etkin    metkin@lowenstein.com, mseymour@lowenstein.com

Stephen Vincent Falanga    sfalanga@connellfoley.com,
tpasuit@connellfoley.com;jbarrow@connellfoley.com

Eugene I. Farber    efarber747@aol.com,

Robert Michael Farquhar    mfarquhar@winstead.com,

Bonnie Glantz Fatell    fatell@blankrome.com, recchiuti@blankrome.com

Richard L. Ferrell    Ferrell@taftlaw.com,

Charles J. Filardi    cfilardi@pepehazard.com

Jonathan D. Forstot    jforstot@tpw.com, mmuller@tpw.com;lcurcio@tpw.com

Edward M. Fox    efox@klng.com

David H. Freedman    dfreedman@ermanteicher.com,

Scott J. Friedman    sjfriedman@jonesday.com,
sdignomirello@jonesday.com;dsciabarassi@jonesday.com;ChicagoBRR@jonesday.com

Timothy A. Fusco    fusco@millercanfield.com,

Thomas M. Gaa    tgaa@bbslaw.com, clee@bbslaw.com

James M. Garner    jgarner@shergarner.com, jchocheles@shergarner.com

Yann Geron    ygeron@foxrothschild.com, ygeron@foxrothschild.com

Leo J. Gibson    lgibson@bsdd.com,

Scott R. Goldberg    sgoldber@quarles.com

Scott A. Golden    sagolden@hhlaw.com, khseal@hhlaw.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Robert D. Gordon    rgordon@clarkhill.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

Gary E. Green    ggreen@fagelhaber.com,

Jonathan S. Green    greenj@millercanfield.com,

John T. Gregg    jgregg@btlaw.com,

Stephen H. Gross    sgross@hodgsonruss.com

Stephen B. Grow    sgrow@wnj.com, kfrantz@wnj.com

Peter J. Gurfein    pgurfein@akingump.com

Jonathan P. Guy    jpguy@swidlaw.com,

Michael Leo Hall    mhall@burr.com

Timothy C. Hall    tch@previant.com,

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net;jdyas@halperinlaw.net

Matthew W. Hamilton    mhamilton@amph.com,

William J. Hanlon    whanlon@seyfarth.com, bosuscourt@seyfarth.com

Kristopher M. Hansen    insolvency2@stroock.com;docketing@stroock.com

Jill M. Hartley    jh@previant.com,

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William M. Hawkins    whawkins@loeb.com

Dion W. Hayes    dhayes@mcguirewoods.com, egunn@mcguirewoods.com

William Heuer    william.heuer@bingham.com

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Robert M. Hirsh    hirsh.robert@arentfox.com

Shannon E. Hoff    shoff@burr.com

Stephanie K. Hoos    skhoos@mintz.com

John J. Hunter    jrhunter@hunterschank.com, sharonaldrich@hunterschank.com

Jay W. Hurst    jay.hurst@oag.state.tx.us

Michael G. Insalaco    minsalaco@zeklaw.com

Hilary Jewett    hjewett@foley.com,

Roger G. Jones    rjones@bccb.com,

Richard Josephson    rcjosephson@stoel.com, basargent@stoel.com

Andrew C. Kassner    andrew.kassner@dbr.com

Tracy L. Klestadt    tklestadt@klestadt.com, tklestadt@gmail.com;jross@klestadt.com

Hanan B. Kolko    hkolko@msek.com

Alan M. Koschik    akoschik@brouse.com,

Lawrence J. Kotler    ljkotler@duanemorris.com,

Stuart A. Krause    skrause@zeklaw.com

Duane Kumagai    dkumagai@rutterhobbs.com,

Darryl S. Laddin    bkrfilings@agg.com

Elena Lazarou    elazarou@reedsmith.com, elazarou@reedsmith.com,cwilliams@reedsmith.com

