**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Corporation | Case No. 05-44481 |
| ("the Debtors") | Claim No.: 1372 |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(2) FOR FILED CREDITOR, LUNT MANUFACTURING COMPANY, INC., IN THE AMOUNT OF $1,144,684.57, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.**

**To Transferor:**   LUNT MANUFACTURING COMPANY, INC.
ATTN: EDWARD C. ROELS, C.F.O.
601-605 LUNT AVENUE
SCHAUMBURG, IL 60193

PLEASE TAKE NOTICE that the transfer of $1,144,684.57 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A page from the claim agent's records listing the filed Proof of Claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI AUTOMOTIVE
SYSTEMS, LLC

Debtor

Case No. 05-44640

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Lunt Manufacturing Company, Inc. ("Assignor") against the Debtor in the amount of $1,144,684.57 (the "Claim") has been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claim and all rights thereto.

I, the undersigned Assignor of the Claim, hereby assign and transfer the Claim and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. The Claim against the Debtor has not been previously transferred, and the Debtor has neither objected to nor satisfied the Claim. The clerk of this Court is authorized to change the address of record regarding the Claim to that of Assignee listed below.

| | | | |
|---|---|---|---|
| ASSIGNEE: | Stonehill Institutional Partners, L.P. | ASSIGNOR: | Lunt Manufacturing Company, Inc. |
| Address: | Re: Delphi Corp. – Lunt Claim c/o Stonehill Capital Management 885 Third Avenue, 30th Floor New York, NY 10022 | Address: | 601-605 Lunt Avenue Schaumburg, IL 60193 |
| | | Signature: | *[signed]* |
| | | Name: | Edward C. Roels |
| | | Title: | Chief Financial Officer |
| | | Date: | December 20, 2005 |

# EXHIBIT

# A

## Creditor Data for Claim Number 1372

| | |
|---|---|
| **Creditor Name:** Lunt Manufacturing Company Inc<br>**Creditor Notice Name:** co Edward C Roels Chief Financial Officer | **Date Claim Filed:** 12/29/2005<br>**Delphi Claim #:** 1372<br>**Court Claim #:** 1372<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Corporation<br>**Case Number:** 05-44481 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** $1,144,684.57 | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:**<br>**Schedule Amt:** | |