LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )    ss.:
COUNTY OF NEW YORK   )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.    On January 18, 2006, I caused true and correct copies of the First Supplemental Affidavit of Robert J. Rosenberg in Support of the Retention of Latham &

NY\1106326.1

Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon

the parties on the annexed Exhibit A in the manner indicated thereon.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
23rd day of January, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**VIA OVERNIGHT MAIL**

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Fl
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

NY\1106326.1

Stephen H Gross
Hodgson Russ LLP
152 West 57th St
35th Fl
New York, NY 10019

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Henry Reichard
IUE-CWA
2360 W Dorothy Ln
Ste 201
Dayton, OH 45439

Bill Derrough
Jefferies & Company Inc
520 Madison Ave
12th Fl
New York, NY 10022

Thomas F Maher
Richard Duker
Gianni Russello
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

Thomas Moers Mayer
Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patrick J. Healy
Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank NA
270 Pk Ave
New York, NY 10017

James Le
Kurtzman Carson Consultants
12910 Culver Blvd
Ste I
Los Angeles, CA 90066

David D. Cleary
Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL   60606

Melissa Knolls
Mesirow Financial
321 N Clark St
Chicago, IL 60610

Joseph T Moldovan Esq
Morrison Cohen LLP
909 Third Ave
New York, NY 10022

Office of New York State
Attorney General Eliot Spitzer
120 Broadway
New York City, NY 10271

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

NY\1106326.1

| | |
|---|---|
| Deirdre A Martini<br>United States Trustee<br>33 Whitehall St<br>Ste 2100<br>New York, NY 10004 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |

**Via First Class Mail**

| | |
|---|---|
| Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE  19890 | The Timpken Corporation BIC - 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706 |
| Noma Company and General Chemical<br>Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippany, NJ 7054 | Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Dennis J. Raternink<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Michael Cox<br>PO Box 30736<br>Lansing, MI 48909-7717 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY  10167 |

NY\1106326.1

Harris D. Leinwand
350 Fifth Avenue
Suite 2418
New York, NY 10118

HAL/ERC-Legal
Tillie Lim, Esq.
50 Prospect Avenue
Tarrytown, NY 10591

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY 41858-9122

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY 42701

Andrew Kurth LLP
Goig Malik
1717 Main Street
Suite 3700
Dallas, TX, 75201

Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum
Berkshire Building
6801 Kenilworth Avenue
Suite 400
Riverdale Park, MD 20737

Office of the Chapter 13 Trustee
Camille Hope
PO Box 954
Macon, GA 31202

Peggy Housner
Cadillac Place
3030 W. Grand Blvd. Suite 10-200
Detroit, MI 48202

D. Farrington Yates
Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Warner Norcross & Judd LLP
Stephen B. Grow
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids, MI 49503

White & Case LLP
John K. Cunningham
1155 Avenue of the Americas
New York, NY 10036-2787

Carol Weiner Levy
Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLP
140 East 45th Street
17th Floor

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue
Suite 3500

New York, NY 10017

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street
Suite 2500
Chicago, IL 60601 1262

Thomas D. Renda
Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Detroit, MI 48226 3435

Joe Landen
Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Raniero D'Aversa, Jr.
Jeffrey G. Tougas
Mayer Brown Rowe & Maw, LLP
1675 Broadway
New York, NY 10019

Michael Cox
Attorney General for State of Michigan
3030 West Grand Blvd.
Suite 10-200
Detroit, MI 48202

Sandra S. Hamilton
Nantz Litowich Smith Girard & Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

