LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              )   ss.:
COUNTY OF NEW YORK  )

        Leslie Salcedo, being duly sworn, deposes and says:

        1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

        2.     On January 23, 2006, I caused true and correct copies of the Second Supplemental Affidavit of Robert J. Rosenberg in Support of the Retention of Latham &

NY\1106820.1

Watkins LLP as Counsel to the Official Committee of Unsecured Creditors, to be served upon

the parties on the annexed Exhibit A in the manner indicated thereon.

                                                                    /s/ Leslie Salcedo
                                                                    Leslie Salcedo

Sworn to before me this
23rd day of January, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**<u>VIA OVERNIGHT MAIL</u>**

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Fl
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

| | |
|---|---|
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Henry Reichard<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL  60606 | Melissa Knolls<br>Mesirow Financial<br>321 N Clark St<br>Chicago, IL 60610 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |

| | |
|---|---|
| Tom A Jerman<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye St Nw<br>Washington, DC 20006 | Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope St<br>Los Angeles, CA 90071 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005 | Ralph L Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street Nw<br>Ste 340<br>Washington, DC 20005-4026 |
| Sandra A Riemer<br>Phillips Nizer LLP<br>666 Fifth Ave<br>New York, NY 10103 | David L Resnick<br>Rothchild Inc<br>1251 Ave Of The Americas<br>New York, NY 10020 |
| Michael P. Kessler, Esq.<br>Martin J. Bienenstock, Esq.<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Robert W Dremluck<br>Seyfarth Shaw LLP<br>1270 Avenue Of The Americas<br>Ste 2500<br>New York, NY 10020-1801 |
| Douglas Bartner<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022 | Kenneth S Ziman<br>Robert H Trust<br>William T Russell Jr<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Ave<br>New York, NY 10017 |
| John Wm Butler<br>John K Lyons<br>Ron E Meisler<br>Skadden Arps Slate Meagher & Flom LLP<br>333 W Wacker Dr<br>Ste 2100<br>Chicago, IL 60606 | Kayalyn A Marafioti<br>Thomas J Matz<br>Skadden Arps Slate Meagher & Flom LLP<br>4 Times Square<br>New York, NY 10036 |
| Chester B Salomon<br>Constantine D Pourakis<br>Stevens & Lee PC<br>485 Madison Ave<br>20th Fl<br>New York, NY 10022 | Albert Togut<br>Togut Segal & Segal LLP<br>One Penn Plaza<br>Ste 3335<br>New York, NY 10119 |

NY\1106820.1

| | |
|---|---|
| Deirdre A Martini<br>United States Trustee<br>33 Whitehall St<br>Ste 2100<br>New York, NY 10004 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |

**Via First Class Mail**

| | |
|---|---|
| Wilmington Trust Company<br>Steven M. Cimalore, Vice President<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | The Timpken Corporation BIC - 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH 44706 |
| Noma Company and General Chemical<br>Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippany, NJ 7054 | Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Dennis J. Raternink<br>PO Box 30736<br>Lansing, MI 48909-7717 |
| Michigan Department of Labor and Economic<br>Growth, Worker's Compensation Agency<br>Michael Cox<br>PO Box 30736<br>Lansing, MI 48909-7717 | McCarter & English, LLP<br>David J. Adler, Jr. Esq.<br>245 Park Avenue, 27th Floor<br>New York, NY 10167 |

NY\1106820.1

Harris D. Leinwand  
350 Fifth Avenue  
Suite 2418  
New York, NY 10118

HAL/ERC-Legal  
Tillie Lim, Esq.  
50 Prospect Avenue  
Tarrytown, NY 10591

Frank D. Jones  
158 New York Circle Cr.  
Whitesburg, KY 41858-9122

Ambrake Corporation  
Ronald L. Jones  
300 Ring Road  
Elizabethtown, KY 42701

Andrew Kurth LLP  
Goig Malik  
1717 Main Street  
Suite 3700  
Dallas, TX, 75201

Robert H. Rosenbaum  
M. Evan Meyers  
Meyers, Rodbell & Rosenbaum  
Berkshire Building  
6801 Kenilworth Avenue  
Suite 400  
Riverdale Park, MD 20737

