IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DELPHI CORPORATION, et al., | § | CASE NO. 05-44481 |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, **BRIAN W. ROGERS**, a member in good standing of the bar in the State of Texas, and in the bar of the U.S. District Court for the Southern District of Texas, request admission, ***pro hac vice***, before the **HONORABLE ROBERT D. DRAIN**, to represent Lillie Smolik, Individually, and as repersentative of the estate of John Smolik, deceased, Stephen Smolik, Loretta Smolik and Kenneth Smolik in the above referenced case.

Mailing Address:   **ANDERSON, SMITH, NULL & STOFER, LLP,** P.O. Box 1969, Victoria, Tx, 77901.

Email:   brogers@andersonsmith.com

Telephone:   361.573.9191

I agree to pay the $25.00 fee upon approval by this Court admitting me to practice ***pro hac vice***.

Dated: January 12, 2006

    Respectfully submitted,

    **ANDERSON, SMITH, NULL & STOFER, L.L.P.**
    One O'Connor Plaza, Seventh Floor
    Post Office Box 1969
    Victoria, Texas 77902
    361.573.9191 - Telephone
    361.573.5288 – Facsimile

    _____
    **BRIAN W. ROGERS**
    Texas Bar Number  24041811
    Admission Number 36764 (Southern Dist. Texas)
    **COUNSEL FOR**
    **LILLIE SMOLIK,** *ET AL.*