IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DELPHI CORPORATION, et al., | § | CASE NO. 05-44481 |
| | § | |
| DEBTORS. | § | (JOINTLY ADMINISTERED) |

ORDER GRANTING BRIAN W. ROGERS' MOTION
FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

Ordered, that **BRIAN W. ROGERS, ESQ.**, is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated:_____, New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE