[제41호서식]   공증인가 **법무법인 대 종**   서울 종로구 당주동 160
(변호사회관 303호)
[공증부 736-6604]

Registered No. 2006    - 345

# NOTARIAL CERTIFICATE

### DAE JONG LEGAL CORPORATION
160, Dang Joo-Dong, Jong Ro-Ku,
Seoul, Korea

23230-05711일
90.11.26 승인

210mm×297mm인쇄용지 (특급) 70g/m²



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
    In re                                 :    Chapter 11
:
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
:
                     Debtors.    :    (Jointly Administered)
:
------------------------------ x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

REPUBLIC OF KOREA

       Mr. Sung-Eyup Park, being duly sworn, deposes and says:

       1.    I am a partner of Kim & Chang ("K&C") which firm maintains offices at Seyang Building, 223 Naeja-Dong, Jongno-Gu, Seoul, Republic of Korea.

       2.    Neither I, "K&C", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

       3.    "K&C", has represented and advised the Debtors in Korean law issues with respect to a broad range of aspects of the Debtors' businesses.

       4.    The Debtors have requested, and "K&C" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "K&C" proposes, to render the following services to the Debtors: general Korean law advices with a focus on Korean tax laws

       5.    "K&C"'s current fees arrangement is to charge invoices on an hourly basis based upon time spent by the particular attorneys working on a given matter, at the hourly rates established by "K&C" for the attorneys working on the matter, and upon out-of-pocket expenses incurred in performing the work.

       6.    Except as set forth herein, no promises have been received by "K&C" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of

1

Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

       7.    "K&C" has no agreement with any entity to share with such entity any compensation received by "K&C".

       8.    "K&C" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "K&C" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

       9.    Neither I, "K&C", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "K&C" is to be engaged.

      10.    The foregoing constitutes the statement of "K&C" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

                                                 FURTHER AFFIANT SAYETH NOT

January 23, 2006.

_____
                                                    Sung-Eyup Park

[제42호서식] 공증인가 **법무법인 대 종**

서울 종로구 당주동 160
(변호사회관 303호)
[공증부 736-6604]

| | |
|---|---|
| 등부 2006년 제 345 호 | Registered No. 2006 - 345 |
| **인 증** | NOTARIAL CERTIFICATE |
| 위 진술서 | Sung-Eyup, Park |
| 에 기재된 | personally appeared before me and admitted his (her) subscription to the attached |
| 박 성 엽 은 본직의 면전에서 위 사서증서에 자기가 서명날인 한 것임을 자인 하였다. | AFFIDAIVT |
| 2006 년 1월 23일 이 사무소에서 위 인증한다. | This is hereby attested on this 23RD day of Jan , 2006 at this office. |
| 공증인가 **법무법인 대 종** 주소 : 서울특별서 종로구 당주동 160 | DAE JONG LEGAL CORPORATION 160, Dang Joo-Dong, Jong Ro-Ku, Seoul, Korea |
| 공증담당변호사 [서명] | Lawyer in charge **IM KAP IN** [signature] This office has been authorized by the Minster of Justice, the Republic of Korea, to act as Notary Public Since February 21st. 1986 under Lawyers Act Article 31. |

23230-05411일
90.11.26 승인

210mm×297mm인쇄용지 (특급) 70g/m²

[제41호서식]  공증인가 법무법인 대 종  
서울 종로구 당주동 160  
(변호사회관 303호)  
[공증부 736-6604]

Registered No. 2006 - 375

# NOTARIAL CERTIFICATE



**DAE JONG LEGAL CORPORATION**

160, Dang Joo-Dong, Jong Ro-Ku,

Seoul, Korea



23230-05711일  
90.11.26 승인

210mm×297mm인쇄용지 (특급) 70g/m²

# CERTIFICATE OF SERVICE

Mr. Sung-Eyup Park, a Partner at the law firm of Kim & Chang, hereby certifies that on January 24, 2006, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated January 24, 2006

_____
Sung Eyup Park
Kim & Chang
Seyang Building
223 Naeja-Dong
Jongno-Gu
Seoul 110-720
Republic of Korea

[제42호서식]  공증인가 **법무법인 대 종**  서울 종로구 당주동 160
(변호사회관 303호)
[공증부 736-6604]

| | |
|---|---|
| 등부 2006년 제 375 호 | Registered No. 2006 - 375 |
| **인 증** | NOTARIAL CERTIFICATE |
| 위 발송증명원 | Sung-Eyup, Park |
| 에 기재된 | |
| 박 성 엽   은 본직의 면전에서 위 사서증서에 자기가 서명날인 한 것임을 자인 하였다. | personally appeared before me and admitted his (her) subscription to the attached  CERTIFICATE OF SERVICE |
| 2006 년 1월 24일 이 사무소에서 위 인증한다. | This is hereby attested on this 24TH day of Jan. 2006 at this office. |
| 공증인가 **법무법인 대 종** 주소 : 서울특별서 종로구 당주동 160 | DAE JONG LEGAL CORPORATION 160, Dang Joo-Dong, Jong Ro-Ku, Seoul, Korea |
| 공증담당변호사  [signature] | Lawyer in charge [signature] CHANG SHIK. KIM This office has been authorized by the Minster of Justice, the Republic of Korea, to act as Notary Public Since February 21st. 1986 under Lawyers Act Article 31. |

23230-05411일
90.11.26 승인

210mm×297mm인쇄용지 (특급) 70g/m²