**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al. | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Byron C. Starcher, dated January 4, 2006, for admission *pro hac vice* in this bankruptcy case, it is hereby

**ORDERED**, that Byron C. Starcher is admitted to practice, ***pro hac vice***, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 25, 2006
     New York, New York

                                    /s/Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE

~Doc# 660696.01~