UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

Debtors.

AFFIDAVIT OF SERVICE

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

STATE OF MARYLAND     )
                      ) ss:
COUNTY OF MONTGOMERY  )

Anne E. Murphy, being duly sworn, deposes and says that she is over the age of eighteen (18) years; that on the date designated below she served the within Affidavit of Non-Legal Ordinary Course Professional dated January 24, 2006 upon the following:

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098

U.S. Trustee
Attn: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, New York 10044

Skadden, Arps, Slate, Meagher & Flom
Attn: John Wm. Butler, Jr., Esq.
33 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Simpson Thatcher & Bartlett, LLP
Attn: Marissa Wesley, Esq.
425 Lexington Avenue
New York, New York 10017

Latham & Watkins
Attn: Mark A. Broude, Esq.
885 Third Avenue
New York, New York 10022

Davis Polk & Wardell
Attn: Marlane Melican, Esq.
450 Lexington Avenue
New York, New York 10017

by depositing true and correct copies of the original of the same properly enclosed in a post-paid wrapper in the official depository maintained and exclusively controlled by the United States Post Office on Shady Gove Road, Gaithersburg, Maryland, directed to said attorneys respectively, and said parties not appearing by attorneys, at said addresses respectively mentioned above, that being the addresses within the State designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

_____
Anne E. Murphy

Subscribed and sworn before me

this 24 day of January, 2006

_____
Notary Public

JESSICA R. HART
Notary Public, State of Maryland
My Commission Expires Oct. 30, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MARYLAND    )
                     ) ss:
COUNTY OF MONTGOMERY )

Anne E. Murphy, being duly sworn, deposes and says:

1. I am a principal of Anne Murphy Patent Services which maintains offices at P. O. Box 2128, Eads Street Station, Arlington, VA 22202.

2. Neither I, Anne E. Murphy, Anne Murphy Patent Services, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. Anne Murphy Patent Services has represented the Debtors before the United States Patent and Trademark Office in Arlington, Virginia with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Anne Murphy Patent Services has agreed, to continue to represent the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Anne Murphy Patent Services proposes, to render the following services to the Debtors: Research and copy U.S. patent and trademark registrations and related file wrappers and deliver same to Debtors. Research ownership and assignment information related to U.S. patents and trademarks. Research, copy and deliver other patent and trademark related information as requested by Debtors from time to time.

5. Anne Murphy Patent Services current fee arrangement is a per page fee for copying charges with minimum fees for small files. Monthly fees over the last four months averaged about $500.

6. Except as set forth herein, no promises have been received by Anne Murphy Patent Services or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Anne Murphy Patent Services has no agreement with any entity to share with such entity any compensation received by Anne Murphy Patent Services.

8. Anne Murphy Patent Services and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Anne Murphy Patent Services does not and will not represent any such entity in connection with the pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, Anne E. Murphy, Anne Murphy Patent Services, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Anne Murphy Patent Services to be engaged.

10. In view of the foregoing, Anne Murphy Patent Services is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes the statement of Anne Murphy Patent Services pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Anne E. Murphy

Subscribed and sworn before me

this 24 day of January, 2006

_____
Notary Public

JESSICA R. HART
Notary Public, State of Maryland
My Commission Expires Oct. 30, 2006