| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>KURTZMAN CARSON CONSULTANTS<br>12910 CULVER BLVD., SUITE 1<br>LOS ANGELES, CA 90066<br><br>TELEPHONE NO. *(Optional)*: (310) 751-1803   FAX NO. *(Optional)*: (310) 751-1853<br>EMAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |
|---|---|
| ~~SUPERIOR COURT OF CALIFORNIA, COUNTY OF:~~<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: USBC - N.Y | |
| PLAINTIFF/PETITIONER: DELPHI<br>DEFENDANT/RESPONDENT: | CASE NUMBER:<br>0544481 (RDD) |
| **PROOF OF SERVICE** | Ref No. or File No.<br>0SP01644-02 |
| Hearing:      Time:      Dept/Div: | |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the: e. other *(specify documents)*:
   ORDER TO SHOW CAUSE; NOTICE OF WAIVER
3. a. Party Served: *(specify name of party as shown on the documents served)*:
      W.E. HOLLER, REGISTERED AGENT FOR THE DEUTSCH COMPANY
   b. Person Served: other *(specify name and relationship to party named in item 3a)*: DAN HART
      AUTHORIZED AGENT TO ACCEPT SERVICE OF PROCESS
4. Address where the party was served:      2444 WILSHIRE BLVD., #600
                                              SANTA MONICA, CA 90403      **(Business)**
5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): January 17, 2006 (2) at (time): 04:18 pm

Judicial Council of California POS-010
[Rev. July 1, 2004]
Form adopted by rule 982.9

**PROOF OF SERVICE**

Code of Civil Procedure, § 417.10

41H/0SP01644-02

| PETITIONER: DELPHI | | CASE NUMBER: 0544481(RDD) |
|---|---|---|
| RESPONDENT: | | |

7. Person who served papers



    a. Name: B. Weekes
    b. Address: 15759 Strathern Street, Van Nuys, CA 91406
    c. Telephone: (818) 787-0422
    d. *The fee* for service was: $ 70.00
    e. I am:
        (i) ___Employee or _X_Independent Contractor
        (ii) Registration No.: 3185
        (iii) County : Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  January 20, 2006

| B. Weekes | *B Weekes* |
|---|---|
| (PROCESS SERVER) | (SIGNATURE) |

Page 2 of 2

Judicial Council of California POS-010
[Rev. July 1, 2004]
Form adopted by rule 982.9

**PROOF OF SERVICE**

Code of Civil Procedure, § 417.10

41H/0SP01644-02