KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **AFFIDAVIT OF SERVICE** |

-----------------------------------------------------------x

STATE OF NEW YORK      )
                                     )ss.:
COUNTY OF NEW YORK   )

Edward M. Fox, being duly sworn, deposes and says:

1.  I am a partner of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

2.  On December 30, 2005, I served true copies of the Limited Objection of Wilmington Trust Company, as Indenture Trustee, to Debtors' Proposed Form of Final Trading Order by United States first class mail upon the parties on the attached service list by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in a

1

NY-#414679-v1

receptacle maintained for such purpose at the United States Post Office at 919 Third Avenue,

New York, New York.

                                                  */s/ Edward M. Fox*
                                                  Edward M. Fox

Sworn to before me this
25th day of January, 2006

*/s/ Elaine Fera*
Elaine Fera
Notary Public, State of New York
No. 03-4867816
Qualified in Bronx County
Commission Expires August 25, 2006

2

NY-#414679-v1


599 Lexington Avenue
New York, NY 10022

    John Wm. Butler
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 W. Wacker Dr., Suite 2100
    Chicago, IL  60606


599 Lexington Avenue
New York, NY 10022

    Kenneth S. Ziman
    William T. Russell, Jr.
    Simpson Thatcher & Bartlett LLP
    425 Lexington Avenue
    New York, NY  10017


599 Lexington Avenue
New York, NY 10022

    Kayalyn A. Marafioti
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    P.O. Box 300
    New York, NY  10036


599 Lexington Avenue
New York, NY 10022

    Alicia M. Leonard
    Deidre A. Martini
    United States Trustee
    33 Whitehall Street
    Suite 2100
    New York, NY  10004



**Kirkpatrick & Lockhart Nicholson Graham LLP**
599 Lexington Avenue
New York, NY 10022

Mark A. Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY  10022



**Kirkpatrick & Lockhart Nicholson Graham LLP**
599 Lexington Avenue
New York, NY 10022

The Honorable Robert D. Drain
U.S. Bankruptcy Court
One Bowling Green
Alexander Hamilton Custom House
New York, NY  10004



**Kirkpatrick & Lockhart Nicholson Graham LLP**
599 Lexington Avenue
New York, NY 10022

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, NY  10017

**Kirkpatrick & Lockhart Nicholson Graham LLP**
599 Lexington Avenue
New York, NY 10022

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098