KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          :            Chapter 11
                                                :
DELPHI CORPORATION, et al.,                     :            Case No. 05-44481 (RDD)
                                                :
                               Debtors.         :            (Jointly Administered)
                                                :
                                                :            **AFFIDAVIT OF SERVICE**

---------------------------------------------------------x


STATE OF NEW YORK        )
                         )ss.:
COUNTY OF NEW YORK       )


        Edward M. Fox, being duly sworn, deposes and says:


        1.      I am a partner of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am

over 18 years of age and am not a party to this action.


        2.      On December 30, 2005, I served true copies of the Statement of Wilmington Trust

Company, as Indenture Trustee, With Respect to the Motion of Law Debenture Trust Company

of New York Requesting an Order to Change the Membership of the Official Committee of

Unsecured Creditors by United States first class mail upon the parties on the attached service

1

NY-#414697-v1

list by placing same in properly addressed, postage prepaid envelopes and depositing said

envelopes in a receptacle maintained for such purpose at the United States Post Office at 919

Third Avenue, New York, New York.

_/s/ Edward M. Fox_

Edward M. Fox

Sworn to before me this
25th day of January, 2006

_/s/ Elaine Fera_

Elaine Fera
Notary Public, State of New York
No. 03-4867816
Qualified in Bronx County
Commission Expires August 25, 2006

2



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

John Wm. Butler
Skadden, Arps, Slate, Meagher & Flom
LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL  60606



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom
LLP
4 Times Square
P.O. Box 300
New York, NY  10036



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Alicia M. Leonard
Deidre A. Martini
United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004



599 Lexington Avenue
New York, NY 10022

       Mark A. Broude
       Robert J. Rosenberg
       Latham & Watkins
       885 Third Avenue
       New York, NY  10022



599 Lexington Avenue
New York, NY 10022

       The Honorable Robert D. Drain
       U.S. Bankruptcy Court
       One Bowling Green
       Alexander Hamilton Custom House
       New York, NY  10004

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

       Marlane Melican, Esq.
       Davis Polk & Wardell
       450 Lexington Avenue
       New York, NY  10017

**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

       Sean Corcoran
       Karen Craft
       Delphi Corporation
       5725 Delphi Drive
       Troy, MI  48098



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Robert Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY  10036



**Kirkpatrick & Lockhart Nicholson Graham** LLP
599 Lexington Avenue
New York, NY 10022

Peter J. Antoszyk
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA  02111