Alan D. Halperin (AH-8432)  
Ethan D. Ganc (EG-3842)  
**HALPERIN BATTAGLIA RAICHT, LLP**  
Counsel to ARAMARK Services Inc.  
f/k/a ARA Services, Inc.  
555 Madison Avenue – 9th Floor  
New York, New York 10022  
(212) 765-9100

Return Date:   February 9, 2006  
Time:              10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------------------x

In re:

DELPHI CORPORATION, *et al*.,

                 Debtors.

Chapter 11  
Case No. 05-44481 (RDD)  
(Jointly Administered)

-------------------------------------------------x

### NOTICE OF HEARING ON ARAMARK SERVICES, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH <u>TERMINATION OF CATERING AGREEMENT</u>

      **PLEASE TAKE NOTICE,** that, upon the annexed motion (the "Motion"), ARAMARK Services, Inc. ("ARAMARK"), by and through its attorneys, Halperin Battaglia Raicht, LLP ("HBR"), will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, on February 9, 2006 at 10:00 a.m. (the "Hearing"), or as soon thereafter as counsel can be heard, for entry of an order lifting the automatic stay as it applies to ARAMARK, and for other related relief for the reasons more fully set forth in the Motion.

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion must be in a writing, conform to the requirements of the Bankruptcy Code, the

{00012829.1 / 0504-001}

Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief sought in the Motion must be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website at: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c) as set forth in this paragraph, shall be delivered directly to the Chambers of the Honorable Robert D. Drain, at the above address, so as to be received no later than three (3) days prior to the Hearing. The objection shall be served in accordance with General Order M-182 and the Order Under 11 U.S.C. §§102(1) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance With Local Bank. R. 1007-2(e) dated October 14, 2005

(the "Procedures Order") so as to be received no later than the time for filing objections set forth in paragraph 13 of the Procedures Order, upon (i) Halperin Battaglia Raicht, LLP, attorneys for ARAMARK, 555 Madison Avenue, 9th Floor, New York, New York 10022, Attn: Ethan D. Ganc, Esq.; and (ii) all parties set forth in paragraph 21 of the Procedures Order.

**PLEASE TAKE FURTHER NOTICE**, that in accordance with paragraph 14 of the Procedures Order, if no objections to the relief sought in the Motion are timely filed, then the Court may enter an Order granting the relief requested without a hearing on the Motion.

Dated:  New York, New York
  January 24, 2006                                                                    HALPERIN BATTAGLIA RAICHT, LLP

                                                                                 By:    */s/ Ethan D. Ganc*
                                                                                       Alan D. Halperin (AH-8432)
                                                                                       Ethan D. Ganc (EG-3842)
                                                                                       555 Madison Avenue, 9th Floor
                                                                                       New York, New York 10022
                                                                                       (212) 765-9100

{00012829.1 / 0504-001}