UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., *et al*., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-------------------------------------------------x

State of New York    )
                     )    ss.:
County of New York   )

## **AFFIDAVIT OF SERVICE**

Mary Charles-Kennedy, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

On January 25, 2006, I served a copy of the ARAMARK SERVICES, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH TERMINATION OF CATERING AGREEMENT by causing true and correct copies of the same to be sent by First Class, United States Mail, postage prepaid or overnight mail (as indicated on the attached service list) to the persons on the attached list.

                       */s/ Mary Charles- Kennedy*
                       Mary Charles-Kennedy

Sworn to before me this 25th
day of January 2006.

  */s/ Ethan D. Ganc*
NOTARY PUBLIC
Ethan D. Ganc
Notary Public, State of New York
No. 02GA6064316
Qualified in New York County
Commission Expires September 24, 2009

{00012792.1 / 0504-001}

## SERVICE LIST

**VIA OVERNIGHT MAIL:**

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036

Mark A Broude
Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

**VIA FIRST CLASS MAIL:**

(See attached list)