**First Class Mail Recipients**

Ambrake Corporation  
300 Ring Road  
Elizabethtown, KY 42701  

Andrews Kurth LLP  
1717 Main Street  
Suite 3700  
Dallas, TX 75201  

Brown Rudnick Berlack Israels LLP  
Seven Times Square  
New York, NY 10036  

Calinoff & Katz, LLp  
140 East 45th Street  
17th Floor  
New York, NY 10017  

Capital Research and Management Company  
11100 Santa Monica Blvd  
15th Floor  
Los Angeles, CA 90025  

Clark Hill PLC  
500 Woodward Avenue  
Suite 3500  
Detroit, MI 48226-3435  

Cohen Weiss & Simon  
330 W. 42nd Street  
New York, NY 10036  

Colbert & Winstead, P.C.  
1812 Broadway  
Nashville, TN 37203  

Curtis, Mallet-Prevost, Colt & mosle LLP  
101 Park Avenue  
New York , NY 10178-0061  

Davis Polk & Wardwell  
450 Lexington Avenue  
New York, NY 10017  

Delphi Corporation  
5725 Delphi Drive  
Troy, MI 48098  

Electronic Data Systems Corp.  
5505 Corporate Drive MSIA  
Troy, MI 48098  

Flextronics International  
6328 Monarch Park Place  
Niwot, CO 80503  

Flextronics International  
6328 Monarch Park Place  
Niwot, CO 80503  

Frank D. Jones  
158 New York Circle Cr.  
Whitesburg, KY 41858-9122  

Freescale Semiconductor, Inc.  
6501 William Cannon Drive West  
MD: OE16  
Austin, TX 78735  

FTI Consulting, Inc.  
3 Times Square  
 11th Floor  
New York, NY 10036  

General Electric Company  
9930 Kincey Avenue  
Huntersville, NC 28078  

Groom Law Group  
1701 Pennsylvania Avenue, NW  
Washington, DC 20006  

HAL/ERC-Legal  
50 Prospect Avenue  
Tarrytown, NY 10591  

Harris D. Leinwand  
350 Fifth Avenue  
Suite 2418  
New York, NY 10118  

Hodgson Russ LLP  
152 West 57th Street  
35th Floor  
New York, NY 10019

**First Class Mail Recipients**

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007

Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

IUE-CWA
2360 W. Dorothy Lane
Suite 201
Dayton, OH 45439

Jefferies & Company, Inc,
520 Madison Avenue
12th Floor
New York, NY 10022

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Kurtzman Carson Consultants
12910 Culver Blvd.
Suite I
Los Angeles, CA 90066

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

Law Debenture Trust of New York
767 Third Ave.
31st Floor
New York, NY 10017

Madison Capital Management
6143 South Willow Drive
Suite 200
Greenwood Village, CO 80111

Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street
Suite 2500
Chicago, IL 60601-1262

Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL  60606

**First Class Mail Recipients**

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

McTigue Law Firm
5301 Wisconsin Ave. N.W.
Suite 350
Washington, DC 20015

Mesirow Financial
321 N. Clark St.
13th Floor
Chicago, IL  60601

Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michigan Department of Labor and Economic Growth, Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Nantz, Litowich, Smith, Girard & Hamilton, P.C.
2025 East Beltline, S.E.
Suite 600
Grand Rapids, MI 49546

Noma Company and General Chemical Performance Products LLC
90 East Halsey Road
Parsippanny, NJ 07054

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281

Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Office of New York State
120 Broadway
New York City, NY 10271

O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

Peggy Housner
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005

Pension Benefit Guaranty Corporation
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4026

**First Class Mail Recipients**

Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

Professional Technologies Services
P.O. Box #304
Frankenmuth, MI 48734

Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Schulte Roth & Sabel LLP
919 Third Avenue
New York, NY 10022

Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr.
Suite 2100
Chicago, IL 60606

Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
P.O. Box 300
New York, NY 10036

Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
24th Floor
New York, NY 10020

Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard
Tenth Floor
St. Louis, MO 63105

Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022

The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH 44706

Togut, Segal & Segal LLP
One Penn Plaza
Suite 3335
New York, NY 10119

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY 10004

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail Recipients**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890