UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x

In re:

DELPHI CORPORATION., *et al*.,

        Debtors.

-------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

State of New York    )
                           )   ss.:
County of New York  )

## **AFFIDAVIT OF SERVICE**

Ethan D. Ganc, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in New York, New York.

On January 25, 2006, I served a copy of the Aramark Services, Inc.'s Motion for Relief from Automatic Stay To Proceed With Termination of Catering Agreement by causing true and correct copies of the same to be sent by electronic mail to the persons on the attached list.

                                                          */s/ Ethan D. Ganc*
                                                          Ethan D. Ganc

Sworn to before me this 26th
day of January 2006.

*/s/ Neal W. Cohen*
NOTARY PUBLIC
Neal W. Cohen
State of New York
No. 02CO5056426
Qualified in Nassau County
Commission Expires March 4, 2006

{00013067.1 / 0504-001}