2002 Email Service List

Airgas, Inc.
David Boyle
david.boyle@airgas.com

Ajamie LLP
Wallace A. Showman
wshowman@ajamie.com

Ajamie LLP
Thomas A. Ajamie
tajamie@ajamie.com

Akebono Corporation (North America)
Alan Swiech
aswiech@akebobo-usa.com

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
pgurfein@akingump.com

Allen Matkins Leck Gamble & Mallory LLP
Michael S. Greger
mgreger@allenmatkins.com

Ambrake Corporation
Ronald L. Jones
Does not wish to receive electronic mailings

American Axle & Manufacturing, Inc.
Steven R. Keyes
steven.keyes@aam.com

Andrews Kurth LLP
Monica S. Blacker
mblacker@andrewskurth.com

Andrews Kurth LLP
Gogi Malik

Angelo, Gordon & Co.
Leigh Walzer
lwalzer@angelogordon.com

Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
Mark T. Flewelling
mtf@afrct.com

APS Clearing, Inc.
Andy Leinhoff
aleinoff@amph.com

APS Clearing, Inc.
Matthew Hamilton
mhamilton@ampn.com

Arent Fox PLLC
Mitchell D. Cohen
Cohen.Mitchell@arentfox.com

Arent Fox PLLC
Robert M. Hirsh
Hirsh.Robert@arentfox.com

Arnall Golden Gregory LLP
Darryl S. Laddin
dladdin@agg.com

Arnall Golden Gregory LLP
Heath J. Vicente
heath.vicente@agg.com

Arnold & Porter LLP
Joel M. Gross
joel_gross@aporter.com

ATS Automation Tooling Systems Inc.
Carl Galloway
cgalloway@atsautomation.com

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
William J. Barrett
william.barrett@bfkpn.com

{00013035.1 / 0504-001}

Barack, Ferrazzano, Kirschbaum
Perlman, & Nagelberg LLP
Kimberly J. Robinson
kim.robinson@bfkpn.com

Barnes & Thornburg LLP
John T. Gregg
john.gregg@btlaw.com

Barnes & Thornburg LLP
Michael K. McCrory
Wendy D. Brewer
wendy.brewer@btlaw.com
michael.mccrory@btlaw.com

Barnes & Thornburg LLP
Patrick E. Mears
pmears@btlaw.com

Barnes & Thornburg LLP
Alan K. Mills
alan.mills@btlaw.com

Bernstein Litowitz Berger & Grossman
John P. Coffey
sean@blbglaw.com

Bernstein Litowitz Berger & Grossman
Hannah E. Greenwald
hannah@blbglaw.com

Bernstein Litowitz Berger & Grossman
Mark D. Debrowski
markd@blbglaw.com

Bernstein Litowitz Berger & Grossman
Eileen McNerney
emcnerney@blbglaw.com

Berry Moorman P.C.
James P. Murphy
murph@berrymoorman.com

Bialson, Bergen & Schwab
Kenneth T. Law, Esq.
klaw@bbslaw.com

Bialson, Bergen & Schwab
Lawrence M. Schwab, Esq.
lschwab@bbslaw.com

Bialson, Bergen & Schwab
Patrick M. Costello, Esq.
pcostello@bbslaw.com

Bialson, Bergen & Schwab
Thomas M. Gaa
tgaa@bbslaw.com

Blank Rome LLP
Bonnie Glantz Fatell
fatell@blankrome.com

Blank Rome LLP
Marc E. Richards
mrichards@blankrome.com

Bodman LLP
Ralph E. McDowell
rmcdowell@bodmanllp.com

Bolhouse, Vander Hulst, Risko & Baar P.C.
David S. Lefere
davidl@bolhouselaw.com

Bond, Schoeneck & King, PLLC
Stephen A. Donato
sdonato@bsk.com

Bond, Schoeneck & King, PLLC
Camille W. Hill
chill@bsk.com

Bond, Schoeneck & King, PLLC
Charles J. Sullivan
csullivan@bsk.com

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
jhinshaw@boselaw.com

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones
rjones@bccb.com

Boult, Cummings, Conners & Berry, PLC
Austin L. McMullen
amcmullen@bccb.com

Brown & Connery, LLP
Donald K. Ludman
dludman@brownconnery.com

Buchalter Nemer, A Profesional Corporation
Shawn M. Christianson
schristianson@buchalter.com

