EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- x
                                                   :   Chapter 11
                                                   :
In re                                              :   Case No. 05-44481 (RDD)
                                                   :
DELPHI COROPRATION, et al.                         :   (Jointly Administered)
                                                   :
              Debtors.                             :
-------------------------------------------------- x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN   )
                    ) ss:
COUNTY OF OAKLAND   )

John A. Artz, being duly sworn, deposes and says:

1. I am a principal of John A. Artz, P.C. ("JAA") which firm maintains offices at 28333 Telegraph Road, Southfield, Michigan 48034.

2. Neither I, JAA, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. JAA has represented and advised the Debtors since 1998 with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and JAA has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and JAA proposes, to render the following services to the Debtors:

Patent preparation and prosecution services, as well as legal opinion services.

5. JAA's current fee arrangement is hourly and flat rate.

6. Except as set forth herein, no promises have been received by JAA or any partner, auditor or other member thereof as to compensation in connection with these

chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executed Office of the United States Trustee.

7.    JAA has no agreement with any entity to share with such entity any compensation received by JAA.

8.    JAA and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. JAA does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.    Neither I, JAA, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which JAA is to be engaged.

10.    The foregoing constitutes the statement of JAA pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
JOHN A. ARTZ
President, John A. Artz, P.C.

Subscribed and sworn before me
this 23rd day of December, 2005.

_____
Notary Public

**JO ANNE CROSKEY**
Notary Public, State of Michigan
County of Wayne
My Commission Expires May 5, 2011
Acting in the County of *OAKLAND*



## CERTIFICATE OF SERVICE

Karen A. Hopf, hereby certifies that on January 26, 2006, she served a copy of the Affidavit of Legal Ordinary Course Professional upon the following interested parties via first class mail:

Afaf Vicky Farah, Esq.
201 East Liberty Street
Ann Arbor, MI 48104

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive, Suite 2100
Chicago, IL 60606

Davis Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street, Suite 2100
New York, NY 10044

Dated: December 30, 2005

_____
Karen Hopf
Assistant to John A. Artz
Artz & Artz, P.C.
28333 Telegraph Road, Suite 250
Southfield, MI 48034
(248) 223-9500

Dated: January 26, 2006

Subscribed and sworn to before me
this 26th day of January, 2006.

_____
Notary Public

JO ANNE CROSKEY
Notary Public, State of Michigan
County of Wayne
My Commission Expires May 5, 2011
Acting in the County of OAKLAND