UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br>*Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |
|---|---|

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Draiswerke Inc.
                 40 Whitney Rd
                 Mahwah, NJ 07430

The transfer of your claim as shown above, in the amount of $ 5,625.23 has been transferred *(unless previously expunged by court order)* to:

   Trade-Debt.Net
   P.O. Box 1487
   West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

   FILE A WRITTEN OBJECTION TO THE TRANSFER with:

      United States Bankruptcy Clerk
      Southern District of New York
      Alexander Hamilton Custom House
      One Bowling Green
      New York, NY 10004-1408

   SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ___

                                              _____
                                                           Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation.         )    Case No.05-44481
                            )    Jointly Administered
                            )
                            )    Chapter 11
                            )
                            )    NOTICE OF TRANSFER OF CLAIM
        Debtors.            )    OTHER THAN FOR SECURITY AND
                            )    WAIVER OF NOTICE.
                            )    RULE 3001 (e)(1)

Please take notice that your unsecured claim of DRAISWERKE INC Inc in the amount of $ 5,625.23 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of DRAISWERKE INC is not less than $ 5,625.23 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
DRAISWERKE INC
40 WHITNEY ROAD MAHWAH NJ 07430

Please print your name DONALD CIMMINO Signature [signed]
Title CONTROLLER Date 1/27/06
Address: 40 WHITNEY ROAD, MAHWAH, NJ 07430
(city,state,zip)
Telephone 201-847-0600 Fax 201-847-0606 Email
Federal Taxpayer ID / Social Security Number 22-2629764

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: [signed]
Timothy McGuire

Delphi