# EXHIBIT C

# DELPHI

GMT-800 mod    (Reamf)

Energy & Chassis Systems

Page 1 of 2

**Buyer:**
DELPHI
ENERGY & CHASSIS SYSTEMS
5820 DELPHI DR
TROY MI 48098
EE.UU.

**Requirements Contract**

| PO Number | Date Issued |
|---|---|
| S5007S014 | 06/06/2005 |
| Version | |
| 06/06/2005 15:50:52 | |

**Deliver to:**
DELPHI E & C - NEEDMORE
3100 NEEDMORE RD.
DAYTON OH 45414
EE.UU.

LE BELIER QUERETARO SA DE CV
LBQ FOUNDRY
CALLE 2 NO 18 FRACC
INDUSTRIAL BENITO JUAREZ
76120 QUERETARO
MEXICO

Vendor No: 1005890
DUNS No: 812566834

| Payment Terms: 7M82 | Currency: USD |
|---|---|
| Payment settled on 2nd, 2nd Month | |
| Incoterms: FOB-Freight Collect | |

| Item No. | Material No. Description | Plant |
|---|---|---|
| 00010 | 18084773 BODY-M/CYL 37.0 DIA (CST) | HA02 DELPHI E & C NEEDMORE |

BODY-M/CYL 37.0 DIA (CST)

| Valid From | Valid To | Currency | Price | Price Unit | UOM |
|---|---|---|---|---|---|
| 05/25/2005 | 12/31/2007 | USD | 4,600.00 | 1,000 | PC |

This Requirement Contract is for 100% unless otherwise specified.

**Notes:**
This Contract replaces previous contract # —
*********************

*********************
As a supplier to Delphi Energy & Chassis you must use a Delphi
approved transportation provider when Delphi is paying the bill. If you require assistance or routing instructions please contact Menlo Worldwide Logistics at
800-805-9433. Failure to follow these instructions could result in a charge back to your company.

**Purchasing Contact:** Reuter, Laura

Phone: 937-455-7854

Fax: 937-455-9133

**Contact Address:**
DELPHI ENERGY & CHASSIS SYSTEMS
2000 FORRER BLVD.
KETTERING OH 45420

Date and Time Printed: 06/06/2005 15:50:52

# DELPHI

Energy & Chassis Systems

Page 2 of 2

LE BELIER QUERETARO SA DE CV
LBQ FOUNDRY
CALLE 2 NO 18 FRACC
INDUSTRIAL BENITO JUAREZ
76120 QUERETARO
MEXICO

## Requirements Contract

PO Number: 550075014
Date Issued: 06/06/2005
Version: 06/06/2005 15:50:52

| Item No. | Material No. Description | Plant |
| --- | --- | --- |

**Notes Continued:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Delphi requires suppliers of productive material be capable of communicating material forecasts, material schedules, shipping notices and associated information through Electronic Data Interchange (EDI). To insure that EDI communications are accurate and effective, each productive material supplier will be required to become EDI Certified by exhibiting their ability to send and/or receive the appropriate EDI messages in accordance with applicable standards prior to providing productive material. EDI Certification will be conducted and coordinated by the EDI Competency organization.

An Internet electronic form alternative solution is intended to provide relief in situations where establishing an in-house EDI capability is a hardship for a supplier providing limited material.

Please refer to Delphi's website: www.delphi.com then Suppliers/Supplier Community Portal / Supplier Standards, for additional information.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seller acknowledges and agrees that Buyer's General Terms and Conditions are incorporated in, and a part of, this contract and each purchase order, release, requisition, work order, shipping instruction, specification and other document issued by Buyer or accepted in writing by Buyer, whether expressed in written form or by electronic data interchange, relating to the goods and/or services to be provided by Seller pursuant to this contract (such documents are collectively referred to as this "Contract"). A copy of Buyer's General Terms and Conditions is available upon written request to Buyer or via the internet at Delphi's website, delphi.com. Seller acknowledges and agrees that it has read and understands Buyer's General Terms and Conditions. If Seller accepts this Contract in writing or commences any of the work or services which are the subject of this Contract, Seller will be deemed to have accepted this Contract and Buyer's General Terms and Conditions in their entirety without modification. Any additions to, changes in, modifications of, or revisions of this Contract (including Buyer's General Terms and Conditions) which Seller proposes will be deemed to be rejected by Buyer except to the extent that Buyer expressly agrees to accept any such proposals in writing.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Title to goods shall transfer from seller to buyer upon arrival at buyer's consuming plant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Scrap Escalation/De-escalation Applies