BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Universal Tool &
 Engineering Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of January, 2006, a copy of the Limited Objection of Universal Tool and Engineering Co., Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property was filed electronically and served via Federal Express upon the entities listed on the attached service list.

Dated: January 27, 2006                Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

## SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy MI  48098
Attention:  General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL  60606
Attention:  John Wm. Butler, Jr.
 & Ron E. Meisler

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017
Attention:  Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attention:  Donald S. Bernstein
 & Marlane Melican

Latham & Watkins LLP
885 Third Avenue
New York, NY  10022
Attention:  Mark A. Broude

Office of the U.S. Trustee for
 the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY  10004
Attention:  Alicia M. Leonhard

INDS01 MOWENS 821816v1