**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                : 
                                                     :  Chapter 11
DELPHI CORPORATION, *et al.*                         :
                                                     :  Case No. 05-44481 (RDD)
                                                     :
                    Debtors.                         :  (Jointly Administered)
                                                     :
------------------------------------------------------------------------x

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

**UPON** the Motion of Michael S. McElwee, a member in good standing of the bar in the State of Michigan and the bar of the United States District Court for the Western District of Michigan, requesting admission, *pro hac vice*, to represent Furukawa Electric North America APD ("Furukawa"), in the above-captioned cases;

**IT IS HEREBY ORDERED** that Michael S. McElwee is permitted to practice, *pro hac vice,* as counsel to Furukawa, in the above-captioned cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 27, 2006
       New York, New York

                                        /s/Robert D. Drain
                                        UNITED STATES BANKRUPTCY JUDGE