UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**Delphi Corporation, <u>et al.</u>,**<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 |

**ORDER GRANTING MOTION UNDER LOCAL BANKR. R. 2090-1(b)
FOR ADMISSION OF REIN F. KRAMMER *PRO HAC VICE***

　　　Upon the motion, dated December 10, 2005 (the "Motion"), for entry of an order granting the admission of Rein F. Krammer before the United States Bankruptcy Court for the Southern District of New York, as is more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that the relief sought in the Motion is in the best interests of the parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

　　　ORDERED that Rein F. Krammer is permitted to appear *pro hac vice* as counsel to NDK America, Inc., Foster Electric USA, Inc., JST Corporation, Nichicon (America) Corporation, Taiho Corporation of America, American Aikoku Alpha, Inc., Sagami America Ltd., Taiho Kogyo, Ltd., SL Tennessee, LLC, Hosiden America Corporation and Samtech Corporation in the above-captioned Chapter 11 case.

Dated: January 27, 2006
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　/s/Robert D. Drain
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

NWK\114147.3