United States Bankruptcy Court
For the Southern District of New York

| DELPHI CORPORATION | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-55949 |
| | } |
| Debtor | } Amount $2,175.12 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**ELECTRODES, INC**
**PO BOX A3382**
**CHICAGO, IL 60690**

The transfer of your claim as shown above in the amount of $2,175.12 has been
transferred to:

>       Liquidity Solutions, Inc.
>       Dba Revenue Management
>       One University Plaza
>       Suite 312
>       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.  The
assignee hereby reserves its right to reassign the claim transferred herein to the
assignor at any time for any reason in its sole and absolute discretion.

By:/s/ Jeffrey Caress
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

474886

--------------------------------------------------------------(CUT HERE)------------------------------------------------------------------

**TRANSFER NOTICE**

ELECTRODES INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the ELECTRODES INC Claims of Assignor in the aggregate amount of $ _21 75. 4_ representing all claims against: **DELPHI CORPORATION** in the United States Bankruptcy Court, Southern District Of New York, administered as Case No. 05-55949, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _2 7th_ day of _Do comby_ 2005

ELECTRODES INC

_____
(Signature)

Diane M Welch -AIR
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

JEFFREY CARESS
(Print Name of Witness)

DELPHI CORPORATION
ELECTRODES INC

737745