United States Bankruptcy Court
For the Southern District of New York

| DELPHI CORPORATION | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } Case No. |
| | } 05-55949 |
| Debtor | } Amount $ 2,394.65 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**CEMAN INDUSTRIAL WELDING**
**N 1002 CTY XX**
**BERLIN, WI 54923**

The transfer of your claim as shown above in the amount of $ 2,394.65 has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim. The assignee hereby reserves its right to reassign the claim transferred herein to the assignor at any time for any reason in its sole and absolute discretion.

      By:/s/ Jeffrey Caress
      Liquidity Solutions, Inc.
      dba Revenue Management
      (201) 968-0001

474885

------------------------------(CUT HERE)------------------------------

**TRANSFER NOTICE**

CEMAN INDUSTRIAL WELDING ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $ _718.50_ (your claim amount) representing all claims against: **DELPHI CORPORATION** in the United States Bankruptcy Court, Southern District Of New York, administered as Case No. 05-55949, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2005

**CEMAN INDUSTRIAL WELDING**

_Carole A. Ceman_
(Signature)

_Carole A. Ceman_
(Print Name and Title)  Sec./Treas.

**REVENUE MANAGEMENT**

_[signature]_
(Signature)

_Jeffrey Caress_
(Print Name of Witness)

DELPHI CORPORATION
CEMAN INDUSTRIAL WELDING

732560