**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re DELPHI CORPORATION, et al.,    *    Case No.: 05-44481

        Debtors.    *

*    *    *    *    *    *    *    *    *    *    *    *

**ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice***

Cameron J. Macdonald, a member in good standing of the bar in the State of Maryland, and of the bar of the U.S. District Court for the District of Maryland, having requested admission, ***pro hac vice***, to represent Pepco Energy Services, Inc., a creditor in the above referenced case;

**It is ORDERED**, that Cameron J. Macdonald, Esquire, is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York                      UNITED STATES BANKRUPTCY JUDGE

*1655788*