UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No., 05-44481(RDD) |
| Debtors. | (Jointly Administered) |

### ORDER FOR ADMISSION PRO HAC VICE

It is ORDERED that M. Ellen Carpenter, Esq., is admitted to practice *pro hac vice* in the above-captioned matter in the United State Bankruptcy Court for the southern District of New York, subject to payment of the fee.

Dated:  January 30, 2006
        New York, New York

                                                         /s/Robert D. Drain
                                                        UNITED STATES BANKRUPTCY JUDGE