UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re: Delphi Corporation, et al.,

                        Debtor.

In re: Case No. 05-44481(RD
Chapter 11

-------------------------------------------------------------------X

                        Plaintiff

          v.

                        Defendant

Adversary Proceeding
Case No.

-------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, _____Erik G. Chappell_____, a member in good standing of the bar in the State of Michigan and Ohio____, or of the bar of the U.S. District Court for the Northern____ District of Ohio_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Metro Fibres, Inc._____, a Creditor_____ in the above referenced [✓] case [ ] adversary proceeding.

My:   address is 5565 Airport Highway, Suite 101, Toledo, Ohio 43615_____

       e-mail address is__egc@lydenlaw.com__; telephone number is__(419) 867-8900___

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: 12/20/2005

        New York, New York

                                       _____
                                       Erik G. Chappell (0066043) OH
                                                (P51332) MI
                                      12/20/05

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

In re: Delphi Corporation, et al.,

                        Debtor.

In re: Case No. 05-44481(RD)
Chapter 11

------------------------------------------------------------x

                        Plaintiff

     v.

                        Defendant

Adversary Proceeding
Case No.

------------------------------------------------------------x

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Erik G. Chappell, a member in good standing of the bar in the State of Michigan and Ohio, or of the bar of the U.S. District Court for the Northern District of Ohio, having request admission, *pro hac vice*, to represent Metro Fibres, Inc., a Creditor in the above referenced [✓] case [ ] adversary proceeding.

**ORDERED,**

that Erik G. Chappell, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:

       New York, New York   /s/_____

                                        UNITED STATES BANKRUPTCY JUDGE