**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtors. | (Jointly Administered) |

------------------------------------------------------------------x

## ORDER

**ORDERED,** that Sharan Nirmul, Esq., is admitted to practice *pro hac vice*, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 30, 2006         /s/Robert D. Drain
New York, New York              United States Bankruptcy Judge