**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re:                                                    Case No. 05-44481 (RDD)
DELPHI CORPORATION, et al.,                               Chapter 11

        Debtors.                                          (Jointly Administered)

----------------------------------------------------------------x

### ORDER

        **ORDERED,** that Jeffrey J. Angelovich, Esq., is admitted to practice ***pro hac vice***,

in the above referenced case, in the United States Bankruptcy Court, Southern District of

New York, subject to payment of the filing fee.

Dated:  January 30, 2006_____ _____          /s/Robert D. Drain_____
        New York, New York                          United States Bankruptcy Judge