1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 05-44481

4  - - - - - - - - - - - - - - - - - - - -x

5  In the Matter of:

6

7  DELPHI CORPORATION,

8

9         Debtor.

10  - - - - - - - - - - - - - - - - - - - -x

11              January 13, 2006

12              10:00 AM

13

14              United States Custom House

15              One Bowling Green

16              New York, New York 10004

17

18  B E F O R E:

19  HON. ROBERT D. DRAIN, U.S. BANKRUPTCY JUDGE

20

21  Order/Pursuant to ADJ.HRG.RE: Doc #1401; LEAD

22  PLAINTIFFS¦ OBJECTION TO DEBTORS¦ MOTION TO

23  EMPLOY DELOITTE & TOUCHE, LLP.

24

25  ADJ.HRG.RE: Doc #1619; LEAD PLAINTIFFS¦ MOTION

2

1  TO COMPEL DISCOVERY RELATED TO THE DEBTORS¦

2  MOTION TO IMPLEMENT A KEY EMPLOYEE

3  COMPENSATION PROGRAM.

4

5  ADJ.HRG.RE: Doc #1691; DEBTORS¦ OBJECTION TO

6  THE LEAD PLAINTIFFS¦ MOTION TO COMPEL

7  DISCOVERY.

8

9  ADJ.HRG.RE: Doc #1719; DEBTORS¦ RESPONSE TO

10  THE LEAD PLAINTIFFS¦ OBJECTION TO THE DEBTORS¦

11  MOTION TO EMPLOY DELOITTE & TOUCHE, LLP.

12

13  ADJ.HRG.RE: Doc #1799; MOTION TO QUASH

14  SUBPOENAS SERVED BY LEAD PLAINTIFFS ON JOHN

15  SHEEHAN, LAURA MARION, DAN RENICK, AND JOHN

16  ROTKO.

17

18  Transcribed By:

19  Lisa Bar-Leib

20

21

22

23

24

25

3

1   A P P E A R A N C E S :

2

3   SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

4          Attorneys for Debtors

5          333 West Wacker Drive

6          Chicago, Illinois 60606

7

8   BY:      JOHN WM BUTLER, JR. ESQ.

9           KAYALYN MARAFIOTI, ESQ.

10          DAVID SPRINGER, ESQ.

11

12   SHEARMAN & STERLING

13          Attorneys for Debtors

14          599 Lexington Avenue

15          New York, New York 10022

16

17   BY:      ANDREW TENZER, ESQ.

18          WILLIAM ROLL, III, ESQ.

19          RONETTE KELLY, ESQ.

20

21   LOEB & LOEB, LLP

22          Attorneys for Deloitte & Touche

23          345 Park Avenue

24          New York, New York 10154

25

4

1  BY:        GREGORY SCHWED, ESQ.

2

3  GRANT & EISENHOFFER, P.C.

4            Attorneys for Lead Plaintiffs

5            630 Fifth Avenue Floor 15

6            New York, New York 10111

7

8  BY:        JAMES SABELLA, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

5

## DELPHI CORPORATION

P R O C E E D I N G S

THE COURT:  All right, Delphi
Corporation.

MR. BUTLER:  Your Honor, good
morning, Jack Butler from Skadden, Arps,
Slate, Meagher and Flom, LLP, here with my
colleagues and partners, Kayalyn Marafioti and
David Springer, and our colleagues, Andrew
Tenzer and William Roll from Shearman
Sterling, all representing the debtors in
connection with this adjourned matters
hearing.  Your Honor, the matters that are
before the Court today are two matters that
appeared on the third omnibus hearing agenda
and were first scheduled to be considered at
the January 5th, 2006 omnibus hearing.  Those
are matters 34 and 37 on that agenda.  The
number 34 on the agenda is the Deloitte and
Touche matter.  Today is the adjourned hearing
on the retention application for Deloitte and
Touche which has been limited by the debtors
to be enough for (inaudible) October 8, 2005,

6

1              DELPHI CORPORATION

2    and to cover the 2005 fiscal year audit.  And

3    that is found at docket number 1222.  The

4    other matter before the Court is the lead

5    plaintiff's KECP discovery motion and related

6    matters.  That is agenda item number 37 from

7    the January 5th agenda, at docket number 1619,

8    and there's been a related motion to quash

9    file the docket number 1799.  With Your

10   Honor's permission, we'd proceed in those

11   agenda items order and take the Deloitte and

12   Touche matter first.

13              THE COURT:  Okay, that's fine.

14              MR. TENZER:  Good morning,

15   Your Honor, Andrew Tenzer of Sherman and

16   Sterling, LLP.  I'm here with my colleagues,

17   Bill Roll and Ronette Kelly on behalf of the

18   debtors.  On the debtor's application to

19   retain Deloitte and Touche to conduct audit

20   work on behalf of the debtors and their

21   estates.  Your Honor, before I discuss the

22   motion on its merits, just a couple of

23   administrative and housekeeping matters.

24   First, Your Honor, I just wanted to note that

25   last week when we were before you on discovery

7

1              DELPHI CORPORATION

2    matters related to this motion, Your Honor

3    ruled that the lead plaintiffs who have

4    objected to the motion were entitled to take a

5    deposition of one member of Delphi's audit

6    committee on the subject of why Delphi changed

7    auditors from Deloitte and Touche in 2005 to

8    Ernst & Young in 2006, and I just wanted to

9    let Your Honor know that that deposition did

10   take place on Wednesday of this week.

11              Second, Your Honor, there have

12   been two objections filed to the motion.  One

13   was times the application.  One was a limited

14   objection filed by the creditors' committee on

15   two sub-points -- they don't object to the

16   application in and of itself, but there were

17   two sub-points that they objected to.  We've

18   been in discussions with the committee and

19   with Deloitte.  Those objections have been

20   resolved.  We need to finalize the language

21   that's going to go into the order that we

22   would present to Your Honor if Your Honor

23   grants the application.  And we can do that

24   either at the end of the hearing, or later in

25   the day.  If there would be some changes to

8

1               DELPHI CORPORATION

2      the order, I would want to walk Your Honor

3      through.

4               THE COURT:  Okay.  What is the

5      gist of the resolution?

6               MR. TENZER:  There are two

7      objections raised.  One was that the committee

8      wanted to make sure that any finding of

9      disinterestedness here didn't effect any

10     avoidance actions that the committee may later

11     have against Deloitte and the committee

12     proposed language in its limited objection

13     that we've all agreed on.  And the second

14     issue is designed to make sure that to the

15     extent there are things that Deloitte did pre-

16     petition, it doesn't assert administrative

17     claims for those acts.  Conversely, if

18     Deloitte does things post-petition, it has the

19     right to seek administrative claims for those

20     --

21               THE COURT:  Through its

22     indemnification.

23               MR. TENZER:  Well, no --

24     really -

               -- or, otherwise through the work that

25     it's done.  If it worked on a matter and some

9

1          DELPHI CORPORATION

2    of that work was pre-petition and some of that

3    work was post-petition, any claim that they

4    have it's very clear, and this is the law,

5    that if they did something pre-petition, they

6    can assert a pre-petition claim, and if they

7    did something post-petition, they can assert a

8    post-petition claim.  That's really all the

9    language does.

10              THE COURT:  Right.  Okay.  But

11   I thought that the committee's concern was

12   that there would be some implication or

13   construction that because of the

14   indemnification provisions of their engagement

15   letters being ratified, if you will, as

16   modified by the order, that there would be a

17   100 cent dollar indemnification obligation on

18   the debtor's part for work done pre-petition.

19              MR. TENZER:  That is a fair

20   characterization of the committee's concern,

21   and that concern is addressed by the language

22   that we will submit to Your Honor.

23              THE COURT:  Okay.  So, it

24   wouldn't be a hundred cent dollar.

25              MR. TENZER:  That's right --

10

1          DELPHI CORPORATION

2                   THE COURT:  It would be a

3     claim.

4                   MR. TENZER:  I|ll talk a

5     little bit about the indemnity.  There is no

6     indemnity provision in the audit engagement

7     letter.  There is one in the government

8     services engagement letter --

9                   THE COURT:  Right.

10                  MR. TENZER:  -- but Your Honor

11    is absolutely right as to what the concern was

12    and what was addressed.

13                  THE COURT:  Okay.  All right.

14                  MR. TENZER:  And then, the

15    other objection, obviously, is the one of the

16    lead plaintiffs, which I'll be spending most

17    of my time on today.  That objection, as we

18    noted for Your Honor, was filed in furtherance

19    of a different agenda and for different

20    reasons than the committee, and again, we'll

21    argue today that it should be overruled.

22                  Last, Your Honor, just as a

23    matter of proceeding today, the debtors, when

24    they filed their motion submitted an affidavit

25    of Brock Plumb of Deloitte in support of that

11

1          DELPHI CORPORATION

2    application.  Mr. Plumb has submitted an

3    additional supplementary affidavit and when we

4    filed our opposition -- I'm sorry, our reply

5    to the lead plaintiff's opposition to the

6    application, we attached to our opposition the

7    declaration of Bob Dellinger, who is the CFO

8    of the company and the debtors are prepared to

9    rely on those affidavits and declaration as

10   their evidentiary showing.  Unless Your Honor

11   has a different view, we don't plan on putting

12   on direct evidence.  Both of those gentlemen

13   are present in the courtroom today, and if

14   anybody wanted to cross-examine them when we

15   wanted to take redirect, that can be arranged.

16   But unless Your Honor wants us to, we don't

17   plan on putting on any other direct evidence

18   today.

19              THE COURT:  Okay.  Let me make

20   sure -- the Dellinger affidavit is -- what's

21   the date of that?  I want to make sure it's

22   the one I've seen.  Is that --

23              MR. TENZER:  I believe that

24   was filed on the -- I don't know the date of

25   the declaration, Your Honor.  I believe the

12

1        DELPHI CORPORATION

2    pleading was filed on the fourth.

3              THE COURT:  Okay.  So, it's

4    the one dated December 29th?

5              MR. TENZER:  Yes.

6              THE COURT:  All right.  So,

7    I've read both of those.  All right.  Now, of

8    course, then you have them here and they can

9    be cross-examined on their affidavits,

10   correct?

11             MR. TENZER:  They're both

12   here.  Yes, that's not a problem.

13             THE COURT:  Okay.  All right.

14             MR. TENZER:  Okay.

15             THE COURT:  That's fine.

16             MR. TENZER:  So, let me then

17   turn, Your Honor, to the merits of the

18   application itself.

19             THE COURT:  Well, should we

20   have them -- does anyone want to cross-examine

21   them on their affidavits first?

22             MR. SABELLA:  Yes, Your Honor.

23   Jim Sabella from Grant and Eisenhoffer with

24   the lead plaintiffs.  I propose to call them.

25             THE COURT:  Okay.  All right.

13

1                    **DELPHI CORPORATION**

2    Why don't we do that then?

3                    MR. TENZER:  What I was

4    hoping, Your Honor, that we would each be

5    allowed to make legal argument first, and then

6    have the witnesses testify to the extent Mr.

7    Sabella wants them to?

8                    THE COURT:  Well, if the legal

9    argument is just as to the standards I should

10   apply, that's okay.  But, if you're going to

11   be getting into the facts, I think I want to

12   hear cross-examination before I --

13                    MR. TENZER:  It's somewhat of

14   an articulation of the standards that you

15   should apply, Your Honor.  It's also, even

16   more so, a rebuttal of the statements that the

17   lead plaintiffs have made and --

18                    THE COURT:  All right.  I'd

19   rather hear cross-examination first on that

20   then.

21                    MR. TENZER:  Okay.

22                    THE COURT:  So, Mr. Plumb?

23   You can take a seat in the witness box,

24   please.

25                    (Witness sworn in.)

14

1          DELPHI CORPORATION

2                    THE COURT:  And this just for

3      the record, could you state your name?

4                    THE WITNESS:  Brock E. Plumb.

5                    THE COURT:  And your

6      occupation?

7                    THE WITNESS:  I'm a CPA.

8                    THE COURT:  With?

9                    THE WITNESS:  Oh, I'm a

10     partner at Deloitte and Touche.

11                   THE COURT:  Okay.

12                   THE WITNESS:  Have a seat,

13     right?

14                   THE COURT:  Yes.

15     EXAMINATION BY MR. SABELLA:

16         Q.    Good morning, Mr. Plumb.

17         A.    Good morning.

18         Q.    Jim Sabella from Grant &

19     Eisenhoffer.  I represent the lead plaintiffs

20     in the securities litigation.  Has Deloitte

21     released the debtors from any claims or cross-

22     claims that Deloitte may have against the

23     debtors relating to audits of Delphi's

24     financial statements?

25         A.    Could you repeat the question,

15

1              DELPHI CORPORATION

2     please?

3          Q.      Has Deloitte released the

4     debtors from any claims or cross-claims that

5     Deloitte may have against the debtors relating

6     to the audits of Delphi's financial

7     statements?

8                  MR. SCHWED:  Your Honor, may I

9     object?  My name is Greg Schwed of Loemann &

10    Lowe representing Deloitte.  Mr. Plumb is not

11    qualified -- these are legal conclusions that

12    Mr. Plumb is not qualified or -- an

13    inappropriate person to readdress this issue.

14                 THE COURT:  Well, he did sign

15    the affidavit of disinterestedness.  So, to

16    your knowledge, and I'm not asking you to make

17    a legal -- you know, whether there's been some

18    sort of wave, or anything like that that

19    lawyers might argue as a release, but to your

20    knowledge, has Deloitte executed any release

21    of the debtors?

22                 THE WITNESS:  Not to my

23    knowledge.

24    BY MR. SABELLA:

25         Q.      And have the debtors released

16

1          DELPHI CORPORATION

2    Deloitte, to your knowledge, from any claims

3    or cross-claims that the debtors may have

4    against Deloitte relating to the audits of

5    Delphi's financial statements?

6          A.     Not to my knowledge.

7          Q.     And you've had first-hand

8    experience with claims being asserted by an

9    audit client against its auditors, don't you?

10         A.     In what way?

11         Q.     Well, you were once personally

12   sued for professional malpractice by an audit

13   client, weren't you?

14         A.     A -- I do -- ref -- refresh my

15   memory.

16         Q.     Well, weren't you sued by

17   Enzymes of America and PortaJohn Corp. for

18   professional malpractice in the State Court in

19   Michigan some years ago?

20         A.     Yes, I was.

21         Q.     Now, I want to go through who

22   the team is going to be for the auditor of the

23   2005 financial statements.  As I understand

24   it, Steve van Arzdale is going to be the

25   advisory partner or client relationship

17

1                    DELPHI CORPORATION

2    partner, is that right?

3         A.     That's correct.

4         Q.     And you're the engagement

5    partner?

6         A.     I am the lead client service

7    partner.

8         Q.     And Robert Steiner, is he the

9    concurring partner?

10        A.     That's correct.

11        Q.     And Jeff Aughton, A-U-G-H-T-O-

12   N, is he a partner on the engagement?

13        A.     He's an audit partner.

14        Q.     And Mark Crowley?  Is he an

15   audit partner on the engagement?

16        A.     That's correct.

17        Q.     Okay.  Are there any managers

18   on the engagement?

19        A.     Yes, there are.

20        Q.     And what are their names?

21        A.     Dennis Moyer, Scott Szalony,

22   S-Z-A-L-O-N-Y, Katherine Fleming, and then

23   there are -- those are the -- the three core

24   team managers based out of Detroit and then

25   there's, I believe, 50 to 100 additional

18

1              DELPHI CORPORATION

2    managers around the country and around the

3    world.

4         Q.     And are there any field

5    seniors on the audit?

6         A.     Yes.

7         Q.     And can you identify them?

8         A.     Kyle Urich, have a memory --

9    memory lapse just at the moment -- there's

10   Christina Algazar and Angela -- sorry, I can't

11   remember -- I had a little lapse in that

12   memory on that one.

13        Q.     And then there are also junior

14   staff accountants?

15        A.     Yes.  20 to 30.

16        Q.     Okay.

17        A.     Those are the ones based in

18   Detroit and again, on every one of those

19   positions, there's numerous other people with

20   that same title around the country and around

21   the world working on the Delphi audit.

22        Q.     Okay.  Now when did you join

23   the engagement team for the audit of the 2005

24   financial statements?

25        A.     Approximately middle of April,

19

1              DELPHI CORPORATION

2    2005.

3         Q.      And who was your predecessor?

4         A.      Duane Higgins.

5         Q.      And Mr. Higgins had been an

6    engagement partner for two years?

7         A.      I believe that's correct, yes.

8         Q.      And when did Mr. Steiner join

9    the engagement team for the 2005 financial

10   statements?

11        A.      At the same time that I did.

12   Middle of April.

13        Q.      How about Mr. Aughton?

14        A.      Mr. Aughton?  Sometime in

15   2003.

16        Q.      How about Mr. Crowley?

17        A.      Sometime in 2003.

18        Q.      How about Mr. Moyer?

19        A.      Mr. Moyer's been on the Delphi

20   engagement for a longer period of times

21   because he's been in various positions as he

22   progressed through the firm.  He started as a

23   senior accountant or staff accountant, then it

24   progressed to senior.  So, his tenure has been

25   longer.  He also, though, had a two-year

20

1                    DELPHI CORPORATION

2    hiatus where he served in our Paris office

3    where one of his clients was the subsidiaries

4    of Delphi, but he was not predominantly

5    working on Delphi.

6         Q.    So, for example, was he on the

7    team for the 2001 or 2002 audits?

8         A.    I believe he was, yes, in a

9    subordinate role.

10        Q.    Yes.  And how about Scott

11   Szalony?

12        A.    Scott Szalony was on the

13   Delphi audit for a short period of time in, I

14   believe, 2002 and then he was transferred

15   again to Paris to replace Mr. Moyer, and where

16   he spent around two years in Paris doing the

17   same rotation that Denny Moyer was doing.

18        Q.    And then he was back for 2004?

19        A.    And he came back some time in

20   2004.

21        Q.    And how about Ms. Fleming?

22        A.    She was a staff senior for one

23   year in -- during the 2003 audit, I believe,

24   and then promoted to manager.

25        Q.    And she's been on the audits

21

1                    **DELPHI CORPORATION**

2     continuously since 2003 in her various

3     capacities?

4          A.     Yes.

5          Q.     Now how about the field

6     senior, Kyle Urich?  How long has he been on

7     Delphi audits?

8          A.     I'm less familiar with the

9     history since I just came on in April with the

10    seniors.  I believe Kyle has been on maybe one

11    extra year, or he could be the same thing.  He

12    was a staff person for a year and then a

13    senior.

14         Q.     And how about Christina

15    Aldazar?

16         A.     I'd say the same for -- the --

17    my knowledge of those three are about the

18    same.

19         Q.     And would it be fair to say

20    that of the 20 or 30 staff accountants in

21    Detroit, some of them have worked on previous

22    Delphi audit engagement before the 2005 audit?

23         A.     Yes.

24         Q.     Now, am I correct that,

25    generally speaking, the audit manager writes

22

1          DELPHI CORPORATION

2    the audit program?

3          A.    No, that's not correct.

4          Q.    That's not correct?

5          A.    No.

6          Q.    Who writes the audit program?

7          A.    The audit programs are -- a --

8    a product first of the firm, which has an

9    outline of a program, and then they're agreed

10   to by the audit team, including the lead

11   client partner, the two other partners that

12   you referred to, Jeff Aughton and Mark

13   Crowley, and then the managers.  It's a joint

14   effort.

15         Q.    Is it fair to say that the

16   manager provides primary supervision and

17   direction to the professional staff in the

18   execution of the audit plan and in the

19   performance of the audit engagement?

20         A.    They provide the supervision.

21   In the case of the Delphi audit, at least

22   while I'm there, I can tell you that I was

23   hands on and I would say I also provided that

24   primary supervision.

25         Q.    You're familiar with the

23

1                    DELPHI CORPORATION

2    Deloitte audit approach manual, aren't you?

3         A.    Yes, right.

4         Q.    And the audit approach manual

5    sets forth various responsibilities for

6    various members of the audit team, does it

7    not?

8         A.    Yes.

9         Q.    All right.  And the audit

10   approach manual says that the manager performs

11   a primary review of the working papers,

12   financial statements and reports, is that

13   correct?

14        A.    That's correct.

15        Q.    And the audit approach manual

16   says that the manager participates in the

17   planning and the overall management of the

18   audit engagement, right?

19        A.    That's correct.

20        Q.    OK.  And according to the

21   audit approach manual, the field senior

22   supervises the work of the field staff, right?

23        A.    What is the -- field senior is

24   the term you used?

25        Q.    Yes.

24

1                    DELPHI CORPORATION

2          A.       I don't remember a verbatim,

3      but that's what they do.

4          Q.       Well, does that sound like

5      what you think the field senior does?

6          A.       That is what they do.

7                    MR. ROLL :  Your Honor, I'm

8      sorry to interrupt.  It's William Roll of

9      Shearman and Sterling on behalf of the

10     debtors.  I think at this point I have to

11     object in fairness to this witness.  We're now

12     getting a new narrative as we just heard that

13     he's not remembering, and I think it would

14     only be appropriate to have Mr. Sabella, if he

15     has the document, to show it to the witness

16     and let the witness see the entire thing.

17                    MR. SABELLA:  I'm glad to do

18     that --

19                    THE COURT:  Do you have -- do

20     you have more that you're going to go through?

21     We could start with this document --

22                    MR. SABELLA:  I only have

23     actually one more excerpt I was going to read,

24     but I --

25                    THE COURT:  All right.  Why

25

1              DELPHI CORPORATION

2    don't you ask --

3                   MR. SABELLA:  -- but I'd like

4    to mark it as Exhibit 1.  I think it is useful

5    if Your Honor doesn't mind.

6                   THE COURT:  All right.

7                   MR. SABELLA:  Okay.

8                   THE COURT:  Just give a copy

9    to the witness then.

10                  MR. SABELLA:  For the record,

11   what we've marked as the first Exhibit are

12   three pages from the Deloitte audit approach

13   manual.  The first page, just to sort of

14   identify it, are pages 30 and 31, which

15   describe responsibilities of the audit manager

16   and what is called the accountant in charge or

17   field senior.

18                  MR. ROLL:  What I want to do

19   is premature.  Mr. Sabella hasn't offered it

20   yet, but it seems to me that before we even

21   get to that point, I have the witness testify

22   in furtherance of this document.  We ought to

23   have the entire document.  We just heard Mr.

24   Sabella identify the exhibits consistently --

25                  THE COURT:  Well, are you

26

```
 1              DELPHI CORPORATION
 2   doing this just to refresh the witness'
 3   recollection is that --
 4              MR. SABELLA:  Yeah, the actual
 5   document is like 800 pages long.
 6              THE COURT:  All right.
 7              MR. SABELLA:  I didn't bring
 8   it with me.
 9              THE COURT:  Well, I guess the
10   issue -- you haven't offered to introduce it
11   yet.  If this was in response to the prior
12   objection, --
13              MR. SABELLA:  Precisely.
14              THE COURT:  -- which is to
15   show the document to the witness, so, I'll
16   note the objection, but you may never need to
17   make it because there may never be a request
18   to actually introduce it into evidence
19   depending on the witness' testimony, so --
20   BY MR. SABELLA:
21      Q.    Mr. Plumb, I'd like you to
22   just to take a look at what is listed on page
23   31 as the responsibilities of the field
24   senior.
25      A.    I'd just like to point out
```

27

1              **DELPHI CORPORATION**

2      that is -- my view of this -- this is not a

3      current document.  And then, so, therefore, I

4      don't have a recollection of it at a point in

5      time.  Our audit manuals are updated

6      constantly, and I could see that there's

7      references in here to 1995 and 1996, so this

8      is probably very out of date.

9          Q.    Yeah, and I cannot make a

10     representation as to what year this relates

11     to.  But, let me ask you then, is it the case

12     that the field senior supervises the work of

13     the field staff?

14         A.    Are you referring to the

15     document again, or are you referring --

16         Q.    I'm just asking you questions.

17         A.    Would you please repeat it?

18         Q.    Could I ask the reporter to

19     read it?

20              THE COURT:  Well, you can't,

21     really, cause we're doing it on a taping

22     system.

23              MR. SABELLA:  Oh, I'm

24     certainly sorry.

25              THE COURT:  The question was

28

```
 1                    DELPHI CORPORATION
 2    to your knowledge, do the field seniors
 3    supervise the field staff?
 4                    THE WITNESS:  Yes.
 5    BY MR. SABELLA:
 6        Q.       And is it also the case that
 7    the field senior performs a detailed review of
 8    each working paper prepared by the field
 9    staff, if not reviewed by another member of
10    the engagement team?
11                    MR. ROLL:  Your Honor, I'm
12    going to object.  Mr. Sabella is clearly
13    reading from the document when we've already
14    heard that it can't even be used to refresh
15    this witness' recollection because of its age.
16    I object to this.
17                    MR. SABELLA:  I think I just
18    asked a question.
19                    THE COURT:  Well, I'm not
20    asking you to verify a document.  Generally,
21    is that your understanding of what the field
22    seniors do?
23                    THE WITNESS:  Yes, that's
24    generally what occurs.  Our work is prepared,
25    then reviewed -- and it goes through several
```

29

1              DELPHI CORPORATION

2     reviews.  And in the case of Delphi, in the

3     case of the 2004 audit, we had extra levels of

4     review, so all of these analyses that we do

5     went up through at least one partner and

6     sometimes multiple partners.

7     BY MR. SABELLA:

8          Q.      And now with respect to the

9     staff accountants, they're the ones who

10    actually in the first instance, go through the

11    company's books and records, correct?

12         A.      They -- they perform the

13    initial auditing procedures in some areas.

14         Q.      And in fact, when the audit

15    work is intense and at its peak, they're at

16    the client's premises, virtually every day,

17    aren't they?

18         A.      Yes, they are.

19         Q.      And, during heavy months of

20    audit work, the staff accountants would

21    actually have an office at the client's

22    premises where they would work out of, right?

23         A.      Not always.  Sometimes they

24    would work out of a conference room or a

25    cubicle.  Not an office, per se.

30

1                    DELPHI CORPORATION

2          Q.      But they'd be located at the

3    client's premises?

4          A.      Yes, that's common.

5          Q.      Right.  Now, prior to April of

6    2005 when you and Mr. Steiner joined the audit

7    team, had any audit work been done for the

8    2005 audit?

9          A.      Not to my knowledge.

10         Q.      Do you recall when the

11   engagement letter for the 2005 audit was

12   issued and sent to the company?

13         A.      In late August, 2005.

14         Q.      Had any audit work for the

15   2005 audit of Delphi's financial statements

16   been commenced before the engagement letter

17   was sent?

18         A.      We -- excuse me -- we had

19   performed quarterly review procedures which

20   are used as part of our audit or a basis for

21   our audit, but as to interim audit procedures

22   of any kind, not of any of -- any great

23   substance.  Just quarterly reviews.  Keep in

24   mind, we were busy through June 30th with

25   their revised 10K, auditing their 10K.

31

1          DELPHI CORPORATION

2          Q.     And in your affidavit, there

3  is some material relating to the fees, I

4  believe, that Deloitte has been paid in 2005.

5  Do you have a recollection of approximately

6  how much Deloitte has been paid in 2005?

7          A.     For the 2005 --

8          Q.     With respect --

9          A.     -- audit?

10         Q.     Well, I want to get there.

11  But let me just start with the aggregate

12  number with respect to 2005 services.

13         A.     I don't have a clear -- I re -

14  - I have a fairly clear recollection of the 25

15  -- 2005 audit, but beyond that, it's a pretty

16  complicated formula, and I can't recall those

17  --

18         Q.     All right.  What is your

19  recollection for the 2005 audit?

20         A.     We had been paid, including

21  the quarterly review work that I referred to,

22  I believe, roughly 3.8 million, something in

23  that range -- 3.7 or 3.8 million dollars.

24         Q.     Okay.

25         A.     And that's for -- that's for

32

|    |                                              |
|----|----------------------------------------------|
| 1  | DELPHI CORPORATION                           |
| 2  | the United States only.                      |
| 3  | Q.    And the work that you did on           |
| 4  | the restatements of the prior year's financial |
| 5  | statements, is the reimbursement for that work |
| 6  | included in the 3.8, or is that a separate -- |
| 7  | A.    That's all separate.                    |
| 8  | Q.    Okay.  Now, let's talk about            |
| 9  | the quarterly reviews for a moment.  Those are |
| 10 | quarterly --                                  |
| 11 | THE COURT:  Well -- can I                     |
| 12 | interrupt?  The question was the work you did |
| 13 | on that -- when you understood the question is |
| 14 | the work you did, did you read that as you    |
| 15 | personally, or Deloitte & Touche did on the   |
| 16 | restatement?                                  |
| 17 | THE WITNESS:  I meant the                     |
| 18 | firm.                                         |
| 19 | THE COURT:  Okay.                             |
| 20 | THE WITNESS:  Yeah.  That                     |
| 21 | included me, of course, but --               |
| 22 | THE COURT:  This the whole                    |
| 23 | firm?                                         |
| 24 | THE WITNESS:  The whole firm.                 |
| 25 | THE COURT:  All right.                        |

33

1                DELPHI CORPORATION

2   BY MR. SABELLA:

3        Q.    Now, Delphi's quarterly

4   financial statements are prepared by Delphi's

5   accounting department, is that correct?

6        A.    That's correct.

7        Q.    Deloitte doesn't prepare its

8   clients' financial statements, correct?

9        A.    They do not.

10       Q.    Right.  And Deloitte did not

11  issue any audit opinions on the quarterly

12  financial statements for Delphi in 2005, did

13  it?

14       A.    Quarterly -- quarterly reports

15  don't usually have an audit.  They are just

16  reviews.

17       Q.    Right.  So, the quarterly

18  financial statements were not audited and no

19  audit report was issued on them?

20       A.    That's correct.

21       Q.    And Deloitte didn't issue

22  formal review reports on the quarterly

23  financials, either, did it?

24       A.    It did not, not in a written

25  form.

34

1           DELPHI CORPORATION

2        Q.      Right.  So, it's fair to say

3    that for the year-end audit, you can't simply

4    take reports on the quarterly financial

5    statements, audit the fourth quarter and say

6    you're done, can you?

7        A.      That's correct.

8        Q.      Now, sir, you understand that

9    the plaintiffs have objected to the retention

10   of Deloitte, right?

11       A.      Yes.

12       Q.      And when did you become aware

13   of that?  And I'll represent to you the

14   objection was filed on or about December 2nd

15   of this year --

16       A.      December 2nd.

17       Q.      Okay.  And you understand if

18   the objection is sustained, there is some

19   possibility that Deloitte would not be paid

20   further for work done on the 2005 audit?

21       A.      Post-petition the claim.

22   Services, yes, I understand that.

23       Q.      And you expressed a concern to

24   Mr. Dellinger, the CFO, on or about December

25   12th as to whether or not Deloitte would get

35

1            **DELPHI CORPORATION**

2   paid for its work, right?

3        A.    I -- I'd -- in a certain

4   respect, I said that we knew we wouldn't get

5   paid if we were not appointed.  So, I said,

6   yes, we -- we have incurred over two million

7   dollars in fees and we would wait now -- await

8   the Court's appointment µcause we had been

9   told that we would have been approved earlier

10  than that.

11       Q.    And, do you have any knowledge

12  of Deloitte making a request for an agreement

13  on an interim compensation proposal, so that

14  Deloitte would get paid for the work that it's

15  doing post-petition?

16       A.    I don't have any direct

17  knowledge.  I thought there was something

18  introduced last week about that since we

19  didn't get approved on the Fifth.

20       Q.    Okay.  And because of these

21  concerns about Deloitte -- whether or not

22  Deloitte will be paid for its services -- is

23  it fair to say that over the last month or so,

24  Deloitte has to some extent limited the work

25  that it's been doing on the 2005 audit?

36

1          DELPHI CORPORATION

2          A.      Yes, we have.  In the United

3     States.  Overseas, they -- is -- the overseas

4     offices are all performing their statutory

5     audits as contractually obligated to do.

6          Q.      And, did anyone on the audit

7     committee ever raise with you the idea that

8     perhaps Deloitte would be replaced on the 2005

9     audit?

10         A.      Well, sometime in the fall, I

11    can't remember the exact date, they informed

12    me that they were -- the Board had requested

13    the audit committee and management to seek

14    proposals from all the big four firms for the

15    2006 audit, including Deloitte.

16         Q.      Right, 2006.  But my question

17    was was there any suggestion that they'd also

18    replace you for 2005?

19         A.      Not to my knowledge.

20         Q.      And did you have any

21    conversations with the audit committee about

22    possible changes in Deloitte audit procedures

23    to avoid in the future any of the problems

24    that led to the restatements of prior year

25    financial statements?

37

1              DELPHI CORPORATION

2          A.     I don't recall specifically

3    that topic, no.

4          Q.     And did anyone from the audit

5    committee ever raise with you any concern that

6    if Deloitte continued with 2005 audit,

7    Deloitte might have an incentive not to

8    disclose any further errors it might find in

9    prior years financial statements --

10              MR. ROLL:  Your Honor --

11   BY MR. SABELLA:

12         Q.     -- because of concern over its

13   possible liability?

14              MR. ROLL:  I'm sorry to

15   interrupt.  I have to object to that.  I think

16   that there's absolutely no foundation to that.

17   There's an assumption built into that question

18   that I think there's no reason to include at

19   this point.

20              THE COURT:  What's the

21   question again?

22              MR. SABELLA:  I just want to

23   know if it ever came up between him and the

24   audit committee the conflict concern that

25   we've set forth in our objection that Deloitte

38

1              DELPHI CORPORATION

2     might have an incentive not to dig in to prior

3     year problems because of their situation.

4                   MR. ROLL:  Respectfully, Your

5     Honor, I think that's a slightly different

6     question.  The one before has --

7                   THE COURT:  All right.  You

8     can ask that question.  That's fine.

9                   THE WITNESS:  Would you repeat

10    it?

11    BY MR. SABELLA:

12        Q.    My question is whether it was

13    ever a subject of discussion between you and

14    the audit committee the fact that the lead

15    plaintiffs had as one of their grounds for

16    objection raised the point that Deloitte might

17    have a conflict and incentive not to disclose

18    any errors it might find in prior year's

19    financial statements?

20        A.    Let me make sure I understand.

21    Is the question do we have a discussion about

22    the lead plaintiffs' motion?

23        Q.    Let's start with that.

24        A.    Yes.

25        Q.    And with whom did you have

39

1              **DELPHI CORPORATION**

2    that discussion?

3         A.     The full audit committee.

4         Q.     Okay.  And did they tell you

5    that one of the things that the lead

6    plaintiffs were arguing was that Deloitte had

7    a conflict of interest, because it might have

8    an incentive not to disclose any further

9    errors it might find in the prior years

10   financial statements?

11        A.     No.

12        Q.     Apart from the objection filed

13   by the lead plaintiffs, did anyone from the

14   audit committee ever raise with you any

15   concern that Deloitte might have such an

16   incentive?

17        A.     No.

18             MR. SABELLA:  That's all I

19   have for this witness, Your Honor.

20             THE COURT:  Okay.  Any

21   redirect?

22             MR. ROLL:  Your Honor, I do

23   have some redirect.  I'm prepared to proceed

24   with it now, although I would say if the Court

25   could indulge me with a two-minute recess to

40

1                    DELPHI CORPORATION

2    check on one fact, I think it would go a

3    little more efficiently.

4                    THE COURT:  All right.  Well,

5    you have to check with the witness, though,

6    so, that's fine.

7                    MR. ROLL:  I intended to.  If

8    I could just speak with Deloitte's counsel for

9    now.

10                    THE COURT:  That's fine.  So

11   we'll come back at 11:00.  Mr. Plumb, you

12   shouldn't discuss your testimony --

13                    THE WITNESS:  Stay here?

14                    THE COURT:  Yeah, you can stay

15   here.  That's the best thing for you to do.

16                    (Court recesses.)

17                    MR. ROLL:  Thank you, Your

18   Honor, at the top, let me just say I

19   appreciate the Court's indulgence in that

20   short recess.

21                    THE COURT:  Okay.

22                    MR. ROLL:  That was very

23   helpful.

24   REDIRECT EXAMINATION BY MR. ROLL:

25        Q.    Good morning, Mr. Plumb.

41

1                    DELPHI CORPORATION

2          A.      Good morning.

3          Q.      You recall on your cross-

4    examination by Mr. Sabella, he asked you,

5    among other things, whether Deloitte had

6    released any claims against Delphi.  Do you

7    recall that?

8          A.      I do.

9          Q.      Do you know if any claims have

10   been asserted against Delphi by Deloitte?

11         A.      I do not know of any.

12         Q.      You were also asked by Mr.

13   Sabella if Delphi had released any claims

14   against Deloitte.  Do you recall that?

15         A.      Yes.

16         Q.      Do you know if Delphi has

17   asserted any claims against Deloitte at this

18   point?

19         A.      Not to my knowledge.

20         Q.      You testified in response to

21   Mr. Sabella|s questions that you were the lead

22   client services partner in connection with the

23   proposed work from Deloitte and Touche on the

24   2005 audit.  Is that correct?

25         A.      That's correct.

42

1           DELPHI CORPORATION

2           Q.      Do you believe yourself to be

3    qualified to perform that role in connection

4    with the audit?

5           A.      I do.

6           Q.      And can you tell us a little

7    bit about why you believe that with respect to

8    your qualifications and so forth?

9           A.      Sure.  I'll keep it as brief

10   as necessary, but -- been a partner at De --

11   an audit partner at Deloitte for -- since

12   1982, so over 23 years I've worked for

13   Deloitte.  For over 35 years, I've been

14   engaged in audits of companies of all sizes

15   including public companies, global public

16   companies, throughout my career.  I am also

17   the lead technical partner for the Michigan

18   practices for the Deloitte firm.  And I

19   believe I have this sufficient experience to

20   supervise and conduct the audit -- 2005 audit.

21          Q.      Has anyone at Delphi expressed

22   any concerns to you about the extent of your

23   qualifications to serve in the role of lead

24   client services partner?

25          A.      None whatsoever.

43

1        DELPHI CORPORATION

2        Q.      You were asked a number of

3   questions by Mr. Sabella about the team that

4   Deloitte would propose to use in connection

5   with the 2005 audit.  Do you remember those

6   questions generally?

7        A.      Generally.

8        Q.      In your view, Mr. Plumb, is

9   the team that you would be using in connection

10  with that different from the Deloitte team

11  that was involved in connection with the

12  actual audits with respect to the prior years

13  that were restated in 2005?

14       A.      I do believe it.  The team

15  that I referred to -- the teams that did the

16  audit based -- based in 2000 and 2001, which

17  were the years of the most significant

18  restatement entries, those teams have almost

19  100 percent turned over at corporate office,

20  so I feel that our team is totally independent

21  and has a fresh look.  It had a fresh look in

22  the '04 audit and will continue in the 2005

23  audit.

24       Q.      Okay.  Let me ask you if you

25  could amplify that a little bit.  What do you

44

1                DELPHI CORPORATION

2   mean by fresh look?  What does that mean?

3       A.      Totally -- as I said, I came

4   onto the job, Bob Steiner came onto the job in

5   April of 2005.  Prior to that, we'd had no

6   involvement in the audit of Delphi at any time

7   prior to that.  And a fresh look is -- what

8   our firm sometimes does is customarily can --

9   can do to bring in an independent partner or

10  independent team to look at the restatement

11  and become the lead client services partner

12  totally, you know, independently.

13      Q.      You testified earlier with

14  respect to Mr. Steiner being part of the team?

15      A.      Yes.

16      Q.      Do you know anything about Mr.

17  Steiner's qualifications to serve in the

18  capacity that he's serving in with respect to

19  the 2005 audit.

20      A.      Yes.  Mr. Steiner is a

21  concurring partner in the 2004 audit and then

22  in the -- actually, in the 2005 audit.  He's

23  the national audit risk management partner.

24  He has over 40 years experience.  He's the

25  lead technical partner for Deloitte for the

45

1          DELPHI CORPORATION

2     North-Central region, which is roughly 20 some

3     offices.  And highly qualified to do his job.

4          Q.     I just want to make sure I

5     heard.  How many years experience did you say?

6          A.     Approximately 40.

7          Q.     40?

8          A.     Uh-huh.

9          Q.     Four zero.  Has anyone at

10    Delphi, including anyone on the audit

11    committee at Delphi, expressed any concerns to

12    you about Mr. Steiner's qualifications to

13    serve in the capacity he will serve in with

14    respect to the 2005 audit?

15         A.     They have not.

16         Q.     Are there other members of the

17    team who are new in the sense that they are

18    part of this fresh look that you've described?

19         A.     Steven Arzdale is the advisory

20    relationship partner.  He was -- he became --

21    took over his job sometime in the summer, I

22    think, of 2004, so he's -- he was new to the

23    '04.  He -- he had -- he's an advisory

24    partner, not actually part of the audit team.

25    Let's see.  I -- I -- that would probably be

46

1                    **DELPHI CORPORATION**

2     the key players.

3          Q.    Okay.  And the individuals

4     you've named so far, and yourself included, of

5     course, would you consider those to be the

6     senior people at Deloitte who will be

7     responsible for this audit?

8          A.    Absolutely.

9          Q.    And with respect to any what I

10    will refer to as significant auditing

11    decisions, are they the people, yourself

12    included, who would make those decisions?

13         A.    We are.

14         Q.    Now, you indicated earlier in

15    a response to Mr. Sabella's questioning that

16    some of the people involved doing some of the

17    work that were around in connection with

18    earlier years.  Do you recall that?

19         A.    That's correct.

20         Q.    Will any of those people be

21    making any of the significant decisions with

22    respect to Deloitte's audit work in connection

23    with the 2005 financial statements?

24              MR. SABELLA:  Objection to the

25    form of the question.

47

1            DELPHI CORPORATION

2                  THE COURT:  I'm sorry?

3                  MR. SABELLA:  Objection to the

4    form of the question.  We don't really know

5    what he means by significant decisions.

6                  THE COURT:  That's fair.  If

7    you could define in greater detail what you

8    mean by significant auditing decisions.

9                  MR. ROLL:  Well, let me ask

10   the witness, is there a way, based on your

11   experience, that you can generally

12   characterize a significant decision, or

13   describe what would be a significant decision

14   requiring senior level input in connection

15   with an audit like this?

16                  THE WITNESS:  It's -- it's

17   hard to explain what significant decisions are

18   'cause a sig -- but, if you take just a

19   general understanding that the important

20   decisions that are made during an audit, which

21   could be daily or could be by the minute, or

22   they could, you know, be weekly, those

23   decisions are all vetted in that group that I

24   mentioned of very talented partners, and we

25   come to a collective agreement as to what's

48

1                    **DELPHI CORPORATION**

2    the proper decision, whether it's an

3    accounting decision or an auditing decision.

4    BY MR. ROLL:

5        Q.    With that definition that

6    you've just given us in mind, let me put the

7    question to you again.

8        A.    Uh-huh.

9        Q.    Will any of the junior people,

10   who were involved in some of the earlier

11   years' audits be making any of the decisions

12   of the nature you just described in connection

13   --

14       A.    They will not.

15       Q.    -- to 2005.

16       A.    They will not.

17       Q.    Mr. Sabella asked you some

18   questions about a document he described as the

19   audit approach manual, do you recall that?

20       A.    Yes.

21       Q.    Right.  He marked three pages

22   as Exhibit 1.  You still have that in front of

23   you, right?

24       A.    I do.

25       Q.    I thought I heard Mr. Sabella

49

1           **DELPHI CORPORATION**

2     say in one of his questions that the entire

3     document was about 800 pages long.  Is that

4     correct, in your view?

5           A.      Actually, that's

6     electronically kept now, so I couldn't tell

7     you.  But it's big.

8           Q.      Okay.  And is it substantially

9     bigger than the three pages you have in front

10    of you?

11          A.      Substantially.

12          Q.      Is it fair to say that that

13    big document covers more topics than what you

14    see in the three pages in front of you, in

15    Exhibit 1?

16          A.      Yes, it does.

17          Q.      And do I understand correctly

18    from what you said earlier that there is a

19    current version of the document, not the very

20    old version that's embodied in Exhibit 1 in

21    front of you?

22          A.      That's correct.

23          Q.      Is it your understanding, Mr.

24    Plumb, that the audit of the 2005 financial

25    statements will be conducted fully in

50

1              DELPHI CORPORATION

2    accordance with the current version of

3    Deloitte and Touche's audit approach manual?

4         A.     That's correct.

5         Q.     Mr. Sabella asked you some

6    questions about the engagement letter with

7    respect to the audit.  Do you remember that?

8         A.     Yes.

9         Q.     And at one point, he referred

10   to the letter having been executed on or about

11   August 29th.  Do you recall that?

12        A.     That's correct.

13        Q.     2005?  Was -- had Deloitte

14   done any work in connection with the 2005

15   audit prior to the execution of that letter on

16   August 29th, 2005?

17        A.     We possibly did -- it would be

18   very little, because we were concentrating on

19   the quarterly reviews right through June 30th.

20   And then even actually in the month of August,

21   the June 30th quarter became due and we worked

22   on that.  So, the amount of work that was

23   actually under the audit engagement of the

24   annual financial statements would have been

25   very little.

51

1          DELPHI CORPORATION

2          Q.      Mr. Sabella asked you a

3    question that in substance went along the

4    following lines:  Mr. Plumb, you can't just

5    take the quarterly reviews from first and

6    second quarter, and then I suppose the third,

7    too, and then just do the fourth quarter, and

8    add those together and come up with the audit

9    -- I'm paraphrasing obviously, but do you

10   remember that question?

11         A.      I do remember.

12         Q.      In your review, Mr. Plumb,

13   what will be required from this point to

14   complete the 2005 audit work?

15         A.      From the point today --

16         Q.      Well, that point --

17         A.      -- or from --

18         Q.      From the point of Deloitte

19   having done the first two quarter reviews?

20         A.      A very substantial piece to

21   the audit still had -- has to be done.  In

22   general, our audit of Delphi is very heavily

23   weighted into the months of October, November,

24   December, then January and February.  So, I

25   would say, if I were to guess, it would be,

52

1                   **DELPHI CORPORATION**

2      like, in -- in August probably ten percent had

3      been done.

4            Q.      Okay.  All right.  And from

5      this point today -- let's take that as a

6      follow-up -- from this point today to the

7      completion of the work, how much -- what would

8      you estimate would be required, just in

9      general terms?

10           A.      The -- the -- keep in mind, I

11     have a better knowledge of the United States

12     audit.  The United States audit is roughly

13     40,000 man hours --

14           Q.      Uh-huh.

15           A.      -- and we believe we're around

16     -- somewhere between 55 and 60 percent

17     complete as we sit here today.

18           Q.      So, would you characterize

19     that as a significant amount of work remaining

20     still to be done?

21           A.      I would.

22                   THE COURT:  I'll just go by

23     his percentages.

24     BY MR. ROLL:

25           Q.      Mr. Sabella asked you some

53

1            DELPHI CORPORATION

2    questions relating to what Deloitte and Touche

3    has done in response to, among other things,

4    in response to the lead plaintiffs' objection.

5    You recall that question generally?

6            A.    I -- vaguely.

7            Q.    I think you indicated, and

8    correct me if I'm wrong, that Deloitte had

9    slowed down a little bit in connection -- in

10   its work, in the wake of that objection.  Do

11   you remember that questioning and your

12   testimony on that?

13           A.    Yes.

14           Q.    In your view, Mr. Plumb, did

15   whatever Deloitte was doing at that point, in

16   response to that objection, does it now, or

17   did it then, prevent Deloitte from going ahead

18   and doing what has to be done to get the 2005

19   audit done successfully and efficiently from

20   this point?

21           A.    I -- I don't believe so.  We

22   suspended our work around December 12th or

23   somewhere in that range -- in that range, and

24   during that period, a good period of that at

25   Delphi is shut down because of the holiday

54

1                    DELPHI CORPORATION

2    break and doesn't start -- didn't start up

3    roughly µtil January 3rd.  So, there was not a

4    very big portion of the work that was deferred

5    into the future period.

6         Q.    Mr. Plumb, based on your

7    experience in the world of auditing, and based

8    also on what you know about this particular

9    company, do you believe that any other

10   auditing firm could today step in, pick up

11   where Deloitte is right now and finish the

12   2005 audit in the same amount of time that you

13   would estimate Deloitte could do so?

14              MR. SABELLA:  Objection, Your

15   Honor.  That calls for speculation.  They

16   could have asked Ernst & Young -

                              - they chose

17   not to.

18              THE COURT:  Have you ever

19   stepped in on behalf of Deloitte and Touche

20   for another firm that was in the middle of an

21   audit?

22              THE WITNESS:  No.

23              THE COURT:  No?  Can you

24   answer that question based on your personal

25   knowledge?

55

1              DELPHI CORPORATION

2                    THE WITNESS:  I -- I can give

3    you my opinion about it.  Yes.

4                    THE COURT:  But is it based on

5    your personal knowledge of --

6                    THE WITNESS:  Yes.  In 35

7    years experience.  It's -- it's my opinion

8    that the work that we have done is not --

9    would not be useful to any addition -- any

10   other firm, because no other firm, and I would

11   say, including our own, would be willing to

12   rely on work done by another firm in a company

13   this complex and adding to the fact that it's

14   in bankruptcy.  So, I believe, that the answer

15   is there is -- there is no way to use our work

16   by some other firm.

17                    MR. ROLL:  I have nothing

18   further, Your Honor.  Thank you.

19                    THE COURT:  Okay.

20                    MR. SABELLA:  Your Honor,

21   Could I ask him one follow-up question?

22                    THE COURT:  That's fine.  I

23   was going to ask a question, too, so, but go

24   ahead.

25   BY MR. SABELLA:

56

1          DELPHI CORPORATION

2          Q.     Mr. Roll asked you whether or

3    not Deloitte had in fact asserted any claims

4    against the debtors, right?

5          A.     I think that's what he asked

6    me, yeah.

7          Q.     And you said that has not

8    occurred?

9          A.     That's correct.

10         Q.     Have you participated in any

11   discussions with anyone about the possibility

12   of asserting claims against the debtors

13   relating to the audits?

14         A.     Not to my knowledge, no.

15         Q.     You have not?

16         A.     I have not.

17                MR. SABELLA:  That's all I

18   have.

19                THE COURT:  Okay.  I just want

20   to make sure I understand a couple of things

21   that you spoke about, Mr. Plumb.  As I

22   understand it, there was a restatement of

23   certain audits for Delphi, correct?

24                THE WITNESS:  The actual term

25   is that Delphi's financial statements are

57

1                    DELPHI CORPORATION

2      restated.

3                    THE COURT:  Okay.

4                    THE WITNESS:  Yes.

5                    THE COURT:  And what years

6      were those that were restated?

7                    THE WITNESS:  They filed a 10k

8      which amended -- which was -- it would have

9      amended 2003, 2002, because those were the two

10     most prior years, and then they also changed

11     the -- some supporting numbers of prior years.

12                   THE COURT:  Okay.  And so,

13     when you referred to -- I think you said the

14     most significant restatements were from 2000

15     and 2001, and I guess, that's why I was

16     confused.  Why -- those would seem to be

17     earlier years than the years that you just

18     mentioned.

19                   THE WITNESS:  When the company

20     restates and it has an effect on the prior

21     year, it actually shows -- or on years that

22     aren't actually presented, it shows up as an

23     adjustment to their stockholders' equity and

24     retained earnings --

25                   THE COURT:  Okay.

58

1           DELPHI CORPORATION

2                 THE WITNESS:  -- and if -- if

3    you read the 10K, it's very visible that the

4    very largest numbers happened in the opening

5    retained earnings, so they applied to --

6    actually came out of 2000 and 2001.

7                 THE COURT:  Okay.

8                 THE WITNESS:  So, they did --

9    the SEC did not require them to restate those

10   years individually.

11                THE COURT:  All right.  Did

12   the company choose to make those restatements

13   on its own, or was Deloitte involved in

14   advising the company to make those

15   restatements?

16                THE WITNESS:  I was not there

17   at the time, so I can't tell you.

18                THE COURT:  Okay.  You came in

19   after the restatements were made?

20                THE WITNESS:  I -- no, I came

21   in as they were being made, but they -- I

22   think the company made a public disclosure, I

23   believe in August of '04, and I was not there

24   then.

25                THE COURT:  So, you were not

59

1                    DELPHI CORPORATION

2      involved in that aspect of the decision.

3                    THE WITNESS:  No.

4                    THE COURT:  Okay.  Thank you.

5                    THE WITNESS:  Uh-huh.

6                    THE COURT:  All right, you can

7      step down, sir.

8                    MR. SABELLA:  Can we call Mr.

9      Dellinger?

10                    THE COURT:  Yes.  Mr.

11      Dellinger?  Mr. Dellinger?  Mr. Dellinger?

12                    (Witness sworn in.)

13                    THE COURT:  You can have a

14      seat.  And then, just for the record, could

15      you state your name?

16                    THE WITNESS:  Yes.  Robert J.

17      Dellinger.  I'm the executive vice president

18      and CFO at Delphi Corporation.

19      CROSS-EXAMINATION BY MR. SABELLA:

20          Q.    Mr. Dellinger?  You began work

21      at Delphi on or about October of 2005?

22          A.    That is correct.

23          Q.    And the process to solicit

24      proposals for firms to do the 2006 audit began

25      before you started at Delphi, right?

60

1          DELPHI CORPORATION

2          A.      It is my understanding that

3     the discussion to pursue new audit firms, or

4     at least proposals from the four major firms

5     for 2006 had begun prior to my arrival.  We

6     accelerated the process.  I was instructed to

7     move ahead with that process.

8          Q.      Now, in November of 2005,

9     which is after you became the CFO, the debtors

10    made a motion in this Court to have Deloitte

11    do the audits for 2005 quote, µand

12    thereafter¦, closed quote.  Are you familiar

13    with that?

14         A.      I -- I am aware that that

15    motion was made.

16         Q.      Why didn't the company

17    disclose to the Court in that application that

18    it was considering having a different firm do

19    the 2006 audit?

20         A.      First of all, we had not made

21    a decision that it would be a different firm

22    for 2006.  We had simply started the process

23    to evaluate proposals from the firms.  I don't

24    know that that was relevant to the retention

25    for -- for '05 and what our long term plans

61

1              **DELPHI CORPORATION**

2    were.  I'm not sure I can answer that.

3         Q.     Now, in the declaration that

4    you submitted in this Court, dated January 3,

5    2006, you said at paragraph 11, and I quote, I

6    believe that no current members of the audit

7    team were involved in the audit of those past

8    transactions which were included within the

9    scope of the audit committee's investigation

10   and Delphi's restatement of its financial

11   statements.  Do you remember that?

12        A.     Yes, I do.

13        Q.     Right.  Now, you were sitting

14   here in the courtroom today when Mr. Plumb

15   testified about the fact that many of the

16   staff accountants and the seniors and the

17   managers on the audit were also on prior year

18   audits, correct?

19              MR. ROLL:  I object, Your

20   Honor.  That mischaracterizes Mr. Plumb⎮s

21   testimony.  There was no testimony about it

22   being a significant number for the

23   characterization that Mr. Sabella has

24   described.

25              THE COURT:  Oh, maybe you can

62

1          **DELPHI CORPORATION**

2     restate it just to say certain people.

3     BY MR. SABELLA:

4          Q.     Well, you heard Mr. Plumb

5     testify that there are staff accountants and

6     managers and field seniors on the 2005 audit

7     who also worked on prior years' audits,

8     correct?

9          A.     Yes, I did.

10         Q.     Having heard that testimony,

11    do you still stand behind your sworn statement

12    that no current members of the audit team were

13    involved in the audit of those past

14    transactions which were included within the

15    scope of the audit committee's investigation

16    and Delphi's restatement of its financial

17    statements?

18         A.     It is my understanding that as

19    Deloitte took a look at the -- of the

20    structure of the current team in place today

21    that there was an effort to make sure that

22    individuals had not audited significant

23    transactions that were part of the

24    restatement.  It's a fairly large team.  It's

25    a global team.  And that team does rotate on

63

1                    **DELPHI CORPORATION**

2     some standard basis, the exact details of

3     which I'm not aware.  That's a typical process

4     in audit firms that there is some rotation

5     schedule.  I believe Deloitte went through

6     that, and I think that's even represented in

7     the affidavit -- I can't confirm that, I don't

8     have it in front of me.

9          Q.    So, you still think that no

10    current members of the audit team were

11    involved in the audits of any of those prior

12    transactions.  Is that your testimony?

13                    MR. ROLL:  Your Honor, I'm

14    going to object because the actual statement

15    in Mr. Dellinger's declaration, the actual

16    text of paragraph 11 indicates that he's

17    saying that he believes that Deloitte and

18    Touche replaced senior members of its audit

19    team.  And that's part of the paragraph that

20    Mr. Sabella is then selectively quoting from

21    later on.  So, I think this is more than a

22    little unfair at this point.

23                    MR. SABELLA:  I don't think I

24    selected anything.  The choice of the word no

25    current member was Mr. Dellinger's.

64
```
 1                    DELPHI CORPORATION
 2                    THE COURT:  Well, from his
 3    affidavit?
 4                    MR. SABELLA:  From his
 5    declaration.
 6                    THE COURT:  Why don¦t you show
 7    him this declaration?
 8                    MR. SABELLA:  For Your Honor.
 9                    THE COURT:  I have a copy,
10    thanks.
11    BY MR. SABELLA:
12        Q.    You still stand behind the
13    last sentence in paragraph 11?
14        A.    It's my understanding that no
15    current members of the audit team were
16    involved in auditing those significant
17    transactions that were part of the
18    restatement.  That is what I have been told.
19        Q.    And that you were told that by
20    Mr. Plumb?
21        A.    That is what I be -- I -- I
22    understand from his affidavit, yes.
23        Q.    So, that's not something he
24    actually said to you person to person.
25        A.    I had not asked him that
```

65

1            **DELPHI CORPORATION**

2      directly, that is correct.

3            Q.      That's just what you gleaned

4      from his affidavit.

5            A.      That -- that's, I believe, the

6      source of that, yes.

7            Q.      Now, Delphi has made a

8      decision to use Ernst and Young for the 2006

9      audit, right?

10           A.      That is correct.  After going

11     through a fairly extensive proposal process,

12     the audit committee, not Delphi, selected

13     Ernst & Young to perform the 2006 audit.

14     Right.

15           Q.      And that switch was made

16     because the audit committee felt that the

17     Ernst and Young team was the strongest

18     relative to the current conditions that Delphi

19     is facing, correct?

20           A.      Well, as we evaluate the audit

21     firms -- excuse me, as the audit committee

22     evaluate the audit firms with some input from

23     the management team, the view that E & Y

24     presented the best team with the most

25     experience as we've stated publicly, with Tier

66

1          **DELPHI CORPORATION**

2    One automotive suppliers and with ongoing

3    reorganizations.

4          Q.     And you felt that the E & Y

5    team, the experience of the E & Y team with

6    respect to Tier One automotive suppliers, and

7    experience in bankruptcies and reorganization

8    was superior to that of the Deloitte team,

9    right?

10         A.     I would not say superior.  I

11   think all of the audit firms have extensive

12   experience in a whole variety of areas,

13   including bankruptcy, including technical

14   aspects of accounting.  They can all draw on

15   experts across their firms.  We are down to

16   only four major auditing firms.  They all have

17   significant capabilities.  E & Y was better

18   positioned with Tier One experience and had

19   current experience with ongoing

20   reorganizations.  And the specific team

21   members they had assigned to our audit had

22   experience with Tier One automotive suppliers

23   in bankruptcy.

24         Q.     Now, you said in your

25   declaration, you expressed a concern in

67

1              DELPHI CORPORATION

2      paragraph six of your declaration that because

3      of work that E & Y did for Delphi in prior --

4      in 2005 you were concerned that it would not

5      qualify as an independent auditor for that

6      year.  Do you remember that?

7          A.    Yes, I do.

8          Q.    And what kind of work by E & Y

9      were you referring to?

10         A.    E & Y performed testing of

11     controls under sarbain oxley 404.  Because

12     they performed that testing in 2005, they

13     stopped that testing in 2005 and have not

14     performed any in January of '06.  They do not

15     qualify as our independent auditor for 2005.

16         Q.    Now, do you have an

17     understanding as to whether an application has

18     been made to have E & Y perform Sarbanes-Oxley

19     evaluation and tax services in 2006 for the

20     debtors?

21         A.    I'm not aware of that

22     application.

23         Q.    And are you aware of an order

24     signed by Judge Drain on January 5th, 2006,

25     approving a retention of Ernst and Young to do

68

1               DELPHI CORPORATION

2    Sarbanes-Oxley evaluation and tax services for

3    the debtors effective nunc pro tunc to October

4    8, 2005?

5          A.     I'm sorry.  Could you just

6    repeat that?

7          Q.     Are you aware of an order

8    signed by Judge Drain on January 5th of this

9    year, approving an application to have Ernst &

10   Young perform Sarbanes-Oxley evaluation and

11   tax services for the debtors effective nunc

12   pro tunc to October 8, 2005?

13               MR. ROLL:  Objection, Your

14   Honor, I believe that question was misleading

15   and informed by Mr. Butler that that order

16   relates to an application that was filed prior

17   to the application retaining Ernst and Young

18   with respect to the 2006 audit.  So, it sounds

19   to me like we're getting into an apples and

20   oranges kind of situation here.

21               THE COURT:  Well, are you

22   familiar with it?

23               MR. SABELLA:  In listening to

24   it, what I believe that application is, I

25   don't --

69

```
 1              DELPHI CORPORATION

 2                   THE COURT:  Well, no, only if

 3    you know.  I don't want you to respond just to

 4    the debtor's counsel statement.  But, if you

 5    know independently of that.

 6                   MR. SABELLA:  If the

 7    application applies to 2005, it is the

 8    retention of E & Y to perform Sarbanes-Oxley

 9    and other work not associated with being an

10    independent auditor for 2005.

11    BY MR. SABELLA:

12        Q.    Now, in switching to Ernst &

13    Young for the 2006 audit, it will be necessary

14    for the E & Y team to review Deloitte's

15    working papers and get up to speed on the

16    audit issues previously encountered.  Isn't

17    that right?

18        A.    I would believe that might be

19    part of their transition efforts.  There is a

20    transition process the audit firms follow.  I

21    believe they each have somewhat unique

22    transition processes, a lot of it is learning

23    about the company from management and may

24    include discussions with the prior audit --

25    prior auditors.  I believe that would be part
```

70

1                    **DELPHI CORPORATION**

2     of the normal transition.

3          Q.      And whenever an auditor

4     transition takes place, there's extra

5     education and learning that the new firm has

6     to do, right?

7          A.      That is correct.  And that's

8     why these processes typically start in the

9     first quarter of the year --

10         Q.      Well, sir, I didn't ask you

11    that question.

12         A.      -- so it gives the audit firm

13    time to perform

14              MR. SABELLA:  Your Honor,

15    could we get the witness just to answer the

16    questions.

17              THE COURT:  I'm sure the

18    debtor's counsel would like you just to answer

19    the question, too.

20    BY MR. SABELLA:

21         Q.      Now, Mr. Dellinger, switching

22    auditors at the end of the year, as opposed to

23    early in the year, may compress the learning

24    process, but it doesn't change how much the

25    auditor has to learn, does it?

71

1                       DELPHI CORPORATION

2           A.       That is correct.

3           Q.       Sir, you never asked Ernst &

4     Young at or about the time that they were

5     retained for the 2006 audit, if they felt they

6     could get up to speed quickly enough to do the

7     2005 audit, did you?

8           A.       I did not.

9           Q.       And to the best of your

10    knowledge, neither did anyone on the audit

11    committee, right?

12          A.       Not to my knowledge.

13          Q.       And you've never worked in an

14    auditing firm, right?

15          A.       That is correct.

16          Q.       And you don't have personal

17    knowledge as to whether or not an auditing

18    firm could get up to speed quickly enough to

19    do a year-end audit if they were retained in

20    December?

21          A.       I don't have personal

22    knowledge of having worked for an audit firm.

23          Q.       Right.  Now, in your

24    declaration at the end of paragraph four, you

25    state, quote, µIn respect of Deloitte and

72

1              DELPHI CORPORATION

2    Touche specifically, the firm has been working

3    with Delphi for 10 to 11 months and all of

4    that time and effort is part of the 2005

5    audit.¦  Do you remember saying that?

6         A.     Yes, I do.

7         Q.     Okay.  Now, you were sitting

8    here in the courtroom while Mr. Plumb

9    testified that prior to April of 2005, little,

10   if any, audit work had been done on the 2005

11   audit.  Do you recall that?

12        A.     I did hear his testimony.

13        Q.     Do you still stand behind the

14   statement you made in your declaration that I

15   read to you?

16        A.     Yes, I do.

17        Q.     And what is the basis for the

18   statement in your declaration that the firm

19   that had been working for 10, 11 months and

20   all of that time and effort is part of the

21   2005 audit?

22        A.     I believe, and you'd have to

23   refer back to his exact testimony, but he did

24   parse the US audit effort from the

25   international audit effort.  We are a very

73

1                    DELPHI CORPORATION

2      large company.  A 20-billion dollar company.

3      All the work they do on the limited reviews

4      quarter to quarter billed to the year-end

5      audit.  That's why audit firms are on-site

6      year-round around the world, are performing a

7      variety of reviews, and they all bill toward

8      the year-end audit.

9           Q.    Well, the statement in

10     paragraph four of your declaration, are you

11     referring just to overseas activities there?

12          A.    I am referring to both

13     overseas and U.S.

14          Q.    Okay, so it's your belief that

15     audit work on the 2005 audit was done in

16     February and March of 2005?

17          A.    I -- no, not in February and

18     March, because they are still performing the

19     2004 audit at that time for the fourth quarter

20     and total year '04.  But starting with our

21     first quarter results, there is limited

22     reviews performed by the independent auditors

23     that review -- those reviews and their

24     findings, concerns, audit adjustments, et

25     cetera, are shared with me and are shared with

74

1                    DELPHI CORPORATION

2     the audit committee.

3          Q.     Just so we're clear, sir.

4     When are you saying work relating to the 2005

5     audit began by Deloitte and Touche?

6          A.     I believe it would start in

7     late March, early April.

8          Q.     Is it fair to say, sir, that

9     you cannot say with 100 percent certainty that

10    all of the accounting errors and problems in

11    prior years financial statements have been

12    identified?

13         A.     That answer is consistent with

14    my deposition where I told you it would be

15    impossible for me to guarantee with 100

16    percent certainty that there are no errors or

17    -- within our financial statements, of us --

18    or for that matter, any other company I've

19    ever worked for.

20         Q.     So, there could still be more

21    errors and more problems yet to be identified

22    --

23         A.     That is possible.

24         Q.     -- in the prior years.  Now,

25    did you ever try to compare the expense of

75

1                    DELPHI CORPORATION

2      switching to E and Y for the 2005 audit with

3      the financial consequences that might result

4      to the debtors if Deloitte does the 2005 audit

5      and tries to cover up any errors it finds in

6      prior year financial statements?

7                    MR. ROLL:  Objection, Your

8      Honor.  There's no foundation for that at this

9      point.

10                    THE COURT:  Well, it's also a

11     compound question that I think you should

12     break into two.  And then I believe that the

13     objection was to the second part of the

14     question, but --

15     BY MR. SABELLA:

16         Q.     Okay.  You talked in your

17     declaration about the expense to the debtor

18     that might result if you switched auditors for

19     the 2005 audit.  You remember that?

20         A.     That's correct.  Yes, I did.

21         Q.     And you're also aware that the

22     plaintiffs have objected to the retention of

23     Deloitte and Touche, arguing that Deloitte

24     might have a conflict in that it might have an

25     incentive to cover up errors it would find in

76

1                    DELPHI CORPORATION

2     prior years financial statements.  Do you

3     remember that?

4          A.     I am aware that that is the

5     lead plaintiffs' objection.

6          Q.     Right.  And my question to

7     you, sir, is have you ever tried to compare

8     the possible expense to the debtor -- the

9     expense of switching to a new audit, on the

10    one hand -- a new auditor, on the one hand,

11    with the expenses and damages that might occur

12    to the debtor if in fact the concern that the

13    plaintiffs have materialize, i.e. Deloitte

14    finding and covering up an error?

15               MR. ROLL:  Your Honor, I

16    object again.  There's no foundation for the -

17    -

18               THE COURT:  Sustained.

19    BY MR. SABELLA:

20         Q.     Is it fair to say that you

21    don't know if plaintiffs' objection to the

22    retention of Deloitte for 2005 was provided to

23    the members of the audit committee?

24         A.     I do not know if the exact

25    objection was provided.  The audit committee

77

1              **DELPHI CORPORATION**

2      was aware that there were delays and

3      objections raised relative to retaining D and

4      T.

5           Q.      And you never discussed with

6      any member of the audit committee the point

7      that the plaintiffs have raised about

8      Deloitte's potential conflict of interest?

9           A.      No, I did not.

10          Q.      And you never raised it with

11     anyone at Deloitte either?

12          A.      No, I did not.

13          Q.      And it's fair to say that

14     prior to reading plaintiffs' objection, this

15     is not a question you'd ever even given any

16     consideration to?

17          A.      That is correct.

18               MR. SABELLA:  Nothing further

19     at this time, Your Honor.

20               THE COURT:  Okay.  Redirect?

21               MR. ROLL:  Yes, Your Honor.

22     Just briefly, if I may.

23     REDIRECT EXAMINATION BY MR. ROLL:

24          Q.      Good morning, Mr. Dellinger.

25          A.      Good morning.

78

1           DELPHI CORPORATION

2           Q.      You testified in response to

3    Mr. Sabella's questions that you began work at

4    Delphi as the chief financial officer around

5    October 10, 2005.  Do you remember that?

6           A.      That is correct.

7           Q.      Could you describe for us a

8    little bit what your responsibilities are and

9    have been since that date as the CFO?

10          A.      I would say they are a broadly

11   typical of other CFO roles I've had.  Involve

12   investor relations, although that is not a

13   major concern at this time; the filing of

14   financial statements, internal controls, the

15   staffing and organization of the finance

16   department, treasury, tax; I'm also

17   responsible for customs across a large complex

18   organization and because of our unique

19   bankruptcy situation, obviously I spent time

20   on issues such as this.

21          Q.      Have you, prior to your work

22   for Delphi, have you occupied similar

23   positions at other public companies?

24          A.      Yes, I have.  I was a CFO at

25   Sprint, a similar-sized 28 billion dollar

79

1            DELPHI CORPORATION

2    company for three years.

3        Q.    Okay.  Anything in addition to

4    that that --

5        A.    I had 19 years of experience

6    at GE, including five years in their internal

7    audit group; I was CFO at, I think, eight or

8    nine different businesses; I -- including a

9    ten billion dollar business that did SEC

10   reporting; and I was CEO of a three billion

11   dollar company in Europe for General Electric.

12       Q.    Okay.  In performing your job

13   responsibilities in each of those positions

14   you've just described, did you have occasion

15   to work with what I'll refer to and what

16   people generally refer to as the Big Four

17   accounting firms?

18       A.    Yes.  GE used KPM&G and so, I

19   had experience throughout my GE career with

20   them; Sprint, when I started, used E & Y and

21   during my three years there, we transitioned

22   to KPM&G.

23       Q.    Are you familiar, as a result

24   of your work and those positions you've

25   described, with the costs charged by the Big

80

1              DELPHI CORPORATION

2    Four accounting firms?

3        A.      Yes, I am.

4        Q.      And the extent of work that

5    any of those firms would have to do in

6    connection with the audit function of a public

7    company?

8        A.      Yes, I am.

9        Q.      And is it fair to say that

10   you're familiar with what it should cost,

11   generally, for one of those firms to do the

12   audit function with respect to a sizeable

13   company about the size of Delphi?

14       A.      Yes, generally, subject to the

15   unique complexity and the global nature of it.

16       Q.      Switching gears a little bit,

17   Mr. Dellinger, Mr. Sabella asked you a little

18   bit about the audit committee's determination

19   to make a change to go with E and Y for the

20   audit with respect to 2006.  Do you remember

21   that, generally?

22       A.      Yes, I do.

23       Q.      You began to speak a little

24   bit about the audit committee's process for

25   making that determination.  Could you tell us

81

1               DELPHI CORPORATION

2    a little more about how that process unfolded

3    and how it was that the audit committee came

4    to make the decision?

5         A.     We proceeded to -- the

6    company, at the direction of the audit

7    committee, solicited proposals from the

8    various audit firms.  We participated in at

9    least two pretty extensive meetings with --

10   with each of the Big Four auditing firms,

11   including Deloitte and Touche.  We shared with

12   them information and we gave the same

13   information to all four of the audit firms in

14   a -- in a data room, similar to what you do in

15   a merger and acquisition transaction.  And

16   then on, I believe, it was December 6th,

17   during an audit committee meeting, each firm

18   came in and presented to the audit committee -

19   - I was in attendance as well -- for

20   approximately an hour, with the top members of

21   the team that would be assigned to our

22   account, and there was a give-and-take and a

23   dialogue around their particular expertise

24   relative to our issue, how they would perform

25   audits and a variety of other subjects, and a

82

1                         DELPHI CORPORATION

2       decision was reached the following day by the

3       audit committee.

4             Q.        And just so we're clear, is it

5       your view that based on what you know about

6       the process and how it unfolded that Deloitte

7       and Touche was given the same opportunity to

8       make a presentation that the other firms were?

9             A.        They were given certainly

10      equal access to both management, to the audit

11      committee and were given the same scheduled

12      time to review their proposal, and, in fact,

13      had an advantage because they knew Delphi

14      better than any of the other firms, having

15      been our audit since the spring.

16            Q.        Do I understand correctly then

17      at the end of those -- at some point

18      subsequent to the completion of those

19      presentations, the audit committee made its

20      determination, correct?

21            A.        After the completion of those

22      proposals, the following day.

23            Q.        Okay.  To the extent you know,

24      what was the basis for the audit committee's

25      decision to go with Ernst & Young for 2006?

83

1              DELPHI CORPORATION

2         A.      Well, I think it was a

3    combination of input from management, and

4    their own perspectives on the proposals, and

5    probably a prior experience they'd had with

6    the audit firms.  Most of them either had been

7    on boards of companies or involved in

8    companies, so had the experience with

9    different firms.  And I certainly provided

10   them some of my sense of how I evaluated the

11   proposals, both with strengths and weaknesses,

12   and they reached a conclusion.

13        Q.      And let me followup on that.

14   And the basis of your -- what you know about

15   the company and from your perspective as the

16   Chief Financial Officer, do you concur with

17   the audit committee's determination to go with

18   Ernst & Young?

19        A.      Yes, I do.

20        Q.      And do you concur with what

21   you understand to be the audit committee's

22   reasons for going with Ernst & Young?

23        A.      Yes, I do.

24        Q.      Turning to a subject you

25   touched on a little bit in response to Mr.

84

1                    DELPHI CORPORATION

2    Sabella's questions, is it your view that if

3    asked, Ernst & Young could in fact do the 2005

4    audit?

5                    MR. SABELLA:  Objection, Your

6    Honor.  I mean, that's totally speculative as

7    to what Ernst and Young -- they didn't ask,

8    and now he wants to know what he thinks Ernst

9    and Young's answer would have been if he had

10   asked Ernst and Young, which he didn't.

11                   MR. ROLL:  Well, to be fair,

12   Your Honor, I would bear on why he didn't feel

13   it necessary to ask --

14                   THE COURT:  Well, let me ask

15   it a little differently.  In evaluating --

16   well, did Delphi evaluate the possibility of

17   having another Big Four accounting firm

18   perform the 2005 audit?

19                   THE WITNESS:  There was -- I

20   remember one very brief conversation about it

21   and I can tell you my personal views and the

22   input I would have had to that conversation.

23                   THE COURT:  All right.

24                   THE WITNESS:  I believe it

25   would have been impossible for any other audit

85

1                    DELPHI CORPORATION

2    firm to perform the audit and complete it in

3    the time required to meet our commitments.

4    And -- and let me just walk through some of

5    the issues that arise.  First of all, all of

6    the other audit firms have done non-audit work

7    for us:  tax, 404, PWC had done some forensic

8    work that quite probably would disqualify them

9    from being our independent auditor from '05.

10   That's impossible to prove without them going

11   through a pretty extensive exercise internally

12   using their lawyers and other capabilities

13   they have to evaluate independence.  Certainly

14   E & Y would not be qualified to do the 2005

15   audit because they had performed significant

16   amount -- I think, 40,000 hours worth of

17   Sarbanes-Oxley testing on the behalf of

18   management.  Therefore, they could not be our

19   independent auditors.  We would have seen a

20   dramatic increase in cost because we would

21   have paid E & Y for roughly ten months worth

22   of auditing and then had to pay another firm -

23   -

24                    THE COURT:  You mean,

25   Deloitte, right?

86

1          DELPHI CORPORATION

2                    THE WITNESS:  I'm sorry, yes.

3      We had paid Deloitte for ten months of the

4      audit and would have had to pay another firm

5      to duplicate that work.  And I think it would

6      be impossible for a new audit firm stepping in

7      at least at the date I arrived at Delphi -- so

8      October 10th -- to have any chance to complete

9      the full year '05 audit within the SEC

10     required 75 days, plus you're allowed a 15-day

11     extension.  That's 90 days total.  That takes

12     you to March 31st of '06.  I don't believe

13     that's possible.  So, it was not anything that

14     was seriously considered.  If the conversation

15     ever came up, I would have been very strong

16     saying that's not possible.

17     BY MR. ROLL:

18         Q.    All right.  And just following

19     up --

20         A.    And our failure to file those

21     financials on time is a violation of our DIP

22     covenant, which could result in a whole series

23     of negative consequences to the estate.

24                    THE COURT:  Did any of the

25     three Big Four firms that participated in the

87

1                    DELPHI CORPORATION

2    beauty pageant, other than Deloitte, propose

3    doing the 2005 audit?

4                    THE WITNESS:  No, none of them

5    proposed doing the 2005 audit.

6                    THE COURT:  Okay.

7    BY MR. ROLL:

8        Q.    Are you able to know, Mr.

9    Dellinger, why that was?

10       A.    Well, likely for several

11   reasons, but --

12                   THE COURT: Well, without

13   speculating.

14                   THE WITNESS:  I don't know

15   without speculating.

16   BY MR. ROLL:

17       Q.    Well, looking at that issue,

18   but without speculating upon what was in their

19   minds, did you have anything in your mind at

20   that point as to whether any of those other

21   firms could in fact do the audit?

22       A.    My view then and my view now

23   is that they would not be able complete the

24   audit in anywhere near the time required to

25   meet our commitments.  And quite probably,

88

1          **DELPHI CORPORATION**

2   would not qualify under independent standards

3   to be an independent auditor for 2005.  And

4   the independent rules are quite complex and

5   quite detailed under our current Sarbanes-

6   Oxley environment and the current corporate

7   governance environment.  Very difficult to

8   clear.

9          Q.     You testified a few moments

10  ago that you thought, in essence, it would be

11  impossible for another firm to come in and do

12  the 2005 audit in time.  I mean, let me get to

13  the cost aspect of that.  Do you have a view

14  based on your experience in dealing with Big

15  Four accounting firms and paying their bills

16  on behalf of big public companies over the

17  years in connection with audit work?  Do you

18  have a view on what it would cost the estates

19  for a replacement firm, that is, someone other

20  than Deloitte and Touche to come in now and do

21  the 2005 audit?

22         A.     I believe a reasoned guess is

23  the amount of money we spent with D and T up

24  to filing for bankruptcy, or was paid to them,

25  which I believe is somewhere approaching ten

89

1              **DELPHI CORPORATION**

2    million dollars, would be totally lost, would

3    have to be replaced with expenditures with a

4    new audit firm.  In addition, if there was any

5    chance to try and complete the audit, even in

6    a six or nine-month period, I believe you

7    would have to expend upwards of an additional

8    ten million dollars, plus the audit fee for

9    the remaining period.  I think you're talking

10   20 million up for the extra work of replacing

11   D and T for '05 and trying to complete the

12   audit in a reasonable manner.  But that is

13   simply my estimate.

14        Q.    Okay.  A few moments ago, at

15   the tail end of one of your answers, you

16   referred to potential problems with respect

17   to, I believe you said, covenants in the DIP

18   facility that are in possession financing?

19        A.    That's correct.

20        Q.    Could you explain what you

21   meant by that?

22        A.    Yeah.  Our DIP covenants

23   require that we be a timely filer with the

24   SEC, as I mentioned earlier, you|re required

25   to get your 10K done 75 days after the end of

90

1        **DELPHI CORPORATION**

2    your calendar year.  Our calendar year is

3    December 30th.  That puts us at approximately

4    March 15th.  And you are allowed an automatic

5    15-day extension upon request.  That would

6    take us 90 days out 'til March 30th.  Failure

7    to meet that date, I think, would raise

8    concerns.  Certainly, it'd be a breach of our

9    DIP covenant and could have ramifications,

10   potentially significant, as well as would

11   raise issues with a variety of other

12   constituents:  customers, suppliers,

13   employees, communities in which we have

14   facilities.

15        Q.    Other than what we've touched

16   on already, Mr. Dellinger, are there in your

17   view any other problems that would arise if

18   another firm were asked to come in at this

19   point and do the 2005 audit, given where we

20   stand today?

21        A.    Well, as I mentioned, I'm not

22   sure any of them could do it.  That is, they

23   wouldn't qualify as independent auditors, the

24   cost would be significantly higher than a

25   normal transition beginning in a first-quarter

91

1                    **DELPHI CORPORATION**

2     period, which is what we are proposing is to

3     bring E & Y in starting in January to begin

4     learning our business and performing the '06

5     audit.  It's been my experience in a

6     transition I went through at Sprint that we

7     brought KPM&G in in January.  And our

8     financials, I believe, would be significantly

9     delayed and potentially we might not even find

10    a Big Four firm that could perform the work,

11    'cause none of them would qualify under

12    independent standards.

13          Q.     Final topic, Mr. Dellinger,

14    you were asked a few questions by Mr. Sabella

15    about the team, the composition of the audit

16    team that Deloitte proposes.  Based on what

17    you know about that team, and the people on

18    it, and based on what you know about the past,

19    are you satisfied that the team as

20    constituted, or as proposed to be constituted

21    by Deloitte is sufficiently different from the

22    groups that worked on prior financial

23    statement audits?

24          A.     Again, since I wasn't here

25    prior to October 10th, I can't match up

92

1                    DELPHI CORPORATION

2    individuals.  I am aware, as Brock Plumb

3    described both in his affidavit and, I believe

4    in his testimony, that there's been changes of

5    key members of their -

                        - of that team.  My

6    personal experience in dealing with the senior

7    members of the Deloitte and Touche team over

8    the last three months has been that they are a

9    highly qualified team, are very engaged in our

10   complex set of issues, and are committed to

11   performing a professional audit.

12        Q.    As you sat here in the

13   courtroom earlier and listened to Mr. Plumb's

14   testimony, did you hear him describe what he -

15   - the type of decision, auditing decision, he

16   considered to be a major one in the context of

17   a big audit?

18        A.    Yes, I did.

19        Q.    Are you confident, Mr.

20   Dellinger, that those kinds of decisions, all

21   of those kinds of decisions that may need to

22   be made in connection with Deloitte's audit of

23   the 2005 financial statements at Delphi will

24   be made by the senior people, as he described

25   it on the team?

93

1              DELPHI CORPORATION

2        A.      My evidence to date, again

3   over the last three months, is first of all, I

4   personally share anything I'm concerned about

5   or I believe is a big issue, with D and T and

6   Brock, and Jeff, in particular, do the same

7   with me.  And we get together on a reasonably

8   frequent basis to discuss the audit, to

9   discuss our closing, to discuss various

10  issues, and I have seen no evidence that

11  there's any topics we're not talking about

12  that we should talk about.

13       Q.      Is there any aspect of Mr.

14  Plumb's qualifications and experience that

15  you're concerned about --

16       A.      No, I have no concerns.

17       Q.      Are there any concerns that

18  you have about the qualifications and

19  background of Mr. Steiner?

20       A.      My contact with Mr. Steiner

21  has been fairly limited over the last three

22  months.

23              MR. ROLL:  Thank you.  I have

24  nothing further, Your Honor.

25              THE COURT:  Okay.  All right.

94

1              DELPHI CORPORATION

2    Let me just ask you a couple of questions

3    myself.  You heard the lead plaintiffs'

4    counsel, I believe, ask you whether you're

5    generally familiar with the lead plaintiffs'

6    allegation that D and T has a conflict of

7    interest because they participated in the

8    audits of financial statements that were

9    subsequently restated.  Is that right?

10                THE WITNESS:  Yes, I'm aware

11   of their allegation.

12                THE COURT:  Am I right to

13   understand your testimony that the potential

14   for such a conflict was not a factor in

15   replacing D and T with E & Y for 2006 and

16   going forward?

17                THE WITNESS:  No, that was not

18   a factor.

19                THE COURT:  Having heard the

20   allegation that there's a conflict, and

21   considered it, why is the debtor not concerned

22   that in performing the 2005 audit, D and T

23   might not, in the plaintiff¦s words, cover up

24   material issues, to protect itself in respect

25   of the earlier activity?

95

1        DELPHI CORPORATION

2                THE WITNESS:  Well, first of

3    all, again this is my perspective is I don't

4    view they have any incentive to cover up

5    things.  And, first of all, it would require

6    that I produce financial results that are

7    intentionally incorrect.  You know, the books

8    and records of the company are my

9    responsibility, my team's responsibility to

10   produce.  D and T is simply auditing those

11   books and records.  And, you know, insuring

12   that from their -- their reviews that to the

13   best of their capabilities, they're accurate

14   and fairly represent the business.  Certainly,

15   my job to produce the original records.  And I

16   believe we do that with significant dedication

17   in an effort to ensure that our new

18   restatements there are no intentional errors

19   in there.  Again, I cannot guarantee with 100

20   percent certainty that they're right.  These

21   are big, complex organizations.  You have to

22   rely on systems, controls and a variety of

23   people -- but we certainly work very

24   diligently to make sure they represent the

25   business and are true and accurate, and all

96

1                          DELPHI CORPORATION

2      the evidence I have is that D and T does the

3      same in their audit.  And I don't personally

4      see any reason why they would have an

5      incentive to hide things that I put in the

6      records that were incorrect.  And I know I

7      have no incentive to put things in the records

8      that are incorrect.

9                          THE COURT:  Okay.  Any further

10     questions?

11                         MR. ROLL:  No, Your Honor,

12     thank you.

13                         THE COURT:  All right, you can

14     step down, sir.

15                         THE WITNESS:  Thank you.

16                         MR. SABELLA:  Your Honor, from

17     an evidentry perspective, the only other thing

18     that the lead plaintiffs would do would be to

19     send Your Honor a copy of the transcript of

20     the deposition that Deloitte administered here

21     a couple of days ago.  We don't have it yet.

22     We would have called them here, but the

23     debtors didn't want to produce them, so I

24     might as well get the transcript and send it

25     to Your Honor for what it's worth.

97

1           DELPHI CORPORATION

2                    MR. ROLL:  Your Honor, it's --

3      well, I have a couple of reactions to that.

4      One is, Mr. Sabella is correct that we don't

5      have the final version of the  transcripts.

6      All we have is a rough version and I would say

7      that the characterization of it as rough is

8      accurate, and we will need to, and the witness

9      will need to go over the final text to ensure

10     that it really is a transcription of what

11     transpired.  That's point one.  It's part of

12     housekeeping thing I guess.

13                    On a more substantive level, I

14     would object to their sending the transcript

15     to the Court wholesale and asking the Court to

16     read it wholesale for any and all purposes.

17     As Your Honor well knows, there was a lot of

18     debate last week about what they could and

19     could not get into at that deposition.  And

20     there were instances where, with all due

21     respect to them, they did cross the line, be

22     it we made objections, --

23                    THE COURT:  I'm sorry, which

24     deposition is this?

25                    MR. ROLL:  This is the

98

1              DELPHI CORPORATION

2    deposition of Robert Rust, the chairman of

3    Delphi's audit committee, --

4                    THE COURT:  Right.

5                    MR. ROLL:  -- which Your Honor

6    addressed at the hearing last week.  And which

7    went forward in accordance with Your Honor's

8    direction but--

9                    MR. TENZER:  Limited to the

10   topics.

11                   THE COURT:  Well, was there

12   any agreement that the parties would rely on

13   the deposition and therefore not have Mr. Rust

14   appear today?

15                   MR. TENZER:  Well, there was

16   not agreement per se.  But, Your Honor quashed

17   the subpoenas themselves requiring Mr. Rust

18   and any other members of the audit committee

19   to show up here today.  I was asked at the

20   conclusion of the deposition by one of the

21   lead plaintiffs' counsel, not Mr. Sabella, who

22   was not there, whether we, the debtors,

23   intended to put Mr. Rust on and use his

24   testimony live on direct at this hearing.  And

25   we said that was not our intention.  We were

99

1                    DELPHI CORPORATION

2    producing him only for the deposition in

3    response to their desire to have the

4    deposition.  So, there was some back and forth

5    on that as to whether to what extent we were

6    required to have him here in face of those

7    facts.  Now, as the quashing of the subpoenas

8    and our telling them that we were not going to

9    use them affirmatively and so, I don't think

10   there was an agreement.  I think they clearly

11   understood that we were not going to be

12   relying on Mr. Rust's testimony themselves in

13   connection with this.  We've always thought it

14   was unnecessary.

15                    THE COURT:  Well, following

16   his deposition, was there a request to have

17   him appear on the plaintiffs' part?

18                    MR. TENZER:  There was an

19   assertion made by the lead plaintiffs' counsel

20   who were there that we were required by the

21   terms of what Your Honor had done last week to

22   have him here today.  We respectfully

23   disagreed with that, and the order that Your

24   Honor subsequently signed, that is subsequent,

25   or at least we saw, subsequent to that

100

1              DELPHI CORPORATION

2     colloquy, confirmed that we were right.

3                    In any event, we made that

4     point to lead plaintiffs' counsel that we

5     don't believe that we're required to have him

6     here and we're not going to have him here.

7     They said -- I'm getting into this because

8     Your Honor was asking about this; I,

9     otherwise, would not raise this.  They said,

10    we will then serve him right now with another

11    trial subpoena to show up on Friday.  I said

12    to them, I would advise you respectfully not

13    to do that because we would take that as a

14    direct violation of the Court's order quashing

15    the subpoenas and we would be duty-bound to

16    seek appropriate sanctions for that.  They

17    caucused, they came back, and they said,

18    µokay.  We will not serve another subpoena and

19    we will not, therefore, seek to compel him to

20    show up here today.¦

21                    THE COURT:  All right.  I'll

22    review the deposition.  Obviously, it's a

23    deposition.  I'm sure you reserved, you made

24    the normal reservations at the start of the

25    deposition.  I normally rule from the bench,

101

1               DELPHI CORPORATION

2  particularly given the speed that bankruptcy

3  cases need to be determined.  Is there

4  anything particular in the deposition you want

5  me to be aware of?

6               MR. SABELLA:  Well, I would

7  say that the highlights from my perspective

8  that the audit committee made known that --

9               THE COURT:  I'm sorry, can you

10  pick up Mr. Sabella on the microphone?  Is he

11  showing up?

12               MR. SABELLA:  I would simply

13  say that I think the highlights of it are:

14  one, that the audit committee made no

15  investigation, didn't ask any questions about

16  the qualifications or competency of the

17  members of the audit team.  They left that to

18  Mr. Plumb.

19               THE COURT:  Okay.

20               MR. SABELLA:  Two, that they

21  made no inquiries of any of the firms that

22  they interviewed as to whether or not any of

23  them thought they could actually do the 2005

24  audit.

25               And three, they gave no

102

1              **DELPHI CORPORATION**

2     consideration to the conflict of interest

3     point that we've raised.

4                    THE COURT:  All right.  Do the

5     debtors really -- the latter point, there's

6     already been testimony to that effect, the

7     last of those three points.  Did you dispute

8     the other two?

9                    MR. TENZER:  I dispute Mr.

10    Sabella's characterization of what was much

11    more like the testimony on those subjects.

12    And I would say, with all due respect to Mr.

13    Sabella, if those points were really such

14    highlights, I think we would have actually

15    seen an effort by -- to represent the actual

16    testimonies recorded today from the

17    transcript.  We didn't see that.  I'm feeling

18    a little sandbagged here.  They also know that

19    it's important to the estates to get as

20    expedited a ruling on this application as

21    possible for them to suggest, that, oh well,

22    Your Honor, you should also look at this,

23    which we'll send to you when we get around to

24    it --

25                    THE COURT:  Well, what were

103

1              DELPHI CORPORATION

2    the first two points again?

3                   MR. SABELLA:  That the audit

4    committee made no investigation into the

5    qualifications or credentials, competency of

6    the audit team, left the composition of the

7    team solely to Mr. Plumb.  And secondly, that

8    they didn't ask any of the other three firms

9    that they interviewed whether they felt they

10   could complete the audit of 2005 in a timely

11   fashion.

12                  THE COURT:  All right.  Well,

13   that one's been discussed, too.  All right.

14   Frankly, I -- All right.  I¦ll reserve this

15   whether I need to see the deposition.  Based

16   on what I've heard as to what you want to use

17   it for, the information's already, I think, in

18   the record or something that I can infer.  Or,

19   that may not be particularly relevant, so --

20                  MR. TENZER:  Your Honor, maybe

21   I can help a little bit here.  For purposes --

22   if it will help expedite the Court's

23   consideration of this issue and allow for Your

24   Honor to rule from the bench at some point

25   today which you just said, which the Court

104

1                    DELPHI CORPORATION

2      just said is the preference, we would be

3      willing to stipulate to those particular

4      points.  I don't think Your Honor actually

5      needs to see Mr. Krust's testimony for further

6      application of that deposition.

7                    THE COURT:  Okay.  All right.

8      That's fine.

9                    MR. TENZER:  I just don't want

10     to see it slow things down, that's all I'm

11     saying.

12                   THE COURT:  Okay.  All right.

13     Very well.  Okay, so I think it's Mr. Tenzer's

14     turn again.

15                   MR. TENZER:  Thank you, Your

16     Honor.  Some of what I was going to argue in

17     court earlier has been stated, so I will try

18     to not repeat what's gone on here too much,

19     and frankly, will not be professionally or

20     personally insulted if the Court says that

21     point's been made and you ask me to move on.

22                   THE COURT:  Okay.

23                   MR. TENZER:  I do want to make

24     a couple of notes to summarize the record and

25     frankly, the law because I think it's clear

105

1                    **DELPHI CORPORATION**

2    that Deloitte is competent, they're

3    disinterested, we need them to do this work,

4    and that the application should be approved.

5                    It's clear from the record,

6    both today and prior to today, that we need an

7    auditor.  We got to make our SEC filings,

8    we've got to comply with our DIP covenants,

9    and more important, maybe even those

10   contractual and legal obligations, we have to

11   make sure that the key players in this case:

12   our customers, our suppliers, our employees,

13   don't lose confidence in this company and

14   derail the lead organization because there

15   aren't audited financial statements.

16                   Also, heard, and the record is

17   extensive about how Deloitte is the only

18   auditor in a position to do that.  Delphi

19   operates in just about every major

20   industrialized country in the world.  It's a

21   widespread, complicated business, and Deloitte

22   has been doing year-round work that is either

23   specifically audit work or is going to be used

24   in the audit work, and if Deloitte could not

25   complete the audit, there's no assurance that

106

1               DELPHI CORPORATION

2  can be given that any other firm is going to

3  be able to complete the audit.

4               Perhaps more importantly,

5  there isn't even any firm that would be

6  available to conduct that audit because that

7  firm, as we've heard today, might not qualify,

8  probably would not qualify, as independent, as

9  required by law to audit the debtors' books.

10               And, most importantly, Your

11  Honor, there would be substantial additional

12  cost to these estates if Deloitte was not

13  retained, and that cost would go towards the

14  end of, as you heard Mr. Dellinger say, not

15  getting the audit done on time anyway.

16               So, it is in the estate's

17  interest to have an auditor retained, and

18  specifically, to have Deloitte retained to do

19  the 2005 audit and certain other work that

20  they've been doing.  They obviously will not

21  be doing work beyond -- the annual audit work

22  beyond 2005, as has been stated.

23               I also think it's important,

24  Your Honor, to understand the context in which

25  this application comes to you.  The major

107

1          DELPHI CORPORATION

2    constituents in the case recognize the need to

3    retain Deloitte.  The United States trustee,

4    which is primarily charged in bankruptcy

5    cases, which with reviewing professional

6    conflicts issues, has an objective.  The

7    creditors' committee filed a limited

8    objection.  As I represented to you earlier,

9    those issues have been resolved and on an

10   overall basis, they support the retention of

11   Deloitte.  No other creditor, shareholder or

12   stakeholder has showed up to contact -- to

13   contest the application.  The only people that

14   are standing up and are doing it are the lead

15   plaintiffs.  And the lead plaintiffs' primary

16   interest is not in reorganizing these estates

17   for the administration of these cases, it's in

18   being lead plaintiffs.  It's in recovering the

19   most money in their securities litigation that

20   they can recover for themselves and their

21   putative class.  And that agenda should not

22   override the debtors' need to have auditors,

23   to have Deloitte and the considerations of the

24   other major players in this case.  And, as

25   we've seen in their papers, and as we've heard

108

1                     DELPHI CORPORATION

2    today, their objections are based entirely on

3    allegations, and at this point, all they are

4    is allegations based on conduct that occurred

5    a significant time in the past.  Your Honor

6    again heard testimony today that the

7    significant aspects of the restatement relate

8    to the years 2001 and prior.  Even if they

9    went up to 2003, which are years that

10   technically were restated, it's two and a

11   half, three years in the past, at minimum.

12   And whatever happened in the past, we have a

13   different Deloitte team in place, they're

14   clearly competent, they're necessary to do the

15   work, they're disinterested, and the

16   application should be approved.

17                     If you look in the lead

18   plaintiffs' papers, they raise a couple of

19   objections which can broadly be characterized

20   in two, maybe three, categories.

21                     The first one is based on

22   competence.  Clearly, Your Honor, a

23   professional that's retained under Section

24   327a of the Bankruptcy Code has to be able to

25   fulfill its fiduciary responsibilities to the

109

1              DELPHI CORPORATION

2    estate, and that's something that Delphi takes

3    very seriously.  But, there is nothing at 327a

4    or 101-14, or in the cases that we've cited,

5    or frankly, in the cases that the lead

6    plaintiffs cite that say that allegations of

7    things that were done pre-petition are

8    sufficient to render a professional

9    incompetent.  Some of the cases that they've

10   cited don't deal with competence at all.  They

11   deal with things like indemnities and

12   retainers, and I'm not going to waste the

13   Court's time with those.  But, even the cases

14   that they cite that deal directly with

15   competence deal with the ability of the

16   professional in question to do what the

17   professional is being asked to do in the

18   confines of the Chapter 11 case.  In the

19   Sieberg case, you had a lawyer that wasn't

20   retained because the lawyer didn't know that

21   you had to get --

22              THE COURT:  Okay.  You can

23   move off that one.

24              MR. TENZER:  I'll go on.

25   Okay?  So, let's look at what we have.  You've

110

1                     DELPHI CORPORATION

2    heard testimony today and you've seen the

3    affidavits.  The decision makers for Deloitte

4    were not around for the restatement.  Mr.

5    Plumb wasn't around.  Mr. Van Arzdale wasn't

6    around.  Mr. Steiner wasn't around.  Okay?

7    And the core team was not there.  The people

8    that work under them, those that may be making

9    decisions, had been vetted by Deloitte, they

10   were not involved.  As Mr. Plumb put in his

11   affidavit in the transactions surrounding the

12   audit.  The core team, the decision makers,

13   the people that ultimately will be signing off

14   on the audit in this case were not around.

15                As to the junior people who

16   rotate on and off all the time, you heard Mr.

17   Plumb say they don't make the decisions.  He

18   does.  He's new.  He is not as, I think, the

19   lead plaintiffs would put it, tainted in any

20   way by the restatement, and he is clearly

21   competent based on his knowledge and his

22   experience to do the audit.

23                I would also note, Your Honor,

24   that the debtors have a primarily different

25   senior management team in place, as well,

111

1              DELPHI CORPORATION

2    overseeing the audit.  You heard about Mr.

3    Dellinger.  He's new.  The CEO is new, the

4    general counsel is new, and other people are

5    in place and others have left.

6              There's simply no basis to

7    believe, based on Mr. Plumb's experience,

8    Deloitte's reputation as a firm, the change in

9    composition of the team, that they're not

10   competent.

11             The other primary category of

12   objections that they raised is that Deloitte

13   is not disinterested, is not a disinterested

14   person who otherwise has an interest adverse

15   to the estate in violate of Section 327a.

16   Your Honor, the legal standards have been set

17   forth in our papers and theirs, and I won't

18   dwell on them, but I would note that it's

19   clear from the law in this circuit that the

20   mere fact that someone can concoct or conceive

21   of places where someone would be adverse does

22   not in and of itself rise to the level of

23   creating a disinterestedness problem for a

24   professional.

25             Let me go through, briefly,

112

1                    DELPHI CORPORATION

2      their allegations as quickly as I can, one by

3      one.  They suggest that the mere fact that

4      Deloitte is retained is going to create an

5      appearance of impropriety.  Well, I don't

6      believe that to be the case.  First of all,

7      this company was not, in spite what the lead

8      plaintiffs might want Your Honor to believe,

9      forced into bankruptcy by the allegations that

10     they've made with their restatement.  There is

11     an uncontroverted record in this case that

12     Delphi filed for bankruptcy to address its

13     legacy liabilities, because its customers

14     aren't buying as much products as they used,

15     and because the cost of commodities have gone

16     up.

17                    In addition, Your Honor, what

18     there has been, is there has been a

19     restatement.  And the fact that there has been

20     a restatement doesn¦t in and of itself, as the

21     lead plaintiffs would have you believe, mean

22     that as a matter of law there's been fraud or

23     wrongdoing of any kind.  Restatements happen

24     on a smaller scale in an ordinary course of

25     business all the time.  You're dealing with a

113

1                          **DELPHI CORPORATION**

2      county here.  You're dealing with a complex

3      company.  Both of those things are not always

4      easy to evaluate.  You have subjective

5      accounting standards.  You have different

6      accountants that might come to different

7      conclusions about things.  You can't make a

8      leap from µthere's been a restatement¦ to

9      µthere is automatically a problem.¦

10                         More of their emphasis though,

11     Your Honor, is on conflicts.  And in

12     particular, what they seem to be concerned

13     about is Deloitte is not going to dig deep

14     into the company, check under the hood, kick

15     the tires and do everything else they need to

16     do in connection with their audit, because

17     they're covering up for themselves, they're

18     covering up for their clients, or they're

19     covering up for co-defendants in the

20     securities litigation.  There's no evidence

21     that the Deloitte are going to do that.

22     Again, you have experienced auditors.  But,

23     look at what Deloitte did prior to bankruptcy.

24     Deloitte signed off on the restatement.

25     Deloitte did that knowing full well that when

114

1                    DELPHI CORPORATION

2    it was signing off on the restatement, it was

3    restating years for which they had done prior

4    audits.  They didn't cut and run, like the

5    committee suggests they might during the

6    Chapter 11 case.  They've done the exact

7    opposite.  They've done what a professional

8    would do.  And they've done what we have every

9    indication they will do in this case.  They've

10   done their job.  They've acted like

11   professionals.

12                    I would also note, Your Honor,

13   that in addition to, I believe in Deloitte

14   acting professionally and having no incentive

15   to do what it is they're being accused of.

16   There is a little bit of oversight here.  We

17   have Your Honor, we have a creditors'

18   committee, we have a U.S. trustee, we have

19   other professionals in these cases, and I take

20   most notably, we have the lead plaintiffs.

21   Deloitte noticed that all of those people are

22   going to be watching and it wouldn't be in my

23   mind particularly prudent for them to do

24   things to cover their tracks when all those

25   people are watching.

115

1              DELPHI CORPORATION

2                   I would also note, Your Honor,

3     that this notion of a cover-up, of not doing

4     their job.  Let's remember, Deloitte signed

5     off on this restatement in our post-Enron,

6     post-WorldCom, post-Adelphia, Sarbanes-Oxley

7     world.  I don't represent Deloitte, but I'll

8     bet a dollar they thought that if they signed

9     off on the restatement, they might get sued.

10    They signed off on it anyway.  Again, they

11    didn't cut and run.  There's no reason to

12    assume that they're going to do anything

13    different in these Chapter 11 cases.

14                   We've heard a lot about E & Y.

15    Why wasn't E & Y retained?  Why can't E & Y do

16    this?  In addition to the difficulties in

17    getting the new auditor on board that we've

18    heard about, it's important to emphasize again

19    that, as Mr. Dellinger has testified

20    repeatedly, he didn't think that E & Y could

21    do the work because they're not independent.

22    So, this idea that they didn't investigate E &

23    Y or evaluate the cost of E & Y doing the

24    work, which would be substantial, is kind of a

25    red herring for Delphi to have done all that

116

1            DELPHI CORPORATION

2    work when E & Y couldn't be retained anyway,

3    would have been a colossal waste of time.

4                 Nor can we take the fact, Your

5    Honor, that E & Y has been chosen for the 2006

6    audit and somehow use that as the lead

7    plaintiffs do in their papers to suggest that

8    the Delphi board, or the audit committee, has

9    lost confidence in Deloitte.

10               If I could, Your Honor, I'd

11    like to read from the 8K that Delphi filed on

12    December 19th of 2005 when the change was

13    announced.  It's going to be one sentence

14    which says, µµThe change was not the result of

15    any disagreement between Delphi and Deloitte

16    and Touche on any matter of accounting

17    principles or practices, financial statement

18    disclosure, or auditing scope or procedure or

19    any decision by Deloitte and Touche to resign

20    or refuse to stand for re-election.¦¦

21               As Mr. Dellinger stated, the

22    company and the audit company went through a

23    process, they invited Deloitte and Touche to

24    participate in that process, and at the end of

25    the day, they made an evaluation that they

117

1                    DELPHI CORPORATION

2     wanted to go with E & Y.  That business

3     judgment cannot be used to cast aspersions on

4     D and T or otherwise render them not

5     disinterested in this case.

6                    The lead plaintiffs bring up

7     issues about claims.  There were questions

8     about claims and waivers today.  Again, Your

9     Honor, the law is very clear.  Just because

10    you can envision a circumstance where some

11    time in the future, there could conceivably be

12    claims bought, that's not enough to render

13    someone not a disinterested person, or having

14    an interest adverse to the estate.

15                    And you've heard the testimony

16    that there are no known claims, you've seen

17    the affidavits in which to the extent Deloitte

18    has claims for pre-petition fees, which were

19    de minimis, they've been waived.  There's no

20    indemnity provision in the audit letter, and

21    again, on a going forward basis, 90 percent of

22    what they're going to be doing and what

23    they've done in the past is related to audit

24    work, that, to me, Your Honor, is not an issue

25    that renders them not disinterested.

118

1            DELPHI CORPORATION

2                    In addition, Your Honor, they

3      make some statements in their pleadings about

4      there should be more information.  Well,

5      between the discovery and the testimony and

6      most importantly, Your Honor, the supplemental

7      disclosure that the United States trustee

8      asked for and was provided by Deloitte, I

9      think we've satisfied that.

10                    I'd like to leave, Your Honor,

11     with just a couple of final thoughts.  Again,

12     it's clear that from a timing perspective and

13     from a necessity perspective, we have to have

14     an auditor, and we have to have Deloitte.  The

15     allegations that the lead plaintiffs does not

16     believe that they can say, µAha, there's been

17     a restatement, therefore, something's wrong¦.

18     There's been a restatement.  That's all that's

19     happened.

20                    And I would leave, Your Honor,

21     again, with a thought that Judge Gonzales in

22     the WorldCom case, which is that -- that case

23     is, in some senseis here fashionably similar

24     and in some sense is different, but two of the

25     things that concerned the Judge in that case -

119

1                    DELPHI CORPORATION

2     - I would respectfully ask the Court to be

3     mindful of here.  One was the agenda of the

4     people who were bringing the objection; and

5     two, would be the harm to the estate, where in

6     that case there would be a disqualification;

7     in this case, a failure to approve the

8     application.

9                    Thanks, Your Honor.

10                   THE COURT:  Okay.

11                   MR. SABELLA:  Your Honor,

12    perhaps I would begin with the not-so-subtle

13    subtext of Mr. Tenzer's argument, and that is

14    that because we're just a couple of securities

15    plaintiffs, somehow we're not to be taken too

16    seriously.

17                   Lead plaintiffs here are four

18    gigantic institutional investors.  Government

19    retirement pension plans.  This is not someone

20    with a hundred share; these are people with

21    hundreds of thousands of shares.  These are

22    major institutional investors.  And I was

23    terribly surprised by one of the last things

24    Mr. Tenzer said when he said there's been a

25    restatement here.  That's all that's happened.

120

1                    DELPHI CORPORATION

2                    No, that's not all that's

3    happened.  You've had people fired.  You have

4    an SEC investigation.  You have a Department

5    of Justice criminal investigation.  This is

6    not a case where one could say, well, there's

7    just a few allegations out there.  It is

8    meaningless.  This is a serious, serious

9    matter.

10                   Now, I would also start by

11   mentioning that when you consider the

12   objection to Deloitte, you have to consider

13   the burden here is on the debtor to prove that

14   the retention of Deloitte is in the best

15   interest of the estate.  And to the extent

16   that there are gaps in the proof, it is their

17   burden and not mine.

18                   As Mr. Tenzer mentioned, we've

19   made two points.  The conflict point and the

20   competency point.  And I'm not going to really

21   go over the law very much.  I mean, that's in

22   the papers.  But let me start just briefly

23   with the conflict point and the fact that the

24   potential claims back and forth giving rise to

25   an incentive to perhaps not dig as deeply as

121

1           DELPHI CORPORATION

2   one might otherwise dig.  He somehow suggests

3   that because there is litigation, that's going

4   to give them an incentive to bring things to

5   light.  The logic there escapes me, Your

6   Honor.  Deloitte is being sued by the lead

7   plaintiffs.  They are probably going to be

8   sued by the debtor or the unsecured creditors'

9   committee.  The likelihood that that gives

10  them an incentive to bring up more things that

11  they did wrong in prior audits just defies

12  reason.  And as Tenzer argues that Deloitte

13  signed off on the restatement, and they should

14  get some extra credit for that.  Well, the

15  fact is Deloitte didn't instigate the

16  investigation.  The SEC did.  And Deloitte had

17  very little alternative but to sign off on the

18  restatement.  I don¦t think they get any extra

19  brownie points at all.

20           THE COURT:  I was going to ask

21  Mr. Tenzer the same question, but where is the

22  evidence on who signed off and who brought and

23  who didn't bring the restatement and who was

24  behind it?

25           MR. SABELLA:  I'm not sure

122

1          DELPHI CORPORATION

2    there's anything in the record, Your Honor,

3    but it's his burden.

4               THE COURT:  Okay.

5               MR. SABELLA:  Let me talk

6    about -- I want to talk more about competency

7    and then I want to talk about the prejudice

8    argument.

9               Starting first with

10   competency.  If Your Honor, and I'm sure Your

11   Honor did, read the affidavits by Mr. Plumb

12   and the declarations by Mr. Dellinger, I'm

13   sure you got the impression that I did when I

14   read them that the entire audit team had

15   changed over.  Now Mr. Dellinger says that

16   specifically, and Mr. Plumb implies, because

17   he doesn't talk about anyone who is a

18   holdover.  But then you heard the  testimony

19   today that there's three people at the top who

20   are new, and everybody else -- all of the

21   managers and the seniors and the staff people,

22   to the extent that he knows who they are, and

23   he doesn't even know who all of them are, are

24   all holdovers in one form or another, some

25   going back as far as 2000 and 2002 and 2003.

123

1          DELPHI CORPORATION

2     So, the notion that it's an entirely new audit

3     team just isn't supported by the facts.  Now,

4     it's true,  the senior people have changed.

5     And he says that the people -- Mr. Tenzer said

6     in his argument, well the people who are still

7     there, these dozens of people, or hundreds of

8     people,  however many they are who worked on

9     the prior audits, they don't make the

10    decisions.  That may be true in terms of what

11    is the audit opinion going to say.  The broad

12    significant decisions that Mr. Plumb talked

13    about.  But they do make the errors.  They're

14    the ones who are on site at the client's

15    premises.  They're the ones who look through

16    the records and either identify or don't

17    identify suspicious transactions.  If they

18    don't bubble it up to Mr. Plumb, or to Mr. Van

19    Arzdale, there's no significant decision to be

20    made at that level.  And the critical point

21    here is we don't know why Deloitte got it

22    wrong.  We don't why the reason for the

23    restatement was that some staff accountant or

24    some field senior or some manager didn't

25    understand the transaction he was looking at.

124

1          DELPHI CORPORATION

2    He didn't put it on a point sheet and send it

3    up to the partner and say, I'm troubled by the

4    way this is characterized.  We don't know if

5    that's where the error occurred, or if

6    occurred at the engagement partner level.  And

7    we didn't get any discovery into that.  And

8    they didn't put any evidence in on that.

9              THE COURT:  Well, in looking

10   at the summary of the allegations from the

11   various complaints about the restatement, I

12   try to consider whether the restatements were

13   matters where there was information that was

14   hidden that really did require sort of

15   forensic digging, that there was the type of

16   fraud that the person on the street thinks of

17   as fraud, one transaction being xeroxed and

18   counting as twenty with just the signatures

19   changed, and it wasn't clear to me that that

20   was the case in looking at the subparagraphs

21   2a through e in the objection.  It seems to

22   me, looking through those items that they're

23   more the type of judgment calls that

24   accountants make about -- well, in the first

25   instance, whether a financing is a sale of

125

1               DELPHI CORPORATION

2    inventory or of indirect materials; whether

3    the transaction with GM was a warranty payment

4    -

    - or should be misclassified as warranty

5    payments; and adjustments to pension.  And, at

6    least in respect of those two, and then also

7    what's set forth in e is with respect of

8    inventory -- now maybe c and d are more things

9    that are more of where you dig as opposed to

10   you make judgment calls.  But, how do you

11   respond to that?

12               MR. SABELLA:  Well, even with

13   the pension plan warranty one, I mean, we

14   don't know exactly what happened, but it is, I

15   suppose, conceivable that it was presented to

16   the partner -- you know, here's all the

17   details on this payment, how do you want to

18   characterize it?  I think it may be equally

19   likely that the people on the scene did not

20   appreciate when they looked at the records

21   what the payment was for and didn't question

22   what the payment was for.  I mean, we don't

23   know exactly at this point where that error

24   was.  I mean, it's conceivable that it could

25   be at any level.

126

1           DELPHI CORPORATION

2                THE COURT:  All right.  But,

3    assuming -- even assuming that's the case,

4    it's something that happened.  I'm not sure

5    when it happened.  It apparently happened at

6    least two or three years ago.  How can I, or

7    how should I take away from that that there'll

8    be something related to it today in connection

9    with the 2005 audit that will lead them to

10   alter their normal behavior.

11               I'm talking about the conflict

12   point now.  I understand you argue that this

13   is evidence that they're not competent.

14               MR. SABELLA:  Right.

15               THE COURT:  But on the

16   conflict point, I'm not sure how these

17   identified practices that are listed here are

18   the types of things that you even can copper

19   up at this point.

20               MR. SABELLA:  Well, if they

21   were to find, for example, that that problem -

22   - that there were other similar types of

23   payments that they booked as pension payments

24   that were in fact warranty payments, or that

25   there was more money here involved in this

127

1               DELPHI CORPORATION

2    transaction than has been reported, I mean

3    those kinds of things.  They could find, in

4    looking at the books and records, that these

5    kinds of problems are only symptomatic of more

6    problems that existed in those financial

7    statements, similar kinds of

8    mischaracterizations on the conflicts point.

9               But, I think, obviously on the

10   competency point, the point is that the same

11   people, the same audit staff that

12   mischaracterized -- failed to detect the

13   mischaracterization of the payment in 2002 are

14   still doing the audit.  That obviously raises

15   competency questions, as well.

16               THE COURT:  Okay.

17               MR. SABELLA:  I'd like to

18   spend most of my time on the prejudice point.

19   And I have a number of different points to

20   make there.  The obvious one is that while Mr.

21   Dellinger says in his mind, no other audit

22   firm could have gotten up to speed, nobody

23   ever asked the other audit firms if they

24   thought they could.

25               On the cost point, Mr.

128

1              **DELPHI CORPORATION**

2     Dellinger admitted whenever the switch takes

3     place, the new audit firm is going learning

4     curve costs to incur.  And whether the switch

5     takes place now or later perhaps compresses

6     the costs into a smaller period of time, but

7     it doesn't change the amount of the costs.

8     So, the transition costs money, but that's

9     going to be incurred whenever they go to the

10    new auditors.

11              With respect to the money that

12    has in fact been paid out, Mr. Plumb said

13    they're only paid 3.8 million dollars thus far

14    for the 2005 audit.  You'll see in the

15    declarations and affidavits, there are numbers

16    like ten million and 15 million, but the fact

17    of the matter is it's only 3.8 million that's

18    been paid thus far for the 2005 audit.  So,

19    that's really the only amount of money that

20    would have to be duplicated, it seems to me,

21    if you switched auditors, that would be above

22    and beyond where they are right now.

23              Now, in terms of the amount of

24    work that has been done on the audit, again,

25    you had Mr. Dellinger's declaration where he's

129

1        **DELPHI CORPORATION**

2    kind of made it sound like they'd be in there

3    auditing from the beginning of the year.  But,

4    of course, they didn¦t change the partners

5    until April, so they couldn't have done

6    anything before April or it would have been

7    the old team doing the work, which they say

8    isn't going to be the case.  But then Mr.

9    Plumb admitted that before the engagement

10   letter went out on August 29th, there hadn't

11   really been any interim procedures done, only

12   a little bit of work on the quarterly

13   financial statements.  And we know they can't

14   really do very much in terms of building off

15   the quarterly financial statements, because

16   they're not audited and there's no review

17   report, and there's no audit report, so the

18   fact of the matter is in the fourth quarter of

19   2005 and in the first quarter of 2006 is when

20   the audit work takes place.  And Mr. Plumb

21   said that.  I think he said there's very

22   substantial weighting in the fourth quarter

23   and then the first quarter, in terms of when

24   the audit work has to be done.  And Deloitte

25   has slowed down over the past month or so

130

1         **DELPHI CORPORATION**

2    because they're concerned that they're not

3    going to get paid.

4              I think the record is rather

5    clear that if they had switched to another

6    firm on December 6th, that firm could well

7    have completed this audit within the timeframe

8    available and there really is still no

9    competent evidence that one of these other

10   firms couldn't do it.  You have some

11   speculation, but I would submit that it's

12   their burden of proof to show that one of the

13   other firms could not get it done and they

14   haven't done that.

15             I would talk briefly about the

16   independence point.  You've heard speculation

17   that each of these firms would have an

18   independence problem, but no real competent

19   evidence that that would be the case, or that

20   an exception couldn't be obtained from the SEC

21   in these unique circumstances, if the Court

22   were to disqualify Deloitte that the SEC would

23   not approve any new firm, even if there was a

24   potential independence problem.  But the fact

25   of the matter is just an assertion that these

131

1            DELPHI CORPORATION

2    firms have done other work for us so we think

3    they have an independence problem seems to me

4    doesn¦t satisfy their burden of proof.  Again,

5    there's no evidence in the record that any of

6    these other firms were asked if they thought

7    they had an insurmountable independence

8    problem for 2005.

9                   It just seems to me, Your

10   Honor, that in a matter of this magnitude,

11   they had an obligation to come forth with some

12   strong evidence with respect to not only the

13   only the prejudice to them in terms of cost,

14   but also the competency in terms of the team.

15   And, I do not cast any aspersions on Mr. Plumb

16   or the new senior members of the team.  But

17   you have so many people here who were involved

18   in audits that have now been blown up, where

19   the financial statements have been restated

20   and you have SEC and criminal investigations.

21   It just seems to me you don't want those same

22   people working on the audit, and the evidence

23   is clear that that is exactly what is going to

24   be the case.

25                   MR. TENZER:  (inaudible), Your

132

1                    DELPHI CORPORATION

2    Honor.

3                         MR. SABELLA:  May I consult

4    with my lawyer for a second?

5                         Your Honor, Your Honor asked

6    about what evidence there was in terms of who

7    initiated or instigated the investigation that

8    led to all of this, and I am looking at what

9    Mr. Coffy has handed me, which is a Delphi

10   press release of March 22, 2005, which states

11   as previously reported, Delphi's audit

12   committee instituted an internal investigation

13   in response to an SEC inquiry regarding the

14   accounting for certain transactions with

15   suppliers and information technology services

16   in 2001.  And it goes on from there.

17                         If Your Honor would like, I

18   guess we could mark that as an exhibit to the

19   proceeding.

20                         THE COURT:  Is that all it

21   says about what prompted the inquiry?

22                         MR. SABELLA:  That appears to

23   be all it says about what prompted the

24   inquiry.  It goes on to talk about the

25   inquiry, but that's all it says about what

133

1                      DELPHI CORPORATION

2      prompted it.

3                      THE COURT:  All right.

4      Frankly, I don't think that's particularly

5      helpful, so I don't know what prompted the SEC

6      -- clearly, what is alleged here and what was

7      restated is a lot more than just what is

8      referred to there.  So, I don't know how D and

9      T cooperated, didn't cooperate, etc., so --

10     okay.

11                     MR. SABELLA:  Thank you.

12                     THE COURT:  Thank you.

13                     MR. TENZER:  Your Honor, I'll

14     be brief.  First of all, I wanted to say that

15     I think that Mr. Sabella mischaracterized my

16     remarks in a very important area, and that is

17     this.  I do not believe that what the

18     plaintiffs have put on here is grounds for

19     rendering Deloitte disinterested or having an

20     interest adverse to the estate.  Nobody should

21     construe from any part of this record that the

22     debtors don't take seriously what's gone on in

23     the past.  I frankly resent the fact that he

24     says that well, Mr. Tenzer said this is no big

25     deal.  It's being given the weight that it's

134

1            DELPHI CORPORATION

2    supported nobody should assume otherwise.

3              Second of all, just a couple

4    of more points.  I think the record speaks for

5    itself and if Your Honor is going to rule rely

6    on the record, not Mr. Sabella's

7    characterizations of it.  I would note, Your

8    Honor, that on the cost side, I believe that

9    what Mr. Plumb testified is that the 3.8

10   million relates to the work in the U.S.  And

11   that what the cost that he estimated in his

12   affidavit as to the overall costs of the audit

13   are the right number.  Again, the record

14   speaks for itself.

15             I would also note that -- my

16   last point, Your Honor, is -- on the issue of

17   getting somebody else to do it.  Leaving aside

18   the evidence in the record, which I submit is

19   overwhelming about how difficult it would be

20   to get somebody else to do it.  The lead

21   plaintiffs continue to suggest that what the

22   debtors did was wrong because they know the

23   accounting rules and they made the

24   determination that no one else could have been

25   independent, or there was a serious risk that

135

1              DELPHI CORPORATION

2    they would have been classified as not

3    independent, and then having made that

4    reasonable determination, didn't go out and

5    crawl under every rock and investigate every

6    possible alternative when, based on their

7    analysis, that alternative could not have come

8    to fruition.

9              I leave Your Honor with that.

10   Thank you very much.

11              THE COURT:  All right.  Let me

12   ask.  This is just for scheduling matters.

13   I'm assuming, but maybe I'm incorrect, that

14   almost everyone who is here is also here on

15   the next matter.  There's no one who would

16   leave if the next matter was decided.

17              UNCLEAR:  Your Honor, the U.S.

18   Trustee would leave, but that's fine.

19              THE COURT:  All right.  Well,

20   but the government's paying you, so --

21   although, I do appreciate the demands that

22   your office is under.  I'm going to take a

23   break for lunch and come back and rule and

24   then deal with the discovery issue on the

25   other matter.

136

1              DELPHI CORPORATION

2                    MR. SABELLA:  What time, Your

3    Honor?

4                    THE COURT:  About an hour from

5    now.  Twenty of two.

6                    (Court recesses.)

7                    THE COURT:  All right.  We're

8    back on the record in Delphi.  I have in front

9    of me a motion by the debtors to retain the

10   accounting firm Deloitte and Touche for

11   purposes of completing the debtors 2005 audit.

12   The debtors being a public corporation, that

13   is obviously a very important function for

14   them.  Subject to reviewing the specific

15   language in the Order memorializing an

16   agreement outlined at the beginning of the

17   hearing, between the debtors, Deloitte and the

18   official creditors' committee, the application

19   is unopposed with the exception of an

20   objection by the lead plaintiffs in

21   consolidated securities litigation against the

22   debtors and various other parties, including

23   in some instances, or some instance, Deloitte

24   and Touche.

25                    I should note that this is

137

1              **DELPHI CORPORATION**

2    obviously a very large case with a great

3    number of parties in interest and the debtors

4    have asked me to take cognizance of the fact

5    that there is only one objection to the

6    proposed retention of Deloitte.  I have done

7    that, but in doing so, I have not belittled

8    the importance of the objection and the

9    interest of the bankruptcy process, generally,

10   in considering retention applications of

11   professionals.

12              Section 327a of the Bankruptcy

13   Code provides that the trustee, or in this

14   case the debtor in possession, with the

15   Court's approval may employ one or more

16   attorneys' accountants, et cetera, that do not

17   hold or represent an interest adverse to the

18   estate and that are disinterested persons to

19   represent or assist the debtor in possession

20   in carrying out its duties under the code.

21              The objection raises two

22   grounds for contending that I should not

23   approve the retention of Deloitte and Touche.

24   The first is that Deloitte and Touche in fact

25   represents an interest adverse to the estate

138

1              DELPHI CORPORATION

2    and is not disinterested.  The second is that

3    Deloitte and Touche's retention is either not

4    necessary or improvident or not in the best

5    interest of the estate, because allegedly

6    Deloitte and Touche is incompetent.  The

7    fundamental factual premise for both of these

8    bases for the objection is set forth not only

9    in the class action plaintiffs' objection

10   here, but also in the complaints that they

11   have filed previously before the commencement

12   of this Chapter 11 case.

13              Essentially, they argue that,

14   in the light of the restatement of the debtors

15   financial statements for 2003, which focuses

16   on primarily problems with the debtors'

17   treatment and recognition of various income

18   and expense items, primarily in years 2000 and

19   2001.  Deloitte has in essence acknowledged,

20   or should be acknowledged, to have improperly

21   conducted its audits of those years and,

22   therefore, is unqualified to serve and

23   moreover, is not disinterested because it

24   would have a conflict in serving to do the

25   audit in 2005, because it would be motivated

139

1               DELPHI CORPORATION

2    to conduct its work in 2005 differently than

3    it would otherwise conduct that work because

4    of its concerns about increased liability

5    relating to the prior years¦ work that it

6    performed for the debtors.

7                Let me address the first

8    aspect of the objection first, which is that

9    Deloitte holds an interest adverse to the

10   estate, or is not disinterested.

11               I should note first that the

12   inquiry under those two clauses is essentially

13   the same because it is not alleged here that

14   Deloitte falls within the other categories of

15   not being disinterested other than its holding

16   an alleged adverse interest against the

17   estate.  That is under Section 101-14 of the

18   Bankruptcy Code, Deloitte is not a creditor or

19   equity security holder or an insider of the

20   debtors, is not an investment banker for any

21   outstanding security of the debtors, either

22   now or within three years before the date of

23   the filing, nor within the last two years

24   before the filing, an officer, director or

25   employee of the debtors or of such an

140

1              DELPHI CORPORATION

2    investment banker, and has not represented any

3    party with such an interest.

4              So, my focus is on the alleged

5    adverse interest that Deloitte has, whether

6    it's under the disinterestedness aspect of

7    327a, or 327a's express reference to adverse

8    interest.  And the cases in this circuit and

9    elsewhere have made it clear that those two

10   inquiries are essentially the same, see In Re

11   Ericham Corporation, 176 F3d 610 Second

12   Circuit, 1999.

13              In considering retention

14   applications before delving into or parsing

15   the adverse interest standard, I should note

16   further language from the Ericham opinion, in

17   which the second circuit stated quote, by

18   regulating the trustee's ability to hire

19   professionals, Section 327 serves the

20   important policy of ensuring that all

21   professionals appointed to represent the

22   trustee tender undivided loyalty and provide

23   untainted advice and assistance in furtherance

24   of their fiduciary responsibilities.  When

25   evaluating a proposed retention, a bankruptcy

141

1            DELPHI CORPORATION

2    court should exercise its discretionary powers

3    over the approval of professionals in a manner

4    which takes into account the particular facts

5    and circumstances surrounding each case and

6    the proposed retention before making a

7    decision.

8            The discretion of the

9    bankruptcy court must be exercised in a way

10   that it believes best serves the objectives of

11   the bankruptcy system.  Among the ultimate

12   considerations for the bankruptcy courts in

13   making these decisions must be the protection

14   of the interest of the bankruptcy estate and

15   its creditors and the efficient, expeditious

16   and economical resolution of the bankruptcy

17   proceeding.  That¦s it.  Page 621 of the

18   Ericham decision.

19           That decision goes on to note,

20   as cases citing it subsequently have noted,

21   that I should look when considering in

22   particular the adverse interest aspect of

23   qualification to the particular tasks that the

24   professional is being sought to perform.  See

25   Ericham at page 622.

142

1                    DELPHI CORPORATION

2                         Finally, as both Ericham at

3    625 and the more recent opinion by Judge

4    Gonzales at 311BR 151 at 165 in In Re

5    WorldCom, Inc., Bankruptcy Seventh District,

6    New York 2004 point out, the Court should be

7    sensitive to the possibility of the strategic

8    abuse of objections to retention or

9    disqualification motions.

10                        In addition, it's clear from

11   the face of the statute, both Section 327a and

12   101-14, that the Court¦s focus should be on

13   the existence of any present adverse interest.

14   Again, see Ericham at page 623 and WorldCom at

15   page 169.

16                        In Ericham, the Second Circuit

17   adopted the following general formulation of

18   what is an adverse interest, which, of course,

19   it requires to be applied on a case by case

20   basis in light of the particular facts.  It

21   is, in the words of that Court, an interest

22   that causes the professional to possess or

23   assert any economic interest that would tend

24   to lessen the value of the bankruptcy estate,

25   or that would create either an actual or

143

1              **DELPHI CORPORATION**

2    potential dispute in which the estate is a

3    rival claimant.  Or, two, to possess a

4    predisposition under circumstances that render

5    such a bias against the estate.

6                    As Judge Gonzales noted in the

7    WorldCom case, an interest is not considered

8    adverse simply because it is possible to

9    conceive of a situation where interest might

10   clash.  That's at page 168.  Rather, one

11   should consider whether it is plausible that

12   another interest may cause the professional to

13   act any differently than they would without

14   that other representation, in which case the

15   professional would have a disabling conflict.

16   It is noted by Judge Brozman in the Leslie Fay

17   decision at 175 BR525 Bankruptcy Seventh

18   District of New York 1994, again, merely a

19   conceivable conflict is not enough to raise a

20   disabling conflict under Section 327a, but the

21   difficulty is in drawing the line between

22   something that is merely conceivable and

23   something that is disabling, because it is

24   clear from the cases that a potential conflict

25   may be significant enough to be disabling.  As

144

1                    DELPHI CORPORATION

2    Judge Brozman stated, a potential conflict may

3    cross the line and be disabling if it gives

4    the professional meaningful incentive to act

5    contrary to the best interest of the estate.

6    Or, sufficient to place the estate at more

7    than an acceptable risk that it would be

8    reasonably susceptible to such conduct.  And

9    that discussion appears at pages 532 and 533.

10                   When it comes to a disabling

11   conflict, and if one is found, it appears that

12   the Court should not take into account any

13   sort of balancing of that conflict versus the

14   cost to the estate of replacing or hiring a

15   different professional.  Again, this is in the

16   adverse interest context, as opposed to the

17   debtors' general judgment to hire a particular

18   professional and the Court's review of that

19   judgment.  But, if in fact I were to find that

20   Deloitte and Touche did have a disabling

21   conflict, then I believe that the better view

22   is that I should stop there and not engage in

23   any sort of cost balance test.  See In Re

24   Andover Togs, Inc., 2001 U.S. District Lexus

25   2690 SDNY, March 15, 2001.

145

1                DELPHI CORPORATION

2                   As I stated before, the

3 objectants here argue Deloitte and Touche is

4 likely to act differently than would otherwise

5 be the reasonable expectation of a conduct of

6 a Big Four accounting firm in preparing the

7 2005 audit because of what happened in prior

8 years in respect of its work for the debtors.

9 Elaborating on that allegation, it is

10 contended that Deloitte and Touche will not be

11 properly diligent in performing due diligence

12 and in supervising and going behind the

13 preparation of the audit and looking at the

14 numbers given to it by the debtors'

15 management.  Because it would be inclined to

16 cover up anything that it would find to limit

17 further exposure in connection with its past

18 audits.

19                 We've had an evidentiary

20 hearing that took up the greater part of this

21 morning exploring that concept.  And I've

22 reviewed the evidence, including the testimony

23 of Mr. Plumb, the Deloitte and Touche partner

24 in charge of the engagement for 2005, as well

25 as the company's CFO, Mr. Dellinger, who would

146

1              DELPHI CORPORATION

2    be both participating on the company side from

3    the -- in the audit, as well as had a role in

4    the determination to retain Deloitte and

5    Touche for such audit.

6              I should note that the debtors

7    have sought to retain a different Big Four

8    accounting firm to perform their audits going

9    forward, that is, for 2006 and going forward -

10   - E & Y.  When I originally was made aware of

11   this fact, I had some concern that that was an

12   acknowledgment or at least an expression of

13   concern on the debtors' part that they

14   believed that either Deloitte's prior work was

15   sub-standard, or that it had a conflict and

16   that in fact, it was only retaining Deloitte

17   for 2005 because of the cost of replacing

18   Deloitte, although it would not otherwise have

19   been satisfied with Deloitte's work.  I am

20   satisfied based upon the testimony that that

21   is not the case.  I am further satisfied,

22   that, again, based upon the testimony,

23   Deloitte and Touche, in performing the

24   specific services that the debtors seek to

25   retain it for also does not have a disabling

147

1             DELPHI CORPORATION

2    conflict.  The testimony is that the debtors

3    never considered replacing Deloitte and Touche

4    to conduct the 2005 audit, but rather

5    conducted what's colloquially referred to as a

6    beauty pageant for the year 2006 of all of the

7    four large public accounting firms, including

8    Deloitte and Touche.  That determination

9    apparently was not motivated by a concern

10   about any conflict on Deloitte and Touche's

11   part or sub-standard work by Deloitte and

12   Touche performed in the past, or in connection

13   with concerns about the 2005 audit, but

14   rather, a matter of planning for the future

15   including in recognition of the debtors' new

16   status as debtors under Chapter 11 of the

17   Bankruptcy Code.  The testimony of Mr.

18   Dellinger was that Deloitte was given exactly

19   the same opportunities to shine in the beauty

20   pageant as the other three accounting firms

21   and that E & Y was chosen for 2006 because of

22   its specific expertise in Chapter 11,

23   reorganizations and its engagement partners'

24   experience with so-called Tier One automotive

25   parts companies, like the debtors, including

148

1                    DELPHI CORPORATION

2    such companies in bankruptcy.

3                         There was further testimony by

4    Mr. Dellinger that he believed that the

5    Deloitte team that interviewed for 2006 was

6    qualified and capable, but simply did not have

7    the specific extra skills or skill set that

8    the E & Y group did.  Again, the possibility

9    or concern about a conflict of interest did

10   not enter into the equation.

11                        In addition, there was

12   testimony by Mr. Plumb that D and T has slowed

13   down its work in the U.S. where it is not

14   under, he believes, a statutory obligation to

15   continue work to complete the audit, unlike in

16   Europe.  Shortly after having been made aware

17   of the class plaintiffs' objection to D and

18   T's retention, one might, simply from that

19   fact, take away the inference that Deloitte

20   and Touche itself was concerned about a

21   conflict and was rethinking if the merits are

22   bonafide of its continued service.  Again,

23   based on Mr. Plumb's testimony, I do not make

24   that inference.  It appears to me that the

25   slowdown in the work, which has been

149

1                    DELPHI CORPORATION

2    relatively brief, was based instead upon a

3    concern perhaps reflecting the difference

4    between D and T and E & Y's experience in

5    bankruptcy cases that the Court for some

6    reason would not approve its retention, and

7    therefore, that its fees for the continued

8    work were in jeopardy.

9                    What then is there by way of

10   evidence that D and T is reasonably likely to

11   change its normal and reasonable performance

12   of the audit in the light of the existing

13   lawsuits and the existing allegations in

14   respect of the prior restatements.

15   Essentially, again, it is an inference.  There

16   is no suggestion that there has actually been

17   any such change in performance.  And while I

18   note, as the class plaintiffs made clear, as

19   well, that the debtor has the burden on this

20   application, it has offered testimony that, in

21   fact, the work done in connection with the

22   2005 audits has been without the taint of a

23   conflict of interest.  And that it has been

24   instead entirely appropriate and conducted in

25   a manner that one would expect of a Big Four

150

1          **DELPHI CORPORATION**

2    accounting firm.

3                Looking behind the allegation,

4    however, I have considered whether I should

5    assume that there would be a conflict in the

6    work that Deloitte is being asked to do,

7    because as made clear by the Ericham case, one

8    should focus on the specific function to be

9    performed by the professional, and whether the

10   conflict would arise in the performance of

11   that specific function.

12               Here, it appears clear to me

13   that the Deloitte personnel not only

14   responsible for the audit, but also making all

15   judgment calls in respect of the audit were

16   not the specific individuals involved in the

17   audit work done by Deloitte for the years that

18   had been restated.  And that they frequently

19   discuss their judgment calls with Mr.

20   Dellinger, and he with them.

21               That obviously doesn't end the

22   inquiry, because they are, after all,

23   employees of Deloitte and have an interest in

24   Deloitte not facing further risk in connection

25   with the accounting work for Delphi.

151

1              DELPHI CORPORATION

2      Although, of course, that concern does cut

3      both ways.  Knowing the fact that Deloitte has

4      already been sued in connection with the prior

5      restatement, the debtors argue that Deloitte

6      will be extra careful, particularly in the

7      fishbowl environment of a bankruptcy case

8      going forward.

9                   However, there is some logic

10     to the class plaintiffs' suggestion that it's

11     human nature to try to shield one's self

12     against further liability for something that

13     may have gone wrong in the past.

14                  However, in exploring that

15     contention in this particular context, I note

16     the following:  first, the past here is just

17     that.  The work that is complained of by the

18     class action plaintiffs and that is under

19     investigation by the SEC and others was in the

20     past, in primarily 2000 and 2001 in respect of

21     audits of those years.  It seems to me,

22     therefore, that, Deloitte, having signed off

23     the restatement of those years and continuing

24     to work for the debtors through the 2005

25     audit, will have opportunities to undo or

152

1              DELPHI CORPORATION

2    cover-up in respect of those prior years.  And

3    I note again that that is their only function

4    in this case.  They're not serving, for

5    example, as general accountants or

6    restructuring advisors for the debtors with

7    opportunities to use other of their functions

8    to enhance any sort of leverage they might

9    have in respect of potential liability of

10   third parties or the debtors in the accounting

11   matter.

12              Moreover, in looking at the

13   allegations as detailed in the complaint and,

14   in particular, in paragraphs 2a through e of

15   the class plaintiffs' objection, it appears to

16   me, and there was not much contradiction of

17   this at the hearing that the particular

18   alleged accounting improprieties that Deloitte

19   was allegedly responsible for or had a share

20   in went beyond the types of judgment calls

21   that accounting firms at a relatively senior

22   level make.  In other words, it does not

23   appear to me, based on my review of the

24   record, such as it is, that the alleged

25   problem with Deloitte is an inability to

153

1                    DELPHI CORPORATION

2    conduct proper forensic procedures or turning

3    a blind eye to what one would colloquially

4    understand to be a fraud, but rather an

5    allegation or allegations with respect to

6    judgment calls that now would be made by

7    different parties at Deloitte and made those

8    earlier calls.

9                    I also note that Mr. Dellinger

10   who would be overseeing from the company's

11   side the audit, as well as the debtor CEO,

12   were not involved in the years that were

13   restated.  Therefore, it appears to me that

14   the conflict that is alleged here falls on the

15   side of the line that is a mere potential

16   conflict, as opposed to a disabling conflict.

17   Or, the type of conflict that the TWI

18   International case, 162 BR672 in the SDNY

19   1994, referred to as a potential actual

20   conflict.  This is rather a potential

21   potential conflict, and, therefore, I do not

22   believe that it disables Deloitte from

23   performing the function that the debtors seek

24   it to perform.

25                    The second basis for the

154

1              DELPHI CORPORATION

2   objection is that in the light of Deloitte's

3   prior work and the deficiencies alleged in the

4   class action complaints and in the fact that

5   there was a material restatement of the

6   financials for prior years, Deloitte is not

7   competent to perform the audit function for

8   2005.  The objectants argue that I should

9   scrutinize this issue closely, basically

10  employing a best interest type of analysis.

11  And I have looked at it carefully, although I

12  note that there is a strong policy under the

13  Bankruptcy Code of letting the debtor in

14  possession have the particular professionals

15  that it chooses.  That is, the Court may

16  review for more than a lack of

17  disinterestedness to determine whether the

18  professionals' retention is reasonably

19  necessary, and in certain circumstances,

20  Courts have refused to let a debtor retain a

21  particular professional.  For example, when

22  the Court found that the professional had been

23  suspended from state court practice as in the

24  In Re Light Ray Realty Corporation case, 2001

25  US District Court Lexus 16437, SDNY October

155

1          DELPHI CORPORATION

2    12, 2001, for it found the professionals'

3    rates egregiously high, as discussed at 3

4    Kayon Bankruptcy, paragraph 327041, but the

5    Court cannot mandate the appointment of a

6    particular professional, and even as set forth

7    in those authorities that I just cited should

8    generally be deferential to the debtors'

9    particular choice.

10             I think that's truly relevant

11   here when one considers the size of these

12   debtors and the fact that in all likelihood

13   only a Big Four accounting firm could conduct

14   the 2005 audit.  It appears to me that E & Y

15   would not as a matter of the securities laws

16   be permitted to conduct that audit, although

17   the class action plaintiffs that at least the

18   debtors could seek some sort of waiver by the

19   SEC, which means that even if I believe that

20   on competency grounds, Deloitte should be

21   replaced, the debtors would be down to two

22   other accounting firms.  And in essence, I

23   would pretty much be specifying who the

24   debtors would be retaining.  Again, something

25   that the Courts have long held that the

156

1              **DELPHI CORPORATION**

2    bankruptcy court should not do.  See In Re

3    Mandel, 69 F2d 830 Second Circuit, 1934.

4                    In any event, I conclude,

5    again, based upon the testimony that not only

6    is Deloitte as a firm fully capable of

7    performing the 2005 audit, but that the

8    particular audit team, as headed up by Mr.

9    Plumb and Mr. Steiner, is qualified as well to

10   perform that audit.  I do that based upon Mr.

11   Plumb's testimony, as well as Mr. Dellinger's

12   testimony.  The senior partners of D and T

13   supervising the audit, and it appears clear to

14   me from Mr. Plumb's testimony that supervision

15   is very hands on, have extensive experience.

16   Mr. Plumb is a very senior D and T partner

17   with 35 years of experience and Mr. Steiner,

18   again a very senior D and T partner, has 40

19   years experience.  Moreover, Mr. Dellinger has

20   extensive experience on the company side in

21   overseeing audits for Fortune 500 companies

22   and greater, and he testified without

23   reservation that he was quite comfortable with

24   the present D and T team.

25                    In addition, if that were not

157

1              DELPHI CORPORATION

2    enough, it appears clear to me that there are

3    significant costs and risks to the debtor in

4    replacing Deloitte and Touche with another Big

5    Four accounting firm at this time.  The

6    monetary cost -- there's a dispute between the

7    parties about how high those would be.  They

8    range from the amount that D and T has been

9    paid to date of 3.5 million for U.S. work,

10   plus an unstated amount for foreign work, to

11   roughly a 20 million dollar estimate by Mr.

12   Dellinger, based upon his estimate of the full

13   amount of work that D and T has done to date,

14   which obviously includes work done since the

15   bankruptcy case was filed that D and T has not

16   been paid for, which would have to be redone

17   in large part by a new firm, as well as the

18   extra cost that would be incurred by a

19   replacement accounting firm to have a hope of

20   completing the audit within the time mandated

21   by the securities laws and regulations.  And,

22   of course, that timing point is on top of the

23   cost estimate of between 3.5 and 20 million

24   dollars.

25              Also, very important, the

158

1              **DELPHI CORPORATION**

2      failure of the debtors to issue audited

3      financials in a timely basis clearly would

4      harm the debtors.  It would do so in two

5      respects.  First, it would result in a default

6      under the DIP financing agreement, which I

7      would expect, if it were because of these

8      circumstance, would be waived, but there would

9      be clearly some cost in connection with it.

10                  More importantly, these

11     debtors have made extraordinary efforts, which

12     appear to me to be successful so far, to

13     operate their businesses in Chapter 11 in a

14     way that retains customer and supplier

15     confidence, as well as the confidence of the

16     financial community.  The inability to provide

17     audited financials in a timely basis could

18     seriously jeopardize that confidence and undo

19     the work and the money that the debtors have

20     spent thus far to obtain that confidence.

21                  So, therefore, again, I find

22     that this basis for objecting to D and T's

23     retention is not sustained and that the

24     debtors have carried their burden of showing

25     that first, they have exercised proper

159

1              DELPHI CORPORATION

2    judgment in retaining D and T for the 2005

3    audit.  And second, that D and T meets the

4    standard of disinterestedness and not holding

5    an adverse interest set forth in Section 327a.

6                   So, Mr. Roll, you can submit

7    an Order to that effect.

8                   MR. ROLL:  Your Honor, thank

9    you.  On the process of having the Order

10   entered, before we came to Court today, we

11   produced a blackline Order which had some of

12   the changes that we thought we would have to

13   make to deal with the issues in the

14   committee's objections.  And then, during the

15   course of the day, we added additional

16   interlineations to that and the parties have

17   now agreed on that language.

18                   How would you like to proceed

19   in terms of getting that before Your Honor?

20                   THE COURT:  Well, you can

21   submit it --  you can hand that to me now, and

22   if the language reflects what you set forth on

23   the record, and I assume it does because the

24   parties have agreed to it --

25                   MR. ROLL:  What I would do,

160

1                    DELPHI CORPORATION

2      Your Honor, is approach and hand you up my

3      copy with the interlineations on it.  I can

4      walk you through them --

5                    THE COURT:  Well, you can e-

6      mail it, too, if you want.

7                    MR. ROLL:  We can do that.

8                    THE COURT:  Let me make sure

9      that I understand you.  Are the changes to the

10     Order only the ones responding to the

11     committee objections?

12                   MR. ROLL:  The answer is that

13     the only two other additional minor changes,

14     Your Honor, as we added the language that says

15     the other objections the extent not dealt

16     within the Order are overruled.

17                   THE COURT:  Okay.

18                   MR. ROLL:  And, I think, and

19     frankly, in fairness to the Court with

20     everyone involved, the Order as originally

21     submitted to Your Honor in paragraph 1 says,

22     the application is granted on a final basis.

23     Well, as Your Honor is aware, the application

24     included the and thereafter language and that

25     we're not seeking approval for, --

161

DELPHI CORPORATION

1

2          THE COURT:  Right.

3          MR. ROLL:  -- so that portion

4  of the application is withdrawn, and we just

5  add language to that effect.

6          THE COURT:  All right.  Well,

7  if you want to -- are the interlineations in

8  handwriting?

9          MR. ROLL:  Yes, they are, Your

10  Honor.

11          THE COURT:  Well, why don't

12  you submit a revised blackline version to

13  chambers by e-mail.

14          MR. ROLL:  We will do that,

15  Your Honor.

16          THE COURT:  And you should cc

17  obviously the objectants, including their

18  committee.

19          MR. ROLL:  We will, Your

20  Honor.  Your Honor, those counsel and others

21  that need not stay, enter a motion to be

22  excused.

23          THE COURT:  You can go.  Yes.

24          MR. TENZER:  Your Honor, one

25  comment for the record, and so the record is

162

1            DELPHI CORPORATION

2    accurate, and we may not have clearly

3    articulated our chief financial officer's name

4    to the Court during the morning hearing, but

5    his name is Robert J. Dellinger.

6                THE COURT:  Oh, I've been

7    saying Gallagher throughout, I'm sorry.

8                MR. TENZER: I just thought --

9    I know that Your Honor --

10               THE COURT:  All right, the

11   record will reflect it's Dellinger.  He's not

12   here, so he can't --  I apologize to him

13   anyway.

14               MR. TENZER:  No, I may have

15   been us, Your Honor, I just wanted to mention

16   that on the record, so that the record was

17   clear.

18               Your Honor, the only other

19   matter on the agenda for today for this

20   adjourned hearing is the carryover from the

21   January 5th hearing of the 37th item on the

22   agenda, which was lead plaintiffs' objection

23   to the KECP at docket number 1619, and the

24   Court also scheduled our related Motion to

25   Quash at docket number 1799 on today's matter.

163

1               DELPHI CORPORATION

2    I think Mr. Coffy wants to address the Court

3    first and, -

                -I¦ll be happy to cede the Court to

4    him.

5               THE COURT:  Okay.

6               MR. COFFY:  Good afternoon,

7    Your Honor.  Sean Coffy from Bernstein

8    Litowitz on behalf of the lead plaintiff.

9    Your Honor, as you know from the filings from

10   yesterday, we have not resolved the discovery

11   dispute relating to our objection to the KECP

12   motion.  In our view, there are two issues to

13   deal with today.  One is whether the limits

14   that the debtors have placed on -- what they

15   will provide in this connection comports with

16   Your Honor's guidance from last week.  We

17   respectfully submit it does not.  And

18   secondly, given that the debtors refuse to

19   rule out putting on a case, as you put it last

20   week, in opposition to the allegations we have

21   lodged, what additional discovery is necessary

22   and we submit that certain additional

23   discovery is necessary.

24               What have they agreed to do?

25   They've agreed to provide a declaration

164

1          DELPHI CORPORATION

2   explaining the process whereby the audit

3   committee, as we now have been told, vetted

4   these people before they would be eligible for

5   the KECP.  That is not adequate in our view,

6   Your Honor.  We were hopeful that we could

7   review it before today, so we could point out

8   specifically why it was inadequate, so that we

9   would have an opportunity to resolve any

10  issues that might arise, but we were told it's

11  not ready yet because apparently lawyers at

12  Skadden are still drafting it.  I think that

13  gets to a fundamental point that I'd like to

14  address, which is this is not how contested

15  matters, serious contested matters should be

16  litigated:  having one side draft and polish a

17  declaration that is drawn from a record that

18  only they get to see.  The federal rules don't

19  say that in lieu of providing the documents to

20  your adversary, give a declaration.  If I may

21  use a recent example, when they wanted to test

22  what we had to say in our objection, they

23  didn't send over a request saying, could you

24  please provide a declaration?  They said,

25  please provide all the documents.  Now, if I

165

1            DELPHI CORPORATION

2      had come back and said, well, we won't give

3      you the documents, we'll give you the

4      declaration, I doubt that they would have

5      found that acceptable.  I think it's

6      interesting that this morning, notwithstanding

7      Your Honor's ruling, that we learn that

8      sometimes declarations have warts on them.

9      That maybe there are absolute statements such

10     as no one on the audit team was on the

11     priority list.  Those types of things that may

12     not turn out to be correct.  Now, it's one

13     thing to say we'll have a chance to cross-

14     examine that person here, but as anyone who's

15     taken a deposition knows, cross-examination is

16     much more effective if you have a document to

17     base your question on or to confront a witness

18     with.  And they would deny us that.

19                THE COURT:  Well, so you're

20     asking for the documents that underly that

21     declaration?

22                MR. COFFY:  Your Honor, we

23     are.  And I am prepared to get a compromise on

24     our request there.  Unfortunately, I know that

25     there are some folks who have also objected,

166

1                    DELPHI CORPORATION

2    other objectors, who, I believe, are here

3    today, just to watch.  Because, in addition to

4    being enjoyable, I think they want to see how

5    this plays out, because I participated in a

6    meet and confer yesterday and I think it's a

7    fair characterization to say that there is

8    some frustration on the part of other

9    objectors with the forthcomingness of the

10   debtors on discovery.  And, I think the

11   federal rules, if I could boil it down, come

12   down to the terms -- the phrase, trust but

13   verify.  We may get this declaration but how

14   can we test it?  How can we test it?

15                  Now, it's required that we be

16   able to do so is even more important here,

17   Your Honor, because frankly, there are

18   indications about why Your Honor should be a

19   little skeptical of assurances that may be

20   placed in a declaration --

21                  THE COURT:  Well, what is your

22   proposal?

23                  MR. COFFY:  My proposal is as

24   follows, Your Honor.  We would like to know

25   what the audit committee reviewed when it

167

1                    DELPHI CORPORATION

2    reached its decisions.

3                    THE COURT:  Which decisions?

4                    MR. COFFY:  Its decision on

5    who gets to stay and who gets to go.

6                    THE COURT:  Well, this isn't

7    about firing or not firing.  This is about a

8    CIRP or a KECP.

9                    MR. COFFY:  Yes, Your Honor.

10   Okay, a little bit of background.  What they

11   are telling us now is that the determination

12   about whether someone would be eligible for

13   the KECP was made by the audit committee

14   sometime in the spring of 2005.  And that,

15   although we don't know what the standard is,

16   it's illegal conduct, that's still undefined,

17   which is another troubling aspect of this,

18   that those decisions were made a long time ago

19   and apparently, had not been revisited

20   notwithstanding the serious allegations, as

21   Your Honor characterized and that we lodged in

22   our complaint, and so what we would like is

23   what did the audit committee look at, what did

24   they consider, what documents when they

25   decided that people should stay and people

168

1                    DELPHI CORPORATION

2      should go.  And our compromise --

3                    THE COURT:  But, again, I

4      don't want to beat the horse, but that's not

5      what the issue is today, people staying and

6      people going.  It's the issue of whether

7      someone gets to participate in the KECP.

8                    MR. COFFY:  Yes, Your Honor,

9      and more precisely, it's whether the debtors

10     have exercised reasonable judgment in

11     determining who is eligible.  And, it's our

12     view that there is already sufficient evidence

13     for Your Honor to have at least skepticism

14     about whether reasonable business judgment was

15     brought to bear here.  And we should be

16     entitled to develop that.  And what they are

17     telling us is that there was a process and

18     we'll give you a declaration that says here

19     was the process.  But we view the process was

20     flawed.

21                    THE COURT:  Well, so, I'm

22     going to ask this again.  You want to see the

23     documents that underlay the process, right?

24                    MR. COFFY:  And we're willing

25     to limit it to the following.  We have

169

1                    DELPHI CORPORATION

2    identified 15 specific employees of the

3    company that we believe were either

4    participating in or tolerated or knew of their

5    fraud.  And we could limit it to what the

6    committee was shown on those 15 people, plus

7    the people that were separated.  That's the

8    only way that --

9                    THE COURT:  But, I'm sensing a

10   disconnect here.  Just projecting ahead to the

11   hearing.  The debtors are going to submit this

12   declaration and they will have put the witness

13   up for an examination beforehand, and you're

14   going to be able to cross-examine the witness

15   on the veracity of the declaration, correct?

16   As to how they went about making the decisions

17   in connection with the KECP.  I see some merit

18   to your being able to take discovery as to any

19   documents reflecting what they considered as

20   reflected in that declaration in deciding on

21   the KECP.  But that's different than saying

22   that anything the debtors ever considered

23   about any of the employees covered by the KECP

24   should be provided.

25                    MR. COFFY:  Well, that's why -

170

1              DELPHI CORPORATION

2     - I take your point --

3              THE COURT:  Or, even the 15.

4              MR. COFFY:  Well, the 15.  But

5     there are specific allegations which are

6     derived from among other things, interviews

7     with confidential sources, not one or two, but

8     ten of them who are former -- many of them who

9     are former senior people who, as described in

10    our complaint, describe a pervasive account

11    culture of manipulating inventory, sales, etc.

12    Serious allegations.  And, we should be

13    entitled -- Your Honor has to say, I feel

14    comfortable that this plan has properly

15    separated the wheat from the chaff, the good

16    from the bad.  On the present record, you

17    can't do that.  And, we want to be able to

18    show through discovery, through documents,

19    underlying documents, that there are issues

20    here, that there are problems here.  And, even

21    -- Your Honor, just watching what happened

22    today, at one point, the debtors implicitly

23    criticized lead plaintiffs' counsel for using

24    a document insisting that he show him the

25    entire document.  There is such irony in that.

171

1              DELPHI CORPORATION

2     We asked for that document, and they said no,

3     you can't have it, and they persuaded you to

4     keep it from us.  Is that what's going to

5     happen on the 27th?  Are they going to say,

6     Judge, we've put forth someone who says the

7     process was fine, and they produced no

8     evidence to undermine your competence in that

9     process.  We should be entitled to discover

10    raw materials that show whether in fact the

11    process that they didn't say one word to you

12    about -- let me just --

13                  They gave you a KECP motion

14    that purported to lay out all the key terms.

15    Now, a KECP motion also purported to lay out

16    the recent history, recent events leading to

17    the bankruptcy.  Now, as you think about

18    whether you should be comfortable with the

19    declaration that comes from the debtors on

20    this issue, think back that it didn't mention

21    in those events a billion dollar plus

22    restatement, criminal and regulatory

23    investigations and the fact that senior

24    management -- many members of senior

25    management had been fired.  And they also

172

1          DELPHI CORPORATION

2    didn't mention, as they had in their chart

3    attached --

4              THE COURT:  Now, we're just

5    going over what we talked about the other day.

6    I want to get back to what I -- I didn't spend

7    all that time the other day just to, you know,

8    do it all over again.  I want to be really

9    clear about this.  I'm going to read you from

10   a case, and I want you to think -- all of you

11   -- to think about what is in front of me --

12   what is it, the 28th?

13             MR. COFFY:  27th, Your Honor.

14             THE COURT:  All right.  It's

15   the Ryan Pitchers case, 4 F3d 1095, Second

16   Circuit, 1993.  When the Court discussed the

17   nature of a proceeding -- in that case, it was

18   a proceeding under Section 365; this is a

19   proceeding under 363b.  It's basically the

20   same type of proceeding.

21             The Court made it very clear

22   that it's a summary proceeding.  At heart, a

23   motion to assume should be considered a sum re

24   proceeding, intended to efficiently review the

25   trustee's or debtors' decision to adhere to or

173

1                    DELPHI CORPORATION

2    reject a particular contract in the course of

3    the swift administration of the bankruptcy

4    estate.  It is not the time or place for

5    prolonged discovery or a lengthy trial with

6    disputed issues.  In reviewing a trustee's or

7    debtor-in-possession's decision to assuming

8    his executory contract then a bankruptcy court

9    sits as an overseer of the wisdom with which

10   the bankruptcy estate's property is being

11   managed by the trustee or debtor in

12   possession, and not as it does in other

13   circumstances, as the arbiter of disputes

14   between creditors and the estate.

15                    Finally, it is important to

16   keep in mind that the bankruptcy court's

17   business judgment is what counts in reviewing

18   the debtors' business judgment.

19                    So, I don't want to get into,

20   and I made this clear at the last time, I'm

21   not going to have a trial of your case on the

22   merits in front of me.  What I'm investigating

23   is the business judgment of the debtor in

24   making this decision to give these individuals

25   participation in a KECP.  And I agree with

174

1            DELPHI CORPORATION

2    you, based on what they put in their pleading,

3    I couldn't do that.  But, I'm not going to

4    turn it into a trial of a securities action.

5    And so, what I want to look at is what

6    underlies their decision.  They're giving you

7    a description of how they came to that

8    decision.  You have a right to ask them about

9    how they came to it.  And I believe you have a

10   right to ask them for documents that they

11   considered, that they considered, in coming to

12   that decision.  Not that you think they should

13   have considered.  But that they considered.

14            MR. COFFY:  Your Honor, if I

15   may -- on that point, we want what you just

16   said, not what they should have considered.

17            THE COURT:  Okay.

18            MR. COFFY:  Now --

19            THE COURT:  But, I think

20   that's the only point.  I don't what else it

21   is that you want.  But, I'm not sure there's

22   anything else you're entitled to.

23            MR. COFFY:  Well, I think what

24   we would like to do -- well, Your Honor, the

25   piece that we want, the piece I believe

175

1              **DELPHI CORPORATION**

2     you've just authorized us to get, is what

3     documents they considered with regard to when

4     they made these decisions.  And we accept

5     that.  We do believe that if the process was

6     flawed, as we believe it to be given who was

7     still at the company, who was entitled to a

8     KECP, despite what evidence we have developed

9     --

10               THE COURT:  All right.  Well,

11    you can tell me that.  You're fairly free to

12    tell me that.

13               MR. COFFY:  We will.  Part of

14    what we want to do with that is not a whole

15    15, but four of those people we would like to

16    depose beforehand.  Because it goes to the

17    integrity of the process, particularly, of

18    when you have a presentation that never

19    mentioned to you they had done this vetting.

20    We want to test what they say.  And I

21    understand Your Honor's concern about not

22    turning this into a trial.  Far too much of

23    what they've been saying about is decide based

24    upon who are, instead of what we say.  And, I

25    think if Your Honor wants to approve a KECP,

176

1          DELPHI CORPORATION

2    you want to feel comfortable, you want to feel

3    comfortable that it's not -- they're not just

4    putting in place -- they've screened out the

5    criminals, those with criminal conduct, but

6    what about people who knew about the fraud --

7              THE COURT:  Well, in the

8    debtors' letter it was careful to say this.

9    It was the debtors saying that they're not

10   crooks.  I didn't say that's what you're

11   limited to.  But, again it's going to the

12   business decision here, and as the Ryan case

13   says, I'm not allowed to decided whether that

14   decision was absolutely right and, therefore,

15   bring forward to today all issues related to

16   it.  I have to decide whether it's right in

17   the context of the position we're in.  So,

18   again, I don't want this to become a major

19   litigation.

20             MR. COFFY:  Your Honor, we

21   heard you loud and clear on that last week.

22   Loud and clear.  And we believed we reduced

23   what we wanted to do.  We did receive one

24   document which suggests that in the course of

25   making this decision, evidence was gathered

177

1              DELPHI CORPORATION

2      and given to an adversary to -- in a contested

3      hearing to the employers' lawyers.  And that's

4      the type of evidence --

5                   THE COURT:  I'm sorry.  To the

6      employers' lawyers?

7                   MR. COFFY:  Well, my

8      understanding -- and I don't want to say, and

9      counsel will stop me if I say too much from

10     this document which is stamped confidential,

11     that apparently there was a procedure in which

12     evidence was gathered concerning the alleged

13     misconduct of employees and then there was

14     some contested hearing apparently for the

15     audit committee.  And so, these documents

16     exist, they're apparently gathered and readily

17     accessible and have been shared with folks who

18     were in an adversarial posture, so we see no

19     reason why those can't be given to us.  I

20     think that we should -- we want to test it.

21     We're not asking for full-blown discovery.

22     We're happy to live with a three-hour

23     deposition limit that they've imposed.  We

24     believe we should get at a minimum the four

25     people we have requested.  And, Your Honor,

178

1               DELPHI CORPORATION

2    they haven't answered the question.  In my

3    mind, you did it several times, identified a

4    triggering event.  Do they intend to put on a

5    case in opposition to us?  And they won't

6    answer that question.  And if they do, we're

7    entitled to this discovery.

8               When you ruled on Deloitte,

9    Your Honor, we have a different view of the

10   serious nature of what occurred at Delphi.

11   And, respectfully, so does the U.S. attorney

12   apparently, and the SEC.  Though, we weren't

13   allowed to probe what happened there.  And we

14   respect Your Honor's ruling on that.  Lets -
                                                -

15   lets -- I would not want to have a ruling --

16   it would be unfortunate to have a ruling that

17   says that we have failed to sustain our burden

18   when we have asserted what Your Honor --

19               THE COURT:  Well, you don't

20   have the burden.  The debtors have the burden.

21               MR. COFFY:  I understand that,

22   Your Honor.  But, we have, as you noted,

23   raised serious --

24               THE COURT:  Well, actually, I

25   should press the debtors on this.  If the

179

1                    DELPHI CORPORATION

2      plaintiffs' counsel introduced their own

3      evidence as to misconduct by one or more

4      participants in the KECP, do the debtors

5      intend to contest it?

6                    MR. TENZER:  Your Honor, to

7      that question is we don't intend to put in a

8      rebuttal case.  We intend to have the ability

9      to argue whether that is relevant and then to

10     argue -- to cross-examine their witnesses and

11     so forth.  There are a series of misstatements

12     Mr. COFFY has made, and at some point I'd like

13     to be able to --

14                    THE COURT:  All right.  No, I

15     just wanted to know the answer to that one

16     question for now.

17                    MR. BUTLER:  That answer needs

18     to be in the context of something that I need

19     to say to the Court, because I think there's a

20     fundamental disconnect before you between what

21     the Court just said and what Mr. COFFY is

22     interpreting what you said.

23                    THE COURT:  Okay.  What's

24     that?

25                    MR. BUTLER:  Your Honor, Mr.

180

1          DELPHI CORPORATION

2    COFFY got up here and told the Court that the

3    audit committee vetted people who would get

4    the KECP and who wouldn't get the KECP.  The

5    debtors have never said that; that is not a

6    truthful statement.  All right?  The audit

7    committee conducted an investigation and made

8    determinations about whether people should be

9    separated from the company.  All right?  It

10   had nothing to do with a KECP.  We weren't in

11   Chapter 11, there wasn't a KECP, it had

12   nothing to do with a KECP.  Your Honor said

13   that we should provide information regarding

14   the process that went in place in terms of

15   determining how the process for the KECP, and

16   we've offered to give Mr. COFFY not only

17   testimony about how the KECP was designed and

18   the process associated with that and the

19   documents underlying that.  We have also said

20   we're prepared to give him discovery on the

21   process that the audit committee used.  But

22   the audit committee had no relationship to the

23   KECP.  None whatsoever.  And what's happening

24   here is the lead plaintiffs, once again, are

25   on a fishing expedition on historical events

181

1              **DELPHI CORPORATION**

2    designed to solicit admissions against

3    interest by the debtor to bolster their

4    securities litigation.

5                    Let me give you a good

6    example.  They really want to understand what

7    standards the audit committee used in how they

8    separated people.  And they're trying to,

9    through their discovery and the comments they

10   have made, they're trying to get us to say

11   that, gee, people who were separated were

12   separated for the following reasons.  Because

13   they want us to say, Aha, people who were

14   separated were separated because they

15   committed crimes, or because they violated

16   their fiduciary duty.  Because they want to

17   take that admission and run to the securities

18   thing and amend their complaint and say that's

19   what we admitted in this case.

20                    For the purpose of this KECP

21   hearing only, why people left this company,

22   and under what circumstances they left this

23   company, is entirely irrelevant to the KECP

24   hearing.  Yet, they want extensive discovery

25   on that.  You heard Mr. COFFY just on this

182

1          DELPHI CORPORATION

2    record a few minutes ago say, we want to have

3    the documents for the 15 people who left, or

4    whatever the number of people were that left.

5    All right?  And that is entirely unrelated to

6    the KECP.

7               Similarly, we do not believe,

8    assuming that we fulfill what we were already

9    working on with the committee and what Your

10   Honor talked about last week, which is that we

11   demonstrate at the hearing on the 27th that we

12   have agreed in our final arrangement with the

13   committee that there is a series of

14   prophylactic mechanisms designed to teck the

15   estate in case new information comes up,

16   something new happens that we understand,

17   that, in fact, there have been wrong filacters

18   that were still at the company, what

19   protection we have about how those KECP awards

20   go.  Do we cross and back or are there

21   circumstances in which we escrow matters?  We

22   intend to have a protocol with the committee.

23   We are engaged in discussions with the

24   committee on that subject.  And I thought Your

25   Honor said last week, so long as you were

183

1              **DELPHI CORPORATION**

2    persuaded that we exercised reasonable

3    business judgment in establishing those

4    mechanisms to protect the estate, that you

5    were not going to turn the 27th into a

6    sensationalistic mini-trial, and have Mr.

7    COFFY, as a matter of relevance, be able to

8    take up his individual concerns about any

9    particular individual.  That we're not going

10   to call -- that it's not relevant for the

11   hearing on the KECP, and whether we exercise

12   reasonable business judgment, for Mr. COFFY to

13   try to hold a mini-trial on whether he thinks

14   Mr. Smith is a good person or a bad person.

15   And we don't intend to present in our burden

16   or proof, in our evidence -- we don't intend

17   to present anything about any particular

18   individual.  And, in Mr. COFFY tries to attack

19   an individual in open court on the 27th, we

20   will urge Your Honor to say that's not

21   relevant to your determination, and if Your

22   Honor decides to let Mr. COFFY put some

23   competent evidence in or what he claims to be

24   competent evidence, that we would reserve the

25   right to cross-examine and to

184

1           DELPHI CORPORATION

2     argue that it's not relevant.  But we are not

3     going to contribute to that by bringing our

4     own evidence in that respect, Your Honor.

5               THE COURT:  Okay.

6               MR. COFFY:  Of course, Mr.

7     Butler has the advantage of seeing drafts of

8     the declaration, which I have not seen.  But

9     what I think I heard was there was no

10    screening of anyone in connection with the

11    KECP.  There was no process specifically for

12    the KECP to ensure that people who are not

13    deserving based on past misconduct would be

14    unjustly rewarded.  But rather that they

15    relied on work that had been done months

16    earlier by the audit committee --

17              THE COURT:  I didn¦t hear him

18    say that at all.  But you're going to have a

19    chance to cross-examine the person on that

20    point.

21              MR. COFFY:  But, Your Honor,

22    with regard to the point about whether they're

23    going to put a case on, we're entitled to show

24    that the KECP is not the result of sound

25    business judgment, based, among other things,

185

1                    DELPHI CORPORATION

2      that they failed to screen out people who

3      committed misconduct in the past.  This is not

4      a fishing expedition.  This is not pie in the

5      sky.  This is based on articulated facts.  As

6      part of that, we intend to put on a case that

7      shows that whatever process they used,

8      whenever they used it, it was fatally

9      defective in that it did not weed out the

10     former head of accounting, the former head of

11     financial reporting, people about whom we have

12     had witnesses say --

13                    THE COURT:  All right.  But,

14     again, I'm not going to turn this into a trial

15     about each of those people and their

16     liabilities, and, frankly, that's what I sense

17     you're looking for here.  Ultimately, it's

18     their burden.  I have to consider what

19     analysis they went through in making their

20     decision.  You have a right to examine their

21     witness on that analysis.  If the analysis was

22     shallow, or nonexistent, then I won't grant

23     the motion.  You, I don't think, are entitled

24     to get additional information than what you

25     already have, which, frankly, you're saying

186

1            DELPHI CORPORATION

2    with some logic, a company should have

3    considered.

4            MR. COFFY:  Your Honor, I just

5    want to -- my understanding of what you said

6    earlier is that we've been entitled -- in

7    order to cross-examine that person logically

8    and pursuant to what I heard you say earlier,

9    we would be entitled to know the documents

10   they considered.  I understand that we are

11   getting those, correct?

12           THE COURT:  Yes.

13           MR. COFFY:  Yes.  So, if we

14   have those documents --

15           THE COURT:  If there are any.

16   I don't know whether they considered them.

17           MR. BUTLER:  Your Honor, Mr.

18   Coffy is going to use that ruling to say that

19   he ought to get Mr. Sheehan Spot.

20           THE COURT:  No, 'cause that

21   wasn't what was looked at.

22           MR. COFFY:  Unless it was

23   looked at.

24           THE COURT:  Well, sure.  If it

25   was looked at --

187

1                    DELPHI CORPORATION

2                         MR. BUTLER:  By whom?  By the

3        people who designed the KECP?  Or by the audit

4        committee --

5                         THE COURT:  No, the people who

6        designed the KECP.

7                         MR. BUTLER:  And Mr. Coffy

8        believes that the role of inquiries is what

9        the audit committee looked at.

10                        THE COURT:  Well, but that's -

11       - I've already talked -- I've already said

12       that's not the relevant inquiry.

13                        MR. COFFY:  Well, Your Honor,

14       if I may, when we had our meet and confer,

15       they said there was a process, they assured

16       you there were no wrongdoers left.  And there

17       is some confusion here only because I have

18       very imperfect knowledge and have been

19       learning about bit by grudging bit.  And what

20       we were told in the meet and confer yesterday

21       was that while there was no screening, and

22       based on what I have heard now, while there

23       was no screening KECP-related, the screening

24       was done by the audit committee earlier.  And,

25       therefore, your allegation that there was no

188

1                    **DELPHI CORPORATION**

2    screening is false, because look, the audit

3    committee did it.  Well, then we should get

4    what the audit committee relied on, because if

5    the process in screening for the KECP was

6    bootstrapping what the audit committee did,

7    there's no distinction.  If Your Honor was

8    willing to give us what documents they

9    considered for the KECP and all they did was

10   adopt by incorporation prior findings of the

11   audit committee, those are the documents we

12   should get for the very same logical reason

13   Your Honor said we should get it for the KECP.

14   The confusion, Your Honor, --

15                    THE COURT:  Well, let me hear

16   Mr. -- I mean, did the KECP group consider the

17   audit committee's review?

18                    MR. BUTLER:  No, Your Honor,

19   they did not.  The KECP committee -- there

20   isn't a KECP committee -- the company when it

21   designed the KECP designed the KECP for KECP

22   eligible employees, which included a group of

23   executives here in the United States and group

24   of executives abroad.  All right?  The HR

25   group did not a time that Mr. Butler,

189

1           DELPHI CORPORATION

2  no relation to me, Kevin Butler, the head of

3  HR -- this part of the HR department -- is

4  going to be made available for testimony both

5  about the KECP -- and we agreed to go one step

6  farther with them, Your Honor, in the meet and

7  confer report that we filed.  We agreed to

8  permit Mr. Butler to testify generally about

9  the audit committee process.  All right?  And

10 we provided already a document to Mr. Coffy

11 with respect to the audit committee procedures

12 that were used, even though we thought it had

13 no relationship to the KECP, we tried to

14 provide that additional information.

15           What we have refused to do is

16 to take the bait that Mr. Coffy says what we

17 need to do is to turn over all the files of

18 all the executives who departed and all the

19 files of all the executives who are still

20 here, so Mr. Coffy can get access to that

21 discovery which he wants not for the KECP, but

22 for the securities litigation.

23           THE COURT:  Well, if --

24           MR. COFFY:  May I please be

25           DELPHI CORPORATION

190

1   responsive --

2                    THE COURT:  -- if Butler, not

3   you, the other Butler, says well, in response

4   to a question by Mr. Coffy, aren't you

5   concerned that Ms. Y was involved in the

6   following bad acts, if he responds to that by

7   saying I'm not concerned at all because Ms. Y

8   was exonerated by the audit committee and

9   that's why she's on the list, then I

10  understand Mr. Coffy's point.  But, I don't

11  know if that's his approach.  I don't if

12  that's your namesake's approach.

13                   MR. BUTLER:  Clearly, the

14  company's approach is that the people who are

15  at the company, who are executives of the

16  company today are in the company's view, KECP-

17  eligible.

18                   THE COURT:  Okay.

19                   MR. BUTLER:  All right.  In

20  the ordinary course of its business.  The

21  company also believes, and had been discussing

22  separately with the creditors' committee, long

23  before the court hearing last week,

24  prophylactic measures dealing with how to

25                   DELPHI CORPORATION

191

1    address the issue of if somebody becomes a

2    target for investigation.  For some reason,

3    someone, you know, expected to happen gets a

4    Wells Notes.  Some event occurs.  All right?

5    How does that effect distributions that we

6    made to that individual?  What happens if

7    somebody -- because we're not suggesting that

8    all of us in this room have perfect knowledge.

9    Mr. COFFY's not the only one without perfect

10   knowledge.

11                  MR. COFFY:  Mine's a lot less

12   than yours.

13                  MR. BUTLER:  We don't know,

14   all have perfect knowledge of what's going to

15   happen during the pendency of these Chapter 11

16   cases.  But we believed, and the committee

17   believed, and we know Your Honor believed,

18   that there ought to be included in the KECP

19   prophylactic protections to protect the estate

20   in the event that there is some subsequent

21   determination with respect to wrongdoing.  And

22   the company and committee are committed to

23   work out those details between the two co-

24   fiduciaries and present them to the Court as

25                  DELPHI CORPORATION

192

1    an exercise of the debtors' business judgment.

2    And we don't think Mr. Coffy gets to decide

3    whether or not we met what the standard ought

4    to be.  Or, whether Mr. Coffy likes it or

5    doesn't like it, if it's proper -

                          - if it¦s in

6    the range of relevant exercise of our business

7    judgment, and we would hope to be able to

8    persuade Your Honor that if we have a deal

9    with our co-fiduciary and they think it's

10   makes sense, we would hope to be able to

11   persuade the Court that it does make sense.

12              And, if in fact, there is

13   prophylactic protections in the KECP that this

14   issue of what Mr. Coffy wants to do is saying,

15   let's go litigate, right now; let's have a

16   min-trial on whether Mr. Smith is a good guy

17   or a bad guy, even though you didn't -- you

18   know, he's still at the company.  We don't

19   believe in the context of a Ryan and in the

20   context of a normal KECP hearing, that is

21   relevant to a KECP hearing.  And we will argue

22   then as we're arguing now that it's not.

23   Neither should there be discovery on that

24   point, nor should that be permitted at the

25              DELPHI CORPORATION

193

1    summary hearing on whether we've exercised

2    reasonable business judgment in the context of

3    setting up what, by the way, 'cause what is

4    left, Your Honor, for the 27th is a very

5    simple matter.  All it is now, in our view, is

6    an ordinary course incentive program.  That

7    has been part of this company's normal

8    structure since it's existence.

9                 So, we don't see this as --

10   you know, it was different when we had up to

11   the 27th the emergence payments and the equity

12   payments and a whole series of other things of

13   which we've agreed for the committee to put

14   off until the second half of the year.  It's a

15   whole different set of discoveries and

16   different considerations.  This is an ordinary

17   course incentive program, and what Mr. Coffy

18   wants to do is use it as a sword to get at

19   those files that the audit committee has on

20   individuals.  And, why?  Because he wants it

21   for the litigation.

22                 And just, on one other point,

23   Your Honor, in connection with that, is Your

24   Honor raised the question about whether what

25                 DELPHI CORPORATION

194

1   the debtors in reviewing any Rule 11 issues

2   with respect to the pleading file by the

3   plaintiffs in this case.  And the fact is,

4   Your Honor correctly surmised that the limited

5   document discovery that we served on the

6   debtors, or rather on the lead plaintiffs, and

7   some interrogatories which they had not

8   answered, at least as of a day or two ago,

9   were designed to elicit whether or not they

10  met their Rule 11 or, in this case, Rule 90-11

11  obligations.

12              I will tell the Court that

13  that matter is actively under review.  We

14  think there are serious questions about that

15  issue, and we believe that matter may well

16  come before this Court.  Because the document

17  production that they provided to us, other

18  than three debtor documents, was a compilation

19  of clipping services from documents filed by

20  us with the Securities and Exchange Commission

21  and various newspaper reports, including

22  reports on which Mr. Coffy is quoted as to

23  what he thinks the problems are with the

24  company.  We're going to review that

25              DELPHI CORPORATION

195

1    carefully, as Your Honor would expect, and

2    we'll be in communication with the lead

3    plaintiffs and we think with the Court on that

4    subject.

5                   MR. COFFY:  Your Honor, if I

6    may just jump on that last point.  I don|t

7    think it's any coincidence that having had our

8    documents for weeks, that it wasn't 'til after

9    Your Honor surmised last week that we had past

10   Rule 11 muster.

11                  THE COURT:  I didn't say that.

12                  MR. COFFY:  But, no, you

13   assumed that that's why they did it.  That now

14   they're stirred to make that Hail Mary pass.

15   Your Honor --

16                  THE COURT:  Well, let me say

17   for the record.  Like every judge, I don|t

18   welcome any sort of Rule 11 litigation.  It's

19   generally a sideshow.

20                  MR. COFFY:  I think the word

21   is transparent, Your Honor --

22                  THE COURT:  People have to

23   think very long and hard before they make a

24   Rule 11 allegation.  So, but --

25                  DELPHI CORPORATION

196

1                    MR. COFFY:  Your Honor, they

2    do want it both ways.  They say, no problem,

3    Your Honor, these people are all high.  We

4    say, well, we want to protest that.  Then they

5    say, well, no, no, that was done in some other

6    context.  They told us yesterday that the

7    reason their comfortable that no crooks are

8    getting -- is because of what the audit

9    committee did.  Now, they're running from

10   that.  That is precisely what we understand

11   the process was, and those are the documents

12   we should get.  And, if we could have these

13   very abbreviated depositions of four -- I'll

14   reduce it to two, so that we can say, Your

15   Honor, whatever they're telling you, whatever

16   assurances they're giving you now --

17                    THE COURT:  Well, what is it

18   that you want -- what will be the subject

19   matter of those depositions?

20                    MR. COFFY:  The head of

21   financial reporting.  We have spoken with a

22   witness who informs us that the books for 2000

23   were reopened in order to re-characterize a

24   loan from Bank One of 200 million dollars as

25                    DELPHI CORPORATION

197

1   revenue and cash flow.  Your Honor, with due

2   respect to what you said earlier, that's not a

3   foot fault, that's not a touch foul, that's

4   not a grey area of judgment.  That's black and

5   white.  That's not what you do.  So, we want

6   to enquire about her.  She's still with the

7   company, apparently still involved in

8   financial reporting.  Shouldn't the estate be

9   concerned about that?  Shouldn't Your Honor be

10  concerned?  What did the company do?  Here's a

11  question:  what did they do since they got our

12  complaint in September?  Now, I've received

13  calls.  People have read our complaint.  I've

14  received calls from the SEC and others, saying

15  these are serious.  Can you help us

16  investigate?  More than that I will not say.

17  I've gotten calls from reporters, apparently -

18  -

19            THE COURT:  But let's stay on

20  track.  That's an argument you can make at the

21  hearing.  I don't understand why you need

22  discovery for that?

23            MR. COFFY:  I understand, but

24  in order to back up, we would like Laura

25            DELPHI CORPORATION

198

1    Marion to say were you asked about these

2    things, and if we can demonstrate to Your

3    Honor that notwithstanding her involvement in

4    a 200 million dollar gimmick, they -- she has

5    passed muster for the KECP.  Wouldn't that

6    give you pause about whether the KECP is sound

7    exercise of business judgment?

8                    THE COURT:  Well, not if she

9    has to give it back or it's put into escrow.

10                   MR. COFFY:  Well, Your Honor,

11   that, to me, is a ban -- first of all, it

12   appears that our objection at least has had

13   the benefit of spurring --

14                   THE COURT:  No, no, please.

15   You know, don|t take credit for everything.

16   All right?

17                   MR. COFFY:  I'm not -- Your

18   Honor --

19                   THE COURT:  Good gracious.

20   You have to give me some credit that I've seen

21   through a number of KECPs before and they

22   generally have these types of provisions.

23                   MR. COFFY:  Very well, Your

24   Honor.  I withdraw that remark.  I apologize.

25                   DELPHI CORPORATION

199

1  Your Honor, and I contest that I forgot the

2  point we were talking about right before that,

3  but --

4            THE COURT:  You said it was

5  just a bandaid, that it would be put in escrow

6  --

7            MR. COFFY:  It's a bandaid

8  because --

9            THE COURT:  Because why?

10            MR. COFFY:  They --

11            THE COURT:  If it's put into

12  escrow, how is the estate harmed?

13            MR. COFFY:  If the estate is

14  harmed because it's a process that is infected

15  with errors, and to say that it --

16            THE COURT:  It's money.  It's

17  in escrow.  How is it harmed?  How is the

18  estate harmed?

19            MR. COFFY:  We don't know

20  that.  We don't know any of the details.

21            THE COURT:  Well, I understand

22  that.  Why should we have a whole discovery

23  festival until we know those details?  So, why

24  shouldn't I have the limited discovery that

25            DELPHI CORPORATION

200

1   the debtors propose in addition to your right

2   to get the documents that the people who were

3   putting together the KECP considered, and

4   then, if there isn't an appropriate set of

5   safeguards, then I'll adjourn the hearing and

6   let you take discovery.

7                    MR. COFFY:  Your Honor, we can

8   live with that.  But I request on one piece of

9   that.  We know, its -- representations have

10  been made that the people who decided who put

11  together the KECP relied on what the audit

12  committee did. This is all about who's getting

13  money and who should be screened out.

14                   THE COURT:  You know what?  If

15  it's put in escrow, it doesn't matter.

16                   MR. COFFY:  It does matter,

17  Your Honor.

18                   THE COURT:  Why?  Why?

19  Shouldn't your remedy be a move for a trustee

20  then?  If that's what you really think, that

21  it's not a matter of money, but it's the

22  individual people at the company?  'Cause if

23  it's just money and you put it into escrow, I

24  don't see any harm.

25                   DELPHI CORPORATION

201

 1            MR. COFFY:  Well, Your Honor,

 2    again, the devil is in the details.  We

 3    haven't seen it.

 4            THE COURT:  All right.

 5            MR. COFFY:  But the idea that

 6    based on what I understand to be the standard,

 7    that you would give bonuses to people who knew

 8    about serious accounting shenanigans.  You

 9    would give it to them and then hope to get it

10    back at some point.  Or, hope to adjudicate

11    down the road later what happened is cart

12    before the horse.  And so, Your Honor, we have

13    tried -- we believe we have complied with Your

14    Honor's direction from last week.  To me, if

15    the only disconnect in how Your Honor proposes

16    we proceed is that you're saying we're

17    entitled to probe how people were screened for

18    the KECP, or not, but not the audit committee,

19    which is where that screening took place.

20    And, respectfully, that doesn't --

21            THE COURT:  If that's what

22    comes out at the hearing, you may win.  All

23    right?

24            MR. COFFY:  Or, at the

25            DELPHI CORPORATION

202

1  deposition of Mr. Butler.

2              MR. BUTLER:  Your Honor, may I

3  --

4              THE COURT:  Fine.  But -- or,

5  I may adjourn it, because I'm not satisfied

6  with the protective measures.  But in

7  balancing in what should be done now, I don't

8  see why the debtors should be put through this

9  extra layer.  I really don't.  There are other

10 opportunities for that, if you want to put it

11 that way, in the district court, in your

12 securities litigation or in this court, in

13 appropriate litigation.  But not in connection

14 with this.  And it may be that -- I don't know

15 when you're going to be submitting this agreed

16 protocol, but it may well be that the hearing

17 gets adjourned.  It may happen.  But, I don't

18 think it's fair to have discovery in essence

19 over matters relating to the KECP only at this

20 second remove, particularly given the nature

21 of that discovery, based on what I know now is

22 going to happen at the hearing.

23             MR. COFFY:  Well, Your Honor

24 if I may just address the point.  A one point-

25             DELPHI CORPORATION

203

1    point.  Again, there's a lot being said about

2    who we are instead of what we said.  As I

3    understand it, we currently represent a class

4    with one of the largest claims --

5                    THE COURT:  No, that's not --

6    you misunderstood me.  You misunderstood me in

7    this respect.  The hearing, as I began this

8    hearing with, the hearing on the KECP is not a

9    hearing on who has criminal or civil

10   liability, or really, even who is bad and who

11   is good.  It's on the debtors' business

12   decision to enter into a KECP.  Now, at some

13   level, that has to take into account the

14   debtors' review of whether they're awarding

15   the KECP properly and, as important, whether

16   there are measures in place to make sure that

17   they don't pay money out that is not protected

18   in some way, but turns out later that they

19   were mistaken about someone.  But it's not

20   that type of hearing.  It's not a hearing

21   where someone in particular is on trial.

22                    MR. COFFY:  I understand that

23   in the normal course -- I understand that,

24   Your Honor.

25                    DELPHI CORPORATION

204

1          THE COURT:  Not in the normal

2    course -- in any course.

3          MR. COFFY:  Well, but, Your

4    Honor, you acknowledged last week that what we

5    have raised are serious allegations.  The

6    process, whatever it is, spit out a result

7    that says these people get money.

8          THE COURT:  You can still make

9    the allegation.

10          MR. COFFY:  But we should be

11    entitled to some limited discovery on that.  A

12    deposition of these people and the files that

13    Your Honor --

14          THE COURT:  No, I don't

15    believe so.  I don't believe so.  At least not

16    based on what I anticipate is going to be in

17    front of me, which is a motion that has

18    safeguards in it that this money not be paid

19    out improvidently.

20          MR. COFFY:  Well, Your Honor,

21    what I'm hearing then is that there are two

22    pieces to this, and I'm respectfully by

23    focusing on the prophylactic piece and not on

24    the going-in piece, I believe that is ill-

25          DELPHI CORPORATION

205

1   advised.

2              THE COURT:  All right.  Well,

3   if the prophylactic piece in my determination

4   turns out to be insufficient, then you can

5   take later discovery and I'll adjourn the

6   hearing.

7              MR. COFFY:  Well, Your Honor,

8   it's the first part about a process that will

9   apparently put money in the pocket of --

10              THE COURT:  You don't know

11  what it's going to say, yet.  I don't either.

12  You don't know what the safeguards are.

13              MR. COFFY:  All right.  Well,

14  then I'd like to -- I'll defer to Mr. Butler

15  to see what possibly more he could have to say

16  that he hasn't already said during my

17  argument, and then --

18              THE COURT:  Well, I don't know

19  what more there is to say.  You are entitled

20  to the documents to help you depose the

21  witness that they're going to have on the

22  KECP, so therefore, the documents that those

23  people, the personnel people -- whoever it was

24  that put together the KECP considered in

25              DELPHI CORPORATION

206

1   putting together the KECP.  I think it's

2   relevant if they just decided that they

3   weren't going to consider whether someone was

4   involved in an investigation or not.  But, I'm

5   not going to let you get into the

6   investigation.  Unless it was an investigation

7   they did in connection with the KECP.

8                   MR. COFFY:  Either directly or

9   according to my information, --

10                  THE COURT:  No, no, no.  We've

11  been through that.

12                  MR. COFFY:  Okay.  Well, Your

13  Honor, --

14                  THE COURT:  And, if in fact,

15  the protective measures that are being

16  negotiated with the committee in my mind are

17  not adequately protective, then we'll probably

18  adjourn the hearing, and we'll decide whether

19  there will be more discovery or not.

20                  MR. COFFY:  Your Honor, when

21  we get this declaration and when we depose Mr.

22  Butler, we certainly reserve the right if he

23  says, we did no screening other than what had

24  been done by the audit committee, we would

25                  DELPHI CORPORATION

207

1    again ask that we be given the limited number

2    of records that we believe are gathered for

3    the 15 who are still at the company and those

4    who left.  So, that we can do this efficiently

5    on the 27th and Your Honor can with a full and

6    fair record say, I have confidence that what

7    they have put in here passes muster.  And

8    let's not enter an order that says well, in

9    case we really screw it up we can fix it

10   later.  That seems to me cart before the

11   horse.  And we're not asking for a full

12   litigation.  We¦re talking for -- I'm now

13   asking for two three-hour depositions and

14   those documents that the audit committee

15   considered.  They're available --

16              THE COURT:  Wouldn't it end up

17   in determining -- you're asking me to

18   determine whether the audit committee acted

19   appropriately in deciding to fire someone or

20   not fire someone, and so that in fact we would

21   have a litigation on all 15 people, because of

22   course, you'd be going through that?

23              MR. COFFY:  No, Your Honor, it

24   would result in Your Honor writing a full

25              DELPHI CORPORATION

208

1   record that says if this debtor comes to me

2   and says --

3              THE COURT:  All right.  In my

4   mind, that's the same thing.  That's just

5   lawyer double-talk.  I'm sorry.  A full record

6   would be about a four or five day hearing on

7   employment matters.  And, I'm not going to do

8   that on individual employment matters.  That's

9   crazy.  I'm not going to do that.

10             MR. COFFY:  Your Honor, a more

11   complete record.  A more complete record.

12             THE COURT:  You're telling me

13   that if you call as a witness Mary Smith who

14   had, you're telling me, a review process with

15   the audit committee and deposed her about that

16   review process and the decision that the audit

17   committee made not to fire her, that that's

18   not going to turn into a full blown trial

19   about the merits of retaining Mary Smith as an

20   employee?  There's no way.  Mary Smith's

21   lawyer and the debtors' lawyer and countless

22   other people will start examining her on that

23   issue and defending her on that issue and I'm

24   going to be asked for a ruling whether Mary

25                DELPHI CORPORATION

209

1    Smith should be an employee of Delphi.  And

2    that's exactly what the Second Circuit said I

3    should not be doing.

4                    MR. COFFY:  Your Honor, we're

5    not going to ask you for that.  But, if the

6    allegations --

7                    THE COURT:  What are --

8                    MR. COFFY:  But, Your Honor,

9    if -- they have a KECP.  The KECP will give

10   money to Laura Marion.  The deposition

11   establishes that Laura Marion participated in

12   a plan whereby there was a bogus sale --

13                   THE COURT:  Well, you're

14   assuming the deposition establishes.  There's

15   going to be a huge fight over that.  Of

16   course.

17                   MR. COFFY:  But there's not

18   even --

19                   THE COURT:  So, there's a

20   solution to that, which is that the committee,

21   which is a fiduciary for all these estates,

22   and the debtor which is a fiduciary for all

23   these estates, have a measure that protects

24   against people where there is some issue.

25                   DELPHI CORPORATION

210

1   And, until I see that measure and decide

2   whether it's appropriate or not, I'm not going

3   to subject Ms. Marion or anyone else to that

4   process.  It doesn't make any sense.  It's

5   just money, and if the money is reserved,

6   there's no harm to the estate.  And there

7   would be enormous harm to the estate and to

8   these individuals in going through it in this

9   way, as you're proposing.

10                  MR. COFFY:  Your Honor, I will

11   sit down with the following statement:  It

12   appears to me that given the specific

13   allegations that have been made, given the

14   limited discovery we are seeking, that it is

15   better to see whether going into this KECP, it

16   was reasonably put together as opposed to

17   figuring out how we're going to fix it if it

18   turns out it wasn't.  Thank you.

19                  THE COURT:  All right.  Very

20   well.

21                  MR. BUTLER:  Well, just so

22   we're clear on this, is the Court therefore,

23   prepared to grant our motion to quash before

24   trial subpoenas?

25                  DELPHI CORPORATION

211

 1                THE COURT:  Yes.

 2                MR. BUTLER:  Thank you.  I

 3    will submit an order.

 4                THE COURT:  Subject again, as

 5    I said, to seeing what you're actually

 6    proposing.

 7                MR. BUTLER:  We understand

 8    that we have the burden, and we understand

 9    what the Court has said to us, and we

10    understand what I think we have to do, Your

11    Honor.  I think we're crystal clear on the

12    Court's concerns.

13                THE COURT:  Okay.

14                MR. BUTLER:  And what we need

15    to do at a summary proceeding, and we will do

16    that.

17                I do want to report, Your

18    Honor, μcause we were supposed to do this in

19    connection with this, and I think Your Honor

20    is aware of this.  We did agree in finding

21    guidance from Your Honor that we are providing

22    somedesignations highly confidential under the

23    protective order a list of the executives who

24    are intended to be eligible under the

25                DELPHI CORPORATION

212

1    incentive plan, and that eligibility will be

2    as of the date we provide the list.

3    Obviously, new hires, other people may later

4    be determined to be eligible.  But we will

5    provide that list and we have procedures and

6    designs as reported in the meet and confer

7    report to provide that to lead plaintiffs.

8                    MR. ROSENBERG:  Your Honor, a

9    point of inquiry.  Will that include the

10   titles, the job titles?

11                   MR. BUTLER:  We're happy to

12   include the job titles.

13                   MR. ROSENBERG:  Thank you.

14   Thank you.

15                   THE COURT:  Okay.

16                   MR. BUTLER:  The second piece,

17   Your Honor, is and I wanted the Court to be

18   aware, we have also agreed to produce a list

19   of the 25 individuals we referenced in the

20   KECP motion and any others whom the debtors

21   would reference in support of the retentive

22   arguments in the KECP that Your Honor talked

23   about last week.  As, I believe, plaintiffs

24   now understand, and I want the Court to

25                   DELPHI CORPORATION

213

1  understand, those 25 individuals did not

2  include anyone who was separated by the

3  company in connection with the audit committee

4  investigation.

5             THE COURT:  Okay.

6             MR. BUTLER:  I just want the

7  Court to be aware of that.

8             And then, Your Honor, with

9  respect to the balances, I understand that

10  other than providing Mr. Butler's deposition,

11  there are no other further discovery

12  requirements imposed upon us by the Court?

13             THE COURT:  Well, no.  I

14  thought you were supposed to provide the

15  documents that -- not the secondary and

16  tertiary documents --

17             MR. BUTLER:  Not the audit

18  committee documents.

19             THE COURT:  -- but the

20  documents that were actually considered in

21  connection with coming up with the KECP --

22             MR. BUTLER:  Your Honor, we

23  already have a data base of over 5,000

24  documents that have been provided to the

25             DELPHI CORPORATION

214

1    parties who have objected.  There has been a

2    lot of provisions -- or maybe, 5,000 pages,

3    rather, of documents that have already been

4    provided, and we have included as we reported

5    in the meet and confer in our letter a process

6    by which we will deliver well in advance of

7    the hearing the protocol, assuming that we're

8    able to work it out with the --

9                    THE COURT:  Well, the hearing

10   is only ten days away.  I don't know what well

11   in advance means.

12                    MR. BUTLER:  We hope to have

13   it done, as we said, by the 20th, and if we

14   don't have it done, Mr. Rosenberg and I will

15   reach an agreement about scheduling an

16   adjournment of the thing.

17                    THE COURT:  Okay.

18                    MR. BUTLER:  We're not far.

19   We're not going to come to this courtroom and

20   not provide you that which we promised we

21   would.

22                    THE COURT:  Okay.  Mr.

23   Rosenberg's been chomping at the bit to say

24   something.

25                    DELPHI CORPORATION

215

1          MR. ROSENBERG:  Well, Your

2    Honor, if you'll indulge me, and I think

3    you've been extremely indulgent this

4    afternoon, but so many statements I've heard

5    this afternoon have seemed so out-in-left-

6    field in terms of what the committee

7    anticipates happening on the 27th, that I'd

8    like to just take literally one minute to

9    outline what we think is happening and what we

10   are prepared to support, because this is what

11   we think is happening.

12            We are talking here about the

13   debtors' business judgment in proposing a

14   nine-month, nine-month, October to June, plan

15   for compensation based on performance.  With

16   granularity pursuant to which people who meet

17   an aggressive performance level are going to

18   get compensated for meeting that aggressive

19   goal, with granularity.  Not the company

20   overall, but you know, some sort of direct

21   correlation between performance of an

22   individual or group of individuals and

23   aggressively attractive performance results.

24            That's what the committee is

25            DELPHI CORPORATION

216

1   prepared to support.  And, again, it's a nine-

2   month period.  We're not talking about KECPs

3   in the --

4                THE COURT:  Wait, when does it

5   get paid?

6                MR. ROSENBERG:  Your Honor,

7   still to be discussed, still to be discussed.

8   I don't know the answer to that, but if what

9   the debtor puts forward doesn't meet the

10  definition I just described in the committee's

11  judgment, it's not going to have the

12  committee's support.  So, that's number one.

13  We're talking about a limited nine-month

14  period of aggressive performance-based goals

15  and meeting those goals.  We're not talking

16  about retention.  We're not talking a bonus

17  for emergence.  We're certainly not talking

18  about equity in a re-organized company.  We're

19  not talking about any of those things.  It's a

20  very, very limited program, which is somewhat

21  consistent, as Mr. Butler said, with past

22  programs, except frankly, far more aggressive.

23  The committee won't approve that which has

24  been on the table before.  It will be far more

25                DELPHI CORPORATION

217

1   aggressive in terms of being granularly

2   performance-based.

3                That, Your Honor, is well

4   within the debtors' business discretion, it

5   seems to me.  And will or won't get the

6   committee's support depending on the extent to

7   which it needs to stand that I just laid out.

8                Now, what is not before the

9   Court, what is not before the committee, is

10  whether any particular person is or isn't,

11  should or shouldn't be a long-term employee.

12  We're talking about a bonus, which is based

13  upon a measurement of performance for a nine-

14  month period.  And to get into the kinds of

15  issues that Mr. Coffy is talking about in that

16  context just seems to me to be truly out-in-

17  left-field, and frankly, you do have to

18  question the motives for it.

19                Part two is the piece that is

20  simply self-evident.  To the extent that any

21  one of these enmployees is conceivably tied to

22  any conceivable wrongdoing, the appropriate

23  attachment to that money has to be there.  And

24  if a committee is not satisfied with that

25                DELPHI CORPORATION

218

1   attachment, the committee will not be

2   supporting the motion, even if it meets the

3   other goal I just outlined.

4                    And that's what's before the

5   Court, Your Honor.  It is neither broad-based,

6   nor extensive in time frame, nor particularly

7   complex, in my humble judgment.

8                    THE COURT:  Okay.  All right.

9                    MR. COFFY:  Your Honor, if I

10   may just briefly respond.  The lead plaintiffs

11   are not out to disqualify any individuals.

12   That's not what this is about.  We are out to

13   prove to rebuff the presumption of

14   reasonableness by showing that the KECP is

15   flawed because whatever process they used has

16   allowed these people to remain eligible.  It's

17   a distinction.  We're not out to say, Judge,

18   you need to go individual by individual.

19                    THE COURT:  Okay.

20                    MR. COFFY:  We have certain

21   examples that we think will undermine the

22   assurances you've been giving us.

23                    THE COURT:  And as I

24   understand it, eligibility means remaining at

25                    DELPHI CORPORATION

219

1    the company, so in a way, it really does mean

2    fired or not.

3              Anyway, I think I've been

4    clear on this.

5              MR. COFFY:  Thank you, Your

6    Honor.

7              (Whereupon, the proceedings

8    concluded.)

9

10

11

12

13

14

15

16

17

18

220

1                      **DELPHI CORPORATION**

2

3                    **E X H I B I T S**

4    Description                Page      Line

5

6    **Plaintiffs 1**              24        13

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

221

# DELPHI CORPORATION

1

2

3        I, Lisa Bar-Leib, hereby certify that

4    the foregoing is a true and correct

5    transcription, to the best of my ability, of

6    the sound recorded proceedings submitted for

7    transcription in the matter of: Delphi

8    Corporation

9

10       I further certify that I am not employed

11   by nor related to any party to this action.

12

13       In witness whereof, I hereby sign this

14   date:

15   January 16, 2006.

16

17

18       _____

19

20

21

22

23

24

25

**A**

**abbreviated** 196:13
**ability** 109:15
  140:18 179:8
  221:5
**able** 87:8,23 106:3
  108:24 166:16
  169:14,18 170:17
  179:13 183:7
  192:7,10 214:8
**abroad** 188:24
**absolute** 165:9
**absolutely** 10:11
  37:16 46:8 176:14
**abuse** 142:8
**accelerated** 60:6
**accept** 175:4
**acceptable** 144:7
  165:5
**access** 82:10 189:20
**accessible** 177:17
**account** 81:22 141:4
  144:12 170:10
  203:13
**accountant** 19:23,23
  25:16 123:23
**accountants** 18:14
  21:20 29:9,20
  61:16 62:5 113:6
  124:24 137:16
  152:5
**accounting** 33:5
  48:3 66:14 74:10
  79:17 80:2 84:17
  88:15 113:5
  116:16 132:14
  134:23 136:10
  145:6 146:8 147:7
  147:20 150:2,25
  152:10,18,21
  155:13,22 157:5
  157:19 185:10
  201:8
**accurate** 95:13,25
  97:8 162:2
**accused** 114:15

**acknowledged**
  138:19,20 204:4
**acknowledgment**
  146:12
**acquisition** 81:15
**act** 143:13 144:4
  145:4
**acted** 114:10 207:18
**acting** 114:14
**action** 138:9 151:18
  154:4 155:17
  174:4 221:11
**actions** 8:10
**actively** 194:13
**activities** 73:11
**activity** 94:25
**acts** 8:17 190:6
**actual** 26:4 43:12
  56:24 63:14,15
  102:15 142:25
  153:19
**add** 51:8 161:5
**added** 159:15
  160:14
**adding** 55:13
**addition** 55:9 79:3
  89:4 112:17
  114:13 115:16
  118:2 142:10
  148:11 156:25
  166:3 200:1
**additional** 11:3
  17:25 89:7 106:11
  159:15 160:13
  163:21,22 185:24
  189:14
**address** 112:12
  139:7 163:2
  164:14 191:1
  202:24
**addressed** 9:21
  10:12 98:6
**adequate** 164:5
**adequately** 206:17
**adhere** 172:25
**adjourn** 200:5 202:5

  205:5 206:18
**adjourned** 5:14,22
  162:20 202:17
**adjournment**
  214:16
**adjudicate** 201:10
**adjustment** 57:23
**adjustments** 73:24
  125:5
**ADJ.HRG.RE** 1:21
  1:25 2:5,9,13
**administered** 96:20
**administration**
  107:17 173:3
**administrative** 6:23
  8:16,19
**admission** 181:17
**admissions** 181:2
**admitted** 128:2
  129:9 181:19
**adopt** 188:10
**adopted** 142:17
**advance** 214:6,11
**advantage** 82:13
  184:7
**adversarial** 177:18
**adversary** 164:20
  177:2
**adverse** 111:14,21
  117:14 133:20
  137:17,25 139:9
  139:16 140:5,7,15
  141:22 142:13,18
  143:8 144:16
  159:5
**advice** 140:23
**advise** 100:12
**advised** 205:1
**advising** 58:14
**advisors** 152:6
**advisory** 16:25
  45:19,23
**affidavit** 10:24 11:3
  11:20 15:15 31:2
  63:7 64:3,22 65:4
  92:3 110:11

**134:12**
**affidavits** 11:9 12:9
  12:21 110:3
  117:17 122:11
  128:15
**affirmatively** 99:9
**afternoon** 163:6
  215:4,5
**age** 28:15
**agenda** 5:17,20,21
  6:6,7,11 10:19
  107:21 119:3
  162:19,22
**aggregate** 31:11
**aggressive** 215:17
  215:18 216:14,22
  217:1
**aggressively** 215:23
**ago** 16:19 88:10
  89:14 96:21 126:6
  167:18 182:2
  194:8
**agree** 173:25 211:20
**agreed** 8:13 22:9
  159:17,24 163:24
  163:25 182:12
  189:5,7 193:13
  202:15 212:18
**agreement** 35:12
  47:25 98:12,16
  99:10 136:16
  158:6 214:15
**Aha** 181:13
**ahead** 53:17 55:24
  60:7 169:10
**Aldazar** 21:15
**Algazar** 18:10
**allegation** 94:6,11
  94:20 145:9 150:3
  153:5 187:25
  195:24 204:9
**allegations** 108:3,4
  109:6 112:2,9
  118:15 120:7
  124:10 149:13
  152:13 153:5

163:20 167:20
170:5,12 204:5
209:6 210:13
**alleged** 133:6 139:13
139:16 140:4
152:18,24 153:14
154:3 177:12
**allegedly** 138:5
152:19
**allow** 103:23
**allowed** 13:5 86:10
90:4 176:13
178:13 218:16
**alter** 126:10
**alternative** 121:17
135:6,7
**amend** 181:18
**amended** 57:8,9
**America** 16:17
**amount** 50:22 52:19
54:12 85:16 88:23
128:7,19,23 157:8
157:10,13
**amplify** 43:25
**analyses** 29:4
**analysis** 135:7
154:10 185:19,21
185:21
**Andover** 144:24
**Andrew** 3:17 5:11
6:15
**Angela** 18:10
**announced** 116:13
**annual** 50:24 106:21
**answer** 54:24 55:14
61:2 70:15,18
74:13 84:9 160:12
178:6 179:15,17
216:8
**answered** 178:2
194:8
**answers** 89:15
**anticipate** 204:16
**anticipates** 215:7
**anybody** 11:14
**anyway** 106:15

115:10 116:2
162:13 219:3
**Apart** 39:12
**apologize** 162:12
198:24
**apparently** 126:5
147:9 164:11
167:19 177:11,14
177:16 178:12
197:7,17 205:9
**appear** 98:14 99:17
152:23 158:12
**appearance** 112:5
**appeared** 5:17
**appears** 132:22
144:9,11 148:24
150:12 152:15
153:13 155:14
156:13 157:2
198:12 210:12
**apples** 68:19
**application** 5:23
6:18 7:13,16,23
11:2,6 12:18 60:17
67:17,22 68:9,16
68:17,24 69:7
102:20 104:6
105:4 106:25
107:13 108:16
119:8 136:18
149:20 160:22,23
161:4
**applications** 137:10
140:14
**applied** 58:5 142:19
**applies** 69:7
**apply** 13:10,15
**appointed** 35:5
140:21
**appointment** 35:8
155:5
**appreciate** 40:19
125:20 135:21
**approach** 23:2,4,10
23:15,21 25:12
48:19 50:3 160:2

190:11,12,14
**approaching** 88:25
**appropriate** 24:14
100:16 149:24
200:4 202:13
210:2 217:22
**appropriately**
207:19
**approval** 137:15
141:3 160:25
**approve** 119:7
130:23 137:23
149:6 175:25
216:23
**approved** 35:9,19
105:4 108:16
**approving** 67:25
68:9
**approximately**
18:25 31:5 45:6
81:20 90:3
**April** 18:25 19:12
21:9 30:5 44:5
72:9 74:7 129:5,6
**arbiter** 173:13
**area** 133:16 197:4
**areas** 29:13 66:12
**argue** 10:21 15:19
104:16 126:12
138:13 145:3
151:5 154:8 179:9
179:10 184:2
192:21
**argues** 121:12
**arguing** 39:6 75:23
192:22
**argument** 13:5,9
119:13 122:8
123:6 197:20
205:17
**arguments** 212:22
**Arps** 3:3 5:8
**arranged** 11:15
**arrangement** 182:12
**arrival** 60:5
**arrived** 86:7

**articulated** 162:3
185:5
**articulation** 13:14
**Arzdale** 16:24 45:19
110:5 123:19
**aside** 134:17
**asked** 28:18 41:4,12
43:2 48:17 50:5
51:2 52:25 54:16
56:2,5 64:25 71:3
80:17 84:3,10
90:18 91:14 98:19
109:17 118:8
127:23 131:6
132:5 137:4 150:6
171:2 198:1
208:24
**asking** 15:16 27:16
28:20 97:15 100:8
165:20 177:21
207:11,13,17
**aspect** 59:2 88:13
93:13 139:8 140:6
141:22 167:17
**aspects** 66:14 108:7
**aspersions** 117:3
131:15
**assert** 8:16 9:6,7
142:23
**asserted** 16:8 41:10
41:17 56:3 178:18
**asserting** 56:12
**assertion** 99:19
130:25
**assigned** 66:21
81:21
**assist** 137:19
**assistance** 140:23
**associated** 69:9
180:18
**assume** 115:12
134:2 150:5
159:23 172:23
**assumed** 195:13
**assuming** 126:3,3
135:13 173:7

182:8 209:14
214:7
**assumption** 37:17
**assurance** 105:25
**assurances** 166:19
196:16 218:22
**assured** 187:15
**attached** 11:6 172:3
**attachment** 217:23
218:1
**attack** 183:18
**attendance** 81:19
**attorney** 178:11
**attorneys** 3:4,13,22
4:4 137:16
**attractive** 215:23
**audit** 6:2,19 7:5 10:6
16:9,12 17:13,15
18:5,21,23 20:13
20:23 21:22,22,25
22:2,6,7,10,18,19
22:21 23:2,4,6,9
23:15,18,21 25:12
25:15 27:5 29:3,14
29:20 30:6,7,8,11
30:14,15,20,21,21
31:9,15,19 33:11
33:15,19 34:3,5,20
35:25 36:6,9,13,15
36:21,22 37:4,6,24
38:14 39:3,14
41:24 42:4,11,20
42:20 43:5,16,22
43:23 44:6,19,21
44:22,23 45:10,14
45:24 46:7,22
47:15,20 48:19
49:24 50:3,7,15,23
51:8,14,21,22
52:12,12 53:19
54:12,21 59:24
60:3,19 61:6,7,9
61:17 62:6,12,13
62:15 63:4,10,18
64:15 65:9,12,13
65:16,20,21,22

66:11,21 68:18
69:13,16,20,24
70:12 71:5,7,10,19
71:22 72:5,10,11
72:21,24,25 73:5,5
73:8,15,15,19,24
74:2,5 75:2,4,19
76:9,23,25 77:6
79:7 80:6,12,18,20
80:24 81:3,6,8,13
81:17,18 82:3,10
82:15,19,24 83:6
83:17,21 84:4,18
84:25 85:2,6,15
86:4,6,9 87:3,5,21
87:24 88:12,17,21
89:4,5,8,12 90:19
91:5,15 92:11,17
92:22 93:8 94:22
96:3 98:3,18 101:8
101:14,17,24
103:3,6,10 105:23
105:24,25 106:3,6
106:9,15,19,21
110:12,14,22
111:2 113:16
116:6,8,22 117:20
117:23 122:14
123:2,11 126:9
127:11,14,21,23
128:3,14,18,24
129:17,20,24
130:7 131:22
132:11 134:12
136:11 138:25
145:7,13 146:3,5
147:4,13 148:15
149:12 150:14,15
150:17 151:25
153:11 154:7
155:14,16 156:7,8
156:10,13 157:20
159:3 164:2
165:10 166:25
167:13,23 177:15
180:3,6,21,22

181:7 184:16
187:3,9,24 188:2,4
188:6,11,17 189:9
189:11 190:8
193:19 196:8
200:11 201:18
206:24 207:14,18
208:15,16 213:3
213:17
**audited** 33:18 62:22
105:15 129:16
158:2,17
**auditing** 29:13
30:25 46:10 47:8
48:3 54:7,10 64:16
66:16 71:14,17
81:10 85:22 92:15
95:10 116:18
129:3
**auditor** 16:22 67:5
67:15 69:10 70:3
70:25 76:10 85:9
88:3 105:7,18
106:17 115:17
118:14
**auditors** 7:7 16:9
69:25 70:22 73:22
75:18 85:19 90:23
107:22 113:22
128:10,21
**audits** 14:23 15:6
16:4 20:7,25 21:7
36:5 42:14 43:12
48:11 56:13,23
60:11 61:18 62:7
63:11 81:25 91:23
94:8 114:4 121:11
123:9 131:18
138:21 145:18
146:8 149:22
151:21 156:21
**Aughton** 17:11
19:13,14 22:12
**August** 30:13 50:11
50:16,20 52:2
58:23 129:10

**authorities** 155:7
**authorized** 175:2
**automatic** 90:4
**automatically** 113:9
**automotive** 66:2,6
66:22 147:24
**available** 106:6
130:8 189:4
207:15
**Avenue** 3:14,23 4:5
**avoid** 36:23
**avoidance** 8:10
**await** 35:7
**awarding** 203:14
**awards** 182:19
**aware** 34:12 60:14
63:3 67:21,23 68:7
75:21 76:4 77:2
92:2 94:10 101:5
146:10 148:16
160:23 211:20
212:18 213:7
**A-U-G-H-T-O**
17:11

**B**
**B** 1:18 220:3
**back** 20:18,19 40:11
72:23 99:4 100:17
120:24 122:25
135:23 136:8
165:2 171:20
172:6 182:20
197:24 198:9
201:10
**background** 93:19
167:10
**bad** 170:16 183:14
190:6 192:17
203:10
**bait** 189:16
**balance** 144:23
**balances** 213:9
**balancing** 144:13
202:7
**ban** 198:11

**bandaid** 199:5,7
**Bank** 196:24
**banker** 139:20
  140:2
**bankruptcies** 66:7
**bankruptcy** 1:1,19
  55:14 66:13,23
  78:19 88:24 101:2
  107:4 108:24
  112:9,12 113:23
  137:9,12 139:18
  140:25 141:9,11
  141:12,14,16
  142:5,24 143:17
  147:17 148:2
  149:5 151:7
  154:13 155:4
  156:2 157:15
  171:17 173:3,8,10
  173:16
**Bar-Leib** 2:19 221:3
**base** 165:17 213:23
**based** 17:24 18:17
  43:16,16 47:10
  54:6,7,24 55:4
  82:5 88:14 91:16
  91:18 103:15
  108:2,4,21 110:21
  111:7 135:6
  146:20,22 148:23
  149:2 152:23
  156:5,10 157:12
  174:2 175:23
  184:13,25 185:5
  187:22 201:6
  202:21 204:16
  215:15 217:12
**bases** 138:8
**basically** 154:9
  172:19
**basis** 30:20 63:2
  72:17 82:24 83:14
  93:8 107:10 111:6
  117:21 142:20
  153:25 158:3,17
  158:22 160:22

**bear** 84:12 168:15
**beat** 168:4
**beauty** 87:2 147:6
  147:19
**began** 59:20,24 74:5
  78:3 80:23 203:7
**beginning** 90:25
  129:3 136:16
**begun** 60:5
**behalf** 6:17,20 24:9
  54:19 85:17 88:16
  163:8
**behavior** 126:10
**belief** 73:14
**believe** 11:23,25
  17:25 19:7 20:8,14
  20:23 21:10 31:4
  31:22 42:2,7,19
  43:14 52:15 53:21
  54:9 55:14 58:23
  61:6 63:5 65:5
  68:14,24 69:18,21
  69:25 72:22 74:6
  75:12 81:16 84:24
  86:12 88:22,25
  89:6,17 91:8 92:3
  93:5 94:4 95:16
  100:5 111:7 112:6
  112:8,21 114:13
  118:16 133:17
  134:8 144:21
  153:22 155:19
  166:2 169:3 174:9
  174:25 175:5,6
  177:24 182:7
  192:19 194:15
  201:13 204:15,15
  204:24 207:2
  212:23
**believed** 146:14
  148:4 176:22
  191:16,17,17
**believes** 63:17
  141:10 148:14
  187:8 190:21
**belittled** 137:7

**bench** 100:25
  103:24
**benefit** 198:13
**Bernstein** 163:7
**best** 40:15 65:24
  71:9 95:13 120:14
  138:4 141:10
  144:5 154:10
  221:5
**bet** 115:8
**better** 52:11 66:17
  82:14 144:21
  210:15
**beyond** 31:15
  106:21,22 128:22
  152:20
**bias** 143:5
**big** 36:14 49:7,13
  54:4 79:16,25
  81:10 84:17 86:25
  88:14,16 91:10
  92:17 93:5 95:21
  133:24 145:6
  146:7 149:25
  155:13 157:4
**bigger** 49:9
**bill** 6:17 73:7
**billed** 73:4
**billion** 78:25 79:9,10
  171:21
**bills** 88:15
**bit** 10:5 42:7 43:25
  53:9 78:8 80:16,18
  80:24 83:25
  103:21 114:16
  129:12 167:10
  187:19,19 214:23
**black** 197:4
**blackline** 159:11
  161:12
**blind** 153:3
**blown** 131:18
  208:18
**board** 36:12 115:17
  116:8
**boards** 83:7

**Bob** 11:7 44:4
**bogus** 209:12
**boil** 166:11
**bolster** 181:3
**bonafide** 148:22
**bonus** 216:16
  217:12
**bonuses** 201:7
**booked** 126:23
**books** 29:11 95:7,11
  106:9 127:4
  196:22
**bootstrapping** 188:6
**bought** 117:12
**Bowling** 1:15
**box** 13:23
**breach** 90:8
**break** 54:2 75:12
  135:23
**brief** 42:9 84:20
  133:14 149:2
**briefly** 77:22 111:25
  120:22 130:15
  218:10
**bring** 26:7 44:9 91:3
  117:6 121:4,10,23
  176:15
**bringing** 119:4
  184:3
**broad** 123:11
**broadly** 78:10
  108:19
**broad-based** 218:5
**Brock** 10:25 14:4
  92:2 93:6
**brought** 91:7 121:22
  168:15
**brownie** 121:19
**Brozman** 143:16
  144:2
**BR525** 143:17
**BR672** 153:18
**bubble** 123:18
**building** 129:14
**built** 37:17
**burden** 120:13,17

122:3 130:12
131:4 149:19
158:24 178:17,20
178:20 183:15
185:18 211:8
**business** 79:9 91:4
95:14,25 105:21
112:25 117:2
168:14 173:17,18
173:23 176:12
183:3,12 184:25
190:20 192:1,6
193:2 198:7
203:11 215:13
217:4
**businesses** 79:8
158:13
**busy** 30:24
**Butler** 3:8 5:7,8
68:15 179:17,25
184:7 186:17
187:2,7 188:18,25
189:2,8 190:2,3,13
190:19 191:13
202:1,2 205:14
206:22 210:21
211:2,7,14 212:11
212:16 213:6,17
213:22 214:12,18
216:21
**Butler's** 213:10
**buying** 112:14

———————
**C**
**c** 3:1 5:4 125:8
**calendar** 90:2,2
**call** 12:24 59:8
183:10 208:13
**called** 25:16 96:22
**calls** 54:15 124:23
125:10 150:15,19
152:20 153:6,8
197:13,14,17
**capabilities** 66:17
85:12 95:13
**capable** 148:6 156:6

**capacities** 21:3
**capacity** 44:18
45:13
**career** 42:16 79:19
**careful** 151:6 176:8
**carefully** 154:11
195:1
**carried** 158:24
**carrying** 137:20
**carryover** 162:20
**cart** 201:11 207:10
**case** 1:3 22:21 27:11
28:6 29:2,3 105:11
107:2,24 109:18
109:19 110:14
112:6,11 114:6,9
117:5 118:22,22
118:25 119:6,7
120:6 124:20
126:3 129:8
130:19 131:24
137:2,14 138:12
141:5 142:19,19
143:7,14 146:21
150:7 151:7 152:4
153:18 154:24
157:15 163:19
172:10,15,17
173:21 176:12
178:5 179:8
181:19 182:15
184:23 185:6
194:3,10 207:9
**cases** 101:3 107:5,17
109:4,5,9,13
114:19 115:13
140:8 141:20
143:24 149:5
191:16
**cash** 197:1
**cast** 117:3 131:15
**categories** 108:20
139:14
**category** 111:11
**caucused** 100:17
**cause** 27:21 47:18

91:11 143:12
186:20 193:3
200:22
**causes** 142:22
**cc** 161:16
**cede** 163:3
**cent** 9:17,24
**CEO** 79:10 111:3
153:11
**certain** 35:3 56:23
62:2 106:19
132:14 154:19
163:22 218:20
**certainly** 27:24 82:9
83:9 85:13 90:8
95:14,23 206:22
216:17
**certainty** 74:9,16
95:20
**certify** 221:3,10
**cetera** 73:25 137:16
**CFO** 11:7 34:24
59:18 60:9 78:9,11
78:24 79:7 145:25
**chaff** 170:15
**chairman** 98:2
**chambers** 161:13
**chance** 86:8 89:5
165:13 184:19
**change** 70:24 80:19
111:8 116:12,14
128:7 129:4
149:11,17
**changed** 7:6 57:10
122:15 123:4
124:19
**changes** 7:25 36:22
92:4 159:12 160:9
160:13
**Chapter** 109:18
114:6 115:13
138:12 147:16,22
158:13 180:11
191:15
**characterization**
9:20 61:23 97:7

102:10 166:7
**characterizations**
134:7
**characterize** 47:12
52:18 125:18
**characterized**
108:19 124:4
167:21
**charge** 25:16 145:24
**charged** 79:25 107:4
**chart** 172:2
**check** 40:2,5 113:14
**Chicago** 3:6
**chief** 78:4 83:16
162:3
**choice** 63:24 155:9
**chomping** 214:23
**choose** 58:12
**chooses** 154:15
**chose** 54:16
**chosen** 116:5 147:21
**Christina** 18:10
21:14
**circuit** 111:19 140:8
140:12,17 142:16
156:3 172:16
209:2
**circumstance**
117:10 158:8
**circumstances**
130:21 141:5
143:4 154:19
173:13 181:22
182:21
**CIRP** 167:8
**cite** 109:6,14
**cited** 109:4,10 155:7
**citing** 141:20
**civil** 203:9
**claim** 9:3,6,8 10:3
34:21
**claimant** 143:3
**claims** 8:17,19 14:21
14:22 15:4 16:2,8
41:6,9,13,17 56:3
56:12 117:7,8,12

117:16,18 120:24
183:23 203:4
**clash** 143:10
**class** 107:21 138:9
148:17 149:18
151:10,18 152:15
154:4 155:17
203:3
**classified** 135:2
**clauses** 139:12
**clear** 9:4 31:13,14
74:3 82:4 88:8
104:25 105:5
111:19 117:9
118:12 124:19
130:5 131:23
140:9 142:10
143:24 149:18
150:7,12 156:13
157:2 162:17
172:9,21 173:20
176:21,22 210:22
211:11 219:4
**clearly** 28:12 99:10
108:14,22 110:20
133:6 158:3,9
162:2 190:13
**client** 16:9,13,25
17:6 22:11 41:22
42:24 44:11
**clients** 20:3 33:8
113:18
**client's** 29:16,21
30:3 123:14
**clipping** 194:19
**closed** 60:12
**closely** 154:9
**closing** 93:9
**code** 108:24 137:13
137:20 139:18
147:17 154:13
**Coffy** 132:9 163:2,6
163:7 165:22
166:23 167:4,9
168:8,24 169:25
170:4 172:13

174:14,18,23
175:13 176:20
177:7 178:21
179:12,21 180:2
180:16 181:25
183:7,12,18,22
184:6,21 186:4,13
186:18,22 187:7
187:13 189:10,16
189:20,24 190:4
191:11 192:2,4,14
193:17 194:22
195:5,12,20 196:1
196:20 197:23
198:10,17,23
199:7,10,13,19
200:7,16 201:1,5
201:24 202:23
203:22 204:3,10
204:20 205:7,13
206:8,12,20
207:23 208:10
209:4,8,17 210:10
217:15 218:9,20
219:5
**Coffy's** 190:10
191:9
**cognizance** 137:4
**coincidence** 195:7
**colleagues** 5:10,11
6:16
**collective** 47:25
**colloquially** 147:5
153:3
**colloquy** 100:2
**colossal** 116:3
**combination** 83:3
**come** 40:11 47:25
51:8 88:11,20
90:18 113:6
131:11 135:7,23
165:2 166:11
194:16 214:19
**comes** 106:25
144:10 171:19
182:15 201:22

208:1
**comfortable** 156:23
170:14 171:18
176:2,3 196:7
**coming** 174:11
213:21
**commenced** 30:16
**commencement**
138:11
**comment** 161:25
**comments** 181:9
**Commission** 194:20
**commitments** 85:3
87:25
**committed** 92:10
181:15 185:3
191:22
**committee** 7:6,14,18
8:7,10,11 10:20
36:7,13,21 37:5,24
38:14 39:3,14
45:11 65:12,16,21
71:11 74:2 76:23
76:25 77:6 81:3,7
81:17,18 82:3,11
82:19 98:3,18
101:8,14 103:4
107:7 114:5,18
116:8 121:9
132:12 136:18
160:11 161:18
164:3 166:25
167:13,23 169:6
177:15 180:3,7,21
180:22 181:7
182:9,13,22,24
184:16 187:4,9,24
188:3,4,6,11,19,20
189:9,11 190:8,22
191:16,22 193:13
193:19 196:9
200:12 201:18
206:16,24 207:14
207:18 208:15,17
209:20 213:3,18
215:6,24 216:23

217:9,24 218:1
**committee's** 9:11,20
61:9 62:15 80:18
80:24 82:24 83:17
83:21 159:14
188:17 216:10,12
217:6
**commodities** 112:15
**common** 30:4
**communication**
195:2
**communities** 90:13
**community** 158:16
**companies** 42:14,15
42:16 78:23 83:7,8
88:16 147:25
148:2 156:21
**company** 11:8 30:12
54:9 55:12 57:19
58:12,14,22 60:16
69:23 73:2,2 74:18
79:2,11 80:7,13
81:6 83:15 95:8
105:13 112:7
113:3,14 116:22
116:22 146:2
156:20 169:3
175:7 180:9
181:21,23 182:18
186:2 188:20
190:15,16,21
191:22 192:18
194:24 197:7,10
200:22 207:3
213:3 215:19
216:18 219:1
**company's** 29:11
145:25 153:10
190:14,16 193:7
**compare** 74:25 76:7
**compel** 2:1,6 100:19
**compensated** 215:18
**compensation** 2:3
35:13 215:15
**competence** 108:22
109:10,15 171:8

competency 101:16
103:5 120:20
122:6,10 127:10
127:15 131:14
155:20
competent 105:2
108:14 110:21
111:10 126:13
130:9,18 154:7
183:23,24
compilation 194:18
complained 151:17
complaint 152:13
167:22 170:10
181:18 197:12,13
complaints 124:11
138:10 154:4
complete 51:14
52:17 85:2 86:8
87:23 89:5,11
103:10 105:25
106:3 148:15
208:11,11
completed 130:7
completing 136:11
157:20
completion 52:7
82:18,21
complex 55:13
78:17 88:4 92:10
95:21 113:2 218:7
complexity 80:15
complicated 31:16
105:21
complied 201:13
comply 105:8
comports 163:15
composition 91:15
103:6 111:9
compound 75:11
compress 70:23
compresses 128:5
compromise 165:23
168:2
conceivable 125:15
125:24 143:19,22

217:22
conceivably 117:11
217:21
conceive 111:20
143:9
concentrating 50:18
concept 145:21
concern 9:11,20,21
10:11 34:23 37:5
37:12,24 39:15
66:25 76:12 78:13
146:11,13 147:9
148:9 149:3 151:2
175:21
concerned 67:4 93:4
93:15 94:21
113:12 118:25
130:2 148:20
190:5,7 197:9,10
concerning 177:12
concerns 35:21
42:22 45:11 73:24
90:8 93:16,17
139:4 147:13
183:8 211:12
conclude 156:4
concluded 219:8
conclusion 83:12
98:20
conclusions 15:11
113:7
concoct 111:20
concur 83:16,20
concurring 17:9
44:21
conditions 65:18
conduct 6:19 42:20
106:6 108:4 139:2
139:3 144:8 145:5
147:4 153:2
155:13,16 167:16
176:5
conducted 49:25
138:21 147:5
149:24 180:7
confer 166:6 187:14

187:20 189:7
212:6 214:5
conference 29:24
confidence 105:13
116:9 158:15,15
158:18,20 207:6
confident 92:19
confidential 170:7
177:10 211:22
confines 109:18
confirm 63:7
confirmed 100:2
conflict 37:24 38:17
39:7 75:24 77:8
94:6,14,20 102:2
120:19,23 126:11
126:16 138:24
143:15,19,20,24
144:2,11,13,21
146:15 147:2,10
148:9,21 149:23
150:5,10 153:14
153:16,16,17,20
153:21
conflicts 107:6
113:11 127:8
confront 165:17
confused 57:16
confusion 187:17
188:14
connection 5:14
41:22 42:3 43:4,9
43:11 46:17,22
47:14 48:12 50:14
53:9 80:6 88:17
92:22 99:13
113:16 126:8
145:17 147:12
149:21 150:24
151:4 158:9
163:15 169:17
184:10 193:23
202:13 206:7
211:19 213:3,21
consequences 75:3
86:23

consider 46:5
120:11,12 124:12
143:11 167:24
185:18 188:16
206:3
consideration 77:16
102:2 103:23
considerations
107:23 141:12
193:16
considered 5:18
86:14 92:16 94:21
143:7 147:3 150:4
169:19,22 172:23
174:11,11,13,13
174:16 175:3
186:3,10,16 188:9
200:3 205:24
207:15 213:20
considering 60:18
137:10 140:13
141:21
considers 155:11
consistent 74:13
216:21
consistently 25:24
consolidated 136:21
constantly 27:6
constituents 90:12
107:2
constituted 91:20,20
construction 9:13
construe 133:21
consult 132:3
contact 93:20
107:12
contended 145:10
contending 137:22
contention 151:15
contest 107:13 179:5
199:1
contested 164:14,15
177:2,14
context 92:16
106:24 144:16
151:15 176:17

179:18 192:19,20
193:2 196:6
217:16
**continue** 43:22
134:21 148:15
**continued** 37:6
148:22 149:7
**continuing** 151:23
**continuously** 21:2
**contract** 173:2,8
**contractual** 105:10
**contractually** 36:5
**contradiction**
152:16
**contrary** 144:5
**contribute** 184:3
**controls** 67:11 78:14
95:22
**conversation** 84:20
84:22 86:14
**conversations** 36:21
**Conversely** 8:17
**cooperate** 133:9
**cooperated** 133:9
**copper** 126:18
**copy** 25:8 64:9 96:19
160:3
**core** 17:23 110:7,12
**Corp** 16:17
**corporate** 43:19
88:6
**corporation** 1:7 5:1
5:6 6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1 33:1
34:1 35:1 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
46:1 47:1 48:1

49:1 50:1 51:1
52:1 53:1 54:1
55:1 56:1 57:1
58:1 59:1,18 60:1
61:1 62:1 63:1
64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
133:1 134:1 135:1
136:1,12 137:1
138:1 139:1 140:1
140:11 141:1
142:1 143:1 144:1
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1,24 155:1
156:1 157:1 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1
171:1 172:1 173:1
174:1 175:1 176:1
177:1 178:1 179:1
180:1 181:1 182:1

183:1 184:1 185:1
186:1 187:1 188:1
189:1,25 190:25
191:25 192:25
193:25 194:25
195:25 196:25
197:25 198:25
199:25 200:25
201:25 202:25
203:25 204:25
205:25 206:25
207:25 208:25
209:25 210:25
211:25 212:25
213:25 214:25
215:25 216:25
217:25 218:25
220:1 221:1,8
**correct** 12:10 17:3
17:10,16 19:7
21:24 22:3,4 23:13
23:14,19 29:11
33:5,6,8,20 34:7
41:24,25 46:19
49:4,22 50:4,12
53:8 56:9,23 59:22
61:18 62:8 65:2,10
65:19 70:7 71:2,15
75:20 77:17 78:6
82:20 89:19 97:4
165:12 169:15
186:11 221:4
**correctly** 49:17
82:16 194:4
**correlation** 215:21
**cost** 80:10 85:20
88:13,18 90:24
106:12,13 112:15
115:23 127:25
131:13 134:8,11
144:14,23 146:17
157:6,18,23 158:9
**costs** 79:25 128:4,6
128:7,8 134:12
157:3
**counsel** 40:8 69:4

70:18 94:4 98:21
99:19 100:4 111:4
161:20 170:23
177:9 179:2
**counting** 124:18
**countless** 208:21
**country** 18:2,20
105:20
**counts** 173:17
**county** 113:2
**couple** 6:22 56:20
94:2 96:21 97:3
104:24 108:18
118:11 119:14
134:3
**course** 12:8 32:21
46:5 112:24 129:4
142:18 151:2
157:22 159:15
173:2 176:24
184:6 190:20
193:6,17 203:23
204:2,2 207:22
209:16
**Court's** 142:12
**court** 1:1 5:5,16 6:4
6:13 8:4,21 9:10
9:23 10:2,9,13
11:19 12:3,6,13,15
12:19,25 13:8,18
13:22 14:2,5,8,11
14:14 15:14 16:18
24:19,25 25:6,8,25
26:6,9,14 27:20,25
28:19 32:11,19,22
32:25 37:20 38:7
39:20,24 40:4,10
40:14,16,21 47:2,6
52:22 54:18,23
55:4,19,22 56:19
57:3,5,12,25 58:7
58:11,18,25 59:4,6
59:10,13 60:10,17
61:4,25 64:2,6,9
68:21 69:2 70:17
75:10 76:18 77:20

84:14,23 85:24
86:24 87:6,12
93:25 94:12,19
96:9,13 97:15,15
97:23 98:4,11
99:15 100:21
101:9,19 102:4,25
103:12,25 104:7
104:12,17,20,22
109:22 119:2,10
121:20 122:4
124:9 126:2,15
127:16 130:21
132:20 133:3,12
135:11,19 136:4,6
136:7 141:2,9
142:6,21 144:12
149:5 154:15,22
154:23,25 155:5
156:2 159:10,20
160:5,8,17,19
161:2,6,11,16,23
162:4,6,10,24
163:2,3,5 165:19
166:21 167:3,6
168:3,21 169:9
170:3 172:4,14,16
172:21 173:8
174:17,19 175:10
176:7 177:5
178:19,24 179:14
179:19,21,23
180:2 183:19
184:5,17 185:13
186:12,15,20,24
187:5,10 188:15
189:23 190:2,18
190:23 191:24
192:11 194:12,16
195:3,11,16,22
196:17 197:19
198:8,14,19 199:4
199:9,11,16,21
200:14,18 201:4
201:21 202:4,11
202:12 203:5

204:1,8,14 205:2
205:10,18 206:10
206:14 207:16
208:3,12 209:7,13
209:19 210:19,22
211:1,4,9,13
212:15,17,24
213:5,7,12,13,19
214:9,17,22 216:4
217:9 218:5,8,19
218:23
**courtroom** 11:13
   61:14 72:8 92:13
   214:19
**courts** 141:12
   154:20 155:25
**court's** 35:8 40:19
   100:14 103:22
   109:13 137:15
   144:18 173:16
   211:12
**covenant** 86:22 90:9
**covenants** 89:17,22
   105:8
**cover** 6:2 75:5,25
   94:23 95:4 114:24
   145:16
**covered** 169:23
**covering** 76:14
   113:17,18,19
**covers** 49:13
**cover-up** 115:3
   152:2
**co-defendants**
   113:19
**co-fiduciary** 192:9
**CPA** 14:7
**crawl** 135:5
**crazy** 208:9
**create** 112:4 142:25
**creating** 111:23
**credentials** 103:5
**credit** 121:14 198:15
   198:20
**creditor** 107:11
   139:18

**creditors** 7:14 107:7
   114:17 121:8
   136:18 141:15
   173:14 190:22
**crimes** 181:15
**criminal** 120:5
   131:20 171:22
   176:5 203:9
**criminals** 176:5
**critical** 123:20
**criticized** 170:23
**crooks** 176:10 196:7
**cross** 14:21 41:3
   97:21 144:3
   165:13 182:20
**cross-claims** 15:4
   16:3
**cross-examination**
   13:12,19 59:19
   165:15
**cross-examine**
   11:14 12:20
   169:14 179:10
   183:25 184:19
   186:7
**cross-examined**
   12:9
**Crowley** 17:14
   19:16 22:13
**crystal** 211:11
**cubicle** 29:25
**culture** 170:11
**current** 27:3 49:19
   50:2 61:6 62:12,20
   63:10,25 64:15
   65:18 66:19 88:5,6
**currently** 203:3
**curve** 128:4
**Custom** 1:14
**customarily** 44:8
**customer** 158:14
**customers** 90:12
   105:12 112:13
**customs** 78:17
**cut** 114:4 115:11
   151:2

| **D** |
| --- |
**d** 1:19 5:4 77:3
   88:23 89:11 93:5
   94:6,15,22 95:10
   96:2 117:4 125:8
   133:8 148:12,17
   149:4,10 156:12
   156:16,18,24
   157:8,13,15
   158:22 159:2,3
**daily** 47:21
**damages** 76:11
**DAN** 2:15
**data** 81:14 213:23
**date** 11:21,24 27:8
   36:11 78:9 86:7
   90:7 93:2 139:22
   157:9,13 212:2
   221:14
**dated** 12:4 61:4
**David** 3:10 5:11
**day** 7:25 29:16 82:2
   82:22 116:25
   159:15 172:5,7
   194:8 208:6
**days** 86:10,11 89:25
   90:6 96:21 214:10
**de** 42:10 117:19
**deal** 109:10,11,14,15
   133:25 135:24
   159:13 163:13
   192:8
**dealing** 88:14 92:6
   112:25 113:2
   190:24
**dealt** 160:15
**debate** 97:18
**debtor** 1:9 75:17
   76:8,12 94:21
   120:13 121:8
   137:14,19 149:19
   153:11 154:13,20
   157:3 173:11,23
   181:3 194:18
   208:1 209:22
   216:9

**debtors** 1:22 2:1,5,9
2:10 3:4,13 5:13
5:24 6:18,20 10:23
11:8 14:21,23 15:4
15:5,21,25 16:3
24:10 56:4,12 60:9
67:20 68:3,11 75:4
96:23 98:22 102:5
106:9 107:22
110:24 133:22
134:22 136:9,11
136:12,17,22
137:3 138:14,16
139:6,20,21,25
144:17 145:8,14
146:6,13,24 147:2
147:15,16,25
151:5,24 152:6,10
153:23 155:8,12
155:18,21,24
158:2,4,11,19,24
163:14,18 166:10
168:9 169:11,22
170:22 171:19
172:25 173:18
176:8,9 178:20,25
179:4 180:5 192:1
194:1,6 200:1
202:8 203:11,14
208:21 212:20
215:13 217:4
**debtor's** 6:18 9:18
69:4 70:18
**debtor-in-possessi...**
173:7
**December** 12:4
34:14,16,24 51:24
53:22 71:20 81:16
90:3 116:12 130:6
**decide** 175:23
176:16 192:2
206:18 210:1
**decided** 135:16
167:25 176:13
200:10 206:2
**decides** 183:22

**deciding** 169:20
207:19
**decision** 47:12,13
48:2,3,3 59:2
60:21 65:8 81:4
82:2,25 92:15,15
110:3,12 116:19
123:19 141:7,18
141:19 143:17
167:4 172:25
173:7,24 174:6,8
174:12 176:12,14
176:25 185:20
203:12 208:16
**decisions** 46:11,12
46:21 47:5,8,17,20
47:23 48:11 92:20
92:21 110:9,17
123:10,12 141:13
167:2,3,18 169:16
175:4
**declaration** 11:7,9
11:25 61:3 63:15
64:5,7 66:25 67:2
71:24 72:14,18
73:10 75:17
128:25 163:25
164:17,20,24
165:4,21 166:13
166:20 168:18
169:12,15,20
171:19 184:8
206:21
**declarations** 122:12
128:15 165:8
**dedication** 95:16
**deep** 113:13
**deeply** 120:25
**default** 158:5
**defective** 185:9
**defending** 208:23
**defer** 205:14
**deferential** 155:8
**deferred** 54:4
**deficiencies** 154:3
**defies** 121:11

**define** 47:7
**definition** 48:5
216:10
**delayed** 91:9
**delays** 77:2
**deliver** 214:6
**Dellinger** 11:7,20
34:24 59:9,11,11
59:11,17,20 70:21
77:24 80:17 87:9
90:16 91:13 92:20
106:14 111:3
115:19 116:21
122:12,15 127:21
128:2 145:25
147:18 148:4
150:20 153:9
156:19 157:12
162:5,11
**Dellinger's** 63:15,25
128:25 156:11
**Deloitte** 1:23 2:11
3:22 5:21,23 6:11
6:19 7:7,19 8:11
8:15,18 10:25
14:10,20,22 15:3,5
15:10,20 16:2,4
23:2 25:12 31:4,6
32:15 33:7,10,21
34:10,19,25 35:12
35:14,21,22,24
36:8,15,22 37:6,7
37:25 38:16 39:6
39:15 41:5,10,14
41:17,23 42:11,13
42:18 43:4,10
44:25 46:6 50:3,13
51:18 53:2,8,15,17
54:11,13,19 56:3
58:13 60:10 62:19
63:5,17 66:8 71:25
74:5 75:4,23,23
76:13,22 77:11
81:11 82:6 85:25
86:3 87:2 88:20
91:16,21 92:7

96:20 105:2,17,21
105:24 106:12,18
107:3,11,23
108:13 110:3,9
111:12 112:4
113:13,21,23,24
113:25 114:13,21
115:4,7 116:9,15
116:19,23 117:17
118:8,14 120:12
120:14 121:6,12
121:15,16 123:21
129:24 130:22
133:19 136:10,17
136:23 137:6,23
137:24 138:3,6,19
139:9,14,18 140:5
144:20 145:3,10
145:23 146:4,16
146:18,23 147:3,8
147:10,11,18
148:5,19 150:6,13
150:17,23,24
151:3,5,22 152:18
152:25 153:7,22
154:6 155:20
156:6 157:4 178:8
**Deloitte's** 40:8 46:22
69:14 77:8 92:22
111:8 146:14,19
154:2
**Delphi** 1:7 5:1,5 6:1
7:1,6 8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1,21 19:1
19:19 20:1,4,5,13
21:1,7,22 22:1,21
23:1 24:1 25:1
26:1 27:1 28:1
29:1,2 30:1 31:1
32:1 33:1,12 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1,6,10,13,16
42:1,21 43:1 44:1

44:6 45:1,10,11
46:1 47:1 48:1
49:1 50:1 51:1,22
52:1 53:1,25 54:1
55:1 56:1,23 57:1
58:1 59:1,18,21,25
60:1 61:1 62:1
63:1 64:1 65:1,7
65:12,18 66:1 67:1
67:3 68:1 69:1
70:1 71:1 72:1,3
73:1 74:1 75:1
76:1 77:1 78:1,4
78:22 79:1 80:1,13
81:1 82:1,13 83:1
84:1,16 85:1 86:1
86:7 87:1 88:1
89:1 90:1 91:1
92:1,23 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1,18
106:1 107:1 108:1
109:1,2 110:1
111:1 112:1,12
113:1 114:1 115:1
115:25 116:1,8,11
116:15 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1 129:1
130:1 131:1 132:1
132:9 133:1 134:1
135:1 136:1,8
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1 145:1
146:1 147:1 148:1
149:1 150:1,25
151:1 152:1 153:1
154:1 155:1 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1

166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1,10 179:1
180:1 181:1 182:1
183:1 184:1 185:1
186:1 187:1 188:1
189:1,25 190:25
191:25 192:25
193:25 194:25
195:25 196:25
197:25 198:25
199:25 200:25
201:25 202:25
203:25 204:25
205:25 206:25
207:25 208:25
209:1,25 210:25
211:25 212:25
213:25 214:25
215:25 216:25
217:25 218:25
220:1 221:1,7
**Delphi's** 7:5 14:23
15:6 16:5 30:15
33:3,4 56:25 61:10
62:16 98:3 132:11
**delving** 140:14
**demands** 135:21
**demonstrate** 182:11
198:2
**Dennis** 17:21
**Denny** 20:17
**deny** 165:18
**departed** 189:18
**department** 33:5
78:16 120:4 189:3
**depending** 26:19
217:6
**depose** 175:16
205:20 206:21
**deposed** 208:15
**deposition** 7:5,9
74:14 96:20 97:19
97:24 98:2,13,20

99:2,4,16 100:22
100:23,25 101:4
103:15 104:6
165:15 177:23
202:1 204:12
209:10,14 213:10
**depositions** 196:13
196:19 207:13
**derail** 105:14
**derived** 170:6
**describe** 25:15
47:13 78:7 92:14
170:10
**described** 45:18
48:12,18 61:24
79:14,25 92:3,24
170:9 216:10
**description** 174:7
220:4
**deserving** 184:13
**designed** 8:14
180:17 181:2
182:14 187:3,6
188:21,21 194:9
**designs** 212:6
**desire** 99:3
**despite** 175:8
**detail** 47:7
**detailed** 28:7 88:5
152:13
**details** 63:2 125:17
191:23 199:20,23
201:2
**detect** 127:12
**determination**
80:18,25 82:20
83:17 134:24
135:4 146:4 147:8
167:11 183:21
191:21 205:3
**determinations**
180:8
**determine** 154:17
207:18
**determined** 101:3
212:4

**determining** 168:11
180:15 207:17
**Detroit** 17:24 18:18
21:21
**develop** 168:16
**developed** 175:8
**devil** 201:2
**dialogue** 81:23
**didn't** 129:4 184:17
**difference** 149:3
**different** 10:19,19
11:11 38:5 43:10
60:18,21 79:8 83:9
91:21 108:13
110:24 113:5,6
115:13 118:24
127:19 144:15
146:7 153:7
169:21 178:9
193:10,15,16
**differently** 84:15
139:2 143:13
145:4
**difficult** 88:7 134:19
**difficulties** 115:16
**difficulty** 143:21
**dig** 38:2 113:13
120:25 121:2
125:9
**digging** 124:15
**diligence** 145:11
**diligent** 145:11
**diligently** 95:24
**DIP** 86:21 89:17,22
90:9 105:8 158:6
**direct** 11:12,17
35:16 98:24
100:14 215:20
**direction** 22:17 81:6
98:8 201:14
**directly** 65:2 109:14
206:8
**director** 139:24
**disables** 153:22
**disabling** 143:15,20
143:23,25 144:3

144:10,20 146:25
153:16
**disagreed** 99:23
**disagreement**
116:15
**disclose** 37:8 38:17
39:8 60:17
**disclosure** 58:22
116:18 118:7
**disconnect** 169:10
179:20 201:15
**discover** 171:9
**discoveries** 193:15
**discovery** 2:1,7 6:5
6:25 118:5 124:7
135:24 163:10,21
163:23 166:10
169:18 170:18
173:5 177:21
178:7 180:20
181:9,24 189:21
192:23 194:5
197:22 199:22,24
200:6 202:18,21
204:11 205:5
206:19 210:14
213:11
**discretion** 141:8
217:4
**discretionary** 141:2
**discuss** 6:21 40:12
93:8,9,9 150:19
**discussed** 77:5
103:13 155:3
172:16 216:7,7
**discussing** 190:21
**discussion** 38:13,21
39:2 60:3 144:9
**discussions** 7:18
56:11 69:24
182:23
**disinterested** 105:3
108:15 111:13,13
117:5,13,25
133:19 137:18
138:2,23 139:10

139:15
**disinterestedness**
8:9 15:15 111:23
140:6 154:17
159:4
**dispute** 102:7,9
143:2 157:6
163:11
**disputed** 173:6
**disputes** 173:13
**disqualification**
119:6 142:9
**disqualify** 85:8
130:22 218:11
**distinction** 188:7
218:17
**distributions** 191:5
**district** 1:2 142:5
143:18 144:24
154:25 202:11
**Doc** 1:21,25 2:5,9,13
**docket** 6:3,7,9
162:23,25
**document** 24:15,21
25:22,23 26:5,15
27:3,15 28:13,20
48:18 49:3,13,19
165:16 170:24,25
171:2 176:24
177:10 189:10
194:5,16
**documents** 164:19
164:25 165:3,20
167:24 168:23
169:19 170:18,19
174:10 175:3
177:15 180:19
182:3 186:9,14
188:8,11 194:18
194:19 195:8
196:11 200:2
205:20,22 207:14
213:15,16,18,20
213:24 214:3
**doesn't** 112:20 131:4
**doing** 20:16,17 26:2

27:21 35:15,25
46:16 53:15,18
87:3,5 105:22
106:20,21 107:14
115:3,23 117:22
127:14 129:7
137:7 209:3
**dollar** 9:17,24 73:2
78:25 79:9,11
115:8 157:11
171:21 198:4
**dollars** 31:23 35:7
89:2,8 128:13
157:24 196:24
**don't** 64:6 121:18
195:6,17 198:15
**double-talk** 208:5
**doubt** 165:4
**dozens** 123:7
**draft** 164:16
**drafting** 164:12
**drafts** 184:7
**Drain** 1:19 67:24
68:8
**dramatic** 85:20
**draw** 66:14
**drawing** 143:21
**drawn** 164:17
**Drive** 3:5
**Duane** 19:4
**due** 50:21 97:20
102:12 145:11
197:1
**duplicate** 86:5
**duplicated** 128:20
**duties** 137:20
**duty** 181:16
**duty-bound** 100:15
**dwell** 111:18

──────────
**E**
──────────
**e** 1:18,18 3:1,1 5:4,4
14:4 65:23 66:4,5
66:17 67:3,8,10,18
69:8,14 75:2 79:20
80:19 85:14,21

91:3 94:15 115:14
115:15,15,20,22
115:23 116:2,5
117:2 124:21
125:7 146:10
147:21 148:8
149:4 152:14
155:14 160:5
220:3
**earlier** 35:9 44:13
46:14,18 48:10
49:18 57:17 89:24
92:13 94:25
104:17 107:8
153:8 184:16
186:6,8 187:24
197:2
**early** 70:23 74:7
**earnings** 57:24 58:5
**easy** 113:4
**economic** 142:23
**economical** 141:16
**education** 70:5
**effect** 8:9 57:20
102:6 159:7 161:5
191:5
**effective** 68:3,11
165:16
**efficient** 141:15
**efficiently** 40:3
53:19 172:24
207:4
**effort** 22:14 62:21
72:4,20,24,25
95:17 102:15
**efforts** 69:19 158:11
**egregiously** 155:3
**eight** 79:7
**Eisenhoffer** 4:3
12:23 14:19
**either** 7:24 33:23
77:11 83:6 105:22
123:16 138:3
139:21 142:25
146:14 169:3
205:11 206:8

**Elaborating** 145:9
**Electric** 79:11
**electronically** 49:6
**elicit** 194:9
**eligibility** 212:1
  218:24
**eligible** 164:4
  167:12 168:11
  188:22 190:17
  211:24 212:4
  218:16
**embodied** 49:20
**emergence** 193:11
  216:17
**emphasis** 113:10
**emphasize** 115:18
**employ** 1:23 2:11
  137:15
**employed** 221:10
**employee** 2:2 139:25
  208:20 209:1
  217:11
**employees** 90:13
  105:12 150:23
  169:2,23 177:13
  188:22
**employers** 177:3,6
**employing** 154:10
**employment** 208:7,8
**encountered** 69:16
**engage** 144:22
**engaged** 42:14 92:9
  182:23
**engagement** 9:14
  10:6,8 17:4,12,15
  17:18 18:23 19:6,9
  19:20 21:22 22:19
  23:18 28:10 30:11
  30:16 50:6,23
  124:6 129:9
  145:24 147:23
**enhance** 152:8
**enjoyable** 166:4
**enmployees** 217:21
**enormous** 210:7
**enquire** 197:6

**ensure** 95:17 97:9
  184:12
**ensuring** 140:20
**enter** 148:10 161:21
  203:12 207:8
**entered** 159:10
**entire** 24:16 25:23
  49:2 122:14
  170:25
**entirely** 108:2 123:2
  149:24 181:23
  182:5
**entitled** 7:4 168:16
  170:13 171:9
  174:22 175:7
  178:7 184:23
  185:23 186:6,9
  201:17 204:11
  205:19
**entries** 43:18
**environment** 88:6,7
  151:7
**envision** 117:10
**Enzymes** 16:17
**equal** 82:10
**equally** 125:18
**equation** 148:10
**equity** 57:23 139:19
  193:11 216:18
**Ericham** 140:11,16
  141:18,25 142:2
  142:14,16 150:7
**Ernst** 7:8 54:16 65:8
  65:13,17 67:25
  68:9,17 69:12 71:3
  82:25 83:18,22
  84:3,7,8,10
**error** 76:14 124:5
  125:23
**errors** 37:8 38:18
  39:9 74:10,16,21
  75:5,25 95:18
  123:13 199:15
**escapes** 121:5
**escrow** 182:21 198:9
  199:5,12,17

**200**:15,23
**ESQ** 3:8,9,10,17,18
  3:19 4:1,8
**essence** 88:10
  138:19 155:22
  202:18
**essentially** 138:13
  139:12 140:10
  149:15
**establishes** 209:11
  209:14
**establishing** 183:3
**estate** 86:23 109:2
  111:15 117:14
  119:5 120:15
  133:20 137:18,25
  138:5 139:10,17
  141:14 142:24
  143:2,5 144:5,6,14
  173:4,14 182:15
  183:4 191:19
  197:8 199:12,13
  199:18 210:6,7
**estates** 6:21 88:18
  102:19 106:12
  107:16 209:21,23
**estate's** 106:16
  173:10
**estimate** 52:8 54:13
  89:13 157:11,12
  157:23
**estimated** 134:11
**et** 73:24 137:16
**Europe** 79:11
  148:16
**evaluate** 60:23
  65:20,22 84:16
  85:13 113:4
  115:23
**evaluated** 83:10
**evaluating** 84:15
  140:25
**evaluation** 67:19
  68:2,10 116:25
**event** 100:3 156:4
  178:4 191:4,20

**events** 171:16,21
  180:25
**everybody** 122:20
**evidence** 11:12,17
  26:18 93:2,10 96:2
  113:20 121:22
  124:8 126:13
  130:9,19 131:5,12
  131:22 132:6
  134:18 145:22
  149:10 168:12
  171:8 175:8
  176:25 177:4,12
  179:3 183:16,23
  183:24 184:4
**evidentiary** 11:10
  145:19
**evidentry** 96:17
**exact** 36:11 63:2
  72:23 76:24 114:6
**exactly** 125:14,23
  131:23 147:18
  209:2
**examination** 14:15
  40:24 41:4 77:23
  169:13
**examine** 165:14
  185:20
**examining** 208:22
**example** 20:6
  126:21 152:5
  154:21 164:21
  181:6
**examples** 218:21
**exception** 130:20
  136:19
**excerpt** 24:23
**Exchange** 194:20
**excuse** 30:18 65:21
**excused** 161:22
**executed** 15:20
  50:10
**execution** 22:18
  50:15
**executive** 59:17
**executives** 188:23

188:24 189:18,19
190:15 211:23
**executory** 173:8
**exercise** 85:11 141:2
183:11 192:1,6
198:7
**exercised** 141:9
158:25 168:10
183:2 193:1
**exhibit** 25:4,11
48:22 49:15,20
132:18
**exhibits** 25:24
**exist** 177:16
**existed** 127:6
**existence** 142:13
193:8
**existing** 149:12,13
**exonerated** 190:8
**expect** 149:25 158:7
195:1
**expectation** 145:5
**expected** 191:3
**expedite** 103:22
**expedited** 102:20
**expedition** 180:25
185:4
**expeditious** 141:15
**expend** 89:7
**expenditures** 89:3
**expense** 74:25 75:17
76:8,9 138:18
**expenses** 76:11
**experience** 16:8
42:19 44:24 45:5
47:11 54:7 55:7
65:25 66:5,7,12,18
66:19,22 79:5,19
83:5,8 88:14 91:5
92:6 93:14 110:22
111:7 147:24
149:4 156:15,17
156:19,20
**experienced** 113:22
**expertise** 81:23
147:22

**experts** 66:15
**explain** 47:17 89:20
**explaining** 164:2
**exploring** 145:21
151:14
**exposure** 145:17
**express** 140:7
**expressed** 34:23
42:21 45:11 66:25
**expression** 146:12
**extension** 86:11 90:5
**extensive** 65:11
66:11 81:9 85:11
105:17 156:15,20
181:24 218:6
**extent** 8:15 13:6
35:24 42:22 80:4
82:23 99:5 117:17
120:15 122:22
160:15 217:6,20
**extra** 21:11 29:3
70:4 89:10 121:14
121:18 148:7
151:6 157:18
202:9
**extraordinary**
158:11
**extremely** 215:3
**eye** 153:3
**e-mail** 161:13

___

## F

**F** 1:18
**face** 99:6 142:11
**facilities** 90:14
**facility** 89:18
**facing** 65:19 150:24
**fact** 29:14 38:14
40:2 55:13 56:3
61:15 76:12 82:12
84:3 87:21 111:20
112:3,19 116:4
120:23 121:15
126:24 128:12,16
129:18 130:24
133:23 137:4,24

144:19 146:11,16
148:19 149:21
151:3 154:4
155:12 171:10,23
182:17 192:12
194:3 206:14
207:20
**factor** 94:14,18
**facts** 13:11 99:7
123:3 141:4
142:20 185:5
**factual** 138:7
**failed** 127:12 178:17
185:2
**failure** 86:20 90:6
119:7 158:2
**fair** 9:19 21:19
22:15 34:2 35:23
47:6 49:12 74:8
76:20 77:13 80:9
84:11 166:7
202:18 207:6
**fairly** 31:14 62:24
65:11 93:21 95:14
175:11
**fairness** 24:11
160:19
**fall** 36:10
**falls** 139:14 153:14
**false** 188:2
**familiar** 21:8 22:25
60:12 68:22 79:23
80:10 94:5
**far** 46:4 122:25
128:13,18 158:12
158:20 175:22
214:18 216:22,24
**farther** 189:6
**fashion** 103:11
**fashionably** 118:23
**fatally** 185:8
**fault** 197:3
**Fay** 143:16
**February** 51:24
73:16,17
**federal** 164:18

166:11
**fee** 89:8
**feel** 43:20 84:12
170:13 176:2,2
**feeling** 102:17
**fees** 31:3 35:7
117:18 149:7
**felt** 65:16 66:4 71:5
103:9
**festival** 199:23
**fiduciaries** 191:24
**fiduciary** 108:25
140:24 181:16
209:21,22
**field** 18:4 21:5 23:21
23:22,23 24:5
25:17 26:23 27:12
27:13 28:2,3,7,8
28:21 62:6 123:24
215:6
**Fifth** 4:5 35:19
**fight** 209:15
**figuring** 210:17
**filacters** 182:17
**file** 6:9 86:20 194:2
**filed** 7:12,14 10:18
10:24 11:4,24 12:2
34:14 39:12 57:7
68:16 107:7
112:12 116:11
138:11 157:15
189:7 194:19
**filer** 89:23
**files** 189:17,19
193:19 204:12
**filing** 78:13 88:24
139:23,24
**filings** 105:7 163:9
**final** 91:13 97:5,9
118:11 160:22
182:12
**finalize** 7:20
**Finally** 142:2 173:15
**finance** 78:15
**financial** 14:24 15:6
16:5,23 18:24 19:9

23:12 30:15 32:4
33:4,8,12,18 34:4
36:25 37:9 38:19
39:10 46:23 49:24
50:24 56:25 61:10
62:16 74:11,17
75:3,6 76:2 78:4
78:14 83:16 91:22
92:23 94:8 95:6
105:15 116:17
127:6 129:13,15
131:19 138:15
158:16 162:3
185:11 196:21
197:8
**financials** 33:23
86:21 91:8 154:6
158:3,17
**financing** 89:18
124:25 158:6
**find** 37:8 38:18 39:9
75:25 91:9 126:21
127:3 144:19
145:16 158:21
**finding** 8:8 76:14
211:20
**findings** 73:24
188:10
**finds** 75:5
**fine** 6:13 12:15 38:8
40:6,10 55:22
104:8 135:18
171:7 202:4
**finish** 54:11
**fire** 207:19,20
208:17
**fired** 120:3 171:25
219:2
**firing** 167:7,7
**firm** 19:22 22:8
32:18,23,24 42:18
44:8 54:10,20
55:10,10,12,16
60:18,21 70:5,12
71:14,18,22 72:2
72:18 81:17 84:17

85:2,22 86:4,6
88:11,19 89:4
90:18 91:10 106:2
106:5,7 111:8
127:22 128:3
130:6,6,23 136:10
145:6 146:8 150:2
155:13 156:6
157:5,17,19
**firms** 36:14 59:24
60:3,4,23 63:4
65:21,22 66:11,15
66:16 69:20 73:5
79:17 80:2,5,11
81:8,10,13 82:8,14
83:6,9 85:6 86:25
87:21 88:15
101:21 103:8
127:23 130:10,13
130:17 131:2,6
147:7,20 152:21
155:22
**first** 5:18 6:12,24
12:21 13:5,19 22:8
25:11,13 29:10
51:5,19 60:20 70:9
73:21 85:5 93:3
95:2,5 103:2
108:21 112:6
122:9 124:24
129:19,23 133:14
137:24 139:7,8,11
151:16 158:5,25
163:3 198:11
205:8
**first-hand** 16:7
**first-quarter** 90:25
**fiscal** 6:2
**fishbowl** 151:7
**fishing** 180:25 185:4
**five** 79:6 208:6
**fix** 207:9 210:17
**flawed** 168:20 175:6
218:15
**Fleming** 17:22 20:21
**Flom** 3:3 5:9

**Floor** 4:5
**flow** 197:1
**focus** 140:4 142:12
150:8
**focuses** 138:15
**focusing** 204:23
**folks** 165:25 177:17
**follow** 69:20
**following** 51:4 82:2
82:22 86:18 99:15
142:17 151:16
168:25 181:12
190:6 210:11
**follows** 166:24
**followup** 83:13
**follow-up** 52:6
55:21
**foot** 197:3
**forced** 112:9
**foregoing** 221:4
**foreign** 157:10
**forensic** 85:7 124:15
153:2
**forgot** 199:1
**form** 33:25 46:25
47:4 122:24
**formal** 33:22
**former** 170:8,9
185:10,10
**formula** 31:16
**formulation** 142:17
**forth** 23:5 37:25
42:8 99:4 111:17
120:24 125:7
131:11 138:8
155:6 159:5,22
171:6 179:11
**forthcomingness**
166:9
**Fortune** 156:21
**forward** 94:16 98:7
117:21 146:9,9
151:8 176:15
216:9
**foul** 197:3
**found** 6:3 144:11

154:22 155:2
165:5
**foundation** 37:16
75:8 76:16
**four** 36:14 45:9 60:4
66:16 71:24 73:10
79:16 80:2 81:10
81:13 84:17 86:25
88:15 91:10
119:17 145:6
146:7 147:7
149:25 155:13
157:5 175:15
177:24 196:13
208:6
**fourth** 12:2 34:5
51:7 73:19 129:18
129:22
**frame** 218:6
**frankly** 103:14
104:19,25 109:5
133:4,23 160:19
166:17 185:16,25
216:22 217:17
**fraud** 112:22 124:16
124:17 153:4
169:5 176:6
**free** 175:11
**frequent** 93:8
**frequently** 150:18
**fresh** 43:21,21 44:2
44:7 45:18
**Friday** 100:11
**front** 48:22 49:9,14
49:21 63:8 136:8
172:11 173:22
204:17
**fruition** 135:8
**frustration** 166:8
**fulfill** 108:25 182:8
**full** 39:3 86:9 113:25
157:12 207:5,11
207:24 208:5,18
**fully** 49:25 156:6
**full-blown** 177:21
**function** 80:6,12

136:13 150:8,11
152:3 153:23
154:7
**functions** 152:7
**fundamental** 138:7
164:13 179:20
**further** 34:20 37:8
39:8 55:18 77:18
93:24 96:9 104:5
140:16 145:17
146:21 148:3
150:24 151:12
213:11 221:10
**furtherance** 10:18
25:22 140:23
**future** 36:23 54:5
117:11 147:14
**F2d** 156:3
**F3d** 140:11 172:15

---

**G**

**G** 5:4
**Gallagher** 162:7
**gaps** 120:16
**gathered** 176:25
177:12,16 207:2
**GE** 79:6,18,19
**gears** 80:16
**gee** 181:11
**general** 47:19 51:22
52:9 79:11 111:4
142:17 144:17
152:5
**generally** 21:25
28:20,24 43:6,7
47:11 53:5 79:16
80:11,14,21 94:5
137:9 155:8 189:8
195:19 198:22
**gentlemen** 11:12
**getting** 13:11 24:12
68:19 100:7
106:15 115:17
134:17 159:19
186:11 196:8
200:12

**gigantic** 119:18
**gimmick** 198:4
**gist** 8:5
**give** 25:8 55:2 121:4
164:20 165:2,3
168:18 173:24
180:16,20 181:5
188:8 198:6,9,20
201:7,9 209:9
**given** 48:6 77:15
82:7,9,11 90:19
101:2 106:2
133:25 145:14
147:18 163:18
175:6 177:2,19
202:20 207:1
210:12,13
**gives** 70:12 121:9
144:3
**give-and-take** 81:22
**giving** 120:24 174:6
196:16 218:22
**glad** 24:17
**gleaned** 65:3
**global** 42:15 62:25
80:15
**GM** 125:3
**go** 7:21 16:21 24:20
29:10 40:2 52:22
55:23 80:19 82:25
83:17 97:9 106:13
109:24 111:25
117:2 120:21
128:9 135:4
161:23 167:5
168:2 182:20
189:5 192:15
218:18
**goal** 215:19 218:3
**goals** 216:14,15
**goes** 28:25 132:16
132:24 141:19
175:16
**going** 7:21 13:10
16:22,24 24:20,23
28:12 53:17 55:23

63:14 65:10 83:22
85:10 94:16 99:8
99:11 100:6
104:16 105:23
106:2 109:12
112:4 113:13,21
114:22 115:12
116:13 117:21,22
120:20 121:3,7,20
122:25 123:11
128:3,9 129:8
130:3 131:23
134:5 135:22
145:12 146:8,9
151:8 168:6,22
169:11,14 171:4,5
172:5,9 173:21
174:3 176:11
183:5,9 184:3,18
184:23 185:14
186:18 189:4
191:14 194:24
202:15,22 204:16
205:11,21 206:3,5
207:22 208:7,9,18
208:24 209:5,15
210:2,8,15,17
214:19 215:17
216:11
**going-in** 204:24
**Gonzales** 118:21
142:4 143:6
**good** 5:7 6:14 14:16
14:17 40:25 41:2
53:24 77:24,25
163:6 170:15
181:5 183:14
192:16 198:19
203:11
**gotten** 127:22
197:17
**governance** 88:7
**government** 10:7
119:18
**government's**
135:20

**gracious** 198:19
**grant** 4:3 12:23
14:18 185:22
210:23
**granted** 160:22
**grants** 7:23
**granularity** 215:16
215:19
**granularly** 217:1
**great** 30:22 137:2
**greater** 47:7 145:20
156:22
**Green** 1:15
**Greg** 15:9
**GREGORY** 4:1
**grey** 197:4
**grounds** 38:15
133:18 137:22
155:20
**group** 47:23 79:7
148:8 188:16,22
188:23,25 215:22
**groups** 91:22
**grudging** 187:19
**guarantee** 74:15
95:19
**guess** 26:9 51:25
57:15 88:22 97:12
132:18
**guidance** 163:16
211:21
**guy** 192:16,17

---

**H**

**H** 220:3
**Hail** 195:14
**half** 108:11 193:14
**hand** 76:10,10
159:21 160:2
**handed** 132:9
**hands** 22:23 156:15
**handwriting** 161:8
**happen** 112:23
171:5 191:3,15
202:17,22
**happened** 58:4

108:12 118:19
119:25 120:3
125:14 126:4,5,5
145:7 170:21
178:13 201:11
**happening** 180:23
215:7,9,11
**happens** 182:16
191:6
**happy** 163:3 177:22
212:11
**hard** 47:17 195:23
**harm** 119:5 158:4
200:24 210:6,7
**harmed** 199:12,14
199:17,18
**head** 185:10,10
189:2 196:20
**headed** 156:8
**hear** 13:12,19 72:12
92:14 184:17
188:15
**heard** 24:12 25:23
28:14 45:5 48:25
62:4,10 94:3,19
103:16 105:16
106:7,14 107:25
108:6 110:2,16
111:2 115:14,18
117:15 122:18
130:16 176:21
181:25 184:9
186:8 187:22
215:4
**hearing** 5:15,17,19
5:22 7:24 98:6,24
136:17 145:20
152:17 162:4,20
162:21 169:11
177:3,14 181:21
181:24 182:11
183:11 190:23
192:20,21 193:1
197:21 200:5
201:22 202:16,22
203:7,8,8,9,20,20

204:21 205:6
206:18 208:6
214:7,9
**heart** 172:22
**heavily** 51:22
**heavy** 29:19
**held** 155:25
**help** 103:21,22
197:15 205:20
**helpful** 40:23 133:5
**herring** 115:25
**hiatus** 20:2
**hidden** 124:14
**hide** 96:5
**Higgins** 19:4,5
**high** 155:3 157:7
196:3
**higher** 90:24
**highlights** 101:7,13
102:14
**highly** 45:3 92:9
211:22
**hire** 140:18 144:17
**hires** 212:3
**hiring** 144:14
**historical** 180:25
**history** 21:9 171:16
**hold** 137:17 183:13
**holder** 139:19
**holding** 139:15
159:4
**holdover** 122:18
**holdovers** 122:24
**holds** 139:9
**holiday** 53:25
**HON** 1:19
**Honor** 5:7,15 6:15
6:21,24 7:2,9,11
7:22,22 8:2 9:22
10:10,18,22 11:10
11:16,25 12:17,22
13:4,15 15:8 24:7
25:5 28:11 37:10
38:5 39:19,22
40:18 54:15 55:18
55:20 61:20 63:13

64:8 68:14 70:14
75:8 76:15 77:19
77:21 84:6,12
93:24 96:11,16,19
96:25 97:2,17 98:5
98:16 99:21,24
100:8 102:22
103:20,24 104:4
104:16 106:11,24
108:5,22 110:23
111:16 112:8,17
113:11 114:12,17
115:2 116:5,10
117:9,24 118:2,6
118:10,20 119:9
119:11 121:6
122:2,10,11
131:10 132:2,5,5
132:17 133:13
134:5,8,16 135:9
135:17 136:3
159:8,19 160:2,14
160:21,23 161:10
161:15,20,20,24
162:9,15,18 163:7
163:9 164:6
165:22 166:17,18
166:24 167:9,21
168:8,13 170:13
170:21 172:13
174:14,24 175:25
176:20 177:25
178:9,18,22 179:6
179:25 180:12
182:10,25 183:20
183:22 184:4,21
186:4,17 187:13
188:7,13,14,18
189:6 191:17
192:8 193:4,23,24
194:4 195:1,5,9,15
195:21 196:1,3,15
197:1,9 198:3,10
198:18,24 199:1
200:7,17 201:1,12
201:15 202:2,23

203:24 204:4,13
204:20 205:7
206:13,20 207:5
207:23,24 208:10
209:4,8 210:10
211:11,18,19,21
212:8,17,22 213:8
213:22 215:2
216:6 217:3 218:5
218:9 219:6
**Honor's** 6:10 98:7
163:16 165:7
175:21 178:14
201:14
**hood** 113:14
**hope** 157:19 192:7
192:10 201:9,10
214:12
**hopeful** 164:6
**hoping** 13:4
**horse** 168:4 201:12
207:11
**hour** 81:20 136:4
**hours** 52:13 85:16
**House** 1:14
**housekeeping** 6:23
97:12
**HR** 188:24 189:3,3
**huge** 209:15
**human** 151:11
**humble** 218:7
**hundred** 9:24
119:20
**hundreds** 119:21
123:7

**I**

**I'll** 10:4 103:14
163:3
**idea** 36:7 115:22
201:5
**identified** 74:12,21
126:17 169:2
178:3
**identify** 18:7 25:14
25:24 123:16,17

**III** 3:18
**ill** 204:24
**illegal** 167:16
**Illinois** 3:6
**imperfect** 187:18
**IMPLEMENT** 2:2
**implication** 9:12
**implicitly** 170:22
**implies** 122:16
**importance** 137:8
**important** 47:19
102:19 105:9
106:23 115:18
133:16 136:13
140:20 157:25
166:16 173:15
203:15
**importantly** 106:4
106:10 118:6
158:10
**imposed** 177:23
213:12
**impossible** 74:15
84:25 85:10 86:6
88:11
**impression** 122:13
**improperly** 138:20
**improprieties**
152:18
**impropriety** 112:5
**improvident** 138:4
**improvidently**
204:19
**inability** 152:25
158:16
**inadequate** 164:8
**inappropriate** 15:13
**inaudible** 5:25
131:25
**incentive** 37:7 38:2
38:17 39:8,16
75:25 95:4 96:5,7
114:14 120:25
121:4,10 144:4
193:6,17 212:1
**inclined** 145:15

**include** 37:18 69:24
212:9,12 213:2
**included** 32:6,21
46:4,12 61:8 62:14
160:24 188:22
191:18 214:4
**includes** 157:14
**including** 22:10
31:20 36:15 42:15
45:10 55:11 66:13
66:13 79:6,8 81:11
136:22 145:22
147:7,15,25
161:17 194:21
**income** 138:17
**incompetent** 109:9
138:6
**incorporation**
188:10
**incorrect** 95:7 96:6
96:8 135:13
**increase** 85:20
**increased** 139:4
**incur** 128:4
**incurred** 35:6 128:9
157:18
**indemnification**
8:22 9:14,17
**indemnities** 109:11
**indemnity** 10:5,6
117:20
**independence** 85:13
130:16,18,24
131:3,7
**independent** 43:20
44:9,10 67:5,15
69:10 73:22 85:9
85:19 88:2,3,4
90:23 91:12 106:8
115:21 134:25
135:3
**independently** 44:12
69:5
**indicated** 46:14 53:7
**indicates** 63:16
**indication** 114:9

**indications** 166:18
**indirect** 125:2
**individual** 183:8,9
183:18,19 191:6
200:22 208:8
215:22 218:18,18
**individually** 58:10
**individuals** 46:3
62:22 92:2 150:16
173:24 193:20
210:8 212:19
213:1 215:22
218:11
**indulge** 39:25 215:2
**indulgence** 40:19
**indulgent** 215:3
**industrialized**
105:20
**infected** 199:14
**infer** 103:18
**inference** 148:19,24
149:15
**information** 81:12
81:13 118:4
124:13 132:15
180:13 182:15
185:24 189:14
206:9
**information's**
103:17
**informed** 36:11
68:15
**informs** 196:22
**initial** 29:13
**initiated** 132:7
**input** 47:14 65:22
83:3 84:22
**inquiries** 101:21
140:10 187:8
**inquiry** 132:13,21
132:24,25 139:12
150:22 187:12
212:9
**insider** 139:19
**insisting** 170:24
**instance** 29:10

**124:25** 136:23
**instances** 97:20
136:23
**instigate** 121:15
**instigated** 132:7
**instituted** 132:12
**institutional** 119:18
119:22
**instructed** 60:6
**insufficient** 205:4
**insulted** 104:20
**insuring** 95:11
**insurmountable**
131:7
**integrity** 175:17
**intend** 178:4 179:5,7
179:8 182:22
183:15,16 185:6
**intended** 40:7 98:23
172:24 211:24
**intense** 29:15
**intention** 98:25
**intentional** 95:18
**intentionally** 95:7
**interest** 39:7 77:8
94:7 102:2 106:17
107:16 111:14
117:14 120:15
133:20 137:3,9,17
137:25 138:5
139:9,16 140:3,5,8
140:15 141:14,22
142:13,18,21,23
143:7,9,12 144:5
144:16 148:9
149:23 150:23
154:10 159:5
181:3
**interesting** 165:6
**interim** 30:21 35:13
129:11
**interlineations**
159:16 160:3
161:7
**internal** 78:14 79:6
132:12

**internally** 85:11
**international** 72:25
  153:18
**interpreting** 179:22
**interrogatories**
  194:7
**interrupt** 24:8 32:12
  37:15
**interviewed** 101:22
  103:9 148:5
**interviews** 170:6
**introduce** 26:10,18
**introduced** 35:18
  179:2
**inventory** 125:2,8
  170:11
**investigate** 115:22
  135:5 197:16
**investigating** 173:22
**investigation** 61:9
  62:15 101:15
  103:4 120:4,5
  121:16 132:7,12
  151:19 180:7
  191:2 206:4,6,6
  213:4
**investigations**
  131:20 171:23
**investment** 139:20
  140:2
**investor** 78:12
**investors** 119:18,22
**invited** 116:23
**Involve** 78:11
**involved** 43:11
  46:16 48:10 58:13
  59:2 61:7 62:13
  63:11 64:16 83:7
  110:10 126:25
  131:17 150:16
  153:12 160:20
  190:5 197:7 206:4
**involvement** 44:6
  198:3
**irony** 170:25
**irrelevant** 181:23

**issue** 8:14 15:13
  26:10 33:11,21
  81:24 87:17 93:5
  103:23 117:24
  134:16 135:24
  154:9 158:2 168:5
  168:6 171:20
  191:1 192:14
  194:15 208:23,23
  209:24
**issued** 30:12 33:19
**issues** 69:16 78:20
  85:5 90:11 92:10
  93:10 94:24 107:6
  107:9 117:7
  159:13 163:12
  164:10 170:19
  173:6 176:15
  194:1 217:15
**it's** 192:5
**item** 6:6 162:21
**items** 6:11 124:22
  138:18
**it'd** 90:8
**i.e** 76:13

――――――――――
**J**

**J** 59:16 162:5
**Jack** 5:8
**JAMES** 4:8
**January** 1:11 5:19
  6:7 51:24 54:3
  61:4 67:14,24 68:8
  91:3,7 162:21
  221:15
**Jeff** 17:11 22:12
  93:6
**jeopardize** 158:18
**jeopardy** 149:8
**Jim** 12:23 14:18
**job** 44:4,4 45:3,21
  79:12 95:15
  114:10 115:4
  212:10,12
**JOHN** 2:14,15 3:8
**join** 18:22 19:8

**joined** 30:6
**joint** 22:13
**JR** 3:8
**judge** 1:19 67:24
  68:8 118:21,25
  142:3 143:6,16
  144:2 171:6
  195:17 218:17
**judgment** 117:3
  124:23 125:10
  144:17,19 150:15
  150:19 152:20
  153:6 159:2
  168:10,14 173:17
  173:18,23 183:3
  183:12 184:25
  192:1,7 193:2
  197:4 198:7
  215:13 216:11
  218:7
**jump** 195:6
**June** 30:24 50:19,21
  215:14
**junior** 18:13 48:9
  110:15
**Justice** 120:5

――――――――――
**K**

**Katherine** 17:22
**Kayalyn** 3:9 5:10
**Kayon** 155:4
**KECP** 6:5 162:23
  163:11 164:5
  167:8,13 168:7
  169:17,21,23
  171:13,15 173:25
  175:8,25 179:4
  180:4,4,10,11,12
  180:15,17,23
  181:20,23 182:6
  182:19 183:11
  184:11,12,24
  187:3,6 188:5,9,13
  188:16,19,20,21
  188:21,21 189:5
  189:13,21 190:16

  191:18 192:13,20
  192:21 198:5,6
  200:3,11 201:18
  202:19 203:8,12
  203:15 205:22,24
  206:1,7 209:9,9
  210:15 212:20,22
  213:21 218:14
**KECPs** 198:21
  216:2
**KECP-related**
  187:23
**keep** 30:23 42:9
  52:10 171:4
  173:16
**Kelly** 3:19 6:17
**kept** 49:6
**Kevin** 189:2
**key** 2:2 46:2 92:5
  105:11 171:14
**kick** 113:14
**kind** 30:22 67:8
  68:20 112:23
  115:24 129:2
**kinds** 92:20,21
  127:3,5,7 217:14
**knew** 35:4 82:13
  169:4 176:6 201:7
**know** 7:9 11:24
  15:17 37:23 41:9
  41:11,16 44:12,16
  47:4,22 54:8 60:24
  69:3,5 76:21,24
  82:5,23 83:14 84:8
  87:8,14 91:17,18
  95:7,11 96:6
  102:18 109:20
  122:23 123:21
  124:4 125:14,16
  125:23 129:13
  133:5,8 134:22
  162:9 163:9
  165:24 166:24
  167:15 172:7
  179:15 186:9,16
  190:11 191:3,13

191:17 192:18
193:10 198:15
199:19,20,23
200:9,14 202:14
202:21 205:10,12
205:18 214:10
215:20 216:8
**knowing** 113:25
151:3
**knowledge** 15:16,20
15:23 16:2,6 21:17
28:2 30:9 35:11,17
36:19 41:19 52:11
54:25 55:5 56:14
71:10,12,17,22
110:21 187:18
191:8,10,14
**known** 101:8 117:16
**knows** 97:17 122:22
165:15
**KPM&G** 79:18,22
91:7
**Krust's** 104:5
**Kyle** 18:8 21:6,10

**L**

**lack** 154:16
**laid** 217:7
**language** 7:20 8:12
9:9,21 136:15
140:16 159:17,22
160:14,24 161:5
**lapse** 18:9,11
**large** 62:24 73:2
78:17 137:2 147:7
157:17
**largest** 58:4 203:4
**late** 30:13 74:7
**Laura** 2:15 197:24
209:10,11
**law** 9:4 104:25 106:9
111:19 112:22
117:9 120:21
**laws** 155:15 157:21
**lawsuits** 149:13
**lawyer** 109:19,20

132:4 208:5,21,21
**lawyers** 15:19 85:12
164:11 177:3,6
**lay** 171:14,15
**layer** 202:9
**lead** 1:21,25 2:6,10
2:14 4:4 6:4 7:3
10:16 11:5 12:24
13:17 14:19 17:6
22:10 38:14,22
39:5,13 41:21
42:17,23 44:11,25
53:4 76:5 94:3,5
96:18 98:21 99:19
100:4 105:14
107:14,15,18
108:17 109:5
110:19 112:7,21
114:20 116:6
117:6 118:15
119:17 121:6
126:9 134:20
136:20 162:22
163:8 170:23
180:24 194:6
195:2 212:7
218:10
**leading** 171:16
**leap** 113:8
**learn** 70:25 165:7
**learning** 69:22 70:5
70:23 91:4 128:3
187:19
**leave** 118:10,20
135:9,16,18
**Leaving** 134:17
**led** 36:24 132:8
**left** 101:17 103:6
111:5 181:21,22
182:3,4 187:16
193:4 207:4
**left-field** 217:17
**legacy** 112:13
**legal** 13:5,8 15:11,17
105:10 111:16
**lengthy** 173:5

**Leslie** 143:16
**lessen** 142:24
**letter** 10:7,8 30:11
30:16 50:6,10,15
117:20 129:10
176:8 214:5
**letters** 9:15
**letting** 154:13
**let's** 32:8 38:23
45:25 52:5 109:25
115:4 192:15,15
197:19 207:8
**level** 47:14 97:13
111:22 123:20
124:6 125:25
152:22 203:13
215:17
**levels** 29:3
**leverage** 152:8
**Lexington** 3:14
**Lexus** 144:24
154:25
**liabilities** 112:13
185:16
**liability** 37:13 139:4
151:12 152:9
203:10
**lieu** 164:19
**light** 121:5 138:14
142:20 149:12
154:2,24
**likelihood** 121:9
155:12
**likes** 192:4
**limit** 145:16 168:25
169:5 177:23
**limited** 5:24 7:13
8:12 35:24 73:3,21
93:21 98:9 107:7
176:11 194:4
199:24 204:11
207:1 210:14
216:13,20
**limits** 163:13
**line** 97:21 143:21
144:3 153:15

220:4
**lines** 51:4
**Lisa** 2:19 221:3
**list** 165:11 190:9
211:23 212:2,5,18
**listed** 26:22 126:17
**listened** 92:13
**listening** 68:23
**literally** 215:8
**litigate** 192:15
**litigated** 164:16
**litigation** 14:20
107:19 113:20
121:3 136:21
176:19 181:4
189:22 193:21
195:18 202:12,13
207:12,21
**Litowitz** 163:8
**little** 10:5 18:11 40:3
42:6 43:25 50:18
50:25 53:9 63:22
72:9 78:8 80:16,17
80:23 81:2 83:25
84:15 102:18
103:21 114:16
121:17 129:12
166:19 167:10
**live** 98:24 177:22
200:8
**LLP** 1:23 2:11 3:3
3:21 5:9 6:16
**loan** 196:24
**located** 30:2
**lodged** 163:21
167:21
**LOEB** 3:21,21
**Loemann** 15:9
**logic** 121:5 151:9
186:2
**logical** 188:12
**logically** 186:7
**long** 21:6 26:5 49:3
60:25 155:25
167:18 182:25
190:22 195:23

**longer** 19:20,25
**long-term** 217:11
**look** 26:22 43:21,21
  44:2,7,10 45:18
  62:19 102:22
  108:17 109:25
  113:23 123:15
  141:21 167:23
  174:5 188:2
**looked** 125:20
  154:11 186:21,23
  186:25 187:9
**looking** 87:17
  123:25 124:9,20
  124:22 127:4
  132:8 145:13
  150:3 152:12
  185:17
**lose** 105:13
**lost** 89:2 116:9
**lot** 69:22 97:17
  115:14 133:7
  191:11 203:1
  214:2
**loud** 176:21,22
**Lowe** 15:10
**loyalty** 140:22
**lunch** 135:23

**M**

**magnitude** 131:10
**mail** 160:6
**major** 60:4 66:16
  78:13 92:16
  105:19 106:25
  107:24 119:22
  176:18
**makers** 110:3,12
**making** 35:12 46:21
  48:11 80:25 110:8
  141:6,13 150:14
  169:16 173:24
  176:25 185:19
**malpractice** 16:12
  16:18
**man** 52:13

**managed** 173:11
**management** 23:17
  36:13 44:23 65:23
  69:23 82:10 83:3
  85:18 110:25
  145:15 171:24,25
**manager** 20:24
  21:25 22:16 23:10
  23:16 25:15
  123:24
**managers** 17:17,24
  18:2 22:13 61:17
  62:6 122:21
**mandate** 155:5
**mandated** 157:20
**Mandel** 156:3
**manipulating**
  170:11
**manner** 89:12 141:3
  149:25
**manual** 23:2,4,10,15
  23:21 25:13 48:19
  50:3
**manuals** 27:5
**Marafioti** 3:9 5:10
**March** 73:16,18
  74:7 86:12 90:4,6
  132:10 144:25
**Marion** 2:15 198:1
  209:10,11 210:3
**mark** 17:14 22:12
  25:4 132:18
**marked** 25:11 48:21
**Mary** 195:14 208:13
  208:19,20,24
**match** 91:25
**material** 31:3 94:24
  154:5
**materialize** 76:13
**materials** 125:2
  171:10
**matter** 1:5 5:22 6:4
  6:12 8:25 10:23
  74:18 112:22
  116:16 120:9
  128:17 129:18

130:25 131:10
  135:15,16,25
  147:14 152:11
  155:15 162:19,25
  183:7 193:5
  194:13,15 196:19
  200:15,16,21
  221:7
**matters** 5:14,15,16
  5:20 6:6,23 7:2
  124:13 135:12
  164:15,15 182:21
  202:19 208:7,8
**Meagher** 3:3 5:9
**mean** 44:2,2 47:8
  84:6 85:24 88:12
  112:21 120:21
  125:13,22,24
  127:2 188:16
  219:1
**meaningful** 144:4
**meaningless** 120:8
**means** 47:5 155:19
  214:11 218:24
**meant** 32:17 89:21
**measure** 209:23
  210:1
**measurement**
  217:13
**measures** 190:24
  202:6 203:16
  206:15
**mechanisms** 182:14
  183:4
**meet** 85:3 87:25
  90:7 166:6 187:14
  187:20 189:6
  212:6 214:5
  215:16 216:9
**meeting** 81:17
  215:18 216:15
**meetings** 81:9
**meets** 159:3 218:2
**member** 7:5 28:9
  63:25 77:6
**members** 23:6 45:16

61:6 62:12 63:10
  63:18 64:15 66:21
  76:23 81:20 92:5,7
  98:18 101:17
  131:16 171:24
**memorializing**
  136:15
**memory** 16:15 18:8
  18:9,12
**mention** 162:15
  171:20 172:2
**mentioned** 47:24
  57:18 89:24 90:21
  120:18 175:19
**mentioning** 120:11
**mere** 111:20 112:3
  153:15
**merely** 143:18,22
**merger** 81:15
**merit** 169:17
**merits** 6:22 12:17
  148:21 173:22
  208:19
**met** 192:3 194:10
**Michigan** 16:19
  42:17
**microphone** 101:10
**middle** 18:25 19:12
  54:20
**million** 31:22,23
  35:6 89:2,8,10
  128:13,16,16,17
  134:10 157:9,11
  157:23 196:24
  198:4
**mind** 25:5 30:24
  48:6 52:10 87:19
  114:23 127:21
  173:16 178:3
  206:16 208:4
**mindful** 119:3
**minds** 87:19
**mine** 120:17
**Mine's** 191:11
**minimis** 117:19
**minimum** 108:11

177:24
**mini-trial** 183:6,13
**minor** 160:13
**minute** 47:21 215:8
**minutes** 182:2
**min-trial** 192:16
**mischaracterization**
  127:13
**mischaracterizati...**
  127:8
**mischaracterized**
  127:12 133:15
**mischaracterizes**
  61:20
**misclassified** 125:4
**misconduct** 177:13
  179:3 184:13
  185:3
**misleading** 68:14
**misstatements**
  179:11
**mistaken** 203:19
**misunderstood**
  203:6,6
**modified** 9:16
**moment** 18:9 32:9
**moments** 88:9 89:14
**monetary** 157:6
**money** 88:23 107:19
  126:25 128:8,11
  128:19 158:19
  199:16 200:13,21
  200:23 203:17
  204:7,18 205:9
  209:10 210:5,5
  217:23
**month** 35:23 50:20
  129:25 216:2
  217:14
**months** 29:19 51:23
  72:3,19 85:21 86:3
  92:8 93:3,22
  184:15
**morning** 5:8 6:14
  14:16,17 40:25
  41:2 77:24,25

145:21 162:4
165:6
**motion** 1:22,25 2:2,6
  2:11,13 6:5,8,22
  7:2,4,12 10:24
  38:22 60:10,15
  136:9 161:21
  162:24 163:12
  171:13,15 172:23
  185:23 204:17
  210:23 212:20
  218:2
**motions** 142:9
**motivated** 138:25
  147:9
**motives** 217:18
**move** 60:7 104:21
  109:23 200:19
**Moyer** 17:21 19:18
  20:15,17
**Moyer's** 19:19
**multiple** 29:6
**muster** 195:10 198:5
  207:7

———————
**N**

**N** 3:1 5:4 17:12
**name** 14:3 15:9
  59:15 162:3,5
**named** 46:4
**names** 17:20
**namesake's** 190:12
**narrative** 24:12
**national** 44:23
**nature** 48:12 80:15
  151:11 172:17
  178:10 202:20
**near** 87:24
**necessary** 42:10
  69:13 84:13
  108:14 138:4
  154:19 163:21,23
**necessity** 118:13
**need** 7:20 26:16
  92:21 97:8,9 101:3
  103:15 105:3,6

107:2,22 113:15
161:21 179:18
189:17 197:21
211:14 218:18
**needs** 104:5 179:17
  217:7
**negative** 86:23
**negotiated** 206:16
**neither** 71:10
  192:23 218:5
**never** 26:16,17 71:3
  71:13 77:5,10
  147:3 175:18
  180:5
**new** 1:2,16,16 3:15
  3:15,24,24 4:6,6
  24:12 45:17,22
  60:3 70:5 76:9,10
  86:6 89:4 95:17
  110:18 111:3,3,4
  115:17 122:20
  123:2 128:3,10
  130:23 131:16
  142:6 143:18
  147:15 157:17
  182:15,16 212:3
**newspaper** 194:21
**nine** 79:8 216:1
  217:13
**nine-month** 89:6
  215:14,14 216:13
**nonexistent** 185:22
**non-audit** 85:6
**normal** 70:2 90:25
  100:24 126:10
  149:11 192:20
  193:7 203:23
  204:1
**normally** 100:25
**North-Central** 45:2
**notably** 114:20
**note** 6:24 26:16
  110:23 111:18
  114:12 115:2
  134:7,15 136:25
  139:11 140:15

141:19 146:6
149:18 151:15
152:3 153:9
154:12
**noted** 10:18 141:20
  143:6,16 178:22
**notes** 104:24 191:4
**noticed** 114:21
**notion** 115:3 123:2
**notwithstanding**
  165:6 167:20
  198:3
**not-so-subtle** 119:12
**November** 51:23
  60:8
**number** 5:21 6:3,6,7
  6:9 31:12 43:2
  61:22 127:19
  134:13 137:3
  162:23,25 182:4
  198:21 207:1
  216:12
**numbers** 57:11 58:4
  128:15 145:14
**numerous** 18:19
**nunc** 68:3,11

———————
**O**

**O** 1:18 5:4
**object** 7:15 15:9
  24:11 28:12,16
  37:15 61:19 63:14
  76:16 97:14
**objectants** 145:3
  154:8 161:17
**objected** 7:4,17 34:9
  75:22 165:25
  214:1
**objecting** 158:22
**objection** 1:22 2:5
  2:10 7:14 8:12
  10:15,17 26:12,16
  34:14,18 37:25
  38:16 39:12 46:24
  47:3 53:4,10,16
  54:14 68:13 75:7

75:13 76:5,21,25
77:14 84:5 107:8
119:4 120:12
124:21 136:20
137:5,8,21 138:8,9
139:8 148:17
152:15 154:2
162:22 163:11
164:22 198:12
**objections** 7:12,19
8:7 77:3 97:22
108:2,19 111:12
142:8 159:14
160:11,15
**objective** 107:6
**objectives** 141:10
**objectors** 166:2,9
**obligated** 36:5
**obligation** 9:17
131:11 148:14
**obligations** 105:10
194:11
**obtain** 158:20
**obtained** 130:20
**obvious** 127:20
**obviously** 10:15
51:9 78:19 100:22
106:20 127:9,14
136:13 137:2
150:21 157:14
161:17 212:3
**occasion** 79:14
**occupation** 14:6
**occupied** 78:22
**occur** 76:11
**occurred** 56:8 108:4
124:5,6 178:10
**occurs** 28:24 191:4
**October** 5:25 51:23
59:21 68:3,12 78:5
86:3 91:25 154:25
215:14
**offered** 25:19 26:10
149:20 180:16
**office** 20:2 29:21,25
43:19 135:22

**officer** 78:4 83:16
139:24
**officer's** 162:3
**offices** 36:4 45:3
**official** 136:18
**oh** 14:9 27:23 61:25
102:21 162:6
**OK** 23:20
**okay** 6:13 8:4 9:10
9:23 10:13 11:19
12:3,13,14,25
13:10,21 14:11
17:17 18:16,22
25:7 31:24 32:8,19
34:17 35:20 39:4
39:20 40:21 43:24
46:3 49:8 52:4
55:19 56:19 57:3
57:12,25 58:7,18
59:4 72:7 73:14
75:16 77:20 79:3
79:12 82:23 87:6
89:14 93:25 96:9
101:19 104:7,12
104:13,22 109:22
109:25 110:6
119:10 122:4
127:16 133:10
160:17 163:5
167:10 174:17
179:23 184:5
190:18 206:12
211:13 212:15
213:5 214:17,22
218:8,19
**old** 49:20 129:7
**omnibus** 5:17,19
**once** 16:11 180:24
**ones** 18:17 29:9
123:14,15 160:10
**one's** 103:13 151:11
**ongoing** 66:2,19
**on-site** 73:5
**open** 183:19
**opening** 58:4
**operate** 158:13

**operates** 105:19
**opinion** 55:3,7
123:11 140:16
142:3
**opinions** 33:11
**opportunities**
147:19 151:25
152:7 202:10
**opportunity** 82:7
164:9
**opposed** 70:22 125:9
144:16 153:16
210:16
**opposite** 114:7
**opposition** 11:4,5,6
163:20 178:5
**oranges** 68:20
**order** 6:11 7:21 8:2
9:16 67:23 68:7,15
99:23 100:14
136:15 159:7,9,11
160:10,16,20
186:7 196:23
197:24 207:8
211:3,23
**Order/Pursuant**
1:21
**ordinary** 112:24
190:20 193:6,16
**organization** 78:15
78:18 105:14
**organizations** 95:21
**original** 95:15
**originally** 146:10
160:20
**ought** 25:22 186:19
191:18 192:3
**outline** 22:9 215:9
**outlined** 136:16
218:3
**outstanding** 139:21
**out-in** 217:16
**out-in-left** 215:5
**overall** 23:17 107:10
134:12 215:20
**override** 107:22

**overruled** 10:21
160:16
**overseas** 36:3,3
73:11,13
**overseeing** 111:2
153:10 156:21
**overseer** 173:9
**oversight** 114:16
**overwhelming**
134:19
**oxley** 67:11 88:6

**P**

**P** 3:1,1 5:4
**page** 25:13 26:22
141:17,25 142:14
142:15 143:10
220:4
**pageant** 87:2 147:6
147:20
**pages** 25:12,14 26:5
48:21 49:3,9,14
144:9 214:2
**paid** 31:4,6,20 34:19
35:2,5,14,22 85:21
86:3 88:24 128:12
128:13,18 130:3
157:9,16 204:18
216:5
**paper** 28:8
**papers** 23:11 69:15
107:25 108:18
111:17 116:7
120:22
**paragraph** 61:5
63:16,19 64:13
67:2 71:24 73:10
155:4 160:21
**paragraphs** 152:14
**paraphrasing** 51:9
**Paris** 20:2,15,16
**Park** 3:23
**parse** 72:24
**parsing** 140:14
**part** 9:18 30:20
44:14 45:18,24

62:23 63:19 64:17
69:19,25 72:4,20
75:13 97:11 99:17
133:21 145:20
146:13 147:11
157:17 166:8
175:13 185:6
189:3 193:7 205:8
217:19
**participants** 179:4
**participate** 116:24
168:7
**participated** 56:10
81:8 86:25 94:7
166:5 209:11
**participates** 23:16
**participating** 146:2
169:4
**participation**
173:25
**particular** 54:8
81:23 93:6 101:4
104:3 113:12
141:4,22,23
142:20 144:17
151:15 152:14,17
154:14,21 155:6,9
156:8 173:2 183:9
183:17 203:21
217:10
**particularly** 101:2
103:19 114:23
133:4 151:6
175:17 202:20
218:6
**parties** 98:12 136:22
137:3 152:10
153:7 157:7
159:16,24 214:1
**partner** 14:10 16:25
17:2,5,7,9,12,13
17:15 19:6 22:11
29:5 41:22 42:10
42:11,17,24 44:9
44:11,21,23,25
45:20,24 124:3,6

125:16 145:23
156:16,18
**partners** 5:10 22:11
29:6 47:24 129:4
147:23 156:12
**parts** 147:25
**party** 140:3 221:11
**pass** 195:14
**passed** 198:5
**passes** 207:7
**pause** 198:6
**pay** 85:22 86:4
203:17
**paying** 88:15 135:20
**payment** 125:3,17
125:21,22 127:13
**payments** 125:5
126:23,23,24
193:11,12
**peak** 29:15
**pendency** 191:15
**pension** 119:19
125:5,13 126:23
**people** 18:19 46:6,11
46:16,20 48:9 62:2
79:16 91:17 92:24
95:23 107:13
110:7,13,15 111:4
114:21,25 119:4
119:20 120:3
122:19,21 123:4,5
123:6,7,8 125:19
127:11 131:17,22
164:4 167:25,25
168:5,6 169:6,7
170:9 175:15
176:6 177:25
180:3,8 181:8,11
181:13,21 182:3,4
184:12 185:2,11
185:15 187:3,5
190:14 195:22
196:3 197:13
200:2,10,22 201:7
201:17 204:7,12
205:23,23 207:21

208:22 209:24
212:3 215:16
218:16
**percent** 43:19 52:2
52:16 74:9,16
95:20 117:21
**percentages** 52:23
**perfect** 191:8,9,14
**perform** 29:12 42:3
65:13 67:18 68:10
69:8 70:13 81:24
84:18 85:2 91:10
141:24 146:8
153:24 154:7
156:10
**performance** 22:19
149:11,17 150:10
215:15,17,21,23
217:13
**performance-based**
216:14 217:2
**performed** 30:19
67:10,12,14 73:22
85:15 139:6
147:12 150:9
**performing** 36:4
73:6,18 79:12 91:4
92:11 94:22
145:11 146:23
153:23 156:7
**performs** 23:10 28:7
**period** 19:20 20:13
53:24,24 54:5 89:6
89:9 91:2 128:6
216:2,14 217:14
**permission** 6:10
**permit** 189:8
**permitted** 155:16
192:24
**person** 15:13 21:12
64:24,24 111:14
117:13 124:16
165:14 183:14,14
184:19 186:7
217:10
**personal** 54:24 55:5

71:16,21 84:21
92:6
**personally** 16:11
32:15 93:4 96:3
104:20
**personnel** 150:13
205:23
**persons** 137:18
**perspective** 83:15
95:3 96:17 101:7
118:12,13
**perspectives** 83:4
**persuade** 192:8,11
**persuaded** 171:3
183:2
**pervasive** 170:10
**petition** 8:16
**phrase** 166:12
**pick** 54:10 101:10
**pie** 185:4
**piece** 51:20 174:25
174:25 200:8
204:23,24 205:3
212:16 217:19
**pieces** 204:22
**Pitchers** 172:15
**place** 7:10 62:20
70:4 108:13
110:25 111:5
128:3,5 129:20
144:6 173:4 176:4
180:14 201:19
203:16
**placed** 163:14
166:20
**places** 111:21
**plaintiff's** 6:5 94:23
**plaintiff** 163:8
**plaintiffs** 1:22,25
2:6,10,14 4:4 7:3
10:16 12:24 13:17
14:19 34:9 38:15
38:22 39:6,13 53:4
75:22 76:5,13,21
77:7,14 94:3,5
96:18 98:21 99:17

99:19 100:4
107:15,15,18
108:18 109:6
110:19 112:8,21
114:20 116:7
117:6 118:15
119:15,17 121:7
133:18 134:21
136:20 138:9
148:17 149:18
151:10,18 152:15
155:17 162:22
170:23 179:2
180:24 194:3,6
195:3 212:7,23
218:10 220:6
**plaintiff's** 11:5
**plan** 11:11,17 22:18
125:13 170:14
209:12 212:1
215:14
**planning** 23:17
147:14
**plans** 60:25 119:19
**plausible** 143:11
**players** 46:2 105:11
107:24
**plays** 166:5
**pleading** 12:2 174:2
194:2
**pleadings** 118:3
**please** 13:24 15:2
27:17 164:24,25
189:24 198:14
**Plumb's** 61:20
**Plumb** 10:25 11:2
13:22 14:4,16
15:10,12 26:21
40:11,25 43:8
49:24 51:4,12
53:14 54:6 56:21
61:14 62:4 64:20
72:8 92:2 101:18
103:7 110:5,10,17
122:11,16 123:12
123:18 128:12

129:9,20 131:15
134:9 145:23
148:12 156:9,16
**Plumb's** 92:13 93:14
111:7 148:23
156:11,14
**plus** 86:10 89:8
157:10 169:6
171:21
**pocket** 205:9
**point** 24:10 25:21
26:25 27:4 37:19
38:16 41:18 50:9
51:13,15,16,18
52:5,6 53:15,20
63:22 75:9 77:6
82:17 87:20 90:19
97:11 100:4 102:3
102:5 103:24
108:3 120:19,20
120:23 123:20
124:2 125:23
126:12,16,19
127:8,10,10,18,25
130:16 134:16
142:6 157:22
164:7,13 170:2,22
174:15,20 179:12
184:20,22 190:10
192:24 193:22
195:6 199:2
201:10 202:24,24
203:1 212:9
**points** 102:7,13
103:2 104:4
120:19 121:19
127:19 134:4
**point's** 104:21
**policy** 140:20
154:12
**polish** 164:16
**PortaJohn** 16:17
**portion** 54:4 161:3
**position** 105:18
176:17
**positioned** 66:18

**positions** 18:19
19:21 78:23 79:13
79:24
**possess** 142:22
143:3
**possession** 89:18
137:14,19 154:14
173:12
**possibility** 34:19
56:11 84:16 142:7
148:8
**possible** 36:22 37:13
74:23 76:8 86:13
86:16 102:21
135:6 143:8
**possibly** 50:17
205:15
**posture** 177:18
**post-Adelphia** 115:6
**post-Enron** 115:5
**post-petition** 8:18
9:3,7,8 34:21
35:15
**post-WorldCom**
115:6
**potential** 77:8 89:16
94:13 120:24
130:24 143:2,24
144:2 152:9
153:15,19,20,21
**potentially** 90:10
91:9
**powers** 141:2
**practice** 154:23
**practices** 42:18
116:17 126:17
**pre** 8:15
**precisely** 26:13
168:9 196:10
**predecessor** 19:3
**predisposition**
143:4
**predominantly** 20:4
**preference** 104:2
**prejudice** 122:7
127:18 131:13

**premature** 25:19
**premise** 138:7
**premises** 29:16,22
30:3 123:15
**preparation** 145:13
**prepare** 33:7
**prepared** 11:8 28:8
28:24 33:4 39:23
165:23 180:20
210:23 215:10
216:1
**preparing** 145:6
**present** 7:22 11:13
142:13 156:24
170:16 183:15,17
191:24
**presentation** 82:8
175:18
**presentations** 82:19
**presented** 57:22
65:24 81:18
125:15
**president** 59:17
**press** 132:10 178:25
**presumption** 218:13
**pretty** 31:15 81:9
85:11 155:23
**prevent** 53:17
**previous** 21:21
**previously** 69:16
132:11 138:11
**pre-petition** 9:2,5,6
9:18 109:7 117:18
**primarily** 107:4
110:24 138:16,18
151:20
**primary** 22:16,24
23:11 107:15
111:11
**principles** 116:17
**prior** 26:11 30:5
32:4 36:24 37:9
38:2,18 39:9 43:12
44:5,7 50:15 57:10
57:11,20 60:5
61:17 62:7 63:11

67:3 68:16 69:24
69:25 72:9 74:11
74:24 75:6 76:2
77:14 78:21 83:5
91:22,25 105:6
108:8 113:23
114:3 121:11
123:9 139:5 145:7
146:14 149:14
151:4 152:2 154:3
154:6 188:10
**priority** 165:11
**pro** 68:3,12
**probably** 27:8 45:25
52:2 83:5 85:8
87:25 106:8 121:7
206:17
**probe** 178:13 201:17
**problem** 12:12
111:23 113:9
126:21 130:18,24
131:3,8 152:25
196:2
**problems** 36:23 38:3
74:10,21 89:16
90:17 127:5,6
138:16 170:20
194:23
**procedure** 116:18
177:11
**procedures** 29:13
30:19,21 36:22
129:11 153:2
189:11 212:5
**proceed** 6:10 39:23
159:18 201:16
**proceeded** 81:5
**proceeding** 10:23
132:19 141:17
172:17,18,19,20
172:22,24 211:15
**proceedings** 219:7
221:6
**process** 59:23 60:6,7
60:22 63:3 65:11
69:20 70:24 80:24

81:2 82:6 116:23
116:24 137:9
159:9 164:2
168:17,19,19,23
171:7,9,11 175:5
175:17 180:14,15
180:18,21 184:11
185:7 187:15
188:5 189:9
196:11 199:14
204:6 205:8
208:14,16 210:4
214:5 218:15
**processes** 69:22 70:8
**produce** 95:6,10,15
96:23 212:18
**produced** 159:11
171:7
**producing** 99:2
**product** 22:8
**production** 194:17
**products** 112:14
**professional** 16:12
16:18 22:17 92:11
107:5 108:23
109:8,16,17
111:24 114:7
141:24 142:22
143:12,15 144:4
144:15,18 150:9
154:21,22 155:6
**professionally**
104:19 114:14
**professionals**
114:11,19 137:11
140:19,21 141:3
154:14,18 155:2
**program** 2:3 22:2,6
22:9 193:6,17
216:20
**programs** 22:7
216:22
**progressed** 19:22,24
**projecting** 169:10
**prolonged** 173:5
**promised** 214:20

**promoted** 20:24
**prompted** 132:21,23
133:2,5
**proof** 120:16 130:12
131:4 183:16
**proper** 48:2 153:2
158:25 192:5
**properly** 145:11
170:14 203:15
**property** 173:10
**prophylactic** 182:14
190:24 191:19
192:13 204:23
205:3
**proposal** 35:13
65:11 82:12
166:22,23
**proposals** 36:14
59:24 60:4,23 81:7
82:22 83:4,11
**propose** 12:24 43:4
87:2 200:1
**proposed** 8:12 41:23
87:5 91:20 137:6
140:25 141:6
**proposes** 91:16
201:15
**proposing** 91:2
210:9 211:6
215:13
**protect** 94:24 183:4
191:19
**protected** 203:17
**protection** 141:13
182:19
**protections** 191:19
192:13
**protective** 202:6
206:15,17 211:23
**protects** 209:23
**protest** 196:4
**protocol** 182:22
202:16 214:7
**prove** 85:10 120:13
218:13
**provide** 22:20

140:22 158:16
163:15,25 164:24
164:25 180:13
189:14 212:2,5,7
213:14 214:20
**provided** 22:23
76:22,25 83:9
118:8 169:24
189:10 194:17
213:24 214:4
**provides** 22:16
137:13
**providing** 164:19
211:21 213:10
**provision** 10:6
117:20
**provisions** 9:14
198:22 214:2
**prudent** 114:23
**public** 42:15,15
58:22 78:23 80:6
88:16 136:12
147:7
**publicly** 65:25
**purported** 171:14
171:15
**purpose** 181:20
**purposes** 97:16
103:21 136:11
**pursuant** 186:8
215:16
**pursue** 60:3
**put** 48:6 96:5,7
98:23 110:10,19
124:2,8 133:18
163:19 169:12
171:6 174:2 178:4
179:7 183:22
184:23 185:6
193:13 198:9
199:5,11 200:10
200:15,23 202:8
202:10 205:9,24
207:7 210:16
**putative** 107:21
**puts** 90:3 216:9

**putting** 11:11,17
  163:19 176:4
  200:3 206:1
**PWC** 85:7
**P.C** 4:3

**Q**

**qualification** 141:23
**qualifications** 42:8
  42:23 44:17 45:12
  93:14,18 101:16
  103:5
**qualified** 15:11,12
  42:3 45:3 85:14
  92:9 148:6 156:9
**qualify** 67:5,15 88:2
  90:23 91:11 106:7
  106:8
**quarter** 34:5 50:21
  51:6,7,19 70:9
  73:4,4,19,21
  129:18,19,22,23
**quarterly** 30:19,23
  31:21 32:9,10 33:3
  33:11,14,14,17,22
  34:4 50:19 51:5
  129:12,15
**quash** 2:13 6:8
  162:25 210:23
**quashed** 98:16
**quashing** 99:7
  100:14
**question** 14:25
  27:25 28:18 32:12
  32:13 36:16 37:17
  37:21 38:6,8,12,21
  46:25 47:4 48:7
  51:3,10 53:5 54:24
  55:21,23 68:14
  70:11,19 75:11,14
  76:6 77:15 109:16
  121:21 125:21
  165:17 178:2,6
  179:7,16 190:4
  193:24 197:11
  217:18

**questioning** 46:15
  53:11
**questions** 27:16
  41:21 43:3,6 48:18
  49:2 50:6 53:2
  70:16 78:3 84:2
  91:14 94:2 96:10
  101:15 117:7
  127:15 194:14
**quickly** 71:6,18
  112:2
**quite** 85:8 87:25
  88:4,5 156:23
**quote** 60:11,12 61:5
  71:25 140:17
**quoted** 194:22
**quoting** 63:20

**R**

**R** 1:18 3:1 5:4
**raise** 36:7 37:5
  39:14 90:7,11
  100:9 108:18
  143:19
**raised** 8:7 38:16
  77:3,7,10 102:3
  111:12 178:23
  193:24 204:5
**raises** 127:14 137:21
**ramifications** 90:9
**range** 31:23 53:23
  53:23 157:8 192:6
**rates** 155:3
**ratified** 9:15
**raw** 171:10
**Ray** 154:24
**reach** 214:15
**reached** 82:2 83:12
  167:2
**reactions** 97:3
**read** 12:7 24:23
  27:19 32:14 58:3
  72:15 97:16
  116:11 122:11,14
  172:9 197:13
**readdress** 15:13

**readily** 177:16
**reading** 28:13 77:14
**ready** 164:11
**real** 130:18
**really** 8:24 9:8 27:21
  47:4 97:10 102:5
  102:13 120:20
  124:14 128:19
  129:11,14 130:8
  172:8 181:6
  200:20 202:9
  203:10 207:9
  219:1
**Realty** 154:24
**reason** 37:18 96:4
  115:11 121:12
  123:22 149:6
  177:19 188:12
  191:2 196:7
**reasonable** 89:12
  135:4 145:5
  149:11 168:10,14
  183:2,12 193:2
**reasonableness**
  218:14
**reasonably** 93:7
  144:8 149:10
  154:18 210:16
**reasoned** 88:22
**reasons** 10:20 83:22
  87:11 181:12
**rebuff** 218:13
**rebuttal** 13:16 179:8
**recall** 30:10 31:16
  37:2 41:3,7,14
  46:18 48:19 50:11
  53:5 72:11
**receive** 176:23
**received** 197:12,14
**recess** 39:25 40:20
**recesses** 40:16 136:6
**recognition** 138:17
  147:15
**recognize** 107:2
**recollection** 26:3
  27:4 28:15 31:5,14

31:19
**record** 14:3 25:10
  59:14 103:18
  104:24 105:5,16
  112:11 122:2
  130:4 131:5
  133:21 134:4,6,13
  134:18 136:8
  152:24 159:23
  161:25,25 162:11
  162:16,16 164:17
  170:16 182:2
  195:17 207:6
  208:1,5,11,11
**recorded** 102:16
  221:6
**records** 29:11 95:8
  95:11,15 96:6,7
  123:16 125:20
  127:4 207:2
**recover** 107:20
**recovering** 107:18
**red** 115:25
**redirect** 11:15 39:21
  39:23 40:24 77:20
  77:23
**redone** 157:16
**reduce** 196:14
**reduced** 176:22
**ref** 16:14
**refer** 46:10 72:23
  79:15,16
**reference** 140:7
  212:21
**referenced** 212:19
**references** 27:7
**referred** 22:12
  31:21 43:15 50:9
  57:13 89:16 133:8
  147:5 153:19
**referring** 27:14,15
  67:9 73:11,12
**reflect** 162:11
**reflected** 169:20
**reflecting** 149:3
  169:19

**reflects** 159:22
**refresh** 16:14 26:2
  28:14
**refuse** 116:20
  163:18
**refused** 154:20
  189:15
**regard** 175:3 184:22
**regarding** 132:13
  180:13
**region** 45:2
**regulating** 140:18
**regulations** 157:21
**regulatory** 171:22
**reimbursement**
  32:5
**reject** 173:2
**relate** 108:7
**related** 2:1 6:5,8 7:2
  117:23 126:8
  162:24 176:15
  221:11
**relates** 27:10 68:16
  134:10
**relating** 14:23 15:5
  16:4 31:3 53:2
  56:13 74:4 139:5
  163:11 202:19
**relation** 189:2
**relations** 78:12
**relationship** 16:25
  45:20 180:22
  189:13
**relative** 65:18 77:3
  81:24
**relatively** 149:2
  152:21
**release** 15:19,20
  132:10
**released** 14:21 15:3
  15:25 41:6,13
**relevance** 183:7
**relevant** 60:24
  103:19 155:10
  179:9 183:10,21
  184:2 187:12

192:6,21 206:2
**relied** 184:15 188:4
  200:11
**rely** 11:9 55:12
  95:22 98:12 134:5
**relying** 99:12
**remain** 218:16
**remaining** 52:19
  89:9 218:24
**remark** 198:24
**remarks** 133:16
**remedy** 200:19
**remember** 18:11
  24:2 36:11 43:5
  50:7 51:10,11
  53:11 61:11 67:6
  72:5 75:19 76:3
  78:5 80:20 84:20
  115:4
**remembering** 24:13
**remove** 202:20
**render** 109:8 117:4
  117:12 143:4
**rendering** 133:19
**renders** 117:25
**RENICK** 2:15
**reopened** 196:23
**reorganization** 66:7
**reorganizations**
  66:3,20 147:23
**reorganizing** 107:16
**repeat** 14:25 27:17
  38:9 68:6 104:18
**repeatedly** 115:20
**replace** 20:15 36:18
**replaced** 36:8 63:18
  89:3 155:21
**replacement** 88:19
  157:19
**replacing** 89:10
  94:15 144:14
  146:17 147:3
  157:4
**reply** 11:4
**report** 33:19 129:17
  129:17 189:7

211:17 212:7
**reported** 127:2
  132:11 212:6
  214:4
**reporter** 27:18
**reporters** 197:17
**reporting** 79:10
  185:11 196:21
  197:8
**reports** 23:12 33:14
  33:22 34:4 194:21
  194:22
**represent** 14:19
  34:13 95:14,24
  102:15 115:7
  137:17,19 140:21
  203:3
**representation**
  27:10 143:14
**representations**
  200:9
**represented** 63:6
  107:8 140:2
**representing** 5:13
  15:10
**represents** 137:25
**reputation** 111:8
**request** 26:17 35:12
  90:5 99:16 164:23
  165:24 200:8
**requested** 36:12
  177:25
**require** 58:9 89:23
  95:5 124:14
**required** 51:13 52:8
  85:3 86:10 87:24
  89:24 99:6,20
  100:5 106:9
  166:15
**requirements**
  213:12
**requires** 142:19
**requiring** 47:14
  98:17
**resent** 133:23
**reservation** 156:23

**reservations** 100:24
**reserve** 103:14
  183:24 206:22
**reserved** 100:23
  210:5
**resign** 116:19
**resolution** 8:5
  141:16
**resolve** 164:9
**resolved** 7:20 107:9
  163:10
**respect** 29:8 31:8,12
  35:4 42:7 43:12
  44:14,18 45:14
  46:9,22 50:7 66:6
  68:18 71:25 80:12
  80:20 89:16 94:24
  97:21 102:12
  125:6,7 128:11
  131:12 145:8
  149:14 150:15
  151:20 152:2,9
  153:5 178:14
  184:4 189:11
  191:21 194:2
  197:2 203:7 213:9
**respectfully** 38:4
  99:22 100:12
  119:2 163:17
  178:11 201:20
  204:22
**respects** 158:5
**respond** 69:3 125:11
  218:10
**responding** 160:10
**responds** 190:6
**response** 2:9 26:11
  41:20 46:15 53:3,4
  53:16 78:2 83:25
  99:3 132:13 190:3
**responsibilities** 23:5
  25:15 26:23 78:8
  79:13 108:25
  140:24
**responsibility** 95:9,9
**responsible** 46:7

78:17 150:14
152:19
**responsive** 190:1
**restate** 58:9 62:2
**restated** 43:13 57:2
57:6 94:9 108:10
131:19 133:7
150:18 153:13
**restatement** 32:16
43:18 44:10 56:22
61:10 62:16,24
64:18 108:7 110:4
110:20 112:10,19
112:20 113:8,24
114:2 115:5,9
118:17,18 119:25
121:13,18,23
123:23 124:11
138:14 151:5,23
154:5 171:22
**restatements** 32:4
36:24 57:14 58:12
58:15,19 95:18
112:23 124:12
149:14
**restates** 57:20
**restating** 114:3
**restructuring** 152:6
**result** 75:3,18 79:23
86:22 116:14
158:5 184:24
204:6 207:24
**results** 73:21 95:6
215:23
**retain** 6:19 107:3
136:9 146:4,7,25
154:20
**retained** 57:24 58:5
71:5,19 106:13,17
106:18 108:23
109:20 112:4
115:15 116:2
**retainers** 109:12
**retaining** 68:17 77:3
146:16 155:24
159:2 208:19

**retains** 158:14
**retention** 5:23 34:9
60:24 67:25 69:8
75:22 76:22
107:10 120:14
137:6,10,23 138:3
140:13,25 141:6
142:8 148:18
149:6 154:18
158:23 216:16
**retentive** 212:21
**rethinking** 148:21
**retirement** 119:19
**revenue** 197:1
**review** 23:11 28:7
29:4 30:19 31:21
33:22 51:12 69:14
73:23 82:12
100:22 129:16
144:18 152:23
154:16 164:7
172:24 188:17
194:13,24 203:14
208:14,16
**reviewed** 28:9,25
145:22 166:25
**reviewing** 107:5
136:14 173:6,17
194:1
**reviews** 29:2 30:23
32:9 33:16 50:19
51:5,19 73:3,7,22
73:23 95:12
**revised** 30:25
161:12
**revisited** 167:19
**rewarded** 184:14
**re-characterize**
196:23
**re-election** 116:20
**re-organized** 216:18
**right** 5:5 8:19 9:10
9:25 10:9,11,13
12:6,7,13,25 13:18
14:13 17:2 23:3,9
23:18,22 24:25

25:6 26:6 29:22
30:5 31:18 32:25
33:10,17 34:2,10
35:2 36:16 38:7
40:4 48:21,23
50:19 52:4 54:11
56:4 58:11 59:6,25
61:13 65:9,14 66:9
69:17 70:6 71:11
71:14,23 76:6
84:23 85:25 86:18
93:25 94:9,12
95:20 96:13 98:4
100:2,10,21 102:4
103:12,13,14
104:7,12 126:2,14
128:22 133:3
134:13 135:11,19
136:7 161:2,6
162:10 168:23
172:14 174:8,10
175:10 176:14,16
179:14 180:6,9
182:5 183:25
185:13,20 188:24
189:9 190:19
191:4 192:15
198:16 199:2
200:1 201:4,23
205:2,13 206:22
208:3 210:19
218:8
**rise** 111:22 120:24
**risk** 44:23 134:25
144:7 150:24
**risks** 157:3
**rival** 143:3
**road** 201:11
**Robert** 1:19 17:8
59:16 98:2 162:5
**rock** 135:5
**role** 20:9 42:3,23
146:3 187:8
**roles** 78:11
**Roll** 3:18 5:12 6:17
24:7,8 25:18 28:11

37:10,14 38:4
39:22 40:7,17,22
40:24 47:9 48:4
52:24 55:17 56:2
61:19 63:13 68:13
75:7 76:15 77:21
77:23 84:11 86:17
87:7,16 93:23
96:11 97:2,25 98:5
159:6,8,25 160:7
160:12,18 161:3,9
161:14,19
**Ronette** 3:19 6:17
**room** 29:24 81:14
191:8
**Rosenberg** 212:8,13
214:14 215:1
216:6
**Rosenberg's** 214:23
**rotate** 62:25 110:16
**rotation** 20:17 63:4
**ROTKO** 2:16
**rough** 97:6,7
**roughly** 31:22 45:2
52:12 54:3 85:21
157:11
**rule** 100:25 103:24
134:5 135:23
163:19 194:1,10
194:10 195:10,18
195:24
**ruled** 7:3 178:8
**rules** 88:4 134:23
164:18 166:11
**ruling** 102:20 165:7
178:14,15,16
186:18 208:24
**run** 114:4 115:11
181:17
**running** 196:9
**Rust** 98:2,13,17,23
**Rust's** 99:12
**Ryan** 172:15 176:12
192:19

**S**

30

**S** 3:1 5:4 220:3
**Sabella**'s 41:21
**Sabella** 4:8 12:22,23
  13:7 14:15,18
  15:24 24:14,17,22
  25:3,7,10,19,24
  26:4,7,13,20 27:23
  28:5,12,17 29:7
  33:2 37:11,22
  38:11 39:18 41:4
  41:13 43:3 46:24
  47:3 48:17,25 50:5
  51:2 52:25 54:14
  55:20,25 56:17
  59:8,19 61:23 62:3
  63:20,23 64:4,8,11
  68:23 69:6,11
  70:14,20 75:15
  76:19 77:18 80:17
  84:5 91:14 96:16
  97:4 98:21 101:6
  101:10,12,20
  102:13 103:3
  119:11 121:25
  122:5 125:12
  126:14,20 127:17
  132:3,22 133:11
  133:15 136:2
**Sabella's** 46:15 78:3
  84:2 102:10 134:6
**safeguards** 200:5
  204:18 205:12
**sale** 124:25 209:12
**sales** 170:11
**sanctions** 100:16
**sandbagged** 102:18
**sarbain** 67:11
**Sarbanes** 88:5
**Sarbanes-Oxley**
  67:18 68:2,10 69:8
  85:17 115:6
**sat** 92:12
**satisfied** 91:19 118:9
  146:19,20,21
  202:5 217:24
**satisfy** 131:4

saw 99:25
**saying** 63:17 72:5
  74:4 86:16 104:11
  162:7 164:23
  169:21 175:23
  176:9 185:25
  190:7 192:14
  197:14 201:16
**says** 23:10,16 104:20
  116:14 122:15
  123:5 127:21
  132:21,23,25
  133:24 160:14,21
  168:18 171:6
  176:13 178:17
  189:16 190:3
  204:7 206:23
  207:8 208:1,2
**scale** 112:24
**scene** 125:19
**schedule** 63:5
**scheduled** 5:18
  82:11 162:24
**scheduling** 135:12
  214:15
**Schwed** 4:1 15:8,9
**scope** 61:9 62:15
  116:18
**Scott** 17:21 20:10,12
**screen** 185:2
**screened** 176:4
  200:13 201:17
**screening** 184:10
  187:21,23,23
  188:2,5 201:19
  206:23
**screw** 207:9
**scrutinize** 154:9
**SDNY** 144:25
  153:18 154:25
**se** 29:25 98:16
**Sean** 163:7
**seat** 13:23 14:12
  59:14
**SEC** 58:9 79:9 86:9
  89:24 105:7 120:4

121:16 130:20,22
131:20 132:13
133:5 151:19
155:19 178:12
197:14
**second** 7:11 8:13
  51:6 75:13 132:4
  134:3 138:2
  140:11,17 142:16
  153:25 156:3
  159:3 172:15
  193:14 202:20
  209:2 212:16
**secondary** 213:15
**secondly** 103:7
  163:18
**Section** 108:23
  111:15 137:12
  139:17 140:19
  142:11 143:20
  159:5 172:18
**securities** 14:20
  107:19 113:20
  119:14 136:21
  155:15 157:21
  174:4 181:4,17
  189:22 194:20
  202:12
**security** 139:19,21
**see** 24:16 27:6 45:25
  49:14 96:4 102:17
  103:15 104:5,10
  128:14 140:10
  141:24 142:14
  144:23 156:2
  164:18 166:4
  168:22 169:17
  177:18 193:9
  200:24 202:8
  205:15 210:1,15
**seeing** 184:7 211:5
**seek** 8:19 36:13
  100:16,19 146:24
  153:23 155:18
**seeking** 160:25
  210:14

seen 11:22 85:19
  93:10 102:15
  107:25 110:2
  117:16 184:8
  198:20 201:3
**selected** 63:24 65:12
**selectively** 63:20
**self** 151:11
**self-evident** 217:20
**send** 96:19,24
  102:23 124:2
  164:23
**sending** 97:14
**senior** 19:23,24
  20:22 21:6,13
  23:21,23 24:5
  25:17 26:24 27:12
  28:7 46:6 47:14
  63:18 92:6,24
  110:25 123:4,24
  131:16 152:21
  156:12,16,18
  170:9 171:23,24
**seniors** 18:5 21:10
  28:2,22 61:16 62:6
  122:21
**sensationalistic**
  183:6
**sense** 45:17 83:10
  118:24 185:16
  192:10,11 210:4
**senseis** 118:23
**sensing** 169:9
**sensitive** 142:7
**sent** 30:12,17
**sentence** 64:13
  116:13
**separate** 32:6,7
**separated** 169:7
  170:15 180:9
  181:8,11,12,14,14
  213:2
**separately** 190:22
**September** 197:12
**series** 86:22 179:11
  182:13 193:12

**serious** 120:8,8
    134:25 164:15
    167:20 170:12
    178:10,23 194:14
    197:15 201:8
    204:5
**seriously** 86:14
    109:3 119:16
    133:22 158:18
**serve** 42:23 44:17
    45:13,13 100:10
    100:18 138:22
**served** 2:14 20:2
    194:5
**serves** 140:19
    141:10
**service** 17:6 148:22
**services** 10:8 31:12
    34:22 35:22 41:22
    42:24 44:11 67:19
    68:2,11 132:15
    146:24 194:19
**serving** 44:18
    138:24 152:4
**set** 37:25 92:10
    111:16 125:7
    138:8 148:7 155:6
    159:5,22 193:15
    200:4
**sets** 23:5
**setting** 193:3
**Seventh** 142:5
    143:17
**shallow** 185:22
**share** 93:4 119:20
    152:19
**shared** 73:25,25
    81:11 177:17
**shareholder** 107:11
**shares** 119:21
**Shearman** 3:12 5:12
    24:9
**Sheehan** 2:15
    186:19
**sheet** 124:2
**shenanigans** 201:8

**Sherman** 6:15
**shield** 151:11
**shine** 147:19
**short** 20:13 40:20
**Shortly** 148:16
**show** 24:15 26:15
    64:6 98:19 100:11
    100:20 130:12
    170:18,24 171:10
    184:23
**showed** 107:12
**showing** 11:10
    101:11 158:24
    218:14
**shown** 169:6
**shows** 57:21,22
    185:7
**shut** 53:25
**side** 134:8 146:2
    153:11,15 156:20
    164:16
**sideshow** 195:19
**Sieberg** 109:19
**sig** 47:18
**sign** 15:14 121:17
    221:13
**signatures** 124:18
**signed** 67:24 68:8
    99:24 113:24
    115:4,8,10 121:13
    121:22 151:22
**significant** 43:17
    46:10,21 47:5,8,12
    47:13,17 52:19
    57:14 61:22 62:22
    64:16 66:17 85:15
    90:10 95:16 108:5
    108:7 123:12,19
    143:25 157:3
**significantly** 90:24
    91:8
**signing** 110:13
    114:2
**similar** 78:22 81:14
    118:23 126:22
    127:7

**Similarly** 182:7
**similar-sized** 78:25
**simple** 193:5
**simply** 34:3 60:22
    89:13 95:10
    101:12 111:6
    143:8 148:6,18
    217:20
**sir** 34:8 59:7 70:10
    71:3 74:3,8 76:7
    96:14
**sit** 52:17 210:11
**site** 123:14
**sits** 173:9
**sitting** 61:13 72:7
**situation** 38:3 68:20
    78:19 143:9
**six** 67:2 89:6
**size** 80:13 155:11
**sizeable** 80:12
**sizes** 42:14
**Skadden** 3:3 5:8
    164:12
**skeptical** 166:19
**skepticism** 168:13
**skill** 148:7
**skills** 148:7
**sky** 185:5
**Slate** 3:3 5:9
**slightly** 38:5
**slow** 104:10
**slowdown** 148:25
**slowed** 53:9 129:25
    148:12
**smaller** 112:24
    128:6
**Smith** 183:14
    192:16 208:13,19
    209:1
**Smith's** 208:20
**solely** 103:7
**solicit** 59:23 181:2
**solicited** 81:7
**solution** 209:20
**somebody** 134:17,20
    191:1,7

**somedesignations**
    211:22
**something's** 118:17
**somewhat** 13:13
    69:21 216:20
**sorry** 11:4 18:10
    24:8 27:24 37:14
    47:2 68:5 86:2
    97:23 101:9 162:7
    177:5 208:5
**sort** 15:18 25:13
    124:14 144:13,23
    152:8 155:18
    195:18 215:20
**sought** 141:24 146:7
**sound** 24:4 129:2
    184:24 198:6
    221:6
**sounds** 68:18
**source** 65:6
**sources** 170:7
**SOUTHERN** 1:2
**so-called** 147:24
**speak** 40:8 80:23
**speaking** 21:25
**speaks** 134:4,14
**specific** 66:20
    136:14 146:24
    147:22 148:7
    150:8,11,16 169:2
    170:5 210:12
**specifically** 37:2
    72:2 105:23
    106:18 122:16
    164:8 184:11
**specifying** 155:23
**speculating** 87:13
    87:15,18
**speculation** 54:15
    130:11,16
**speculative** 84:6
**speed** 69:15 71:6,18
    101:2 127:22
**spend** 127:18 172:6
**spending** 10:16
**spent** 20:16 78:19

| | | | |
|---|---|---|---|
| 88:23 158:20 | **statement** 62:11 | **stirred** 195:14 | 49:11 |
| **spit** 204:6 | 63:14 69:4 72:14 | **stockholders** 57:23 | **substantive** 97:13 |
| **spite** 112:7 | 72:18 73:9 91:23 | **stop** 144:22 177:9 | **subtext** 119:13 |
| **spoke** 56:21 | 116:17 180:6 | **stopped** 67:13 | **sub-points** 7:15,17 |
| **spoken** 196:21 | 210:11 | **strategic** 142:7 | **sub-standard** |
| **Spot** 186:19 | **statements** 13:16 | **street** 124:16 | 146:15 147:11 |
| **spring** 82:15 167:14 | 14:24 15:7 16:5,23 | **strengths** 83:11 | **successful** 158:12 |
| **Springer** 3:10 5:11 | 18:24 19:10 23:12 | **strong** 86:15 131:12 | **successfully** 53:19 |
| **Sprint** 78:25 79:20 | 30:15 32:5 33:4,8 | 154:12 | **sued** 16:12,16 115:9 |
| 91:6 | 33:12,18 34:5 | **strongest** 65:17 | 121:6,8 151:4 |
| **spurring** 198:13 | 36:25 37:9 38:19 | **structure** 62:20 | **sufficient** 42:19 |
| **staff** 18:14 19:23 | 39:10 46:23 49:25 | 193:8 | 109:8 144:6 |
| 20:22 21:12,20 | 50:24 56:25 61:11 | **subject** 7:6 38:13 | 168:12 |
| 22:17 23:22 27:13 | 62:17 74:11,17 | 80:14 83:24 | **sufficiently** 91:21 |
| 28:3,9 29:9,20 | 75:6 76:2 78:14 | 136:14 182:24 | **suggest** 102:21 |
| 61:16 62:5 122:21 | 92:23 94:8 105:15 | 195:4 196:18 | 112:3 116:7 |
| 123:23 127:11 | 118:3 127:7 | 210:3 211:4 | 134:21 |
| **staffing** 78:15 | 129:13,15 131:19 | **subjective** 113:4 | **suggesting** 191:7 |
| **stakeholder** 107:12 | 138:15 165:9 | **subjects** 81:25 | **suggestion** 36:17 |
| **stamped** 177:10 | 215:4 | 102:11 | 149:16 151:10 |
| **stand** 62:11 64:12 | **states** 1:1,14 32:2 | **submit** 9:22 130:11 | **suggests** 114:5 121:2 |
| 72:13 90:20 | 36:3 52:11,12 | 134:18 159:6,21 | 176:24 |
| 116:20 217:7 | 107:3 118:7 | 161:12 163:17,22 | **sum** 172:23 |
| **standard** 63:2 | 132:10 188:23 | 169:11 211:3 | **summarize** 104:24 |
| 140:15 159:4 | **status** 147:16 | **submitted** 10:24 | **summary** 124:10 |
| 167:15 192:3 | **statute** 142:11 | 11:2 61:4 160:21 | 172:22 193:1 |
| 201:6 | **statutory** 36:4 | 221:6 | 211:15 |
| **standards** 13:9,14 | 148:14 | **submitting** 202:15 | **summer** 45:21 |
| 88:2 91:12 111:16 | **stay** 40:13,14 161:21 | **subordinate** 20:9 | **superior** 66:8,10 |
| 113:5 181:7 | 167:5,25 197:19 | **subparagraphs** | **supervise** 28:3 42:20 |
| **standing** 107:14 | **staying** 168:5 | 124:20 | **supervises** 23:22 |
| **start** 24:21 31:11 | **Steiner** 17:8 19:8 | **subpoena** 100:11,18 | 27:12 |
| 38:23 54:2,2 70:8 | 30:6 44:4,14,20 | **subpoenas** 2:14 | **supervising** 145:12 |
| 74:6 100:24 | 93:19,20 110:6 | 98:17 99:7 100:15 | 156:13 |
| 120:10,22 208:22 | 156:9,17 | 210:24 | **supervision** 22:16 |
| **started** 19:22 59:25 | **Steiner's** 44:17 | **subsequent** 82:18 | 22:20,24 156:14 |
| 60:22 79:20 | 45:12 | 99:24,25 191:20 | **supplemental** 118:6 |
| **starting** 73:20 91:3 | **step** 54:10 59:7 | **subsequently** 94:9 | **supplementary** 11:3 |
| 122:9 | 96:14 189:5 | 99:24 141:20 | **supplier** 158:14 |
| **state** 14:3 16:18 | **stepped** 54:19 | **subsidiaries** 20:3 | **suppliers** 66:2,6,22 |
| 59:15 71:25 | **stepping** 86:6 | **substance** 30:23 | 90:12 105:12 |
| 154:23 | **Sterling** 3:12 5:13 | 51:3 | 132:15 |
| **stated** 65:25 104:17 | 6:16 24:9 | **substantial** 51:20 | **support** 10:25 |
| 106:22 116:21 | **Steve** 16:24 | 106:11 115:24 | 107:10 212:21 |
| 140:17 144:2 | **Steven** 45:19 | 129:22 | 215:10 216:1,12 |
| 145:2 | **stipulate** 104:3 | **substantially** 49:8 | 217:6 |

**supported** 123:3
  134:2
**supporting** 57:11
  218:2
**suppose** 51:6 125:15
**supposed** 211:18
  213:14
**sure** 8:8,14 11:20,21
  38:20 42:9 45:4
  56:20 61:2 62:21
  70:17 90:22 95:24
  100:23 105:11
  121:25 122:10,13
  126:4,16 160:8
  174:21 186:24
  203:16
**surmised** 194:4
  195:9
**surprised** 119:23
**surrounding** 110:11
  141:5
**susceptible** 144:8
**suspended** 53:22
  154:23
**suspicious** 123:17
**sustain** 178:17
**sustained** 34:18
  76:18 158:23
**swift** 173:3
**switch** 65:15 128:2,4
**switched** 75:18
  128:21 130:5
**switching** 69:12
  70:21 75:2 76:9
  80:16
**sword** 193:18
**sworn** 13:25 59:12
  62:11
**symptomatic** 127:5
**system** 27:22 141:11
**systems** 95:22
**Szalony** 17:21 20:11
  20:12
**S-Z-A-L-O-N-Y**
  17:22

**T**

**T** 77:4 88:23 89:11
  93:5 94:6,15,22
  95:10 96:2 117:4
  133:9 148:12
  149:4,10 156:12
  156:16,18,24
  157:8,13,15 159:2
  159:3 220:3
**table** 216:24
**tail** 89:15
**taint** 149:22
**tainted** 110:19
**take** 6:11 7:4,10
  11:15 13:23 26:22
  34:4 47:18 51:5
  52:5 90:6 100:13
  114:19 116:4
  126:7 133:22
  135:22 137:4
  144:12 148:19
  169:18 170:2
  181:17 183:8
  189:16 198:15
  200:6 203:13
  205:5 215:8
**taken** 119:15 165:15
**takes** 70:4 86:11
  109:2 128:2,5
  129:20 141:4
**talented** 47:24
**talk** 10:4 32:8 93:12
  122:5,6,7,17
  130:15 132:24
**talked** 75:16 123:12
  172:5 182:10
  187:11 212:22
**talking** 89:9 93:11
  126:11 199:2
  207:12 215:12
  216:2,13,15,16,17
  216:19 217:12,15
**taping** 27:21
**target** 191:2
**tasks** 141:23
**tax** 67:19 68:2,11

78:16 85:7
**team** 16:22 17:24
  18:23 19:9 20:7
  22:10 23:6 28:10
  30:7 43:3,9,10,14
  43:20 44:10,14
  45:17,24 61:7
  62:12,20,24,25,25
  63:10,19 64:15
  65:17,23,24 66:5,5
  66:8,20 69:14
  81:21 91:15,16,17
  91:19 92:5,7,9,25
  101:17 103:6,7
  108:13 110:7,12
  110:25 111:9
  122:14 123:3
  129:7 131:14,16
  148:5 156:8,24
  165:10
**teams** 43:15,18
**team's** 95:9
**technical** 42:17
  44:25 66:13
**technically** 108:10
**technology** 132:15
**teck** 182:14
**tell** 22:22 39:4 42:6
  49:6 58:17 80:25
  84:21 175:11,12
  194:12
**telling** 99:8 167:11
  168:17 196:15
  208:12,14
**ten** 52:2 79:9 85:21
  86:3 88:25 89:8
  128:16 170:8
  214:10
**tend** 142:23
**tender** 140:22
**tenure** 19:24
**Tenzer** 3:17 5:12
  6:14,15 8:6,23
  9:19,25 10:4,10,14
  11:23 12:5,11,14
  12:16 13:3,13,21

98:9,15 99:18
  102:9 103:20
  104:9,15,23
  109:24 119:24
  120:18 121:12,21
  123:5 131:25
  133:13,24 161:24
  162:8,14 179:6
**Tenzer's** 104:13
  119:13
**term** 23:24 56:24
  60:25
**terms** 52:9 99:21
  123:10 128:23
  129:14,23 131:13
  131:14 132:6
  159:19 166:12
  171:14 180:14
  215:6 217:1
**terribly** 119:23
**tertiary** 213:16
**test** 144:23 164:21
  166:14,14 175:20
  177:20
**testified** 41:20 44:13
  61:15 72:9 78:2
  88:9 115:19 134:9
  156:22
**testify** 13:6 25:21
  62:5 189:8
**testimonies** 102:16
**testimony** 26:19
  40:12 53:12 61:21
  61:21 62:10 63:12
  72:12,23 92:4,14
  94:13 98:24 99:12
  102:6,11 104:5
  108:6 110:2
  117:15 118:5
  122:18 145:22
  146:20,22 147:2
  147:17 148:3,12
  148:23 149:20
  156:5,11,12,14
  180:17 189:4
**testing** 67:10,12,13

85:17
**text** 63:16 97:9
**thank** 40:17 55:18
59:4 93:23 96:12
96:15 104:15
133:11,12 135:10
159:8 210:18
211:2 212:13,14
219:5
**thanks** 64:10 119:9
**that's** 141:17 218:4
**theirs** 111:17
**they'd** 30:2 36:17
83:5 129:2
**thing** 21:11 24:16
40:15 96:17 97:12
165:13 181:18
208:4 214:16
**things** 8:15,18 39:5
41:5 53:3 56:20
95:5 96:5,7 104:10
109:7,11 113:3,7
114:24 118:25
119:23 121:4,10
125:8 126:18
127:3 165:11
170:6 184:25
193:12 198:2
216:19
**think** 13:11 24:5,10
24:13 25:4 28:17
37:15,18 38:5 40:2
45:22 53:7 56:5
57:13 58:22 63:6,9
63:21,23 66:11
75:11 79:7 83:2
85:16 86:5 89:9
90:7 99:9,10
101:13 102:14
103:17 104:4,13
104:25 106:23
110:18 115:20
118:9 121:18
125:18 127:9
129:21 130:4
131:2 133:4,15

134:4 155:10
160:18 163:2
164:12 165:5
166:4,6,10 171:17
171:20 172:10,11
174:12,19,23
175:25 177:20
179:19 184:9
185:23 192:2,9
194:14 195:3,7,20
195:23 200:20
202:18 206:1
211:10,11,19
215:2,9,11 218:21
219:3
**thinks** 84:8 124:16
183:13 194:23
**third** 5:17 51:6
152:10
**thought** 9:11 35:17
48:25 88:10 99:13
101:23 115:8
118:21 127:24
131:6 159:12
162:8 182:24
189:12 213:14
**thoughts** 118:11
**thousands** 119:21
**three** 17:23 21:17
25:12 48:21 49:9
49:14 79:2,10,21
86:25 92:8 93:3,21
101:25 102:7
103:8 108:11,20
122:19 126:6
139:22 147:20
194:18
**three-hour** 177:22
207:13
**tied** 217:21
**Tier** 65:25 66:6,18
66:22 147:24
**time** 10:17 19:11
20:13,19 27:5 44:6
54:12 58:17 70:13
71:4 72:4,20 73:19

77:19 78:13,19
82:12 85:3 86:21
87:24 88:12
106:15 108:5
109:13 110:16
112:25 116:3
117:11 127:18
128:6 136:2 157:5
157:20 167:18
172:7 173:4,20
188:25 218:6
**timeframe** 130:7
**timely** 89:23 103:10
158:3,17
**times** 7:13 19:20
178:3
**timing** 118:12
157:22
**tires** 113:15
**title** 18:20
**titles** 212:10,10,12
**today** 5:16,22 10:17
10:21,23 11:13,18
51:15 52:5,6,17
54:10 61:14 62:20
90:20 98:14,19
99:22 100:20
102:16 103:25
105:6,6 106:7
108:2,6 110:2
117:8 122:19
126:8 159:10
162:19 163:13
164:7 166:3 168:5
170:22 176:15
190:16
**today's** 162:25
**Togs** 144:24
**told** 35:9 64:18,19
74:14 164:3,10
180:2 187:20
196:6
**tolerated** 169:4
**top** 40:18 81:20
122:19 157:22
**topic** 37:3 91:13

**topics** 49:13 93:11
98:10
**total** 73:20 86:11
**totally** 43:20 44:3,12
84:6 89:2
**touch** 197:3
**Touche** 1:23 2:11
3:22 5:22,24 6:12
6:19 7:7 14:10
32:15 41:23 53:2
54:19 63:18 72:2
74:5 75:23 81:11
82:7 88:20 92:7
116:16,19,23
136:10,24 137:23
137:24 138:6
144:20 145:3,10
145:23 146:5,23
147:3,8,12 148:20
157:4
**touched** 83:25 90:15
**Touche's** 50:3 138:3
147:10
**track** 197:20
**tracks** 114:24
**transaction** 81:15
123:25 124:17
125:3 127:2
**transactions** 61:8
62:14,23 63:12
64:17 110:11
123:17 132:14
**Transcribed** 2:18
**transcript** 96:19,24
97:14 102:17
**transcription** 97:10
221:5,7
**transcripts** 97:5
**transferred** 20:14
**transition** 69:19,20
69:22 70:2,4 90:25
91:6 128:8
**transitioned** 79:21
**transparent** 195:21
**transpired** 97:11
**treasury** 78:16

treatment 138:17
trial 100:11 173:5
  173:21 174:4
  175:22 185:14
  203:21 208:18
  210:24
tried 76:7 189:13
  201:13
tries 75:5 183:18
triggering 178:4
troubled 124:3
troubling 167:17
true 95:25 123:4,10
  221:4
truly 155:10 217:16
trust 166:12
trustee 107:3 114:18
  118:7 135:18
  137:13 140:22
  173:11 200:19
trustee's 140:18
  172:25 173:6
truthful 180:6
try 74:25 89:5
  104:17 124:12
  151:11 183:13
trying 89:11 181:8
  181:10
tunc 68:3,12
turn 12:17 104:14
  165:12 174:4
  183:5 185:14
  189:17 208:18
turned 43:19
turning 83:24 153:2
  175:22
turns 203:18 205:4
  210:18
twenty 124:18 136:5
TWI 153:17
two 5:16 7:12,15,17
  8:6 19:6 20:16
  22:11 35:6 51:19
  57:9 75:12 81:9
  101:20 102:8
  103:2 108:10,20

118:24 119:5
120:19 125:6
126:6 136:5
137:21 139:12,23
140:9 143:3
155:21 158:4
160:13 163:12
170:7 191:23
194:8 196:14
204:21 207:13
217:19
two-minute 39:25
two-year 19:25
type 92:15 124:15
  124:23 153:17
  154:10 172:20
  177:4 203:20
types 126:18,22
  152:20 165:11
  198:22
typical 63:3 78:11
typically 70:8
T's 148:18 158:22

_____

**U**

Uh-huh 45:8 48:8
  52:14 59:5
ultimate 141:11
ultimately 110:13
  185:17
UNCLEAR 135:17
uncontroverted
  112:11
undefined 167:16
underlay 168:23
underlies 174:6
underly 165:20
underlying 170:19
  180:19
undermine 171:8
  218:21
understand 16:23
  34:8,17,22 38:20
  49:17 56:20,22
  64:22 82:16 83:21
  94:13 106:24

123:25 126:12
153:4 160:9
175:21 178:21
181:6 182:16
186:10 190:10
196:10 197:21,23
199:21 201:6
203:3,22,23 211:7
211:8,10 212:24
213:1,9 218:24
understanding
  28:21 47:19 49:23
  60:2 62:18 64:14
  67:17 177:8 186:5
understood 32:13
  99:11
undivided 140:22
undo 151:25 158:18
unfair 63:22
unfolded 81:2 82:6
unfortunate 178:16
Unfortunately
  165:24
unique 69:21 78:18
  80:15 130:21
United 1:1,14 32:2
  36:2 52:11,12
  107:3 118:7
  188:23
unjustly 184:14
unnecessary 99:14
unopposed 136:19
unqualified 138:22
unrelated 182:5
unsecured 121:8
unstated 157:10
untainted 140:23
updated 27:5
upwards 89:7
urge 183:20
Urich 18:8 21:6
use 43:4 55:15 65:8
  98:23 99:9 103:16
  116:6 152:7
  164:21 186:18
  193:18

useful 25:4 55:9
usually 33:15
U.S 1:19 73:13
  114:18 134:10
  135:17 144:24
  148:13 157:9
  178:11

_____

**V**

vaguely 53:6
value 142:24
van 16:24 110:5
  123:18
variety 66:12 73:7
  81:25 90:11 95:22
various 19:21 21:2
  23:5,6 81:8 93:9
  124:11 136:22
  138:17 194:21
veracity 169:15
verbatim 24:2
verify 28:20 166:13
version 49:19,20
  50:2 97:5,6 161:12
versus 144:13
vetted 47:23 110:9
  164:3 180:3
vetting 175:19
vice 59:17
view 11:11 27:2 43:8
  49:4 53:14 65:23
  82:5 84:2 87:22,22
  88:13,18 90:17
  95:4 144:21
  163:12 164:5
  168:12,19 178:9
  190:16 193:5
views 84:21
violate 111:15
violated 181:15
violation 86:21
  100:14
virtually 29:16
visible 58:3

_____

**W**

Wacker 3:5

**wait** 35:7 216:4
**waived** 117:19 158:8
**waiver** 155:18
**waivers** 117:8
**wake** 53:10
**walk** 8:2 85:4 160:4
**want** 8:2 11:21
  12:20 13:11 16:21
  25:18 31:10 37:22
  45:4 56:19 69:3
  96:23 101:4
  103:16 104:9,23
  112:8 122:6,7
  125:17 131:21
  160:6 161:7 166:4
  168:4,22 170:17
  172:6,8,10 173:19
  174:5,15,21,25
  175:14,20 176:2,2
  176:18 177:8,20
  178:15 181:6,13
  181:16,24 182:2
  186:5 196:2,4,18
  197:5 202:10
  211:17 212:24
  213:6
**wanted** 6:24 7:8 8:8
  11:14,15 117:2
  133:14 162:15
  164:21 176:23
  179:15 212:17
**wants** 11:16 13:7
  84:8 163:2 175:25
  189:21 192:14
  193:18,20
**warranty** 125:3,4,13
  126:24
**warts** 165:8
**wasn't** 91:24 109:19
  110:5,5,6 115:15
  124:19 180:11
  186:21 195:8
  210:18
**waste** 109:12 116:3
**watch** 166:3
**watching** 114:22,25

170:21
**wave** 15:18
**way** 16:10 47:10
  55:15 110:20
  124:4 141:9 149:9
  158:14 169:8
  193:3 202:11
  203:18 208:20
  210:9 219:1
**ways** 151:3 196:2
**We're** 207:12
**weaknesses** 83:11
**Wednesday** 7:10
**weed** 185:9
**week** 6:25 7:10
  35:18 97:18 98:6
  99:21 163:16,20
  176:21 182:10,25
  190:23 195:9
  201:14 204:4
  212:23
**weekly** 47:22
**weeks** 195:8
**weight** 133:25
**weighted** 51:23
**weighting** 129:22
**welcome** 195:18
**Wells** 191:4
**went** 29:5 51:3 63:5
  91:6 98:7 108:9
  116:22 129:10
  152:20 169:16
  180:14 185:19
**weren't** 16:13,16
  178:12 180:10
  206:3
**West** 3:5
**we'll** 10:20 40:11
  102:23 165:3,13
  168:18 195:2
  206:17,18
**we're** 24:11 27:21
  52:15 68:19 74:3
  82:4 93:11 100:5,6
  119:14,15 136:7
  160:25 168:24

172:4 176:17
  177:21,22 178:6
  180:20 183:9
  184:23 191:7
  192:22 194:24
  201:16 207:11
  209:4 210:17,22
  211:11 212:11
  214:7,18,19 216:2
  216:13,15,16,17
  216:18 217:12
  218:17
**we've** 7:17 8:13
  25:11 28:13 37:25
  65:25 90:15 99:13
  102:3 105:8 106:7
  107:25,25 109:4
  115:14,17 118:9
  120:18 145:19
  171:6 180:16
  186:6 193:1,13
  206:10
**whatsoever** 42:25
  180:23
**wheat** 170:15
**whereof** 221:13
**white** 197:5
**wholesale** 97:15,16
**widespread** 105:21
**William** 3:18 5:12
  24:8
**willing** 55:11 104:3
  168:24 188:8
**win** 201:22
**wisdom** 173:9
**withdraw** 198:24
**withdrawn** 161:4
**witness** 13:23,25
  14:4,7,9,12 15:22
  24:11,15,16 25:9
  25:21 26:2,15,19
  28:4,15,23 32:17
  32:20,24 38:9
  39:19 40:5,13
  47:10,16 54:22
  55:2,6 56:24 57:4

57:7,19 58:2,8,16
  58:20 59:3,5,12,16
  70:15 84:19,24
  86:2 87:4,14 94:10
  94:17 95:2 96:15
  97:8 165:17
  169:12,14 185:21
  196:22 205:21
  208:13 221:13
**witnesses** 13:6
  179:10 185:12
**WM** 3:8
**word** 63:24 171:11
  195:20
**words** 94:23 142:21
  152:22
**work** 6:20 8:24 9:2,3
  9:18 23:22 27:12
  28:24 29:15,20,22
  29:24 30:7,14
  31:21 32:3,5,12,14
  34:20 35:2,14,24
  41:23 46:17,22
  50:14,22 51:14
  52:7,19 53:10,22
  54:4 55:8,12,15
  59:20 67:3,8 69:9
  72:10 73:3,15 74:4
  78:3,21 79:15,24
  80:4 85:6,8 86:5
  88:17 89:10 91:10
  95:23 105:3,22,23
  105:24 106:19,21
  106:21 108:15
  110:8 115:21,24
  116:2 117:24
  128:24 129:7,12
  129:20,24 131:2
  134:10 139:2,3,5
  145:8 146:14,19
  147:11 148:13,15
  148:25 149:8,21
  150:6,17,25
  151:17,24 154:3
  157:9,10,13,14
  158:19 184:15

191:23 214:8
**worked** 8:25 21:21
    42:12 50:21 62:7
    71:13,22 74:19
    91:22 123:8
**working** 18:21 20:5
    23:11 28:8 69:15
    72:2,19 131:22
    182:9
**world** 18:3,21 54:7
    73:6 105:20 115:7
**WorldCom** 118:22
    142:5,14 143:7
**worth** 85:16,21
    96:25
**wouldn't** 9:24 35:4
    90:23 114:22
    180:4 198:5
    207:16
**writes** 21:25 22:6
**writing** 207:24
**written** 33:24
**wrong** 53:8 118:17
    121:11 123:22
    134:22 151:13
    182:17
**wrongdoers** 187:16
**wrongdoing** 112:23
    191:21 217:22

_____

**X**

**x** 1:4,10 220:3
**xeroxed** 124:17

_____

**Y**

**Y** 65:23 66:4,5,17
    67:3,8,10,18 69:8
    69:14 75:2 79:20
    80:19 85:14,21
    91:3 94:15 115:14
    115:15,15,20,23
    115:23 116:2,5
    117:2 146:10
    147:21 148:8
    155:14 190:5,7
**yeah** 26:4 27:9 32:20
    40:14 56:6 89:22

**year** 6:2 20:23 21:11
    21:12 27:10 34:15
    36:24 38:3 57:21
    61:17 67:6 68:9
    70:9,22,23 73:20
    75:6 86:9 90:2,2
    129:3 147:6
    193:14
**years** 16:19 19:6
    20:16 37:9 39:9
    42:12,13 43:12,17
    44:24 45:5 46:18
    48:11 55:7 57:5,10
    57:11,17,17,21
    58:10 62:7 74:11
    74:24 76:2 79:2,5
    79:6,21 88:17
    108:8,9,11 114:3
    126:6 138:18,21
    139:5,22,23 145:8
    150:17 151:21,23
    152:2 153:12
    154:6 156:17,19
**year's** 32:4 38:18
**year-end** 34:3 71:19
    73:4,8
**year-round** 73:6
    105:22
**yesterday** 163:10
    166:6 187:20
    196:6
**York** 1:2,16,16 3:15
    3:15,24,24 4:6,6
    142:6 143:18
**you're** 89:24
**Young** 7:8 54:16
    65:8,13,17 67:25
    68:10,17 69:13
    71:4 82:25 83:18
    83:22 84:3,7,10
**Young's** 84:9
**Y's** 149:4

_____

**Z**

**zero** 45:9

_____

**#**

_____

**#1401** 1:21
**#1619** 1:25
**#1691** 2:5
**#1719** 2:9
**#1799** 2:13

_____

**μ**

**μAha** 118:16
**μand** 60:11
**μcause** 35:8 211:18
**μIn** 71:25
**μokay** 100:18
**μthere** 113:9
**μthere's** 113:8
**μtil** 54:3
**μμThe** 116:14

_____

**0**

**04** 43:22 45:23 58:23
    73:20
**05** 60:25 85:9 86:9
    89:11
**05-44481** 1:3
**06** 67:14 86:12 91:4

_____

**1**

**1** 25:4 48:22 49:15
    49:20 160:21
    220:6
**10** 72:3,19 78:5
**10k** 30:25,25 57:7
    58:3 89:25
**10th** 86:8 91:25
**10:00** 1:12
**100** 9:17 17:25 43:19
    74:9,15 95:19
**10004** 1:16
**10022** 3:15
**101-14** 109:4 139:17
    142:12
**10111** 4:6
**10154** 3:24
**1095** 172:15
**11** 61:5 63:16 64:13
    72:3,19 109:18
    114:6 115:13
    138:12 147:16,22

158:13 180:11
    191:15 194:1,10
    195:10,18,24
**11:00** 40:11
**12** 155:2
**12th** 34:25 53:22
**1222** 6:3
**13** 1:11 220:6
**15** 4:5 128:16 144:25
    169:2,6 170:3,4
    175:15 182:3
    207:3,21
**15th** 90:4
**15-day** 86:10 90:5
**151** 142:4
**16** 221:15
**1619** 6:7 162:23
**162** 153:18
**16437** 154:25
**165** 142:4
**168** 143:10
**169** 142:15
**175** 143:17
**176** 140:11
**1799** 6:9 162:25
**19** 79:5
**19th** 116:12
**1934** 156:3
**1982** 42:12
**1993** 172:16
**1994** 143:18 153:19
**1995** 27:7
**1996** 27:7
**1999** 140:12

_____

**2**

**2a** 124:21 152:14
**2nd** 34:14,16
**20** 18:15 21:20 45:2
    89:10 157:11,23
**20th** 214:13
**20-billion** 73:2
**200** 196:24 198:4
**2000** 43:16 57:14
    58:6 122:25
    138:18 151:20

196:22
**2001** 20:7 43:16
  57:15 58:6 108:8
  132:16 138:19
  144:24,25 151:20
  154:24 155:2
**2002** 20:7,14 57:9
  122:25 127:13
**2003** 19:15,17 20:23
  21:2 57:9 108:9
  122:25 138:15
**2004** 20:18,20 29:3
  44:21 45:22 73:19
  142:6
**2005** 5:25 6:2 7:7
  16:23 18:23 19:2,9
  21:22 30:6,8,11,13
  30:15 31:4,6,7,12
  31:15,19 33:12
  34:20 35:25 36:8
  36:18 37:6 41:24
  42:20 43:5,13,22
  44:5,19,22 45:14
  46:23 48:15 49:24
  50:13,14,16 51:14
  53:18 54:12 59:21
  60:8,11 62:6 67:4
  67:12,13,15 68:4
  68:12 69:7,10 71:7
  72:4,9,10,21 73:15
  73:16 74:4 75:2,4
  75:19 76:22 78:5
  84:3,18 85:14 87:3
  87:5 88:3,12,21
  90:19 92:23 94:22
  101:23 103:10
  106:19,22 116:12
  126:9 128:14,18
  129:19 131:8
  132:10 136:11
  138:25 139:2
  145:7,24 146:17
  147:4,13 149:22
  151:24 154:8
  155:14 156:7
  159:2 167:14

**2006** 1:11 5:19 7:8
  36:15,16 59:24
  60:5,19,22 61:5
  65:8,13 67:19,24
  68:18 69:13 71:5
  80:20 82:25 94:15
  116:5 129:19
  146:9 147:6,21
  148:5 221:15
**22** 132:10
**23** 42:12
**24** 220:6
**25** 31:14 212:19
  213:1
**2690** 144:25
**27th** 171:5 172:13
  182:11 183:5,19
  193:4,11 207:5
  215:7
**28** 78:25
**28th** 172:12
**29th** 12:4 50:11,16
  129:10

---
**3**

**3** 61:4 155:3
**3rd** 54:3
**3.5** 157:9,23
**3.7** 31:23
**3.8** 31:22,23 32:6
  128:13,17 134:9
**30** 18:15 21:20 25:14
**30th** 30:24 50:19,21
  90:3,6
**31** 25:14 26:23
**31st** 86:12
**311BR** 142:4
**327** 140:19
**327a** 108:24 109:3
  111:15 137:12
  140:7 142:11
  143:20 159:5
**327a's** 140:7
**327041** 155:4
**333** 3:5
**34** 5:20,21

**345** 3:23
**35** 42:13 55:6 156:17
**363b** 172:19
**365** 172:18
**37** 5:20 6:6
**37th** 162:21

---
**4**

**4** 172:15
**40** 44:24 45:6,7
  156:18
**40,000** 52:13 85:16
**404** 67:11 85:7

---
**5**

**5th** 5:19 6:7 67:24
  68:8 162:21
**5,000** 213:23 214:2
**50** 17:25
**500** 156:21
**532** 144:9
**533** 144:9
**55** 52:16
**599** 3:14

---
**6**

**6th** 81:16 130:6
**60** 52:16
**60606** 3:6
**610** 140:11
**621** 141:17
**622** 141:25
**623** 142:14
**625** 142:3
**630** 4:5
**69** 156:3

---
**7**

**75** 86:10 89:25

---
**8**

**8** 5:25 68:4,12
**8K** 116:11
**800** 26:5 49:3
**830** 156:3

---
**9**

**90** 86:11 90:6 117:21
**90-11** 194:10