**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 03-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sakura Mizuno, a member in good standing of the bar in the state of Texas and the bar of the U. S. District Court for the Southern District of Texas, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Equistar Chemicals, LP, creditor in the above-referenced case.

| | |
|---|---|
| My address is: | SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C. |
| | 2400 Two Houston Center |
| | 909 Fannin Street |
| | Houston, Texas 77010 |
| My email address is: | smizuno@smfs.com |
| My telephone number is: | (713) 646-5519 |

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro hac vice***.

Dated: January 24, 2006.

Respectfully submitted,

_____
Sakura Mizuno
Texas Bar No. 24039063
S.D.TX No. 36245
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5503 (Telephone)
(713) 752-0337 (Facsimile)
E-mail: smizuno@smfs.com

ATTORNEY FOR EQUISTAR CHEMICALS, LP

Sakura Mizuno
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5503 (Telephone)
(713) 752-0337 (Facsimile)
E-mail: smizuno@smfs.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| **DELPHI CORPORATION,** *et al.*, : | Case No. 03-44481 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sakura Mizuno, a member in good standing of the bar in the State of Texas, and the bar of the U. S. District Court for the Southern District of Texas, have requested admission, ***pro hac vice***, to represent Equistar Chemicals, LP, creditor in the above referenced case.

**ORDERED**,

that Sakura Mizuno, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____

New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE