**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| **DELPHI CORPORATION,** *et al.*, : | Case No. 05-44481 (RDD) |
| : | |
| Debtors. : | (Jointly Administered) |

-------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sakura Mizuno, a member in good standing of the bar in the State of Texas, and the bar of the U. S. District Court for the Southern District of Texas, have requested admission, ***pro hac vice***, to represent Equistar Chemicals, LP, creditor in the above referenced case.

**ORDERED**,

that Sakura Mizuno, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: January 30, 2006

    New York, New York

    /s/Robert D. Drain_____
    UNITED STATES BANKRUPTCY JUDGE