UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re:
Delphi Corporation f/k/a Delphi                In re: Case No.  05-44481(RDD)
Automotive Systems Corporation                 Chapter 11 - Jointly Administered
    Debtor
-------------------------------------------------------- X

## ORDER

**ORDERED,**

that DEBORAH A. MATTISON is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, as the filing fee of $25.00 has been paid.

Dated: January 31, 2006
     New York, New York        /s/Robert D. Drain
                                            Honorable Robert D. Drain
                                            UNITED STATES BANKRUPTCY JUDGE