**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, *et al.*,                       :          Case No. 03-44481 (RDD)
                                                    :
                     Debtors.                       :          (Jointly Administered)
-------------------------------------------------------------x

<u>**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*</u>

I, Sakura Mizuno, a member in good standing of the bar in the state of Texas and the bar

of the U. S. District Court for the Southern District of Texas, request admission, ***pro hac vice***,

before the Honorable Robert D. Drain, to represent Equistar Chemicals, LP, creditor in the

above-referenced case.

My address is:          SHANNON, MARTIN, FINKELSTEIN & ALVARADO, P.C.
                        2400 Two Houston Center
                        909 Fannin Street
                        Houston, Texas 77010
My email address is:    smizuno@smfs.com
My telephone number is: (713) 646-5519

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice ***pro***

***hac vice***.

Dated:  January 24, 2006.

                                        Respectfully submitted,


                                        _____
                                        Sakura Mizuno
                                        Texas Bar No. 24039063
                                        S.D.TX No. 36245
                                        2400 Two Houston Center
                                        909 Fannin Street
                                        Houston, Texas 77010
                                        (713) 646-5503 (Telephone)
                                        (713) 752-0337 (Facsimile)
                                        E-mail: smizuno@smfs.com

                                        ATTORNEY FOR EQUISTAR CHEMICALS, LP

Sakura Mizuno
2400 Two Houston Center
909 Fannin Street
Houston, Texas 77010
(713) 646-5503 (Telephone)
(713) 752-0337 (Facsimile)
E-mail: smizuno@smfs.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **DELPHI CORPORATION, *et al.*,** | : | **Case No. 03-44481 (RDD)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Sakura Mizuno, a member in good standing of the bar in the State of Texas, and the bar

of the U. S. District Court for the Southern District of Texas, have requested admission, ***pro hac***

***vice***, to represent Equistar Chemicals, LP, creditor in the above referenced case.

**ORDERED**,

that Sakura Mizuno, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case, in

the United States Bankruptcy Court, Southern District of New York, subject to payment of the

filing fee.

Dated: _____

      New York, New York

/s/_____
UNITED STATES BANKRUPTCY JUDGE