**Quarles & Brady Streich Lang LLP**
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Phone 520.770.8700 Facsimile 520.770.2222
sboswell@quarles.com

Attorneys for Offshore International, Inc.
and Maquilas Teta Kawi, S.A. de C.V.

Susan G. Boswell, Esq. (AZ Bar # 004719)
Kasey C. Nye, Esq. (AZ Bar # 020610)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF KASEY C. NYE

I, Kasey C. Nye, a member of good standing of the bar of the State of Arizona, and of the bar in the U.S. Bankruptcy Court for the District of Arizona, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Offshore International, Inc. and/or other creditors in the above-reference bankruptcy case of Delphi Corporation.

My address is: Quarles & Brady Streich Lang LLP, One South Church Avenue, #1700, Tucson, Arizona 85701; my telephone number is: (520) 770-8717; and my e-mail address is: knye@quarles.com.

I have submitted the fee of $25.00 along with my application for admission to practice *pro hac vice* before this Court.

DATED this １st day of February, 2006.
Tucson, Arizona

QUARLES & BRADY STREICH LANG LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701

By /s/ Kasey C. Nye
Kasey C. Nye
Attorneys for Offshore International, Inc.

QBTUC\203143.00004\175875.1

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481-RDD<br><br>(Jointly Administered) |

## ORDER

  **IT IS ORDERED**, that Kasey C. Nye, Esq. is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, as the filing fee has been paid.

Dated: _____, 2006　　　　_____

                    Honorable Robert D. Drain
                    United States Bankruptcy Judge

QBTUC\203143.00004\175875.1