UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF NEW YORK
-------------------------------------------------------- X

In re:
<u>Delphi Corporation</u> f/k/a Delphi             In re: Case No.  05-44481(RDD)
Automotive Systems Corporation            Chapter 11 - Jointly Administered
    Debtor
-------------------------------------------------------- X

MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Allison W. Lowell, a member in good standing of the bar in the State of Alabama, or of the bar of the U.S. District Court for the Northern District of Alabama, request admission, ***pro hac vice***, before the Honorable Robert D. Drain, to represent Rosalyn Motley, an unliquidated contingent creditor in the above-referenced case.

    My address is 301 19th St. N., Birmingham, AL 35203.  My e-mail address is <u>alowell@wcqp.com</u>; telephone number 205-314-0500.

    I have submitted the fee of $25.00 along with my application for admission to practice ***pro hac vice*** by this Court.

    Dated: <u>January 18, 2006</u>
    New York, New York          <u>/s/ Allison W. Lowell</u>
                                         ALLISON W. LOWELL, Esq.

**ORDER**

**ORDERED,**
that ALLISON W. LOWELL is admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, as the filing fee of $25.00 has been paid.
Dated: _____
       New York, New York                  _____
                                             Honorable Robert D. Drain
                                             UNITED STATES BANKRUPTCY JUDGE