## Applied Biosystems
### AR and AP Balances with Delphi at December 30, 2005
### Summary Updated on January 30, 2006

| | June | July | August | September | October pre | Pre-Petition Total | October | Nov | Dec | Post Petition Total | Total ALL | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Owed to AB** | | | | | | | | | | | | |
| Inventory Sold to Delphi | $4,671,422 | $2,241,739 | $3,114,293 | $274,885 | | $10,302,339 | 347,615 | 267,879 | 306,647 | 922,141 | $11,224,480 | |
| Plant Operating Expenses | $433,814 | $186,747 | $99,634 | $77,712 | | $797,908 | - | - | - | - | $797,908 | |
| Plant Operating allowances (by CC) | ($16,504) | ($13,283) | ($19,806) | $0 | | ($49,593) | - | - | - | - | ($49,593) | |
| | $5,088,732 | $2,415,204 | $3,194,121 | $352,598 | | $11,050,653 | 347,615 | 267,879 | 306,647 | 922,141 | 11,972,794 | |
| **Paid by Delphi** | | | | | | | | | | | | |
| Inventory Sold to Delphi | ($2,987,749) | - | - | $0 | | ($2,987,749) | ($347,615) | - | - | ($347,615) | ($3,335,364) | |
| Plant Operating Expenses | ($527,506) | - | - | ($65) | | ($527,561) | - | - | - | - | ($527,561) | |
| | ($3,515,255) | $0 | $0 | ($65) | | ($3,515,310) | ($347,615) | - | - | ($347,615) | (3,862,925) | |
| **Net A/R Balance with Delphi** | $1,573,477 | $2,415,204 | $3,194,121 | $352,543 | | $7,535,343 | $0 | $267,879 | $306,647 | 574,526 | 8,109,870 | |
| **Owed to Delphi** | | | | | | | | | | | | |
| Inventory Purchased by AB ** | $1,619,884 | $2,305,111 | $2,125,397 | $1,490,822 | $238,116 | $7,779,330 | 1,246,809 | 1,756,256 | 1,590,176 | 4,593,241 | $12,372,571 | |
| **Paid by AB** | ($1,619,884) | ($2,305,111) | - | - | - | ($3,924,995) | - | - | - | - | ($3,924,995) | (495,116.89) * |
| **Net AP Balance with Delphi** | $0 | $0 | $2,125,397 | $1,490,822 | $238,116 | $3,854,335 | $1,246,809 | $1,756,256 | $1,590,176 | $4,593,241 | $8,447,576 | |
| **Net Balance with Delphi (owe delphi)** | $1,573,477 | $2,415,204 | $5,319,518 | $1,843,364 | $238,116 | $3,681,008 | ($1,246,809) | ($1,488,377) | ($1,283,529) | ($4,018,715) | ($337,706) | |

**Note:**
* On Jan 23, 2006 AB paid $495,116.89 to Delphi. Of the total - $462,133.58 relates to December 2005 invoices, and is included in the Dec payable balance
** AP balances still include pricing and receipt differences between the companies that are being worked out

