# DELPHI

December 20, 2005

Applied Biosystems
850 Lincoln Centre Drive
Foster City, CA 94404
Attn: William Gibbs

Dear Mr. Gibbs:

As you are aware, on October 8, 2005, Delphi Corporation and certain of its U.S. affiliates (collectively, "Delphi"), filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). Delphi continues to operate its business as debtor-in-possession.

Delphi has recently become aware of the fact that your company has unilaterally effected a setoff of prebankruptcy obligations by debiting one or more Delphi accounts for amounts that you assert are owing by Delphi. Please be advised that, in Delphi's view, this action constitutes a violation of the automatic stay provisions of section 362 of the Bankruptcy Code referenced below. As such, Delphi hereby demands that such debits be immediately reversed and appropriate amounts paid as soon as possible.

To the extent that your company desires to assert a right of setoff, such rights are governed by the Bankruptcy Code. Delphi has received approval of the Bankruptcy Court of a procedure for creditors to assert rights of setoff under section 553 of the Bankruptcy Code and to have such claims resolved. Such procedures are outlined in paragraph 18 of the DIP Financing Order entered by the Bankruptcy Court on October 28, 2005, which can be obtained through www.delphidocket.com (docket # 0544481-870).

As such, Delphi expects that your company will fully comply with the requirements of the Order and the Bankruptcy Code, including the immediate reversal of the debits taken against Delphi's accounts and timely payment of all obligations owing to Delphi. Should such debits not be reversed within ten (10) business days of the date hereof or should you take any other action in violation of the automatic stay, Delphi will be forced to explore all of its legal options, including, without limitation, instituting of proceedings in the Bankruptcy Court for violation of the automatic stay provisions of section 362 of the Bankruptcy Code and seeking the aforementioned relief on account of such violations.

Delphi values its continued relationship with your company and trusts that these issues will be promptly rectified. Thank you for your prompt attention to this matter.

Sincerely,

Dana F. Fidler
Director-Financial Processes & Services
Controller's Staff
Dana.f.fidler@delphi.com