Robert N. Michaelson, Esq. (RM 5925)
Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022-6030
Tel. (212) 536-3900
Facsimile (212) 536-3901
– and –
John C. Hutchins, Esq. (BBO #246060)
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
Telephone:  (617) 261-3100
Facsimile:  (617) 261-3175
*Attorneys for Applera Corporation*

Hearing Date: March 9, 2006
Hearing Time:  10:00 a.m.
Objection Deadline:March 6, 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re**<br><br>**DELPHI CORPORATION, <u>et</u> <u>al</u>.**<br><br>Debtors. | **Chapter 11 Case No.**<br>**05-44481 (RDD)**<br>**(Jointly Administered)** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on that on March 9, 2006 at 10:00 a.m. a hearing will be held, before the Honorable Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York 10004, to consider the Motion for an Order Granting Applera Corporation (I) Authorization to Recoup Amounts Owed to it by Delphi Medical Systems Texas Corporation Against Amounts Owed to Delphi Medical Systems Texas Corporation by Applera Corporation, and/or (II) Relief from the Automatic Stay Pursuant to Section 362 (d) of the Bankruptcy Code to Exercise Rights of Setoff Preserved by Section 553 of the Bankruptcy Code

with Respect to Prepetition Amounts Owing Between Applera Corporation and Delphi Medical Systems Texas Corporation which was previously served upon all persons entitled to receive notice thereof.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing and shall set forth the basis of the objection in the form prescribed by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Case Management Order, dated October 14, 2005 and shall be served upon (a) Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for Applera Corporation, 599 Lexington Avenue, New York, New York 10022, Attn: Robert N. Michaelson Esq., New York, New York 10022 and Kirkpatrick & Lockhart Nicholson Graham LLP, counsel for Applera Corporation, 75 State Street, Boston, MA 02106 Attn: John C. Hutchins, Esq. , (b) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Alicia M. Leonhard, Attn: Tracy Hope Davis; and filed with the Clerk of the Court, with a copy to the Chambers of the Honorable Robert D. Drain, together with proof of service thereof, so as to be received and filed no later than March 6, 2006.

**PLEASE TAKE FURTHER NOTICE** that the Motion is available on the internet at the Bankruptcy Court's website at http://www.nysb.uscourts.gov/.  A copy of the Motion may also be obtained upon written request to undersigned counsel for Applera Corporation.

- 3 -

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such adjournment at the time of the Hearing.  All persons may, but need not, attend the Hearing.  Persons objecting to the Motion, however, should have a representative present at the Hearing.


Dated:    New York, New York
          February 1, 2006

                                            KIRKPATRICK & LOCKHART
                                            NICHOLSON GRAHAM LLP
                                            *Attorneys for Applera Corporation*
                                            599 Lexington Avenue
                                            New York, NY  10022
                                            (212) 536-3900 (Telephone)
                                            (212) 536-3901 (Facsimile)


                                            /s/
                                            ─────────────────────────
                                            Robert N. Michaelson (RM-5925)

- 3 -