SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, | Case No. 05-44481 (RDD) |
| Debtor. | |

NOTICE OF AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

       PLEASE TAKE NOTICE that, on January 20, 2006, Delphi Corporation, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its Schedules of Assets and Liabilities (the "Schedules").

       PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations,

Methodology and Disclaimer Regarding Debtors' Schedules and Statements, the Debtor hereby files certain amendments to its Schedules.  Specifically, the Debtor has amended its Schedule F to reflect aggregate debits reflected in the Debtor's cross-charge accounts and has identified certain claims related to cross-charge accounts as unliquidated.  When considered cumulatively with amendments filed contemporaneously herewith to the Schedules (collectively, the "Amendments") for Delphi Corporation ("Delphi") and certain other of its 41 direct and indirect subsidiaries and affiliates that have filed voluntary petitions in the Bankruptcy Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (collectively, with Delphi and the Debtor, the "Debtors"), the amendments decrease the Debtors' total liabilities on a deconsolidated basis by approximately $1.2 billion.  However, the Amendments have no effect upon Delphi's consolidated financial statements that are filed with the Securities and Exchange Commission because the cross-charge accounts, which are maintained within the equity section of the Debtors' trial balances, eliminate on a global consolidated basis.

Dated:  New York, New York
       February 1, 2006

               SKADDEN, ARPS, SLATE, MEAGHER
                & FLOM LLP

            By: /s/ John Wm. Butler, Jr._____
              John Wm. Butler, Jr.
              John K. Lyons
              Ron E. Meisler
            333 West Wacker Drive, Suite 2100
            Chicago, Illinois  60606
            (312) 407-0700

             - and -

             By: /s/ Kayalyn A. Marafioti_____
              Kayalyn A. Marafioti (KM 9632)
              Thomas J. Matz (TM 5986)
            Four Times Square
            New York, New York 10036
            (212) 735-3000

            Attorneys for Delphi Corporation, et al.,
              Debtors and Debtors-in-Possession