UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
In re : Chapter 11
:
DELPHI CORPORATION, : Case No. 05-44481 (RDD)
:
: (Jointly Administered)
Debtor. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

        John Wm. Butler, Jr. (JB 4711)
        John K. Lyons (JL 4951)
        Ron E. Meisler (RM 3026)
        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
        333 West Wacker Drive, Suite 2100
        Chicago, Illinois 60606
        (312) 407-0700

          - and -

        Kayalyn A. Marafioti (KM 9632)
        Thomas J. Matz (TM 5986)
        SKADDEN, ARPS, SLATE, MEAGHER
          & FLOM LLP
        Four Times Square
        New York, New York 10036
        (212) 735-3000


        Attorneys for Delphi Corporation, et al.,
          Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $ - | | |
| B - Personal Property | NO | 0 | $ 3,968,956,245 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $ 2,488,329,621 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 16,635,858,134 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J - Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| | | Total Assets | $ 3,968,956,245 | | |
| | | Total Liabilities | | $ 19,124,187,755 | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

In re: DELPHI CORPORATION Debtor, Case No. 05-44481   Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1530232 - 10402701<br>DELPHI AUTOMOTIVE SYSTEMS<br>HUMAN RESOURCES LLC<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | INTERCOMPANY CROSS CHARGE | Unliquidated | $1,000.00 |
| 1552692 - 10405044<br>DELPHI AUTOMOTIVE SYSTEMS LLC<br>5725 DELPHI DRIVE<br>TROY   MI   48098 | INTERCOMPANY CROSS CHARGE | Unliquidated | $257,954,749.70 |
| 1530320 - 10402704<br>DELPHI NY HOLDING CORPORATION<br>5725 DELPHI DRIVE<br>TROY   MI   48098-2815 | INTERCOMPANY CROSS CHARGE | Unliquidated | $100.00 |
| 1652261 - 10405063<br>AGGREGATE DEBIT IN CROSS CHARGE ACCOUNTS | INTERCOMPANY CROSS CHARGE | Unliquidated | ($862.00) |
| | | TOTAL: | $257,954,987.70 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
    In re                                                           :   Chapter 11
:
DELPHI CORPORATION,                      :   Case No. 05-44481 (RDD)
:
                          Debtor.           :   (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION</u>**

I, the <u>Vice President, Chief Restructuring Officer, Chief Accounting Officer and Controller of Delphi Corporation,</u> the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 2 sheets, and that they are true and correct to the best of my knowledge, information and belief, subject to the global notes and various footnotes set forth therein.

Date:   February 1, 2006         Signature     /s/ JOHN D. SHEEHAN

                                         Print Name    John D. Sheehan

                                         Title    Vice President, Chief Restructuring Officer
                                                      Chief Accounting Officer and Controller

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3572.*