YOU SHOULD HAVE COMPLETED THE NON-LEGAL AFFIDAVIT, BECAUSE GQI IS PROVIDING NON-LEGAL SERVICES TO DELPHI.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
In re                                          :   Chapter 11
:
DELPHI CORPORATION, et al.,                    :   Case No. 05-44481 (RDD)
:
                                     Debtors.  :   (Jointly Administered)
:
------------------------------- x

AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF                                )
                                        ) ss:
COUNTY OF                               )

_____, being duly sworn, deposes and says:

1.  I am a principal of **Global Quality Institute ("GQI")** which firm maintains offices at [**37 Marotta Ave, Brampton, ON L6X 4W9**].

2.  Neither I, **GQI**, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.  **GQI**, has represented and advised the Debtors in [ **quality management services and software solution services**] with respect to a broad range of aspects of the Debtors' businesses.

4.  The Debtors have requested, and **GQI** has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and GQI proposes, to render the following services to the Debtors: **[GQI supplies quality management services and software solutions to Delphi Corporation]**

5.  **GQI** 's current fees arrangement is [**$1000.00/month**.].

1

6. Except as set forth herein, no promises have been received by **GQI** or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. **GQI** has no agreement with any entity to share with such entity any compensation received by **"GQI"**.

8. **GQI** and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. **GQI** does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, **GQI**, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which **GQI** is to be engaged.

10. In view of the foregoing, **GQI** is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes the statement of **GQI** pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
[Mala Prakash]

Subscribed and sworn before me
this 26 day of January, 2006

_____
Notary Public

2

CERTIFICATE OF SERVICE

[Mala Prakash of GQI], [Administrator], hereby certifies that on [January 31, 2006], served a copy of the Affidavit of Legal [or NON LEGAL] Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated [January 31, 2006]

[Mala Prakash
Global Quality Institute
37 Marotta Avenue, Brampton,
Ontario, L6X 4W9
Tel: 905-452-9788]