UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In Re : Chapter 11
DELPHI CORPORATION, et al., :
: Case No. 05-44481(RDD)
Debtors. :
: (Jointly Administered)

------------------------------------------------------------x

## NOTICE AND CERTIFICATE OF SERVICE

Please take notice that Debtor, Delphi Corporation, on the 11th day of January, 2006, filed its original Statement of Fees (Invoice) dated January 9, 2006 and copy of Invoice dated October 13, 2005 with the Clerk of the United States Bankruptcy Court, Southern District of New York, 1 Bowling Green, New York, NY 10004.

The undersigned certifies that the Statement of Fees (Invoice) was served, via U. S. Mail, postage prepaid, to:

The Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI 48095
Attention: General Counsel

Counsel to The Debtors
Skadden, Arps, Slate, Meagher
& Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention: John Wm. Butler, Jr., Esq.

The U. S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10044
Attention: Alicia M. Leonhard, Esq.



RECEIVED JAN 17 2006 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

Counsel to the Creditors' Committee
Latham & Watkins
885 Third Avenue
New York, NY 10022
Attention: Mark A. Broude, Esq.

Counsel for the Agent Under the Debtors'
  Prepetition Credit Facility
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq.

Counsel for the Agent Under the Debtors'
  Postpetition Credit Facility
Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq.

_____
Beth Kamp Veath 6186523
Anthony Dos Santos 6255862
BROWN & JAMES, P.C.
Richland Plaza I
525 West Main Street, Suite 200
Belleville, Illinois 62220
(618) 235-5590
(618) 355-5159 (fax)

Attorneys for Defendant
Delphi Automotive Systems, LLC

### Certificate of Service

I, the undersigned, on the __11th__ day of __January__, 2006, at 5:00 p.m., filed the original of the aforementioned document with the Clerk of the United States Bankruptcy Court, Southern District of New York, 1 Bowling Green, New York, NY 10004 and a copy of this document, postage prepaid, in the United States Mail, addressed to the :

The Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI 48095
Attention:: General Counsel

2

Counsel to The Debtors
Skadden, Arps, Slate, Meagher
 & Flom
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attention: John Wm. Butler, Jr., Esq.

The U. S. Trustee
33 Whitehall Street, Suite 2100
New York, NY 10044
Attention: Alicia M. Leonhard, Esq.

Counsel to the Creditors' Committee
Latham & Watkins
885 Third Avenue
New York, NY 10022
Attention: Mark A. Broude, Esq.

Counsel for the Agent Under the Debtors'
 Prepetition Credit Facility
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
Attention: Marissa Wesley, Esq.

Counsel for the Agent Under the Debtors'
 Postpetition Credit Facility
Davis, Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attention: Marlane Melican, Esq.

Under penalties of perjury as provided by law, I certify that the statements in this affidavit are true.

*C. J. Keith*

7885845


RECEIVED
JAN 17 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

3

# BROWN & JAMES PC.
## LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

DELPHI AUTOMOTIVE SYSTEMS                           BILLING ATTORNEY - BKV
5825 DELPHI DRIVE
TROY, MI   48098-2815
                                                    INVOICE #   328054

MS. SHARON RUST                                     PAGE        1

                                                    JANUARY 9, 2006

CLIENT NUMBER - 10268 - 39528

SERVICES RENDERED
     THROUGH DECEMBER 31, 2005


     JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS
     Date/Loss:              5/06/03


| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 10/03/05 | BKV | .40 | 66.00 | Correspondence from Ted Gianaris re: plaintiff's case-specific Interrogatories directed to Delphi Automotive Systems, LLC, a subsidiary of General Motors Corporation; |
| 10/05/05 | BKV | .10 | 16.50 | Court Order from Judge Moran; |
| 10/07/05 | AED | .30 | 42.00 | Review of Order filed marked and faxed from SimmonsCooper regarding Motion to Voluntarily Dismiss South Hampton Refining Company pursuant to ILCS 5/2-1009; |
| 10/12/05 | AED | .30 | 42.00 | Review Order of Court dismissing Refining Company without prejudice and without costs; |
| 10/12/05 | AED | .10 | 14.00 | Review Order of Court dismissing Atofina Petrochemicals, Inc., f/k/a Fina Oil and Chemical Company f/k/a American Petrofina Company of Texas and Fina Oil and Chemical Company, only, without prejudice; |
| 10/12/05 | AED | .30 | 42.00 | Review Court Order dismissing Sun Company, Inc. (R & M), Sun Oil Company, Sun Refining and Marketing Company Sunoco only, without prejudice; |
| 10/13/05 | AED | 2.50 | 350.00 | Appear in Court on James Bedrin v. Delphi Automotive Systems regarding Defendant Koch's |

