UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>**DELPHI CORPORATION, et al.**<br><br>Debtors. | **Chapter 11 Case No.**<br>**05-44481 (RDD)**<br>**(Jointly Administered)** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

Joyce M. Smith, being duly sworn, deposes and says:

1. I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen (18) years of age and am not a party to this action.

2. On February 1, 2006, I caused to be served a true copy of the following: (i) **Motion for an Order Granting Applera Corporation (I) Authorization to Recoup Amounts Owed to it by Delphi Medical Systems Texas Corporation Against Amounts Owed to Delphi Medical Systems Texas Corporation by Applera Corporation, and/or (II) Relief from the Automatic Stay Pursuant to Section 362 (d) of the Bankruptcy Code to Exercise Rights of Setoff Preserved by Section 553 of the Bankruptcy Code with Respect to Prepetition Amounts Owing Between Applera Corporation and Delphi Medical Systems Texas Corporation;** and (ii) **Supporting Memorandum of Law** via depositing same into a enclosed properly addressed wrapper into the custody of the Federal Express priority overnight service,

prior to the latest time designated by Federal Express for overnight delivery upon the

parties listed Exhibit A.

_____
Joyce M. Smith

Sworn to before me this
2nd day of February, 2006

_____

Notary Public, State of New York
ELAINE FERA
Notary Public, State of New York
No. 03-4867816
Qualified in Bronx County
Commission Expires August 25, 20___

## **EXHIBIT A**

Delphi Corporation
Attn: General Counsel
5725 Delphi Drive
Troy, Michigan 48098
*Debtor*

John William Butler, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60603-5224
*Counsel to Debtor*

United States Trustee for the
Southern District of New York
Attn: Tracy Hope Davis
Attn: Alicia M. Leonhard
33 Whitehall Street, 21st Floor
New York, New York 10004

Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue, Suite 1000
New York, NY 10022
*Counsel to Committee of Unsecured Creditors*

Simpson Thacher & Bartlett LLP
Attn: Kenneth S. Ziman
425 Lexington Avenue
New York, New York 10017
*Counsel to Prepetition Agent*

Davis Polk & Wardwell
Donald S. Bernstein, Esq.
450 Lexington Avenue, Suite 2145B
New York, New York 10017
*Counsel to Postpetition Agent*

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
*Counsel to Committee of Unsecured Creditors*

NY-417138 v1