## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Diesel Systems Corporation<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **WYANDOTTE WELDING SUPPLY** _____ ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**P.O. BOX 96** _____

_____

**WYANDOTTE, MI 48192** _____

2.   Please take notice of the transfer of $ **3,355.52** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $3,355.52 to:**
**Madison Niche Opportunities, LLC** _____ ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave** _____
**Suite 120** _____
**Overland Park, KS      66202** _____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

12/20/05   16:41:00         913-962-5039 91342826950001        Madison Liquidity        P. 007

# EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:     Madison Liquidity Investors, LLC.
            6310 Lamar Ave, Suite 120
            Overland Park, KS 66202

*WYANDOTTE WELDING SUPPLY INC* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _Dec 20, 2005_

[NAME OF CLAIMANT] _WYANDOTTE WELDING SUPPLY INC_

By: _Cunningham — its President_
(Signature of Claimant)

Print Name: _J. Cunningham_

_2025 EUREKA_
(Address)

_PO Box 96 WYANDOTTE, MI 48192_
(Address)

_38/7150T7_
(SS#/Tax ID)

12-29-05A10:37 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167284

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Mary W. Rhodes_
                        (signature)

_Mary D. Rhodes_
                        (print name)

# Madison Liquidity Investors, LLC.
**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Diesel Systems Corporation**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
WYANDOTTE WELDING SUPPLY
P.O. BOX 96
WYANDOTTE, MI 48192

Social Sec. No./Tax ID: 38-1715077

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167284

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Exhaust Systems<br>Corporation<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **GELLCO CLOTHING & SHOES INC** ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**809 S. DETROIT**


**TULSA, OK 74120**


2.   Please take notice of the transfer of $ **3,560.16** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $3,560.16 to:**
**Madison Niche Opportunities, LLC** ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave**
**Suite 120**
**Overland Park, KS      66202**


No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:                  New York Southern Bankruptcy Court
AND TO:         Madison Liquidity Investors, LLC.
                       6310 Lamar Ave, Suite 120
                       Overland Park, KS 66202
                       & SHOES, INC.

GELLCO UNIFORM$Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Exhaust Systems Corporation in the New York Southern Bankruptcy Court , The case entitled In re Exhaust Systems Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___1-26-6___

01-31-06A10:42 RCVD

[NAME OF CLAIMANT]  GELLCO UNIFORMS & SHOES, INC.

By: JAMES A STOWE, PRESIDENT
(Signature of Claimant)

Print Name: JAMES A STOWE, PRESIDENT

809 S DETROIT AVE
(Address)

TULSA, OK 74120-4223
(Address)

73-0964968
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102168078

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

Mary D. Rhodes
                    (print name)

# Madison Liquidity Investors, LLC.
**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Exhaust Systems Corporation**

     Buyer: Madison Niche Opportunities, LLC


Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GELLCO CLOTHING & SHOES INC
809 S. DETROIT
TULSA, OK  74120

Social Sec. No./Tax ID: 73-0964968

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent):_____

Transfer Agreement Number: 102168078

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Diesel Systems Corporation<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **FORECAST PRODUCTS**                    ("Transferor")
       [TRANSFEROR NAME & ADDRESS]
       **2760 NW 63RD COURT**


       **FORT LAUDERDALE, FL 33309**


2.    Please take notice of the transfer of $ **2,689.08**      of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

              **Transfer $2,689.08 to:**
              **Madison Niche Opportunities, LLC**                    ("Transferee")
              [TRANSFEREE NAME & ADDRESS]
              **6310 Lamar Ave**
              **Suite 120**
              **Overland Park, KS        66202**


