# UNITED STATES BANKRUPTCY COURT FOR 𝓊
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **MICRON PRECISION MACHINING**                    ("Transferor")
      [TRANSFEROR NAME & ADDRESS]
      **3860 E WASHINGTON RD**



      **SAGINAW, MI 48601**


2.   Please take notice of the transfer of $ **355,916.90**    of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

      Transfer $355,916.90 to:

      **Madison Niche Opportunities, LLC**                    ("Transferee")
      [TRANSFEREE NAME & ADDRESS]
      **6310 Lamar Ave**
      **Suite 120**
      **Overland Park, KS        66202**


No action is required if you do not object to the transfer of you claim.


*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

_Micron Precision Machining, Inc_, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _1-13-06_

Name: _Micron Precision Machining, Inc._

By: _Darrin R Krogman_
(Signature of Claimant)

Print Name: _Darrin R. Krogman_
_3860 E. Washington Rd._
(Address) _Saginaw, Mi. 48601_
(Address)
_38-3510428_
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167724

Accepted: Madison Liquidity Investors, LLC

By: _Mary W. Ehul_

01-17-06A09:16   RCVD

# Madison Liquidity Investors, LLC.
**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
MICRON PRECISION MACHINING
3860 E WASHINGTON RD
SAGINAW, MI  48601

Social Sec. No./Tax ID: 38-3510428

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167724

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Corporation - <br> Creditor Matrix <br><br><br><br> Debtor. | Chapter 11 <br> Case Nos.   05-44481 <br><br> Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **PERKINELMER OPTOELECTRONICS**          ("Transferor")
       **[TRANSFEROR NAME & ADDRESS]**
       **1300 OPTICAL DRIVE**


       **AZUSA, CA 91702**


2.    Please take notice of the transfer of $ **13,220.00**      of your claim referenced above,
together with all applicable interest, fees and expenses related thereto (the "Transferred
Claim")

              **Transfer $13,220.00 to:**
              **Madison Niche Opportunities, LLC**          ("Transferee")
              **[TRANSFEREE NAME & ADDRESS]**
              **6310 Lamar Ave**
              **Suite 120**
              **Overland Park, KS        66202**


No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

**EVIDENCE OF TRANSFER OF CLAIM**

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

_____[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the_____ 1 - 18 - 06                  01-24-06 A 11:20 RCVD

[NAME OF CLAIMANT] __PERKINELMER INC__

By: _____
(Signature of Claimant)

Print Name: __Ahmad Qazi__

__2175 Mission College Blvd__
(Address)

__Santa Clara, CA 95054.__
(Address)

__04 - 2436772__
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167814

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
(signature)

_____
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Corporation - Creditor Matrix**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PERKINELMER OPTOELECTRONICS
1300 OPTICAL DRIVE
AZUSA, CA  91702

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167814

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **PHOENIX PASSIVE COMPONENTS INC**            ("Transferor")
**[TRANSFEROR NAME & ADDRESS]**
**508 TWILIGHT TRAIL STE 204**


**RICHARDSON, TX 75080**


2.   Please take notice of the transfer of $ **11,133.32**       of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $11,133.32 to:**
**Madison Niche Opportunities, LLC**            ("Transferee")
**[TRANSFEREE NAME & ADDRESS]**
**6310 Lamar Ave**
**Suite 120**
**Overland Park, KS        66202**


No action is required if you do not object to the transfer of you claim.

Kristy Stark

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:       New York Southern Bankruptcy Court
AND TO:   Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

*Phoenix Passive Comp.* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

       Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _Dec. 12, 2005_

[NAME OF CLAIMANT] _Phoenix Passive Components_

By _(signature)_
(Signature of Claimant)

Print Name: _GARY LEE CAVAGNARO_

_508 Twilight Trail  Suite 204_
(Address)

_Richardson, TX 75080_
(Address)

_47-0910390_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

_(handwritten: 12-14-05 A 11:15 RCVD)_

Transfer Agreement Number: 102166801

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _(signature)_
               (signature)

_Mary D. Rhodes_
               (print name)

