UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| Delphi Corporation | Case #05-44481 |
| Debtor. | |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Riverside Claims LLC appears in this case pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, and requests that all pleading in this case be served on it at the address set forth below.

PLEASE TAKE FURTHER NOTICE that request is hereby made for service of all copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, disclosure statements, plans of reorganization, and answering or reply papers filed in the above-captioned case, by mail or otherwise to the address set as follows:

**Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024**

Dated this 16rd day of January, 2006

RESPECTFULLY SUBMITTED,

/s/ Holly Rogers
Holly Rogers, Esq. (HG-7457)
Riverside Claims
2109 Broadway, Suite 206
New York, NY 10023
(212) 501-0990/501-7088 fax