UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  | : |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x


AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

| STATE OF GEORGIA | ) |  |
|---|---|---|
|  | ) | ss: |
| COUNTY OF FULTON | ) |  |


**M. Diane Owens, Esq.**, being duly sworn, deposes and says:

1.  I am a principal of Swift, Currie, McGhee & Hiers LLP ("Swift Currie") which firm maintains an office at 1355 Peachtree Street, Suite 300, Atlanta, Georgia 30309-3238.

2.  Neither I, Swift Currie, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.  Swift Currie, has represented and advised the Debtors in litigation matters with respect to a broad range of aspects of the Debtors' businesses.

4.  The Debtors have requested, and Swift Currie has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Swift Currie proposes, to render the following services to the Debtors: Legal services involving defense of debtor in product liability action.

5.  Swift Currie's current fee arrangement is monthly billing at the following rates:

    M. Diane Owens (Partner) @ $225.00 per hour;

    Kindu A. Walker (Associate) @ $175.00 per hour;

Linda K. Kaufman (Paralegal) @ $100.00 per hour.

6.     Except as set forth herein, no promises have been received by Swift Currie or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.     Swift Currie has no agreement with any entity to share with such entity any compensation received by Swift Currie.

8.     Swift Currie and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Swift Currie does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.     Neither I, Swift Currie, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Swift Currie is to be engaged.

10.     The foregoing constitutes the statement of Swift Currie pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

M. DIANE OWENS

Subscribed and sworn before me
this 1st day of _____ 2__

Notary Public

GEORGIA
JULY 7, 2009
NOTARY PUBLIC
FAYETTE COUNTY

Swift, Currie, McGhee & Hiers, LLP

The Peachtree

Suite 300

1355 Peachtree Street, N.E.

Atlanta, Georgia  30309

(404) 874-8800

1574606v.1

<u>CERTIFICATE OF SERVICE</u>

      M. Diane Owens, Attorney at Law, hereby certifies that on _Feb. 1_ , 2006, I served a copy of the **Affidavit of Legal Ordinary Counsel Professional**, upon the following interested parties via first class mail:

| | |
|---|---|
| Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>U.S.A. | Latham & Watkins<br>Attention: Mark A. Broude, Esq.<br>885 Third Avenue<br>New York, N.Y. 10022<br>U.S.A. |
| Skadden, Arps, Slate, Meagher & Flom<br>Attention: John W. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>U.S.A. | Simpson Thacher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, N.Y. 10017<br>U.S.A. |
| United States Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, N.Y. 10044<br>U.S.A. | Davis Polk & Wardwell<br>Attention: Marlane Melican, Esq.<br>450 Lexington Avenue<br>New York, N.Y. 10017<br>U.S.A. |

SWIFT, CURRIE, McGHEE & HIERS, LLP

Dated _Feb. 1_ ,, 2006

Sworn before me this _1st_
day of _Feb_ , 2006.

_M. Diane Owens_
M. Diane Owens (Georgia Bar #557490)
1355 Peachtree St., N.E. – Suite 300
Atlanta, GA  30309-3238
404-874-8800 (firm)
404-888-6158 (dir)
404-888-6199 (fax)

Notary Public