## Wire Request Form

CIM#124633949

| | |
|---|---|
| VENDOR CODE: WT- | FRS# |
| | Today's Date: 9/13/2005 |
| PAYEE: Furukawa<br>47677 Galleon Dr<br>Plymouth, MI 48170 | PAYMENT Date: 9/13/2005 |
| CURRENCY TYPE: EUR | AMOUNT: 2,832,045.42 |

AMOUNT: Two million eight hundred thirty two thousand forty five dollars & 42/100

### WIRE TRANSFER INSTRUCTIONS

| | |
|---|---|
| BNK NAME: Union Bank | ABA: 122000496 |
| BNK ADDR: 1980 Saturn St Monterey Park, Ca 91755 | ACCT: 6920001198 |

BENEFICIARY: Furukawa

SCRIPTION: Vendor refusing to ship due to press release.

| GRP (2) | GL (4) | GL SUFF (5) | GMAPP (5) | CORP SUB (3) | LOC SUFF. (3) | PROD (4) | AMOUNT |
|---|---|---|---|---|---|---|---|
| K9 | 2685 | 00000 | 00006 | 000 | 000 | 0000 | 2,832,045.42 |
| K9 | | | | | | | |
| | | | | | | TOTAL | 2,832,045.42 |

REQUESTED BY: Dawn Buckner
PHONE: (989) 757-5971
FAX: (989) 757-5974

SENT TO: Wire Desk
PHONE: 602-797-5061 / 5093
FAX: 602-797-6574

1ST APPROVAL: [signature] Linda Brigg

2ND APPROVAL: [signature] Richard

[signature] Dawn Buckner

APPROVAL VERIFICATION 9-13-05