UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------x

## NOTICE OF WITHDRAWAL OF MOTION

Pullman Bank and Trust Company, through the undersigned counsel, hereby withdraws the Motion for (i) Relief From the Automatic Stay or Alternatively Adequate Protection and (ii) to Compel Assumption or Rejection of Unexpired Lease or Shortening Time in Which Leases Shall Be Assumed or Rejected and (iii) for Post-Petition Lease Payments (Docket No. 1506), filed on December 14, 2005.

Dated: January 23, 2006
       New York, New York

Respectfully submitted,

By: /s/ MDC
Mitchell D. Cohen (MC-5767)
Robert M. Hirsh (RH-5499)
Arent Fox PLLC
1675 Broadway
New York, New York 10019
(212) 484-3900