**EXHIBIT B**

Transferee's Payment and Delivery Instructions:

Notice:
Primary Contact:           **Stanley Lim**
Street Address:            **270 Park Avenue, 17th Floor**
City, State, Zip Code:     **New York, NY 10017**
Phone Number:              **(212) 270-4421**
Fax Number:                **(212) 270-2157**


Backup Contact:            **Karoline Kane**
Phone Number:              **(212) 270-0033**
Fax Number:                **(212) 270-5347**

Wire:
Name of Bank:              **JPMorgan Chase Bank, N.A.**
Routing Transit/ABA number: **021000021**
Name of Account:           **SPS High Yield Loan Trading**
Account Number:            **544-7-94742**