**EXHIBIT C**

**Proof of Claim**

| **United States Bankruptcy Court** Southern    **District Of** New York | **PROOF OF CLAIM** |
|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640-rdd | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Citation Foundry Corp.

Name and Address where notices should be sent:

JPMORGAN Chase Bank, N.A., as Assignee
of Citation Foundry Corp.
c/o Stanley Lim
270 Park Avenue, 17th Floor
New York, NY 10017

Telephone Number: 212-270-4421

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated: _____

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
      (date)       (date)

**2. Date debt was incurred:**
August - October, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

Unsecured Nonpriority Claim $ 268,664.72

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ 341,532.88

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before the filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____

Value of Collateral $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 546(c) (reclamation claim)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| **5. Total Amount of Claim at Time Case Filed:** | $ 268,664.72 | 341,532.88 | | 610,197.60 |
|---|---|---|---|---|
| | (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

Date: 1/26/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
X _Geoffrey A. Bell_  Geoffrey A. Bell, Chief Financial Officer

2006 FEB - 8  A  9:01
S.D. OF N.Y.
U.S. BANKRUPTCY COURT

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# CITATION FOUNDRY CORP - (Butler, IN Division)-- Delphi Bankruptcy Invoicing

PRE-PETITION DEBT $ 583,692.94 ($242,160.06 Unsecured Non Priority + $341,532.88 Reclamation)

| Week Day | Date | Invoice # | Shipped $ Amount | NOTE |
|---|---|---|---|---|
| WED | 09/21/05 | 39666 | $ 53,500.48 | |
| THU | 09/22/05 | 39677 | $ 38,013.50 | |
| FRI | 09/23/05 | 39688 | $ 43,645.12 | |
| MON | 09/26/05 | 39701 | $ 53,500.48 | |
| TUE | 09/27/05 | 39712 | $ 53,500.48 | |
| WED | 09/28/05 | 39722 | $ 43,645.12 | * Reclamation claim |
| THU | 09/29/05 | 39731 | $ 47,868.84 | * Reclamation claim |
| FRI | 09/30/05 | 39741 | $ 26,750.24 | * Reclamation claim |
| MON | 10/03/05 | 39759 | $ 54,736.84 | * Reclamation claim |
| TUE | 10/04/05 | 39772 | $ 54,736.84 | * Reclamation claim |
| WED | 10/05/05 | 39781 | $ 40,332.40 | * Reclamation claim |
| THU | 10/06/05 | 39791 | $ 34,570.64 | * Reclamation claim |
| FRI | 10/07/05 | 39801 | $ 36,891.96 | * Reclamation claim |

# CITATION FOUNDRY CORP - (Berlin, WI Division) - Delphi Bankruptcy Invoicing

| Date | Invoice # | Shipped & Amount | Note |
|---|---|---|---|
| 8/5/2005 | 53750 | $17,188.16 | |
| 8/31/2005 | 56783 | $9,316.50 | |

PRE-PETITION DEBT      $ 26,504.66 Unsecured Non-Priority

TOTAL PRE-PETITION DEBT FOR CITATION FOUNDRY CORP = $ 610,197.60 (268,664.72 Unsecured + 341,532.88 Reclamation)

**CITATION FOUNDRY CORP - (Butler, IN Division)-- Delphi Bankruptcy Invoicing**



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**
39666

### Please Mail Remittance To:
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms: Net 15
Supplier: 134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0560023945 | KELLER | COLLECT | 9/21/05 | 9/21/05 | 39666 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | | RACKS,ALUMINUM CASTINGS | 33 | | | .0000 | .00 |
| | | B/L NO. 39666<br>LOT NO. 510 | | | | | |

## GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**    53500.48

INVOICE

F000156  Rev. 2  4/02



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**

39677

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

SOLD TO

DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

SHIP TO

DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms: Net 15
Supplier: 134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 9/22/05 | 9/22/05 | 39677 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.5706 | 19006.75 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.5706 | 19006.75 |
| | | RACKS,ALUMINUM CASTINGS | 27 | | | .0000 | .00 |
| | | B/L NO. 39677<br>LOT NO. 511 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**   **TOTAL ▶**   38013.50

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**INVOICE**

F000156   Rev. 2   4/02



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39688 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT | 9/23/05 | 9/23/05 | 39688 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| | | RACKS,ALUMINUM CASTINGS | 31 | | | .0000 | .00 |
| | | B/L NO. 39688<br>LOT NO. 512 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**   43645.12

