**EXHIBIT C**

**Proof of Claim**

**United States Bankruptcy Court** Southern **District Of** New York

**PROOF OF CLAIM**

Name of Debtor: Delphi Automotive Systems LLC

Case Number: 05-44640-rdd

This Space For Court Use Only

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Castwell Products, Inc.

Name and Address where notices should be sent:

JPMORGAN Chase Bank, N.A., as Assignee
of Castwell Products, Inc.
c/o Stanley Lim
270 Park Avenue, 17th Floor
New York, NY 10017

Telephone Number: 212-270-4421

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

This Space For Court Use Only

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: ________

**1. Basis for Claim**

☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: ______
Unpaid compensation for services performed
from ________ (date) to ________ (date)

**2. Date debt was incurred:** August - October, 2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $153,047.70

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☒ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $47,499.91

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other________

Value of Collateral $________

Amount of arrearage and other charges at time case filed included in secured claim, if any: $________

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☒ Other - Specify applicable paragraph of 11 U.S.C. § 546(c) (reclamation claim)

** Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:** $ 153,047.70 (Unsecured) ________ (Secured) 47,499.91 (Priority) 200,547.61 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

U.S. BANKRUPTCY COURT S.D. OF N.Y. 2006 FEB -3 A 10:26 FILED

Date: 1/26/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):

Geoffrey A. Bell, Chief Financial Officer

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Castwell Products, Inc. -- Delphi Pre-Petition Balance

| Customer PO # | Invoice # | Invoice Date | Partial Payment | Reclamation Claim | Amount Owing |
|---|---|---|---|---|---|
| 550056750 | 363179 | 8/30/2005 | | | $3,398.72 |
| 550014481 | 363213 | 9/1/2005 | | | $2,727.94 |
| 550056750 | 363214 | 9/1/2005 | | | $3,574.25 |
| 550056750 | 363252 | 9/2/2005 | | | $3,462.43 |
| 550056750 | 363286 | 9/6/2005 | | | $3,585.95 |
| 550014481 | 363287 | 9/6/2005 | | | $2,611.20 |
| 550014483 | 363288 | 9/6/2005 | | | $3,419.58 |
| 550014483 | 363322 | 9/8/2005 | | | $3,411.75 |
| 550014481 | 363323 | 9/8/2005 | | | $2,761.34 |
| 550056750 | 363343 | 9/9/2005 | | | $3,167.29 |
| 550014483 | 363344 | 9/9/2005 | | | $3,575.57 |
| 550014481 | 363345 | 9/9/2005 | | | $2,679.17 |
| 550056750 | 363364 | 9/12/2005 | | | $1,552.44 |
| 550014482 | 363420 | 9/14/2005 | | | $2,830.80 |
| 550056750 | 363424 | 9/14/2005 | | | $3,469.58 |
| 550056750 | 363431 | 9/14/2005 | | | $6,894.31 |
| 550056750 | 363445 | 9/15/2005 | | | $7,158.90 |
| 550014481 | 363474 | 9/15/2005 | | | $2,701.44 |
| 550014481 | 363477 | 9/16/2005 | | | $2,522.50 |
| 550056750 | 363527 | 9/20/2005 | | | $3,714.02 |
| 550014481 | 363528 | 9/20/2005 | | | $2,703.74 |
| 550056750 | 363560 | 9/21/2005 | | | $2,019.86 |
| 550014481 | 363561 | 9/21/2005 | | | $2,557.06 |
| 550056750 | 363609 | 9/22/2005 | | | $1,961.35 |
| 550056750 | 363623 | 9/23/2005 | | | $3,477.38 |
| 550014481 | 363631 | 9/26/2005 | | | $2,509.82 |
| 550056750 | 363641 | 9/27/2005 | | | $3,516.39 |
| 550056750 | 363677 | 9/28/2005 | | Yes | $6,840.35 |
| 550014481 | 363678 | 9/28/2005 | | Yes | $1,670.78 |
| 550014483 | 363708 | 9/30/2005 | | Yes | $1,742.31 |
| 550014483 | 363726 | 9/29/2005 | | Yes | $3,401.00 |
| 550056750 | 363733 | 9/29/2005 | | Yes | $3,005.41 |
| 550014481 | 363734 | 9/29/2005 | | Yes | $2,482.94 |
| 550014483 | 363735 | 9/29/2005 | | Yes | $2,320.31 |
| SURCHARGE | 363738 | 9/30/2005 | | | $20,769.82 |
| 550014481 | 363744 | 10/3/2005 | | Yes | $2,575.10 |
| 550056750 | 363747 | 10/5/2005 | | Yes | $6,692.13 |
| 550014481 | 363748 | 10/5/2005 | | Yes | $1,888.51 |
| 550014483 | 363749 | 10/5/2005 | | Yes | $3,146.72 |
| | | | | | |
| SURCHARGE | 361408 | 5/7/2005 | Yes | | $289.39 |
| 550005614 | 362221 | 6/24/2005 | Yes | | $22.00 |
| SURCHARGE | 362692 | 8/4/2005 | | | $1,549.43 |
| SURCHARGE | 362772 | 8/6/2005 | | | $701.78 |
| 550005614 | 363630 | 9/26/2005 | | | $12,629.70 |
| 550005614 | 363707 | 9/30/2005 | | Yes | $4,984.95 |

