# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER'S NO.:    36861

CARRIER:

CENTRAL TRANS

DATE:

AT **Skokie, Illinois 60077**    FROM **Citation**    9/15/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

CENTRAL TRANS

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 7525 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: |
| | ********ROUGH IRON,CLASS 50******** | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | | | | | 3rd PARTY COLL |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | Driver's Signature Only Acknowledges Receipt of Freight  466-420922-7  SHIPPER LABEL  CENTRAL TRANSPORT | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | 2 Total # of Containers | 7525 | | | |

C.O.D. SHIPMENT

C.O.D. Amt. _____

Collection Fee _____

Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD,MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ‡SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _____

AGENT _____  PER _____

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363474

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550014481 | NLM | PREPAID | 9/15/05 | 9/15/05 | 36898 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL | 7035 | 3212 | EA | .3840 | 2701.4 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: R11-10T6 | | | | | |
| | CUSTOMER GON | | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# | 32939 | | | | |
| | Bill of Lading# | 36898 | | | | |

**TOTAL ▶**   2701

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

32982

| S O L D  T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P  T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| 550014481 | NLM | PREPAID | 9/15/05 | 36898 | |

| ORDER NO. | DESCRIPTION | | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065 | 7035 | 3212 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO:

CARRIER: ›

NLM

CARRIER'S NO.:    905000

DATE:

AT  **Skokie, Illinois  60077**    FROM  **Citation**    0/15/06

Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:    DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER:    CAR OR VEHICLE INITIALS:    NO.:

NLM

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | CUSTOMER OWN ******ROUGH IRON,CLASS 50*********** | 3574 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR ) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | 1 Total # of Containers | 3574 | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL
HANDLING
INSTRUCTIONS:

SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE,IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER  *Randy Hargove*

AGENT    PER

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, IL  60077

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

## CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.
363477

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | M & B | COLLECT 9/16/05 | 9/16/05 | 36904 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL 10477065 Product#: 10477065 Material: B11-10T6 CUSTOMER BDN | 6569 | 2953 | EA | .3840 | 2522.5 |
| | | | | | .0000 | .0 |
| | Packing Slip# | 32934 | | | | |
| | Bill of Lading# | 36904 | | | | |

**TOTAL ▶** 2522.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

BILLING COPY

PACKING SLIP NO.

32984

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 | |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| 550014481 | M & B | COLLECT | 9/16/05 | 36904 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292 | 1  10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br><br>CUSTOMER GON | 6569<br><br><br><br><br><br>1 | 2952 | EA |

*(handwritten, circled)* NO S/U BK

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:                                                      CARRIER'S NO.:    385964

M & B                                                        DATE:

**AT  Skokie, Illinois  60077**          FROM  **Citation**          9/16/05
                                                Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:     DELPHI - E - PLT20
                 CISCO 35120
                 2620 E. 38TH
                 ANDERSON, IN 46013

DELIVERING CARRIER:                    CAR OR VEHICLE INITIALS:        NO.:

M & B

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER GON | 3303 | | |
| 1 Total # of Containers | | 3303 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
(SIGNATURE OF CONSIGNOR.)

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $ _____
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

_____
AGENT OR CASHIER

PER _____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:

$ _____

**C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E&C CISCO 35120 DELPHI
C/O DATA 2 LOG.
P.O. BOX 9115
NORWOOD, MA  02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT." NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  ‡SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _Randy Hargrove_

AGENT _al hoss_                    PER 9-16-05

Permanent postoffice address of shipper.
Citation

# CITATION
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:
# CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE
**INVOICE NO.**
343527

| S O L D T O | DELPHI ENERGY & ENGINE DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1550 FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20 CISCO 35120 2620 E. 38TH ANDERSON, IN 46013 |
|---|---|---|---|

Terms: Net 30 Days GM
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS   3rd PARTY PP | 9/20/05 | 9/20/05 | 34942 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER BON | 5713 1 | 3552 | EA | .6501 .0000 | 3714.0 .0 |
|  | Packing Slip#        33021 Bill of Lading#      36942 |  |  |  |  |  |

**TOTAL ▶**  3714.0

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

343520

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE | | DELPHI - E - PLT20 | |
| DELPHI AUTOMOTIVE SYSTEMS | | CISCO 35120 | |
| P.O. BOX 1550 | | 2620 E. 38TH | |
| FLINT, MI 48501 | | ANDERSON, IN 46013 | |

