# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

## CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

| CUST FILE |
|---|
| INVOICE NO. |
| 363735 |

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | | S H I P   T O | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|---|

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550014483 | ROADWAY | 3rd PARTY CO | 9/28/05 | 9/29/05 | 37091 | 0 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 16294 | 1 | GEAR<br>19052846<br>Product#: 19052846<br>Material: B11-10T6<br>CUSTOMER GON | 4745<br><br><br>1 | 2278 | EA | .4890<br><br><br>.0000 | 2320.??<br><br><br>.0 |
| | | Packing Slip# | 33152 | | | | |
| | | Bill of Lading# | 37091 | | | | |

**TOTAL ▶**     23??.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

DEPT. COPY

PACKING SLIP NO.

33152

SOLD TO

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO

DELPHI - E - PLT20
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| 550014483 | ROADWAY | 3rd PARTY CO | 9/29/05 | 37091 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16294    1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846 | 4745 | 2278 | EA |
| | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE
SHIPPER'S NO.:

CARRIER:    ROADWAY

CARRIER'S NO.:

DATE:    9/29/05

AT    **Skokie, Illinois  60077**

FROM    **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:    DELPHI - E - PLT20
                 CISCO 35120
DESTINATION:     2620 E. 30TH
                 ANDERSON, IN 46013

DELIVERING CARRIER:    ROADWAY        CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 2593 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | FOR SHIPMENT STATUS, CALL 1-800-ROADWAY | | | | (SIGNATURE OF CONSIGNOR.) |
| | 316  316-367993-4 | | | | • IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | Roadway's tariffs are incorporated herein (copies available upon request). Roadway's tariffs limit its liability. This shipment is subject to the terms and conditions of the Uniform Straight Bill of Lading as stated in the NMFC 100 series tariff. | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON  AGENT OR CASHIER  PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)  CHARGES ADVANCED: $ |
| 1 | Total # of Containers | 2593 | | | **C.O.D. SHIPMENT**  C.O.D. Amt. _____  Collection Fee _____  Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO:
DELPHI E & C
CISCO 35120 DELPHI-E-PLT 20
C/O DATA 2 LOGISTICS
P.O. BOX 9116
NORWOOD, MA 02062

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. †SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

9/29/05

SHIPPER, PER

AGENT,                                          PER

Permanent postoffice address of shipper.
Citation
5800 North Austin Avenue, Skokie, IL  60077

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.
363738

SOLD TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

SHIP TO
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

Terms:  Net 30 Days GM
Supplier: 83637044

195

| CUSTOMER P.O. NO. | | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| SURCHARGE | | | 9/30/05 | 9/30/05 | 37143 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SURCHARGE<br>August Surcharge | 1 | | | 8688.14 | 8688.1 |
| | SURCHARGE<br>September Surcharge | 1 | | | 12081.68 | 12081.6 |
| | Bill of Lading#   37143 | | | | | |

TOTAL ▶   20769.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

Dephi Sales
For Period August 2005

| Customer | Part# | Material | Total Sales | Total Pounds |
|---|---|---|---|---|
| Delphi Aut | 05231356 | B11-1 | $ 8,279 | 2,712 = 32.10 |
| Delphi Ene | 10456383 | B11-10T6 | $ 4,049 | 3,558 |
| Delphi Ene | 10469787 | B11-10T2 | $ 20,326 | 19,516 |
| Delphi Ene | 10477065 | B11-10T6 | $ 32,823 | 38,500 |
| Delphi Ene | 10493534 | B11-10T2 | $ - | - |
| Delphi Ene | 19052846 | B11-10T6 | $ 12,172 | 11,805 |

**Grand Total**            **77,648.55**    **76,091**

0.1184
Delphi Surcharge            9,009.24

Dephi Sales
For Period September 2005

| Customer | Part# | Material | Total Sales | Total Pounds | |
|----------|-------|----------|-------------|--------------|---|
| Delphi Auto | 05231356 | B11-1 | $ 59,161 | 19,339 | = 2,158.39 |
| Delphi Ene | 10456383 | B11-10T6 | $ - | - | |
| Delphi Ene | 10469787 | B11-10T2 | $ 60,959 | 55,137 | ⎞ |
| Delphi Ene | 10477065 | B11-10T6 | $ 27,928 | 33,427 | ⎬ 12,081.68 |
| Delphi Ene | 10493534 | B11-10T2 | $ 2,831 | 2,275 | ⎟ |
| Delphi Ene | 19052846 | B11-10T6 | $ 17,871 | 17,412 | ⎠ |

**Grand Total**                    **168,748.71**        **127,590**

                                              0.1116
Delphi Surcharge                          14,240.07

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

INVOICE NO.

*Supplier # 926370446* (handwritten)

**SOLD TO**
DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1950
FLINT, MI 48501

**SHIP TO**
DELPHI - E - PL120
C1800 35120
2620 E. 30TH
ANDERSON, IN 46013

Terms: Net 30 Days GM
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY P10/03/05 | 10/03/05 | 37125 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 14292 | GEAR-HELICAL 10477065 Product#: 10477065 Material: B11-1016 CUSTOMER BON | 6706 | 3111 | EA | .3840 | 2575. |
| | | | | | .0000 | .0 |

*Supplier Duns # 006075829 54* (handwritten)

TOTAL ► *2575.* (handwritten)

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33183 |

| SOLD TO | SHIP TO |
|---|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550014481 | CENTRAL TRANS   3rd PARTY CO | 10/03/05 | 37125 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 16292  1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065 | 6706 | 3111 | EA |
| | CUSTOMER GON | 1 | | |
| | ***********PINK FLAG*************** | | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

CARRIER:   CENTRAL TRANS

AT   **Skokie, Illinois 60077**

FROM   **Citation**
Skokie

SHIPPER'S NO.:

CARRIER'S NO.:

DATE:

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   2820 E. ...
ANDERSON, ...

