**CITATION** TEXAS FOUNDRIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO ●
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| OI2853 | 9906778   2 | 219946 | 3/08/01 | 11360 | 3/08/01 | 9949300 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056769 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 3828 | 26056769 | D12S | 20633 | 9.033 | EA | 11610.32 |
| | TRIPOT | | | | | |
| 6 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL →

| INVOICE TOTAL |
|---|
| 11610.32 |

764-012

---

**CITATION** TEXAS FOUNDRIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO ●
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| OI2853 | 9906772   1 | 219946 | 3/08/01 | 11360 | 3/08/01 | 9949301 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2465 | 26056770 | D12S | 16430 | 9.378 | EA | 8326.77 |
| | TRIPOT | | | | | |
| 6 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL →

| INVOICE TOTAL |
|---|
| 8326.77 |

2

**PACKING TICKET**

# CITATION

TEXAS FOUNDRIES

ACCOUNTING

1611 N. Raguet

Lufkin, Texas 75904

D-U-N-S 00-806-6946

**C.O.D. AMOUNT**

| FROM | | | | | |
|---|---|---|---|---|---|
| | | CARRIER | | | TERR. |
| 3/08 | 01 | CELADON | | 0851616 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to the usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

HIP  DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
3900 HOLLAND AVE
):   PLANT 4              CELADON # 050717
SAGINAW              MI            053717
48601

**CUSTOMER NO.**
11360

**F.O.B.**

**COLLECT**

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9906778 | 9012853 | D12S | 3828 | 20633 | | 6 | P |
| 26056769 | 2 | | | REV#: | 066 | | CCX | |
| 26056770 | 9906772 | 9012853 | D12S | 2465 | 16438 | | 6 | P |
| 26056770 | 1 | | | REV#: | 60 | | CCX | |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 12 | CONTAINERS ROUGH CASTING ITEM 104770 | 41288 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| **EXAS FOUNDRIES. Shipper, Per          AGENT          PER** | 37071 | 4217 | 41288 |

ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
ecifically stated by the shipper to be not exceeding          per

**B/L**   219946

:D 764-023-1

FROM

# CITATION

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904
D-U-N-S 00-806-6946

CARRIER

3/08 **20** 01    CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
                           48601

CUSTOMER NO.
11360

F.O.B.   COLLECT

SPECIAL REMARKS

CELADON # 053717

**C.O.D.
AMOUNT**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 12 | CONTAINERS ROUGH CASTING ITEM 104770 | 41288 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

**Received $**
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
**Per**
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 37071 | 4217 | 41288 |

**TEXAS FOUNDRIES, Shipper, Per**   TF50534   **AGENT**                **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per Fo Cinch-h
C5335 trip 143 9440

**B/L**   218946

OD-764-023-1

**CITATION**    TEXAS FOUNDRIES      ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI SAGINAW STEER SYS-GEN MOTORS | | ● | DELPHI SAGINAW STEER SYS-GEN MOTORS |
| 3900 HOLLAND AVE | | | 3900 HOLLAND AVE |
| | | | PLANT 4 |
| SAGINAW | MI 486019494 | | SAGINAW MI 48601 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 90I2853 | 9906778   3 | 220112 | 3/16/01 | 11360 | 3/16/01 | 9949764 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056769 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2564 | 26056769 | D12S | 13994 | 3.033 | EA | 7776.61 |
| | TRIPOT | | | | | |
| 4 | CCX CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms: NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |


PAY TOTAL →

| INVOICE TOTAL |
|---|
| 7776.41 |

764-012

---

**CITATION**    TEXAS FOUNDRIES      ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI SAGINAW STEER SYS-GEN MOTORS | | ● | DELPHI SAGINAW STEER SYS-GEN MOTORS |
| 3900 HOLLAND AVE | | | 3900 HOLLAND AVE |
| | | | PLANT 4 |
| SAGINAW | MI 486019494 | | SAGINAW MI 48601 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 90I2853 | 9906772   2 | 220112 | 3/16/01 | 11360 | 3/16/01 | 9949765 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2491 | 26056770 | D12S | 18818 | 3.378 | EA | 8414.59 |
| | TRIPOT | | | | | |
| 4 | CCX CUSTOMER CONTAINER | | | .0000 | | .00 |
| 1 | CBX 40X40 CARDBOARD BOX | | | 26.8100 | | 26.81 |

