11362

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

6-27-05
_____
Deposit Date

Delphi

Re: Your Check # _60656852_ Date _6-27-0_ ✓

Our Invoice # _____ Date _____

Our Credit Memo # _____ Date _____

AMOUNT

Please send us a copy of your debit memo # _Paid Short_

Dated _____ amount $ _____

Balance due for boxes _Inv 903817_ ( 147.84 )

Balance due for freight _Inv 903932_ ( 221.76 )

Other _____ _Inv 903952_ ( 211.20 )

580⁰⁰

CHARGE

S/C

CREDIT

☐ Supporting paper attached

*11362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

6-29-05
Deposit Date

Delphi

Re: Your Check # *60657178* Date *6-29-05*

Our Invoice # _____ Date _____

Our Credit Memo # _____ Date _____

**AMOUNT**

86

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____ *Several charges*

552

**CHARGE**

Balance due for freight _____ *Price difference*

Other _____

*STC*

**CREDIT**

☐ Supporting paper attached

*11362*

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

7-01-05
_____
Deposit Date

Delphi

Re: Your Check # _6065787.5_ Date _7-1-05_
Our Invoice # _904097_ Date _____
Our Credit Memo # _✓_ Date _____
904178

**AMOUNT**

485 ⁷⁶

**CHARGE**

☐ Please send us a copy of your debit memo # _____
☐ Dated _____ amount $ _____
Balance due for boxes _____
_____
☐ Balance due for freight _____
_____
☐ Other _____
_____

Price
(S/e) diff

**CREDIT**

☐ Supporting paper attached

(1362

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

7-8-05
**Deposit Date**

Delphi

Re: Your Check # 7066014 Date 7-8-05
Our Invoice # 3675 & 3676 Date _____
Our Credit Memo # _____ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____
Dated _____ amount $ _____
Balance due for boxes _____

558 ⁴²

**CHARGE**

Balance due for freight _____ *pric diff*

Other _____ $1c

**CREDIT**

Supporting paper attached

*1362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

_7-11·05_
**Deposit Date**

_Delphi_

Re: Your Check # _70660242_ Date _7/1/05_

Our Invoice # _____ Date _____

Our Credit Memo # _____ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____          _236 56_

Balance due for freight _____    _pure_    _fw_    **CHARGE**
_diff_    _904272_

_904354_

Other _____    _8/c_    _904392_

**CREDIT**

Supporting paper attached

11362

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

7-15-05
_____
Deposit Date

Re: Your Check # 70660450 Date 7-15
Our Invoice # 904450 Date _____
Our Credit Memo # _____ Date _____

*Delphi*

AMOUNT

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____ S/C _____

Balance due for freight _____ Price Diff _____

Other _____

87 94
_____
CHARGE

_____
CREDIT

Supporting paper attached

11362

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

7-18 -05
Deposit Date

Delphi

Re: Your Check # 7066049 1    Date 7-18-05
Our Invoice # 904605    Date _____
Our Credit Memo # _____    Date _____

AMOUNT

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____ S/C fue

Other _____ Diff

72 38

CHARGE

CREDIT

Supporting paper attached

*11362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

7-29-05
**Deposit Date**

*Delphi*

Re: Your Check # 7066/387    Date 7-29

Our Invoice # _____ Date _____

Our Credit Memo # _____ Date _____

**AMOUNT**

☐ Please send us a copy of your debit memo # _____

☐ Dated _____ amount $ _____

Balance due for boxes _____

☐ Balance due for freight _____

☐ Other _____

**CHARGE**

Pd Retro
S/C

17500 74
**CREDIT**

☐ Supporting paper attached

*11362*

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

_8 - 8 - 05_
**Deposit Date**

Delphi

Re: Your Check # _08066 4373_ Date _8 - 8_
Our Invoice # _905010_ Date _____
Our Credit Memo # _____ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

_____

Balance due for freight _____

Other _____ _SLC diff_

_____

_88 90_

**CHARGE**

_____

**CREDIT**

Supporting paper attached

11362

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

8-9-05
Deposit Date

Delphi

Re: Your Check # 80664531 Date 8-9-05
Our Invoice # 905028 Date _____
Our Credit Memo # _____ Date _____

AMOUNT

☐ Please send us a copy of your debit memo # _____
☐ Dated _____ amount $ _____
Balance due for boxes _____
_____
☐ Balance due for freight _____
_____
☐ Other _____ $1c diff _____
_____

87 94
CHARGE

CREDIT

☐ Supporting paper attached

11362

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

8-12-08
**Deposit Date**

Delphi

Re: Your Check # 80664912 Date 8-12-08
Our Invoice # 905114 Date _____
Our Credit Memo # _____ Date _____

**AMOUNT**

☐ Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____

☐ Other _____ S/C diff

76⁹⁸

**CHARGE**

**CREDIT**

☐ Supporting paper attached

11362

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

_8-16-05_
Deposit Date

Re: Your Check # _80665207_  Date _8-16-05_
Our Invoice # _905204_  Date _____
Our Credit Memo # _____  Date _____

AMOUNT

_87 94_

CHARGE

Please send us a copy of your debit memo # _____
Dated _____ amount $ _____
Balance due for boxes _____

Balance due for freight _____

Other _____  _Slc diff_

_____

CREDIT

☐ Supporting paper attached

# CITATION
*Innovative Metal Components*

*11362*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*8 - 22 - 05*
Deposit Date

*Delphi*

Re: Your Check # *80665795* Date *8 -22*
Our Invoice # *905314* Date _____
Our Credit Memo # *905011* Date _____
*905449*

