# CITATION
### INVOICE

*Innovative Metal Components*

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 904918 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
| --- | --- |
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 0550054736 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904918 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 62307 lbs<br>shipped | 1- | 1- | E | 2086.090 | 2086.09- |

**TOTAL ▶**                2086.09-

QD 764-012

7/6/05

## Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

|  |  |  | $ | 350.00 | GT |
|---|---|---|---|---|---|
| Base Metal Price | | | $ | 266.67 | GT |
| Current Avg Price | | | $ | (83.33) | GT |
| Difference | | | $ | (0.0372) | Per Lb |
| Surcharge Increase | | | | (0.0335) | |
| Surcharge Increase @ 90% | | | | | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903932 | 18079353 | 18079353 | | 9930258 | 11362 | 903932 | 528 | 5769 |
| 5/6/07 | 903952 | | 18079353 | | 9930258 | 11362 | 903952 | 672 | 7337 |
| 5/6/09 | 904097 | | 18079353 | | 9930258 | 11362 | 904097 | 864 | 9416 |
| 5/6/13 | 904178 | | 18079353 | | 9930258 | 11362 | 904178 | 864 | 9428 |
| 5/6/16 | 904272 | | 18079353 | 550054736 | 9930258 | 11362 | 904272 | 528 | 5753 |
| 5/6/20 | 904354 | | 18079353 | 550054736 | 9930258 | 11362 | 904354 | 480 | 5230 |
| 5/6/21 | 904392 | | 18079353 | 550054736 | 9930258 | 11362 | 904392 | 240 | 2615 |
| 5/6/23 | 904450 | | 18079353 | 550054736 | 9930258 | 11362 | 904450 | 864 | 9424 |
| 5/6/27 | 904605 | | 18079353 | 550054736 | 9930258 | 11362 | 904605 | 672 | 7335 |
| TOTAL COUNT | | | | | 9 | | | 5,712 | 62,307 |

Lbs              62,307
Price Chg        -$0.0335
June Surcharge   -2086.09

Delphi Surcharge 6 '05.xls

1/26/200611:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904919

1611 North Raguet 75904
Post Office Box 3718
.fkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904919 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931493 | 1 | <S> KNUCKLE<br>18049573<br>Product#: 18079353=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 4717 lbs<br>shipped | 1- | 1- | E | 157.930 | 157.93- |

**TOTAL ▶**

157.93-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | Base Metal Price | | $ | 350.00 | GT |
| | | | | Current Avg Price | | $ | 266.67 | GT |
| | | | | Difference | | $ | (83.33) | GT |
| | | | | Surcharge Increase | | $ | (0.0372) | Per Lb |
| | | | | Surcharge Increase @ 90% | | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903953 | 18079353=PNT | | 18049573 | 9931493 | 11362 | 903953 | 96 | 1048 |
| 5/6/30 | 904742 | | 550054761 | 18049573 | 9931493 | 11362 | 904742 | 336 | 3669 |
| | | | | | | | | | |
| TOTAL COUNT | | | | | 2 | | | 432 | 4717 |

Lbs          4,717
Price Chg    -$0.0335
**June Surcharge**   **-157.93**

Delphi Surcharge 6 '05.xls

1/26/200611:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 904920 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
| --- | --- | --- | --- |

Bill To: 11362    Ship To: 11362

Terms:    NET 30 DAYS
Supplier:    008066946

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0550054736 | | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904920 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 62307 lbs<br>shipped | 1- | 1- | E | 2086.090 | 2086.09- |

**TOTAL ▶**    2086.09-

QD 764-012

7/6/05

| | | | | | Base Metal Price | | | $ | 350.00 | GT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Current Avg Price | | | $ | 266.67 | GT |
| | | | | | Difference | | | $ | (83.33) | GT |
| | | | | | Surcharge Increase | | | $ | (0.0372) | Per Lb |
| | | | | | Surcharge Increase @ 90% | | | | (0.0335) | |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903932 | 18079354 | 18079354 | | 9930259 | 11362 | 903932 | 528 | 5769 |
| 5/6/07 | 903952 | | 18079354 | | 9930259 | 11362 | 903952 | 672 | 7337 |
| 5/6/09 | 904097 | | 18079354 | | 9930259 | 11362 | 904097 | 864 | 9416 |
| 5/6/13 | 904178 | | 18079354 | 550054736 | 9930259 | 11362 | 904178 | 864 | 9428 |
| 5/6/16 | 904272 | | 18079354 | 550054736 | 9930259 | 11362 | 904272 | 528 | 5753 |
| 5/6/20 | 904354 | | 18079354 | 550054736 | 9930259 | 11362 | 904354 | 480 | 5230 |
| 5/6/21 | 904392 | | 18079354 | 550054736 | 9930259 | 11362 | 904392 | 240 | 2615 |
| 5/6/23 | 904450 | | 18079354 | 550054736 | 9930259 | 11362 | 904450 | 864 | 9424 |
| 5/6/27 | 904605 | | 18079354 | 550054736 | 9930259 | 11362 | 904605 | 672 | 7335 |
| TOTAL COUNT | | | | | 9 | | | 5,712 | 62,307 |

Lbs  62,307
Price Chg  -$0.0335
June Surcharge  -2086.09

4

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 904921 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br><br>LUFKIN TX 75904<br>USA |
| --- | --- | --- | --- |

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904921 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9931494 | 1 | <S> KNUCKLE<br>18049574<br>Product#: 18079354=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 4717 lbs<br>shipped | 1- | 1- | E | 157.930 | 157.93- |

**TOTAL ▶**                157.93-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

|  |  |  |  | Base Metal Price | $ | 350.00 | GT |
|  |  |  |  | Current Avg Price | $ | 266.67 | GT |
|  |  |  |  | Difference | $ | (83.33) | GT |
|  |  |  |  | Surcharge Increase | $ | (0.0372) | Per Lb |
|  |  |  |  | Surcharge Increase @ 90% |  | (0.0335) |  |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903954 | 18079354=PNT | 18049574 |  | 9931494 | 11362 | 903954 | 96 | 1048 |
| 5/6/30 | 904743 |  | 18049574 | 550054761 | 9931494 | 11362 | 904743 | 336 | 3669 |
| TOTAL COUNT |  |  |  |  |  |  | 2 | 432 | 4717 |

