# CITATION
### Innovative Metal Components

**ACCOUNTING**

CITATION CORPORATION
1619 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

| | | | |
|---|---|---|---|
| **FROM** | | | **C.O.D. AMOUNT** |
| | **CARRIER** | **TERR.** | |
| 9/22    05 | GORNO | 0906934 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
: property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word
pany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its
water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at
time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions
back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

**CUSTOMER NO.**
11362

SHIP DELPHI E & CHASSIS SYS TEST CEN#553057
): SAGINAW OPERATIONS
   2328 E GENESSEE AVENUE
   SAGINAW          MI
                    48601

**F.O.B.**
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079353<br>18079353 | 9930258<br>1 | 0550054736<br>6 | D12S | 672<br>REV#: | 7308<br>SEE DETAIL. | | 14 | P |
| 18079354<br>18079354 | 9930259<br>1 | 0550054736<br>6 | D12S | 672<br>REV#: | 7308<br>SEE DETAIL. | | 14<br>IN CONT | P |
| 18079357<br>18079357 | 9930260<br>1 | 0550054736<br>6 | D12S | 672<br>REV#: | 7741<br>SEE DETAIL. | | 14 | P |
| 18079358<br>18079358 | 9930261<br>1 | 0550054736<br>6 | D12S | 672<br>REV#: | 7741<br>SEE DETAIL. | | 14<br>IN CONT | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20404 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20389 |

| | | | | | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|---|---|
| ATION CORP., | **Shipper, Per** | **AGENT** | **PER** | | 30098 | 10695 | 40793 |

manent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
carrier's or shipper's weight. NOTE–where the rate is dependent on value, shippers are required to state specifically
riting the agreed or declared value of the property.
  agreed or declared value of the property is hereby
cifically stated by the shipper to be not exceeding                    per                    **B/L**    906934

# CITATION

**FROM**

Innovative Metal Components

**CARRIER**

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

9/22  05  GORNO

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading e property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below which said pany (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under this contract) agrees to carry its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not inhibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**HIP TO:**

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW                    MI
                    48601

**CUSTOMER NO.**

11362

**F.O.B.**  COLLECT

**PECIAL REMARKS**
553057

**C.O.D.
AMOUNT**

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

(Signature of Consignor)

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $
to apply in prepayment of
the charges on the property
described hereon.

**Agent or Cashier
Per**
(The signature here acknowledges
only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30098 | 10695 | 40793 |

**CITATION CORP.,**    **Shipper, Per**    LUFRATIN    **AGENT**    **PER**

ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
n writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding                    per

**B/L**    904934

# CITATION

*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

## INVOICE

CITATION    Citation
*Innovative Metal Components*    Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 907035 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C. CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
| --- | --- | --- | --- |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 0550054736 | GORNO    COLLECT | 9/26/05 | 9/26/05 | 907035 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| 9930258    1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7308 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930259    1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7308 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930260    1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 432<br><br><br><br>9 | 4989 | E | 6.980<br><br><br><br>.0000 | 3015.36<br><br><br><br>.00 |
| 9930261    1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 432<br><br><br><br>9 | 4989 | E | 6.980<br><br><br><br>.0000 | 3015.36<br><br><br><br>.00 |

TOTAL ▶    15317.76

D 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

Citation Corporation
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ACCOUNTING

**C.O.D. AMOUNT**

FROM                    CARRIER                    TERR.

9/26   05   GORNO                    0907035

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

## SPECIAL REMARKS

SHIP DELPHI E & CHASSIS SYS TEST CEN#536380
TO: SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW        MI
48601

CUSTOMER NO.
11362

F.O.B.
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079353 18079353 | 9930258 1 | 0550054736 6 | D12S | 672 REV#: | 7308 SEE DETAIL | | 14 | P |
| 18079354 18079354 | 9930259 1 | 0550054736 6 | D12S | 672 REV#: | 7308 SEE DETAIL | | 14 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 0550054736 6 | D12S | 432 REV#: | 4989 SEE DETAIL | | 9 | P |
| 18079358 18079358 | 9930261 1 | 0550054736 6 | D12S | 432 REV#: | 4989 SEE DETAIL | | 9 IN CONT | P |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 16663 | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 23 | | 16648 |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 24594 | 8716 | 33310 |

CITATION CORP.,   Shipper, Per        AGENT        PER

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

B/L   907035

ORIGINAL NOT NEGOTIABLE

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

9/26  05  GORNO

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading he property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery t said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carriers or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not rohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**HIP TO:**

DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW                    MI
                           48601

**CUSTOMER NO.**

11362

**F.O.B.**  COLLECT

**PECIAL REMARKS**
536380

**C.O.D.
AMOUNT**

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
  The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

_____
(Signature of Consignor)

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | |
|---|---|---|---|
| (23) | CONTAINERS ROUGH CASTING ITEM 104770 | | |
| | PIECES ROUGH CASTING ITEM 104770 | | |
| | | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | | |
| | USED PATTERN EQUIPMENT ITEM 185520 | | |
| | | | |
| | | | |
| | | | |

**Received $**
to apply in prepayment of
the charges on the property
described hereon.

**Agent or Cashier**
**Per**
(The signature here acknowledges
only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 24594 | 8716 | 33310 |

**AGENT**                    **PER**

:ITATION CORP.,    Shipper, Per    LUERATH
'ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically n writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding                    per

**B/L**    907030

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**
907102

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | MENLO | COLLECT | 9/29/05 | 9/29/05 | 907102 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7328 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7328 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7758 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7758 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |

JD 764-012

**TOTAL ▶**   18668.16

PACKING TICKET

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

Citation Corporation
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

Pg 6 of 51

ACCOUNTING

**C.O.D. AMOUNT**

**TERR.**

9/29   05   MENLO                    0907102

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

**SPECIAL REMARKS**                                          **CUSTOMER NO.** 11362

HIP DELPHI E & CHASSIS SYS TEST CENSORNO #48882
O: SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW       MI
48601

**F.O.B.** COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079353 18079353 | 9930258 1 | 0550054736 6 | D12S | 672 REV#: | 7328 SEE DETAIL | | 14 | P |
| 18079354 18079354 | 9930259 1 | 0550054736 6 | D12S | 672 REV#: | 7328 SEE DETAIL | | 14 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 0550054736 6 | D12S | 672 REV#: | 7758 SEE DETAIL | | 14 | P |
| 18079358 18079358 | 9930261 1 | 0550054736 6 | D12S | 672 REV#: | 7758 SEE DETAIL | | 14 IN CONT | P |

*DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20436 | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20425 |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 30172 | 10689 | 40861 |

ITATION CORP.   Shipper, Per        AGENT        PER
ermanent post-office address of shipper: P.O. Box 3716, Lufkin, Texas 75903

