# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9987312 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI E & C CSTC | | DELPHI E & CHASSIS SYS TEST CENTER | |
| INVOICE MAIL CODE R-02 | | SAGINAW OPERATIONS | |
| 2582 EAST RIVER ROAD | | 2328 E GENESSEE AVENUE | |
| MORAINE OH 45439 | | SAGINAW MI 48601 | |

Bill To: 11362   Ship To: 11362                    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | CONWAY | PREPAID | 4/25/03 | 4/25/03 | 880740 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930125 | 1 | <S> KNUCKLE | 301 | 3334 | EA | 6.070 | 1827.07 |
| | | 18079361 | | | | | |
| | | Product#: 18079361 | | | | | |
| | | Material: D12S DUCTILE CUST | BHN | | | | |
| | | CXB CARDBOARD BOX W/BAG | 2 | | | 31.5000 | 63.00 |
| | | Samples | | | | | |
| | | Attn: Mark Wnuk | | | | | |

**TOTAL ▶**   1890.07

O 764-012

# CITATION
*Innovative Metal Components*
Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*
Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9987313

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICA

ID-U-T4S-D0-B06-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CONWAY | PREPAID | 4/25/03 | 4/25/03 | 880740 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930126 | 1 | <S> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST<br>CXB CARDBOARD BOX W/BAG<br>Samples<br>Attn:  Mark Wnuk | 304<br><br><br>BHN<br>2 | 3371 | EA | 6.070<br><br><br><br>31.5000 | 1845.28<br><br><br><br>63.00 |

**TOTAL ▸**    1908.28

D 764-012

# CITATION
*Innovative Metal Components*

## INVOICE

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9987314

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICA

D-U-N-S 00-806-6948

| | |
|---|---|
| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |

Bill To: 11362     Ship To: 11362          Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | CONWAY | PREPAID 4/25/03 | 4/25/03 | 880740 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9930128 1 | \<S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN<br>CXB CARDBOARD BOX W/BAG<br>Samples<br>Attn:  Mark Wnuk | 302<br><br><br><br>2 | 3321 | EA | 5.990<br><br><br><br>31.5000 | 1808.98<br><br><br><br>63.00 |

0764-012

**TOTAL ▶**     1871.98

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9987315

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICA

DUNS: 00-800-8946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | DELPHI E & CHASSIS SYS TEST CENTER<br>SAGINAW OPERATIONS<br>2328 E GENESEE AVENUE<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362    Ship To: 11362              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | CONWAY | PREPAID 4/25/03 | 4/25/03 | 880740 | 02 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 9930129   1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>CXB CARDBOARD BOX W/BAG<br>Attn:  Mark Wnuk<br>Samples | 300<br><br><br><br>2 | 3302 | EA | 5.990<br><br><br>31.5000 | 1797.00<br><br><br>63.00 |

**TOTAL ▶**      1860.00

0764-D12

PACKING TICKET

# CITATION
Innovative Metal Components

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904
D-U-N-S 00-906-5946

ACCOUNTING

FROM

ACCOUNTING
DDD
AMOUNT

CARRIER

TERR.

4/25   03     CONWAY                               0880740

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading
...properly described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word
company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its
own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at
any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions
...back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SPECIAL REMARKS                                        CUSTOMER NO.
                                                            11362

HIP  DELPHI  E & CHASSIS SYS TEST CEN
O:   SAGINAW OPERATIONS              CONWAY
     3329 E GENESSEE AVENUE
     SAGINAW              MI
                48601                                        FOB

                                                         PREPAID

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079353 | 9930128 | 550025262 | D128 | 302 | 3321 | | 2 | P |
| 18079353 | 1 | | PPAP | REV#: 00 SAMPLES ATTN: | MARK WNUK | | CRT00 | |
| 18079354 | 9930129 | 550025262 | D128 | 300 | 3302 | | 2 | P |
| 18079354 | 1 | | PPAP | REV#: 00 SAMPLES ATTN: | MARK WNUK | | CRT00 | |
| 18079361 | 9930125 | 550025262 | D128 | 301 | 3334 | | 2 | P |
| 18079361 | 1 | | PPAP | REV#: 00 SAMPLES ATTN: | MARK WNUK | | CRT00 | |
| 18079362 | 9930126 | 550025262 | D128 | 304 | 3371 | | 2 | P |
| 18079362 | 1 | | PPAP | REV#: 00 SAMPLES ATTN: | MARK WNUK | | CRT00 | |

756.90

CSF 301-247903

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| ). PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 8 | CONTAINERS ROUGH CASTING ITEM 104770 | 13848 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| ATION CORP.,  Shipper, Per          AGENT          PER | 13328 | 520 | 13848 |

...manent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

...e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
...arrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
...iting the agreed or declared value of the property.
...agreed or declared value of the property is hereby                                    per
...ifically stated by the shipper to be not exceeding                                                B/L      880740

STRAIGHT BILL OF LADING - SHORT FORM
Original Not Negotiable
Part 6 of 49

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6945

FROM

CARRIER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described on this Original Bill of Lading property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked consigned, and destined as indicated below, which said (this word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:

CUSTOMER NO.

F.O.B.   PREPAID

SPECIAL REMARKS

C.O.D.
AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

301-247903

Drivers signature acknowledges receipt of freight only. Unless otherwise agreed to under separate contract, terms and conditions of tariff CNWY 199 apply.

M/          CSL

(Signature of Consignor)

| PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
|  | CONTAINERS ROUGH CASTING ITEM 104770 |  |
|  | PIECES ROUGH CASTING ITEM 104770 |  |
|  |  |  |
|  | PALLETS OF ROUGH CASTING ITEM 104770 |  |
|  | USED PATTERN EQUIPMENT ITEM 185520 |  |
|  |  |  |
|  |  |  |

Received $
to apply in prepayment of the charges on the property described hereon.

