# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

902098

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

**SOLD TO:**
DELPHI CHASSIS SY att: Acct Payable
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
ADVANTAGE POWDER COATING
2090 EAST SECOND STREET
DEFIANCE OH 43612
USA

Bill To: 11365      Ship To: 11365/16              Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| SEE BELOW | THIRD PARTY | COLLECT | 4/01/05 | 4/02/05 | 902098 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | \<S> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>P.O. No.: 550054737<br>March '05 surcharge based on avg<br>metal price $370.01 vs base $350 GT<br>or $0.0089 per lb @ 90% $0.008 x<br>123073 # shipped | 1 | 17 | E | 989.470 | 989.47 |
| 9930339 | 1 | \<S> KNUCKLE<br>18013714<br>Product#: 714<br>Material: D18HS<br>P.O. No.: 550000706<br>March '05 surcharge based on avg<br>metal price $370.01 vs base $350 GT<br>or $0.0089 per lb @ 90% $0.008<br>x (-424) # shipped | 1- | 9- | E | 3.410 | 3.41- |

**TOTAL ▶**                986.06

QD 764-012

4/5/2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 370.01 | GT |
| Difference | $ | 20.01 | GT |
| Surcharge Increase | $ | 0.0089 | Per Lb |
| Surcharge Increase @ 90% | | 0.0080 | |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DLEPHI- Sales Feb 7 thru Mar 6, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 3/8/05 | 901286 | 13709802=11365 | 15719000 | | 550054737 | 9930302 | 11365 | 901286 | 2,136 | 36056 |
| | 3/18/05 | 901620 | | 15719000 | | 550054737 | 9930302 | 11365 | 901620 | 1,788 | 30181 |
| | 3/23/05 | 901731 | | 15719000 | | 550054737 | 9930302 | 11365 | 901731 | 2,089 | 35095 |
| | 4/1/05 | 901973 | | 15719000 | | 550054737 | 9930302 | 11365 | 901973 | 1,288 | 21741 |
| | | | | | | | | | 7,301 | 123073 |

TOTAL COUNT    4

123,073    Lbs
$0.0080    Price Chg
**989.47**    March Surcharge

4/5/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DLEPHI- Sales Feb 7 thru Mar 6, 2005

| | |
|---|---|
| Base Metal Price | $ 350.00 GT |
| Current Avg Price | $ 370.01 GT |
| Difference | $ 20.01 GT |
| Surcharge Increase | $ 0.0089 Per Lb |
| Surcharge Increase @ 90% | 0.0080 |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3/27/05 | 901768 | 714 | 18013714 | | 550000706 | 9930339 | 11365 | 901768 | -46 | -424 |

TOTAL COUNT    1

| | | |
|---|---|---|
| | Lbs | -46 |
| | | -424 |
| | Price Chg | (424) |
| | | $0.0080 |
| | March Surcharge | -3.41 |

10

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 903230 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**TERMS**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

**SOLD TO:**
DELPHI CHASSIS SY att: Acct Payable
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**SHIP TO:**
DELPHI CHASSIS SYSTEMS
** PLANT 3, DOCK 4 **
2328 E GENESSEE AVENUE
SAGINAW MI 48601

Bill To: 11365     Ship To: 11365          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054737 | THIRD PARTY | COLLECT | 5/08/05 | 5/07/05 | 903230 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | <S> EXTENDER HUB 15719000 Product#: 13709802=11365 Material: D12  DUCTILE BHN 156-217 April surcharge based on avg metal price $364.79 vs base $350 GT or $.0066 per lb @ 90% $.0059 x (-776) # shippedd | 1- | 1- | E | 4.610 | 4.61- |
| 9930302 | 1 | <S> EXTENDER HUB 15719000 Product#: 13709802=11365 Material: D12  DUCTILE BHN 156-217 April surcharge based on avg metal price $364.79 vs base $350 GT or $.0066 per lb @ 90% $.0059 x 68263# shipped | 1 | 1 | E | 405.650 | 405.65 |

**TOTAL ▶**          401.04

QD 764-012

5/10/2005

| Base Metal Price | $ | 350.00 | GT |
| Current Avg Price | $ | 364.79 | GT |
| Difference | $ | 14.79 | GT |
| Surcharge Increase | $ | 0.0066 | Per Lb |
| Surcharge Increase @ 90% | | 0.0059 | |

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Apr 4 thru May 8, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 5/5/2001 | 902909 | 13709802 | 15719000 | 550054737 | 9930302 | 11365 | 902909 | -22 | -371 |
| | 5/5/2001 | 902909 | | 15719000 | 550054737 | 9930302 | 11365 | 902909 | -24 | -405 |
| | TOTAL COUNT | | | | | 2 | | | -46 | -776 |

Lbs (776)
Price Chg $0.0059
April Surcharge -4.61

1

Delphi Surcharge 4'05.xls

5/10/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Apr 4 thru May 8, 2005

| | | | Base Metal Price | $ | 350.00 | GT |
| | | | Current Avg Price | $ | 364.79 | GT |
| | | | Difference | $ | 14.79 | GT |
| | | | Surcharge Increase | $ | 0.0066 | Per Lb |
| | | | Surcharge Increase @ 90% | | 0.0059 | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| | 5/4/2007 | 902184 | 13709802=11365 | 15719000 | 550054737 | 9930302 | 11365 | 902184 | 1,960 | 33085 |
| | 5/4/2020 | 902571 | | 15719000 | 550054737 | 9930302 | 11365 | 902571 | 2,084 | 35178 |
| TOTAL COUNT | | | | | | | | | 4,044 | 68263 |

2

Lbs 68.263
Price Chg $0.0059
April Surcharge 405.65

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 903988 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-808-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | ADVANTAGE POWDER COATING<br>2090 EAST SECOND STREET<br>DEFIANCE OH 43612<br>USA |

Bill To: 11365      Ship To: 11365/16                    Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 0550054737 | THIRD PARTY | | COLLECT | 6/05/05 | 6/05/05 | 903988 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | &lt;S&gt; EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>May '05 Surcharge based on avg<br>metal price $342.73 vs base $350 GT<br>or ($.0032) per lb @ 90% = ($.0029)<br>x 70,558# shipped | 1- | 1- | E | 206.100 | 206.10- |

|  | **TOTAL ▶** | 206.10 |
|---|---|---|

QD 764-012

6/6/2005

## Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales May 9 thru June 05, 2005

| | Base Metal Price | $ 350.00 | GT |
|---|---|---|---|
| | Current Avg Price | $ 342.73 | GT |
| | Difference | $ (7.27) | GT |
| | Surcharge Increase | $ (0.0032) | Per Lb |
| | Surcharge Increase @ 90% | (0.0029) | |

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 5/5/19 | 903453 | 13709802=11365 | 15719000 | 550054737 | 9930302 | 11365 | 903453 | 2,066 | 34874 |
| | 5/6/03 | 903892 | | 15719000 | 550054737 | 9930302 | 11365 | 903892 | 2,114 | 35684 |
| | TOTAL COUNT | | | | | 2 | | | 4,180 | 70558 |

Lbs              70,558
Price Chg        -$0.0029
May Surcharge    -206.10

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
| --- |
| 906601 |

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6948

**S O L D T O**
DELPHI CHASSIS SY att: Acct Payable
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT MI 48501-1550

**S H I P T O**
ADVANTAGE POWDER COATING
2090 EAST SECOND STREET
DEFIANCE OH 43612
USA

Bill To: 11365      Ship To: 11365/16          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
| --- | --- | --- | --- | --- | --- | --- |
| 0550054737 | THIRD PARTY | COLLECT | 9/04/05 | 9/04/05 | 906601 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 9930302 | 1 | <S> EXTENDER HUB 15719000 Product#: 13709802=11365 Material: D12  DUCTILE BHN 156-217 Aug surcharge 4077 pc @ ($.236) ea Base metal $350 / actual avg price $315.23  @ 90% | 1- | 1- | E | 962.170 | 962.17- |

**TOTAL ▶**          962.17-

QD 764-012

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 GT |
| Current Avg Price | $ | 315.23 GT |
| Difference | $ | (34.77) GT |
| Surcharge Increase | | (0.0155) Per Lb |
| Surcharge Increase @ 90% | | (0.0140) |

9/8/2005

Citation Lufkin Sales History Analysis Based on Date Range
Selects Records Based on Record Type
DELPHI - Sales Aug 2 thru Aug 31, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|
| RS | 5/8/2002 | 905495 | 13709802=11365 | 15719000 | | 9930302 | 11365 | 905495 | 2,126 | 35887 |
| | 5/8/2025 | 906139 | | 15719000 | 550054737 | 9930302 | 11365 | 906139 | 1,951 | 32933 |
| | TOTAL COUNT | | | | | | | | 4,077 | 68,820 |
| | 2 | | | | | | | | | |

Pcs 4,077
Price Chg Ea -$0.2360
Aug Surcharge -962.17

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*
Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 906771 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT

D-U-N-S 00-806-6948

| S O L D T O | DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | S H I P T O | ADVANTAGE POWDER COATING<br>2090 EAST SECOND STREET<br>DEFIANCE OH 43612<br>USA |
|---|---|---|---|

Bill To: 11365     Ship To: 11365/16          Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054737 | Fed ex | COLLECT | 9/14/05 | 9/15/05 | 45845 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | <S> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>Shipper 45845 shipped by Fed ex on<br>9/14/05 for b/l 905870 | 2055 | 34688 | E | 11.620 | 23879.10 |

**TOTAL ▶**   23879.10

:D 764-012

**BILL OF LADING** **SHORT FORM**

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Reference No.
Carrier's Code (SCAC)

FXFCC
(Name of Carrier)

NO 43512

From **ADVANTAGE POWDER COATING, INC**

Consigned to: US HEROTOWN    1 EDMUND ST.

