United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC | } Chapter 11 }  }  }  } Case No. } 05-55949 } |
| Debtor | } Amount $56,927.61 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**ADVANTECH PLASTICS LLC**
**2500 S EASTWOOD DR**
**WOODSTOCK, IL 60098**

The transfer of your claim as shown above in the amount of $56,927.61 has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Jeffrey Caress
      Liquidity Solutions, Inc.
      dba Revenue Management
      (201) 968-0001

496452

Feb 03 2006 3:30PM    AdvanTech Ind. Inc.    847-295-1932    p.2

**TRANSFER NOTICE**

ADVANTECH PLASTICS LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the «name» Claims of Assignor in the aggregate amount of **$57,116.60** representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York administered as Case No. 05-55949, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the __3__ day of __Febury__, 2006

ADVANTECH PLASTICS LLC

(Signature)

Albert L. Zoller   President
(Print Name and Title)

REVENUE MANAGEMENT

(Signature)

JEFFREY CARESS
(Print Name of Witness)