Stephanie K. Hoos, Esq.
MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.
The Chrysler Center
666 Third Avenue
New York, New York 10017
(212) 935-3000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
In re                                                        :
                                                             :
                                                             :   Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :
                                                             :   Case No. 05-44481 (RDD)
                        Debtors.                             :
                                                             :   Jointly Administered
                                                             :
------------------------------------------------------------ X

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. ("Mintz Levin"), as counsel to Conceria Pasubio ("Pasubio"), a creditor with respect to the above-captioned debtors ("Debtors"), hereby supplements its previous notice by providing new contact information for the parties to be served in the above-captioned cases ("Cases").

PLEASE TAKE NOTICE that pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Mintz Levin as counsel hereby demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010 and sections 102(1), 342 and 1109(b) of chapter 11, title 11 of the United States Code ("Bankruptcy Code"), that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following office address, telephone number and e-mail address:

MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Attn: Paul J. Ricotta, Esq.
E-mail: pjricotta@mintz.com

- and -

MINTZ LEVIN COHN FERRIS
  GLOVSKY AND POPEO, P.C.
The Chrysler Center
666 Third Avenue
New York, New York 10017
Telephone: (212) 935-3000
Attn: Stephanie K. Hoos, Esq.
E-mail: skhoos@mintz.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Amended Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Pasubio's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) to any other rights, claims, actions, setoffs, or recoupments to which Pasubio is

NYC350629

or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Pasubio expressly reserves.

Dated:  New York, New York
February 6, 2006

*Attorneys for Conceria Pasubio*

MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO, P.C.

By: */s/ Stephanie K. Hoos*
Stephanie K. Hoos (SKH-9821)
The Chrysler Center
666 Third Avenue
New York, New York  10017
Tel. No. 212-935-3000
Fax. No. 212-983-3115
Email: skhoos@mintz.com

NYC350629