IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                        :
In re                                   :   Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :   Case No. 05-44481 (RDD)
                                        :
                        Debtors.        :   (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

On February 2, 2006, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1) Notice of Presentment of Stipulation and Order Resolving Motion by Pepco Energy Services, Inc. for Order of Relief from Automatic Stay, or in the Alternative, for Order Compelling Debtors to Assume or Reject Sales Agreement (Docket No. 2031) [a copy of which is attached hereto as Exhibit D]

2) Debtors' Objection to Motion by Furukawa Electric North America APD for Relief from Automatic Stay to Permit Setoff of Claims (Docket No. 2034) [a copy of which is attached hereto as Exhibit E]

3) Debtors' Objection to Motion for Order Under 11 U.S.C. Section 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC to Determine within 150 Days Whether to Assume or Reject its Nonresidential Real Property Lease with Cherokee North Kansas City, LLC (Docket No. 2035) [a copy of which is attached hereto as Exhibit F]

On February 2, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit G hereto via overnight delivery:

4) Notice of Presentment of Stipulation and Order Resolving Motion by Pepco Energy Services, Inc. for Order of Relief from Automatic Stay, or in the Alternative, for Order Compelling Debtors to Assume or Reject Sales Agreement (Docket No. 2031) [a copy of which is attached hereto as Exhibit D]

On February 2, 2006, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit H</u> hereto via overnight delivery:

5) Debtors' Objection to Motion by Furukawa Electric North America APD for Relief from Automatic Stay to Permit Setoff of Claims (Docket No. 2034) [a copy of which is attached hereto as Exhibit E]

On February 2, 2006, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit I</u> hereto via overnight delivery:

6) Debtors' Objection to Motion for Order Under 11 U.S.C. Section 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC to Determine within 150 Days Whether to Assume or Reject its Nonresidential Real Property Lease with Cherokee North Kansas City, LLC (Docket No. 2035) [a copy of which is attached hereto as Exhibit F]

Dated: February 6, 2006

_/s/ Evan Gershbein_____
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 6th day of February, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature : _Sarah Elizabeth Frankel_____

Commission Expires: _12/23/08_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichard1uecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc. | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/6/2006 11:49 AM
MSL lists fedex and email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | | Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/6/2006 11:49 AM
MSL lists fedex and email

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | | newyork@sec.gov | Securities and Exchange Commission |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/6/2006 11:49 AM
MSL lists fedex and email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/6/2006 11:49 AM
MSL lists fedex and email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel for Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel for Kilroy Realty, L.P. |
| Ambrake Corporation | Ronald L. Jones | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-765-0208 | 270-234-2395 | rjones@ambrake.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel for  ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel for Stanley Electric Sales of America, Inc. |
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | aleinoff@amph.com | Counsel for APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | mhamilton@amph.com | Counsel for APS Clearing, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel for CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael M. McCrory Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | murph@berrymoorman.com | Counsel for Kamax L.P.; Optrex America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel for DENSO International America, Inc. |
| Bolhouse, Vander Hulst, Risko & Baar P.C. | David S. Lefere | 3996 Chicago Drive SW | | Grandville | MI | 49418 | | 616-531-7711 | 616-531-7757 | davidl@bolhouselaw.com | Counsel for Eclipse Tool and Die, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel for Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP America, Inc. |
| Buchalter Nemer, A Professional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel for Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | | 303-295-0202 | | sabelman@cagewilliams.com | Counsel for United Power, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@engelhard | Counsel for Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel for Cascade Die Casting Group, Inc. |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Seth A. Drucker | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdrucker@clarkhill.com | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel for ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel for Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | | 615-321-0555 | 615-321-5553 | amalone@colwinlaw.com | Counsel for Averitt Express, Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200  (230) 862-8231 | 203-629-1977  (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | wachstein@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Coompany |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert  Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel for DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Relco, Inc.; The Durham Companies, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-221-3086 | 816-221-3006 | selanders@danielsandkaplan.com | Counsel for DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel for The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel for Doshi Prettl International, LLC |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | Earle I. Erman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | eerman@ermanteicher.com | Counsel for Doshi Prettl International, LLC |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel for Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel for Kuss Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 4 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel for Southwest Metal Finishing, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel for Epcos, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinprocter.com | Counsel for UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinprocter.com | Counsel for UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gklaw.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@ggelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 5 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel for Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel for Baker Hughes Incorporated; Baker Petrolite Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4750 | 908-898-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel for Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel for XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel for Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunton & Williams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel for RF Monolithics, Inc. |
| Hunton & Williams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel for RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel for Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel for Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 6 of 16
2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel for Trutron Corporation |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel for SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel for WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel for Solution Recovery Services |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Alexandra B. Feldman | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | afeldman@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | George B. South, III | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | gsouth@kslaw.com | Counsel for Martinrea International, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manunufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel for Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | Suite 1000 | New York | NY | 10022-4834 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.co | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.co | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans | Counsel in Charge for Taxing Authorities |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel for Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel for Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel for Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel for Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.co | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.co | Counsel to Republic Engineered Products, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuireWoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicatons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel for Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel for Prince George County, Maryland |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | sarbt@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel for Wells Operating Partnership, LP |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Michael L. Schein | 666 Third Avenue | | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | mlschein@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc.; Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel for Hitachi Automotive Products (USA), Inc. |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel for Hitachi Automotive Products (USA), Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel for ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel for Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 9 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel for Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morris, Nichols, Arsht and Tunnell | Michael G. Busenkell | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | mbusenkell@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morris, Nichols, Arsht and Tunnell | Robert J. Dehney | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@mnat.com | Counsel for Chicago Miniature Optoelectronnic Technologies, Inc. |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8603 212-735-8757 | 917-522-3103 917-522-3157 | jmoldovan@morrisoncohen.com mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | | 214-855-7590 214-855-7561 214-855-7587 | 214-978-4374 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel for Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Nathan, Neuman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | sbrennan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel for Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothriat Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippanny | NJ | 07054 | | 973-884-6952 | 973-515-3244 | jimbriaco@gentek-global.com | |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel for WL. Ross & Co., LLC |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | mmharner@jonesday.com | Counsel for WL. Ross & Co., LLC |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel for The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, LTD. and APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, LTD. and APL Co. Pte Ltd. |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel for Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel for Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | cweidler@paulweiss.com | Counsel for Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2196 | sshimshak@paulweiss.com | Counsel for Ambrake Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Federal Express Corporation |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | | 207-791-1100 | 207-791-1350 | jmanheimer@pierceatwood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p. A. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-682-3485 | rbeacher@pitneyhardin.com | Counsel for IBJTC Business Credit Corporation |
| Pitney Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@pitneyhardin.com | Counsel for Marshall E. Campbell Company |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Pryor & Mandelup, LLP | A. Scott Mandelup, Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com kar@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/NMC LLC |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadrangle | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegrou | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel for Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel for General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.c | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel for ICX Corporation |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel for Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cnorgaard@ropers.com | Counsel for Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel for Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |
| Schiff Hardin LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | | 212-753-5000 | 212-753-5044 | myetnikoff@schiffhardin.com | Counsel for  Means Industries |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel for  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarroff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarroff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7756 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel for Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel for D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel for  le Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Steven E. Boyce | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-2347 | | 603-627-8278 | 603-641-2347 | sboyce@sheehan.com | Counsel for Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel for Milwaukee Investment Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel for Silver Point Capital, L.P. |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel for Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |

In re: Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 13 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Jo Christine Reed | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | jcreed@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel for Sony Electronics, Inc. |
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | rgoldi@sotablaw.com | Counsel for  Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel for Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel for Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel for Bing Metals Group, Inc.; Central Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-3922100 | 609-392-7956 | jposta@sternslaw.com | Counsel for Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | rferrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel for TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel for TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | | 100-8322 | Japan | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Campbell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel for Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel to Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel for Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel for McAlpin Industries, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLp | Michael S. McElwee | Bridgewater Place | P.O. Box 353 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel for Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vssp.com | Counsel for America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel for Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel for Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrowsb@wnj.com | Counsel for Behr Industries Corp. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5111 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | bankruptcy@warnerstevens.com | Counsel for Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel for Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel for Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | John K. Cunningham | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | jcunningham@whitecase.com | Counsel for Appaloosa Management, LP |
| White & Case LLP | Margarita Mesones-Mori | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | mmesonesmori@whitecase.com | Counsel for Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel for Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel for National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel for National Instruments Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.co | Counsel for Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| WL Ross & Co., LLC | Oscar Iglesias | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-826-1100 | 212-317-4893 | oiglesias@wlross.com | Counsel for WL. Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel for Armacell |
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 16

2/6/2006 11:51 AM
2002 lists email, us mail

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | 866-609-0888 | aswiech@akebobo-usa.com | Vice President of Administration for Akebono Corporation |
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8682 | 404-8738683 | heath.vicente@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Bernstein Litowitz Berger & Grossman | Eileen McNerney | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1485 | 212-554-1444 | emcnerney@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1492 | 2125541444 | markd@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | 313-393-7592 | 313-393-7579 | rcmcdowell@bodmanllp.com | Counsel for Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | 607-255-5124 | 607-254-3556 | nlph4@cornell.edu | Paralegal/Counsel for Cornell University |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | 516-227-6300 | 516-227-6307 | gettleman@e-hlaw.com | Counsel for Jon Ballin |
| Frank D. Jones | | 158 New York Circle Cr. | | Whitesboro | KY | 41858-9122 | | | | |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-465-7548 | 313-465-7549 | tsable@honigman.com | Counsel for Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | 617-542-3000 | 617-542-3001 | knorthrup@kutchinrufo.com | Counsel for Parlex Corporation |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-1832 | 312-443-896-6432 | tbrink@lordbissel.com | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0370 | 312-896-6394 | tmcfadden@lordbissel.com | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh / Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-8304 / 212-947-8340 | 212-947-1202 | kwalsh@lordbissel.com / rcovino@lordbissel.com | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | 419-867-8900 | 419-867-8909 | egc@leydenlaw.com | Counsel for Metro Fibres, Inc. |
| Miami-Dade County, FL | April Burch | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | 305-375-1142 | aburch@miamidade.gove | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | | Attorney General for State of Michigan, Department of Treasury |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | | Attorney General for Worker's Compensation Agency |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue | | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | wheuer@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/6/2006 11:52 AM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | 478-742-8706 | 478-746-4488 | cahope@chapter12macon.com | Office of the Chapter 13 Trustee |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | hausnerp@michigan.gov | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | kcunningham@piercewood.com | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | 989-754-7690 | | Corporate Secretary for Professional Technologies Services |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | 212-841-5700 | 212-841-5725 | | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLp | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11533 | 516-227-1600 | | | Counsel for JAE Electronics, Inc. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | dweiner@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | hborin@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | mnewman@schaferweiner.com | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | rheilman@schaferweiner.com | Counsel for Dott Industries, Inc. |
| The Timken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706 | | | | Representative for Timken Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/6/2006 11:52 AM
2002 lists email, us mail

# EXHIBIT D

**PRESENTMENT DATE: 2/15/06**
**AT: 12:00 NOON**

**OBJECTIONS DUE: 2/15/06**
**AT: 11:00 A.M.**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                              :
                                                    :        Chapter 11
DELPHI CORPORATION *et al.*,                        :        Case No. 05-44481 (RDD)
                                                    :        (Jointly Administered)
                                      Debtors.      :
------------------------------------------------------------x

## NOTICE OF PRESENTMENT OF
## STIPULATION AND ORDER RESOLVING MOTION BY
## PEPCO ENERGY SERVICES, INC. FOR ORDER OF RELIEF FROM
## AUTOMATIC STAY, OR IN THE ALTERNATIVE, FOR ORDER
## COMPELLING DEBTORS TO ASSUME OR REJECT SALES AGREEMENT

**PLEASE TAKE NOTICE** that Delphi Corporation ("Delphi") and certain of

its subsidiaries and affiliates, Debtors and Debtors in Possession in the above-captioned

cases, by their Bankruptcy co-counsel, Togut, Segal & Segal LLP, will present a

proposed Stipulation and Order resolving the Motion by Pepco Energy Services, Inc. for

Order of relief from automatic stay, or in the alternative, for Order compelling debtors

to assume or reject sales agreement, a true and complete copy of which is annexed

hereto, to the Honorable Robert D. Drain, United States Bankruptcy Judge, in his

Chambers, Room 632 of the United States Bankruptcy Court for the Southern District of

New York, One Bowling Green, New York, New York 10004, on February 15, 2006 at

12:00 noon.

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the

Stipulation and Order (a) must be in writing, (b) must conform to the Federal Rules of

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New

York, and the Order under 11 U.S.C. §§ 102 (1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case

Management, and Administrative Procedures, and (iii) Scheduling an Initial Case

Conference in Accordance with Local Bankr. R. 1007-2(e) (the "Case Management

Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance

with General Order M-242 (as amended) - registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a

3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (d) must be submitted in hard-copy form

directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and (e) and must be served upon:  (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Attn: General Counsel); (ii) co-counsel for the Debtors, Togut,

Segal & Segal LLP, One Penn Plaza, New York, New York 10119 (Attn:  Neil Berger,

Esq.);  (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson

Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn:

Kenneth S. Ziman);  (iv) counsel for the agent under the postpetition credit facility,

Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn:

Marlane Melican);  (v) commercial and litigation counsel to the Debtors, Butzel & Long,

2

P.C., 100 Bloomfield Hills Parkway, Suite 200, Bloomfield Hills, MI 48304 (Attn: James

Darien); (vi) counsel for Pepco Energy Services, Inc., Whiteford, Taylor & Preston

L.L.P., 7 Saint Paul Street, Baltimore, Maryland 21202 (Attn: Brent C. Strickland, Esq.);

(vii) co-counsel for the Official Committee of Unsecured Creditors, WarnerStevens LLP,

301 Commerce Street, Suite 1700, Fort Worth, Texas 76102 (Attn: Jeffrey A. Resler, Esq.);

and (viii) the Office of the United States Trustee for the Southern District of New York,

33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard),

in each case so as to be **received** no later than **11:00 a.m. (Prevailing Eastern Time) on**

**February 15, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those timely-written objections

made in accordance herewith, and timely filed and received by the Objection Deadline

will be considered by the Bankruptcy Court, and that if no objections to the Stipulation

and Order are timely filed and served the Bankruptcy Court may enter the proposed

Stipulation and Order.

