UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

*Debtors*

In Proceedings For A Reorganization Under
Chapter 11

Case No. 05-44481

Claim # Unknown

## NOTICE:  OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:          Just In Time Cartage Inc.
                        8816 US Highway 431
                        North Albertville, AL 35950

The transfer of your claim as shown above, in the amount of $ 281.47 has been transferred
*(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.    However, IF YOU
OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE,
YOU MUST:

FILE A WRITTEN OBJECTION TO THE TRANSFER  with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a
hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR
RECORDS AS THE CLAIMANT

-------------------------------------------------------------------------------------------------------------

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .

INTERNAL CONTROL NO. _____
Copy: (check)  Claims Agent _____   Transferee _____   Debtor's Attorney ___

Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Delphi Corporation. | ) | Case No.05-44481 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
| Debtors. | ) | NOTICE OF TRANSFER OF CLAIM |
|  | ) | OTHER THAN FOR SECURITY AND |
|  | ) | WAIVER OF NOTICE. |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **JUST IN TIME CARTAGE INC** Inc in the amount of $ 281.47 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **JUST IN TIME CARTAGE INC** is not less than $ 281.47 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
JUST IN TIME CARTAGE INC
8816 US HIGHWAY 431 NORTH  ALBERTVILLE AL 35950

Please print your name _Jerry Carr II_  Signature _Jerry Sturrett_

Title _VP Sales_  Date _2-6-06_

Address: _8816 Hwy 431 No. Albertville, AL 35950_
(city,state,zip)
Telephone _256 878 5422_ Fax _256 878 5480_ Email _JCARRII.JT@CHARTER.NET_

Federal Taxpayer ID / Social Security Number _631074177_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi auto2