**DELPHI**                                                              Paul L. Marshall

**REC'D** JUN 16 2005 RJK

June 13, 2005

Mr. Ronald J. Kisicki
Jaeckle, Fleischmann, & Mugel, LLP
190 Linden Oaks
Rochester, New York 14625-2812

Dear Ron:

Enclosed are copies of the following Records Of Invention.

<u>**ROI NO.**</u>    <u>**TITLE**</u>

DP-

DP-

Please prepare and file a United States patent application on each of these Records of Invention with the United States Patent and Trademark Office designating Paul L. Marshall as the correspondence address. All applications are to be filed by the target date of **October 13, 2005.**

Confirm that there are no bar dates on the Records of Invention.

Please prepare the text (and drawings if possible) in electronic form. The detail for your professional fees, expenses and filing fees associated with this matter should be submitted to me as part of one consolidated invoice in the month following your submission to me. Please reference our Delphi docket number in all communications with both me and the United States Patent and Trademark Office.

Legal Staff - Intellectual Property
mail address: P.O. Box 5052, M/C 480-410-202, Troy, Michigan 48007, USA
courier address: 5825 Delphi Drive, M/C 480-410-202, Troy, MI 48098 USA
direct phone: [001] 248.813.1240;    fax: [001] 248.813.1211

Page 2

The Correspondence Address for all cases filed for Paul Marshall should be as follows:

> Paul L. Marshall
> Delphi Legal Staff
> M/C: 480-410-202
> P.O. Box 5052
> Troy, Michigan 48007-5052
> Telephone: 248-813-1240
> FAX:      248-813-1222

Contact me immediately if you encounter any problems getting information from the inventors.

Sincerely,

Paul Marshall

PM:lt
Enclosures

## **EXHIBIT B**

Hourly billing rates:

Ronald J. Kisicki, Partner - $250

Susan J. Timian, Partner - $250

Dennis B. Danella, Attorney - $185

Robert D. Lott, Attorney - $200

Mauri A. Sankus, Attorney - $185

Katherine H. McGuire, Attorney - $200

Lee J. Fleckenstein, Patent Agent - $175

Robert C. Brown, Patent Agent - $175

Elizabeth A. Kinsley, Intellectual Property Paralegal - $100

Margaret I. Hults, Legal Assistant - $80