# RADER, FISHMAN & GRAUER PLLC

39533 Woodward Avenue, Suite 140

Bloomfield Hills, Michigan  48304

Telephone:  248-594-0600

Fax:  248-594-0610

Email:  info@raderfishman.com

Website:  http://www.intelprop.com

*Patent, Trademark, Copyright, Computer Law, Unfair Competition, Trial and Appellate Practice*

RALPH TERRANCE RADER, born Clarksburg, West Virginia, December 5, 1947; admitted to bar, 1975, Virginia; 1978, Michigan; U.S. Court of Appeals for Second, Fourth, Sixth, Ninth, and Federal Circuits; registered to practice before U.S. Patent and Trademark Office.  Education:  Virginia Polytechnic Institute and State University (B.S.M.E., with honors, 1970); American University (J.D., with honors, 1974).  Phi Kappa Phi; Tau Beta Pi.  Primary Examiner, U.S. Patent and Trademark Office, 1974-1977.  Listed in Best Lawyers in America; Who's Who in American Law; and Who's Who in America.  Member:  Detroit and American Bar Associations; State Bar of Michigan; Virginia State Bar; Michigan Intellectual Property Law Association (Chairman, Litigation Committee, 1988-1993); American Intellectual Property Law Association; International Trademark Association; American Trial Lawyers Association.
*Email:  rtr@raderfishman.com*

MICHAEL D. FISHMAN, born Fairbanks, Alaska, May 27, 1958; admitted to bar, 1984, Michigan; 1985, U.S. Court of Appeals for the Federal Circuit; registered to practice before U.S. Patent and Trademark Office.  Education:  Wayne State University (B.S., summa cum laude, 1981; J.D., with honors, 1984).  Member:  Editorial Board, Trademark Reporter published by United States Trademark Association, 1989-1991.  Member:  Grand Rapids, Detroit and American Bar Associations; State Bar of Michigan (Member, Intellectual Property Law Section); International Trademark Association.
*Email:  mdf@raderfishman.com*

MICHAEL B. STEWART, born Royal Oak, Michigan, November 5, 1963; admitted to bar, 1991, Michigan; U.S. Court of Appeals for the Sixth and Federal Circuits; registered to practice before U.S. Patent and Trademark Office.  Education:  University of Michigan (A.B., with distinction, 1987; B.S.M.E., magna cum laude, 1987; M.S.E., Aerospace Engineering, 1988; J.D., cum laude, 1991).  Tau Beta Pi; Golden Key.  Past Dean, Metropolitan Detroit Chapter of Delta Theta Phi Law Fraternity.  Listed in Who's Who in American Law, Who's Who in the world.  Member:  Oakland County and American Bar Associations; State Bar of Michigan (Member, Sections on:  Computer Law; Patent, Trademark and Copyright Law); American Intellectual Property Law Association; Michigan Intellectual Property Law Association; International Trademark Association.
*Email:  mbs@raderfishman.com*

**Bloomfield Hills Office - Page 2**

GLENN E. FORBIS, born Royal Oak, Michigan, February 21, 1968; admitted to bar, 1994, Michigan; registered to practice before U.S. Patent and Trademark Office.  Education:  University of Michigan (B.S.E.E., summa cum laude, 1990; M.B.A., with honors, 1994; J.D., cum laude, 1994).  Member:  State Bar of Michigan (Member, Sections on:  Intellectual Property Law; Litigation; Business Law); American Bar Association; American Intellectual Property Association; Michigan Intellectual Property Law Association.
*Email:  gef@raderfishman.com*

KRISTIN L. MURPHY, born Lawrence, Massachusetts, August 14, 1971; admitted to bar, 1997, Michigan; registered to practice before U.S. Patent and Trademark Office.  Education:  Western New England College (B.S.M.E., 1993); Franklin Pierce Law Center (J.D., L.L.M., 1997).  Issue Editor for "IDEA: The Journal of Law and Technology".  Judicial Extern to Judge Devine, U.S. District Court, New Hampshire.
*Email:  klm@raderfishman.com*

