UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                        :

| | |
|---|---|
| In re | :    Chapter 11 |
| | : |
| DELPHI CORPORATION, et al., | :    Case No. 05-44481 (RDD) |
| | : |
| Debtors. | :    (Jointly Administered) |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF THEODORE D. LIENESCH IN SUPPORT OF APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(e) AND 1107(b) AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT AND RETENTION OF THOMPSON HINE LLP AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS

STATE OF OHIO

COUNTY OF MONTGOMERY

THEODORE D. LIENESCH, being duly sworn, deposes and states as follows:

1.    I am an attorney admitted to practice before the Supreme Court of Ohio and the United States Patent and Trademark Office.  I am a partner in the firm of Thompson Hine LLP ("Thompson Hine"), proposed intellectual property counsel for Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors").

2.    I submit this affidavit (the "Affidavit")[1] in support of the Application For Order Under 11 U.S.C. §§ 327(e) And 1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of Thompson Hine As Intellectual Property Counsel To Debtors (the "Application") nunc pro tunc to October 8, 2005, filed concurrently herewith.

3.    The address and telephone number of Thompson Hine are as follows:

---

[1]    Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

2000 Courthouse Plaza NE

P.O. Box 8801

Dayton, OH 45401-8801

Telephone:  937-443-6600

Facsimile:  937-443-6637

4.    Thompson Hine is well qualified to assist the Debtors in the manner described in the Application.  Attached hereto in <u>Exhibit A</u> are copies of the professional biographies of the Thompson Hine attorneys who will have primary responsibility for providing intellectual property legal services to the Debtors.

5.    Thompson Hine patent attorneys have handled intellectual property matters of the type set forth herein for the Debtors more or less continuously since 1998 and as a result of this extensive experience with Debtors' products, technology, marketing activities, and personnel have accumulated a thorough knowledge and familiarity with the Debtors' business. Thompson Hine possesses technical expertise in the automotive, mechanical, electrical, chemical, computer (including software), and other fields.  Consequently, Thompson Hine can handle any and all intellectual property matters for the Debtors quickly, competently, and efficiently.  Moreover, many Thompson Hine patent attorneys work in close proximity to one of the Debtors' major engineering centers in Dayton, Ohio.  This proximity allows Thompson Hine's patent attorneys to meet with many of the Debtors' technical and research personnel on short notice, and has consequently fostered a good working relationships with the Debtors' technical and research personnel.

6.    Based on the services that Thompson Hine has previously provided to the Debtors, Thompson Hine has advised the Debtors regarding intellectual property matters.

Thompson Hine is thoroughly familiar with the Debtors' corporate structure, the nature of their

financial status, and certain legal matters relating to the Debtors.

   7.  Generally, in connection with the Debtors' cases, Thompson Hine will

continue to provide to the Debtors with the following types of professional services:

  (a)  Patent Prosecution:  review of invention disclosures, preparation of

    patentability opinions, and preparation as well as filing of patent

    applications with the U. S. Patent and Trademark Office focusing on,

    among others, the following areas of technical expertise: automotive

    braking suspension systems and wheel bearings components and

    equipment;

  (b)  Patent Prosecution:  review of correspondence from the U. S. Patent and

    Trademark Office and preparation of amendments to patent applications in

    order to secure grant of the patent(s) related to, among others, the above-

    listed areas of technical expertise;

  (c)  Non-infringement and clearance opinions:  review of potential products

    and inventions, conduct searches for relevant patents and publications,

    review and analyze uncovered patents and publications, and preparation of

    opinions related to, among others, the above-listed areas of technical

    expertise; and

  (d)  Miscellaneous intellectual property advice and counsel related to

    copyrights, trademarks and know-how and contractual matters involving

    intellectual property.

