Raymond J. Urbanik, Esq.
New York State Bar No. RU 1842
Joseph J. Wielebinski, Esq.
Texas Bar No. 214322400
Davor Rukavina, Esq.
Texas Bar No. 24030781
MUNSCH HARDT KOPF & HARR, P.C.
3800 Lincoln Plaza
500 North Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

ATTORNEYS FOR TEXAS
INSTRUMENTS INCORPORATED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et. al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Munsch Hardt Kopf & Harr, P.C., counsel for TEXAS INSTRUMENTS INCORPORATED, a creditor and party-in-interest in the above-styled and captioned chapter 11 case, files this its Notice of Change of Address, and respectfully requests the Court, all counsel of record and parties-in-interest to take notice of the following change of address effective immediately:

**Raymond J. Urbanik**
**Joseph J. Wielebinski**
**Davor Rukavina**
**Munsch Hardt Kopf & Harr, P.C.**
**3800 Lincoln Plaza**
**500 North Akard Street**
**Dallas, Texas  75201-6659**

All future correspondence and notices should be directed to the above-specified address. All telephone phone numbers, facsimile numbers, and e-mail addresses remain the same.

Respectfully submitted this 7th day of February, 2006.

>MUNSCH HARDT KOPF & HARR, P.C.
>3800 Lincoln Plaza
>500 North Akard Street
>Dallas, Texas 75201-6659
>Telephone: (214) 855-7500
>Facsimile: (214) 855-7584
>
>By: /s/ Raymond J. Urbanik
>Raymond J. Urbanik, Esq.
>New York State Bar No. RU 1842
>Joseph J. Wielebinski, Esq.
>Texas Bar No. 214322400
>Davor Rukavina, Esq.
>Texas Bar No. 24030781
>
>ATTORNEYS FOR TEXAS
>INSTRUMENTS INCORPORATED

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 7th day of February, 2006, he caused true and correct copies of this Notice of Change of Address to be served, by facsimile transmission, on the parties listed below.

John W. Butler, Jr., Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285
*Facsimile: (312) 407-0411*

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4802
*Facsimile: (212) 751-4864*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate,
Meagher & Flom LLP
Four Times Square
New York, New York 10036
*Facsimile: (212) 735-2000*

Alicia M. Leonhard, Esq.
Tracy Hope Davis, Esq.
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004-2111
*Facsimile: (212) 668-2255*

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
*Facsimile: (212) 848-4387*

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, Texas 76102
*Facsimile: (817) 810-5255*

Kurtzman Carson Consultants, LLC
12910 Culver Boulevard, Suite I
Los Angeles, California 90066
*Facsimile: (310) 823-9133*

By: /s/ Raymond J. Urbanik
Raymond J. Urbanik, Esq.