# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Medical Systems<br>Colorado Corporation<br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **APPLIED MOTION PRODUCTS INC**_____("Transferor")

[TRANSFEROR NAME & ADDRESS]

**404 WESTRIDGE DR.**_____

_____

_____

**WATSONVILLE, CA 95076**_____

2.   Please take notice of the transfer of $ **7,118.27**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

**Transfer $7,118.27 to:**

**Madison Niche Opportunities, LLC**_____("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Ave**_____

**Suite 120**_____

**Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

_____

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

# Madison Liquidity Investors, LLC.
### 6310 Lamar Ave, Suite 120
### Overland Park, KS 66202
### Phone: (800) 896-8913  Fax: (913) 982-5039

February 07, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Medical Systems Colorado Corporation**

Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
APPLIED MOTION PRODUCTS INC
404 WESTRIDGE DR.
WATSONVILLE, CA 95076

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102168341