UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Connection Systems <br><br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **INSULATION SUPPLY CO.**                                ("Transferor")
           [TRANSFEROR NAME & ADDRESS]
           **1901 HARPERS WAY**
           **P.O. BOX 5249**

           **TORRANCE, CA 90501**

2.   Please take notice of the transfer of $ **2,595.57**      of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

           **Transfer $2,595.57 to:**
           **Madison Niche Opportunities, LLC**                    ("Transferee")
           [TRANSFEREE NAME & ADDRESS]
           **6310 Lamar Ave**
           **Suite 120**
           **Overland Park, KS      66202**

   No action is required if you do not object to the transfer of you claim.

                                          _____
                                          Rick Newkirk
                                          Madison Liquidity Investors, LLC.
                                          (800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913  Fax: (913) 982-5039

February 07, 2006

Kathleen Farrell
New York Southern Bankruptcy Court
1 Bowling Green
Floor 6
New York, NY 10004-1415

RE: **Delphi Connection Systems**

    Buyer: Madison Niche Opportunities, LLC

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
INSULATION SUPPLY CO.
1901 HARPERS WAY
P.O. BOX 5249
TORRANCE, CA 90501

Social Sec. No./Tax ID:

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. : _____

Effective date of distribution address change to Madison Liquidity Investors, LLC. : _____

Verified by (transfer agent): _____

Transfer Agreement Number: 102168343