Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION et al., | ) | NO. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### NOTICE OF APPEARANCE

  Please take notice that, pursuant to 11 U.S.C. Section 1109(b), and Bankruptcy Rules 2002, 4001, and 9010(b), the undersigned counsel, Lynn Lincoln Sarko, Cari Campen Laufenberg, Erin M. Riley, and Gary A. Gotto enter their appearance in the above referenced case as counsel for Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and, pursuant to Fed. R. Bankr. P. 7023, a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States (the "Interested Parties").

  The undersigned counsel requests that all papers, pleadings, notices, motions, and orders required to be served in accordance with the Bankruptcy Rules, any General Order entered by the Bankruptcy Court, and Local Rule of the Bankruptcy Court, or an Order of the Bankruptcy Court, be mailed to or otherwise served upon the following individuals:

  Lynn Lincoln Sarko
  Cari Campen Laufenberg
  Erin M. Riley
  Keller Rohrback L.L.P.
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Telephone: (206) 623-1900
  Facsimile: (206) 623-3384
  E-mail: lsarko@kellerrohrback.com
     claufenberg@kellerrohrback.com
     eriley@kellerrohrback.com

  -AND-

Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
Telephone: (602) 248-0088
Facsimile: (602) 248-2822
E-mail: ggotto@kellerrohrback.com

    Please take notice that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, e-mail, or otherwise, that affects or seeks to affect in any way the rights or interests of the Interested Parties.

    Dated: February 7, 2006

/s/ Cari Campen Laufenberg
Lynn Lincoln Sarko
Cari Campen Laufenberg
Erin M. Riley
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900

/s/ Gary A. Gotto
Gary A. Gotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012
(602) 248-0088

*Attorneys for Neal Folck, Greg Bartell, Donald McEvoy, Irene Polito, and Thomas Kessler, on behalf of themselves and a class of persons similarly situated, and on behalf of the Delphi Savings-Stock Purchase Program for Salaried Employees in the United States and the Delphi Personal Savings Plan for Hourly-Rate Employees in the United States*