## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION et al., | ) | NO. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Honorable Robert D. Drain |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

State of Arizona        )
                                  :ss
County of Maricopa   )

Gary A. Gotto, being duly sworn, deposes and says:

I am not a party to the action.  I am over the age of eighteen years and reside in Phoenix,

Arizona.

On February 7, 2006, I served a copy of the Notice of Motion for Certification Under

Fed. R. Bankr. P. 7023 and to Appoint Counsel, Motion for Certification and Memorandum in

Support of ERISA Claimants' Motion for Certification Under Fed. R. Bankr. P. 7023 and to

Appoint Counsel, by causing true and correct copies of the same to be sent by overnight and

electronic mail to the persons on the attached lists as included thereon.

                     */s/ Gary A. Gotto*
                     Gary A. Gotto

Sworn to before me this 7th
day of February, 2006.

 */s/ Deborah M. Heller*
Notary Public
Deborah M. Heller
State of Arizona
Commission Expires: October 14, 2008

## Overnight Mail Service List

| | |
|---|---|
| Robert J. Stark<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY  10036 | Michelle Robson<br>Capital Research and Management Company<br>11100 Santa Monica Blvd<br>15th Floor<br>Los Angeles, CA  90025 |
| Bruce Simon<br>Cohen Weiss & Simon<br>330 W. 42nd Street<br>New York, NY  10036 | Steven J. Reisman<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY  10178-0061 |
| Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017 | Sean Corcoran, Karen Craft<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 |
| Michael Nefkens<br>Electronic Data Systems Corp.<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 | Carrie L. Schiff<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO  80503 |
| Terry Zale<br>Flextronics International<br>6328 Monarch Park Place<br>Niwot, CO  80503 | Richard Lee Chambers, III<br>Freescale Semiconductor, Inc.<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 |
| Randall S. Eisenberg<br>FTI Consulting, Inc.<br>3 Times Square<br>11th Floor<br>New York, NY  10036 | Valerie Venable<br>General Electric Company<br>9930 Kincey Avenue<br>Huntersville, NC  28078 |
| Lonie A. Hassel<br>Groom Law Group<br>1701 Pennsylvania Avenue, NW<br>Washington, DC 20006 | Stephen H. Gross<br>Hodgson Russ LLP<br>152 West 57th Street<br>35th Floor<br>New York, NY  10019 |
| Frank L. Gorman, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 | Robert B. Weiss, Esq.<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 |
| Attn: Insolvency Department, Mario Valerio<br>Internal Revenue Service<br>290 Broadway<br>5th Floor<br>New York, NY  10007 | Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI  48226 |

| | |
|---|---|
| Henry Reichard<br>IUE-CWA<br>2360 W. Dorothy Lane<br>Suite 201<br>Dayton, OH 45439 | William Q. Derrough<br>Jefferies & Company, Inc,<br>520 Madison Avenue<br>12th Floor<br>New York, NY 10022 |
| Thomas F. Maher,<br>Richard Duker,<br>Gianni Russello<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 | Vilma Francis<br>JPMorgan Chase Bank, N.A.<br>270 Park Avenue<br>New York, NY 10017 |
| Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Thomas Moers Mayer<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA 90066 | Robert J. Rosenberg<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022 |
| Patrick J. Healy<br>Law Debenture Trust of New York<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 | Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave.<br>31st Floor<br>New York, NY 10017 |
| David D. Cleary<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 | Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL 60606 |
| J. Brian McTigue<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 |
| Melissa Knolls<br>Mesirow Financial<br>321 N. Clark St.<br>13th Floor<br>Chicago, IL 60601 | Joseph T. Moldovan, Esq.<br>Morrison Cohen LLP<br>909 Third Avenue<br>New York, NY 10022 |
| Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 | Attorney General Eliot Spitzer<br>Office of New York State<br>120 Broadway<br>New York City, NY 10271 |

| | |
|---|---|
| Robert Siegel<br>O'Melveny & Meyer LLP<br>400 South Hope Street<br>Los Angeles, CA  90071 | Tom A. Jerman,<br>Rachel Janger<br>O'Melveny & Meyer LLP<br>1625 Eye Street, NW<br>Washington, DC  20006 |
| Jeffrey Cohen<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC  20005 | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K Street, N.W.<br>Suite 340<br>Washington, DC  20005-4026 |
| Sandra A. Riemer<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY  10103 | David L. Resnick<br>Rothchild Inc.<br>1251 Avenue of the Americas<br>New York, NY  10020 |
| Robert W. Dremluk<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas<br>Suite 2500<br>New York, NY  10020-1801 | Douglas Bartner,<br>Jill Frizzley<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| Kenneth S. Ziman,<br>Robert H. Trust,<br>William T. Russell, Jr.<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017 | John Wm. Butler,<br>John K. Lyons,<br>Ron E. Meisler<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr.<br>Suite 2100<br>Chicago, IL  60606 |
| Kayalyn A. Marafioti,<br>Thomas J. Matz<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>4 Times Square<br>P.O. Box 300<br>New York, NY  10036 | Daniel D. Doyle<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 |
| Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 | Chester B. Salomon,<br>Constantine D. Pourakis<br>Stevens & Lee, P.C.<br>485 Madison Avenue<br>20th Floor<br>New York, NY  10022 |
| Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY  10119 | Alicia M. Leonard<br>United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY  10004-2112 |

| | |
|---|---|
| Deirdre A. Martini<br>United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004 | Michael D. Warner<br>Warner Stevens, L.L.P.<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX 76102 |
| Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Michael P. Kessler, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Steven M. Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 |

