Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600

     and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
(804) 749-8861

*Co-Counsel for Southern California Edison Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| | ) |
| **Debtors.** | ) (Jointly Administered) |
| | ) |

**NOTICE OF WITHDRAWAL OF MOTION AND MEMORANDUM OF LAW OF
SOUTHERN CALIFORNIA EDISON COMPANY TO:  (A) VACATE, AND/OR
RECONSIDER, AND/OR MODIFY, FINAL ORDER UNDER 11 U.S.C. §§ 105, 366, 503,
AND 507 (I) PROHIBITING UTILITIES FROM ALTERING, REFUSING, OR
DISCONTINUING SERVICES ON ACCOUNT OF PREPETITION INVOICES AND (II)
ESTABLISHING PROCEDURES FOR DETERMINING REQUESTS FOR
ADDITIONAL ASSURANCE; AND (B) SEEK
<u>ADEQUATE ASSURANCE OF FUTURE PAYMENT [DOCKET NO. 1861]</u>**

     Southern California Edison Company ("SCE"), by counsel, hereby withdraws its *Motion*

*and Memorandum of Law of Southern California Edison Company To:  (A) Vacate, and/or*

*Reconsider, and/or Modify, Final Order Under  11 U.S.C. §§ 105, 366, 503 and 507 (I)*

*Prohibiting Utilities From Altering, Refusing, or Discontinuing Services on Account of*

*Prepetition Invoices and (II) Establishing Procedures For Determining Requests For Additional*

*Assurance; and (B) Seek Adequate Assurance of Future Payment* (the "Motion to Vacate")

(Docket No. 1861), which it filed in the above-captioned bankruptcy case on January 20, 2006,

as the Debtors and SCE have reached a written settlement with respect to all issues set forth in

the Motion to Vacate.

Dated: February 7, 2006
         Uniondale, New York

ROSEN SLOME MARDER LLP


By: /s/  Jil Mazer-Marino
         Thomas R. Slome (TS-0957)
         Jil Mazer-Marino (JM-6470)

333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600

and

Russell R. Johnson III
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
(804) 749-8861

*Co-Counsel for Southern California Edison
Company*

2