**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | ) |
| **In re:** | ) **Chapter 11** |
| | ) |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) **Case No. 05-44481 (RDD)** |
| | ) |
| **Debtors.** | ) **(Jointly Administered)** |
| | ) |
| | ) |

<h2 align="center"><u>CERTIFICATE OF SERVICE</u></h2>

I, Jil Mazer-Marino, hereby certify that on this 7th day of February 2006, I caused a true

and correct copy of the *Notice of Withdrawal of Motion and Memorandum of Law of Southern*

*California Edison Company To:  (A) Vacate, and/or Reconsider, and/or Modify, Final Order*

*Under  11 U.S.C. §§ 105, 366, 503 and 507 (I) Prohibiting Utilities From Altering, Refusing, or*

*Discontinuing Services on Account of Prepetition Invoices and (II) Establishing Procedures For*

*Determining Requests For Additional Assurance; and (B) Seek Adequate Assurance of Future*

*Payment*  to be sent via first-class mail, postage prepaid, on the parties listed below.

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
*Counsel For Debtors*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*

Douglas P. Bartner, Esq.
Constance A. Fratianni, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
*Counsel For Debtors*

Alicia M. Leonhard
Tracy Hope Davis
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
*Official Committee of Unsecured Creditors*

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
*Official Committee of Unsecured Creditors*

/s/ Jil Mazer-Marino
Jil Mazer-Marino (JM-6470)