LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| _____ | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

　　　　Leslie Salcedo, being duly sworn, deposes and says:

　　　　1.　　I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

　　　　2.　　On February 6, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Approval of Annual Incentive Plan Pursuant to

NY\1111693.1

the Debtors' Motion for Order Under §§ 105 and 363 Authorizing the Debtors to Implement a

Key Employee Compensation Program, to be served upon the parties identified in Exhibit A

hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
7th day of February, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1111693.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Donald Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
         Karen Craft

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonard

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
         Robert H. Trust
         William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
      John K. Lyons
      Ron E. Meisler

NY\1111693.1