SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                               :

       In re                          :    Chapter 11

                                 :

DELPHI CORPORATION, et al.,       :    Case No. 05-44481 (RDD)

                                 :

                                 :    (Jointly Administered)

             Debtors.         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

NOTICE OF ESTABLISHMENT OF OMNIBUS HEARING DATES PURSUANT
TO ORDER UNDER 11 U.S.C. §§ 102(1) AND 105 AND FED. R. BANKR. P. 2002(m),
9006, 9007, AND 9014 (I) ESTABLISHING OMNIBUS HEARING DATES,
(II) CERTAIN NOTICE, CASE MANAGEMENT, AND ADMINISTRATIVE
PROCEDURES, AND (III) SCHEDULING AN INITIAL CASE
CONFERENCE IN ACCORDANCE WITH LOCAL BANKR. R. 1007-2(e)

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 102(1)

And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014 (i) Establishing Omnibus

Hearing Dates, (ii) Certain Notice, Case Management, And Administrative Procedures, And (iii)

Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (the

"Case Management Order"), the Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court") has scheduled the following omnibus hearing dates and times:

May 10, 2006 at 10:00 a.m. (Prevailing Eastern Time)

June 15, 2006 at 10:00 a.m. (Prevailing Eastern Time)

July 27, 2006 at 10:00 a.m. (Prevailing Eastern Time)

August 17, 2006 at 10:00 a.m. (Prevailing Eastern Time)

September 14, 2006 at 10:00 a.m. (Prevailing Eastern Time)

October 19, 2006 at 10:00 a.m. (Prevailing Eastern Time)

November 30, 2006 at 10:00 a.m. (Prevailing Eastern Time)

January 11, 2007 at 10:00 a.m. (Prevailing Eastern Time)

Except as otherwise ordered by the Court, the Case Management Order governs

the scheduling of all matters to be heard on an omnibus hearing date.

PLEASE TAKE FURTHER NOTICE THAT the all omnibus hearings will be

held in Courtroom 610, United States Bankruptcy Court, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004 unless otherwise notified by the Bankruptcy

Court.


Dated: New York, New York
      February ___, 2006


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession