**Hearing Date: February 9, 2006**
**Hearing Time: 10:00 a.m. (Prevailing Eastern Time)**

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

   - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                    :
    In re                               :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,      :   Case No. 05-44481 (RDD)
                                    :
                     Debtors.     :   (Jointly Administered)
                                    :
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## PROPOSED FOURTH OMNIBUS HEARING AGENDA

Location Of Hearing:       United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, Room 601, 6th Floor, One Bowling Green, New York, New York 10004-1408

The matters set for hearing are divided into the following categories for the purposes of this Proposed Agenda:

    A.    Introduction

    B.    Continued Or Adjourned Matters (9 Matters)

    C.    Uncontested, Agreed, Or Settled Matters (5 Matters)

    D.    Contested Matters (2 Matters)

    E.    Adversary Proceedings (1 Matter)

**B.    Continued Or Adjourned Matters***

    1.    **"Interim Compensation"** – Motion For Administrative Order Under 11 U.S.C. § 331 (I) Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals And (II) Setting A Final Hearing Thereon (Docket No. 11)

| | |
|---|---|
| *Response Filed:* | *United States Trustee's Objection To Debtors' Request For The Appointment Of A Fee Committee Contained In The Motion For Administrative Order Under 11 U.S.C. § 331 (I) Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals And (II) Setting A Final Hearing Thereon (Docket No. 1656)* |
| *Reply Filed:* | *The Debtors will file a reply to the U.S. Trustee's objection on or before March 2, 2006 if this matter has not been settled by that time.* |
| *Related Filing:* | *Order Under 11 U.S.C. § 331 Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals (Docket No. 869)* |
| *Status:* | *This matter with respect to the Fee Committee is being adjourned to March 9, 2006.* |

---

* Motions at the following docket numbers that appeared on the Proposed Third Omnibus Hearing Agenda have been voluntarily withdrawn from the agenda and would need to be re-noticed under the Case Management Order to be reinstated on an agenda: Docket No. 799, 805, 818, and 983.

2. **"Specmo Enterprises'"** – Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 284)

   *Response Filed:*   None.

   *Reply Filed:*   None.

   *Related Filing:*   *Brief In Support Of Specmo Enterprises' Motion For Relief From Stay To Effect Setoff (Docket No. 288)*

   *Status:*   *This matter is being adjourned to March 9, 2006.*

3. **"Schmidt Technology GmbH"** – Order To Show Cause (Docket No. 477)

   *Response Filed:*   *Special And Limited Appearance Of Schmidt Technology GmbH Regarding Improper And Insufficient Service Of Process (Docket No. 1661)*

   *Reply Filed:*   None.

   *Related Filing:*   *Order To Show Cause (Docket No. 816)*

   *Status:*   *This matter is being adjourned to March 9, 2006, to permit an agreement in principle to be documented.*

4. **"DBM Technologies, LLC"** –  Motion By DBM Technologies, LLC For Relief From Stay To Effect Setoff (Docket No. 1042)

   *Response Filed:*   None.

   *Reply Filed:*   None.

   *Related Filing:*   None.

   *Status:*   *This matter is being adjourned to March 9, 2006.*

5. **"JST Mfg. Co. Ltd."** – Order To Show Cause (Docket No. 1369)

   *Response Filed:*   None.

   *Reply Filed:*   None.

   *Related Filing:*   *Order To Show Cause (Docket No. 1545)*

   *Status:*   *This matter is being adjourned to March 9, 2006.*

6. **"Case Management Amendment Motion"** –  Motion to Amend the Order Under 11 U.S.C. Section 102(1) and 105 Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an

3

       Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 1556)

       *Response Filed:*    None.

       *Reply Filed:*    None.

