UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: |  |
|---|---|
| Delphi Corporation | In Proceedings For A Reorganization Under Chapter 11 |
|  | Case No. 05-44481 |
|  | Claim # Unknown |
| *Debtors* |  |

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:      AIT
                    30001 Golden Lantern suite 216
                    Laguna Niguel, CA 92677

The transfer of your claim as shown above, in the amount of $ 1,240.31 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____   Transferee ____   Debtor's Attorney ____

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re.                                  )
                                        )   Case No.05-44481
    Delphi Corporation.                 )   Jointly Administered
                                        )
                                        )   Chapter 11
                                        )
                                        )   NOTICE OF TRANSFER OF CLAIM
            Debtors.                    )   OTHER THAN FOR SECURITY AND
                                        )   WAIVER OF NOTICE.
                                        )   RULE 3001 (e)(1)

Please take notice that your unsecured claim of **AIT** Inc in the amount of $ 1,240.31 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received. I assert that the claim of **AIT** is not less than $ 1,240.31 and has not been previously transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the Court, or any other party. I agree to deliver to Trade Debt.net, Inc. any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
AIT
30001 GOLDEN LANTERN SUITE 216 LAGUNA NIGUEL, CA 92677

Please print your name D. DAVIES  Signature Dwight Davies
Title CEO                            Date 1-24-06
Address: 30001 Golden Lantern Apt 216
(city,state,zip)
Telephone 949 4954434   Fax SAME   Email ___
Federal Taxpayer ID / Social Security Number 11-3662091

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: ___
Timothy McGuire

Delphi con sys