In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640     Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1611101 - 10398240<br>FULTON INDUSTRIES INC<br>PO BOX 1623<br>TOLEDO   OH   43604 | ACCOUNTS PAYABLE | | $49,489.32 |
| 1013430 - 10005488<br>FULTON LOUISE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70204601 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1013430 - 10005489<br>FULTON LOUISE<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 70409789 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1013433 - 10005490<br>FULTON-SEARS DENNIS<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80405075 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1611104 - 10398241<br>FULTZ ENTERPRISES INC<br>20 CEDAR ST<br>FRANKLIN   PA   16323 | ACCOUNTS PAYABLE | | $40.00 |
| 1013454 - 10005491<br>FUQUA SANDRA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1013462 - 10005492<br>FURLO DEBORAH<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1129494 - 10007870<br>FURMAN DAVID C<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1551406 - 10008556<br>FURRIE JR NICHOLAS<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 994482-22 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1611113 - 10398242<br>FURUKAWA ELECTRIC CO LTD THE<br>6-1 MARUNOUCHI  2-CHOME<br>CHIYODA KU<br>TOKYO 100<br>JAPAN | ACCOUNTS PAYABLE | | $508,687.32 |
| 1611114 - 10398243<br>FURUKAWA ELECTRIC NORTH AMERICA APD INC<br>PO BOX 45651<br>SAN FRANCISCO   CA   941450651 | ACCOUNTS PAYABLE | | $48,000.00 |
| 1611116 - 10398244<br>FURUKAWA ELECTRIC NORTH AMERICA<br>PO BOX 45651<br>SAN FRANCISCO   CA   941450651 | ACCOUNTS PAYABLE | | $1,963,040.40 |
| 1611120 - 10398245<br>FUTABA CORP OF AMERICA<br>135 S LASALLE DEPT 4590<br>CHICAGO   IL   606744590 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $4,003,868.11 |