LORD BISSELL & BROOK LLP
111 South Wacker Drive
Chicago, Illinois 60606-4410
Tel: (312) 443-0700
Fax: (312) 443-0336
Timothy S. McFadden (TSM 9650)

and

LORD BISSELL & BROOK LLP
885 Third Avenue, 26th Floor
New York, NY 10022-4802
Tel: (212) 947-4700
Fax: (212) 947-1202
Kevin J. Walsh (KJW 6083)
Rocco N. Covino (RNC 2432)

Attorneys for Methode Electronics, Inc. and
its affiliated companies, including, without
limitation, Automotive Safety Technologies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 Case No. 05-44481 |
| DELPHI CORP, et al. | |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------x

**WITHDRAWAL OF APPEARANCE OF ROCCO N. COVINO
AS CO-COUNSEL FOR METHODE ELECTRONICS, INC. AND
ITS AFFILIATED COMPANIES, INCLUDING, WITHOUT
LIMITATION, AUTOMOTIVE SAFETY TECHNOLOGIES, INC.**

PLEASE TAKE NOTICE that Rocco N. Covino hereby withdraws his appearance as

co-counsel in this matter for Methode Electronics, Inc. and its affiliated companies, including,

without limitation, Automotive Safety Technologies, Inc.

PLEASE TAKE FURTHER NOTICE that Rocco N. Covino requests that his

1

name be removed from all service lists maintained in this matter.

The law firm of Lord, Bissell & Brook LLP and its other attorneys will continue their ongoing representation herein.

Dated: New York, New York
       February 9, 2006

Respectfully submitted,

/s/ Rocco N. Covino
Rocco N. Covino (RNC 2432)
Lord Bissell & Brook LLP
885 Third Avenue, 26th Floor
New York, New York 10022-4802
Direct Telephone: (212) 812-8340
Direct Fax: (212) 812-8390

Attorneys for Methode Electronics, Inc. and its affiliated companies, including, without limitation, Automotive Safety Technologies, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2006, a copy of the foregoing Withdrawal of Appearance was served electronically by the Court's electronic filing system on all counsel who have consented to such service.

/s/ Rocco N. Covino
Rocco N. Covino (RNC 2432)

2

NYC 40213v1