United States Bankruptcy Court
For the Southern District of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44481 et al |
| Debtor | } Amount $ 625.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**SCHMIEDE CORPORATION**
**1865 RILEY CREEK RD**
**TULLOHOMA, TN 37388**

The transfer of your claim as shown above in the amount of $ 625.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Jim Yenzer
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

751795

·······················(CUT HERE)·······················

**TRANSFER NOTICE**

SCHMIEDE CORPORATION ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI CORPORATION** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Claim of Assignor in the aggregate amount of $ 625.00 (your claim amount) representing all claims against: **DELPHI CORPORATION** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44481 et al, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 2nd day of January, 2006

SCHMIEDE CORPORATION

_____
(Signature)

K. Michael Butler, CFO
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

_____
(Print Name of Witness)

DELPHI CORPORATION
SCHMIEDE CORPORATION

751795