PRESENTMENT DATE: 2/23/06<br>
AT: 12:00 NOON

OBJECTIONS DUE: 2/23/06<br>
AT: 11:00 A.M.

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :     Chapter 11
DELPHI CORPORATION *et al.*,                        :     Case No. 05-44481 (RDD)
                                                    :     (Jointly Administered)
                        Debtors.                    :
------------------------------------------------------------x

### ORDER DENYING MOTION BY FURUKAWA ELECTRIC NORTH AMERICA APD FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS

Furukawa Electric North America APD ("Furukawa") having filed and served a motion dated December 15, 2005 (the "Motion")[1] for an Order granting Furukawa relief from the automatic stay pursuant to Title 11, U.S.C., section 362(d), to permit Furukawa to setoff against alleged mutual pre-petition claims; and the above-captioned Debtors having filed and served an objection to the Motion dated February 2, 2006 (the

---

[1] Capitalized terms not defined herein shall have the meanings set forth in the Motion.

"Objection"); and Furukawa having filed a reply to the Debtors' Objection dated February 8, 2006 (the "Reply");

**AND**, the Court having considered the Motion, the Objection, the Reply, and argument by counsel at a hearing conducted before the Court on February 9, 2006; and it appearing that good and sufficient notice of the presentment of this Order having been given in accordance with the Case Management Order in this case (Docket No. 245); and upon all of the prior pleadings and proceedings had herein; and good and sufficient cause appearing therefore; it is

**ORDERED**, that the Motion be, and it hereby is, denied; and it is further

**ORDERED**, that Furukawa is hereby directed to maintain all amounts of the October 4 Payment in its "suspension account" (as described in paragraph 7 of the Motion), which shall be interest bearing, pending further Order of this Court.

Dated:  New York, New York
         February ___, 2006

---
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE