David B. Draper, Esq. (Bar No. 107790)
TERRA LAW LLP
60 South Market Street, Suite 200
San Jose, California 95113
(408) 299-1200

Attorneys for Creditor
Maxim Integrated Products, Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re | Case No. 05-44481 (RDD) |
|---|---|
| DELPHI CORPORATION, et al., | Chapter 11 |
| Debtors. | |

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE COURT, THE CHAPTER 11 TRUSTEE, THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN INTEREST:

Maxim Integrated Products, Inc., a creditor herein, hereby requests that, from this date forward, it receive: (a) copies of all pleadings and papers filed in the above-captioned Chapter 11 case including, without limitation, all demands, complaints and other pleadings and papers filed or served in this case or in any adversary proceeding or contested matter arising in this case; and (b) notices of all matters which require notice to creditors, a creditors' committee or other parties in interest, including all matters described in Bankruptcy Rule 2002.

Maxim Integrated Products, Inc. further requests that from this date forward, copies of the above described documents be sent to:

David B. Draper, Esq.
Terra Law LLP
60 S. Market Street, Suite 200
San Jose, CA 95113
Email: ddraper@terra-law.com

In addition, Maxim Integrated Products, Inc. requests that the above party be added to the Master Mailing List in this case.

Dated: Feburary 9, 2006

TERRA LAW LLP

By: _____
David B. Draper
Attorneys for Creditor
Maxim Integrated Products, Inc.