**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |

**NOTICE OF HOURLY BILLING RATE ADJUSTMENT FOR**
**PROFESSIONAL SERVICES PROVIDED BY WARNER STEVENS, L.L.P., AS**
**CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**PLEASE TAKE NOTICE** that Warner Stevens, L.L.P. ("Warner Stevens") is employed in these cases as Conflicts Counsel to the Official Committee of Unsecured Creditors (the "Committee") by this Court's Final Order Under 11 U.S.C. §§ 327(a), 328 and 1103 and Fed.R.Bankr.P. 2014(a) Authorizing Employment and Retention of Warner Stevens, L.L.P., as Conflicts Counsel for the Official Committee of Unsecured Creditors dated January 6, 2006.

**PLEASE TAKE FURTHER NOTICE** that the Employment Application of Warner Stevens provides that Warner Stevens' billing rates are subject to periodic adjustments during the course of its engagement.

**PLEASE TAKE FURTHER NOTICE** that, effective January 1, 2006, the hourly billing rates for professional services provided by Warner Stevens will be adjusted as follows:

A. Hourly rate range for partners shall be $415 to $550;
B. Hourly rate range for associates shall be $275 to $415; and
C. Hourly rate range for paralegals shall be $125 to $160.

**PLEASE TAKE FURTHER NOTICE** that the adjusted hourly billing rates are the hourly rates that Warner Stevens customarily charges its clients for services provided in cases of this nature.

Dated: February 10, 2006            **WARNER STEVENS, L.L.P.**

                                    */s/ MICHAEL D. WARNER*
                                    Michael D. Warner, Esq. (admitted pro hac vice)
                                    301 Commerce Street, Suite 1700
                                    Fort Worth, TX 76102
                                    Telephone:  817.810.5250
                                    Facsimile:   817.810.5255

                                    Conflicts Counsel to the Official Committee of
                                    Unsecured Creditors

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of February, 2006, a true and correct copy of the foregoing Notice was served upon the parties on the Master Service List (dated 02/01/2006) via CM/ECF electronic noticing or United States mail, properly addressed and postage prepaid.

*/s/ MICHAEL D. WARNER*
Michael D. Warner