IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x
                         :

In re                      :    Chapter 11
                         :

DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                         :

             Debtors.    :    (Jointly Administered)
                         :

– – – – – – – – – – – – – – – – – – – – – – – – – – – – x

## AFFIDAVIT OF SERVICE

       I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

       On February 9, 2006, I caused to be served the documents listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery, (ii) upon the parties listed on Exhibit B hereto via electronic notification, and (iii) upon the parties listed on Exhibit C hereto via postage pre-paid U.S. mail:

1)  Declaration of Mark R. Weber In Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2211) [a copy of which is attached hereto as Exhibit D]

2)  Declaration of Nick Bubnovich in Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2212) [a copy of which is attached hereto as Exhibit E]

3)  Declaration of John D. Opie in Support of the Debtors' Motion for Order Under Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2213) [a copy of which is attached hereto as Exhibit F]

4)  Supplemental Declaration of Mark R. Weber In Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2214) [a copy of which is attached hereto as Exhibit G]

5)  Notice of Revised List of Debtors' Ordinary Course Professionals (Docket No. 2222) [a copy of which is attached hereto as Exhibit H]

6) Order Under 11 U.S.C. Sections 105(a) and 363(b) Authorizing Debtors to Pay Certain Financial Advisor Fees and Expenses Incurred by the United Automobile, Aerospace and Agricultural Implement Workers of America and the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America (Docket No. 2224) [a copy of which is attached hereto as Exhibit I]

7) First Amended Scheduling Order on Debtors' Motions to (I) Reject Collective Bargaining Agreements Under Section 1113(c) and (II) Eliminate Retiree Medical and Life Insurance Benefits for Union-Represented Retirees Under Section 1114(g) (Docket No. 2225) [a copy of which is attached hereto as Exhibit J]

8) Notice of Proposed Order Denying Motion by Furukawa Electric North America APD for Relief from the Automatic Stay to Permit Setoff of Claims (Docket No. 2231) [a copy of which is attached hereto as Exhibit K]

On February 9, 2006, I caused to be served the documents listed below (i) upon the parties listed on <u>Exhibit L</u> hereto via overnight delivery:

9) Declaration of Mark R. Weber In Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2211) [a copy of which is attached hereto as Exhibit D]

10) Declaration of Nick Bubnovich in Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2212) [a copy of which is attached hereto as Exhibit E]

11) Declaration of John D. Opie in Support of the Debtors' Motion for Order Under Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2213) [a copy of which is attached hereto as Exhibit F]

12) Supplemental Declaration of Mark R. Weber In Support of the Debtors' Motion for Order Under 11 U.S.C. Sections 105 and 363 Authorizing the Debtors to Implement a Key Employee Compensation Program (Docket No. 2214) [a copy of which is attached hereto as Exhibit G]

On February 9, 2006, I caused to be served the document listed below (i) upon the parties listed on <u>Exhibit M</u> hereto via overnight delivery:

13) Notice of Revised List of Debtors' Ordinary Course Professionals (Docket No. 2222) [a copy of which is attached hereto as Exhibit H]

On February 9, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit N hereto via overnight delivery:

14) Order Under 11 U.S.C. Sections 105(a) and 363(b) Authorizing Debtors to Pay Certain Financial Advisor Fees and Expenses Incurred by the United Automobile, Aerospace and Agricultural Implement Workers of America and the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America (Docket No. 2224) [a copy of which is attached hereto as Exhibit I]

On February 9, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit O hereto via overnight delivery:

15) First Amended Scheduling Order on Debtors' Motions to (I) Reject Collective Bargaining Agreements Under Section 1113(c) and (II) Eliminate Retiree Medical and Life Insurance Benefits for Union-Represented Retirees Under Section 1114(g) (Docket No. 2225) [a copy of which is attached hereto as Exhibit J]

On February 9, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit P hereto via overnight delivery:

16) Notice of Proposed Order Denying Motion by Furukawa Electric North America APD for Relief from the Automatic Stay to Permit Setoff of Claims (Docket No. 2231) [a copy of which is attached hereto as Exhibit K]

Dated: February 10, 2006

_/s/ Evan Gershbein_____
Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 10th day of February, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :  _/s/ Amy Lee Huh_____

Commission Expires:  _3/15/09_____

# EXHIBIT A

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|-------|------------------|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-209-4801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Cohen Weiss & Simon | Bruce Simon | 330 W. 42nd Street | | New York | NY | 10036 | 212-356-0231 | 212-695-5436 | b.simon@cwsny.com | |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com  karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Carrie L. Schiff | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | cshiff@flextronics.com | Counsel for Flextronics International |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| General Electric Company | Valerie Venable | 9930 Kincey Avenue | | Huntersville | NC | 28078 | 704-992-5075 | 866-585-2386 | | Creditor Committee Member |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| Internal Revenue Service | Attn: Insolvency Department, Mario Valerio | 290 Broadway | 5th Floor | New York | NY | 10007 | 212-298-2015 | 212-298-2016 | | IRS |
| Internal Revenue Service | Attn: Insolvency Department | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 | 313-628-3648 | 313-628-3602 | | Michigan IRS |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com  richard.duker@jpmorgan.com  gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Rectícel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Rectícel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/10/2006 8:58 PM
MSL lists fedex and email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| Office of New York State | Attorney General Eliot Spitzer | 120 Broadway | | New York City | NY | 10271 | 212-416-8000 | 212-416-6075 | | New York Attorney General's Office |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Financial | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electronics North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | United States Trustee |
| United States Trustee | Deirdre A. Martini | 33 Whitehall Street | Suite 2100 | New York | NY | 10004 | 212-510-0500 | 212-668-2256 | deirdre.martini@usdoj.gov | United States Trustee |
| Warner Stevens, L.L.P. | Michael D. Warner | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 | 817-810-5250 | 817-810-5255 | | Proposed Conflicts Counsel for the Official Committee of Unsecured Creditors |
| Weil, Gotshal & Manges LLP | Jeffrey L. Tanenbaum, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | jeffrey.tanenbaum@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/10/2006 8:58 PM
MSL lists fedex and email

# EXHIBIT B

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Rudnick Berlack Israels LLP | Robert J. Stark | Seven Times Square | | New York | NY | 10036 | 212-209-4800 | 212-2094801 | rstark@brownrudnick.com | Indenture Trustee |
| Capital Research and Management Company | Michelle Robson | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 | 310-996-6140 | 310-996-6091 | mlfr@capgroup.com | Creditor Committee Member |
| Curtis, Mallet-Prevost, Colt & mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | 2126966000 | 2126971559 | sreisman@cm-p.com | Counsel for Flextronics International USA, Inc. |
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| Electronic Data Systems Corp. | Michael Nefkens | 5505 Corporate Drive MSIA | | Troy | MI | 48098 | 248-696-1729 | 248-696-1739 | mike.nefkens@eds.com | Creditor Committee Member |
| Flextronics International | Terry Zale | 6328 Monarch Park Place | | Niwot | CO | 80503 | 303-652-4853 | 303-652-4716 | terryzale@flextronics.com | Counsel for Flextronics International |
| Freescale Semiconductor, Inc. | Richard Lee Chambers, III | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 | 512-895-6357 | 512-895-3090 | trey.chambers@freescale.com | Creditor Committee Member |
| FTI Consulting, Inc. | Randall S. Eisenberg | 3 Times Square | 11th Floor | New York | NY | 10036 | 212-2471010 | 212-841-9350 | randall.eisenberg@fticonsulting.com | Financial Advisors to Debtors |
| Groom Law Group | Lonie A. Hassel | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 | 202-857-0620 | 202-659-4503 | lhassel@groom.com | Counsel for Employee Benefits |
| Hodgson Russ LLP | Stephen H. Gross | 152 West 57th Street | 35th Floor | New York | NY | 10019 | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel for Hexcel Corporation |
| Honigman Miller Schwartz and Cohn LLP | Frank L. Gorman, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | fgorman@honigman.com | Counsel to General Motors Corporation |
| Honigman Miller Schwartz and Cohn LLP | Robert B. Weiss, Esq. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | 313-465-7000 | 313-465-8000 | rweiss@honigman.com | Counsel to General Motors Corporation |
| IUE-CWA | Henry Reichard | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 | 937-294-7813 | 937-294-9164 | hreichardiuecwa@aol.com | Creditor Committee Member |
| Jefferies & Company, Inc, | William Q. Derrough | 520 Madison Avenue | 12th Floor | New York | NY | 10022 | 212-284-2521 | 212-284-2470 | bderrough@jefferies.com | UCC Professional |
| JPMorgan Chase Bank, N.A. | Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Kramer Levin Naftalis & Frankel LLP | Gordon Z. Novod | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | gnovod@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kramer Levin Naftalis & Frankel LLP | Thomas Moers Mayer | 1177 Avenue of the Americas | | New York | NY | 10036 | 212-715-9100 | 212-715-8000 | tmayer@kramerlevin.com | Counsel Data Systems Corporation; EDS Information Services, LLC |
| Kurtzman Carson Consultants | James Le | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 | 310-751-1511 | 310-751-1561 | jle@kccllc.com | Noticing and Claims Agent: |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Law Debenture Trust of New York | Daniel R. Fisher | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | daniel.fisher@lawdeb.com | Indenture Trustee |
| Law Debenture Trust of New York | Patrick J. Healy | 767 Third Ave. | 31st Floor | New York | NY | 10017 | 212-750-6474 | 212-750-1361 | patrick.healy@lawdeb.com | Indenture Trustee |
| McDermott Will & Emery LLP | David D. Cleary | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | dcleary@mwe.com | Counsel for Recticel North America, Inc. |
| McDermott Will & Emery LLP | Mohsin N. Khambati | 227 West Monroe Street | | Chicago | IL | 60606 | 312-372-2000 | 312-984-7700 | mkhambati@mwe.com | Counsel for Recticel North America, Inc. |
| McTigue Law Firm | J. Brian McTigue | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | bmctigue@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| McTigue Law Firm | Cornish F. Hitchcock | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 | 202-364-6900 | 202-364-9960 | conh@mctiguelaw.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Mesirow Financial | Melissa Knolls | 321 N. Clark St. | 13th Floor | Chicago | IL | 60601 | 800-453-0600 | 312-644-8927 | mknoll@mesirowfinancial.com | UCC Professional |
| Morrison Cohen LLP | Joseph T. Moldovan, Esq. | 909 Third Avenue | | New York | NY | 10022 | 2127358603 | 9175223103 | jmoldovan@morrisoncohen.com | Counsel for Blue Cross and Blue Shield of Michigan |
| Northeast Regional Office | Mark Schonfeld, Regional Director | 3 World Financial Center | Room 4300 | New York | NY | 10281 | 212-336-1100 | 212-336-1323 | newyork@sec.gov | Securities and Exchange Commission |
| O'Melveny & Meyer LLP | Robert Siegel | 400 South Hope Street | | Los Angeles | CA | 90071 | 213-430-6000 | 213-430-6407 | rsiegel@omm.com | Special Labor Counsel |
| O'Melveny & Meyer LLP | Tom A. Jerman, Rachel Janger | 1625 Eye Street, NW | | Washington | DC | 20006 | 202-383-5300 | 202-383-5414 | tjerman@omm.com | Special Labor Counsel |
| Pension Benefit Guaranty Corporation | Jeffrey Cohen | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 | 202-326-4020 | 202-326-4112 | garrick.sandra@pbgc.gov efile@pbgc.gov | Counsel for Pension Benefit Guaranty Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/10/2006 8:58 PM
MSL lists fedex and email

Delphi Corporation
Master Service List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005-4026 | 2023264020 | 2023264112 | landy.ralph@pbgc.gov | Chief Counsel for the Pension Benefit Guaranty Corporation |
| Phillips Nizer LLP | Sandra A. Riemer | 666 Fifth Avenue | | New York | NY | 10103 | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel for Freescale Semiconductor, Inc., f/k/a Motorola Semiconductor Systems |
| Rothchild Inc. | David L. Resnick | 1251 Avenue of the Americas | | New York | NY | 10020 | 212-403-3500 | 212-403-5454 | david.resnick@us.rothschild.com | Financial Advisor |
| Seyfarth Shaw LLP | Robert W. Dremluk | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | 2122185500 | 2122185526 | rdremluk@seyfarth.com | Counsel for Murata Electroncs North |
| Shearman & Sterling LLP | Douglas Bartner, Jill Frizzley | 599 Lexington Avenue | | New York | NY | 10022 | 212-8484000 | 212-848-7179 | dbartner@shearman.com jfrizzley@shearman.com | Local Counsel to the Debtors |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| Skadden, Arps, Slate, Meagher & Flom LLP | John Wm. Butler, John K. Lyons, Ron E. Meisler | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 | 312-407-0700 | 312-407-0411 | jbutler@skadden.com jlyonsch@skadden.com rmeisler@skadden.com | Counsel to the Debtor |
| Skadden, Arps, Slate, Meagher & Flom LLP | Kayalyn A. Marafioti, Thomas J. Matz | 4 Times Square | P.O. Box 300 | New York | NY | 10036 | 212-735-3000 | 212-735-2000 | kmarafio@skadden.com tmatz@skadden.com | Counsel to the Debtor |
| Spencer Fane Britt & Browne LLP | Daniel D. Doyle | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | ddoyle@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Spencer Fane Britt & Browne LLP | Nicholas Franke | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 | 314-863-7733 | 314-862-4656 | nfranke@spencerfane.com | Counsel for Movant Retirees and Proposed Counsel for The Official Committee of Retirees |
| Stevens & Lee, P.C. | Chester B. Salomon, Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | 2123198500 | 2123198505 | cp@stevenslee.com cs@stevenslee.com | Counsel for Wamco, Inc. |
| Togut, Segal & Segal LLP | Albert Togut | One Penn Plaza | Suite 3335 | New York | NY | 10119 | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com | Conflicts Counsel to the Debtors |
| Weil, Gotshal & Manges LLP | Martin J. Bienenstock, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | martin.bienenstock@weil.com | Counsel to General Motors Corporation |
| Weil, Gotshal & Manges LLP | Michael P. Kessler, Esq. | 767 Fifth Avenue | | New York | NY | 10153 | 212-310-8000 | 212-310-8007 | michael.kessler@weil.com | Counsel to General Motors Corporation |
| Wilmington Trust Company | Steven M. Cimalore | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 | 302-636-6058 | 302-636-4143 | scimalore@wilmingtontrust.com | Creditor Committee Member/Indenture Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 2

