UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

*Debtors*

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-44481

Claim # Unknown

## NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Inland Press
                 2001 W Lafayette
                 Detroit, MI 48216

The transfer of your claim as shown above, in the amount of $ 8,084.08 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid
on _____ , 200 ___ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ___

_____
Deputy Clerk

CLARK HILL PLC            Fax:313-965-8255

Trade-Debt.net
P.O. Box 1487
West Babylon, NY 11704

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re.

Delphi Corporation,                 ) Case No. 05-44481
                                    ) Jointly Administered
                                    )
                                    ) Chapter 11
                                    )
                    Debtors.        ) NOTICE OF TRANSFER OF CLAIM
                                    ) OTHER THAN FOR SECURITY AND
                                    ) WAIVER OF NOTICE
                                    ) RULE 3001 (e)(1)

**scheduled prepetition**

lated to     Please take notice that your unsecured claim of INLAND PRESS Inc in the amount of $ 8,084.08 and all Proofs of
id claim     Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc. The signature of the transferor
             on this form is evidence of transfer of the claims, proofs and all rights thereunder. Transferor does hereby agree to
             waive notice as described by Bankruptcy Rule 3001 (e) (1).

                                                                                    as amended
The undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer any claims and
all rights thereunder to Trade-Debt.net, upon the terms as set forth in the offer letter received. I assert that the claim
of INLAND PRESS is not less than $ 8,084.08 and has not been previously transferred, and that the debtor has not   prepetition
objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree to reimburse Trade-Debt, Inc. a pro
rata portion of the purchase price if the claim is reduced, objected to or disallowed in whole or part by the debtor, the
debtor's counsel or any other party. I agree to deliver to Trade-Debt.net, Inc. any correspondence or payments received   Entry of a
subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim  Final Order by
of the transferor to that of the transferee listed below.                                                                  the Court.

Transferor:                          to which Trade-Debt.net
INLAND PRESS                         is entitled
2001 W LAFAYETTE DETROIT MI 48216 1652

Please print your name Stephen B. Fowler Signature Stephen B. Fowler
Title Treasurer                                    Date 2-10-06
Address 2001 W. Lafayette Detroit, Michigan 48216
(city, state, zip)
Telephone 313-961-6000 Fax 313-961-3082 Email Sfowler@inlandpress.com
Federal Taxpayer ID / Social Security Number 38-0479720

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By
Timothy McGuire

                                                                   Delphi auto2