Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                            :    Chapter 11
                                                 :
DELPHI CORPORATION, et, al.,                     :    Case No. 05-44481 (RRD)
                                                 :
                              Debtors            :    (Jointly Administered)
                                                 :
-----------------------------------------------------------x

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF    México City     )
                            ) ss:
COUNTRY OF  México          )



_____, being duly sworn, deposes and says:

1. I am a principal of Pelaez Alonso, S.C. which firm maintains offices at Heriberto Frías No. 1439 Piso 1. Col. Del Valle, C.P. 03100, México, Distrito Federal.

2. Neither I, Pelaez Alonso, S.C., nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorney, except as set forth in this affidavit.

3. Pelaez Alonso, S.C., has represented and advised the Debtors in Mexico with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and Pelaez Alonso, S.C. has agreed, to continue to represent and advise the Debtors pursuant to section 327 (e) of title 11 of the United States Code, 11 U.S.C. &&101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and Pelaez Alonso, S.C. proposes, to render the following services to the Debtors:

    a. Custom Legal Advice
    b. Interns Management
    c. Custom Audits
    d. Custom Courses
    e. Regulatory Counseling
    f. HTS Classification
    g. Customs Litigation.

5. <u>Pelaez Alonso, S.C.</u>'s current fees arrangement is:

| Service | Fees MXP | Fees USCY *<br>Exchange rate:<br>10.5063 (01/25/06) | To be paid |
|---|---|---|---|
| **Pending to be Paid** | | | |
| Interns Management (three) | 36,000.00 (12,000.00 each one) | 3,427.00 | Monthly |
| Regulatory Fee | 10,000.00 | 952.00 | Monthly |
| Custom Litigation | 15,000.00 | 1,428.00 | 100% At submission |
| Custom Litigation | 62,500.00 | 5,949.00 | 50% At submission 50% Allegation Chapter |
| **Other Services: Not pending to be paid** | | | |
| Custom Litigation | 10% Total Taxes Credits | 10% Total Taxes Credits | 50% At submission 50% Allegation Chapter |
| Custom Audits | 150,000.00 | 14,277.00 | 33% when the contract is accepted 33% two months later 34% at the moment that results are presented to the company |
| Custom Courses | 1000.00 | 96 | Per Hour |
| HTS Classification | 2000.00 | 191 | Per Classification |
| HTS Classification with expert's opinion | 800.00 | 762 | Per Study |



6. Except as set forth herein, no promises have been received by <u>Pelaez Alonso, S.C.</u> or any partner, auditor or other member thereof as to compensation in connection with these chapter ii cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. <u>Pelaez Alonso, S.C.</u> has no agreement with any entity to share with such entity any compensation received by <u>Pelaez Alonso, S.C.</u>

8. <u>Pelaez Alonso, S.C.</u> and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter ii cases. <u>Pelaez Alonso, S.C.</u> does not and will not represent any such entity in connection with these pending chapter ii cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, <u>Pelaez Alonso, S.C.</u>, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which <u>Pelaez Alonso, S.C.</u> is to be engaged.

10. In view of the foregoing, <u>Pelaez Alonso, S.C.</u> is a "disinterested person" within the meaning of section 101 (14) of the Bankruptcy Code.

11. The foregoing constitutes the statement of <u>Pelaez Alonso, S.C.</u> pursuant to section 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 (b).

FURTHER AFFIANT SAYETH NOT

PELAEZ ALONSO, S.C.
CLAUDIA PELAEZ SÁNCHEZ
GABRIEL ALEJANDRO ALONSO MORA

Subscribed and sworn before me
this _____ day of _____, 2006

(TRADUCCIÓN DEL INGLÉS)

Documento Probatorio 2

TRIBUNAL DE QUIEBRAS DE LOS ESTADOS UNIDOS

DISTRITO SUR DE NUEVA YORK

| | |
|---|---|
| En el caso | Capítulo 11 |
| DELPHI CORPORATION, y otros, | Caso No. 05-44481 (RRD) |
| Deudores | (Conjuntamente administrado) |

DECLARACIÓN JURADA DE PROFESIONAL DE CURSO LEGAL ORDINARIO

ESTADO DE

PAÍS DE                a saber:

                , debidamente bajo juramento, declara y dice:

1.  Soy un socio principal de <u>Pelaez Alonso, S.C.</u> cuya firma mantiene oficinas en <u>Heriberto Frías No. 1439 Piso 1. Col. del Valle, C.P. 03100, México, Distrito Federal</u>.