David S. Lefere    davidl@bolhouselaw.com,

Harris Donald Leinwand    hleinwand@aol.com, hleinwand@aol.com

David E. Lemke    david.lemke@wallerlaw.com,
cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Joseph H. Lemkin    jhlemkin@duanemorris.com, vmarchello@duanemorris.com

Ira M. Levee    ilevee@lowenstein.com

Jill Levi    jlevi@toddlevi.com, drosenberg@toddlevi.com

Jeffrey M. Levinson    jml@ml-legal.com,

Kenneth M. Lewis    klewis@rosenpc.com, rpc@rosenpc.com

Kim Martin Lewis    brandy.mcqueary@dinslaw.com, john.persiani@dinslaw.com

Eric Lopez Schnabel    schnabel@klettrooney.com,

A. Peter Lubitz   plubitz@schiffhardin.com

John S. Mairo   jsmairo@pbnlaw.com,
jmgastineau@pbnlaw.com;mdlaskowski@pbnlaw.com;aljones@pbnlaw.com;cjalvarado@pbnlaw.com

Amy Wood Malone   amalone@colwinlaw.com,

Jacob A. Manheimer   kcunningham@pierceatwood.com

Nauni Manty   nmanty@riderlaw.com,

Kayalyn A. Marafioti   kmarafio@skadden.com, jharring@skadden.com

Dorothy H. Marinis-Riggio   demarinis@candklaw.com,

Ilan Markus   imarkus@tylercooper.com,

Richard Gary Mason   rgmason@wlrk.com;rcstrauss@wlrk.com

Thomas J. Matz   tmatz@skadden.com

Daniel P. Mazo   dpm@curtinheefner.com,

Michael K. McCrory   michael.mccrory@btlaw.com, vance.donahue@btlaw.com

Ralph E. McDowell   rmcdowell@bodmanllp.com,

Douglas J. McGill   douglas.mcgill@dbr.com,

Austin L. McMullen   amcmulle@bccb.com,

Patrick E. Mears   patrick.mears@btlaw.com

Derek F. Meek   dmeek@burr.com

Barbara S Mehlsack   bmehlsack@gkllaw.com,

Richard M. Meth   msteen@pitneyhardin.com, rmmnybankruptcy@pitneyhardin.com

Robert N. Michaelson   rmichaelson@kl.com, joyce.smith@klng.com

Kathleen M. Miller   kmm@skfdelaware.com, tlc@skfdelaware.com

Alan K. Mills   amills@btlaw.com

Joseph Thomas Moldovan   bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

James P. Moloy   jmoloy@dannpecar.com,

Audrey E. Moog   amoog@hhlaw.com,

Brian F. Moore    bmoore@mccarter.com,

Eric T. Moser    emoser@klng.com, kserrao@klng.com

Alisa Mumola    alisa@contrariancapital.com,

Jill L. Murch    jmurch@foley.com, khall@foley.com

James P. Murphy    murph@berrymoorman.com,

Bruce S. Nathan    bnathan@lowenstein.com, clongstreth@lowenstein.com

Lauren Newman    lnewman@fagelhaber.com,

Marie L. Nienhuis    mnienhuis@gklaw.com, zraiche@gklaw.com;mroufus@gklaw.com

Gordon Z. Novod    gnovod@kramerlevin.com, lbertko@kramerlevin.com

Kasey C. Nye    knye@quarles.com,

Martin P. Ochs    martin@oglaw.net

Sean A. Okeefe    sokeefe@winthropcouchot.com,

Ingrid S. Palermo    ipalermo@hselaw.com

Richard J. Parks    rparks@mijb.com, mtcraig@mijb.com;ksiegel@mijb.com

Geoffrey J. Peters    gpeters@weltman.com,

Anne M. Peterson    apeterson@phillipslytle.com

Lowell Peterson    lpeterson@msek.com

Ronald R. Peterson    rpeterson@jenner.com, anicoll@jenner.com

Ed Phillips    ephillips@thurman-phillips.com,

Alex Pirogovsky    apirogovsky@uhlaw.com

Leslie A. Plaskon    leslieplaskon@paulhastings.com,

David M. Posner    dmposner@hhlaw.com, dmposner@hhlaw.com;khseal@hhlaw.com

Jeffrey S. Posta    jposta@sternslaw.com,