**Via Email**

aaronsona@pepperlaw.com; abrilliant@goodwinproctor.com; aburch@miamidade.gove; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; aleinoff@amph.com; amathews@robinsonlaw.com; amcmullen@bccb.com; amoog@hhlaw.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; aordubegian@weineisen.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; bankruptcy@warnerstevens.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; Ben.Caughey@icemiller.com; bmcdonough@teamtogut.com; bmehlsack@gkllaw.com; bnathan@lowenstein.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cbelmonte@ssbb.com; cdruehl@goodwinproctor.com; cfilardi@pepehazard.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; cgalloway@atsautomation.com; chill@bsk.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; Cohen.Mitchell@arentfox.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; csullivan@bsk.com; cweidler@paulweiss.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; dfreedman@ermanteicher.com; dgheiman@jonesday.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com; dludman@brownconnery.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; dweiner@schaferweiner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; ecdolan@hhlaw.com; echarlton@hiscockbarclay.com; eerman@ermanteicher.com; efox@klng.com; egc@leydenlaw.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; Elliott@cmplaw.com; emarcks@ssd.com; emccolm@paulweiss.com; emcnerney@blbglaw.com; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; ftrikkers@rikkerslaw.com; fusco@millercanfield.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; gettleman@e-hlaw.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; gpeters@weltman.com; greenj@millercanfield.com; greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; hborin@schaferweiner.com; heath.vicente@agg.com; herb.reiner@guarantygroup.com; Hirsh.Robert@arentfox.com; hkolko@msek.com; houston_bankruptcy@publicans.com; hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; jay.hurst@oag.state.tx.us; jbernstein@mdmc-law.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jh@previant.com; jharris@quarles.com; jhinshaw@boselaw.com; jhlemkin@duanemorris.com; jkp@qad.com;

NY\1106326.1

jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jminias@stroock.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; jmurch@foley.com; joel_gross@aporter.com; john.brannon@tklaw.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com ; karen.dine@pillsburylaw.com; kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com; khansen@stroock.com; kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com; Knathan@nathanneuman.com; knorthrup@kutchinrufo.com; knye@quarles.com; krk4@daimlerchrysler.com; krosen@lowenstein.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lawtoll@comcast.net; lberkoff@moritthock.com; lcurcio@tpw.com; lekvall@wgllp.com; lisa.moore2@nationalcity.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com; lpeterson@msek.com; lpinto@wcsr.com; lschwab@bbslaw.com; lwalzer@angelogordon.com; madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com; mbusenkell@mnat.com; mcruse@wnj.com; mdebbeler@graydon.com; metkin@lowenstein.com; mfarquhar@winstead.com; mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; mhamilton@ampn.com; michael.cook@srz.com; michaelz@orbotech.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com; mmesonesmori@whitecase.com; mmharner@jonesday.com; mnewman@schaferweiner.com; mrichards@blankrome.com; mrr@previant.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msmcelwee@varnumlaw.com; msomerstein@kelleydrye.com; mtf@afrct.com; murph@berrymoorman.com; mviscount@foxrothschild.com; mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com; myetnikoff@schiffhardin.com ; mzelmanovitz@morganlewis.com; niizeki.tetsuhiro@furukawa.co.jp; nlph4@cornell.edu; office@gazesllc.com; oiglesias@wlross.com; pabutler@ssd.com; patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com; pbilowz@goulstonstorrs.com; pbosswick@ssbb.com; pcostello@bbslaw.com; pgurfein@akingump.com; pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com; rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com; rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com; rgordon@clarkhill.com; rgriffin@iuoe.org; rheilman@schaferweiner.com; rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.epling@pillsburylaw.com; richard.kremen@dlapiper.com; rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rmcdowell@bodmanllp.com; rmeth@pitneyhardin.com; robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; robin.spear@pillsburylaw.com; rparks@mijb.com; rpeterson@jenner.com; rsz@curtinheefner.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com;

NY\1106326.1

rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; rusadi@cahill.com; rweisberg@carsonfischer.com; rweiss@honigman.com; fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; sbrennan@nathanneuman.com; scargill@lowenstein.com; schristianson@buchalter.com; sdonato@bsk.com; sdrucker@clarkhill.com; sean@blbglaw.com; selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com; sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com; sjfriedman@jonesday.com; sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com; sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com; sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; steven.keyes@aam.com; susanwhatley@nixlawfirm.com; tajamie@ajamie.com; tbrink@lordbissel.com; tch@previant.com; tdonovan@finkgold.com; tgaa@bbslaw.com; tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com; tomschank@hunterschank.com; tsable@honingman.com; tscobb@vssp.com; vdagostino@lowenstein.com; wachstein@coollaw.com; wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com; william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1106326.1