Office of the Chapter 13 Trustee  
Camille Hope  
PO Box 954  
Macon, GA 31202

Peggy Housner  
Cadillac Place  
3030 W. Grand Blvd. Suite 10-200  
Detroit, MI 48202

D. Farrington Yates  
Jo Christine Reed  
Sonnenschein Nath & Rosenthal LLP  
1221 Avenue of the Americas  
24th Floor  
New York, NY 10020

Robert E. Richards  
Sonnenschein Nath & Rosenthal LLP  
8000 Sears Tower  
233 South Wacker Drive  
Chicago, IL 60606

Warner Norcross & Judd LLP  
Stephen B. Grow  
900 Fifth Third Center  
111 Lyon Street, NW  
Grand Rapids, MI 49503

White & Case LLP  
John K. Cunningham  
1155 Avenue of the Americas  
New York, NY 10036-2787

Carol Weiner Levy  
Schulte Roth & Sabel LLP  
919 Third Avenue  
New York, NY 10022

Steven E. Abelman  
Cage Williams & Abelman, P.C.  
1433 Seventeenth Street  
Denver, CO 80202

Dorothy H. Marinis-Riggio  
Calinoff & Katz, LLP  
140 East 45th Street  
17th Floor

Joel D. Applebaum  
Clark Hill PLC  
500 Woodward Avenue  
Suite 3500

NY\1106820.1

| | |
|---|---|
| New York, NY 10017 | Detroit, MI 48226 3435 |
| Amy Wood Malone<br>Colbert & Winstead, P.C.<br>1812 Broadway<br>Nashville, TN 37203 | Joe Landen<br>Madison Capital Management<br>6143 South Willow Drive<br>Suite 200<br>Greenwood Village, CO 80111 |
| Gary D. Santella<br>Masuda Funai Eifert & Mitchell, Ltd.<br>203 North LaSalle Street<br>Suite 2500<br>Chicago, IL 60601 1262 | Raniero D'Aversa, Jr.<br>Jeffrey G. Tougas<br>Mayer Brown Rowe & Maw, LLP<br>1675 Broadway<br>New York, NY 10019 |
| Thomas D. Renda<br>Kerry Hopkins<br>Miles & Stockbridge, P.C.<br>10 Light Street<br>Baltimore, MD 21202 | Michael Cox<br>Attorney General for State of Michigan<br>3030 West Grand Blvd.<br>Suite 10-200<br>Detroit, MI 48202 |
| Sandra S. Hamilton<br>Nantz Litowich Smith Girard & Hamilton, P.C.<br>2025 East Beltline, S.E.<br>Suite 600<br>Grand Rapids, MI 49546 | John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 |

**Via Email**

aaronsona@pepperlaw.com; abrilliant@goodwinproctor.com; aburch@miamidade.gove; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; aleinoff@amph.com; amathews@robinsonlaw.com; amcmullen@bccb.com; amoog@hhlaw.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; aordubegian@weineisen.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebobo-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; bankruptcy@warnerstevens.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; Ben.Caughey@icemiller.com; bmcdonough@teamtogut.com; bmehlsack@gkllaw.com; bnathan@lowenstein.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cbelmonte@ssbb.com; cdruehl@goodwinproctor.com; cfilardi@pepehazard.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; cgalloway@atsautomation.com; chill@bsk.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; Cohen.Mitchell@arentfox.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; csullivan@bsk.com; cweidler@paulweiss.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; derrien@coollaw.com; dfreedman@ermanteicher.com; dgheiman@jonesday.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com; dludman@brownconnery.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; dweiner@schaferweiner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; ecdolan@hhlaw.com; echarlton@hiscockbarclay.com; eerman@ermanteicher.com; efox@klng.com; egc@leydenlaw.com; egunn@mcguirewoods.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; Elliott@cmplaw.com; emarcks@ssd.com; emccolm@paulweiss.com; emcnerney@blbglaw.com; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; ftrikkers@rikkerslaw.com; fusco@millercanfield.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; gettleman@e-hlaw.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; gpeters@weltman.com; greenj@millercanfield.com; greg.bibbes@infineon.com; grichards@kirkland.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; hborin@schaferweiner.com; heath.vicente@agg.com; herb.reiner@guarantygroup.com; Hirsh.Robert@arentfox.com; hkolko@msek.com; houston_bankruptcy@publicans.com; hzamboni@underbergkessler.com; ian@gazesllc.com; ilevee@lowenstein.com; jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; jay.hurst@oag.state.tx.us; jbernstein@mdmc-law.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jh@previant.com; jharris@quarles.com; jhinshaw@boselaw.com; jhlemkin@duanemorris.com; jkp@qad.com;

jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jminias@stroock.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; jmurch@foley.com; joel_gross@aporter.com; john.brannon@tklaw.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jpguy@swidlaw.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com ; karen.dine@pillsburylaw.com; kcookson@keglerbrown.com; kcunningham@piercewood.com; ken.higman@hp.com; khansen@stroock.com; kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com; Knathan@nathanneuman.com; knorthrup@kutchinrufo.com; knye@quarles.com; krk4@daimlerchrysler.com; krosen@lowenstein.com; kwalsh@lordbissel.com; rcovino@lordbissel.com; landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lawtoll@comcast.net; lberkoff@moritthock.com; lcurcio@tpw.com; lekvall@wgllp.com; lisa.moore2@nationalcity.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com; lpeterson@msek.com; lpinto@wcsr.com; lschwab@bbslaw.com; lwalzer@angelogordon.com; madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; markd@blbglaw.com; mbane@kelleydrye.com; mblacker@andrewskurth.com; mbusenkell@mnat.com; mcruse@wnj.com; mdebbeler@graydon.com; metkin@lowenstein.com; mfarquhar@winstead.com; mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; mhamilton@ampn.com; michael.cook@srz.com; michaelz@orbotech.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; mlschein@mintz.com; mmassad@hunton.com; mmesonesmori@whitecase.com; mmharner@jonesday.com; mnewman@schaferweiner.com; mrichards@blankrome.com; mrr@previant.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msmcelwee@varnumlaw.com; msomerstein@kelleydrye.com; mtf@afrct.com; murph@berrymoorman.com; mviscount@foxrothschild.com; mwcheney@swidlaw.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com; myetnikoff@schiffhardin.com ; mzelmanovitz@morganlewis.com; niizeki.tetsuhiro@furukawa.co.jp; nlph4@cornell.edu; office@gazesllc.com; oiglesias@wlross.com; pabutler@ssd.com; patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com; pbilowz@goulstonstorrs.com; pbosswick@ssbb.com; pcostello@bbslaw.com; pgurfein@akingump.com; pjanovsky@zeklaw.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com; rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com; rfrankel@swidlaw.com; RGMason@wlrk.com; rgoldi@sotablaw.com; rgordon@clarkhill.com; rgriffin@iuoe.org; rheilman@schaferweiner.com; rhett.campbell@tklaw.com; rhwyron@swidlaw.com; richard.epling@pillsburylaw.com; richard.kremen@dlapiper.com; rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rmcdowell@bodmanllp.com; rmeth@pitneyhardin.com; robert.goodrich@stites.com; robert.welhoelter@wallerlaw.com; robin.spear@pillsburylaw.com; rparks@mijb.com; rpeterson@jenner.com; rsz@curtinheefner.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com;

NY\1106820.1

rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; rusadi@cahill.com; rweisberg@carsonfischer.com; rweiss@honigman.com; fgorman@honigman.com; sagolden@hhlaw.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; sbrennan@nathanneuman.com; scargill@lowenstein.com; schristianson@buchalter.com; sdonato@bsk.com; sdrucker@clarkhill.com; sean@blbglaw.com; selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com; sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com; sjfriedman@jonesday.com; sk@kieselaw.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com; sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com; sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; steven.keyes@aam.com; susanwhatley@nixlawfirm.com; tajamie@ajamie.com; tbrink@lordbissel.com; tch@previant.com; tdonovan@finkgold.com; tgaa@bbslaw.com; tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissel.com; tomschank@hunterschank.com; tsable@honingman.com; tscobb@vssp.com; vdagostino@lowenstein.com; wachstein@coollaw.com; wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com; whawkins@loeb.com; wheuer@morganlewis.com; william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com; wshowman@ajamie.com;

NY\1106820.1