Burr & Forman LLP
Michael Leo Hall
mhall@burr.com

Cage Williams & Abelman, P.C.
Steven E. Abelman

Cahill Gordon & Reindel LLP
Jonathan Greenberg
jonathan.greenberg@engelhard.com

Cahill Gordon & Reindel LLP
Robert Usadi
rusadi@cahill.com

Calinoff & Katz, LLp
Dorothy H. Marinis-Riggio

Carson Fischer, P.L.C.
Robert A. Weisberg
rweisberg@carsonfischer.com

Carter Ledyard & Milburn LLP
Aaron R. Cahn
cahn@clm.com

Clark Hill PLC
Seth A. Drucker
sdrucker@clarkhill.com

Clark Hill PLC
Joel D. Applebaum

Clark Hill PLLC
Robert D. Gordon
rgordon@clarkhill.com

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
maofiling@cgsh.com

Cleary, Gottlieb, Steen & Hamilton LLP
James L. Bromley
maofiling@cgsh.com

Cohen & Grigsby, P.C.
Thomas D. Maxson
tmaxson@cohenlaw.com

Cohen, Weiss & Simon LLP
Joseph J. Vitale
jvitale@cwsny.com

Cohn Birnbaum & Shea P.C.
Scott D. Rosen, Esq.
srosen@cb-shea.com

Colbert & Winstead, P.C.
Amy Wood Malone

Conlin, McKenney & Philbrick, P.C.
Bruce N. Elliott
Elliott@cmplaw.com

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
jwisler@cblh.com

Contrarian Capital Management, L.L.C.
Mark Lee
Janice Stanton
Bill Raine
Seth Lax
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Ronald S. Pretekin
Pretekin@coollaw.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Steven M. Wachstein
wachstein@coollaw.com

Coolidge, Wall, Womsley & Lombard Co. LPA
Sylvie J. Derrien
derrien@coollaw.com

Cornell University
Nancy H. Pagliaro
nlph4@cornell.edu

Curtin & Heefner, LLP
Robert Szwajkos
rsz@curtinheefner.com

Curtin & Heefner, LLP
Daniel P. Mazo
dpm@curtinheefner.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Andrew M. Thau
athau@cm-p.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
Steven J. Reisman
sreisman@cm-p.com

Curtis, Mallet-Prevost, Colt & Mosle LLP
David S. Karp
dkarp@cm-p.com

DaimlerChrysler Corporation
Kim Kolb
krk4@daimlerchrysler.com

Damon & Morey LLP
William F. Savino
wsavino@damonmorey.com

Daniels & Kaplan, P.C.
Jay Selanders
selanders@danielsandkaplan.com

Denso International America, Inc.
Carol Sowa
carol_sowa@denso-diam.com

DiConza Law, P.C.
Gerard DiConza, Esq.
gdiconza@dlawpc.com

Dinsmore & Shohl LLP
John Persiani
john.persiani@dinslaw.com

DLA Piper Rudnick Gray Cary US LLP
Richard M. Kremen
Maria Ellena Chavez-Ruark
richard.kremen@dlapiper.com

Drinker Biddle & Reath LLP
Andrew C. Kassner
andrew.kassner@dbr.com

Drinker Biddle & Reath LLP
David B. Aaronson
david.aaronson@dbr.com

Duane Morris LLP
Margery N. Reed, Esq.
dmdelphi@duanemorris.com

{00013035.1 / 0504-001}

Duane Morris LLP
Wendy M. Simkulak, Esq.
wmsimkulak@duanemorris.com

Duane Morris LLP
Joseph H. Lemkin
jhlemkin@duanemorris.com

Electronic Data Systems Corporation
Ayala Hassell
ayala.hassell@eds.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
Earle I. Erman
eerman@ermanteicher.com

Erman, Teicher, Miller, Zucker & Freedman, P.C.
David H. Freedman
dfreedman@ermanteicher.com