# Applied Biosystems
## AR and AP Balances with Delphi at December 30, 2005

### Delphi Accounts Receivable - Owed to Applied Biosystems

| | | Payment Term | Invoice Date | Due Date | Date Paid | Status |
|---|---|---|---|---|---|---|
| **June 2005** | | | | | | |
| Initial WIP Inventory | 1,669,771 | 90 Days | 06/28/2005 | 09/26/2005 | | Outstanding* |
| Initial Raw Materials Inventory - 13 weeks | 1,417,326 | 30 days | 07/06/2005 | 08/05/2005 | 07/22/2005 | Paid by wire |
| | | Extended 90 days - Due: End of September 2005. | | | | |
| | | Delphi Paid 7/22/2005 - 13 weeks inv pd short: | | | | |
| | (1,415,374) | Payment attempt made 9/30/05. Bank rejected | | | | |
| June Material Inventory Purchases ( 101 & 311 )** | 1,516,774 | | | | | |
| | ($1,952) | Invoice # INV070Pur | 30 days | 07/07/2005 | 08/06/2005 | 08/24/2005 | Paid by wire |
| | (1,516,774) | Delphi Paid 8/24/2005 | | | | |
| | | Invoice # INV070TSpend - Revised on October 20, 2005 | | | | |
| Plant Operating Expenses - June | 433,814 | | 45 days | 07/07/2005 | 08/21/2005 | 08/24/2005 | Paid by wire |
| | (16,504) | June Plant Ops Exps adjusted by agreement 10/30/05 - | | | | |
| | (527,506) cc | Delphi Payment - 8/24/2005 - Spending, | | | | |
| Plant Operating Expenses - June | 67,551 | Invoice # INV070Var | 30 days | 07/07/2005 | 08/06/2005 | 08/24/2005 | Paid by wire |
| | ($11,950) | Delphi Paid 8/24/2005 - Spending, Paid short | | | | |
| Plant Operating Expenses - June | (55,601) | | | | | |
| | **1,573,477** | | | | | |
| **July 2005** | | | | | | |
| July Material Inventory Purchases ( 101 )** | 1,782,157 | Invoice # INV0801PUR | 30 days | 08/03/2005 | 09/02/2005 | | Outstanding |
| July Material Inventory Purchases ( 311 )** | 440,576 | Invoice # INV0803INVTRSF | 45 days | 08/03/2005 | 09/17/2005 | | Outstanding |
| Plant Operating Expenses - July | 186,747 | 6666 | 45 days | 10/20/2005 | 12/04/2005 | | Outstanding |
| | | July Plant Ops Exps adjusted by agreement 10/30/05 - | | | | |
| Plant Operating Expenses - July | (13,283) cc | | | | | |
| Production Variance | 19,006 | Invoice # INV0803Var | 30 days | 08/03/2005 | 09/02/2005 | | Outstanding |
| | **2,415,204** | Due: Beg September 2005 | | | | |
| **August 2005** | | | | | | |
| August Material Inventory Purchases ( 101 )** | 2,794,457 | Invoice # INV0829PUR | 30 days | 10/18/2005 | 11/17/2005 | | Outstanding |
| August Material Inventory Purchases ( 311 )** | 318,811 | Invoice # INV0907PUR | 30 days | 09/07/2005 | 10/07/2005 | | Outstanding |
| Plant Operating Expenses - August | 99,634 | Invoice # INV0829Spend - Revised October 20, 2005 | 45 days | 10/20/2005 | 12/04/2005 | | Outstanding |
| | | Aug Plant Ops Exps adjusted by agreement 10/30/05 - | | | | |
| Plant Operating Expenses - August | (18,806) cc | | | | | |
| Plant Operating Expenses - August | 1,025 | Invoice # INV0829Var | 30 days | 08/03/2005 | 09/02/2005 | | Outstanding |
| | **3,194,121** | Due: Beg October 2005 | | | | |
| **September 2005** | | | | | | |
| Plant Operating Expenses - September | 77,712 | Invoice # INV0829Spend - original - $88,657 | 30 days | 10/20/2005 | 12/04/2005 | | Outstanding |
| | 4,800 | Invoice # INV1002Pur | 30 days | 10/17/2005 | 11/16/2005 | | Outstanding |
| September Material Inventory Purchases ( 311 )** | 165,592 | Invoice # INV1031PUR - split by pre/post - see oct | 30 days | 11/11/2005 | 12/11/2005 | | Outstanding |
| Raw Material Inventory Purchases - September | 100,934 | Invoice # INV1031INVTRSF - split by pre/post - see oct | 30 days | 11/11/2005 | 12/11/2005 | | Outstanding |
| Plant Operating Expenses - September | 3,560 | Invoice # INV1031SPEND - split by pre/post - see oct | 30 days | 11/11/2005 | 12/11/2005 | | Outstanding |
| Freight - September | (55) | Delphi Paid 9/24/2005 - Soda Machine reimbursement | | | | 08/24/2005 | Paid by wire |
| September 2005 | **352,543** | Due: Beg November 2005 | | | | |
| Gross A/R & Accrued AR from Delphi - Sept | **7,535,343** | As of September 30, 2005 | | | | |
| **October 2005** | | | | | | |
| Raw Material Purchases - October | $156,777 | Invoice # INV1031PUR - split by pre/post | 30 days | 11/11/2005 | 12/11/2005 | 12/14/2005 | paid - ck10522 |
| | ($156,777) | Partial Payment - see same inv - september | | | | |
| AB Houston Inventory sold to Delphi - 311 | $189,618 | Invoice # INV1031INVTRSF - split by pre/post | 30 days | 11/11/2005 | 12/11/2005 | 12/14/2005 | paid - ck10503 |
| | ($189,618) | Partial Payment - see same inv - september | | | | |
| Oct Freight | $1,220 | Invoice # INV1031SPEND - split by pre/post | 30 days | 11/11/2005 | 12/11/2005 | 12/14/2005 | paid - ck10530 |
| | ($1,220) | Partial Payment - see same inv - september | | | | |
| | $0 | | | | | |
| **November 2005** | | | | | | |
| AB Houston Inventory sold to Delphi - 311 /CC | **$267,879** | INV4125PUR | 30 days | 11/25/2005 | 12/25/2005 | | Outstanding |
| **December 2005** | | | | | | |
| AB Houston Inventory sold to Delphi - 311 /CC | **$396,647** | INV1239PUR - includes EHUB | 30 days | 01/25/2006 | 02/24/2006 | | Outstanding |
| Cumulative A/R & Accrued AR - Delphi | **8,169,870** | Cumulative as of December 30, 2005 | | | | |