# BROWN&JAMES P.C.
## LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS        INVOICE #   328054

PAGE     2

|  |  |  |  |
|---|---|---|---|
|  |  |  | Motion for Protective Order & Motion to Dismiss, Defendant Shell & Equilon's Motion to Join and Adopt Koch Industries' Motion for Protective Order; Defendant Citgo's Motion for Protective Order; |
| 10/13/05 | AED | .30 | 42.00 Review Court Order dismissing Marathon Ashland Petroleum, only, without prejudice; |
| 10/13/05 | AED | .30 | 42.00 Review Order of Court dismissing Huntsman Corporation, only, without prejudice; |
| 10/13/05 | AED | .30 | 42.00 Review Order of Court dismissing Exxon Chemical Company, Exxonmobil Pipeline Company, Mobile Chemical Company, Inc., Mobil Corporation, and, Mobil Oil Refining Corporation, without prejudice; |
| 10/14/05 | AED | .30 | 42.00 Review Court Order dismissing El Paso Tennessee Pipeline Company, EPEC Corporation, EPEC Polymers Inc., and Tennessee Gas Pipeline Company, only, without prejudice; |
| 10/14/05 | AED | .30 | 42.00 Review Order of Court dismissing Chevron Corporation, Chevron Texaco Products Company, Getty Oil Company, Texaco Chemical Company, Inc. and TRIMI Holdings, Inc., without prejudice; |
| 10/19/05 | AED | .20 | 28.00 Review Order continuing docket to the next available hearing date; |
| 10/31/05 | AED | .40 | 56.00 Review Defendant Millennium Petrochemicals, Inc. (f/k/a Quantum Chemical Corporation) and Equistar Chemicals, LP Objections to Plaintiff's Case Specific Interrogatories on Issues Relating to Forum Non Conveniens; |
| 11/07/05 | BKV | .50 | 82.50 Pleadings Prepared: Notice of Bankruptcy Filing re: Delphi Automotive Systems, LLC; |
| 11/07/05 | CJK | .20 | 18.00 Review Notice of Discovery Deposition of Plaintiff, John Bedrin; Review CRD and EMagnus Docket to determine if plaintiff filed Answers to Interrogatories; |
| 11/08/05 | AED | 2.50 | 350.00 Appearance in Madison County, IL Circuit Court re: Delphi's Notice of Filing Bankruptcy and Request to Stay Cause of Action; |
| 11/14/05 | AED | .70 | 98.00 Review Interrogatories to Plaintiff, Request for |

# BROWN & JAMES
## LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS          INVOICE #   328054

                                                  PAGE    3

|  |  |  |  |
|---|---|---|---|
| | | | Production and Forum Non Conveniens Interrogatories propounded by Defendants, BP Corporation North America, Inc., BP Amoco Corporation, n/k/a BP Corporation North America, Inc., BP Products North America, Inc., BP Amoco Chemical Company, BP Oil Company, BP America, Inc., BP America Production Company, Atlantic Richfield Company, Lyondell-Citgo Refining Company, LP and Lyondell Chemical Company; |
| 11/16/05 | AED | .50 | 70.00 Review correspondence from William Schmitt of Greensfelder re: communication with plaintiff's counsel advising that deposition will be rescheduled from November 22 to November 29, 2005 to accommodate all parties and advising that discovery will be produced prior to that date; |
| 11/17/05 | AED | .20 | 28.00 Correspondence with Sharon A. Rust, Attorney, Legal Assistant of Delphi re: file-marked Notice of Bankruptcy Filing; |
| 11/18/05 | SAY | .10 | 9.00 Review Plaintiff's Notice of Discovery Deposition Cancellation re: deposition of Plaintiff, John Bedrin on November 22, 2005 in Rochester, NY; |
| 11/28/05 | AED | .20 | 28.00 Review Conocophillips Company's Interrogatories to Plaintiff, pursuant to Supreme Court Rule 213; |
| 11/29/05 | EVY | .10 | 9.00 Review Madison County Court Docket from Judge Moran in re: mandatory court appearance on defendant's Motion to Quash Notice of Deposition; |
| 12/05/05 | AED | .60 | 84.00 Review Defendants' BP Corporation North America, Inc., BP Amoco Corporation, n/k/a BP Corporation North America, Inc., BP Products North America, Inc., BP Amoco Chemical Company, BP Oil Company, BP America Inc., BP America Production Company and Atlantic Richfield Company's Supplement to Motion to Dismiss for Improper Venue or Alternatively Based on Forum Non Conveniens and Supplement to Motion to Dismiss of Defendants, Lyondell-Citgo Refining Company LP and Lyondell Chemical Company for Improper Venue or, Alternatively, Based on Forum Non Conveniens; |