No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

January 26, 2006

10.     All representations, warranties, covenants and agreements contained herein shall survive the execution and delivery of this Agreement and shall inure to the benefit of the successors, assigns, or affiliates of each party hereto.  Buyer may assign all or any part of this Agreement without the consent of Seller or any other person or entity.  This Agreement, together with any Exhibits attached hereto, constitutes the parties' entire integrated agreement, and is a complete merger of all previous offers, counteroffers, negotiations, agreements and communications of any type or any nature between Buyer and Seller, or any of their agents.  Each party submits to the jurisdiction of the federal or state courts located in the City and County of New York, State of New York and agrees that any litigation relating to this Agreement shall be brought only in such courts and also hereby irrevocably waives any defense of improper venue or forum non conveniens to any such action brought in such courts. This Agreement shall be governed by, and construed and enforced in accordance with, the substantive laws of the State of New York, without application of the conflict of laws principles thereof. EACH PARTY HERETO FURTHER IRREVOCABLY AND UNCONDITIONALLY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT THAT IT MAY HAVE TO TRIAL BY JURY OF ANY ACTION HEREUNDER. Each party hereto consents to service of process by certified mail at its address listed above. Buyer  will be entitled to recover from Seller all costs and expenses it incurs, including fees and expenses incurred in the collection process as well as reasonable lawyers' fees and costs at trial and on appeal, in recovering any amounts due Buyer from Seller under this Agreement.  This Agreement may be executed in any number of counterparts, each of which, when so executed and delivered, shall be an original, but all of which together constitute one and the same instrument.  Each party hereto irrevocably waives the benefit of any rule of contract construction which disfavors the drafter of an agreement.

11.     SELLER HEREBY WAIVES ANY NOTICE REQUIREMENT IMPOSED BY BANKRUPTCY RULE 3001(e) AND ANY SUCCESSOR PROVISION, AND CONSENTS TO THE IMMEDIATE SUBSTITUTION BY THE COURT OF BUYER FOR SELLER FOR ALL PURPOSES IN THE CASE, INCLUDING, WITHOUT LIMITATION, FOR VOTING AND DISTRIBUTION PURPOSES WITH RESPECT TO THE CLAIM.  SELLER AND BUYER AGREE THAT BUYER MAY FILE THIS AGREEMENT, THE EVIDENCE OF TRANSFER OF CLAIM OR OTHER APPROPRIATE NOTICE WITH THE COURT PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e) AND ANY SUCCESSOR PROVISION. IN WITNESS WHEREOF, Seller has executed this Agreement by its duly authorized representative as of the Effective Date.

01-30-06A10:33 RCVD

**SELLER:**
FORECAST PRODUCTS

By
(Signature): _____

Name: _____ JEFFREY OLEFSON _____

Title: _____ PRESIDENT _____

Telephone: _____ 954 979 1120 x 111 _____

Tax ID#: _____ 11 - 233 - 7883 _____

Email: _____ jolefson@forecastparts.com _____

AAT#:          102168067

Contact ID:     3061976


**BUYER:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                (signature)

_____ Mary D. Rhodes _____
                (print)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Diesel Systems Corporation**

     Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
FORECAST PRODUCTS
2760 NW 63RD COURT
FORT LAUDERDALE, FL  33309

Social Sec. No./Tax ID: 11-2332883

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102168067

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **PIPE CRAFT INC**_____ ("Transferor")

       [TRANSFEROR NAME & ADDRESS]

       **759 STATE RD**_____

       _____

       **PRINCETON, NJ 08540**_____

2.   Please take notice of the transfer of $ **30,826.01**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

       **Transfer $30,826.01 to:**

       **Madison Niche Opportunities, LLC**_____ ("Transferee")

       [TRANSFEREE NAME & ADDRESS]

       **6310 Lamar Ave**_____

       **Suite 120**_____

       **Overland Park, KS     66202**_____

No action is required if you do not object to the transfer of you claim.