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS  66202
### Phone: (800) 896-8913  Fax: (913) 982-5039

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PHOENIX PASSIVE COMPONENTS INC
508 TWILIGHT TRAIL STE 204
RICHARDSON, TX  75080

Social Sec. No./Tax ID: 47-0910390

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102166801

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **PRO TEAM CLEANING INC**_____ ("Transferor")
[TRANSFEROR NAME & ADDRESS]
**2017 62ND AVE ADD CHG 04/04/05 AM**_____

_____

**DBA BAILEYS CLEANING SERVICE**_____
**TUSCALOOSA, AL 35401**_____

2.   Please take notice of the transfer of $ **9,803.79**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $9,803.79 to:**
**Madison Niche Opportunities, LLC**_____ ("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave**_____
**Suite 120**_____
**Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*_____
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*Pro-Team* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ____1-9-06____

[NAME OF CLAIMANT] Pro-Team Clean Inc,          01-18-06P12:42 RCVD

By: Traci Bailey
(Signature of Claimant)

Print Name: Traci Bailey

2017 62nd Ave
(Address)

Tuscaloosa, Al 35405
(Address)

62-1262023
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102167521

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

Mary D. Rhodes
                    (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PRO TEAM CLEANING INC
2017 62ND AVE ADD CHG 04/04/05 AM
DBA BAILEYS CLEANING SERVICE
TUSCALOOSA, AL  35401

Social Sec. No./Tax ID: 63-1262023

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102167521

# UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   1336 |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:     **PROCESS DEVELOPMENT CORP**                    ("Transferor")
        [TRANSFEROR NAME & ADDRESS]
        **33027 SCHOOLCRAFT RD**


        **LIVONIA, MI 48150**


2.    Please take notice of the transfer of $ **156,180.01**     of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

            **Transfer $156,180.01 to:**
            **Madison Niche Opportunities, LLC**                    ("Transferee")
            [TRANSFEREE NAME & ADDRESS]
            **6310 Lamar Ave**
            **Suite 120**
            **Overland Park, KS       66202**


No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*Process Development* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *18th of Jan 2006*

[NAME OF CLAIMANT] *Process Development*

By: *Melissa L Burkett*
(Signature of Claimant)

Print Name: *Melissa L. Burkett*

*33027 Schoolcraft RD*
(Address)

*Livonia, mi. 4850*
(Address)

*382822271*
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____                    01-20-06A10:28 RCVD


_____
(Address)


_____
(Address)


_____
(SS#/Tax ID)

Transfer Agreement Number:  102167043

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC.

By: _____
                          (signature)

_____
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS  66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
PROCESS DEVELOPMENT CORP
33027 SCHOOLCRAFT RD
LIVONIA, MI  48150

Social Sec. No./Tax ID: 38-2822271

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167043

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

---

In re:  Delphi Automotive Systems
LLC



                                           Debtor.

---

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **SHUMSKY PROMOTIONAL AGENCY**_____ ("Transferor")
          **[TRANSFEROR NAME & ADDRESS]**
          **811 E. FOURTH STREET**_____

          _____

          _____

          **DAYTON, OH 45402**_____

2.   Please take notice of the transfer of $ **117,713.99**_____ of your claim referenced above,
together with all applicable interest, fees and expenses related thereto (the "Transferred
Claim")

          **Transfer $117,713.99 to:**
          **Madison Niche Opportunities, LLC**_____ ("Transferee")
          **[TRANSFEREE NAME & ADDRESS]**
          **6310 Lamar Ave**_____
          **Suite 120**_____
          **Overland Park, KS      66202**_____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:           New York Southern Bankruptcy Court
AND TO:       Madison Liquidity Investors, LLC.
              6310 Lamar Ave, Suite 120
              Overland Park, KS  66202

*Shumsky Enterprises* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS  66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the *27th DAY OF DECEMBER, 2005*

[NAME OF CLAIMANT] *SHUMSKY ENTERPRISES, INC.*

By: *Kevin M. Snyder*
(Signature of Claimant)

Print Name: *KEVIN M. SNYDER*

*811 E. FOURTH ST.*
(Address)