F000156   Rev. 2   4/02

**INVOICE**



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39701 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**S O L D T O**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**S H I P T O**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT | 9/26/05 | 9/26/05 | 39701 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1365 | 1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365 | 2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | | B/L NO. 39701 LOT NO. 513 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

**TOTAL ▶**     53500.48

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

F000156   Rev. 2   4/02

**INVOICE**



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| :---: |
| 39712 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 9/27/05 | 9/27/05 | 39712 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| 1365 | 2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 2128 | 14683 | EA | 12.5706 | 26750.24 |
| | | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | | B/L NO. 39712 LOT NO. 514 | | | | | |

## GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►** 53500.48

F000156  Rev. 2  4/02

INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**

39722

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**S O L D  T O**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**S H I P  T O**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:   Net 15

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 055002304E | KILLER | COLLECT 6/28/05 | 6/28/05 | 39722 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1736 | 11978 | EA | 12.5706 | 21822.56 |
| | | RACKS,ALUMINUM CASTINGS | 31 | | | .0000 | .00 |
| | | B/L NO. 39722<br>LOT NO. 515 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**   43645.12

F000156   Rev. 2   4/02

INVOICE



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
| --- |
| 39731 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 0550023945 | KELLER | COLLECT 9/29/05 | 9/29/05 | 39731 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1904 | 13138 | EA | 12.5706 | 23934.42 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1904 | 13138 | EA | 12.5706 | 23934.42 |
| | | RACKS,ALUMINUM CASTINGS | 34 | | | .0000 | .00 |
| | | B/L NO. 39731<br>LOT NO. 516 | | | | | |

## GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ▶**   47868.84

INVOICE

F000156  Rev. 2  4/02



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39741 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms: Net 15
Supplier: 134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 9/30/05 | 9/30/05 | 39741 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1064 | 7342 | EA | 12.5706 | 13375.12 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1064 | 7342 | EA | 12.5706 | 13375.12 |
| | | RACKS, ALUMINUM CASTINGS | 19 | | | .0000 | .00 |
| | | B/L NO. 39741<br>LOT NO. 517 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

**TOTAL ►** 26750.24

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**INVOICE**

F000156  Rev. 2  4/02



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**

39759

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| | |
|---|---|
| S O L D T O | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 |
| S H I P T O | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |

Terms: Net 15
Supplier: 134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT 10/03/05 | 10/03/05 | 39759 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1365    1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| 1365    2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | B/L NO. 39759<br>LOT NO. 518 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**    54736.84

INVOICE

F000156  Rev. 2  4/02



**CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**

39772

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| S O L D T O | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 | S H I P T O | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 10/04/05 | 10/04/05 | 39772 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 2128 | 14683 | EA | 12.8611 | 27368.42 |
| | | RACKS,ALUMINUM CASTINGS | 38 | | | .0000 | .00 |
| | | B/L NO. 39772<br>LOT NO. 519 | | | | | |

## GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**  54736.84

F000156  Rev. 2  4/02

**INVOICE**

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39781 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:  Net 15
Supplier:  134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 10/05/05 | 10/05/05 | 39781 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle 18042018 Product#: 18042018 Material: A356 REV LEVEL 03 | 1568 | 10819 | EA | 12.8611 | 20166.20 |
| 1365 | 2 | Knuckle 18042019 Product#: 18042019 Material: A356 REV LEVEL 03 | 1568 | 10819 | EA | 12.8611 | 20166.20 |
| | | RACKS,ALUMINUM CASTINGS | 28 | | | .0000 | .00 |
| | | B/L NO. 39781 LOT NO. 520 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►** | 40332.40

F000156   Rev. 2   4/02                    INVOICE



600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

**INVOICE NO.**
39791

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

| SOLD TO | DELPHI CHASSIS SYSTEMS<br>ATTN: LINDA GRISE, MAIL STOP 1-08<br>P.O. BOX 1042<br>DAYTON OH 45401 | SHIP TO | DELPHI ENGERY & CHASSIS-SAGINAW<br>2328 E. GENESEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Terms:   Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 10/06/05 | 10/06/05 | 39791 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1344 | 9274 | EA | 12.8611 | 17285.32 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1344 | 9274 | EA | 12.8611 | 17285.32 |
| | | RACKS,ALUMINUM CASTINGS | 24 | | | .0000 | .00 |
| | | B/L NO. 39791<br>LOT NO. 521 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**

"WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF."