| | | | | | |
|---|---|---|---|---|---|
| SURCHARGE | 363737 | 9/30/2005 | | | $2,479.49 |
| 550005614 | 363746 | 10/4/2005 | | Yes | $6,749.40 |
| | 363556 | 9/20/2005 | | | $7,574.10 |
| | 363493 | 9/16/2005 | | | $6,697.50 |
| | | | | | |
| SAG90I2001 | 359157 | 1/7/2005 | Yes | | $5,132.76 |
| SAG90I2001 | 359573 | 2/4/2005 | Yes | | $9,724.68 |
| | 30405 | 4/1/2005 | | | $1,449.00 |
| | 29748 | 2/2/2005 | | | -$2.41 |
| | | | | | |

Total Pre-Petition Balance: $200,547.61 ($153,047.70 Unsecured + $47.499.91 Reclamation)

**CUST FILE**

**CITATION**
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050 Fax: 847-966-8876**

**Remit to:**

**CITATION**
**P.O. Box 73280**
**Chicago, IL 60673-7280**

**INVOICE NO.** [illegible]

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
DISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056350 | CENTRAL TRANS 3rd PARTY CO | 8/30/05 | 8/30/05 | 36661 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: 811-10T2 | 5228 | 3243 | EA | .6501 | 3398.7 |
| | CUSTOMER GON | 1 | | | .0000 | .0 |
| | Packing Slip# [illegible]<br>Bill of Lading# [illegible] | | | | | |

**TOTAL ▶** 3398.7

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

**BILLING DEPT. COPY**

**PACKING SLIP NO.** 32763

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 8/30/05 | 36661 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5228 | 3243 | EA |
| | CUSTOMER GON | 1 | | |

NO SW BW

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | | | | |
| | Driver's Signature Only Acknowledges Receipt of Freight<br>CENTRAL TRANSPORT 466-420559-7<br>SHIPPER LABEL | | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

RECEIVED $

TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

*IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PER

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT 08/30/05

**Permanent postoffice address of shipper.**
Citation
1800 North Austin Avenue, Skokie, IL 60077

1

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| INVOICE NO. |
| --- |
| 34[illegible] |

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550014481 | STATON EXPRESS | PREPAID | 9/01/05 | 9/01/05 | 36712 | [illegible] |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16792 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11-10T6 | 7104 | 3247 | EA | .3840 | 2727.9 |
| | CUSTOMER GON | 1 | | | .0000 | .[illegible] |
| | Packing Slip# 33010<br>Bill of Lading# 36712 | | | | | |

**TOTAL ▶** 2727.9

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - FLT20
CISCO 75120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 824370444

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|
| 550056750 | STATON EXPRESS | PREPAID | 9/01/05 | 9/01/05 | 36712 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15125 | GEAR HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-LOT2<br>CUSTOMER GON | 5498 | 8430 | EA | .6501<br><br><br><br>.0000 | 3574. |
| | Packing Slip# 32210<br>Bill of Lading# 36712 | | | | | |

TOTAL ▶ 3574.00

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

**PACKING SLIP NO.** 32810

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | STATON EXPRESS PREPAID | 9/01/05 | 36712 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#: 550056750 | 5498 | 3430 | EA |
| | CUSTOMER GON | 1 | | |
| 16292 | 1 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#: 550014481 | 7104 | 3247 | EA |
| | CUSTOMER GON | 1 | | |

No s/u BW (handwritten, circled, beside each item)

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.