Terms: Net 30 Days GM
Supplier: 826370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY PD 9/20/05 | 9/20/05 | 34340 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL | 7041 | 3259 | EA | .3840 | 2703.7 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: B11-10T6 | | | | | |
| | CUSTOMER GON | 1 | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip# | 33023 | | | | |
| | Bill of Lading# | 96942 | | | | |

TOTAL ▶        2703

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

33023

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/20/05 | 36942 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 7041 | 3259 | EA |
| | | CUSTOMER GON | 1 | | |
| | | **********YELLOW FLAGS************ | | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 5713 | 3552 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN**
**30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
### ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

**CARRIER:**

CARRIER'S NO.:   36942

CENTRAL TRANS

DATE:

AT   **Skokie, Illinois 60077**      FROM   **Citation**
Skokie                                          9/20/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

**CONSIGNED TO:**

**DESTINATION:**      DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

**DELIVERING CARRIER:**            CAR OR VEHICLE INITIALS:      NO.:

CENTRAL TRANS

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 2 | CUSTOMER GON  *******ROUGH IRON, CLASS 50********** * | 7511 | | |
| | Driver's Signature Only Acknowledges Receipt of Freight  466-422336-8  SHIPPER LABEL | | | |
| 2 Total # of Containers | | 7511 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

_____
(SIGNATURE OF CONSIGNOR )

IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE. "TO BE PREPAID."

3rd PARTY COL.

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER _____
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:

$_____

| C.O.D. SHIPMENT |
|---|
| C.O.D. Amt. _____ |
| Collection Fee _____ |
| Total Charges _____ |

**SPECIAL HANDLING INSTRUCTIONS:**

SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02862

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

_____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  •SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _Randy Hargrove_

AGENT _____ PER

Permanent postoffice address of shipper.
Citation

1

Remit to:

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  924370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS    3rd PARTY CO | 9/21/05 | 9/21/05 | 36968 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL
10469787
Product#: 10469787
Material: B11-10T2
CUSTOMER GON | 3107

1 | 1938 | EA | .6501

.0000 | 2019.8

.0 |
|  | Packing Slip#
Bill of Lading# | 3304
36968 |  |  |  |  |

**TOTAL ▶**        2019

REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

| Remit to | |
|---|---|
| INVOICE NO. | |
| | 363561 |

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S
H
I
P
T
O

DELPHI – E – PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY CO 9/21/05 | 9/21/05 | 36968 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL<br>10477065<br>Product#: 10477065<br>Material: B11-1016<br>CUSTOMER GON | 6659 | 3027 | EA | .3840 | 2557.0 |
| | | 1 | | | .0000 | .0 |
| | Packing Slip# 3304<br>Bill of Lading# 36968 | | | | | |

**TOTAL ▶**          2557

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

PACKING SLIP NO.

33041

| | |
|---|---|
| **S O L D  T O** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |

| | |
|---|---|
| **S H I P  T O** | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/21/05 | 36963 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 6659 | 3027 | EA |
| | | CUSTOMER GON | 1 | | |
| | | **********YELLOW FLAGS*************** | | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 3107 | 1938 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL—NOT NEGOTIABLE

**CARRIER:**

CENTRAL TRANS

CARRIER'S NO.: 369968

SHIPPER'S NO.:

DATE:  9/21/05

AT **Skokie, Illinois 60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT. SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

**CONSIGNED TO:**

**DESTINATION:**   DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

**DELIVERING CARRIER:**   CENTRAL TRANS   **CAR OR VEHICLE INITIALS:**   **NO.:**

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 5643 | | | SUBJECT TO SECTION 7, CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES |
| | **********ROUGH IRON, CLASS 50****** | | | | (SIGNATURE OF CONSIGNOR) |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID" |
| | **466-424529-6**  SHIPPER LABEL | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID) CHARGES ADVANCED $ |
| 2 Total # of Containers | | 5643 | | | **C.O.D. SHIPMENT** C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

**SPECIAL HANDLING INSTRUCTIONS:**

SEND FREIGHT BILL TO
DELPHI E & C
CISCO 35120 DELPHI E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. *SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER _Randy Hargrove_