DELIVERING CARRIER:   CENTRAL TRANS

CAR OR VEHICLE INITIALS:      NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | CUSTOMER PON | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | Driver's Signature Only Acknowledges Receipt of Freight **466-426601-1** SHIPPER LABEL | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | 1 Total w 01 ... | | | | C.O.D. SHIPMENT<br>C.O.D. Amt.<br>Collection Fee<br>Total Charges |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT   PER

**Permanent postoffice address of shipper**
Citation

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

| S O L D  T O |
|---|
| DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |

| S H I P  T O |
|---|
| DELPHI E - E - PLT5<br>FISHER BLDG<br>2420 E. 30TH<br>ANDERSON, IN 46011 |

Terms:  Net 30 Days GM
Supplier:

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054750 | CENTRAL TRANS 3rd PARTY | 10/05/05 | 10/05/05 | 37178 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 19125 | GEAR HELICAL<br>10452787<br>Product#: 10452787<br>Material: 011-1073<br>CUSTOMER GUN | 4760 | 8112 | EA | 1.2900 | 5294.15 |
| | | | | | .0000 | |
| | GEAR HELICAL<br>10452787<br>Product#: 10452787<br>Material: 011-1073<br>CUSTOMER GUN | | | | | |
| | | | | | | |
| | Packing Slips<br>Bill of Lading | | | | | |

TOTAL ► 6692.

# CITATION

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

343743

| | |
|---|---|
| **S O L D T O** | DELPHI ENERGY & ENGINE DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1350 FLINT, MI 48501 |
| **S H I P T O** | DELPHI   C - PL120 CISCO 35120 . 2820 E. 58TH ANDERSON, IN 46013 |

Terms:  Net 30 Days GM
Supplier: 024370444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550014481 | CENTRAL TRANS | 3rd PARTY 10/05/05 | 10/05/05 | 27173 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 17292 | GEAR-HELICAL 10427065 Product#: 10427065 Material: B11-1076 CUSTOMER RUN | 4918 | 2271 | EA | .3840 | 1088.5 |
| | | | | | .0000 | .0 |
| | Cutting Steel Metal Exchange | .128 | | | | |

| | | | | | **TOTAL ▶** | 1,888.3 |

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE
INVOICE NO.

**SOLD TO**

DELPHI ENERGY & ENGINE
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**SHIP TO**

DELPHI - E   FLINT
CISCO 35120
2620 E. 38TH
ANDERSON, IN 46013

Terms:  Net 30 Days GM
Supplier:  004070444

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 55C014493 | CENTRAL TRANS 2nd PARTY | 0010/05/05 | 10/05/05 | 27173 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16294 | GEAR | 7425 | 3065 | EA | .4920 | 3146.7 |
| | 12052846 | | | | | |
| | Product#: 12052846 | | | | | |
| | Material: 911-4012 | | | | | |
| | CUSTOMER CON | | | | .0000 | .0 |
| | | | | | | |
| | Packing Slip # | 35200 | | | | |
| | Bill of Lading | 31172 | | | | |

**TOTAL ▶**   3146

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**PACKING SLIP NO.**

33225

| | |
|---|---|
| **S O L D T O** | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | **S H I P T O** | DELPHI - E - PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|---|
| SEE BELOW | *Central Trans* 3rd PARTY CO | | 10/05/05 | 37173 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16292 | 1 | 10477065<br>GEAR-HELICAL<br>Product Revision#: 9<br>Drawing Revision#: 9<br>10477065<br>P.O.#:    550014481 | 4918 | 2271 | EA |
| | | CUSTOMER GON | 1 | | |
| 16294 | 1 | 19052846<br>GEAR<br>Product Revision#: 012<br>Drawing Revision#: 012<br>19052846<br>P.O.#:    550014483 | 6435 | 3065 | EA |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787 | 4960 | 3112 | E |

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILL DEPT COPY

**PACKING SLIP NO.**

33225

| S O L D   T O | DELPHI ENERGY & ENGINE<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 | S H I P   T O | DELPHI – E – PLT20<br>CISCO 35120<br>2620 E. 38TH<br>ANDERSON, IN 46013 |
|---|---|---|---|

SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SEE BELOW | Central Trans | 3rd PARTY CO | 10/05/05 | 37173 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| | | P.O.#:   550056750 | | | |
| | | CUSTOMER GON | 1 | | |
| 15175 | 1 | 10469787<br>GEAR-HELICAL<br>Product Revision#: 22<br>Drawing Revision#: 22<br>10469787<br>P.O.#:   550056750 | 5334 | 3301 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

CARRIER: Central Trans

SHIPPER'S NO.:

CARRIER'S NO.:

DATE:

AT   **Skokie, Illinois 60077**   FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:   Central Trans   CAR OR VEHICLE INITIALS:        NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | | | | | (SIGNATURE OF CONSIGNOR) |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. |
| | CENTRAL TRANSPORT **466-425240-9** SHIPPER LABEL | | | | AGENT OR CASHIER PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED: $ |
| | | | | | **C.O.D. SHIPMENT** |
| | | | | | C.O.D. Amt. _____ |
| | | | | | Collection Fee _____ |
| | | | | | Total Charges _____ |

PECIAL ANDLING STRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. †SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER

AGENT, PER   10/05/0

Permanent postoffice address of shipper
Citation
7900 North Austin Avenue, Skokie, IL 60077

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

COST FILE

INVOICE NO.