Terms: NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |


PAY TOTAL →

| INVOICE TOTAL |
|---|
| 8441.41 |

764-012

PACKING TICKET

**CITATION**

TEXAS FOUNDRIES
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ACCOUNTING

**C.O.D. AMOUNT**

FROM

| | CARRIER | | TERR. |
|---|---|---|---|
| 3/16    01 | CELADON | 0851817 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
[fine print paragraph]

| SPECIAL REMARKS | CUSTOMER NO. |
|---|---|
| SHIP DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693 | 11360 |

3900 HOLLAND AVE
TO: PLANT 4
SAGINAW                     MI
                            48601

CELADON # 980022

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056769 26056769 | 9906778 3 | 90I2853 | D12$ | 2564 REV#: | 13994 066 | | CCX    4 | P |
| 26056770 26056770 | 9906772 2 | 90I2853 | D12$ | 2491 REV#: | 16616 60 | | CBX    5 | P |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 9 | CONTAINERS ROUGH CASTING ITEM 104770 | 33492 | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| TEXAS FOUNDRIES, Shipper, Per    AGENT    PER | 30610 | 2882 | 33492 |

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding    per

B/L    220112

OD 764-023-1

# STRAIGHT BILL OF LADING - SHORT FORM
## ORIGINAL-NOT NEGOTIABLE

**CITATION**

FROM

CARRIER    CELADON

3/13    OL

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
                        48601

CUSTOMER NO.
11380

F.O.B.    COLLECT

SPECIAL REMARKS:

CELADON # 980022

**C.O.D.
AMOUNT**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 9 | CONTAINERS ROUGH CASTING ITEM 104770 | 33492 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $ _____
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**

Per _____
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$ _____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30610 | 2882 | 33492 |

**TEXAS FOUNDRIES, Shipper, Per**    TF50534    **AGENT** _____ **PER** _____

**Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding _____ per _____

*[signature]*

**B/L**    320112

OD 764-023-1

**CITATION** TEXAS FOUNDRIES

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451
1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

ORIGINAL
TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0I2853 | 9906772 | 3  220340 | 3/28/01 | 11340 | 3/28/01 | 9950218 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 1523 | 26056770 | 012S | 10329 | 3.378 | EA | 5144.69 |
|  | TRIPOT |  |  |  |  |  |
| 3 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL →

| INVOICE TOTAL |
|---|
| 5144.69 |

764-012

---

**CITATION** TEXAS FOUNDRIES

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451
1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

ORIGINAL
TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0I2853 | 9906772 | 4  220340 | 3/28/01 | 11360 | 3/28/01 | 9950219 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | COMPLETE | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 507 | 26056770 | 012S | 3438 | 3.378 | EA | 1712.64 |
|  | TRIPOT |  |  |  |  |  |
| 1 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL →

| INVOICE TOTAL |
|---|
| 1712.65 |

764-012

**CITATION** TEXAS
FOUNDRIES

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

-D    DELPHI SAGINAW STEER SYS-GEN MOTORS    SHIP    ● DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE                            TO      3900 HOLLAND AVE
                                                    PLANT 4
SAGINAW        MI 486019494                          SAGINAW              MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| NI2853 | 9906778    4 | 220340 | 3/28/01 | 11360 | 3/28/01 | 9950220 |

| O.B. | | | SHIPPED VIA | | PATTERN NO. | |
|---|---|---|---|---|---|---|
| COLLECT | | PARTIAL | CELADON | | 26056769 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 4433 | 26056769 | D12S | 24250 | 3.033 | EA | 13445.28 |
| | TRIPOT | | | | | |
| 7 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |

**PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 13445.29 |

) 764-012

# CITATION

Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

FROM

|  | CARRIER | | TERR. | **C.O.D. AMOUNT** |
|---|---|---|---|---|
| 3/28    01 | CELADON | | | |

0852138

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word ny being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its ter line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at e interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions s hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | SPECIAL REMARKS | CUSTOMER NO. |
|---|---|---|
| > DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693 | | 11360 |

DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
48601

CELADON # 129843

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 6056769 26056769 | 9906778 4 | 90I2853 | D12$ | 4433 REV# | 24250 066 | | 7 CCX | P |
| 6056770 26056770 | 9906772 3 | 90I2853 | D12$ | 1523 REV# | 10329 60 | | 3 CCX | C |
| 6056770 26056770 | 9906772 4 | 90I2853 | D12$ | 507 REV# | 3438 60 | | 1 CCX | P |

GNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| CKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 11 | CONTAINERS ROUGH CASTING ITEM 104770 | 41979 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| **FOUNDRIES, Shipper, Per**    AGENT    PER | 38017 | 3962 | 41979 |

nt post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

hipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether r's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically the agreed or declared value of the property. ed or declared value of the property is hereby lly stated by the shipper to be not exceeding                    per                    **B/L**    220340

)23-1

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL-NOT NEGOTIABLE

**CITATION**

FROM

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

CARRIER   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not inhibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS--GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
                46601

CUSTOMER NO.
11360

F.O.B.   COLLECT

SPECIAL REMARKS:

CELADON # 129645

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
  The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 11 | CONTAINERS ROUGH CASTING ITEM 104770 | 41979 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$ _____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 38017 | 3962 | 41979 |

**TEXAS FOUNDRIES, Shipper, Per**   TF60534   **AGENT**   **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding _____ per _____

Vickey Ward SLC   3/28

B/L   229340

QD 764-023-1

**CITATION** TEXAS FOUNDRIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED.

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED.

SOLD ●
TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW                    MI 486019494

SHIP ●
TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0IT2853 | 9907193   5 | 221162 | 5/03/01 | 11360 | 5/03/01 | 9952023 |
| F.O.B. | | | SHIPPED VIA | | PATTERN NO. | |
| COLLECT | PARTIAL | | CELADON | | 26056770 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2374 | 26056770 | D12S | 16094 | 3.386 | EA | 8038.36 |
| | TRIPOT | | | | | |
| 5 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

 PAY TOTAL →

| INVOICE TOTAL |
|---|
| 8038.36 |

D 764-012

---

**CITATION** TEXAS FOUNDRIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED.

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED.

SOLD ●
TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW                    MI 486019494

SHIP ●
TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0IT2853 | 9907414   1 | 221162 | 5/03/01 | 11360 | 5/03/01 | 9952024 |
| F.O.B. | | | SHIPPED VIA | | PATTERN NO. | |
| COLLECT | PARTIAL | | CELADON | | 26056769 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 3984 | 26056769 | D12S | 21791 | 3.040 | EA | 12111.36 |
| | TRIPOT | | | | | |
| 7 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

 PAY TOTAL →

| INVOICE TOTAL |
|---|
| 12111.36 |

D 764-012

**CITATION**

ACCOUNTING

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

| 5/03 | 01 | CARRIER CELADON | | TERR. | 0853304 |

**C.O.D. AMOUNT**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS

CUSTOMER NO.
11360

SHIP
TO:

DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
3900 HOLLAND AVE            CELADON #053739
PLANT 4
SAGINAW              MI
                48601

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9907414 | 9012853 | D12S | 3984 | 21791 | | 7 | F |
| 26056769 | 1 | | | REV#: | 066 | | CCX | |
| 26056770 | 9907193 | 9012853 | D12S | 2374 | 16094 | | 5 | F |
| 26056770 | 5 | | | REV#: | 60 | | CCX | |

*DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 12 | CONTAINERS ROUGH CASTING ITEM 104770 | 42083 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

**TEXAS FOUNDRIES, Shipper, Per** _____ **AGENT** _____ **PER** _____

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 37885 | 4198 | 42083 |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**B/L**   221162

D 764-023-1

**CITATION**

ORIGINAL - NOT NEGOTIABLE

TEXAS FOUNDRIES
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

CARRIER
/03   01   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE                CUSTOMER NO.
PLANT 4                              11360
SAGINAW                     MI
                    48601        F.O.B.   COLLECT

SPECIAL REMARKS:
CELADON #056739

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 12 | CONTAINERS ROUGH CASTING ITEM 104770 | 42083 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

**Received $**
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
Per
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 37885 | 4198 | 42083 |

**TEXAS FOUNDRIES, Shipper, Per** TF42962 **AGENT**          **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

B/L   221162

QD 764-023-1

**CITATION FOUNDRIES**

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

...D ●
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SHIP TO ●
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4

SAGINAW          MI 486019494          SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ...T2853 | 9907517 | 1  221594 | 5/22/01 | 11360 | 5/22/01 | 9952907 |

...B.