AMOUNT

*281* *57*

Please send us a copy of your debit memo # _____
Dated _____ amount $ _____
Balance due for boxes _____
_____
Balance due for freight _____
Other _____ *S/C diff* _____

CHARGE

_____
CREDIT

☐ Supporting paper attached

# CITATION
## Innovative Metal Components

11362

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

8-23-05
Deposit Date

Delphi

Re: Your Check # 80665976  Date 8-23-05
Our Invoice # C905457  Date _____
Our Credit Memo # 905487  Date _____

AMOUNT

☐ Please send us a copy of your debit memo # _____

☐ Dated _____ amount $ _____

Balance due for boxes _____

☐ Balance due for freight _____  S/e

☐ Other _____  diff

CHARGE

178

CREDIT

☐ Supporting paper attached

*11362*

# CITATION
**Innovative Metal Components**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*8 - 26 - 05*
Deposit Date

*Delphi*

Re: Your Check # *80666400* Date *8-26-05*
Our Invoice # *905533* Date _____
Our Credit Memo # _____ Date _____

AMOUNT

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

_____

Balance due for freight ___ *S/C diff* ___

_____

Other _____

*88 70 —*

CHARGE

_____

CREDIT

☐ Supporting paper attached

*11362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*9-2-05*

**Deposit Date**

Delphi

Re: Your Check # *80667833* Date *9-2-05*

Our Invoice # *5905274* Date _____

Our Credit Memo # *905814* Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____

Other _____ *S/C diff* _____

*154 54*

**CHARGE**

**CREDIT**

☐ Supporting paper attached

1 1362

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

9120 5

**Deposit Date**

Delphi

Re: Your Check # 90670432 Date 9-12-05

Our Invoice # 905908 Date _____

Our Credit Memo # 905994 Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

_____

Balance due for freight _____

_____

Other _____

Slc diff

176 64

**CHARGE**

**CREDIT**

☐ Supporting paper attached

11362

# CITATION
Innovative Metal Components

## CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

91605
_____
Deposit Date

Re: Your Check # 90671134 Date 9-16
Our Invoice # 5906078 _____ Date _____
Our Credit Memo # 905213 _____ Date _____

AMOUNT

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____

Other _____

184 30

CHARGE

CREDIT

Supporting paper attached

# CITATION
*Innovative Metal Components*

11362

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

9 /90 5
**Deposit Date**

Delphi

Re: Your Check # *9067 1331* Date *9-19-05*
Our Invoice # *906 219* Date _____
Our Credit Memo # _____ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____

Other _____ *S/C diff*

58 76
**CHARGE**

_____
**CREDIT**

Supporting paper attached

*11362*

# CITATION
## Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*9-27-05*
**Deposit Date**

*Delphi*

Re: Your Check # *90672736* Date *9-27*
Our Invoice # *906459* Date _____
Our Credit Memo # *906466* Date _____

**AMOUNT**

☐ Please send us a copy of your debit memo # _____

☐ Dated _____ amount $ _____

Balance due for boxes _____

*84*
*176*

**CHARGE**

☐ Balance due for freight _____ *s/e* _____

☐ Other _____ *diff* _____

_____

**CREDIT**

☐ Supporting paper attached

11362

# CITATION
### Innovative Metal Components

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*9-30-05*

**Deposit Date**

Re: Your Check # *90673577* Date *9-30*

Our Invoice # *906525* ___ Date _____

Our Credit Memo # _____ Date _____

_____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

*90* ⁰⁴

**CHARGE**

Balance due for freight _____

Other _____ *S/c diff*

_____

**CREDIT**

☐ Supporting paper attached

11362

# CITATION
**Innovative Metal Components**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

_10-4-05_

Deposit Date

Delphi

Re: Your Check # _906 74539_ Date _10-4-05_
Our Invoice # _906676_ Date _____
Our Credit Memo # _906658_ Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____

Other _____ _SIC off_

_177_ _40_

**CHARGE**

**CREDIT**

Supporting paper attached

*11362*

# CITATION
*Innovative Metal Components*

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

*10-7-05*

Deposit Date

Delphi

Re: Your Check # *10067675 7*  Date *10-7-05*
Our Invoice # *906727*  Date *9-15*
Our Credit Memo # _____  Date _____

AMOUNT

☐ Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight _____  *Price Diff*

*88* *7⁰*

CHARGE

Other _____

_____

_____

CREDIT

☐ Supporting paper attached

*11362*

# CITATION
## Innovative Metal Components

8-15-05
10-2-05
8/505

**Deposit Date**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

Delphi

Re: Your Check # **81505-1**   Date **81505**
Our Invoice # **905230**   Date **72605**
Our Credit Memo # _____   Date _____

**AMOUNT**

$47^{04}$

**CHARGE**

Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

Balance due for freight ____  9984 —

Other ____  9936 **95**

**CREDIT**

☐ Supporting paper attached

*1362*

# CITATION
*Innovative Metal Components*

8-29-05
12-29-05
8-29-05

**Deposit Date**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

Delphi

Re: Your Check # __8 2905-2__ Date __8 2905__
Our Invoice # __905633__ Date __8 08 05__
Our Credit Memo # _____ Date _____

**AMOUNT**

☐ Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____
_____

**CHARGE**

Balance due for freight _____
_____

Other _____Payment difference_____
_____
_____

982 72

**CREDIT**

☐ Supporting paper attached

# CITATION
*Innovative Metal Components*

Citation
Corporation

## INVOICE

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 896614 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**SOLD TO:**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO:**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362      Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054736 | MENLO | COLLECT | 9/03/04 | 9/03/04 | 896614 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930260 | 1 | \<S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>CCX  CUSTOMER CONTAINER | 528<br><br><br>11 | 6094 | E | 6.010<br><br><br>.0000 | 3173.28<br><br><br>.00 |
| 9930261 | 1 | \<S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 528<br><br><br>11 | 6094 | E | 6.010<br><br><br>.0000 | 3173.28<br><br><br>.00 |

TOTAL ▶    6346.56

QD 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

Citation Corp 27 of 53
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

**FROM**

**CARRIER**

9/03   04   MENLO   0896614

TERR.