Lbs        4,717
Price Chg   -$0.0335
June Surcharge   -157.93

Delphi Surcharge 6 '05.xls

1/26/2006 11:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. #77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904922

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362       Ship To: 11362          Terms:  NET 30 DAYS
                                             Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904922 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 50929 lbs<br>shipped | 1- | 1- | E | 1705.140 | 1705.14- |

**TOTAL ▶**

1705.14-

QD 764-012

7/6/05

## Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | Base Metal Price | $ | 350.00 | GT |
|---|---|---|---|---|
| | Current Avg Price | $ | 266.67 | GT |
| | Difference | $ | (83.33) | GT |
| | Surcharge Increase | $ | (0.0372) | Per Lb |
| | Surcharge Increase @ 90% | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quanity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903932 | | 18079357 | 18079357 | 9930260 | 11362 | 903932 | 480 | 5539 |
| 5/6/09 | 904097 | | | 18079357 | 9930260 | 11362 | 904097 | 480 | 5540 |
| 5/6/16 | 904272 | 18079357 | | 550054736 | 9930260 | 11362 | 904272 | 480 | 5538 |
| 5/6/20 | 904354 | | | 550054736 | 9930260 | 11362 | 904354 | 864 | 9972 |
| 5/6/21 | 904392 | | | 550054736 | 9930260 | 11362 | 904392 | 960 | 11068 |
| 5/6/23 | 904450 | | | 550054736 | 9930260 | 11362 | 904450 | 480 | 5530 |
| 5/6/27 | 904605 | | | 550054736 | 9930260 | 11362 | 904605 | 432 | 4977 |
| 5/6/30 | 904693 | | | 550054736 | 9930260 | 11362 | 904693 | 240 | 2765 |
| TOTAL COUNT | | | | | 8 | | | 4,416 | 50,929 |

Lbs 50,929
Price Chg -$0.0335
June Surcharge -1705.14

# CITATION
## INVOICE

*Innovative Metal Components*

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904923

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054761 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904923 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931495 | 1 | <S> KNUCKLE<br>18049575<br>Product#: 18079357=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 5520 lbs<br>shipped | 1- | 1- | E | 184.810 | 184.81- |

**TOTAL ▶**    184.81-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | | | Base Metal Price | | | $ | 350.00 | GT |
| | | | | | | Current Avg Price | | | $ | 266.67 | GT |
| | | | | | | Difference | | | $ | (83.33) | GT |
| | | | | | | Surcharge Increase | | | $ | (0.0372) | Per Lb |
| | | | | | | Surcharge Increase @ 90% | | | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903973 | 18079357=PNT | 18049575 | | 9931495 | 11362 | 903973 | 144 | 1656 |
| 5/6/23 | 904489 | | 18049575 | 550054761 | 9931495 | 11362 | 904489 | 336 | 3864 |
| TOTAL COUNT | | | | | | | | 480 | 5520 |
| | | | | | | | 2 | | |

Lbs 5,520
Price Chg -$0.0335
**June Surcharge** **-184.81**

1/26/2006 11:15 AM

Delphi Surcharge 6 '05.xls

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

Pg 13 of 50

| INVOICE NO. |
|---|
| 904924 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6948

**SOLD TO:**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO:**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362      Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904924 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930261 | 1 | &lt;S&gt; KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 50929 lbs<br>shipped | 1- | 1- | E | 1705.140 | 1705.14- |

**TOTAL ▶**      1705.14-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | |
|---|---|---|---|
| Base Metal Price | | $ | 350.00 GT |
| Current Avg Price | | $ | 266.67 GT |
| Difference | | $ | (83.33) GT |
| Surcharge Increase | | $ | (0.0372) Per Lb |
| Surcharge Increase @ 90% | | | (0.0335) |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903932 | 18079358 | 18079358 | | 9930261 | 11362 | 903932 | 480 | 5539 |
| 5/6/09 | 904097 | | | 18079358 | 9930261 | 11362 | 904097 | 480 | 5540 |
| 5/6/16 | 904272 | | | 550054736 | 9930261 | 11362 | 904272 | 480 | 5538 |
| 5/6/20 | 904354 | | | 550054736 | 9930261 | 11362 | 904354 | 864 | 9972 |
| 5/6/21 | 904392 | | | 550054736 | 9930261 | 11362 | 904392 | 960 | 11068 |
| 5/6/23 | 904450 | | | 550054736 | 9930261 | 11362 | 904450 | 480 | 5530 |
| 5/6/27 | 904605 | | | 550054736 | 9930261 | 11362 | 904605 | 432 | 4977 |
| 5/6/30 | 904693 | | | 550054736 | 9930261 | 11362 | 904693 | 240 | 2765 |
| TOTAL COUNT | | | | | 8 | | | 4,416 | 50,929 |

Lbs 50,929
Price Chg -$0.0335
June Surcharge -1705.14

8

Delphi Surcharge 6 '05.xls

# CITATION
*Innovative Metal Components*

**INVOICE**

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904925

1611 North Raguet 75904
Post Office Box 3718
.fkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-808-6946

| S O L D T O | DELPHI E & C CSTC INVOICE MAIL CODE R-02 2582 EAST RIVER ROAD MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC 1400 SULSER LUFKIN TX 75904 USA |
|---|---|---|---|

Bill To: 11362    Ship To: 11362/8

Terms:    NET 30 DAYS
Supplier:    008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550054761 | PAM Dedicate    COLLECT | 7/03/05 | 7/03/05 | 904925 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931496 | 1 | <S> KNUCKLE 18049576 Product#: 18079358=PNT Material: D12S DUCTILE CUST BHN June surcharge based on avg metal price $266.67 vs base $350 GT or ($0.037) per lb @ 90% x 5520 lbs shipped | 1- | 1- | E | 184.810 | 184.81- |