B/L   9907102



**FROM**  CARRIER

CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ORIGINAL · NOT NEGOTIABLE

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

**SHIP TO:**

DELPHI E & C CHANGING DIV. (EGA CONTER)
EASTMAN OPERATIONS
2326 E CHEROKEE AVENUE
SAGINAW

**CUSTOMER NO.**

**F.O.B.**

**SPECIAL REMARKS**

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

Received $
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
Per
(The signature here acknowledges only the amount prepaid.)
**Charges advanced:**
$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30172 | 10689 | 40861 |

**CITATION CORP.,**  **Shipper, Per**  LUBRICAN **AGENT**  **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                per

B/L

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION    Citation
*Innovative Metal Components*    Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 907242 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-808-6948

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362    Ship To: 11362    Terms:  NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 0550054736 | | GORNO | COLLECT | 10/03/05 | 10/03/05 | 907242 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 432<br><br><br>9 | 4950 | E | 6.980<br><br><br>.0000 | 3015.36<br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 432<br><br><br>9 | 4950 | E | 6.980<br><br><br>.0000 | 3015.36<br><br><br>.00 |
| 9930262 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 192<br><br><br>4 | 2156 | E | 7.000<br><br><br>.0000 | 1344.00<br><br><br>.00 |
| 9930263 | 1 | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 192<br><br><br>4 | 2156 | E | 7.000<br><br><br>.0000 | 1344.00<br><br><br>.00 |
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 720<br><br><br>15 | 7860 | E | 6.910<br><br><br>.0000 | 4975.20<br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN | 720 | 7860 | E | 6.910 | 4975.20 |

TOTAL (continued)

ID 764-012

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION    Citation
*Innovative Metal Components*    Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 907242 |

TERMS
NET 90 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | GORNO | COLLECT 10/03/05 | 10/03/05 | 907242 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | ATC   ADD TO CONTAINER | 15 | | | .0000 | .00 |

| | TOTAL ▶ | 18669.12 |
|---|---|---|

ID 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

STATE OF LUFKIN

ACCOUNTING

FROM

CARRIER

C.O.D.
AMOUNT

TERR.

10/07    15    COPND    0907242

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | SPECIAL REMARKS | | CUSTOMER NO. |
|---|---|---|---|

SHIP DELPHI E & CHASSIS SYS TEST CENM036380              11362
TO:  SAGINAW OPERATIONS
     2328 E GENESSEE AVENUE
     SAGINAW            MI
                    48601

F.O.B.

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079353 18079353T | 9930258 1 | 0550054736 6 | D12S | 720 REV#: | 7860 SEE DETAIL | | 15 | P |
| 18079354 18079354 | 9930259 1 | 0550054736 6 | D12S | 720 REV#: | 7860 SEE DETAIL | | 15 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 0550054736 6 | D12S | 432 REV#: | 4950 SEE DETAIL | | 9 | P |
| 18079358 18079358 | 9930261 1 | 0550054736 6 | D12S | 432 REV#: | 4950 SEE DETAIL | | 9 IN CONT | P |
| 18079361 18079361 | 9930262 1 | 0550054736 6 | D12S | 192 REV#: | 2154 SEE DETAIL | | 4 | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | | | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|

**CITATION CORP.,**    Shipper, Per          **AGENT**          **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding              per

B/L 907242

PACKING TICKET

# CITATION
Innovative Metal Components

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

**FROM**

**CARRIER**

**TERR.**

**C.O.D. AMOUNT**

10703   05   BURNS   0907242

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each station or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| SPECIAL REMARKS | CUSTOMER NO. |
|---|---|
| | 11362 |

SHIP TO:
DELPHI E & CHASSIS SYS TEST GENWS36380
SAGINAW OPERATIONS
2328 E GENESEE AVENUE
SAGINAW          MI
                 48601

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079362 | 9930263 | 0550054734 | D120 | 192 | 2154 | | 4 | P |
| 18079362 | 1 | 6 | | NEW# | SEE DETAIL | | IN CONT | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20256 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20243 |

| | | | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|---|
| **CITATION CORP.,** Shipper, Per | **AGENT** | **PER** | 29932 | 10567 | 40499 |

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**B/L**   907242

FROM

**CITATION**
Innovative Metal Components

CARRIER

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:

CUSTOMER NO.

F.O.B.

SPECIAL REMARKS


C.O.D.
AMOUNT

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
    The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

Received $
to apply in prepayment of
the charges on the property
described hereon.

Agent or Cashier
Per
(The signature here acknowledges
only the amount prepaid.)
Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 29932 | 10567 | 40499 |

**CITATION CORP.**    Shipper, Per    LUFFATON    AGENT    PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding                                    per

B/L

# CITATION
## Innovative Metal Components
### Citation
### Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION
Innovative Metal Components
Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

TERMS
NET 20 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-606-6946

**INVOICE NO.**
907257

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 0550054736 | | GORNO | COLLECT | 10/05/05 | 10/05/05 | 907257 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7700 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7700 | E | 6.980<br><br><br><br>.0000 | 4690.56<br><br><br><br>.00 |
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 672<br><br><br><br>14 | 7328 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 672<br><br><br><br>14 | 7328 | E | 6.910<br><br><br><br>.0000 | 4643.52<br><br><br><br>.00 |

TOTAL ▶   18668.16

0D 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

CARRIER

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ACCOUNTING

**C.O.D. AMOUNT**

FROM

TERR.

Exhibit C

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading ...

SPECIAL REMARKS

CUSTOMER NO.
11342

HIP

O:

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079353 | 9930258 | 0550054736 | D12S | 672 | 7328 | | 14 | P |
| 18079353 | 1 | 6 | | REV#: | SEE DETAIL | | | |
| 18079354 | 9930259 | 0550054736 | D12S | 672 | 7328 | | 14 | P |
| 18079354 | 1 | 6 | | REV#: | SEE DETAIL | | IN CONT | |
| 18079357 | 9930260 | 0550054736 | D12S | 672 | 7700 | | 14 | P |
| 18079357 | 1 | 6 | | REV#: | SEE DETAIL | | | |
| 18079358 | 9930261 | 0550054736 | D12S | 672 | 7700 | | 14 | P |
| 18079358 | 1 | 6 | | REV#: | SEE DETAIL | | IN CONT | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 29329 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 20 | | 20320 |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 30056 | 10593 | 40649 |

**TATION CORP.** Shipper, Per       **AGENT**       **PER**

rmanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
i carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby
cifically stated by the shipper to be not exceeding                   per

B/L

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

**SHIP TO:**

DELPHI E & CHASSIS 376 TEST CENTER
SAGINAW OPERATIONS
3310 E GENESSEE AVENUE
SAGINAW                     MI
                  48601

**CUSTOMER NO.**

**F.O.B.** COLLECT

**SPECIAL REMARKS**

C.O.D. AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
   The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(Signature of Consignor)_