Agent or Cashier
Per
(The signature here acknowledges only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 13328 | 520 | 13848 |

CITATION CORP.,   Shipper, Per          AGENT          PER
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per   X Green 6.15
(8-SK) 4-25-03

B/L

# CON-WAY CENTRAL EXPRESS
### DELIVERY RECEIPT

| EQUIP. NUMBER | DATE | ORIGIN | | | | PRO NUMBER |
|---|---|---|---|---|---|---|
| 315-6108 | 4/25/03 | LLK | | | | 301-247903 |

CWCE — OUR REVENUE — ADVANCE — BEYOND — DESTINATION XSG

**CONSIGNEE**
DELPHI E  CHASSIS SYS CENTER   ALW   SID# 509740
SAGINAW OPERATIONS   PO# 11362   L01
2328 E GENESEE AVE
SAGINAW, MI 48601-2428   PRO NUMBER 301-247903

**TEXAS FOUNDRIES**
1611 N RAGUET ST
LUFKIN, TX 75904-3806

| # PCS. | HM | DESCRIPTION OF ARTICLES AND MARKS | WEIGHT (LBS) | RATE | TOTAL CHARGES |
|---|---|---|---|---|---|
| 8 | | BOX ROUGH CASTINGS CLASS 50 | 13848 | | |
| 8 | | FSC FUEL SURCHARGE | | | |
| | | TOTAL | 13848 | | PPD |

CALL (989) 753-5900 FOR CCX CUSTOMER SERVICE

RECEIVED CENTRAL STORES

SHRINK WRAP INTACT?  DELIVERED  TIME  CONSIGNEE SIGNATURE  PRINT CONSIGNEE NAME  DATE

RECEIVED _____ PIECES ABOVE DESCRIBED FREIGHT IN GOOD ORDER EXCEPT AS NOTED.  DRIVER  4/29/03

CNWY   2

# CITATION

*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9988511 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED
D-U-N-S 00-886-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | E-COATING<br>1413 UNIVERSITY DRIVE<br><br>NACOGDOCHES TX 75961 |

Bill To: 11362     Ship To: 11362/2          Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT | 5/12/03 | 5/13/03 | 5786 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912742 | 3 | <S> KNUCKLE<br>15056851<br>Product#: 15056851<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 5/12/03 shipped<br>by Averitt- Invoice tf5786 | 648 | 13135 | EA | 9.690 | 6279.12 |

|  |  |
|---|---|
| **TOTAL** ▶ | 6279. |

QD 764-012

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9988512 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6946

| S O L D   T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P   T O | E-COATING<br>1413 UNIVERSITY DRIVE<br><br>NACOGDOCHES TX 75961 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/2                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT | 5/12/03 | 5/13/03 | 5787 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912743 | 3 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 5/12/03 shipped<br>by Averitt- invoice tf5787 | 648 | 13051 | EA | 9.690 | 6279.12 |

**TOTAL ▶**   6279.12

D 764-012

PACKING TICKET DETAIL
MEMO NO.:    5168

```
SHIP  DELPHI E & CHASSIS SYS TEST CENTER    ORDER/ITEM:  9912743   3
TO:   SAGINAW OPERATIONS                    LADING #:     5787
      2328 E GENESSEE AVENUE                SHIP VIA:  AVERITT
      SAGINAW                  MI 48601     SHIP DATE:   5/12/03
```

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592847 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592848 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592849 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592850 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592851 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592852 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592853 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592854 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592855 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592856 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592857 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592858 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592859 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592860 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592861 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592862 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592864 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592865 |

```
                 3121            648
```

*** REPORT TOTALS ***

```
TOTAL LINE ITEMS:         18        CONTAINER:  21 COUNT:  18
TOTAL PIECES:            648
TOTAL NET WEIGHT:     13,140
TOTAL TARE WEIGHT:     4,680
TOTAL GROSS WEIGHT:   17,820
     (NET+TARE)
```

9912743-3- 648 pcs-part
13051#

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 5-12-03

Consigned To: Delphi

Destination: Kildew Blu
Laredo

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851 (648) memo # 5167 | 17820 | TF 5786 |
| | | | |
| 18 | 15056852 (648) memo # 5168 | 17820 | TF 5787 |
| | | | |
| 18 | | 35640 | |

COD charge to be paid for by _____ Shipper __X__ Cosignee _____ THIRD PARTY

Signature of Cosignor: Samantha Silute

Signature of Driver: _____

Truck # _____ Load# _____ Carrier: AURT

Trailer # 9759

Seal# N/A

Date: 5-12-03
Verification of Load: J. Buya

                              PACKING TICKET DETAIL
                              MEMO NO.:    5168

SHIP  DELPHI E & CHASSIS SYS TEST CENTER      ORDER/ITEM:   9912743   3
TO:   SAGINAW OPERATIONS                      LADING #:     5787
      2328 E GENESSEE AVENUE                  SHIP VIA:    AVERITT
      SAGINAW                 MI 48601        SHIP DATE:    5/12/03

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592847 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592848 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592849 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592850 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592851 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592852 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592853 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592854 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592855 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592856 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592857 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592858 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592859 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592860 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592861 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592862 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592864 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 592865 |

                              3121              648

                         *** REPORT TOTALS ***

TOTAL LINE ITEMS:           18          CONTAINER:   21 COUNT:   18
TOTAL PIECES:              648
TOTAL NET WEIGHT:       13,140      9912743-3- 648 pcs-part
TOTAL TARE WEIGHT:       4,680
TOTAL GROSS WEIGHT:     17,820         13051#
     (NET+TARE)

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX  75961
936-559-9991
fax 936-559-9994