Destination: DAYTON    State: OH    Zip:    County:

Delivery Address

Route:

Delivering Carrier: FXCC    Car or Vehicle Initials:    No. W44757

| No. Packages | Kind of Package, Description of Articles Special Marks, and Exceptions | *WEIGHT (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|
| 9 | basket (2055 pcs) | 40,587 | | |
| | of 13709802 | | | |
| | # 9930302 | | | |
| | P.O. # IK152822 | | | |
| | Ref# 905870 | | | |
| | Painted + Shipped As Requested | | | |

ADVANTAGE POWDER CTG. INC. Shipper, Per _____    Agent, Per _____

Nº 45845

REDIFORM.

Carbonless Speedisat® Forms
Rediform, Inc.    Made in U.S.A.

44-301•Triplicate
44-302•Quadruplicate

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)
OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| | CONTAINERS ROUGH CASTING ITEM 104770 | | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 165520 | |
| | | | | | 40587 |

CITATION CORP.    Shipper, Per    AGENT    PER

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 34721 | 5866 | 40587 |

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 76903

B/L    905870

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components*   Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**

907150

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-606-6948

| S O L D T O | DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | S H I P T O | ADVANTAGE POWDER COATING<br>2090 EAST SECOND STREET<br>DEFIANCE OH 43612<br>USA |

Bill To: 11365    Ship To: 11365/16              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054737 | Fed ex | COLLECT | 9/29/05 | 9/29/05 | 45888 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | <S> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>Shipper 45888 shipped by Fed ex on<br>9/29/05 for b/l 905954 | 1939 | 32730 | E | 11.620 | 22531.18 |

**TOTAL ►**  22531.18

iD 764-012

**FedEx** Custom Critical

PO Box 5101 • Green, OH 44232-5001 • customcritical.fedex.com
SCAC: FDCC

~ FEDEX
B O P D

**BILL OF LADING** PROOF OF DELIVERY
Not negotiable
Page 1 of 1
Shipper, mark all copies clearly and sign.

9-29

| Shipper Tracking # | Authorization # | Purchase Order # | Carrier PRO/BOL # |
|---|---|---|---|
| | | | 2 3398244-1 |

① **Shipper (from)**
Name Advantage Powder Coating
Address 2090 E 2nd St
City Defiance   State or Province OH
Country ___ Zip 43512 Phone( )___
Attn ___

② **Consignee (to)**
Name US AeroTram INC
Address 1 Edmond St
City Dayton   State or Province OH
Country ___ Zip 45404 Phone( )___
Attn ___

③ Freight charges are:  ☐ Prepaid  ☐ Collect  ☐ Third Party   Bill freight charges to:
Name ___  Address ___
P.O. Box ___ City ___ State ___ Zip ___

④ **C.O.D.** Collect on Delivery   Remit C.O.D. to:
Name ___ Phone ___
Street ___
City ___ State ___ Zip ___

⑤
| Handling Units | | HM | Description of Articles, Kind of Packaging, Dimensions, Special Marks, Exceptions and Unit Measurements. (i.e., pounds, gallons, etc.) Shipper - Mark HM column for hazardous materials. | Weight in lbs. |
|---|---|---|---|---|
| Pieces | Container Type | (X) | | (Subject to correction) |
| 8 | RACKS | | Auto Parts (See Packing List) | 3776 |
| | | | | |
| | | | | |
| | | | | |

⑥ **Hazmat Certification** - This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
Emergency Response Phone Number   Shipper Name (signature)   Legible Authorized Name (print)

⑦ If this shipment is to be delivered to the consignee without recourse on the shipper, the shipper shall sign the following statement. The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.
[Shipper Signature]

⑧ **Tariff Terms and Conditions: Charges** - Absent a contractual agreement, all terms and conditions for transportation services (including charges) shall be set forth in Carrier's tariff as maintained at Carrier's Corporate Headquarters and in effect on the date service is provided. Copies available upon request or at customercritical.fedex.com.
**Delay** - There is always a risk of late delivery or non-delivery. In the event of a late delivery, at your request within 30 days of shipment, FedEx Custom Critical may under certain conditions refund part of transportation charges paid.

⑨ **Consequential Damages** - Carrier is not responsible or liable for any loss or damage resulting from delay, non-delivery or damage to shipment except as noted below. This includes loss of sales, income, interest, profits, downtime, food and other costs, but is not limited to these items. Such damages are called "consequential damages."
**Limitation of Liability/Declared Value Damage or Loss** - We are liable for no more than $50,000 per shipment. In the event of physical loss or damage to cargo, unless you fill in a higher Declared Value, document higher actual loss in the event of a claim and pay 30¢ for each additional $100 of declared value. **Special conditions apply to Used Equipment and Rescued/Interlined shipments.** *See reverse side for additional valuation terms and conditions. Complete terms and conditions appear in prevailing FCCC Tariff 101.*
Shipper must state specifically in the space below the agreed or declared value of the property as follows: Shipper hereby states that the agreed or declared value of the property is:

⑩ Loaded by:  ☐ Shipper  ☐ Driver   ☐ Shipper Load & Count   Comments: Shipper Load + Count
☐ Requested cargo hold temp ___° to ___°  ☐ Seal number ___
☐ ___ Pallets/Container said to contain ___ pieces  ☐ Shrink wrap
☐ Condition of freight unknown due to ___

⑪ **Shipper's Record**
Date ___ Shipper Signature X ___  Trailer N41177
Date 9-29-05 Driver Signature Ervin R Budd  Truck F605T
Arrived ___ ☐ a.m. ☐ p.m.
Departed ___ ☐ a.m. ☐ p.m.

⑫ **Delivery Record** (Please print and sign full name)
Received shipment described above in good order and condition except as noted.
Signature ___
Print ___
Date: ___
Arrived ___ ☐ a.m. ☐ p.m.
Departed ___ ☐ a.m. ☐ p.m.
Comments: ___

Shipment terms and conditions are established in this FedEx Custom Critical Bill of Lading.   EEP '03 '03 32bA'

# 9930302

# STRAIGHT BILL OF LADING
## FedEx

**Original — Not Negotiable**

**SHORT FORM**

Carrier's Pro No.
Shipper's Bill of Lading No.
Consignee's Purchase Order No.
Carrier's Code (SCAC)

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request.

at DEFIANCE, OHIO 43512

(Name of Carrier) 9-7-05    29    95

From    ADVANTAGE POWDER COATING, INC.

Consigned to    U.S. HERDZINY

Destination    MYRUN    State    OH

Route    County    1 EDMUND ST.

| No. Packages | Kind of Packages, Description of Articles, Special Marks, and Exceptions | Car or Vehicle Initials | Weight (Subject to Correction) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 8 | basket (1939 ps) 8  809 Hbs | | 37766 | | |
| | P.O. # IK-152-822 | | | | |
| | Rf # 905954 | | | | |
| | Painted + Shipped As Requested | | | | |

ADVANTAGE POWDER CTG., INC. Shipper, Per

Carbonless Speedfast® Forms
Rediform, Inc.    Made in U.S.A.

No.    45888

44-301 Triplicate
44-302-Quadruplicate

REDIFORM

# CITATION
*Innovative Metal Components*

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE NO.**

907450

**REPRINT**
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI CHASSIS SY att: Acct Payable<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT MI 48501-1550 | ADVANTAGE POWDER COATING<br>2090 EAST SECOND STREET<br>DEFIANCE OH 43612<br>USA |

Bill To: 11365      Ship To: 11365/16                  Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 0550054737 | THIRD PARTY | COLLECT | 10/02/05 | 10/02/05 | 907450 | 02 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930302 | 1 | <S> EXTENDER HUB<br>15719000<br>Product#: 13709802=11365<br>Material: D12  DUCTILE BHN 156-217<br>Sept '05 surcharge avg metal price<br>$362.88 vs base $350 GT or $0.0058<br>per lb@ 90% x 3994 lbs shipped | 1 | 1 | E | 387.420 | 387.42 |

**TOTAL ▶**          387.42

OD 764-012

10/2/2005

| | | |
|---|---|---|
| Base Metal Price | $ | 350.00 |
| Current Avg Price | $ | 382.88 |
| Difference | $ | 12.88 |
| Surcharge Increase | $ | 0.0058 |
| Surcharge Increase @ 90% | $ | 0.0052 |

Citation Lufkin Sales History Analysis Based
Selects Records Based on Record Type
DELPHI - Sales Sept 1 thru Sept 30, 2005

| Record Type | Date Shipped | Memo# | Product# | Customer Part# | Customer P.O.# | Order# | Cust Bill-To # | Range | Invoice# | Total Quantity Shipped | Total Ship Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/9/2015 | 906771 | 13709802=11365 | | 15719000 | 550054737 | 9930302 | 11365 | | 906771 | 2,055 | 34688 |
| | 5/9/2029 | 907150 | | | 15719000 | 550054737 | 9930302 | 11365 | | 907150 | 1,939 | 32730 |
| | | | | | TOTAL COUNT | | 2 | | | 3,994 | 67,418 |