Dated:   New York, New York
         February 2, 2006

                              TOGUT, SEGAL & SEGAL LLP
                              Bankruptcy Co-Counsel for
                               Delphi Corporation, *et al.*,
                               Debtors and Debtors-in-Possession
                              By:

                              /s/ Neil Berger
                              NEIL BERGER (NB-3599)
                              A Member of the Firm
                              One Penn Plaza, Suite 3335
                              New York, New York 10119
                              Telephone: (212) 594-5000
                              Facsimile: (212) 967-4258

TOGUT, SEGAL & SEGAL LLP
Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                            :
In re:                                      :
                                            :        Chapter 11
DELPHI CORPORATION, *et al.*,               :        Case No. 05-44481 [RDD]
                                            :
                        Debtors.            :        Jointly Administered
                                            :
------------------------------------------------------------x

**STIPULATION AND ORDER CONCERNING MOTION BY
PEPCO ENERGY SERVICES, INC. FOR ORDER OF RELIEF FROM
AUTOMATIC STAY, OR IN THE ALTERNATIVE, FOR ORDER
<u>COMPELLING DEBTORS TO ASSUME OR REJECT SALES AGREEMENT</u>**

<u>Recitals</u>

**WHEREAS**, On October 8, 2005 (the "Filing Date"), Delphi and certain of
its affiliates each filed voluntary petitions in this Court for reorganization relief under
Chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the
"Bankruptcy Code");  and

**WHEREAS**, the Debtors continue to operate their businesses and manage
their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the
Bankruptcy Code;  and

**WHEREAS**, this Court entered Orders directing the joint administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404);  and

**WHEREAS**, on October 17, 2005, the United States Trustee for the Southern District of New York appointed an Official Committee of Unsecured Creditors (the "Committee") in these cases, which is represented by Latham & Watkins;  and

**WHEREAS**, no trustee or examiner has been appointed in the Debtors' cases;  and

**WHEREAS**, prior to the Filing Date, movant Pepco Energy Services, Inc. ("Pepco") and the Debtors entered into a Master Electric Sales Agreement, dated July 8, 2003 (including all amendments, the "Sales Agreement"), the terms of which are strictly confidential;  and

**WHEREAS**, pursuant to the Sales Agreement, Pepco is the supplier of electricity to the Debtors' New Brunswick, New Jersey facility;  and

**WHEREAS**, on November 21, 2006, Pepco filed its motion for an Order for relief from the automatic stay to provide notice of default and terminate the Sales Agreement, or in the alternative, to compel the Debtors' assumption or rejection of the Sales Agreement (the "Motion");  and

**WHEREAS**, in the Motion, Pepco requested that:  (a) the automatic stay be modified so that Pepco could provide notice to terminate the Sales Agreement based upon an asserted untimely post-petition payment by the Debtors that was outstanding as of the filing of the Motion (and that payment was made the day after the Motion was filed);  (b) in the event that the Debtors pay the sums owed to Pepco for the post-petition period later than the exact date such payments are due, the automatic stay be modified without further Order of this Court to permit the termination of the Sales

2

Agreement;  and (c) that the Debtors be compelled to assume or reject the Sales Agreement; and

WHEREAS, on December 29, 2005, the Debtors filed an Objection to the Motion; and

WHEREAS, the Debtors and Pepco have conferred concerning consensual resolution of the Motion.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the Debtors and Pepco, through their respective attorneys, as follows:

1.      Except as otherwise provided herein, all terms of the Sales Agreement shall remain in full force and effect.

2.      Pepco will transmit its monthly prepay invoices to the Debtors no later than the 5th day of the month in which payment of the invoice is due, by e-mailing it to bills@entech.us.

3.      The Debtors will have until 10 days after receipt of each monthly prepay invoice at bills@entech.us to pay each invoice.

4.      In the event that the Debtors default in the timely payment of any post-petition prepay invoice owing under the Sales Agreement, the Debtors shall have a cure period of two business days following notification of payment default by Pepco to the Debtors at: (a) (937) 455-9636, Attn: Don Poole, and (b) bills@entech.us (the "Cure Period") to cure such default.

5.      In the event that the Debtors fail to cure any payment default regarding a post-petition prepay invoice within the Cure Period, Pepco may file with the Clerk of the Court and serve, upon three business days' notice, a notice of presentment of proposed order modifying the automatic stay to allow Pepco to serve upon the Debtors a Notice of Nonpayment and Termination in accordance with the

3

Sales Agreement (the "Notice of Presentment").

6.       Pepco shall transmit the Notice of Presentment by faxing it to the parties designated in paragraph 21 of the Court's October 14, 2005 Case Management Order in the Debtors' case, including:  (a) the Debtors, (937) 455-7686, Attn:  Don Poole; (b) Togut, Segal & Segal LLP, co-counsel for the Debtors, (212) 967-4258, Attn:  Neil Berger, Esq.;  and (c) Latham & Watkins, counsel for the Committee, (212) 751-4867, Attn:  Robert J. Rosenberg, Esq.

7.       The Motion is hereby resolved and withdrawn without prejudice.

8.       This Court shall retain original and exclusive jurisdiction to interpret and enforce the terms of this Stipulation including, without limitation, any issues concerning any Notice of Presentment filed and served pursuant hereto.

DATED: New York, New York
         February 2, 2006

                              TOGUT, SEGAL & SEGAL LLP


                              By: /s/ Neil Berger
                                  ALBERT TOGUT (AT-9759)
                                  NEIL BERGER (NB-3599)
                                  Members of the Firm
                                  One Penn Plaza, Suite 3335
                                  New York, New York 10119
                                  Telephone:  (212) 594-5000
                                  Co-Counsel for Delphi Corporation,
                                  *et al.*, Debtors and Debtors in Possession


DATED: Baltimore, Maryland
         January 30, 2006

                              WHITEFORD, TAYLOR & PRESTON L.L.P.


                              By: /s/ Brent C. Strickland
                                  BRENT C. STRICKLAND (BS-7811)
                                  Seven Saint Paul Street
                                  Baltimore, Maryland 21202
                                  Telephone:  (410) 347-8700
                                  Counsel for Pepco Energy  Services, Inc.

4

**SO ORDERED** this _____ day of February, 2006
In New York, New York

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT E

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts/Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT            **HEARING DATE:  2/9/06**
SOUTHERN DISTRICT OF NEW YORK                          **AT:  10:00 a.m.**
------------------------------------------------------------x
                                                      :
In re:                                                :
                                                      :        Chapter 11
DELPHI CORPORATION, *et al.*,                         :        Case No. 05-44481 [RDD]
                                                      :
                        Debtors.                      :        Jointly Administered
                                                      :
------------------------------------------------------------x

## DEBTORS' OBJECTION TO MOTION
## BY FURUKAWA ELECTRIC NORTH AMERICA APD FOR
## RELIEF FROM AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS

**TO THE HONORABLE ROBERT D. DRAIN,**
**UNITED STATES BANKRUPTCY JUDGE:**

         Delphi Corporation ("Delphi") and certain of its subsidiaries and

affiliates, debtors and debtors in possession in the above-captioned cases (collectively,

the "Debtors"), by their undersigned counsel, as and for their objection to the motion

dated December 15, 2005 (the "Motion") of Furukawa Electric North America APD

("Furukawa") for an Order for relief from the automatic stay to permit a setoff of

claims, respectfully state:

## PRELIMINARY STATEMENT

1.      On October 4, 2005, just four days prior to the Initial Filing Date (defined below), the Debtors mistakenly made a payment to Furukawa in the amount of $2,826,506.66 (the "Double Payment") on account of invoices (the "Invoices") that the Debtors had already satisfied on September 14, 2005.

2.      Furukawa readily admits that the Double Payment was erroneous, and that it was mistakenly made on account of the Invoices.

3.      Rather than return the Double Payment, Furukawa placed the funds in a "suspension account", and Furukawa now seeks relief from the automatic stay to setoff and satisfy pre-petition general unsecured claims that pre-date the Double Payment and which are completely unrelated to the Double Payment.

4.      The Double Payment was not made on account of an antecedent debt, and the Debtors did not receive any adequate consideration in exchange for that transfer.  Consequently, the Double Payment is avoidable and recoverable by the Debtors as a constructive fraudulent conveyance pursuant to Title 11, U.S.C. (the "Bankruptcy Code"), section 548(a)(1)(B).

5.      "It is well established that a party will be unable to assert a setoff while that party is being sued for fraudulent transfers . . . [t]his is because . . . there is no mutuality of obligations, which is required under Code Section 553(a)."  *In re O.P.M. Leasing Services, Inc.*, 35 B.R. 854, 868 (Bankr. S.D.N.Y. 1983).

6.      Furukawa is an entity from which property is recoverable and a transferee of a transfer that is avoidable under Chapter 5 of the Bankruptcy Code.  Pursuant to Bankruptcy Code section 502(d), Furukawa's pre-petition claims against the Debtors "shall" be disallowed unless and until it returns the Double Payment to the Debtors.  *See* 11 U.S.C. § 502(d).  Consequently, Furukawa does not have allowable

2

claims with which to exercise a setoff. Mutuality does not exist. Moreover, Furakawa does not have a claim or right which is entitled to adequate protection or an account of which relief from the automatic stay may be granted.

7.      Allowing the relief sought by Furukawa will serve only to perpetuate an improper depletion of the Debtors' estate. That result is contrary to the policies of Bankruptcy Code sections 502(d), 548, and 553.

8.      Based upon the foregoing, and the authorities set forth below, Furukawa's Motion should be denied.

## STATEMENT OF FACTS

### The Chapter 11 Cases

9.      On October 8, 2005 (the "Initial Filing Date"), Delphi and certain of its subsidiaries (the "Initial Filers") each filed voluntary petitions in this Court for reorganization relief under Chapter 11 of the Bankruptcy Code. On October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, collectively, the "Debtors") filed voluntary petitions in this Court for reorganization relief under Chapter 11 of the Bankruptcy Code.

10.     The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. This Court entered Orders directing the joint administration of the Debtors' chapter 11 cases (Docket Nos. 28 and 404).

11.     On October 17, 2005, the United States Trustee for the Southern District of New York appointed an official committee of unsecured creditors in these

3

cases, which is represented by Latham & Watkins.  No trustee or examiner has been

appointed.

**The Debtors' Pre-Petition Transactions with Furukawa**

12.    Furukawa supplies the Debtors with SIR coils and connection

systems pursuant to various purchase orders and supply contracts. *See* Affirmation of

Dana F. Fidler, dated February 1, 2006, annexed hereto as Exhibit A ("Fidler

Affirmation") ¶ 5.

13.    In response to demands by Furukawa, on or about September 14,

2005, the Debtors made a wire payment of $2,832,045.42 to Furukawa, noting in the

Wire Request Form:  "Vendor refusing to ship due to press release" (the "September 14

Payment").  *See* Fidler Affirmation ¶ 6 and Exhibit 1.

14.    The September 14 Payment represented a gross payment of

$2,860,651.94, less a 1% early payment discount, and it satisfied payment for the

Invoices for goods that were just previously shipped to the Debtors.  *See* Fidler

Affirmation ¶ 7.

15.    As a result of an oversight, on or about October 4, 2005, the Debtors

made an electronic funds transfer payment to Furukawa in the amount of $2,826,506.66,

*i.e.* the Double Payment.  *See* Fidler Affirmation ¶ 8.

16.    The Double Payment was remitted by the Debtors against the same

Invoices that had already been satisfied by the September 14 Payment.  *See* Fidler

Affirmation ¶ 9.

17.    The September 14 Payment and the Double Payment were in

slightly different amounts only because one invoice for approximately $34,000 was not

included in the Double Payment, and the Double Payment did not take credit for a

prompt-payment discount.  *See* Motion, at 2-3;  *see also* Fidler Affirmation ¶ 10.

4

18.    Furukawa placed the Double Payment into a "suspension account".
*See* Motion, at 3.

19.    Four days later, on October 8, the Debtors filed their petitions in
this Court.  The Debtors never provided any instructions to Furukawa regarding
application of the Double Payment.  *See* Fidler Affirmation ¶ 11.

20.    Furukawa does not dispute any of these facts.

**Relief Sought By Furukawa**

21.    Furukawa requests an Order pursuant to Bankruptcy Code section
362(d) modifying the automatic stay so that it can apply the Double Payment to an
equivalent amount of pre-petition invoices that are completely unrelated to the Double
Payment.

22.    However, Furukawa cannot assert or provide any basis to conclude
that cause exists for modification of the automatic stay because the Double Payment
constitutes an avoidable constructive fraudulent transfer under Bankruptcy Code
section 548(a)(1)(B)[1], and Furukawa's demand lacks the mutuality that is required by
Bankruptcy Code section 553(a).

23.    Furukawa is an entity from which property of the Debtors' estate is
recoverable and a transferee of a transfer avoidable under Chapter 5 of the Bankruptcy
Code.  Consequently, its pre-petition claims must be disallowed unless and until it
returns the Double Payment to the Debtors.  By operation of Bankruptcy Code section

---

[1]    Alternatively, the Double Payment could be argued to be avoidable as a preferential transfer
made while the Debtors were presumed insolvent.  *See In re Computrex International, Inc.*, 334 B.R. 229, 232
(Bankr. W.D.  Ky. 2005) ("in a § 547 preference action, [o]verpayments . . . *are* subject to recovery by the
trustee") (emphasis in original).  The Debtors may also conclude that the September 14 Payment was
preferential.