**RADER, FISHMAN & GRAUER PLLC**

1233 20th Street, Suite 501

Washington, D.C.  20036

Telephone:  202-955-3750

Fax:  202-955-3751

Email:  info@raderfishman.com

Website:  http://www.intelprop.com

*Patent, Trademark, Copyright, Computer Law, Unfair Competition, Trial and Appellate Practice*

RONALD P. KANANEN, born Conneaut, Ohio, October 29, 1937; admitted to bar, 1964, Ohio; 1970, District of Columbia; U.S. Court of Appeals for Federal Circuit; registered to practice before U.S. Patent and Trademark Office.  Education:  Case Western Reserve University (B.S.E.E., 1959); Case Western Reserve University (J.D., 1964).  Delta Theta Phi.  Member:  Western Reserve University Law Review, 1962-1963.  Author:  "Comments and Observations on Res Judicata and Patent Law", 18 Western Reserve University Law Review 103, 1966.  Co-Author, with D.R. Dunner: "Nonobviousness and the Court of Customs and Patent Appeals - Twenty-Five Years in Review", Reprinted in "Nonobviousness-The Ultimate Condition of Patentability",  BNA, 1978.  Law Clerk to Arthur M. Smith, Associate Judge, U.S. Court of Customs and Patent Appeals, 1967-1968.  Member:  The District of Columbia Bar (Member, Patent Trademark & Copyright Section; Steering Committee, 1985, Chairman, 1986); The Bar Association of the District of Columbia (Chairman, PTC Section, 1988-1989); Federal Circuit Bar Association; American Intellectual Property Law Association.

*Email:  rpk@raderfishman.com*

YOICHIRO YAMAGUCHI, born Tokyo, Japan, October 15, 1949, admitted to bar, 1994, New York; 2000, District of Columbia; U.S. Court of Appeals for the Federal Circuit, 1994; admitted to practice before the Japanese Patent Office.  Education: Waseda University (LL.B., 1974); George Washington University (LL.M., 1992).  Patent Examiner of the Japanese Patent Office, 1974-1988, Appeal Examiner, Board of Appeals of the Japanese Patent Office, 1988.  Co-Author: "Official Commentary of Industrial Property Laws" 1986 (in Japanese), "Discovery and Strategy," 1994 (in Japanese).  Author:  "US Intellectual Property Court Document Retrieval Manual," 1993 (in Japanese), "Crisis to Japanese Patent Attorney System Caused by US Attorney-Client Privilege / Proposal of Changes to the Patent Attorney Law," 1994 (in Japanese).  Over 30 articles concerning U.S. intellectual property laws for publications including monthly journal of Japanese Group of AIPPI.  Lecturer of George Washington University, National Law Center, concerning comparative patent laws 1994-.  Member: American Bar Association; American Intellectual Property Law Association; New York Bar Association.

*Email:  yy@raderfishman.com*

**Washington D. C. Office - Page 2**

DAVID T. NIKAIDO, born Santa Monica, California, December 20, 1934; admitted to bar, 1963, Colorado; 1965, Michigan; 1968, Missouri; 1974, District of Columbia; registered to practice before U.S. Patent and Trademark Office. Education: University of Colorado (B.A., Chem., 1957); University of Denver (J.D., 1963). Phi Alpha Delta (President, 1962-1963). Symposium Editor, University of Denver Law Review, 1962-1963. Author: "Essentials for the Drafting of U.S. Patent Specifications and Claims," Published by the Japanese Group of AIPPI, Tokyo, Japan, 1975, 1980, 1986. Member: The District of Columbia Bar; Colorado and American (Member: Section on Patent, Trademark and Copyright Law) Bar Associations; American Intellectual Property Law Association; International Patent and Trademark Association (AIPPI). Languages: Japanese. Practice Areas: U.S./Japan Negotiations; Patent Licensing. Miscellaneous: Former Chairman of the Japan Committee of the Licensing Executive Society; emphasis on representation of U.S. and Japanese clients on patent law and negotiations of technology transfer, licensing, joint venture and related business agreements; speaks fluent Japanese; lectures in Japan on patent related matters and Japan-US cultural matters; founding partner of the former patent law firm of Nikaido, Marmelstein, Murray & Oram LLP.
*Email: dtn@raderfishman.com*