8.      In light of certain existing client representations on unrelated matters, the engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden") as the Debtors' bankruptcy counsel, the engagement of Shearman & Sterling LLP ("Shearman") as the Debtors' special counsel, the engagement of Togut, Segal & Segal LLP ("Togut") as the Debtors' conflicts counsel, and the engagement of any other counsel retained for the Debtors, Thompson Hine will not be responsible for or undertake any representation with respect to (a) advising the Debtors concerning specific contracts and claims of certain of Thompson Hine's existing clients and (b) reviewing, interpreting, or commenting on the specific contracts and claims of certain of Thompson Hine's existing clients.  These existing client relationships, and the scope of the carve-out from Thompson Hine's retention, are discussed more fully below.

9.      It is Thompson Hine's understanding that the Debtors may request that Thompson Hine undertake specific matters beyond the limited scope of the responsibilities set forth above.  Should Thompson Hine agree in its discretion to undertake any such matter, it is Thompson Hine's understanding that the Debtors will seek further order of this Court.

10.     Thompson Hine is making efforts, together with the Debtors' other counsel to ensure that there is no duplication of effort or work between such firms and Thompson Hine. It is Thompson Hine's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel.  Thompson Hine believes that its lawyers, and the other lawyers retained in these cases, have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

11.     Thompson Hine has received $133,316.21 from Debtors in the 90 days prior to Debtor's filing of its petition, and no retainer.  There are no arrangements between

4

Thompson Hine and any other entity to have compensation received or to be received in

connection with these chapter 11 cases.

12.    Thompson Hine has agreed to accept as compensation for the services

rendered in connection with its representation of the Debtors approximately $4,500.00 for

preparing a United States utility patent application (plus expenses, including when necessary

drawing expenses), approximately $1800.00 for preparing a response to an office action from the

United States Patent and Trade Office (plus expenses), although permission from the assigning

attorney of Debtors may be obtained in advance to exceed these amounts; other matters to be

billed at Thompson Hine's preferred billing rates, with estimates to be provided in advance and

upon request.

13.    Thompson Hine acknowledges that all amounts paid to Thompson Hine

during these chapter 11 cases are subject to final allowance by this Court.  In the event that any

fees or expenses paid to Thompson Hine during these cases are disallowed by this Court, the fees

and expenses will be disgorged by Thompson Hine and returned to the Debtors or as otherwise

ordered by this Court.

14.    Thompson Hine categorizes its billings by subject matter, in compliance

with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee

Guidelines").  Thompson Hine acknowledges its compensation in the Debtors' cases is subject to

approval of this Court in accordance with section 330 of the Bankruptcy Code, Bankruptcy Rule

2016, and the U.S. Trustee Guidelines.

15.    Thompson Hine has conducted a check for conflicts of interest and other

conflicts and connections with respect to the Debtors' bankruptcy cases.  Thompson Hine

maintains a database containing the names of current, former, and potential clients and other

5

principal parties related to such clients.  I caused Thompson Hine to review and analyze the

conflict database to determine whether Thompson Hine has any connection with the principal

parties-in-interest in these chapter 11 cases, using information provided to Thompson Hine by

the Debtors and Skadden and information contained in the database, including (a) the names of

the Debtors' prepetition lenders, (b) the names of significant creditors of the Debtors, and (c) the

names of firms that the Debtors intend to or may employ during their chapter 11 cases.

16.     Based upon this research, I have determined that Thompson Hine has in

the past represented, currently represents, and will likely in the future represent certain of the

Debtors' creditors and other parties-in-interest in matters unrelated to the matters on which

Thompson Hine is to be employed by the Debtors in these chapter 11 cases.  I do not believe that

the foregoing raises any actual or potential conflicts of interest of Thompson Hine relating to the

representation of the Debtors in these chapter 11 cases, but such relationships are disclosed out

of an abundance of caution.

17.     It is my intention that if Thompson Hine becomes aware of any other

connections of which it presently is unaware, Thompson Hine will bring them to the attention of

this Court and the U.S. Trustee.


February 6, 2006
Dayton, OH


By:   _/s/ Theodore D. Lienesch_____
        Theodore D. Lienesch


Sworn to before me
this 6th day of February, 2006

 _/s Marriet L. Burdick
Notary Public

# EXHIBIT A

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.