**Email Service List**

| | | |
|---|---|---|
| David Boyle | Airgas, Inc. | david.boyle@airgas.com |
| Wallace A. Showman | Ajamie LLP | wshowman@ajamie.com |
| Thomas A. Ajamie | Ajamie LLP | tajamie@ajamie.com |
| Alan Swiech | Akebono Corporation (North America) | aswiech@akebobo-usa.com |
| Peter J. Gurfein | Akin Gump Strauss Hauer & Feld, LLP | pgurfein@akingump.com |
| Michael S. Greger | Allen Matkins Leck Gamble & Mallory LLP | mgreger@allenmatkins.com |
| Ronald L. Jones | Ambrake Corporation | rjones@ambrake.com |
| Steven R. Keyes | American Axle & Manufacturing, Inc. | steven.keyes@aam.com |
| Monica S. Blacker | Andrews Kurth LLP | mblacker@andrewskurth.com |
| Gogi Malik | Andrews Kurth LLP | gogimalik@andrewskurth.com |
| Leigh Walzer | Angelo, Gordon & Co. | lwalzer@angelogordon.com |
| Mark T. Flewelling | Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | mtf@afrct.com |
| Andy Leinhoff | APS Clearing, Inc. | aleinoff@amph.com |
| Matthew Hamilton | APS Clearing, Inc. | mhamilton@ampn.com |
| Mitchell D. Cohen | Arent Fox PLLC | Cohen.Mitchell@arentfox.com |
| Robert M. Hirsh | Arent Fox PLLC | Hirsh.Robert@arentfox.com |
| Darryl S. Laddin | Arnall Golden Gregory LLP | dladdin@agg.com |
| Heath J. Vicente | Arnall Golden Gregory LLP | heath.vicente@agg.com |
| Joel M. Gross | Arnold & Porter LLP | joel_gross@aporter.com |
| Carl Galloway | ATS Automation Tooling Systems Inc. | cgalloway@atsautomation.com |
| William J. Barrett | Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | william.barrett@bfkpn.com |
| Kimberly J. Robinson | Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | kim.robinson@bfkpn.com |
| John T. Gregg | Barnes & Thornburg LLP | john.gregg@btlaw.com |
| Michael K. McCrory Wendy D. Brewer | Barnes & Thornburg LLP | wendy.brewer@btlaw.com michael.mccrory@btlaw.com |
| Patrick E. Mears | Barnes & Thornburg LLP | pmears@btlaw.com |
| Alan K. Mills | Barnes & Thornburg LLP | alan.mills@btlaw.com |
| John P. Coffey | Bernstein Litowitz Berger & Grossman | sean@blbglaw.com |
| Hannah E. Greenwald | Bernstein Litowitz Berger & Grossman | hannah@blbglaw.com |
| Mark D. Debrowski | Bernstein Litowitz Berger & Grossman | markd@blbglaw.com |
| | | emcnerney@blbglaw.com |

| | | |
|---|---|---|
| Eileen McNerney | Bernstein Litowitz Berger & Grossman | murph@berrymoorman.com |
| James P. Murphy | Berry Moorman P.C. | klaw@bbslaw.com |
| Kenneth T. Law, Esq. | Bialson, Bergen & Schwab | lschwab@bbslaw.com |
| Lawrence M. Schwab, Esq. | Bialson, Bergen & Schwab | pcostello@bbslaw.com |
| Patrick M. Costello, Esq. | Bialson, Bergen & Schwab | tgaa@bbslaw.com |
| Thomas M. Gaa | Bialson, Bergen & Schwab | fatell@blankrome.com |
| Bonnie Glantz Fatell | Blank Rome LLP | mrichards@blankrome.com |
| Marc E. Richards | Blank Rome LLP | rcmcdowell@bodmanllp.com |
| Ralph E. McDowell | Bodman LLP | davidl@bolhouselaw.com |
| David S. Lefere | Bolhouse, Vander Hulst, Risko & Baar P.C. | sdonato@bsk.com |
| Stephen A. Donato | Bond, Schoeneck & King, PLLC | chill@bsk.com |
| Camille W. Hill | Bond, Schoeneck & King, PLLC | csullivan@bsk.com |
| Charles J. Sullivan | Bond, Schoeneck & King, PLLC | jhinshaw@boselaw.com |
| Jeannette Eisan Hinshaw | Bose McKinney & Evans LLP | rjones@bccb.com |
| Roger G. Jones | Boult, Cummings, Conners & Berry, PLC | amcmullen@bccb.com |
| Austin L. McMullen | Boult, Cummings, Conners & Berry, PLC | dludman@brownconnery.com |
| Donald K. Ludman | Brown & Connery, LLP | schristianson@buchalter.com |
| Shawn M. Christianson | Buchalter Nemer, A Profesional Corporation | mhall@burr.com |
| Michael Leo Hall | Burr & Forman LLP | sabelman@cagewilliams.com |
| Steven E. Abelman | Cage Williams & Abelman, P.C. | jonathan.greenberg@engelhard.com |
| Jonathan Greenberg | Cahill Gordon & Reindel LLP | rusadi@cahill.com |
| Robert Usadi | Cahill Gordon & Reindel LLP | driggio@candklaw.com |
| Dorothy H. Marinis-Riggio | Calinoff & Katz, LLp | rweisberg@carsonfischer.com |
| Robert A. Weisberg | Carson Fischer, P.L.C. | cahn@clm.com |
| Aaron R. Cahn | Carter Ledyard & Milburn LLP | sdrucker@clarkhill.com |
| Seth A. Drucker | Clark Hill PLC | japplebaum@clarkhill.com |
| Joel D. Applebaum | Clark Hill PLC | rgordon@clarkhill.com |
| Robert D. Gordon | Clark Hill PLLC | maofiling@cgsh.com |
| Deborah M. Buell | Cleary Gottlieb Steen & Hamilton LLP | maofiling@cgsh.com |
| James L. Bromley | Cleary, Gottlieb, Steen & Hamilton LLP | tmaxson@cohenlaw.com |
| Thomas D. Maxson | Cohen & Grigsby, P.C. | jvitale@cwsny.com |
| Joseph J. Vitale | Cohen, Weiss & Simon LLP | srosen@cb-shea.com |
| Scott D. Rosen, Esq. | Cohn Birnbaum & Shea P.C. | amalone@colwinlaw.com |
| | | Elliott@cmplaw.com |