       *Related Filings:*    *Notice of Hearing and Amended Exhibit for Motion to Amend the Order Under 11 U.S.C. Section 102(1) and 105 Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 1579); Statement In Support of Motion to Amend the Order under 11 U.S.C. Sections 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankruptcy R. 1007-2(e) (the "Case Management Amendment Motion") (Docket No. 1620)*

       *Status:*    *This matter is being adjourned to March 9, 2006*

7.    **"Appaloosa Management L.P."** – Motion of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1604)

       *Responses Filed:*    *Response Of The United States Trustee To Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Official Committee Of Equity Security Holders (Docket No. 1682); Objection Of The Prepetition Agent To The Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1693); Response Of General Motors Corporation To Motion Of Appaloosa Management L.P. Pursuant To 11 U.S.C. § 1102(a)(2) For An Order Directing The United States Trustee To Appoint An Equity Committee In These Chapter 11 Cases (Docket No. 1712)*

4

|  |  |
|---|---|
| *Reply Filed:* | None. |
| *Related Filing:* | Stipulation And Agreed Protective Order Governing Production And Use Of Confidential And Highly Confidential Information In Connection With The Motion Of Appaloosa Management L.P. For An Order Directing The United States Trustee To Appoint An Equity Committee And Objections Filed Thereto (Docket No. 1998) |
| *Status:* | This matter is being adjourned to March 9, 2006. |

8. **"Deutsche Dagan Order To Show Cause"** – Order to Show Cause (Docket No. 1815)

|  |  |
|---|---|
| *Response Filed:* | None. |
| *Reply Filed:* | Order To Show Cause (Docket No. 1823) |
| *Related Filing:* | Order To Show Cause (Docket No. 1856) |
| *Status:* | This matter is being adjourned to March 9, 2006. |

9. **"Cherokee Motion Directing Assumption/Rejection"** – Motion For Order Under 11 U.S.C. § 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC To Determine Within 150 Days Whether To Assume Or Reject Its Nonresidential Real property Lease With Cherokee North Kansas City, LLC (Docket No. 1834)

|  |  |
|---|---|
| *Response Filed:* | Debtors' Objection To Motion For Order Under 11 U.S.C. Section 365(d)(2) Directing Debtor Delphi Automotive Systems, LLC To Determine Within 150 Days Whether To Assume Or Reject Its Nonresidential Real Property Lease With Cherokee North Kansas City, LLC (Docket No. 2035) |
| *Reply Filed:* | None. |
| *Related Filing:* | None. |
| *Status:* | This matter is being adjourned to March 9, 2006 in order for the Movants to provide discovery to the Debtors. |

C. **Uncontested, Agreed, Or Settled Matters**

5

10. **"Entek Recoupment Motion"** – Motion Of Entek International LLC (i) To Allow Recoupment And/Or (ii) Relief From The Automatic Stay To Allow Setoff (Docket No. 1652)

   *Response Filed:* None.

   *Reply Filed:* None.

   *Related Filing:* None.

   *Status:* *This matter has been resolved. A consent order will be submitted for consideration by the court.*

11. **"Thermo Niton Motion For Relief From Stay"** – Thermo Niton Analyzers LLC's Motion For Relief From Automatic Stay For Limited Purpose Of Effectuating Setoff Of Pre-Petition Amounts Between Niton And Debtor (Docket No. 1734)

   *Response Filed:* None.

   *Reply Filed:* None.

   *Related Filing:* None.

   *Status:* *An agreement in principle has been reached and an agreed stipulation is being prepared for submission to the Court.*

12. **"Aramark Motion For Relief From Stay"** – Aramark Services, Inc.'s Motion For Relief From Automatic Stay To Proceed With Termination Of Catering Agreement (Docket No. 1886)

   *Response Filed:* None.

   *Reply Filed:* None.

   *Related Filing:* None.

   *Status:* *This matter has been resolved. An agreed order is being prepared for submission to the Court.*

13. **"LBQ Foundry Motion To Compel"** – Motion to Compel Order Under 11 U.S.C. Section 365(d)(2) Directing the Debtors to Determine Within 20 Days Whether to Assume or Reject Their Executory Contracts with LBQ Foundry S.A. DE C.V. (Docket No. 1892)

   *Response Filed:* None.