2/10/2006 8:58 PM
MSL lists fedex and email

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Airgas, Inc. | David Boyle | 259 Radnor-Chester Road, Suite 100 | P.O. Box 6675 | Radnor | PA | 19087-8675 | | 610-230-3064 | 310-687-1052 | david.boyle@airgas.com | Counsel for Airgas, Inc. |
| Ajamie LLP | Thomas A. Ajamie | 711 Louisiana | Suite 2150 | Houston | TX | 77002 | | 713-860-1600 | 713-860-1699 | tajamie@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Ajamie LLP | Wallace A. Showman | 1350 Avenue of the Americas | 29th Floor | New York | NY | 10019 | | 212-246-6820 | 212-581-8958 | wshowman@ajamie.com | Counsel for SANLUIS Rassini International, Inc.; Rassini, S.A. de C.V. |
| Akin Gump Strauss Hauer & Feld, LLP | Peter J. Gurfein | 2029 Centure Park East | Suite 2400 | Los Angeles | CA | 90067 | | 310-552-6696 | 310-229-1001 | pgurfein@akingump.com | Counsel for Wamco, Inc. |
| Allen Matkins Leck Gamble & Mallory LLP | Michael S. Greger | 1900 Main Street | Fifth Floor | Irvine | CA | 92614-7321 | | 949-553-1313 | 949-553-8354 | mgreger@allenmatkins.com | Counsel for Kilroy Realty, L.P. |
| Ambrake Corporation | Ronald L. Jones | 300 Ring Road | | Elizabethtown | KY | 42701 | | 270-765-0208 | 270-234-2395 | rjones@ambrake.com | Representative for Ambrake Corporation |
| American Axle & Manufacturing, Inc. | Steven R. Keyes | One Dauch Drive, Mail Code 6E-2-42 | | Detroit | MI | 48243 | | 313-758-4868 | | steven.keyes@aam.com | Representative for American Axle & Manufacturing, Inc. |
| Andrews Kurth LLP | Gogi Malik | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | gogimalik@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Andrews Kurth LLP | Monica S. Blacker | 1717 Main Street | Suite 3700 | Dallas | TX | 75201 | | 214-659-4400 | 214-659-4401 | mblacker@andrewskurth.com | Counsel for ITW Mortgage Investments IV, Inc. |
| Angelo, Gordon & Co. | Leigh Walzer | 245 Park Avenue | 26th Floor | New York | NY | 10167 | | 212-692-8251 | 212-867-6395 | lwalzer@angelogordon.com | |
| Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP | Mark T. Flewelling | 199 South Los Robles Avenue | Suite 600 | Pasadena | CA | 91101-2459 | | 626-535-1900 | 626-577-7764 | mtf@afrct.com | Counsel for Stanley Electric Sales of America, Inc. |
| APS Clearing, Inc. | Andy Leinhoff | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | aleinoff@amph.com | Counsel for APS Clearing, Inc. |
| APS Clearing, Inc. | Matthew Hamilton | 1301 S. Capital of Texas Highway | Suite B-220 | Austin | TX | 78746 | | 512-314-4416 | 512-314-4462 | mhamilton@amph.com | Counsel for APS Clearing, Inc. |
| Arent Fox PLLC | Mitchell D. Cohen | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Cohen.Mitchell@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arent Fox PLLC | Robert M. Hirsh | 1675 Broadway | | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Hirsh.Robert@arentfox.com | Counsel for Pullman Bank and Trust Company |
| Arnall Golden Gregory LLP | Darryl S. Laddin | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | | 404-873-8120 | 404-873-8121 | dladdin@agg.com | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Arnold & Porter LLP | Joel M. Gross | 555 Twelfth Street, N.W. | | Washington | D.C. | 20004-1206 | | 202-942-5000 | 202-942-5999 | joel_gross@aporter.com | Counsel for CSX Transportation, Inc. |
| ATS Automation Tooling Systems Inc. | Carl Galloway | 250 Royal Oak Road | | Cambridge | Ontario | N3H 4R6 | Canada | 519-653-4483 | 519-650-6520 | cgalloway@atsautomation.com | Company |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | Kimberly J. Robinson | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | kim.robinson@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP | William J. Barrett | 333 West Wacker Drive | Suite 2700 | Chicago | IL | 60606 | | 312-629-5170 | 312-984-3150 | william.barrett@bfkpn.com | Counsel for Motion Industries, Inc. |
| Barnes & Thornburg LLP | Alan K. Mills | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | alan.mills@btlaw.com | Counsel for Mays Chemical Company |
| Barnes & Thornburg LLP | John T. Gregg | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3930 | 626-742-3999 | john.gregg@btlaw.com | Counsel to Priority Health |
| Barnes & Thornburg LLP | Patrick E. Mears | 300 Ottawa Avenue, NW | Suite 500 | Grand Rapids | MI | 49503 | | 616-742-3936 | 616-742-3999 | pmears@btlaw.com | Counsel to Armada Rubber Manufacturing Company, Bank of America Leasing & Leasing & Capital, LLC, & AutoCam Corporation |
| Barnes & Thornburg LLP | Michael M. McCrory Wendy D. Brewer | 11 S. Meridian Street | | Indianapolis | IN | 46204 | | 317-236-1313 | 317-231-7433 | wendy.brewer@btlaw.com michael.mccrory@btlaw.com | Counsel for Gibbs Die Casting Corporation |
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensionfonds ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employe's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensionfonds ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Berry Moorman P.C. | James P. Murphy | 535 Griswold | Suite 1900 | Detroit | MI | 48226 | | 313-496-1200 | 313-496-1300 | murph@berrymoorman.com | Counsel for Kamax L.P.; Optrex America, Inc. |
| Bialson, Bergen & Schwab | Kenneth T. Law, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | klaw@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc. |
| Bialson, Bergen & Schwab | Lawrence M. Schwab, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | lschwab@bbslaw.com | Counsel to UPS Supply Chain Solutions, Inc.; Solectron Corporation; Solectron De Mexico SA de CV; Solectron Invotronics; Coherent, Inc.; Veritas Software Corporation |
| Bialson, Bergen & Schwab | Patrick M. Costello, Esq. | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | pcostello@bbslaw.com | Solectron Corporation; Solectron de Mexico SA de CV; Solectron Invotronics and Coherent, Inc. |
| Bialson, Bergen & Schwab | Thomas M. Gaa | 2600 El Camino Real | Suite 300 | Palo Alto | CA | 94306 | | 650-857-9500 | 650-494-2738 | tgaa@bbslaw.com | Counsel to  Veritas Software Corporation |
| Blank Rome LLP | Bonnie Glantz Fatell | Chase Manhattan Centre | 1201 Market Street, Suite 800 | Wilmington | DE | 19801 | | 302-425-6423 | 302-428-5110 | fatell@blankrome.com | Counsel for Special Devices, Inc. |
| Blank Rome LLP | Marc E. Richards | The Chrysler Building | 405 Lexington Avenue | New York | NY | 10174 | | 212-885-5000 | 212-885-5002 | mrichards@blankrome.com | Counsel for DENSO International America, Inc. |
| Bolhouse, Vander Hulst, Risko & Baar P.C. | David S. Lefere | 3996 Chicago Drive SW | | Grandville | MI | 49418 | | 616-531-7711 | 616-531-7757 | davidl@bolhouselaw.com | Counsel for Eclipse Tool and Die, Inc. |
| Bond, Schoeneck & King, PLLC | Camille W. Hill | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | chill@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp. |
| Bond, Schoeneck & King, PLLC | Charles J. Sullivan | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | csullivan@bsk.com | Counsel for Diemolding Corporation |
| Bond, Schoeneck & King, PLLC | Stephen A. Donato | One Lincoln Center | 18th Floor | Syracuse | NY | 13202 | | 315-218-8000 | 315-218-8100 | sdonato@bsk.com | Counsel for Marquardt GmbH and Marquardt Switches, Inc.; Tessy Plastics Corp; Diemolding Corporation |
| Bose McKinney & Evans LLP | Jeannette Eisan Hinshaw | 135 N. Pennsylvania Street | Suite 2700 | Indianapolis | IN | 46204 | | 317-684-5296 | 317-684-5173 | jhinshaw@boselaw.com | Counsel for Decatur Plastics Products, Inc. and Eikenberry & Associates, Inc.; Lorentson Manufacturing, Company, Inc.; Lorentson Tooling, Inc.; L & S Tools, Inc.; Hewitt Tool & Die, Inc. |
| Boult, Cummings, Conners & Berry, PLC | Austin L. McMullen | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | amcmullen@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Boult, Cummings, Conners & Berry, PLC | Roger G. Jones | 1600 Division Street, Suite 700 | PO Box 34005 | Nashville | TN | 37203 | | 615-252-2307 | 615-252-6307 | rjones@bccb.com | Counsel for Calsonic Kansei North America, Inc.; Calsonic Harrison Co., Ltd. |
| Brown & Connery, LLP | Donald K. Ludman | 6 North Broad Street | | Woodbury | NJ | 08096 | | 856-812-8900 | 856-853-9933 | dludman@brownconnery.com | Counsel for SAP America, Inc. |
| Buchalter Nemer, A Profesional Corporation | Shawn M. Christianson | 333 Market Street | 25th Floor | San Francisco | CA | 94105-2126 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com | Counsel for Oracle USA, Inc.; Oracle Credit Corporation |
| Burr & Forman LLP | Michael Leo Hall | 420 North Twentieth Street | Suite 3100 | Birmingham | AL | 35203 | | (205) 458-5367 | (205) 244-5651 | mhall@burr.com | Counsel to Mercedes-Benz U.S. International, Inc |
| Cage Williams & Abelman, P.C. | Steven E. Abelman | 1433 Seventeenth Street | | Denver | CO | 80202 | | 303-295-0202 | | sabelman@cagewilliams.com | Counsel for United Power, Inc. |
| Cahill Gordon & Reindel LLP | Jonathan Greenberg | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 732-205-6777 | jonathan.greenberg@engelhard | Counsel for Engelhard Corporation |
| Cahill Gordon & Reindel LLP | Robert Usadi | 80 Pine Street | | New York | NY | 10005 | | 212-701-3000 | 212-269-5420 | rusadi@cahill.com | Counsel to Engelhard Corporation |
| Calinoff & Katz, LLp | Dorothy H. Marinis-Riggio | 140 East 45th Street | 17th Floor | New York | NY | 10017 | | 212-826-8800 | 212-644-5123 | driggio@candklaw.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Carson Fischer, P.L.C. | Robert A. Weisberg | 300 East Maple Road | Third Floor | Birmingham | MI | 48009-6317 | | 248-644-4840 | 248-644-1832 | rweisberg@carsonfischer.com | Counsel for Cascade Die Casting Group, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Carter Ledyard & Milburn LLP | Aaron R. Cahn | 2 Wall Street | | New York | NY | 10005 | | 212-732-3200 | 212-732-3232 | cahn@clm.com | Counsel for STMicroelectronics, Inc. |
| Clark Hill PLC | Joel D. Applebaum | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | japplebaum@clarkhill.com | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLC | Seth A. Drucker | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8300 | 313-965-8252 | sdrucker@clarkhill.com | Counsel for BorgWarner Turbo Systems Inc.; Metaldyne Company, LLC |
| Clark Hill PLLC | Robert D. Gordon | 500 Woodward Avenue | Suite 3500 | Detroit | MI | 48226-3435 | | 313-965-8572 | 313-965-8252 | rgordon@clarkhill.com | Counsel for ATS Automation Tooling Systems Inc. |
| Cleary Gottlieb Steen & Hamilton LLP | Deborah M. Buell | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Arneses Electricos Automotrices, S.A.de C.V.; Cordaflex, S.A. de C.V. |
| Cleary, Gottlieb, Steen & Hamilton LLP | James L. Bromley | One Liberty Plaza | | New York | NY | 10006 | | 212-225-2000 | 212-225-3999 | maofiling@cgsh.com | Counsel for Bear, Stearns, Co. Inc.; Citigroup, Inc.; Credit Suisse First Boston; Deutsche Bank Securities, Inc.; Goldman Sachs Group, Inc.; JP Morgan Chase & Co.; Lehman Brothers, Inc.; Merrill Lynch & Co.; Morgan Stanley & Co., Inc.; UBS Securities, LLC |
| Cohen & Grigsby, P.C. | Thomas D. Maxson | 11 Stanwix Street | 15th Floor | Pittsburgh | PA | 15222-1319 | | 412-297-4706 | 412-209-1837 | tmaxson@cohenlaw.com | Counsel for Nova Chemicals, Inc. |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Cohn Birnbaum & Shea P.C. | Scott D. Rosen, Esq. | 100 Pearl Street, 12th Floor | | Hartford | CT | 06103 | | 860-493-2200 | 860-727-0361 | srosen@cb-shea.com | Counsel to Floyd Manufacturing Co., Inc. |
| Colbert & Winstead, P.C. | Amy Wood Malone | 1812 Broadway | | Nashville | TN | 37203 | | 615-321-0555 | 615-321-9555 | amalone@colwinlaw.com | Counsel for Averitt Express, Inc. |
| Conlin, McKenney & Philbrick, P.C. | Bruce N. Elliott | 350 South Main Street | Suite 400 | Ann Arbor | MI | 48104 | | 734-971-9000 | 734-971-9001 | Elliott@cmplaw.com | Counsel to Brazeway, Inc. |
| Connolly Bove Lodge & Hutz LLP | Jeffrey C. Wisler, Esq. | 1007 N. Orange Street | P.O. Box 2207 | Wilmington | DE | 19899 | | 302-658-9141 | 302-658-0380 | jwisler@cblh.com | Counsel to ORIX Warren, LLC |
| Contrarian Capital Management, L.L.C. | Mark Lee, Janice Stanton, Bill Raine, Seth Lax | 411 West Putnam Avenue | Suite 225 | Greenwich | CT | 06830 | | 203-862-8200 / (230) 862-8231 | 203-629-1977 / (203) 629-1977 | mlee@contrariancapital.com jstanton@contrariancapital.com wraine@contrariancapital.com solax@contrariancapital.com | Counsel to Contrarian Capital Management, L.L.C. |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Sylvie J. Derrien | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | derrien@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Ronald S. Pretekin | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | Pretekin@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Coolidge, Wall, Womsley & Lombard Co. LPA | Steven M. Wachstein | 33 West First Street | Suite 600 | Dayton | OH | 45402 | | 937-223-8177 | 937-223-6705 | wachstein@coollaw.com | Counsel for Harco Industries, Inc.; Harco Brake Systems, Inc.; Dayton Supply & Tool Company |
| Curtin & Heefner, LLP | Daniel P. Mazo | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | dpm@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtin & Heefner, LLP | Robert Szwajkos | 250 N. Pennsylvania Avenue | | Morrisville | PA | 19067 | | 215-736-2521 | 215-736-3647 | rsz@curtinheefner.com | Counsel for SPS Technologies, LLC; NSS Technologies, Inc.; SPS Technologies Waterford Company; Greer Stop Nut, Inc. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Andrew M. Thau | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-8898 | 917-368-8898 | athau@cm-p.com | Counsel for Flextronics International, Inc.; Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 3 of 16
2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | David S. Karp | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | dkarp@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co. |
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Steven J. Reisman | 101 Park Avenue | | New York | NY | 10178-0061 | | 212-696-6065 | 212-697-1559 | sreisman@cm-p.com | Counsel for Flextronics International, Inc., Flextronics International USA, Inc.; Multek Flexible Circuits, Inc.; Sheldahl de Mexico S.A.de C.V.; Northfield Acquisition Co.; Flextronics Asia-Pacific Ltd.; Flextronics Technology (M) Sdn. Bhd |
| DaimlerChrysler Corporation | Kim Kolb | CIMS 485-13-32 | 1000 Chrysler Drive | Auburn Hills | MI | 48326-2766 | | 248-576-5741 | | krk4@daimlerchrysler.com | Counsel for DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Damon & Morey LLP | William F. Savino | 1000 Cathedral Place | 298 Main Street | Buffalo | NY | 14202-4096 | | 716-856-5500 | 716-856-5510 | wsavino@damonmorey.com | Counsel for Reico, Inc.; The Durham Companies, Inc. |
| Daniels & Kaplan, P.C. | Jay Selanders | 2405 Grand Boulevard | Suite 900 | Kansas City | MO | 64108-2519 | | 816-221-3086 | 816-221-3006 | selanders@danielsandkaplan.com | Counsel for DaimlerChrysler Corporation; DaimlerChrylser Motors Company, LLC; DaimlerChrysler Canada, Inc. |
| Denso International America, Inc. | Carol Sowa | 24777 Denso Drive | | Southfield | MI | 48086 | | 248-372-8531 | 248-350-7772 | carol_sowa@denso-diam.com | Counsel to Denso International America, Inc. |
| DiConza Law, P.C. | Gerard DiConza, Esq. | 630 Third Avenue, 7th Floor | | New York | NY | 10017 | | 212-682-4940 | 212-682-4942 | gdiconza@dlawpc.com | Counsel to Tyz-All Plastics, Inc.; Furukawa Electric North America APD |
| Dinsmore & Shohl LLP | John Persiani | 1900 Chemed Center | 255 East Fifth Street | Cincinnati | OH | 45202 | | 513-977-8200 | 513-977-8141 | john.persiani@dinslaw.com | Counsel for The Procter & Gamble Company |
| DLA Piper Rudnick Gray Cary US LLP | Richard M. Kremen Maria Ellena Chavez-Ruark | The Marbury Building | 6225 Smith Avenue | Baltimore | Maryland | 21209-3600 | | 410-580-3000 | 410-580-3001 | richard.kremen@dlapiper.com | Counsel for Constellation NewEnergy, Inc. & Constellation NewEnergy - Gas Division, LLC |
| Drinker Biddle & Reath LLP | Andrew C. Kassner | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | andrew.kassner@dbr.com | Counsel to Penske Truck Leasing Co., L.P. |
| Drinker Biddle & Reath LLP | David B. Aaronson | 18th and Cherry Streets | | Philadelphia | PA | 19103 | | 215-988-2700 | 215-988-2757 | david.aaronson@dbr.com | Counsel to Penske Truck Leasing Co., L.P. and Quaker Chemical Corporation |
| Duane Morris LLP | Margery N. Reed, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | dmdelphi@duanemorris.com | Counsel to ACE American Insurance Company |
| Duane Morris LLP | Joseph H. Lemkin | 744 Broad Street | Suite 1200 | Newark | NJ | 07102 | | 973-424-2000 | 973-424-2001 | jhlemkin@duanemorris.com | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Duane Morris LLP | Wendy M. Simkulak, Esq. | 30 South 17th Street | | Philadelphia | PA | 19103-4196 | | 215-979-1000 | 215-979-1020 | wmsimkulak@duanemorris.com | Counsel to ACE American Insurance Company |
| Electronic Data Systems Corporation | Ayala Hassell | 5400 Legacy Dr. | Mail Stop H3-3A-05 | Plano | TX | 75024 | | 212-715-9100 | 212-715-8000 | ayala.hassell@eds.com | Representative for Electronic Data Systems Corporation |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | David H. Freedman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | dfreedman@ermanteicher.com | Counsel for Doshi Prettl International, LLC |
| Erman, Teicher, Miller, Zucker & Freedman, P.C. | Earle I. Erman | 400 Galleria Officentre | Ste. 444 | Southfield | MI | 48034 | | 248-827-4100 | 248-827-4106 | eerman@ermanteicher.com | Counsel for Doshi Prettl International, LLC |
| Fagel Haber LLC | Gary E. Green | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | ggreen@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Fagel Haber LLC | Lauren Newman | 55 East Monroe | 40th Floor | Chicago | IL | 60603 | | 312-346-7500 | 312-580-2201 | lnewman@fagelhaber.com | Counsel for Aluminum International, Inc. |
| Finkel Goldstein Rosenbloom & Nash LLP | Ted J. Donovan | 26 Broadway | Suite 711 | New York | NY | 10004 | | 212-344-2929 | 212-422-6836 | tdonovan@finkgold.com | Counsel for Pillarhouse (U.S.A.) Inc. |
| Foley & Lardner LLP | Jill L. Murch | 321 North Clark Street | Suite 2800 | Chicago | IL | 60610-4764 | | 312-832-4500 | 312-832-4700 | jmurch@foley.com | Counsel for Kuss Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 4 of 16
2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Fox Rothschild LLP | Fred Stevens | 13 East 37th Street | Suite 800 | New York | NY | 10016 | | 212-682-7575 | 212-682-4218 | fstevens@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Fox Rothschild LLP | Michael J. Viscount, Jr. | 1301 Atlantic Avenue | Suite 400 | Atlantic City | NJ | 08401-7212 | | 609-348-4515 | 609-348-6834 | mviscount@foxrothschild.com | Counsel to M&G Plastic Products, Inc. |
| Frederick T. Rikkers | | 419 Venture Court | P.O. Box 930555 | Verona | WI | 53593 | | 608-848-6350 | 608-848-6357 | ftrikkers@rikkerslaw.com | Counsel for Southwest Metal Finishing, Inc. |
| Gazes LLC | Ian J. Gazes | 32 Avenue of the Americas | | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | ian@gazesllc.com | Counsel to Setech, Inc. |
| Gazes LLC | Eric Wainer | 32 Avenue of the Americas | Suite 1800 | New York | NY | 10013 | | 212-765-9000 | 212-765-9675 | office@gazesllc.com | Counsel to Setech, Inc. |
| Genovese Joblove & Battista, P.A. | Craig P. Rieders, Esq. | 100 S.E. 2nd Street | Suite 4400 | Miami | FL | 33131 | | 305-349-2300 | 305-349-2310 | crieders@gjb-law.com | Counsel for Ryder Integrated Logistics, Inc. |
| Gibbons, Del Deo, Dolan, Griffinger & Vecchione | David N. Crapo | One Riverfront Plaza | | Newark | NJ | 07102-5497 | | 973-596-4523 | 973-639-6244 | dcrapo@gibbonslaw.com | Counsel for Epcos, Inc. |
| Goodwin Procter LLP | Allan S. Brilliant | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | abrilliant@goodwinproctor.com | Counsel for UGS Corp. |
| Goodwin Procter LLP | Craig P. Druehl | 599 Lexington Avenue | | New York | NY | 10022 | | 212-813-8800 | 212-355-3333 | cdruehl@goodwinproctor.com | Counsel for UGS Corp. |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Goulston & Storrs, P.C. | Peter D. Bilowz | 400 Atlantic Avenue | | Boston | MA | 02110-333 | | 617-482-1776 | 617-574-4112 | pbilowz@goulstonstorrs.com | Counsel to Thermotech Company |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@ggelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfonds ABP |
| Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                   Page 5 of 16                   2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53214 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel for International Brotherhood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Graydon Head & Ritchey LLP | J. Michael Debbler, Susan M. Argo | 1900 Fifth Third Center | 511 Walnut Street | Cincinnati | OH | 45202 | | 513-621-6464 | 513-651-3836 | mdebbeler@graydon.com | Counsel for Grote Industries; Batesville Tool & Die; PIA Group; Reliable Castings |
| Greensfelder, Hemker & Gale, P.C. | Cherie Macdonald J. Patrick Bradley | 10 S. Broadway | Suite 200 | St. Louis | MO | 63102 | | 314-241-9090 | 314-241-8624 | ckm@greensfelder.com jpb@greensfelder.com | Counsel for ARC Automotive, Inc. |
| Guaranty Bank | Herb Reiner | 8333 Douglas Avenue | | Dallas | TX | 75225 | | 214-360-2702 | 214-360-1940 | herb.reiner@guarantygroup.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |
| Halperin Battaglia Raicht, LLP | Alan D. Halperin Christopher J.Battaglia | 555 Madison Avenue | 9th Floor | New York | NY | 10022 | | 212-765-9100 | 212-765-0964 | cbattaglia@halperinlaw.net ahalperin@halperinlaw.net | Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation |
| Harris D. Leinwand | Harris D. Leinwand | 350 Fifth Avenue | Suite 2418 | New York | NY | 10118 | | 212-725-7338 | 212-244-6219 | hleinwand@aol.com | Counsel for Baker Hughes Incorporated; Baker Petrolite Corporation |
| Herrick, Feinstein LLP | Paul Rubin | 2 Park Avenue | | New York | NY | 10016 | | 212-592-1448 | 212-545-3360 | prubin@herrick.com | Counsel for Canon U.S.A., Inc. and Schmidt Technology GmbH |
| Hewlett-Packard Company | Anne Marie Kennelly | 3000 Hanover St., M/S 1050 | | Palo Alto | CA | 94304 | | 650-857-6902 | 650-852-8617 | anne.kennelly@hp.com | Counsel to Hewlett-Packard Company |
| Hewlett-Packard Company | Glen Dumont | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4750 | 908-898-4137 | glen.dumont@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hewlett-Packard Company | Kenneth F. Higman | 2125 E. Katella Avenue | Suite 400 | Anaheim | CA | 92806 | | 714-940-7120 | 740-940-7539 | ken.higman@hp.com | Counsel for Hewlett-Packard Company |
| Hewlett-Packard Company | Sharon Petrosino | 420 Mountain Avenue | | Murray Hill | NJ | 07974 | | 908-898-4760 | 908-898-4133 | sharon.petrosino@hp.com | Counsel for Hewlett-Packard Financial Services Company |
| Hiscock & Barclay, LLP | J. Eric Charlton | 300 South Salina Street | PO Box 4878 | Syracuse | NY | 13221-4878 | | 315-425-2716 | 315-425-8576 | echarlton@hiscockbarclay.com | Counsel for GW Plastics, Inc. |
| Hodgson Russ LLP | Cheryl R. Storie | One M&T Plaza | Suite 2000 | Buffalo | NY | 14203 | | 716-848-1275 | 716-849-0349 | cstorie@hodgsonruss.com | Counsel for Hexcel Corporation |
| Hodgson Russ LLP | Stephen H. Gross, Esq. | Carnegie Hall Tower | 152 West 57th Street, 35th Street | New York | NY | 10019 | | 212-751-4300 | 212-751-0928 | sgross@hodgsonruss.com | Counsel to Hexcel Corporation |
| Hogan & Hartson L.L.P. | Audrey Moog | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | amoog@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Edward C. Dolan | Columbia Square | 555 Thirteenth Street, N.W. | Washington | D.C. | 20004-1109 | | 202-637-5677 | 202-637-5910 | ecdolan@hhlaw.com | Counsel for Umicore Autocat Canada Corp. |
| Hogan & Hartson L.L.P. | Scott A. Golden | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | sagolden@hhlaw.com | Counsel for XM Satellite Radio Inc. |
| Holme Roberts & Owen, LLP | Elizabeth K. Flaagan | 1700 Lincoln | Suite 4100 | Denver | CO | 80203 | | 303-861-7000 | 303-866-0200 | elizabeth.flaagan@hro.com | Counsel for CoorsTek, Inc.; Corus, L.P. |
| Honigman, Miller, Schwartz and Cohn, LLP | Donald T. Baty, Jr. | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | | 313-465-7314 | 313-465-7315 | dbaty@honigman.com | Counsel for Fujitsu Ten Corporation of America |
| Honigman, Miller, Schwartz and Cohn, LLP | Robert B. Weiss, Frank L. Gorman | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 | | 313-465-7000 | 313-465-8000 | rweiss@honigman.com fgorman@honigman.com | Counsel for General Motors Corporation |
| Hunter & Schank Co. LPA | John J. Hunter | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | jrhunter@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunter & Schank Co. LPA | Thomas J. Schank | One Canton Square | 1700 Canton Avenue | Toledo | OH | 43624 | | 419-255-4300 | 419-255-9121 | tomschank@hunterschank.com | Counsel for ZF Group North America Operations, Inc. |
| Hunton & Wiliams LLP | Michael P. Massad, Jr. | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | mmassad@hunton.com | Counsel for RF Monolithics, Inc. |
| Hunton & Wiliams LLP | Steven T. Holmes | Energy Plaza, 30th Floor | 1601 Bryan Street | Dallas | TX | 75201 | | 214-979-3000 | 214-880-0011 | sholmes@hunton.com | Counsel for RF Monolithics, Inc. |
| Hurwitz & Fine P.C. | Ann E. Evanko | 1300 Liberty Building | | Buffalo | NY | 14202 | | 716-849-8900 | 716-855-0874 | aee@hurwitzfine.com | Counsel for Jiffy-Tite Co., Inc. |
| Ice Miller | Ben T. Caughey | One American Square | Box 82001 | Indianapolis | IN | 46282-0200 | | 317-236-2100 | 317-236-2219 | Ben.Caughey@icemiller.com | Counsel for Sumco, Inc. |
| Infineon Technologies North America Corporation | Greg Bibbes | 1730 North First Street | M/S 11305 | San Jose | CA | 95112 | | 408-501-6442 | 408-501-2488 | greg.bibbes@infineon.com | General Counsel & Vice President for Infineon Technologies North America Corporation |
| Infineon Technologies North America Corporation | Jeff Gillespie | 2529 Commerce Drive | Suite H | Kokomo | IN | 46902 | | 765-454-2146 | 765-456-3836 | jeffery.gillispie@infineon.com | Global Account Manager for Infineon Technologies North America |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)
Page 6 of 16
2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Jaffe, Raitt, Heuer & Weiss, P.C. | Paige E. Barr | 27777 Franklin Road | Suite 2500 | Southfield | MI | 48034 | | 248-351-3000 | 248-351-3082 | pbarr@jaffelaw.com | Counsel for Trutron Corporation |
| Jenner & Block LLP | Ronald R. Peterson | One IBM Plaza | | Chicago | IL | 60611 | | 312-222-9350 | 312-840-7381 | rpeterson@jenner.com | Counsel for SPX Corporation (Contech Division), Alcan Rolled Products-Ravenswood, LLC and Tenneco Inc. |
| Jones Day | Scott J. Friedman | 222 East 41st Street | | New York | NY | 10017 | | 212-326-3939 | 212-755-7306 | sjfriedman@jonesday.com | Counsel for WL. Ross & Co., LLC |
| Katten Muchin Rosenman LLP | John P. Sieger, Esq. | 525 West Monroe Street | | Chicago | IL | 60661 | | 312-902-5200 | 312-577-4733 | john.sieger@kattenlaw.com | Counsel to TDK Corporation America and MEMC Electronic Materials, Inc. |
| Kegler, Brown, Hill & Ritter Co., LPA | Kenneth R. Cookson | 65 East State Street | Suite 1800 | Columbus | OH | 43215 | | 614-426-5400 | 614-464-2634 | kcookson@keglerbrown.com | Counsel for Solution Recovery Services |
| Kelley Drye & Warren, LLP | Mark I. Bane | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | mbane@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kelley Drye & Warren, LLP | Mark. R. Somerstein | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | msomerstein@kelleydrye.com | Counsel for the Pension Benefit Guaranty Corporation |
| Kennedy, Jennick & Murray | Larry Magarik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | lmagarik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Kennedy, Jennick & Murray | Susan M. Jennik | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | sjennik@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Kennedy, Jennick & Murray | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | | 212-358-1500 | 212-358-0207 | tkennedy@kjmlabor.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| King & Spalding, LLP | Alexandra B. Feldman | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | afeldman@kslaw.com | Counsel for Martinrea International, Inc. |
| King & Spalding, LLP | George B. South, III | 1185 Avenue of the Americas | | New York | NY | 10036 | | 212-556-2100 | 212-556-2222 | gsouth@kslaw.com | Counsel for Martinrea International, Inc. |
| Kirkland & Ellis LLP | Geoffrey A. Richards | 200 East Randolph Drive | | Chicago | IL | 60601 | | 312-861-2000 | 312-861-2200 | grichards@kirkland.com | Counsel for Lunt Manufacturing Company |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Edward M. Fox | 599 Lexington Avenue | | New York | NY | 10022 | | 212-536-4812 | 212-536-3901 | efox@klng.com | Counsel to Wilmington Trust Company, as Indenture trustee |
| Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A. | Sam O. Simmerman | 4775 Munson Street N.W. | P.O. Box 36963 | Canton | OH | 44735-6963 | | 330-497-0700 | 330-497-4020 | sosimmerman@kwgd.com | Counsel to for Millwood, Inc. |
| Kutchin & Rufo, P.C. | Edward D. Kutchin | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | | 617-542-3000 | 617-542-3001 | ekutchin@kutchinrufo.com | Counsel for Parlex Corporation |
| Lambert. Leser, Isackson, Cook & Guinta, P.C. | Susan M. Cook | 309 Davidson Building | PO Box 835 | Bay City | MI | 48707-0835 | | 989-893-3518 | | smcook@lambertleser.com | Counsel for Linamar Corporation |
| Latham & Watkins | Erika Ruiz | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | erika.ruiz@lw.com | UCC Professional |
| Latham & Watkins | Henry P. Baer, Jr. | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | henry.baer@lw.com | UCC Professional |
| Latham & Watkins | John W. Weiss | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | john.weiss@lw.com | UCC Professional |
| Latham & Watkins | Mark A. Broude | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1384 | 212-751-4864 | mark.broude@lw.com | UCC Professional |
| Latham & Watkins | Michael J. Riela | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | michael.riela@lw.com | UCC Professional |
| Latham & Watkins | Mitchell A. Seider | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | mitchell.seider@lw.com | UCC Professional |
| Latham & Watkins | Robert Rosenberg | 885 Third Avenue | Suite 1000 | New York | NY | 10022-4834 | | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Lewis and Roca LLP | Rob Charles, Esq. | One South Church Street | Suite 700 | Tucson | AZ | 85701 | | 520-629-4427 | 520-879-4705 | rcharles@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Lewis and Roca LLP | Susan M. Freeman, Esq. | 40 North Central Avenue | Suite 1900 | Phoenix | AZ | 85004-4429 | | 602-262-5756 | 602-734-3824 | sfreeman@lrlaw.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 7 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Linear Technology Corporation | John England, Esq. | 1630 McCarthy Blvd. | | Milpitas | CA | 95035-7417 | | 408-432-1900 | 408-434-0507 | jengland@linear.com | Counsel to Linear Technology Corporation |
| Linebarger Goggan Blair & Sampson, LLP | Diane W. Sanders | 1949 South IH 35 (78741) | P.O. Box 17428 | Austin | TX | 78760-7428 | | 512-447-6675 | 512-443-5114 | austin.bankruptcy@publicans.com | Counsel to Cameron County, Brownsville ISD |
| Linebarger Goggan Blair & Sampson, LLP | Elizabeth Weller | 2323 Bryan Street | Suite 1600 | Dallas | TX | 75201 | | 214-880-0089 | 4692215002 | dallas.bankruptcy@publicans.com | Counsel for Dallas County and Tarrant County |
| Linebarger Goggan Blair & Sampson, LLP | John P. Dillman | P.O. Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3478 | 713-844-3503 | houston_bankruptcy@publicans.com | Counsel in Charge for Taxing Authorities |
| Loeb & Loeb LLP | William M. Hawkins | 345 Park Avenue | | New York | NY | 10154 | | 212-407-4000 | 212-407-4990 | whawkins@loeb.com | Counsel for Industrial Ceramics Corporation |
| Lowenstein Sandler PC | Bruce S. Nathan | 1251 Avenue of the Americas | | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | bnathan@lowenstein.com | Counsel for Daewoo International (America) Corp. |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Kenneth A. Rosen | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | krosen@lowenstein.com | Counsel for Cerberus Capital Management, L.P. |
| Lowenstein Sandler PC | Michael S. Etkin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Scott Cargill | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | scargill@lowenstein.com | Counsel for Cerberus Capital Management, L.P.; AT&T Corporation |
| Lowenstein Sandler PC | Vincent A. D'Agostino | 65 Livingston Avenue | | Roseland | NJ | 07068 | | 973-597-2500 | 973-597-2400 | vdagostino@lowenstein.com | Counsel for AT&T Corporation |
| MacDonald, Illig, Jones & Britton LLP | Richard J. Parks | 100 State Street | Suite 700 | Erie | PA | 16507-1459 | | 814-870-7754 | 814-454-4647 | rparks@mijb.com | Counsel for Ideal Tool Company, Inc. |
| Madison Capital Management | Joe Landen | 6143 South Willow Drive | Suite 200 | Greenwood Village | CO | 80111 | | 303-957-4254 | 303-957-2098 | jlanden@madisoncap.com | Representative for Madison Capital Management |
| Margulies & Levinson, LLP | Jeffrey M. Levinson, Esq. Leah M. Caplan, Esq. | 30100 Chagrin Boulevard | Suite 250 | Pepper Pike | OH | 44124 | | 216-514-4935 | 216-514-4936 | jml@ml-legal.com lmc@ml-legal.com | Counsel for Venture Plastics |
| Masuda Funai Eifert & Mitchell, Ltd. | Gary D. Santella | 203 North LaSalle Street | Suite 2500 | Chicago | IL | 60601-1262 | | 312-245-7500 | 312-245-7467 | gsantella@masudafunai.com | Counsel for NDK America, Inc./NDK Crystal, Inc.; Foster Electric USA, Inc.; JST Corporation; Nichicon (America) Corporation; Taiho Corporation of America; American Aikoku Alpha, Inc.; Sagami America, Ltd.; SL America, Inc./SL Tennessee, LLC; Hosiden America Corporation and Samtech Corporation |
| Mayer, Brown, Rowe & Maw LLP | Jeffrey G. Tougas | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | jgtougas@mayerbrownrowe.com | Counsel for Bank of America, N.A. |
| Mayer, Brown, Rowe & Maw LLP | Raniero D'Aversa, Jr. | 1675 Broadway | | New York | NY | 10019 | | 212-262-1910 | 212-506-2500 | rdaversa@mayerbrown.com | Counsel for Bank of America, N.A. |
| McCarter & English, LLP | David J. Adler, Jr. Esq. | 245 Park Avenue, 27th Floor | | New York | NY | 10167 | | 212-609-6800 | 212-609-6921 | dadler@mccarter.com | Counsel to Ward Products, LLC |
| McDermott Will & Emery LLP | James M. Sullivan | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | jmsullivan@mwe.com | Counsel to Linear Technology Corporation, National Semiconductor Corporation; Timken Corporation |
| McDermott Will & Emery LLP | Stephen B. Selbst | 50 Rockefeller Plaza | | New York | NY | 10020 | | 212-547-5400 | 212-547-5444 | sselbst@mwe.com | Counsel for National Semiconductor Corporation |
| McDonald Hopkins Co., LPA | Jean R. Robertson, Esq. | 600 Superior Avenue, East | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | jrobertson@mcdonaldhopkins.com | Counsel to Brush Engineered materials |
| McDonald Hopkins Co., LPA | Scott N. Opincar, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sopincar@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 8 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| McDonald Hopkins Co., LPA | Shawn M. Riley, Esq. | 600 Superior Avenue, E. | Suite 2100 | Cleveland | OH | 44114 | | 216-348-5400 | 216-348-5474 | sriley@mcdonaldhopkins.com | Counsel to Republic Engineered Products, Inc. |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | Jeffrey Bernstein, Esq. | Three Gateway Center | 100 Mulberry Street | Newark | NJ | 07102-4079 | | 973-622-7711 | 973-622-5314 | jbernstein@mdmc-law.com | Counsel to New Jersey Self-Insurers Guaranty Association |
| McGuirewoods LLP | Elizabeth L. Gunn | One James Center | 901 East Cary Street | Richmond | VA | 23219-4030 | | 804-775-1178 | 804-698-2186 | egunn@mcguirewoods.com | Counsel for Siemens Logistics Assembly Systems, Inc. |
| Meyer, Suozzi, English & Klein, P.C. | Hanan Kolko | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | hkolko@msek.com | Counsel for The International Union of Electronic, Salaried, Machine and Furniture Workers - Communicaitons Workers of America |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Meyers, Rodbell & Rosenbaum, P.A. | M. Evan Meyers | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | emeyers@mrrlaw.net | Counsel for Prince George County, Maryland |
| Meyers, Rodbell & Rosenbaum, P.A. | Robert H. Rosenbaum | Berkshire Building | 6801 Kenilworth Avenue, Suite 400 | Riverdale Park | MD | 20737-1385 | | 301-699-5800 | | rrosenbaum@mrrlaw.net | Counsel for Prince George County, Maryland |
| Miles & Stockbridge, P.C. | Kerry Hopkins | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | khopkins@milesstockbridge.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miles & Stockbridge, P.C. | Thomas D. Renda | 10 Light Street | | Baltimore | MD | 21202 | | 410-385-3418 | 410-385-3700 | trenda@milesstockbridge.com | Counsel for Computer Patent Annuities Limited Partnership, Hydro Aluminum North America, Inc., Hydro Aluminum Adrian, Inc., Hydro Aluminum Precision Tubing NA, LLC, Hydro Alumunim Ellay Enfield Limited, Hydro Aluminum Rockledge, Inc., Norsk Hydro Canada, Inc., Emhart Technologies LLL and Adell Plastics, Inc. |
| Miller Johnson | Thomas P. Sarb Robert D. Wolford | 250 Monroe Avenue, N.W. | Suite 800, PO Box 306 | Grand Rapids | MI | 49501-0306 | | 616-831-1748 616-831-1726 | 616-988-1748 616-988-1726 | tsarb@millerjohnson.com wolfordr@millerjohnson.com | Counsel to Pridgeon & Clay, Inc. |
| Miller, Canfield, Paddock and Stone, P.L.C. | Timothy A. Fusco | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8435 | 313-496-8453 | fusco@millercanfield.com | Counsel for Niles USA Inc.; Techcentral, LLC; The Bartech Group, Inc.; Fischer Automotive Systems |
| Miller, Canfield, Paddock and Stone, P.L.C. | Jonathan S. Green | 150 W. Jefferson Avenue | Suite 2500 | Detroit | MI | 48226 | | 313-496-8452 | 313-496-7997 | greenj@millercanfield.com | Counsel for Wells Operating Partnership, LP |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Michael L. Schein | 666 Third Avenue | | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | mlschein@mintz.com | Counsel to Hitachi Automotive Products (USA), Inc.; Conceria Pasubio |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Paul J. Ricotta | One Financial Center | | Boston | MA | 02111 | | 617-542-6000 | 617-542-2241 | pjricotta@mintz.com | Counsel for Hitachi Automotive Products (USA), Inc. |
| Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C. | Stephanie K. Hoos | The Chrysler Center | 666 Third Avenue | New York | NY | 10017 | | 212-935-3000 | 212-983-3115 | skhoos@mintz.com | Counsel for Hitachi Automotive Products (USA), Inc. |
| Molex Connector Corp | Jeff Ott | 2222 Wellington Ct. | | Lisle | IL | 60532 | | 630-527-4254 | 630-512-8610 | Jeff.Ott@molex.com | Counsel for Molex Connector Corp |
| Morgan, Lewis & Bockius LLP | Andrew D. Gottfried | 101 Park Avenue | | New York | NY | 10178-0060 | | 212-309-6000 | 212-309-6001 | agottfried@morganlewis.com | Counsel for ITT Industries, Inc.; Hitachi Chemical (Singapore), Ltd. |
| Morgan, Lewis & Bockius LLP | Menachem O. Zelmanovitz | 101 Park Avenue | | New York | NY | 10178 | | 212-309-6000 | 212-309-6001 | mzelmanovitz@morganlewis.com | Counsel for Hitachi Chemical (Singapore) Pte, Ltd. |
| Morgan, Lewis & Bockius LLP | Richard W. Esterkin, Esq. | 300 South Grand Avenue | | Los Angeles | CA | 90017 | | 213-612-1163 | 213-612-2501 | resterkin@morganlewis.com | Counsel to Sumitomo Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                    Page 9 of 16                                    2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|---------|-------|-----|-------|------------------|
| Moritt Hock Hamroff & Horowitz LLP | Leslie Ann Berkoff | 400 Garden City Plaza | | Garden City | NY | 11530 | | 516-873-2000 | | lberkoff@moritthock.com | Counsel for Standard Microsystems Corporation and its direct and indirect subsidiaries Oasis SiliconSystems AG and SMSC NA Automotive, LLC (successor-in-interst to Oasis Silicon Systems, Inc.) |
| Morris, Nichols, Arsht and Tunnell | Michael G. Busenkell | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | mbusenkell@mnat.com | Counsel for Chicago Miniature Optoelectronic Technologies, Inc. |
| Morris, Nichols, Arsht and Tunnell | Robert J. Dehney | PO Box 1347 | | Wilmington | DE | 19899-1347 | | 302-658-9200 | 302-658-3989 | rdehney@mnat.com | Counsel for Chicago Miniature Optoelectronnic Technologies, Inc. |
| Morrison Cohen LLP | Joseph T. Moldovan Michael R. Dal Lago | 909 Third Avenue | | New York | NY | 10022 | | 212-735-8603 212-735-8757 | 917-522-3103 917-522-3157 | jmoldovan@morrisoncohen.com mdallago@morrisoncohen.com | Counsel to Blue Cross and Blue Shield of Michigan |
| Munsch Hardt Kopf & Harr, P.C. | Raymond J. Urbanik, Esq., Joseph J. Wielebinski, Esq. and Davor Rukavina, Esq. | 4000 Fountain Place | 1445 Ross Avenue | Dallas | RX | 75202-2790 | | 214-855-7590 214-855-7561 214-855-7587 | 214-978-4374 | rurbanik@munsch.com jwielebinski@munsch.com drukavina@munsch.com | Counsel for Texas Instruments Incorporated |
| Nantz, Litowich, Smith, Girard & Hamilton, P.C. | Sandra S. Hamilton | 2025 East Beltline, S.E. | Suite 600 | Grand Rapids | MI | 49546 | | 616-977-0077 | 616-977-0529 | sandy@nlsg.com | Counsel for Lankfer Diversified Industries, Inc. |
| Nathan, Neuman & Nathan, P.C. | Kenneth A. Nathan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | Knathan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Nathan, Neuman & Nathan, P.C. | Susanna C. Brennan | 29100 Northwestern Highway | Suite 260 | Southfield | MI | 48034 | | 248-351-0099 | 248-351-0487 | sbrennan@nathanneuman.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| National City Commercial Capital | Lisa M. Moore | 995 Dalton Avenue | | Cincinnati | OH | 45203 | | 513-455-2390 | 866-298-4481 | lisa.moore2@nationalcity.com | Vice President and Senior Counsel for National City Commercial Capital |
| Nelson Mullins Riley & Scarborough | George B. Cauthen | 1320 Main Street, 17th Floor | PO Box 11070 | Columbia | SC | 29201 | | 803-7255-9425 | 803-256-7500 | george.cauthen@nelsonmullins.com | Counsel for Datwyler Rubber & Plastics, Inc.; Datwyler, Inc.; Datwyler i/o devices (Americas), Inc.; Rothrist Tube (USA), Inc. |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 10 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Noma Company and General Chemical Performance Products LLC | James Imbriaco | 90 East Halsey Road | | Parsippanny | NJ | 07054 | | 973-884-6952 | 973-515-3244 | jimbriaco@gentek-global.com | |
| Norris, McLaughlin & Marcus | Elizabeth L. Abdelmasieh, Esq | 721 Route 202-206 | P.O. Box 1018 | Somerville | NJ | 08876 | | 908-722-0700 | 908-722-0755 | eabdelmasieh@nmmlaw.com | Counsel for Rotor Clip Company, Inc. |
| North Point | David G. Heiman | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | dgheiman@jonesday.com | Counsel for WL. Ross & Co., LLC |
| North Point | Michelle M. Harner | 901 Lakeside Avenue | | Cleveland | OH | 44114 | | 216-586-3939 | 216-579-0212 | mmharner@jonesday.com | Counsel for WL. Ross & Co., LLC |
| Office of the Texas Attorney General | Jay W. Hurst | P.O. Box 12548 | | Austin | TX | 78711-2548 | | 512-475-4861 | 512-482-8341 | jay.hurst@oag.state.tx.us | Counsel for The Texas Comptroller of Public Accounts |
| Orbotech, Inc. | Michael M. Zizza, Legal Manager | 44 Manning Road | | Billerica | MA | 01821 | | 978-901-5025 | 978-667-9969 | michaelz@orbotech.com | Company |
| Orrick, Herrington & Sutcliffe LLP | Alyssa Englund, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-506-5187 | 212-506-5151 | aenglund@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Orrick, Herrington & Sutcliffe LLP | Frederick D. Holden, Jr., Esq. | 405 Howard Street | | San Francisco | CA | 94105 | | 415-773-5700 | 415-773-5759 | fholden@orrick.com | Counsel to America President Lines, Ltd. And APL Co. Pte Ltd. |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Melissa A. Hager | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | mhager@oshr.com | Counsel for Sharp Electronics Corporation |
| Otterbourg, Steindler, Houston & Rosen, P.C. | Scott L. Hazan | 230 Park Avenue | | New York | NY | 10169 | | 212-661-9100 | 212-682-6104 | shazan@oshr.com | Counsel for Sharp Electronics Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Curtis J. Weidler | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3157 | 212-373-2053 | cweidler@paulweiss.com | Counsel for Ambrake Corporation; Akebono Corporation |
| Paul, Weiss, Rifkind, Wharton & Garrison | Douglas R. Davis | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | ddavis@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Elizabeth R. McColm | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3000 | 212-757-3990 | emccolm@paulweiss.com | Counsel for Noma Company and General Chemical Performance Products LLC |
| Paul, Weiss, Rifkind, Wharton & Garrison | Stephen J. Shimshak | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3133 | 212-373-2196 | sshimshak@paulweiss.com | Counsel for Ambrake Corporation |
| Pension Benefit Guaranty Corporation | Ralph L. Landy | 1200 K. Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | landy.ralph@pbgc.gov | Counsel to Pension Benefit Guaranty Corporation |
| Pepe & Hazard LLP | Charles J. Filardi, Jr., Esq. | 30 Jelliff Lane | | Southport | CT | 06890 | | 203-319-4042 | 203-319-4034 | cfilardi@pepehazard.com | Federal Express Corporation |
| Pepper, Hamilton LLP | Anne Marie Aaronson | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | aaronsona@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Pepper, Hamilton LLP | Linda J. Casey | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | caseyl@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Henry Jaffe | 1313 Market Street | PO Box 1709 | Wilmington | DE | 19899-1709 | | 302-777-6500 | 302-421-8390 | jaffeh@pepperlaw.com | Counsel for SKF USA, Inc. |
| Pepper, Hamilton LLP | Francis J. Lawall | 3000 Two logan Square | Eighteenth & Arch Streets | Philadelphia | PA | 19103-2799 | | 215-981-4000 | 215-981-4750 | lawallf@pepperlaw.com | Counsel for Capro, Ltd, Teleflex Automotive Manufacturing Corporation and Teleflex Incorporated d/b/a Teleflex Morse (Capro) |
| Phillips Nizer LLP | Sandra A. Riemer, Esq. | 666 Fifth Avenue | | New York | NY | 10103 | | 212-841-0589 | 212-262-5152 | sriemer@phillipsnizer.com | Counsel to Freescale Semiconductor, Inc. f/k/a Motorola Semiconductor Systems (U.S.A.) Inc. |
| Pillsbury Winthrop Shaw Pittman LLP | Karen B. Dine | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | karen.dine@pillsburylaw.com | Counsel for Clarion Corporation of America |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 11 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pillsbury Winthrop Shaw Pittman LLP | Margot P. Erlich | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | margot.erlich@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Mark D. Houle | 650 Town Center Drive | 7th Floor | Costa Mesa | CA | 92626-7122 | | 714-436-6800 | 714-436-2800 | mark.houle@pillsburylaw.com | Counsel for Clarion Corporation of America |
| Pillsbury Winthrop Shaw Pittman LLP | Richard L. Epling | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | richard.epling@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pillsbury Winthrop Shaw Pittman LLP | Robin L. Spear | 1540 Broadway | | New York | NY | 10036-4039 | | 212-858-1000 | 212-858-1500 | robin.spear@pillsburylaw.com | Counsel for MeadWestvaco Corporation, MeadWestvaco South Carolina LLC and MeadWestvaco Virginia Corporation |
| Pitney Hardin LLP | Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-297-5800 | 212-682-3485 | rbeacher@pitneyhardin.com | Counsel for IBJTC Business Credit Corporation |
| Pitney Hardin LLP | Richard M. Meth | P.O. Box 1945 | | Morristown | NJ | 07962-1945 | | 973-966-6300 | 973-966-1015 | rmeth@pitneyhardin.com | Counsel for Marshall E. Campbell Company |
| Porzio, Bromberg & Newman, P.C. | Brett S. Moore, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | bsmoore@pbnlaw.com | |
| Porzio, Bromberg & Newman, P.C. | John S. Mairo, Esq. | 100 Southgate Parkway | P.O. Box 1997 | Morristown | NJ | 07960 | | 973-538-4006 | 973-538-5146 | jsmairo@pbnlaw.com | Counsel to Neuman Aluminum Automotive, Inc. and Neuman Aluminum Impact Extrusion, Inc. |
| Pryor & Mandelup, LLP | A. Scott Mandelup, Kenneth A. Reynolds | 675 Old Country Road | | Westbury | NY | 11590 | | 516-997-0999 | 516-333-7333 | asm@pryormandelup.com kar@pryormandelup.com | Counsel for National Molding Corporation; Security Plastics Division/NMC LLC |
| QAD, Inc. | Jason Pickering, Esq. | 10,000 Midlantic Drive | | Mt. Laurel | NJ | 08054 | | 856-840-2489 | 856-840-2740 | jkp@qad.com | Counsel to QAD, Inc. |
| Quadrangle Debt Recovery Advisors LLC | Andrew Herenstein | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1742 | 866-741-2505 | andrew.herenstein@quadranglegrou | Counsel to Quadrangle Debt Recovery Advisors LLC |
| Quadrangle Group LLC | Patrick Bartels | 375 Park Avenue, 14th Floor | | New York | NY | 10152 | | 212-418-1748 | 866-552-2052 | patrick.bartels@quadranglegrou | Counsel to Quadrangle Group LLC |
| Quarles & Brady Streich Lang LLP | John A. Harris | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | jharris@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Quarles & Brady Streich Lang LLP | Kasey C. Nye | One South Church Street | | Tucson | AZ | 85701 | | 520-770-8717 | 520-770-2203 | knye@quarles.com | Counsel for Offshore International, Inc.; Maquilas Teta Kawi, S.A. de C.V.; On Semiconductor Corporation |
| Quarles & Brady Streich Lang LLP | Scott R. Goldberg | Renaissance One | Two North Central Avenue | Phoenix | AZ | 85004-2391 | | 602-229-5200 | 602-229-5690 | sgoldber@quarles.com | Counsel for Semiconductor Components Industries, Inc. |
| Reed Smith | Elena Lazarou | 599 Lexington Avenue | 29th Street | New York | NY | 10022 | | 212-521-5400 | 212-521-5450 | elazarou@reedsmith.com | Counsel for General Electric Capital Corporation, Stategic Asset Finance. |
| Republic Engineered Products, Inc. | Joseph Lapinsky | 3770 Embassy Parkway | | Akron | OH | 44333 | | 330-670-3004 | 330-670-3020 | jlapinsky@republicengineered.c | Counsel to Republic Engineered Products, Inc. |
| Riddell Williams P.S. | Joseph E. Shickich, Jr. | 1001 4th Ave. | Suite 4500 | Seattle | WA | 98154-1195 | | 206-624-3600 | 206-389-1708 | jshickich@riddellwilliams.com | Counsel for Microsoft Corporation; Microsoft Licensing, GP |
| Riemer & Braunstein LLP | Mark S. Scott | Three Center Plaza | | Boston | MA | 02108 | | 617-523-9000 | 617-880-3456 | mscott@riemerlaw.com | Counsel for ICX Corporation |
| Robinson, McFadden & Moore, P.C. | Annemarie B. Mathews | P.O. Box 944 | | Columbia | SC | 29202 | | 803-779-8900 | 803-771-9411 | amathews@robinsonlaw.com | Counsel for Blue Cross Blue Shield of South Carolina |
| Ropers, Majeski, Kohn & Bentley | Christopher Norgaard | 515 South Flower Street | Suite 1100 | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | cnorgaard@ropers.com | Counsel for Brembo S.p.A; Bibielle S.p.A.; AP Racing |
| Ropes & Gray LLP | Gregory O. Kaden | One International Place | | Boston | MA | 02110-2624 | | 617-951-7000 | 617-951-7050 | gregory.kaden@ropesgray.com | Attorneys for D-J, Inc. |
| Russell Reynolds Associates, Inc. | Charles E. Boulbol, P.C. | 26 Broadway, 17th Floor | | New York | NY | 10004 | | 212-825-9457 | 212-825-9414 | rtrack@msn.com | Counsel to Russell Reynolds Associates, Inc. |
| Sachnoff & Weaver, Ltd | Charles S. Schulman, Arlene N. Gelman | 10 South Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-1000 | 312-207-6400 | cschulman@sachnoff.com agelman@sachnoff.com | Counsel for Infineon Technologies North America Corporation |
| Satterlee Stephens Burke & Burke LLP | Christopher R. Belmonte | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com | Counsel to Moody's Investors Service |
| Satterlee Stephens Burke & Burke LLP | Pamela A. Bosswick | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | pbosswick@ssbb.com | Counsel to Moody's Investors Service |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 12 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiff Hardin LLP | Michael Yetnikoff | 623 Fifth Avenue | 28th Floor | New York | NY | 10022 | | 212-753-5000 | 212-753-5044 | myetnikoff@schiffhardin.com | Counsel for  Means Industries |
| Schiff Hardin LLP | William I. Kohn | 6600 Sears Tower | | Chicago | IL | 60066 | | 312-258-5500 | 312-258-5600 | wkohn@schiffhardin.com | Counsel for  Means Industries |
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schulte Roth & Sabel LLP | James T. Bentley | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2273 | 212-593-5955 | james.bentley@srz.com | Counsel for Panasonic Automotive Systems Company of America |
| Schulte Roth & Sabel LLP | Michael L. Cook | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | michael.cook@srz.com | Counsel for Panasonic Automotive Systems Company of America; D.C. Capital Partners, L.P. |
| Schulte Roth & Zabel LLP | Carol Weiner Levy | 919 Third Avenue | | New York | NY | 10022 | | 212-756-2000 | 212-595-5955 | carol.weiner.levy@srz.com | Counsel for D.C. Capital Partners, L.P. |
| Seyfarth Shaw LLP | Paul M. Baisier, Esq. | 1545 Peachtree Street, N.E. | Suite 700 | Atlanta | GA | 30309-2401 | | 404-885-1500 | 404-892-7056 | pbaisier@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | Robert W. Dremluk, Esq. | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 | | 212-218-5500 | 212-218-5526 | rdremluk@seyfarth.com | Counsel to Murata Electronics North America, Inc.; Fujikura America, Inc. |
| Seyfarth Shaw LLP | William J. Hanlon | World Trade Center East | Two Seaport Lane, Suite 300 | Boston | MA | 02210 | | 617-946-4800 | 617-946-4801 | whanlon@seyfarth.com | Counsel for  Ie Belier/LBQ Foundry S.A. de C.V. |
| Sheehan Phinney Bass + Green Professional Association | Steven E. Boyce | 1000 Elm Street | P.O. Box 3701 | Manchester | NH | 03105-2347 | | 603-627-8278 | 603-641-2347 | sboyce@sheehan.com | Counsel for Source Electronics, Inc. |
| Sheldon S. Toll PLLC | Sheldon S. Toll | 2000 Town Center | Suite 2550 | Southfield | MI | 48075 | | 248-358-2460 | 248-358-2740 | lawtoll@comcast.net | Counsel for Milwaukee Investment Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 5353 Essen Lane | Suite 650 | Baton Rouge | LA | 70809 | | 225-757-2185 | 225-757-7674 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC | Robert P. Thibeaux | 909 Poydras Street | 28th Floor | New Orleans | LA | 70112-1033 | | 504-299-2100 | 504-299-2300 | rthibeaux@shergarner.com | Counsel for Gulf Coast Bank & Trust Company |
| Shipman & Goodwin LLP | Jennifer L. Adamy | One Constitution Plaza | | Hartford | CT | 06103-1919 | | 860-251-5811 | 860-251-5218 | bankruptcy@goodwin.com | Counsel to Fortune Plastics Company of Illinois, Inc.; Universal Metal Hose Co., |
| Sills, Cummis Epstein & Gross, P.C. | Andrew H. Sherman | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | asherman@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Sills, Cummis Epstein & Gross, P.C. | Jack M. Zackin | 30 Rockefeller Plaza | | New York | NY | 10112 | | 212-643-7000 | 212-643-6500 | jzackin@sillscummis.com | Counsel for Hewlett-Packard Financial Services Company |
| Silver Point Capital, L.P. | Chaim J. Fortgang | Two Greenwich Plaza | 1st Floor | Greenwich | CT | 06830 | | 203-542-4216 | 203-542-4100 | cfortgang@silverpointcapital.com | Counsel for Silver Point Capital, L.P. |
| Simpson Thacher & Bartlett LLP | Kenneth S. Ziman, Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Simpson Thacher & Bartlett LLP | William T. Russell, Jr., Esq. | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | cfox@stblaw.com | Counsel to JPMorgan Chase Bank, N.A. |
| Smith, Gambrell & Russell, LLP | Barbara Ellis-Monro | 1230 Peachtree Street, N.E. | Suite 3100 | Atlanta | GA | 30309 | | 404-815-3500 | 404-815-3509 | bellis-monro@sgrlaw.com | Counsel for Southwire Company |
| Smith, Katzenstein & Furlow LLP | Kathleen M. Miller | 800 Delaware Avenue, 7th Floor | P.O. Box 410 | Wilmington | DE | 19899 | | 302-652-8400 | 3026528405 | kmiller@skfdelaware.com | Counsel for Airgas, Inc. |
| Sonnenschein Nath & Rosenthal LLP | D. Farrington Yates | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | fyates@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Jo Christine Reed | 1221 Avenue of the Americas | 24th Floor | New York | NY | 10020 | | 212-768-6700 | 212-768-6800 | jcreed@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sonnenschein Nath & Rosenthal LLP | Robert E. Richards | 8000 Sears Tower | 233 South Wacker Drive | Chicago | IL | 60606 | | 312-876-8000 | 312-876-7934 | rrichards@sonnenschein.com | Counsel for Molex, Inc. and INA USA, Inc. |
| Sony Electronics Inc. | Lloyd B. Sarakin - Chief Counsel, Finance and Credit | 1 Sony Drive | MD #1 E-4 | Park Ridge | NJ | 07656 | | 201-930-7483 | | lloyd.sarakin@am.sony.com | Counsel to Sony Electronics, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                                                    Page 13 of 16                                                      2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sotiroff & Abramczyk, P.C. | Robert M. Goldi | 30400 Telegraph Road | Suite 444 | Bingham Farms | MI | 48025 | | 248-642-6000 | 248-642-9001 | rgoldi@sotablaw.com | Counsel for Michigan Heritage Bank; MHB Leasing, Inc. |
| Squire, Sanders & Dempsey L.L.P. | Eric Marcks | One Maritime Plaza | Suite 300 | San Francisco | CA | 94111-3492 | | | 415-393-9887 | emarcks@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Squire, Sanders & Dempsey L.L.P. | Penn Ayers Butler | 600 Hansen Way | | Palo Alto | CA | 94304 | | 650-856-6500 | 650-843-8777 | pabutler@ssd.com | Counsel for Furukawa Electric Co., Ltd. And Furukawa Electric North America, APD Inc. |
| Steel Technologies, Inc. | John M. Baumann | 15415 Shelbyville Road | | Louisville | KY | 40245 | | 502-245-0322 | 502-245-0542 | jmbaumann@steeltechnologies.com | Counsel for Steel Technologies, Inc. |
| Stein, Rudser, Cohen & Magid LLP | Robert F. Kidd | 825 Washington Street | Suite 200 | Oakland | CA | 94607 | | 510-287-2365 | 510-987-8333 | rkidd@srcm-law.com | Counsel for Excel Global Logistics, Inc. |
| Steinberg Shapiro & Clark | Mark H. Shapiro | 24901 Northwestern Highway | Suite 611 | Southfield | MI | 48075 | | 248-352-4700 | 248-352-4488 | shapiro@steinbergshapiro.com | Counsel for Bing Metals Group, Inc.; Central Transport International, Inc.; Crown Enerprises, Inc.; Economy Transport, Inc.; Logistics Insight Corp (LINC); Universal Am-Can, Ltd.; Universal Truckload Services, Inc. |
| Sterns & Weinroth, P.C. | Jeffrey S. Posta | 50 West State Street, Suite 1400 | PO Box 1298 | Trenton | NJ | 08607-1298 | | 609-3922100 | 609-392-7956 | jposta@sternslaw.com | Counsel for Doosan Infracore America Corp. |
| Stevens & Lee, P.C. | Chester B. Salomon, Esq. Constantine D. Pourakis, Esq. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-319-8500 | 212-319-8505 | cs@stevenslee.com cp@stevenslee.com | Counsel to Tonolli Canada Ltd.; VJ Technologies, Inc. and V.J. ElectroniX, Inc. |
| Stinson Morrison Hecker LLP | Mark A. Shaiken | 1201 Walnut Street | | Kansas City | MO | 64106 | | 816-842-8600 | 816-691-3495 | mshaiken@stinsonmoheck.com | Counsel to Thyssenkrupp Waupaca, Inc. and Thyssenkrupp Stahl Company |
| Stites & Harbison PLLC | Robert C. Goodrich, Jr. | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | madison.cashman@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison PLLC | Madison L.Cashman | 424 Church Street | Suite 1800 | Nashville | TN | 37219 | | 615-244-5200 | 615-782-2371 | robert.goodrich@stites.com | Counsel to Setech, Inc. |
| Stites & Harbison, PLLC | W. Robinson Beard, Esq. | 400 West Market Street | | Louisville | KY | 40202 | | 502-681-0448 | 502-779-8274 | wbeard@stites.com | Counsel to WAKO Electronics (USA), Inc. and Ambrake Corporation |
| Stroock & Stroock & Lavan, LLP | Joseph G. Minias | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | jminias@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Stroock & Stroock & Lavan, LLP | Kristopher M. Hansen | 180 Maiden Lane | | New York | NY | 10038 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com | Counsel for 975 Opdyke LP; 1401 Troy Associates Limited Partnership; 1401 Troy Associates Limited Partnership c/o Etkin Equities, Inc.; 1401 Troy Associates LP; Brighton Limited Partnership; DPS Information Services, Inc.; Etkin Management Services, Inc. and Etkin Real Properties |
| Swidler Berlin LLP | Roger Frankel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rfrankel@swidlaw.com | Counsel for Sanders Lead Co. |
| Swidler Berlin LLP | Robert N. Steinwurtzel | The Washington Harbour | 3000 K Street, N.W. Suite 300 | Washington | DC | 20007 | | 202-424-7500 | 202-424-7645 | rnsteinwurtzel@swidlaw.com | Attorneys for Sanders Lead Co., Inc. |
| Taft, Stettinius & Hollister LLP | Richard L .Ferrell | 425 Walnut Street | Suite 1800 | Cincinnati | OH | 45202-3957 | | 513-381-2838 | | ferrell@taftlaw.com | Counsel for Wren Industries, Inc. |
| Thacher Proffitt & Wood LLP | Jonathan D. Forstot | Two World Financial Center | | New York | NY | 10281 | | 212-912-7679 | 212-912-7751 | jforstot@tpw.com | Counsel for TT Electronics, Plc |
| Thacher Proffitt & Wood LLP | Louis A. Curcio | Two World Financial Center | | New York | NY | 10281 | | 212-912-7607 | 212-912-7751 | lcurcio@tpw.com | Counsel for TT Electronics, Plc |
| The Furukawa Electric Co., Ltd. | Mr. Tetsuhiro Niizeki | 6-1 Marunouchi | 2-Chrome, Chiyoda-ku | Tokyo | Japan | 100-8322 | | | 81-3-3286-3919 | niizeki.tetsuhiro@furukawa.co.jp | Legal Department of The Furukawa Electric Co., Ltd. |
| Thelen Reid & Priest LLP | David A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for American Finance Group, Inc. d/b/a Guaranty Capital Corporation |

In re Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 14 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Thelen Reid & Priest LLP | Daniel A. Lowenthal | 875 Third Avenue | | New York | NY | 10022 | | 212-603-2000 | 212-603-2001 | dlowenthal@thelenreid.com | Counsel for Oki Semiconductor Company |
| Thompson & Knight | Rhett G. Cambell | 333 Clay Street | Suite 3300 | Houston | TX | 77002 | | 713-654-1871 | 713-654-1871 | rhett.campbell@tklaw.com | Counsel for STMicroelectronics, Inc. |
| Thompson & Knight LLP | John S. Brannon | 1700 Pacific Avenue | Suite 300 | Dallas | TX | 75201 | | 214-969-1505 | 214-969-1609 | john.brannon@tklaw.com | Counsel for Victory Packaging |
| Thurman & Phillips, P.C. | Ed Phillips, Jr. | 8000 IH 10 West | Suite 1000 | San Antonio | TX | 78230 | | 210-341-2020 | 210-344-6460 | ephillips@thurman-phillips.com | Counsel for Royberg, Inc. d/b/a Precision Mold & Tool and d/b/a Precision Mold and Tool Group |
| Todd & Levi, LLP | Jill Levi, Esq. | 444 Madison Avenue | Suite 1202 | New York | NY | 10022 | | 212-308-7400 | | jlevi@toddlevi.com | Counsel to Bank of Lincolnwood |
| Togut, Segal & Segal LLP | Albert Togut, Esq. | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | bmcdonough@teamtogut.com | Conflicts counsel for Debtors |
| Tyler, Cooper & Alcorn, LLP | W. Joe Wilson | City Place | 35th Floor | Hartford | CT | 06103-3488 | | 860-725-6200 | 860-278-3802 | jwilson@tylercooper.com | Counsel for Barnes Group, Inc. |
| Underberg & Kessler, LLP | Helen Zamboni | 300 Bausch & Lomb Place | | Rochester | NY | 14604 | | 585-258-2800 | 585-258-2821 | hzamboni@underbergkessler.com | Counsel for McAlpin Industries, Inc. |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Varnum, Riddering, Schmidt & Howlett LLp | Michael S. McElwee | Bridgewater Place | P.O. Box 353 | Grand Rapids | MI | 49501-0352 | | 616-336-6827 | 616-336-7000 | msmcelwee@varnumlaw.com | Counsel for Furukawa Electric North America APD |
| Vorys, Sater, Seymour and Pease LLP | Robert J. Sidman, Esq. | 52 East Gay Street | P.O. Box 1008 | Columbus | OH | 43216-1008 | | 614-464-6422 | 614-719-8676 | rjsidman@vssp.com | |
| Vorys, Sater, Seymour and Pease LLP | Tiffany Strelow Cobb | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vssp.com | Counsel for America Online, Inc. and its Subsidiaries and Affiliates |
| Wachtell, Lipton, Rosen & Katz | Emil A. Kleinhaus | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | EAKleinhaus@wlrk.com | Counsel for Capital Research and Management Company |
| Wachtell, Lipton, Rosen & Katz | Richard G. Mason | 51 West 52nd Street | | New York | NY | 10019-6150 | | 212-403-1000 | 212-403-2000 | RGMason@wlrk.com | Counsel for Capital Research and Management Company |
| Waller Lansden Dortch & Davis, PLLC | David E. Lemke, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | david.lemke@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Waller Lansden Dortch & Davis, PLLC | Robert J. Welhoelter, Esq. | 511 Union Street | Suite 2700 | Nashville | TN | 37219 | | 615-244-6380 | 615-244-6804 | robert.welhoelter@wallerlaw.com | Counsel to Nissan North America, Inc. |
| Warner Norcross & Judd LLP | Stephen B. Grow | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2158 | | sgrowsb@wnj.com | Counsel for Behr Industries Corp. |
| Warner Norcross & Judd LLP | Gordon J. Toering | 900 Fifth Third Center | 111 Lyon Street, N.W. | Grand Rapids | MI | 49503 | | 616-752-2185 | 616-222-2185 | gtoering@wnj.com | Counsel for Robert Bosch Corporation |
| Warner Norcross & Judd LLP | Michael G. Cruse | 2000 Town Center | Suite 2700 | Southfield | MI | 48075 | | 248-784-5131 | 248-603-9631 | mcruse@wnj.com | Counsel to Compuware Corporation |
| Warner Stevens, L.L.P. | Michael D. Warner | 301 Commerce Street | Suite 1700 | Fort Worth | TX | 76102 | | 817-810-5250 | 817-810-5255 | bankruptcy@warnerstevens.com | Counsel for Electronic Data Systems Corp. and EDS Information Services, L.L.C. |
| Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP | Lei Lei Wang Ekvall | 650 Town Center Drive | Suite 950 | Costa Mesa | CA | 92626 | | 714-966-1000 | 714-966-1002 | lekvall@wgllp.com | Counsel for Toshiba America Electronic Components, Inc. |
| Weinstein, Eisen & Weiss LLP | Aram Ordubegian | 1925 Century Park East | #1150 | Los Angeles | CA | 90067 | | 310-203-9393 | 310-203-8110 | aordubegian@weineisen.com | Counsel for Orbotech, Inc. |
| Weltman, Weinberg & Reis Co., L.P.A. | Geoffrey J. Peters | 175 South Third Street | Suite 900 | Columbus | OH | 43215 | | 614-857-4326 | 614-222-2193 | gpeters@weltman.com | Counsel to Seven Seventeen Credit Union |
| White & Case LLP | John K. Cunningham | 1155 Avenue of the Americas | | New York | NY | 10036-2787 | | 212-819-8200 | | jcunningham@whitecase.com | Counsel for Appaloosa Management, LP |
| White & Case LLP | Margarita Mesones-Mori | Wachovia Financial Center | 200 South Biscayne Blvd., Suite 4900 | Miami | FL | 33131 | | 305-371-2700 | 305-358-5744 | mmesonesmori@whitecase.com | Counsel for Appaloosa Management, LP |
| Whyte, Hirschboeck Dudek S.C. | Bruce G. Arnold | 555 East Wells Street | Suite 1900 | Milwaukee | WI | 53202-4894 | | 414-273-2100 | 414-223-5000 | barnold@whdlaw.com | Counsel for Schunk Graphite Technology |
| Winstead Sechrest & Minick P.C. | Berry D. Spears | 401 Congress Avenue | Suite 2100 | Austin | TX | 78701 | | 512-370-2800 | 512-370-2850 | bspears@winstead.com | Counsel for National Instruments Corporation |
| Winstead Sechrest & Minick P.C. | R. Michael Farquhar | 5400 Renaissance Tower | 1201 Elm Street | Dallas | TX | 75270 | | 214-745-5400 | 214-745-5390 | mfarquhar@winstead.com | Counsel for National Instruments Corporation |
| Winthrop Couchot Professional Corporation | Marc. J. Winthrop | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | mwinthrop@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| Winthrop Couchot Professional Corporation | Sean A. O'Keefe | 660 Newport Center Drive | 4th Floor | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | sokeefe@winthropcouchot.com | Counsel for Metal Surfaces, Inc. |
| WL Ross & Co., LLC | Oscar Iglesias | 600 Lexington Avenue | 19th Floor | New York | NY | 10022 | | 212-826-1100 | 212-317-4893 | oiglesias@wlross.com | Counsel for WL. Ross & Co., LLC |
| Womble Carlyle Sandridge & Rice, PLLC | Lillian H. Pinto | 300 North Greene Street | Suite 1900 | Greensboro | NC | 27402 | | 336-574-8058 | 336-574-4528 | lpinto@wcsr.com | Counsel for Armacell |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 15 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Zeichner Ellman & Krause LLP | Peter Janovsky | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | pjanovsky@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |
| Zeichner Ellman & Krause LLP | Stuart Krause | 575 Lexington Avenue | | New York | NY | 10022 | | 212-223-0400 | 212-753-0396 | skrause@zeklaw.com | Counsel for Toyota Tsusho America, Inc. |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 16 of 16

2/10/2006 8:59 PM
2002 lists email, us mail

# EXHIBIT C

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|
| Akebono Corporation (North America) | Alan Swiech | 34385 Twelve Mile Road | | Farminton Hills | MI | 48331 | 248-489-7406 | 866-609-0888 | Vice President of Administration for Akebono Corporation |
| Arnall Golden Gregory LLP | Heath J. Vicente | 171 17th Street NW | Suite 2100 | Atlanta | GA | 30363-1031 | 404-873-8682 | 404-8738683 | Counsel to Daishinku (America) Corp. d/b/a KDS America ("Daishinku"), SBC Telecommunications, Inc. (SBC) |
| Bernstein Litowitz Berger & Grossman | Eileen McNerney | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1485 | 212-554-1444 | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | Mark D. Debrowski | 1285 Avenue of the Americas | | New York | NY | 10019 | 212-554-1492 | 2125541444 | Counsel for Teachers Retirement System of Oklahoma; Public Employes's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bodman LLP | Ralph E. McDowell | 100 Renaissance Center | 34th Floor | Detroit | MI | 48243 | 313-393-7592 | 313-393-7579 | Counsel for Freudenberg-NOK; General Partnership; Freudenberg-NOK, Inc.; Flextech, Inc.; Vibracoustic de Mexico, S.A. de C.V.; Lear Corporation; American Axle & Manufacturing, Inc. |
| Cornell University | Nancy H. Pagliaro | Office of University Counsel | 300 CCC Building, Garden Avenue | Ithaca | NY | 14853-2601 | 607-255-5124 | 607-254-3556 | Paralegal/Counsel for Cornell University |
| Ettelman & Hochheiser, P.C. | Gary Ettelman | c/o Premium Cadillac | 77 Main Street | New Rochelle | NY | 10801 | 516-227-6300 | 516-227-6307 | Counsel for Jon Ballin |
| Frank D. Jones | | 158 New York Circle Cr. | | Whitesburg | KY | 41858-9122 | | | |
| HAL/ERC-Legal | Tillie Lim, Esq. | 50 Prospect Avenue | | Tarrytown | NY | 10591 | | | Counsel to Hitachi Automotive Products (USA), Inc. |
| Honigman, Miller, Schwartz and Cohn, LLP | E. Todd Sable | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226 | 313-465-7548 | 313-465-7549 | Counsel for Valeo Climate Control Corp.; Valeo Electrical Systems, Inc. - Motors and Actuators Division;Valeo Electrical Systems, Inc. - Wipers Division; Valeo Switches & Detection System, Inc. |
| Kutchin & Rufo, P.C. | Kerry R. Northrup | 155 Federal Street | 17th Floor | Boston | MA | 02110-1727 | 617-542-3000 | 617-542-3001 | Counsel for Parlex Corporation |
| Lord, Bissel & Brook | Timothy W. Brink | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-1832 | 312-443-896-6432 | Counsel for Sedgwick Claims Management Services, Inc. |
| Lord, Bissel & Brook | Timothy S. McFadden | 115 South LaSalle Street | | Chicago | IL | 60603 | 312-443-0370 | 312-896-6394 | Counsel for Methode Electronics, Inc. |
| Lord, Bissel & Brook LLP | Kevin J. Walsh Rocco N. Covino | 885 Third Avenue | 26th Floor | New York | NY | 10022-4802 | 212-947-8304 212-947-8340 | 212-947-1202 | Counsel to Sedgwick Claims Management Services, Inc. and Methode Electronics, Inc. |
| Lyden, Liebenthal & Chappell, Ltd. | Erik G. Chappell | 5565 Airport Highway | Suite 101 | Toledo | OH | 43615 | 419-867-8900 | 419-867-8909 | Counsel for Metro Fibres, Inc. |
| Miami-Dade County, FL | April Burch | 140 West Flagler Street | Suite 1403 | Miami | FL | 33130 | 305-375-5314 | 305-375-1142 | Paralegal Collection Specialist for Miami-Dade County |
| Michael Cox | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | Attorney General for State of Michigan, Department of Treasury |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 2

2/10/2006 8:59 PM
2002 lists email, us mail

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | PARTY / FUNCTION |
|---------|---------|----------|----------|------|-------|-----|-------|-----|------------------|
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Dennis J. Raternink | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | Assistant Attorney General for Worker's Compensation Agency |
| Michigan Department of Labor and Economic Growth, Worker's Compensation Agency | Michael Cox | PO Box 30736 | | Lansing | MI | 48909-7717 | 517-373-1820 | 517-373-2129 | Attorney General for Worker's Compensation Agency |
| Morgan, Lewis & Bockius LLP | William C. Heuer, Esq. | 101 Park Avenue | | New York | NY | 10178-0060 | 212-309-6000 | 212-309-6001 | Counsel to Sumitomo Corporation |
| Office of the Chapter 13 Trustee | Camille Hope | P.O. Box 954 | | Macon | GA | 31202 | 478-742-8706 | 478-746-4488 | Office of the Chapter 13 Trustee |
| Peggy Housner | | Cadillac Place | 3030 W. Grand Blvd., Suite 10-200 | Detroit | MI | 48202 | 313-456-0140 | | Assistant Attorney General for State of Michigan, Department of Treasury |
| Pierce Atwood LLP | Keith J. Cunningham | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Pierce Atwood LLP | Jacob A. Manheimer | One Monument Square | | Portland | ME | 04101 | 207-791-1100 | 207-791-1350 | Counsel for FCI Canada, Inc.; FCI Electronics Mexido, S. de R.L. de C.V.; FCI USA, Inc.; FCI Brasil, Ltda; FCI Automotive Deutschland Gmbh; FCI Italia S. p.A. |
| Professional Technologies Services | John V. Gorman | P.O. Box #304 | | Frankenmuth | MI | 48734 | 989-385-3230 | 989-754-7690 | Corporate Secretary for Professional Technologies Services |
| Ropes & Gray LLP | Marc E. Hirschfield | 45 Rockefeller Plaza | | New York | NY | 10111-0087 | 212-841-5700 | 212-841-5725 | Attorneys for D-J, Inc. |
| Rosen Slome Marder LLp | Thomas R. Slome | 333 Earle Ovington Boulevard | Suite 901 | Uniondale | NY | 11553 | 516-227-1600 | | Counsel for JAE Electronics, Inc. |
| Schafer and Weiner PLLC | Daniel Weiner | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Howard Borin | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Max Newman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel for Dott Industries, Inc. |
| Schafer and Weiner PLLC | Ryan Heilman | 40950 Woodward Ave. | Suite 100 | Bloomfield Hills | MI | 48304 | 248-540-3340 | | Counsel for Dott Industries, Inc. |
| The Timpken Corporation BIC - 08 | Robert Morris | 1835 Dueber Ave. SW | PO Box 6927 | Canton | OH | 44706 | | | Representative for Timken Corporation |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)                                        Page 2 of 2                                        2/10/2006 8:59 PM
2002 lists email, us mail

# EXHIBIT D

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


         - and -


SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                          :
        In re                                             :        Chapter 11
                                                          :
DELPHI CORPORATION, et al.,                               :        Case No. 05–44481 (RDD)
                                                          :
                              Debtors.                    :        (Jointly Administered)
                                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION OF MARK R. WEBER IN SUPPORT OF THE DEBTORS' MOTION FOR
ORDER UNDER 11 U.S.C. §§ 105 AND 363 AUTHORIZING THE DEBTORS TO
IMPLEMENT A KEY EMPLOYEE COMPENSATION PROGRAM

Mark R. Weber declares, as follows:

1.      I am the Executive Vice President, Operations, Human Resource

Management, and Corporate Affairs of Delphi Corporation ("Delphi").  I have held this position

since January 1, 2000.  I am also a member of the Delphi Strategy Board, the company's top

policy-making group.  I have worked in the automotive industry for almost 40 years and for

Delphi for approximately 10 years.  From January 1995 through November 1998, I was Delphi's

Executive Director, Human Resource Management.  From November 1998 until I assumed my

current position, I was Delphi's Vice President, Human Resource Management.

2.      Delphi and certain of its subsidiaries and affiliates are debtors and debtors-

in-possession in these chapter 11 cases (collectively, the "Debtors").  I submit this declaration

and the exhibits attached hereto in support of the Debtors' Motion For Order Under §§ 105 And

363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket

No. 213), and any modifications thereto (the "KECP Motion").  I have personal knowledge of the

matters set forth herein and am competent to testify, as follows:

I.
DELPHI'S BUSINESS AND HISTORY

3.      Delphi is a leading global supplier of vehicle electronics, transportation

components, integrated systems and modules, and other electronic technology.  Delphi

technologies are present in vehicles as well as in communication, computer, consumer electronic,

energy, and medical applications.  Delphi has extensive technical expertise in a broad range of

product lines and strong systems-integration capabilities, which enable Delphi to provide

comprehensive, systems-based solutions to vehicle manufacturers.  Delphi has established an

expansive global presence, with a network of manufacturing sites, technical centers, sales offices,

and joint ventures located in every major region of the world.

2

4.    For many years, the business of what is now Delphi was conducted by

many separate automotive-parts operations within General Motors Corporation ("GM").  These

operations were generally managed independently from one another within the GM organization.

In 1991, GM organized its components businesses into a worldwide Automotive Components

Group hoping to improve the competitiveness of these operations and then increase its business

by penetrating new markets.  In 1995, the group was renamed Delphi Automotive Systems in

order to establish its separate identity in the automotive-parts industry.  In late 1998, Delphi

Automotive Systems was incorporated as a subsidiary of GM in Delaware under the name

Delphi Automotive Systems Corporation, which is now known as Delphi.  In 1999, GM agreed

to transfer to Delphi certain assets used in Delphi's business, and Delphi agreed to assume certain

related liabilities.  Later in 1999, GM distributed all of its shares of Delphi common stock to

holders of GM common stock, thereby spinning off Delphi as a separate, publicly-traded

corporation.  GM retained no ownership interest in Delphi.

## II.
## THE DEBTORS' WORKFORCE AND COMPENSATION

5.    As of December 31, 2005, the Debtors employed approximately 46,400

workers in the United States.  These employees work in more than 40 manufacturing sites and 13

technical centers across the country and in Delphi's worldwide headquarters and customer center

in Troy, Michigan.  Approximately 32,000 of these employees are hourly, and the remaining

employees are salaried.  More than 95 percent of the Debtors' domestic hourly employees are

represented by unions.  Approximately 466 of the domestic salaried employees are classified as

"executives."

6.    The responsibilities of the Debtors' executive corps extend beyond the

Debtors to include the entirety of Delphi's global enterprise, both debtor and non-debtor entities,

3

and that in many instances reach across product lines.  The Debtors' executives provide global

leadership to a worldwide enterprise doing business on six continents, that employs more than

185,000 people, and that had global revenues in 2004 of nearly $27 billion.  (Documents

highlighting the scope of the Debtors' global operations are attached hereto as Exhibits A and B.)

      7.     The Debtors' domestic executives are grouped into "bands" depending on

their level of responsibility.  The Debtors inherited this construct from GM, which has

categorized its executives by bands since the 1980s.  Robert S. "Steve" Miller, the Chairman of

the Board and Chief Executive Officer of Delphi and the Debtors' highest-ranking executive,

occupies Band K.  (Mr. Miller is not covered by any portion of the Key Employee Compensation

Program proposed by the Debtors (the "KECP").)  Rodney O'Neal, Delphi's President and Chief

Operating Officer, occupies the next-highest executive band, Band H.  Band G includes Delphi's

Vice Chairman, David B. Wohleen, and 21 Delphi Executive Vice Presidents and Vice

Presidents (including me).  Bands F–A contain the Debtors' remaining executives, with the least

senior-ranking executives falling into Band A.  A summary chart listing the number of domestic

executives within each band as of January 27, 2006, is provided below:

| Executive Band | Number of Executives |
|---|---|
| K | 1 |
| H | 1 |
| G | 22 |
| F | 2 |
| E | 21 |
| D | 66 |
| C | 88 |
| B | 129 |
| A | 136 |
| Total | 466 |

      8.     As part of its separation agreements with GM, Delphi was required to

assume the terms and conditions of the collective bargaining agreements that GM had negotiated

4

with its unions.  As a consequence, today Delphi is, to my knowledge, the only domestic auto supplier governed by labor agreements patterned on those between the "Big Three" automotive manufacturers (GM, Ford, and Chrysler) and their unions.  The majority of the Debtors' legacy collective bargaining agreements provide not only for wages and benefits that are well above market, but they also require Delphi to provide non-competitive pension plans, retiree health care, and other benefits.  These additional obligations, though typically provided under labor contracts between unions and vehicle manufacturers, are either not included in labor contracts between unions and parts suppliers or are far less generous in their design.  As a result of its legacy collective bargaining agreements, the Debtors presently compensate their hourly workers an average of almost $64 per hour, which includes benefits and legacy liabilities.  This level is nearly three times higher than the hourly labor rates of Delphi's United States competitors, some of which are unionized.  The result is that Delphi is significantly disadvantaged in its ability to compete in the automotive parts business on the basis of cost.

9.      The collective bargaining agreements also impose a variety of significant operating restrictions on Delphi.  For example, Delphi generally may not permanently lay off idled workers.  The result has been that, in 2005, the number of idled, non-working hourly employees who receive nearly full pay and benefits has been as high as 4,000.  The collective bargaining agreements also limit Delphi's ability to shed non-strategic, unprofitable operations, thereby forcing Delphi to continue incurring fixed labor costs, even in the event of plant closings or wind-downs.  In 2004, Delphi incurred more than $170 million in wages and benefits costs associated with hourly employees in non-working, unproductive status.  Under the Debtors' current labor agreements, the continuing decline of business of the domestic auto companies will increase the costs to the Debtors associated with idled hourly workers.

10. The Debtors' increasingly unsustainable United States hourly wages and benefits, legacy liabilities, and operational restrictions driven largely by its collective bargaining agreements have contributed significantly to the deterioration of the Debtors' financial performance. Through the reorganization process, the Debtors intend to achieve competitiveness for the Debtors' core United States operations by modifying wage and benefit rates and by modifying or eliminating non-competitive legacy liabilities and burdensome operational restrictions under the current labor agreements.

11. The Debtors have also been advised that, in contrast to the benefits enjoyed by the Debtors' hourly employees, compensation for the Debtors' executives has been well below the actual compensation received by executives in similar positions at comparable companies. For example, in 2005, Delphi's compensation consultant, Watson Wyatt Worldwide ("Watson Wyatt"), compared the compensation of Delphi's Strategy Board with the compensation of executives holding similar positions at comparable companies. Watson Wyatt concluded that Delphi's actual compensation for members of the Strategy Board was below the 25th percentile. Watson Wyatt completed a similar study in 2005 analyzing the competitiveness of the compensation of Delphi executives who are not members of the Strategy Board, and it concluded that actual compensation for those executives was below the 25th percentile as well.

12. In sum, when the petitions in these cases were filed, the Debtors' hourly workers enjoyed compensation levels at above-competitive market levels, while that of the Debtors' executives was below competitive levels.[1]

---

[1] Every year, for example, under the Debtors' collective bargaining agreements with its major unions, the Debtors' traditional employees get either annual base-wage increases or lump-sum payments and quarterly COLA adjustments.

III.
THE KEY EMPLOYEE COMPENSATION PROGRAM

13.    In my role as Delphi's Executive Vice President, Operations, Human

Resource Management, and Corporate Affairs, I worked closely with the compensation

consultant to the Compensation and Executive Development Committee of Delphi's Board of

Directors (the "Compensation Committee"), Watson Wyatt Worldwide ("Watson Wyatt"), and

its counsel, Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), to assist in preparing and

reviewing the KECP for presentation to the Compensation Committee.  As such, I am personally

familiar with the content and purposes of the KECP, as well as the process by which it was

created and approved by the Compensation Committee.

14.    To evaluate the KECP, and the objections that have been filed against it,

one must first understand the executive-compensation structure in place before the Debtors

sought bankruptcy protection and the changes that were made to that structure when these cases

commenced.  Under the Debtors' prepetition compensation program (the "Prepetition Program"),

executives earned a base salary and were also eligible for yearly cash bonuses under an annual

incentive plan (the "AIP" described in greater detail below), and long-term compensation in the

form of cash and equity under three programs collectively known as the long-term incentive plan

(the "LTIP").  When the Debtors filed their petitions in these cases, they cancelled the AIP and

the LTIP, with the exception of a vested portion of a Performance Achievement Plan in an

amount of less than $4 million.  In addition to the AIP and the LTIP, under the Prepetition

Program, the Debtors' executives were eligible to receive retention grants under a program

enacted in 2005.  This program was also cancelled for the Debtors' domestic executives when the

Debtors filed for bankruptcy.  Accordingly, the Debtors' executives saw their compensation

7

opportunities decrease significantly with the filings of these cases, going from base salary, the

AIP, the LTIP, and retention grants to base salary alone.

    15.  The Debtors' most senior executives have agreed voluntarily to waive a

portion of their base salaries.  Mr. Miller, Delphi's Chairman and Chief Executive Officer,

agreed to reduce his salary to $1 per year from $1.5 million per year effective January 1, 2006.

Mr. Miller also agreed to forego participation in the AIP and LTIP.  (When Mr. Miller joined the

Company, effective July 1, 2005, he received a $3 million signing bonus and a contractual

promise of a minimum $1.5 million in annual salary, plus participation in the AIP and LTIP. Mr.

Miller's signing bonus recognized that, after joining Delphi, he would be required to resign from

several boards on which he served and would therefore lose access to that income.)  Mr. O'Neal,

Delphi's President and Chief Operating Officer, agreed to waive 20 percent of his annual salary,

also effective January 1, 2006, and the other senior officers who were employed by Delphi when

Mr. Miller joined the company have similarly agreed to waive 10 percent of their annual salaries.

    16.  The KECP is intended to replace some, but not all, of the compensation

opportunities the Debtors' executives lost when the Debtors filed for bankruptcy.  As initially

proposed by the Debtors, the KECP contained two principal features: a revised annual incentive

plan (the "Revised Annual Incentive Plan") and an emergence bonus plan that included a cash

component and an equity component.  The Revised Annual Incentive Plan was a substitute for

the prepetition AIP adopted in the ordinary course of Delphi's business under the Prepetition

Program, but incorporated measures of financial performance and time periods that are more

appropriate for companies in chapter 11.  The emergence bonus plan was designed to replace the

prepetition LTIP, but at a lower cost; the total value of the executives' payment opportunities

under the emergence bonus plan are only 80 percent of the value of their payment opportunities

under the LTIP.  (Assuming an 18-month bankruptcy process, the annualized value of the

emergence bonus drops to approximately 50 percent of the value of the LTIP.)  The KECP does

not propose any replacement for the discontinued retention grants.

17.     Since the Debtors filed the KECP Motion, the Debtors have been

endeavoring to work with the Official Committee of Unsecured Creditors (the "Committee") to

reach a consensual agreement on the final design of the program.  As part of those ongoing

negotiations, in December 2005, the Debtors agreed to the Committee's request to defer until the

July 2006 omnibus hearing all portions of the KECP except the portion of the Revised Annual

Incentive Plan covering a period commencing no earlier than October 8, 2005, and concluding

on June 30, 2006.[2]  Pending that upcoming hearing, the Debtors intend to continue working with

the Committee toward an agreement with respect to the other portions of the KECP raised in the

original KECP Motion, including emergence bonus payments and equity participations in the

reorganized entity.  The only matter before the Court at the February 10, 2006, hearing, however,

is the Revised Annual Incentive Plan, which, in and of itself, is not only an ordinary course

compensation program that has existed at Delphi since its spin-off from GM in 1999 and

commonplace in large public companies, but is also an integral and indispensable element of the

basic value structure of the Debtors' overall compensation program.

18.     The Debtors and their advisors have worked diligently and in good faith to

accommodate the concerns identified by the Committee with respect to the Revised Annual

---

[2]   I want to emphasize here that what remains for the Court's consideration is what the Debtors consider an
ordinary course annual incentive program limited to the Debtors' domestic executives for a six-month
performance period.  Delphi's worldwide executive corps includes approximately 600 executives, but about 125
of those executives are employed by foreign, non-Debtor entities whose payments under the Revised Annual
Incentive Program will be paid by non-Debtor entities and who accordingly are not covered by this portion of
the KECP Motion.  The Debtors also have a Supplemental Income Program for their non-executive salaried
personnel that they maintain in the ordinary course of their business and that is also not covered by the KECP
Motion.

Incentive Plan proposed as part of the KECP.  As a result of these efforts, the Revised Annual

Incentive Plan to be considered at the hearing currently scheduled for February 10, 2006, differs

in several respects from the version contained in the Debtors' initial proposal.  The most notable

changes—all of them made at the request of the Committee—include a shorter initial

performance period (from nine months to six months), a different mixture of performance targets

(which, in addition to a company-wide target, will now also include targets for each division), a

slightly modified method of gauging financial performance (rather than EBITDAR, the Revised

Annual Incentive Plan uses a combination of "EBITDAR-UG" and "OIBITDAR-UG" (terms that

are defined below and eliminate the impact of pending discussions with GM and the Debtors'

domestic labor unions)), and the addition of a prophylactic measure that would prevent

wrongdoers from being rewarded.  The Debtors have withdrawn their request for a Revised

Annual Incentive Plan for the last quarter of 2005 (which covered the first quarter of the Debtors'

chapter 11 cases).

19.     As a result of the modifications made by the Debtors, the estimated cost of

the Revised Annual Incentive Plan now before the Court has decreased substantially from the

estimated cost of the Revised Annual Incentive Plan as presented in the KECP Motion.  If all of

the Debtors' executives receive their target bonus opportunities, the total estimated cost under the

present version of the program will be approximately $20.6 million, down more than 33 percent

from the total estimated cost of $31.0 million under the original version of the program.  If one

limits the calculation to the target bonus opportunities available to Delphi Strategy Board

members, the estimated cost has gone from approximately $8.5 million in the initial version to

approximately $5.7 million in the present version, another drop of about 33 percent.

20.     The Revised Annual Incentive Plan covers the Debtors' domestic executives—just as Delphi's prepetition AIP did.[3]  The prepetition AIP, which was adopted in the ordinary course of Delphi's business every year since Delphi's spin-off from GM in 1999, allowed executives to earn a bonus if Delphi achieved certain levels of annual net income set by Delphi's Compensation Committee.  Executives could earn a portion of their bonuses if Delphi surpassed a threshold level of net income, 100 percent of their bonuses if Delphi achieved the target net income, and up to 200 percent of their target bonus if Delphi achieved or surpassed a maximum level of net income.  Any bonuses paid under the prepetition AIP were subject to adjustments for product-quality metrics that could increase or decrease the amount of the bonuses.

21.     The Revised Annual Incentive Plan adopts this same overall approach, albeit with some differences.  To begin, the portion of the Revised Annual Incentive Plan before the Court is limited to the six-month period beginning on January 1, 2006, and ending June 30, 2006.  The Debtors' decision to use six-month periods, rather than the year-long performance periods under the prepetition AIP, reflects the fact that the chapter 11 process introduces several variables that make it more difficult to forecast financial performance over the long term.  The shorter the period, the more likely it is that the Debtors will be able to set earnings targets that are neither so high that they are unattainable nor so low that the payment of bonuses under the Revised Annual Incentive Plan becomes automatic.

22.     Under the Revised Annual Incentive Plan, an executive will not receive a bonus unless the Debtors achieve certain levels of financial performance and the executive's personal performance is satisfactory, as determined by his or her supervisor or supervisors.

---

[3]     The prepetition AIP also covered foreign executives.

11

Beginning with financial performance, the Revised Annual Incentive Plan adopts a two-track

approach—one based on Delphi's company-wide earnings and the other based on the operating

income of each of Delphi's eight divisions. The company target is based on a measurement

EBITDAR-UG, which includes earnings before interest, taxes, depreciation, amortization, and

restructuring costs,[4] but excludes earnings resulting from the on-going negotiations with the

Debtors' labor unions (the "U") or GM (the "G"). The company target has been set at ($80

million) as part of the Debtors' business plan, which has been reviewed by Delphi's Board of

Directors. The metric used for the divisional targets is OIBITDAR-UG, with the "OI"

representing operating income. The Debtors chose operating income as a substitute for earnings

because the Debtors' do not typically calculate earnings on a division-by-division basis. The

earnings targets for each division, also drawn from the Debtors' business plan, are as follows:

Energy and Chassis, ($44.2 million); Steering Division, ($92.8 million); Thermal and Interior,

($79.2 million); Electronics and Safety, $193.0 million; Packard Electric, $83.4 million; Delphi

Product and Service Solutions, $23.1 million; Automotive Holdings Group, ($583.9 million);

and Medical, $0.3 million. Further information concerning the division targets is contained in

Exhibit C to this declaration.

        23.       In contrast to the Revised Annual Incentive Plan in its current form, the

Debtors' prepetition AIP and the version of the Revised Annual Incentive Plan presented in the

initial KECP Motion provided for performance targets only at the company level. By adding

---

[4]    I have been advised that the technical accounting definition of "restructuring costs" includes (i) the costs and expenses of restructuring, consolidating or closing of any of the plants, facilities or offices of the Borrower or any of its Subsidiaries, (ii) the costs of severance or other similar payments relating to the termination of employees at such plants, facilities or offices, (iii) machine transfer costs or any similar such costs at such plants, facilities or offices, (iv) costs and expenses in respect of the termination or settlement of executory contracts, (v) other non-cash charges in respect of other pre-petition obligations, and (vi) professional fees and other "Chapter 11 expenses" (or "administrative costs reflecting Chapter 11 expenses") attributable to the Debtors.

division targets, the present version tightens the connection between individual performance and

bonus payments by ensuring that an executive in a poor-performing division will not earn a full

bonus based on the performance of other divisions.

24.    The corporate and divisional performance targets are independent of one

another.  Accordingly, if, for example, an executive's division achieved its threshold earnings

target but the company as a whole did not achieve its separate threshold earnings target, the

executive would be eligible for the portion of his or her bonus opportunity related to the

divisional target.  Similarly, if the executive's division achieved its threshold earnings target and

Delphi achieved its company-wide target, the executive would be eligible for both portions of his

or her bonus opportunity.  The apportionment of bonus opportunities between the company and

division targets is summarized in the chart below:

| Executive | Portion Attributable to Achieving Corporate Target | Portion Attributable to Achieving Division Target |
|---|---|---|
| Corporate-level executive | 100% | 0% |
| Divisional executives (other than in the Medical Division) | 50% | 50% |
| Medical Division executive[5] | 30% | 70% |

Thus, under the first example provided above, an executive in the Medical Division would be

eligible to receive 70 percent of his or her bonus opportunity, while in the second he or she

would be eligible to receive the full 100 percent.

25.    The annual minimum, target, and maximum bonus opportunities—*i.e.*, the

amount of cash an executive is eligible to receive if the threshold, target, and maximum

performance targets are met—are essentially the same as those set in connection with the

---

[5]    At present, there are no executives in the Medical Division. The last executive recently quit because he was
dissatisfied with his compensation.

prepetition AIP for 2005, though they are reduced proportionately to reflect the shorter

performance period.  An executive is eligible for the minimum bonus opportunity when the

company and/or division achieves 70 percent of the performance target, for the target bonus

opportunity if the company and/or division achieves 100 percent of the performance target, and

for the maximum bonus opportunity when the company and/or division achieves 200 percent or

more of the performance target.  The range of bonus opportunities is outlined in the spreadsheet

attached to this declaration as Exhibit D.

      26.    Even if the company or the executive's division achieves its performance

target, the executive will not automatically receive a bonus under the Revised Annual Incentive

Plan.  Receipt of a bonus is further conditioned on the executive's personal performance.  If an

executive's supervisor or supervisors determine that an executive's performance is not

satisfactory or otherwise not meeting expectations, the executive will not receive any bonus.  In

addition, based on personal performance, an executive's bonus may be adjusted down to zero or

up to 200 percent of his or her target bonus opportunity.  For members of the Delphi Strategy

Board, the positive adjustment is limited to 150 percent of the member's target bonus opportunity.

      27.    In consultation with the Debtors' counsel, the Debtors have also proposed

strong and—to my knowledge—unprecedented prophylactic measures to alleviate concerns that

KECP benefits not be paid to or retained by executives found to have engaged in activities that

injured the Company and who, accordingly, may be liable to the Company.

      28.    The Debtors have also proposed strong and—to my knowledge—

unprecedented prophylactic measures to alleviate concerns that KECP benefits not be paid to or

retained by executives found to have engaged in activities that injured the Company and who,

accordingly, may be liable to the Company.  Specifically, an executive's bonus will be

temporarily escrowed if any of the following occurs in connection with conduct or transactions

relating to that executive's employment or affiliation with the Debtors:

- the Debtors assert a claim for relief against the executive;

- the Unsecured Creditors' Committee obtains from the Court authority to file and actually does file a complaint against the executive;

- the executive is indicted or agrees to the filing of a criminal information against him;

- the executive is notified, or the Debtors are notified, that the executive is a target of a criminal investigation;

- the executive is sued or is informed, or the Debtors are informed, that the executive will, in the near future, be sued by the United States Securities and Exchange Commission (the "SEC");

- the executive is given notice of his or her right to make a Wells submission by the SEC; or

- the executive declines to answer questions with respect to conduct or transactions relating to his or her employment or affiliations with the Debtors on grounds of the Fifth Amendment right against self-incrimination.

29.    An executive must forfeit any bonus placed in escrow if it is ultimately

determined that, with respect to such conduct or transactions relating to the executive's

employment or affiliation with the Debtors, the executive failed to act in good faith and in a

manner the employee reasonably believed to be in or not opposed to the best interests of the

Debtors and the executive had reasonable cause to believe that his or her conduct was unlawful.

In addition, with respect to any executive whose bonus was not placed into escrow, but who is

nevertheless found to have violated this standard, the executive would be required to repay to the

Debtors whatever bonus the executive received.  This standard for requiring the forfeiture or

clawback of bonus payments is identical to the current standard for the indemnification of

officers, directors, and employees found in Delphi's bylaws, as promulgated under applicable

Delaware law.

30.    Any determination regarding the forfeiture of amounts in escrow or the

clawback of amounts received will be made by Delphi's Board of Directors, after notice to the

Unsecured Creditors' Committee and the executive and after affording the executive an

opportunity to be heard, pursuant to the procedures set forth in Delphi's bylaws, subject to the

Unsecured Creditors' Committee's right to object to and the Court's review of the Debtors'

exercise of business judgment with respect to any particular determination.  The determination

will be made in no event later than the effective date of the Debtors' plan of reorganization,

unless, for good cause shown with respect to a particular executive, the Court extends the period.

IV.
THE DEBTORS' BUSINESS REASONS FOR THE ANNUAL INCENTIVE PLAN

31.    Without the compensation opportunities outlined in the KECP Motion, the

compensation of the Debtors' executives is not competitive with the industry norm.  Their actual

compensation for 2005 will be substantially less than market, and their actual pay for 2004 was

also substantially less than market.  As the Debtors implement their reorganization plan, it is

imperative that the Debtors provide these key employees with appropriate incentives to

maximize the financial performance of the Debtors' operations.  Providing these incentives is

crucial to the Debtors' ability to navigate through this process and to emerge successfully from

chapter 11.

32.    The commencement of these bankruptcy cases has heightened employee

concern regarding possible job loss, and has increased the responsibilities of the Debtors'

employees, created longer hours, and imposed other burdens as a result of the Debtors' status as

debtors-in-possession.  At a time when the Debtors most need the continued efforts and loyalty

of their executives, the Debtors must take proactive steps to ensure that their compensation

programs are sufficient to maintain loyalty, despite potential opportunities employees have with

competitors or other employers who may be perceived as providing more stable employment

opportunities.

33.    The Debtors' record of executive attrition demonstrates the need for the

KECP, in general, and for the portion of the Revised Annual Incentive Plan that is now before

the Court, in particular.  Executive attrition increased significantly during the pre-petition period

and has accelerated thereafter.  Whenever an executive or manager departs from an industrial

enterprise, the employer loses all of that employee's experience and knowledge, and often on

relatively short notice.  This institutional knowledge, which cannot be readily replaced on the

open market, is necessary to maintain the Debtors' ongoing operations and to assure successful

completion of the restructuring.

34.    During the twelve-month period between October 8, 2003, and October 7,

2004, only 13 executives quit.  In the twelve-month period preceding the petition date, October 8,

2005, however, 21 executives quit, an increase of almost 62 percent.  Since October 8, 2005,

fourteen more executives—with a combined 231 years of service to the Debtors—have either

quit or given the Debtors notice that they will do so in the near future.  If executive quits

continue at this rate, the Debtors can expect to lose more than 40 executives during their first

year in chapter 11.  These attrition statistics do not include retirements or separations initiated by

the Debtors.

35.    Executive attrition also disrupts the orderly operations of the business, as

other personnel are forced to add the responsibilities of the departed employees to their own.

Replacing departed executives also requires the employer to incur costs that could otherwise be

avoided, such as signing bonuses, reimbursement of relocation expenses, and executive search

fees. When the employer is undergoing court-supervised reorganization, the chapter 11 process

imposes additional obligations and stress on all employees. If left unchecked, a growing loss of

key personnel may overburden and demoralize the key employees who remain, result in further

losses, and deny the employer the services of those employees whose knowledge and service are

critical to the debtor's successful reorganization.

I declare, under penalty of perjury, that the foregoing statements are true and

correct.

Executed at New York, New York on February 1, 2006.

Mark R. Weber
Executive Vice President, Operations, Human
Resources Management, and Corporate Affairs

18

# Delphi's Worldwide Operations Locations



# Delphi's Global Presence



**U.S. & Canada**

Manufacturing sites: 44
Employment: 47,500
Joint ventures: 7
Technical centers: 13

**Europe & Middle East**

Manufacturing sites: 60
Employment: 51,000
Joint ventures: 8
Technical centers: 10

**Total Delphi**

Manufacturing sites: 164
Employment: 185,000
Joint ventures: 41
Technical centers: 33

**Mexico & South America**

Manufacturing sites: 46
Employment: 76,500
Joint ventures: 9
Technical centers: 4

**Asia Pacific**

Manufacturing sites: 14
Employment: 10,000
Joint ventures: 17
Technical centers: 6

As of September 30, 2005

Weber Decl. Ex. B.

# EXHIBIT C

**OIBITDAR By Division- AIP Target/Max/Min**
**January - June 2006 (Excludes Allied Sales)**

| | E&C | Steering | T&I | E&S | Packard | DPSS | AHG | Medical | Divisional Total | HQ/Other | Grand Total | Fund Size* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revised Sales | $3,176.0 | $1,112.5 | $1,737.2 | $2,787.9 | $2,924.6 | $964.4 | $913.4 | $65.9 | $13,681.9 | $41.0 | $13,722.9 | |
| OIBITDAR Target | ($44.2) | ($92.8) | ($79.2) | $193.0 | $83.4 | $23.1 | ($583.9) | $0.3 | ($500.3) | ($96.0) | ($596.3) | $20.6 |
| OIBITDAR as % of Sales | -1.39% | -8.34% | -4.56% | 6.92% | 2.85% | 2.40% | -63.93% | 0.46% | -3.66% | | | |
| | | | | | | | | | | | | |
| Plus 3.1% | 1.71% | -5.24% | -1.46% | 10.02% | 5.95% | 5.50% | -60.83% | 3.56% | -0.56% | | | |
| OIBITDAR Max | $54.3 | ($58.3) | ($25.3) | $279.4 | $174.1 | $53.0 | ($555.6) | $2.3 | ($76.2) | | | $38.4 |
| Increased OIBITDAR to Target | $98.5 | $34.5 | $53.9 | $86.4 | $90.7 | $29.9 | $28.3 | $2.0 | $424.1 | | | |
| | | | | | | | | | | | | |
| Minus 0.9% | -2.29% | -9.24% | -5.46% | 6.02% | 1.95% | 1.50% | -64.83% | -0.44% | -4.56% | | | |
| OIBITDAR Min | ($72.8) | ($102.8) | ($94.8) | $167.9 | $57.1 | $14.4 | ($592.1) | ($0.3) | ($623.4) | | | $8.3 |
| Reduced OIBITDAR to Target | -$28.6 | -$10.0 | -$15.6 | -$25.1 | -$26.3 | -$8.7 | -$8.2 | -$0.6 | -$123.1 | | | |
| | | | | | | | | | | | | |
| Min to Max Range Span | $127.0 | $44.5 | $69.5 | $111.5 | $117.0 | $38.6 | $36.5 | $2.6 | $547.3 | | | |
| | | | | | | | | | | | | |
| U.S. Executives by Division | 81 | 35 | 43 | 70 | 37 | 21 | 19 | 1 | 307 | 159 | 466 | |
| Target Payout by Division | $3,035.5 | $1,509.0 | $1,729.0 | $2,420.5 | $1,664.0 | $832.0 | $867.0 | $33.5 | $12,090.5 | $8,546.0 | $20,636.5 | |
| | | | | | | | | | | | | |
| Global Mfg. Facilities | 50 | 16 | 29 | 22 | 97 | 8 | 12 | 2 | 236 | | | |

* Incentive Payout budget based upon term sheet payout caps

1/26/2006

# EXHIBIT D

**RANGE OF BONUS OPPORTUNITIES FOR AIP PROGRAM PARTICIPANTS (Jan. 1, 2006, through June 30, 2006).**

| | HC | Avg. Salary | Targets thru 6/30/06 | Individual Performance Ranges (threshold) | | | Individual Performance Ranges (target) | | | Individual Performance Ranges (maximum) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Min | Mid Point | Max | Min | Mid Point | Max | Min | Mid Point | Max |
| *DSB* | | | | | | | | | | | | |
| Miller | | $1 | *Not Participating* | | | | | | | | | |
| Other DSB | | $514,255 | $256,933 | $0 | $102,773 | $154,160 | $0 | $256,933 | $385,399 | $0 | $385,399 | $385,399 |
| *Sum* | 23 | | **$5,652,522** | * | **$2,261,009** | ** | * | **$5,652,522** | ** | **$0** | **$8,478,783** | **$8,478,783** |
| | | | | | | | | | | | | |
| *Band F* | | $427,500 | $122,500 | $0 | $49,000 | $98,000 | $0 | $122,500 | $245,000 | $0 | $245,000 | $245,000 |
| *Sum* | 2 | | **$245,000** | * | **$98,000** | ** | * | **$245,000** | ** | **$0** | **$490,000** | **$490,000** |
| | | | | | | | | | | | | |
| Band E | 21 | $292,808 | $85,500 | $0 | $34,200 | $68,400 | $0 | $85,500 | $171,000 | $0 | $171,000 | $171,000 |
| Band D | 65 | $240,799 | $67,500 | $0 | $27,000 | $54,000 | $0 | $67,500 | $135,000 | $0 | $135,000 | $135,000 |
| | | | | | | | | | | | | |
| Band C | 88 | $199,856 | $33,500 | $0 | $13,400 | $26,800 | $0 | $33,500 | $67,000 | $0 | $67,000 | $67,000 |
| Band B | 130 | $165,312 | $23,500 | $0 | $9,400 | $18,800 | $0 | $23,500 | $47,000 | $0 | $47,000 | $47,000 |
| Band A | 138 | $141,300 | $18,500 | $0 | $7,400 | $14,800 | $0 | $18,500 | $37,000 | $0 | $37,000 | $37,000 |
| *Sum* | 442 | | **$14,739,000** | * | **$5,895,600** | ** | * | **$14,739,000** | ** | **$0** | **$29,478,000** | **$29,478,000** |
| **TOTAL COST** | 467 | | **$20,636,522** | * | **$8,254,609** | ** | * | **$20,636,522** | ** | **$0** | **$38,446,783** | **$38,446,783** |

| **$ Fund Summary** | **Threshold** | **Target** | **Maximum** |
|---|---|---|---|
| | *$M* | *$M* | *$M* |
| **Original Proposal** | $12.4 | $31.0 | $62.0 |
| **Revised Proposal** | $8.3 | $20.6 | $38.4 |
| **DSB Original** | $3.4 | $8.5 | $17.0 |
| **DSB Revised** | $2.3 | $5.7 | $8.5 |

\* Individual bonuses may be reduced to as low as zero based on performance.
\*\* While individuals can receive up to 200% of their target bonus (150% for DSB) based on individual performance, the total pool cannot exceed the aggregate midpoint amount.

# EXHIBIT E

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

          - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
          In re                              :     Chapter 11
                                             :
DELPHI CORPORATION, et al.,                  :     Case No. 05-44481 (RDD)
                                             :
                            Debtors.         :     (Jointly Administered)
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DECLARATION OF NICK BUBNOVICH IN SUPPORT OF THE
DEBTORS' MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 105 AND
363 AUTHORIZING THE DEBTORS TO IMPLEMENT A KEY
EMPLOYEE COMPENSATION PROGRAM

Nick Bubnovich declares:

1.      I am a senior consultant at Watson Wyatt Worldwide ("Watson"),

which maintains an office at 191 North Wacker Drive, Chicago, Illinois and in other

cities.  I submit this declaration in support of the Motion for Order under 11 U.S.C. §§

105 and 363(b) authorizing the Debtors to Implement a Key Employee Compensation

Program (Docket No. 213) (the "Motion") prepared and submitted by Delphi Corporation

("Delphi") and certain of its subsidiaries and affiliates (the "Affiliate Debtors"), debtors

and debtors-in-possession (collectively, the "Debtors").  Capitalized terms not otherwise

defined herein shall have the meanings ascribed to them in the Motion.

2.      Except as otherwise indicated, I have personal knowledge or am

otherwise competent to testify as to the matters set forth herein.

3.      Watson is a global consulting firm focused on human capital and

financial management.  Watson specializes in four areas: employee benefits, human

capital strategies, technology solutions, and insurance and financial services.  Watson

combines human capital and financial expertise to deliver business solutions that drive

shareholder value.  Watson employees approximately 6,000 associates in 30 countries.

Watson's human capital group of 170 associates helps clients achieve competitive

advantage by aligning their workforce with their business strategy, and it assists clients in

developing and implementing strategies for attracting, retaining, and motivating their

employees.

4.      I have worked in executive compensation consulting for

approximately 20 years.  I consult and advise companies on a variety of compensation

and benefit issues.  I work with companies on salary administration, design incentive

arrangements, annual incentive plans, and long-term incentive plans.  I also assist clients

2

in severance programs, negotiation of employment agreements, and bankruptcy
compensation programs.

5.      I have held the position of senior consultant at Watson since
January 2005.  Before then, I was a partner at Deloitte & Touche for approximately two
and one-half years.  Before joining Deloitte & Touche, I was a partner in the Human
Capital Group at Arthur Andersen.  I have served as the compensation consultant for
numerous large and complex restructurings and have provided services for numerous
large multinational companies in and out of chapter 11 including, without limitation,
Bethlehem Steel Co., Delta Airlines, Inc., Federal Mogul Corp., Fibermark, Inc., Hayes
Lemmerz International, Inc., NRG Energy, Inc., Winn-Dixie, Inc., and W.R. Grace & Co.

6.      I have published a number of articles on executive compensation
issues, the most recent being, "Compensation Apples and Option Pricing Oranges,"
World at Work Journal (December 2005), and have co-authored three of the seven
chapters in the National Center for Employee Ownership's 2003 book, Beyond Stock
Options.  I have also been a featured speaker on executive compensation for the
American Bar Association, ALI-ABA, National Center for Employee Ownership,
Executive Enterprise, Inc., Corporate Counsel Center, American Society of Corporate
Secretaries (Chicago Chapter), Chicago Compensation Association, National Association
of Stock Plan Professionals (Chicago Chapter), and Chicago-Kent College of Law.

## II.    DELPHI'S PREPETITION COMPENSATION PROGRAM

7.      In December 2004, Watson was retained by Delphi to assess the
competitiveness of Delphi's executive compensation positioning and subsequently to
assist Delphi in the design of compensation and incentive programs for its executives (the
"Prepetition Program"). I was not directly involved in the Prepetition Program at the time,

3

as I did not begin at Watson until January 2005. However, I have been involved in the

development of the Key Employee Compensation Program (the "KECP") from the

beginning, and in the course of developing the KECP, it was important for me to become

familiar with Delphi's Prepetition Program. In that connection, I learned that Delphi's

goal in implementing the Prepetition Program was to keep key employees through 2006,

focus on stabilizing or lowering the annual equity grant run rate, minimize the expense of

the equity program, continue the move away from the use of stock options, and increase

the perceived value of Delphi's equity grants.

8.      In connection with developing the KECP, I learned that

compensation was a factor in the departure of several executive resignations at Delphi

prior to its chapter 11 filing.  I learned that annual salary changes for Delphi executives,

relative to market, were limited and infrequent, and that Delphi's historic stock option

awards had proven to have no value as the vast majority of stock options outstanding at

the time were underwater. I also became aware that, during the years 2001-04, annual

bonus payments had been made to Delphi executives only in 2002, and that the Company

did not expect to pay annual bonus payments to its executive for the 2005 fiscal year.

9.      In the course of developing the KECP, I learned that the attrition

rate of Delphi's executives (normally low and quite stable) had increased in the year

immediately before the chapter 11 filing and that total compensation opportunities for

Delphi's executives had remained competitive during that same period.  Although total

compensation opportunities for Delphi's executives had remained competitive in the

years preceding the chapter 11 filing, actual compensation for these executives had

remained stagnant or fallen in comparative terms, because the Company was not reaching

its annual performance targets.  The result was that, when the petitions in these cases

4

were filed, the Debtors' hourly employees enjoyed actual compensation levels at or

above competitive market levels, while actual compensation of the Debtors' executives

was below competitive levels.

10.    In connection with developing the KECP, I reviewed the

Company's historical compensation of its executives.  Delphi's Strategy Board (the

"DSB"), the Company's top policy-making group, is comprised of most of the

Company's officers and many of its highest ranking executives.  Under the Prepetition

Program, members of the DSB earned total compensation well below that of their market

peers, falling below the 25th percentile of total compensation provided to similarly-

situated individuals in both the general industry and Delphi's peer group.

11.    Similarly, Delphi's non-DSB executives also earned total

compensation below their market peers.  Under the Prepetition Program, Delphi targeted

total compensation for the non-DSB executives at the 50th to 60th percentile.  Actual

compensation for the non-DSB executives, however, fell below the 25th percentile of total

compensation provided to similarly situated individuals in both the general industry and

Delphi's peer group.

12.    As part of the Prepetition Program, Delphi incorporated the

following individual components as integrated elements of the total compensation plan of

Delphi's officers and executives:

(a)    Base Salary:  In setting base salaries, the Company took into

account unique factors particular to an individual officer or executive, such as his or her

specific performance, potential for future advancement, and responsibilities within the

organization.  Members of the DSB earned a base salary at approximately the 75th

percentile of base salaries provided to similarly-situated individuals in both the general

industry and Delphi's peer group.  Non-DSB executives earned a base salary at

approximately the 60th percentile of base salaries provided to similarly situated

individuals in both the general industry and Delphi's peer group.

(b)    Annual Incentives:  In the ordinary course of its annual

compensation program for its executives, as part of its Prepetition Program, Delphi

provided annual incentive bonus opportunities to all of its domestic executives (currently,

approximately 466 individuals).  Delphi's Compensation and Executive Development

Committee (the "Compensation Committee") established annual corporate performance

levels based on net earnings (e.g., threshold, target, and ceiling) which levels, if achieved,

permitted all U.S. executives to earn annual bonuses.  The size of the final annual

incentive bonus, if any, was dependent on the actual level of performance that the

Company achieved within the aforementioned range.  Executives would be eligible to

receive 40 percent of their bonus opportunities if Delphi achieved 70 percent of its annual

net earnings target, 100 percent of their bonus opportunities if Delphi hit its annual net

earnings target, and a maximum of 200 percent of their bonus opportunities if Delphi

doubled its annual net earnings target.  Any bonus earned by an executive was subject to

adjustment based on his or her individual performance, with the typical range of

adjustment being between 75 percent and 125 percent of the amount (provisionally)

earned.  In some cases, however, no bonuses were paid, and in others, bonuses were as

high as 200 percent of what was provisionally earned.  The annual incentive targets were

set at the beginning of each fiscal year, and the performance of the Company in one year

did not affect an executive's opportunity to obtain an annual incentive bonus in

subsequent years.  Thus, if the Debtors had not filed for bankruptcy, the Company could

have re-set its annual incentive bonus opportunities for the 2006 fiscal year, and its

6

executives would have had a reasonable opportunity to achieve bonuses in 2006, even though the annual bonus opportunities were not achieved in 2005.

(c)    <u>Long-Term Incentives</u>:  It is a generally-accepted principle of executive compensation—and one to which Delphi adheres—that the ability to acquire equity in the company encourages high levels of executive performance, while further aligning the long-term interests of management with those of the company's stakeholders. Consequently, Delphi historically provided an equity component (generally in the form of stock options or restricted stock grants) as an element of management's total compensation opportunities.  This component of compensation was offered to both U.S. and foreign executives at Delphi (approximately 600 individuals).  Delphi also offered cash incentive awards to officers and senior management under a program entitled the Performance Achievement Plan ("PAP").  PAP awards were intended to encourage the senior-most members of Delphi's management to achieve certain strategic business goals that, by their nature, took more than one year to complete.  Typically, the Compensation Committee granted PAP awards on an annual basis, but did not pay them unless the Company achieved its strategic business goals over rolling three-year performance cycles. As with the other components of the Prepetition Program, the Compensation Committee set performance targets that, if achieved, permitted eligible members to earn PAP awards; with a threshold performance level below which no bonuses would be awarded; and a performance ceiling above which no additional amounts would be paid.

## III.    DEVELOPMENT OF THE KECP

13.    My experience as a compensation consultant over nearly 20 years has taught me that, in deciding whether to accept or keep a job, employees consider the employer's entire "employment proposition," that is, the mix of tangibles (compensation

and benefits) and intangibles (employer's prospects, career path, work content, work

relationships, work/life balance, etc.) offered by the employer, adjusted by the risk that

the employer will not be able to deliver on the proposition.  As an employer faces

increased financial distress, its employment proposition becomes impaired as employees

face greater risk of losing their jobs and general uncertainty about their future increases.

The deeper in distress an employer becomes, the fewer the tools and choices it has to

positively affect the employment proposition it offers existing and prospective employees.

14.    As it progressed toward filing these chapter 11 cases, Delphi took

steps to protect estate assets by developing a key employee compensation program that

would keep the key executives focused on maximizing the Debtors' financial

performance and maintaining alignment of their interests with those of the Debtors'

stakeholders.

15.    On August 26, 2005, Delphi formally retained Watson to assist the

Company in the design and implementation of special restructuring incentive

compensation programs to retain and motivate key employees and executives as well as

provide expert testimony, if necessary.  Delphi sought the advice of Watson to assist

Delphi in its reassessment of the "employment proposition" that it could offer the key

salaried employees in light of current U.S. and marketplace economic realities.

16.    Pursuant to the terms of the engagement agreement, Watson was to

retained to provide the following services to the Company:

>    (a)    Review Delphi's current compensation programs and assess
>        the need for new or revised programs for certain key
>        employees designated by the Company and, if needed, assist
>        in the design of such programs.  Key elements of such
>        programs might consist of a new annual incentive program, a
>        revised cash retention program, and a severance program;

8

(b)    Compare the terms, conditions, and cost of any such
       proposed program to competitive practice;

(c)    Review and determine whether to enhance existing severance
       programs in light of the changed circumstances;

(d)    Prepare a report summarizing its findings regarding the new
       programs;

(e)    If requested and if the Company files for Chapter 11
       protection, assist in negotiations with creditors' groups to
       obtain their support for the Company's assumption of any
       such bonus or other compensation program; and

(f)    If necessary, provide testimony with respect to the
       Company's compensation programs.

17.    I initially sought to provide Delphi with proposed compensation

programs for two different scenarios. One program was designed based on the

underlying premise that Delphi was able to restructure outside of chapter 11. The second

option, the KECP, assumed that the Company filed for chapter 11 protection. I, along

with Delphi, worked on developing both programs and presented both options to the

Compensation Committee for its approval.

18.    In developing the KECP, consideration was given not only to

overall costs in financial terms, but also to ensuring that the appropriate employees were

included and that they were assigned appropriate levels of compensation in light of the

Debtors' goals. (In developing the KECP, I assumed that any individual then employed in

an "executive" position with the Company would be eligible to participate in the KECP,

depending upon how the plan was designed.) I was advised that the Debtors were mindful

of their duty to manage the estate's assets in a fiscally responsible manner so as to

maximize stakeholder recoveries. For that reason, the KECP was not simply the product

of management, but the result of careful consideration by the Compensation Committee.

9

19.     The KECP takes as a principle that the Company should provide market competitive compensation opportunities designed to motivate key employees to perform for, and not simply remain employed by, the Debtors.  To ensure that the program assists the Company in achieving its overall business plan, the program incorporates the use of measurable performance milestones sufficient to properly monitor and control short-term risk.  The costs to the Debtors of the new program are estimated at no greater than those previously approved by the Company in connection with other prior compensation packages, including the Prepetition Program.

20.     The costs of the KECP also are comparable to those approved by courts in the case of chapter 11 companies of similar size.  The Debtors specifically considered specific incentive programs implemented by other companies in chapter 11, including automotive industry suppliers Federal-Mogul Corp. and Hayes Lemmerz International, Inc., among others, with the goal of creating an overall incentive program that incorporated the most effective components of each.

21.     As initially proposed by the Debtors, the KECP contained two basic components: annual incentive bonuses, based upon achievement of EBITDAR targets measured at the end of defined performance intervals; and emergence awards, consisting of cash bonuses and a percentage of the equity of the reorganized entity, conditioned upon successful reorganization of the Company.[1]

---

[1]     Although severance was discussed in the Motion, it is <u>not</u> part of the relief sought in the KECP Motion, but rather was approved as part of the Human Capital Obligations Order (Docket No. 198), ¶ 1. Severance was discussed in the KECP Motion to provide all interested parties with full disclosure as to the covered employees' full compensation opportunities.

22.    The revised annual incentive plan (the "Revised Annual Incentive Plan") serves as a replacement for the Debtors' prepetition annual incentive bonus program, which was based upon achievement of specific annual earnings targets. The emergence awards, as initially proposed by the Debtors, are intended to substitute for the Debtors' prepetition long-term incentive program, which was cancelled after the filing of the bankruptcy petitions, except the PAP for the 2003-05 performance cycle.

23.    Based on my experience as a compensation consultant, as well as my knowledge of annual incentive plans, I believe that virtually all *Fortune* 1000 companies (Delphi is *Fortune* 100) have an annual or short-term incentive plan. Such plans are therefore a standard part of all *Fortune* 1000 executives' compensation package, provided in the ordinary course by their employers.

24.    Moreover, it is my belief than all public companies in Delphi's industry—the auto supply industry—have annual incentive plans. (In certain cases, a particular company may have an annual incentive plan equivalent. For example, Collins & Aikman, which is also in Chapter 11, has, in lieu of an annual incentive plan, a retention bonus plan (as well as a special emergence incentive plan.)

25.    In Delphi's particular case, it has had an annual incentive plan for its executives (and salaried employees) for each year since it was spun off by General Motors. Before then, Delphi's executives were participants in General Motor's annual incentive plan.

26.    Since the Debtors first proposed the KECP, the Debtors have been in discussions and negotiations with the official committee of unsecured creditors (the "Creditors' Committee") toward the goal of reaching agreement on the final design of the program. In December 2005, I commenced communications with Pearl Meyer, the senior

11

managing director of Steven Hall & Partners, LLC and the Creditors' Committee's

compensation and employment agreement advisor, with regard to discuss potential

modifications to the KECP. I met with her on January 6 and January 18, 2006, and have

been in periodic communication with her since then.  As part of those discussions to

modify the KECP, I have also considered the concerns of all the parties who objected to

the original form of the KECP. I believe that the revised proposal sufficiently addresses

all of the objectors' legitimate concerns.

27.     At the Creditors' Committee's request, the Debtors initially agreed

to defer consideration until the July 2006 omnibus hearing of all portions of the KECP

*other* than that portion of the Revised Annual Incentive Plan covering a period

commencing no earlier than October 8, 2005, and continuing through June 30, 2006.

More recently—and again at the Creditors' Committee's request—the Debtors have

agreed to eliminate the initial three-month period, from the filing of the petitions on

October 8, 2005, through December 31, 2005, from the Revised Annual Incentive Plan.

Thus, all performance periods under the Revised Annual Incentive Plan will cover six

months, and the only performance cycle the Debtors are proposing is the period from

January 1, 2006, through June 30, 2006.

## IV.    DELPHI'S REVISED ANNUAL INCENTIVE PLAN

28.     In designing the Revised Annual Incentive Plan, I was charged

with creating an annual program to replace the Company's prepetition annual incentive

plan.  Delphi historically has, in the ordinary course of its business, and consistent with

the nation's largest industrial enterprises, provided annual incentive bonus opportunities

to all of its U.S. executives (approximately 466 individuals, as of the date of this

declaration).  Accordingly, I designed the Revised Annual Incentive Plan under the

12

KECP to include all of the Debtors' U.S. executives, except the Debtors' chief executive

officer, Robert S. ("Steve") Miller, who voluntarily "opted out" of the KECP.

29.     <u>Performance Measures</u>.  The Revised Annual Incentive Plan is

designed to pay bonuses based on the achievement of certain performance targets.  At the

corporate level, the Debtors will measure performance based on EBITDAR-UG.

EBITDAR (earnings before interest, taxes, depreciation, amortization and restructuring

costs) is the measure used most often by chapter 11 debtors, and it also is used frequently

by companies outside of bankruptcy, but otherwise engaged in a restructuring or in

financial distress.  For such companies, EBITDAR provides those companies with the

best measure of core operating earnings.  Additionally, the Debtors have agreed, at the

request of the Creditors' Committee, to deduct from the performance measure any

earnings resulting from changes made to the Debtors agreements with its labor unions

("U") and General Motors Corporation ("G").  The end result, therefore, is the

EBITDAR-UG performance metric, which excludes non-performance-related events.

30.     The Debtors have also agreed to the Creditors' Committee request

to measure performance at the division level of the Debtors.  As described in more detail

below, some executives' bonus opportunities will be based, in part, on how their

respective divisions perform.  Because earnings are not measured at the division level,

the Debtors replaced that part of the performance metric with operating income.  Thus,

the Debtors will measure division-level performance based on OIBITDAR-UG (where

"OI" standing for operating income.)  Otherwise, this metric operates the same as the one

being adopted at the corporate level.

31.     <u>Setting Performance Targets</u>.  In most chapter 11 companies, the

EBITDAR target for purposes of a postpetition compensation plan typically is the

13

EBITDAR target projected by members of a company's finance team for operational

purposes. After the target EBITDAR is set by a company's finance team, the

compensation committee then usually sets a threshold and ceiling EBITDAR, which will

be used to create minimum and maximum bonus opportunities for the applicable

performance period.

      32.     In these chapter 11 cases, the Debtors provided the Creditors'

Committee, a fiduciary in these cases, the opportunity to comment on the various

performance targets for the period January 1, 2006, through June 30, 2006. At the

corporate level, the target EBITDAR-UG is derived from the Debtors' business plan, as

approved by the Debtors' Board of Directors. The corporate level EBITDAR-UG target

for the period ending June 30, 2006, is negative $80 million. (A negative EBITDAR

target, for purposes of an incentive compensation plan, is not unusual, in my experience,

for a company in Chapter 11.) I understand that the Company expects that, in fact, its

EBITDAR will be positive. At the division level, OIBITDAR-UG targets for the six-

month period ended June 30, 2006, have been calculated for each division, based on the

Debtors' business plan (and are attached hereto under Exhibit A).

      33.     <u>Individual Executive Performance Mix</u>. At the Creditors'

Committee's suggestion, the Debtors have also agreed to provide the Debtors' executives

bonus opportunities specifically tailored to each executive's position with the Debtors.

Executives at the corporate level will have 100 percent of their bonus opportunity based

on the Debtors' ability to achieve their corporate-level target EBITDAR-UG. For

executives working in a specific division (except the medical division), 50 percent of

their bonus opportunity will be based on the Debtors' ability to achieve their target

EBITDAR-UG, and the remaining 50 percent of their bonus opportunity will be based on

14

their respective division's performance relative to the target OIBITDAR-UG.  With

regard to the Debtors' medical division, because the success of this division is not highly

correlated to the performance of the rest of the Company, only 30 percent of the bonus

opportunity for executives in this division will be based on meeting the corporate-level

target EBITDAR-UG, while 70 percent will be based on the medical division's ability to

achieve its target OIBITDAR-UG.  The corporate and division targets are independent of

one another—achievement of one target results in bonus funding even if the other target

is not achieved.  Also, executives who transfer between entities or across divisions within

the same entity will have their opportunities prorated based upon the time spent at each

entity during the performance period.

        34.     <u>Bonus Opportunities</u>.  Although the performance metric for the

annual incentive plan has now changed from net earnings (Prepetition Program) to

EBITDAR/OIBITDAR (Revised Annual Incentive Plan), the Compensation Committee

set minimum, target, and maximum bonus opportunities under the Revised Annual

Incentive Plan using the same incentive structure that was adopted for the prepetition

annual incentive plan.  Under the Revised Annual Incentive Plan, executives will receive

40 percent of their bonus opportunities if the Debtors achieve 70 percent of their target

for the applicable performance period, 100 percent of their bonus opportunities if the

Debtors hit their target, and a maximum of 200 percent of their bonus opportunities if the

Debtors meet or exceed 200 percent of their target for that performance period.  Any

bonus earned by an executive is subject to adjustment based on his or her individual

performance.  Executives that are designated as poor performers or otherwise not meeting

the expectations, as determined by their supervisors, will receive no bonus.  Executives

also may have their bonuses adjusted down by any amount or adjusted up as much as 200

percent of their target opportunities (except members of Delphi's Strategy Board, who are limited to a 150 percent ceiling on their bonus adjustments). The net effect of these adjustments to the Debtors must be zero—additional bonus awarded to one executive must come from the downward adjustment of bonuses to other executives.

35.    Assuming the Debtors hit all their performance targets (corporate and division levels), the Revised Annual Incentive Plan has an estimated *maximum* six-month cost of $38.4 million. (The target cost is $20.6 million.) For members of Delphi's Strategy Board, the *maximum* six-month cost is $8.5 million (and the targeted cost is $5.7 million). These estimates also assume that all executives are employed with the Debtors for the whole performance period, and that all of them meet the personal-performance requirements imposed by the Company. (The range of bonus opportunities for participants in the Revised Annual Incentive Plan for the period January 1, 2006, through June 30, 2006, are outlined in the spreadsheet attached to this declaration as Exhibit B.)

36.    <u>Six-Month Performance Period</u>. For purposes of the Revised Annual Incentive Plan, the Debtors decided to measure performance over a six-month period, rather than annually. At the request of the Creditors' Committee, the Debtors set the initial period of the Revised Annual Incentive Plan for a period commencing on January 1, 2006, and ending on June 30, 2006, thus eliminating the possibility of any performance-based incentive compensation for the first three months after the petitioners were filed. Participants' bonus opportunities during this initial period will be 50 percent of their annual opportunities under the Prepetition Program. The shortened periods reflect that the chapter 11 process introduces several variables that make it more difficult to forecast financial performance over the long term. The shorter the period, the better the chance that the Compensation Committee will be able to set targets that are neither so

16

high that they are unattainable nor so low that the payment of bonuses under the Revised

Annual Incentive Plan becomes automatic.

37.   The shorter periods also provide the covered executives with more

incentive value than annual periods.  By way of example, if the Debtors experience very

low EBITDAR-UG for one month, that performance only will affect the ability to meet

the target EBITDAR-UG for the six-month incentive period, not the entire year.  Thus,

the one bad month only affects one-half of an executive's annual incentive opportunity.

Under the Prepetition Program, the one bad month may have affected the executive's

entire annual bonus opportunity.  The Debtors did not implement a shorter period (e.g.,

three months) to measure EBITDAR-UG under the Revised Annual Incentive Plan

because the additional incentive from making a shorter period did not outweigh the costs

associated with administering the incentive plan more frequently.

38.   Participation in the Revised Annual Incentive Plan.  Again, every

person who occupies an "executive" position with the Debtors (other than Mr. Miller)

will be eligible for payments under the Revised Annual Incentive Plan. I concur with the

Debtors' judgment in electing to follow its usual prepetition practice of making all those

currently employed in executive positions eligible for participation in the program, rather

than changing its practice based upon a post-petition determination of which executives

are "key."  In fact, I believe that it would not be in the best interests of the Debtors or

their estates to change its prior practice in this respect insofar as the Revised Annual

Incentive Plan is concerned because such a change would hurt the morale and lower the

performance levels of the executives excluded, all to the detriment of the Debtors'

businesses.

17

39.    <u>Forfeiture/Clawback Procedures</u>.  To address concerns raised by various constituents, the Debtors have also proposed prophylactic measures designed to ensure that KECP benefits not be paid to or retained by executives found to have engaged in activities that injured the Company and who, accordingly, may be liable to the Company. These prophylactic measures include provisions for escrowing or forfeiture of payments made to KECP participants under certain circumstances. The particulars of these provisions are detailed in the Declaration of Mark Weber. In my opinion and experience, these prophylactic measures are without precedent for an annual or short-term incentive plan—by companies in or out of bankruptcy.  Indeed, I am unaware of any such "bad boy" provision in any annual or short-term incentive plan.

40.    <u>Necessity of the Revised Annual Incentive Plan</u>.  In my judgment, the Debtors' record of executive attrition, as well as the need to provide competitive pay opportunities, demonstrates their need to implement the Revised Annual Incentive Plan. Whenever an executive or manager departs from an industrial enterprise, the employer loses all of that employee's experience and knowledge, and often on relatively short notice. This institutional knowledge, which cannot be readily replaced on the open market, is necessary to maintain the Debtors' ongoing operations and to assure successful completion of the restructuring.

41.    The Debtors provided me with data that indicated that executive attrition increased significantly during the prepetition period and has accelerated thereafter.  During the twelve-month period between October 8, 2003, and October 7, 2004, only 13 executives quit. In the twelve-month period preceding the petition date, October 8, 2005, however, 21 executives quit, an increase of almost 62 percent.  Since October 8, 2005, fourteen more executives—with a combined 231 years of service to the

18

Debtors—have either quit or given the Debtors notice that they will do so in the near future. If executive quits continue at this rate, the Debtors can expect to lose more than 40 executives during their first year in chapter 11. These attrition statistics do not include retirements or separations initiated by the Debtors.

42.    Executive attrition also disrupts the orderly operations of the business, as other personnel are forced to add the responsibilities of the departed employees to their own. Replacing departed executives also requires the employer to incur costs that could otherwise be avoided, such as signing bonuses, reimbursement of relocation expenses, and executive search fees. Additionally, when the employer is undergoing court-supervised reorganization, the Chapter 11 process imposes additional obligations and stress on all executives, including longer, or irregular working hours, additional "emergency" situations, and general uncertainty.

43.    Those objectors who argue, without any supporting evidence, that the Debtors would be better off if they lost existing key executive personnel apparently have given no thought to how their approach would overburden and demoralize the key employees who remain and saddle the Debtors with the replacement costs associated with executive attrition.

44.    In my opinion, the Revised Annual Incentive Plan approved by the Compensation Committee is well within the range of competitive practice and consistent with the ordinary course of the Debtors' prepetition business and of the ordinary course of the Debtors' peers.

45.    Based on the foregoing, in my opinion, implementation of the Revised Annual Incentive Plan is in the best interests of the Debtors, their estates, their creditors, and all other parties-in-interest.

19

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on February 1, 2006, in Chicago, Illinois.

Nick Bubnovich

# EXHIBIT A

**OIBITDAR By Division- AIP Target/Max/Min**
**January - June 2006 (Excludes Allied Sales)**

| | E&C | Steering | T&I | E&S | Packard | DPSS | AHG | Medical | Divisional Total | HQ/Other | Grand Total | Fund Size* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revised Sales | $3,176.0 | $1,112.5 | $1,737.2 | $2,787.9 | $2,924.6 | $964.4 | $913.4 | $65.9 | $13,681.9 | $41.0 | $13,722.9 | |
| OIBITDAR Target | ($44.2) | ($92.8) | ($79.2) | $193.0 | $83.4 | $23.1 | ($583.9) | $0.3 | ($500.3) | ($96.0) | ($596.3) | $20.6 |
| OIBITDAR as % of Sales | -1.39% | -8.34% | -4.56% | 6.92% | 2.85% | 2.40% | -63.93% | 0.46% | -3.66% | | | |
| | | | | | | | | | | | | |
| Plus 3.1% | 1.71% | -5.24% | -1.46% | 10.02% | 5.95% | 5.50% | -60.83% | 3.56% | -0.56% | | | |
| OIBITDAR Max | $54.3 | ($58.3) | ($25.3) | $279.4 | $174.1 | $53.0 | ($555.6) | $2.3 | ($76.2) | | | $38.4 |
| Increased OIBITDAR to Target | $98.5 | $34.5 | $53.9 | $86.4 | $90.7 | $29.9 | $28.3 | $2.0 | $424.1 | | | |
| | | | | | | | | | | | | |
| Minus 0.9% | -2.29% | -9.24% | -5.46% | 6.02% | 1.95% | 1.50% | -64.83% | -0.44% | -4.56% | | | |
| OIBITDAR Min | ($72.8) | ($102.8) | ($94.8) | $167.9 | $57.1 | $14.4 | ($592.1) | ($0.3) | ($623.4) | | | $8.3 |
| Reduced OIBITDAR to Target | -$28.6 | -$10.0 | -$15.6 | -$25.1 | -$26.3 | -$8.7 | -$8.2 | -$0.6 | -$123.1 | | | |
| | | | | | | | | | | | | |
| Min to Max Range Span | $127.0 | $44.5 | $69.5 | $111.5 | $117.0 | $38.6 | $36.5 | $2.6 | $547.3 | | | |
| | | | | | | | | | | | | |
| U.S. Executives by Division | 81 | 35 | 43 | 70 | 37 | 21 | 19 | 1 | 307 | 159 | 466 | |
| Target Payout by Division | $3,035.5 | $1,509.0 | $1,729.0 | $2,420.5 | $1,664.0 | $832.0 | $867.0 | $33.5 | $12,090.5 | $8,546.0 | $20,636.5 | |
| | | | | | | | | | | | | |
| Global Mfg. Facilities | 50 | 16 | 29 | 22 | 97 | 8 | 12 | 2 | 236 | | | |

* Incentive Payout budget based upon term sheet payout caps

1/26/2006

# EXHIBIT B

**RANGE OF BONUS OPPORTUNITIES FOR AIP PROGRAM PARTICIPANTS (Jan. 1, 2006, through June 30, 2006).**

| | HC | Avg. Salary | Targets thru 6/30/06 | Individual Performance Ranges (threshold) | | | Individual Performance Ranges (target) | | | Individual Performance Ranges (maximum) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Min | Mid Point | Max | Min | Mid Point | Max | Min | Mid Point | Max |
| *DSB* | | | | | | | | | | | | |
| Miller | | $1 | *Not Participating* | | | | | | | | | |
| Other DSB | | $514,255 | $256,933 | $0 | $102,773 | $154,160 | $0 | $256,933 | $385,399 | $0 | $385,399 | $385,399 |
| *Sum* | 23 | | **$5,652,522** | * | **$2,261,009** | ** | * | **$5,652,522** | ** | $0 | **$8,478,783** | **$8,478,783** |
| *Band F* | | $427,500 | $122,500 | $0 | $49,000 | $98,000 | $0 | $122,500 | $245,000 | $0 | $245,000 | $245,000 |
| *Sum* | 2 | | **$245,000** | * | **$98,000** | ** | * | **$245,000** | ** | $0 | **$490,000** | **$490,000** |
| Band E | 21 | $292,808 | $85,500 | $0 | $34,200 | $68,400 | $0 | $85,500 | $171,000 | $0 | $171,000 | $171,000 |
| Band D | 65 | $240,799 | $67,500 | $0 | $27,000 | $54,000 | $0 | $67,500 | $135,000 | $0 | $135,000 | $135,000 |
| Band C | 88 | $199,856 | $33,500 | $0 | $13,400 | $26,800 | $0 | $33,500 | $67,000 | $0 | $67,000 | $67,000 |
| Band B | 130 | $165,312 | $23,500 | $0 | $9,400 | $18,800 | $0 | $23,500 | $47,000 | $0 | $47,000 | $47,000 |
| Band A | 138 | $141,300 | $18,500 | $0 | $7,400 | $14,800 | $0 | $18,500 | $37,000 | $0 | $37,000 | $37,000 |
| *Sum* | 442 | | **$14,739,000** | * | **$5,895,600** | ** | * | **$14,739,000** | ** | $0 | **$29,478,000** | **$29,478,000** |
| **TOTAL COST** | 467 | | **$20,636,522** | * | **$8,254,609** | ** | * | **$20,636,522** | ** | $0 | **$38,446,783** | **$38,446,783** |

| **$ Fund Summary** | **Threshold** | **Target** | **Maximum** |
|---|---|---|---|
| | *$M* | *$M* | *$M* |
| **Original Proposal** | $12.4 | $31.0 | $62.0 |
| **Revised Proposal** | $8.3 | $20.6 | $38.4 |
| **DSB Original** | $3.4 | $8.5 | $17.0 |
| **DSB Revised** | $2.3 | $5.7 | $8.5 |

\* Individual bonuses may be reduced to as low as zero based on performance.
\*\* While individuals can receive up to 200% of their target bonus (150% for DSB) based on individual performance, the total pool cannot exceed the aggregate midpoint amount.

# EXHIBIT F

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


        - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York, 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
                                          :
            In re                         :        Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :        Case No. 05–44481 (RDD)
                                          :
                        Debtors.          :        (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


DECLARATION OF JOHN D. OPIE IN SUPPORT OF THE DEBTORS'
MOTION FOR ORDER UNDER  §§ 105 AND 363 AUTHORIZING THE
DEBTORS TO IMPLEMENT A KEY EMPLOYEE COMPENSATION PROGRAM

John D. Opie declares as follows:

1.        I make this declaration in support of the Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (the "KECP Motion").  Capitalized terms not otherwise defined in this Declaration shall have the meanings ascribed to them in the KECP Motion or the various pleadings referenced herein.  I have personal knowledge of the matters stated in this declaration.

<u>BACKGROUND</u>

2.        Since 1999, I have served as an independent director, and since 2002 as Lead Independent Director on the Board of Directors of Delphi Corporation (which, with certain of its subsidiaries and affiliates, the debtors, and the debtors-in-possession in the above-captioned cases, are referred to collectively and variously herein as "Delphi," the "Company," or the "Debtors").  I am an *ex officio* member of the Audit Committee, the Corporate Governance and Public Issues Committee, and the Compensation and Executive Development Committee of Delphi's Board of Directors.  Prior to my association with Delphi, I worked for General Electric Company ("GE") for 39 years.  During the period from 1961 until I retired from GE in 2000, I held numerous senior management positions, including Vice President of its Lexan and Specialty Plastics Divisions, President of its Lighting Business, and, from 1995-2000, Vice Chairman and a director of GE itself.  Since 2003, I also have served as a member of the Board of Directors of Wal-Mart Stores, Inc.

3.        Delphi's Compensation and Executive Development Committee (the "Compensation Committee") is responsible for discharging the Board of Directors' responsibilities relating to officer and other executive compensation.  In connection therewith, it is the Compensation Committee's duty, in relevant part, to review and approve all of Delphi's executive

1

benefit and incentive compensation plans.  For compensation purposes, this includes the duty to

review and evaluate corporate goals and the individual executive performance of Delphi's chief

executive officer.  The Compensation Committee also is responsible for reviewing and evaluat-

ing the applicable corporate goals relating to the compensation of the Company's other executive

officers, officers, and members of senior management (collectively, "Delphi Executives" or

"Corporate Management").

        4.      In conjunction with outside, independent third-party consultants, the Com-

pensation Committee annually reviews compensation opportunities offered to Corporate Man-

agement to ensure that Delphi's executive compensation program not only remains competitive,

but also provides appropriate incentives to achieve the Company's financial goals.  It is a well-

settled element of the Company's compensation philosophy that the interests of Delphi's Execu-

tives be aligned with those of the Company's stakeholders.  To achieve this goal, the Compensa-

tion Committee historically has reviewed management's recommendations with regard to the

setting of specific, measurable, short- and long-term performance targets, rewarding Delphi Ex-

ecutives when they achieve those targets, and adjusting a particular executive's compensation

opportunities to more accurately reflect specific performance and individual contributions to the

Company. (In the case of the Company's CEO, the Compensation Committee sets those targets

and makes those adjustments directly.) The Compensation Committee regularly reviews the

compensation opportunities offered by comparable corporations in Delphi's industry, as well as

those offered by other top *Fortune* companies against which Delphi competes in hiring its execu-

tive workforce.  In connection therewith, the committee uses an independent, third-party com-

pensation consultant (currently, Watson Wyatt Worldwide ("Watson Wyatt")) to provide such

information.  By evaluating the total compensation opportunities offered by these various com-

panies, the Compensation Committee establishes compensation benchmarks that it uses to set Delphi's total compensation opportunities.

5.      Traditionally, Delphi has incorporated the following individual components as integrated elements of its compensation plan for Corporate Management:

a.      <u>Base Salary:</u>  Delphi endeavors to pay base salaries that are competitive with those paid by the benchmarked companies referenced above.  In setting base salaries, the Company also takes into account unique factors particular to an individual executive, such as his or her specific performance, potential for future advancement, and responsibilities within the organization.

b.      <u>Annual Incentives:</u>  In the ordinary course of its business before filing for chapter 11 protection, Delphi provided annual incentive bonus opportunities as part of its executive compensation plan.  In connection therewith, the Compensation Committee established annual corporate financial achievement levels that, if reached, permitted Corporate Management to earn incentive bonuses.  Depending upon which were most appropriate in light of the Company's business plan for the year, the Compensation Committee could set these targets in reference to a variety of business metrics used by Delphi's industry peers or other *Fortune* 100 companies, such as: return on assets, return on net assets, asset turnover, return on equity, return on capital, market price appreciation of Delphi's common stock, economic value added, total stockholder return, net income, pre-tax income, earnings per share, operating profit margin, net income margin, sales margin, cash flow, market share, inventory turnover, sales growth, capacity utilization, increase in customer base, environmental health and safety, and quality.  Based upon the recommendations and input of the Company's compensation consultant, the Compensation Committee also established threshold performance levels, below which no annual incentive bonuses would

3

be awarded; and performance ceilings, above which no additional amounts would be paid.  The

size of a final annual incentive bonus, if any, was dependent on the actual level of performance

that the Company achieved within the aforementioned range, subject to adjustment based on the

individual employee's specific achievements for that year.

       c.     <u>Long-Term Incentives:</u>  Delphi believes that the ability to acquire equity

in the Company encourages high levels of executive performance, while further aligning the

long-term interests of Corporate Management with those of the Company's stakeholders.  Con-

sequently, the Company historically has provided an equity component (generally a mixture of

stock options and restricted stock unit grants, depending on a Delphi Executive's level of respon-

sibility) as an element of the Company's long-term incentive opportunities.  Delphi also offered

cash performance awards to officers and Corporate Management under a program entitled the

Performance Achievement Plan (the "PAP").  PAP awards were intended to encourage the sen-

ior-most members of Delphi Management to achieve certain strategic business goals which, by

their nature, took more than one year to complete.  Typically, the Compensation Committee

granted PAP awards on an annual basis, but did not pay them unless the Company achieved its

strategic business goals over rolling three-year performance cycles (*e.g.*, 2003–2005, 2004–2006,

2005–2007).  As with the other elements of the Delphi Management compensation plan, the PAP

program incorporated performance thresholds and ceilings between which a range of awards

might be earned.  Collectively, the PAP and the equity opportunities (the "SO" and "RSU" Com-

ponents, respectively) are referred to by the Company as the "Long-Term Incentive Plan," or

"LTIP."

       6.     Based on its collective experience, and in consultation with its various ad-

visors, the Compensation Committee has concluded that in deciding whether to accept a job of-

fer, or remain with a current employer, employees or prospective employees typically evaluate the overall "employment proposition" offered by an employer (*e.g.*, total compensation opportunities, benefits, career path, work content, work relationships, work/life balance, and the prospects of the employer itself), balanced against the risk that the employer may not deliver on the proposition.  The Compensation Committee also believes that as an employer's economic prospects decline, its employment proposition suffers, in significant part because the employer has fewer tools and choices available to positively affect the employment proposition it can offer.

        7.      For example, stock options offered as an element of a long-term incentive program may become valueless — and therefore are not valued — if, for any number of reasons, the company's stock price falls and stays below the strike price of the options.  Similarly, restricted stock grants or vested stock awards may become valueless if an employer seeks protection under the Bankruptcy Code, a possibility that is not lost on current or prospective employees of an employer that finds itself in serious economic decline.  As an ancillary point, it should be noted that simply increasing the cash component of an executive's total compensation package does not necessarily provide an adequate remedy:  first, it places additional burdens on the employer's cash resources at a time when those resources are most scarce.  Furthermore, the same macroeconomic forces that drive down an employer's overall business prospects increase the difficulty for any particular executive to achieve the performance goals necessary to obtain any incentive award, whether cash or equity.  Finally, an employer's ability to offer long-term career advancement and promotions (and the perceived value of those opportunities, if any) also suffers as the entity's financial condition declines.

        8.      The result of all of these factors, over time, is the steady erosion of an executive's total compensation opportunities, as well as the employment proposition that an em-

ployer is able to offer.  Consequently, executive attrition increases, which imposes additional

burdens:  the employer loses all of that employee's experience and knowledge, often on rela-

tively short notice; other personnel are forced to assume the departed employees' responsibili-

ties, thereby disrupting the orderly operation of the employer's business; and the employer incurs

additional costs (*e.g.*, signing bonuses, relocation expenses, and executive search fees), and in-

curs them more frequently, than a financially more stable employer.

PRE-PETITION EVENTS AND THE DECISION TO FORMULATE THE KECP

9.      As 2005 progressed, it became increasingly clear to the Board of Directors

that if Delphi were to remain a viable enterprise, it might need to restructure its financial com-

mitments, either through consensual modification of labor agreements, lender deferrals, and con-

tractual obligations with GM and others; or by means of an in-court resolution under the Bank-

ruptcy Code.  In August 2005, the Board of Directors therefore approved the Company's request

to initiate a comprehensive reevaluation of its existing compensation structure and incentive

plans for Delphi Management, in light of current U.S. and marketplace economic realities, and

specifically taking into account the possibility of an in-court restructuring.

10.      With input from the Committee's financial, compensation, and legal advi-

sors, including Watson Wyatt and the Debtors' counsel, Skadden, Arps, Slate, Meagher & Flom

LLP ("Skadden Arps" and, collectively, the "Advisors"), the Compensation Committee received

a variety of materials and information related to a possible revision of the Company's executive

compensation and related human capital plans.  This included consideration of a range of esti-

mates, projections, and presentations relating to possible business scenarios, and the potential

risks and returns entailed by each.  The Compensation Committee compared specific compensa-

tion options available (or unavailable) in the event a consensual resolution to the Company's fi-

6

nancial difficulties could not be reached, including the probable effect on Delphi Management's

vested, pending, or potential equity awards — they likely would be wiped out — if the Company

were to proceed in chapter 11.  The Compensation Committee also received information that

Delphi's executive workforce attrition rate (normally low and quite stable) had increased over

the preceding several years, and that total compensation opportunities for Delphi Management's

executive workforce had remained stagnant or had fallen, in comparative terms, during that same

period.

   11. The Compensation Committee concluded that in the event that Delphi

elected to seek relief under chapter 11, payments made under any revised key employee compen-

sation program would have to be tied to specific performance targets and acceptable levels of

personal achievement.  In this regard, the Compensation Committee considered and discussed

comparative data about executive compensation plans offered by Delphi's corporate peers, and

requested that its Advisors ensure that appropriate comparisons were being made.  The Compen-

sation Committee also directed its Advisors to evaluate programs implemented by other chapter

11 companies, including automotive industry suppliers Federal-Mogul Corp. and Hayes Lem-

merz International, Inc., with the goal of proposing a revised program for Delphi that incorpo-

rated the most effective components of these various plans.  As the Compensation Committee's

review progressed, it also approved performance metrics to be used in the event that proceeding

under chapter 11 became inevitable.

   12. During the course of the Compensation Committee's review, the Board of

Directors considered the timing of any recommendation that the Company implement a key em-

ployee compensation program ("KECP"), in the event that the Company were to proceed under

chapter 11.  More specifically, the Board considered whether all parties would be better served

7

by permitting negotiations between the Debtors and their stakeholders to progress before propos-

ing a revised compensation plan, or whether the decision, if any, to offer a revised program

should be integrated into the Debtors' First Day filings, on October 8, 2005. The Board of Di-

rectors concluded that because of the importance of the Debtors' key employees to the successful

reorganization of the enterprise, the announcement should be made sooner, rather than later. The

Board of Directors further concluded that the need to attract and motivate key management per-

sonnel, who have seen their employment and compensation prospects erode over the last five

years, was an issue that could no longer be ignored, particularly in light of the uncertainties fac-

ing the Company if it were to proceed in chapter 11. The Board likewise determined, in consul-

tation with the Advisors, that by making the KECP a part of the Debtors' First Day filings, all

interested parties would be provided full disclosure of, and an opportunity to comment on, the

financial incentives the Debtors hope to offer their key executives.

13.     Throughout this process, the Board of Directors and the Compensation

Committee remained aware not only of the overall financial cost of any revised compensation

plan that might be proposed, but also of the need to ensure that the total compensation opportuni-

ties for Delphi Management would be appropriate in light of the Debtors' immediate and long-

term challenges. Both the Board and the Compensation Committee thus were mindful of their

duty to manage the Company's assets in a fiscally responsible manner, while developing a com-

prehensive program that would keep Corporate Management focused on maximizing the Debt-

ors' financial performance for the benefit of all creditors and other stakeholders.

14.     The Board of Directors and the Compensation Committee believe that the

KECP is structured to provide market-competitive compensation opportunities that will motivate

Corporate Management to achieve the Debtors' overall business plan, while incorporating meas-

urable performance milestones sufficient to monitor short- and long-term risk.  Based on the ad-

vice of the Advisors, the Board and the Compensation Committee also believe that the costs to

the Debtors of the KECP were likely to be no greater than those previously borne by the Com-

pany in connection with its prior executive compensation plan.  Accordingly, the KECP for

which the Debtors now seek approval has been reviewed and approved by the Compensation

Committee, on behalf of the full Board.

<u>PARTICULARS OF THE KECP PROVISIONS NOW BEFORE THE COURT</u>

15.    The KECP originally proposed on October 8, 2005, by the Debtors as part

of their First Day Filings contains two basic components:  annual incentive bonus opportunities

offered during the course of the chapter 11 process itself (the "Revised Annual Incentive Plan"),

and emergence awards, consisting of cash bonuses and a percentage of the equity of the reorgan-

ized entity (the "Emergence Plan").

16.    Since the Debtors filed for chapter 11 protection, they and the Official

Committee of Unsecured Creditors (the "Creditors' Committee") have engaged in significant and

ongoing discussions about a variety of matters related to the KECP.  As a result, and at the re-

quest of the Creditors' Committee, the Debtors have agreed to withdraw from further considera-

tion under the Revised Annual Incentive Plan the initial three-month performance period be-

tween October 8 and December 31, 2005.  In addition, the Debtors have agreed to limit the scope

of the forthcoming hearing on February 10, 2006, to those provisions of the KECP that pertain

only to the annual incentive bonus opportunities for the period commencing no earlier than Janu-

ary 1, 2006, and concluding no later than June 30, 2006.  The Debtors will adjourn for now con-

sideration of all other aspects of the KECP, including those provisions of the Revised Annual

Incentive Plan pertaining to any period after June 2006, as well as the cash and equity compo-

nents available under the Emergence Bonus Plan.

17.    Accordingly, the following discussion is limited to the matters relevant to

the February 10 hearing, and is based on input from, and consultation between, the Debtors'

compensation consultant, Watson Wyatt, and Mrs. Pearl Meyer and her colleagues at Steven Hall

& Partners, LLC, the compensation and employment advisor engaged by the Creditors' Commit-

tee in connection with these chapter 11 proceedings.[1]

### The Revised Annual Incentive Plan's Bonus Provisions

18.    The Compensation Committee believes that short-term, achievement-

based cash incentive bonuses, linked to specific performance targets and acceptable levels of

personal performance, will motivate Covered Employees to realize the Debtors' projected busi-

ness plan during the pre-confirmation period.  Based on the advice of its Advisors, the Compen-

sation Committee also believes that all members of Corporate Management (excluding by volun-

tary agreement the current Chairman and CEO, Robert S. Miller) should be eligible to participate

in these incentive bonus opportunities.[2]  The KECP thus recognizes the efforts of each of these

employees to the Debtors' successful emergence from chapter 11.

---

[1]    The KECP Motion includes a reference to the severance provisions of the Company's execu-
tive compensation plan.  These provisions are not, however, an element of the KECP itself,
as the Court recognized on October 13, 2005, when it authorized the Debtors to continue its
pre-petition severance program.  ("Human Capital Obligations Order," at ¶¶ 1–2 (Docket No.
198).)  The issue was raised in the KECP merely to provide full disclosure to all interested
parties of Covered Employees' total compensation package.

[2]    The full Board, and thus the members of the Compensation Committee, were aware of the
Audit Committee's internal review commenced in response to the SEC's inquiry into certain
accounting matters.  The Compensation Committee also was aware that certain individuals'
association with the Company was terminated as a result of that review.  The Compensation
Committee operated under the premise that all presently-employed executives of the Com-

19.     Even if the Debtors achieve their performance targets, however, Covered
Employees will not necessarily receive incentive bonuses under the Revised Annual Incentive
Plan.  Instead, Covered Employees also must maintain acceptable levels of personal achievement
to qualify for the bonuses.  In connection therewith, the individual performance of each Covered
Employee will be evaluated annually by his or her supervisor or, in some cases, by a committee
of senior executives.  Any Covered Employee whose performance is not determined to be ac-
ceptable will not be eligible for an incentive payment under the Revised Annual Incentive Plan.
In this regard, the collective effect to the Debtors of these individual achievement adjustments
also must be zero, *i.e.*, a positive individual achievement adjustment for one executive must be
counterbalanced by negative individual achievement adjustments for one or more other execu-
tives.

20.     Unlike the year-long performance cycles used in the pre-petition annual
incentive plan, the Revised Annual Incentive Plan incorporates shorter measurement periods.  In
making the decision to employ shorter cycles, the Compensation Committee recognized the need
not only to closely monitor the Debtors' ongoing financial progress, but also to ensure that ex-
ecutive performance remains linked to the evolving demands of these chapter 11 cases. More-
over, the use of abbreviated cycles permits the Compensation Committee to anticipate or track
more closely the potential effect of non-recurring or non-operational events that might otherwise
affect the Debtors' ability to achieve the Debtors' financial targets.[3]  The shortened periods re-

---

pany would be eligible to participate in the KECP, and thus did not specifically take into
consideration the Audit Committee's internal review, the details of its investigation, or the
Audit Committee's ultimate determinations.

[3]    Thus, for example, if the Debtors' financial performance for a single month is low, only the
incentive bonus opportunity for that particular six-month cycle may be affected, instead of
the entire year.

flect the Compensation Committee's awareness that the chapter 11 process itself introduces variables that make it more difficult to make long-term forecasts about the Debtors' financial performance.  Consequently, the Compensation Committee expects to be able to set corporate performance targets that are neither unattainably high nor so low that eligibility for bonus payments under the Revised Annual Incentive Plan become automatic.

21.    Under the KECP originally disclosed in connection with the Debtors' First Day filings, the Compensation Committee (in consultation with its Advisors) decided to employ EBITDAR-based performance targets.[4]  It is the Compensation Committee's understanding not only that EBITDAR provides an appropriate means to measure the enterprise's core earnings during the turbulence and uncertainty of the chapter 11 process, but that it is a common practice for chapter 11 companies to employ this metric.  As was the case with the Debtors' pre-petition annual incentive program, the Compensation Committee also is responsible for establishing performance thresholds and ceilings, to create a range in which Revised Annual Incentive Plan bonus opportunities may be earned.

22.    With input from, and as a result of continuing discussions with the Creditors' Committee, the Debtors have refined the EBITDAR metric they intend to use in connection with the Revised Annual Incentive Plan.  To obviate concern that it would be inappropriate for earnings, if any, obtained as a result of the Debtors' ongoing negotiations with General Motors Corporation ("GM," or "G") or the Debtors' labor unions (the "Unions, or "U"), to be included for purposes of the Revised Annual Incentive Plan, the Debtors have agreed to make explicit their intention to exclude this factor from their periodic, pre-emergence earnings calculations.  At

---

[4]    "EBITDAR" means "earnings before interest, taxes, depreciation, amortization, and restructuring costs."

the enterprise level, therefore, the Debtors will use "EBITDAR–UG," that is, "earnings before interest, taxes, depreciation, amortization, restructuring costs, but excluding earnings, if any, resulting from contractual negotiations with GM and the Unions," as the metric for calculating Revised Annual Incentive Plan compensation payments.

23.    With input from, and in consultation with the Creditors' Committee, the Debtors also have agreed to begin measuring corporate performance at the Debtors' divisional level.  Correspondingly, the Debtors will tie a portion of the Revised Annual Incentive Plan bonus opportunities for division-level executive to the performance of that employee's division.  Because the Debtors measure earnings only at the enterprise level, however, the Debtors will substitute an "Operating Income," or "OI" metric, for "Earnings" at the division level.  As a result, 50 percent of the incentive bonus opportunities for division-level executives will be calculated on the basis of OIBITDAR–UG, and the remaining 50 percent will be calculated on the basis of EBITDAR–UG.[5]  The bonus opportunities attributable to the enterprise- and division-level metrics will operate independently:  achievement of one target metric will fund the bonus opportunity for that entity level, even if the other bonus metric for the other entity level is not achieved.  OIBITDAR–UG targets will be calculated for each division, based on the Debtors' business plan.

24.    As was the case with the Company's pre-petition incentive plan, the Revised Annual Incentive Plan utilizes performance ranges in which a Covered Employee may earn bonuses.  As a result of inputs from and negotiation with the Creditors' Committee, the Debtors

---

[5]    The exception to this "50–50" split is the Debtors' medical division.  Because the medical division's performance is relatively independent from that of the enterprise as a whole, 30 percent of the incentive bonus opportunities for executives in the medical division will be tied to EBITDAR–UG, and the remaining 70 percent will be tied to OIBITDAR–UG.

have proposed that Covered Employees will receive 40 percent of their bonus opportunities for this performance cycle if the Debtors achieve 70 percent of the targets outlined above; 100 percent of their bonus opportunities if the Debtors achieve 100 percent of the targets, and a maximum of 200 percent of their bonus opportunities for this cycle if the Debtors achieve 200 percent of their targets. Of course, any bonus earned by a Covered Employee remains subject to individual performance adjustments based on each Covered Employee's personal achievements for the period.

25.    Finally, the KECP Motion does not expressly address the effect on a Covered Employee's KECP eligibility if the Debtors were to conclude that he or she had been involved in misconduct. Throughout the process of developing and negotiating the KECP and the Revised Annual Incentive Plan, however—a process totally independent of and separate from that undertaken by the Audit Committee in connection with its internal investigation of matters related to the Company's prior accounting—the Compensation Committee proceeded under the presumption that any Delphi Executive still employed by Delphi and who contributes, post-petition, to the Debtors' achievement of its business plan and meets his or her individual performance targets should be compensated under the KECP.

26.    The Debtors have also proposed rigorous prophylactic measures to alleviate concerns that KECP benefits not be paid to or retained by executives found to have engaged in activities that injured the Company and who, accordingly, may be liable to the Company. In general, these prophylactic measures include provisions for escrowing payments to KECP participants under certain circumstances pending a final determination of whether the payments should be forfeit altogether. The particulars of these provisions, which are explained more fully in the Declaration of Mark Weber, were reviewed and approved by the Compensation Commit-

14

tee, which was satisfied that they provide reasonable assurance that property of the Debtors will

be protected.

27.    Finally, it should be noted that no one has suggested—and neither the

Board of Directors nor the Compensation Committee is aware of any legitimate basis to con-

clude—that any provision of the KECP is intended or will otherwise operate to limit the Debtors'

right under any applicable federal, state, or common law, statute, rule, or regulation, or any cor-

porate by-law, policy, custom, or contractual provision, to seek disgorgement or restitution of, or

to utilize any other available legal or equitable remedy to recover payments made, or withhold

payments pending, if it becomes apparent that a Covered Employee improperly misrepresented

the basis for his or her entitlement to a Revised Annual Incentive Plan performance bonus or was

involved in misconduct.

28.    Throughout these discussions, the Compensation Committee has been kept

abreast of the parties' negotiations concerning potential modifications to the KECP and the Re-

vised Annual Incentive Plan.  The Compensation Committee has reviewed and approved these

proposals, which the Compensation Committee believes not only meet the legitimate concerns of

the Objectors, but are fair, reasonable, appropriate, and in the best interests of the Debtors and

their stakeholders.  In fact, today, the Board of Directors as a whole received a report on the

status of the KECP negotiations, and the independent directors met separately and determined,

after considering all the facts and circumstances of the case—including the views of various con-

stituencies and the effects of continuing uncertainty on the Debtors' executive corps—that the

Debtors should proceed to hearing on the Motion on February 10, 2006. The Compensation

Committee also met today and reviewed and confirmed its approval of the particulars of the

Debtors' proposal.

15

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the forego-

ing statements are true and correct.

Executed on February 1, 2006, in Greenwich, Connecticut.

_____

John D. Opie

16

# EXHIBIT G

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
David E. Springer (DS 9331)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)


     - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
 Debtors and Debtors-in-Possession


Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698


Delphi Legal Information Website:
http://www.delphidocket.com


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
       In re                        :       Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :       Case No. 05–44481 (RDD)
                                    :
                      Debtors.      :       (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SUPPLEMENTAL DECLARATION OF MARK R. WEBER IN SUPPORT OF THE
DEBTORS' MOTION FOR ORDER UNDER 11 U.S.C. §§ 105 AND 363 AUTHORIZING
THE DEBTORS TO IMPLEMENT A KEY EMPLOYEE COMPENSATION PROGRAM

Mark R. Weber declares, as follows:

1.      I submit this supplemental declaration (the "Supplemental Declaration") in support of the Debtors' Motion For Order Under §§ 105 And 363 Authorizing The Debtors To Implement A Key Employee Compensation Program (Docket No. 213) (the "KECP Motion"), and any modifications thereto.  Capitalized terms not otherwise defined in this Supplemental Declaration shall have the meanings ascribed to them in my original Declaration.  I have personal knowledge of the matters stated herein.

2.      Since the Petition Date, the Debtors and the Official Committee of Unsecured Creditors (the "Committee") have engaged in significant and ongoing discussions about a variety of matters related to the KECP.  On November 14, 2005, and then again on December 13, 2005, January 19, 2006, January 31, 2006, and February 3, 2006, the Debtors agreed to adjourn the deadline for the Committee to file their objections, if any, to the KECP Motion.  At the suggestion of the Committee, the Debtors agreed to the adjournment and a rescheduling of the KECP hearing so that the Committee could continue its due diligence, and to provide the Debtors and the Committee an opportunity to continue discussions about various provisions of the KECP.  This included consideration of the terms and particulars of the Revised Annual Incentive Plan for the performance cycle beginning January 1, 2006, and ending June 30, 2006.

3.      This is the only component of the KECP now before the Court.  Also at the request of the Committee, the Debtors agreed to adjourn consideration of all other aspects of the KECP, including those provisions of the Revised Annual Incentive Plan relating to any period after June 30, 2006, as well as the cash and equity provisions of the Emergence Bonus Plan, until the July 2006 omnibus hearing now scheduled for July 27, 2006.

4.      On February 2, 2006, the Debtors, the Committee, and their respective advisors reached agreement on suitable prophylactic measures designed to insure that that KECP benefits are not paid to, or retained by, individuals who committed wrongs against the Company. A copy of the KECP Safe Harbor Provisions, as agreed by the Debtors and the Committee on February 2, 2006, is attached hereto as Exhibit 1.

5.      During a teleconference held late in the day on Friday, February 3, 2006, involving senior officers of the Debtors and representatives of the Committee, and their respective advisors, the Committee advanced a proposal concerning matters still outstanding related to the Revised Annual Incentive Plan.

6.      Under the terms of the analytical framework proposed by the Committee, the Debtors' pre-petition annual incentive bonus thresholds, targets, and ceilings would remain largely fixed, based on the information previously provided by Watson Wyatt.  The Committee suggested, however, that the payout curves between these points be modified, such that a steeper payout curve (essentially an "S" curve) between the three fixed points be created.  The practical effect of the proposed payment curve adjustments would be a reduction of incentive bonus payouts in the range between the earnings threshold and the earnings target, and increased payout levels in the range between the earnings target and the ceiling.

7.      After discussion between the Debtors and their advisors, on the one hand, and the Committee and its compensation advisor, Pearl Meyer of Steven Hall & Partners ("Steven Hall"), on the other, the Debtors agreed in principle to the Committee's proposal. Thereafter, the Debtors and the Committee began to work out the details of the proposal.

8.      Further work by the Debtors, the Committee, and their advisors continued for the remainder of the day on Friday, and throughout the day on Saturday, February 4, 2006.

3

Representatives of Steven Hall circulated to the Debtors proposed payment curves for the

Debtors' executives.  Based on a review of this data, and after further discussions with their

advisors, the Debtors agreed to these refinements, and began to calculate and apply the payout

curve data to the Debtors' various divisions in order to arrive at specific targets and ranges.

Throughout the day on Saturday, the Debtors, the Committee, and their respective advisors

exchanged additional information to ensure that all parties remained apprised of the work and

progress that each was making.

9.    Late on Saturday, February 4, 2006, the Debtors forwarded to Steven Hall

the Debtors' "final package" based on their most current calculations.  Following a review of

these materials, representatives of Steven Hall concurred with the Debtors' calculations and

assessments.  Representatives of Steven Hall further indicated that the Debtors' "final package"

successfully addressed all remaining open issues related to the form and substance of the Revised

Annual Incentive Plan, and requested that specific information be put on the Debtors'

demonstrative charts, for consistency of presentation and clarity of analysis.  Finally,

representatives of Steven Hall requested, and subsequently received, additional collateral

information from Watson Wyatt in support of the "final package." The final payout curves

adopted by the Debtors are attached to this Supplemental Declaration as Exhibit 2.

10.    On Monday morning, February 6, 2006, the Debtors contacted

representatives of Steven Hall to confirm their receipt of all outstanding data and support

materials, and to confirm that no additional issues remained unresolved.  The Debtors thereafter

forwarded to Steven Hall an updated copy of the enterprise-level EBITDAR-UG chart, receipt of

which also was confirmed.  After representatives of Steven Hall requested additional collateral

information, and receiving assurances from the Debtors that the requested information would be

4

forthcoming, a representative of Steven Hall confirmed that the Committee had all the information they needed in connection with the Revised Annual Incentive Plan.

11.    The Debtors have incorporated in the Revised Annual Incentive Plan those provisions of the Debtors' pre-petition annual incentive plan (the "AIP") pertaining to treatment of awards, if any, upon the Covered Employee's death or termination. Under the Revised Annual Incentive Plan, an employee who quits or is terminated for cause will not eligible for any bonus. If an employee is terminated involuntarily and not for cause, he or she becomes eligible to receive a pro rata payment, which would be paid as soon as practicable following the end of the six-month period. The same is true of an employee who is terminated because of death or disability.

I declare, under penalty of perjury, that the foregoing statements are true and correct.

Executed at Troy, Michigan, on February __7__, 2006

_____
Mark R. Weber

5

# Exhibit 1

In re Delphi Corporation, et al., Debtors

KECP Safe Harbor Provisions

(As Agreed by Debtors and Creditors' Committee on February 2, 2006)

A KECP participant's KECP payments would be escrowed pending a final determination whether those payments should be forfeited pursuant to the forfeiture/clawback procedures and standards set forth below (which determination would be made in no event later than the effective date of a plan of reorganization unless, for good cause shown with respect to that individual participant, the Court extends the period of the escrow), in the event that the Debtors assert a claim (or the Official Committee of Unsecured Creditors notifies the Debtors that the Committee intends to obtain from the Court authority to file a complaint against that participant; provided that the escrow payments shall be released if the Committee does not obtain such authority within 45 days of the notice to the Debtors or does not file such complaint within ten days after obtaining such authority) for relief under the Bankruptcy Code or other applicable law in connection with conduct or transactions relating to the participant's employment or affiliation with the Debtors.

As a further safe harbor and while the Debtors have no present information or belief that such events are reasonably likely to occur, KECP payments would be similarly escrowed in the event that a KECP participant, with respect to conduct or transactions relating to the participant's employment or affiliation with the Debtors: (i) is given notice of the participant's right to make a Wells submission by the Securities and Exchange Commission; (ii) is sued or is informed, or the Company is informed, that the participant will, in the near future, be sued by the Securities and Exchange Commission; (iii) is notified, or the Company is notified, that the participant is a target of a criminal investigation; (iv) is indicted or agrees to the filing of a criminal information against him; or (v) declines to answer questions on grounds of the participant's Fifth Amendment rights against self-incrimination.

A KECP participant's KECP escrow payment shall be forfeited (or if the KECP payment was not escrowed the participant shall be required to repay to the Company whatever the participant received under the KECP) and the participant will not be entitled to receive any further KECP benefits if it is ultimately determined that, with respect to conduct or transactions relating to the participant's employment or affiliation with the Debtors, the participant failed to act in good faith and in a manner the Company reasonably believes to have been in or not opposed to the best interests of the Company. The Debtors' clawback claim against a KECP participant may be offset without further order of the Bankruptcy Court against any claim of any kind that the KECP participant may have against the Debtors including (but not limited to) any claim for indemnification.

Any such determination would be made by the Board of Directors, after notice to the Creditors' Committee and the participant and an opportunity to be heard by the participant, pursuant to the procedures set forth in the Company's bylaws, subject to the Creditors' Committee right to object to (based on the Committee's review of the record) and the Bankruptcy Court's de novo review of the Debtors' determination with respect to any particular individual.

Exhibit 2

DELPHI CORPORATION
Revised Proposed AIP Payout Curve



| EBITDAR * | Minimum | Target | Maximum |
|---|---|---|---|
| Performance % | ($207) | ($81) | $340 |
| Payout % | 70% | 100% | 200% |
| | 20% | 100% | 200%/ |
| | | | 150% DSB |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

| %<br>Performance | $ Performance<br>(in millions) | Current | DSB<br>% Payout | Non-DSB<br>% Payout |
|---|---|---|---|---|
| 69% | $0 | 0 | 0 | 0 |
| 70% | ($207) | 40% | 20% | 20% |
| 75% | ($186) | 50% | 25% | 25% |
| 80% | ($165) | 60% | 35% | 35% |
| 85% | ($144) | 70% | 45% | 45% |
| 90% | ($123) | 80% | 55% | 55% |
| 95% | ($102) | 90% | 75% | 75% |
| 100% | ($81) | 100% | 100% | 100% |
| 101% | ($77) | 101% | 102% | 103% |
| 110% | ($39) | 110% | 115% | 125% |
| 120% | $3 | 120% | 125% | 145% |
| 130% | $45 | 130% | 135% | 165% |
| 131% | $49 | 131% | 136% | 170% |
| 140% | $87 | 140% | 145% | 175% |
| 150% | $129 | 150% | 150% | 175% |
| 151% | $133 | 151% | 150% | 177% |
| 160% | $171 | 160% | 150% | 180% |
| 170% | $213 | 170% | 150% | 185% |
| 180% | $255 | 180% | 150% | 190% |
| 190% | $297 | 190% | 150% | 195% |
| 200% | $340 | 200% | 150% | 200% |

DELPHI 005168.1
CONFIDENTIAL

Revised Proposal



**Revised Proposed E&C AIP Payout Curve**

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| ($72.7) | 69% | 0 | 0 |
| ($72.8) | 70% | 20% | 20% |
| ($68.0) | 75% | 25% | 25% |
| ($63.3) | 80% | 35% | 35% |
| ($58.5) | 85% | 45% | 45% |
| ($53.7) | 90% | 55% | 55% |
| ($49.0) | 95% | 75% | 75% |
| ($44.2) | 100% | 100% | 100% |
| ($43.2) | 101% | 103% | 103% |
| ($34.4) | 110% | 125% | 125% |
| ($24.5) | 120% | 145% | 145% |
| ($14.7) | 130% | 165% | 165% |
| ($13.7) | 131% | 166% | 166% |
| ($4.8) | 140% | 170% | 170% |
| $5.0 | 150% | 175% | 175% |
| $6.0 | 151% | 177% | 177% |
| $14.9 | 160% | 180% | 180% |
| $24.7 | 170% | 185% | 185% |
| $34.6 | 180% | 190% | 190% |
| $44.4 | 190% | 195% | 195% |
| $54.3 | 200% | 200% | 200% |

|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | ($72.8) | ($44.2) | $54.3 |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

E&C


DELPHI 005169
CONFIDENTIAL

## Revised Proposed Steering AIP Payout Curve



|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | ($102.8) | ($92.8) | ($58.3) |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| ($102.7) | 69% | 0 | 0 |
| ($102.8) | 70% | 20% | 20% |
| ($101.1) | 75% | 25% | 25% |
| ($99.4) | 80% | 35% | 35% |
| ($97.8) | 85% | 45% | 45% |
| ($96.1) | 90% | 55% | 55% |
| ($94.4) | 95% | 75% | 75% |
| ($92.8) | 100% | 100% | 100% |
| ($92.4) | 101% | 103% | 103% |
| ($89.3) | 110% | 125% | 125% |
| ($85.9) | 120% | 145% | 145% |
| ($82.4) | 130% | 165% | 165% |
| ($82.1) | 131% | 166% | 166% |
| ($79.0) | 140% | 170% | 170% |
| ($75.5) | 150% | 175% | 175% |
| ($75.2) | 151% | 177% | 177% |
| ($72.1) | 160% | 180% | 180% |
| ($68.6) | 170% | 185% | 185% |
| ($65.2) | 180% | 190% | 190% |
| ($61.7) | 190% | 195% | 195% |
| ($58.3) | 200% | 200% | 200% |

Steering

DELPHI 005170
CONFIDENTIAL



**Revised Proposed T&I AIP Payout Curve**

| | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | ($94.8) | ($79.2) | ($25.3) |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

\* Targets do <u>not</u> include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| ($94.7) | 69% | 0 | 0 |
| ($94.8) | 70% | 20% | 20% |
| ($92.2) | 75% | 25% | 25% |
| ($89.6) | 80% | 35% | 35% |
| ($87.0) | 85% | 45% | 45% |
| ($84.4) | 90% | 55% | 55% |
| ($81.8) | 95% | 75% | 75% |
| ($79.2) | 100% | 100% | 100% |
| ($78.7) | 101% | 103% | 103% |
| ($73.8) | 110% | 125% | 125% |
| ($68.4) | 120% | 145% | 145% |
| ($63.0) | 130% | 165% | 165% |
| ($62.5) | 131% | 166% | 166% |
| ($57.7) | 140% | 170% | 170% |
| ($52.3) | 150% | 175% | 175% |
| ($51.7) | 151% | 177% | 177% |
| ($46.9) | 160% | 180% | 180% |
| ($41.5) | 170% | 185% | 185% |
| ($36.1) | 180% | 190% | 190% |
| ($30.7) | 190% | 195% | 195% |
| ($25.3) | 200% | 200% | 200% |

DELPHI 005171
CONFIDENTIAL

T&I



| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| $167.8 | 69% | 0 | 0 |
| $167.9 | 70% | 20% | 20% |
| $172.1 | 75% | 25% | 25% |
| $176.3 | 80% | 35% | 35% |
| $180.5 | 85% | 45% | 45% |
| $184.6 | 90% | 55% | 55% |
| $188.8 | 95% | 75% | 75% |
| $193.0 | 100% | 100% | 100% |
| $193.9 | 101% | 103% | 103% |
| $201.6 | 110% | 125% | 125% |
| $210.3 | 120% | 145% | 145% |
| $218.9 | 130% | 165% | 165% |
| $219.8 | 131% | 166% | 166% |
| $227.6 | 140% | 170% | 170% |
| $236.2 | 150% | 175% | 175% |
| $237.1 | 151% | 177% | 177% |
| $244.9 | 160% | 180% | 180% |
| $253.5 | 170% | 185% | 185% |
| $262.1 | 180% | 190% | 190% |
| $270.8 | 190% | 195% | 195% |
| $279.4 | 200% | 200% | 200% |

|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | $167.9 | $193.0 | $279.4 |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

E&S

DELPHI 005172
CONFIDENTIAL



**Revised Proposed P AIP Payout Curve**

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| $57.0 | 69% | 0 | 0 |
| $57.1 | 70% | 20% | 20% |
| $61.5 | 75% | 25% | 25% |
| $65.9 | 80% | 35% | 35% |
| $70.2 | 85% | 45% | 45% |
| $74.6 | 90% | 55% | 55% |
| $79.0 | 95% | 75% | 75% |
| $83.4 | 100% | 100% | 100% |
| $84.3 | 101% | 103% | 103% |
| $92.5 | 110% | 125% | 125% |
| $101.5 | 120% | 145% | 145% |
| $110.6 | 130% | 165% | 165% |
| $111.5 | 131% | 166% | 166% |
| $119.7 | 140% | 170% | 170% |
| $128.7 | 150% | 175% | 175% |
| $129.6 | 151% | 177% | 177% |
| $137.8 | 160% | 180% | 180% |
| $146.9 | 170% | 185% | 185% |
| $155.9 | 180% | 190% | 190% |
| $165.0 | 190% | 195% | 195% |
| $174.1 | 200% | 200% | 200% |

|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | $57.1 | $83.4 | $174.1 |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

Packard

DELPHI 005173
CONFIDENTIAL



**Revised Proposed PSS AIP Payout Curve**

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| $14.3 | 69% | 0 | 0 |
| $14.4 | 70% | 20% | 20% |
| $15.9 | 75% | 25% | 25% |
| $17.3 | 80% | 35% | 35% |
| $18.8 | 85% | 45% | 45% |
| $20.2 | 90% | 55% | 55% |
| $21.7 | 95% | 75% | 75% |
| $23.1 | 100% | 100% | 100% |
| $23.4 | 101% | 103% | 103% |
| $26.1 | 110% | 125% | 125% |
| $29.1 | 120% | 145% | 145% |
| $32.1 | 130% | 165% | 165% |
| $32.4 | 131% | 166% | 166% |
| $35.1 | 140% | 170% | 170% |
| $38.0 | 150% | 175% | 175% |
| $38.3 | 151% | 177% | 177% |
| $41.0 | 160% | 180% | 180% |
| $44.0 | 170% | 185% | 185% |
| $47.0 | 180% | 190% | 190% |
| $50.0 | 190% | 195% | 195% |
| $53.0 | 200% | 200% | 200% |

|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | $14.4 | $23.1 | $53.0 |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

DPSS

DELPHI 005174
CONFIDENTIAL



| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| ($592.0) | 69% | 0 | 0 |
| ($592.1) | 70% | 20% | 20% |
| ($590.8) | 75% | 25% | 25% |
| ($589.4) | 80% | 35% | 35% |
| ($588.0) | 85% | 45% | 45% |
| ($586.6) | 90% | 55% | 55% |
| ($585.3) | 95% | 75% | 75% |
| ($583.9) | 100% | 100% | 100% |
| ($583.6) | 101% | 103% | 103% |
| ($581.1) | 110% | 125% | 125% |
| ($578.2) | 120% | 145% | 145% |
| ($575.4) | 130% | 165% | 165% |
| ($575.1) | 131% | 166% | 166% |
| ($572.6) | 140% | 170% | 170% |
| ($569.7) | 150% | 175% | 175% |
| ($569.5) | 151% | 177% | 177% |
| ($566.9) | 160% | 180% | 180% |
| ($564.1) | 170% | 185% | 185% |
| ($561.2) | 180% | 190% | 190% |
| ($558.4) | 190% | 195% | 195% |
| ($555.6) | 200% | 200% | 200% |

|  | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | ($592.1) | ($583.9) | ($555.6) |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

DELPHI 005175
CONFIDENTIAL

AHG



**Revised Proposed Medical AIP Payout Curve**

| | Minimum | Target | Maximum |
|---|---|---|---|
| OIBITDAR (000s)* | $0.2 | $0.3 | $0.6 |
| Payout % | 20% | 100% | 200% |
| Performance % | 70% | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | Non-DSB % Payout |
|---|---|---|---|
| $0.2 | 69% | 0 | 0 |
| $0.2 | 70% | 20% | 20% |
| $0.2 | 75% | 25% | 25% |
| $0.2 | 80% | 35% | 35% |
| $0.2 | 85% | 45% | 45% |
| $0.3 | 90% | 55% | 55% |
| $0.3 | 95% | 75% | 75% |
| $0.3 | 100% | 100% | 100% |
| $0.3 | 101% | 103% | 103% |
| $0.3 | 110% | 125% | 125% |
| $0.4 | 120% | 145% | 145% |
| $0.4 | 130% | 165% | 165% |
| $0.4 | 131% | 166% | 166% |
| $0.4 | 140% | 170% | 170% |
| $0.4 | 150% | 175% | 175% |
| $0.5 | 151% | 177% | 177% |
| $0.5 | 160% | 180% | 180% |
| $0.5 | 170% | 185% | 185% |
| $0.5 | 180% | 190% | 190% |
| $0.6 | 190% | 195% | 195% |
| $0.6 | 200% | 200% | 200% |

Medical

DELPHI 005176
CONFIDENTIAL

# EXHIBIT H

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)


Attorneys for Delphi Corporation, et al.,
     Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
          In re                           :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                                          :     (Jointly Administered)
                    Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF REVISED LIST OF
DEBTORS' ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327,

330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course

Of Business dated November 4, 2005 (the "Order"), the Debtors are authorized to employ and

retain additional professionals utilized by the Debtors in the ordinary course of business

(collectively, the "Ordinary Course Professionals") in their sole discretion without the need to

file individual retention applications for each by filing with the Bankruptcy Court a supplement

to Exhibit 1 to the Order.  The Debtors' First Revised List Of Ordinary Course Professionals (the

"First Revised OCP List") is attached hereto as Exhibit A.

   PLEASE TAKE FURTHER NOTICE that pursuant to the Order, each Ordinary

Course Professional included in the First Revised OCP List that was not previously included on

Exhibit 1 to the Order shall file with this Court, and serve on the "Interested Parties" (as

described in the Order), an Affidavit of Legal Ordinary Course Professional, substantially in the

form of the affidavit attached as Exhibit 2 to the Order, or an Affidavit of Non-Legal Ordinary

Course Professional, substantially in the form of the affidavit attached as Exhibit 3 to the Order,

as applicable (Exhibit 2 and Exhibit 3, together, the "Affidavit").

   PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Interested

Parties shall have 10 days after receipt of each Ordinary Course Professional's Affidavit (the

"Affidavit Objection Deadline") to object to the retention of such Ordinary Course Professional.

The objecting party shall serve any such objection upon the Interested Parties and the respective

Ordinary Course Professional on or before the Affidavit Objection Deadline.  If any such

objection cannot be resolved within 10 days of its receipt, the matter shall be scheduled for

hearing before this Court at the next regularly-scheduled omnibus hearing occurring more than

ten days thereafter or such date otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objection is received from any of the Interested Parties on or before the Affidavit Objection Deadline with respect to any particular Ordinary Course Professional, or if any objection submitted is timely resolved as set forth above, the Debtors shall be authorized, without further order of this Court, to retain such professional as a final matter.

Dated: New York, New York
       February 9, 2006

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP

By: s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
  333 West Wacker Drive, Suite 2100
  Chicago, Illinois  60606
  (312) 407-0700

- and -

By: s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
  Four Times Square
  New York, New York 10036
  (212) 735-3000

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

3

Exhibit A
First Revised List Of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| A.S.K. Services, Inc. | 42180 Ford Rd., Ste. 101<br>Canton, MI  48187 | Legal Services |
| Adams & Adams | PO Box 1014<br>Pretoria 0001<br>South Africa | Legal Services* |
| Adelson, Testan & Brundo | 100 Ocean Gate, Ste. 830<br>Long Beach, CA  90802 | Legal Services |
| Alvarez, Notzon & Gutierrez, LLP | 415 Shiloh Dr.<br>Laredo, TX 78045 | Legal Services |
| American Appraisal Associates | 411 E. Wisconsin Ave., Ste. 1900<br>Milwaukee, WI  53201 | Tax Consultancy Services |
| Anne Murphy Patent Services | PO Box 2128 Eads St.<br>Arlington, VA  22202 | Non - Legal IP Services |
| Antonelli Terry Stout & Krause, LLP | 1300 N. 17th St., Ste. 1800<br>Arlington, VA  22209 | Legal Services |
| Arent, Fox, Kintner, Plotkin & Kahn PLLC | 1050 Connecticut Ave. N.W.<br>Washington, DC  20036 | Legal Services |
| Asset Management Resources, Inc. | 26211 Central Park Blvd.<br>Southfield, MI  48076 | Tax Consultancy Services |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | PO Box 67000<br>Detroit, MI 48267 | Legal Services |

---

\*    Certain of the services indicated by an asterisk (*) are, to some extent, provided by a non-U.S. professional and/or performed outside of the United States.  The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

4

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Baker & McKenzie LLP | 660 Hansen Way<br>Palo Alto, CA  94304<br><br>805 3rd Ave.<br>New York, NY  10022<br><br>815 Connecticut Ave. N.W.<br>Washington, DC  20006<br><br>701 Brickell Ave., Ste. 1600<br>Barnett Tower<br>Miami, FL  33131<br><br>PO Box 10220<br>El Paso, TX  79995<br><br>One Prudential Plaza<br>130 E. Randolph Dr.<br>Chicago, IL  60601<br><br>32 Avenue Kleber BP 2112<br>75771 Paris Cedex 16<br>France<br><br>Avda. Leandro N. Alem 1110, piso 13<br>Cdad. de Buenos Aires<br>C.P. C1001AAT<br>Argentina<br><br>Pl. Triunfo de la Republica 3304, Piso 2<br>Partido Escobedo<br>32330 Juarez, Chihuahua<br>Mexico<br><br>Trench, Rossi e Wantanabe -<br>Advogados<br>Av. Dr. Chucri Zaidan, 920, 13 andar<br>Market Place Tower I<br>São Paulo, SP, 04583-904<br>Brazil<br><br>100 New Bridge Street<br>London EC4V 6JA<br>United Kingdom | Tax Legal and Consulting Services* |
| Balch & Bingham LLP | PO Box 306<br>Birmingham, AL  35201 | Legal Services |
| Barnes & Thornburg LLP | 1313 Merchant Bank Bldg.<br>11 S. Meridan St.<br>Indianapolis, IN  46204 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Ave.<br>Garden City, NY  11530 | Tax Consultancy Services |
| Bell Anderson & Sanders LLC | 496 Broadway<br>Laguna Beach, CA  92651 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Berger & Berger | 555 International Dr., Ste. 800<br>Buffalo, NY 14221 | Legal Services |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | 390 N. Orange Ave. Ste. 2500<br>Orlando, FL  32801 | Legal Services |
| Birch, de Jongh & Hindels | Poinsettia House at Bluebeard's Castle<br>1330 Estate Tarrnebjerg<br>St. Thomas, Virgin Islands 00802 | Legal Services |
| Bliss McGlynn P.C. | 2075 W. Big Beaver Rd., Ste. 600<br>Troy, MI  48084 | Legal Services |
| BNP Paribas Securities Corp. | 787 7th Ave.<br>New York, NY  10019 | Investment Banking Services |
| Boehl Stopher & Graves, LLP | 400 West Market St., Ste. 2300<br>Louisville, KY 40202 | Legal Services |
| Booth Udall, PLC | 1423 S. Higley Rd., Ste. 110<br>Mesa, AZ 85206 | Legal Services |
| Bowman and Brooke LLP | 50 W. Big Beaver Rd., Ste. 600<br>Troy, MI  48084<br><br>150 S. 5th St., Ste. 2600<br>Minneapolis, MN  55402<br><br>160 W. Santa Clara St., Ste. 1150<br>San Jose, CA  95113<br><br>PO Box 1414 NCB 13<br>Minneapolis, MN  55480<br><br>Riverfront Plaza West Tower<br>901 E. Byrd St., Ste. 1500<br>Richmond, VA  23219 | Legal Services |
| Braun Kendrick Finkbeiner PLC | Second National Bank Bldg.<br>101 Fashion Sq. Blvd.<br>Saginaw, MI  48603 | Legal Services |
| Brennan Steil & Basting SC | 1 East Milwaukee St.<br>Janesville, WI 53547 | Legal Services |
| Brown & James, P.C. | Richland Executive Plaza<br>525 West Main, Ste. 200<br>Belleville, IL | Legal Services |
| BSI America Inc. | 12110 Sunset Hills Road, Ste. 140<br>Reston, VA  20190<br><br>13910 Collections Center Dr.<br>Chicago, IL  60693 | Auditing Services |
| BSI Management Systems | 12110 Sunset Hills Rd., Ste. 140<br>Reston, VA  20190<br><br>13910 Collections Center Dr.<br>Chicago, IL  60693 | Auditing Services |
| Bugbee & Conkle | National City Bank Bldg.<br>405 Madison, Ste. 1300<br>Toledo, OH  43604 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| C&S Patent and Law Office | KPO Box 103<br>Seoul 110 601<br>Republic of Korea | Legal Services* |
| Cabinet Michel Poupon | 3 Rue Ferdinand Brunot<br>88026 Epinal Cedex<br>France | Legal Services* |
| Cadena Law Firm, P.C. | 1017 Montana Ave.<br>El Paso, TX 79902 | Legal Services |
| Cardinal Law Group | 1603 Orrington Ave., Ste. 2000<br>Evanston, IL 60201 | Legal Services |
| Cattel, Tuyn & Rudzewicz, PLLC | Governers Place<br>33 Bloomfield Hills Pkwy, Ste. 120<br>Bloomfield Hills, MI 48304 | Legal Services |
| Charles K. Veenstra | 631 Windsor Run<br>Bloomfield Hills, MI 48304 | Legal Services |
| Cherry, Edson and Kelly | 175 Fulton Ave.<br>Hempstead, NY 11550 | Legal Services |
| Chester Willcox & Saxbe LLP | 65 E. State St. Ste. 1000<br>Columbus, OH 43215 | Legal Services |
| Chevez Abogados, S.C. | Bosque de Ciruelos 168, 6º Piso<br>Bosques de las Lomas<br>11700 Mexico, D.F. Mexico | Legal Services* |
| China Patent Agent (H.K.) Ltd. | China Patent Agent HK Ltd<br>23 Harbour Rd.<br>Wanchai<br>Hong Kong<br>Hong Kong<br><br>China Patent Agent (HK) Ltd<br>Bank of China Harbour Rd.<br>Hong Kong<br>Hong Kong | Legal Services* |
| Christie, Parker & Hale, LLP | 350 W. Colorado Blvd., Ste. 500<br>Pasadena, CA 91109 | Legal Services |
| Ciara Systems, Inc. | 13112 Ludlow<br>Huntington Woods, MI | Legal Services |
| Clark Consulting | 101 Constitution Ave. N.W.<br>Washington, D.C. 20001 | Tax Advisory and Advocacy Services |
| Clark Hill P.L.C. | 500 Woodard Ave., Ste. 3500<br>Detroit, MI 48226<br><br>1600 First Federal Bldg.<br>1001 Woodward Ave.<br>Detroit, MI 48226 | Legal Services |
| Clark, Thomas & Winters, PC | PO Box 1148<br>Austin, TX 78767 | Legal Services |
| Clayton UTZ | Level 18, 333 Collins St.<br>Melbourne Vic, Australia 3000 | Legal Services |

7

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Colin Hull | PO Box 827<br>London Colney<br>St. Albans<br>Herts. AL1 9AB<br>United Kingdom | |
| Conestoga-Rovers & Associates, Inc. | 2055 Niagara Falls Boulevard, Ste. 3<br>New York, NY 14304 | Legal Services |
| Consortium Industriel | Commercial & Maritime<br>19, Boulevard Imam Ali<br>Kenitra<br>Morocco | Customs Consultancy* |
| Conway McKenzie & Dunleavy Inc. | 401 S. Old Woodward, Ste. 340<br>Birmingham, MI 48009 | Legal Services |
| Coolidge Wall Womsley & Lombard Co. LPA | 33 W. First St., Ste. 600<br>Dayton, OH 45402 | Legal Services |
| Couch White, LLP | 540 Broadway<br>Albany, NY  12201 | Legal Services |
| Couzens, Lansky Fealk Ellis Roeder & Lazar, PC | 39395 West 12 Mile Road, Ste. 200<br>Farmington Hills, MI 48334 | Legal Services |
| Cramer & Laws | Hubertusstrasse 15<br>D-59929 Brilon, Germany | Legal Services* |
| Crew & Buchanan | 2580 Kettering Tower<br>Dayton, OH  45423 | Legal Services |
| Crowley Stringer & Fenske LLP | 456 Montgomery Street, 17th Fl.<br>San Francisco, CA  94104 | Legal Services |
| Customs Network Ltd. | 36 Park Rd.<br>Benfleet<br>Essex SS7 3PP<br>United Kingdom | Customs Advocacy* |
| Dechert LLP | 30 Rockefeller Plaza<br>New York, NY  10112 | Tax Legal Services |
| Deloitte & Touche | 6 Shenton Way #32-00<br>DBS Building Tower Two<br>068809<br>Singapore<br><br>17,21,22Fl., Korea First Bank Building<br>100 Gongpyeong-dong,<br>Jongro, Seuol<br>110-702<br>Korea<br><br>30/F Bund Center<br>222 Yan An road East<br>Shanghai 200002<br>China | Tax Services* |
| DePenning & DePenning | 10 Government Place East<br>Kolkata 700 069<br>India | Legal Services* |

8

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Det Norske Veritas | 16340 Park Ten Place, Ste. 100<br>Houston, TX 77084<br><br>3 Cathedral Street<br>Palace House<br>London SE1 9DE<br>United Kingdom<br><br>CO Banque Nationale de Paris<br>77 Blvd. Richelieu<br>92500 Rueil Malmaison<br>France<br><br>64 Avenue D Haifa<br>Hermes Park Bt A<br>Marseille 13008<br>France | Auditing Services* |
| Dewitt Ross & Stevens | Capitol Square Office<br>2 E. Mifflin St., Ste. 600<br>Madison, WI 53703 | Legal Services |
| Dickinson Wright P.L.L.C. | 500 Woodward Ave., Ste. 4000<br>Detroit, MI 48226 | Legal Services |
| Dierker & Associates, PC | 3331 W. Big Beaver Rd., Ste. 109<br>Troy, MI 48084 | Legal Services |
| Dinsmore & Shohl, LLP | 255 East Fifth Street, Ste. 1900<br>Cincinnati, OH 45202<br><br>175 South Third St., 10th Floor<br>Columbus, OH 43215<br><br>1 South Main Street, Ste. 1300<br>Dayton, OH 45402 | Legal Services |
| DLA Piper Rudnick Gray Cary US LLP | 2000 University Avenue<br>East Palo Alto, CA 94303 | Legal Services |
| Donald E. Shrey Ph.D., CRC dba University Rehabilitation, Inc. | 5058 MSB 231 Albert Sabin Way<br>Cincinnati, OH 45267 | Legal Services |
| Downs & Stanford, P.C. | 2001 Bryan St., Ste. 4000<br>Dallas, TX 75201 | Legal Services |
| Drew & Napier | 20 Raffles Place #17-00<br>Ocean Towers<br>Singapore 048620<br>Singapore | Tax Consultancy Services* |
| Drew, Eckl & Farnham, LLP | Drew Eckl & Farnham LLP<br>880 W. Peachtree St. N.W.<br>Atlanta, GA 30357 | Legal Services |
| Drinker Biddle & Reath LLP | 1 Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103 | Legal Services |
| DuCharme, McMillan & Associates, Inc. | 312 Plum Street<br>Suite 1100<br>Cincinnati, OH 45202 | Tax Compliance Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Due, Doyle, Fanning, Ewing & Metzger, LLP | 55 Monument Circle<br>900 Circle Tower Bldg.<br>Indianapolis, IN 46204 | Legal Services |
| Dykema Gossett P.L.L.C. | 400 Renaissance Ctr.<br>PO Box 79001, Drawer 1787<br>Detroit, MI  48243<br><br>55 East Monroe Street<br>Chicago, IL  60603 | Legal Services |
| Eldridge Cooper Steichen & Leach, PLLC | 110 W. 7th St., Ste. 200<br>Tulsa, OK  74119 | Legal Services |
| Ernst & Young | 6 rue Jean Monnet<br>L2180<br>Luxembourg | Tax Services |
| Ernst & Young AG | Rothenbaumchaussee 78<br>20148 Hamburg<br>Postfach 30 17 09<br>2036 Hamburg<br>Germany | |
| Ernst & Young Hua Ming | 23/F, 989 Changle Road<br>Shanghai, 200031<br>PRC | |
| Ernst & Young Tower | B-26 Qutab Institutional Area<br>New Delhi, 110016<br>India | |
| Evans, Pletkoic & Rhodes, P.C. | 26125 Woodward Ave.<br>Huntington Woods, MI  48070 | Legal Services |
| Eyster, Key, Tubb, Weaver & Roth | 402 E. Moulton St. S.D.<br>Decatur, AL  35601<br><br>PO Box 1607<br>Decatur, AL  35602 | Legal Services |
| Falkowski PLLC | PO Box 650<br>Novi, MI  48376-0650 | Legal Services |
| Fennemore Craig, Professional Corporation | 3003 North Central Ave., Ste. 2600<br>Phoenix, AZ 85012 | Legal Services |
| Foster, Swift, Collins & Smith, P.C. | 313 S. Washington Sq.<br>Lansing, MI  48933 | Legal Services |
| Frost Brown Todd LLC | 2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202-4182 | Legal Services |
| Fulbright & Jaworski LLP | 666 5th Ave.<br>New York, NY  10103 | Legal Services |
| Gable & Gotwals Law Firm | 1100 Oneok Plaza<br>100 W. 5th St., Ste. 100<br>Tulsa, OK  74103 | Legal Services |
| Garcia & Villarreal LLP | 4401 North McColl Road<br>Mcallen, TX 78504 | Legal Services |
| Gielowski and Steiner, LLP | 135 Delaware Avenue, Ste. 405<br>Buffalo, NY  14202 | Legal Services |

10

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Global Quality Institute | 37 Marotta Ave.<br>Brampton, ON  L6X 4W9<br>Canada | Auditing Services |
| Goldberg Segalla LLP | 665 Main St., Ste. 400<br>Buffalo, NY  14203 | Legal Services |
| Gowling Lafleur Henderson LLP | Box 466, Station D<br>Ottowa, ON  K1P 1C3<br>Canada<br><br>160 Elgin St., Ste. 2600<br>Ottawa, ON  K1P 1C3<br>Canada | Legal Services* |
| Grassi & Toering, PLC | 888 West Big Beaver Road, Ste. 750<br>Troy, MI 48084 | Legal Services |
| Gresk & Singleton | 950 S. Meridian St., #410<br>Indianapolis, IN 46225 | Legal Services |
| Gwinn & Roby | 4100 Renaissance Twr.<br>1201 Elm St.<br>Dallas, TX  75270 | Legal Services |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | 30 Columbia Tkp.<br>Florham Park, NJ  07932 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers<br>107 Delaware Ave.<br>Buffalo, NY  14202 | Legal Services |
| Harlan and Harlan | 1360 S. 5th St.<br>St.. Charles, MO  63301 | Legal Services |
| Harris Beach LLP | 99 Garnsey Rd.<br>Pittsford, NY | Legal Services |
| Hartman & Hartman P.C. | 15 N. Franklin, Ste. 250<br>Valparaiso, IN  48383<br><br>552 E. 700 N.<br>Valparaiso, IN  46383 | Legal Services |
| Heller Ehrman White & McAuliffe | 120 W. 45th St., 21st Fl.<br>New York, NY  10036-4041<br><br>PO Box 60000<br>San Francisco, CA  94160-3536<br><br>7 Times Square<br>New York, NY  10036 | Legal Services |
| Hewitt & Associates | 101 W. Big Beaver Rd., Ste. 300<br>Troy, MI 48084<br><br>PO Box 95135<br>Chicago, IL  60694<br><br>100 Half Day Rd.<br>Lincolnshire, IL  60069<br><br>PO Box 95135<br>Chicago, IL  60694 | Auditing Services |

11

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Hogan & Hartson, LLP | 555 13th St. N.W.<br>Washington, D.C.  2004 | Legal Services* |
| Honigman Miller Schwartz and Cohn | 2290 First National Bldg.<br>660 Woodward Ave.<br>Detroit, MI  48226<br><br>222 N. Washington Sq., Ste. 400<br>Lansing, MI  48933-1800 | Legal Services |
| Horwood, Marcus & Berk Chartered | 180 N. Lasalle St.<br>Chicago, IL  60601 | Tax Consultancy Services |
| Hudson, Potts & Bernstein | 130 Desiard St.<br>Monroe, LA  71210 | Legal Services |
| Hunton & Williams LLP | Bank of America Plaza, Ste. 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308-2216 | Legal Services |
| Huron Consulting Services LLC | 550 W. Van Buren St.<br>Chicago, IL 60607 | Financial Advisory Services |
| Ice Miller | 1 American Sq., #82001<br>Indianapolis, IN 46282 | Legal Services |
| INDIEC Indiana Industrial Energy Consumers, Inc. | 1700 1 American Sq.<br>Box 82053<br>Indianapolis, IN  46282-0003 | Legal Services |
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 N. Evansdale Dr.<br>Bloomfield Hills, MI  48304 | Legal Services |
| J.M. Robertson Intellectual Property Services LLC | 233 S. Pine St.<br>Spartanburg, SC  29302 | Legal Services |
| Jefferson Wells | 4000 Town Ctr., Ste. 725<br>Southfield, MI 48075 | Auditing Services |
| John A. Artz P.C. | 28333 Telegraph Rd., Ste. 250<br>Southfield, MI  48034 | Legal Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Ave. N., Ste. 2900<br>Birmingham, AL  35203 | Legal Services |
| Keating, Muething & Klekamp, P.L.L. | 1400 Provident Twr.<br>1 E. 4th St.<br>Cincinnati, OH  45202 | Legal Services |
| Keefe and Associates | 24405 Gratiot Ave.<br>Eastpointe, MI  48021 | Legal Services |
| Kenneth Mason | The Book Barn<br>Westbourne<br>Hampshire, PO10 8RS<br>United Kingdom | Legal Services* |
| Kenyon & Kenyon | One Broadway<br>New York, NY 10004 | IP Legal Services |
| Kevin P. Weldon | 5935 Westchester St.<br>Alexandria, VA  22310 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Kim & Chang | Seyang Bldg.<br>223 Naeja Dong Chongro Du<br>Seoul 110<br>Republic of Korea<br><br>Seyang Bldg.<br>223 Naeja Dong Chongro Ku<br>Seoul<br>Republic of Korea<br><br>Seyang Bldg. 223<br>Naeja-Dong, Jongno-Gu<br>Seoul<br>Republic of Korea | Tax Consultancy<br>Legal Services* |
| Kirton & McConkie | 60 E. S. Temple No. 1800<br>Salt Lake City, UT  84145 | Legal Services |
| KPMG | 150 West Jefferson, Ste. 1200<br>Detroit, MI 48226 | Tax Compliance Services* |
| KPMG (Canada) | 2000 mcGill College Avenue, Ste. 1900<br>Montreal, Quebec<br>H3A 3H8<br>Canada | |
| KPMG LLP (UK) | St James' Square<br>Manchester M2 6DS<br>United Kingdom | |
| KPMG Adoügyviteli Kft | 1139 Budapest,<br>Forgach u. 4.<br>Hungary | |
| Kronish Lieb Weiner & Hellman LLP | 1114 Ave. of the Americas, Ste. 4600<br>New York, NY  10036 | Legal Services |
| L.C. Begin & Associates, PLLC | 510 Highland Ave. PMB 403<br>Milford, MI  48381-1586 | Legal Services |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | 601 Poydras St., Ste. #2750<br>New Orleans, LA  70130 | Legal Services |
| Lathrop & Gage | 2345 Grand Blvd., Ste. 2800<br>Kansas City, MO  64108 | Legal Services |
| Lavin O'Neil Ricci Cedrone & DiSipio | Suite 500<br>190 N. Independence Mall W.<br>Philadelphia, PA  19106<br><br>8000 Midlantic Dr., Ste. 201 S.<br>Mount Laurel, NJ 08054<br><br>780 3rd Ave.<br>New York, NY  10017 | Legal Services |
| Law Office of Robert E. Wilyard | 600 W. Santa Ana Blvd., #101<br>Santa Ana, CA  92701 | Legal Services |
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad, Suite 1310<br>San Antonio, TX  78205 | Legal Services |

13

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Law Offices of Brian C. Pauls | 919 S. Harrison St., Ste. 320<br>Fort Wayne, IN  46802 | Legal Services |
| Law Offices of Thomas J. Trenta, PLLC | 33 Bloomfield Hills Parkway, Ste. 155<br>Bloomfield Hills, MI 48304 | Legal Services |
| Leger Robic Richard, L.L.P. | Centre CDP Capital<br>1001 Victoria Sq. Bloc E. 8th Fl.<br>Montreal, PQ  H2Z 2B7<br>Canada | Legal Services* |
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | 3131 Princeton Pike - 1B<br>Trenton, NJ  08648 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 S. Park Ave.<br>Warren, OH 44482<br><br>PO Box 151<br>Warren, OH  44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Rd., Ste. 120<br>Southfield, MI  48076 | Legal Services |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr.<br>PO Box 82053<br>1700 One American Sq.<br>Indianapolis, IN  46282 | Legal Services |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Ste. 410 Plaza N.<br>4800 Fashion Sq. Blvd.<br>Saginaw, MI  48604 | Legal Services |
| Locke Reynolds LLP | 201 N. Illinois St., Ste. 1000<br>PO Box 44961<br>Indianapolis, IN  46244 | Legal Services |
| Locker & Lee | 6600 E. Campus Circle Dr., Ste. 310<br>Irving, TX 75063 | Legal Services |
| Manitz, Finsterwald & Partner | Postfach 31 02 20<br>80102 Munchen<br>Germany | Legal Services* |
| Marcus Orbelius, Ekonom Support AB | Tallkrogsplan 93,<br>122 60 ENSKEDE<br>SWEDEN | |
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014<br>Edificio Paraguay, Ground Fl. #4<br>Colonia Romero de Terreros<br>C.P. 04310, Delegacion Coyoacan<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Mark A. Navarre | 200 S. Main St.<br>Room B-1 PO Box 537<br>Urbana, OH  43078 | Legal Services |
| Mark Lewis, Barrister | 2 Braemore Gardens<br>Toronto, Ontairo,<br>Canada, M6G 2C8 | Legal Services |
| Marks & Clerk | Alpha Tower,<br>Suffolk Street Queensway,<br>Birmingham, B1 1TT<br>UK | IP Legal Services |

14

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Marshall, Gerstein & Borun | 6300 Sears Twr.<br>233 S. Wacker Dr.<br>Chicago, IL  60606 | Legal Services |
| Marylou J. Lavoie | 1 Banks Rd.<br>Simsbury, CT  06070 | Legal Services |
| McCarter & English | Mellon Bank Ctr., Ste. 700<br>1735 Market St.<br>Philadelphia, PA  19103 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto<br>Dominion Bank Twr., Box 48<br>Toronto, ON M5K 1E6<br>Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 W.<br>Prospect Ave.<br>Cleveland, OH  44115 | Legal Services |
| McDermott Will & Emery LLP | 28 State St.<br>Boston, MA  02109 | Legal Services |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | 100 Mulberry St.<br>Newark, NJ  07102 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza, Ste. 1201<br>East Hartford, CT  06108 | Legal Services |
| McGlynn & Luther | 500 N. Broadway, Ste. 1515<br>Saint Louis, MO  63102 | Legal Services |
| McKenna Long & Aldridge LLP | 1900 K St. N.W.<br>Washington, D.C.  20006 | Legal Services |
| McNees Wallace & Nurick LLC | P O Box 1166<br>100 Pine St.<br>Harrisburg, PA  17108 | Legal Services |
| Michael D. Schloff, PLLC | 6905 Telegraph Rd., Ste. 215<br>Bloomfield Hills, MI  48301 | Legal Services |
| Micheal, Best and Fredrick LLP | 100 E. Wisconsin Ave., S300<br>Milwaukee, WI  53202 | Legal Services |
| Miller Johnson Snell & Cummiseky, PLC | 800 Calder Plaza Bldg.,<br>250 Monroe Ave.<br>Grand Rapids, MI 16203 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | 1 Financial Ctr.<br>Boston, MA  02111 | Legal Services |
| Moffatt Thomas Barrett Rock & Fields -Chartered | 101 South Capitol Blvd., 10th Fl.<br>Boise, Iowa 83702 | Legal Services |
| Momsen, Leonardos & Cia | Rua Teofilo Otoni 63<br>10 Andar Centro Rio de Janeiro<br>RJ 20090-080<br>Brazil | Legal Services* |
| Moore Hansen & Sumner | 225 S. 6th St., Ste. 4850<br>Minneapolis, MN 55402 | Legal Services |
| Mounce, Green, Myers, Safi & Galatzan | 100 N. Stanton, Ste. 1700<br>El Paso, TX  79901-1448 | Legal Services |
| Naciri & Associates Gide Loyrette Nouel | 52, Boulevard Zerktouni<br>Espace Erreda 5eme etage<br>20000 Casablanca<br>Morocco | Customs Advisory Services Legal Services* |
| Narvaez law Firm, P.A. | P.O. Box 25967<br>Albuquerque, NM 87125 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Neal Gerber & Eisenberg, LLP | 2 N. Lasalle St.<br>Chicago, IL  60602 | Legal Services |
| Ogne, Alberts & Stuart, P.C. | 1869 E. Maple Rd.<br>Troy, MI  48083 | Legal Services |
| Okabe | 602 Fuji Bldg. 2 3 Marunouchi<br>3 Chome Chiyoda Ku<br>Tokyo<br>100 0005<br>Japan | Legal Services* |
| Parker and Irwin | 348 W. Hospitality Lane<br>San Bernadino, CA  92408 | Legal Services |
| Paul E. Riegel, Esq. | 2525 N. 124th St.<br>Brookfield, WI  53005 | Legal Services |
| Paul, Hastings, Janofsky & Walker LLP | 515 S. Flower St., 24th Fl.<br>Los Angeles, CA 90071<br><br>600 Peachtree St. N.E., Ste. 2400<br>Atlanta, GA  30308 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Dr., Ste. 300<br>Commerce Township, MI  48390 | Legal Services |
| Pelaez Alonso, S.C. | Colonia del Valle<br>C.P. 03100, Delegacion Benito Juarez<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Phelps Dunbar LLP | Canal Place<br>365 Canal St. 2000<br>New Orleans, LA  70130<br><br>111 East Capitol, Ste. 600<br>Jackson, MS  39225<br><br>PO Box 23066<br>Jackson, MS  39255 | Legal Services |
| Phifer & White, P.C. | L.B. Kind Building, Ste. 500<br>1274 Library St.<br>Detroit, MI  48246 | Legal Services |
| Phillips Ormonde and Fitzpatrick | 367 Collins St.<br>Melbourne 3000<br>Australia<br><br>PO Box 323<br>Collins St. W. 8007<br>Melbourne<br>Australia | Legal Services* |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Ctr.<br>909 Fannin, 22nd Fl.<br>Houston, TX  77010<br><br>PO Box 60000<br>San Francisco, CA  94160 | Legal Services |

16

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Pinhiero Neto Advogados | Rua Boa Vista 254 9<br>01014-901 Sao Paulo<br>Brazil<br><br>SCS-Quadra 1 Bloco I 6<br>Andar Cep<br>70304 900 Brasilia DF<br>Brazil | Legal Services* |
| Plews Shadley Racher & Braun | 1346 N. Delaware St.<br>Indianapolis, IN  46202 | Legal Services |
| Plunkett & Cooney, P.C. | 38505 Woodward, Ste. 2000<br>Bloomfield Hills, MI  48304<br><br>900 Marquette Bldg.<br>243 W. Congress, Ste. 800<br>Detroit, MI  48226<br><br>1695 Woodward Ave., Ste. 210<br>Bloomfield Hills, MI  48013 | Legal Services |
| Porterfield, Harper & Mills, P.A. | 22 Inverness Center Pkwy, Ste. 600<br>Birmingham, AL  35242<br><br>PO Box 530790<br>Birmingham, AL  35253 | Legal Services |
| PriceWaterhouseCoopers | 1301 K Street N.W.<br>Suite 800W<br>Washington, DC  20005<br><br>Marino Escobedo 573<br>Col. Rincon Del Bosque<br>Mexico DF 11580<br>Mexico<br><br>AV Tecnologico 100 Piso 6<br>76030 Queretaro Qro<br>Mexico<br><br>North American Center<br>5700 Yonge St., Ste. 1900<br>North York, ON M2M 4K7<br>Canada<br><br>202 Hi Bin Road<br>Shanghai<br>200021<br>China | Tax Advisory and Advocacy Services* |
| Prichard, Hawkins, Davis & Young, LLP | Union Square, Ste. 600<br>10101 Reunion Place<br>San Antonio, TX 78216 | Legal Services |
| Quan, Burdette & Perez, P.C. | 5177 Richmond Ave., Ste. 800<br>Houston, TX 77056 | Legal Services |
| Quarles & Brady LLP | 441 East Wisconsin Avenue, Ste. 2040<br>Milwaukee, WI 53202 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Quattlebaum, Grooms, Tull & Burrow PLLC | 111 Center St., Ste. 1900 Little Rock, AR  72201 | Legal Services |
| Ralph L. Hensler | 1623 3rd Ave. 20G New York, NY  10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 W. Big Beaver Ste. 400 Troy, MI  48084 | Legal Services |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Dr., Ste. D Tustin, CA  92780 | Legal Services |
| Roetzel and Andress | 222 S. Main St. Akron, OH  43308 | Legal Services |
| Rogitz & Associates | 750 B St., Ste. 3120 Symphony Twr. San Diego, CA  92101 | Legal Services |
| Rumberger Kirk & Caldwell P.A. | 300 S. Orange Ave. Lincoln Plaza, Ste. 1400 Orlando, FL | Legal Services |
| Russell & Stoychoff | 2855 Coolidge Hwy, #218 Troy, MI 48084 | Legal Services |
| Sager and Savage | 5152 Katella Ave., Ste. 104 Los Alamitos, CA  90720 | Legal Services |
| Samil PricewaterhouseCoopers | Kukje Center Building 191191 Hankangro 2ga Yongsanku Seoul 140-702 Korea | Tax Services* |
| Samuel W. Junkin dba Junkin, Harrison & Junkin, PC | 601 Greensboro Ave., Ste. 600 Alston Place Tuscaloosa, AL 34501 | Legal Services |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway Cincinnati, OH  45242 | Legal Services |
| Schmeiser, Olson & Watts | 18 E. University Dr., Ste. 101 Mesa, AZ 85201

3 Lear Jet Lane, Ste. 201 Latham, NY 12110

125 High Rock Ave. Saratoga Springs, NY 12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Hwy. Farmington Hills, MI  48334

PO Box 634213 Cincinnati, OH  45263 | Legal Services |
| Seyfarth Shaw LLP | 55 East Monroe Street,  Ste. 4200 Chicago, IL 60603 | Legal Services |
| Sidley Austin Brown & Wood LLP | Square de Meeus 35 B-1000 Brussels Belgium | Legal Services* |
| Slage, Bernard & Gorman, P.C. | 600 Plaza W. Bldg. 4600 Madison Ave., Ste. 600 Kansas City, MO | Legal Services |
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac St. Montgomery, AL  36106 | Legal Services |

18

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Smith, Gambrell & Russell, L.L.P. | 1850 M Street N.E., Ste. 800<br>Washington, DC  20036<br><br>1230 Peachtree St. N.E., Ste. 3100<br>Atlanta, GA  30309 | Legal Services |
| Snell & Wilmer LLP | One Arizona Ctr.<br>400 E. Van Buren, 10th Fl.<br>Phoenix, AZ  85004<br><br>1500 Citibank Twr.<br>1 S. Church Ave.<br>Tucson, AZ  85701 | Legal Services |
| Squire, Sanders & Dempsey, L.L.P. - DC | 1201 Pennsylvania Ave. N.W. 5th<br>PO Box 407<br>Washington, DC  20004<br><br>1300 Huntington Ctr.<br>41 S. High St.<br>Columbus, OH  43215<br><br>PO Box 643051<br>Cincinnati, OH  45264 | Legal Services |
| Stockwell, Harris, Widom and Woolv | 3580 Wilshire Blvd., #1900<br>Los Angeles, CA  90010 | Legal Services |
| Stout Risius Ross, Inc. | 32255 Northwestern Highway, Ste. 201<br>Farmington Hills, MI  48334 | Valuation Services |
| Suri & Company | Flat No. 12 Golf Apartments<br>Sujan Singh Park Maharishi Raman<br>New Delhi 110003, India | Legal Services* |
| Swift Currie McGhee & Hiers, LLP | 1355 Peachtree St. N.E., Ste. 300<br>Atlanta, GA  30309 | Legal Services |
| Thompson & Knight LLP | 1700 Pacific Ave., Ste. 3300<br>Dallas, TX  75201 | Legal Services |
| Thorn Gershon Tymann and Bonanni, LLP | P.O. Box 15054<br>Albany, NY 12212 | Legal Services |
| Towers Perrin | 1000 Town Center, Ste. 950<br>Southfield, MI 48075-1225 | Non-Legal Services |
| Tsar and Tsai | 8th Fl. 245 Dunhua S. Rd.<br>Sec 1 Taipei 106<br>ROC<br>Taiwan, Province of China | Legal Services* |
| Turner Reid Duncan Loomer & Patton P.C. | 1355 E. Bradford Pkwy, Ste.  A<br>Springfield, MO  65804 | Legal Services |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza, 8th Fl.<br>Houston, TX  77046 | Legal Services |
| Vereenigde | PO Box 87930<br>2508 DH Den Haag<br>Netherlands | Legal Services* |
| Vicky Farah Law Offices | 201 E. Liberty St.<br>Ann Arbor, MI 48104 | Legal Services |
| von Kreisler Selting Werner | PO Box 102241<br>D-50462 Koln<br>Germany | Legal Services* |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Vorys, Sater, Seymour & Pease LLP | 52 E. Gay St.<br>P.O. Box 1008<br>Columbus, OH  43216 | Legal Services |
| Ward Norris Heller & Reidy, LLP | 300 State St.<br>Rochester, NY  14614 | Legal Services |
| Washington Patent Services, Inc. | The Office Complex of Pasadena<br>933 Oleander Way S., Ste. 3<br>South Pasadena, FL  33707 | Legal Services |
| Watkins Ludlam Winter & Stennis, P.A. | 633 North State St.<br>P.O. Box 427<br>Jackson, MS 39205 | Legal Services |
| Wax Law Group | 2118 Wilshire Blvd., Ste. 407<br>Santa Monica, CA  90403 | Legal Services |
| Webb Law Firm | 436 7th Ave., Ste. 700<br>Pittsburgh, PA  15219 | Legal Services |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C. | 700 Kopper Bldg.<br>436 7th Ave., Ste. 700<br>Pittsburgh, PA  15219 | Legal Services |
| Wells, Anderson & Race, LLC | 1700 Broadway, Ste. 1020<br>Denver, CO  80290 | Legal Services |
| Wesley D. Pack Jr. | 201 Donna Mae Lane<br>Leonard, MI  48367<br><br>16533 E. Campbell<br>Gilbert, AZ  85234 | Legal Services |
| White and Williams LLP | 1800 One Liberty Pl.<br>Philadelphia, PA  19103 | Legal Services |
| WIEG, Inc. | 10 E. Doty St., Ste. 800<br>Madison, WI  53703 | Legal Services |
| Williams & Williams | 43 Court St., Ste. 1000<br>Buffalo, NY 14202 | Legal Services |
| Wimer Law Offices, P.C. | 655 Allegheny Avenue<br>Oakmont, PA | Legal Services |
| Wise, Carter, Child & Caraway | 600 Heritage Bldg.<br>401 East Capitol St., Ste. 600<br>Jackson, MS  39201<br><br>P O Box 651<br>Jackson, MS  39205 | Legal Services |
| Wood and Richmond | 3300 Vickery Rd.<br>N. Syracuse, NY  13212 | Legal Services |
| Wood, Herron & Evans, L.L.P. | 2700 Carew Twr.<br>441 Vine St.<br>Cincinnati, OH  45202 | Legal Services |
| Wooden & McLaughlin, LLP | 1 Indiana Sq., Ste. 1800<br>Indianapolis, IN  46204 | Legal Services |
| Wright Lindsey & Jennings LLP | 200 W. Capitol Ave., Ste. 2300<br>Little Rock, AR  72201 | Legal Services |
| Young & Basile P.C. | 3001 W. Big Beaver Rd., Ste. 624<br>Troy, MI  48084 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Yuasa & Hara | Section 206 New Ohtemachi Building<br>2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |
| Zeanah, Hust & Summerford | 2300 University Blvd.<br>7th Fl., Am. S. Bldg.<br>Tuscaloosa, AL  35401 | Legal Services |
| Trench, Rossi e Watanabe - Advogados | Av. Dr. Chucri Zaidan, 920<br>13o andar - Market Place Tower I<br>04583-904 São Paulo, SP<br>Brazil | Legal Services |

# EXHIBIT I

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                        :
     In re                   :      Chapter 11
                        :
DELPHI CORPORATION, et al.,    :      Case No. 05-44481 (RDD)
                        :
            Debtors.     :      (Jointly Administered)
                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER UNDER 11 U.S.C §§ 105(a) AND 363(b) AUTHORIZING
DEBTORS TO PAY CERTAIN FINANCIAL ADVISOR FEES AND
EXPENSES INCURRED BY THE UNITED AUTOMOBILE, AEROSPACE AND
AGRICULTURAL IMPLEMENT WORKERS OF AMERICA AND THE INTERNATIONAL
UNION OF ELECTRONIC, ELECTRICAL, SALARIED, MACHINE AND
<u>FURNITURE WORKERS-COMMUNICATIONS WORKERS OF AMERICA</u>

("UAW AND IUE-CWA FINANCIAL ADVISOR PAYMENT ORDER ")

           Upon the motion, dated January 30, 2006 (the "Motion"), of Delphi Corporation

and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-

captioned cases (collectively, the "Debtors"), for an order (the "Order") under 11 U.S.C. §§

105(a) and 363(b) authorizing the Debtors to pay certain financial advisor fees and expenses

incurred by the United Automobile, Aerospace And Agricultural Implement Workers Of

America ("UAW") in connection with the UAW's retention of Lazard Frères & Co. LLC

("Lazard") and Milliman, Inc. ("Milliman"), and incurred by the International Union of

Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of

America (the "IUE-CWA") in connection with the IUE-CWA's retention of Chanin Capital

Partners L.L.C. ("Chanin") (the UAW and IUE-CWA being referred to herein collectively as the

"Unions," and Lazard, Milliman, and Chanin being referred to herein collectively as the

"Financial Advisors"); and this Court having determined that the relief requested in the Motion is

in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and

it appearing that proper and adequate notice of the Motion has been given and that no other or

further notice is necessary; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED THAT:

1.    The Motion is GRANTED as provided herein.

2.    Pursuant to 11 U.S.C. §§ 105(a) and 363(b), the Debtors are authorized to

pay to each of Lazard and Chanin $175,000 per month for financial advisory services rendered to

the Unions in connection with the Debtors' chapter 11 cases, plus an additional amount for

expenses incurred in connection therewith, and up to $100,000 per month to Milliman for

actuarial services rendered to the UAW, plus an additional amount for expenses incurred in

connection therewith (the foregoing payments to all of the Financial Advisors being referred to

herein collectively as the "Advisor Fees"), provided, however, that prior to the payment of any

Advisor Fees, each of the Financial Advisors shall be required to (a) file a declaration with this

Court confirming that it has not entered into any agreement to share the payments it receives

under this Order with any other person or entity, and (b) submit to the Debtors and the official

committee of unsecured creditors (the "Creditors' Committee") on a monthly basis a statement

specifying the services performed and the disbursement and expenses incurred and shall provide

such supporting documentation for each statement as the Debtors or Creditors' Committee shall

reasonably require.

3.    In the event that either the Debtors or the Creditors' Committee have an

objection to any of the compensation or reimbursement sought in a particular statement, the

Debtors shall withhold payment of that portion of the fee statement to which the objection is

directed until such time as the objection is resolved or so ordered by the Court.

        4.      The Unions have agreed, and it is hereby ordered, that any Advisor Fees

paid by the Debtors shall be applied against and considered part of any distribution in respect of

any resolution of any claims the Unions may have (without diminishing any claims employees

may have) against the Debtors in these chapter 11 cases, whether by settlement agreement or

judgment of this Court.

        5.      The Debtors shall not be party to any engagement agreement between the

Unions and their Financial Advisors and shall not assume or be subject to any obligations or

liabilities arising as a result of such engagement except with respect to the payment of fees and

expenses as set forth in this Order.

        6.      Subject to the monthly caps and terms provided herein, each Financial

Advisor may seek, in its first request for compensation and reimbursement of expenses pursuant

to this Order, compensation for work performed and reimbursement for expenses incurred during

the period beginning on the date of the Financial Advisor's retention (which, in the case of

Lazard, is November 1, 2005; in the case of Chanin, is November 21, 2005; and, in the case of

Milliman, is November 22, 2005) and ending on the date of their first request.

        7.      The Debtors shall maintain a unilateral right to terminate the commitment

to pay the Advisor Fees at any time upon 30 days' notice to the Unions.  The Creditors'

Committee shall have the right to seek to terminate the payment of the Advisor Fees if the

Creditors' Committee determines that, under all of the circumstances, the payments authorized

by the Motion are no longer providing a significant benefit to the estate.

8.      To the extent that the Debtors' payment of the Advisor Fees in any way implicates the limitations of Section 302(a) of the Labor Management Relations Act (LMRA), 29 U.S.C. § 186, such Advisor Fees fall within the exception provided under Section 302(c)(2), 29 U.S.C. § 186(c)(2).

9.      This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

10.     The requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of New York for the service and filing of a separate memorandum of law is deemed satisfied by the Motion.


Dated:  New York, New York
        February 9, 2006


                        /s/ ROBERT D. DRAIN
                        UNITED STATES BANKRUPTCY JUDGE

4

# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
|  | : |  |
| In re | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, <u>et</u> <u>al.</u>, | : | Case No.  05 – 44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FIRST AMENDED SCHEDULING ORDER ON DEBTORS' MOTIONS TO
(I) REJECT COLLECTIVE BARGAINING AGREEMENTS UNDER SECTION 1113(c) AND
(II) ELIMINATE RETIREE MEDICAL AND LIFE INSURANCE BENEFITS
<u>FOR UNION-REPRESENTED RETIREES UNDER SECTION 1114(g)</u>

("FIRST AMENDED SECTIONS 1113 AND 1114 SCHEDULING ORDER")

Upon the Motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation

and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the

above-captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 1113 and

1114 of the Bankruptcy Code[1] and Fed. R. Bankr. P. 2002(m) and 9006 establishing notice

procedures, briefing schedule, and hearing date regarding the Debtors' Motions To (a) Reject

Collective Bargaining Agreements Under Section 1113(c) And (b) Eliminate Retiree Medical

And Life Insurance Benefits For Union-Represented Retirees Under Section 1114(g) (the

"1113/1114 Motions"); and this Court having entered an order on October 13, 2005 (Docket No.

232) granting the relief requested in the Motion (the "Order"); and the Debtors having previously

advised this Court and publicly announced that the Debtors believed it was appropriate and

necessary to defer the filing of 1113/1114 Motions until at least February 17, 2006; and this

---

[1]    As used herein, the term "Bankruptcy Code" means chapter 11 of title 11 of the United States Code, 11
U.S.C. §§ 101-1330, as amended.

Court having determined that changing certain deadlines set forth in the Order in the manner set

forth herein  is appropriate and in the best interests of the Debtors, their estates, their creditors,

and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause

appearing therefor, it is hereby

ORDERED THAT:

The Order shall continue in full force and effect except as follows:

1.        The Debtors shall file and serve the 1113/1114 Motions upon the notice

parties listed in paragraph 7 hereof, with a copy to this Court's chambers, no later than 4:00 p.m.

(Prevailing Eastern Time) on February 17, 2006.

2.        As soon as reasonably practicable following the filing of the 1113/1114

Motions, counsel for the Debtors, the Official Committee of Unsecured Creditors and the

International Unions shall meet and confer pursuant to the Case Management Order (Docket No.

245), and the Debtors shall submit a meet and confer report to Chambers with a copy to all other

counsel participating in the meet and confer conference.

3.        Any opposition to the 1113/1114 Motions (the "Opposition") shall be filed

and served upon the Debtors and their counsel, Skadden, Arps, Slate, Meagher & Flom LLP, 333

West Wacker Drive, Chicago, Illinois 60606 (Att'n:  John Wm. Butler, Jr.), with a copy to this

Court's chambers and the notice parties listed in paragraph 7 hereof, so as to be received no later

than 4:00 p.m. (Prevailing Eastern Time) on March 8, 2006.

4.        Any reply by the Debtors to any Opposition shall be filed and served upon

the relevant International Unions and their counsel, with a copy to this Court's chambers and the

notice parties listed in paragraph 7 hereof, so as to be received no later than 4:00 p.m. (Prevailing

Eastern Time) on March 16, 2006.

2

5.      If an Opposition is filed, counsel for the Debtors, the Creditors' Committee

and the party filing the Opposition (the "Opposing Party") shall further meet and confer within a

reasonable time after the Opposition is filed but prior to the hearing on the 1113/1114 Motions.

6.      This Court shall conduct a hearing on the Debtors' 1113/1114 Motions

beginning at 10:00 a.m. (Prevailing Eastern Time) on March 21 and continuing on March 22 and

thereafter as required.

7.      Copies of the 1113/1114 Motions shall be served, along with notice of

hearing, via facsimile or overnight mail upon (a) the relevant International Unions (as defined in

the Order) and their counsel, (b) the Office of the United States Trustee for the Southern District

of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n:  Alicia M.

Leonhard), (c) counsel for the official committee of unsecured creditors, Latham & Watkins

LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg), (d) counsel

for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425

Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), and (e) counsel for

the agent under the postpetition credit facility, Davis Polk & Wardwell 450 Lexington Avenue,

New York, New York 10017 (Att'n:  Marlane Melican).

3

8.    In the event that the Debtors determine that it is appropriate and necessary to further defer the filing of 1113/1114 Motions, the Debtors shall promptly notify this Court, counsel for the International Unions and counsel for the parties listed in paragraph 7 of this Order.

Dated:    New York, New York
          February 9, 2006

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT K

**PRESENTMENT DATE: 2/23/06**
**AT: 12:00 NOON**

**OBJECTIONS DUE: 2/23/06**
**AT: 11:00 A.M.**

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          :
                                                :          Chapter 11
DELPHI CORPORATION *et al.*,                    :          Case No. 05-44481 (RDD)
                                                :          (Jointly Administered)
                              Debtors.          :
-------------------------------------------------------------x

**NOTICE OF PROPOSED ORDER DENYING MOTION**
**BY FURUKAWA ELECTRIC NORTH AMERICA APD FOR RELIEF**
**FROM THE AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS**

**PLEASE TAKE NOTICE** that Delphi Corporation ("Delphi") and certain

of its subsidiaries and affiliates, as Debtors and Debtors-in-Possession in the above-

captioned cases, by their bankruptcy co-counsel, Togut, Segal & Segal LLP, will present

a proposed Order denying the Motion of Furukawa Electric North America APD for

relief from the automatic stay to permit a setoff of claims, a true and complete copy of

which is annexed hereto, to the Honorable Robert D. Drain, United States Bankruptcy

Judge, in his chambers, Room 632 of the United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, New York 10004, on

February 23, 2006 at 12:00 Noon.

   **PLEASE TAKE FURTHER NOTICE** that objections, if any, to approval of the

Stipulation and Order (a) must be in writing, (b) must conform to the Federal Rules of

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New

York, and the Order under 11 U.S.C. §§ 102 (1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case

Management, and Administrative Procedures, and (iii) Scheduling an Initial Case

Conference in Accordance with Local Bankr. R. 1007-2(e) (the "Case Management

Order") (Docket No. 245), (c) must be filed with the Bankruptcy Court in accordance

with General Order M-242 (as amended) - registered users of the Bankruptcy Court's

case filing system must file electronically, and all other parties-in-interest must file on a

3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (d) must be submitted in hard-copy form

directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and (e) and must be served upon: (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Attn: General Counsel); (ii) co-counsel for the Debtors, Togut,

Segal & Segal LLP, One Penn Plaza, New York, New York 10119 (Attn: Neil Berger,

Esq.); (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson

Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn:

Kenneth S. Ziman); (iv) counsel for the agent under the postpetition credit facility,

Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn:

Marlane Melican); (v) commercial and litigation counsel to the Debtors, Butzel & Long,

P.C., 100 Bloomfield Hills Parkway, Suite 200, Bloomfield Hills, MI 48304 (Attn: James

Darien); (vi) co-counsel for Furukawa Electric North America APD: (a) Varnum, Riddering, Schmidt & Howlett LLP, 333 Bridge Street, N.W., Suite 1700, Grand Rapids, MI 49504 (Michael S. McElwee, Esq.) and (b) DiConza Law, P.C., 630 Third Avenue, New York, New York 10017 (Attn: Gerard DiConza, Esq.); (vii) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022-4068 (Attn: Robert J. Rosenberg, Esq.); and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn: Alicia M. Leonhard), in each case so as to be **received** no later than **11:00 a.m. (Prevailing Eastern Time) on February 23, 2006** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that only those timely-written objections made in accordance herewith, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the Stipulation and Order are timely filed and served the Bankruptcy Court may enter the proposed Stipulation and Order.

Dated:  New York, New York
        February 9, 2006

                            TOGUT, SEGAL & SEGAL LLP
                            Bankruptcy Co-Counsel for
                              Delphi Corporation, *et al.*,
                              Debtors and Debtors-in-Possession
                            By:

                            /s/ Neil Berger
                            NEIL BERGER (NB-3599)
                            A Member of the Firm
                            One Penn Plaza, Suite 3335
                            New York, New York  10119
                            Telephone:  (212) 594-5000
                            Facsimile:  (212) 967-4258

3

PRESENTMENT DATE: 2/23/06
AT: 12:00 NOON

OBJECTIONS DUE: 2/23/06
AT: 11:00 A.M.

TOGUT, SEGAL & SEGAL LLP
Bankruptcy Co-Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :
                                                    :          Chapter 11
DELPHI CORPORATION *et al.*,                        :          Case No. 05-44481 (RDD)
                                                    :          (Jointly Administered)
                                        Debtors.    :
------------------------------------------------------------x

## ORDER DENYING MOTION BY FURUKAWA
## ELECTRIC NORTH AMERICA APD FOR RELIEF
## FROM THE AUTOMATIC STAY TO PERMIT SETOFF OF CLAIMS

Furukawa Electric North America APD ("Furukawa") having filed and served

a motion dated December 15, 2005 (the "Motion")[1] for an Order granting Furukawa

relief from the automatic stay pursuant to Title 11, U.S.C., section 362(d), to permit

Furukawa to setoff against alleged mutual pre-petition claims;  and the above-captioned

Debtors having filed and served an objection to the Motion dated February 2, 2006 (the

---

[1]     Capitalized terms not defined herein shall have the meanings set forth in the Motion.

"Objection");  and Furukawa having filed a reply to the Debtors' Objection dated
February 8, 2006 (the "Reply");

**AND**, the Court having considered the Motion, the Objection, the Reply, and
argument by counsel at a hearing conducted before the Court on February 9, 2006;  and
it appearing that good and sufficient notice of the presentment of this Order having
been given in accordance with the Case Management Order in this case (Docket No.
245);  and upon all of the prior pleadings and proceedings had herein;  and good and
sufficient cause appearing therefore;  it is

**ORDERED**, that the Motion be, and it hereby is, denied;  and it is further

**ORDERED**, that Furukawa is hereby directed to maintain all amounts of the
October 4 Payment in its "suspension account" (as described in paragraph 7 of the
Motion), which shall be interest bearing, pending further Order of this Court.


Dated:   New York, New York
           February ___, 2006


                                     _____
                                     HONORABLE ROBERT D. DRAIN
                                     UNITED STATES BANKRUPTCY JUDGE

2

# EXHIBIT L

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bernstein Litowitz Berger & Grossman | Hannah E. Greenwald | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1411 | 2125541444 | hannah@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Bernstein Litowitz Berger & Grossman | John P. Coffey | 1285 Avenue of the Americas | | New York | NY | 10019 | | 212-554-1409 | 2125541444 | sean@blbglaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Cohen, Weiss & Simon LLP | Joseph J. Vitale | 330 West 42nd Street | | New York | NY | 10036 | | 212-356-0238 | 646-473-8238 | jvitale@cwsny.com | Counsel for International Union, United Automobile, Aerospace and Agriculture Implement Works of America (UAW) |
| Gorlick, Kravitz & Listhaus, P.C. | Barbara S. Mehlsack | 17 State Street | 4th Floor | New York | NY | 10004 | | 212-269-2500 | 212-269-2540 | bmehlsack@gkllaw.com | Counsel for International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Grant & Eisenhofer P.A. | Geoffrey C. Jarvis | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | gjarvis@gqelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Jay W. Eisenhofer | 45 Rockefeller Center | 650 Fifth Avenue | New York | NY | 10111 | | 212-755-6501 | 212-755-6503 | jeisenhofer@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Grant & Eisenhofer P.A. | Sharan Nirmul | 1201 North Market Street | Suite 2100 | Wilmington | DE | 19801 | | 302-622-7000 | 302-622-7100 | snirmul@gelaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Gratz, Miller & Brueggeman, S.C. | Jill M. Hartley | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | jh@previant.com | Counsel for International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| Gratz, Miller & Brueggeman, S.C. | Matthew R. Robbins | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | mrr@previant.com | Counsel for International Brotherhod of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 3

2/10/2006 9:01 PM
Declarations - 2002 SP

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gratz, Miller & Brueggeman, S.C. | Timothy C. Hall | 1555 N. RiverCenter Drive | Suite 202 | Milwaukee | WI | 53212 | | 414-271-4500 | 414-271-6308 | tch@previant.com | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10 |
| International Union of Operating Engineers | Richard Griffin | 1125-17th Avenue, N.W. | | Washington | DC | 20036 | | 202-429-9100 | 202-778-2641 | rgriffin@iuoe.org | Counsel for International Brotherood of Electrical Workers Local Unions No. 663; International Association of Machinists; AFL-CIO Tool and Die Makers Local Lodge 78, District 10; International Union of Operating Engineers Local Union Nos. 18, 101 and 832 |
| Lowenstein Sandler PC | Ira M. Levee | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | ilevee@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Lowenstein Sandler PC | Michael S. Etikin | 1251 Avenue of the Americas | 18th Floor | New York | NY | 10020 | | 212-262-6700 | 212-262-7402 | metkin@lowenstein.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Meyer, Suozzi, English & Klein, P.C. | Lowell Peterson, Esq. | 1350 Broadway | Suite 501 | New York | NY | 10018 | | 212-239-4999 | 212-239-1311 | lpeterson@msek.com | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |
| Nix, Patterson & Roach, L.L.P. | Bradley E. Beckworth | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | bbeckworth@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Jeffrey J. Angelovich | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | jangelovich@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Nix, Patterson & Roach, L.L.P. | Susan Whatley | 205 Linda Drive | | Daingerfield | TX | 75638 | | 903-645-7333 | 903-645-4415 | susanwhatley@nixlawfirm.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 2 of 3

2/10/2006 9:01 PM
Declarations - 2002 SP

Delphi Corporation
2002 List

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Schiffrin & Barroway, LLP | Michael Yarnoff | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7056 | 610-667-7706 | myarnoff@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| Schiffrin & Barroway, LLP | Sean M. Handler | 280 King of Prussia Road | | Radnor | PA | 19087 | | 610-667-7706 | 610-667-7056 | shandler@sbclasslaw.com | Counsel for Teachers Retirement System of Oklahoma; Public Employee's Retirement System of Mississippi; Raifeisen Kapitalanlage-Gesellschaft m.b.H and Stichting Pensioenfords ABP |
| United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO | David Jury, Esq. | Five Gateway Center | Suite 807 | Pittsburgh | PA | 15222 | | 412-562-2549 | 412-562-2429 | djury@steelworkers-usw.org | Counsel to United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 3 of 3

2/10/2006 9:01 PM
Declarations - 2002 SP

# EXHIBIT M

In re: Delphi Corporation, et al.
Notice of Revised OCP List Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| A.S.K. Services, Inc. | | 42180 Ford Rd., Ste. 101 | | Canton | MI | 48187 | |
| Adams & Adams | | PO Box 1014 | Pretoria 0001 | | | | South Africa |
| Adelson, Testan & Brundt | | 100 Ocean Gate, Ste. 830 | | Long Beach | CA | 90802 | |
| Alvarez, Notzon & Gutierrez, LLP | | 415 Shiloh Dr. | | Laredo | TX | 78045 | |
| American Appraisal Associates | | 411 E. Wisconsin Ave., Ste. 1900 | | Milwaukee | WI | 53201 | |
| Anne Murphy Patent Services | | PO Box 2128 Eads St. | | Arlington | VA | 22202 | |
| Antonelli Terry Stout & Krause, LLP | | 1300 N. 17th St., Ste. 1800 | | Arlington | VA | 22209 | |
| Arent, Fox, Kintner, Plotkin & Kahn PLLC | | 1050 Connecticut Ave. N.W | | Washington | DC | 20036 | |
| Asset Management Resources, Inc | | 26211 Central Park Blvd. | | Southfield | MI | 48076 | |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | | PO Box 67000 | | Detroit | | | |
| | | | | | MI | 48267 | |
| Baker & McKenzie LLP | | 805 3rd Ave. | | New York | NY | 10022 | |
| Baker & McKenzie LLP | | 815 Connecticut Ave. N.W | | Washington | DC | 20006 | |
| Baker & McKenzie LLP | | Pl. Triunfo de la Republica 3304, Piso 2 | Partido Escobedo | Juarez, Chihuahua | | 32330 | Mexico |
| Baker & McKenzie LLP | | 701 Brickell Ave., Ste. 1600 | Barnett Tower | Miami | FL | 33131 | |
| Baker & McKenzie LLP | | One Prudential Plaza | 130 E. Randolph Dr. | Chicago | IL | 60601 | |
| Baker & McKenzie LLP | | 32 Avenue Kleber BP 2112 | | Paris Cedex 16 | | 75771 | France |
| Baker & McKenzie LLP | | PO Box 10230 | | El Paso | TX | 79995 | |
| Baker & McKenzie LLP | | 660 Hansen Way | | Palo Alto | CA | 94304 | |
| Baker & McKenzie LLP | Trench, Rossi e Wantanabe - Advogados | Av. Dr. Chucri Zaidan, 920, 13 andar | Market Place Tower I | São Paulo | | | |
| | | | | | SP | 04583-904 | Brazil |
| Baker & McKenzie LLP | | 100 New Bridge Street | | London | | EC4V 6JA | United Kingdom |
| Baker & McKenzie LLP | | Avda. Leandro N. Alem 1110, piso 13 | | Buenos Aires | | C.P. C1001AAT | Argentina |
| Balch & Bingham LLF | | PO Box 306 | | | | | |
| Barnes & Thornburg LLF | | 1313 Merchant Bank Bldg. | 11 S. Meridan St. | Indianapolis | IN | 46204 | |
| Barnett Associates, Inc | | 61 Hilton Ave. | | Garden City | NY | 11530 | |
| Bell Anderson & Sanders LLC | | 496 Broadway | | Laguna Beach | CA | 92651 | |
| Berger & Berger | | 555 International Dr., Ste. 800 | | Buffalo | NY | 14221 | |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | | 390 N. Orange Ave. Ste. 2500 | | Orlando | FL | 32801 | |
| Birch, de Jongh & Hindels | | Poinsettia House at Bluebeard's Castle | 1330 Estate Tarrnebjerg | St. Thomas | | 00802 | Virgin Islands |
| Bliss McGlynn P.C. | | 2075 W. Big Beaver Rd., Ste. 600 | | Troy | MI | 48084 | |
| BNP Paribas Securities Corp. | | 787 7th Ave. | | New York | NY | 10019 | |
| Boehl Stopher & Graves, LLI | | 400 West Market St., Ste. 2300 | | Louisville | KY | 40202 | |
| Booth Udall, PLC | | 1423 S. Higley Rd., Ste. 110 | | Mesa | AZ | 85206 | |
| Bowman and Brooke LLI | | Riverfront Plaza West Tower | 901 E. Byrd St., Ste. 1500 | Richmond | VA | 23219 | |
| Bowman and Brooke LLI | | 50 W. Big Beaver Rd., Ste. 600 | | Troy | MI | 48084 | |
| Bowman and Brooke LLI | | 150 S. 5th St., Ste. 2600 | | Minneapolis | MN | 55402 | |
| Bowman and Brooke LLI | | PO Box 1414 NCB 13 | | Minneapolis | MN | 55480 | |
| Bowman and Brooke LLI | | 160 W. Santa Clara St., Ste. 1150 | | San Jose | CA | 95113 | |
| Braun Kendrick Finkbeiner PLC | | Second National Bank Bldg | 101 Fashion Sq. Blvd | Saginaw | MI | 48603 | |
| Brennan Steil & Basting SC | | 1 East Milwaukee St. | | Janesville | WI | 53547 | |
| Brown & James, P.C. | | Richland Executive Plazz | 525 West Main, Ste. 200 | Belleville | IL | | |
| BSI America Inc | | 12110 Sunset Hills Road, Ste. 140 | | Reston | VA | 20190 | |
| BSI America Inc | | 13910 Collections Center Dr. | | Chicago | IL | 60693 | |
| BSI Management System | | 12110 Sunset Hills Rd., Ste. 140 | | Reston | VA | 20190 | |
| BSI Management System | | 13910 Collections Center Dr. | | Chicago | IL | 60693 | |
| Bugbee & Conkle | | National City Bank Bldg | 405 Madison, Ste. 1300 | Toledo | OH | 43604 | |
| C&S Patent and Law Office | | KPO Box 103 | | Seoul | | 110-601 | Republic of Korea |
| Cabinet Michel Poupon | | 3 Rue Ferdinand Bruno | | Epinal Cedex | | 88026 | France |
| Cadena Law Firm, P.C. | | 1017 Montana Ave. | | El Paso | TX | 79902 | |
| Cardinal Law Group | | 1603 Orrington Ave., Ste. 2000 | | Evanston | IL | 60201 | |
| Cattel, Tuyn & Rudzewicz, PLLC | | Governers Place | 33 Bloomfield Hills Pkwy, Ste. 120 | Bloomfield Hills | MI | 48304 | |
| Charles K. Veenstra | | 631 Windsor Run | | Bloomfield Hills | MI | 48304 | |
| Cherry, Edson and Kelly | | 175 Fulton Ave. | | Hempstead | NY | 11550 | |
| Chester Willcox & Saxbe LLF | | 65 E. State St. Ste. 1000 | | Columbus | OH | 43215 | |
| Chevez Abogados, S.C | | Bosque de Ciruelos 168, 6° Pisc | Bosques de las Lomas | Mexico | D.F. | 11700 | Mexico |
| China Patent Agent (H.K.) Ltd. | | China Patent Agent HK Ltc | 23 Harbour Rd. | Wanchai | | | Hong Kong |
| China Patent Agent (H.K.) Ltd. | | China Patent Agent (HK) Ltc | Bank of China Harbour Rd | Hong Kong | | | Hong Kong |
| Christie, Parker & Hale, LLP | | 350 W. Colorado Blvd., Ste. 500 | | Pasadena | CA | 91109 | |
| Ciara Systems, Inc. | | 13112 Ludlow | | Huntington Woods | MI | | |
| Clark Consulting | | 101 Constitution Ave. N.W. | | Washington | D.C. | 20001 | |
| Clark Hill P.L.C. | | 1600 First Federal Bldg. | 1001 Woodward Ave. | Detroit | MI | 48226 | |
| Clark Hill P.L.C. | | 500 Woodard Ave., Ste. 3500 | | Detroit | MI | 48226 | |
| Clark, Thomas & Winters, PC | | PO Box 1148 | | Austin | TX | 78767 | |
| Clayton UTZ | | Level 18, 333 Collins St. | | Melbourne Vic | | 3000 | Australia |
| Colin Hull | | PO Box 827 | London Colney | St. Albans | Herts. AL1 9AB | | United Kingdom |
| Conestoga-Rovers & Associates, Inc | | 2055 Niagara Falls Boulevard, Ste. 3 | | New York | NY | 14304 | |
| Consortium Industrie | | Commercial & Maritimc | 19, Boulevard Imam Al | Kenitra | | | Morocco |
| Conway McKenzie & Dunleavy Inc | | 401 S. Old Woodward, Ste. 340 | | Birmingham | MI | 48009 | |

In re: Delphi Corporation, et al.
Case No. 05-44481

2/10/2006

In re: Delphi Corporation, et al.
Notice of Revised OCP List Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Coolidge Wall Womsley & Lombard Co. LP/ | | 33 W. First St., Ste. 600 | | Dayton | OH | 45402 | |
| Couch White, LLP | | 540 Broadway | | Albany | NY | 12201 | |
| Couzens, Lansky Fealk Ellis Roeder & Lazar, PC | | 39395 West 12 Mile Road, Ste. 200 | | Farmington Hills | MI | 48334 | |
| Cramer & Laws | | Hubertusstrasse 15 | | Brilon | | D-59929 | Germany |
| Crew & Buchanan | | 2580 Kettering Tower | | Dayton | OH | 45423 | |
| Crowley Stringer & Fenske LLI | | 456 Montgomery Street, 17th Fl | | San Francisco | CA | 94104 | |
| Customs Network Ltd | | 36 Park Rd. | | Benfleet | Essex | SS7 3PP | United Kingdom |
| Dechert LLP | | 30 Rockefeller Plaza | | New York | NY | 10112 | |
| Deloitte & Touche | | 6 Shenton Way #32-00 | DBS Building Tower Twc | | | 68809 | Singapore |
| Deloitte & Touche | | 30/F Bund Center | 222 Yan An road East | Shanghai | | 200002 | China |
| Deloitte & Touche | | 17,21,22F1., Korea First Bank Building | 100 Gongpyeong-dong | Jongro, Seoul | | 110-702 | Korea |
| DePenning & DePenning | | 10 Government Place East | | Kolkata | | 700-069 | India |
| Det Norske Veritas | | 64 Avenue D Haifa | Hermes Park Bt A | Marseille | | 13008 | France |
| Det Norske Veritas | | 16340 Park Ten Place, Ste. 100 | | Houston | TX | 77084 | |
| Det Norske Veritas | | CO Banque Nationale de Paris | 77 Blvd. Richelieu | Rueil Malmaison | | 92500 | France |
| Det Norske Veritas | | 3 Cathedral Street | Palace House | London | | SE19DE | United Kingdom |
| Dewitt Ross & Stevens | | Capitol Square Office | 2 E. Mifflin St., Ste. 600 | Madison | WI | 53703 | |
| Dickinson Wright P.L.L.C | | 500 Woodward Ave., Ste. 4000 | | Detroit | MI | 48226 | |
| Dierker & Associates, PC | | 3331 W. Big Beaver Rd., Ste. 109 | | Troy | MI | 48084 | |
| Dinsmore & Shohl, LLP | | 175 South Third St., 10th Floor | | Columbus | OH | 43215 | |
| Dinsmore & Shohl, LLI | | 255 East Fifth Street, Ste. 1900 | | Cincinnati | OH | 45202 | |
| Dinsmore & Shohl, LLI | | 1 South Main Street, Ste. 1300 | | Dayton | OH | 45402 | |
| DLA Piper Rudnick Gray Cary US LLI | | 2000 University Avenue | | East Palo Alto | CA | 94303 | |
| Donald E. Shrey Ph.D., CRC dba University Rehabilitation Inc | | 5058 MSB 231 Albert Sabin Way | | Cincinnati | | | |
| | | | | | OH | 45267 | |
| Downs & Stanford, P.C. | | 2001 Bryan St., Ste. 4000 | | Dallas | TX | 75201 | |
| Drew & Napier | | 20 Raffles Place #17-00 | Ocean Towers | Singapore | | 48620 | Singapore |
| Drew, Eckl & Farnham, LLF | | Drew Eckl & Farnham LLF | 880 W. Peachtree St. N.W. | Atlanta | GA | 30357 | |
| Drinker Biddle & Reath LLF | | 1 Logan Square | 18th & Cherry Streets | Philadelphia | PA | 19103 | |
| DuCharme, McMillan & Associates, Inc | | 312 Plum Street Suite 1100 | | Cincinnati | OH | 45202 | |
| Due, Doyle, Fanning, Ewing & Metzger, LLI | | 55 Monument Circle | 900 Circle Tower Bldg | Indianapolis | IN | 46204 | |
| Dykema Gossett P.L.L.C | | 400 Renaissance Ctr. | PO Box 79001, Drawer 1787 | Detroit | MI | 48243 | |
| Dykema Gossett P.L.L.C | | 55 East Monroe Street | | Chicago | IL | 60603 | |
| Eldridge Cooper Steichen & Leach, PLL( | | 110 W. 7th St., Ste. 200 | | Tulsa | OK | 74119 | |
| Ernst & Young | | 6 rue Jean Monnet | | | | L2180 | Luxembourg |
| Ernst & Young AG | | Rothenbaumchaussee 78 | 20148 Hamburg | | Hamburg | 2036 | Germany |
| Ernst & Young Hua Ming | | 23/F. 989 Changle Road | | Shanghai | | 200031 | PRC |
| Ernst & Young Tower | | B-26 Qutab Institutional Area | | New Delhi | | 110016 | India |
| Evans, Pletkoic & Rhodes, P.C | | 26125 Woodward Ave. | | Huntington Woods | MI | 48070 | |
| Eyster, Key, Tubb, Weaver & Roth | | 402 E. Moulton St. S.D. | | Decatur | AL | 35601 | |
| Eyster, Key, Tubb, Weaver & Roth | | PO Box 1607 | | Decatur | AL | 35602 | |
| Falkowski PLLC | | PO Box 650 | | Novi | MI | 48376-0650 | |
| Fennemore Craig, Professional Corporation | | 3003 North Central Ave., Ste. 2600 | | Phoenix | AZ | 85012 | |
| Foster, Swift, Collins & Smith, P.C | | 313 S. Washington Sq. | | Lansing | MI | 48933 | |
| Frost Brown Todd LLC | | 2200 PNC Center | 201 East Fifth Street | Cincinnati | OH | 45202-4182 | |
| Fulbright & Jaworski LLF | | 666 5th Ave. | | New York | NY | 10103 | |
| Gable & Gotwals Law Firm | | 1100 Oneok Plaza | 100 W. 5th St., Ste. 100 | Tulsa | OK | 74103 | |
| Garcia & Villarreal LLP | | 4401 North McColl Road | | Mcallen | TX | 78504 | |
| Gielowski and Steiner, LLI | | 135 Delaware Avenue, Ste. 405 | | Buffalo | NY | 14202 | |
| Global Quality Institute | | 37 Marotta Ave. | | Brampton | ON | L6X 4W9 | Canada |
| Goldberg Segalla LLF | | 665 Main St., Ste. 400 | | Buffalo | NY | 14203 | |
| Gowling Lafleur Henderson LLI | | 160 Elgin St., Ste. 2600 | | Ottawa | ON | K1P 1C3 | Canada |
| Gowling Lafleur Henderson LLI | | Box 466, Station D | | Ottowa | ON | K1P 1C3 | Canada |
| Grassi & Toering, PLC | | 888 West Big Beaver Road, Ste. 750 | | Troy | MI | 48084 | |
| Gresk & Singletor | | 950 S. Meridian St., #410 | | Indianapolis | IN | 46225 | |
| Gwinn & Roby | | 4100 Renaissance Twr. | 1201 Elm St. | Dallas | TX | 75270 | |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | | 30 Columbia Tpke | | Florham Park | | | |
| | | | | | NJ | 7932 | |
| Hamberger & Weiss | | 1725 Statler Towers | 107 Delaware Ave. | Buffalo | NY | 14202 | |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | | 601 Poydras St., Ste. #2750 | | New Orleans | | | |
| | | | | | LA | 70130 | |
| Harlan and Harlan | | 1360 S. 5th St. | | St. Charles | MO | 63301 | |
| Harris Beach LLP | | 99 Garnsey Rd. | | Pittsford | NY | | |
| Hartman & Hartman P.C. | | 552 E. 700 N. | | Valparaiso | IN | 46383 | |
| Hartman & Hartman P.C. | | 15 N. Franklin, Ste. 250 | | Valparaiso | IN | 46383 | |
| Heller Ehrman White & McAuliffe | | 7 Times Square | | New York | NY | 10036 | |
| Heller Ehrman White & McAuliffe | | 120 W. 45th St., 21st Fl. | | New York | NY | 10036-4041 | |
| Heller Ehrman White & McAuliffe | | PO Box 60000 | | San Francisco | CA | 94160-3536 | |
| Hewitt & Associates | | 101 W. Big Beaver Rd., Ste. 300 | | Troy | MI | 48084 | |

In re: Delphi Corporation, et al.
Notice of Revised OCP List Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Hewitt & Associates | | 100 Half Day Rd. | | Lincolnshire | IL | 60069 | |
| Hewitt & Associates | | PO Box 95135 | | Chicago | IL | 60694 | |
| Hewitt & Associates | | PO Box 95135 | | Chicago | IL | 60694 | |
| Hogan & Hartson, LLP | | 555 13th St. N.W. | | Washington | D.C. | 2004 | |
| Honigman Miller Schwartz and Cohn | | 2290 First National Bldg. | 660 Woodward Ave. | Detroit | MI | 48226 | |
| Honigman Miller Schwartz and Cohn | | 222 N. Washington Sq., Ste. 400 | | Lansing | MI | 48933-1800 | |
| Horwood, Marcus & Berk Chartered | | 180 N. Lasalle St. | | Chicago | IL | 60601 | |
| Hudson, Potts & Bernstein | | 130 Desiard St. | | Monroe | LA | 71210 | |
| Hunton & Williams LLP | | Bank of America Plaza, Ste. 4100 | 600 Peachtree Street, N.E. | Atlanta | GA | 30308-2216 | |
| Huron Consulting Services LLC | | 550 W. Van Buren St. | | Chicago | IL | 60607 | |
| Ice Miller | | 1 American Sq., #82001 | | Indianapolis | IN | 46282 | |
| INDIEC Indiana Industrial Energy Consumers, Inc | | 1700 1 American Sq. | Box 82053 | Indianapolis | IN | 46282-0003 | |
| Ivins, Phillips & Barker Chartered | | 1700 Pennsylvania Ave., N.W | | Washington | D.C. | 20006 | |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | | 441 N. Evansdale Dr. | | Bloomfield Hills | MI | 48304 | |
| J.M. Robertson Intellectual Property Services LLC | | 233 S. Pine St. | | Spartanburg | SC | 29302 | |
| Jefferson Wells | | 4000 Town Ctr., Ste. 725 | | Southfield | MI | 48075 | |
| John A. Artz P.C. | | 28333 Telegraph Rd., Ste. 250 | | Southfield | MI | 48034 | |
| Johnston Barton Proctor & Powell LLP | | 1901 6th Ave. N., Ste. 2900 | | Birmingham | AL | 35203 | |
| Keating, Muething & Klekamp, P.L.L | | 1400 Provident Twr. | 1 E. 4th St. | Cincinnati | OH | 45202 | |
| Keefe and Associates | | 24405 Gratiot Ave. | | Eastpointe | MI | 48021 | |
| Kenneth Mason | | The Book Barn | | Westbourne | Hampshire | PO10 8RS | United Kingdom |
| Kenyon & Kenyon | | One Broadway | | New York | NY | 10004 | |
| Kevin P. Weldon | | 5935 Westchester St. | | Alexandria | VA | 22310 | |
| Kim & Chang | | Seyang Bldg. | 223 Naeja Dong Chongro Du | Seoul 110 | | | Republic of Korea |
| Kim & Chang | | Seyang Bldg. | 223 Naeja Dong Chongro Ku | Seoul | | | Republic of Korea |
| Kim & Chang | | Seyang Bldg. 223 | Naeja-Dong, Jongro-Gu | Seoul | | | Republic of Korea |
| Kirton & McConkie | | 60 E. S. Temple No. 1800 | | Salt Lake City | UT | 84145 | |
| KPMG | | 150 West Jefferson, Ste. 1200 | | Detroit | MI | 48226 | |
| KPMG (Canada) | | 2000 mcGill College Avenue, Ste. 1900 | | Montreal | Quebec | H3A 3H8 | Canada |
| KPMG Adoügyviteli Kft | | 1139 Budapest, | | Forgach u. 4. | | | Hungary |
| KPMG LLP (UK) | | St James' Square | | Manchester | | M2 6DS | United Kingdom |
| Kronish Lieb Weiner & Hellman LLP | | 1114 Ave. of the Americas, Ste. 4600 | | New York | NY | 10036 | |
| L.C. Begin & Associates, PLLC | | 510 Highland Ave. PMB 403 | | Milford | MI | 48381-1586 | |
| Lathrop & Gage | | 2345 Grand Blvd., Ste. 2800 | | Kansas City | MO | 64108 | |
| Lavin O'Neil Ricci Cedrone & DiSipio | | 8000 Midlantic Dr., Ste. 201 S. | | Mount Laurel | NJ | 8054 | |
| Lavin O'Neil Ricci Cedrone & DiSipio | | 780 3rd Ave. | | New York | NY | 10017 | |
| Lavin O'Neil Ricci Cedrone & DiSipio | | 190 N. Independence Mall W | Suite 500 | Philadelphia | PA | 19106 | |
| Law Office of Robert E. Wilyard | | 600 W. Santa Ana Blvd., #101 | | Santa Ana | CA | 92701 | |
| Law Offices of Albert M. Gutierrez, P.C | | 111 Soledad, Suite 1310 | | San Antonio | TX | 78205 | |
| Law Offices of Brian C. Pauls | | 919 S. Harrison St., Ste. 320 | | Fort Wayne | IN | 46802 | |
| Law Offices of Thomas J. Trenta, PLLC | | 33 Bloomfield Hills Parkway, Ste. 155 | | Bloomfield Hills | MI | 48304 | |
| Leger Robic Richard, L.L.P. | | Centre CDP Capital | 1001 Victoria Sq. Bloc E. 8th Fl. | Montreal | PQ | H2Z 2B7 | Canada |
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | | 3131 Princeton Pike - 1B | | Trenton | NJ | 8648 | |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | | 155 S. Park Ave. | | Warren | OH | 44482 | |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | | PO Box 151 | | Warren | OH | 44482-0151 | |
| Levasseur & Levasseur | | 28105 Greenfield Rd., Ste. 120 | | Southfield | MI | 48076 | |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr. | PO Box 82053 | 1700 One American Sq. | Indianapolis | IN | 46282 | |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | | Ste. 410 Plaza N. | 4800 Fashion Sq. Blvd. | Saginaw | MI | 48604 | |
| Locke Reynolds LLP | | 201 N. Illinois St., Ste. 1000 | PO Box 44961 | Indianapolis | IN | 46244 | |
| Locker & Lee | | 6600 E. Campus Circle Dr., Ste. 310 | | Irving | TX | 75063 | |
| Manitz, Finsterwald & Partner | | Postfach 31 02 20 | | Munchen | | 80102 | Germany |
| Marcus Orbelius Ekonom Support AB | | Tallkrogsplan 93 | | ENSKEDE | | 122-60 | SWEDEN |
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014 | Edificio Paraguay, Ground Fl. #4 | Colonia Romero de Terreros | C.P. 04310, Delegacion Coyoacan | Mexico, D.F. | | Mexico |
| Mark A. Navarre | | 200 S. Main St. | Room B  I PO Box 537 | Urbana | OH | 43078 | |
| Mark Lewis, Barrister | | 2 Braemore Gardens | | Toronto | ON | M6G 2C8 | Canada |
| Marks & Clerk | | Alpha Tower, | Suffolk Street Queensway | Birmingham | | B11TT | UK |
| Marshall, Gerstein & Borun | | 6300 Sears Twr. | 233 S. Wacker Dr. | Chicago | IL | 60606 | |
| Marylou J. Lavoie | | 1 Banks Rd. | | Simsbury | CT | 6070 | |
| McCarter & English | | Mellon Bank Ctr., Ste. 700 | 1735 Market St. | Philadelphia | PA | 19103 | |
| McCarthy Tetrault LLP | | Suite 4700 Toronto | Dominion Bank Twr., Box 48 | Toronto | ON | M5K 1E6 | Canada |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | | 1800 Midland Building 101 W. Prospect Ave. | | Cleveland | OH | 44115 | |
| McDermott Will & Emery LLP | | 28 State St. | | Boston | MA | 2109 | |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | | 100 Mulberry St. | | Newark | NJ | 7102 | |
| McGann, Bartlett and Brown | | 111 Founders Plaza, Ste. 1201 | | East Hartford | CT | 6108 | |
| McGlynn & Luther | | 500 N. Broadway, Ste. 1515 | | Saint Louis | MO | 63102 | |
| McKenna Long & Aldridge LLP | | 1900 K St. N.W. | | Washington | D.C. | 20006 | |

In re: Delphi Corporation, et al.
Notice of Revised OCP List Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| McNees Wallace & Nurick LLC | | P O Box 1166 | 100 Pine St. | Harrisburg | PA | 17108 | |
| Michael D. Schloff, PLLC | | 6905 Telegraph Rd., Ste. 215 | | Bloomfield Hills | MI | 48301 | |
| Micheal, Best and Fredrick LLI | | 100 E. Wisconsin Ave., S300 | | Milwaukee | WI | 53202 | |
| Miller Johnson Snell & Cummiseky, PLC | | 800 Calder Plaza Bldg., | 250 Monroe Ave. | Grand Rapids | MI | 16203 | |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | | 1 Financial Ctr. | | Boston | MA | 2111 | |
| Moffatt Thomas Barrett Rock & Fields -Chartered | | 101 South Capitol Blvd., 10th Fl | | Boise | IA | 83702 | |
| Momsen, Leonardos & Cia | | Rua Teofilo Otoni 63 | 10 Andar Centro Rio de Janeiro | RJ | | 20090-080 | Brazil |
| Moore Hansen & Sumner | | 225 S. 6th St., Ste. 4850 | | Minneapolis | MN | 55402 | |
| Mounce, Green, Myers, Safi & Galatzan | | 100 N. Stanton, Ste. 1700 | | El Paso | TX | 79901-1448 | |
| Naciri & Associates Gide Loyrette Nouel | | 52, Boulevard Zerktoun | Espace Erreda 5eme etage | Casablanca | | 20000 | Morocco |
| Narvaez law Firm, P.A. | | P.O. Box 25967 | | Albuquerque, NM 87125 | | | Morocco |
| Neal Gerber & Eisenberg, LLP | | 2 N. Lasalle St. | | Chicago | IL | 60602 | |
| Ogne, Alberts & Stuart, P.C. | | 1869 E. Maple Rd. | | Troy | MI | 48083 | |
| Okabe | | 602 Fuji Bldg. 2 3 Marunouch | 3 Chome Chiyoda Ku | Tokyo | | 100 0005 | Japan |
| Parker and Irwin | | 348 W. Hospitality Lane | | San Bernadino | CA | 92408 | |
| Paul E. Riegel, Esq. | | 2525 N. 124th St. | | Brookfield | WI | 53005 | |
| Paul, Hastings, Janofsky & Walker LLF | | 600 Peachtree St. N.E., Ste. 2400 | | Atlanta | GA | 30308 | |
| Paul, Hastings, Janofsky & Walker LLF | | 515 S. Flower St., 24th Fl | | Los Angeles | CA | 90071 | |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | | 4057 Pioneer Dr., Ste. 300 | | Commerce Township | | | |
| | | | | | MI | 48390 | |
| Pelaez Alonso, S.C. | | Colonia del Valle | C.P. 03100, Delegacion Benito Juarez | Mexico, D.F. | | | Mexico |
| | | | | | | | |
| Phelps Dunbar LLF | | 111 East Capitol, Ste. 600 | | Jackson | MS | 39225 | |
| Phelps Dunbar LLF | | PO Box 23066 | | Jackson | MS | 39255 | |
| Phelps Dunbar LLF | | Canal Place | 365 Canal St. 2000 | New Orleans | LA | 70130 | |
| Phifer & White, P.C. | | L.B. Kind Building, Ste. 500 | 1274 Library St. | Detroit | MI | 48246 | |
| Phillips Ormonde and Fitzpatrick | | 367 Collins St. | Melbourne 3000 | | | | Australia |
| Phillips Ormonde and Fitzpatrick | | PO Box 323 | Collins St. W. 8007 | Melbourne | | | Australia |
| Pillsbury Winthrop Shaw Pittman LLI | | 2 Houston Ctr. | 909 Fannin, 22nd Fl. | Houston | TX | 77010 | |
| Pillsbury Winthrop Shaw Pittman LLI | | PO Box 60000 | | San Francisco | CA | 94160 | |
| Pinhiero Neto Advogados | | Rua Boa Vista 254 9 | | Sao Paulo | | 01014-901 | Brazil |
| Pinhiero Neto Advogados | | SCS-Quadra 1 Bloco I 6 | Andar Cep | Brasilia | DF | 70304 900 | Brazil |
| Plews Shadley Racher & Braur | | 1346 N. Delaware St. | | Indianapolis | IN | 46202 | |
| Plunkett & Cooney, P C | | 1695 Woodward Ave., Ste. 210 | | Bloomfield Hills | MI | 48013 | |
| Plunkett & Cooney, P C | | 900 Marquette Bldg. | 243 W. Congress, Ste. 800 | Detroit | MI | 48226 | |
| Plunkett & Cooney, P C | | 38505 Woodward, Ste. 2000 | | Bloomfield Hills | MI | 48304 | |
| Porterfield, Harper & Mills, P.A. | | 22 Inverness Center Pkwy, Ste. 600 | | Birmingham | AL | 35242 | |
| Porterfield, Harper & Mills, P.A. | | PO Box 530790 | | Birmingham | AL | 35253 | |
| PriceWaterhouseCoopers | | Marino Escobedo 573 | Col. Rincon Del Bosque | Mexico DF | DF | 11580 | Mexico |
| PriceWaterhouseCoopers | | 1301 K Street N.W. | Suite 800W | Washington | DC | 20005 | |
| PriceWaterhouseCoopers | | AV Tecnologico 100 Piso 6 | | Queretaro Qro | | 76030 | Mexico |
| PriceWaterhouseCoopers | | 202 Hi Bin Road | | Shanghai | | 200021 | China |
| PriceWaterhouseCoopers | | North American Center | 5700 Yonge St., Ste. 1900 | North York | ON | M2M 4K7 | Canada |
| Prichard, Hawkins, Davis & Young, LLI | | Union Square, Ste. 600 | 10101 Reunion Place | San Antonio | TX | 78216 | |
| Quan, Burdette & Perez, P.C. | | 5177 Richmond Ave., Ste. 800 | | Houston | TX | 77056 | |
| Quarles & Brady LLP | | 441 East Wisconsin Avenue, Ste. 2040 | | Milwaukee | WI | 53202 | |
| Quattlebaum, Grooms, Tull & Burrow PLLC | | 111 Center St., Ste. 1900 | | Little Rock | AR | 72201 | |
| Ralph L. Hensler | | 1623 3rd Ave. 20G | | New York | NY | 10128 | |
| Reising, Ethington, Barnes Kisselle, P.C | | 201 W. Big Beaver Ste. 400 | | Troy | MI | 48084 | |
| Robin, Carmack and Gonia, LLI | | 14771 Plaza Dr., Ste. D | | Tustin | CA | 92780 | |
| Roetzel and Andress | | 222 S. Main St. | | Akron | OH | 43308 | |
| Rogitz & Associates | | 750 B St., Ste. 3120 Symphony Twr | | San Diego | CA | 92101 | |
| Rumberger Kirk & Caldwell P.A | | 300 S. Orange Ave. | Lincoln Plaza, Ste. 1400 | Orlando | FL | | |
| Russell & Stoychoff | | 2855 Coolidge Hwy, #218 | | Troy | MI | 48084 | |
| Sager and Savage | | 5152 Katella Ave., Ste. 104 | | Los Alamitos | CA | 90720 | |
| Samil PricewaterhouseCooper | | Kukje Center Building | 191191 Hankangro 2ga Yongsanku | Seoul | | 140-702 | Korea |
| Samuel W. Junkin dba Junkin, Harrison & Junkin, PC | | 601 Greensboro Ave., Ste. 600 | Alston Place | Tuscaloosa | AL | 34501 | |
| Scheuer Mackin & Breslin LLC | | 11025 Reed Hartman Highway | | Cincinnati | OH | 45242 | |
| Schmeiser, Olson & Watts | | 3 Lear Jet Lane, Ste. 201 | | Latham | NY | 12110 | |
| Schmeiser, Olson & Watts | | 125 High Rock Ave. | | Saratoga Springs | NY | 12866 | |
| Schmeiser, Olson & Watts | | 18 E. University Dr., Ste. 101 | | Mesa | AZ | 85201 | |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | | PO Box 634213 | | Cincinnati | | | |
| | | | | | OH | 45263 | |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | | 30903 Northwestern Hwy. | | Farmington Hills | | | |
| | | | | | MI | 48334 | |
| Seyfarth Shaw LLF | | 55 East Monroe Street, Ste. 4200 | | Chicago | IL | 60603 | |
| Sidley Austin Brown & Wood LLI | | Square de Meeus 35 | | Brussels | | B-1000 | Belgium |
| Slage, Bernard & Gorman, P.C | | 600 Plaza W. Bldg. | 4600 Madison Ave., Ste. 600 | Kansas City | MO | | |
| Smiley-Smith & Bright CPAs, LLC | | 4250 Lomac St. | | Montgomery | AL | 36106 | |

In re: Delphi Corporation, et al.
Case No. 05-44481

2/10/2006

In re: Delphi Corporation, et al.
Notice of Revised OCP List Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Smith, Gambrell & Russell, L.L.P. | | 1850 M Street N.E., Ste. 800 | | Washington | DC | 20036 | |
| Smith, Gambrell & Russell, L.L.P. | | 1230 Peachtree St. N.E., Ste. 3100 | | Atlanta | GA | 30309 | |
| Snell & Wilmer LLP | | One Arizona Ctr. | 400 E. Van Buren, 10th Fl. | Phoenix | AZ | 85004 | |
| Snell & Wilmer LLP | | 1500 Citibank Twr. | 1 S. Church Ave. | Tucson | AZ | 85701 | |
| Squire, Sanders & Dempsey, L.L.P. - DC | | 1201 Pennsylvania Ave. N.W. 5th | PO Box 407 | Washington | DC | 20004 | |
| Squire, Sanders & Dempsey, L.L.P. - DC | | 1300 Huntington Ctr. | 41 S. High St. | Columbus | OH | 43215 | |
| Squire, Sanders & Dempsey, L.L.P. - DC | | PO Box 643051 | | Cincinnati | OH | 45264 | |
| Stockwell, Harris, Widom and Wooh | | 3580 Wilshire Blvd., #1900 | | Los Angeles | CA | 90010 | |
| Stout Risius Ross, Inc | | 32255 Northwestern Highway, Ste. 201 | | Farmington Hills | MI | 48334 | |
| Suri & Company | | Flat No. 12 Golf Apartments | Sujan Singh Park Maharishi Ramar | New Delhi | | 110003 | India |
| Swift Currie McGhee & Hiers, LLP | | 1355 Peachtree St. N.E., Ste. 300 | | Atlanta | GA | 30309 | |
| Thompson & Knight LLP | | 1700 Pacific Ave., Ste. 3300 | | Dallas | TX | 75201 | |
| Thorn Gershon Tymann and Bonanni, LL | | P.O. Box 15054 | | Albany | NY | 12212 | |
| Towers Perrin | | 1000 Town Center, Ste. 950 | | Southfield | MI | 48075-1225 | |
| Trench, Rossi e Watanabe - Advogado | | Av. Dr. Chucri Zaidan, 920 | 13o andar - Market Place Tower 1 | São Paulo | SP | 04583-904 | Brazil |
| Tsar and Tsai | | 8th Fl. 245 Dunhua S. Rd. | Sec 1 Taipei 106 | ROC | Taiwan | | Province of China |
| Turner Reid Duncan Loomer & Patton P.C | | 1355 E. Bradford Pkwy, Ste. A | | Springfield | MO | 65804 | |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc | | 12 Greenway Plaza, 8th Fl. | | Houston | TX | 77046 | |
| Vereenigde | | PO Box 87930 | | 2508 DH Den Haag | | | Netherlands |
| Vicky Farah Law Offices | | 201 E. Liberty St. | | Ann Arbor | MI | 48104 | |
| von Kreisler Selting Werner | | PO Box 102241 | | D-50462 Koln | | | Germany |
| Vorys, Sater, Seymour & Pease LLP | | 52 E. Gay St. | P.O. Box 1008 | Columbus | OH | 43216 | |
| Ward Norris Heller & Reidy, LLP | | 300 State St. | | Rochester | NY | 14614 | |
| Washington Patent Services, Inc | | The Office Complex of Pasadena | 933 Oleander Way S., Ste. 3 | South Pasadena | | | |
| Watkins Ludlam Winter & Stennis, P.A | | 633 North State St. | P.O. Box 427 | Jackson | MS | 39205 | |
| Wax Law Group | | 2118 Wilshire Blvd., Ste. 407 | | Santa Monica | CA | 90403 | |
| Webb Law Firm | | 436 7th Ave., Ste. 700 | | Pittsburgh | PA | 15219 | |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C | | 700 Kopper Bldg. | 436 7th Ave., Ste. 700 | Pittsburgh | PA | 15219 | |
| Wells, Anderson & Race, LLC | | 1700 Broadway, Ste. 1020 | | Denver | CO | 80290 | |
| Wesley D. Pack Jr. | | 201 Donna Mae Lane | | Leonard | MI | 48367 | |
| Wesley D. Pack Jr. | | 16533 E. Campbell | | Gilbert | AZ | 85234 | |
| White and Williams LLP | | 1800 One Liberty Pl. | | Philadelphia | PA | 19103 | |
| WIEG, Inc. | | 10 E. Doty St., Ste. 800 | | Madison | WI | 53703 | |
| Williams & Williams | | 43 Court St., Ste. 1000 | | Buffalo | NY | 14202 | |
| Wimer Law Offices, P.C | | 655 Allegheny Avenue | | Oakmont | PA | | |
| Wise, Carter, Child & Caraway | | 600 Heritage Bldg. | 401 East Capitol St., Ste. 600 | Jackson | MS | 39201 | |
| Wise, Carter, Child & Caraway | | P O Box 651 | | Jackson | MS | 39205 | |
| Wood and Richmond | | 3300 Vickery Rd. | | N. Syracuse | NY | 13212 | |
| Wood, Herron & Evans, L.L.P | | 2700 Carew Twr. | 441 Vine St. | Cincinnati | OH | 45202 | |
| Wooden & McLaughlin, LLP | | 1 Indiana Sq., Ste. 1800 | | Indianapolis | IN | 46204 | |
| Wright Lindsey & Jennings LLP | | 200 W. Capitol Ave., Ste. 2300 | | Little Rock | AR | 72201 | |
| Young & Basile P.C. | | 3001 W. Big Beaver Rd., Ste. 624 | | Troy | MI | 48084 | |
| Yuasa & Hara | Section 206 New Ohtemachi Building 2 1 | Ohtemachi 2 Chome | Chiyoda Ku | Tokyo | | 100-0004 | Japan |
| Yuasa & Hara | | CPO Box 714 | | Tokyo | | 100-8692 | Japan |
| Zeanah, Hust & Summerfor | | 2300 University Blvd. | 7th Fl., Am. S. Bldg | Tuscaloosa | AL | 35401 | |

# EXHIBIT N

In re Delphi Corporation, et al.
Special Parties - Overnight Mail

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Party/Function |
|---|---|---|---|---|---|---|---|
| COHEN, WEISS AND SIMON LLP | Bruce Simon Babette Ceccotti | 330 West 42nd Street | | New York | NY | 10036 | Attorneys for the United Automobile, Aerospace And Agricultural Implement Workers Of America |
| Electrical and Space Technicians | Kevin Dodd | 13144 Prairie Ave | | Hawthorne | CA | 90250 | |
| IAM & AW | Robert V Thayer | 9000 Machinists Place | | Upper Marlboro | MD | 20772 | |
| IBEW | Edwin D Hill | 900 Seventh Street NW | | Washington | DC | 20001 | |
| Intl Union of Operating Engineers | Vincent J Giblin | 1125 17th St NW | | Washington | DC | 20036 | |
| IUE-CWA | James D Clark | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| IUE-CWA | Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | |
| KENNEDY, JENNICK & MURRAY, P.C. | Thomas Kennedy | 113 University Place | 7th Floor | New York | NY | 10003 | Attorneys for the International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers-Communications Workers of America |
| United Auto Workers | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | |
| United Steelworkers Of America | Robert D Clark | Five Gateway Center | | Pittsburgh | PA | 15222 | |
| United Steelworkers Of America | General Counsel | Five Gateway Center | | Pittsburgh | PA | 15222 | |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

2/10/2006 9:13 PM
UAW IUE-CWA Order SP

# EXHIBIT O

In re Delphi Corporation, et al.
Unions

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| East 1553 | Kevin Dodd | 13144 So Prairie Ave | | Hawthorne | CA | 90250 | US |
| Iam & Aw | Robert Vthayer | 9000 Machinists Pl | | Upper Marlboro | MD | 20772 | US |
| Iam 78 | Jeff Curry | 7435 S Howell Ave | | Oak Creek | WI | 53154 | US |
| Ibew | Edwin D Hill | 900 Seventh St Nw | | Wasington | DC | 20001 | US |
| IBEW 663 | RANDAL MIDDLETON | W233 S8625 CHATEAU LN | | BIG BEND | WI | 53103 | US |
| Iue 1111 | Scott Painter | 1051 S Rockefeller Ave | | Ontario | | 91761 | Canada |
| Iue 416 | William Humber | PO Box 7361 | | North Brunswick | NJ | 08902 | US |
| Iue 698 | Carl Kolb | PO Box 86 | | Clinton | MS | 39060 | US |
| Iue 709 | Willie Thorpe | 2360 Dorothy Ln Ste 201 | | Dayton | OH | 45439 | US |
| Iue 711 | Larry Phillips | 4605 Airport Rd | | Gadsden | AL | 35904 | US |
| Iue 717 | Gary Reiser | 2950 Sferra Dr Nw | | Warren | OH | 44483 | US |
| Iue 718 | Zeb Wells | PO Box 1136 | | Brookhaven | MS | 39602 | US |
| Iue 755 | Larry West | 1675 Woodman Dr | | Dayton | OH | 45432 | US |
| Iue 801 | Mark Profitt | 1250 West Dorothy Ln | | Dayton | OH | 45439 | US |
| Iue Cwa | James D Clark | 501 Third St Nw Sixth Fl | | Washington | DC | 20001 | US |
| Iuoe | Vincent J Giblin | 1125 17th St Nw | | Washington | DC | 20036 | US |
| Iuoe 101 S | Danny Baird | 6601 Winchester | | Kansas City | MO | 64133 | US |
| Iuoe 18 S | Charles Scherer | 12106 Rhodes Rd | | Wayne | OH | 43466 | US |
| Iuoe 832s | Thomas Charles | PO Box 93310 | | Rochester | NY | 14692 | US |
| Uaw | Richard Shoemaker Vice President | 8000 E Jefferson | | Detroit | MI | 48214 | US |
| Uaw | Ron Gettelfinger | 8000 E Jefferson | | Detroit | MI | 48214 | US |
| Uaw 1021 | Darel Green | 804 Meadowbrook Dr | | Olathe | KS | 66062 | US |
| Uaw 1097 | John Huber | 221 Dewey Ave | | Rochester | NY | 14608 | US |
| Uaw 1097 | Al Eckler | 35 George Karl Blvd Ste 100 | | Amherst | NY | 14221 | US |
| Uaw 167 | Jack White | 5545 Fieldstone Ct | | Middleville | MI | 49333 | US |
| Uaw 1866 | Skip Dziedzic | 7435 S Howell Ave | | Oak Creek | WI | 53154 | US |
| Uaw 2031 | John Clark | 5075 Belmere Dr | | Manitou Beach | MI | 49253 | US |
| Uaw 2083 | Kizziah Polke | 2737 25th St | | Tuscaloosa | AL | 35401 | US |
| Uaw 2151 | Rob Betts | PO Box 136 | | Coopersville | MI | 49404 | US |
| Uaw 2157 | Darrell Shepard | 4403 City View Dr | | Wichita Falls | TX | 76305 | US |
| Uaw 2188 | Bennie Calloway | 342 Perry House Rd | | Fitzgerald | GA | 31750 | US |
| Uaw 2190 | Steve Ishee | 1 Thames Ave | | Laurel | MS | 39440 | US |
| Uaw 2195 | Terry Scruggs | 20564 Sandy Rd | | Tanner | AL | 35671 | US |
| Uaw 286 | Terry Clary | 2310 Sw 89th St Ste D | | Oklahoma City | OK | 73158 | US |

In re Delphi Corporation, et al.

Unions

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country |
|---------|---------|-----------|-----------|------|-------|-----|---------|
| UAW 292 | SONA CAMP | PO Box B | | KOKOMO | IN | 46904 | US |
| Uaw 438 | David York | 7435 S Howell Ave | | Oak Creek | WI | 53154 | US |
| Uaw 467 | James Hurren | 2104 Farmer St | | Saginaw | MI | 48601 | US |
| Uaw 651 | Russ Reynolds | 3518 Robert T Longway Blvd | | Flint | MI | 48506 | US |
| Uaw 662 | Rick Zachary | 2715 Rangeline Dr | | Anderson | IN | 46017 | US |
| Uaw 686 | Frank Andrews | 524 Walnut St | | Lockport | NY | 14094 | US |
| Uaw 696 | Joe Buckley | 1543 Alwildy Ave | | Dayton | OH | 45408 | US |
| Uaw 699 | Al Coven | 1911 Bagley St | | Saginaw | MI | 48601 | US |
| Uaw 913 | Lattie Slusher | 3114 S Hayes Ave | | Sandusky | OH | 44870 | US |
| Uaw 969 | Mark Sweazy | 3761 Harding Dr | | Columbus | OH | 43228 | US |
| Usw 87 | Dennis Bingham | 21 Abbey Ave | | Dayton | OH | 45417 | US |
| Uswa | Leo W Gerard | Five Gateway Ctr | | Pittsburgh | PA | 15222 | US |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 2 of 2

2/10/2006 9:19 PM
Union Service List

In re Delphi Corporation, et al.
Union Counsel - Overnight Mail

| Company | Contact | Address 1 | Address 2 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|
| Electrical and Space Technicians | Kevin Dodd | 13144 Prairie Ave | | Hawthorne | CA | 90250 | US | 310-219-3818 |
| IAM & AW | Robert V Thayer | 9000 Machinists Place | | Upper Marlboro | MD | 20772 | US | 301-967-4572 |
| IBEW | Edwin D Hill | 900 Seventh Street NW | | Washington | DC | 20001 | US | 202-728-7676 |
| Intl Union of Operating Engineers | Vincent J Giblin | 1125 17th St NW | | Washington | DC | 20036 | US | 202-778-2688 |
| IUE-CWA | James D Clark | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | US | 202-434-1343 |
| IUE-CWA | Peter Mitchell | 501 Third St NW | Sixth Fl | Washington | DC | 20001 | US | |
| United Auto Workers | Daniel Sherrick | 8000 E Jefferson Ave | | Detroit | MI | 48214 | US | |
| United Steelworkers Of America | Robert D Clark | Five Gateway Center | | Pittsburgh | PA | 15222 | US | 412-562-2429 |
| United Steelworkers Of America | General Counsel | Five Gateway Center | | Pittsburgh | PA | 15222 | US | |

In re Delphi Corporation, et al.
Case No. 05-44481

Page 1 of 1

2/10/2006 9:14 PM
Union Counsel Service List

# EXHIBIT P

Delphi Corporation
Special Parties - Overnight Mail

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| DICONZA LAW, P.C. | Gerard DiConza, Esq. | 630 Third Avenue | 7th Floor | New York | NY | 10017 |
| VARNUM, RIDDERING, SCHMIDT & HOWLETT LLP | Michael S. McElwee, Esq. | 333 Bridge Street, N.W. | Ste. 1700 | Grand Rapids | MI | 49504 |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

2/10/2006 9:20 PM
Furukawa Objection Service List