2.  Ni yo, <u>Pelaez Alonso, S.C.</u> ni algún socio, auditor u otro miembro del mismo, en la medida que puedo determinar, tenemos relación alguna con los deudores y deudores en posesión antes mencionados (los "Deudores"), sus acreedores o

cualquier otra parte en interés, o su abogado, estipulado en esta declaración jurada.

3. Pelaez Alonso, S.C., ha representado y asesorado a los Deudores en México con respecto a una amplia variedad de aspectos sobre los negocios de los Deudores.

4. Los Deudores solicitaron, y Pelaez Alonso, S.C. ha aceptado, continuar representando y asesorando a los Deudores conforme al artículo 327 (e) del título 11 del Código de los Estados Unidos, 11 U.S.C. §§101-1330, según enmienda (el "Código de Quiebras"), con respecto a dichos asuntos. Además, los Deudores solicitaron, y Pelaez Alonso, S.C. piensa, prestar los siguientes servicios a los Deudores:

    a.   Asesoría sobre Derecho Aduanero
    b.   Administración Interna
    c.   Auditorías de Aduana
    d.   Cursos sobre Aduana
    e.   Orientación sobre regulaciones
    f.   Clasificación de HTS
    g.   Litigio de Aduana

5. Los honorarios actuales de Pelaez Alonso, S.C. son:

| Servicio | Honorarios Pesos Mex. | Honorarios Dólares Am.* Tipo de cambio: 10.5063 (25/1/06) | A pagar |
|---|---|---|---|
| **Pendiente de Pago** | | | |
| Administración Interna (tres) | 36,000.00 (12,000.00 cada uno) | 3,427.00 | Mensualmente |
| Honorarios reglamentario | 10,000.00 | 952.00 | Mensualmente |
| Litigio de Aduana | 15,000.00 | 1,428.00 | 100% a la presentación |
| Litigio de Aduana | 62,500.00 | 5,949.00 | 50% a la presentación 50% Capítulo de Alegaciones |
| **Otros servicios: Pago no pendiente** | | | |
| Litigio de Aduana | 10% Total de Créditos sobre impuestos | 10% Total de Créditos sobre impuestos | 50% a la presentación 50% Capítulo de Alegaciones |
| Auditorias de Aduana | 150,000.00 | 14,277.00 | 33% cuando el contrato sea aceptado 33% dos meses después 34% en el momento en que los resultados se presenten a la compañía |
| Cursos sobre Aduana | 1000.00 | 96 | Por hora |
| Clasificación de HTS | 2000.00 | 191 | Por Clasificación |
| Clasificación de HTS con opinión de perito | 800.00 | 762 | Por Estudio |



6. Salvo lo estipulado en el presente, no se ha recibido promesa alguna de parte de Pelaez Alonso, S.C. o algún socio, auditor u otro miembro del mismo en cuanto a la compensación relacionada con estos casos del capítulo ii diferente a lo acordado según las disposiciones del Código de Quiebras, las Reglas Federales de Procedimiento de Quiebras, las Reglas Locales, las órdenes de este Tribunal y los Lineamientos sobre Honorarios promulgados por la Oficina Ejecutiva del Síndico de Quiebras de los Estados Unidos.

3

7. Pelaez Alonso, S.C. no tiene ningún convenio con alguna entidad para compartir con dicha entidad alguna compensación recibida por Pelaez Alonso, S.C.

8. Es posible que en el pasado, actualmente o en el futuro Pelaez Alonso, S.C. y sus socios, auditores y otros miembros hayan representado, representan y representarán entidades que son demandantes de los Deudores en asuntos totalmente no relacionados a estos casos pendientes del capítulo ii. Pelaez Alonso, S.C. no representa ni representará a cualquier dicha entidad en relación con estos casos pendientes del capítulo ii y no tiene ninguna relación con cualquier dicha entidad, abogados o contadores que sería desfavorable para los Deudores o sus patrimonios.

9. Ni yo, Pelaez Alonso, S.C. o cualquier socio, auditor u otro miembro del mismo, en la medida que puedo determinar, tenemos o representamos algún interés desfavorable para los Deudores o sus patrimonios en los asuntos para los cuales Pelaez Alonso, S.C. va a ser contratado.

10. En vista de lo anterior, Pelaez Alonso, S.C. es una "persona imparcial" dentro del significado del artículo 101 (14) del Código de Quiebras.

4

11. Lo anterior constituye la declaración de <u>Pelaez Alonso S.C.</u> de conformidad con el artículo 329 y 504 del Código de Quiebras y las Reglas 2014 y 2016 (b) de Quiebras.

FIN DE LA DECLARACIÓN DEL DECLARANTE

                             PELAEZ ALONSO, S.C.

                             CLAUDIA PELAEZ SÁNCHEZ

                             GABRIEL ALEJANDRO ALONSO MORA

Suscrito y bajo juramento ante mí

el día _____ de _____, 2006

_____

Notario Público

EN LA CIUDAD DE MEXICO, DISTRITO FEDERAL, A LOS OCHO DIAS DEL MES DE FEBRERO DEL AÑO DOS MIL SEIS, EL SUSCRITO LICENCIADO JUAN ALBERTO DUHNE, NOTARIO NUMERO TREINTA Y NUEVE DEL DISTRITO FEDERAL, **C E R T I F I C A**: Que las firmas que anteceden corresponden a la de los señores Licenciados CLAUDIA PELAEZ SANCHEZ y GABRIEL ALEJANDRO ALONSO MORA, quienes me son conocidos y a mi juicio tienen capacidad legal y en mi presencia firmaron y ratificaron en todas sus partes el contenido del presente documento, por su propio derecho y como Apoderados Generales de "PELAEZ ALONSO", SOCIEDAD CIVIL, **PERSONALIDAD** que acreditan con primer testimonio de la escritura número ochenta y cuatro mil novecientos noventa de fecha tres de noviembre de dos mil tres, otorgada ante mí, e inscrita en el Registro Público de Personas Morales del Distrito Federal, el día diez de febrero de dos mil cuatro, bajo el folio número sesenta y cuatro mil ochocientos veintinueve, en la que consta que previo permiso de la Secretaría de Relaciones Exteriores, se constituyó "PELAEZ ALONSO", SOCIEDAD CIVIL, siendo su domicilio la Ciudad de México, Distrito Federal; su objeto, entre otros, la prestación de servicios profesionales consistentes en la asesoría, consultoría, tramitación, defensa legal, auditoría, capacitación y representación en todos los asuntos relacionados con el comercio exterior; su capital social de Diez mil pesos, Moneda Nacional, con cláusula de admisión de extranjeros; su administración confiada a un Director General o a un Consejo Directivo, según lo acuerde la asamblea en cada caso. -----------------------------------------------------

11. Lo anterior constituye la declaración de <u>Pelaez Alonso S.C.</u> de conformidad con el artículo 329 y 504 del Código de Quiebras y las Reglas 2014 y 2016 (b) de Quiebras.

FIN DE LA DECLARACIÓN DEL DECLARANTE

_____
PELAEZ ALONSO, S.C.
CLAUDIA PELAEZ SÁNCHEZ
GABRIEL ALEJANDRO ALONSO MORA

Suscrito y bajo juramento ante mí
el día _____ de _____, 2006

_____
Notario Público

EN LA CIUDAD DE MEXICO, DISTRITO FEDERAL, A LOS OCHO DIAS DEL MES DE FEBRERO DEL AÑO DOS MIL SEIS, EL SUSCRITO LICENCIADO JUAN ALBERTO DUHNE, NOTARIO NUMERO TREINTA Y NUEVE DEL DISTRITO FEDERAL, **C E R T I F I C A**: Que las firmas que anteceden corresponden a la de los señores Licenciados CLAUDIA PELAEZ SANCHEZ y GABRIEL ALEJANDRO ALONSO MORA, quienes me son conocidos y a mi juicio tienen capacidad legal y en mi presencia firmaron y ratificaron en todas sus partes el contenido del presente documento, por su propio derecho y como Apoderados Generales de "PELAEZ ALONSO", SOCIEDAD CIVIL, **PERSONALIDAD** que acreditan con primer testimonio de la escritura número ochenta y cuatro mil novecientos noventa de fecha tres de noviembre de dos mil tres, otorgada ante mí, e inscrita en el Registro Público de Personas Morales del Distrito Federal, el día diez de febrero de dos mil cuatro, bajo el folio número sesenta y cuatro mil ochocientos veintinueve, en la que consta que previo permiso de la Secretaría de Relaciones Exteriores, se constituyó "PELAEZ ALONSO", SOCIEDAD CIVIL, siendo su domicilio la Ciudad de México, Distrito Federal; su objeto, entre otros, la prestación de servicios profesionales consistentes en la asesoría, consultoría, tramitación, defensa legal, auditoría, capacitación y representación en todos los asuntos relacionados con el comercio exterior; su capital social de Diez mil pesos, Moneda Nacional, con cláusula de admisión de extranjeros; su administración confiada a un Director General o a un Consejo Directivo, según lo acuerde la asamblea en cada caso. ------------------------------------------------

En la propia escritura consta que a los señores Licenciados CLAUDIA PELAEZ SANCHEZ y GABRIEL ALEJANDRO ALONSO MORA, indistintamente se les otorgó un PODER GENERAL para actos de dominio, para actos de administración y para pleitos y cobranzas, en los términos más amplios que autoriza el artículo dos mil quinientos cincuenta y cuatro del Código Civil del Distrito Federal, y sus correlativos de los Códigos Civiles de los Estados de la República Mexicana. ------------------------------------------------------------------------

ACTA DE COMPROBACION DE FIRMA NUMERO OCHENTA Y SEIS MIL CIENTO TREINTA Y CINCO DE ESTA MISMA FECHA, Y QUE OBRA EN EL PROTOCOLO A MI CARGO.- DOY FE. ----------------------

La suscrita, SILVIA GLORIA VALDÉS GARCÍA Av. Universidad No. ____ Edificio Costa Rica Entrada ____ Integración Latinoamericana ____ Tel: 655-____ ____ autor____ ____ para ____ la anterior ____ del documento ____.

México, D.F.,

SILVIA GLORIA VALDÉS GARCÍA



GOBIERNO DEL DISTRITO FEDERAL

ESTADOS UNIDOS MEXICANOS

México D. F.

Apostille
(Convention de la Haye du 5 octobre 1961)

Derechos $ 52.48

No. Orden 01/06

En Mexico el presente documento público ha sido firmado

por LIC. JUAN ALBERTO DUHNE.

quien actúa en calidad de NOTARIO No. 39 DISTRITO FEDERAL.

y está revestido del sello correspondiente a NOTARIO No. 39 DISTRITO FEDERAL, MEXICO.

Certificado en MEXICO, D.F. por OSCAR LOPEZ ROSAS

SUBDIRECTOR CONSULTIVO Y DE CONTRATOS DE LA D.G.J.E.L. DE LA CONSEJERIA JURIDICA Y DE SERVICIOS LEGALES.

MEXICO, D.F. el 9 de FEBRERO de 2006.

aemb.

Firma

## CERTIFICATE OF SERVICE

PELAEZ ALONSO, S.C., hereby certifies that on February 9th, 2006, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, Il. 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated February 9th, 2006

Pelaez Alonso, S.C.
Claudia Pelaez Sánchez
Gabriel Alejandro Alonso Mora
Heriberto Frias 1439 Piso 1 Col. Del Valle C.P.
03100 Del. Benito Juárez, México, D.F., México
Tel/Fax: 5255 56015631