Constantine Pourakis    cp@stevenslee.com

Paul A. Rachmuth    prachmuth@andersonkill.com, bfiling@andersonkill.com

Dennis Jay Raterink    raterinkd@michigan.gov,

Jo Christine Reed    jcreed@sonnenschein.com, rrichards@sonnenschein.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com

Kenneth A. Reynolds    kar@pryormandelup.com,

Geoffrey A. Richards    grichards@kirkland.com,

Marc E. Richards    mrichards@blankrome.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Matthew R. Robbins    mrr@previant.com,

Jean R. Robertson    jrobertson@mcdonaldhopkins.com,

Scott D. Rosen    srosen@cb-shea.com,

Paul M. Rosenblatt    prosenblatt@kilpatrickstockton.com

Robert B. Rubin    brubin@burr.com

E. Todd Sable    tsable@honigman.com,

Chester B. Salomon    cs@stevenslee.com

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

William F. Savino    wsavino@damonmorey.com,

Thomas J. Schank    tomschank@hunterschank.com, bfrasier@hunterschank.com

Michael L. Schein    mlschein@mintz.com, ereyes@mintz.com;skhoos@mintz.com

Charles P. Schulman    cschulman@sachnoff.com,

Bryan I. Schwartz    bschwartz@lplegal.com,

Mark S. Scott    mscott@riemerlaw.com,

Jay Selanders    selanders@danielsandkaplan.com,

Mark A. Shaiken    mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinso

Andrea Sheehan   sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com;lindagreiner59@aol.com

Andrew Howard Sherman   asherman@sillscummis.com, asherman@sillscummis.com

Joseph E. Shickich   jshickich@riddellwilliams.com

Stephen J. Shimshak   sshimshak@paulweiss.com, sshimshak@paulweiss.com

Wallace A. Showman   was@showmanlaw.com,

Robert J. Sidman   rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com

Sam O. Simmerman   sosimmerman@kwgd.com, mhelmick@kwgd.com

Thomas R. Slome   mail@srsllp.com

Marc P. Solomon   msolomon@burr.com

Brian D. Spector   bspector@selawfirm.com, kdillon@selawfirm.com

Brent C. Strickland   bstrickland@wtplaw.com,

James M. Sullivan   jmsullivan@mwe.com

Robert Szwajkos   rsz@curtinheefner.com,

Jeffrey L. Tanenbaum
garrett.fail@weil.com;johnson.ng@weil.com;robert.lemons@weil.com;michele.meises@weil.com;larnet

Zakarij O. Thomas   zothomas@klettrooney.com,

Gordon J. Toering   gtoering@wnj.com

Sheldon S. Toll   lawtoll@comcast.net

Laura L. Torrado   ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik   rurbanik@munsch.com,

Robert Usadi   rusadi@cahill.com,

Shmuel Vasser   svasser@eapdlaw.com

Joseph J. Vitale   jvitale@cwsny.com,

Michael D. Warner   bankruptcy@warnerstevens.com

Robert K. Weiler    rweiler@greenseifter.com, lellis@greenseifter.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

Robert A White    rwhite@murthalaw.com,

W. Joe Wilson    jwilson@tylercooper.com,

Jeffrey C. Wisler    jcw@cblhlaw.com,

Robert D. Wolford    ecfwolfordr@mjsc.com,

Stephen L. Yonaty    syonaty@hodgsonruss.com,

Helen A. Zamboni    hzamboni@underbergkessler.com,

Menachem O. Zelmanovitz    mzelmanovitz@morganlewis.com,

Peter Alan Zisser    nyc-bkcyecf@hklaw.com;bos-bankruptcy@hklaw.com