Ettelman & Hochheiser, P.C.
Gary Ettelman
gettleman@e-hlaw.com

Fagel Haber LLC
Gary E. Green
ggreen@fagelhaber.com

Fagel Haber LLC
Lauren Newman
lnewman@fagelhaber.com

Finkel Goldstein Rosenbloom & Nash LLP
Ted J. Donovan
tdonovan@finkgold.com

Foley & Lardner LLP
Jill L. Murch
jmurch@foley.com

Fox Rothschild LLP
Fred Stevens
fstevens@foxrothschild.com

Fox Rothschild LLP
Michael J. Viscount, Jr.
mviscount@foxrothschild.com

Frederick T. Rikkers
ftrikkers@rikkerslaw.com

Gazes LLC
Eric Wainer
office@gazesllc.com

Gazes LLC
Ian J. Gazes
ian@gazesllc.com

Genovese Joblove & Battista, P.A.
Craig P. Rieders, Esq.
crieders@gjb-law.com

Gibbons, Del Deo, Dolan, Griffinger & Vecchione
David N. Crapo
dcrapo@gibbonslaw.com

Goodwin Proctor LLP
Allan S. Brilliant
abrilliant@goodwinproctor.com

Goodwin Proctor LLP
Craig P. Druehl
cdruehl@goodwinproctor.com

Gorlick, Kravitz & Listhaus, P.C.
Barbara S. Mehlsack
bmehlsack@gkllaw.com

Goulston & Storrs, P.C.
Peter D. Bilowz
pbilowz@goulstonstorrs.com

| | |
|---|---|
| Grant & Eisenhofer P.A.<br>Jay W. Eisenhofer<br>jeisenhofer@gelaw.com | Herrick, Feinstein LLP<br>Paul Rubin<br>prubin@herrick.com |
| Grant & Eisenhofer P.A.<br>Geoffrey C. Jarvis<br>gjarvis@ggelaw.com | Hewlett-Packard Company<br>Anne Marie Kennelly<br>anne.kennelly@hp.com |
| Grant & Eisenhofer P.A.<br>Sharan Nirmul<br>snirmul@gelaw.com | Hewlett-Packard Company<br>Kenneth F. Higman<br>ken.higman@hp.com |
| Gratz, Miller & Brueggeman, S.C.<br>Jill M. Hartley<br>jh@previant.com | Hewlett-Packard Company<br>Sharon Petrosino<br>sharon.petrosino@hp.com |
| Gratz, Miller & Brueggeman, S.C.<br>Matthew R. Robbins<br>mrr@previant.com | Hewlett-Packard Company<br>Glen Dumont<br>glen.dumont@hp.com |
| Gratz, Miller & Brueggeman, S.C.<br>Timothy C. Hall<br>tch@previant.com | Hiscock & Barclay, LLP<br>J. Eric Charlton<br>echarlton@hiscockbarclay.com |
| Graydon Head & Ritchey LLP<br>J. Michael Debbler, Susan M. Argo<br>mdebbeler@graydon.com | Hodgson Russ LLP<br>Cheryl R. Storie<br>cstorie@hodgsonruss.com |
| Greensfelder, Hemker & Gale, P.C.<br>Cherie Macdonald<br>J. Patrick Bradley<br>ckm@greensfelder.com<br>jpb@greensfelder.com | Hodgson Russ LLP<br>Stephen H. Gross, Esq.<br>sgross@hodgsonruss.com |
| | Hogan & Hartson L.L.P.<br>Scott A. Golden<br>sagolden@hhlaw.com |
| Guaranty Bank<br>Herb Reiner<br>herb.reiner@guarantygroup.com | Hogan & Hartson L.L.P.<br>Edward C. Dolan<br>ecdolan@hhlaw.com |
| Halperin Battaglia Raicht, LLP<br>Alan D. Halperin<br>Christopher J.Battaglia<br>cbattaglia@halperinlaw.net<br>ahalperin@halperinlaw.net | Hogan & Hartson L.L.P.<br>Audrey Moog<br>amoog@hhlaw.com |

{00013035.1 / 0504-001}

Holme Roberts & Owen, LLP
Elizabeth K. Flaagan
elizabeth.flaagan@hro.com

Honigman, Miller, Schwartz and Cohn, LLP
Robert B. Weiss, Frank L. Gorman
rweiss@honigman.com
fgorman@honigman.com

Honigman, Miller, Schwartz and Cohn, LLP
Donald T. Baty, Jr.
dbaty@honigman.com

Honigman, Miller, Schwartz and Cohn, LLP
E. Todd Sable
tsable@honingman.com

Hunter & Schank Co. LPA
Thomas J. Schank
tomschank@hunterschank.com

Hunter & Schank Co. LPA
John J. Hunter
jrhunter@hunterschank.com

Hunton & Wiliams LLP
Michael P. Massad, Jr.
mmassad@hunton.com

Hunton & Wiliams LLP
Steven T. Holmes
sholmes@hunton.com

Hurwitz & Fine P.C.
Ann E. Evanko
aee@hurwitzfine.com

Ice Miller
Ben T. Caughey
Ben.Caughey@icemiller.com

Infineon Technologies North America Corporation
Greg Bibbes
greg.bibbes@infineon.com

Infineon Technologies North America Corporation
Jeff Gillespie
jeffery.gillispie@infineon.com

International Union of Operating Engineers
Richard Griffin
rgriffin@iuoe.org

Jaffe, Raitt, Heuer & Weiss, P.C.
Paige E. Barr
pbarr@jaffelaw.com

Jenner & Block LLP
Ronald R. Peterson
rpeterson@jenner.com

Jones Day
Scott J. Friedman
sjfriedman@jonesday.com

Katten Muchin Rosenman LLP
John P. Sieger, Esq.
john.sieger@kattenlaw.com

Kegler, Brown, Hill & Ritter Co., LPA
Kenneth R. Cookson
kcookson@keglerbrown.com

Kelley Drye & Warren, LLP
Mark I. Bane
mbane@kelleydrye.com

Kelley Drye & Warren, LLP
Mark. R. Somerstein
msomerstein@kelleydrye.com

Kennedy, Jennick & Murray
Thomas Kennedy
tkennedy@kjmlabor.com

Kennedy, Jennick & Murray  
Susan M. Jennik  
sjennik@kjmlabor.com

Kennedy, Jennick & Murray  
Larry Magarik  
lmagarik@kjmlabor.com

Kieselstein Lawfirm PLLC  
Steve Kieselstein  
sk@kieselaw.com

King & Spalding, LLP  
George B. South, III  
gsouth@kslaw.com

King & Spalding, LLP  
Alexandra B. Feldman  
afeldman@kslaw.com

Kirkland & Ellis LLP  
Geoffrey A. Richards  
grichards@kirkland.com

Kirkpatrick & Lockhart Nicholson Graham LLP  
Edward M. Fox  
efox@klng.com

Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.  
Sam O. Simmerman  
sosimmerman@kwgd.com

Kutchin & Rufo, P.C.  
Edward D. Kutchin  
ekutchin@kutchinrufo.com

Kutchin & Rufo, P.C.  
Kerry R. Northrup  
knorthrup@kutchinrufo.com

Lambert. Leser, Isackson, Cook & Guinta, P.C.  
Susan M. Cook  
smcook@lambertleser.com

Latham & Watkins  
Mitchell A. Seider  
mitchell.seider@lw.com

Latham & Watkins  
Mark A. Broude  
mark.broude@lw.com

Latham & Watkins  
Henry P. Baer, Jr.  
henry.baer@lw.com

Latham & Watkins  
John W. Weiss  
john.weiss@lw.com

Latham & Watkins  
Michael J. Riela  
michael.riela@lw.com

Latham & Watkins  
Erika Ruiz  
erika.ruiz@lw.com

Lewis and Roca LLP  
Rob Charles, Esq.  
rcharles@lrlaw.com

Lewis and Roca LLP  
Susan M. Freeman, Esq.  
sfreeman@lrlaw.com

Linear Technology Corporation  
John England, Esq.  
jengland@linear.com

Linebarger Goggan Blair & Sampson, LLP  
Diane W. Sanders  
austin.bankruptcy@publicans.com

Linebarger Goggan Blair & Sampson, LLP  
Elizabeth Weller  
dallas.bankruptcy@publicans.com

{00013035.1 / 0504-001}

Linebarger Goggan Blair & Sampson, LLP
John P. Dillman
houston_bankruptcy@publicans.com

Loeb & Loeb LLP
William M. Hawkins
whawkins@loeb.com

Lord, Bissel & Brook
Timothy S. McFadden
tmcfadden@lordbissel.com

Lord, Bissel & Brook
Timothy W. Brink
tbrink@lordbissel.com

Lord, Bissel & Brook LLP
Kevin J. Walsh
Rocco N. Covino
kwalsh@lordbissel.com
rcovino@lordbissel.com

Lowenstein Sandler PC
Michael S. Etikin
metkin@lowenstein.com

Lowenstein Sandler PC
Ira M. Levee
ilevee@lowenstein.com

Lowenstein Sandler PC
Kenneth A. Rosen
krosen@lowenstein.com

Lowenstein Sandler PC
Scott Cargill
scargill@lowenstein.com

Lowenstein Sandler PC
Vincent A. D'Agostino
vdagostino@lowenstein.com

Lowenstein Sandler PC
Bruce S. Nathan
bnathan@lowenstein.com

Lyden, Liebenthal & Chappell, Ltd.
Erik G. Chappell
egc@leydenlaw.com

MacDonald, Illig, Jones & Britton LLP
Richard J. Parks
rparks@mijb.com

Madison Capital Management
Joe Landen

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
jml@ml-legal.com
lmc@ml-legal.com

Masuda Funai Eifert & Mitchell, Ltd.
Gary D. Santella

Mayer, Brown, Rowe & Maw LLP
Raniero D'Aversa, Jr.

Mayer, Brown, Rowe & Maw LLP
Jeffrey G. Tougas

McCarter & English, LLP
David J. Adler, Jr. Esq.

McDermott Will & Emery LLP
James M. Sullivan
jmsullivan@mwe.com

McDermott Will & Emery LLP
Stephen B. Selbst
sselbst@mwe.com

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq.
jrobertson@mcdonaldhopkins.com

McDonald Hopkins Co., LPA
Scott N. Opincar, Esq.
sopincar@mcdonaldhopkins.com

McDonald Hopkins Co., LPA
Shawn M. Riley, Esq.
sriley@mcdonaldhopkins.com

McElroy, Deutsch, Mulvaney & Carpenter, LLP
Jeffrey Bernstein, Esq.
jbernstein@mdmc-law.com

McGuirewoods LLP
Elizabeth L. Gunn
egunn@mcguirewoods.com

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Esq.
lpeterson@msek.com

Meyer, Suozzi, English & Klein, P.C.
Hanan Kolko
hkolko@msek.com

Miami-Dade County, FL
April Burch
aburch@miamidade.gove

Miller Johnson
Thomas P. Sarb
Robert D. Wolford
sarbt@millerjohnson.com
wolfordr@millerjohnson.com

Miller, Canfield, Paddock and Stone, P.L.C.
Timothy A. Fusco
fusco@millercanfield.com

Miller, Canfield, Paddock and Stone, P.L.C.
Jonathan S. Green
greenj@millercanfield.com

Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
Michael L. Schein
mlschein@mintz.com

Molex Connector Corp
Jeff Ott
Jeff.Ott@molex.com

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
resterkin@morganlewis.com

Morgan, Lewis & Bockius LLP
William C. Heuer, Esq.
wheuer@morganlewis.com

Morgan, Lewis & Bockius LLP
Andrew D. Gottfried
agottfried@morganlewis.com

Morgan, Lewis & Bockius LLP
Menachem O. Zelmanovitz
mzelmanovitz@morganlewis.com

Moritt Hock Hamroff & Horowitz LLP
Leslie Ann Berkoff
lberkoff@moritthock.com

Morris, Nichols, Arsht and Tunnell
Robert J. Dehney
rdehney@mnat.com

Morris, Nichols, Arsht and Tunnell
Michael G. Busenkell
mbusenkell@mnat.com

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
jmoldovan@morrisoncohen.com
mdallago@morrisoncohen.com

Munsch Hardt Kopf & Harr, P.C.
Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq.
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com

Nathan, Neuman & Nathan, P.C.
Kenneth A. Nathan
Knathan@nathanneuman.com

Nathan, Neuman & Nathan, P.C.
Susanna C. Brennan
sbrennan@nathanneuman.com

National City Commercial Capital
Lisa M. Moore
lisa.moore2@nationalcity.com

Nelson Mullins Riley & Scarborough
George B. Cauthen
george.cauthen@nelsonmullins.com

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth
bbeckworth@nixlawfirm.com

Nix, Patterson & Roach, L.L.P.
Jeffrey J. Angelovich
jangelovich@nixlawfirm.com

Nix, Patterson & Roach, L.L.P.
Susan Whatley
susanwhatley@nixlawfirm.com

Norris, McLaughlin & Marcus
Elizabeth L. Abdelmasieh, Esq
eabdelmasieh@nmmlaw.com

North Point
David G. Heiman
dgheiman@jonesday.com

North Point
Michelle M. Harner
mmharner@jonesday.com

Office of the Texas Attorney General
Jay W. Hurst
jay.hurst@oag.state.tx.us

Orbotech, Inc.
Michael M. Zizza, Legal Manager
michaelz@orbotech.com

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
aenglund@orrick.com

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
fholden@orrick.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Scott L. Hazan
shazan@oshr.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Melissa A. Hager
mhager@oshr.com

Paul, Weiss, Rifkind, Wharton & Garrison
Stephen J. Shimshak
sshimshak@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Curtis J. Weidler
cweidler@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Douglas R. Davis
ddavis@paulweiss.com

Paul, Weiss, Rifkind, Wharton & Garrison
Elizabeth R. McColm
emccolm@paulweiss.com

Pension Benefit Guaranty Corporation
Ralph L. Landy
landy.ralph@pbgc.gov

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
cfilardi@pepehazard.com

Pepper, Hamilton LLP
Francis J. Lawall
lawallf@pepperlaw.com

Pepper, Hamilton LLP
Anne Marie Aaronson
aaronsona@pepperlaw.com

Pepper, Hamilton LLP
Linda J. Casey
caseyl@pepperlaw.com

Pepper, Hamilton LLP
Henry Jaffe
jaffeh@pepperlaw.com

Phillips Nizer LLP
Sandra A. Riemer, Esq.
sriemer@phillipsnizer.com

Pierce Atwood LLP
Jacob A. Manheimer
jmanheimer@pierceatwood.com

Pierce Atwood LLP
Keith J. Cunningham
kcunningham@piercewood.com

Pillsbury Winthrop Shaw Pittman LLP
Mark D. Houle
mark.houle@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Karen B. Dine
karen.dine@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Richard L. Epling
richard.epling@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Robin L. Spear
robin.spear@pillsburylaw.com

Pillsbury Winthrop Shaw Pittman LLP
Margot P. Erlich
margot.erlich@pillsburylaw.com

Pitney Hardin LLP
Ronald S. Beacher
rbeacher@pitneyhardin.com

Pitney Hardin LLP
Richard M. Meth
rmeth@pitneyhardin.com

Porzio, Bromberg & Newman, P.C.
Brett S. Moore, Esq.
bsmoore@pbnlaw.com

Porzio, Bromberg & Newman, P.C.
John S. Mairo, Esq.
jsmairo@pbnlaw.com

Pryor & Mandelup, LLP
A. Scott Mandelup, Kenneth A. Reynolds
asm@pryormandelup.com
kar@pryormandelup.com

QAD, Inc.
Jason Pickering, Esq.
jkp@qad.com

Quadrangle Debt Recovery Advisors LLC
Andrew Herenstein
andrew.herenstein@quadranglegroup.com

Quadrangle Group LLC
Patrick Bartels
patrick.bartels@quadranglegroup.com

| | |
|---|---|
| Quarles & Brady Streich Lang LLP<br>John A. Harris<br>jharris@quarles.com | Satterlee Stephens Burke & Burke LLP<br>Christopher R. Belmonte<br>cbelmonte@ssbb.com |
| Quarles & Brady Streich Lang LLP<br>Scott R. Goldberg<br>sgoldber@quarles.com | Satterlee Stephens Burke & Burke LLP<br>Pamela A. Bosswick<br>pbosswick@ssbb.com |
| Quarles & Brady Streich Lang LLP<br>Kasey C. Nye<br>knye@quarles.com | Schafer and Weiner PLLC<br>Howard Borin<br>hborin@schaferweiner.com |
| Reed Smith<br>Elena Lazarou<br>elazarou@reedsmith.com | Schafer and Weiner PLLC<br>Max Newman<br>mnewman@schaferweiner.com |
| Republic Engineered Products, Inc.<br>Joseph Lapinsky<br>jlapinsky@republicengineered.com | Schafer and Weiner PLLC<br>Ryan Heilman<br>rheilman@schaferweiner.com |
| Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>jshickich@riddellwilliams.com | Schafer and Weiner PLLC<br>Daniel Weiner<br>dweiner@schaferweiner.com |
| Riemer & Braunstein LLP<br>Mark S. Scott<br>mscott@riemerlaw.com | Schiff Hardin LLP<br>William I. Kohn<br>wkohn@schiffhardin.com |
| Robinson, McFadden & Moore, P.C.<br>Annemarie B. Mathews<br>amathews@robinsonlaw.com | Schiff Hardin LLP<br>Michael Yetnikoff<br>myetnikoff@schiffhardin.com |
| Ropers, Majeski, Kohn & Bentley<br>Christopher Norgaard<br>cnorgaard@ropers.com | Schiffrin & Barroway, LLP<br>Michael Yarnoff<br>myarnoff@sbclasslaw.com |
| Russell Reynolds Associates, Inc.<br>Charles E. Boulbol, P.C.<br>rtrack@msn.com | Schiffrin & Barroway, LLP<br>Sean M. Handler<br>shandler@sbclasslaw.com |
| Sachnoff & Weaver, Ltd<br>Charles S. Schulman, Arlene N. Gelman<br>cschulman@sachnoff.com<br>agelman@sachnoff.com | Schulte Roth & Sabel LLP<br>Michael L. Cook<br>michael.cook@srz.com |

Schulte Roth & Sabel LLP
James T. Bentley
james.bentley@srz.com

Seyfarth Shaw LLP
Paul M. Baisier, Esq.
pbaisier@seyfarth.com

Seyfarth Shaw LLP
Robert W. Dremluk, Esq.
rdremluk@seyfarth.com

Seyfarth Shaw LLP
William J. Hanlon
whanlon@seyfarth.com

Sheldon S. Toll PLLC
Sheldon S. Toll
lawtoll@comcast.net

Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
Robert P. Thibeaux
rthibeaux@shergarner.com

Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
Robert P. Thibeaux
rthibeaux@shergarner.com

Shipman & Goodwin LLP
Jennifer L. Adamy
bankruptcy@goodwin.com

Sills, Cummis Epstein & Gross, P.C.
Andrew H. Sherman
asherman@sillscummis.com

Sills, Cummis Epstein & Gross, P.C.
Jack M. Zackin
jzackin@sillscummis.com

Silver Point Capital, L.P.
Chaim J. Fortgang
cfortgang@silverpointcapital.com

Simpson Thacher & Bartlett LLP
Kenneth S. Ziman, Esq.
cfox@stblaw.com

Simpson Thacher & Bartlett LLP
William T. Russell, Jr., Esq.
cfox@stblaw.com

Smith, Gambrell & Russell, LLP
Barbara Ellis-Monro
bellis-monro@sgrlaw.com

Smith, Katzenstein & Furlow LLP
Kathleen M. Miller
kmiller@skfdelaware.com

Sony Electronics Inc.
Lloyd B. Sarakin - Chief Counsel, Finance and Credit
lloyd.sarakin@am.sony.com

Sotiroff & Abramczyk, P.C.
Robert M. Goldi
rgoldi@sotablaw.com

Squire, Sanders & Dempsey L.L.P.
Penn Ayers Butler
pabutler@ssd.com

Squire, Sanders & Dempsey L.L.P.
Eric Marcks
emarcks@ssd.com

Steel Technologies, Inc.
John M. Baumann
jmbaumann@steeltechnologies.com

Stein, Rudser, Cohen & Magid LLP
Robert F. Kidd
rkidd@srcm-law.com

Steinberg Shapiro & Clark
Mark H. Shapiro
shapiro@steinbergshapiro.com

{00013035.1 / 0504-001}

Sterns & Weinroth, P.C.
Jeffrey S. Posta
jposta@sternslaw.com

Stevens & Lee, P.C.
Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
cs@stevenslee.com
cp@stevenslee.com

Stinson Morrison Hecker LLP
Mark A. Shaiken
mshaiken@stinsonmoheck.com

Stites & Harbison PLLC
Madison L.Cashman
robert.goodrich@stites.com

Stites & Harbison PLLC
Robert C. Goodrich, Jr.
madison.cashman@stites.com

Stites & Harbison, PLLC
W. Robinson Beard, Esq.
wbeard@stites.com

Stroock & Stroock & Lavan, LLP
Kristopher M. Hansen
khansen@stroock.com

Stroock & Stroock & Lavan, LLP
Joseph G. Minias
jminias@stroock.com

Swidler Berlin LLP
Jonathan P. Guy
jpguy@swidlaw.com

Swidler Berlin LLP
Richard H. Wyron
rhwyron@swidlaw.com

Swidler Berlin LLP
Matthew W. Cheney
mwcheney@swidlaw.com

Swidler Berlin LLP
Roger Frankel
rfrankel@swidlaw.com

Taft, Stettinius & Hollister LLP
Richard L .Ferrell
ferrell@taftlaw.com

Thacher Proffitt & Wood LLP
Jonathan D. Forstot
jforstot@tpw.com

Thacher Proffitt & Wood LLP
Louis A. Curcio
lcurcio@tpw.com

The Furukawa Electric Co., Ltd.
Mr. Tetsuhiro Niizeki
niizeki.tetsuhiro@furukawa.co.jp

Thelen Reid & Priest LLP
David A. Lowenthal
dlowenthal@thelenreid.com

Thelen Reid & Priest LLP
Daniel A. Lowenthal
dlowenthal@thelenreid.com

Thompson & Knight
Rhett G. Cambell
rhett.campbell@tklaw.com

Thompson & Knight LLP
John S. Brannon
john.brannon@tklaw.com

Thurman & Phillips, P.C.
Ed Phillips, Jr.
ephillips@thurman-phillips.com

Todd & Levi, LLP
Jill Levi, Esq.
jlevi@toddlevi.com

{00013035.1 / 0504-001}

Togut, Segal & Segal LLP
Albert Togut, Esq.
bmcdonough@teamtogut.com

Tyler, Cooper & Alcorn, LLP
W. Joe Wilson
jwilson@tylercooper.com

Underberg & Kessler, LLP
Helen Zamboni
hzamboni@underbergkessler.com

United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
David Jury, Esq.
djury@steelworkers-usw.org

Varnum, Riddering, Schmidt & Howlett LLp
Michael S. McElwee
msmcelwee@varnumlaw.com

Vorys, Sater, Seymour and Pease LLP
Robert J. Sidman, Esq.
rjsidman@vssp.com

Vorys, Sater, Seymour and Pease LLP
Tiffany Strelow Cobb
tscobb@vssp.com

Wachtell, Lipton, Rosen & Katz
Richard G. Mason
RGMason@wlrk.com

Wachtell, Lipton, Rosen & Katz
Emil A. Kleinhaus
EAKleinhaus@wlrk.com

Waller Lansden Dortch & Davis, PLLC
David E. Lemke, Esq.
david.lemke@wallerlaw.com

Waller Lansden Dortch & Davis, PLLC
Robert J. Welhoelter, Esq.
robert.welhoelter@wallerlaw.com

Warner Norcross & Judd LLP
Gordon J. Toering
gtoering@wnj.com

Warner Norcross & Judd LLP
Michael G. Cruse
mcruse@wnj.com

Warner Stevens, L.L.P.
Michael D. Warner
bankruptcy@warnerstevens.com

Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
Lei Lei Wang Ekvall
lekvall@wgllp.com

Weinstein, Eisen & Weiss LLP
Aram Ordubegian
aordubegian@weineisen.com

Weltman, Weinberg & Reis Co., L.P.A.
Geoffrey J. Peters
gpeters@weltman.com

White & Case LLP
Margarita Mesones-Mori
mmesonesmori@whitecase.com

Whyte, Hirschboeck Dudek S.C.
Bruce G. Arnold
barnold@whdlaw.com

Winstead Sechrest & Minick P.C.
Berry D. Spears
bspears@winstead.com

Winstead Sechrest & Minick P.C.
R. Michael Farquhar
mfarquhar@winstead.com

{00013035.1 / 0504-001}

Winthrop Couchot Professional Corporation
Marc. J. Winthrop
mwinthrop@winthropcouchot.com

Winthrop Couchot Professional Corporation
Sean A. O'Keefe
sokeefe@winthropcouchot.com

WL Ross & Co., LLC
Oscar Iglesias
oiglesias@wlross.com

Womble Carlyle Sandridge & Rice, PLLC
Lillian H. Pinto
lpinto@wcsr.com

Zeichner Ellman & Krause LLP
Stuart Krause
skrause@zeklaw.com

Zeichner Ellman & Krause LLP
Peter Janovsky
pjanovsky@zeklaw.com