| Delphi Accounts Payable Invoiced - Owed to Delphi | | Payment Terms | Invoice Date | Due Date | Date Paid | Status |
|---|---|---|---|---|---|---|
| July 2005 AB Finished Goods/Spares purch | (1,619,884) paid | 30 days | 07/07/2005 | 08/06/2005 | 08/15/2005 | Paid - Ck # 30003 0735 |
| July 2005 AB Finished Goods/Spares purch | (2,305,111) paid | 30 days | 07/29/2005 | 08/28/2005 | 09/20/2005 | Paid - Ck # 30000 33243 |
| Aug 2005 AB Finished Goods/Spares purch | (2,114,942) Due; Beg October 2005, Invoice # 083105-0003 | 30 days | 08/31/2005 | 09/30/2005 | | Outstanding |
| August 2005 Delphi e-fill August costs | (10,455) Due; Beg October 2005, Invoice # 090905-0001 | 30 days | 09/09/2005 | 10/09/2005 | | Outstanding |
| August Total | (2,125,397) | | | | | |
| **Delphi Iinvoiced and Invoices not posted** | | | | | | |
| Sept 2005 AB Finished Goods/Spares purch | (1,232,159) Posted Invoices | 30 days | inv not rec'd | N/A | | Outstanding |
| Sept 2005 AB Finished Goods/Spares purch | (258,663) Non-Posted Invoices - PO issues | | | | | |
| Sept Total | (1,490,822) | | | | | |
| Oct 2005 AB Finished Goods/Spares purch - PRE | (237,341) Posted Invoices | | | | | |
| Oct 2005 AB Finished Goods/Spares purch - PRE | (775) Non-Posted Invoices - PO Issues | | | | | |
| Oct total - PRE | (238,116) | | | | | |
| Oct 2005 AB Finished Goods/Spares purch - POST | (1,222,697) Posted Invoices | 30 days various dates | | | | Outstanding |
| Oct 2005 AB Finished Goods/Spares purch - POST | (24,111) Non-Posted Invoices - PO issues | 30 days various dates | | | | Outstanding |
| Oct total - POST | (1,246,809) | | | | | |
| Nov 2005 AB Finished Goods/Spares purch | (1,737,821) Posted Invoices | | | | | |
| Nov 2005 AB Finished Goods/Spares purch | (18,435) Non-Posted Invoices - PO issues | 30 days various dates | | | | Outstanding |
| Nov Total | (1,756,256) | | | | | |
| Dec 2005 AB Finished Goods/Spares purch | (955,706) Posted Invoices | | | | | |
| Dec 2005 AB Finished Goods/Spares purch | (462,134) Posted Invoices PAID ON JAN 23, 2006 tft 495116.89 | | | | | |
| Dec 2005 AB Finished Goods/Spares purch | (172,336) Non-Posted Invoices - PO Issues | | | | | |
| | (1,590,176) | | | | | |
| **Total Owed to Delphi December 2005** | **(8,447,576)** | | | | | |
| **NET balance with Delphi December 2005** | **(337,706)** | | | | | |

** On October 11, 2005, subsequent to quarter ended September 30, AB received $1.668M from for the Initial WIP sold to Delphi on June 6, 2005.
On October 18, this check was returned not paid.
( 101 & 311 ) - 101 Transactions are for raw material purchases from Third Party Vendors.
311 Transactions are for Applied Biosystems inventory transferred to Delphi.