# BROWN & JAMES
### LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS       INVOICE #   328054

                                               PAGE      4

       11.70            TOTAL HOURS

   PROFESSIONAL SERVICES                                        1,643.00


       SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Beth Kamp Veath | 1.00 | 165.00 | 165.00 |
| Anthony E. Dos Santos | 10.30 | 140.00 | 1,442.00 |
| Eve Yaekel | .10 | 90.00 | 9.00 |
| C.J. Keith | .20 | 90.00 | 18.00 |
| Sue Yaekel | .10 | 90.00 | 9.00 |
|  | 11.70 |  | 1,643.00 |

   COSTS ADVANCED

| | | |
|---|---|---|
| 11/07/05 | PHOTOCOPIES 154 AT .15 ,   PLEADING | 23.10 |
| 11/17/05 | PHOTOCOPIES 12 AT .15 ,    LTR ENCLS | 1.80 |
| 12/13/05 | PHOTOCOPIES 1 AT .15 ,     MISCELLANEOUS | .15 |
| 12/15/05 | PHOTOCOPIES 47 AT .15 ,    PLEADING | 7.05 |
| 12/15/05 | PHOTOCOPIES 1 AT .15 ,     PLEADING | .15 |

   TOTAL COSTS ADVANCED                                            32.25


   INVOICE TOTAL                                                1,675.25

   PRIOR BALANCE                                                3,017.45

   BALANCE DUE                                                  4,692.70



(314) 421-3400

FEDERAL I.D. #43-1235718

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS        INVOICE #   328054

                                                PAGE        5

PLEASE REMIT TO:

BROWN & JAMES, P.C.
1010 MARKET STREET, 20TH FLOOR
ST. LOUIS, MISSOURI 63101-2000

PLEASE RETURN COPY OF INVOICE WITH YOUR REMITTANCE
PAYMENT DUE UPON RECEIPT

# BROWN&JAMES P.C.
## LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

# COPY

DELPHI AUTOMOTIVE SYSTEMS
5825 DELPHI DRIVE
TROY, MI  48098-2815

BILLING ATTORNEY - BKV

INVOICE #   321194

MS. SHARON RUST

PAGE     1

OCTOBER 13, 2005

CLIENT NUMBER - 10268 - 39528

SERVICES RENDERED
      THROUGH SEPTEMBER 30, 2005


JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS
      Date/Loss:          5/06/03


| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 7/08/05 | BKV | .30 | 49.50 | Telephone call with Sharon Curry of Delphi re: assignment of defense of case, status of service and venue; |
| 7/08/05 | BKV | 1.20 | 198.00 | New file material received, review complaint, check venue, Statute of Limitations, removal status and date of service; |
| 7/15/05 | JPB | .90 | 126.00 | Review court file and retrieve copy of GE's motion to dismiss; |
| 7/18/05 | AED | 3.20 | 448.00 | Review of Plaintiff's Complaint and research re: Motion to Dismiss Plaintiff's Complaint; |
| 7/19/05 | AED | 2.40 | 336.00 | Pleadings prepared: Motion to Dismiss and Memorandum of Law; |
| 8/01/05 | BKV | .30 | 49.50 | Correspondence to and from Sharon Curry of Dephi re:  GM's request for indemnification and Delphi's decision to defend; |
| 8/02/05 | BKV | .20 | 33.00 | Correspondence to and from Sharon Curry of Delphi re:  status of GM as a named defendant; |
| 8/03/05 | AED | .50 | 70.00 | Preparation of Amended Answer to include General Motors; |
| 8/03/05 | AED | .30 | 42.00 | Email correspondence with Mike Stewart, Plaintiff's Attorney, regarding responsive |

# BROWN&JAMES P.C.
## LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

# COPY

| | | | |
|---|---|---|---|
| JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS | | INVOICE # | 321194 |
| | | PAGE | 2 |

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| | | | | pleading; |
| 8/12/05 | AED | .30 | 42.00 | Review of three Court Orders re: Air Products, Quantum Chemical Corp, and Equistar Chemicals, |
| 8/15/05 | DGH | 3.20 | 448.00 | Research re: applicability of the exclusivity provision of New York's workers compensation law to bar lawsuit filed in Illinois regarding illnesses suffered while plaintiff was working in New York; |
| 8/18/05 | AED | .30 | 42.00 | Review of Order re: various motions to dismiss in Bedrin case and continuing motions to next available docket; |
| 8/22/05 | AED | .50 | 70.00 | Review of Phillips 66 Company's Objections to plaintiff's master manufacturer interrogatories; |
| 8/24/05 | DEB | 2.20 | 308.00 | Court appearance re: case management conference/motion hearing; |
| 8/24/05 | SAY | .10 | 9.00 | Review Phillips 66 Company's Objections to Plaintiff's Master Manufacturer Interrogatories; |
| 8/25/05 | AED | .20 | 28.00 | Review Order of Court passing all motions on docket re: Bedrin for August 24, 2005 and rescheduling to September 28, 2005; |
| 8/29/05 | AED | .30 | 42.00 | Review August 24, 2005 Order of the Court re: voluntary dismissal of Eastern Wood Products, Inc.; |
| 9/01/05 | AED | .30 | 42.00 | Review Order re: Stipulation of Dismissal against Defendant, Madison Industries, Inc. being dismissed without prejudice; |
| 9/02/05 | AED | .50 | 70.00 | Review of Motion to Dismiss and Order Granting Stipulation of Dismissal, filed by Madison Industries, Inc.; |
| 9/14/05 | AED | .30 | 42.00 | Review Defendant 3M Company's Motion to Dismiss and/or Transfer Pursuant to Forum Non Conveniens; |
| 9/14/05 | AED | .20 | 28.00 | Review Defendant Aux Sable Liquid Products, Inc.'s Stipulation to Dismiss; |
| 9/28/05 | AED | 2.50 | 350.00 | Appear in Court regarding Case Management Conference; |
| 9/29/05 | AED | .30 | 42.00 | Correspondence to client regarding outcome of Case Management Conference; |

# BROWN & JAMES
### LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

# COPY

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS          INVOICE #   321194

PAGE     3

        20.50              TOTAL HOURS

    PROFESSIONAL SERVICES                                                  2,915.00


    SUMMARY OF PROFESSIONAL SERVICES

| ATTORNEY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Beth Kamp Veath | 2.00 | 165.00 | 330.00 |
| Denise E. Baker-Seal | 2.20 | 140.00 | 308.00 |
| Daniel G. Hasenstab | 3.20 | 140.00 | 448.00 |
| Anthony E. Dos Santos | 12.10 | 140.00 | 1,694.00 |
| Jarrod P Beasley | .90 | 140.00 | 126.00 |
| Sue Yaekel | .10 | 90.00 | 9.00 |
|  | 20.50 |  | 2,915.00 |

    COSTS ADVANCED

 7/28/05     PHOTOCOPIES 10 AT .15 ,   LTR ENCLS                              1.50
 8/08/05     FILING FEE - MADISON COUNTY CIRCUIT CLERK                       96.00

 8/08/05     PHOTOCOPIES 30 AT .15 ,   PLEADING                               4.50
 8/08/05     PHOTOCOPIES 3 AT .15 ,   PLEADING                                 .45

    TOTAL COSTS ADVANCED                                                   102.45


    INVOICE TOTAL                                                        3,017.45

# BROWN&JAMES
### LAW FIRM

(314) 421-3400

FEDERAL I.D. #43-1235718

# COPY

JOHN BEDRIN VS DELPHI AUTOMOTIVE SYSTEMS      INVOICE #   321194

PAGE      4

PLEASE REMIT TO:

BROWN & JAMES, P.C.
1010 MARKET STREET, SUITE 20
ST. LOUIS, MISSOURI 63101

PLEASE RETURN COPY OF INVOICE WITH YOUR REMITTANCE
PAYMENT DUE UPON RECEIPT