_____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

*PIPE CRAFT INC.* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court, including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _1-25-06_

[NAME OF CLAIMANT] _PIPE CRAFT INC_

By: _[signature]_                                           01-27-06A11:00 RCVD
(Signature of Claimant)

Print Name: _NICK DiPANO_

_759 STATE Rd._
(Address)

_PRINCETON N.J. 08540_
(Address)

_22-2865628_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167875

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _[signature]_
(signature)

_Mary D. Rhodes_
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PIPE CRAFT INC
759 STATE RD
PRINCETON, NJ  08540

Social Sec. No./Tax ID: 22-2865628

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102167875

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr>
<td>In re: Delphi Automotive Systems<br>LLC<br><br><br><br>Debtor.</td>
<td>Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.</td>
</tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **AMERICAN MATERIAL HANDLING INC**_____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1711 HIGHWOOD E**_____

   _____

   **PONTIAC, MI 48340**_____

2.   Please take notice of the transfer of $ **13,714.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $13,714.00 to:
   **Madison Niche Opportunities, LLC**_____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**_____
   **Suite 120**_____
   **Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_____
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*American Material Handling Inc* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *3rd, January, 2006 dog*

[NAME OF CLAIMANT] *American Material Handling Inc*

*01-04-06A11:03 RCVD*

By: _____
(Signature of Claimant)

Print Name: *Richard Rymar*

*1711 HIGHWOOD*
(Address)

*Pontiac MI 48340*
(Address)

*38-2100574*
(SS#/Tax ID)

By: *N/A*
(Signature of Co-Claimant)

Print Name: *N/A*

*N/A*
(Address)

*N/A*
(Address)

*N/A*
(SS#/Tax ID)

Transfer Agreement Number:  102167419

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

*Mary D. Rhodes*
                    (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
AMERICAN MATERIAL HANDLING INC
1711 HIGHWOOD E
PONTIAC, MI  48340

Social Sec. No./Tax ID: 38-2102574

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167419

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **BICERANO & ASSOCIATES LLC**_____("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **1208 WILDWOOD ST**_____

          _____

          _____

          **MIDLAND, MI 48642**_____

2.    Please take notice of the transfer of $ **11,250.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          **Transfer $11,250.00 to:**
          **Madison Niche Opportunities, LLC**_____("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6310 Lamar Ave**_____
          **Suite 120**_____
          **Overland Park, KS          66202**_____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_____
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:         New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS  66202

_Bicerano & Associates, LLC_ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _1st of December, 2005_

[NAME OF CLAIMANT] _Bicerano & Associates, LLC_

By: _Bicerano_
(Signature of Claimant)

Print Name: _Jozef Bicerano_

_1208 Wildwood Street_
(Address)

_Midland, MI 48642_
(Address)

_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_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

_12-02-05A10:40 RCVD_

Transfer Agreement Number:  102166802

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Mary D. Rhodes_
                  (signature)

_Mary D. Rhodes_
              (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

> Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
BICERANO & ASSOCIATES LLC
1208 WILDWOOD ST
MIDLAND, MI 48642

Social Sec. No./Tax ID:

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102166802

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **CIRCUIT CHECK INC**_____ ("Transferor")
       **[TRANSFEROR NAME & ADDRESS]**
       **6550 WEDGEWOOD RD STE 120**_____
       _____

       _____
       **MAPLE GROVE, MN 55311**_____

2.   Please take notice of the transfer of $ **7,137.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

       **Transfer $7,137.00 to:**
       **Madison Niche Opportunities, LLC**_____ ("Transferee")
       **[TRANSFEREE NAME & ADDRESS]**
       **6310 Lamar Ave**_____
       **Suite 120**_____
       **Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:       New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

<u>CIRCUIT CHECK</u>   [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___01/11/06___

[NAME OF CLAIMANT]   <u>CIRCUIT CHECK INC</u>

By: _____
(Signature of Claimant)

Print Name: _____<u>LONNIE LAEHN</u>_____

_____<u>6550 WEDGWOOD ROAD, SUITE 120</u>_____
(Address)

_____<u>MAPLE GROVE, MN  55311</u>_____
(Address)

_____<u>41-1334770</u>_____
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102167565

**Accepted:**
**MADISON LIQUIDITY INVESTORS, LLC**

By: ____*Mary W. Rhodes*_____
                    (signature)

     *Mary D. Rhodes*_____
                    (print name)

01-12-06A10:39 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
CIRCUIT CHECK INC
6550 WEDGEWOOD RD STE 120
MAPLE GROVE, MN  55311

Social Sec. No./Tax ID: 41-1334770

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167565

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr><td>In re: Delphi Automotive Systems LLC<br><br><br><br>Debtor.</td><td>Chapter 11<br>Case Nos.  05-44481<br><br>Claim No.</td></tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **GRAND NORTHERN PRODUCTS LTD**_____    ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**9000 BRYON COMMERCE DR SW**_____

_____
_____

**BYRON CENTER, MI 49315**_____

2.    Please take notice of the transfer of $ **23,182.00**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $23,182.00 to:
**Madison Niche Opportunities, LLC**_____    ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave**_____
**Suite 120**_____
**Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*_____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

Grand Nörthern  [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the  12-21-2005

[NAME OF CLAIMANT]  Grand Northern Products ,

By: _____
(Signature of Claimant)

Print Name: _____ Donna Staudacher

_____ 9000 Byron Commerce Drive SW
(Address)

_____ Byron Center, MI 49315
(Address)

_____ 38-2387280
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102167296

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                              (signature)

_____ Mary D. Rhodes
                              (print name)

12-27-05A08:51 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
GRAND NORTHERN PRODUCTS LTD
9000 BRYON COMMERCE DR SW
BYRON CENTER, MI  49315

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167296

**UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT**

| |
|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. |

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **LIFTECH EQUIPMENT COMPANIES**_____("Transferor")
     **[TRANSFEROR NAME & ADDRESS]**
     **6847 ELLIOTT DRIVE**_____

     _____

     **EAST SYRACUSE, NY 13057**_____

2.   Please take notice of the transfer of $ **10,334.81**\_\_\_\_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

     **Transfer $10,334.81 to:**
     **Madison Niche Opportunities, LLC**_____("Transferee")
     **[TRANSFEREE NAME & ADDRESS]**
     **6310 Lamar Ave**_____
     **Suite 120**_____
     **Overland Park, KS      66202**_____

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS  66202

_Liftech Equipment Co._ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _12/28/05_

[NAME OF CLAIMANT] _Liftech Equipment Co._

By: _Bob Quirk_
(Signature of Claimant)

Print Name: _Bob Quirk_

_6841 Ellicott Dr._
(Address)

_East Syracuse N.Y. 13057_
(Address)

_16-1311653_
(SS#/Tax ID)

_12-30-05 A10:35 RCVD_

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102167390

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Mary D. Rhde_
(signature)

_Mary D. Rhde_
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
LIFTECH EQUIPMENT COMPANIES
6847 ELLIOTT DRIVE
EAST SYRACUSE, NY  13057

Social Sec. No./Tax ID: 16-1311653

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____ _____

Transfer Agreement Number: 102167390

# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr><td>In re: Delphi Medical Systems<br>Colorado Corporation<br><br><br>Debtor.</td><td>Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.</td></tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:  **MEANWELL USA**                                        ("Transferor")
        [TRANSFEROR NAME & ADDRESS]
        **44030 FREMONT BLVD.**

        **Attn FRED LUENG**
        **FREMONT, CA 94538**

2.  Please take notice of the transfer of $ **7,817.80** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $7,817.80 to:**
        **Madison Niche Opportunities, LLC**                     ("Transferee")
        [TRANSFEREE NAME & ADDRESS]
        **6310 Lamar Ave**
        **Suite 120**
        **Overland Park, KS      66202**

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

Mean Well USA INC [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___12/29/05___

[NAME OF CLAIMANT] __Mega Weil USA INC.__

By: _____
(Signature of Claimant)

Print Name: ___LIN , MICHAEL___

___44030 FREMONT BLVD___
(Address)

___FREMONT, CA 94538___
(Address)

___94- 3337376___
(SS#/Tax ID)

01-13-06A11:13 RCVD

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167085

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: ___Mary W. Rhodes___
                    (signature)

___Mary D. Rhodes___
                    (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Medical Systems Colorado Corporation**

     Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
MEANWELL USA
44030 FREMONT BLVD.
Attn FRED LUENG
FREMONT, CA  94538

Social Sec. No./Tax ID: 91-3337376

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167085