*DAYTON, OHIO 45402*
(Address)

*31-1082437*
(SS#/Tax ID)

*12-28-05A10:43 RCVD*

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number:  102167371

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: *Mary D. Rhodes*
(signature)

*Mary D. Rhodes*
(print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
SHUMSKY PROMOTIONAL AGENCY
811 E. FOURTH STREET
DAYTON, OH 45402

Social Sec. No./Tax ID: 31-1082437

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102167371

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

<table>
<tr><td>In re: Delphi Automotive Systems<br>LLC<br><br><br>Debtor.</td><td>Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.</td></tr>
</table>

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **UNITED REFRIGERATION INC**_____ ("Transferor")

**[TRANSFEROR NAME & ADDRESS]**

**11401 ROOSEVELT BLVD**_____

_____

**PHILADELPHIA, PA 191542102**_____

2.   Please take notice of the transfer of $ **5,049.78**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $5,049.78 to:**

**Madison Niche Opportunities, LLC**_____ ("Transferee")

**[TRANSFEREE NAME & ADDRESS]**

**6310 Lamar Ave**_____

**Suite 120**_____

**Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*_____

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:          New York Southern Bankruptcy Court
AND TO:      Madison Liquidity Investors, LLC.
             6310 Lamar Ave, Suite 120
             Overland Park, KS 66202

*UNITED REFRIGERATION INC.*
~~[Name of Claimant], for good and valuable consideration, the receipt and sufficiency of~~ which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court, including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _29th of NOVEMBER 2005_

[NAME OF CLAIMANT]  _UNITED   REFRIGERATION,  INC._

By: _____
(Signature of Claimant)

Print Name: _ROBERT  J.  SENIOR,  CREDIT MANAGER_

_11401  ROOSEVELT  BLVD_
(Address)

_PHILA,  PA  19154_
(Address)

_23- 1307731_
(SS#/Tax ID)

*12-05-05 A08:56  RCVD*

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102166689

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                (signature)

_Mary D. Rhodes_
                (print name)

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913  Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
UNITED REFRIGERATION INC
11401 ROOSEVELT BLVD
PHILADELPHIA, PA  191542102

Social Sec. No./Tax ID: 23-1307731

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102166689

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **WORLDWIDE TECHNOLOGIES LLC**          ("Transferor")
          [TRANSFEROR NAME & ADDRESS]
          **3500 S HOYT**


          **MUNCIE, IN 47302**


2.    Please take notice of the transfer of $ **12,800.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

          **Transfer $12,800.00 to:**
          **Madison Niche Opportunities, LLC**          ("Transferee")
          [TRANSFEREE NAME & ADDRESS]
          **6310 Lamar Ave**
          **Suite 120**
          **Overland Park, KS        66202**


No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:             New York Southern Bankruptcy Court
AND TO:         Madison Liquidity Investors, LLC.
                6310 Lamar Ave, Suite 120
                Overland Park, KS  66202

_____ [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Corporation - Creditor Matrix in the New York Southern Bankruptcy Court , The case entitled In re Delphi Corporation - Creditor Matrix, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the 11-30-05 _____

[NAME OF CLAIMANT]   Worldwide  Technologies, LLC

By: _Theodore Baker_____
(Signature of Claimant)

Print Name: _Theodore A Baker_____

_3500  South  Hoyt  Avenue_____
(Address)

_P.O. Box 2562  Muncie, IN 47307_
(Address)

_35- 2002894_____
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102166803

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _May D - Rhod_____
                        (signature)

_Mary D. Rhodes_____
                        (print name)

12-08-05P02:18 RCVD

# Madison Liquidity Investors, LLC.

**6310 Lamar Ave, Suite 120**
**Overland Park, KS 66202**
**Phone: (800) 896-8913   Fax: (913) 982-5039**

February 02, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY  10004-1415

RE: **Delphi Automotive Systems LLC**

      Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
WORLDWIDE TECHNOLOGIES LLC
3500 S HOYT
MUNCIE, IN  47302

Social Sec. No./Tax ID: 35-2002894

### Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102166803