**TOTAL ►**      34570.64

INVOICE

F000156   Rev. 2   4/02

 **CITATION**

600 West Main St.
Butler, IN 46721
(260) 868-2168
Fax (260) 868-5104

| INVOICE NO. |
|---|
| 39801 |

**Please Mail Remittance To:**
Department 771294
Detroit, MI 48277-1294

**SOLD TO**
DELPHI CHASSIS SYSTEMS
ATTN: LINDA GRISE, MAIL STOP 1-08
P.O. BOX 1042
DAYTON OH 45401

**SHIP TO**
DELPHI ENGERY & CHASSIS-SAGINAW
2328 E. GENESEE AVENUE
SAGINAW MI 48601

Terms:   Net 15
Supplier:   134377530

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550023945 | KELLER | COLLECT | 10/07/05 | 10/07/05 | 39801 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 1365 | 1 | Knuckle<br>18042018<br>Product#: 18042018<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.8611 | 19445.98 |
| 1365 | 2 | Knuckle<br>18042019<br>Product#: 18042019<br>Material: A356<br>REV LEVEL 03 | 1512 | 10433 | EA | 12.8611 | 19445.98 |
| | | RACKS,ALUMINUM CASTINGS | 27 | | | .0000 | .00 |
| | | B/L NO. 39801<br>LOT NO. 522 | | | | | |

**GOODS ARE NOT TO BE RETURNED WITHOUT OUR PRIOR AUTHORIZATION**    **TOTAL ►**    38891.96

*WE HEREBY CERTIFY THAT THESE GOODS WERE PRODUCED IN COMPLIANCE WITH ALL APPLICABLE REQUIREMENTS OF SECTION 6, 7, AND 12 OF THE FAIR LABOR STANDARDS ACT AS AMENDED, AND OF REGULATIONS AND ORDERS OF THE UNITED STATES DEPARTMENT OF LABOR ISSUED UNDER SECTION 14 THEREOF.*

F000156   Rev. 2   4/02                    INVOICE

**CITATION FOUNDRY CORP - (Berlin, WI Division)-- Delphi Bankruptcy Invoicing**


**Innovative Metal Components**

Citation Corporation
242 South Pearl Street
Berlin, WI 54923
Tel: 920.361.2220
Fax: 920.361.4017

| PLEASE REMIT TO: |
| --- |
| CITATION CORPORATION
P.O. BOX 93405
CHICAGO, IL 60673-3405 |

| INVOICE NO. |
| --- |
| 53750 |

**SOLD TO**
DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW MI 48601-9494
USA

**SHIP TO**
DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW MI 48601-9494
USA

Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| SAG9FI4914 | HOLLAND | COLLECT | 8/04/05 | 8/05/05 | 69958 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16108   1 | CSTG., HOUSING-TIMER
5697195
Product#: 015734
Material: 30AG1N2 | 514 | 668 | EA | 33.440 | 17188.16 |
| | CERTIFICATION CHARGE | 1 | | | .00 | .00 |
| | BOX25 BF BOX N/C | 1 | | | .0000 | .00 |
| | PRO #1030161631 | | | | | |
| | Bill of Lading#      69958 | | | | | |

**TOTAL ►**    17188.16

BF766 REV 6/13/00

ACCOUNTING

# CITATION
### Innovative Metal Components

Citation Berlin a Division of Citation Foundry Corporation
242 South Pearl Street
Berlin, WI 54923
Tel: 920.361.2220
Fax: 920.361.4017

**PLEASE REMIT TO:**

CITATION BERLIN
P.O. BOX 93405
CHICAGO, IL 60673-3405

**INVOICE NO.**

56783

**SOLD TO:**
DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW MI 48601-9494
USA

**SHIP TO:**
DELPHI SAGINAW STEERING SYSTEMS
3900 E. HOLLAND RD.
SAGINAW MI 48601-9494
USA

Terms:   Cash Before Ship

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| SAG9FI4914 | 888-303-0033 | COLLECT | 8/31/05 | 12/15/05 | 74217 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 16108 | 1 | CSTG., HOUSING-TIMER 5697195 Product#: 015734 Material: 30AG1N2 | 270 | 351 | EA | 34.450 | 9301.50 |
| | | CERTIFICATION CHARGE | 1 | | | .00 | .00 |
| | | BOX25 BF BOX (NON-RETURNA | 1 | | | 15.0000 | 15.00 |
| | | Bill of Lading#   74217 | | | | | |

9F768  REV 6/13/00

**TOTAL ▶** 9316.50

ORIGINAL INVOICE



**Manitowoc Tool & Machining, LLC**
4211 Clipper Drive
Manitowoc, WI 54220

Phone #   920.682.8825
Fax #   920.682.4299


SGS

**PACKLIST**

Packlist ID:  PL-007971
Date:  8/4/2005
Page:  1

| Sold To Address | Ship To Address |
|---|---|
| Citation WI Castings Berlin<br>242 South Pearl Street<br>Berlin, WI 54923 | Delphi Saginaw Steering<br>Plant 3<br>3900 Holland Rd.<br><br>Saginaw, MI 48601 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | F.O.B. |
|---|---|---|---|
| CITWIC | 16617 | Net 30 | |
| **SALES REP ID** | **SHIPPING METHOD** | **SHIP DATE** | **OUR ORDER NUMBER** |
| | USF | 8/4/2005 | CO-000475 |

| QUANTITY | | | | |
|---|---|---|---|---|
| ORDERED | SHIPPED | BACK-ORDER | PART ID | DESCRIPTION |
| 2,000 | 514 | 1,216 | 5699578 | Housing, Timer |

P/N   5697195/

Ship Weight:  0.00          Shipped Unit of Measure:      EA

| ORDER SPECIFICATIONS |
|---|

Post-it® Fax Note    7671

To  Kris
Co./Dept.  CitaXion
Phone #
Fax #

Date  8-5-5   # of pages ▶ 2
From  Mary
Co.  MTM
Phone #
Fax #

RECEIVED BY:  _____

DATE:  ___8-4-05___

**Manitowoc Tool & Machining, LLC**
4211 Clipper Drive
Manitowoc, WI 54220

Phone #   920.682.8825
Fax #   920.682.4299



**PACKLIST**

Packlist ID:  PL-008839
Date:  8/31/2005
Page:  1

| Sold To Address | Ship To Address |
|---|---|
| Citation WI Castings Berlin<br>242 South Pearl Street<br>Berlin, WI 54923 | Delphi Saginaw Steering<br>Plant 3<br>3900 Holland Rd.<br>Saginaw, MI 48601 |

| CUSTOMER ID | CUSTOMER PO | PAYMENT TERMS | JOB# |
|---|---|---|---|
| CITWIC | 16617 | Net 30 | |
| SALES REP ID | SHIPPING METHOD | SHIP DATE | YOUR ORDER NUMBER |
| | USF | 8/31/2005 | CO-000475 |

| QUANTITY | | | PART ID | DESCRIPTION |
|---|---|---|---|---|
| ORDERED | SHIPPED | BACK ORDER | | |
| 2,000 | 270 | 946 | 5699578 | Housing, Timer |

Ship Weight:  0.00

Shipped Unit of Measure:  EA

1581E-

ORDER SPECIFICATIONS

ATTN  KAY

RECEIVED BY:  USF

DATE:  8-31-05

TOTAL P.01

AUG-05-2005  07:36    MANITOWOC TOOL & MACHINE    19206824299    P.02/02

Reorder Form
No. 7-45433

This is to certify that the below-named materials are property classified, described, packaged, marked and labeled, and are
in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Shipper No. _____

Carrier No. _____

**STRAIGHT BILL OF LADING** ORIGINAL – NOT NEGOTIABLE

Date _8-4-5_

_USF_
(Name of Carrier)                    (SCAC)

| | |
|---|---|
| TO: Consignee | _Delphi Saginaw Steering_ |
| | _Plant 3_ |
| Street | |
| Destination | _3900 Holland Rd_ Zip Code |
| Route | _Saginaw, MI 48601_ |

FROM: Shipper _MTM_
or as otherwise provided in Item 490, Sec.
Street _4211 Clipper Dr._
Origin _Manitowoc, WI_ Zip Code _54220_

Vehicle Number

| No. Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | Weight (Subject to Correction) | RATE | CHARGES |
|---|---|---|---|---|---|
| 1 | | SKid | 500# | | |
| | | 3rd Party Collect To: | | | |
| | | Citation WI Castings Berlin | | | |
| | | 242 South Pearl St. | | | |
| | | Berlin, WI  54923 | | | |

USF **103-0161631  0**

C.O.D. Amt $

C.O.D. FEE: PREPAID ☐ COLLECT ☐

Subject to Section 7 of the conditions if this shipment is to be
delivered to the consignee without recourse on the consignor,
consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without
payment of freight and all other lawful charges.

_M. Finnel_
(Signature of Consignor)

FREIGHT PREPAID
except when box
at right is
checked
☐ COLLECT

SHIPPER _MTM_ _M. Finnel_      CARRIER _Alan_      (1) SKID      DATE _8-4-05_

PER _CC_

TOTAL P.02