CARRIER: CITATION EXPRESS

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077** FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: CITATON EXPRESS

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER CON | 7365 – | | |
| | ******ROUGH IRON,CLASS 50******* | | | |
| | 2 Total # of Containers | 7365 – | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:
$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION

*IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT".
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT PER

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue Skokie IL 60077

1

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.
343292

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PL120
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY DD | 9/02/05 | 9/02/05 | 36727 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T7<br>CUSTOMER GON | 5326 | 3428 | EA | .6501 | 3462.4 |
| | | 1 | | | .0000 | .( |
| | Packing Slip# 32323<br>Bill of Lading# 36727 | | | | | |

TOTAL ▶ 344

3462.43

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY ... ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

PACKING SLIP NO.
32823

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 9/02/05 | 36727 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5326 | 3328 | EA |
| | CUSTOMER GON | 1 | | |
| | *********BLACK FLAG**************** | | | |

NO S/O BM

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

STRAIGHT BILL OF LADING SHORT FORM
ORIGINAL NOT NEGOTIABLE

SHIPPER'S NO.

CARRIER'S NO.:

DATE:

CARRIER:

AT **Skokie, Illinois 60077** FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | [illegible] | [illegible] | | |

Driver's Signature Only Acknowledges Receipt of Freight
CENTRAL TRANSPORT
466-420530-8
SHIPPER LABEL

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:
$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

PER

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT PER 09/02/

Permanent postoffice address of shipper
Citation

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.
[illegible]

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS 3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | [illegible] |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11-10T6 | 6800 | 3154 | EA | .3840 | 2611.. |
| | CUSTOMER CON | 1 | | | .0000 | .. |
| | Packing Slip# [illegible]<br>Bill of Lading# [illegible] | | | | | |

TOTAL ▶ 2611

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO. 363288

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1350
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS 3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-10T6 | 6993 | 3344 | EA | .4890 | 3419.5 |
| | CUSTOMER GON | 1 | | | .0000 | .0 |
| | Packing Slip# | 32276 | | | | |
| | Bill of Lading# | 36740 | | | | |

TOTAL ▶ 3419.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

**PACKING SLIP NO.** 32836

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS 3rd PARTY CO | 9/06/05 | 36740 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#: 550014481<br>NO S/U BW | 6800 | 3154 | EA |
| | CUSTOMER GON | 1 | | |
| | ***********ORANGE FLAGS*********** | | | |
| 16294 | 1 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#: 550014483<br>NO S/U BW | 6993 | 3346 | E |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

**CITATION**

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

PACKING SLIP NO.: 32836

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS 3rd PARTY CO | 9/06/05 | 36740 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#: 550056750 | 5516 | 3438 | EA |
| | CUSTOMER GON | 1 | | |

NO S/O BW

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:

DATE:

CARRIER:

AT **Skokie, Illinois 60077**

FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS:

NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 3 | CUSTOMER | | | |
| | Driver's Signature Only Acknowledges Receipt of Freight<br>CENTRAL TRANSPORT 466-419612-7 SHIPPER LABEL | | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE, "TO BE PREPAID"

RECEIVED $ ____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER ____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED

$

C.O.D. SHIPMENT

C.O.D. Amt. ____

Collection Fee ____

Total Charges ____

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT"

NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF ... FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP. NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER 09-06-05

AGENT PER

Permanent postoffice address of shipper.

Citation

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO. [illegible]

SOLD TO
[illegible] ENERGY & ENGINE
[illegible] AUTOMOTIVE SYSTEMS
P.O. BOX 1556
[illegible], MI 48501

SHIP TO
[illegible]
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS 3rd PARTY CO | 9/08/05 | 9/08/05 | 36771 | C |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| [illegible] | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: [illegible] | 7191 | 3323 | EA | .3840 | [illegible] |
| | CUSTOMER GON | 1 | | | .0000 | [illegible] |
| | Packing Slip# [illegible]<br>Bill of Lading# [illegible] | | | | | |

**TOTAL ▶**

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

**INVOICE NO.** 363322

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E ... E120
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS 3rd PARTY CO | 9/08/05 | 9/08/05 | 36771 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-LOTA | 6977 | 0018 | EA | .4890 | 3411.7 |
| | CUSTOMER GON | | | | .0000 | .0 |
| | Packing Slip# [illegible]<br>Bill of Lading# [illegible] | | | | | |

**TOTAL▶** 3411.7

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 32866 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS 3rd PARTY CO | 9/08/05 | 36771 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#: 550014481<br>NO S/U BW | 7191 | 3323 | EA |
| | CUSTOMER GON | 1 | | |
| | ***********ORANGE FLAGS************ | | | |
| 16294 | 1 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#: 550014483<br>NO S/U BW | 6977 | 3318 | E. |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**

FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER [illegible] | [illegible] | | |
| | ******* [illegible] | | | |
| | Driver's Signature Only Acknowledges Receipt of Freight<br>CENTRAL TRANSPORT 466-420539-9 SHIPPER LABEL | | | |
| | 2 Total # [illegible] | [illegible] | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED
$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

[illegible]

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT"
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT PER

Permanent postoffice address of shipper
Citation

COST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| INVOICE NO. |
| --- |
| 3[illegible]3348 |

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E [illegible] PLT26
[illegible]1900 35120
2620 E. 38TH
ANDERSON IN 4601[illegible]

Terms: Net 30 Days OM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
| --- | --- | --- | --- | --- | --- |
| 550056750 | PREPAID | 9/09/05 | 9/09/05 | 36793 | [illegible] |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15375 | GEAR HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T?<br>CUSTOMER GBN | 2620<br><br><br><br>1 | 1635 | EA | .6501<br><br><br><br>.0000 | 1703.[illegible]<br><br><br><br>.[illegible] |
| 15375 | GEAR HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T?<br>CUSTOMER GBN | [illegible]<br><br><br><br>1 | 1400 | EA | .6501<br><br><br><br>.0000 | 1474.[illegible]<br><br><br><br>.[illegible] |
| | Packing Slip# [illegible]<br>Bill of Lading# 36793 | | | | | |

TOTAL ▶ 317[illegible]

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.
32887

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | MAC I PREPAID | 9/09/05 | 36793 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>NO S/W BM | 2620 | 1635 | EA |
| | | CUSTOMER GON | 1 | | |
| | | **********BLACK FLAGS************** | | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>NO S/W BM | 2252 | 1405 | E. |
| | | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: MAC I

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077**

FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: DELPHI - E - PLTEO
CISCO 35120
2620 E. 38TH
ANDERSON, IN 4801[illegible]

DELIVERING CARRIER: MAC I

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER CON | [illegible] | | |
| | *******ROUGH IRON,CLASS 50******* | | | |
| | [illegible] Total # of Containers | [illegible] | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR.)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS: SEND FREIGHT [illegible]
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE, IL 60077

† IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

2 gondola MACH I

SHIPPER, PER [signature]

AGENT [signature] PER 9-9-05

Permanent postoffice address of shipper.
Citation

1

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.

SOLD TO
[illegible] ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX [illegible]
[illegible] 40501

SHIP TO
DELPHI [illegible]
CISCO 25179
2620 E. 38TH
ANDERSON IN [illegible]

Terms: Net 30 Days [illegible]
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS 3rd PARTY | 9/09/05 | 9/09/05 | 36794 | C |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| [illegible] | GEAR<br>15052846<br>Product#: 19052846<br>Material: 011 1014<br>CHAMBER GON | 7312<br><br><br><br>1 | 3475 | EA | .4920<br><br><br><br>.0000 | [illegible] |
| | Packing Slip#<br>Bill of Lading# | | | | | |

**TOTAL ▶** 3575

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050 Fax: 847-966-8876**

Remit to:
**CITATION**
**P.O. Box 73280**
**Chicago, IL 60673-7280**

COST FILE

**INVOICE NO.**

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
P.O.
FLINT,

SHIP TO

DELPHI

ANDERSON,

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS 3rd PARTY CO | 9/09/05 | 9/09/05 | 36724 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| [illegible] | GEAR HELICAL<br>[illegible]<br>Product#: [illegible]<br>Material: [illegible]<br>CUSTOMER [illegible] | [illegible] | [illegible] | EA | .3840 | [illegible] |
| | | 1 | | | .0000 | .0 |

**TOTAL ▶** 2679.1

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

**PACKING SLIP NO.** 32888

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| SEE BELOW | CENTRAL TRANS 3rd PARTY CO | 9/09/05 | 36794 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#: 550014481 | 6977 | 3212 | EA |
| | NO S/U BW | | | |
| | CUSTOMER GON | 1 | | |
| | ********YELLOW FLAGS************** | | | |
| 16294 | 1 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#: 550014483 | 7312 | 3475 | EA |
| | NO S/U BW | | | |
| | CUSTOMER GON | 1 | | |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

BILLING DEPT. COPY

PACKING SLIP NO.
32888

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS 3rd PARTY CO | 9/09/05 | 36794 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#: 550014481 | 6977 | 3212 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ********YELLOW FLAGS*************** | | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#: 550014483 | 7312 | 3475 | E. |
| | | CUSTOMER GON | 1 | | |

NO S/N BW

NO S/N RM

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois 60077** FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: [illegible]
[illegible]
2020 [illegible]
ANDERSON, [illegible]

DELIVERING CARRIER: CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER [illegible] | [illegible] | | |
| | [illegible] | | | |
| | 1 Total # of [illegible] | [illegible] | | |

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT **466-420740-3** SHIPPER LABEL

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED
$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:
SEND [illegible]
DELPHI [illegible]
C1880 [illegible]
C/O DATA [illegible]
P.O. BOX [illegible]
NORWOOD, MA [illegible]

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF [illegible] FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP. NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER [signature] for

AGENT Centrust PER 9/9/05

Permanent postoffice address of shipper.
Citation

1

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

SOLD TO: DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO: DELPHI
CISCO
2620 E. 38TH
ANDERSON, IN

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CITE | PREPAID 2/12/05 | 2/12/05 | 36826 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: 811-10T2<br>CUSTOMER BON | 2385 | 1501 | EA | .6500 | 1552.4 |
| | | | | | .0000 | .0 |

TOTAL ▶ 1552.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

PACKING SLIP NO. 32917

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| 550056750 | CTTE | PREPAID | 9/12/05 | 36826 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 2388 | 1501 | EA |
| | CUSTOMER GON | 1 | | |
| | *********ORANGE FLAG*************** | | | |

No S/D BV

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.

CARRIER'S NO.:

CARRIER:

DATE:

Skokie, Illinois 60077

FROM Citation
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION: DELPHI E [illegible]
CISCO 35120
2620 E. 38TH
ANDERSON, IN [illegible]

CAR OR VEHICLE INITIALS: NO.:

DELIVERING CARRIER:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER CON | | | |
| | ********ROUGH IRON,CLASS 50********* | | | |
| | 1 Total # of Containers | | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED

$

C.O.D. SHIPMENT
C.O.D. Amt
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS: SEND FREIGHT BILL TO:
CITATION
[illegible]
SKOKIE, [illegible]

IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER [signature]

AGENT Robert J. McClark PER

Permanent postoffice address of shipper.
Citation

CUST FILE

**INVOICE NO.** 363420

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014482 | CENTRAL TRANS 3rd PARTY 00 | 9/14/05 | 9/14/05 | 36865 | O |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 16293 | 1 | GEAR<br>10493534<br>Product#: 10493534<br>Material: B11-10T2 | 4044 | 2275 | EA | .7000 | 2830.8 |
| | | CUSTOMER OON | 1 | | | .0000 | .0 |
| | | Packing Slip# 32952<br>Bill of Lading# 36865 | | | | | |

**TOTAL▶** 2830

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

PACKING SLIP NO. 32952

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014482 | CENTRAL TRANS 3rd PARTY CO | 9/14/05 | 36865 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16293 | 1 10493534<br>GEAR<br>Product Revision#: 1<br>Drawing Revision#: 1<br>10493534 | 4044 | 2275 | EA |
| | CUSTOMER GON | 1 | | |
| | ***********YELLOW FLAG************* | | | |

NO S/N BM

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: CENTRAL TRANS

CARRIER'S NO.:

DATE:

AT Skokie, Illinois 60077

FROM Citation Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: CENTRAL TRANS

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER GON | 2608 | | |
| | *********ROUGH IRON,CLASS 50******* | | | |
| | Driver's Signature Only Acknowledges Receipt of Freight — CENTRAL TRANSPORT 466-420905-2 SHIPPER LABEL | | | |
| | 1 Total # of Containers | 2608 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:

THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID."

3rd PARTY COL

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD,MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."

NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER 09-14-0

AGENT PER

Permanent postoffice address of shipper.
Citation

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.
363424

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550056750 | EXPEDITE | PREPAID | 9/14/05 | 9/14/05 | 36870 | O |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 15175 | 1 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2 | 5337 | 3357 | EA | .6501 | 3469.5 |
| | | CUSTOMER GON | 1 | | | .0000 | .0 |
| | | Packing Slip# 32956<br>Bill of Lading# 36870 | | | | | |

**TOTAL ▶** 3469.5

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

BILLING DEPT. COPY

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

| PACKING SLIP NO. |
|---|
| 32956 |

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | ~~EXPEDITE~~ Diamond D. PREPAID | 9/14/05 | 36870 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5337 | 3357 | EA |
| | CUSTOMER GON | 1 | | |

NO S/W BY

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: DIAMOND EXPEDITE

CARRIER'S NO.: 36870

DATE: 9/14/05

AT **Skokie, Illinois 60077**

FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.

**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: DIAMOND EXPEDITE

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER GON | 3702 | | |
| | *********ROUGH IRON,CLASS 50******** | | | |
| | 1 Total # of Containers | 3702 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID"

~~TO BE PREPAID~~

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

T. Eurich
D24021 DDSS

SHIPPER, PER

AGENT PER

**Permanent postoffice address of shipper.**
Citation

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO. 363431

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550056750 | DIAMOND DEL. | PREPAID | 9/14/05 | 9/14/05 | 36876 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2 | 10605 | 6601 | EA | .6501 | 6894.3 |
| | CUSTOMER GDN | 2 | | | .0000 | .0 |
| | Packing Slip# 32962<br>Bill of Lading# 36876 | | | | | |

TOTAL ▶ 6894

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

PACKING SLIP NO.
32962

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | DIAMOND DEL. PREPAID | 9/14/05 | 36876 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 10605 | 6601 | EA |
| | CUSTOMER GON | 2 | | |

No SV Bill

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.: 36876

DATE: 9/14/05

CARRIER: DIAMOND DEL.

AT **Skokie, Illinois 60077** FROM **Citation** Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
**SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.**

CONSIGNED TO:

DESTINATION: DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: DIAMOND DEL.

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER GON | 7301 | | |
| | *******ROUGH IRON,CLASS 50******** | | | |
| 2 | Total # of Containers | 7301 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

~~TO BE PREPAID~~

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED.

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

SPECIAL HANDLING INSTRUCTIONS: SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
**NOTE** — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER [signature]

AGENT [signature] Dan Borch PER

**Permanent postoffice address of shipper.**

1

CUST FILE

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| INVOICE NO. |
|---|
| 363445 |

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 9/15/05 | 9/15/05 | 36881 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 1 | GEAR-HELICAL<br>10469787<br>Product#: 10469787 | 5040 | 3131 | EA | .6501 | 3276.5 |
| | Material: B11-10T2<br>CUSTOMER GON | 1 | | | .0000 | .0 |
| 15175 1 | GEAR-HELICAL<br>10469787<br>Product#: 10469787 | 5972 | 3708 | EA | .6501 | 3882.4 |
| | Material: B11-10T2<br>CUSTOMER GON | 1 | | | .0000 | .0 |
| | Packing Slip# 32967<br>Bill of Lading# 36881 | | | | | |

**TOTAL▶** 7158

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

BILLING DEPT. COPY

CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

PACKING SLIP NO.
32967

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS: Net 30 Days GM
SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | CENTRAL TRANS 3rd PARTY CO | 9/15/05 | 36881 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5040 | 3131 | EA |
| | CUSTOMER GON | 1 | | |
| 15175 | 1 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5972 | 3708 | EA |
| | CUSTOMER GON | 1 | | |

NO S/O BW

NO S/O BW

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

1