AGENT _____ 09-21 PER 05

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, Il. 60077

1

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| INVOICE NO. |
| --- |
| 363602 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 550054750 | CENTRAL TRANS | COLLECT 8/22/05 | 8/22/05 | 36992 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15175 | GEAR-HELICAL | 3017 | 1898 | EA | .6501 | 1961.23 |
| | 10469787 | | | | | |
| | Product#: 10469787 | | | | | |
| | Material: B11-10T2 | | | | | |
| | CUSTOMER GON | | | | .0000 | .0 |
| | Packing Slip# | 33065 | | | | |
| | Bill of Lading# | 34992 | | | | |

**TOTAL ►** 1961.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY   PACKING SLIP NO.

33065

S
O
L
D
T
O

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

S
H
I
P
T
O

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | CENTRAL TRANS   COLLECT | 9/22/05 | 36992 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 3017 | 1898 | EA |
| | | CUSTOMER GON | 1 | | |

NO SI/
BN

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: 36992

CARRIER: Central Trans

CARRIER'S NO.:

DATE: 9/22/05

AT **Skokie, Illinois** 60077

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: Delphi -E- PLT20

DESTINATION: Cisco 35120
2620 E. 38th
Anderson, IN 46013

DELIVERING CARRIER: Central Trans

CAR OR VEHICLE INITIALS:       NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | Customer Con | 2243 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. _____ (SIGNATURE OF CONSIGNOR) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." 3rd party RECEIVED $_____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. AGENT OR CASHIER PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $_____ |
| | | | | | |

Driver's Signature Only Acknowledges Receipt of Freight

466-424542-9
CENTRAL TRANSPORT       SHIPPER LABEL

| 1 | | 2,243 | | | C.O.D. SHIPMENT<br>C.O.D. Amt. _____<br>Collection Fee _____<br>Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:
Send Freight Bill To:
Delphi E + C
Cisco 35120 Delphi -E-PLT 20
c/o Data 2 Logistics.
P.O. Box 9115
Noravoud, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS 'CARRIER'S OR SHIPPER'S WEIGHT.'
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. • SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER Nancy Hargrove

AGENT       PER 09-22

Permanent postoffice address of shipper.
Citation
7900 North Austin Avenue, Skokie, IL 60077

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

363423

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | COLLECT | 9/23/05 | 9/23/05 | 37007 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | 1 GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER GON | 5349 | 3365 | EA | .6501 | 3477.3 |
| | | | | | .0000 | .0 |
| | Packing Slip# | 03077 | | | | |
| | Bill of Lading# | 37007 | | | | |

| | TOTAL ▶ | 3477. |
|---|---|---|

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

| PACKING SLIP NO. |
|---|
| 33077 |

**SOLD TO**

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550056750 | COLLECT | 9/23/05 | 37007 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5349 | 3365 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — **SHORT FORM**
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.: 37007

CARRIER: *Central Trans*

CARRIER'S NO.:

DATE: 9/23/05

Skokie, Illinois 60077

FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNES.

CONSIGNED TO: Delphi -E- PLT 20

DESTINATION: Cisco 35120
2620 E. 38th
Anderson, IN 46013

DELIVERING CARRIER: Central Trans        CAR OR VEHICLE INITIALS:        NO.:

| NO. CKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | Customer Gon | 5,958 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR ) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE TO BE PREPAID 3rd Party |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | 466-424543-7   SHIPPER LABEL | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED $ |
| 1 | | 5,958 | | | C.O.D. SHIPMENT C.O.D. Amt. Collection Fee Total Charges |

SPECIAL HANDLING INSTRUCTIONS: Delphi E+ C
Cisco 35120   Delphi -E- PLT 20
C/o Data 2 Logistics
P.O. Box 9115
Norwood, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per
† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER Randy Hargrove
AGENT   PER 09-23-0

Permanent postoffice address of shipper.
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE
INVOICE NO.
363631

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS   3rd PARTY CO | 9/26/05 | 9/26/05 | 37031 | 01 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL | 6536 | 3071 | EA | .3840 | 2509.8 |
| | 10477065 | | | | | |
| | Product#: 10477065 | | | | | |
| | Material: B11-10T6 | | | | .0000 | .0 |
| | CUSTOMER GON | | | | | |
| | | | | | | |
| | Packing Slip# | 33095 | | | | |
| | Bill of Lading# | 37031 | | | | |

**TOTAL ▶**                                                2509.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

PACKING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33095 |

```
S
O    DELPHI ENERGY & ENGINE
L    DELPHI AUTOMOTIVE SYSTEMS
D    P.O. BOX 1550
     FLINT, MI 48501
T
O
```

```
S
H    DELPHI - E - PLT20
I    CISCO 35120
P    2620 E. 38TH
     ANDERSON, IN 46013
T
O
```

TERMS:    Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014481 | CENTRAL TRANS  3rd PARTY CO | 9/26/05 | 37031 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292      1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br><br>CUSTOMER GON<br><br>*********YELLOW FLAG************** | 6536<br><br><br><br><br><br>1 | 3071 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

**STRAIGHT BILL OF LADING — SHORT FORM**
ORIGINAL 2 NOT NEGOTIABLE
Page 24 of 43

SHIPPER'S NO.:

CARRIER:   CENTRAL TRANS

CARRIER'S NO.:

DATE:   9/26/05

**Skokie, Illinois 60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:   DELPHI - E - PLT20
                CISCO 35120
DESTINATION:    2620 E. 38TH
                ANDERSON, IN 46013

DELIVERING CARRIER:   CENTRAL TRANS        CAR OR VEHICLE INITIALS:        NO.:

| NO. CKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3423 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | *******ROUGH IRON, CLASS 50********* | | | | (SIGNATURE OF CONSIGNOR) |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | **466-409381-1** SHIPPER LABEL | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| | | | | | **C.O.D. SHIPMENT** |
| 1 Total # of Containers | | 3423 | | | C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:   SEND FREIGHT BILL TO:
CISCO 35120 DELPHI E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. (SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.)

SHIPPER, PER

AGENT   9-26-05   PER

Permanent postoffice address of shipper.
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

| | CUST FILE |
|---|---|
| | INVOICE NO. |
| | 363641 |

| S O L D T O | DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier: 826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS   3rd PARTY CO | 9/27/05 | 9/27/05 | 37048 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL
10469787
Product#: 10469787
Material: B11-10T2
CUSTOMER GON | 5409

1 | 3384 | EA | .6500

.0000 | 3516.
. |
| | Packing Slip# 35106
Bill of Lading# 37048 | | | | | |

**TOTAL ▶**          3516.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

**PACKING SLIP NO.**

33106

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550056750 | CENTRAL TRANS   3rd PARTY CO | 9/27/05 | 37043 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 15175    1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 5409 | 3386 | EA |
|  | CUSTOMER GON | 1 |  |  |
|  | *********YELLOW FLAG************* |  |  |  |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:  37043

CARRIER:  CENTRAL TRANS

CARRIER'S NO.:

DATE:  9/27/05

AT  **Skokie, Illinois  60077**    FROM  **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:  DELPHI - E - PLT20
CISCO 35120
DESTINATION:  2620 E. 38TH
ANDERSON, IN 46013

Driver's Signature Only Acknowledges Receipt of Freight

**466-423856-4**

SHIPPER LABEL

DELIVERING CARRIER:  CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. CKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | CUSTOMER GON | 3742 | | |
|  | ********ROUGH IRON,CLASS 50******** * | | | |
| 1 Total # of Containers | | 3742 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR )

HE CHARGES ARE TO BE PREPAID. WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED.

$

C.O.D. SHIPMENT
C.O.D. Amt.
Collection Fee
Total Charges

PECIAL
ANDLING
NSTRUCTIONS:  SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD,MA 02362

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT Jemmy McIntyr  PER 9-27-05

Permanent postoffice address of shipper.
**Citation**

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

| INVOICE NO. |
| --- |
| 363677 |

SOLD TO:
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO:
DELPHI - E - E120
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 550054750 | CENTRAL TRANS  3rd PARTY C0 | 9/28/05 | 9/28/05 | 37068 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 15175 | GEAR HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GON | 5474 | 3421 | EA | .6500 | 3558.? |
| | | | | | .6000 | .0 |
| 15175 | GEAR HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GON | 5031 | 3139 | EA | .6500 | 3281.? |
| | | | | | .6000 | .0 |
| | Packing slip# 35175 Bill of lading# 37068 | | | | | |

**TOTAL ▶**   6840.3

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."



# CITATION
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:
# CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE
INVOICE NO.

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI    E    PL120
CISCO 35400
2400 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY CO 9/28/05 | 9/28/05 | 37045 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14292 | GEAR-HELICAL 1047/065 Product#: 1047/065 Material: Bit 1074 CUSTOMER GON | 4350 | 1998 | EA | .3840 | |
| | | | | | .0000 | |
| | Packing Slip # | 37045 | | | | |
| | Bill of Ladings | 37045 | | | | |

**TOTAL ►**  1670.7

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER'

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT COPY

**PACKING SLIP NO.**

33129

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:   Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/28/05 | 37068 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 5474 | 3421 | EA |
| | | CUSTOMER GON | 1 | | |
| | | *********YELLOW FLAGS************** | | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 5048 | 3140 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED  FOR SCRAP VALUE ONLY.**

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

```
S
O    DELPHI ENERGY & ENGINE          S
L    DELPHI AUTOMOTIVE SYSTEMS       H    DELPHI - E - PLT20
D    P.O. BOX 1550                   I    CISCO 35120
     FLINT, MI 48501                 P    2620 E. 38TH
T                                    T    ANDERSON, IN 46013
O                                    O
```

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/28/05 | 37068 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481<br><br>CUSTOMER GON | 4351<br><br><br><br><br><br><br>1 | 1998 | EA |

*NO SLIP R/M*

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

STRAIGHT **BILL OF LADING — SHORT FORM**
ORIGINAL – NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER                                                CARRIER'S NO.:

                                                       DATE:                9/28/0...

AT   Skokie, Illinois  60077          FROM   **Citation**
                                              Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATION IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:                    CAR OR VEHICLE INITIALS:        NO.:

| NO. CKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | 9506 | | | SUBJECT TO SECTION 7, CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:<br>THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.<br><br>(SIGNATURE OF CONSIGNOR)<br>IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."<br><br>RECEIVED $____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREIN.<br><br>AGENT OR CASHIER<br>PER ____<br>(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)<br>CHARGES ADVANCED:<br>$____ |
| | Driver's Signature Only Acknowledges Receipt of Freight<br>**CT** CENTRAL TRANSPORT  **466-409396-9**<br>SHIPPER LABEL | | | | **C.O.D. SHIPMENT**<br>C.O.D. Amt. ____<br>Collection Fee ____<br>Total Charges ____ |
| | | 9506 | | | |

PECIAL
ANDLING
ISTRUCTIONS

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE -- WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

                                                              per ____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. -SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER ____

AGENT ____                             PER  9-28-05

Permanent postoffice address of shipper
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:

## CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE

| INVOICE NO. |
|---|

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2420 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days 6M
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550014483 | CENTRAL TRANS | 3rd PARTY PO | 9/30/05 | 9/30/05 | 37117 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 17294 | GEAR | 3543 | 1709 | EA | .4899 | 1742. |
| | 19052846 | | | | | |
| | Product#: 19052846 | | | | | |
| | Material: B11-10TA | | | | | |
| | CUSTOMER GON | | | | .0000 | |
| | | | | | | |
| | Packing Slip# 93197 | | | | | |
| | Bill of Lading: 93197 | | | | | |

**TOTAL ▶**  1742

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

INVOICE DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33175 |

| S O L D | T O |
|---|---|

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

| S H I P | T O |
|---|---|

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014483 | CENTRAL TRANS  3rd PARTY CO | 9/30/05 | 37117 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16294    1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br><br>CUSTOMER GON<br><br>***********YELLOW FLAG************* | 3563<br><br><br><br><br>1 | 1700 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING—SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

**CARRIER:**

CARRIER'S NO.:

DATE:

AT **Skokie, Illinois  60077**   FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

**CONSIGNED TO:**

**DESTINATION:**

**DELIVERING CARRIER:**           CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | 2057 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | | | | | RECEIVED $ |
| | | | | | TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREIN. |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | AGENT OR CASHIER |
| | **466-421644-6** SHIPPER LABEL | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| | | 2057 | | | C.O.D. SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. †SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT          PER  9/30

Permanent postoffice address of shipper
Citation
7800 North Austin Avenue, Skokie, IL 60077

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**Remit to:**
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550056750 | CENTRAL TRANS  3rd PARTY CO | 9/06/05 | 9/06/05 | 36740 | O |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL 10469787 Product#: 10469787 Material: B11-10T2 CUSTOMER GDN | 5514 | 3433 | EA | .650 | 3585.9 |
| | | | | | .0000 | -0 |

Packing Slip#
Bill of Lading#

**TOTAL ▶**

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050 Fax: 847-966-8876

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363726

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 | |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014483 | TRANS LOG | PREPAID 9/29/05 | 9/29/05 | 37090 | 01 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-10T6<br>CUSTOMER GDN | 6955 | 3295 | EA | .4890<br><br>.0000 | 3401.0<br><br>.0 |
| | Packing Slip# | 3315 | | | | |
| | Bill of Lading# | 37090 | | | | |

TOTAL ▶    3401

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

BILLING DEPT. COPY

CITATION

| | PACKING SLIP NO. |
|---|---|
| | 33151 |

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014483 | TRANS LOG.    PREPAID | 9/29/05 | 37090 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846 | 6955 | 3295 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL — NOT NEGOTIABLE

Exhibit C

SHIPPER'S NO.: 37090

CARRIER: TRANS LOG.

CARRIER'S NO.:

DATE: 9/29/05

AT **Skokie, Illinois 60077**

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: DELPHI - E - PLT20
CISCO 35120
DESTINATION: 2620 E. 38TH
ANDERSON, IN 46013

DELIVERING CARRIER: TRANS LOG.

CAR OR VEHICLE INITIALS: NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|---|
| 1 | CUSTOMER GON | NO SM | 3630 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. _____ (SIGNATURE OF CONSIGNOR) PREPAID RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. _____ AGENT OR CASHIER PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED $ _____ |
| | | | | | | C.O.D. SHIPMENT |
| 1 | Total # of Containers | | 3630 | | | C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO:
CITATION
7800 NORTH AUSTIN AVENUE
SKOKIE, IL 60077

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ◆SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER W.J. O'Shaughnessy

AGENT _____ PER

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, IL 60077

Agent must detach and retain this Shipping
Order and must sign the Original Bill of Lading.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

| QUST FILE |
|---|
| INVOICE NO. |
| 363733 |

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 | |

Terms:  Net 30 Days GM
Supplier:  926370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS    3rd PARTY CO | 8/29/05 | 8/29/05 | 37097 | 01 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 15175 | GEAR-HELICAL<br>10469787<br>Product#: 10469787<br>Material: B11-10T2<br>CUSTOMER GON | 4623 | 2903 | EA | .650 | 3005.4 |
|  |  | 1 |  |  | .0000 | .0 |
|  | Packing Slip#            33153<br>Bill of Lading#        37097 |  |  |  |  |  |

**TOTAL ▶**                     3005.4

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

# CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

## CITATION
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

363734

```
S                DELPHI ENERGY & ENGINE         S      DELPHI - E - PLT20
O                DELPHI AUTOMOTIVE SYSTEMS      H      CISCO 35120
L                P.O. BOX 1550                  I      2620 E. 38TH
D                FLINT, MI 48501                P      ANDERSON, IN 46013
T                                              T
O                                              O
```

Terms:  Net 30 Days GM
Supplier:  826370446

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 550014481 | | CENTRAL TRANS | 3rd PARTY CO | 9/29/05 | 9/29/05 | 37097 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16292 | GEAR-HELICAL 10477065 Product#: 10477065 Material: B11-10T6 CUSTOMER GON | 6464 | 2972 | EA | .3840 | 2482.9 |
| | | 1 | | | .0000 | .0 |
| | Packing Slip# 30158 Bill of Lading# 37097 | | | | | |

**TOTAL ▶**    2482

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

BILLING DEPT COPY

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

| PACKING SLIP NO. |
|---|
| 33158 |

| S O L D T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

**TERMS:  Net 30 Days GM**
**SUPPLIER:  926370446**

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| SEE BELOW | CENTRAL TRANS  3rd PARTY CO | 9/29/05 | 37097 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292  1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 6466 | 2972 | EA |
| | CUSTOMER GON | 1 | | |
| 15175  1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:    550056750 | 4623 | 2903 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM

ORIGINAL-NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: CENTRAL TRANS

CARRIER'S NO.:

DATE: 9/20/06

AT Skokie, Illinois 60077

FROM **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO: DELPHI - E - PLT20
CISCO 35120

DESTINATION: 2620 E. 35TH
ANDERSON, IN 46013

DELIVERING CARRIER: CENTRAL TRANS    CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER CON | 6550 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR.) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | **466-424593-2** 01 | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| 2 Total # of Containers | | 6550 | | | **C.O.D. SHIPMENT** C.O.D. Amt. Collection Fee Total Charges |

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9115
NORWOOD, MA 02062

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT"
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

‡ THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.  «SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT    PER

Permanent postoffice address of shipper.
Citation
7800 North Austin Avenue, Skokie, IL 60077