361408

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

| | |
|---|---|
| **S O L D  T O** | DELPHI AUTOMOTIVE SYSTEMS AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS, MI 49509 |
| **S H I P  T O** | DELPHI AUTOMOTIVE SYSTEMS AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS MI 49509 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| SURCHARGE | | 5/07/05 | 5/07/05 | 35310 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SURCHARGE | | | | 1196.31 | 1196.3 |
| | April Surcharge | | | | | |
| | Bill of Lading#        35310 | | | | | |

**TOTAL ▶**        1196.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

Dephi Sales
For Period April, 2005

| Customer | Part# | Material | Total Sales | | Total Pounds |
|----------|-------|----------|-------------|--|--------------|
| Delphi Aut | 05231356 | B11-1 | $ | 40,339 | 13,107 — 1196.31 |
| Delphi Ene | 10469787 | B11-10T2 | $ | 3,821 | 3,585 |
| Delphi Ene | 10477065 | B11-10T6 | $ | 43,294 | 51,817 — 5923.32 |
| Delphi Ene | 10493534 | B11-10T2 | $ | 3,972 | 2,609 |
| Delphi Ene | 19052846 | B11-10T6 | $ | 7,053 | 6,886 |

| **Grand Total** | | | **98,478.11** | **78,004** |
|-----------------|--|--|---------------|-----------|

0.0913
Delphi Surcharge                                   7,119.63

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE

INVOICE NO.

362221

| SOLD TO | SHIP TO |
|---------|---------|
| DELPHI AUTOMOTIVE SYSTEMS<br>AUTOMOTIVE COMPONENT GROUP<br>2100 BURLINGAME AVENUE SW<br>GRAND RAPIDS, MI 48509 | AC DELCO SYSTEMS<br>2100 BURLINGAME AVE SW<br>GRAND RAPIDS, MI 49509 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550005614 | CENTRAL | COLLECT 6/24/05 | 6/24/05 | 35884 | 0 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16290 | BUTTON<br>05231356<br>Product#: 05231356<br>Material: B11-1<br>DOUBLE-WALL ON PALLET | 51458<br><br>1 | 2530 | EA | .1500<br><br>22.0000 | 7718.7<br><br>22.0 |
|  | Packing Slip#         32081<br>Bill of Lading#      35884 |  |  |  |  |  |

*Short*
*22.0*

**TOTAL ►** 7740.

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

| PACKING SLIP NO. |
| --- |
| 32081 |

S O L D   T O
DELPHI AUTOMOTIVE SYSTEMS
AUTOMOTIVE COMPONENT GROUP
2100 BURLINGAME AVENUE SW
GRAND RAPIDS, MI 48509

S H I P   T O
AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 49509

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| 550005614 | CENTRAL      COLLECT | 6/24/05 | 35884 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- |
| 16290      1 | 05231356<br>BUTTON<br>Product Revision#: AZ<br>Drawing Revision#: AZ<br>05231356<br><br>DOUBLE-WALL ON PALLET | 51458<br><br><br><br><br>1 | 2530 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

**STRAIGHT BILL OF LADING — SHORT FORM**
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.:

**CARRIER:**

CARRIER'S NO.:

35884

DATE:

**AT** Skokie, Illinois 60077    CENTRAL

**FROM** **Citation**
Skokie

6/24/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

**CONSIGNED TO:**

**DESTINATION:**
AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 49509

**DELIVERING CARRIER:**

CAR OR VEHICLE INITIALS:   NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. |
|---|---|---|---|---|
| 1 | DOUBLE-WALL ON PALLET | 2894 | | |
| | | 2894 | | |

SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT.
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR.)
IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)
CHARGES ADVANCED
$

**C.O.D. SHIPMENT**
C.O.D. Amt.
Collection Fee
Total Charges

Driver's Signature Only Acknowledges Receipt of Freight
**466-404946-6**
SHIPPER LABEL

**SPECIAL HANDLING INSTRUCTIONS:**
SEND FREIGHT BILL 3RD PARTY COLLECT TO:
DELPHI AUTOMOTIVE SYSTEMS
AUTOMOTIVE COMPONENT GROUP
2100 BURLINGAME AVE.
GRAND RAPIDS, MI 48509

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY. THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ◆SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER PER
AGENT                              PER

Permanent postoffice address of shipper.
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE

INVOICE NO.

| S O L D   T O | ... AUTOMOTIVE COMPONENT GROUP ... | S H I P   T O | ... AUTOMOTIVE COMPONENT GROUP ... |
|---|---|---|---|

Terms: Net 30 Days EM
Supplier: 226370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| SURCHARGE | | 8/04/05 | 8/04/05 | 36327 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SURCHARGE | | | | 1941.47 | 1941.47 |
| | June 2005 Surcharge | | | | | |
| | Per attached | | | | | |

| | TOTAL ▶ | 1941. |
|---|---|---|

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# 181

Dephi Sales
For Period June, 2005

| Customer | Part# | Material | Total Sales | Total Pounds |
|----------|-------|----------|-------------|--------------|
| Delphi Aut | 05231356 | B11-1 | $ 56,653 | 18,310 — 1,549.43 |
| Delphi Ene | 10477065 | B11-10T6 | $ 37,116 | 43,730 |
| Delphi Ene | 19052846 | B11-10T6 | $ 18,360 | 17,843 |
| **Grand Total** | | | **112,129.18** | **79,883** |
| | | | | 0.0846 |
| Delphi Surcharge | | | | 6,759.87 |

# CITATION
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

# CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE
**INVOICE NO.**

**Remit to**

Exhibit C

**S O L D  T O**

**S H I P  T O**

Terms: Net 30 Days GM
Supplier: 874270444

| CUSTOMER P.O. NO. | | SHIPPED VIA | | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|---|
| SURCHARGE | | | | | | | | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|

**TOTAL ▶**



'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY
BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

Dephi Sales
For Period July 2005

| Customer | Part# | Material | Total Sales | | Total Pounds |
|----------|-------|----------|-------------|---|--------------|
| Delphi Auto | 05231356 | B11-1 | $ | 30,092 | 9,823 ~ 701.78 |
| Delphi Ene | 10456383 | B11-10T6 | | | |
| Delphi Ene | 10469787 | B11-10T2 | $ | 5,356 | 5,203 |
| Delphi Ene | 10477065 | B11-10T6 | $ | 7,884 | 9,462 |
| Delphi Ene | 10493534 | B11-10T2 | $ | 7,473 | 6,118 |
| Delphi Ene | 19052846 | B11-10T6 | $ | 3,057 | 2,972 |
| **Grand Total** | | | **53,862.03** | | **33,578** |
| | | | | | 0.0714 |
| Delphi Surcharge | | | | | 2,398.89 |

**CUST FILE**

# CITATION
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
## CITATION
P.O. Box 73280
Chicago, IL 60673-7280

| INVOICE NO. |
|---|
|  |

**SOLD TO**

DELPHI AUTOMOTIVE SYSTEMS
AUTOMOTIVE COMPONENT GROUP
2100 BURLINGAME AVENUE SW
GRAND RAPIDS, MI 48509

**SHIP TO**

AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 42509

Terms:  Net 30 Days ON
Supplier:  926:370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550005614 | CENTRAL TRANS | 3rd PARTY PD | 9/26/05 | 9/26/05 | 37030 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16296 | BUTTON 05231356 Product#: 05231356 Material# 811-1 CUSTOMER GON | 31182 | 1522 | EA | .1500 | 4677. |
| | | | | | .0000 | |
| 16296 | BUTTON 05231356 Product#: 05231356 Material# 811-1 CUSTOMER GON | | | EA | .1500 | |
| | | | | | .0000 | |
| | Packing Slip# Bill of Lading# | | 3/26/05 | | | |

**TOTAL ▶**   12629.

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

PACKING SLIP NO.

33094

| | |
|---|---|
| **S O L D T O** | DELPHI AUTOMOTIVE SYSTEMS<br>AUTOMOTIVE COMPONENT GROUP<br>2100 BURLINGAME AVENUE SW<br>GRAND RAPIDS, MI 48509 |
| **S H I P T O** | AC DELCO SYSTEMS<br>2100 BURLINGAME AVE SW<br>GRAND RAPIDS, MI 49509 |

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550005614 | CENTRAL TRANS  3rd PARTY CO | 9/26/05 | 37030 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16290 | 1 | 05231356<br>BUTTON<br>Product Revision#: AZ<br>Drawing Revision#: AZ<br>05231356 | 31182 | 1523 | EA |
| | | CUSTOMER GON | 1 | | |
| | | ***********YELLOW FLAGS*********** | | | |
| 16290 | 1 | 05231356<br>BUTTON<br>Product Revision#: AZ<br>Drawing Revision#: AZ<br>05231356 | 53016 | 2572 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

CARRIER:

CARRIER'S NO.:

DATE:

AT   Skokie, Illinois 60077          FROM   **Citation**
                                            Skokie

SHIPPER'S NO.:

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, (2) THIS IS A RAIL OR RAIL-WATER SHIPMENT OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | 4708 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: |
| | CLASS | | | | THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES |
| | Driver's Signature Only Acknowledges Receipt of Freight | | | | (SIGNATURE OF CONSIGNOR ) |
| | **466-409380-3** SHIPPER LABEL | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID" |
| | | | | | PREPAID $ |
| | | | | | TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ |
| | | | | | C.O.D. SHIPMENT |
| | | 4708 | | | C.O.D. Amt. |
| | | | | | Collection Fee |
| | | | | | Total Charges |

SPECIAL
HANDLING
INSTRUCTIONS

IF THIS SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT".
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per

IF THIS FRAME MOVES USED FOR THIS SHIPMENT IS CONFORMS TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. ... SHIPMENT IS A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT   Josiah Jones          9-26-05   PER

1

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

## CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

Remit to:

INVOICE NO.

| | |
|---|---|
| **SOLD TO** | BI THE AUTOMOTIVE SYSTEMS AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS, MI 49502 |
| **SHIP TO** | AT DELCO SYSTEMS 2100 BURLINGAME AVE SW GRAND RAPIDS, MI 49509 |

Terms: Net 30 Days GM
Supplier: 926370444

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550005414 | CENTRAL TRANS | 3rd PARTY 00 | 9/30/05 | 9/30/05 | 37116 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 143230 | CUT DIA 0523134A Product#: 052313V Material: B11-1 CUSTOMER GM | 32928 | 1431.00 | | .1500 | 4933.9 |
| | | | | | .000 | |
| | Packing Slips     1378 Bill of Lading   3711 | | | | | |

**TOTAL ▶** 4894.9

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

PACKING SLIP NO.

33174

| S O L D T O | DELPHI AUTOMOTIVE SYSTEMS<br>AUTOMOTIVE COMPONENT GROUP<br>2100 BURLINGAME AVENUE SW<br>GRAND RAPIDS, MI 48509 | S H I P T O | AC DELCO SYSTEMS<br>2100 BURLINGAME AVE SW<br>GRAND RAPIDS, MI 49509 |

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550005614 | CENTRAL TRANS  3rd PARTY CO | 9/30/05 | 37116 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16290 | 1 | 05231356<br>BUTTON<br>Product Revision#: AZ<br>Drawing Revision#: AZ<br>05231356 | 33233 | 1631 | EA |
| | | CUSTOMER GON | 1 | | |
| | | **********YELLOW FLAG************* | | | |

(handwritten, circled: NO SI/L GM)

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN 30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING—SHORT FORM
ORIGINAL - NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CARRIER'S NO.:

DATE:

AT   **Skokie, Illinois** 60077

FROM   **Citation**
Skokie

THE PROPERTY DESCRIBED BELOW IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.

(SIGNATURE OF CONSIGNOR)
IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID."

RECEIVED $ 
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.

AGENT OR CASHIER

PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)

CHARGES ADVANCED:

$ |
| | Driver's Signature Only Acknowledges Receipt of Freight  **466-421643-8**  CENTRAL TRANSPORT   SHIPPER LABEL | | | | **C.O.D. SHIPMENT**
C.O.D. Amt. 
Collection Fee 
Total Charges |

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
per 

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. *SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER

AGENT          PER   9/30

Permanent postoffice address of shipper.
**Citation**
7800 North Austin Avenue, Skokie, Il 60077

# CITATION
**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050 Fax: 847-966-8876**

Remit to:

# CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | SURCHARGE | | | | 321.10 | 321.1 |
| | SURCHARGE | | | | 2158.19 | 2158. |

**TOTAL ▶** 2479.

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

Dephi Sales
For Period August 2005

| Customer | Part# | Material | Total Sales | Total Pounds |
|----------|-------|----------|-------------|--------------|
| Delphi Aut( | 05231356 | B11-1 | $   8,279 | 2,712 |
| Delphi Ene | 10456383 | B11-10T6 | $   4,049 | 3,558 |
| Delphi Ene | 10469787 | B11-10T2 | $  20,326 | 19,516 |
| Delphi Ene | 10477065 | B11-10T6 | $  32,823 | 38,500 |
| Delphi Ene | 10493534 | B11-10T2 | $     - | - |
| Delphi Ene | 19052846 | B11-10T6 | $  12,172 | 11,805 |

**Grand Total**                        **77,648.55**        **76,091**

                                                           0.1184   321.1032
Delphi Surcharge                                           9,009.24

Dephi Sales
For Period September 2005

| Customer | Part# | Material | Total Sales | | Total Pounds |
|----------|-------|----------|----|----|--------------|
| Delphi Aut | 05231356 | B11-1 | $ | 59,161 | 19,339 = 2158.39 |
| Delphi Ene | 10456383 | B11-10T6 | $ | - | - |
| Delphi Ene | 10469787 | B11-10T2 | $ | 60,959 | 55,137 |
| Delphi Ene | 10477065 | B11-10T6 | $ | 27,928 | 33,427 |
| Delphi Ene | 10493534 | B11-10T2 | $ | 2,831 | 2,275 |
| Delphi Ene | 19052846 | B11-10T6 | $ | 17,871 | 17,412 |

**Grand Total**            168,748.71     127,590

                                   0.1116
Delphi Surcharge           14,240.07

**CITATION**
7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:
**CITATION**
P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE
INVOICE NO.

| | SOLD TO | | SHIP TO |
|---|---|---|---|

Terms:  Net 30 Days GM

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|---|
| | | CENTRAL TRANS | 3rd PARTY | 09/04/05 | 10/04/05 | | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | BUTTON | | | EA | | |

**TOTAL ►** 6749.

THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

**PACKING SLIP NO.**

33205

```
S        DELPHI AUTOMOTIVE SYSTEMS              S    AC DELCO SYSTEMS
O        AUTOMOTIVE COMPONENT GROUP             H    2100 BURLINGAME AVE SW
L        2100 BURLINGAME AVENUE SW              I    GRAND RAPIDS, MI 49509
D        GRAND RAPIDS, MI 48509                 P
T                                               T
O                                               O
```

TERMS:    Net 30 Days GM
SUPPLIER:    926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. | |
|---|---|---|---|---|
| 550005614 | CENTRAL TRANS   3rd PARTY CO | 10/04/05 | 37147 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16290 | 1 | 05231356<br>BUTTON<br>Product Revision#: AZ<br>Drawing Revision#: AZ<br>05231356 | 44996 | 2174 | EA |
| | | CUSTOMER GON | 1 | | |
| | | **********ORANGE FLAG************* | | | |

NO S/N RM

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

1

UNIFORM BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

SHIPPER'S NO.

CARRIER:

CARRIER'S NO.

DATE:

Skokie, Illinois

FROM    Citation
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED CONSIGNED AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS:       NO.:

| NO. PCKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK. COL. | |
|---|---|---|---|---|---|
| | | | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING. IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES |
| | | | | | SIGNATURE OF CONSIGNOR |
| | | | | | IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID." |
| | | | | | RECEIVED $_____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON |
| | | | | | AGENT OR CASHIER |
| | | | | | PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) |
| | | | | | CHARGES ADVANCED $ _____ |

Driver's Signature Only Acknowledges Receipt of Freight

466-425243-3
SHIPPER LABEL

CENTRAL TRANSPORT

C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

$ _____ PER _____

1. THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.   •SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _____

AGENT, PER _____   PER 10/06/05

Permanent postoffice address of shipper.
Citation
7860 North Austin Avenue, Skokie, IL 6000

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

# CITATION

P.O. Box 73280
Chicago, IL 60673-7280

**CUST FILE**

**INVOICE NO.**

363556

| SOLD TO | DELPHI AUTOMOTIVE SYSTEMS AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS, MI 48509 | SHIP TO | AC DELCO SYSTEMS 2100 BURLINGAME AVE SW GRAND RAPIDS, MI 49509 |

Terms:  Net 30 Days GM
Supplier:  826370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|
| 550005614 | CENTRAL TRANS | 3rd PARTY PO 9/20/05 | 9/20/05 | 36952 | C |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 16290 | BUTTON 05231356 Product#: 05231356 Material: B11-1 CUSTOMER GON | 50494 | 2477 | EA | .1500 | 7574.1 |
| | | 1 | | | .0000 | .0 |
| | Packing Slip# Bill of lading# | 93030 36952 | | | | |

TOTAL ► 7574.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
|---|
| 33030 |

DELPHI AUTOMOTIVE SYSTEMS
AUTOMOTIVE COMPONENT GROUP
2100 BURLINGAME AVENUE SW
GRAND RAPIDS, MI 48509

**S H I P   T O**

AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 49509

TERMS:   Net 30 Days GM
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
|---|---|---|---|
| 550005614 | CENTRAL TRANS  3rd PARTY CO | 9/20/05 | 36952 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 16290 | 1 | 05231356 BUTTON Product Revision#: AZ Drawing Revision#: AZ 05231356 | 50494 | 2477 | EA |
| | | CUSTOMER GON | 1 | | |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN**
**30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

STRAIGHT BILL OF LADING— SHORT FORM
ORIGINAL 3 - NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CENTRAL TRANS

AT **Skokie, Illinois 60077**

CARRIER'S NO.: 36952

DATE:

FROM **Citation**
Skokie

9/20/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 49509

DELIVERING CARRIER:

CAR OR VEHICLE INITIALS:   NO.:

CENTRAL TRANS

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER CON  *******ROUGH IRON, CLASS 50*********  * | 2841 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.  _____ (SIGNATURE OF CONSIGNOR)  IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE "TO BE PREPAID"  RECEIVED $____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.  AGENT OR CASHIER  PER____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)  CHARGES ADVANCED: $____ |
| | 1 Total # of Containers | 2841 | | | **C.O.D. SHIPMENT**  C.O.D. Amt.____  Collection Fee ____  Total Charges ____ |

Driver's Signature Only Acknowledges Receipt of Freight

**466-424528-8**

SHIPPER LABEL

SPECIAL HANDLING INSTRUCTIONS:

SEND FREIGHT BILL TO:
DELPHI E CISCO 58005
2100 BURLINGAME SW
GRAND RAPIDS, MI 49509

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING

per ____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. +SHIPPER'S IMPRINT IN LIEU OF STAMP; NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER _Randy Hargrove_

AGENT ____ 09-21-05 PER

Permanent postoffice address of shipper.
**Citation**
7800 North Austin Avenue, Skokie, IL 60077

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

Remit to:

# CITATION

**P.O. Box 73280**
**Chicago, IL 60673-7280**

| INVOICE NO. |
| --- |
| 343493 |

| S O L D T O | DELPHI AUTOMOTIVE SYSTEMS AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS, MI 48509 | S H I P T O | AC DELCO SYSTEMS 2100 BURLINGAME AVE SW GRAND RAPIDS, MI 49509 |

Terms:  Net 30 Days GM
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
| --- | --- | --- | --- | --- | --- |
| 550005614 | CENTRAL TRANS | COLLECT 9/16/05 | 9/16/05 | 36900 | |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 16290 | BUTTON 05231356 Product#: 05231356 Material: B11-1 CUSTOMER GON | 44650 | 2178 | EA | .1500 | 6697. |
| | | | | | .0000 | . |
| | Packing Slip#   32994 Bill of Lading#   36900 | | | | | |

**TOTAL ►**    6697.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT. COPY

| PACKING SLIP NO. |
| --- |
| 32994 |

SOLD TO

DELPHI AUTOMOTIVE SYSTEMS
AUTOMOTIVE COMPONENT GROUP
2100 BURLINGAME AVENUE SW
GRAND RAPIDS, MI 48509

SHIP TO

AC DELCO SYSTEMS
2100 BURLINGAME AVE SW
GRAND RAPIDS, MI 49509

TERMS:  Net 30 Days GM
SUPPLIER:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | MEMO NO. |
| --- | --- | --- | --- |
| 550005614 | CENTRAL TRANS COLLECT   3rd Party | 9/16/05 | 36900 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
| --- | --- | --- | --- | --- | --- |
| 16290 | 1 | 05231356
BUTTON
Product Revision#: AZ
Drawing Revision#: AZ
05231356

CUSTOMER GON | 44650

1 | 2178 | EA |

*No 6/4 BH*

ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL — NOT NEGOTIABLE

Exhibit C

SHIPPER'S NO.:

CARRIER:                                                    CARRIER'S NO.:   36900

      •    CENTRAL TRANS                                    DATE:

AT   **Skokie, Illinois  60077**        FROM   **Citation**          9/16/05
                                               Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:       AC DELCO SYSTEMS
                   2100 BURLINGAME AVE SW
                   GRAND RAPIDS, MI 49509

DELIVERING CARRIER:                      CAR OR VEHICLE INITIALS:        NO.:

                   CENTRAL TRANS

| NO. CKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 2528 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT: THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES. |
| | THIRD PARTY ADDRESS: DELPHI E. CISCO 58005 AUTOMOTIVE COMPONENT GROUP 2100 BURLINGAME AVENUE SW GRAND RAPIDS MI 49509 | | | | (SIGNATURE OF CONSIGNOR.) IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE TO BE PREPAID. RECEIVED $ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON. AGENT OR CASHIER PER (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.) CHARGES ADVANCED. $ |
| 1 Total # of Containers | | 2528 | | | C.O.D. SHIPMENT C.O.D. Amt. _____ Collection Fee _____ Total Charges _____ |

Driver's Signature Only Acknowledges Receipt of Freight

CENTRAL TRANSPORT   **466-422294-9**

SHIPPER LABEL

SPECIAL
HANDLING
INSTRUCTIONS:

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING
                                                                                   per

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION.   +SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION

SHIPPER, PER   *Randy Hargrove*

AGENT                              PER  09-19-05

Permanent postoffice address of shipper.
Citation

**CITATION**

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

Remit to:

**CITATION**

P.O. Box 73280
Chicago, IL 60673-7280

CUST FILE

INVOICE NO.

359157

| | |
|---|---|
| **S O L D T O** | DELPHI SAGINAW STEERING SYST. DELPHI AUTOMOTIVE SYSTEMS P.O. BOX 1550 FLINT, MI 48501 | **S H I P T O** | DELPHI SAGINAW STEERING SYSTEM PLANT 5 3900 E. HOLLAND RD. SAGINAW, MI 48605 |

Terms:
Supplier: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| SAG90I2001 | CCX | 3rd PARTY CO 1/07/05 | 1/07/05 | 33583 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 303 | 1 | RING-PUMP 07818373 Product#: 07818373 Material: B11-1 CUSTOMER GDN | 4725 | 3036 | EA | 1.8913 | 8936. |
| | | | | 1 | | .0000 | |

Shut
pd.
5132.76

TOTAL ▶    8936.

"THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER."

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

BILLING DEPT COPY

| PACKING SLIP NO. |
|---|
| 30026 |

DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

**S H I P   T O**

DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

SUPPLIER: 926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| AG90I2001 | CCX | 3rd PARTY CO | 1/07/05 | 33583 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|---|
| 303 | 1 | 07818373<br>RING-PUMP<br>Product Revision#: 003<br>Drawing Revision#: 003<br>07818373<br><br>CUSTOMER GON<br><br><br>************ORANGE FLAG************* | 4725<br><br><br><br><br><br>1 | 3036 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN**
**30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

**STRAIGHT BILL OF LADING—SHORT FORM**
ORIGINAL - NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER:

CCX

CARRIER'S NO.:   33583

DATE:

AT   **Skokie, Illinois  60077**          ·   FROM   **Citation**          1/07/05
Skokie

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:   DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

DELIVERING CARRIER:   CCX          CAR OR VEHICLE INITIALS:          NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 1 | CUSTOMER GON | 3391 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT:
THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.
(SIGNATURE OF CONSIGNOR.)
IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE: "TO BE PREPAID."   3rd PARTY COL
RECEIVED $
TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.
AGENT OR CASHIER
PER
(THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)
CHARGES ADVANCED:
$ |
| | | 3391 | | | **C.O.D. SHIPMENT**
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____ |

SPECIAL HANDLING INSTRUCTIONS:   SEND FREIGHT BILL TO:
DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE. — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING ____ per ____

† FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. *SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

SHIPPER, PER
AGENT          PER

Permanent postoffice address of shipper.
Citation

# CITATION

**7800 North Austin Avenue**
**Skokie, IL 60077**
**847-966-5050  Fax: 847-966-8876**

**Remit to:**

## CITATION
**P.O. Box 73280**
**Chicago, IL 60673-7280**

CUST FILE

**INVOICE NO.**

359573

| | |
|---|---|
| **S O L D  T O** | DELPHI SAGINAW STEERING SYST.<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |

| | |
|---|---|
| **S H I P  T O** | DELPHI SAGINAW STEERING SYSTEM<br>PLANT 5<br>3900 E. HOLLAND RD.<br>SAGINAW, MI 48605 |

Terms:  Net 30   1/2%
Supplier:  926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| SAG9012001 | CCX | 3rd PARTY CO 2/04/05 | 2/04/05 | 34003 | |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 303 | 1 | RING-PUMP<br>07818373<br>Product#: 07818373<br>Material: B11-1<br>CUSTOMER GDN | 10286 | 6585 | EA | 1.8913<br><br>.0000 | 19453. |

TOTAL ▶    19453.

'THE CONDITIONS SET FORTH ON THE REVERSE SIDE ARE A PART OF THIS INVOICE. ANY ADDITIONAL OR DIFFERENT TERMS PROPOSED BY BUYER ARE REJECTED UNLESS EXPRESSLY ASSENTED TO IN A WRITING SIGNED BY AN AUTHORIZED REPRESENTATIVE OF THE SELLER.'

# CITATION

7800 North Austin Avenue
Skokie, IL 60077
847-966-5050  Fax: 847-966-8876

ORIGINAL COPY

**PACKING SLIP NO.**

30405

| | |
|---|---|
| **S O L D  T O** | DELPHI SAGINAW STEERING SYST.<br>DELPHI AUTOMOTIVE SYSTEMS<br>P.O. BOX 1550<br>FLINT, MI 48501 |
| **S H I P  T O** | DELPHI SAGINAW STEERING SYSTEM<br>PLANT 5<br>3900 E. HOLLAND RD.<br>SAGINAW, MI 48605 |

TERMS:   Net 30   1/2%
SUPPLIER:   926370446

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | MEMO NO. |
|---|---|---|---|---|
| SAG90I2001 | CCX | 3rd PARTY CO | 2/04/05 | 34003 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM |
|---|---|---|---|---|
| 303      1 | 07818373<br>RING-PUMP<br>Product Revision#: 003<br>Drawing Revision#: 003<br>07818373<br><br>CUSTOMER GON<br><br><br>***********BLUE FLAGS***************** | 10286<br><br><br><br><br><br>2 | 6585 | EA |

**ALL DEFECTIVE CASTINGS OR BARS MUST BE AUTHORIZED FOR RETURN, AND BE RETURNED WITHIN
30 DAYS FROM DATE OF DELIVERY, OTHERWISE THEY WILL BE ACCEPTED FOR SCRAP VALUE ONLY.**

# STRAIGHT BILL OF LADING — SHORT FORM
## ORIGINAL-NOT NEGOTIABLE

SHIPPER'S NO.:

CARRIER: CCX

Skokie, Illinois **60077**

CARRIER'S NO.: 34003

DATE:

FROM **Citation**
Skokie

2/04/05

THE PROPERTY DESCRIBED BELOW, IN APPARENT GOOD ORDER, EXCEPT AS NOTED (CONTENTS AND CONDITION OF CONTENTS OF PACKAGES UNKNOWN), MARKED, CONSIGNED, AND DESTINED AS INDICATED BELOW, WHICH SAID CARRIER (THE WORD CARRIER BEING UNDERSTOOD THROUGHOUT THIS CONTRACT AS MEANING ANY PERSON OR CORPORATION IN POSSESSION OF THE PROPERTY UNDER THE CONTRACT) AGREES TO CARRY TO ITS USUAL PLACE OF DELIVERY AT SAID DESTINATION, IF ON ITS ROUTE, OTHERWISE TO DELIVER TO ANOTHER CARRIER ON THE ROUTE TO SAID DESTINATION. IT IS MUTUALLY AGREED, AS TO EACH CARRIER OF ALL OR ANY OF SAID PROPERTY, OVER ALL OR ANY PORTION OF SAID ROUTE TO DESTINATION, AND AS TO EACH PARTY AT ANY TIME INTERESTED IN ALL OR ANY OF SAID PROPERTY, THAT EVERY SERVICE TO BE PERFORMED HEREUNDER SHALL BE SUBJECT TO ALL THE TERMS AND CONDITIONS OF THE UNIFORM DOMESTIC STRAIGHT BILL OF LADING SET FORTH (1) IN UNIFORM FREIGHT CLASSIFICATIONS IN EFFECT ON THE DATE HEREOF, IF THIS IS A RAIL OR RAIL-WATER SHIPMENT, OR (2) IN THE APPLICABLE MOTOR CARRIER CLASSIFICATION OR TARIFF IF THIS IS A MOTOR CARRIER SHIPMENT.
SHIPPER HEREBY CERTIFIES THAT HE IS FAMILIAR WITH ALL THE TERMS AND CONDITIONS OF THE SAID BILL OF LADING, INCLUDING THOSE ON THE BACK THEREOF, SET FORTH IN THE CLASSIFICATION OR TARIFF WHICH GOVERNS THE TRANSPORTATION OF THIS SHIPMENT, AND THE SAID TERMS AND CONDITIONS ARE HEREBY AGREED TO BY THE SHIPPER AND ACCEPTED FOR HIMSELF AND HIS ASSIGNS.

CONSIGNED TO:

DESTINATION:
DELPHI SAGINAW STEERING SYSTEM
PLANT 5
3900 E. HOLLAND RD.
SAGINAW, MI 48605

DELIVERING CARRIER: CCX

CAR OR VEHICLE INITIALS:    NO.:

| NO. PACKAGES | PACKAGE DESCRIPTION | WEIGHT (SUBJECT TO CORRECTION) | CLASS OR RATE | CK COL. | |
|---|---|---|---|---|---|
| 2 | CUSTOMER GON | 7297 | | | SUBJECT TO SECTION 7 CONDITIONS OF APPLICABLE BILL OF LADING, IF THIS SHIPMENT IS TO BE DELIVERED TO THE CONSIGNEE WITHOUT RECOURSE ON THE CONSIGNOR, THE CONSIGNOR SHALL SIGN THE FOLLOWING STATEMENT. THE CARRIER SHALL NOT MAKE DELIVERY OF THIS SHIPMENT WITHOUT PAYMENT OF FREIGHT AND ALL OTHER LAWFUL CHARGES.<br><br>(SIGNATURE OF CONSIGNOR.)<br><br>IF CHARGES ARE TO BE PREPAID, WRITE OR STAMP HERE, "TO BE PREPAID."<br><br>THIRD PARTY COL.<br><br>RECEIVED $ _____ TO APPLY IN PREPAYMENT OF THE CHARGES ON THE PROPERTY DESCRIBED HEREON.<br><br>AGENT OR CASHIER<br><br>PER _____ (THE SIGNATURE HERE ACKNOWLEDGES ONLY THE AMOUNT PREPAID.)<br><br>CHARGES ADVANCED.<br>$ _____ |
| | | 7297 | | | |

Driver's signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff CNWY 199 apply.

819-151454

**CCX**

FLF    29002-1H    EDI/SPCL #    DEST SIC

C.O.D. SHIPMENT
C.O.D. Amt. _____
Collection Fee _____
Total Charges _____

SPECIAL HANDLING INSTRUCTIONS:
SEND FREIGHT BILL TO:
DELPHI SAGINAW STEERING SYST.
DELPHI AUTOMOTIVE SYSTEMS
P.O. BOX 1550
FLINT, MI 48501

* IF THE SHIPMENT MOVES BETWEEN TWO PORTS BY A CARRIER BY WATER, THE LAW REQUIRES THAT THE BILL OF LADING SHALL STATE WHETHER IT IS "CARRIER'S OR SHIPPER'S WEIGHT."
NOTE — WHERE THE RATE IS DEPENDENT ON VALUE, SHIPPERS ARE REQUIRED TO STATE SPECIFICALLY IN WRITING THE AGREED OR DECLARED VALUE OF THE PROPERTY.
THE AGREED OR DECLARED VALUE OF THE PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING _____ per _____

† THE FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE BOX MAKER'S CERTIFICATE THEREON, AND ALL OTHER REQUIREMENTS OF CONSOLIDATED FREIGHT CLASSIFICATION. «SHIPPER'S IMPRINT IN LIEU OF STAMP, NOT A PART OF BILL OF LADING APPROVED BY THE INTERSTATE COMMERCE COMMISSION.

cust care cure 2-4-05 (2) skids
ti #463-5032   17°°

SHIPPER, PER

AGENT    PER

Permanent postoffice address of shipper.
Citation