...LLECT          PARTIAL

SHIPPED VIA
CELADON

PATTERN NO.
26056769

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 4278 | 26056769 | D12S | 23398 | 3.040 | EA | 13005.12 |
|  | TRIPOT |  |  |  |  |  |
| 8 | CCX  CUSTOMER CONTAINER |  | .0000 |  |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |


PAY TOTAL

| INVOICE TOTAL |
|---|
| 13005.12 |

764-012

---

**CITATION TEXAS FOUNDRIES**

ORIGINAL

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

...OLD ●
O  DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SHIP TO ●
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4

SAGINAW          MI 486019494          SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| ...0T2853 | 9907518 | 2  221594 | 5/22/01 | 11360 | 5/22/01 | 9952908 |

...O.B.

...OLLECT          PARTIAL

SHIPPED VIA
CELADON

PATTERN NO.
26056770

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2366 | 26056770 | D12S | 16033 | 3.386 | EA | 8011.27 |
|  | TRIPOT |  |  |  |  |  |
| 1 | FOUNDRY TUB FOR MACHINE S |  | .0000 |  |  | .00 |
| 4 | CCX  CUSTOMER CONTAINER |  | .0000 |  |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |


PAY TOTAL

| INVOICE TOTAL |
|---|
| 8011.28 |

764-012

PACKING TICKET 05-44481-rdd    Doc 2055-4    Filed 02/03/06    Entered 02/03/06 16:22:47    Exhibit C
Part 2    Pg 15 of 28    ACCOUNTING



**TEXAS FOUNDRIES**
161 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

| FROM | | CARRIER | | | | | C.O.D. AMOUNT |
|---|---|---|---|---|---|---|---|
| 5/22 | 01 | CELADON | | | 0853978 | TERR. | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

|  | SPECIAL REMARKS | CUSTOMER NO. |
|---|---|---|
| SHIP TO: | DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693 | 11360 |
|  | 3900 HOLLAND AVE | |
|  | PLANT 4              CELADON # 036150 | F.O.B. |
|  | SAGINAW            MI | |
|  | 48601 | COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9907517 | 9012853 | D12S | 4278 | 23398 | | 8 | P |
| 26056769 | 1 | | | REV#: | 066 | | CCX | |
| 26056770 | 9907518 | 9012853 | D12S | 2366 | 16033 | | 5 | P |
| 26056770 | 2 | | | REV#: | 60 | | CCX | |

★ DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 13 | CONTAINERS ROUGH CASTING ITEM 104770 | 43989 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 39431 | 4558 | 43989 |

TEXAS FOUNDRIES, Shipper, Per                    AGENT              PER

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE--where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                    per                    B/L        221594

RD 764-023-1

STRAIGHT BILL OF LADING - SHORT FORM — ORIGINAL - NOT NEGOTIABLE

# CITATION

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

CARRIER

6/22   01   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4                           CUSTOMER NO.
SAGINAW                MI           11360
                  48601   F.O.B.   COLLECT

SPECIAL REMARKS:

CELADON # 086150

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 18 | CONTAINERS ROUGH CASTING ITEM 104770 | 43989 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 39431 | 4558 | 43989 |

**TEXAS FOUNDRIES, Shipper, Per**   CTFGUIDAP  **AGENT**           **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.  NOTE - where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding           per   Norah Maki

B/L   081594

QD 764-023-1

## CITATION — TEXAS FOUNDRIES — ORIGINAL

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

**D-U-N-S 00-806-6946**

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| IT2853 | 9908261  2 | 223510 | 8/23/01 | 11360 | 8/23/01 | 9956705 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056769 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 3667 | 26056769 | 012S | 20060 | 3.020 | EA | 11074.34 |
|  | TRIPOT |  |  |  |  |  |
| 6 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cu | .00 |

**PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 11074.34 |

D 764-012

---

## CITATION — TEXAS FOUNDRIES — ORIGINAL

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

**D-U-N-S 00-806-6946**

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW          MI 486019494

SHIP TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| IT2853 | 9908262  2 | 223510 | 8/23/01 | 11360 | 8/23/01 | 9956706 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2708 | 26056770 | 012S | 18358 | 3.363 | EA | 9107.00 |
|  | TRIPOT |  |  |  |  |  |
| 5 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cu | .00 |


**PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 9107.00 |

D 764-012

**PACKING TICKET**

# CITATION

ACCOUNTING

Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

| FROM | | | | | | C.O.D. AMOUNT |
|------|---|---|---|---|---|---|
| | CARRIER | | | | TERR. | |
| 8/23   01 | CELADON | | | 0858051 | | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word pany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions ack hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS

**CUSTOMER NO.**
11360

IIP DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
3900 HOLLAND AVE
): PLANT 4            CELADON # 980213        **F.O.B.**
SAGINAW              MI
                     48601                   COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|-------------|----------------|---------------------|------------|------------|-----------|-------------|-----------|---|
| 26056769    | 9908261        | 9012853             | D12S       | 3667       | 20060     |             | 6         | P |
| 26056769    | 2              |                     |            | REV#: 066  |           |             | CCX       |   |
| 26056770    | 9908262        | 9012853             | D12S       | 2708       | 18358     |             | 5         | P |
| 26056770    | 2              |                     |            | REV#: 60   |           |             | CCX       |   |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|--------------|---------------------------------------------|--------|--------------|---------------------------------------------|--------|
| 11           | CONTAINERS ROUGH CASTING ITEM 104770        | 42269  |              |                                             |        |
|              | PIECES ROUGH CASTING ITEM 104770            |        |              | PALLETS OF ROUGH CASTING ITEM 104770        |        |
|              |                                             |        |              | USED PATTERN EQUIPMENT ITEM 185520          |        |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|------------|-------------|--------------|
| | 38418      | 3851        | 42269        |

**EXAS FOUNDRIES, Shipper, Per**                    **AGENT**        **PER**
ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding            per            **B/L**   223510

D 764-023-1

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - NOT NEGOTIABLE



**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

.OM

CARRIER

28   01   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
                  48601

CUSTOMER NO.
11360

F.O.B.   COLLECT

SPECIAL REMARKS:

CELADON # 980213

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 11 | CONTAINERS ROUGH CASTING ITEM 104770 | 42269 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per_____

(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$_____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 38418 | 3851 | 42269 |

**TEXAS FOUNDRIES, Shipper, Per**   CTFOUIDAB   **AGENT**         **PER**
**Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903**

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
**The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding**         per_____

B/L        229510

QD 764-023-1

**CITATION**
**FOUNDRIES**

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-606-6946

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

SAME UNLESS OTHERWISE INDICATED

SOLD TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
1900 HOLLAND AVE

SAGINAW                MI 486019494

SHIP TO
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 00T2853 | 0908408 | 1 | 8/17/01 | 11360 | 8/17/01 | 8957711 |

| F.O.B. | SHIPPED VIA | PATTERN NO. |
|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056770 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 2873 | 26056770 | 0123 | 19490 | 3.359 | EA | 9650.40 |
|  | TRIPOT |  |  |  |  |  |
| 6 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |


**PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 9650.41 |

D 764-012

**CITATION**

TEXAS FOUNDRIES
16H N. Raguet
Lufkin, Texas 75904

ACCOUNTING

FROM

D-U-N-S 00-806-6946

C.O.D.
AMOUNT

CARRIER                                                    TERR.

9/17    01    CELADON                          0858880

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word any being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at me interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions ck hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS                                    CUSTOMER NO.
                                                                                    11360

IP DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
   3900 HOLLAND AVE
:  PLANT 4                      CELADON # 600155
   SAGINAW                 MI                                          **F.O.B.**
                           48601                                     COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056770 | 9908488 | 90I2853 | D12S | 2873 | 19490 | | 6 | P |
| 26056770 | 2 | | | REV#: | 60 | | CCX | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)
OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 6 | CONTAINERS ROUGH CASTING ITEM 104770 | 21612 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| XAS FOUNDRIES, Shipper, Per          AGENT          PER | 19490 | 2122 | 21612 |

rmanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

f the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
: carrier's or shipper's weight. NOTE= where the rate is dependent on value, shippers are required to state specifically
writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby
cifically stated by the shipper to be not exceeding              per              **B/L**    224104

) 764-023-1

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - NOT NEGOTIABLE

FROM

# CITATION

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

CARRIER

9/17   01   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said pany (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery aid destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination.  it is mutually agreed, as to each carriers or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not ibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW          MI
                 48601

CUSTOMER NO.
11360

F.O.B.   COLLECT

SPECIAL REMARKS:

CELADON # 600155

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 8 | CONTAINERS ROUGH CASTING ITEM 104770 | 21612 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

Received $_____
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 19490 | 2122 | 21612 |

**XAS FOUNDRIES, Shipper, Per** _____ **AGENT** _____ **PER**
manent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

f the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether carrier's or shipper's weight.  NOTE- where the rate is dependent on value, shippers are required to state specifically riting the agreed or declared value of the property.
agreed or declared value of the property is hereby cifically stated by the shipper to be not exceeding _____ per _____

9/17/01

B/L   224104

764-023-1

**CITATION FOUNDRIES**

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD
TO

DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE

SAGINAW                    MI 486019494

SHIP
TO

DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI 48601

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 0T2853 | 9908487  3 | 224450 | 9/27/01 | 11360 | 9/27/01 | 9958283 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | CELADON | 26056769 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 4443 | 26056769 | D12S | 24304 | 3.016 | EA | 13400.08 |
|  | TRIPOT |  |  |  |  |  |
| 7 | CCX  CUSTOMER CONTAINER |  |  | .0000 |  | .00 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |


**PAY TOTAL**

| INVOICE TOTAL |
|---|
| 13400.09 |

764-012

PACKING TICKET

 **CITATION**

**TEXAS FOUNDRIES**
161 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ACCOUNTING

Exhibit C

FROM

CARRIER   TERR.

**C.O.D. AMOUNT**

9/27   01   CELADON   0859394

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. ... property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word ...pany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its ... water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at ... time, as to the performed in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**   CUSTOMER NO.
11360

HIP DELPHI SAGINAW STEER SYS-GEN MO(517) 757 4693
3900 HOLLAND AVE
): PLANT 4   CELADON # 960604
SAGINAW   MI   **F.O.B.**
48601   COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9908487 | 9012853 | D12S | 4443 | 24304 | | 7 | P |
| 26056769 | 3 | | | REV#: | 066 | | CCX | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 7 | CONTAINERS ROUGH CASTING ITEM 104770 | 26762 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 24304 | 2458 | 26762 |

EXAS FOUNDRIES, Shipper, Per   AGENT   PER
...rmanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

... if the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
... s carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically
... writing the agreed or declared value of the property.
...e agreed or declared value of the property is hereby
...ecifically stated by the shipper to be not exceeding   per   **B/L** 224450

D 764-023-1

# CITATION

**FROM**

TEXAS FOUNDRIES
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

CARRIER

9/27   01   CELADON

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIP TO:**
DELPHI SAGINAW STEER SYS-GEN MOTORS
3900 HOLLAND AVE
PLANT 4
SAGINAW                    MI
                            48601

**CUSTOMER NO.**
11360

**F.O.B.** COLLECT

**SPECIAL REMARKS**

CELADON # 960604

| C.O.D. |
| AMOUNT |

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 7 | CONTAINERS ROUGH CASTING ITEM 104770 | 26782 |
|  | PIECES ROUGH CASTING ITEM 104770 |  |
|  | PALLETS OF ROUGH CASTING ITEM 104770 |  |
|  | USED PATTERN EQUIPMENT ITEM 185520 |  |

**Received $** _____ to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
**Per** _____

(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$ _____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 24304 | 2458 | 26782 |

**TEXAS FOUNDRIES, Shipper, Per** _____ **AGENT**       **PER**
Permanent post-office address of shipper: P.O. Box 3778, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ____

**B/L** _____ 224460

QD 764-023-1

*11362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*6-10-05*
Deposit Date

*Delphi*

Re: Your Check # *60655681*    Date *6-10-05*
Our Invoice # *903429*    Date *5-19*
Our Credit Memo # _____ Date _____

AMOUNT

☐ Please send us a copy of your debit memo # _____
☐ Dated _____ amount $ _____
Balance due for boxes _____
_____

*295 68*
CHARGE

☐ Balance due for freight _____ *Price difference*
_____
☐ Other _____
_____
_____

CREDIT

☐ Supporting paper attached

# CITATION
## Innovative Metal Components

*11362*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

6-13-05
_____
Deposit Date

Delphi

Re: Your Check # 60655798 Date 6-13-05
Our Invoice # 903526 Date 5-23
Our Credit Memo # _____ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

_____

Balance due for freight _____ Price difference

Other _____

12
285 —

**CHARGE**

80

**CREDIT**

☐ Supporting paper attached

# CITATION

**Innovative Metal Components**

_11362_

## CITATION

1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

_6 - 20 05_

Deposit Date

_Delphi_

Re: Your Check # _26656404_   Date _6-20_
Our Invoice # _903641 +_   Date _____
Our Credit Memo # _903742_   Date _____

AMOUNT

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____ _50_

Other _____ _Price difference_

_591_ _36_

CHARGE

CREDIT

☐ Supporting paper attached