**C.O.D. AMOUNT**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS

**CUSTOMER NO.** 11362

SHIP TO: DELPHI E & CHASSIS SYS TEST CENGREAT NORTHERN #534715
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW   MI
48601

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079357 | 9930260 | 550054736 | D12S | 528 | 6094 | | 11 | P |
| 18079357 | 1 | | | REV#: | SEE DETAIL | | CCX | |
| 18079358 | 9930261 | 550054736 | D12S | 528 | 6094 | | 11 | P |
| 18079358 | 1 | | | REV#: | SEE DETAIL | | IN CONT | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 11 | CONTAINERS ROUGH CASTING ITEM 104770 | 16314 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 12188 | 4126 | 16314 |

CITATION CORP.,   **Shipper, Per**   **AGENT**   **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903
If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**B/L**   896614

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - Not Negotiable.

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

CARRIER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
3328 E GENESSEE AVENUE
SAGINAW                    MI
                    48601

CUSTOMER NO.
11342

F.O.B. COLLECT

SPECIAL REMARKS
GREAT NORTHERN WE04715

**C.O.D.
AMOUNT**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 11 | CONTAINERS ROUGH CASTING ITEM 104770 | 16314 |
|  | PIECES ROUGH CASTING ITEM 104770 |  |
|  | PALLETS OF ROUGH CASTING ITEM 104770 |  |
|  | USED PATTERN EQUIPMENT ITEM 185520 |  |
|  |  |  |
|  |  |  |

Received $
to apply in prepayment of the charges on the property described hereon.

_____ Agent or Cashier
Per _____
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 12188 | 4126 | 16314 |

CITATION CORP.,    Shipper, Per    LUFKIN    AGENT    PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

B/L    096614

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 896651 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054736 | MENLO | COLLECT | 9/07/04 | 9/07/04 | 896651 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN | 528 | 5764 | E | 5.990 | 3162.72 |
| | | CCX   CUSTOMER CONTAINER      3 | | | | .0000 | .00 |
| | | ATC   ADD TO CONTAINER      8 | | | | .0000 | .00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN | 528 | 5764 | E | 5.990 | 3162.72 |
| | | ATC   ADD TO CONTAINER      11 | | | | .0000 | .00 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN | 816 | 9415 | E | 6.010 | 4904.16 |
| | | CCX   CUSTOMER CONTAINER      17 | | | | .0000 | .00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN | 816 | 9415 | E | 6.010 | 4904.16 |
| | | ATC   ADD TO CONTAINER      17 | | | | .0000 | .00 |

**TOTAL ▶**   16133.76

QD 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

1611 N. Raguet
Lufkin, Texas 75904

ACCOUNTING

**FROM**

**D-U-N-S 00-806-6946**

| | CARRIER | | | | | **C.O.D. AMOUNT** |
|---|---|---|---|---|---|---|
| 9/07   04 | MENLO | | | TERR. | 0896651 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**                    **CUSTOMER NO.**
11362

**SHIP TO:** DELPHI E & CHASSIS SYS TEST CEN
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW            MI
48601

MENLO — GREAT NORTHERN #534708

**F.O.B.**
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079353 18079353 | 9930258 1 | 550054736 | D12S | 528 REV#: | 5764 SEE DETAIL | | 11 IN CONT | P |
| 18079354 18079354 | 9930259 1 | 550054736 | D12S | 528 REV#: | 5764 SEE DETAIL | | 11 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 550054736 | D12S | 816 REV#: | 9415 SEE DETAIL | | 17 CCX | P |
| 18079358 18079358 | 9930261 1 | 550054736 | D12S | 816 REV#: | 9415 SEE DETAIL | | 17 IN CONT | P |

**★ DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)**

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 20 | CONTAINERS ROUGH CASTING ITEM 104770 | 40979 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 30358 | 10621 | 40979 |

**CITATION CORP.,   Shipper, Per            AGENT        PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE–where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                    per

**B/L**        896651

**CITATION**
Innovative Metal Components

FROM

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

CARRIER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to said place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIP TO:**

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW                              MI
                          48601

**CUSTOMER NO.**

11362

**F.O.B.** COLLECT

**SPECIAL REMARKS**

MENLO - GREAT NORTHERN #504708

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
   The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 20 | CONTAINERS ROUGH CASTING ITEM 104770 | 40979 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30358 | 10621 | 40979 |

**CITATION CORP.,   Shipper, Per** _____ **AGENT** _____ **PER** _____
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding _____ per _____

**B/L**   206451

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

INVOICE NO.

**900526**

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054732 | | 2/05/05 | 2/05/05 | 900526 | 07 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | `<S> KNUCKLE`<br>15056851<br>Product#: 15056851<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Jan '05 / change<br>Avg Metal price $454.61 vs base<br>$350 GT or $ 0.0467 per lb x<br>72204 lb shipped @ 90/10 split | 1 | 20 | | 3034.790 | 3034.79 |
| | `<S> KNUCKLE`<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Jan '05 / change<br>Avg MEtal price $454.61 vs base<br>$350 GT or $0.0467 per lb x<br>73005 lb shipped @ 90/10 split | 1 | 20 | | 3068.460 | 3068.46 |

**TOTAL ▶**   6103.25

QD 764-012

|  |  |  |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 454.61 | GT |
| Difference | 104.61 | GT |
| Surcharge Increase | $ 0.0467 | Per Lb |
| Surcharge Increase @ 90% | 0.0420 | |

02/09/05

Citation Selects DELPHI - Lufkin Sales History A on Date Range
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005

| Record Typ Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/10 | | 899760 | 15056851 | | 550054732 | 9930093 | 11362 | 899760 | 576 | 11676 |
| 5/1/12 | | 899822 | 15056851 | | 550054732 | 9930093 | 11362 | 899822 | 576 | 11676 |
| 5/1/17 | | 899890 | 15056851 | | 550054732 | 9930093 | 11362 | 899890 | 576 | 11676 |
| 5/1/19 | | 899946 | 15056851 | | 550054732 | 9930093 | 11362 | 899946 | 576 | 11676 |
| 5/1/30 | | 900165 | 15056851 | | 550054732 | 9930093 | 11362 | 900165 | -2 | -41 |
| 5/1/31 | | 900205 | 15056851 | | 550054732 | 9930093 | 11362 | 900205 | 576 | 11676 |
| 5/2/02 | | 900268 | 15056851 | | 550054732 | 9930093 | 11362 | 900268 | 396 | 8027 |
| 5/2/04 | | 900367 | 15056851 | | 550054732 | 9930093 | 11362 | 900367 | 288 | 5838 |

TOTAL COUNT          8                                                3,562      72204

Lbs                72,204
Price Chg          $0.0420
January Surcharge  3034.79

Delphi Surcharge 1'05.xls

(SRDELPHSC2)

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 454.61 GT |
| Difference | $ | 104.61 GT |
| Surcharge Increase | $ | 0.0467 Per Lb |
| Surcharge Increase @ 90% | | 0.0420 |

02/09/05

Citation Selects DELPHI -

Lufkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005

Range

| Record Typ Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/10 | | 899761 | 15056852 | 550054732 | 9930094 | 11362 | 899761 | 576 | 11802 |
| 5/1/12 | | 899823 | 15056852 | 550054732 | 9930094 | 11362 | 899823 | 576 | 11802 |
| 5/1/17 | | 899891 | 15056852 | 550054732 | 9930094 | 11362 | 899891 | 576 | 11802 |
| 5/1/19 | | 899947 | 15056852 | 550054732 | 9930094 | 11362 | 899947 | 576 | 11802 |
| 5/1/30 | | 900165 | 15056852 | 550054732 | 9930094 | 11362 | 900165 | -1 | -20 |
| 5/1/31 | | 900206 | 15056852 | 550054732 | 9930094 | 11362 | 900206 | 576 | 11802 |
| 5/2/02 | | 900269 | 15056852 | 550054732 | 9930094 | 11362 | 900269 | 396 | 8114 |
| 5/2/04 | | 900368 | 15056852 | 550054732 | 9930094 | 11362 | 900368 | 288 | 5901 |
| TOTAL COUNT | | | | | | 8 | | 3,563 | 73005 |

73,005    Lbs
$0.0420    Price Chg
3068.46    January Surcharge

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

900527

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

```
S  DELPHI E & C CSTC
O  INVOICE MAIL CODE R-02
L  2582 EAST RIVER ROAD
D  MORAINE OH 45439
TO
```

```
S  DELPHI E & CHASSIS SYS TEST CENTER
H  SAGINAW OPERATIONS
I  2328 E GENESSEE AVENUE
P  SAGINAW MI 48601
TO
```

Bill To: 11362    Ship To: 11362

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054736 | | 2/05/05 | 2/05/05 | 900527 | 07 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | <S> KNUCKLE 18079353 Product#: 18079353 Material: D12S DUCTILE CUST BHN Surcharge for Jan '05 / change Avg Metal price $454.61 vs base $350 GT or $0.0467 per lb x 63493 lb shipped @ 90/10 Split | 1 | 11 | | 2668.660 | 2668.66 |
| | <S> KNUCKLE 18079354 Product#: 18079354 Material: D12S DUCTILE CUST BHN Surcharge for Jan '05 / change Avg Metal price $454.61 vs base $350 GT or $0.0467 per lb x 63376 lb shipped @ 90/10 split | 1 | 11 | | 2663.740 | 2663.74 |
| | <S> KNUCKLE 18079357 Product#: 18079357 Material: D12S DUCTILE CUST BHN Surcharge for Jan '05 / change Avg Metal price $454.61 vs base $350 GT or $0.0467 per lb x 115574 lb shipped @ 90/10 split | 1 | 12 | | 4857.670 | 4857.67 |
| | <S> KNUCKLE 18079358 Product#: 18079358 Material: D12S DUCTILE CUST BHN Surcharge for Jan '05 / change Avg Metal price $454.61 vs base $350 GT or $0.0467 per lb x | 1 | 12 | | 4822.740 | 4822.74 |

**TOTAL** ▶ (Continued)

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

900527

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362   Ship To: 11362

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054736 | | 2/05/05 | 2/05/05 | 900527 | 07 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | 114743 lb shipped @ 90/10 split | | | | | |
| | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Jan '05 / change<br>Avg Metal price $454.61 vs base<br>$350 GT or $0.0467 per lb x<br>3222 lb shipped @ 90/10 split | 1 | 11 | | 135.420 | 135.42 |
| | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Jan '05 / change<br>Avg Metal price $454.61 vs base<br>$350 GT or $0.0467 per lb x<br>3222 lbs shipped @ 90/10 split | 1 | 11 | | 135.420 | 135.42 |

**TOTAL ▶**   15283.65

QD 764-012

02/09/05

|  |  |  |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 454.61 | GT |
| Difference | $ 104.61 | GT |
| Surcharge Increase | $ 0.0467 | Per Lb |
| Surcharge Increase @ 90% | 0.0420 | |

Citation Selects DELPHI - Lufkin Sales History A on Date Records Based on Record Type Sales JAN 3 thru FEB 6, 2005 Range

| Record Typ | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/1/03 | | 899561 | 18079353 | | 550054736 | 9930258 | 11362 | 899561 | 480 | 5236 |
| | 5/1/04 | | 899581 | 18079353 | | 550054736 | 9930258 | 11362 | 899581 | 480 | 5241 |
| | 5/1/05 | | 899655 | 18079353 | | 550054736 | 9930258 | 11362 | 899655 | 480 | 5805 |
| | 5/1/10 | | 899740 | 18079353 | | 550054736 | 9930258 | 11362 | 899740 | 384 | 4200 |
| | 5/1/11 | | 899753 | 18079353 | | 550054736 | 9930258 | 11362 | 899753 | 384 | 4200 |
| | 5/1/12 | | 899799 | 18079353 | | 550054736 | 9930258 | 11362 | 899799 | 384 | 4198 |
| | 5/1/14 | | 899839 | 18079353 | | 550054736 | 9930258 | 11362 | 899839 | 480 | 5247 |
| | 5/1/21 | | 899982 | 18079353 | | 550054736 | 9930258 | 11362 | 899982 | 576 | 6288 |
| | 5/1/24 | | 900029 | 18079353 | | 550054736 | 9930258 | 11362 | 900029 | 144 | 1572 |
| | 5/1/27 | | 900102 | 18079353 | | 550054736 | 9930258 | 11362 | 900102 | 480 | 5248 |
| RS | 5/1/31 | | 900180 | 18079353 | | 550054736 | 9930258 | 11362 | 900180 | 864 | 9436 |
| | 5/2/03 | | 900288 | 18079353 | | 550054736 | 9930258 | 11362 | 900288 | 624 | 6822 |
| | | | | | | | | | 5,760 | 63493 |

TOTAL COUNT        12

Lbs          63,493
Price Chg    $0.0420
January Surcharge    2668.66

Delphi Surcharge 1'05.xls

(SRDELPHSC2)

02/09/05

| | | |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 454.61 | GT |
| Difference | $ 104.61 | GT |
| Surcharge Increase | $ 0.0467 | Per Lb |
| Surcharge Increase @ 90% | 0.0420 | |

Citation Selects DELPHI -

Lufkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005

Range

| Record Typ Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/03 | | 899561 | 18079354 | 550054736 | 9930259 | 11362 | 899561 | 480 | 5236 |
| 5/1/04 | | 899581 | 18079354 | 550054736 | 9930259 | 11362 | 899581 | 480 | 5241 |
| 5/1/05 | | 899655 | 18079354 | 550054736 | 9930259 | 11362 | 899655 | 480 | 5250 |
| 5/1/10 | | 899740 | 18079354 | 550054736 | 9930259 | 11362 | 899740 | 384 | 4200 |
| 5/1/11 | | 899753 | 18079354 | 550054736 | 9930259 | 11362 | 899753 | 384 | 4200 |
| 5/1/12 | | 899799 | 18079354 | 550054736 | 9930259 | 11362 | 899799 | 384 | 4198 |
| 5/1/14 | | 899839 | 18079354 | 550054736 | 9930259 | 11362 | 899839 | 480 | 5247 |
| 5/1/21 | | 899982 | 18079354 | 550054736 | 9930259 | 11362 | 899982 | 576 | 6288 |
| 5/1/24 | | 900029 | 18079354 | 550054736 | 9930259 | 11362 | 900029 | 144 | 1572 |
| 5/1/27 | | 900102 | 18079354 | 550054736 | 9930259 | 11362 | 900102 | 480 | 5248 |
| 5/1/31 | | 900180 | 18079354 | 550054736 | 9930259 | 11362 | 900180 | 864 | 9436 |
| 5/2/03 | | 900288 | 18079354 | 550054736 | 9930259 | 11362 | 900288 | 664 | 7260 |
| TOTAL COUNT | | | | | | 12 | | 5,800 | 63376 |

63,376   Lbs
$0.0420   Price Chg
2663.74   January Surcharge

Delphi Surcharge 1'05.xls

(SRDELPHSC2)

02/09/05

| | | |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 454.61 | GT |
| Difference | $ 104.61 | GT |
| Surcharge Increase | $ 0.0467 | Per Lb |
| Surcharge Increase @ 90% | 0.0420 | |

Citation Selects DELPHI -

Lufkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005

Range

| Record Tyt Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/03 | | 899561 | 18079357 | 550054736 | 9930260 | 11362 | 899561 | 768 | 8844 |
| 5/1/04 | | 899581 | 18079357 | 550054736 | 9930260 | 11362 | 899581 | 768 | 8859 |
| 5/1/05 | | 899655 | 18079357 | 550054736 | 9930260 | 11362 | 899655 | 864 | 9986 |
| 5/1/10 | | 899740 | 18079357 | 550054736 | 9930260 | 11362 | 899740 | 960 | 11100 |
| 5/1/11 | | 899753 | 18079357 | 550054736 | 9930260 | 11362 | 899753 | 960 | 11100 |
| 5/1/12 | | 899799 | 18079357 | 550054736 | 9930260 | 11362 | 899799 | 960 | 11100 |
| 5/1/14 | | 899839 | 18079357 | 550054736 | 9930260 | 11362 | 899839 | 864 | 9980 |
| 5/1/21 | | 899982 | 18079357 | 550054736 | 9930260 | 11362 | 899982 | 768 | 8858 |
| 5/1/24 | | 900029 | 18079357 | 550054736 | 9930260 | 11362 | 900029 | 1,104 | 12757 |
| 5/1/27 | | 900102 | 18079357 | 550054736 | 9930260 | 11362 | 900102 | 864 | 9972 |
| 5/1/31 | | 900180 | 18079357 | 550054736 | 9930260 | 11362 | 900180 | 480 | 5540 |
| 5/2/03 | | 900288 | 18079357 | 550054736 | 9930260 | 11362 | 900288 | 648 | 7478 |
| TOTAL COUNT | | | | | | 12 | | 10,008 | 115574 |

Lbs           115,574
Price Chg           $0.0420
January Surcharge           4857.67

Delphi Surcharge 105.xls

(SRDELPHSC2)

|  |  |
|---|---|
| Base Metal Price | $ 350.00 GT |
| Current Avg Price | $ 454.61 GT |
| Difference | $ 104.61 GT |
| Surcharge Increase | $ 0.0467 Per Lb |
| Surcharge Increase @ 90% | 0.0420 |

02/09/05

Citation Selects DELPHI -
Lufkin Sales History A on Date Records Based on Record Type Sales JAN 3 thru FEB 6, 2005
Range

| Record Try Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/03 | | 899561 | 18079358 | | 9930261 | 11362 | 899561 | 768 | 8844 |
| 5/1/04 | | 899581 | 18079358 | | 9930261 | 11362 | 899581 | 768 | 8859 |
| 5/1/05 | | 899655 | 18079358 | | 9930261 | 11362 | 899655 | 864 | 9986 |
| 5/1/10 | | 899740 | 18079358 | | 9930261 | 11362 | 899740 | 960 | 11100 |
| 5/1/11 | | 899753 | 18079358 | | 9930261 | 11362 | 899753 | 960 | 11100 |
| 5/1/12 | | 899799 | 18079358 | | 9930261 | 11362 | 899799 | 960 | 11100 |
| 5/1/14 | | 899839 | 18079358 | | 9930261 | 11362 | 899839 | 864 | 9980 |
| RS  5/1/21 | | 899982 | 18079358 | | 9930261 | 11362 | 899982 | 768 | 8858 |
| 5/1/24 | | 900029 | 18079358 | 550054736 | 9930261 | 11362 | 900029 | 1,104 | 12757 |
| 5/1/27 | | 900102 | 18079358 | 550054736 | 9930261 | 11362 | 900102 | 864 | 9972 |
| 5/1/31 | | 900180 | 18079358 | 550054736 | 9930261 | 11362 | 900180 | 480 | 5540 |
| 5/2/03 | | 900288 | 18079358 | 550054736 | 9930261 | 11362 | 900288 | 576 | 6647 |
| | | | | | | | | 9,936 | 114743 |

TOTAL COUNT    12

114,743    Lbs
$0.0420    Price Chg
4822.74    January Surcharge

(SRDELPHSC2)

Delphi Surcharge I'05.xls

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 454.61 GT |
| Difference | $ | 104.61 GT |
| Surcharge Increase | $ | 0.0467 Per Lb |
| Surcharge Increase @ 90% | | 0.0420 |

02/09/05

Citation Selects DELPHI -

Lufkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005    Range

| Record Typ Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/1/03 | | 899561 | 18079361 | 550054736 | 9930262 | 11362 | 899561 | 96 | 1074 |
| 5/1/04 | | 899581 | 18079361 | 550054736 | 9930262 | 11362 | 899581 | 96 | 1074 |
| 5/1/24 | | 900029 | 18079361 | 550054736 | 9930262 | 11362 | 900029 | 96 | 1074 |
| TOTAL COUNT | | | | | | 3 | | 288 | 3222 |

3,222   Lbs
$0.0420   Price Chg
135.42   January Surcharge

(SRDELPHSC2)

Delphi Surcharge 1'05.xls

| | | |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 454.61 | GT |
| Difference | $ 104.61 | GT |
| Surcharge Increase | $ 0.0467 | Per Lb |
| Surcharge Increase @ 90% | 0.0420 | |

02/09/05

Citation Selects DELPHI -
Lufkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005
Range

| Record Typ | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/1/03 | | 899561 | 18079362 | 550054736 | 9930263 | 11362 | 899561 | 96 | 1074 |
| | 5/1/04 | | 899581 | 18079362 | 550054736 | 9930263 | 11362 | 899581 | 96 | 1074 |
| | 5/1/24 | | 900029 | 18079362 | 550054736 | 9930263 | 11362 | 900029 | 96 | 1074 |
| | | | | | | | | | 288 | 3222 |

TOTAL COUNT        3

| | |
|---|---|
| Lbs | 3,222 |
| Price Chg | $0.0420 |
| **January Surcharge** | **135.42** |

Delphi Surcharge 1'05.xls

(SRDELPHSC2)

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 901337 |

¹611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

```
S          DELPHI E & C CSTC              S  MINDIS INTERNATIONAL INC
O          INVOICE MAIL CODE R-02         H  1400 SULSER
L          2582 EAST RIVER ROAD           I  LUFKIN TX 75904
D          MORAINE OH 45439               P
T                                         T  USA
O                                         O
```

Bill To: 11362    Ship To: 11362/8        Terms:  NET 30 DAYS
                                          Supplier:  008066946

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 0550054732 | | LIGHTNING TR | COLLECT | 3/06/05 | 3/04/05 | 901337 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930093 | 1 | <S> KNUCKLE<br>15056851<br>Product#: 15056851<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>100730 lbs shipped @ 90/10 | 1 | 20 | E | 3314.650 | 3314.65 |
| 9930094 | 1 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>101819 lb shipped @ 90/10 split | 1 | 21 | E | 3350.480 | 3350.48 |

**TOTAL ▶**    6665.13

QD 764-012

3/8/2005

Citation Lufkin Selects Records DELPHI - Sales

Sales History Analysis Based on Record Type Feb 7 thru Mar 6, 2005

| Base Metal Price | $ | 350.00 | GT |
|---|---|---|---|
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.80 | GT |
| Surcharge Increase | $ | 0.0386 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2007 | 900477 | 15056851 | 15056851 | 550054732 | 9930093 | 11362 | 900477 | 468 | 9486 |
| 5/2/2010 | 900600 | | 15056851 | 550054732 | 9930093 | 11362 | 900600 | 324 | 6567 |
| 5/2/2010 | 900594 | | 15056851 | 550054732 | 9930093 | 11362 | 900594 | 252 | 5108 |
| 5/2/2015 | 900688 | | 15056851 | 550054732 | 9930093 | 11362 | 900688 | 576 | 11676 |
| 5/2/2016 | 900730 | | 15056851 | 550054732 | 9930093 | 11362 | 900730 | 576 | 11676 |
| 5/2/2020 | 900997 | | 15056851 | 550054732 | 9930093 | 11362 | 900997 | -1 | -20 |
| 5/2/2021 | 900865 | | 15056851 | 550054732 | 9930093 | 11362 | 900865 | 576 | 11676 |
| 5/2/2023 | 900936 | | 15056851 | 550054732 | 9930093 | 11362 | 900936 | 576 | 11676 |
| 5/2/2023 | 900941 | | 15056851 | 550054732 | 9930093 | 11362 | 900941 | 576 | 11676 |
| 5/2/2028 | 901040 | | 15056851 | 550054732 | 9930093 | 11362 | 901040 | 576 | 11676 |
| 5/3/2002 | 901122 | | 15056851 | 550054732 | 9930093 | 11362 | 901122 | 468 | 9533 |
| TOTAL COUNT | | | | | | 11 | | 4,967 | 100730 |

100,730 Lbs
$0.0329 Price Chg
3314.65 February Surcharge

2

11:15 AM

3/8/2005

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History An alysis Based
Based on Record       Type
Feb 7 thru Mar 6,       2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.90 | GT |
| Surcharge Increase | $ | 0.0366 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2007 | 900478 | 15056852 | 15056852 | 550054732 | 9930094 | 11362 | 900478 | 468 | 9589 |
| 5/2/2010 | 900601 | | | 550054732 | 9930094 | 11362 | 900601 | 324 | 6639 |
| 5/2/2010 | 900595 | | | 550054732 | 9930094 | 11362 | 900595 | 252 | 5163 |
| 5/2/2015 | 900689 | | | 550054732 | 9930094 | 11362 | 900689 | 576 | 11802 |
| 5/2/2016 | 900731 | | | 550054732 | 9930094 | 11362 | 900731 | 576 | 11802 |
| 5/2/2020 | 900997 | | | 550054732 | 9930094 | 11362 | 900997 | -1 | -20 |
| 5/2/2021 | 900866 | | | 550054732 | 9930094 | 11362 | 900866 | 576 | 11802 |
| 5/2/2023 | 900937 | | | 550054732 | 9930094 | 11362 | 900937 | 576 | 11802 |
| 5/2/2023 | 900942 | | | 550054732 | 9930094 | 11362 | 900942 | 576 | 11802 |
| 5/2/2028 | 901041 | | | 550054732 | 9930094 | 11362 | 901041 | 576 | 11802 |
| 5/3/2002 | 901123 | | | 550054732 | 9930094 | 11362 | 901123 | 468 | 9636 |

TOTAL COUNT    11    4,967    101819

Lbs    101,819
Price Chg    $0.0329
February Surcharge    3350.46

3

11:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

¹611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 901338 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362       Ship To: 11362

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901338 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>40383 lb shipped @ 90/10 split | 1 | 11 | E | 1328.850 | 1328.85 |

**TOTAL ▶**   1328.85

QD 764-012

3/8/2005

| | | | | |
|---|---|---|---|---|
| Base Metal Price | | | $ | 350.00 GT |
| Current Avg Price | | | $ | 431.90 GT |
| Difference | | | $ | 81.90 GT |
| Surcharge Increase | | | $ | 0.0366 Per Lb |
| Surcharge Increase @ 90% | | | | 0.0329 |

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History Analysis Based on Record
Based on Records
Feb 7 thru Mar 6, 2005
Type
2005

on Date Range

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2007 | 900409 | 18079353 | 550054736 | 18079353 | 9930258 | 11362 | 900409 | 480 | 5244 |
| 5/2/2008 | 900492 | | 550054736 | 18079353 | 9930258 | 11362 | 900492 | 288 | 3148 |
| 5/2/2009 | 900517 | | 550054736 | 18079353 | 9930258 | 11362 | 900517 | 384 | 4204 |
| 5/2/2010 | 900544 | | 550054736 | 18079353 | 9930258 | 11362 | 900544 | 480 | 5250 |
| 5/2/2011 | 900586 | | 550054736 | 18079353 | 9930258 | 11362 | 900586 | 480 | 5252 |
| 5/2/2014 | 900639 | | 550054736 | 18079353 | 9930258 | 11362 | 900639 | 480 | 5256 |
| 5/2/2015 | 900657 | | 550054736 | 18079353 | 9930258 | 11362 | 900657 | 620 | 6779 |
| 5/2/2021 | 900873 | | 550054736 | 18079353 | 9930258 | 11362 | 900873 | 144 | 1584 |
| 5/2/2023 | 900926 | | 550054736 | 18079353 | 9930258 | 11362 | 900926 | -144 | -1584 |
| 5/3/2004 | 901188 | 18079353 | 550054736 | 18079353 | 9930258 | 11362 | 901188 | 480 | 5250 |
| TOTAL COUNT | | | | | | 10 | | 3,692 | 40383 |

Lbs                40,383
Price Chg        $0.0329
February Surcharge    1328.85

4

11:15 AM

# CITATION
*Innovative Metal Components*

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

901339

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| | | |
|---|---|---|
| **S O L D  T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | **S H I P  T O** MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901339 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931493 | 1 | \<S\> KNUCKLE<br>18049573<br>Product#: 18079353=PNT<br>Material: D12S DUCTILE CUST BHN<br>SUrcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1584 lbs shipped @ 90/10 split | 1 | 11 | E | 52.120 | 52.12 |

**TOTAL ▶**  52.12



3/8/2005

| | Base Metal Price | $ | 350.00 | GT |
| | Current Avg Price | $ | 431.90 | GT |
| | Difference | $ | 81.90 | GT |
| | Surcharge Increase | $ | 0.0366 | Per Lb |
| | Surcharge Increase @ 90% | | 0.0329 | |

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History An alysis Based
Based on Record Type
Feb 7 thru Mar 6, 2005

on Date Range

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2023 | 900927 | 18079353=PNT | 18049573 | 550054761 | 9931493 | 11362 | 900927 | 144 | 1584 |
| | | | | | | | | 144 | 1584 |

TOTAL COUNT    1

Lbs                1,584
Price Chg        $0.0329
February Surcharge    52.12

5

11:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

901340

¹611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362    Ship To: 11362

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901340 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930259 | 1 | <S> KNUCKLE 18079354 Product#: 18079354 Material: D12S DUCTILE CUST BHN Surcharge for Feb '05 change avg metal price $431.90 vs base $350 GT or $0.0366 per lb x 39902 lbs shipped @ 90/10 split | 1 | 11 | E | 1313.030 | 1313.03 |

**TOTAL ▶**    1313.03

QD 764-012

3/8/2005

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History Analysis Based on Record
Based on Record
Feb 7 thru Mar 6, 2005

Type    on Date Range

|  | | | | | | | | Base Metal Price | $ 350.00 GT |
|  | | | | | | | | Current Avg Price | $ 431.90 GT |
|  | | | | | | | | Difference | $ 81.90 GT |
|  | | | | | | | | Surcharge Increase | $ 0.0366 Per Lb |
|  | | | | | | | | Surcharge Increase @ 90% | 0.0329 |

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2007 | 900409 | 18079354 | 18079354 | 550054736 | 9930259 | 11362 | 900409 | 480 | 5244 |
| 5/2/2008 | 900492 | | 18079354 | 550054736 | 9930259 | 11362 | 900492 | 288 | 3148 |
| 5/2/2009 | 900517 | | 18079354 | 550054736 | 9930259 | 11362 | 900517 | 384 | 4204 |
| 5/2/2010 | 900544 | | 18079354 | 550054736 | 9930259 | 11362 | 900544 | 480 | 5250 |
| 5/2/2011 | 900586 | | 18079354 | 550054736 | 9930259 | 11362 | 900586 | 480 | 5252 |
| 5/2/2014 | 900639 | | 18079354 | 550054736 | 9930259 | 11362 | 900639 | 480 | 5256 |
| 5/2/2015 | 900657 | | 18079354 | 550054736 | 9930259 | 11362 | 900657 | 576 | 6298 |
| 5/2/2021 | 900874 | | 18079354 | 550054736 | 9930259 | 11362 | 900874 | 144 | 1584 |
| 5/2/2023 | 900928 | | 18079354 | 550054736 | 9930259 | 11362 | 900928 | -144 | -1584 |
| 5/3/2004 | 901188 | | 18079354 | 550054736 | 9930259 | 11362 | 901188 | 480 | 5250 |
| | | | | | | | | 3,648 | 39902 |

TOTAL COUNT    10

Lbs    39,902
Price Chg    $0.0329
February Surcharge    1313.03

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 901341 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| | |
| --- | --- |
| **S O L D  T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| **S H I P  T O** | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362      Ship To: 11362/8

Terms:    NET 30 DAYS
Supplier:    008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550054761 | PAM Dedicate | COLLECT | 3/06/05 | 3/04/05 | 901341 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 931494 | 1 | `<S>` KNUCKLE<br>18049574<br>Product#: 18079354=PNT<br>Material: D12S DUCTILE CUST BHN<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>1584 lbs shipped @ 90/10 split | 1 | 11 | E | 52.120 | 52.12 |

**TOTAL ▶**    52.12

QD 764-012



3/8/2005

Citation Lufkin    Sales History Analysis Based    on Date    Range
Selects Records    Based on Record    Type
DELPHI - Sales    Feb 7 thru Mar 6,    2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.90 | GT |
| Surcharge Increase | $ | 0.0366 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

pe Date
Shipped

| Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|
| 900929 | 18079354=PNT | 18049574 | 550054761 | 9931494 | 11362 | 900929 | 144 | 1584 |

5/2/2023

TOTAL
COUNT          1          144          1584

Lbs          1,584
Price Chg          $0.0329
February Surcharge          52.12