**TOTAL ▶**    184.81-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | | | | | Base Metal Price | $ | 350.00 | GT |
| | | | | | Current Avg Price | $ | 266.67 | GT |
| | | | | | Difference | $ | (83.33) | GT |
| | | | | | Surcharge Increase | $ | (0.0372) | Per Lb |
| | | | | | Surcharge Increase @ 90% | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903972 | 18079358=PNT | | 18049576 | 9931496 | 11362 | 903972 | 144 | 1656 |
| 5/6/23 | 904490 | | | 18049576 550054761 | 9931496 | 11362 | 904490 | 336 | 3864 |
| | | TOTAL COUNT | | | | | | 480 | 5520 |
| | | | | | | | 2 | | |

Lbs             5,520
Price Chg       -$0.0335
**June Surcharge   -184.81**

Delphi Surcharge 6 '05.xls

1/26/200611:15 AM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 904926 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| | |
|---|---|
| **SOLD TO**<br>DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | **SHIP TO**<br>DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 7/03/05 | 7/03/05 | 904926 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930262 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @90% x 3236 lbs<br>shipped | 1- | 1- | E | 108.340 | 108.34- |

**TOTAL ▶**    108.34-

QD 764-012

7/6/05

## Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | |
|---|---|
| Base Metal Price | $ 350.00 GT |
| Current Avg Price | $ 266.67 GT |
| Difference | $ (83.33) GT |
| Surcharge Increase | $ (0.0372) Per Lb |
| Surcharge Increase @ 90% | (0.0335) |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/07 | 903952 | 18079361 | 18079361 | | 9930262 | 11362 | 903952 | 288 | 3236 |
| TOTAL COUNT | | | | | | | | 288 | 3236 |
| 1 | | | | | | | | | |

| | | |
|---|---|---|
| | Lbs | 3,236 |
| | Price Chg | -$0.0335 |
| **June Surcharge** | | **-108.34** |

1/26/2006 11:15 AM

Delphi Surcharge 6 '05.xls

# CITATION
### *Innovative Metal Components*

**INVOICE**

REMIT TO DEPT. #7451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904927

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6948

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/8

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 55054761 | PAM Dedicate    COLLECT | 7/03/05 | 7/03/05 | 904927 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931497 | 1 | <S> KNUCKLE<br>18049581<br>Product#: 18079361=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 2700 lbs<br>shipped | 1- | 1- | E | 90.400 | 90.40- |

**TOTAL ▶**     90.40-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| | Base Metal Price | $ | 350.00 | GT |
|---|---|---|---|---|
| | Current Avg Price | $ | 266.67 | GT |
| | Difference | $ | (83.33) | GT |
| | Surcharge Increase | $ | (0.0372) | Per Lb |
| | Surcharge Increase @ 90% | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903970 | 18079361=PNT | | 18049581 | 9931497 | 11362 | 903970 | 96 | 1080 |
| 5/6/30 | 904744 | | | 18049581 55054761 | 9931497 | 11362 | 904744 | 144 | 1620 |
| | | | | | | | | 240 | 2700 |

TOTAL COUNT   2

| | Lbs | 2,700 |
|---|---|---|
| | Price Chg | -$0.0335 |
| | June Surcharge | -90.40 |

1/26/200611:15 AM

Delphi Surcharge 6 '05.xls

# CITATION
**INVOICE**

*Innovative Metal Components*

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 904928 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-808-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate   COLLECT | 7/03/05 | 7/03/05 | 904928 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930263 | 1 | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) per lb @ 90% x 3236 lbs<br>shipped | 1- | 1- | E | 108.340 | 108.34- |

**TOTAL ▶**    108.34-

QD 764-012

7/6/05

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 266.67 | GT |
| Difference | $ | (83.33) | GT |
| Surcharge Increase | $ | (0.0372) | Per Lb |
| Surcharge Increase @ 90% | | (0.0335) | |

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/07 | 903952 | | 18079362 | 18079362 | 9930263 | 11362 | 903952 | 288 | 3236 |
| TOTAL COUNT | | | | | | | | 288 | 3236 |
| | | | | | | | | 1 | |

Lbs 3,236
Price Chg -$0.0335
June Surcharge -108.34

# CITATION
*Innovative Metal Components*

**INVOICE**

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

904929

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| | |
|---|---|
| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| S H I P T O | MINDIS INTERNATIONAL INC<br>1400 SULSER<br>LUFKIN TX 75904<br>USA |

Bill To: 11362    Ship To: 11362/8

Terms:   NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 55054761 | PAM Dedicate   COLLECT | 7/03/05 | 7/03/05 | 904929 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9931498 | 1 | <S> KNUCKLE<br>18049582<br>Product#: 18079362=PNT<br>Material: D12S DUCTILE CUST BHN<br>June surcharge based on avg metal<br>price $266.67 vs base $350 GT or<br>($0.0372) perlb @ 90% x 2700 lbs<br>shipped | 1- | 1- | E | 90.400 | 90.40- |

**TOTAL ▶**

90.40-

QD 764-012

7/6/05

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 266.67 GT |
| Difference | $ | (83.33) GT |
| Surcharge Increase | $ | (0.0372) Per Lb |
| Surcharge Increase @ 90% | | (0.0335) |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales June 6 thru July 3, 2005

| Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/6/06 | 903971 | 18079362=PNT | | 18049582 | 9931498 | 11362 | 903971 | 96 | 1080 |
| 5/6/30 | 904745 | | 55054761 | 18049582 | 9931498 | 11362 | 904745 | 144 | 1620 |
| | | | | | | | | 240 | 2700 |

TOTAL COUNT   2

| | | |
|---|---|---|
| | Lbs | 2,700 |
| | Price Chg | -$0.0335 |
| | **June Surcharge** | **-90.40** |

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

905678

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6846

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362      Terms: NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate   COLLECT | 8/06/05 | 8/06/05 | 905678 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>July surcharge based on avg metal<br>price $273.20 vs base $350 GT or<br>($0.0343) @ 90% x 52873 lb shipped | 1- | 1- | E | 1631.510 | 1631.51- |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>July surcharge  based on avg metal<br>price $273.20 vs base $350 GT or<br>($0.0343) @ 90% x 52873 lbs<br>shipped | 1- | 1- | E | 1631.510 | 1631.51- |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>July surcharge based on avg metal<br>price $273.20 vs base $350 GT or<br>($0.0343) @ 90% x 38200 lbs<br>shipped | 1- | 1- | E | 1178.740 | 1178.74- |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>July surcharge based on avg metal<br>price $273.20 vs based $350 GT or<br>($0.0343) @ 90% x 38200 lbs<br>shipped | 1- | 1- | E | 1178.740 | 1178.74- |

**TOTAL ▶**

(Continued)

QD 764-012

# CITATION
### Innovative Metal Components

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

905678

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D | T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
|---|---|---|

| S H I P | T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|

Bill To: 11362    Ship To: 11362    Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 8/06/05 | 8/06/05 | 905678 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930263 | 1 | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN<br>July surcharge based on avg metal<br>price $273.20 vs base $350 GT or<br>($0.0343) @ 90% x 5387 lbs<br>shipped | 1- | 1- | E | 166.230 | 166.23- |
| 9930262 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN<br>July surcharge based on avg metal<br>price $273.20 vs base $350 GT or<br>($0.0343) per lb @ 90% x 5387 lbs<br>shipped | 1- | 1- | E | 166.230 | 166.23- |

**TOTAL ▶**   5952.96-

QD 764-012

Delphi Surcharge 705.xls

8/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

| | Base Metal Price | $ | 350.00 | GT |
|---|---|---|---|---|
| | Current Avg Price | $ | 273.20 | GT |
| | Difference | $ | (76.80) | GT |
| | Surcharge Increase | $ | (0.0343) | Per Lb |
| | Surcharge Increase @ 90% | | (0.0309) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 5/7/2018 | 905010 | 18079353 | 18079353 | 550054736 | 9930258 | 11362 | 905010 | 384 | 4190 |
| | 5/7/2019 | 905025 | | | 550054736 | 9930258 | 11362 | 905025 | 864 | 9432 |
| | 5/7/2021 | 905114 | | | 550054736 | 9930258 | 11362 | 905114 | 1,152 | 12576 |
| | 5/7/2025 | 905204 | | | 550054736 | 9930258 | 11362 | 905204 | 864 | 9416 |
| | 5/7/2026 | 905230 | | | 550054736 | 9930258 | 11362 | 905230 | 480 | 5230 |
| | 5/7/2028 | 905314 | | | 550054736 | 9930258 | 11362 | 905314 | 432 | 4707 |
| | 5/8/2001 | 905449 | | | 550054736 | 9930258 | 11362 | 905449 | 672 | 7322 |

TOTAL COUNT    7

4,848    52873

52,873    lbs
-$0.0309    Price Chg

July Surcharge    -1631.51

1

Delphi Surcharge 705.xls

8/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

2

| | | | | | | | Base Metal Price | $ | 350.00 | GT |
| | | | | | | | Current Avg Price | $ | 273.20 | GT |
| | | | | | | | Difference | $ | (76.80) | GT |
| | | | | | | | Surcharge Increase | $ | (0.0343) | Per Lb |
| | | | | | | | Surcharge Increase @ 90% | | (0.0309) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/7/2018 | 905010 | 18079354 | 18079354 | 550054736 | 9930259 | 11362 | 905010 | 384 | 4190 |
| | 5/7/2019 | 905025 | | 18079354 | 550054736 | 9930259 | 11362 | 905025 | 864 | 9432 |
| | 5/7/2021 | 905114 | | 18079354 | 550054736 | 9930259 | 11362 | 905114 | 1,152 | 12576 |
| | 5/7/2025 | 905204 | | 18079354 | 550054736 | 9930259 | 11362 | 905204 | 864 | 9416 |
| | 5/7/2026 | 905230 | | 18079354 | 550054736 | 9930259 | 11362 | 905230 | 480 | 5230 |
| | 5/7/2028 | 905314 | | 18079354 | 550054736 | 9930259 | 11362 | 905314 | 432 | 4707 |
| | 5/8/2001 | 905449 | | 18079354 | 550054736 | 9930259 | 11362 | 905449 | 672 | 7322 |
| TOTAL COUNT | | | | | | 7 | | | 4,848 | 52873 |

Lbs          52,873
Price Chg    -$0.0309
July Surcharge    -1631.51

Delphi Surcharge 705.xls

3

8/8/2005

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 273.20 GT |
| Difference | $ | (76.80) GT |
| Surcharge Increase | $ | (0.0343) Per Lb |
| Surcharge Increase @ 90% | | (0.0309) |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/7/2018 | 905010 | 18079357 | 18079357 | 550054736 | 9930260 | 11362 | 905010 | 720 | 8295 |
| | 5/7/2019 | 905025 | | 18079357 | 550054736 | 9930260 | 11362 | 905025 | 480 | 5530 |
| | 5/7/2021 | 905114 | | 18079357 | 550054736 | 9930260 | 11362 | 905114 | 48 | 553 |
| | 5/7/2025 | 905204 | | 18079357 | 550054736 | 9930260 | 11362 | 905204 | 480 | 5540 |
| | 5/7/2026 | 905230 | | 18079357 | 550054736 | 9930260 | 11362 | 905230 | 240 | 2770 |
| | 5/7/2028 | 905314 | | 18079357 | 550054736 | 9930260 | 11362 | 905314 | 672 | 7756 |
| | 5/8/2001 | 905449 | | 18079357 | 550054736 | 9930260 | 11362 | 905449 | 672 | 7756 |
| TOTAL COUNT | | | | | | 7 | | | 3,312 | 38200 |

| | |
|---|---|
| Lbs | 38,200 |
| Price Chg | $0.0309 |
| **July Surcharge** | -1178.74 |

Delphi Surcharge 7'05.xls

8/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

| | | | | | Base Metal Price | $ | 350.00 | GT |
| | | | | | Current Avg Price | $ | 273.20 | GT |
| | | | | | Difference | $ | (76.80) | GT |
| | | | | | Surcharge Increase | $ | (0.0343) | Per Lb |
| | | | | | Surcharge Increase @ 90% | | (0.0309) | |

4

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/7/2018 | 905010 | 18079358 | 18079358 | 550054736 | 9930261 | 11362 | 905010 | 720 | 8295 |
| | 5/7/2019 | 905025 | | | 550054736 | 9930261 | 11362 | 905025 | 480 | 5530 |
| | 5/7/2021 | 905114 | | | 550054736 | 9930261 | 11362 | 905114 | 48 | 553 |
| | 5/7/2025 | 905204 | | | 550054736 | 9930261 | 11362 | 905204 | 480 | 5540 |
| | 5/7/2026 | 905230 | | | 550054736 | 9930261 | 11362 | 905230 | 240 | 2770 |
| | 5/7/2028 | 905314 | | | 550054736 | 9930261 | 11362 | 905314 | 672 | 7756 |
| | 5/8/2001 | 905449 | | | 550054736 | 9930261 | 11362 | 905449 | 672 | 7756 |
| | | | | | | | | | 3,312 | 38200 |

TOTAL COUNT    7

Lbs                38,200
Price Chg         -$0.0309
July Surcharge    -1178.74

Delphi Surcharge 7'05.xls

5

8/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00  GT |
| Current Avg Price | $ | 273.20  GT |
| Difference | $ | (76.80) GT |
| Surcharge Increase | $ | (0.0343) Per Lb |
| Surcharge Increase @ 90% | | (0.0309) |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 5/7/2018 | 905010 | 18079361 | 18079361 | 550054736 | 9930262 | 11362 | 905010 | 240 | 2692 |
| RS | 5/7/2028 | 905314 | 18079361 | 18079361 | 550054736 | 9930262 | 11362 | 905314 | 240 | 2695 |
| TOTAL COUNT | | | | | | | 2 | | 480 | 5387 |

Lbs                5,387
Price Chg        -$0.0309
**July Surcharge    -166.23**

Delphi Surcharge 7'05.xls

8/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales July 4 thru Aug 1, 2005

6

| | | | Base Metal Price | $ | 350.00 | GT |
| | | | Current Avg Price | $ | 273.20 | GT |
| | | | Difference | $ | (76.80) | GT |
| | | | Surcharge Increase | $ | (0.0343) | Per Lb |
| | | | Surcharge Increase @ 90% | | (0.0309) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/7/2018 | 905010 | 18079362 | | 18079362 | 550054736 | 9930263 | 11362 | 905010 | 240 | 2692 |
| | 5/7/2028 | 905314 | | | 18079362 | 550054736 | 9930263 | 11362 | 905314 | 240 | 2695 |
| | | | | | | | | | | 480 | 5387 |

TOTAL COUNT   2

Lbs   5,387
Price Chg   -$0.0309
July Surcharge   -166.23

# INVOICE

**CITATION**
*Innovative Metal Components*

Citation
Corporation

**CITATION**
*Innovative Metal Components*
Citation
Corporation

| | |
|---|---|
| | **INVOICE NO.** |
| | 905830 |

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**S H I P  T O**

MINDIS INTERNATIONAL INC
1400 SULSER

LUFKIN TX 75904
USA

L1 To: 11362    Ship To: 11362/8

Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 50054761 | Gorno | COLLECT | 8/15/05 | 8/15/05 | 4124 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 31496 | 1 | <S> KNUCKLE 18049576 Product#: 18079358=PNT Material; D12S DUCTILE CUST BHN Packing slip dated 8/15/05 shipped by Gorno- invoice tf4124 | 336 | 3864 | E | 7.777 | 2613.07 |

| | | | | | | **TOTAL ▶** | 2613.07 |

4-012

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE** Citation Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 905831 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
MINDIS INTERNATIONAL INC
1400 SULSER

LUFKIN TX 75904
USA

ll To: 11362    Ship To: 11362/8

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 50054761 | Gorno    COLLECT | 8/15/05 | 8/15/05 | 4123 | 02 |

| RDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 31495   1 | <S> KNUCKLE<br>18049575<br>Product#: 18079357=PNT<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 8/15/05 shipped<br>by Gorno- invoice tf4123 | 336 | 3864 | E | 7.777 | 2613.07 |

**TOTAL ▶**   2613.07

84-012

```
R1020                                                          Time:    7:21:53
te:  8/16/05-44481-rdd   Doc 2055-7   Filed 02/03/06   Entered 02/03/06 16:22:47   Exhibit C
FSHEILAH                      PACKING TICKET DETAIL          PAGE 35 of 50
                              MEMO NO.:   53018
```

```
IP DELPHI E & CHASSIS SYS TEST CENTER    ORDER/ITEM:   9930261    1
 :  SAGINAW OPERATIONS                    LADING #:      4124
    2328 E GENESSEE AVENUE                SHIP VIA:   CH ROB
    SAGINAW MI 48601                      SHIP DATE:   8/15/05
```

| TTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|-----------|-----------|----------|-----------|---------|----------|---------------|-----------|-----|
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777141 |
| CONTAINER SERIAL#:  43166 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777149 |
| CONTAINER SERIAL#:  43183 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777150 |
| CONTAINER SERIAL#:  43184 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777152 |
| CONTAINER SERIAL#:  43186 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777153 |
| CONTAINER SERIAL#:  43187 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777154 |
| CONTAINER SERIAL#:  43192 | | | | | | | | |
| 079358 | 52231 | 48 | | 552 | 517 | 0550054736E5 | | 777155 |
| CONTAINER SERIAL#:  43193 | | | | | | | | |

```
                      5223              336
```

```
                 *** REPORT TOTALS ***

TAL LINE ITEMS:          7          CONTAINER:   E5 COUNT:    7
TAL PIECES:            336
TAL NET WEIGHT:      3,864
TAL TARE WEIGHT:     3,619                # 9931496
TAL GROSS WEIGHT:    7,483
     (NET+TARE)
```

# BILL OF LADING

Mindis International
1400 Sulser Street
Lufkin, Texas 75903
936/632-6077

Date ___08/15/05___

Consigned To: Delphi
Destination       Saginaw Operations
                  2328 E Genessee Avenue
                  Saginaw, Michigan 48601

| No Packages | Description | Weight | |
|---|---|---|---|
| 7 | Pattern No. 18079358 ( 336 pieces)  Memo #53018 | 7,483 | TF# 4124 |
| 7 | Pattern No. 18079357 ( 336 pieces)  Memo #53017 | 7,483 | TF# 4123 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 14,966 | |
| 7 | | | |

Freight charge to be paid for by ___ Shipper   X Consignee   ___ Third Party   ___ Pre-paid

Signature of Cosigner: _____

Signature of Driver: _____

Truck # 645 _____  Load# _____

Carrier: GORNO
Trailer # 553057
Seal# _____

Time Loaded: 5.15
Date: 8·15·05
Verification of Load: _____

BIll Of Lading

Revision 0 - 7/01/04

Appv:H. Hershey

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 906600 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-606-6946

**SOLD TO:**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO:**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362      Ship To: 11362      Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate    COLLECT | 9/04/05 | 9/04/05 | 906600 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>Metal surcharge for Aug '05<br>Base $350/ actual $315.23 or<br>($0.0155) @ 90%<br>6048 pc @ ($.154) each | 1- | 1- | E | 931.390 | 931.39- |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>Aug surcharge =6048 pc @ ($.154) ea | 1- | 1- | E | 931.390 | 931.39- |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>Aug surcharge = 6912 pc @ ($.161)ea | 1- | 1- | E | 1112.830 | 1112.83- |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>Aug surcharge 6912 pc @ ($.161) ea | 1- | 1- | E | 1112.830 | 1112.83- |

**TOTAL ▶**      4088.44-

QD 764-012

9/8/2005

|  |  |  |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 315.23 GT |
| Difference | $ | (34.77) GT |
| Surcharge Increase |  | (0.0155) Per Lb |
| Surcharge Increase @ 90% |  | (0.0140) |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Aug 2 thru Aug 31, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/8/2002 | 905457 |  | 18079353 | 18079353 |  | 9930258 | 11362 | 905457 | 576 | 6276 |
| 5/8/2003 | 905487 |  |  | 18079353 |  | 9930258 | 11362 | 905487 | 576 | 6276 |
| 5/8/2004 | 905533 |  |  | 18079353 |  | 9930258 | 11362 | 905533 | 672 | 7322 |
| 5/8/2011 | 905724 |  |  | 18079353 |  | 9930258 | 11362 | 905724 | 672 | 7331 |
| 5/8/2015 | 905814 |  |  | 18079353 |  | 9930258 | 11362 | 905814 | 672 | 7331 |
| 5/8/2008 | 905633 |  |  | 18079353 | 550054736 | 9930258 | 11362 | 905633 | 672 | 7322 |
| 5/8/2018 | 905908 |  |  | 18079353 | 550054736 | 9930258 | 11362 | 905908 | 672 | 7342 |
| 5/8/2022 | 905994 |  |  | 18079353 | 550054736 | 9930258 | 11362 | 905994 | 864 | 9428 |
| 5/8/2025 | 906078 |  |  | 18079353 | 550054736 | 9930258 | 11362 | 906078 | 672 | 7348 |

TOTAL COUNT    9    6,048    65,976

Pcs    6,048
Price Chg Ea    -$0.1540
Aug Surcharge    -931.39

2

Delphi Surcharge 8 '05.xls

9/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Aug 2 thru Aug 31, 2005

| | Base Metal Price | $ | 350.00 GT |
|---|---|---|---|
| | Current Avg Price | $ | 315.23 GT |
| | Difference | $ | (34.77) GT |
| | Surcharge Increase | | (0.0155) Per Lb |
| | Surcharge Increase @ 90% | | (0.0140) |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/8/2002 | 905457 | | 18079354 | 18079354 | 9930259 | 11362 | 905457 | 576 | 6276 |
| | 5/8/2003 | 905487 | | | 18079354 | 9930259 | 11362 | 905487 | 576 | 6276 |
| | 5/8/2004 | 905533 | | | 18079354 | 9930259 | 11362 | 905533 | 672 | 7322 |
| | 5/8/2011 | 905724 | | | 18079354 | 9930259 | 11362 | 905724 | 672 | 7331 |
| | 5/8/2015 | 905814 | | | 18079354 | 9930259 | 11362 | 905814 | 672 | 7331 |
| | 5/8/2008 | 905633 | | | 550054736 | 9930259 | 11362 | 905633 | 672 | 7322 |
| | 5/8/2018 | 905908 | | | 550054736 | 9930259 | 11362 | 905908 | 672 | 7342 |
| | 5/8/2022 | 905994 | | | 550054736 | 9930259 | 11362 | 905994 | 864 | 9428 |
| | 5/8/2025 | 906078 | | | 550054736 | 9930259 | 11362 | 906078 | 672 | 7348 |

TOTAL COUNT   9

Total: 6,048   65,976

Pcs   6,048
Price Chg Ea   -$0.1540
Avg Surcharge   -931.39

Delphi Surcharge 8 '05.xls

9/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Aug 2 thru Aug 31, 2005

| | Base Metal Price | $ | 350.00 | GT |
| | Current Avg Price | $ | 315.23 | GT |
| | Difference | $ | (34.77) | GT |
| | Surcharge Increase | | (0.0155) | Per Lb |
| | Surcharge Increase @ 90% | | (0.0140) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/8/2002 | 905457 | 18079357 | 18079357 | | 9930260 | 11362 | 905457 | 768 | 8848 |
| | 5/8/2003 | 905487 | | 18079357 | | 9930260 | 11362 | 905487 | 768 | 8860 |
| | 5/8/2004 | 905533 | | 18079357 | | 9930260 | 11362 | 905533 | 672 | 7750 |
| | 5/8/2011 | 905724 | | 18079357 | | 9930260 | 11362 | 905724 | 672 | 7752 |
| | 5/8/2015 | 905814 | | 18079357 | | 9930260 | 11362 | 905814 | 336 | 3874 |
| | 5/8/2015 | 905633 | | 18079357 | | 9930260 | 11362 | 905633 | 672 | 7754 |
| | 5/8/2008 | 905908 | | 18079357 | 550054736 | 9930260 | 11362 | 905908 | 672 | 7812 |
| | 5/8/2018 | 905994 | | 18079357 | 550054736 | 9930260 | 11362 | 905994 | 480 | 5560 |
| | 5/8/2022 | 906078 | | 18079357 | 550054736 | 9930260 | 11362 | 906078 | 672 | 7784 |
| | 5/8/2025 | 906219 | | 18079357 | 550054736 | 9930260 | 11362 | 906219 | 864 | 9954 |
| | 5/8/2029 | | | 18079357 | 550054736 | | | | | |
| | | | | | | TOTAL COUNT | 10 | | 6,576 | 75,948 |
| RS | 5/8/2015 | 905831 | 18079357=PNT | 18079575 | 550054761 | 9931495 | 11362 | 905831 | 336 | 3864 |
| | | | | | | TOTAL COUNT | 1 | | 336 | 3864 |

| | Pcs | 6,912 |
| | Price Chg Ea | -$0.1610 |
| | Avg Surcharge | -1112.83 |

Delphi Surcharge 8 '05.xls

4

9/8/2005

Citation Lutkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Aug 2 thru Aug 31, 2005

| | Base Metal Price | $ | 350.00 | GT |
| | Current Avg Price | $ | 315.23 | GT |
| | Difference | $ | (34.77) | GT |
| | Surcharge Increase | $ | (0.0155) | Per Lb |
| | Surcharge Increase @ 90% | | (0.0140) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/8/2002 | 905457 | 18079358 | 18079358 | | 9930261 | 11362 | 905457 | 768 | 8848 |
| | 5/8/2003 | 905487 | | 18079358 | | 9930261 | 11362 | 905487 | 768 | 8860 |
| | 5/8/2004 | 905533 | | 18079358 | | 9930261 | 11362 | 905533 | 672 | 7750 |
| | 5/8/2011 | 905724 | | 18079358 | | 9930261 | 11362 | 905724 | 672 | 7752 |
| | 5/8/2015 | 905814 | | 18079358 | | 9930261 | 11362 | 905814 | 336 | 3874 |
| | 5/8/2015 | 905633 | | 18079358 | 550054736 | 9930261 | 11362 | 905633 | 672 | 7754 |
| | 5/8/2018 | 905908 | | 18079358 | 550054736 | 9930261 | 11362 | 905908 | 672 | 7812 |
| | 5/8/2022 | 905994 | | 18079358 | 550054736 | 9930261 | 11362 | 905994 | 480 | 5560 |
| | 5/8/2025 | 906078 | | 18079358 | 550054736 | 9930261 | 11362 | 906078 | 672 | 7784 |
| | 5/8/2029 | 906219 | | 18079358 | 550054736 | 9930261 | 11362 | 906219 | 864 | 9954 |
| | | | | | | TOTAL COUNT | 11 | | 6,576 | 75,948 |
| | 5/8/2015 | 905830 18079358=PNT | | 18049576 | 550054761 | 9931496 | 11362 | 905830 | 336 | 3864 |
| | | | | | | TOTAL COUNT | 1 | | 336 | 3864 |

Pcs  6,912
Price Chg Ea  -$0.1610
Aug Surcharge  -1112.83

5

# CITATION
**Innovative Metal Components**

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
Innovative Metal Components   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 906841 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362     Ship To: 11362

Terms: NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | GORNO | COLLECT | 9/19/05 | 9/19/05 | 906841 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br>14 | 7312 | E | 6.910<br><br><br>.0000 | 4643.52<br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br>14 | 7312 | E | 6.910<br><br><br>.0000 | 4643.52<br><br><br>.00 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br>14 | 7725 | E | 6.980<br><br><br>.0000 | 4690.56<br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br>14 | 7725 | E | 6.980<br><br><br>.0000 | 4690.56<br><br><br>.00 |

**TOTAL ▶**     18668.16

ID 764-012

PACKING TICKET

# CITATION
### Innovative Metal Components

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

| C.O.D. AMOUNT |
| --- |

ACCOUNTING

FROM

**CARRIER**

TERR.

9/19 05 GORNO 0906841

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SPECIAL REMARKS | CUSTOMER NO. |
| --- | --- |
| | 11362 |

SHIP DELPHI E & CHASSIS SYS TEST CEN#203288
): SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI
48601

| F.O.B. |
| --- |
| COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 18079353 18079353 | 9930258 1 | 0550054736 6 | D12S | 672 REV#: | 7312 SEE DETAIL | | 14 | P |
| 18079354 18079354 | 9930259 1 | 0550054736 6 | D12S | 672 REV#: | 7312 SEE DETAIL | | 14 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 0550054736 6 | D12S | 672 REV#: | 7725 SEE DETAIL | | 14 | P |
| 18079358 18079358 | 9930261 1 | 0550054736 6 | D12S | 672 REV#: | 7725 SEE DETAIL | | 14 IN CONT | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

★ DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
| --- | --- | --- | --- | --- | --- |
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20324 | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20310 |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
| --- | --- | --- | --- |
| | 30074 | 10560 | 40634 |

CITATION CORP., **Shipper, Per** **AGENT** **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

B/L 906841

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL-NON NEGOTIABLE

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

**FROM**

**CARRIER**

7/19   05   GORMO

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading
e property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below   which said
npany (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery
said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all
any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not
initiated by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**HIP TO:**

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW                    MI
                    48601

**CUSTOMER NO.**

11362

**F.O.B.**  COLLECT

**PECIAL REMARKS**
203288

C.O.D.
AMOUNT

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
  The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

(Signature of Consignor)

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |

**Received $**
to apply in prepayment of
the charges on the property
described hereon.

**Agent or Cashier**
**Per**
(The signature here acknowledges
only the amount prepaid.)

**Charges advanced:**

**$**

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30074 | 10560 | 40634 |

CITATION CORP.,   Shipper, Per                AGENT                           PER
ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding                          per

B/L      904011

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION Citation
*Innovative Metal Components* Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

INVOICE NO.

906887

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

SHIP TO

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362     Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 550054736 | GORNO | | COLLECT | 9/20/05 | 9/20/05 | 906887 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 30258 | 1 | <S> KNUCKLE 18079353 Product#: 18079353 Material: D12S DUCTILE CUST BHN DPR DELPHI PLASTIC INSERT | 672 | 7310 | E | 6.910 | 4643.52 |
| | | | | 14 | | .0000 | .00 |
| 30259 | 1 | <S> KNUCKLE 18079354 Product#: 18079354 Material: D12S DUCTILE CUST BHN ATC  ADD TO CONTAINER | 672 | 7310 | E | 6.910 | 4643.52 |
| | | | | 14 | | .0000 | .00 |
| 30260 | 1 | <S> KNUCKLE 18079357 Product#: 18079357 Material: D12S DUCTILE CUST BHN DPR DELPHI PLASTIC INSERT | 480 | 5519 | E | 6.980 | 3350.40 |
| | | | | 10 | | .0000 | .00 |
| 30261 | 1 | <S> KNUCKLE 18079358 Product#: 18079358 Material: D12S DUCTILE CUST BHN ATC  ADD TO CONTAINER | 480 | 5519 | E | 6.980 | 3350.40 |
| | | | | 10 | | .0000 | .00 |
| 30262 | 1 | <S> KNUCKLE 18079361 Product#: 18079361 Material: D12S DUCTILE CUST BHN DPR DELPHI PLASTIC INSERT | 192 | 2156 | E | 7.000 | 1344.00 |
| | | | | 4 | | .0000 | .00 |
| 30263 | 1 | <S> KNUCKLE 18079362 Product#: 18079362 Material: D12S DUCTILE CUST BHN | 192 | 2156 | E | 7.000 | 1344.00 |

TOTAL ▶ (Continued)

64-012

# CITATION
*Innovative Metal Components*

**INVOICE**

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

906887

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms: NET 30 DAYS
Supplier: 008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550054736 | GORNO | COLLECT | 9/20/05 | 9/20/05 | 906887 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | ATC   ADD TO CONTAINER | 4 | | | .0000 | .00 |

**TOTAL ▶**

18675.84

4-012

# CITATION
Innovative Metal Components

Lufkin, Texas 75904

D-U-N-S 00-806-6946

| C.O.D. AMOUNT |
|---|

FROM

CARRIER

TERR.

9/20   05   GORNO                              0906887

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of this receipt by the carrier of the property described in the Original Bill of Lading.
property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word
mpany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its
n water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at
r time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions
back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SPECIAL REMARKS | CUSTOMER NO. 11362 |
|---|---|

HIP DELPHI E & CHASSIS SYS TEST CEN#399507
:   SAGINAW OPERATIONS
):   2328 E GENESSEE AVENUE
     SAGINAW           MI
                       48601

| F.O.B. |
|---|
| COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079353 | 9930258 | 0550054736 | D12S | 672 | 7310 | | 14 | P |
| 18079353 | 1 | 6 | | REV#: | SEE DETAIL | | | |
| 18079354 | 9930259 | 0550054736 | D12S | 672 | 7310 | | 14 | P |
| 18079354 | 1 | 6 | | REV#: | SEE DETAIL | | IN CONT | |
| 18079357 | 9930260 | 0550054736 | D12S | 480 | 5519 | | 10 | P |
| 18079357 | 1 | 6 | | REV#: | SEE DETAIL | | | |
| 18079358 | 9930261 | 0550054736 | D12S | 480 | 5519 | | 10 | P |
| 18079358 | 1 | 6 | | REV#: | SEE DETAIL | | IN CONT | |
| 18079361 | 9930262 | 0550054736 | D12S | 192 | 2156 | | 4 | P |
| 18079361 | 1 | 6 | | REV#: | SEE DETAIL | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| | | |
| | | |

:ITATION CORP.,   Shipper, Per                  AGENT          PER
'ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically.
writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding                per                      B/L

PACKING TICKET

ACCOUNTING

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

**TERR.**

| C.O.D. AMOUNT |
|---|

9/20    05      GORNO                                    0906887

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. e property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below; which said company (the word mpany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its n water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at y time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

**CUSTOMER NO.**
11362

HIP DELPHI E & CHASSIS SYS TEST CEN#399507
2:   SAGINAW OPERATIONS
     2328 E GENESSEE AVENUE
     SAGINAW              MI
                     48601

| F.O.B. |
|---|
| COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079362 | 9930263 | 0550054736 | D12S | 192 | 2156 | | 4 | P |
| 18079362 | 1 | 6 | | REV#: | SEE DETAIL | | IN CONT | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20284 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20266 |

**ITATION CORP.,    Shipper, Per          AGENT          PER**

ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 29970 | 10580 | 40550 |

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether s carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
ecifically stated by the shipper to be not exceeding                    per

**B/L**    906887

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

**CARRIER**

9/20   05   SORNO

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading e property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said mpany (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not nhibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**HIP TO:**

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW                    MI
                 48601

**CUSTOMER NO.**
11362

**F.O.B.   COLLECT**

**PECIAL REMARKS**
399507

**C.O.D.
AMOUNT**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

*HAlbert Poole    Halbert Poole*

(Signature of Consignor)

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |

**Received $**
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
Per
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 29970 | 10580 | 40550 |

**CITATION CORP.,   Shipper, Per   LUFFATU   AGENT   PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE–where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                    per

**B/L**   906887



# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 906934 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362       Ship To: 11362              Terms:  NET 30 DAYS
                                                Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | GORNO | COLLECT | 9/22/05 | 9/22/05 | 906934 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7308 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7308 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7741 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7741 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |

**TOTAL ▶**   18668.16

ID 764-012