HAlbert Poole      Halbert Poole

Received $
to apply in prepayment of the charges on the property described hereon.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

**Agent or Cashier**
Per
(The signature here acknowledges only the amount prepaid.)
**Charges advanced:**
$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 30056 | 10593 | 40649 |

**CITATION CORP.,   Shipper, Per** LUFKIN **AGENT** **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                 per

**B/L**

# INVOICE

**CITATION**
*Innovative Metal Components*
Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION    Citation
*Innovative Metal Components*    Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 907329 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

**S O L D T O**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**S H I P T O**
DELPHI E & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11362      Ship To: 11362
Terms:  NET 30 DAYS
Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 0550054736 | MENLO   COLLECT | 10/06/05 | 10/06/05 | 907329 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 720<br><br><br><br>15 | 7846 | E | 6.910<br><br><br><br>.0000 | 4975.20<br><br><br><br>.00 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 720<br><br><br><br>15 | 7846 | E | 6.910<br><br><br><br>.0000 | 4975.20<br><br><br><br>.00 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>DPR DELPHI PLASTIC INSERT | 624<br><br><br><br>13 | 7150 | E | 6.980<br><br><br><br>.0000 | 4355.52<br><br><br><br>.00 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>ATC  ADD TO CONTAINER | 624<br><br><br><br>13 | 7150 | E | 6.980<br><br><br><br>.0000 | 4355.52<br><br><br><br>.00 |

*Paid 10-31-06*

ID 784-012

**TOTAL ▶**    18661.44

PACKING TICKET

# CITATION
Innovative Metal Components

Citation Corporation
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-B06-6946

**C.O.D. AMOUNT**

FROM
CARRIER
TERR.

10/06   05   MENLO   0907329

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS

CUSTOMER NO.
11362

SHIP  DELPHI E & CHASSIS SYS TEST CENGORNO #48882
TO:   SAGINAW OPERATIONS
      2328 E GENESSEE AVENUE
                      MI
      SAGINAW
                      48601

**F.O.B.**
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079353 18079353 | 9930258 1 | 0550054736 6 | D12S | 720 REV#: | 7846 SEE DETAIL | | 15 | P |
| 18079354 18079354 | 9930259 1 | 0550054736 6 | D12S | 720 REV#: | 7846 SEE DETAIL | | 15 IN CONT | P |
| 18079357 18079357 | 9930260 1 | 0550054736 6 | D12S | 624 REV#: | 7150 SEE DETAIL | | 13 | P |
| 18079358 18079358 | 9930261 1 | 0550054736 6 | D12S | 624 REV#: | 7150 SEE DETAIL | | 13 IN CONT | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 20287 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 28 | | 20275 |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 29992 | 10570 | 40562 |

CITATION CORP.,   Shipper, Per        AGENT        PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding              per

B/L   907329

STRAIGHT BILL OF LADING - SHORT FORM
ORIGINAL - NOT NEGOTIABLE

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

**FROM**

CARRIER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.

This property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any or all said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

## SHIP TO:

DELPHI C & CHASSIS SYS TEST CENTER
SAGINAW OPERATIONS
3900 E GENESSEE AVENUE
SAGINAW MI

**CUSTOMER NO.** 11707

**F.O.B.** COLLECT

## SPECIAL REMARKS

**C.O.D. AMOUNT**

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 28 | CONTAINERS ROUGH CASTING ITEM 104770 | |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

Received $ to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**

Per _____
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$ _____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 29992 | 10570 | 40562 |

**CITATION CORP.,     Shipper, Per** LUFKIN **AGENT** _____ PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**B/L**

# CITATION
Innovative Metal Components

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

INVOICE NO.
907451

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362

Terms:   NET 30 DAYS
Supplier:  008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 10/02/05 | 10/02/05 | 907451 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930258 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>Sept '05 surcharge avg metal price<br>$362.88 vs base $350 GT or $0.0058<br>@90% x 7200 lbs shipped | 1 | 1 | E | 453.600 | 453.60 |
| 9930259 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>Sept '05 surcharge avg metal price<br>$362.88 vs base $350 GT or $0.0058<br>@90% x 7200 lbs shipped | 1 | 1 | E | 453.600 | 453.60 |
| 9930260 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>Sept '05 surcharge avg metal price<br>$362.88 vs base $350 GT or $0.0058<br>per lb @ 90% x 7152 lbs shipped | 1 | 1 | E | 472.030 | 472.03 |
| 9930261 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>Sept '05 surcharge avg metal price<br>$362.88 vs base $350 GT or $0.0058<br>per lb @ 90% x 7152 lbs shipped | 1 | 1 | E | 472.030 | 472.03 |
| 9930262 | 1 | <S> KNUCKLE<br>18079361 | 1 | 1 | E | 12.290 | 12.29 |

0-764-012

TOTAL ▶ (Continued)

# CITATION
## Innovative Metal Components

INVOICE

P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

907451

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

ID-DUNS 00-806-6946

```
S   DELPHI E & C CSTC            S   DELPHI E & CHASSIS SYS TEST CENTER
O   INVOICE MAIL CODE R-02       H   SAGINAW OPERATIONS
L   2582 EAST RIVER ROAD         I   2328 E GENESSEE AVENUE
D   MORAINE OH 45439             P   SAGINAW MI 48601
T                                T
O                                O
```

Bill To: 11362    Ship To: 11362    Terms:   NET 30 DAYS
                                   Supplier:   008066946

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054736 | PAM Dedicate | COLLECT | 10/02/05 | 10/02/05 | 907451 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | Product#: 18079361 | | | | | |
| | | Material: D12S DUCTILE CUST BHN | | | | | |
| | | Sept '05 surcharge avg metal price | | | | | |
| | | $362.88 vs base $350 GT or $0.0058 | | | | | |
| | | per lb @ 90% x 192 lbs shipped | | | | | |
| 9930263 | 1 | <S> KNUCKLE | 1 | 1 | E | 12.290 | 12.29 |
| | | 18079362 | | | | | |
| | | Product#: 18079362 | | | | | |
| | | Material: D12S DUCTILE CUST BHN | | | | | |
| | | Sept '05 surcharge avg metal price | | | | | |
| | | $362.88 vs base $350 GT or $0.0058 | | | | | |
| | | per lb @ 90% x 192 lbs shipped | | | | | |

TOTAL ▶    1875.84

ID-784-012

10/2/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| Base Metal Price | $ | 350.00 |
|---|---|---|
| Current Avg Price | $ | 362.88 |
| Difference | $ | 12.88 |
| Surcharge Increase | $ | 0.0058 |
| Surcharge Increase @ 90% | | 0.0052 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust# | Bill-To# | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2006 | 906459 | 18079353 | 18079353 | 18079353 | 550054736 | 9930258 | 11362 | 906459 | 480 | 5250 |
| | 5/9/2007 | 906466 | | | 18079353 | 550054736 | 9930258 | 11362 | 906466 | 1,008 | 11007 |
| | 5/9/2008 | 906525 | | | 18079353 | 550054736 | 9930258 | 11362 | 906525 | 336 | 3668 |
| | 5/9/2012 | 906658 | | | 18079353 | 550054736 | 9930258 | 11362 | 906658 | 672 | 7336 |
| | 5/9/2013 | 906676 | | | 18079353 | 550054736 | 9930258 | 11362 | 906676 | 672 | 7334 |
| | 5/9/2015 | 906727 | | | 18079353 | 550054736 | 9930258 | 11362 | 906727 | 672 | 7312 |
| | 5/9/2019 | 906841 | | | 18079353 | 550054736 | 9930258 | 11362 | 906841 | 672 | 7312 |
| | 5/9/2020 | 906887 | | | 18079353 | 550054736 | 9930258 | 11362 | 906887 | 672 | 7310 |
| | 5/9/2022 | 906934 | | | 18079353 | 550054736 | 9930258 | 11362 | 906934 | 672 | 7308 |
| | 5/9/2026 | 907035 | | | 18079353 | 550054736 | 9930258 | 11362 | 907035 | 672 | 7308 |
| | 5/9/2029 | 907102 | | | 18079353 | 550054736 | 9930258 | 11362 | 907102 | 672 | 7328 |
| | | | | | | | | | | 7,200 | 78,473 |

TOTAL COUNT    11

| | |
|---|---|
| Pcs | 7,200 |
| Price Chg Ea | $0.0630 |
| Avg Surcharge | 453.60 |

2

10/2/2005

| | | | Base Metal Price | $ 350.00 |
|---|---|---|---|---|
| | | | Current Avg Price | $ 362.88 |
| | | | Difference | $ 12.88 |
| | | | Surcharge Increase | $ 0.0058 |
| | | | Surcharge Increase @ 90% | 0.0052 |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Range | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2006 | 906459 | 18079354 | 18079354 | | 550054736 | 9930259 | 11362 | 906459 | 480 | 5250 |
| | 5/9/2007 | 906466 | | | | 550054736 | 9930259 | 11362 | 906466 | 1,008 | 11006 |
| | 5/9/2008 | 906525 | | | | 550054736 | 9930259 | 11362 | 906525 | 336 | 3668 |
| | 5/9/2012 | 906658 | | | | 550054736 | 9930259 | 11362 | 906658 | 672 | 7336 |
| | 5/9/2013 | 906676 | | | | 550054736 | 9930259 | 11362 | 906676 | 672 | 7334 |
| | 5/9/2015 | 906727 | | | | 550054736 | 9930259 | 11362 | 906727 | 672 | 7312 |
| | 5/9/2019 | 906841 | | | | 550054736 | 9930259 | 11362 | 906841 | 672 | 7312 |
| | 5/9/2020 | 906887 | | | | 550054736 | 9930259 | 11362 | 906887 | 672 | 7310 |
| | 5/9/2022 | 906934 | | | | 550054736 | 9930259 | 11362 | 906934 | 672 | 7308 |
| | 5/9/2026 | 907035 | | | | 550054736 | 9930259 | 11362 | 907035 | 672 | 7308 |
| | 5/9/2029 | 907102 | | | | 550054736 | 9930259 | 11362 | 907102 | 672 | 7328 |
| | TOTAL COUNT | | | | | | | 11 | | 7,200 | 78,472 |

Pcs 7,200
Price Chg Ea $0.0630

Avg Surcharge 453.60

Delphi Surcharge 9'05.xls

3

10/2/2005

Citation Lufkin Sales History Analysis Based
Selects Records Based on Record Type     on Date     Range
DELPHI - Sales Sept 1 thru Sept 30, 2005

| | | | | | Base Metal Price | $ | 350.00 |
|---|---|---|---|---|---|---|---|
| | | | | | Current Avg Price | $ | 362.88 |
| | | | | | Difference | $ | 12.88 |
| | | | | | Surcharge Increase | $ | 0.0056 |
| | | | | | Surcharge Increase @ 90% | $ | 0.0052 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Range | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2006 | 906459 | | 18079357 | 18079357 | 550054736 | 9930260 | 11362 | 906459 | 864 | 9969 |
| | 5/9/2007 | 906466 | | | 18079357 | 550054736 | 9930260 | 11362 | 906466 | 336 | 3878 |
| | 5/9/2008 | 906525 | | | 18079357 | 550054736 | 9930260 | 11362 | 906525 | 1,008 | 11634 |
| | 5/9/2012 | 906658 | | | 18079357 | 550054736 | 9930260 | 11362 | 906658 | 672 | 7756 |
| | 5/9/2013 | 906676 | | | 18079357 | 550054736 | 9930260 | 11362 | 906676 | 672 | 7743 |
| | 5/9/2015 | 906727 | | | 18079357 | 550054736 | 9930260 | 11362 | 906727 | 672 | 7754 |
| RS | 5/9/2019 | 906841 | | | 18079357 | 550054736 | 9930260 | 11362 | 906841 | 672 | 7725 |
| | 5/9/2020 | 906887 | | | 18079357 | 550054736 | 9930260 | 11362 | 906887 | 480 | 5519 |
| | 5/9/2022 | 906934 | | | 18079357 | 550054736 | 9930260 | 11362 | 906934 | 672 | 7741 |
| | 5/9/2026 | 907035 | | | 18079357 | 550054736 | 9930260 | 11362 | 907035 | 432 | 4989 |
| | 5/9/2029 | 907102 | | | 18079357 | 550054736 | 9930260 | 11362 | 907102 | 672 | 7758 |
| | TOTAL COUNT | | | | | | | 11 | | 7,152 | 82,466 |

Pcs                7,152
Price Chg Ea     $0.0650
Avg Surcharge     472.03

4

10/2/2005

Citation Lufkin Sales History Analysis Based
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| Base Metal Price | $ | 350.00 |
|---|---|---|
| Current Avg Price | $ | 362.88 |
| Difference | $ | 12.88 |
| Surcharge increase | $ | 0.0058 |
| Surcharge increase @ 90% | | 0.0052 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Range | on Date | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2006 | 906459 | | 18079358 | 18079358 | 9930261 | 11362 | | | 906459 | 864 | 9969 |
| | 5/9/2007 | 906466 | | | 18079358 | 9930261 | 11362 | | | 906466 | 336 | 3878 |
| | 5/9/2008 | 906525 | | | 18079358 | 9930261 | 11362 | | | 906525 | 1,008 | 11634 |
| | 5/9/2012 | 906658 | | | 18079358 | 9930261 | 11362 | | | 906658 | 672 | 7756 |
| | 5/9/2013 | 906676 | | | 18079358 | 9930261 | 11362 | | | 906676 | 672 | 7743 |
| | 5/9/2015 | 906727 | | | 18079358 | 550054736 | 9930261 | 11362 | | 906727 | 672 | 7754 |
| | 5/9/2019 | 906841 | | | 18079358 | 550054736 | 9930261 | 11362 | | 906841 | 672 | 7725 |
| | 5/9/2020 | 906887 | | | 18079358 | 550054736 | 9930261 | 11362 | | 906887 | 480 | 5519 |
| | 5/9/2022 | 906934 | | | 18079358 | 550054736 | 9930261 | 11362 | | 906934 | 672 | 7741 |
| | 5/9/2026 | 907035 | | | 18079358 | 550054736 | 9930261 | 11362 | | 907035 | 432 | 4989 |
| | 5/9/2029 | 907102 | | | 18079358 | 550054736 | 9930261 | 11362 | | 907102 | 672 | 7758 |

TOTAL COUNT   11

7,152   82,466

Pcs   7,152
Price Chg Ea   $0.0660
Avg Surcharge   472.03

5

Delphi Surcharge 9'05.xls

10/2/2005

Citation Lufkin Sales History Analysis Based
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| Base Metal Price | $ | 350.00 |
| Current Avg Price | $ | 362.88 |
| Difference | $ | 12.88 |
| Surcharge Increase | $ | 0.0058 |
| Surcharge Increase @ 90% | | 0.0052 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | | on Date | Range | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2020 | 906887 | 18079361 | 18079361 | | | | | 550054736 | 9930262 | 11362 | 906887 | 192 | 2156 |
| | | | | | TOTAL COUNT | | | | | 1 | | | 192 | 2156 |

Pcs 192
Price Chg Ea $0.0640

**Aug Surcharge** 12.29

6

10/2/2005

Citation Lufkin Sales History Analysis Based
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 |
| Current Avg Price | $ | 362.88 |
| Difference | $ | 12.88 |
| Surcharge Increase | | 0.0058 |
| Surcharge Increase @ 90% | | 0.0052 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | on Date Order# | Range Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2020 | 906887 | 18079362 | 18079362 | | 9930263 | 11362 | 906887 | 192 | 2156 |
| | | | | | | 550054736 | | | | |

TOTAL COUNT    1

192    2156

Pcs    192
Price Chg Ea    $0.0640
Avg Surcharge    12.29

7

11362

# CITATION
**Innovative Metal Components**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

4-28-05
**Deposit Date**

*Delphi*

Re: Your Check # 40648214-3  Date 4-28-05
Our Invoice # 901577  Date _____
Our Credit Memo # _____  Date _____

_____
**AMOUNT**

☐ Please send us a copy of your debit memo # _____

Dated _____ amount $ _____

Balance due for boxes _____

_____
**CHARGE**

☐ Balance due for freight _Invoice had been_

☐ Other _____ _cancelled_

21159 08

**CREDIT**

☐ Supporting paper attached

# INVOICE

# CITATION

Texas
Foundries

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**CITATION**
Texas
Foundries
REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9979872 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | E-COATING<br>1413 UNIVERSITY DRIVE<br>NACOGDOCHES TX 75961 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/2                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT 11/25/02 | 11/27/02 | 4888 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9911756 | 5 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 11/25/02 shipped<br>by Averitt- Invoice tf4888 | 123 | 2477 | EA | 9.690 | 1191.87 |

TOTAL ▶        1191.87

QD 764-012

```
OSR1020                  COSTCO PRODUCTION CONTROL         Page:   1
Date:  11/26/02              A CITATION COMPANY            Time:  6:57:54
CTFMELISSR               PACKING TICKET DETAIL
                         MEMO NO.:    3934
```

```
SHIP DELPHI E & CHASSIS SYS TEST CENTER   ORDER/ITEM:  9911756    4
TO:  SAGINAW OPERATIONS                   LADING #:       4888
     2328 E GENESSEE AVENUE               SHIP VIA:    AVERITT
     SAGINAW                MI 48601      SHIP DATE:   11/25/02
```

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056852 | 23231 | 36 | | 730 | 260 | 550004498 | 21 | 541534 |
| 15056852 | 23231 | 36 | | 730 | 260 | 550004498 | 21 | 541535 |
| 15056852 | 23231 | 36 | | 730 | 260 | 550004498 | 21 | 541536 |
| 15056852 | 23231 | 15 | | 305 | 260 | 550004498 | 21 | 541566 |
| | | 2323 | | 123 | | | | |

\*\*\* REPORT TOTALS \*\*\*

```
TOTAL LINE ITEMS:            4        CONTAINER:  21 COUNT:     4
TOTAL PIECES:              123
TOTAL NET WEIGHT:        2,495
TOTAL TARE WEIGHT:       1,040
TOTAL GROSS WEIGHT:      3,535
      (NET+TARE)
```

9911756-5  123PC PART

2477#

## BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date *11-25-02*

Consigned To: *Angela Herrera*
Destination: *6202 Gillam Industrial Blvd*
*Laredo, TX*

| No Packages | Description | Weight | |
|---|---|---|---|
| | 851 (16 10) paid | 34395 | 7T= 4887 |
| | | | |
| | 852 (123) | 3535 | T= 4888 |
| | | | |
| | | | |
| | | | |
| | | | |
| 15 | | 37930 | |

COD charge to be paid for by ___ Shipper ___ Cosignee ✓ THIRD PARTY Delphi- Saginaw

Signature of Cosignor: _____

Signature of Driver: *Mike Baggett*

Truck # _____ Load# _____ Carrier: *Averitt*

Trailer # *10927-9188*

Seal# *N/A*

*au: 1200 HRS*
*dp: 1643 HRS*

Date: *11-25-02*

Verification of Load: *S. Bugro*

BOL

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date _11-25-02_

Consigned To: _Angela Herrera_
Destination: _8202 Killam Industrial Blvd_
_Laredo, TX_

| No Packages | Description | Weight | Bd |
|---|---|---|---|
| | _851 (1610)_ | 34395 | TF 4887 |
| | _852 (123)_ | 3535 | TF 4888 |
| | 0082174720 | | |
| 15 | | 37930 | THIRD PARTY Delphi-Saginaw |

COD charge to be paid for by ___ Shipper ___ Consignee

Signature of Consignor: _____

Signature of Driver: _____

Truck # _____  Load# _____   Carrier: _Averitt_

Trailer # _10927-9188_

Seal# _N/A_

au: 1200

clp: _Ramiro Robles_
_11-26-02_

**AVERITT TRUCKLOAD**

Date: _11-25-02_

Verification of Load: _____

| A.D.I. ORDER NUMBER | SEAL NUMBER | INTACT |
|---|---|---|
| 2174720 | 6212961 | YES / NO |

CONSIGNEE SIGNATURE

DATE _____

CUSTOMER:

LOAD:____ COUNT:____

UNLOAD:____ COUNT:____

BLOCK:____ BRACE:____

DRIVER SIGNATURE

DATE 25 NOV 02

DRIVER:

LOAD:____ COUNT:____

UNLOAD:____ COUNT:____

BLOCK:____ BRACE:____

!1/02-Appv:KB

BOL

# CITATION

Texas
Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION    Texas
Foundries

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 9985100 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

```
S              DELPHI E & C CSTC
O              INVOICE MAIL CODE R-02
L              2582 EAST RIVER ROAD
D              MORAINE OH 45439
T
O
```

```
S              E-COATING
H              1413 UNIVERSITY DRIVE
I
P              NACOGDOCHES TX 75961
T
O
```

Bill To: 11362    Ship To: 11362/2              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 550004498 | Averitt | COLLECT | 3/17/03 | 3/18/03 | 5398 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9912278 | 2 | <S> KNUCKLE<br>15056851<br>Product#: 15056851<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 3/17/03 shipped<br>by Averitt- Invoice t5398 | 648 | 13135 | EA | 9.690 | 6279.12 |

|  |  |  | **TOTAL** ▶ | 6279.12 |
| --- | --- | --- | --- | --- |

O 764-012

# CITATION

Texas
Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

## INVOICE

CITATION    Texas
Foundries

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9985101

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 80-608-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | E-COATING<br>1413 UNIVERSITY DRIVE<br>NACOGDOCHES TX 75961 |
|---|---|---|---|

ill To: 11362    Ship To: 11362/2                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT | 3/17/03 | 3/18/03 | 5399 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 912279 | 2 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 3/17/03 shipped<br>by Averitt- Invoice tf5399 | 648 | 13051 | EA | 9.690 | 6279.12 |

TOTAL ▶    6279.12

```
SHIP  DELPHI E & CHASSIS SYS TEST CENTER    ORDER/ITEM:   9912278   2
TO:   SAGINAW OPERATIONS                     LADING #:      5398
      2328 E GENESSEE AVENUE                 SHIP VIA:    AVERIT
      SAGINAW                  MI 48601      SHIP DATE:    3/17/03
```

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056851 | 30201 | 150 | | 3041 | 65 | 550004498 | 21 | 573788 |
| 15056851 | 30201 | 133 | | 2692 | 65 | 550004498 | 21 | 573789 |
| 15056851 | 30201 | 102 | | 2068 | 65 | 550004498 | 21 | 573790 |
| 15056851 | 30201 | 140 | | 2836 | 65 | 550004498 | 21 | 573791 |
| 15056851 | 30201 | 123 | | 2494 | 65 | 550004498 | 21 | 573792 |
| | | 3020 | | 648 | | | | |

```
                          *** REPORT TOTALS ***

TOTAL LINE ITEMS:          5          CONTAINER:    21 COUNT:    5
TOTAL PIECES:            648
TOTAL NET WEIGHT:     13,131
TOTAL TARE WEIGHT:       325
TOTAL GROSS WEIGHT:   13,456
      (NET+TARE)
```

9912278-2- 648 pcs-part.

13135 #

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 3/17/03

Consigned To: _Delphi_

Destination: _Killam Industrial Blvd_
_Laredo, TX_

| No Packages | Description | Weight | |
|---|---|---|---|
| 5 | 15056851 ( 648 ) | 13131 | TF5398 |
| | memo 4414 | | |
| 5 | 15056852 ( 648 ) | 13026 | TF5399 |
| | memo 4415 | | |
| 10 | | 26157 | |
| | | | |
| | | | |
| | | | |

COD charge to be paid for by ____ Shipper __✓__ Cosignee ____ THIRD PARTY

Signature of Cosignor: _W Snelson_

Signature of Driver: _William Kirby ave't Exp_

Truck # _____ Load# _____ Carrier: _Averitt_

Trailer # _8318_

Seal# _N 12_

Date: _3-17-03_

Verification of Load: _Dr Buys_

BOL

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX  75961
936-559-9991
fax 936-559-9994

Date _3/17/03_

Consigned To:   _Delphi_
Destination:    _Killam Industrial Blvd_
                _Laredo, TX_

| No Packages | Description | Weight | |
|---|---|---|---|
| 5 | 15056851 (648) | 13131 | TF5398 |
| | memo 4414 | | |
| 5 | 15056852 (648) | 13026 | TF5399 |
| | memo 4415 | | |
| 10 | | 26157 | |
| | | | |
| | | | |

COD charge to be paid for by ____ Shipper   ✓ Cosignee   ____ THIRD PARTY

Signature of Cosignor: _WSnelson_

Signature of Driver: _____

Truck # _T1064_   Load# _____   Carrier: _AVERITT_

Trailer # _8318_

Seal# _N/A_

**AVERITT** EXPRESS  TRUCKLOAD SERVICES PRO

| PRO NUMBER | SEAL NUMBER | INTACT |
| 008- 2236795 | 6278822 | YES | NO |

**CIRCLE AS APPROPRIATE**
SHIPPER/DRIVER........LOAD/ASSIST
SHIPPER/DRIVER........BLOCK/BRACE
CONSIGNEE/DRIVER.....UNLOAD/ASSIST

**Customer understands and agrees that by
requesting/allowing Averitt Express Trucking Services to handle or assist with
loading/unloading of this trailer, the customer will be subject to additional

DRIVER SIGNATURE                    DATE  3/18/03

CONSIGNEE SIGNATURE                 DATE
DRIVER SIGNATURE    ASSIGN         DATE

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
0062236795

Date: _3-17-03_
Verification of Load: _____

# CITATION
*Innovative Metal Components*

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

REMIT TO DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9985651

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362     Ship To: 11362/3          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CONWAY | COLLECT | 3/28/03 | 3/28/03 | 879707 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 3912740 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN | 102 | 1150 | EA | 6.070 | 619.14 |
| | | CRT WOODEN CRATE W/BAG | 1 | | | 27.5000 | 27.50 |

**TOTAL ▶**     646.64

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9985652

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/3                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | CONWAY      COLLECT | 3/28/03 | 3/28/03 | 879707 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912739 | 1 | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN | 101 | 1146 | EA | 6.070 | 613.07 |
| | | CRT WOODEN CRATE W/BAG | 1 | | | 27.5000 | 27.50 |

**TOTAL ▶**      640.57

QD 764-012



# INVOICE

**CITATION**
Texas
Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**CITATION** Texas Foundries

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**
9986068

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

CALL 1-800-800-6646

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362      Ship To: 11362/3                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| AARONSMITH1 | AIR FREIGHT | COLLECT | 3/24/03 | 4/01/03 | 879516 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912707 | 1 | \<S\> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN<br>  * COMPLETE * | 108 | 1246 | EA | 6.010 | 649.08 |
| | | CRT WOODEN CRATE W/BAG | 1 | | | 27.5000 | 27.50 |

**TOTAL ►**   676.58

D 764-012

# CITATION

### INVOICE

Texas
Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION    Texas
Foundries

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

INVOICE NO.

9986069

TERMS:
NET 30 DAYS UNLESS OTHERWISE INDICA'

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362    Ship To: 11362/3          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| AARONSMITH2 | AIR FREIGHT | COLLECT | 3/24/03 | 4/01/03 | 879516 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912708 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br>CRT WOODEN CRATE W/BAG | 122<br><br><br><br>1 | 1346 | EA | 6.010<br><br><br><br>27.5000 | 733.22<br><br><br><br>27.50 |

|  |  |  |  |  |  | TOTAL ▶ | 760.72 |

D 764-012



FROM

CARRIER

CITATION

1611 N. Raguet
Lufkin, Texas 75904

ID-U-NS 010-806-6946

ACCOUNTING

C.O.D.
AMOUNT

D-124    05     AIR FREIGHT

0879516

TERR.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

| | SPECIAL REMARKS | CUSTOMER NO. |
|---|---|---|

HIP  PRODUCTION SPECIALTIES GROUP, I
O:  N117W19257 FULTON DRIVE
    P.O. BOX 857
    GERMANTOWN                WI

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER |  |
|---|---|---|---|---|---|---|---|---|
| 18079357 | 9912707 | AARONSMITH1 | D129 | 108 | 1246 | | CRT00 | |
| 18079357 | 1 | H1 | | REVN | CAD | | | 1 |
| 18079358 | 9912708 | AARONSMITH2 | D129 | 122 | 1346 | | | |
| 18079358 | 1 | H2 | | REVN | CAD | | CRT00 | 1 |

SIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 104770 | 2788 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | | |
| | | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

S FOUNDRIES, Shipper, Per                   AGENT                   PER

nent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 2592 | 196 | 2788 |

shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
ier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
g the agreed or declared value of the property.
eed or declared value of the property is hereby
ally stated by the shipper to be not exceeding                   per

B/L    879516

STRAIGHT BILL OF LADING—SHORT FORM
ORIGINAL—Not Negotiable

FROM 

CARRIER

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

HIP TO:

CUSTOMER NO.

F.O.B. COLLECT

PECIAL REMARKS

C.O.D. AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

| PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 2788 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per
(The signature here acknowledges only the amount prepaid.)
Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 2592 | 196 | 2788 |

AS FOUNDRIES, Shipper, Per                    AGENT                    PER
anent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

le shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
rrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
ing the agreed or declared value of the property.
greed or declared value of the property is hereby
lically stated by the shipper to be not exceeding                    per

B/L



# THE CHARTER DEPT. INC.

"Service Beyond Expectations"

### Air Charter Agreement

| | | | |
|---|---|---|---|
| **Agent:** | The Charter Dept., inc. | **Charterer:** | Citation Lufkin/Texas Foundries |
| Address: | P.O. Box 612804 | Address: | 1611 N. Raguet/P.O.Box 3718 |
| City, ST, ZIP: | Dallas, TX 75261 | City, ST, ZIP: | Lufkin, TX 75903-3718 |
| Phone #: | 817-251-5006 or 866-744-7823 | Phone # | 936-633-4050 |
| Fax#: | 817-421-9892 | Fax# | 936-633-4088 |

The Charterer agrees to and will charter from "The Charter Dept., inc." the aircraft described herein for the flight, itinerary, service or period and agrees to the terms, conditions and statements set forth herein.

Executed on March 24, 2003, at 4:45:58 PM CST, having first read, understood and accepted the terms and conditions contained herein and the parties have caused this agreement to be executed by their duly authorized agents.

| | | |
|---|---|---|
| **Agent:** Signature: | **P.O. Number** | |
| | **Charterer:** Signature: | |
| Name: Edna P. Conway | Name: | |
| Title: President | Title: | |

| • Cargo Charter: [X] | | Passenger Charter:[ ] | Number : [ ] |
|---|---|---|---|
| | Length | Width | Height |
| Dimensions: | 36" | 36" | 30" |
| Weight: | 2,600# approx. | Number of Pieces | 4 approx. |

• *Operating conditions may result in an increase or decrease in weight limits. The actual maximum payload will be determined by weight and/or volume and are approximate not guaranteed.*

➤ **Proposed Routing:**

| From: Lufkin, TX | To: Milwaukee, WI | Technical Stops: TBD |
|---|---|---|
| Airport Code: LFK | Airport Code: MKE | Airport Code: |
| Angelina County Airport | Mitchell Int'l. Airport | N/A |
| Date: March 24, 2003 | Position Time: 9:00 pm CST | Trip #: 2459 |

➤ *Subject to change dependent on operating conditions.*

✈ **Aircraft Information:**

| Type: Caravan | Tail Number: N212SA |
|---|---|

99062

$ **Includes:**

| | | **Quoted Price: $5,469.00** | |
|---|---|---|---|
| ☑ Aircraft | ☑ Landing Fees | ☑ Ramp Fees | ☐ Pick-up |
| ☑ Cargo Load | ☐ Int'l. Fees | ☐ Build-up | ☑ Delivery |
| ☑ Cargo Off-load | ☑ Taxes | ☐ Break-down | ☐ De-ice – *at cost if incurred* |

$ *Any items not specifically included or listed will be billed at cost if charges are incurred.*

⊙ **Payment Terms:**

| | |
|---|---|
| ☐ Net 10 days from receipt of invoice | ☑ Net 30 days from date of charter ** |
| ☐ Wire Transfer | ☐ Check to be sent via overnight delivery |
| ☐ C.O.D. | ☐ Credit Card |

| Card Number: | | Exp. Date: | |
|---|---|---|---|
| Cardholder: | | Approv. Code: | |

** *Past due invoices may be subject to a 5% late fee (maximum)*

**Please sign and return fax to (817)421-9892**
*We appreciate your business!*

STRAIGHT BILL OF LADING - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

| | |
|---|---|
| **CDI Logistics, Inc.** | CUSTOMER _CHRTER DEPT_ |
| 1155-D ANDERSON CT. • P.O. BOX 252   OAK CREEK, WI 53154 | DATE _3-25-03_ |
| (414) 764-8870 • FAX (414) 764-5846 | TICKET _37_ |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Shipping Order.

*(fine print paragraph)*

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, set forth in the classification of tariff which governs the transportation of this shipment, and the said terms and conditions hereby agreed to by the shipper and accepted for himself and his assigns.

| ORIGIN: | DESTINATION: |
|---|---|
| EVERGREEN | PSG 7 W 19237 |
| AIR CARGO WAY | N117 W19237 |
| MILWAUKEE, WI | GERMANTOWN, W. |
| PHONE NO | PHONE NO |

| DELIVERING CARRIER | ATI | DRIVER # | 121 | VEHICLE NUMBER | 3490 |
|---|---|---|---|---|---|

| PCS | WT | REF. NO. | DESCRIPTION | WAITING TIME | CHARGES |
|---|---|---|---|---|---|
| 2 | 2600 | | | **AT PICK UP** IN 4:00a  OUT 4:20a | **BASE** $ |
| | | | TAIL | | **WEIGHT** |
| | | | 212SA (PLANE #) | **AT DELIVERY** IN 5:10a  OUT 6:40 | **WAITING TIME** |
| | | | | | **ADD. STOP** |
| | | | | | **INSIDE DEL** |

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding ___ per ___

| TOTAL DUE | $ |
|---|---|

Freight charges are PREPAID unless marked collect.  Check box if charges are Collect ☐

*Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

This is to certify that the above named materials and property classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

FRANK GARITY  _(signature)_  Shipper, Per

☞ **Agent must detach and retain this Shipping Order and must sign the Original Bill of Lading.**

HAZARDOUS MATERIALS  MARK WITH 'X' TO DESIGNATE HAZARDOUS MATERIALS AS REFERENCED IN 49CFR & 172.200

All Freight subject to recount ☒

FROM : The Charter Dept

FAX NO. : 817-421-5383        Oct. 29 2003   02:40PM   P2

**C**ITATION

THIS SHIPPING ORDER
MUST BE LEGIBLY FILLED IN, IN INK, IN INDELIBLE
PENCIL, OR IN CARBON, AND RETAINED BY THE AGENT.

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

FROM

CARRIER

3/24    03    AIR FREIGHT

SHIP TO:

PRODUCTION SPECIALTIES GROUP, INC.
N117W19237 FULTON DRIVE
P.O. BOX 957
GERMANTON                     WI
                    53022

CUSTOMER NO.
1134073

F.O.B.   COLLECT

SPECIAL REMARKS

**C.O.D.
AMOUNT**

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
  The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

*Scott J. Zuehlke*

SCOTT J. ZUEHLKE - EVERGREEN
3:45AM 3-25-3
CST.

(Signature of Consignor)

Received $
to apply in prepayment of
the charges on the property
described hereon.

| NO. PACKAGES | KINDS OF PACKAGES · DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 1C4770 | 2788 |
|  | PIECES ROUGH CASTING ITEM 104770 |  |
|  | PALLETS OF ROUGH CASTING ITEM 104770 |  |
|  | USED PATTERN EQUIPMENT ITEM 185920 |  |

Agent or Cashier
Per
(The signature here acknowledges
only the amount prepaid.)
Charges advanced:
$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 2592 | 196 | 2788 |

**TEXAS FOUNDRIES,** Shipper, Per   CITY DUBOIS AGENT       PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
it is carrier's or shipper's weight.  NOTE–where the rate is dependent on value, shippers are required to state specifically
in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding                        per

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9986284

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED
D-U-N-S 00-806-6846

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |
|---|---|---|---|

Bill To: 11362     Ship To: 11362/3                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55002562 | CONWAY | PREPAID | 4/03/03 | 4/03/03 | 879981 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912785 | 1 | <S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN | 113 | 1247 | EA | 5.990 | 676.87 |
| | | CRT WOODEN CRATE W/BAG | 1 | | | 27.5000 | 27.50 |
| | | SAMPLES ATTN:R.GLOWACKI/B.CICHOWSKI | | | | | |

**TOTAL ▶**     704.37

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9986285

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6646

| | |
|---|---|
| **SOLD TO** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| **SHIP TO** | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362    Ship To: 11362/3                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSM |
|---|---|---|---|---|---|---|
| 55002562 | CONWAY | PREPAID | 4/03/03 | 4/03/03 | 879981 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912784 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN | 116 | 1279 | EA | 5.990 | 694.84 |
| | | CRT WOODEN CRATE W/BAG<br>SAMPLES ATTN:R.GLOWACKI/B.CICHOWSKI | 1 | | | 27.5000 | 27.50 |

**TOTAL ▶**    722.34

QD 764-012

PACKING SLIP    TEXAS FOUNDRIES    WAYBILL



FROM    1611 N. Raguet
Lufkin, Texas 75904

CARRIER    D-U-N-S 00-806-6946    TERR.

C.O.D. AMOUNT

20

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of all said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS    CUSTOMER NO
11362/3

SHIP TO: PRODUCTION SPECIALTIES GROUP, 1
N112W19237 FULTON DRIVE    CONWAY
P.O. BOX 857
GERMANTON    WI
53022

F.O.B.
PREPAID

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER |
|---|---|---|---|---|---|---|---|
| 18079353 18079353 | 9912785 1 | 55002562 | D12S | 113 REV#: | 1247 CAD | | 1 CRT00 |
| | | | SAMPLES ATTN:R. BLOWACKI/R. CICHOWSKI | | | | |
| 18079354 18079354 | 9912784 1 | 55002562 | D12S | 116 REV#: | 1279 CAD | | 1 CRT00 |
| | | | SAMPLES ATTN:R. BLOWACKI/R. CICHOWSKI | | | | |

John Hage Kod        HASINKORD.

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECE

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGH |
|---|---|---|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 104770 | 2722 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | 4-3-03 | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| TEXAS FOUNDRIES, Shipper, Per    AGENT    PER | 2526 | 196 | 2722 |

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding    per

B/L    879981

```
M2003 TFM190R1.6  *** CTF PRODUCTION @ ADCS ***          Page: 1
e:  4/03/03           A CITATION COMPANY           Time: 16:08:04
                      PACKING TICKET DETAIL                  CTFOUIDAB
             MEMO NO.: 0879981  CUSTOMER NO.: 11362
```

P PRODUCTION SPECIALTIES GROUP, INC.
  N117W19237 FULTON DRIVE
  P.O. BOX 857
  GERMANTON          WI 53022

| TTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER ORDER | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| )79353 | 30911 | 113 | | 1247 | 98 | 55002562 | 33 | 580226 |
| )79353 | 3091 | | 113 | | | | | |
| 079354 | 30911 | 116 | | 1279 | 98 | 55002562 | 33 | 580236 |
| 079354 | 3091 | | 116 | | | | | |

                  *** REPORT TOTALS ***

TAL LINE ITEMS:      2        CONTAINER:  33 COUNT:    2
TAL PIECES:        229
TAL NET WEIGHT:  2,526
TAL TARE WEIGHT:   196
TAL GROSS WEIGHT: 2,722
    (NET+TARE)