Date 5-12-03

*Evan is checking on these—*

Consigned To: _Delphi_

Destination: _Kitchn Blu_
_Laredo_

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851  (648)  memo # 5167 | 17820 | *Bol* TF 5786 |
| 18 | 15056852  (648)  memo # 5168 | 17820 | TF 5787 |
| 18 | | 35640 | |

COD charge to be paid for by ____ Shipper   X Cosignee ____ THIRD PARTY

Signature of Cosignor: _Samantha Lights_

Signature of Driver: ____

Truck # ____   Load# ____   Carrier: _AVRT_

Trailer # _9759_

Seal# _N/A_

AVERITT EXPRESS TRUCKLOAD SERVICES PRO

| PRO NUMBER 008-2271038 | SEAL NUMBER 6344168 | INTACT YES NO |
|---|---|---|

**CIRCLE AS APPROPRIATE**
SHIPPER/DRIVER    LOAD/ASSIST
SHIPPER/DRIVER    DOCK/SEALS
CONSIGNEE/DRIVER    UNLOAD/ASSIST

Consignor tradements and agreed that by transacting/following Averitt Express Truckload Services to handle or assist with the unloading of this trailer, the customer will be subject to additional charges.

SHIPPER SIGNATURE ____ DATE 5/12/03

CONSIGNEE SIGNATURE ____ DATE

DRIVER SIGNATURE ____ 57590   5/12/03   ASSOC

‖‖‖‖‖‖‖‖‖‖ D0082271038

Date: 5-12-03

Verification of Load ____

# CITATION
*Innovative Metal Components*

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9988675

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | E-COATING<br>1413 UNIVERSITY DRIVE<br>NACOGDOCHES TX 75961 |
|---|---|---|---|

Bill To: 11362    Ship To: 11362/2             Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT 5/14/03 | 5/15/03 | 5805 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912742 | 3 | <S> KNUCKLE<br>15056851<br>Product#: 15056851<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 5/14/03 shipped<br>by Averitt- Invoice tf5806  *TF5805* | 648 | 13135 | EA | 9.690 | 6279.12 |

**TOTAL ▶**   6279.12

D 764-012

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*
Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9988676 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | E-COATING<br>1413 UNIVERSITY DRIVE<br>NACOGDOCHES TX 75961 |

Bill To: 11362     Ship To: 11362/2          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550004498 | Averitt | COLLECT | 5/14/03 | 5/15/03 | 5806 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9912743 | 3 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>Packing slip dated 5/14/03 shipped<br>by Averitt- Invoice tf5806 | 648 | 13051 | EA | 9.690 | 6279.12 |

**TOTAL ▶**     6279.12

D 764-012

SHIP  DELPHI E & CHASSIS SYS TEST CENTER     ORDER/ITEM:   9912743    3
TO:   SAGINAW OPERATIONS                     LADING #:        5806
      2328 E GENESSEE AVENUE                 SHIP VIA:     AVERITT
      SAGINAW                    MI 48601    SHIP DATE:    5/14/03

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593337 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593338 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593339 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593340 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593341 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593343 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593344 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593345 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593346 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593347 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593349 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593350 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593351 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593352 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593354 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593355 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593356 |
| 15056852 | 31211 | 36 | | 730 | 260 | 550004498 | 21 | 593357 |

                          3121              648

                       *** REPORT TOTALS ***

TOTAL LINE ITEMS:          18        CONTAINER:  21 COUNT:  18
TOTAL PIECES:             648
TOTAL NET WEIGHT:      13,140
TOTAL TARE WEIGHT:      4,680
TOTAL GROSS WEIGHT:    17,820      9912743-3- 648 pcs- part.
      (NET+TARE)
                              13051 #

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 5-13-03

Consigned To: Delphi

Destination: Citcn Blvd
Juarez  Mx

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851 ( 648 ) | 17820 | TF-5805 |
| | memo # 5185 | | |
| | | | |
| | | | |
| 18 | 15056852 ( 648 ) | 17820 | TF 5806 |
| | memo # 5186 | | |
| | | | |
| | | | |
| 18 | | 35640 | |

COD charge to be paid for by ____ Shipper  X Consignee ____ THIRD PARTY

Signature of Cosignor: Samantha Sinjetu

Signature of Driver: David Burnett

Truck # _____ Load# _____ Carrier: AVRT

Trailer # 8429

Seal# 6358225

Date 5-14-03
Verification of Load: Palmage A. Bryd

BOL

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 5-13-03

Consigned To: _Dolphi_

Destination: _Vila Blvd_

_Laredo   Tx_

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851 ( 648 ) | 17820 | Bd TF 5805 |
| | memo # 5185 | | |
| | | | |
| 18 | 15056852 ( 648 ) | 17820 | TF 5806 |
| | memo # 5186 | | |
| | | | |
| 18 | | 35640 | |

COD charge to be paid for by ___ Shipper   X Cosignee ___ THIRD PARTY

Signature of Cosignor: _Samantha Shizlata_

Signature of Driver: ___

Truck # ___   Load# ___   Carrier: _KURT_

_Ismael Garcia_

**AVERITT EXPRESS** TRUCKLOAD SERVICES PRO

PRO NUMBER 008- _2271673_

SEAL NUMBER _6358225_

Trailer # _8429_

Seal# _6358225_

**CIRCLE AS APPROPRIATE**
SHIPPER/DRIVER_____LOAD/ASSIST
SHIPPER/DRIVER_____BLOCK/BRACE
CONSIGNEE/DRIVER_____UNLOAD/ASSIST

_Talmage L Bryd 5/14/03_

_8/14/03_

_5/15/03_

Date: _5-14-03_
Verification of Load: _Talmage L Bryd_

0082271673

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9988988 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-906-6940

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| DELPHI E & C CSTC | | E-COATING | |
| INVOICE MAIL CODE R-02 | | 1413 UNIVERSITY DRIVE | |
| 2582 EAST RIVER ROAD | | NACOGDOCHES TX 75961 | |
| MORAINE OH 45439 | | | |

Bill To: 11362       Ship To: 11362/2                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550004498 | Avrt | COLLECT 5/19/03 | 5/20/03 | 5823 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930093 | 1 | <S> KNUCKLE | 648 | 13135 | EA | 9.690 | 6279.12 |
| | | 15056851 | | | | | |
| | | Product#: 15056851 | | | | | |
| | | Material: D12S DUCTILE CUST BHN | | | | | |
| | | BOL 5823 | | | | | |

**TOTAL ▶**          6279.12

QD 764-012

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*

Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9988989

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED
D-U-N-S 00-806-6846

| | |
|---|---|
| **S O L D T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |

| | |
|---|---|
| **S H I P T O** | E-COATING<br>1413 UNIVERSITY DRIVE<br>NACOGDOCHES TX 75961 |

Bill To: 11362     Ship To: 11362/2                    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550004498 | Avrt | COLLECT 5/19/03 | 5/20/03 | 5824 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930094 | 1 | <S> KNUCKLE<br>15056852<br>Product#: 15056852<br>Material: D12S DUCTILE CUST BHN<br>BOL 5824 | 648 | 13051 | EA | 9.690 | 6279.12 |

**TOTAL ▶**   6279.12

D 764-012

USR1020
Date:  5-05-44481-rdd   Doc 2055-9   Filed 02/03/06   Entered 02/03/06 16:22:47   Page C   1
LUFSAUNDR                 CITP @ ADC 5 2         CTP5 2
                          CITATION COMPANY               Time: 18:58:22
                 PACKING TICKET DETAIL   Part 7  Pg 21 of 49
                 MEMO NO.:      5202

```
SHIP  DELPHI E & CHASSIS SYS TEST CENTER    ORDER/ITEM:  9912743  3
TO:   SAGINAW OPERATIONS                      LADING #:     5824
      2328 E GENESSEE AVENUE                  SHIP VIA:   AVERIT
      SAGINAW                  MI 48601       SHIP DATE:   5/19/03
```

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595096 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595098 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595099 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595100 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595101 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595102 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595103 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595104 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595105 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595106 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595107 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595108 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595109 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595110 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595112 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595113 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595115 |
| 15056852 | 31301 | 36 | | 730 | 260 | 550004498 | 21 | 595117 |

```
                 3130              648
```

*** REPORT TOTALS ***

```
TOTAL LINE ITEMS:           18      CONTAINER:   21 COUNT:   18
TOTAL PIECES:              648
TOTAL NET WEIGHT:       13,140
TOTAL TARE WEIGHT:       4,680
TOTAL GROSS WEIGHT:     17,820
      (NET+TARE)
```

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 5/19/03

Consigned To: _Delphi_

Destination: _Killam Industrial Blvd_
_Laredo, TX_

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851 (648) | 17820 | TF5823 |
|  | memo 5201 |  |  |
|  |  |  |  |
| 18 | 15056852 (648) | 17820 | TF5824 |
|  | memo 5202 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| 18 |  | 35640 |  |

COD charge to be paid for by ____ Shipper __✓__ Consignee ____ THIRD PARTY

Signature of Cosignor: _Wilhelmson_

Signature of Driver: _Browne R._

Truck # _____ Load# _____ Carrier: AURT

Trailer # 9292

Seal# N|A

Date: 5-19-03
Verification of Load: L. Bupt

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 5/19/03

0082275838

Consigned To: _Delphi_

Destination: _Killam Industrial Blvd_
_Laredo, TX_

| No Packages | Description | Weight | |
|---|---|---|---|
| 18 | 15056851 (648) memo 5202 | 17820 | BOL TF5823 |
| 18 | 15056852 (648) memo 5202 | 17820 | TF5824 |
| | | | |
| | | | |
| | | | |
| | | | |
| 18 | | 35640 | |

COD charge to be paid for by ____ Shipper _√_ Consignee ____ THIRD PARTY

Signature of Consignor: _WRnielson_

Signature of Driver: _____

Truck # _____ Load# _____    Carrier: _AURT_

Trailer # _9292_

Seal # _N/M_    _Ismael Garcia_

Date: _5-19-03_

Verification of Load: _____

5/20/03

**AVERITT**.EXPRESS  TRUCKLOAD SERVICES PRO

PRO NUMBER
DOB- _2275038_    SEAL NUMBER    INTACT    YES  NO

**CIRCLE AS APPROPRIATE**
SHIPPER/DRIVER ____LOAD/ASSIST
SHIPPER/DRIVER ____BLOCK/BRACE
CONSIGNEE/DRIVER ____UNLOAD/ASSIST

**Customer understands and agrees that by requesting/obtaining Averitt Express Truckload Services on behalf or on assist with loading/unloading of this trailer, the customer will be subject to additional charges.

SHIPPER SIGNATURE _____    DATE
CONSIGNEE SIGNATURE _____    05-20-03 DATE
DRIVER SIGNATURE _____ ASSIST    DATE

# INVOICE

**CITATION**

Texas
Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**CITATION**    Texas
Foundries

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9989429 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICA

DUNS 00-806-6846

| S O L D  T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P  T O | OMNI WAREHOUSE<br>2702 PERKINS<br>SAGINAW MI 48601 |
|---|---|---|---|

Bill To: 11362      Ship To: 11362/4                    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | LANDSTAR        COLLECT | 5/30/03 | 5/30/03 | 882059 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930190 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST<br>CBX 40X40 CARDBOARD BOX | 100<br><br><br>BHN<br>1 | 1137 | EA | 6.010<br><br><br>26.8100 | 601.00<br><br><br>26.81 |

| | TOTAL ▶ | 627.81 |
|---|---|---|

764-012

# CITATION
## Texas Foundries

1611 North Raquet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION Texas Foundries
REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9989430 |

TERMS
NET 90 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-206-5946

| | |
|---|---|
| **SOLD TO** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| **SHIP TO** | OMNI WAREHOUSE<br>2702 PERKINS<br>SAGINAW MI 48601 |

Bill To: 11362    Ship To: 11362/4        Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| | LANDSTAR | COLLECT | 5/30/03 | 5/30/03 | 882059 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930191 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST<br>CBX 40X40 CARDBOARD BOX | 100<br><br>BHN<br>1 | 1138 | EA | 6.010<br><br><br>26.8100 | 601.00<br><br><br>26.81 |

**TOTAL ▶**  627.81

764-012

# CITATION
### Innovative Metal Components

1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6945

**ACCOUNTING**

**C.O.D. AMOUNT**

FROM

CARRIER

5/30   03   LANDSTAR

TERR.

082059

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO: OMNI WAREHOUSE
2702 PERKINS

SAGINAW      MI
48601

SPECIAL REMARKS

LANDSTAR #4080

CUSTOMER NO.
11362/4

FOB
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18079357 | 9930190 | 550025262 | D125 | 100 | 1137 | / | | |
| 18079357 | 1 | | | REV#: | CAD | | CBX 1 | P |
| 18079358 | 9930191 | 550025262 | D125 | 100 | 1138 | / | | |
| 18079358 | 1 | | | REV#: | CAD | | CBX 1 | P |

ESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| . PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 104770 | 2405 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

ATION CORP.    Shipper, Per          AGENT          PER

anent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 2275 | 130 | 2405 |

e shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether rrier's or shipper's weight, NOTE-where the rate is dependent on value, shippers are required to state specifically ing the agreed or declared value of the property.
greed  or declared value of the property is hereby
fically stated  by the shipper to be not exceeding

per

B/L      082059

STRAIGHT BILL OF LADING — SHORT FORM
ORIGINAL - NOT NEGOTIABLE

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904
D-U-N-S: 00-806-6946

FROM

CARRIER

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading...

IP TO:

CUSTOMER NO.

F.O.B.   COLLECT

**C.O.D.
AMOUNT**

ECIAL REMARKS

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, shall sign the
following statement:
  The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

(Signature of Consignor)

| . PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | 2405 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

Received $
to apply in prepayment of
the charges on the property
described hereon.

Agent or Cashier

Per

(The signature here acknowledges
only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 2275 | 130 | 2405 |

CITATION CORP.,   Shipper, Per          AGENT          PER
ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
n writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding                    per

B/L

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9990439 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-800-6946

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |
|---|---|---|---|

Bill To: 11362     Ship To: 11362/3          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930188 | 1 | \<S> KNUCKLE<br>18079353<br>Product#: 18079353<br>Material: D12S DUCTILE CUST BHN | 328 | 3609 | EA | 5.990 | 1964.72 |
| | | CXB CARDBOARD BOX W/BAG | 2 | | | 31.5000 | 63.00 |

| | TOTAL ▶ | 2027.72 |
|---|---|---|

D 764-012

# CITATION
**INVOICE**

Innovative Metal Components

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9990440

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-808-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |
|---|---|---|---|

Bill To: 11362    Ship To: 11362/3                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930189 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br>CXB CARDBOARD BOX W/BAG | 123<br><br><br><br>1 | 1349 | EA | 5.990<br><br><br><br>31.5000 | 736.77<br><br><br><br>31.50 |

1764-012

**TOTAL ▶**    768.27

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9990441

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362      Ship To: 11362/3            Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930190 | 1 | <S> KNUCKLE<br>18079357<br>Product#: 18079357<br>Material: D12S DUCTILE CUST BHN | 267 | 3038 | EA | 6.010 | 1604.67 |
| | | CXB CARDBOARD BOX W/BAG | 1 | | | 31.5000 | 31.50 |
| | | DN-TEXBX-L JA-PO 8B152383 | 1 | | | 23.0000 | 23.00 |

**TOTAL ▶**      1659.17

D 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9990442

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362   Ship To: 11362/3        Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930191 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN | 407 | 4619 | EA | 6.010 | 2446.07 |
| | | CXB CARDBOARD BOX W/BAG | 2 | | | 31.5000 | 63.00 |

**TOTAL ▶**          2509.07

D 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9990443 |

¹611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-B06-6946

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
PRODUCTION SPECIALTIES GROUP, INC.
N117W19237 FULTON DRIVE
P.O. BOX 857
GERMANTON WI 53022

Bill To: 11362      Ship To: 11362/3                    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930192 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN | 373 | 4142 | EA | 6.070 | 2264.11 |
| | | CXB CARDBOARD BOX W/BAG | 2 | | | 31.5000 | 63.00 |
| | | DN-TEXBX-L JA-PO 8B152383 | 1 | | | 23.0000 | 23.00 |

| | TOTAL ▶ | |
|---|---|---|
| | | 2350.11 |

) 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9990444 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| | |
|---|---|
| **S O L D T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 |
| **S H I P T O** | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362    Ship To: 11362/3         Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 550025262 | CELADON | COLLECT | 6/14/03 | 6/14/03 | 882657 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930193 | 1 | \<S\> KNUCKLE<br>18079362<br>Product#: 18079362<br>Material: D12S DUCTILE CUST BHN<br>DN-TEXBX-L JA-PO 8B152383 | 427<br><br><br><br>3 | 4738 | EA | 6.070<br><br><br><br>23.0000 | 2591.89<br><br><br><br>69.00 |

|  | **TOTAL ▶** | 2660.89 |
|---|---|---|

764-012

# CITATION
Innovative Metal Components

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

SHIPPING

**C.O.D. AMOUNT**

FROM

CARRIER

TERR.

**20**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

**CUSTOMER NO.**
113623

SHIP PRODUCTION SPECIALTIES GROUP, 1
TO:   N117W19237 FULTON DRIVE          CELADON # 595596
      P.O. BOX 857
      GERMANTON          WI
                         53022

**F.O.B.**
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079353<br>18079353 | 9930188<br>1 | 550025262 | D12S | 328<br>REV#: | 3609<br>00 | | 2<br>CRT00 | P |
| 18079354<br>18079354 | 9930189<br>1 | 550025262 | D12S | 123<br>REV#: | 1349<br>00 | | 1<br>CRT00 | P |
| 18079357<br>18079357 | 9930190<br>1 | 550025262 | D12S | 267<br>REV#: | 3038<br>CAD | | 2 | P |
| 18079358<br>18079358 | 9930191<br>1 | 550025262 | D12S | 407<br>REV#: | 4619<br>CAD | | 2<br>CRT00 | P |
| 18079361<br>18079361 | 9930192<br>1 | 550025262 | D12S | 373<br>REV#: | 4142<br>00 | | 3 | P |
| 18079362<br>18079362 | 9930193<br>1 | 550025262 | D12S | 427<br>REV#: | 4738<br>00 | | 3 | P |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**\* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)**

**OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT**

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 10 | CONTAINERS ROUGH CASTING ITEM 104770 | 17407 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | | 3 | | 4933 |

**CITATION CORP.,    Shipper, Per         AGENT        PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 21495 | 845 | 22340 |

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding                    per

**B/L**    8882657

FRM2003 TFM190R1.6 LUFKIN @ BREWTON  AS400 LUF5.2           Page:    1
ate:  6/14/03              A CITATION COMPANY                 Time: 15:19:53
                           PACKING TICKET DETAIL                    LUFOUIDAB
              MEMO NO.: 0882657  CUSTOMER NO.:

HIP PRODUCTION SPECIALTIES GROUP, INC.
O:  N117W19237 FULTON DRIVE
    P.O. BOX 857                                      SHIPPED
    GERMANTON              WI 53022                   6/15/03

| ATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER ORDER | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 8079353 | 31391 | 209 | | 2300 | 65 | 550025262 | 38 | 601647 |
| 8079353 | 31391 | 119 | | 1309 | 65 | 550025262 | 38 | 601649 |
| 8079353 | 3139 | | 328 | | | | | |
| 8079354 | 31391 | 123 | | 1349 | 65 | 550025262 | 38 | 601648 |
| 8079354 | 3139 | | 123 | | | | | |
| 8079357 | 31392 | 66 | | 752 | 65 | 550025262 | 38 | 601887 |
| 8079357 | 3139 | | 66 | | | | | |
| 8079357 | 31552 | 201 | | 2286 | 65 | 550025262 | 74 | 602080 |
| 8079357 | 3155 | | 201 | | | | | |
| 8079358 | 31392 | 238 | | 2700 | 65 | 550025262 | 38 | 599567 |
| 8079358 | 31392 | 169 | | 1919 | 65 | 550025262 | 38 | 601888 |
| 8079358 | 3139 | | 407 | | | | | |
| 8079361 | 31421 | 217 | | 2406 | 65 | 550025262 | 38 | 597575 |
| 8079361 | 31421 | 92 | | 1022 | 65 | 550025262 | 38 | 597586 |
| 8079361 | 31421 | 64 | | 714 | 65 | 550025262 | 74 | 602090 |
| 8079361 | 3142 | | 373 | | | | | |
| 8079362 | 31421 | 97 | | 1073 | 65 | 550025262 | 74 | 602089 |

RM2003 TFM190R1.6 LUFKIN @ BREWTON, AS400 R5.2 OF5.2                    Page:   2
te:  6/14/03                    A CITATION COMPANY                       Time: 15:19:53
                              PACKING TICKET DETAIL                          LUFOUIDAB
                    MEMO NO.: 0882657  CUSTOMER NO.: 11362

IP PRODUCTION SPECIALTIES GROUP, INC.
:  N117w19237 FULTON DRIVE
   P.O. BOX 857                                              SHIPPED
   GERMANTON              WI 53022                           6/15/03

| TTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER ORDER | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 079362 | 31422 | 199 | 2213 | | 65 | 550025262 | 74 | 602093 |
| 079362 | 31421 | 131 | 1452 | | 65 | 550025262 | 74 | 602099 |
| 079362 | 3142 | | 427 | | | | | |

*** REPORT TOTALS ***

TAL LINE ITEMS:        13          CONTAINER:    38 COUNT:    8
TAL PIECES:         1,925                        74           5
TAL NET WEIGHT:    21,495
TAL TARE WEIGHT:      845
TAL GROSS WEIGHT:  22,340
     (NET+TARE)

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9992137

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6946

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

| SOLD TO | ShIP TO |
|---|---|
| DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362    Ship To: 11362/3              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55002562 | CRW | COLLECT | 8/01/03 | 8/01/03 | 883994 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930267 | 1 | <S> KNUCKLE<br>18079354<br>Product#: 18079354<br>Material: D12S DUCTILE CUST BHN<br> * COMPLETE * | 145 | 1593 | EA | 5.990 | 868.55 |
| | | CBX FREE 40X40 CARDBOARD | 1 | | | .0000 | .00 |

TOTAL ▶         868.55

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9992138 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE
D-U-N-S 00-806-6946

| S O L D T O | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | S H I P T O | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |
|---|---|---|---|

Bill To: 11362     Ship To: 11362/3            Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55002562 | CRW | COLLECT | 8/01/03 | 8/01/03 | 883994 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930270 | 1 | <S> KNUCKLE<br>18079358<br>Product#: 18079358<br>Material: D12S DUCTILE CUST BHN<br> * COMPLETE * | 307 | 3489 | EA | 6.010 | 1845.07 |
| | | CBX FREE 40X40 CARDBOARD | 3 | | | .0000 | .00 |

**TOTAL ▶**     1845.07

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

9992139

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| | |
|---|---|
| **S O L D T O** | DELPHI E & C CSTC<br>INVOICE MAIL CODE R-02<br>2582 EAST RIVER ROAD<br>MORAINE OH 45439 | **S H I P T O** | PRODUCTION SPECIALTIES GROUP, INC.<br>N117W19237 FULTON DRIVE<br>P.O. BOX 857<br>GERMANTON WI 53022 |

Bill To: 11362      Ship To: 11362/3                Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55002562 | CRW | COLLECT | 8/01/03 | 8/01/03 | 883994 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930268 | 1 | <S> KNUCKLE<br>18079361<br>Product#: 18079361<br>Material: D12S DUCTILE CUST BHN<br>  * COMPLETE *<br>CBX FREE 40X40 CARDBOARD | 148<br><br><br><br><br>1 | 1640 | EA | 6.070<br><br><br><br><br>.0000 | 898.36<br><br><br><br><br>.00 |

**TOTAL ▶**      898.36

QD 764-012

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 9992140 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-8846

**SOLD TO**
DELPHI E & C CSTC
INVOICE MAIL CODE R-02
2582 EAST RIVER ROAD
MORAINE OH 45439

**SHIP TO**
PRODUCTION SPECIALTIES GROUP, INC.
N117W19237 FULTON DRIVE
P.O. BOX 857
GERMANTON WI 53022

Bill To: 11362    Ship To: 11362/3          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 55002562 | CRW | COLLECT | 8/01/03 | 8/01/03 | 883994 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930269 | 1 | <S> KNUCKLE | 92 | 1019 | EA | 6.070 | 558.44 |
| | | 18079362 | | | | | |
| | | Product#: 18079362 | | | | | |
| | | Material: D12S DUCTILE CUST BHN | | | | | |
| | | CBX FREE 40X40 CARDBOARD | 1 | | | .0000 | .00 |

**TOTAL ▶**   558.44

QD 764-012

PACKING TICKET

# CITATION
Innovative Metal Components

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

**SHIPPING**

**C.O.D. AMOUNT**

D-U-N-S 00-806-6946

FROM

CARRIER

**20**

TERR.

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

**CUSTOMER NO.**

SHIP TO: PRODUCTION SPECIALTIES GROUP, I
N117W19237 FULTON DRIVE
P.O. BOX 957
GERMANTOWN      WI
53022

BILL 3RD PARTY: 11362/3
CRW FREIGHT MANAGMNT ATTN:JOE IRVIN
3716 S.ELYRIA RD    SHREVE, OH 4467
TFT (HBC1) US EXPRESS # 62270

**F.O.B.**

**COLLECT**

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 18079354 18079354 | 9930267 1 | 55002562 | D12S | 145 REV#: | 1593 00 | | CBX  1 | C |
| 18079358 18079358 | 9930270 1 | 55002562 | D12S | 307 REV#: | 3489 00 | | CBX  3 | C |
| 18079361 18079361 | 9930268 1 | 55002562 | D12S | 148 REV#: | 1640 00 | | CBX  1 | C |
| 18079362 18079362 | 9930269 1 | 55002562 | D12S | 92 REV#: | 1019 00 | | CBX  1 | P |

**★ DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)**

**OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT**

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 6 | CONTAINERS ROUGH CASTING ITEM 104770 | 8131 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|---|
| **CITATION CORP.,** **Shipper, Per** | **AGENT** **PER** | 7741 | 390 | 8131 |

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

**B/L**    083994

#11365

# CITATION
**Innovative Metal Components**

# CITATION
1611 North Raguet (75904)
P.O. Box 3718
Lufkin, TX 75903-3718
936.632.4451
Fax: 936.639.6126

6-21-05
_____
**Deposit Date**

_alpha_

Re: Your Check # 6656549    Date 6-21-05
Our Invoice # 903892    Date _____
Our Credit Memo # _____    Date _____

**AMOUNT**

Please send us a copy of your debit memo # _____
Dated _____ amount $ _____    510
Balance due for boxes _____

24
338 —

**CHARGE**

Balance due for freight    Billed @ 11.62

Other _____    Pd @ 11.46

**CREDIT**

☐ Supporting paper attached

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 900525 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | S H I P T O | DELPHI CHASSIS SYSTEMS<br>** PLANT 3, DOCK 4 **<br>2328 E GENESSEE AVENUE<br>SAGINAW MI 48601 |
| --- | --- | --- | --- |

Bill To: 11365     Ship To: 11365                Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- |
| 550054737 | | 2/05/05 | 2/05/05 | 900525 | 07 |

| ORDER NO. | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- |
| | \<S\> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>Surcharge for Jan '05 / change<br>Avg metal price $454.61 vs base<br>$350 GR or $0.0467 per lb x<br>155,331 lb shipped @ 90/10 split | 1 | 17 | | 6528.690 | 6528.69 |

**TOTAL ▶**    6528.69

QD 764-012

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 454.61 GT |
| Difference | $ | 104.61 GT |
| Surcharge Increase | $ | 0.0467 Per Lb |
| Surcharge Increase @ 90% | | 0.0420 |

02/09/05

Citation Selects DELPHI -

Lutkin Sales History A on Date
Records Based on Record Type
Sales JAN 3 thru FEB 6, 2005
Range

| Record Typ | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To | Invoice# # | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | | | | | | | | | | |
| | 5/1/05 | | 899665 | 15719000 | 550054737 | 9930302 | 11365 | 899665 | 2,088 | 35078 |
| | 5/1/06 | | 899683 | 15719000 | 550054737 | 9930302 | 11365 | 899683 | 2,168 | 36422 |
| | 5/1/10 | | 899775 | 15719000 | 550054737 | 9930302 | 11365 | 899775 | -2,088 | 35078 |
| | 5/1/10 | | 899776 | 15719000 | 550054737 | 9930302 | 11365 | 899776 | 2,088 | 35078 |
| | 5/1/18 | | 899914 | 15719000 | 550054737 | 9930302 | 11365 | 899914 | 2,069 | 34759 |
| | 5/1/25 | | 900056 | 15719000 | 550054737 | 9930302 | 11365 | 900056 | 1,178 | 19790 |
| | 5/2/02 | | 900259 | 15719000 | 550054737 | 9930302 | 11365 | 900259 | 1,743 | 29282 |
| | | | | | | | | | 9,246 | 155331 |

TOTAL COUNT          7

Lbs          155,331
Price Chg          $0.0420
January Surcharge          6528.69

Delphi Surcharge l'05.xls

(SRDELPHSC2)

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 901347 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | S H I P T O | ADVANTAGE POWDER COATING<br>2090 EAST SECOND STREET<br>DEFIANCE OH 43612<br>USA |
|---|---|---|---|

Bill To: 11365      Ship To: 11365/16                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054737 | THIRD PARTY | COLLECT | 3/06/05 | 3/04/05 | 901347 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | <S> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>70291 lbs shipped @ 90/10 split | 1 | 17 | E | 2313.010 | 2313.01 |

**TOTAL ▶**                    2313.01

QD 764-012

3/8/2005

Citation Lufkin
Selects Records
DELPHI - Sales

Sales History Analysis Based on Record on Date Range
Based on Record Feb 7 thru Mar 6,
Type
2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.90 | GT |
| Surcharge Increase | $ | 0.0366 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2009 | 900546 | 13709802=11365 | 15719000 | 550054737 | 9930302 | 11365 | 900546 | 2,096 | 35213 |
| 5/2/2028 | 901027 | | 15719000 | 550054737 | 9930302 | 11365 | 901027 | 2,088 | 35078 |
| | | | | | | | | 4,184 | 70291 |

TOTAL COUNT 2

Lbs 70.291
Price Chg $0.0329
February Surcharge 2313.01

1

11:15 AM

# CITATION
**INVOICE**

*Innovative Metal Components*

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 901348 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | S H I P T O | HI TEMP INC<br>1930 N MONTGOMERY ROAD<br>812 663 4114<br>GREENSBURG IN 47240 |
| --- | --- | --- | --- |

Bill To: 11365     Ship To: 11365/9              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 550000706 | | MARK AS PREP | COLLECT | 3/06/05 | 3/04/05 | 901348 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9930339 | 1 | <S> KNUCKLE<br>18013714<br>Product#: 714<br>Material: D18HS<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>28040 lbs shipped @ 90/10 split | 1 | 9 | E | 922.690 | 922.69 |
| 9930235 | 1 | <S> KNUCKLE<br>18013715<br>Product#: 715<br>Material: D18HS<br>Surcharge for Feb '05 change<br>avg metal price $431.90 vs base<br>$350 GT or $0.0366 per lb x<br>31506 lbs shipped @ 90/10 split | 1 | 9 | E | 1036.740 | 1036.74 |

**TOTAL ▶**

1959.43

QD 764-012

3/8/2005

Citation Lufkin — Sales History Analysis Based on Date Range
Selects Records — Based on Record — Type
DELPHI - Sales — Feb 7 thru Mar 6, 2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 431.90 | GT |
| Difference | $ | 81.90 | GT |
| Surcharge Increase | $ | 0.0066 | Per Lb |
| Surcharge Increase @ 90% | | 0.0329 | |

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2010 | 900588 | 714 | 18013714 | 550000706 | 9930339 | 11365 | 900588 | 342 | 3133 |
| 5/2/2011 | 900622 | | 18013714 | 550000706 | 9930339 | 11365 | 900622 | 648 | 5936 |
| 5/3/2003 | 901124 | | 18013714 | 550000706 | 9930339 | 11365 | 901124 | 2,062 | 18971 |
| TOTAL COUNT | | | | | | 3 | | 3,052 | 28040 |

Lbs 28,040
Price Chg $0.0329
February Surcharge 922.69

14

11:15 AM

|  | | |
|---|---|---|
| Base Metal Price | $ 350.00 | GT |
| Current Avg Price | $ 431.90 | GT |
| Difference | $ 81.90 | GT |
| Surcharge Increase | $ 0.0366 | Per Lb |
| Surcharge Increase @ 90% | 0.0329 | |

3/8/2005

Citation Lufkin   Sales History Analysis Based on Date Range
Selects Records   Based on Record Type
DELPHI - Sales   Feb 7 thru Mar 6, 2005

| pe Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|
| 5/2/2011 | 900622 | | 715 | 18013715 | 550000706 | 9930235 | 11365 | 900622 | 626 | 5728 |
| 5/3/2002 | 901112 | | | 18013715 | 550000706 | 9930235 | 11365 | 901112 | 997 | 9172 |
| 5/3/2003 | 901169 | | 715 | 18013715 | 550000706 | 9930235 | 11365 | 901169 | 962 | 8850 |
| 5/3/2004 | 901204 | | | 18013715 | 550000706 | 9930235 | 11365 | 901204 | 843 | 7756 |

TOTAL COUNT    4            3,428    31506

31506

Lbs            31,506
Price Chg    $0.0329
February Surcharge    1036.74