Pcs 3,994
Price Chg Ea $0.0970
Avg Surcharge 387.42

CITATION
TEXAS
ORIGINAL

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | SHIP TO |
|---|---|
| DELPHI CHASSIS SY att: LINDA GRISE<br>EAG DISBURSEMENT SERVICES<br>P O BOX 1550<br>FLINT                    MI 48501-1550 | HI TEMP INC<br>1930 N MONTGOMERY ROAD<br>812 663 4114<br>GREENSBURG                    IN 47240 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 550G00706 | 9906957    4 | | 3/23/01 | 11365 | 3/23/01 | 9950028 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | Utica ✓ | 18013714 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 1046 | 18013714<br>(S) KNUCKLE<br>B/L 5010228-00 shipped by Utica<br>on 3/23/01 | D18HS | 9581 | 4.940 | EA | 5167.24 |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT | | INVOICE TOTAL |
|---|---|---|---|---|
| 0 | .00 CW | .00 | PAY TOTAL → | 5167.24 |

D 764-012

# HI-TEMP INCORPORATED
## PACKING LIST

| BL#== | 5010228-00 |
|---|---|

| Customer Order Number ===> | 550000706 |
|---|---|
| Customer Plant==> DELPHI CHASSIS SAGINAW MI | Carrier==>    UTICA |

| Part Number | CONTAINERS | QUANTITY | SHIPPER REFERENCE NUMBER(S) |
|---|---|---|---|
| 18013714 | 3 | 1046 | 5010228-00, 1046 PCS |
| 99000957-4 - 1046 pcs- part | | | 9581# |
| | | | |
| | | | |
| | | | |
| 18013715 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total # ===> | 3 | 1046 | |

| DONE BY  W Russell | CHECKED BY  W Russell |
|---|---|

9,581 #

REDIFORM®  4-PART
CARBONLESS SPEEDISET

## STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper on request.

Carrier

Carrier's Pro No. _____
Shipper's Bill of Lading No. 5010228-0(
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

at GREENSBURG IN 3-23 20 01 from HI-TEMP

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party of any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the Terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to DELPHI CHASSIS  2328 E GENESSEE AVE
(Mail or street address of consignee—For purposes of notification only.)

Destination SAGNAW  State MI  Zip Code 48601 County _____

Delivery Address ★ _____ ( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereof.)

Route _____
Delivering Carrier UTICA  Car or Vehicle Initials  No. 532639

| No. Packages | | | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|---|---|
| 3 | TUBS | ROUGH | IRON CASTINGS | 11182 | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | 18013714 | | This verifies that the loaded | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | container count is correct and their | | | | _____ (Signature of Consignor) |
| | | | condition is satisfactory and no rust | | | | Freight charges are PREPAID unless marked collect. CHECK BOX IF COLLECT ☒ |
| | | | is evident. | | | | |
| | | | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's or shipper's weight."
NOTE - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

_____ per _____

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
† Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Charges Advanced: $ _____

HI-TEMP  Shipper, per WENDY _____  Agent, per _____
Permanent post-office address of shipper: 1930 N MONTGOMERY

REDIFORM® 6S696 Rev, 1/00  carbonless
POLYPAK (50 SETS) 6S696

REDIFORM®
CARBONLESS SPEEDISET

**STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request:

Carrier's Pro No. _____
Shipper's Bill of Lading No. 5010228-0
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

Carrier

at GREENSBURG IN 3-23 20 01 from HI-TEMP

The property described below in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or a rail water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to DELPHI CHASSIS    2328 E GENESSEE AVE
(Mail or street address of consignee—For purposes of notification only.)

Destination SAGNAW    State MI Zip Code 48601 County _____

Delivery Address ★ _____ ( ★ To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier UTICA    Car or Vehicle Initials    No. 532639

| No. Packages | | *Weight (Sub. to Cor.) | Class or Rate | Check Column | |
|---|---|---|---|---|---|
| 3 | TUBS ROUGH IRON CASTINGS | 1182 | | | Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | 18013714  This verifies that the loaded container count is correct and their condition is satisfactory and no rust is evident. | | | | (Signature of Consignor) Freight charges are PREPAID unless marked collect. CHECK BOX IF COLLECT □ |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading state whether it is "carrier's" or shipper's weight."
NOTE - Where the rate is dependent on value shippers are required to state specifically in writing the agreed or declared value of the property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

Liability Limitation for loss or damage on this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

per _____

† The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements of Uniform Freight Classification."
‡ Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Interstate Commerce Commission.

Agent or Cashier

Per _____ (The signature here acknowledges only the amount prepaid.)

Charges Advanced: $ _____

HI-TEMP    Shipper, per WENDY    Agent, per _____
1930 N MONTGOMERY
Permanent post-office address of shipper.

REDIFORM® 6S696  Rev. 1/00
POLYPAK (50 SETS) 6S696

carbonless

**CITATION**         Exhibit C

NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

**D-U-N-S 00-806-6946**

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ● DELPHI CHASSIS SY att: LINDA GRISE | | ● DELPHI CHASSIS | |
| EAG DISBURSEMENT SERVICES | | ** PLANT 3, DOCK 4 ** | |
| P O BOX 1550 | | 2328 E GENESSEE AVENUE | |
| FLINT | MI 48501-1550 | SAGINAW | MI 48601 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 550000706 | 9906957   6 | 220608 | 4/09/01 | 11365 | 4/09/01 | 9950883 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | ABF ✓ | 18013714 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 300 | 18013714 | D18HS | 2751 | 4.940 | EA | 1482.00 |
| | <S> KNUCKLE | | | | | |
| 1 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |
| | Sample Attn: Latanya Jeffreys | | | | | |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

 **PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 1482.00 |

D 764-012

---

**CITATION**    TEXAS FOUNDRIES        ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

**D-U-N-S 00-806-6946**

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | | SHIP TO | |
|---|---|---|---|
| ● DELPHI CHASSIS SY att: LINDA GRISE | | ● DELPHI CHASSIS | |
| EAG DISBURSEMENT SERVICES | | ** PLANT 3, DOCK 4 ** | |
| P O BOX 1550 | | 2328 E GENESSEE AVENUE | |
| FLINT | MI 48501-1550 | SAGINAW | MI 48601 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 550000706 | 9906959   4 | 220608 | 4/09/01 | 11365 | 4/09/01 | 9950884 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | COMPLETE | ABF | 18013715 |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 300 | 18013715 | D18HS | 2745 | 4.940 | EA | 1482.00 |
| | <S> KNUCKLE | | | | | |
| 1 | CCX  CUSTOMER CONTAINER | | | .0000 | | .00 |
| | Samples Attn: Latanya Jeffreys | | | | | |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

**PAY TOTAL** →

| INVOICE TOTAL |
|---|
| 1482.00 |

D 764-012

# CITATION

**FROM**

D-U-N-S 00-806-6946

**C.O.D. AMOUNT**

CARRIER

**TERR.**

4/09   01   ABF                                                0852533

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word pany being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination.  It is mutually agreed, as to each carrier or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions sics hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| IIP  DELPHI CHASSIS | SPECIAL REMARKS | CUSTOMER NO. |
|     ** PLANT 3, DOCK 4 ** | 937 455 9100 | 11365 |
| ):  2328 E GENESSEE AVENUE | | |
|     SAGINAW              MI | A.B.F. | **F.O.B.** |
|                  48601 | | COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 18013714 | 9906957 | 550000706 | D18H | 300 | 2751 | | 1 | C |
|    714 | 6 | | | REV#: 004 MARKED | | | CCX | |
| | | | SAMPLES ATTN: LATANYA JEFFREYS | | | | | |
| 18013715 | 9906959 | 550000706 | D18H | 300 | 2745 | | 1 | C |
|    715 | 4 | | | REV#: 004 MARKED | | | CCX | |
| | | | SAMPLES ATTN: LATANYA JEFFREYS | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

170 198 696

DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| O. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 104770 | 6624 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| :XAS FOUNDRIES, Shipper, Per       **AGENT**       **PER** | 5496 | 1128 | 6624 |

rmanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
s carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically
writing the agreed or declared value of the property.
e agreed or declared value of the property is hereby
ecifically stated the property be not exceeding                    per                    **B/L**       220608

○ 764-023-1



not the Original Bill of Lading, per a copy or duplicate covering the
property described herein before Original Bill of Lading.

FROM

CARRIER

**TEXAS FOUNDRIES**
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

4/09  **20** 01    ABF

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said
company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery
at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all
or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not
prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIP TO:

DELPHI CHASSIS
** PLANT 3, DOCK 4 **
2328 E GENESSEE AVENUE
SAGINAW                    MI
                    48601

CUSTOMER NO.
11365

F.O.B.    COLLECT

SPECIAL REMARKS

A.B.F.

**C.O.D.
AMOUNT**

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
    The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

_____
(Signature of Consignor)

Received $
to apply in prepayment of
the charges on the property
described hereon.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 2 | CONTAINERS ROUGH CASTING ITEM 104770 | 6624 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

**Agent or Cashier**

Per
(The signature here acknowledges
only the amount prepaid.)

Charges advanced:

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 5496 | 1128 | 6624 |

**TEXAS FOUNDRIES, Shipper, Per**   TF50534   **AGENT**        **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
it is carrier's or shipper's weight. NOTE- where the rate is dependent on value, shippers are required to state specifically
in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding                    per

04/09/01
ABF

**B/L**        220608

# ABF FREIGHT SYSTEM, INC.
**(ABFS)**  DELIVERY RECEIPT
www.abfs.com
TERMINAL 810-232-0660    DUNS 00-690-2977    04/12/01 19:00

COC 15
PC 2
CK ID

SHIPPER'S NO. 220608

FREIGHT BILL NO. 170198696

| PICK UP DATE | CODE TO | P.O. NO. | NO. OF PC'S = | | ROUTING | | |
|---|---|---|---|---|---|---|---|
| 04/09/01 | 194D | 11365 | 1 | | LFK-FLT | | |

018652-170A

SHIPPER
TEXAS FOUNDRIES
PO BOX 3718
7611 N RAGUET ST
LUFKIN TX  75901

CONSIGNEE  001789-194A
DELPHI CHASSIS
PLANT 3 DOCK 4
2328 E GENESSEE AVEBUE
SAGINAW MI  48601

| PIECES | DESCRIPTION | WEIGHT (LBS.) | RATE | CHARGES |
|---|---|---|---|---|
| 2 BXS | CASTINGS OR FORGINGS NOT IRON OR STEEL DENSITY OF 50 PCF OR GREATER ITEM 104770-00P / SHIPPER LOAD | 6,624 SL | | |
| | // FUEL SURCHARGE | FSC | | |
| | ABF MEASURED CUBE: 82.000 CUFT | | | |
| 2 | TOTALS FREIGHT BILL NO | 170198696 | 6,624 COLLECT | |

THLR
PC 2
CX ID

BILL TO
DELPHI CHASSIS
*EBS* DO NOT BILL

001789-194A

COD AMOUNT

REMIT TO

| | |
|---|---|
| RB | 28314 |
| TAB | 2001 USD |
| OZIP | 75901 |
| DZIP | 48601 |
| SPECHAND | SAGINAW |

PAY THIS AMOUNT

CUBE 0082
DELIVERY DUE    FRI 04/13

DELIVERY DATE
4-17-2001

DRIVER

CONSIGNEE

X
BY (CUSTOMER'S SIGNATURE)

CITATION
TEXAS
FOUNDRIES

ORIGINAL

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

| SOLD ● | | | SHIP ● | |
|--------|--|--|--------|--|
| TO | DELPHI CHASSIS SY att: LINDA GRISE | | TO | E-COATING |
| | EAG DISBURSEMENT SERVICES | | | P. O. BOX 632701 |
| | P O BOX 1550 | | | 1413 UNIVERSITY DRIVE |
| | FLINT            MI 48501-1550 | | | NACOGDOCHES            TX 75963 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 150000706 | 9907466 | 1 | 5/07/01 | 11365 | 5/07/01 | 9952179 |

| F.O.B. | | | SHIPPED VIA | | PATTERN NO. |
|---|---|---|---|---|---|
| COLLECT | | PARTIAL | Triple crown ✓ | | 15649963LH |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 471 | 15649963LH | D19HS | 9608 | 9.120 | EA | 4295.52 |
| | (S) KNUCKLE | | | | | |
| | Packing slip dated 5/7/01 shipped | | | | | |
| | by Triple crown- Invoice 1800 | | | | | |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |


PAY TOTAL →

| INVOICE TOTAL |
|---|
| 4295.52 |

1764-012

**E-Coating, Inc**

1413 South University Drive
Nacogdoches, TX 75963

# Packing Slip

| DATE | INVOICE # |
|------|-----------|
| 5/7/01 | 1800 |

| BILL TO |
|---------|
| Texas Foundries<br>PO Box 3718<br>Lufkin, TX 75903-3718 |

| SHIP TO |
|---------|
| METOKOTE<br>8186 INDUSTRIAL PARK DR<br>GRAND BLANC, MI |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|----------|-------|-----------|----------|
|  | Net 10 | 5/7/01 | Triple Crown |

| ITEM | DESCRIPTION | QUANTITY | NET WT | TARE WT |
|------|-------------|----------|--------|---------|
| 15649963 | HEAT TREAT: KNUCKLE | 159 | 3256 | 534 |
| 15649963 | HEAT TREAT: KNUCKLE | 152 | 3114 | 534 |
| 15649963 | HEAT TREAT: KNUCKLE | 160 | 3281 | 534 |

*9907466-1 -471 pcs+pair 471    9651    1609* (handwritten)

QuickBooks Pro Packing Slip-Rev1-Oct23/00-Appv:KB

P8

*9608 #* (handwritten)



# BILL OF LADING

**E-Coating, Inc**
1413 South University Drive
Nacogdoches, TX  75961
936-559-9991
fax 936-559-9994

Date 5-7-01

Consigned To: _Inetokote_

Destination: _8 & Industrial Park Drive_
_Grand Blanc, MI_

| No Packages | Description | Weight | |
|---|---|---|---|
| 8 | 15649964 (1287 pcs) 26400 / 4272 | 30672 | # 1801 |
| 3 | 15649963 (471 pcs) 9651 / 1609 | 11260 | # 1800 |
| | | | |
| | | | |
| | | | |

COD charge to be paid for by _____ Shipper _____ Cosignee _____ THIRD PARTY _BMC_

Signature of Cosignor: _____

Signature of Driver: _____

Truck # 55067  Load # 11542  Carier: _Triple Crown_

_TC52_  # 11181542

_TRailer # 462342_

u4
Pan # 1051- 1068

62
Pan # 1052- 1053 1054

CITATION

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ● DETROIT, MICHIGAN 48277-0451

**D-U-N-S 00-806-6946**

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

| SOLD TO | | | SHIP TO | |
|---|---|---|---|---|
| DELPHI CHASSIS SY att: LINDA GRISE | | | E-COATING | |
| EAG DISBURSEMENT SERVICES | | | P. O. BOX 632701 | |
| P O BOX 1550 | | | 1413 UNIVERSITY DRIVE | |
| FLINT | MI 48501-1550 | | NACHGDOCHES | TX 75963 |

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 5000070s | 9907018    5 | | 5/08/01 | 11365 | 5/08/01 | 9952223 |

| F.O.B. | | SHIPPED VIA | PATTERN NO. |
|---|---|---|---|
| COLLECT | PARTIAL | Triple crown ✓ | 15649964RH |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 1277 | 15649964RH | D18HS | 26127 | 9.120 | EA | 11646.24 |
| | <S> KNUCKLE | | | | | |
| | Packing slip dated 5/7/01 shipped | | | | | |
| | by Triple crown- Invoice 1801 | | | | | |

Terms:    NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |

**PAY TOTAL** ➡️

| INVOICE TOTAL |
|---|
| 11646.24 |

764-012

**E-Coating, Inc**

1413 South University Drive
Nacogdoches, TX 75963

# Packing Slip

| DATE | INVOICE # |
|------|-----------|
| 5/7/01 | 1801 |

| BILL TO |
|---------|
| Texas Foundries<br>PO Box 3718<br>Lufkin, TX 75903-3718 |

| SHIP TO |
|---------|
| METOKOTE<br>8186 INDUSTRIAL PARK DR<br>GRAND BLANC, MI |

| P.O. NO. | TERMS | SHIP DATE | SHIP VIA |
|----------|-------|-----------|----------|
|  | Net 10 | 5/7/01 | Triple Crown |

| ITEM | DESCRIPTION | QUANTITY | NET WT | TARE WT |
|------|-------------|----------|--------|---------|
| 15649964 | HEAT TREAT: KNUCKLE | 155 | 3177 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 159 | 3252 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 161 | 3300 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 161 | 3312 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 161 | 3318 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 165 | 3371 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 163 | 3346 | 534 |
| 15649964 | HEAT TREAT: KNUCKLE | 152 | 3324 | 534 |

1277    26400    4272

9907018-5- 1277 pcs.
part.

26,127#

FAXED FAXED

QuickBooks Pro Packing Slip-Rev1-Oct23/00-Appv:KB

PS



| QTY. | |  |  |  | |  | NET. WGT. |
|---|---|---|---|---|---|---|---|
| QTY. - Cont. Type | | | | | | | 3,402.00# |
| 280 | 15704491 | | KNUCKLE | | SHIP TO PLANT 2 DOCK 2 | | |
| | | | | | SHIP TO PLANT 2 DOCK 2 | | 3,411.24# |
| 280 | 15704492 | | KNUCKLE | | | | |

11181542

*** B I L L   O F   L A D I N G **********************  CUST BOL : 080161263

| QTY. | TYPE | DESCRIPTION OF ARTICLES, SPECIAL MARKS, AND EXCEPTIONS | WEIGHT | |
|---|---|---|---|---|
| 7 | BLUE | STEERING KNUCKLE | 5404.00 | |
| 7 | BULK | STEERING KNUCKLE | 3419.99 | TOTAL GROSS |
| 0 | | | 0.00 | |
| 0 | | | 0.00 | 8823.99 |

SHIPPERS CERTIFICATION: This is to certify that the above-named materials are properly classified, described, packaged, marked, and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE: _____

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of issue of this Bill of Lading.
The terms and conditions shown in the Uniform Bill of Lading apply.

CARRIER'S AGENT: _____   DATE: _____

B/L HAS BEEN FAXED

======== C O M M E N T S =====================================

# BILL OF LADING

Date _5-7-01_

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Consigned To: _inetokote_

Destination: _8186 Industrial Park Drive_
_Grand Blanc, MI  48439_

| No Packages | Description | Weight | |
|---|---|---|---|
| 8 | 15649964 (1287 pcs) 26400 / 4272 | 30672 | # 1801 |
| 3 | 15649963 (471 pcs) 9651 / 1609 | 11260 | # 1800 |
| | | | |
| | | | |
| | | | |

COD charge to be paid for by _____ Shipper _____ Consignee _____ ✓ THIRD PARTY _6mc_

Signature of Cosignor: _Wigenberg_

Signature of Driver: _____

Truck # _____  Load# _____   Carrier: _Triple Crown_

_Contract # 1118154 ?_
_TM# 462342_

_Trailer #_          _Trip # 55067_


RECEIVED
MAY 11 2001
By:

BOL

BILL OF LADING.xlsBOL-Rev0-Aug21/00-Appv:KB

_04 #_
_Pan # 1051- 1068_

_02_
_Pan # 1052-1053-1054_

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX  75961
936-559-9991
fax 936-559-9994

Date _5-7-01_

Consigned To: _inetakate_

Destination: _818e  Industrial  Park Drive_
_Grand Blanc, MI_

| No Packages | Description | Weight | |
|---|---|---|---|
| 8 | 15649964 (1287 pcs) 26400 / 4272 <br> 1277 | 30672 | # 1801 |
| 3 | 15449963 (471 pcs) 9651 / 1609 | 11260 | # 1800 |
| | | | |
| | | | |
| | | | |

COD charge to be paid for by ___ Shipper ___ Cosignee ___ THIRD PARTY _BMC_

Signature of Cosignor: _Wm Jenberry_

Signature of Driver: _MBrie Ess_

Truck # _55067_ Load# _11185 42_     Carrier: _Triple Crown_
_TCS2_                                 _# 11181542_
Trailer # _462342_

*Sonya*

See 64's

(1277 pcs)

64
Pan # 1051- 1068

63
Pan # 1052- 1053- 1054

BOL

TEXAS
**CITATION** FOUNDARIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ●DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD
TO
DELPHI CHASSIS SY att: LINDA GRISE
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT                    MI 48501-1550

SHIP
TO
HI TEMP INC
1930 N MONTGOMERY ROAD
812 663 4114
GREENSBURG              IN 47240

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 550000706 | 9008812 | 5 | 11/29/01 | 11365 | 11/29/01 | 9961006 |

| F.O.B. | | SHIPPED VIA | | PATTERN NO. | |
|---|---|---|---|---|---|
| COLLECT | PARTIAL | Utica | | 18013714 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 382 | 18013714 | 018HS | 3499 | 4.790 | EA | 1829.78 |
| | (S) KNUCKLE | | | | | |
| | B/L 5012633-00 shipped by utica | | | | | |
| | on 9/5/01 | | | | | |

Terms: NET 30 DAYS



| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL

| INVOICE TOTAL |
|---|
| 1829.78 |


OD 764-012

---

TEXAS
**CITATION** FOUNDARIES

ORIGINAL

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ●DETROIT, MICHIGAN 48277-0451

D-U-N-S 00-806-6946

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

SAME UNLESS OTHERWISE INDICATED

SOLD
TO
DELPHI CHASSIS SY att: LINDA GRISE
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT                    MI 48501-1550

SHIP
TO
HI TEMP INC
1930 N MONTGOMERY ROAD
812 663 4114
GREENSBURG              IN 47240

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 550000706 | 9008813 | 4 | 11/29/01 | 11365 | 11/29/01 | 9961007 |

| F.O.B. | | SHIPPED VIA | | PATTERN NO. | |
|---|---|---|---|---|---|
| COLLECT | PARTIAL | Utica | | 18013715 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 359 | 18013715 | 018HS | 3285 | 4.790 | EA | 1719.61 |
| | (S) KNUCKLE | | | | | |
| | B/L 5012633-00 shipped by Utica | | | | | |
| | on 9/5/01 | | | | | |

Terms: NET 30 DAYS



| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 Cw | .00 |

PAY TOTAL

| INVOICE TOTAL |
|---|
| 1719.61 |

D 764-012

# HI-TEMP INCORPORATED
# PACKING LIST

*This one*

| BL#== | 5012633-00 |
|---|---|

**Customer Order Number ===:** 550000706

**Customer Plant==** DELPHI CHASSIS SYSTEMS       **Carrier==>**  UTICA
                        SAGINAW MI

| Part Number | CONTAINERS | QUANTITY | SHIPPER REFERENCE |
|---|---|---|---|
| 18013714 | 1 | 382 | 5012762-01, 382 PCS |
| | | | |
| | | | |
| 18013715 | | 359 | 5012633-00, 359 PCS |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total # ===>** | 2 | 741 | |

*OK*
*BOL*
*5012633-00*

| DONE BY | *w.russell* |
|---|---|

| CHECKED BY | *w.russell* |
|---|---|

9908812-5 - 382pcs - P. 3499 **FAXED**

9908813-4 - 359pcs - P 3285#

SEP 05 2001
By _____

5-56
LOOSE/STEPOF

320
62
382 total

CITATION
TEXAS
FOUNDARIES

REMIT TO: DEPT. 77451 ● P.O. BOX 77000 ●DETROIT, MICHIGAN 48277-0451

1611 NORTH RAGUET ● LUFKIN, TX 75904
PHONE: 936-632-4451 ● FAX: 936-639-6126

D-U-N-S 00-806-6946

SAME UNLESS OTHERWISE INDICATED

SOLD
TO
DELPHI CHASSIS SY att: LINDA GRISE
EAG DISBURSEMENT SERVICES
P O BOX 1550
FLINT                    MI 48501-1550

SHIP
TO
● E-COATING
P. O. BOX 632701
1413 UNIVERSITY DRIVE
NACOGDOCHES               TX 75963

| CUSTOMER ORDER NO. | OUR ORDER NO. | B/L NO. | DATE SHIPPED | CUSTOMER NO. | DATE | INVOICE NO. |
|---|---|---|---|---|---|---|
| 414676 | 9909362   1 | | 12/10/01 | 11365 | 12/17/01 | 9961824 |

| F.O.B. | | SHIPPED VIA | | PATTERN NO. | |
|---|---|---|---|---|---|
| COLLECT | PARTIAL | Oakridge | | 15056851 | |

| QUANTITY | DESCRIPTION | METAL TYPE | WEIGHT | PRICE | PRICE CODE | AMOUNT |
|---|---|---|---|---|---|---|
| 554 | 15056851 | 012S | 11230 | 9.690 | EA | 5368.26 |
| | <S> KNUCKLE | | | | | |
| | Packing slip dated 12/10/01 shipped | | | | | |
| | by Oakridge- Invoice tf1012 | | | | | |

Terms:  NET 30 DAYS

| WEIGHT | RATE | FREIGHT AMOUNT |
|---|---|---|
| 0 | .00 CW | .00 |


PAY TOTAL

INVOICE TOTAL
5368.26

3D 764-012

SHIP DELPHI CHASSIS SYSTEMS                      ORDER/ITEM:   9909362    1
TO:   ** PLANT 3, DOCK 4 **                      LADING #:      1012
      2328 E GENESSEE AVENUE                      SHIP VIA:     OAKRIDGE      11,230#
      SAGINAW                MI 48601             SHIP DATE:    12/10/01
PO#: 414676

| PATTERN NO. | HEAT CODE | NO. PCS. | SUB TOTAL | NET WT. | TARE WT. | CUSTOMER P O# | CONT CODE | BOX |
|---|---|---|---|---|---|---|---|---|
| 15056851 | 13241 | 98 | | 1580 | 78 | 414676 | 21 | 425052 |
| 15056851 | 13241 | 92 | | 1481 | 78 | 414676 | 21 | 425053 |
| 15056851 | 13241 | 101 | | 1627 | 78 | 414676 | 21 | 425054 |
| 15056851 | 13241 | 89 | | 1438 | 78 | 414676 | 21 | 425056 |
| 15056851 | 13241 | 80 | | 1296 | 78 | 414676 | 21 | 425057 |
| 15056851 | 13241 | 94 | | 1520 | 78 | 414676 | 21 | 425058 |
| | | 1324 | | 554 | | | | |

*** REPORT TOTALS ***

TOTAL LINE ITEMS:          6          CONTAINER:   21 COUNT:     6
TOTAL PIECES:            554
TOTAL NET WEIGHT:      8,942
TOTAL TARE WEIGHT:       468
TOTAL GROSS WEIGHT:    9,410
      (NET+TARE)

9909362-1

JSB
1753 Hrs

# BILL OF LADING

E-Coating, Inc
1413 South University Drive
Nacogdoches, TX 75961
936-559-9991
fax 936-559-9994

Date 12-10-01

Consigned To: XRI Testing

Destination: 1941 Thunderbird
TROY, MI 48084

| No Packages | Description | Weight |
|---|---|---|
| 6 | 15256851 (554) 8,942/468 | 9,410 |
|  | memo # 1433 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

TF 1012

COD charge to be paid for by _____ Shipper _____ Cosignee  X  THIRD PARTY Texas Foundries

Signature of Cosignor: _____

Signature of Driver: _____

Truck # _____ Load# _____ Carrier: Oakridge
trailer # 2002

1-6

12/11/2001   15:12   9369599994   ECOATING, INC

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION   Citation
*Innovative Metal Components* Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 896591 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATE

D-U-N-S 00-806-6946

| S O L D T O | DELPHI SAGINAW STEERING SYSTEM-MEX 3900 E HOLLAND AVE SAGINAW MI 48601-9494 | S H I P T O | DELPHI LAREDO DIST CTR PLT 43 8202 KILLAM IND BLVD G DOCK B CISCO CODE:44034DUNS#:037228793 LAREDO TX 78045 |
|---|---|---|---|

ill To: 11370    Ship To: 11370              Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 90I3933 | | RYDER | COLLECT | 9/03/04 | 9/03/04 | 896591 | 25 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930014 | 1 | TRIPOT 26056769 Product#: 6769 Material: D12S DUCTILE CUST BHN CBX 40X40 CARDBOARD BOX | 2500 ⠀ ⠀ ⠀ 5 | 13777 | E | 3.511 ⠀ ⠀ ⠀ 26.8100 | 8777.50 ⠀ ⠀ ⠀ 134.05 |

| | TOTAL ▶ | 8911.55 |
|---|---|---|

ID 764-012

# CITATION
Innovative Metal Components

**CITATION CORPORATION**
Lufkin, Texas 75904

D-U-N-S 00-806-6946

**FROM**

**CARRIER**

**TERR.**

**C.O.D. AMOUNT**

| 9/02 | 04 | RYDER | | 0896591 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading.
the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word
company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its
own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at
any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions
back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**

**CUSTOMER NO.**
11370

HIP DELPHI LAREDO DIST CTR PLT 43   (011)524422115858
O:   8202 KILLAM IND BLVD G DOCK B
      CISCO CODE:44034DUNS#:037228793   *POINT #53014*
      LAREDO                    TX
                                78045

**F.O.B.**
COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9930014 | 90I3933 | D12S | 2500 | 13777 | | 5 | P |
| 26056769 | 1 | | | REV#: | SEE DETAIL | | CBX | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 5 | CONTAINERS ROUGH CASTING ITEM 104770 | 14102 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 13777 | 325 | 14102 |

CITATION CORP.,   **Shipper, Per**            **AGENT**         **PER**
ermanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby
pecifically stated by the shipper to be not exceeding                         per        **B/L**      896591

CITATION CORPORATION
1611 NORTH RAGUET
LUFKIN, TX 75904

**DATE:** 09/03/04

## COMMERCIAL INVOICE

| COMMERCIAL INVOICE NO. | 896591 | MEXICAN CARRIER: | |
|---|---|---|---|
| TERMS | FREIGHT: COLLECT | USA CARRIER: | RYDER |
| COUNTRY OF ORIGIN: U.S.A. | | PULL SIGNAL # | 56CRO20040608 |

*POINT #53014*

| VENDOR / EXPORTER (NAME AND ADDRESS): | SOLD TO (NAME AND ADDRESS): |
|---|---|
| CITATION CORPORATION | DELPHI SAGINAW STEERING SYSTEMS |
| 1611 NORTH RAGUET | PLANT 43 |
| LUFKIN, TX 75904 | |
| TAX ID NUMBER:    63-1166737 | QUERETARO, QRO MEXICO 76246 |
| SHIPPED FROM: | CONSIGNEE / SHIP TO: |
| CITATION CORPORATION | DELPHI SAGINAW |
| 1611 N. RAGUET | LAREDO DISTRIBUTION CENTER |
| LUFKIN, TX 75904 | 13701 MINES ROAD |
| | LAREDO, TX 78045 |

| ITEM # | PKGS. | QTY. | NET WT. POUNDS | GROSS WT. POUNDS | PART NUMBER | DESCRIPTION OF MERCHANDISE | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 2,500 | 13,777 | 14,102 | 26056769 | ROUGH CASTINGS | 3.24 | 8,100.00 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| | | 5 | | | | LARGE CONTAINER | NC | .00 |
| | | 13,777 | | | | METAL SURCHARGE | NC | .00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 5 | 13,777 | 14,102 | | | | USD TOTAL | 8,100.00 |

**CERTIFICATIONS**
CERTIFIES THAT THE VALUES AND SPECIFICATIONS CONTAINED HEREIN ARE TRUE AND ACCURATE.

AUTHORIZED SIGNATURE

05-44481 lud - Doc 2059-10 Part 8 Pg 42 of 53
©Copyright 1993 Unz & Co.

# Factura Comercial Para México

Commercial Invoice for Mexico

| Número de Factura *(Invoice No.)* y Lugar y Fecha de Emisión de la Factura *(Place/Date)* | Orden de Compra Número *(P.O. Number)* |
|---|---|
| Luckin TX 4-03-04 | 90T-3933 |

**Exportador/Vendedor** *(Exporter/Vendor)*
Cirnation Corp - Lufkin
1611 North Raquet
Lufkin, TX 75401 - USA

**Fechas Efectivas Generales** *(Blanket Certification Dates)* NAFTA

**Número de R.F.C.** *(Tax I.D. No.)*

**Fabricante/Productor** *(Manufacturer/Producer)*
Cirnation Corp - Lufkin
1611 North Raquet
Lufkin TX 75401 USA

**Número de R.F.C.** *(Tax I.D. No.)* 63-1166737

**Importador/Consignatario** *(Importer/Consignee)*
Delphi Laredo D Distribution Center
13201 MINE Road
Laredo, TX 78045

**Destinatario Intermedio** *(Intermediate Consignee)*
Delphi Laredo Distribution Center

**Número de R.F.C.** *(Tax I.D. No.)* 051228192

**Agente de Transporte de Carga** *(Forwarding Agent)*

**Términos de Pago** *(Terms of payment)*
Collect

**Transportista** *(Carrier)*
POINT 53214

**Términos de Venta** *(Terms of sale)*

**Identificación de Empaque** *(Marks)*

**Puerto de Exportación** ... **Puerto de Descarga** ...

| Número y clase de Bultos; Descripción Detallada de la Mercancía; Cantidad de Unidades *(number and kinds of pkgs; detailed descrip- tion of goods; quantity and units)* | Peso Bruto *(Gross Weight)* | Número de Frac- ción Arancelaria *(6-digit HS No.)* | Precio por Unidad *(unit price)* | Valor Total en Dólares de los E.U.A. *(Total Value, in U.S. Dollars)* | Origen *(Origin)* |
|---|---|---|---|---|---|
| 5 Box Castings 6769    2500 pc | 14102 | | 3.24 | 8100.00 | US |

**Dictamen Anticipado y Fecha** *(Advanced Ruling, and Date)*

**Valor Comercial LAB** *(Commercial Value; FOB)*

**Otras Referencias e Instrucciones para Consignación** *(Other References)*

**Costos de Transporte, Seguro, Empaque y Otros** *(Transportation, Insurance, Packing, Other Costs)*

**Valor Total** *(Invoice Total)*
8100.00

**Declaro bajo protesta de decir la verdad, que el valor y las declaraciones contenidas en esta factura son verdaderas y correctas.** *(I declare under oath that the value and specifications contained in this invoice are true and correct.)*

This Commercial Invoice was prepared with a NAFTA Certificate of Origin

**Firma del Declarante** *(Signature of Preparer)*

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIP TO:**

DELPHI LAREDO DIST CTR PLT 45
8202 KILLAM IND BLVD G DOCK B
CISCO CODE:44054DUNS#:037282793
LAREDO                              TX
                          78045

**CUSTOMER NO.**

11370

**F.O.B.** COLLECT

**SPECIAL REMARKS**
011352442211 3658

*POINT #53014*

## C.O.D. AMOUNT

Subject to Section 7 of Conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 3 | CONTAINERS ROUGH CASTING ITEM 104770 | 14102 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

**Received $**
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**
**Per**
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$ _____

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 13777 | 325 | 14102 |

**CITATION CORP.,    Shipper, Per** _____ **AGENT        PER**

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

per _____ 5304

**B/L** 896694

# CITATION
*Innovative Metal Components*

## CITATION
Citation
Corporation

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

**INVOICE NO.**
896531

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICAT'

D-U-N-S 00-806-6946

| SOLD TO | SHIP TO |
|---|---|
| DELPHI SAGINAW STEERING SYSTEM-MEX<br><br>3900 E HOLLAND AVE<br>SAGINAW MI 48601-9494 | DELPHI LAREDO DIST CTR PLT 43<br>8202 KILLAM IND BLVD G DOCK B<br>CISCO CODE:44034DUNS#:037228793<br>LAREDO TX 78045 |

Bill To: 11370     Ship To: 11370                    Terms:  NET 30 DAYS

| CUSTOMER P.O. NO. | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|
| 90I3933 | RYDER | COLLECT | 9/01/04 | 9/01/04 | 896531 | 25 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930014 | 1 | TRIPOT<br>26056769<br>Product#: 6769<br>Material: D12S DUCTILE CUST BHN<br>DBB FREE 30X30X34 WOOD BO | 2500<br><br><br><br>5 | 13777 | E | 3.511<br><br><br><br>.0000 | 8777.50<br><br><br><br>.00 |
| 9930015 | 1 | TRIPOT<br>26056770<br>Product#: 6770<br>Material: D12S DUCTILE CUST BHN<br>DBB FREE 30X30X34 WOOD BO | 400<br><br><br><br>1 | 2640 | E | 3.940<br><br><br><br>.0000 | 1576.00<br><br><br><br>.00 |

**TOTAL ▶**   10353.50

QD 764-012

PACKING TICKET

# CITATION
### Innovative Metal Components

Part No. Pg45 of 53
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

ACCOUNTING

**C.O.D. AMOUNT**

| FROM | | CARRIER | | TERR. |
|---|---|---|---|---|
| 9-1  8-31  04 | | RYDER | 0896531 | |

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. The property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SPECIAL REMARKS**
(011)524422115858

**CUSTOMER NO.**
11370

HIP
O:

DELPHI LAREDO DIST CTR PLT 43
8202 KILLAM IND BLVD G DOCK B
CISCO CODE:44034DUNS#:037228793
LAREDO                    TX
                78045

**F.O.B.**

COLLECT

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | * |
|---|---|---|---|---|---|---|---|---|
| 26056769 | 9930014 | 9013933 | D12S | 2500 | 13777 | | 5 | P |
| 26056769 | 1 | | | REV#: | SEE DETAIL | | CBX | |
| 26056770 | 9930015 | 9013933 | D12S | 400 | 2640 | | 1 | P |
| 26056770 | 1 | | | REV#: | SEE DETAIL | | CBX | |

FAXED

**\* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)**

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 6 | CONTAINERS ROUGH CASTING ITEM 104770 | 16807 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 16417 | 390 | 16807 |

**CITATION CORP.   Shipper, Per**                **AGENT**         **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

B/L    896531

CITATION CORPORATION
1611 NORTH RAGUET
LUFKIN, TX 75904

**DATE:    09/01/04**

## COMMERCIAL INVOICE

| COMMERCIAL INVOICE NO. | 896531 | MEXICAN CARRIER: | |
|---|---|---|---|
| TERMS | FREIGHT: COLLECT | USA CARRIER: | RYDER |
| COUNTRY OF ORIGIN: U.S.A. | | PULL SIGNAL #: #66QR020040830 | |

| VENDOR / EXPORTER (NAME AND ADDRESS): | SOLD TO (NAME AND ADDRESS): |
|---|---|
| CITATION CORPORATION | DELPHI SAGINAW STEERING SYSTEMS |
| 1611 NORTH RAGUET | PLANT 43 |
| LUFKIN, TX 75904 | |
| TAX ID NUMBER:      63-1166737 | QUERETARO, QRO MEXICO 76246 |
| SHIPPED FROM: | CONSIGNEE / SHIP TO: |
| CITATION CORPORATION | DELPHI SAGINAW |
| 1611 N. RAGUET | LAREDO DISTRIBUTION CENTER |
| LUFKIN, TX 75904 | 13701 MINES ROAD |
| | LAREDO, TX 78045 |

| ITEM # | PKGS. | QTY. | NET WT. POUNDS | GROSS WT. POUNDS | PART NUMBER | DESCRIPTION OF MERCHANDISE | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 2,500 | 13,777 | 14,102 | 26056769 | ROUGH CASTINGS | 3.24 | 8,100.00 |
| 2 | 1 | 400 | 2,640 | 2,705 | 26056770 | ROUGH CASTINGS | 3.62 | 1,448.00 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| | | 6 | | | | LARGE CONTAINER | NC | .00 |
| | | 16,417 | | | | METAL SURCHARGE | NC | .00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | 6 | 16,417 | 16,807 | | | USD TOTAL | 9,548.00 |

**CERTIFICATIONS**
CERTIFIES THAT THE VALUES AND SPECIFICATIONS CONTAINED HEREIN ARE TRUE AND ACCURATE.

AUTHORIZED SIGNATURE

©Copyright 1993 Unz & Co.

# Factura Comercial Para México

Commercial Invoice for Mexico

| Número de Factura (Invoice No.) | Lugar y Fecha de Emisión de la Factura (Place/Date) | Orden de Compra Número (Cust. P.O. Number) |
|---|---|---|
| 69853 | Lufkin, TX  01.01.04 | 90T3933 |

**Exportador/Vendedor (Exporter/Vendor)**
Citation Corp - Lufkin
1611 North Raquet
Lufkin, TX 75901 USA

**Fabricante (Manufacturer)**
Citation Corp - Lufkin
1611 North Raquet
Lufkin, TX 75901 USA
Número de R.F.C./Tax I.D. No.  63-1166737

**Destinatario Intermedio (Intermediate Consignee)**
Delphi-Laredo Distribution Center

**Agente de Transporte de Carga (Forwarding Agent)**

**Transportista (Carrier)**

**Puerto de Exportación** — **Puerto de Descarga**

| | | **Fechas Efectivas Generales (Blanket Certification Dates) NAFTA** |

**Importador (Consignee/Importer)**
Delphi Laredo Distribution Center
13881 Mines Road - CRO Corp - LDC34
Laredo, TX 78045
Número de R.F.C. (Tax I.D. No.)  051228193

**Términos de Pago (Terms of payment)**
Collect

**Términos de Venta (Terms of sale)**

**Identificación de Empaqué (Marks)**

| Número y clase de Bultos; Descripción Detallada de la Mercancía; Cantidad de Unidades (number and kinds of pkgs; detailed description of goods; quantity and units) | Peso Bruto (Gross Weight) | Número de Fracción Arancelaria (6-digit HS No.) | Precio por Unidad (unit price) | Valor Total en Dólares de los E.U.A. (Total Value, in U.S. Dollars) | Origen (Origin) |
|---|---|---|---|---|---|
| 5 box castings 6769  2500pc. | 14102 | | 3.24 | 8100.00 | US |
| 1 box       6770  400pc | 2705 | | 3.62 | 1448.00 | |

**Dictamen Anticipado y Fecha (Advanced Ruling, and Date)**

**Otras Referencias e Instrucciones para Consignación (Other References)**

**Valor Comercial LAB (Commercial Value FOB)**

**Costos de Transporte, Seguro, Empaqué y Otros (Transportation, Insurance, Packing, Other Costs)**

**Valor Total (Invoice Total)**
9548.00

Declaro bajo protesta de decir la verdad, que el valor y las declaraciones contenidas en esta factura son verdaderas y correctas. (I declare under oath that the value and specifications contained in this invoice are true and correct.)

This Commercial Invoice was prepared with a NAFTA Certificate of Origin

**Firma del Declarante (Signature of Preparer)**

# CITATION

Innovative Metal Components

**FROM**

**CARRIER**

CITATION CORPORATION
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading, the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**SHIP TO:**

DELPHI LAREDO DIST CTR PLT 45
8202 KILLAM IND BLVD & DOCK B
CISCO CODE:44034O1 MSN:037228795
LAREDO                    TX
                      78045

**CUSTOMER NO.**  11370

**F.O.B.** COLLECT

**SPECIAL REMARKS**
011782442211658

| | |
|---|---|
| **C.O.D.** | |
| **AMOUNT** | |

Subject to Section 7 of Conditions of applicable bill of lading, If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

**Received $**
to apply in prepayment of the charges on the property described hereon.

**Agent or Cashier**

**Per**
(The signature here acknowledges only the amount prepaid.)

**Charges advanced:**

$

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 6 | CONTAINERS ROUGH CASTING ITEM 104770 | 16807 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | | |
| 6 | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 16417 | 390 | 16807 |

**CITATION CORP.**    **Shipper, Per**    LUF JUDYF    **AGENT**    **PER**
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby                    per
specifically stated by the shipper to be not exceeding

**B/L**    896531

# CITATION
*Innovative Metal Components*

Citation
Corporation

1611 North Raguet 75904
Post Office Box 3718
Lufkin, Texas 75903-3718

**INVOICE**

CITATION
*Innovative Metal Components*   Citation
Corporation

REMIT TO: DEPT. 77451
P.O. BOX 77000
DETROIT, MICHIGAN 48277-0451

| INVOICE NO. |
|---|
| 896502 |

TERMS
NET 30 DAYS UNLESS OTHERWISE INDICATED

D-U-N-S 00-806-6946

| S O L D T O | DELPHI SAGINAW STEERING SYSTEM-MEX<br><br>3900 E HOLLAND AVE<br>SAGINAW MI 48601-9494 | S H I P T O | DELPHI LAREDO DIST CTR PLT 43<br>8202 KILLAM IND BLVD G DOCK B<br>CISCO CODE:44034DUNS#:037228793<br>LAREDO TX 78045 |
|---|---|---|---|

Bill To: 11370    Ship To: 11370          Terms:   NET 30 DAYS

| CUSTOMER P.O. NO. | | SHIPPED VIA | | DATE SHIPPED | INVOICE DATE | MEMO NO. | SLSMN |
|---|---|---|---|---|---|---|---|
| 90I3933 | | POINT | COLLECT | 8/31/04 | 8/31/04 | 896502 | 25 |

| ORDER NO. | | DESCRIPTION | PIECES | WEIGHT | UM | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 9930014 | 1 | TRIPOT<br>26056769<br>Product#:  6769<br>Material: D12S DUCTILE CUST BHN<br>DBB FREE 30X30X34 WOOD BO | 2000<br><br><br>4 | 10941 | E | 3.511<br><br><br>.0000 | 7022.00<br><br><br>.00 |
| 9930015 | 1 | TRIPOT<br>26056770<br>Product#:  6770<br>Material: D12S DUCTILE CUST BHN<br>DBB FREE 30X30X34 WOOD BO | 400<br><br><br>1 | 2640 | E | 3.940<br><br><br>.0000 | 1576.00<br><br><br>.00 |

**TOTAL ▶**    8598.00

QD 764-012

PACKING TICKET                                                                          ACCOUNTING

# CITATION
### Innovative Metal Components

Citation Corporation
1611 N. Raguet
Lufkin, Texas 75904

D-U-N-S 00-806-6946

| C.O.D. AMOUNT |
|---|

FROM

CARRIER                                              TERR.

8/31   04   POINT                                    0896502

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery at said destination, if on its own road or its water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all or any portion of said route to destination, and as to each party at time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

|  |  |
|---|---|
| SPECIAL REMARKS | CUSTOMER NO. 11370 |

SHIP DELPHI LAREDO DIST CTR PLT 43   (011)524422115858
8202 KILLAM IND BLVD G DOCK B   POINT #53084
O: CISCO CODE:44034DUNS#:037228793
LAREDO                TX
78045

| F.O.B. |
|---|
| COLLECT |

| PATTERN NO. | SHOP ORDER NO. | CUSTOMER ORDER NO. | METAL TYPE | NO. PIECES | ROUGH WT. | MACHINE WT. | CONTAINER | ★ |
|---|---|---|---|---|---|---|---|---|
| 26056769 26056769 | 9930014 1 | 9013933 | D12S | 2000 REV#: | 10941 SEE DETAIL | | 4 CBX | P |
| 26056770 26056770 | 9930015 1 | 9013933 | D12S | 400 REV#: | 2640 SEE DETAIL | | 1 CBX | P |

* DESIGNATES PARTIAL OR COMPLETE AGAINST THAT S.O. # (RELEASE)

OUR COUNT AND WEIGHT MUST BE ACCEPTED AS CORRECT UNLESS NOTIFIED WITHIN 5 DAYS AFTER RECEIPT.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT | NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|---|---|---|
| 5 | CONTAINERS ROUGH CASTING ITEM 104770 | 13906 | | | |
| | PIECES ROUGH CASTING ITEM 104770 | | | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | | | | USED PATTERN EQUIPMENT ITEM 185520 | |

| | NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|---|
| | 13581 | 325 | 13906 |

CITATION CORP.,   Shipper, Per          AGENT          PER

Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
t is carrier's or shipper's weight. NOTE-where the rate is dependent on value, shippers are required to state specifically
in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding                          per

B/L          896502

CITATION CORPORATION
1611 NORTH RAGUET
LUFKIN, TX 75904

**DATE:**   08/31/04

## COMMERCIAL INVOICE

| COMMERCIAL INVOICE NO. | | 896502 | | MEXICAN CARRIER: | | |
|---|---|---|---|---|---|---|
| TERMS | | FREIGHT: COLLECT | | USA CARRIER: | | RYDER |
| COUNTRY OF ORIGIN: U.S.A. | | | | PULL SIGNAL #: #66QR020040830 | | |

*POINT #53089*

| VENDOR / EXPORTER (NAME AND ADDRESS): | SOLD TO (NAME AND ADDRESS): |
|---|---|
| CITATION CORPORATION | DELPHI SAGINAW STEERING SYSTEMS |
| 1611 NORTH RAGUET | PLANT 43 |
| LUFKIN, TX 75904 | |
| TAX ID NUMBER:      63-1166737 | QUERETARO, QRO MEXICO 76246 |
| SHIPPED FROM: | CONSIGNEE / SHIP TO: |
| CITATION CORPORATION | DELPHI SAGINAW |
| 1611 N. RAGUET | LAREDO DISTRIBUTION CENTER |
| LUFKIN, TX 75904 | 13701 MINES ROAD |
| | LAREDO, TX 78045 |

| ITEM # | PKGS. | QTY. | NET WT. POUNDS | GROSS WT. POUNDS | PART NUMBER | DESCRIPTION OF MERCHANDISE | UNIT PRICE | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 2,000 | 10,941 | 11,201 | 26056769 | ROUGH CASTINGS | 3.24 | 6,480.00 |
| 2 | 1 | 400 | 2,640 | 2,705 | 26056770 | ROUGH CASTINGS | 3.62 | 1,448.00 |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| | | 5 | | | | LARGE CONTAINER | NC | .00 |
| | | 13,581 | | | | METAL SURCHARGE | NC | .00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | 5 | 13,581 | 13,906 | | | USD TOTAL | 7,928.00 |

**CERTIFICATIONS**
CERTIFIES THAT THE VALUES AND SPECIFICATIONS CONTAINED HEREIN ARE TRUE AND ACCURATE.

AUTHORIZED SIGNATURE

# Factura Comercial Para México

**Commercial Invoice for Mexico**

| Número de Factura (Invoice No.) | Lugar y Fecha de Emisión de la Factura (Place/Date) | Orden de Compra Número (P.O. Number) |
|---|---|---|
| | Lufkin TX | 90T-3923 |

| Exportador/Vendedor (Exporter/Vendor) | Fechas Efectivas Generales (Blanket Certification Dates) NAFTA |
|---|---|
| Cmation Corp | |
| 1611 North Raquet | |
| Lufkin, TX 75901 USA | |
| Número de R.F.C. (Tax I.D. No.) | |

| Fabricante/Proveedor (Manufacturer/Supplier) | Importador/Consignee (Importer/Consignee) |
|---|---|
| Cmation Corp Lufkin | Delphi Laredo Distribution Center |
| 1611 North Raquet | 13501 Mines Road Oper Corp Lot 141 |
| Lufkin TX 75901 USA | Laredo, TX 78045 |
| Número de R.F.C. (Tax I.D. No.) 63-1166737 | Número de R.F.C. (Tax I.D. No.) |

**Destinatario Intermedio (Intermediate Consignee)**
Delphi Laredo Distribution Center

**Agente de Transporte de Carga (Forwarding Agent)**

**Términos de Pago (Terms of payment)**
Collect

**Términos de Venta (Terms of sale)**

**Transportista (Carrier)** POINT #53084

**Identificación de Empaque (Marks)**

**Puerto de Exportación — Puerto de Descarga**

| Número y clase de Bultos; Descripción Detallada de la Mercancía; Cantidad de Unidades (number and kinds of pkgs; detailed description of goods; quantity and units) | Peso Bruto (Gross Weight) | Número de Fracción Arancelaria (6-digit HS No.) | Precio por Unidad (unit price) | Valor Total en Dólares de los E.U.A. (Total Value, in U.S. Dollars) | Origen (Origin) |
|---|---|---|---|---|---|
| 4 Box 6769 castings 2020 | 11201 | | 3.24 | 6480.00 | US |
| 1 Box 6770 400 | 2205 | | 3.62 | 1448.00 | US |

**Dictamen Anticipado y Fecha (Advanced Ruling, and Date)**

**Valor Comercial LAB (Commercial Value, FOB)**

**Otras Referencias e Instrucciones para Consignación (Other References)**

**Costos de Transporte, Seguro, Empaque y Otros (Transportation, Insurance, Packing, Other Costs)**

**Valor Total (Invoice Total)**

Declaro bajo protesta de decir la verdad, que el valor y las declaraciones contenidas en esta factura son verdaderas y correctas. (I declare under oath that the value and specifications contained in this invoice are true and correct.)

**This Commercial Invoice was prepared with a NAFTA Certificate of Origin.**

**Firma del Declarante (Signature or Preparer)**

Copyright 1993 Unz & Co.

# CITATION
Innovative Metal Components

**FROM**

**CARRIER**

**CITATION CORPORATION**
1611 N. Raguet
Lufkin, Texas 75904

**D-U-N-S 00-806-6946**

20

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading. the property described below, in apparent good order, except as noted (contents and condition of contents of the packages unknown), marked, consigned, and destined as indicated below, which said company (the word company being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry its usual place of delivery said destination, if on its own road or its own water line, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carriers or any of said property over all any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

**HIP TO:**

DELPHI LAREDO DIST CTR PLT 43
3202 KILLAM IND BLVD G DOCK B
CISCO CODE:44034DUNS#:057228793
LAREDO                    TX
                          78045

**CUSTOMER NO.**
11570

**F.O.B.** COLLECT

**SPECIAL REMARKS**
SH(1)5244022115858
DINT #53084

**C.O.D.
AMOUNT**

Subject to Section 7 of
Conditions of applicable bill
of lading, if this shipment is
to be delivered to the
consignee without recourse
on the consignor, the
consignor shall sign the
following statement:
The carrier shall not make
delivery of this shipment
without payment of freight
and all other lawful charges.

_____
(Signature of Consignor)

**Received $**
to apply in prepayment of
the charges on the property
described hereon.

| NO. PACKAGES | KINDS OF PACKAGES - DESCRIPTION OF ARTICLES | WEIGHT |
|---|---|---|
| 5 | CONTAINERS ROUGH CASTING ITEM 104770 | 13906 |
| | PIECES ROUGH CASTING ITEM 104770 | |
| | PALLETS OF ROUGH CASTING ITEM 104770 | |
| | USED PATTERN EQUIPMENT ITEM 185520 | |
| | | |
| | | |
| | | |

**Agent or Cashier**

**Per**
(The signature here acknowledges
only the amount prepaid.)

**Charges advanced:**

$

| NET WEIGHT | TARE WEIGHT | GROSS WEIGHT |
|---|---|---|
| 13581 | 325 | 13906 |

**CITATION CORP.** _____ **Shipper, Per** LUERTCHEN **AGENT** _____ **PER** _____
Permanent post-office address of shipper: P.O. Box 3718, Lufkin, Texas 75903

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether
it is carrier's or shipper's weight. NOTE—where the rate is dependent on value, shippers are required to state specifically
in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby
specifically stated by the shipper to be not exceeding _____ **per** _____



**B/L**    826502