5

502(d), Furukawa does not have an allowable claim with which to exercise a setoff, and it has no right or claim that is entitled to adequate protection.

## ARGUMENT

### A.    Furukawa Has Failed to Show Cause to Modify the Automatic Stay Pursuant to Section 362(d)(1)

24.    The Second Circuit has described the automatic stay as a "crucial provision of bankruptcy law" intended to "prevent disparate actions against debtors . . . [and] ensur[e] that no creditor receives more than an equitable share of the bankrupt's estate." *Lincoln Savings Bank, FSB v. Suffolk County Treasurer (In re Parr Meadows Racing Assoc., Inc.*, 880 F.2d 1540, 1545 (2d Cir. 1989) (internal citations omitted).

25.    Pursuant to Bankruptcy Code section 362(d)(1), the Court may grant relief from the automatic stay "for cause." The Bankruptcy Code does not define the term "cause" and the determination of whether sufficient cause exists to modify the stay is determined on a case by case analysis. *See In re Balco Equities Ltd., Inc.,* 312 B.R. 734, 748-49 (Bankr. S.D.N.Y. 2004).

26.    Furukawa erroneously argues that it has established a right to setoff and a *prima facie* showing of "cause" for relief from the automatic stay. *See* Motion, at 5-6. However, as demonstrated below, Furukawa has neither an allowable claim with which to execute a setoff nor a claim or right which is entitled to adequate protection. Therefore, Furukawa's request for relief from the automatic stay fails as a matter of law.

6

## The Double Payment is a Not Subject to Setoff Because it is a Constructive Fraudulent Transfer

27.    The Double Payment constitutes a constructive fraudulent conveyance.  *See In re Rand Energy Co.*, 256 B.R. 712 (Bankr. N.D. Tex. 2000).  This Court has held that it is "well established" that fraudulent conveyance claims may not be defeated or diminished by a setoff.  *O.P.M.*, 35 B.R. at 868.

28.    In *Rand*, the reorganized debtor mistakenly overpaid a creditor pre-petition for drilling services provided by the creditor.  The overpayments were made on account of invoices that the debtor had previously paid.  The creditor did not return the overpayments to the debtor and instead applied the overpayments to pay three invoices covering unrelated pre-petition services that it provided, and three invoices covering post-petition services by the creditor.  In response to the reorganized debtor's action to obtain turnover of the overpayments, the creditor sought retroactive relief from the automatic stay to permit a setoff of the pre-petition and post-petition invoices against the overpayments.  The *Rand* Court held that the debtor did not receive reasonably equivalent value in exchange for its overpayments to the creditor, reasoning that "Rand made the transfer to pay for services that had already been paid . . . not . . . as a deposit for drilling services to be provided to [another oil well]", and it concluded that the overpayment constituted a fraudulent conveyance.  *Id.* at 716.  The Court also rejected the creditor's request for retroactive approval of a setoff, holding that the creditor "may not, however, invoke the setoff doctrine to a fraudulent transfer."  *Id.* at 716-17 (citing *Mack v. Newton*, 737 F.2d 1343, 1366 (5th Cir. 1984) & *In re J.R. McConnell, Jr.*, 934 F.2d 662, 667 (5th Cir. 1991)).

29.    The holding in *Rand* is applicable to Furukawa's demand, and it is consistent with the plain language of the constructive fraudulent transfer provisions of

7

Bankruptcy Code section 548, which enable a debtor in possession to "avoid any

transfer of an interest of the debtor in property . . . that was made . . . on or within one

year before the date of the filing of the petition, if the debtor voluntarily or involuntarily

. . . received less than a reasonably equivalent value **in exchange for** such transfer. . . ."

11 U.S.C. § 548(a)(1)(B)(i) (emphasis added).  As *Collier on Bankruptcy* explains:

> The statute has two components to the reasonably
> equivalent value analysis.  The first is whether sufficient
> value was received.  The second is whether the value was
> received "in exchange for" the transfer that was made or
> obligation that was incurred.

5 Collier on Bankruptcy ¶ 548.05[1][b] (15th ed. rev. 2005).

　　　　30.　　The Double Payment to Furukawa satisfies neither of the criteria:

(a) the Debtors did not receive any adequate value in exchange for the Double Payment;

and (b) no value was received by the Debtors *in exchange for* the Double Payment

because the Double Payment was made on account of Invoices which had previously

been satisfied by the September 14 Payment.

　　　　31.　　The Debtors surrendered and transferred approximately $2.8

million to Furukawa, depleted their estate, and received nothing in exchange.

Bankruptcy Code section 548 was enacted to address this occurrence and to preserve

the assets of the estate.  *See In re Butcher*, 58 B.R. 128, 130 (Bankr. E.D. Tenn. 1986).

　　　　32.　　Furukawa disregards the requirement that a debtor must receive

value *in exchange for* its transfer, and mistakenly argues that Michigan law governs the

underlying agreements and provides that "a creditor has the absolute right 'to apply the

unappropriated monies of his debtor, in his hands, in extinguishment of the debts due

to him.'"  Motion, at 4 (citing *Whispering Pines AFC Homes, Inc. v. Department of Treasury*.

212 Mich. App. 545;  538 N.W.2d 452 (Mich. App. 1995) (citing *United States v. Munsey

Trust Co.*, 332 U.S. 234, 239 (1947) and *Brown v. Lobdell*, 36 Or. App. 397;  585 P.2d 4, 7

(1978)).  Furukawa's argument misses the mark and the cases that it cites in support,

principally *Whispering Pines*, are inapposite.

33.    The *Whispering Pines* state court was not asked to address a request

to setoff pre-bankruptcy claims against an overpayment or a fraudulent conveyance

that was subject to avoidance.  The *Whispering Pines* court denied an adult foster care

home operator's request for a restraining order to prevent the Department of the

Treasury from continuing to withhold government benefits.  In reaching its conclusion,

the court recognized the "common law right" of the Department of the Treasury to

withhold sums otherwise payable to the foster care home to recover an overpayment by

applying "the unappropriated monies of [its] Debtor, in [its] hands, in extinguishment

of the debts due to [it]."  *Id.* at 456.[2]

34.    The *Whispering Pines* Court defined parties' rights under state law

principles, and it was not asked to address a proposed set-off of pre-bankruptcy claims

against a fraudulent conveyance to a creditor or any other bankruptcy principles.

While Furukawa may have had setoff rights under Michigan state law, those state law

rights fail to satisfy the "mutuality" requirement found in Bankruptcy Code section 553.

*See O.P.M.*, 35 B.R. at 868.

35.    The inability of parties to use pre-petition claims and state law

setoff rights to defeat or diminish chapter 5 avoidance causes of action against them is a

fundamental and widely recognized principle:

> The general rule is that, in an action by a trustee to recover
> money paid or property transferred to a creditor under the
> preference provisions of the Code, the creditor cannot offset

---

[2]        *Knisley v. Bowman*, 656 F. Supp. 1540 (W.D. Mich. 1987), on which the *Whispering Pines* Court
relied, also involved the power of the Michigan Department of Treasury to set off funds owed to
taxpayers against debts owed by the taxpayers to other state agencies.

its liability against either a separate debt owed to it by the debtor or the original liability on account of which the preferential transfer was made.  The reasoning for this rule is that allowing the creditor to offset the amount of the transfer would merely continue the preference, thereby rendering the preference statute useless because the preference would not become available for *pro rata* distribution to all creditors.  *Applying similar logic, a liability owed to the debtor by reason of a fraudulent conveyance cannot be offset against a creditor's claim against the debtor.*

5 Collier on Bankruptcy ¶ 553.03[3][e][v] (emphasis added).

### The Double Payment is a Not Subject to Setoff Because The Obligations Sought to be Setoff are Not Mutual

36.    Furukawa may not use pre-petition claims against the Debtors to defeat the Debtors' right to seek a recovery of the Double Payment because there is no mutuality of obligations, which is a fundamental predicate to the allowance of a setoff pursuant to Bankruptcy Code section 553(a).

37.    A pre-petition debtor and a debtor in possession are separate and distinct entities, which act in different capacities before and after a bankruptcy filing. *See, e.g., In re Genuity, Inc.*, 323 B.R. 79, 82 (Bankr. S.D.N.Y. 2005) (citing *Shopmen's Local 455 v. Kevin Steel Products, Inc.*, 519 F.2d 698, 704 (2d Cir. 1975)).  As the Court explained in *Matter of Johnson*, 552 F.2d 1072, 1078 (4th Cir. 1977), "set-off is not allowed where the trustee's claim is founded on his extraordinary power to avoid transactions otherwise binding on the bankrupt himself, *e.g.* where the creditor seeking set-off was the recipient of a preferential or fraudulent transfer from the bankrupt."  Put a different way, there can be no mutuality of obligations between a debtor in possession and transferee of fraudulent transfers because the liability of such transferee to the estate is not a "debt."  *O.P.M.*, 35 B.R. at 868.

10

38.    "Creditors who have received voidable transfers to the detriment of
the pool should not be entitled to make additional demands on the assets of the estate."
5 Collier on Bankruptcy ¶ 502.05[2][a].[3]

39.    The Double Payment was not made on account of an antecedent
debt, and the Debtors did not receive any adequate consideration in exchange for that
transfer.  Consequently, the Double Payment is avoidable and recoverable as a
constructive fraudulent conveyance pursuant to Bankruptcy Code, section 548(a)(1)(B).

40.    "It is well established that a party will be unable to assert a setoff
while that party is being sued for fraudulent transfers . . . [t]his is because . . . there is no
mutuality of obligations, which is required under Code Section 553(a)."  *OPM*, 35 B.R. at
868.  This well established principle operates to defeat the Motion.

## CONCLUSION

41.    Based on the foregoing, Furukawa has not and cannot establish
cause for relief from the automatic stay to allow it to permit a setoff against the Double
Payment, and the Motion should be denied in its entirety.

## Notice

42.    Notice of this Objection has been provided in accordance with the
Order under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and
9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management,
and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in
Accordance with Local Bankr. R. 1007-2(e), which was entered by this Court on

---

[3]    The commencement or pendency of an adversary proceeding against a creditor is not a condition
precedent to the disallowance, at least temporarily, of that creditor's claims pursuant to Bankruptcy Code
*(footnote continued on the following page)*

October 14, 2005 (Docket No. 245).  In light of the nature of the relief requested, the

Debtors submit that no other or further notice is necessary.

### Memorandum Of Law

43.    Because the legal points and authorities upon which this Objection

relies are incorporated herein, the Debtors respectfully request that the requirement of

the service and filing of a separate memorandum of law under Local Rule 9013-1(b) be

deemed satisfied.

WHEREFORE, the Debtors respectfully request that the Court enter an

Order denying the Motion, together with such other and further relief as may be just

and proper.

Dated:   New York, New York
         February 2, 2006

DELPHI CORPORATION, *et al.*
By their attorneys,
TOGUT, SEGAL & SEGAL LLP
By:

/s/Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza
New York, New York 10119
(212) 594-5000

---

section 502(d).  *See In re Mid Atlantic Fund, Inc.,* 60 B.R. 604, 609-11 (Bankr. S.D.N.Y. 1986), *see also In re KF Dairies, Inc.,* 143 B.R. 734, 735-38 (B.A.P. 9th Cir. 1992).

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Conflicts/Co-Counsel for Delphi Corporation, *et al.*,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
(212) 594-5000
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | **HEARING DATE:** 2/9/06 |
| SOUTHERN DISTRICT OF NEW YORK | **AT:** 10:00 A.M. |

-------------------------------------------------------------x
                                    :

In re:                                 :

                                      :    Chapter 11

DELPHI CORPORATION, *et al.*,          :    Case No. 05-44481 [RDD]

                                      :

                      Debtors.      :    Jointly Administered

                                      :

-------------------------------------------------------------x

## AFFIRMATION OF DANA F. FIDLER
## IN SUPPORT OF DEBTORS' OBJECTION TO
## MOTION BY FURUKAWA NORTH AMERICA APD FOR
## <u>RELIEF FROM AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS</u>

STATE OF MICHIGAN       )
                              ):
COUNTY OF OAKLAND    )

       DANA F. FIDLER, affirms under penalty of perjury as follows:

       1.    I am the Director – Financial Processes & Services of Delphi Corporation ("Delphi"), debtor and debtor-in-possession in the above-captioned chapter 11 cases.  I am familiar with the Debtors' operations and their process of supplier payments.  I have held this general position in Delphi since 1999 and

have worked in financial shared service organizations for various Fortune 500 companies for over 15 years. I have a Bachelor of Science degree in Accounting from Virginia Polytechnic Institute and State University. I have personal knowledge of the facts stated in this Affirmation and I can testify to those facts in court if necessary on behalf of the Debtors.

2.    Delphi is one of the world's largest suppliers of automotive components and electronics. Across the globe, Delphi operates over 40 domestic and 160 foreign entities in approximately 40 countries, employing more than 185,000 employees worldwide.

3.    In my present position, I have responsibility for oversight and service performance of North American Shared Financial Services, which includes disbursement payments to suppliers. In addition, I am responsible for financial oversight of customer setoff requests, which includes analyzing payments made by the Debtors, including Delphi Automotive Systems LLC and certain other Debtors who utilize centralized disbursement services.

4.    I am one of the people who has access to and custody of Delphi's business records (including access to electronically stored data) concerning Delphi's dealings with Furukawa Electric North America APD ("Furukawa"). These records are kept in the ordinary course of Delphi's regularly conducted business activity, which is Delphi's customary practice. I have reviewed Delphi's files on Furukawa, which leads me to the summary set forth below. All documents attached are true and correct copies of the business records described above. All facts set forth herein are either (a) facts of which I have personal knowledge; or (b) an accurate summary of Delphi's business records as described above.

- 2 -

5.    Furukawa supplies the Debtors with SIR coils and connection systems pursuant to various purchase orders and supply contracts.

6.    In response to demands by Furukawa, on or about September 14, 2005, the Debtors made a wire payment of $2,832,045.42 to Furukawa, noting in the Wire Request Form, "Vendor refusing to ship due to press release" (the "September 14 Payment").  *See* Exhibit 1.

7.    The September 14 Payment represented a gross payment of $2,860,651.94, less a 1% early payment discount and it satisfied payment for invoices for goods that were previously shipped to the Debtors (the "Invoices").

8.    As a result of Furukawa's insistence that the September 14 Payment be made and a failure of the Debtors to have recorded that payment of the Invoices in their payables system, on or about October 4, 2005, the Debtors made an electronic funds transfer (EFT) payment of $2,826,506.66 to Furukawa, *i.e.* the Double Payment, for the actual materials received in the normal course of disbursement processing.

9.    The Double Payment was remitted by the Debtors against the same Invoices that had already been paid with the September 14 Payment.

10.    The September 14 Payment and the Double Payment were in slightly different amounts only because one invoice for approximately $34,000 was not included in the second payment, and the Double Payment did not take credit for a prompt-payment discount.

11.    Four days later, on October 8, the Debtors filed their petitions in this Court.  The Debtors never provided any instructions to Furukawa regarding how to handle the Double Payment.

- 3 -

12.    I affirm under penalty of perjury according to the laws of the United

States that the foregoing statements are true and correct.


Executed this 1st day of February, 2006 in Rochester, Michigan


/s/  Dana F. Fidler

DANA F. FIDLER

CIM#124633944

# Wire Request Form

VENDOR CODE:    WT-                                                            FRS#

PAYEE:     Furukawa                                      Today's Date:    9/13/2005
           47677 Galleon Dr
           Plymouth , MI  48170                          PAYMENT Date:    9/13/2005

           CURRENCY TYPE:              EUR          AMOUNT:    2,832,045.42

AMOUNT: Two million eight hundred thirty two thousand forty five dollars & 42/100

| WIRE TRANSFER INSTRUCTIONS | |
|---|---|
| BNK NAME: Union Bank | ABA:  122000496 |
| BNK ADDR: 1980 Saturn St  Monterey Park, Ca  91755 | ACCT:                     6920001198 |
| BENEFICIARY:  Furukawa | |
| SCRIPTION:     Vendor refusing to ship due to press release. | |

| GRP (2) | GL (4) | GL SUFF (5) | GMAPP (5) | CORP SUB (3) | LOC SUFF. (3) | PROD (4) | AMOUNT |
|---|---|---|---|---|---|---|---|
| K9 | 2685 | 00000 | 00006 | 000 | 000 | 0000 | 2,832,045.42 |
| K9 | | | | | | | |
| | | | | | | TOTAL | 2,832,045.42 |

REQUESTED BY:     Dawn Buckner                       1ST APPROVAL   _Linda Brigg_
           PHONE:   (989) 757-5971
           FAX:     (989) 757-5974                     2ND APPROVAL   _Richard J._

SENT TO:          Wire Desk
           PHONE:   602-797-5061 / 5093
           FAX:     602-797-6574

           _Dawn Buckner_

APPROVAL
VERIFICATION 9/13/05
925\
SIGNATURE

# EXHIBIT F

**Hearing Date: February 9, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :
       In re                    :       Chapter 11
                           :
DELPHI CORPORATION, et al.,    :       Case No. 05-44481 (RDD)
                           :
               Debtors.   :       (Jointly Administered)
                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DEBTORS' OBJECTION TO MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(2)
DIRECTING DEBTOR DELPHI AUTOMOTIVE SYSTEMS, LLC TO DETERMINE
WITHIN 150 DAYS WHETHER TO ASSUME OR REJECT ITS NONRESIDENTIAL
REAL PROPERTY LEASE WITH CHEROKEE NORTH KANSAS CITY, LLC

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this objection (the "Objection") to the Motion for Order Under 11 U.S.C. § 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC to Determine Within 150 Days Whether to Assume or Reject Its Nonresidential Real Property Lease with Cherokee North Kansas City, LLC (the "Motion").  In support of this Objection, the Debtors respectfully represent as follows:[1]

<u>Preliminary Statement</u>

1.      The Motion should be denied.  Cherokee North Kansas City, LLC ("Cherokee") failed to show that "cause" exists for a shortening of the deadline as set forth in the Motion and Cherokee is estopped from seeking the relief requested in the Motion because Cherokee failed to raise these issues in a timely manner.  On or about November 9, 2005, the Debtors filed with the Court, and served upon Cherokee, their motion seeking to extend to June 7, 2007 the deadline for the Debtors to assume or reject all leases of nonresidential real property under Section 365(d)(4) of the Bankruptcy Code (the "365(d)(4) Motion").  Among the leases affected by the 365(d)(4) Motion was the Lease of Industrial or Warehouse Facilities between the Debtors and Cherokee (the "Lease").  Notice was proper as evidenced by the certificate of service, the relevant portion of which is attached hereto as Exhibit A.  Cherokee did not object to the 365(d)(4) Motion and on November 29, 2005, the Court entered an order granting the 365(d)(4) Motion (the "365(d)(4) Order"), a copy of which is attached hereto as Exhibit B.

---

[1]      Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

2.      Cherokee's Motion fails to show that "cause" exists for a shortening of the

June 7, 2007 deadline approved by the 365(d)(4) Order (the "365(d)(4) Deadline").  The burden

rests with Cherokee to show that sufficient cause exists to shorten the 365(d)(4) Deadline and

Cherokee has failed to satisfy its burden.  In the Motion, Cherokee recites several factors to

support its position.  None of those factors, however, individually or collectively, rises to a level

sufficient to show cause to justify a shortening of the 365(d)(4) Deadline.  Distilled to its essence,

the Motion asserts that the 365(d)(4) Deadline should be shortened because the property subject

to the Lease may be worth less and the cost of financing may be greater on account of the fact

that the Debtors sought bankruptcy protection –a challenge faced by all landlords that have

tenants in bankruptcy.  These assertions, which lack sufficient evidentiary support, clearly fall

short of the required showing of cause necessary to justify shortening of the 365(d)(4) Deadline.

3.      Moreover, Cherokee is estopped from requesting such relief because its

Motion is premised entirely on facts that were known or knowable at the time the 365(d)(4)

Motion was filed and served upon Cherokee.  Even though Cherokee had the opportunity and

failed to object to the 365(d)(4) Motion, it nonetheless now asks this Court to ignore the 365(d)(4)

Order –entered less than two months ago– and compel the Debtors to assume or reject the Lease.

4.      For the foregoing reasons and as set forth in more detail below, the Motion

should be denied.

<u>Argument</u>

A.    <u>Cherokee Has Failed To Show "Cause" Sufficient To Justify Shortening The 365(d)(4)
       Deadline.</u>

5.      At the November 29, 2005 omnibus hearing the Debtors made a sufficient

showing of cause, as required by section 365(d)(4) of the Bankruptcy Code, and the Court

granted the 365(d)(4) Motion and entered the 365(d)(4) Order.  Paragraph 4(b) of the 365(d)(4)

Order provides that "entry of this Order shall be without prejudice to . . . (b) the right of any

party to any Real Property Lease to seek from this Court a shortening of the [June 7, 2007]

deadline with respect to any or all of its Real Property Leases for cause shown."  Pursuant to this

Court's order and as similarly provided under § 365(d)(4) of the Bankruptcy Code, the burden

now rests with Cherokee to demonstrate cause for shortening of the 365(d)(4) Deadline.

      6.     The term "cause" as used in section 365(d)(4) is not defined in the

Bankruptcy Code.  In order to meet its burden to show cause, however, Cherokee must satisfy

the factors enumerated by the United States Court of Appeals for the Second Circuit in South

Street Seaport L.P. v. Burger Boys, Inc., 94 F.3d 755 (2d Cir. 1996).  The Burger Boys court

held that the following factors should be weighed in determining this issue:

> (a)    whether the debtor was paying for the use of the property;
>
> (b)    whether the debtor's continued occupation could damage the lessor beyond the compensation available under the Bankruptcy Code;
>
> (c)    whether the lease is the debtor's primary asset; and
>
> (d)    whether the debtor has had sufficient time to formulate a plan of reorganization.

Id. at 761.  The Burger Boys court proceeded to enumerate additional factors that may merit

consideration by a court, including the complexity of the case and the number of leases that the

debtor must evaluate.  Id.  See also 130 Cong. Rec. S8891, 58,894-95 (daily ed. June 29, 1984)

("cause" includes large number of leases) (statement of Sen. Hatch), reprinted in 1984

U.S.C.C.A.N. 590, 597; In re Unit Portions of Del., Inc., 53 B.R. 83, 85 (Bankr. E.D.N.Y. 1985).

      7.     Similarly, Courts considering demands for early assumption or rejection

by non-debtor parties rarely force a debtor into prematurely making a decision.  The reason for

courts' reluctance to force early assumption or rejection is that the "interests of the creditors

collectively and the bankrupt estate as a whole will not yield easily to the convenience or

advantage of one creditor."  See Public Svc. Co. of New Hampshire v. New Hampshire Elec.

Coop., Inc. (In re Public Svc. Co. of New Hampshire ), 884 F.2d 11, 14-15 (1st Cir. 1989); see

also In re Midtown Skating Corp., 3 B.R. 194, 198 (Bankr. S.D.N.Y. 1980) (denying motion to

compel assumption of lease and stating that "debtor should not be expected to jump too soon into

this complex matter"); see also; Hiser v. Blue Cross of Greater Philadelphia (In re St. Mary

Hosp.), 89 B.R. 503, 513-14 (Bankr. E.D.Pa. 1988) ("the interests of the Debtor here in denying

a precipitous assumption or rejection appear to us much greater than the interests of HHS in

forcing a prompt resolution").  Accordingly, under most circumstances, it is the clear policy of

the Bankruptcy Code to provide the debtor with breathing space following the filing of a

bankruptcy petition in which to decide whether to assume or reject an unexpired lease of

nonresidential real property.  In re Midtown Skating Corp., 3 B.R. at 198; see also In re Enron

Corp., 279 B.R. 695, 702 (Bankr. S.D.N.Y. 2002) (citation omitted).

       8.      Cherokee, in its Motion, had the burden to show that cause exists to

shorten the 365(d)(4) Deadline by satisfying the factors set forth by the Burger Boys court.  A

brief review of the factors will clearly indicate that Cherokee has failed in its burden to show

cause.

      (i)      The Debtors Are Continuing To Pay For The Use Of The Property.

       9.      As acknowledged by Cherokee in its Motion, the Debtors are current in all

of their postpetition obligations under the Lease.  Moreover, the Debtors have significant

resources, including access to a substantial DIP credit facility, which provide adequate assurance

to all of their landlords that they will be paid their postpetition bills in a timely fashion.

(ii)    <u>Cherokee Will Not Suffer Any Harm Beyond Compensation Available Under The
Bankruptcy Code Because Of The Debtors Continued Occupation.</u>

10.    There is no harm beyond compensation available under the Bankruptcy

Code that will befall Cherokee if the 365(d)(4) Deadline is not shortened.  As stated above, the

Debtors are performing all of their postpetition obligations under the Lease and will continue to

do so.  According to Cherokee, however, this is not enough.  In the Motion, Cherokee asserts that

if the 365(d)(4) Deadline is not shortened it will face uncompensable damages in the form of

decreased value of the property and higher financing costs.  This argument is without merit.

Cherokee's entire argument is premised on its assertion  that the property would be worth more

and financing terms would cost less if the Debtors are forced to make a premature assumption or

rejection decision.  Cherokee assumes that uncertainty would be eliminated, resulting in an

increased property value and decreased costs of financing, regardless of whether the Debtors

assume or reject the Lease.  Uncertainty will surely result if the Lease is rejected.  At the least,

Cherokee would be forced to find a new tenant and would be faced with the loss of rental income,

which according to Cherokee makes up approximately half of the income associated with the

property.  With this substantial uncertainty in the event of rejection, it is hard to believe that

property value would increase 25%-40% and better financing terms would be immediately

available.  Indeed, Cherokee has provided limited evidence to support this assertion.  The harm,

if any, that Cherokee faces does not rise to a level sufficient to justify shortening the 365(d)(4)

Deadline.

(iii)    <u>The Lease Is Among The Debtors Primary Assets.</u>

11.    In the Motion, Cherokee claims that "[b]ased upon the Debtors' previous

representations to this Court in its filings, the decision whether or not to assume or reject the

Lease is not a 'make or break' decision for the Debtor-Lessee."  Motion ¶ 27.  This statement is

6

disingenuous and fails to cite any pleading or hearing at which such assertions were made by the

Debtors.

12.        Contrary to Cherokee's unsupported assertions, most of the Debtors' leases

are fundamental to their reorganization efforts.  As part of the Debtors' restructuring efforts, the

Debtors are in the process of evaluating all owned and leased real estate, including the Lease.  In

considering their options with respect to the real property leases, the Debtors are evaluating a

variety of factors to determine whether it is appropriate to assume, assume and assign, or reject a

particular real property lease, including, without limitation, the realignment of Delphi's global

product portfolio and manufacturing footprint to preserve Delphi's core businesses.

13.        This evaluation will allow the Debtors to determine those leases that will

remain a part of Delphi's core operations.  As determinations are made that certain leases will not

be part of Delphi's ongoing operations, the Debtors will then evaluate whether such leases should

be assumed and assigned or rejected.  Until the Debtors complete this evaluation, shortening the

365(d)(4) Deadline could force the Debtors, prematurely, to assume substantial, long-term

liabilities under the Lease or forfeit value on account of a marketable or otherwise necessary

lease.  Indeed, in the instant case, the Debtors manufacture certain automotive parts for GM at

the Lease facility.  The Debtors have not yet determined if the production of these parts will

remain part of the Debtors' global product portfolio.  Accordingly, if the Debtors prematurely

assume the Lease and later stop producing these parts, the estates may be burdened with long

term liabilities unnecessary to the Debtors' reorganization or may be faced with substantial

administrative expenses if the Lease is later rejected after assumption.  On the other hand, if the

Debtors determine to keep this business, premature rejection of the Lease could result in the

inability of the Debtors to produce these parts for GM which could then result in substantial

damages and the loss of continued business.  Accordingly, the Debtors should not be forced to assume or reject the Lease until many of these issues are resolved.

       (iv)   <u>The Debtors Have Not Had Sufficient Time To Formulate A Plan Of Reorganization.</u>

       14.    Prior to making critical assumption or rejection decisions, a debtor must be permitted "the leeway needed to appraise its financial situation and the potential value of its assets in terms of the formulation of a plan." <u>Theatre Holding Corp. v. Mauro</u>, 681 F.2d at 102, 104 (2d Cir. 1982); <u>see</u> <u>also</u> <u>In re Teligent, Inc.</u>, 268 B.R. 723, 739 (Bankr. S.D.N.Y. 2001).  As stated above, the Debtors are merely four months into a restructuring effort that they anticipate will take approximately 18 months to complete.  At this point, however, the Debtors' energies are focused on stabilizing their businesses.  The Debtors have not had time to make critical decisions regarding the assumption or rejection of their leases.  The Debtors need to focus on developing a comprehensive restructuring plan for their businesses and the tens of thousands of creditors in these cases.

       15.    In the Motion, Cherokee attempts to impose its own judgment upon the Debtors regarding the Lease.  Cherokee claims that the Debtors' operation at the Lease facility "is excellent, is able to attract new business, and has low costs."  Motion ¶ 13, 20.  These conclusions were apparently based on a conversation with the Debtors' plant manager at the Lease facility and not with management responsible for making strategic decisions in connection with the Debtors' restructuring efforts.  Cherokee's conclusions are simply an attempt to substitute its own judgment in place of the Debtors' and such conclusions are not logical in light of the fact that the Debtors have not made final determinations regarding the realignment of Delphi's global product portfolio and manufacturing footprint.  These arguments should be given no weight.

16.    Further, every creditor in these cases that is a party to an unexpired lease or executory contract could make an argument similar to Cherokee's, that its financial situation would be better if the Debtors were forced to make certain decisions now.  Forcing the Debtors to assume or reject a lease on this basis, however, would simply benefit Cherokee to the potential detriment of all other creditors.  The Debtors cannot, and should not, be forced into preemptory lease assumption and rejection decisions at this time.

(v)    <u>The Complexity And Size Of The Debtors' Chapter 11 Filings Warrant A Considerable Period In Which To Evaluate The Consequences Associated With Assumption Or Rejection Of All Leases.</u>

17.    The complexity and size of these cases also warrant denial of the Motion at this early stage.  The complexity of the issues that the Debtors face in stabilizing their businesses and attempting to restructure their affairs is magnified by the size of these cases, currently among the largest pending before any bankruptcy court in the United States.  In summary:

(a)    Delphi and 41 affiliated entities sought chapter 11 relief.

(b)    As of the commencement of these chapter 11 cases, the Debtors employed approximately 180,000 employees worldwide.  The Debtors' 50,600 U.S. employees work in approximately 44 manufacturing sites, 13 technical centers, and Delphi's Troy, Michigan worldwide headquarters.  The company's foreign entities employed more than 134,000 people supporting 120 manufacturing sites and 20 technical centers in nearly 40 countries around the globe.

(c)    The Debtors' global 2004 revenues were approximately $28.6 billion, and global assets as of August 31, 2005 were approximately $17.1 billion.

(d)    The Debtors supply products to nearly every major global automotive original equipment manufacturer, with 2004 sales to the Debtors' former parent, General Motors Corporation, equaling approximately $15.4 billion and sales to each of Ford Motor Company, DaimlerChrysler Corporation, Renault/Nissan Motor Company, Ltd., and Volkswagen Group exceeding $850 million.

18.    Courts have recognized that complex cases require a more careful and extended consideration by the debtor of whether to assume or reject leases. See In re Burger Boys, Inc., 94 F.3d at 761.

B.    Cherokee Should Be Estopped From Seeking The Relief Requested In The Motion.

19.    The doctrine of collateral estoppel or issue preclusion bars the re-litigation of issues decided by final order. Gibraltar Industries, Inc. v. Douds (In re Douds), 327 B.R. 122, 124 (Bankr. W.D.N.Y. 2005); see also Atkins v. Fiberglass Representatives (In re Atkins), 134 B.R. 936, 938 (9th Cir.1992) ("Principles of res judicata and collateral estoppel" preclude litigants from challenging merits of bankruptcy court order that he failed to appeal within 10 days of entry). Moreover, after an order has become final, parties are precluded from litigating all issues that were or could have been addressed in the context of the proceeding resulting in the final order. Jacobson v. Fireman's Fund Ins. Co., 111 F.3d 261, 268 (2d Cir. 1997) (holding that after time to appeal had expired court's determinations became final and "precluded any further litigation of all issues that were or could have been addressed within the context of that arbitration proceeding").

20.    As stated above, on or around November 9, 2005, the Debtors filed the 365(d)(4) Motion with the Court and served it upon Cherokee. Cherokee did not object to the 365(d)(4) Motion. At the November 29, 2005 hearing, the Court heard the 365(d)(4) Motion, and again Cherokee made no objection. On November 29, 2005, the Court entered the 365(d)(4) Order with respect to the Lease and roughly 90 other unexpired leases, extending to June 7, 2007 the deadline for the Debtors to assume or reject such leases, including Cherokee's Lease.

21.    Cherokee had the opportunity between November 9, 2005 and November 29, 2005 to object to the 365(d)(4) Motion and had from November 29, 2005 to December 9,

10

2005 to appeal the 365(d)(4) Order and raise the arguments that it now raises.  Cherokee chose

not to do so.  All the arguments made in the Motion are premised entirely on facts that were

known or knowable at the time the 365(d)(4) Motion was filed and served upon Cherokee.

Cherokee should not be awarded a "second bite at the apple" now to assert arguments that

existed at the time Cherokee chose not to object to the 365(d)(4) Motion.  See Jacobson, 111

F.3d at 268.  Cherokee should be estopped from attempting to circumvent the 365(d)(4) Order at

this time and the Motion should be denied.

Conclusion

22.    Cherokee has failed to show that cause exists for a shortening of the

365(d)(4) Deadline.  Additionally, Cherokee is estopped from seeking the relief requested in the

Motion because Cherokee failed to raise those issues in a timely manner.  The Debtors should be

afforded the time between now and the 365(d)(4) Deadline to determine whether to assume or

reject their non-expiring executory contracts.  The Motion should therefore be denied.

Notice

23.    Notice of this Objection has been provided in accordance with the Order

under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and

Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance with

Local Bankr. R. 1007-2(e), which was entered by this Court on October 14, 2005 (Docket No.

245).  In light of the nature of the relief requested, the Debtors submit that no other or further

notice is necessary.

11

<u>Memorandum Of Law</u>

24.    Because the legal points and authorities upon which this Objection relies

are incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) be deemed satisfied.


WHEREFORE, the Debtors respectfully request that the court enter an order (a)

denying the Motion and (b) granting the Debtors such other and further relief as is just.

Dated: New York, New York
       February 2, 2006

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                        & FLOM LLP


                                        By: <u>/s/ John Wm. Butler, Jr.        </u>
                                              John Wm. Butler, Jr. (JB 4711)
                                              John K. Lyons (JL 4951)
                                              Ron E. Meisler (RM 3026)
                                        333 West Wacker Drive, Suite 2100
                                        Chicago, Illinois  60606
                                        (312) 407-0700

                                              - and -


                                        By: <u>/s/ Kayalyn A. Marafioti     </u>
                                              Kayalyn A. Marafioti (KM 9632)
                                              Thomas J. Matz (TM 5986)
                                        Four Times Square
                                        New York, New York  10036
                                        (212) 735-3000

                                        Attorneys for Delphi Corporation, <u>et al.</u>,
                                        Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
        In re                     :     Chapter 11
                                 :
        DELPHI CORPORATION et al.,        :     Case No. 05-44481 (rdd)
                                 :
                    Debtors.   :     (Jointly Administered)
                                 :
------------------------------ x

## AFFIDAVIT OF SERVICE

I, Amber M. Cerveny, being duly sworn according to law, deposes and says that I am employed by Kurtzman Carson Consultants, LLC, proposed claims and noticing agent for the Debtors in the above-captioned cases.

On November 9, 2005, I caused to be served, via overnight delivery the documents listed in Section 1 on the parties attached hereto as <u>Exhibit A</u>, via Electronic Notification the parties attached hereto as <u>Exhibit B</u>, and via first class US mail on the parties attached hereto as <u>Exhibit C</u>:

### *Section 1*

I.   Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Deadline to Assume or Reject Leases of Nonresidential Real Property ("365(d)(4) Deadline Extension Motion") **(Docket No. 995) [Attached hereto as Exhibit D]**

II.  Motion for Order Under 11 U.S.C. §§ 105(a) and 365 Authorizing the Debtors to Obtain Preferential Power Rates Pursuant to Letter Agreement With Niagra Mohawk Power Corporation and Assumption Thereof ("Motion to Obtain Preferential Power Rates With Niagra Mohawk Letter Agreement") **(Docket No. 997) [Attached hereto as Exhibit E]**

III. Motion for Order Under 11 U.S.C. §§ 105(a), 363, and 365 Authorizing the Debtors to Preserve Option to Enter Into New Power Contract with Preferential Rates with Consumer Energy Company and Ancillary Assumption of Related Power Contracts ("Motion to Preserve Preferential Rates With CEC") **(Docket No. 998) [Attached hereto as Exhibit F]**

IV. Application for Order Under 11 U.S.C. §§ 327(a) 328 and Fed.R.Bankr.P. 2014(a) Authorizing Employment and Retention of Jones Lang Lasalle Americas Inc., as Real Estate Administrative and Transaction Services Provider to Debtors ("JLL Retention Application") **(Docket No. 996) [Attached hereto as Exhibit G]**

V.  Debtors' Application for Entry of Order Under 11 U.S.C. §§ 327(e) and 1107(b) Authorizing Employment and Retention of Wilmer Cutler Pickering Hale and Dorr

1

LLP as Special Regulatory Counsel ("WCPHD Retention Application") **(Docket No. 999) [Attached hereto as Exhibit H]**

On November 9, 2005, I caused to be served, via overnight delivery the documents listed in Section 2 on the parties attached hereto as <u>Exhibit I</u>:

### *Section 2*

I.  Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Deadline to Assume or Reject Leases of Nonresidential Real Property ("365(d)(4) Deadline Extension Motion") **(Docket No. 995) [Attached hereto as Exhibit D]**

On November 9, 2005, I caused to be served, via overnight delivery the documents listed in Section 3 on the parties attached hereto as <u>Exhibit J</u>:

### *Section 3*

I.  Motion for Order Under 11 U.S.C. §§ 105(a) and 365 Authorizing the Debtors to Obtain Preferential Power Rates Pursuant to Letter Agreement With Niagra Mohawk Power Corporation and Assumption Thereof ("Motion to Obtain Preferential Power Rates With Niagra Mohawk Letter Agreement") **(Docket No. 997) [Attached hereto as Exhibit E]**

On November 9, 2005, I caused to be served, via overnight delivery and Electronic Notification the documents listed in Section 4 on the parties attached hereto as <u>Exhibit K</u>:

### *Section 4*

I.  Motion for Order Under 11 U.S.C. §§ 105(a), 363, and 365 Authorizing the Debtors to Preserve Option to Enter Into New Power Contract with Preferential Rates with Consumer Energy Company and Ancillary Assumption of Related Power Contracts ("Motion to Preserve Preferential Rates With CEC") **(Docket No. 998) [Attached hereto as Exhibit F]**

Dated: November 10, 2005

*/s/ Amber M. Cerveny*
Amber M. Cerveny

Sworn to and subscribed before
me on November 10, 2005

*/s/ Evan J. Gershbein*
Notary Public

My Commission Expires:    1/19/07

2

# **EXHIBIT D**

Hearing Date and Time: November 29, 2005 at 10:00 a.m.
Objection Deadline:  November 22, 2005 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
              In re                                 :    Chapter 11
                                                    :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
                          Debtors.                  :    (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - -   x

NOTICE OF MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4)
EXTENDING DEADLINE TO ASSUME OR REJECT
UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY

PLEASE TAKE NOTICE that on November 9, 2005, Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in

the above-captioned cases, filed the Motion For Order Under 11 U.S.C. § 365(d)(4)

Extending Deadline To Assume Or Reject Unexpired Leases Of Nonresidential Real

Property (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of

the Motion will be held on November 29, 2005, at 10:00 a.m. (Prevailing Eastern Time)

(the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for

the Southern District of New York, One Bowling Green, Room 610, New York, New York,

10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of

the Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy

Procedure, the Local Bankruptcy Rules for the Southern District of New York and the

Order Under 11 U.S.C. §§ 102 (1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007,

And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management,

And Administrative Procedures, And (III) Scheduling An Initial Case Conference In

Accordance With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No.

245), (c) must be filed with the Bankruptcy Court in accordance with General Order M-242

(as amended) – registered users of the Bankruptcy Court's case filing system must file

electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in

2

Portable Document Format (PDF), WordPerfect, or any other Windows-based word

processing format), (d) must be submitted in hard-copy form directly to the chambers of the

Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) and must be served

upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General

Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333

West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii)

counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher &

Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n:  Kenneth S.

Ziman), (iv) counsel for the agent under the Debtors' postpetition credit facility, Davis Polk

& Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n:  Marlane Melican),

(v) counsel for the official committee of unsecured creditors, Latham & Watkins, 885 Third

Avenue, New York, New York, 10022 (Att'n:  Robert J. Rosenberg and Mark A. Broude),

and (vi) the Office of the United States Trustee for the Southern District of New York, 33

Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M. Leonhard), in

each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time)** on

**November 22, 2005** (the "Objection Deadline").

3

PLEASE TAKE FURTHER NOTICE that only those objections made in writing,

in accordance with the Case Management Order, and timely filed and received by the Objection

Deadline will be considered by the Bankruptcy Court at the Hearing.  If no objections to the

Motion are timely filed and served in accordance with the procedures set forth herein, the

Bankruptcy Court may enter an order granting the Motion **without further notice.**

Dated: New York, New York
       November 9, 2005

                        SKADDEN, ARPS, SLATE, MEAGHER
                        & FLOM LLP

                        By: /s/ John Wm. Butler, Jr.
                            John Wm. Butler, Jr. (JB 4711)
                            John K. Lyons (JL 4951)
                            Ron E. Meisler (RM 3026)
                        333 West Wacker Drive, Suite 2100
                        Chicago, Illinois  60606
                        (312) 407-0700

                                - and -

                        By: /s/ Kayalyn A. Marafioti
                            Kayalyn A. Marafioti (KM 9632)
                            Thomas J. Matz (TM 5986)
                        Four Times Square
                        New York, New York  10036
                        (212) 735-3000

                        Attorneys for Delphi Corporation, et al.,
                            Debtors and Debtors-in-Possession

4

Hearing Date and Time: November 29, 2005 at 10:00 a.m.
Objection Deadline: November 22, 2005 at 4:00 p.m.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                        :
          In re                         :      Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :      Case No. 05-44481 (RDD)
                                        :
                                        :      (Jointly Administered)
          Debtors.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(4) EXTENDING DEADLINE TO ASSUME OR REJECT LEASES OF NONRESIDENTIAL REAL PROPERTY

### ("365(d)(4) DEADLINE EXTENSION MOTION")

Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), hereby submit this motion (the "Motion") for an order under 11 U.S.C. § 365(d)(4) extending the deadline to assume or reject unexpired leases of nonresidential real property. In support of this Motion, the Debtors respectfully represent as follows:

### Background

A.    The Chapter 11 Filings

1.    On October 8, 2005, Delphi and certain of its U.S. subsidiaries (the "Initial Filers") filed voluntary petitions in this Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code").  On October 14, 2005, three additional U.S. subsidiaries of Delphi (together with the Initial Filers, collectively, the "Debtors") filed voluntary petitions in this Court for reorganization relief under the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  This Court entered orders directing the joint administration of the Debtors' chapter 11 cases (Dockets Nos. 28 and 404).

2.    On October 17, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors' Committee"). No trustee or examiner has been appointed in the Debtors' cases.

2

3.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4.     The statutory predicate for the relief requested herein is section 365(d)(4) of the Bankruptcy Code.

B.     Current Business Operations Of The Debtors

5.     With more than 180,000 employees worldwide, global 2004 revenues of approximately $28.6 billion, and global assets as of August 31, 2005 of approximately $17.1 billion,[1] Delphi ranks as the fifth largest public company business reorganization in terms of revenues, and the thirteenth largest public company business reorganization in terms of assets. Delphi's non-U.S. subsidiaries are not chapter 11 debtors, will continue their business operations without supervision from the Bankruptcy Court, and will not be subject to the chapter 11 requirements of the U.S. Bankruptcy Code.

6.     Over the past century, the operations which are now owned by Delphi have developed leading global technology innovations with significant engineering resources and technical competencies in a variety of disciplines.  Today, the Company (as defined below) is arguably the single largest global supplier of vehicle electronics, transportation components, integrated systems and modules, and other electronic technology.  The Company's technologies and products are present in more than 75 million vehicles on the road worldwide.  The Company supplies products to nearly every major global automotive original equipment manufacturer with

---

[1]    The aggregated financial data used in this Motion generally consists of consolidated information from Delphi and its worldwide subsidiaries and affiliates.

3

2004 sales to its former parent, General Motors Corporation ("General Motors" or "GM"),

equaling approximately $15.4 billion and sales to each of Ford Motor Company,

DaimlerChrysler Corporation, Renault/Nissan Motor Company, Ltd., and Volkswagen Group

exceeding $850 million.

   7. As part of its growth strategy, Delphi has established an expansive global

presence with a network of manufacturing sites, technical centers, sales offices, and joint

ventures located in every major region of the world.  In the U.S., the Debtors employ

approximately 50,600 people.  These employees work in approximately 44 manufacturing sites

and 13 technical centers across the country, and in Delphi's worldwide headquarters and

customer center located in Troy, Michigan.  Approximately 34,750 of these individuals are

hourly employees, 96% of whom are represented by approximately 49 different international and

local unions.  Outside the United States, the Company's foreign entities employ more than

134,000 people, supporting 120 manufacturing sites and 20 technical centers across nearly 40

countries worldwide.

   8. Delphi was incorporated in Delaware in 1998 as a wholly-owned

subsidiary of GM.  Prior to January 1, 1999, GM conducted the Company's business through

various divisions and subsidiaries.  Effective January 1, 1999, the assets and liabilities of these

divisions and subsidiaries were transferred to Delphi and its subsidiaries and affiliates

(collectively, the "Company") in accordance with the terms of a Master Separation Agreement

between Delphi and GM.  In connection with these transactions, Delphi accelerated its evolution

from a North American-based, captive automotive supplier to a global supplier of components,

integrated systems, and modules for a wide range of customers and applications.  Although GM

4

is still the Company's single largest customer, today more than half of Delphi's revenue is

generated from non-GM sources.

9.     Due to the significant planning that goes into each vehicle model, Delphi's

efforts to generate new business do not immediately affect its financial results, because supplier

selection in the auto industry is generally finalized several years prior to the start of production

of the vehicle.  When awarding new business, which is the foundation for the Company's

forward revenue base, customers are increasingly concerned with the financial stability of their

supply base.  The Debtors believe that they will maximize stakeholder value and the Company's

future prospects if they stabilize their businesses and continue to diversify their customer base.

The Debtors also believe that this must be accomplished in advance of the expiration of certain

benefit guarantees between GM and certain of Delphi's unions representing most of its U.S.

hourly employees which coincides with the expiration of the Company's U.S. collective

bargaining agreements in the fall of 2007.

C.     Events Leading To Chapter 11 Filing

10.     In the first two years following Delphi's separation from GM, the

Company generated approximately $2 billion in net income.  Every year thereafter, however,

with the exception of 2002, the Company has suffered losses.  In calendar year 2004, the

Company reported a net operating loss of $482 million on $28.6 billion in net sales.  Reflective

of a downturn in the marketplace, Delphi's financial condition has deteriorated further in the first

six months of 2005. The Company experienced net operating losses of $608 million for the first

six months of calendar year 2005 on six-month net sales of $13.9 billion, which is approximately

$1 billion less in sales than during the same time period in calendar year 2004.[2]

11.     The Debtors believe that three significant issues have largely contributed

to the deterioration of the Company's financial performance: (a) increasingly unsustainable U.S.

legacy liabilities and operational restrictions driven by collectively bargained agreements,

including restrictions preventing the Debtors from exiting non-strategic, non-profitable

operations, all of which have the effect of creating largely fixed labor costs, (b) a competitive

U.S. vehicle production environment for domestic OEMs resulting in the reduced number of

motor vehicles that GM produces annually in the United States and related pricing pressures, and

(c) increasing commodity prices.

12.     In light of these factors, the Company determined that it would be

imprudent and irresponsible to defer addressing and resolving its U.S. legacy liabilities, product

portfolio, operational issues, and forward looking revenue requirements.  Having concluded that

pre-filing discussions with its unions and GM were not leading to the implementation of a plan

sufficient to address the Debtors' issues on a timely basis, the Company determined to commence

these chapter 11 cases for its U.S. businesses to complete the Debtors' transformation plan and

preserve value.

13.     Through the reorganization process, the Debtors intend to achieve

competitiveness for Delphi's core U.S. operations by modifying or eliminating non-competitive

legacy liabilities and burdensome restrictions under current labor agreements and realigning

---

[2]    Reported net losses in calendar year 2004 were $4.8 billion, reflecting a $4.1 billion tax charge, primarily
related to the recording of a valuation allowance on the U.S. deferred tax assets as of December 31, 2004.

6

Delphi's global product portfolio and manufacturing footprint to preserve the Company's core

businesses.  This will require negotiation with key stakeholders over their respective

contributions to the restructuring plan or, absent consensual participation, the utilization of the

chapter 11 process to achieve the necessary cost savings and operational effectiveness envisioned

in the Company's transformation plan.  The Debtors believe that a substantial segment of

Delphi's U.S. business operations must be divested, consolidated, or wound-down through the

chapter 11 process.

14.     Upon the conclusion of this process, the Debtors expect to emerge from

chapter 11 as a stronger, more financially sound business with viable U.S. operations that are

well-positioned to advance global enterprise objectives.  In the meantime, Delphi will marshal all

of its resources to continue to deliver value and high-quality products to its customers globally.

Additionally, the Company will preserve and continue the strategic growth of its non-U.S.

operations and maintain its prominence as the world's premier auto supplier.

## Relief Requested

15.     By this Motion, the Debtors request entry of an order, pursuant to section

365(d)(4) of the Bankruptcy Code, extending the date on or before which the Debtors may

assume or reject unexpired leases of nonresidential real property to and including June 7, 2007, a

date which is approximately 18 months from the initial deadline within which the Debtors are

required to assume or reject nonresidential real property leases, without prejudice to the Debtors'

right to seek a further extension of such deadline and without prejudice to a lessor's right to seek

a shortening of such deadline.

7

## Basis For Relief

16.     Under section 365(d)(4) of the Bankruptcy Code, the initial 60-day period

within which the Debtors must assume or reject nonresidential real property leases expires on

December 7, 2005.  As of the Petition Date, the Debtors were lessors or lessees with respect to

approximately 90 unexpired leases of nonresidential real property (the "Real Property Leases").

17.     As part of the Debtors' restructuring efforts, the Debtors are in the process

of evaluating all owned and leased real estate, including the Real Property Leases.  In

considering their options with respect to the Real Property Leases, the Debtors are evaluating a

variety of factors to determine whether it is appropriate to assume, assume and assign, or reject a

particular Real Property Lease.  In most instances, however, before the Debtors can properly

evaluate which of their Real Property Leases to assume and which to reject, among other things,

the Debtors must first (a) conclude their negotiations with their unions to ease certain "no-close"

restrictions in the Debtors' collective bargaining agreements ("CBAs") and (b) make final

determinations as to the company's ultimate product portfolio, which will affect the location of

the Debtors' facilities.

18.     In particular, the Debtors are currently negotiating certain terms of the

CBAs, including, without limitation, operational restrictions, which prevent the Debtors from

exiting non-strategic, non-profitable operations and restrict the Debtors ability to permanently

lay off idled workers for whom the Debtors must provide space during the working hours.  A

large number of the Debtors' Real Property Leases are affected by these terms and therefore at

this time the Debtors are unable to determine which leases should be assumed and which should

8

be rejected. Accordingly, until these issues are resolved, it would be premature for the Debtors

to assume or reject all of the Real Property Leases.

19.     Moreover, through the reorganization process, the Debtors intend to

achieve competitiveness for Delphi's core U.S. operations by realigning Delphi's global product

portfolio and manufacturing footprint to preserve the Debtors' core businesses. These

determinations will affect the Debtors' evaluation of which of their Real Property Leases to

assume and which to reject. The Debtors are striving to meet these goals and emerge from

chapter 11 by early to mid-2007.

20.     Thus, by this Motion, the Debtors request an extension of the section

365(d)(4) deadline so as to fully and adequately determine whether to assume or reject particular

Real Property Leases. If the period, under section 365(d)(4) the Bankruptcy Code, is not

extended beyond December 7, 2005, the Debtors may be compelled, prematurely, to assume

substantial, long-term liabilities under the Real Property Leases or forfeit benefits associated

with some Real Property Leases to the detriment of the Debtors' ability to operate and preserve

the going-concern value of their business for the benefit of all creditors and other parties-in-

interest.

<u>Applicable Authority</u>

21.     Section 365(d)(4) of the Bankruptcy Code provides:

Notwithstanding paragraphs (1) and (2), in a case under any chapter of this title, if
the trustee does not assume or reject an unexpired lease of nonresidential real
property under which the debtor is the lessee within 60 days after the date of the
order for relief, <u>or within such additional time as the court, for cause, within such
60-day period, fixes</u>, then such lease is deemed rejected, and the trustee shall
immediately surrender such nonresidential real property to the lessor.

1 1 U.S.C. § 365(d)(4) (emphasis added).

9

22.    The term "cause" as used in section 365(d)(4) is not defined in the

Bankruptcy Code. In South Street Seaport L.P. v. Burger Boys, Inc., 94 F.3d 755 (2d Cir. 1996),

the United States Court of Appeals for the Second Circuit held that the following factors would

establish whether "cause" existed to extend the statutory period under section 365(d)(4) of the

Bankruptcy Code:

(a)    whether the debtor was paying for the use of the property;

(b)    whether the debtor's continued occupation could damage the lessor
beyond the compensation available under the Bankruptcy Code;

(c)    whether the lease is the debtor's primary asset; and

(d)    whether the debtor has had sufficient time to formulate a plan of
reorganization.

Id. at 761. The court enumerated additional factors that may merit consideration, including the

complexity of the case and the number of leases that the debtor must evaluate. Id. See also 130

Cong. Rec. S8891, 58,894-95 (daily ed. June 29, 1984) ("cause" includes large number of leases)

(statement of Sen. Hatch), reprinted in 1984 U.S.C.C.A.N. 590, 597; In re Unit Portions of Del.,

Inc., 53 B.R. 83, 85 (Bankr. E.D.N.Y. 1985) ("Congress recognized that there may be times

when it is not possible for the trustee to make a careful and informed assessment of the benefits

and burdens of the lease within this 60-day period. Accordingly, it empowered the court to grant

a trustee who demonstrates cause for an extension additional time to make this assessment.").

23.    The Debtors satisfy all of these requirements. First, in compliance with

section 365(d)(3) of the Bankruptcy Code, the Debtors fully intend to remain current with

respect to all outstanding postpetition rental obligations under the Real Property Leases.

10

24.    Second, the relief requested herein will not affect any lessor's rights in a

manner inconsistent with the provisions of the Bankruptcy Code.  See Edward J. Debartolo Corp.

v. Child World, Inc., 146 B.R. 89, 92 (S.D.N.Y. 1992) (holding that extension of debtors' time to

assume or reject its unexpired leases of nonresidential real property is appropriate when

leaseholders are not "irreparably injured in the interim").  The Debtors have the financial ability

to and intend to perform all of their obligations under the Real Property Leases as required by

section 365(d)(3) of the Bankruptcy Code.  The significant cash revenues from the Debtors'

operations, plus the final court approval on October 27, 2005 of a $4.5 billion financing package

for the Debtors, afford the Debtors such financial ability.

25.    Third, certain of the Real Property Leases are among the Debtors' primary

assets and are vital to their reorganization efforts.  The Debtors' manufacturing sites, technical

centers, and sales offices are fundamental to its reorganization efforts.  These premises

consequently comprise an integral component of the Debtors' strategic business plans.

26.    Fourth, given the complexity of theses cases, the Debtors have not had

sufficient time to formulate a plan of reorganization.  These large, complex cases are currently

among the largest pending before any bankruptcy court in the United States.  As noted above, at

the time the Debtors filed these cases:

(a)    Forty-two affiliated entities sought chapter 11 relief.

(b)    The Debtors employ approximately 50,600 people in the U.S. at
approximately 44 manufacturing sites and 13 technical centers.
Ninety-six percent of the company's 34,750 hourly employees are
represented by approximately 49 different international and local
unions under various CBAs.  The Company's foreign entities
employ more than 134,000 people supporting 120 manufacturing
sites and 20 technical centers across nearly 40 countries
worldwide.

11

      (c)     The Debtors' global 2004 revenues were approximately $28.6 billion, and global assets as of August 31, 2005 were approximately $17.1 billion.

      (d)     The Debtors supply products to nearly every major global automotive original equipment manufacturer, including its former parent, GM, with approximately $15.4 billion in sales annually to GM alone.

27.     Additionally, as stated above, if the section 365(d)(4) period is not extended, the Debtors may be compelled to assume liabilities prematurely under the Real Property Leases or risk forfeiting benefits associated with certain Real Property Leases. To prevent this difficult choice without sufficient information, this Court should exercise its discretion to extend the section 365(d)(4) deadline to and including June 7, 2007, a date consistent with the Debtors' current projections regarding the timing of plan confirmation.

28.     Courts in this circuit and others have granted similar relief to the relief requested herein in other large, complex chapter 11 cases. See, eg., In re UAL Corp., Case No. 02-B-48191 (ERW) (Bankr. N.D. Ill. Feb. 6, 2003, July 21, 2003, Sept. 21, 2005) (extension through plan confirmation); In re WorldCom, Inc., Case No. 02-13533 (AJG) (Bankr. S.D.N.Y. Sept. 19, 2002, Sept. 24, 2003) (extended through plan confirmation); In re Enron Corp., Ch. 11 Case No. 01-16034 (AJG) (Bankr. S.D.N.Y. Jan. 31, 2002, Dec. 19, 2002) (first extension of approximately eleven months; second extension of additional year); In re Ames Dep't Stores, Inc., Case No. 01-4227 (REG) (Bankr. S.D.N.Y. Oct. 3, 2001, Dec. 5, 2001) (extended through confirmation); In re Nextwave Personal Commc'ns Inc., Case No. 98 B 21529 (ASH) (Bankr. S.D.N.Y. July 10, 1998) (extended through confirmation); In re Maidenform Worldwide, Inc., Case No. 97 B 44869 (CB) (Bankr. S.D.N.Y. Sept. 12, 1997) (extended through confirmation).

12

29.     Accordingly, this Court should extend the time within which the Debtors

may assume or reject any Real Property Lease to and including June 7, 2007, without prejudice

to the Debtors' rights to seek a further extension of such deadline.

### Notice

30.     Notice of this Motion has been provided in accordance with the Order

Under 11 U.S.C. §§ 102(1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014

Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And

Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance

With Local Bankr. R. 1007-2(e), entered by this Court on October 14, 2005 (Docket No. 245).

In light of the nature of the relief requested, the Debtors submit that no other or further notice is

necessary.

### Memorandum Of Law

31.     Because the legal points and authorities upon which this Motion relies are

incorporated herein, the Debtors respectfully request that the requirement of the service and

filing of a separate memorandum of law under Local Rule 9013-1(b) of the Local Bankruptcy

Rules for the United States Bankruptcy Court for the Southern District of New York be deemed

satisfied.

13

WHEREFORE the Debtors respectfully request that the Court enter an order (a) extending the deadline to assume or reject unexpired leases of nonresidential real property to and including June 7, 2007, without prejudice to the Debtors' right to request an additional extension of such time, and (b) granting the Debtors such other further relief as is just.

Dated: New York, New York
       November 9, 2005

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
  333 West Wacker Drive, Suite 2100
  Chicago, Illinois  60606
  (312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
  Four Times Square
  New York, New York 10036
  (212) 735-3000

  Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                    :
    In re                           :        Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :        Case No. 05-44481 (RDD)
                                    :
              Debtors.       :        (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) EXTENDING
DEADLINE TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY

("365(d)(4) DEADLINE EXTENSION MOTION")

Upon the motion, dated November 9, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §

365(d)(4) extending the deadline for the Debtors to assume or reject unexpired leases of

nonresidential real property; and upon the record of the hearing held on the Motion; and this

Court having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper

and adequate notice of the Motion has been given and that no other or further notice is necessary;

and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

        1.      The Motion is GRANTED.

2.      The date by which the Debtors must assume or reject any and all unexpired leases of nonresidential real property (the "Real Property Leases") is extended to and including June 7, 2007.

3.      The entry of this Order shall be without prejudice to (a) the Debtors' right to seek from this Court further extensions of the assumption and rejection deadline with respect to any or all of their Real Property Leases and (b) the right of any party to any Real Property Lease to seek from this Court a shortening of the deadline with respect to any or all of its Real Property Leases for cause shown.

4.      Notwithstanding anything contained in this Order, provided that the Debtors file a subsequent motion to extend the section 365(d)(4) deadline in time to be heard prior to the expiration of the applicable section 365(d)(4) deadline for a particular lease, the deadline to assume or reject such lease shall be automatically extended until the later of (a) the date set forth in any subsequent order or (b) three business days after the Court rules on such motion.

5.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

6.      The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
       November ___, 2005

_____
UNITED STATES BANKRUPTCY JUDGE

2

# **EXHIBIT I**

Delphi Automotive Systems
Notice Addresses for Leases/Subleases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| Orix Gf Warren Venture | Orix Gf Warren Venture | 100 N Riverside Plaza Ste 1400 | C o One Warren/coorx Real Estate Equities | Chicago | IL | 60606 |
| Visteon Services | | 1 Village Ctr Dr | Attn Global Real Estate Services | Belleville | MI | 48111-5711 |
| Rogue Business Centres Corp | | 100 Manhattanville Rd | Ste 412 | Purchase | NY | 10577 |
| Orix Gf Warren Venture | | 100 N Riverside Plaza | Ste 1400 | Chicago | IL | 60606 |
| Orix Gf Warren Venture | Orix Gf Warren Venture | 100 N Riverside Plaza Ste 1400 | C o Jim Purinton | Chicago | IL | 60606 |
| Asphalte and Gamarco | Cox Hedgman and Giamarco | 101 W Big Beaver Rd Ste 101 W Big Beaver Rd | | Troy | MI | 48084 |
| Norfolk Southern Corporation | Norfolk Southern Corporation | 110 Franklin Rd Se | | Roanoke | VA | 24042-0044 |
| Fortune Management | Fortune Management | 110 N Washington St | | Kokomo | IN | 46901 |
| Fortune Avenue Partners | Fortune Ave Partners | 110 N Washington St | | Kokomo | IN | 46901 |
| Limar Realty Corp | Kilroy Realty Lp | 111 Pacifica | Ste 300 | Irvine | CA | 92618 |
| Kilroy Realty Lp | Kilroy Realty Lp | 111 Pacifica Ste 300 | | Irvine | CA | 92618 |
| Green Road Associates Limited Partnership | Green Rd Associates Limited Partnership | 115 Depot St C o First Martin Corporation | | Ann Arbor | MI | 48104 |
| River Road Investments Inc | River Rd Investments Inc | 1155 Meadowbrook Ave | | Youngstown | OH | 44512 |
| Tr Butterfield Trail Corp | c o Capri Capital Advisors LLC | 1201 N Clark Ave | Ste 300 | Chicago | IL | 60610 |
| Mosser Construction Inc | | 122 S Dixie Wilson Ave | | Fremont | OH | 43420 |
| Mcdaniel and Mcdaniel | Mcdaniel and Mcdaniel | 12200 W Olympic Blvd Ste 200 | Attn Marshall L Mcdaniel | Los Angeles | CA | 90064 |
| Crown Enterprises Inc | Crown Enterprises Inc | 12225 Stephens Rd | | Warren | MI | 48089 |
| Lasalle National Bank As Trustee | C o Nicholson | 1300 West Higgins Rd | Porter and List Inc | Park Ridge | IL | 60068 |
| Transwestern Great Lakes Lp | Transwestern Great Lakes Lp | 1301 W Long Lake Rd Ste 330 | | Troy | MI | 48098 |
| Tr Butterfield Trail Corp | Holliard and Knight Llp | 131 S Dearborn 30th Fl | Attn James T Mayer | Chicago | IL | 60603 |
| Cinergy Corp | Attn Debbie Plummer | 139 E Forth St | Room 2604el | Cincinnati | OH | 45202 |
| Cinergy Corp | Cinergy Corp | 139 E Fourth St Room 2604el | Attn Debbie Plummer | Cincinnati | OH | 45202 |
| Shelby Industrial Investors | C o Kojaian Mgmt Corp | 1400 N Woodward | Ste 250 | Bloomfield Hills | MI | 48304 |
| Research Properties Llc | Research Properties Llc | 1425 Sagamore Pkwy North | | Lafayette | IN | 47904 |
| Raytheon Company | | 1550 Hughes Way Bldg A01 M s A162 PO Box 9399 | | Long Beach | CA | 90810 |
| Itw Mortgage Investments Iv Inc | C o Ge Capital Realty Group Inc | 16479 Dallas Pkwy Ste 400 | | Dallas | TX | 75248 |
| Itw Mortgage Investments Iv Inc | Itw Mortgage Investments Iv Inc | 16479 Dallas Pkwy Ste 400 | C o Ge Capital Realty Corp Inc | Dallas | TX | 75248 |
| Oil Well Llc | Moss and Odell Pc | 1675 Larimer St Ste 650 | Attn Chris Odell | Denver | CO | 80202 |
| Jcr Investments Llc | | 17401 Tiller Court | | Westfield | IN | 46074 |
| Jcr Investments Llc | Jcr Investments Llc | 17401 Tiller Ct | | Westfield | IN | 46074 |
| Gbg2 Llc | Henry Braly | 1800 Pike Rd | | Longmont | CO | 80501 |
| Oil Well Llc | | 1800 Pike Rd | | Longmont | CO | 80501 |
| Oil Well Llc | Frontier Companies Llc | 1800 Pike Rd | | Longmont | CO | 80501 |
| Oil Well Llc | Oil Well Llc | 1800 Pike St | | Longmont | CO | 80501 |
| Norfolk Southern Corporation | Norfolk Southern Corporation | 185 S Dragon Sw | | Atlanta | GA | 30303 |
| 1401 Troy Associates Limited Partnership | Douglas M Elkin | 200 Franklin Ctr 29100 Northwestern Hwy | | Southfield | MI | 48034 |
| General Motors Corporation | | 200 Renaissance Ctr | Mc 482 B38 C96 | Detroit | MI | 48265-2000 |
| General Motors Corporation | General Motors Corporation | 200 Renaissance Ctr Mc 482 B38 C96 | | Detroit | MI | 48265-2000 |
| Gar Properties Llc | Gar Properties Llc | 205 St Paul St Ste 400 | Attn Fred J Rainaldi | Rochester | NY | 14604 |
| Gar Properties Llc | | 205 St Paul St Ste 400 | Attn Sal Mangione Esq | Rochester | NY | 14604 |
| Consumers Power Company | Mangione and Rowman | 212 W Michigan Ave | | Jackson | MI | 49201 |
| Dasco Inc | Consumers Power Company | 214 Admiral Circle | | Lawrenceburg | TN | 33464 |
| Donald R and Sarah E Sweeton | Dasco Inc | 225 Airport Ave | Attn Airport Manager | Gwinn | MI | 49841 |
| County Of Marquette | Sawyer International Airport | 225 Airport Ave | | Gwinn | MI | 49841 |
| First Industrial Lp | First Industrial Realty Trust Inc | 24800 Denso Dr Ste 175 | | Southfield | MI | 48034 |
| First Industrial Lp | First Industrial Realty Trust Inc | 24800 Denso Dr Ste 175 | | Southfield | MI | 48034 |
| Mid States Industrial Complex Ltd | | 2574 E River Rd Bldg 10 Llc | | Dayton | OH | 45401-0744 |
| Avi Foodsystems Inc | | 2590 Elm St Ne | Attn John Payavias President | Warren | OH | 44483 |
| Weingarten Realty Investors | Weingarten Realty Investors | 2600 Citadel Plaza Dr Ste 300 | | Houston | TX | 77216 |
| Liberty Property Limited Partnership | Liberty Property Limited Partnership | 26911 Northwestern Hwy Ste 205 | | Southfield | MI | 48034 |
| Grand Trunk Western Railroad Inc | Grand Trunk Western Railroad Inc | 2800 Livernois | | Troy | MI | 48007-5025 |
| John E Benz | | 3017 Exchange Court | Ste A | West Palm Beach | FL | 33409 |

In re Delphi Corporation et al,
Case No. 05-44481 (RDD)

1 of 2

11/10/2005 8:48 AM

Delphi Automotive Systems
Notice Addresses for Leases/Subleases

| CREDITORNAME | CREDITORNOTICENAME | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| John E Benz | John E Benz | 3017 Exchange Ct Ste A | C o John E Benz and Co | West Palm Beach | FL | 33409 |
| General Motors Corporation | General Motors Corporation Office Of The General Counsel | 3031 W Grand Blvd PO Box 33122 | New Ctr One Building | Detroit | MI | 48226 |
| Osprey Sa Ltd | Osprey Sa Ltd | 305 E Main St | | Brighton | MI | 48116 |
| 500 Commerce Llc | C o Viking Industries Llc | 30505 Bainbridge Rd | Ste 100 | Solon | OH | 44139 |
| Aspire Building Llc | Aspire Building Llc | 31000 Northwestern Hwy | Ste 220 | Farmington Hills | MI | 48334 |
| Aspire Building Llc | Aspire Building Llc | 31000 Northwestern Hwy Ste 200 | Attn Andrew Milia | Farmington Hills | MI | 48334 |
| First Industrial Lp | First Industrial Lp | 311 S Wacker Dr | Ste 4000 | Chicago | IL | 60606 |
| First Industrial Lp | First Industrial Lp | 311 South Wacker Dr Ste 4000 | Attn Vice President Portfolio Management | Chicago | IL | 60606 |
| Sealy Rg Valley Buildings Lp | C o Sealy and Company Inc | 333 Texas St | Ste 1050 | Shreveport | LA | 71101 |
| Sealy Rg Valley Buildings Lp | Sealy Rg Valley Buildings Lp | 333 Texas St Ste 1050 C o Sealy and Company Inc | Attn Mark P Sealy | Shreveport | LA | 71101 |
| First Industrial Lp | Barack Ferrazzano Kirschbaum Perlman and Nagelberg | 333 West Wacker Dr Ste 2700 | Attn Suzanne Bessette Smith | Chicago | IL | 60606 |
| Dc North Llc | Dc North Llc | 3811 Palisades Dr | | Tuscaloosa | AL | 35405 |
| Attn John Calandro | Attn John Calandro | 39001 Sunrise Dr | | Farmington Hills | MI | 48508 |
| City Of Warren Ohio | City Of Warren Ohio | 3901 Mahoning Ave Nw C o Clerk City Engineers | | Warren | OH | 44483 |
| Miller Valentine Group | Miller Valentine Group | 4000 Miller Valentine Court PO Box 744 | | Dayton | OH | 45439-1487 |
| Economic Development Rail Ii Corp | Economic Development Rail Ii Corp | 4319 Belmont Ave | | Youngstown | OH | 44505 |
| Amherst Commerce Park | Amherst Commerce Park | 4508 Main St | | Buffalo | NY | 14226 |
| Amherst Commerce Park | Amherst Commerce Pk | 4508 Main St | | Amherst | NY | 14226 |
| Gbg2 Llp | C o Gibbons White Inc | 4730 Walnut St | Ste 206 | Boulder | CO | 80301 |
| Gbg2 Llp | C o Gibbons White Inc | 4730 Walnut St Ste 206 | C o Gibbons White Inc | Boulder | CO | 80301 |
| Enerdel | Enerdel | 500 W Cypress Creek Rd Ste 100 | Attn Kevin P Fitzgerald | Ft Lauderdale | FL | 33309 |
| Cxx Transportation | Cxx Transportation | 500 Water St J180 | | Jacksonville | FL | 32202 |
| Cit Of Tulsa Rogers County Port Authority | Cit Of Tulsa Rogers County Port Authority | 5350 Cimarron Rd | City Of Tulsa Rogers Co Port Authority | Catoosa | OK | 74015 |
| City Of Tulsa Oklahoma | City Of Tulsa Oklahoma | 5350 Cimarron Rd | Ste 900 | Catoosa | OK | 74015 |
| Cherokee North Kansas City Llc | Cherokee North Kansas City Llc | 5445 Dtc Pkwy | | Englewood | CO | 80111 |
| Cherokee North Kansas City Llc | Cherokee North Kansas City Llc | 5445 Dtc Pkwy Ste 900 | | Englewood | CO | 80111 |
| Wells Management Company | Wells Management Company | 6200 The Corners Pkwy Ste 250 | | Norcross | GA | 30092 |
| Universal Tool And Engineering Inc | Universal Tool And Engineering Inc | 7601 E 88th Pl | | Indianapolis | IN | 46256 |
| Mike Hales Real Estate Ltd | Mike Hales Real Estate Ltd | 804 S Hamilton St | | Olathe | KS | 66062 |
| Saginaw Centre Development Company Llc | | | | Saginaw | MI | 48602 |
| Germains Technology Group Custom Coating And Enhancements Inc | | 8333 Swanston Ln | | Gilroy | CA | 95020 |
| Raytheon Company | | 870 Winter St | Attn Corporate Real Estate Dept | Waltham | MA | 02451 |
| Tr Butterfield Trail Corp | Tr Butterfield Trail Corp | 875 N Michigan Ave Ste 3430 C o Capri Capital Advisors Llc | Attn Asset Manager | Chicago | IL | 60611 |
| Laurence Tippman Sr Family Limited Partnership | | 9009 Coldwater Rd | | Fort Wayne | IN | 46825 |
| Tawas Industries | | 905 Cedar St | | Tawas City | MI | 48763 |
| North Renaissance Development Llc | North Renaissance Development Llc | 909 Washington Ave PO Box 348 | | Bay City | MI | 48708 |
| Barrington Suites Inc | Barrington Suites Inc | 9841 Airport Blvd | Ste 1200 | Los Angeles | CA | 90045 |
| Jcr Investments Llc | Dann Pecar Newman Kleiman Pc | One American Square Ste 2300 PO Box 82008 | | Indianapolis | IN | 46282 |
| Nissan Technical Center North America Inc | Nissan North America | 990 West 190 St | Attn Sue Derian Assistant General Counsel | Torrance | CA | 90502 |
| County Of Marquette | County Of Marquette | Marquette County Courthouse Complex | | Marquette | MI | 49855 |
| Ford Motor Land Development Corporation | Attn Property Manager Fairlane North | One Parklane Blvd | Ste 1500 East | Dearborn | MI | 48126 |
| Regus Business Centres Corp | Regus Business Centres Corp | One Tower Ln Ste 1700 | Attn Mr John Ruddakas | Oakbrook Terrace | IL | 60181 |
| Milwaukee Investment Company | Milwaukee Investment Company | One Towne Sq Ste 1200 C o Signature Associates | Attn Property Management | Southfield | MI | 48076 |
| Ford Motor Land Development Corp | Ford Motor Land Development Corp | Ste 1500 East One Ptland Blvd | Attn Property Manager Fairlane North | Dearborn | MI | 48126 |

2 of 2

11/10/2005 6:48 AM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                          :
        In re                      :     Chapter 11
                          :
DELPHI CORPORATION, et al.,      :     Case No. 05-44481 (RDD)
                          :
             Debtors.       :     (Jointly Administered)
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER PURSUANT TO 11 U.S.C. § 365(d)(4) EXTENDING
DEADLINE TO ASSUME OR REJECT UNEXPIRED
LEASES OF NONRESIDENTIAL REAL PROPERTY

("365(d)(4) DEADLINE EXTENSION ORDER")

          Upon the motion, dated November 9, 2005 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §

365(d)(4) extending the deadline for the Debtors to assume or reject unexpired leases of

nonresidential real property; and upon the record of the hearing held on the Motion; and this

Court having determined that the relief requested in the Motion is in the best interests of the

Debtors, their estates, their creditors, and other parties-in-interest; and this Court having found

that the only objection filed against the Debtors' Motion was the Objection of ORIX Warren,

LLC to Motion for Order Under 11 U.S.C. § 365(d)(4) Extending Deadline to Assume or Reject

Leases of Nonresidential Real Property (Docket No. 1123) which objection was subsequently

resolved pursuant to the terms of this Order; and this Court having further found that no other

objections or responses have been timely or properly filed; and it appearing that proper and



0544481051130000000000003

adequate notice of the Motion has been given and that no other or further notice is necessary; and

after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.        The Motion is GRANTED.

2.        The date by which the Debtors must assume or reject any and all

unexpired leases of nonresidential real property (the "Real Property Leases"), except for the Real

Property Lease set forth in paragraph 3 below, is extended to and including June 7, 2007.

3.        The date by which the Debtors must assume or reject the lease between

Orix Warren, LLC ("Orix") and Delphi Automotive Systems, LLC of non-residential real

property located at 4551 Research Parkway, Warren, Ohio (the "Orix Lease") is hereby extended

to and including December 7, 2006 (the "Initial Extension").  The Initial Extension shall be

further extended for an additional six months to June 7, 2007, without further notice or a hearing

(the "Additional Extension"), unless Orix files and serves a notice of objection to the Additional

Extension on or prior to October 1, 2006, in which case a hearing with respect to the Orix Lease

and the granting of the Additional Extension shall be held at the next omnibus hearing to occur at

least 30 days following the October 1, 2006 deadline.  In the event of such a hearing, the Debtors

shall bear the burden of proof regarding "cause" for such extension, as such term is contemplated

under 11 U.S.C. § 365(d)(4) and the Debtors shall file their related pleading at least 10 calendar

days prior to the applicable omnibus hearing.  Notwithstanding the aforementioned, all filings,

service and deadlines related thereto shall be determined pursuant to the Order Under 11 U.S.C.

§§ 102(1) and 105 and Fed.R.Bankr.P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus

Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III)

Scheduling an Initial Case Conference in Accordance with Local Bankr.R. 1007-2(e) ("Case

Management Order") (Docket No. 245). To the extent such hearing occurs after the expiration of

the Initial Extension, the deadline to assume or reject the Orix Lease shall be automatically

extended until the later of (a) the date set forth in any subsequent order or (b) ten business days

after the Court rules on Orix's objection.

       4.     The entry of this Order shall be without prejudice to (a) the Debtors' right

to seek from this Court further extensions of the assumption and rejection deadline with respect

to any or all of their Real Property Leases and (b) the right of any party to any Real Property

Lease to seek from this Court a shortening of the deadline with respect to any or all of its Real

Property Leases for cause shown.

       5.     Notwithstanding anything contained in this Order, provided that the

Debtors file a subsequent motion to extend the section 365(d)(4) deadline in time to be heard

prior to the expiration of the applicable section 365(d)(4) deadline for a particular lease, the

deadline to assume or reject such lease shall be automatically extended until the later of (a) the

date set forth in any subsequent order or (b) three business days after the Court rules on such

motion.

       6.     This Court shall retain jurisdiction to hear and determine all matters

arising from the implementation of this Order.

       7.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Motion.

Dated: New York, New York
      November 29, 2005

               /s/Robert D. Drain             
               UNITED STATES BANKRUPTCY JUDGE

3

4

# EXHIBIT G

Delphi Corporation
Special Party - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | Party/Function |
|---|---|---|---|---|---|---|---|
| WHITEFORD, TAYLOR & PRESTON L.L.P. | Brent C. Strickland | Seven Saint Paul Street | | Baltimore | MD | 21202 | Counsel for Pepco Energy Services, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2006 11:53 AM
Notice of Presentment Service List

# EXHIBIT H

Delphi Corporation
Special Parties - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---------|---------|----------|----------|------|-------|-----|---------|
| DICONZA LAW, P.C. | Gerard DiConza, Esq. | 630 Third Avenue | 7th Floor | New York | NY | 10017 | |
| VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP | Michael S. McElwee, Esq. | 333 Bridge Street, N.W. | Ste. 1700 | Grand Rapids | MI | 49504 | |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2006 11:53 AM
Furukawa Objection Service List

# EXHIBIT I

Delphi Corporation
Special Parties - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE |
|---------|---------|----------|----------|------|-------|-----|-------|
| Cherokee North Kansas City LLC | | 5445 DTC Parkway | Suite 900 | Englewood | CO | 80111 | |
| ROSEN SLOME MARDER LLP | Thomas R. Slome and Alan E. Marder | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11553-3622 | (516) 227-1600 |
| Brownstein Hyatt & Farber, P.C. | Michael J. Pankow and Daniel J. Garfield | 410 Seventeenth Avenue | | Denver | CO | 80202-4437 | (303) 223-1106 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/6/2006 11:53 AM
Debtors Objection Service List