LEE CHENG, born Tainan, Taiwan, September 3, 1966; admitted to bar, 1996, Maryland; 1997, District of Columbia; 1997, Court of Appeals for the Federal Circuit; registered to practice before U.S. Patent and Trademark Office. Education: University of Michigan (B.S., 1995); Franklin Pierce Law Center (Master of Intellectual Property, 1994); Syracuse University (J.D., 1995); Johns Hopkins University (M.S., 1997). Member: District of Columbia Bar, American Bar Association, American Intellectual Property Law Association; Licensing Executive Society, Chinese Biopharmaceutical Association, Association of University Technology Managers; Languages: Mandarin Chinese
*Email: lc@raderfishman.com*

BRIAN K. DUTTON, born Philadelphia, Pennsylvania, July 21, 1958; admitted to bar, 2000, Kansas; U.S. Court of Appeals for Federal Circuit; 2001, District of Columbia; registered to practice before U.S. Patent and Trademark Office. Education: Drexel University (B.S.E.E., 1981); The George Washington University (J.D. 1995). Patent Examiner of the United States Patent And Trademark Office, 1993-2000 (Office of Petitions, 1998). Member: The District of Columbia Bar; Kansas Bar; American Bar Association; American Intellectual Property Law Association.
*Email: bkd@raderfishman.com*

TOSHIKATSU IMAIZUMI, born Tokyo, Japan, May 31, 1962; admitted to bar, 2003, District of Columbia. Education: Chuo University, Japan (B.S.E.E., 1985); Franklin Pierce Law Center (J.D., 2001). Member: District of Columbia Bar, American Bar Association, American Intellectual Property Law Association; Languages: Japanese
*Email: ti@raderfishman.com*

**Washington D. C. Office - Page 3**

CARL SCHAUKOWITCH, born in Pittsburgh, PA 1951; admitted to Colorado Bar 1980 and the District of Columbia Bar 1996; registered to practice before the United States Patent and Trademark Office in 1979; graduated from The Pennsylvania State University in 1973 with a Bachelor of Science degree from the College of Mechanical Engineering; graduated with a Juris Doctor degree from the University of Denver College of Law in 1980; earned a Certificate in Finance from the University of Denver Graduate School of Business in 1984. He has worked a patent attorney in Denver, Colorado, for a small private patent law practice. After relocating to Washington D.C. in 1994, he has worked as a patent attorney for prominent patent and general practice law firms. He has extensive patent prosecution and patent drafting experience in a variety of the arts including mechanical, electromechanical, semiconductor, laser, computer and chemical arts. Member: State Bar of Colorado, District of Columbia Bar and American Intellectual Property Law Association.

*Email: cs@raderfishman.com*

SHAWN B. CAGE, born Heidelberg, Germany, May 27, 1972; admitted to bar 2005, Maryland; registered to practice before U.S. Patent and Trademark Office. Education: Southern University and A&M College (B.S.E.E., cum laude, 1996), NASA Scholar (1995-96), Chancellor's Scholar (1995-96); Georgetown University Law Center (J.D., 2004). Member: American Intellectual Property Law Association, American Bar Association.

*Email: sbc@raderfishman.com*

TYLER OVERALL, born Caldwell, Idaho, January 20, 1979. Education: Brigham Young University (B.S. Electrical Engineering, 2002); George Mason University School of Law (J.D. expected 2007).

*Email: to@raderfishman.com*

OF COUNSEL:

PAUL W. FISH, born Ligonier, Pennsylvania, April 12, 1933; admitted to bar, 1965, District of Columbia; 1966, New York; 1967, Michigan; 1976, Wisconsin; 1983, Illinois; 1993, Pennsylvania; registered to practice before the U.S. Patent and Trademark Office. Education: Catholic University of America (B.E.E., 1959; M.E.E., 1961); George Washington University (J.D., 1965). Assistant Corporate Secretary and Director of Patents, Burroughs Corporation, 1969-1976; Vice President, General Counsel and Corporate Secretary, Jos. Schlitz Brewing Co., 1976-1982; Senior Vice President/Legal, Comdisco, Inc., 1982-1990; Adjunct Professor, CUA Columbus School of Law 1997-present. Biographee, Who's Who in America and Who's Who in American Law. Member: Board of Regents of The Catholic University of America; Board of Visitors of Columbus School of Law; Advisory Council of the United States Court of Federal Claims; American Intellectual Property Law Association (Alternate Dispute Resolution Committee).

*Email: pwf@raderfishman.com*

**Washington D. C. Office - Page 4**

CHARLES W. BRADLEY, born Nutley, New Jersey; admitted to bar, 1957, New Jersey; 1958, Illinois; 1971, U.S. Supreme Court; 1972, New York.  Education: Lehigh University (B.S., 1951); Newark College of Engineering (M.S. in E.E., 1954); Rutgers University (J.D., with honors, 1957).  Eta Kappa Nu; Pi Mu Epsilon, Tau Beta Pi, Phi Delta Phi.  Member, Rutgers Law Review, 1956-1957.  Member: The Association of the Bar of the City of New York; American Bar Association; American Intellectual Property Law Association; New York Intellectual Property Law Association.  Practice Areas: Patent, Trademark, Copyright, Unfair Competition.

*Email:  cb@raderfishman.com*

# RADER, FISHMAN & GRAUER PLLC

River Park Corporate Center One

10653 S. River Front Parkway, Suite 150

South Jordan, Utah 84095

Telephone: 801-572-0185

Fax: 801-572-7666

Email: info@raderfishman.com

Website: http://www.intelprop.com


STEVEN L. NICHOLS, admitted to bar, 1998, Virginia; 1999, District of Columbia; 2000, Utah; 1998, U.S. Court of Appeals for the Federal Circuit; registered to practice before U.S. Patent and Trademark Office, 1996. Education: Brigham Young University (B.S. in Applied Physics, cum laude, 1993); George Mason University School of Law (J.D., with high honors, 1998). Sigma Pi Sigma, Phi Eta Sigma. Member: George Mason Law Review. Author: "Hippocrates the Patent-Holder: The Unenforceability of Medical Procedure Patents", 5 George Mason Law Review 227, 1997. Patent Examiner, U.S. Patent and Trademark Office, 1994-1996. Adjunct Professor of "eCommerce and Internet Law", Brigham Young University, J. Reuben Clark Law School, January 2001-.
*Email: sln@raderfishman.com*

KULANIAKEA FISHER, born Monticello, Utah; admitted to bar, 2003, Oregon; 2004, Utah; registered to practice before U.S. Patent and Trademark Office. Education: Brigham Young University (B.S.M.E.); J. Rueben Clark Law School at Brigham Young University (J.D.). Member: Oregon State Bar, Utah State Bar.
*Email: kf@raderfishman.com*

JEFFREY R. JEPPSEN, born Salt Lake City, Utah, April 3, 1974; admitted to bar, 2003, Utah; registered to practice before U.S. Patent and Trademark Office. Education: University of Utah (B.S. Comp. Eng., 1999); Brigham Young University (J.D., cum laude, 2003). Languages: Tagalog
*Email: jrj@raderfishman.com*

BRYAN G. PRATT, born Ontario, Oregon; admitted to bar, 2003, Utah; registered to practice before U.S. Patent and Trademark Office. Education: Brigham Young University (B.S.M.E.); J. Rueben Clark Law School at Brigham Young University (J.D.)
*Email: bgp@raderfishman.com*

TRAVIS K. LAIRD, born Phoenix, Arizona; admitted to bar 2005, Utah; registered to practice before the U.S. Patent and Trademark Office. Education: Brigham Young University (B.S. Electrical Engineering, 2002), Tau Beta Pi; J. Reuben Clark School of Law, Brigham Young Univesity (J.D., 2005). Member: Utah State Bar. Languages: Spanish.
*Email: tkl@raderfishman.com*