# Ted D. Lienesch
**Partner**

**Intellectual Property**
**eBusiness & Emerging Technologies**
**Life Sciences**

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
Email: Ted.Lienesch@ThompsonHine.com
Phone: 937.443.6958 / Fax: 937.443.6635

**Professional Experience**

Ted is a registered patent attorney and a partner in the firm's Intellectual Property practice group. He specializes in domestic and foreign patent and trademark prosecution; copyright prosecution; intellectual property licensing, including technology transfers, joint venture agreements and trade secret licensing; patent and trademark validity and right-to-use studies; and copyright, trademark and patent infringement litigation. Ted is admitted to practice in Ohio and Pennsylvania and before the United States Patent and Trademark Office.

*Technical Experience*
Automotive (engines and power transmission), material handling equipment (including lift trucks and controls systems), electro-mechanical systems, safety clothing construction, plastic injection molding machinery, surgical instruments, data communication systems, inkjet printing systems and electronic commerce.

**Education**

- University of Cincinnati College of Law; J.D.; 1976; Law Review Editorial Board
- University of Michigan; B.S.E.; 1973; *cum laude*;mechanical engineering, with emphasis on mechanical design, fluid mechanics, thermodynamics, hydraulics and automatic control systems

**Professional Associations**

- International Trademark Association · Firm Designee
- Dayton Intellectual Property Law Association
- Dayton Bar Association · Unauthorized Practice of Law Committee, Chairman, 1993-1994

**Publications**

- "Patentee's Threat to Discontinue Purchases Constitutes Unlawful Attempt to Monopolize," · *Patent Law Review* · 1975
- Contributor, "Doing Business in and With the United States" · 1999
- Contributor, "Couse's Ohio Form Book," Vol. 1 (6th Ed.)
- Executive Editor, *INTA Bulletin* of the International Trademark Association - 2002 - 03

**Presentations**

- "Survey of International Software Protection"; Cincinnati Bar Association

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

- "Protecting Intellectual Property Internationally"; Cincinnati Bar Association
- "Best Practices in Patent Prosecution for 2005"; Thompson Hine LLP
- "Creative Strategies for Building, Maintaining and Protecting Your Trademark Assets"; Thompson Hine LLP
- "How to Avoid Unwittingly Becoming One's Own Lexicographer - *Phillips* and Its Progeny"; Dayton Intellectual Property Law Association

**Awards and Honors**

- *Who's Who Legal USA - Trademarks 2006*
- *Best Lawyers in America 2006*

# THOMPSON HINE



# Megan Dowd Dortenzo
**Partner**

## Intellectual Property

3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Email: Megan.Dortenzo@ThompsonHine.com
Phone: 216.566.5636 / Fax: 216.566.5800

**Professional
Experience**

Megan is a registered patent attorney and a partner in the firm's Intellectual Property practice group. She focuses her practice on a full range of intellectual property matters involving patent, trademark, copyright, trade secret and unfair competition law. Megan regularly counsels clients on intellectual property matters, preparation and prosecution of domestic and international patent applications and domestic trademark applications, patent and trademark validity and infringement opinions, registration of copyright material, license and non-disclosure agreements, and assisting in related federal litigation. She also has long and deep experience in e-commerce issues.

Prior to joining Thompson Hine, Megan was a partner at Steptoe & Johnson, PLLC in Clarksburg, West Virginia. She served as an adjunct professor for patent law at West Virginia University, School of Law.

Megan is admitted to practice in Ohio, West Virginia and Maryland.

**Technical Experience**
Design, development and implementation of computer software systems; biometric identification systems; computer control systems; operating systems; electro-mechanical systems; printer technologies; PCMCIA card technology; micro-electromechanical systems; e-commerce systems; business methods; aviation control systems; mechanical products including medical devices, valves, couplers, sports equipment and packaging.

**Representative
Matters**

- Representation of manufacturers and universities in utility patent as well as design patent infringement matters.
- Representation of businesses and universities in trademark infringement matters.
- Representation of clients in copyright infringement matters, such as disputes involving the Architectural Act, advertisement issues, and commercial use of photographs.
- Representation of businesses in misappropriation of trade secrets disputes.
- Represented numerous clients before the United States Patent and Trademark Office.
- Represented clients in developing protection strategies for proprietary

THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

05-44481-rdd    Doc 2130-1    Filed 02/07/06    Entered 02/07/06 11:40:52    Affidavit
Of Theodore D. Lienesch    Pg 11 of 20

intellectual property assets, licensing and assignment of intellectual property, and reviewing and analyzing intellectual property portfolios.

- Advised clients on the benefits and risk of using open source software in the development of proprietary systems.

**Education**
- University of Maryland School of Law; J.D.; 1995
- The Johns Hopkins University; M.S.; 1989
- College of William and Mary; B.S.; 1985

**Professional Associations**
- American Bar Association, Intellectual Property Section
- Member of the Ohio, Maryland and West Virginia State Bars

**Publications**
- "Ada PC Environments Offer a Change from Mainframes" · Government Computer News · November 13, 1989
- "Ada Forces and Entry" · PC Tech Journal for U.K. Integrators and Developers · June 1989
- "Ada Out of Uniform" · PC Tech Journal · April 1989

**Presentations**
- "Protecting Your Intellectual Property – Open Source Software: An Open Door to the Public?"; Spotlight On Women Seminar; April 19, 2005
- Numerous presentations to professional associations, West Virginia state agencies, and clients on the basics of intellectual property law.
- Numerous presentations on specific tenants of intellectual property law, including, fair use under the Copyright Act, inventorship and ownership issues of a patent, and open source software and licensing.
- Participation on an intellectual property panel at West Virginia University, discussing the various issues for protecting proprietary assets.

**Awards and Honors**
- Selected into the 2003-04, 2004-05 and 2005-06 editions of *Best Lawyers in America*, Intellectual Property Law
- WVU School of Law, Women's Law Caucus, 2002 Distinguished Woman in the Law Award in the Private Sector
- Associate Editor, *The Business Lawyer* – an ABA sponsored journal, 1994
- University of Maryland Law School, Law & Entrepreneurship Fellow (Intellectual Property), 1994
- LORAL Star Award, 1991
- Computer Sciences Corporation Group Achievement Award, 1991
- NASA Group Achievement Award, 1989
- Westinghouse Creativity Award, 1989
- Letter of Commendation for technical assistance, 1988
- Computer Sciences Corporation Ada Productivity Award, 1986

# THOMPSON HINE



# Steven J. Elleman
**Partner**

**Intellectual Property**
**eBusiness & Emerging Technologies**

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
Email: Steve.Elleman@ThompsonHine.com
Phone: 937.443.6838 / Fax: 937.443.6635

**Professional Experience**

Steve is a partner in the firm's Intellectual Property Practice Group. He is a registered patent attorney and specializes in all aspects of intellectual property law, including domestic and foreign patent and trademark prosecution; patent and trademark validity and right-to-use studies; copyright registration and litigation; intellectual property licensing including joint venture and trade secret agreements; and domain name and cybersquatting issues.

Prior to joining the firm, Steve was an associate with Calfee, Halter & Griswold LLP in Cleveland, Ohio, and was previously a judicial extern to the Honorable Paul E. Pfeifer of the Ohio Supreme Court.

**Technical Experience**
Automotive components, valves and fittings, micro-electromechanical systems, food processing equipment, golf equipment, business methods, fluid sensors, medical devices, pharmaceutical packaging, printer technologies, firefighting apparel, school and office products, packaging designs, papermaking techniques, materials processing, transportation technology, pumping equipment and electric motor manufacturing.

**Education**

- The Ohio State University Moritz College of Law; J.D.; 1996; with honors
- The Ohio State University; B.S.; 1993; Aeronautical and Astronautical Engineering, *cum laude*;Tau Beta Pi

**Professional Associations**

- American Intellectual Property Law Association
- Dayton Intellectual Property Law Association
- American Bar Association - Intellectual Property Section

**Publications**

"Problem in Patent Litigation: Mandatory Mediation May Provide Settlements and Solutions" - *Ohio State Journal on Dispute Resolution* - 1996

**Presentations**

- "Basics of Intellectual Property"; Dayton Entrepreneur Development Network; 2005
- "Infectious Estoppel - *Glaxo Wellcome, Inc. v. Impax*"; Best Practices in Patent Prosecution for 2005 (CLE accredited seminar); 2004



# THOMPSON HINE

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

## Christopher W. Elswick
**Associate**

**Intellectual Property**

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089
Email: Christopher.Elswick@ThompsonHine.com
Phone: 513.352.6503 / Fax: 513.241.4771

**Professional Experience**

Chris is an associate in the firm's Intellectual Property practice group. He focuses his practice on the protection, assessment and enforcement of intellectual property rights, with an emphasis on patent prosecution in the area of mechanical engineering. Chris has experience in a number of technologies, including medical devices, sports equipment, apparel, electric motors, touch fasteners, automated teller machines and manufacturing processes and apparatus. He also handles patent infringement analyses, clearance studies, patent portfolio assessments and all phases of prosecuting patent applications, both in the United States and abroad.

Before joining Thompson Hine, Chris was an associate at the Boston office of Fish & Richardson P.C.

Chris is registered to practice before the U.S. Patent and Trademark Office. He is also admitted to practice in Ohio and Massachusetts.

**Education**

- The Ohio State University Moritz College of Law; J.D.; 2002; *with honors*
- University of Kentucky; B.S.M.E.; 1998; *magna cum laude*; Tau Beta Pi

**Professional Associations**

- American Intellectual Property Law Association
- Cincinnati Bar Association

**Presentations**

- "Use of Means-Plus-Function Claims as a Claim Drafting Strategy"; 2006 Best Practices: Claim Construction and the Doctrine of Equivalents; 2005
- "University Licensing Panel Discussion"; Student Association of Graduate Engineers, Boston University, Boston; November 2003

# THOMPSON HINE



# Douglas E. Erickson
**Senior Attorney**

**Intellectual Property**

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
Email: Douglas.Erickson@ThompsonHine.com
Phone: 937.443.6814 / Fax: 937.443.6635

**Professional Experience**

Doug is a senior attorney in the firm's Intellectual Property Practice Group. He focuses his practice on all aspects of intellectual property law including patent and trademark prosecution, intellectual property licensing, infringement matters, and patentability opinions. Doug is admitted to practice in Ohio, Oregon and before the United States Patent and Trademark Office.

**Technical Experience**
His experience with patent matters has included those related to MRI superconducting magnets; x-ray tubes; noise control; power turbine seals; manufacturing processes; aircraft gas turbine engines; scramjet engines; robots; nuclear reactor fuel assemblies; machinery for manufacturing, loading, and inspecting nuclear fuel rods; electric power transmission and solar energy.

Doug's experience with engineering matters has included those related to missile flight test analysis; missile guidance computer hardware and software evaluation; inertial navigation and guidance systems; optimal control theory; error analysis; and computer programming in five programming languages.

**Education**

- University of Oregon Law School; J.D.; 1974
- Massachusetts Institute of Technology; M.S.; 1966; Aeronautical and Astronautical Engineering;Tau Beta Pi; Sigma Gamma Tau
- Massachusetts Institute of Technology; B.S.; 1965; Aeronautical and Astronautical Engineering;Tau Beta Pi; Sigma Gamma Tau

**Professional Associations**

- Ohio State Bar Association
- Oregon State Bar Association
- Institute of Electrical & Electronics Engineers, 1968-present

# THOMPSON HINE



# Kenneth Lilly
**Patent Agent**

**Intellectual Property**

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
Email: Kenneth.Lilly@ThompsonHine.com
Phone: 937.443.6864 / Fax: 937.443.6635

**Professional Experience**

Prior to joining the firm, Ken held various positions in engineering and technology with General Electric, Exxon Mobil, Atlantic Richfield, and most recently Clopay Plastics. Ken is the inventor on several U.S. Patents, and will provide support to attorneys at Thompson Hine on the preparation and prosecution of patent applications.

Ken is admitted to practice before the U.S. Patent and Trademark Office and is a registered Professional Engineer.

**Education**

- Master of Science, Chemical Engineering, Virginia Tech, 1984
- Bachelor of Science, Chemical Engineering, Virginia Tech, 1982

393368 1

THOMPSON
HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.



# Michael J. Nieberding
**Partner**

**Intellectual Property
eBusiness & Emerging Technologies**

312 Walnut Street
14th Floor
Cincinnati, Ohio 45202-4089
Email: Mike.Nieberding@ThompsonHine.com
Phone: 513.352.6719 / Fax: 513.241.4771

| | |
|---|---|
| **Professional Experience** | Mike is a partner in the firm's Intellectual Property practice group and is a registered patent attorney. He focuses his practice on all aspects of intellectual property law including patent preparation and prosecution before the United States Patent and Trademark Office; international and foreign patent prosecution; patent, trademark and copyright infringement matters; domain name disputes; patent, software and technology licensing; and web related agreements. Mike is admitted to practice in Ohio and before the United States Patent and Trademark Office. |

Mike has had the opportunity to advise a developing company in obtaining U.S. and international patent protection in an emerging technology area, and to assist that company in its technology development efforts through evaluation of its competitors' patented technologies.

*Technical Experience*
Computer software and systems relating to business processes and eCommerce, telephone systems, artificial neural networks, control systems, lasers and laser processes, analog and digital circuitry, food machines, machine tools, product merchandising equipment, extrusion heads, pneumatic systems, and gas turbine engine systems and components.

| | |
|---|---|
| **Education** | ■ University of Cincinnati College of Law; J.D.; 1994<br>■ University of Dayton; B.S.E.E.; 1990; *cum laude* |
| **Professional Associations** | ■ American Intellectual Property Law Association<br>■ Cincinnati Intellectual Property Law Association<br>■ Cincinnati Bar Association |
| **Community Activities** | ■ *mscenter* - Board of Directors |
| **Presentations** | ■ "Festo-Estoppel by Amendment"; Best Patent Prosecution Practices for |

THOMPSON
HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

2005 Seminar sponsored by Thompson Hine LLP; Cincinnati, Ohio; December 2004

- "Patent Prosecution in View of *Festo*"; The Eleventh All-Ohio Annual Institute on Intellectual Property; October 2001
- "Preparing and Prosecuting Patent Applications for Computer-Related Inventions"; 1998

**Awards and Honors**

- Named an *Ohio Rising Star* by *Ohio Super Lawyers* for 2005

**THOMPSON**
**HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.



# Troy S. Prince
**Associate**

**Intellectual Property**

3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Email: Troy.Prince@ThompsonHine.com
Phone: 216.566.5579 / Fax: 216.566.5800

**Professional Experience**

Troy is a registered patent attorney and associate in the Intellectual Property practice group. He focuses his practice on all aspects of intellectual property law, including the protection, assessment, transfer and enforcement of intellectual property rights. Troy has experience in a number of technology fields including medical devices, aerosol drug delivery systems, medical diagnostic equipment, microelectromechanical systems (MEMS) devices, signal processing, feedback control systems, distributed control systems, aerodynamics, satellite systems, metal ceramic composites, bearings, and solid oxide fuel cells.

Prior to joining Thompson Hine, Troy was Vice President of Technology for Orbital Research Inc., an award winning technology based startup company.

Troy is admitted to practice in the states of Ohio and New York and before the United States Patent and Trademark Office.

**Education**

- Cleveland-Marshall College of Law; J.D.; 2002; summa cum laude
- Case Western Reserve University; M.S.; 1998; Thesis: Feedback Control Techniques for Lower Extremity Functional Electric Stimulation
- Case Western Reserve University; B.S.; 1994; cum laude;Thesis: Feedback Control Techniques for Lower Extremity Functional Electric Stimulation

**Professional Associations**

- American Bar Association • Intellectual Property Section
- Ohio State Bar Association
- Cleveland Bar Association • Intellectual Property Section
- Association of the Bar City of New York

**Community Activities**

- OhioMEMS Association • Member Board of Advisors & Volunteer instructor teaching fundamentals of entrepreneurship and micro-electromechanical systems to high school and community college students

**Professional Activities**

- Trustee of the Cleveland Marshall Law Alumni Association • Co-Chair Membership Committee

**THOMPSON HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

| | |
|---|---|
| **Publications** | Named inventor of eleven published patents including: |

- Reconfigurable porous technology for fluid flow control and method of controlling flow – U.S. Patent #6,866,233
- Flow control device and method of controlling flow – U.S. Patent # 6,837,465
- Dry physiological recording electrode – U.S. Patent #6,785,569
- Dry penetrating recording device – U.S. Patent #6,782,283
- Refreshable Braille display system with flexible surface – U.S. Patent #6,743,021
- Ceramic composite electrolytic device – U.S. Patent #6,703,153
- Aircraft and missile forebody flow control device and method of controlling flow – U.S. Patent #6,685,143
- Method and sensor for detecting strain using shape memory alloys – U.S. Patent #6,622,558
- Refreshable Braille display system – U.S. Patent #6,354,839
- Ceramic composite electrolytic device and methods for manufacture thereof – U.S. Patent #6,132,573
- Ceramic composite electrolytic device and methods for manufacture thereof – U.S. Patent # 6,074,771

- "Novel Hierarchical Modular Control Methodology for Closed-Loop Flow-Control Applications"; M. Patel, R. Kolacinski, T. Prince, T. Ng, and J. Myatt · AIAA Journal of Aircraft, Vol. 42, No. 5, Sept. - Oct. 2005
- Numerous conference papers, technical reports and research proposals in the fields of MEMS sensors and actuators, advanced control systems, medical devices, aerodynamics, high-temperature ceramic composites, and solid oxide fuel cells

**Presentations**

- Intellectual Property - Sustaining Frontline Innovation; OhioMEMS Association 2005 Economic Summit, Cleveland, Ohio; 2005
- Flow Control Using Intelligent Control Modules for Virtual Aerodynamic Shaping; 21st AIAA Aerodynamics Conference, Orlando, Florida; 2003

THOMPSON
HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.



# Victor J. Wasylyna
**Associate**

**Intellectual Property**
**Life Sciences**

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
Email: Victor.Wasylyna@ThompsonHine.com
Phone: 937.443.6812 / Fax: 937.443.6635

**Professional Experience**

Victor is a member of the firm's Intellectual Property and Life Sciences practice groups. He focuses his practice on all aspects of intellectual property law, including the assessment, protection, procurement, transfer and enforcement of intellectual property rights in the United States and around the world. Victor is licensed to practice in the State of Ohio and before the United States Patent and Trademark Office.

*Technical Experience*
Victor has experience in a wide range of technical fields, including adhesives, braking systems, brewing and distillation, catalysis, chemical systems, chemicals, child safety devices, complex control systems, computer software and business methods, drug delivery systems, electrical circuits, electro-mechanical systems, fluid dynamics, fuel cells, materials processing, mechanical processing equipment, medical devices, office products, papermaking, pest control, pharmaceuticals, printers and printing devices, sensors, suspension systems and testing equipment.

**Education**

- Case Western Reserve University School of Law; J.D.; 2003
- The Ohio State University; B.S.; 2000; Chemical Engineering

**Professional Associations**

- American Bar Association
- American Intellectual Property Law Association
- Dayton Intellectual Property Law Association
- Ukrainian American Bar Association