| | | |
|---|---|---|
| Amy Wood Malone | Colbert & Winstead, P.C. | jwisler@cblh.com |
| Bruce N. Elliott | Conlin, McKenney & Philbrick, P.C. | mlee@contrariancapital.com |
| Jeffrey C. Wisler, Esq. | Connolly Bove Lodge & Hutz LLP | jstanton@contrariancapital.com |
| Mark Lee, | Contrarian Capital Management, | wraine@contrariancapital.com |
| Janice Stanton, | L.L.C. | solax@contrariancapital.com |
| Bill Raine, | | |
| Seth Lax | | Pretekin@coollaw.com |
| Ronald S. Pretekin | Coolidge, Wall, Womsley & Lombard Co. LPA | wachstein@coollaw.com |
| Steven M. Wachstein | Coolidge, Wall, Womsley & Lombard Co. LPA | derrien@coollaw.com |
| Sylvie J. Derrien | Coolidge, Wall, Womsley & Lombard Co. LPA | nlph4@cornell.edu |
| Nancy H. Pagliaro | Cornell University | rsz@curtinheefner.com |
| Robert  Szwajkos | Curtin & Heefner, LLP | dpm@curtinheefner.com |
| Daniel P. Mazo | Curtin & Heefner, LLP | athau@cm-p.com |
| Andrew M. Thau | Curtis, Mallet-Prevost, Colt & Mosle LLP | sreisman@cm-p.com |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & Mosle LLP | dkarp@cm-p.com |
| David S. Karp | Curtis, Mallet-Prevost, Colt & Mosle LLP | krk4@daimlerchrysler.com |
| Kim Kolb | DaimlerChrysler Corporation | wsavino@damonmorey.com |
| William F. Savino | Damon & Morey LLP | selanders@danielsandkaplan.com |
| Jay Selanders | Daniels & Kaplan, P.C. | carol_sowa@denso-diam.com |
| Carol Sowa | Denso International America, Inc. | gdiconza@dlawpc.com |
| Gerard DiConza, Esq. | DiConza Law, P.C. | john.persiani@dinslaw.com |
| John Persiani | Dinsmore & Shohl LLP | richard.kremen@dlapiper.com |
| Richard M. Kremen | DLA Piper Rudnick Gray Cary US LLP | |
| Maria Ellena Chavez-Ruark | | andrew.kassner@dbr.com |
| Andrew C. Kassner | Drinker Biddle & Reath LLP | david.aaronson@dbr.com |
| David B. Aaronson | Drinker Biddle & Reath LLP | dmdelphi@duanemorris.com |
| Margery N. Reed, Esq. | Duane Morris LLP | wmsimkulak@duanemorris.com |
| Wendy M. Simkulak, Esq. | Duane Morris LLP | jhlemkin@duanemorris.com |
| Joseph H. Lemkin | Duane Morris LLP | ayala.hassell@eds.com |
| Ayala Hassell | Electronic Data Systems Corporation | eerman@ermanteicher.com |
| Earle I. Erman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | dfreedman@ermanteicher.com |
| David H. Freedman | Erman, Teicher, Miller, Zucker & Freedman, P.C. | gettleman@e-hlaw.com |
| Gary Ettelman | Ettelman & Hochheiser, P.C. | ggreen@fagelhaber.com |
| | | lnewman@fagelhaber.com |

| | | |
|---|---|---|
| Gary E. Green | Fagel Haber LLC | tdonovan@finkgold.com |
| Lauren Newman | Fagel Haber LLC | |
| Ted J. Donovan | Finkel Goldstein Rosenbloom & Nash LLP | jmurch@foley.com |
| | | fstevens@foxrothschild.com |
| Jill L. Murch | Foley & Lardner LLP | mviscount@foxrothschild.com |
| Fred Stevens | Fox Rothschild LLP | |
| Michael J. Viscount, Jr. | Fox Rothschild LLP | ftrikkers@rikkerslaw.com |
| | Frank D. Jones | office@gazesllc.com |
| | Frederick T. Rikkers | ian@gazesllc.com |
| Eric Wainer | Gazes LLC | crieders@gjb-law.com |
| Ian J. Gazes | Gazes LLC | dcrapo@gibbonslaw.com |
| Craig P. Rieders, Esq. | Genovese Joblove & Battista, P.A. | |
| David N. Crapo | Gibbons, Del Deo, Dolan, Griffinger & Vecchione | abrilliant@goodwinproctor.com |
| | | cdruehl@goodwinproctor.com |
| Allan S. Brilliant | Goodwin Proctor LLP | bmehlsack@gkllaw.com |
| Craig P. Druehl | Goodwin Proctor LLP | pbilowz@goulstonstorrs.com |
| Barbara S. Mehlsack | Gorlick, Kravitz & Listhaus, P.C. | jeisenhofer@gelaw.com |
| Peter D. Bilowz | Goulston & Storrs, P.C. | gjarvis@ggelaw.com |
| Jay W. Eisenhofer | Grant & Eisenhofer P.A. | snirmul@gelaw.com |
| Geoffrey C. Jarvis | Grant & Eisenhofer P.A. | jh@previant.com |
| Sharan Nirmul | Grant & Eisenhofer P.A. | mrr@previant.com |
| Jill M. Hartley | Gratz, Miller & Brueggeman, S.C. | tch@previant.com |
| Matthew R. Robbins | Gratz, Miller & Brueggeman, S.C. | mdebbeler@graydon.com |
| Timothy C. Hall | Gratz, Miller & Brueggeman, S.C. | ckm@greensfelder.com |
| J. Michael Debbler, Susan M. Argo Cherie Macdonald J. Patrick Bradley | Graydon Head & Ritchey LLP Greensfelder, Hemker & Gale, P.C. | jpb@greensfelder.com herb.reiner@guarantygroup.com |
| Herb Reiner | Guaranty Bank | cbattaglia@halperinlaw.net |
| Tillie Lim, Esq. | HAL/ERC-Legal | ahalperin@halperinlaw.net |
| Alan D. Halperin Christopher J.Battaglia | Halperin Battaglia Raicht, LLP | hleinwand@aol.com |
| | | prubin@herrick.com |
| Harris D. Leinwand | Harris D. Leinwand | anne.kennelly@hp.com |
| Paul Rubin | Herrick, Feinstein LLP | ken.higman@hp.com |
| Anne Marie Kennelly | Hewlett-Packard Company | sharon.petrosino@hp.com |
| Kenneth F. Higman | Hewlett-Packard Company | glen.dumont@hp.com |
| Sharon Petrosino | Hewlett-Packard Company | echarlton@hiscockbarclay.com |
| Glen Dumont | Hewlett-Packard Company | cstorie@hodgsonruss.com |

| | | |
|---|---|---|
| J. Eric Charlton | Hiscock & Barclay, LLP | sgross@hodgsonruss.com |
| Cheryl R. Storie | Hodgson Russ LLP | sagolden@hhlaw.com |
| Stephen H. Gross, Esq. | Hodgson Russ LLP | ecdolan@hhlaw.com |
| Scott A. Golden | Hogan & Hartson L.L.P. | amoog@hhlaw.com |
| Edward C. Dolan | Hogan & Hartson L.L.P. | elizabeth.flaagan@hro.com |
| Audrey Moog | Hogan & Hartson L.L.P. | rweiss@honigman.com |
| Elizabeth K. Flaagan | Holme Roberts & Owen, LLP | fgorman@honigman.com |
| Robert B. Weiss, Frank L. Gorman | Honigman, Miller, Schwartz and Cohn, LLP | dbaty@honigman.com |
| Donald T. Baty, Jr. | Honigman, Miller, Schwartz and Cohn, LLP | tsable@honingman.com |
| E. Todd Sable | Honigman, Miller, Schwartz and Cohn, LLP | tomschank@hunterschank.com |
| Thomas J. Schank | Hunter & Schank Co. LPA | jrhunter@hunterschank.com |
| John J. Hunter | Hunter & Schank Co. LPA | mmassad@hunton.com |
| Michael P. Massad, Jr. | Hunton & Wiliams LLP | sholmes@hunton.com |
| Steven T. Holmes | Hunton & Wiliams LLP | aee@hurwitzfine.com |
| Ann E. Evanko | Hurwitz & Fine P.C. | Ben.Caughey@icemiller.com |
| Ben T. Caughey | Ice Miller | greg.bibbes@infineon.com |
| Greg Bibbes | Infineon Technologies North America Corporation | jeffery.gillispie@infineon.com |
| Jeff Gillespie | Infineon Technologies North America Corporation | rgriffin@iuoe.org |
| Richard Griffin | International Union of Operating Engineers | pbarr@jaffelaw.com |
| Paige E. Barr | Jaffe, Raitt, Heuer & Weiss, P.C. | rpeterson@jenner.com |
| Ronald R. Peterson | Jenner & Block LLP | sjfriedman@jonesday.com |
| Scott J. Friedman | Jones Day | john.sieger@kattenlaw.com |
| John P. Sieger, Esq. | Katten Muchin Rosenman LLP | kcookson@keglerbrown.com |
| Kenneth R. Cookson | Kegler, Brown, Hill & Ritter Co., LPA | mbane@kelleydrye.com |
| Mark I. Bane | Kelley Drye & Warren, LLP | msomerstein@kelleydrye.com |
| Mark. R. Somerstein | Kelley Drye & Warren, LLP | tkennedy@kjmlabor.com |
| Thomas Kennedy | Kennedy, Jennick & Murray | sjennik@kjmlabor.com |
| Susan M. Jennik | Kennedy, Jennick & Murray | lmagarik@kjmlabor.com |
| Larry Magarik | Kennedy, Jennick & Murray | gsouth@kslaw.com |
| George B. South, III | King & Spalding, LLP | afeldman@kslaw.com |
| Alexandra B. Feldman | King & Spalding, LLP | grichards@kirkland.com |
| Geoffrey A. Richards | Kirkland & Ellis LLP | efox@klng.com |
| | | sosimmerman@kwgd.com |

| | | |
|---|---|---|
| Edward M. Fox | Kirkpatrick & Lockhart Nicholson Graham LLP | ekutchin@kutchinrufo.com |
| Sam O. Simmerman | Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | knorthrup@kutchinrufo.com |
| Edward D. Kutchin | Kutchin & Rufo, P.C. | smcook@lambertleser.com |
| Kerry R. Northrup | Kutchin & Rufo, P.C. | |
| Susan M. Cook | Lambert. Leser, Isackson, Cook & Guinta, P.C. | mitchell.seider@lw.com |
| | | mark.broude@lw.com |
| Mitchell A. Seider | Latham & Watkins | robert.rosenberg@lw.com |
| Mark A. Broude | Latham & Watkins | henry.baer@lw.com |
| Robert Rosenberg | Latham & Watkins | john.weiss@lw.com |
| Henry P. Baer, Jr. | Latham & Watkins | michael.riela@lw.com |
| John W. Weiss | Latham & Watkins | erika.ruiz@lw.com |
| Michael J. Riela | Latham & Watkins | rcharles@lrlaw.com |
| Erika Ruiz | Latham & Watkins | sfreeman@lrlaw.com |
| Rob Charles, Esq. | Lewis and Roca LLP | jengland@linear.com |
| Susan M. Freeman, Esq. | Lewis and Roca LLP | austin.bankruptcy@publicans.com |
| John England, Esq. | Linear Technology Corporation | dallas.bankruptcy@publicans.com |
| Diane W. Sanders | Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Elizabeth Weller | Linebarger Goggan Blair & Sampson, LLP | whawkins@loeb.com |
| John P. Dillman | Linebarger Goggan Blair & Sampson, LLP | tmcfadden@lordbissel.com |
| William M. Hawkins | Loeb & Loeb LLP | tbrink@lordbissel.com |
| Timothy S. McFadden | Lord, Bissel & Brook | kwalsh@lordbissel.comrcovino@lordbissel.com |
| Timothy W. Brink | Lord, Bissel & Brook | metkin@lowenstein.com |
| Kevin J. WalshRocco N. Covino | Lord, Bissel & Brook LLP | ilevee@lowenstein.com |
| | | krosen@lowenstein.com |
| Michael S. Etikin | Lowenstein Sandler PC | scargill@lowenstein.com |
| Ira M. Levee | Lowenstein Sandler PC | vdagostino@lowenstein.com |
| Kenneth A. Rosen | Lowenstein Sandler PC | bnathan@lowenstein.com |
| Scott Cargill | Lowenstein Sandler PC | egc@leydenlaw.com |
| Vincent A. D'Agostino | Lowenstein Sandler PC | rparks@mijb.com |
| Bruce S. Nathan | Lowenstein Sandler PC | jlanden@madisoncap.com |
| Erik G. Chappell | Lyden, Liebenthal & Chappell, Ltd. | jml@ml-legal.com |
| Richard J. Parks | MacDonald, Illig, Jones & Britton LLP | lmc@ml-legal.com |
| Joe Landen | Madison Capital Management | gsantella@masudafunai.com |
| Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | Margulies & Levinson, LLP | rdaversa@mayerbrown.com |
| | | jgtougas@mayerbrownrowe.com |

| | | |
|---|---|---|
| Gary D. Santella | Masuda Funai Eifert & Mitchell, Ltd. | dadler@mccarter.com |
| Raniero D'Aversa, Jr. | Mayer, Brown, Rowe & Maw LLP | jmsullivan@mwe.com |
| Jeffrey G. Tougas | Mayer, Brown, Rowe & Maw LLP | sselbst@mwe.com |
| David J. Adler, Jr. Esq. | McCarter & English, LLP | jrobertson@mcdonaldhopkins.com |
| James M. Sullivan | McDermott Will & Emery LLP | sopincar@mcdonaldhopkins.com |
| Stephen B. Selbst | McDermott Will & Emery LLP | sriley@mcdonaldhopkins.com |
| Jean R. Robertson, Esq. | McDonald Hopkins Co., LPA | jbernstein@mdmc-law.com |
| Scott N. Opincar, Esq. | McDonald Hopkins Co., LPA | egunn@mcguirewoods.com |
| Shawn M. Riley, Esq. | McDonald Hopkins Co., LPA | lpeterson@msek.com |
| Jeffrey Bernstein, Esq. | McElroy, Deutsch, Mulvaney & Carpenter, LLP | hkolko@msek.com |
| Elizabeth L. Gunn | McGuirewoods LLP | rrosenbaum@mrrlaw.net |
| Lowell Peterson, Esq. | Meyer, Suozzi, English & Klein, P.C. | emeyers@mrrlaw.net |
| Hanan Kolko | Meyer, Suozzi, English & Klein, P.C. | aburch@miamidade.gove |
| Robert H. Rosenbaum | Meyers, Rodbell & Rosenbaum, P.A. | |
| M. Evan Meyers | Meyers, Rodbell & Rosenbaum, P.A. | |
| April Burch | Miami-Dade County, FL | |
| | Michael Cox | |
| Dennis J. Raternink | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | |
| Michael Cox | Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | trenda@milesstockbridge.com |
| | | khopkins@milesstockbridge.com |
| Thomas D. Renda | Miles & Stockbridge, P.C. | sarbt@millerjohnson.com |
| Kerry Hopkins | Miles & Stockbridge, P.C. | wolfordr@millerjohnson.com |
| | | fusco@millercanfield.com |
| Thomas P. Sarb | Miller Johnson | |
| Robert D. Wolford | | greenj@millercanfield.com |
| Timothy A. Fusco | Miller, Canfield, Paddock and Stone, P.L.C. | mlschein@mintz.com |
| Jonathan S. Green | Miller, Canfield, Paddock and Stone, P.L.C. | pjricotta@mintz.com |
| Michael L. Schein | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | skhoos@mintz.com |
| Paul J. Ricotta | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Jeff.Ott@molex.com |
| Stephanie K. Hoos | Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | resterkin@morganlewis.com |
| | | wheuer@morganlewis.com |
| Jeff Ott | Molex Connector Corp | agottfried@morganlewis.com |
| Richard W. Esterkin, Esq. | Morgan, Lewis & Bockius LLP | mzelmanovitz@morganlewis.com |
| William C. Heuer, Esq. | Morgan, Lewis & Bockius LLP | |
| | | lberkoff@moritthock.com |

| | | |
|---|---|---|
| Andrew D. Gottfried | Morgan, Lewis & Bockius LLP | rdehney@mnat.com |
| Menachem O. Zelmanovitz | Morgan, Lewis & Bockius LLP | mbusenkell@mnat.com |
| Leslie Ann Berkoff | Moritt Hock Hamroff & Horowitz LLP | jmoldovan@morrisoncohen.com<br>mdallago@morrisoncohen.com |
| Robert J. Dehney | Morris, Nichols, Arsht and Tunnell | rurbanik@munsch.com |
| Michael G. Busenkell | Morris, Nichols, Arsht and Tunnell | jwielebinski@munsch.com<br>drukavina@munsch.com |
| Joseph T. Moldovan<br>Michael R. Dal Lago | Morrison Cohen LLP | sandy@nlsg.com |
| Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | Munsch Hardt Kopf & Harr, P.C. | Knathan@nathanneuman.com |
| Sandra S. Hamilton | Nantz, Litowich, Smith, Girard & Hamilton, P.C. | sbrennan@nathanneuman.com<br>lisa.moore2@nationalcity.com |
| Kenneth A. Nathan | Nathan, Neuman & Nathan, P.C. | george.cauthen@nelsonmullins.com |
| Susanna C. Brennan | Nathan, Neuman & Nathan, P.C. | bbeckworth@nixlawfirm.com |
| Lisa M. Moore | National City Commercial Capital | jangelovich@nixlawfirm.com |
| George B. Cauthen | Nelson Mullins Riley & Scarborough | susanwhatley@nixlawfirm.com |
| Bradley E. Beckworth | Nix, Patterson & Roach, L.L.P. | jimbriaco@gentek-global.com |
| Jeffrey J. Angelovich | Nix, Patterson & Roach, L.L.P. | |
| Susan Whatley | Nix, Patterson & Roach, L.L.P. | eabdelmasieh@nmmlaw.com |
| James Imbriaco | Noma Company and General Chemical Performance Products LLC | dgheiman@jonesday.com<br>mmharner@jonesday.com |
| Elizabeth L. Abdelmasieh, Esq | Norris, McLaughlin & Marcus | cahope@chapter12macon.com |
| David G. Heiman | North Point | jay.hurst@oag.state.tx.us |
| Michelle M. Harner | North Point | michaelz@orbotech.com |
| Camille Hope | Office of the Chapter 13 Trustee | aenglund@orrick.com |
| Jay W. Hurst | Office of the Texas Attorney General | fholden@orrick.com |
| Michael M. Zizza, Legal Manager | Orbotech, Inc. | shazan@oshr.com |
| Alyssa Englund, Esq. | Orrick, Herrington & Sutcliffe LLP | mhager@oshr.com |
| Frederick D. Holden, Jr., Esq. | Orrick, Herrington & Sutcliffe LLP | sshimshak@paulweiss.com |
| Scott L. Hazan | Otterbourg, Steindler, Houston & Rosen, P.C. | cweidler@paulweiss.com |
| Melissa A. Hager | Otterbourg, Steindler, Houston & Rosen, P.C. | ddavis@paulweiss.com |
| Stephen J. Shimshak | Paul, Weiss, Rifkind, Wharton & Garrison | emccolm@paulweiss.com |
| Curtis J. Weidler | Paul, Weiss, Rifkind, Wharton & Garrison | hausnerp@michigan.gov |

| | | |
|---|---|---|
| Douglas R. Davis | Paul, Weiss, Rifkind, Wharton & Garrison | landy.ralph@pbgc.gov |
| Elizabeth R. McColm | Paul, Weiss, Rifkind, Wharton & Garrison | cfilardi@pepehazard.com |
| | Peggy Housner | lawallf@pepperlaw.com |
| Ralph L. Landy | Pension Benefit Guaranty Corporation | aaronsona@pepperlaw.com |
| Charles J. Filardi, Jr., Esq. | Pepe & Hazard LLP | caseyl@pepperlaw.com |
| | | jaffeh@pepperlaw.com |
| Francis J. Lawall | Pepper, Hamilton LLP | sriemer@phillipsnizer.com |
| Anne Marie Aaronson | Pepper, Hamilton LLP | jmanheimer@pierceatwood.com |
| Linda J. Casey | Pepper, Hamilton LLP | kcunningham@piercewood.com |
| Henry Jaffe | Pepper, Hamilton LLP | mark.houle@pillsburylaw.com |
| Sandra A. Riemer, Esq. | Phillips Nizer LLP | karen.dine@pillsburylaw.com |
| Jacob A. Manheimer | Pierce Atwood LLP | |
| Keith J. Cunningham | Pierce Atwood LLP | richard.epling@pillsburylaw.com |
| Mark D. Houle | Pillsbury Winthrop Shaw Pittman LLP | robin.spear@pillsburylaw.com |
| Karen B. Dine | Pillsbury Winthrop Shaw Pittman LLP | margot.erlich@pillsburylaw.com |
| Richard L. Epling | Pillsbury Winthrop Shaw Pittman LLP | rbeacher@pitneyhardin.com |
| Robin L. Spear | Pillsbury Winthrop Shaw Pittman LLP | rmeth@pitneyhardin.com |
| Margot P. Erlich | Pillsbury Winthrop Shaw Pittman LLP | bsmoore@pbnlaw.com |
| | | jsmairo@pbnlaw.com |
| Ronald S. Beacher | Pitney Hardin LLP | |
| Richard M. Meth | Pitney Hardin LLP | asm@pryormandelup.com |
| Brett S. Moore, Esq. | Porzio, Bromberg & Newman, P.C. | kar@pryormandelup.com |
| John S. Mairo, Esq. | Porzio, Bromberg & Newman, P.C. | jkp@qad.com |
| John V. Gorman | Professional Technologies Services | andrew.herenstein@quadranglegroup.com |
| A. Scott Mandelup, Kenneth A. Reynolds | Pryor & Mandelup, LLP | patrick.bartels@quadranglegroup.com |
| Jason Pickering, Esq. | QAD, Inc. | jharris@quarles.com |
| Andrew Herenstein | Quadrangle Debt Recovery Advisors LLC | sgoldber@quarles.com |
| | | knye@quarles.com |
| Patrick Bartels | Quadrangle Group LLC | elazarou@reedsmith.com |
| John A. Harris | Quarles & Brady Streich Lang LLP | jlapinsky@republicengineered.com |
| Scott R. Goldberg | Quarles & Brady Streich Lang LLP | ishickich@riddellwilliams.com |
| Kasey C. Nye | Quarles & Brady Streich Lang LLP | mscott@riemerlaw.com |
| Elena Lazarou | Reed Smith | amathews@robinsonlaw.com |

| | | |
|---|---|---|
| Joseph Lapinsky | Republic Engineered Products, Inc. | cnorgaard@ropers.com |
| Joseph E. Shickich, Jr. | Riddell Williams P.S. | gregory.kaden@ropesgray.com |
| Mark S. Scott | Riemer & Braunstein LLP | |
| Annemarie B. Mathews | Robinson, McFadden & Moore, P.C. | |
| Christopher Norgaard | Ropers, Majeski, Kohn & Bentley | rtrack@msn.com |
| Gregory O. Kaden | Ropes & Gray LLP | cschulman@sachnoff.com |
| Marc E. Hirschfield | Ropes & Gray LLP | agelman@sachnoff.com |
| | | cbelmonte@ssbb.com |
| Thomas R. Slome | Rosen Slome Marder LLp | |
| Charles E. Boulbol, P.C. | Russell Reynolds Associates, Inc. | pbosswick@ssbb.com |
| Charles S. Schulman, Arlene N. Gelman | Sachnoff & Weaver, Ltd | hborin@schaferweiner.com |
| Christopher R. Belmonte | Satterlee Stephens Burke & Burke LLP | mnewman@schaferweiner.com |
| | | rheilman@schaferweiner.com |
| Pamela A. Bosswick | Satterlee Stephens Burke & Burke LLP | dweiner@schaferweiner.com |
| Howard Borin | Schafer and Weiner PLLC | wkohn@schiffhardin.com |
| Max Newman | Schafer and Weiner PLLC | myetnikoff@schiffhardin.com |
| Ryan Heilman | Schafer and Weiner PLLC | myarnoff@sbclasslaw.com |
| Daniel Weiner | Schafer and Weiner PLLC | shandler@sbclasslaw.com |
| William I. Kohn | Schiff Hardin LLP | michael.cook@srz.com |
| Michael Yetnikoff | Schiff Hardin LLP | james.bentley@srz.com |
| Michael Yarnoff | Schiffrin & Barroway, LLP | carol.weiner.levy@srz.com |
| Sean M. Handler | Schiffrin & Barroway, LLP | pbaisier@seyfarth.com |
| Michael L. Cook | Schulte Roth & Sabel LLP | rdremluk@seyfarth.com |
| James T. Bentley | Schulte Roth & Sabel LLP | whanlon@seyfarth.com |
| Carol Weiner Levy | Schulte Roth & Zabel LLP | sboyce@sheehan.com |
| Paul M. Baisier, Esq. | Seyfarth Shaw LLP | lawtoll@comcast.net |
| Robert W. Dremluk, Esq. | Seyfarth Shaw LLP | rthibeaux@shergarner.com |
| William J. Hanlon | Seyfarth Shaw LLP | rthibeaux@shergarner.com |
| Steven E. Boyce | Sheehan Phinney Bass + Green Professional Association | bankruptcy@goodwin.com |
| Sheldon S. Toll | Sheldon S. Toll PLLC | asherman@sillscummis.com |
| Robert P. Thibeaux | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | jzackin@sillscummis.com |
| Robert P. Thibeaux | Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | cfortgang@silverpointcapital.com |
| Jennifer L. Adamy | Shipman & Goodwin LLP | cfox@stblaw.com |
| Andrew H. Sherman | Sills, Cummis Epstein & Gross, P.C. | cfox@stblaw.com |
| Jack M. Zackin | Sills, Cummis Epstein & Gross, P.C. | bellis-monro@sgrlaw.com |

| | | |
|---|---|---|
| Chaim J. Fortgang | Silver Point Capital, L.P. | kmiller@skfdelaware.com |
| Kenneth S. Ziman, Esq. | Simpson Thacher & Bartlett LLP | fyates@sonnenschein.com |
| William T. Russell, Jr., Esq. | Simpson Thacher & Bartlett LLP | jcreed@sonnenschein.com |
| Barbara Ellis-Monro | Smith, Gambrell & Russell, LLP | rrichards@sonnenschein.com |
| Kathleen M. Miller | Smith, Katzenstein & Furlow LLP | |
| D. Farrington Yates | Sonnenschein Nath & Rosenthal LLP | lloyd.sarakin@am.sony.com |
| Jo Christine Reed | Sonnenschein Nath & Rosenthal LLP | |
| Robert E. Richards | Sonnenschein Nath & Rosenthal LLP | rgoldi@sotablaw.com |
| Lloyd B. Sarakin - Chief Counsel, Finance and Credit | Sony Electronics Inc. | pabutler@ssd.com emarcks@ssd.com jmbaumann@steeltechnologies.com |
| Robert M. Goldi | Sotiroff & Abramczyk, P.C. | rkidd@srcm-law.com |
| Penn Ayers Butler | Squire, Sanders & Dempsey L.L.P. | shapiro@steinbergshapiro.com |
| Eric Marcks | Squire, Sanders & Dempsey L.L.P. | jposta@sternslaw.com |
| John M. Baumann | Steel Technologies, Inc. | cs@stevenslee.com cp@stevenslee.com |
| Robert F. Kidd | Stein, Rudser, Cohen & Magid LLP | |
| Mark H. Shapiro | Steinberg Shapiro & Clark | mshaiken@stinsonmoheck.com |
| Jeffrey S. Posta | Sterns & Weinroth, P.C. | robert.goodrich@stites.com |
| Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | Stevens & Lee, P.C. | madison.cashman@stites.com wbeard@stites.com |
| Mark A. Shaiken | Stinson Morrison Hecker LLP | khansen@stroock.com |
| Madison L.Cashman | Stites & Harbison PLLC | jminias@stroock.com |
| Robert C. Goodrich, Jr. | Stites & Harbison PLLC | rfrankel@swidlaw.com |
| W. Robinson Beard, Esq. | Stites & Harbison, PLLC | rnsteinwurtzel@swidlaw.com |
| Kristopher M. Hansen | Stroock & Stroock & Lavan, LLP | ferrell@taftlaw.com |
| Joseph G. Minias | Stroock & Stroock & Lavan, LLP | jforstot@tpw.com |
| Roger Frankel | Swidler Berlin LLP | lcurcio@tpw.com |
| Robert N. Steinwurtzel | Swidler Berlin LLP | niizeki.tetsuhiro@furukawa.co.jp |
| Richard L .Ferrell | Taft, Stettinius & Hollister LLP | |
| Jonathan D. Forstot | Thacher Proffitt & Wood LLP | dlowenthal@thelenreid.com |
| Louis A. Curcio | Thacher Proffitt & Wood LLP | dlowenthal@thelenreid.com |
| Mr. Tetsuhiro Niizeki | The Furukawa Electric Co., Ltd. | rhett.campbell@tklaw.com |
| Robert Morris | The Timpken Corporation BIC - 08 | john.brannon@tklaw.com |
| David A. Lowenthal | Thelen Reid & Priest LLP | ephillips@thurman-phillips.com |
| Daniel A. Lowenthal | Thelen Reid & Priest LLP | jlevi@toddlevi.com |

| | | |
|---|---|---|
| Rhett G. Cambell | Thompson & Knight | bmcdonough@teamtogut.com |
| John S. Brannon | Thompson & Knight LLP | jwilson@tylercooper.com |
| Ed Phillips, Jr. | Thurman & Phillips, P.C. | hzamboni@underbergkessler.com |
| Jill Levi, Esq. | Todd & Levi, LLP | djury@steelworkers-usw.org |
| Albert Togut, Esq. | Togut, Segal & Segal LLP | |
| W. Joe Wilson | Tyler, Cooper & Alcorn, LLP | |
| Helen Zamboni | Underberg & Kessler, LLP | msmcelwee@varnumlaw.com |
| David Jury, Esq. | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | rjsidman@vssp.com |
| | | tscobb@vssp.com |
| Michael S. McElwee | Varnum, Riddering, Schmidt & Howlett LLp | RGMason@wlrk.com |
| Robert J. Sidman, Esq. | Vorys, Sater, Seymour and Pease LLP | EAKleinhaus@wlrk.com |
| | | david.lemke@wallerlaw.com |
| Tiffany Strelow Cobb | Vorys, Sater, Seymour and Pease LLP | robert.welhoelter@wallerlaw.com |
| Richard G. Mason | Wachtell, Lipton, Rosen & Katz | |
| Emil A. Kleinhaus | Wachtell, Lipton, Rosen & Katz | gtoering@wnj.com |
| David E. Lemke, Esq. | Waller Lansden Dortch & Davis, PLLC | mcruse@wnj.com |
| | | growsb@wnj.com |
| Robert J. Welhoelter, Esq. | Waller Lansden Dortch & Davis, PLLC | bankruptcy@warnerstevens.com |
| Gordon J. Toering | Warner Norcross & Judd LLP | lekvall@wgllp.com |
| Michael G. Cruse | Warner Norcross & Judd LLP | |
| Stephen B. Grow | Warner Norcross & Judd LLP | aordubegian@weineisen.com |
| Michael D. Warner | Warner Stevens, L.L.P. | gpeters@weltman.com |
| Lei Lei Wang Ekvall | Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | jcunningham@whitecase.com |
| | | mmesonesmori@whitecase.com |
| Aram Ordubegian | Weinstein, Eisen & Weiss LLP | barnold@whdlaw.com |
| Geoffrey J. Peters | Weltman, Weinberg & Reis Co., L.P.A. | bspears@winstead.com |
| John K. Cunningham | White & Case LLP | mfarquhar@winstead.com |
| Margarita Mesones-Mori | White & Case LLP | mwinthrop@winthropcouchot.com |
| Bruce G. Arnold | Whyte, Hirschboeck Dudek S.C. | |
| Berry D. Spears | Winstead Sechrest & Minick P.C. | sokeefe@winthropcouchot.com |
| R. Michael Farquhar | Winstead Sechrest & Minick P.C. | oiglesias@wlross.com |
| Marc. J. Winthrop | Winthrop Couchot Professional Corporation | lpinto@wcsr.com |
| Sean A. O'Keefe | Winthrop Couchot Professional Corporation | skrause@zeklaw.com |
| | | pjanovsky@zeklaw.com |
| Oscar Iglesias | WL Ross & Co., LLC | |

| | | |
|---|---|---|
| Lillian H. Pinto | Womble Carlyle Sandridge & Rice, PLLC | |
| Stuart Krause | Zeichner Ellman & Krause LLP | |
| Peter Janovsky | Zeichner Ellman & Krause LLP | |