   *Reply Filed:* None.

6

|  |  |
|---|---|
| *Related Filing:* | *Affidavit in Support of LBQ Foundry S.A. DE C.V.'s Motion for Order Under 11 U.S.C. Section 365(d)(2) Directing the Debtors to Determine Within 20 Days Whether to Assume or Reject Their Executory Contracts With LBQ Foundry S.A. DE C.V. (Docket No. 1893)* |
| *Status:* | *This matter has been settled and will be withdrawn.* |

14. **"Union Financial Advisor Fee Motion"** – Motion For Order Under 11 U.S.C. Sections 105(a) And 363(b) Authorizing Debtors To Pay Certain Financial Advisor Fees And Expenses Incurred By The United Automobile, Aerospace And Agricultural Implement Workers Of America And The International Union Of Electric, Electrical, Salaried, Machine And Furniture Workers-Communications Workers Of America (Docket No. 1930)

|  |  |
|---|---|
| *Response Filed:* | None. |
| *Reply Filed:* | None. |
| *Related Filing:* | *Exhibits To Motion For Order Under 11 U.S.C. Sections 105(a) And 363(b) Authorizing Debtors To Pay Certain Financial Advisor Fees And Expenses Incurred By The United Automobile, Aerospace And Agricultural Implement Workers Of America And The International Union Of Electric, Electrical, Salaried, Machine And Furniture Workers-Communications Workers Of America (Docket No. 1931)* |
| *Status:* | *A revised order will be submitted for consideration by the Court.* |

**D.    Contested Matters**

15. **"Entergy Mississippi, Inc."** – Motion Of Entergy For (I) Relief From Stay To Exercise Recoupment And/Or Setoff Rights Pursuant To Section 553 Of The Bankruptcy Code And (II) Other Related Relief (Docket No. 1024)

|  |  |
|---|---|
| *Response Filed:* | *Debtor's Objection To Motion Of Entergy Mississippi, Inc. For Relief From The Automatic Stay To Permit Recoupment Or, In The Alternative, Setoff (Docket No. 1662)* |
| *Reply Filed:* | *Entergy's Reply To The Debtors' Objection To The Motion Of For (I) Relief From the Stay To Exercise Recoupment And/Or Setoff Rights Pursuant To* |

7

*Section 553 Of The Bankruptcy Code And (II) Other Related Relief (Docket No. 1828)*

  *Related Filing:*   *None.*

  *Status:*   *The hearing with respect to this matter will be proceeding.*

16. **"Furukawa Electric North America APD"** – Motion Of Furukawa Electric North America APD For Relief From Automatic Stay To Permit Setoff Of Claims (Docket No. 1537)

  *Response Filed:*   *Debtors' Objection to Motion by Furukawa Electric North America APD for Relief from Automatic Stay to Permit Setoff of Claims (Docket No. 2034)*

  *Reply Filed:*   *None.*

  *Related Filing:*   *None.*

  *Status*:   *The hearing with respect to this matter will be proceeding.*

E. **Adversary Proceedings (Adv. Case No. 06-01188)**

17. **"Underwriters Motion"** – Motion For Preliminary And Permanent Injunctions Pursuant To Bankruptcy Code Section 105(a) Staying Certain Litigation Against Indemnified Underwriters (Docket No. 3)

  *Response Filed:*   *None.*

  *Reply Filed:*   *None.*

  *Related Filings:*   *Declaration Of David R. Kuney in Support of Indemnified Underwriters' Motion For Preliminary And Permanent Injunctions Pursuant To Bankruptcy Code Section 105(a) Staying Certain Litigation Against Indemnified Underwriters (Docket No. 5); Amended Motion For Preliminary And Permanent Injunctions Pursuant To Bankruptcy Code Section 105(a) Staying Certain Litigation Against Indemnified Underwriters (Docket No. 7)*

8

*Status:*          *This matter is being adjourned to March 9, 2006.*

Dated:  New York, New York
          February 8, 2006

                        SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

        - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession