Timothy W. Walsh (TW-7409)
DLA Piper Rudnick Gray Cary US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
Telephone:    (212) 835-6000

Attorneys for Constellation NewEnergy, Inc.,
PEC of America and
Silicon Laboratories, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | * | |
| DELPHI CORPORATION, *et al.*, | * | Case Nos. 05-44481 *et al.* |
| | | (Jointly Administered) |
| Debtors. | * | Chapter 11 |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**VERIFIED STATEMENT OF DLA PIPER RUDNICK GRAY CARY US
LLP PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE REGARDING REPRESENTATION OF
<u>MULTIPLE PARTIES</u>**

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, the law firm of DLA Piper Rudnick Gray Cary US LLP ("<u>DLA Piper</u>") files this verified statement of multiple representation (the "<u>Statement</u>"), and respectfully states as follows:

1. DLA Piper represents or has represented the following parties in interest with the following claim amounts, in the above captioned Chapter 11 bankruptcy cases:

| | **Creditor** | **Amount of Claim** |
|---|---|---|
| a. | Constellation NewEnergy, Inc.<br> John D. Corse, Esquire<br>Chief Litigation Counsel<br>750 East Pratt Street<br>Fifth Floor<br>Baltimore, Maryland 21202 | Approximately $1,200,000 prior to setoff/recoupment |
| b. | PEC of America Corp.<br>Hisashi Ishiguro<br>General Manager<br>2297 Niels Bohr Court #100<br>San Diego, CA 92154 | Unliquidated |
| c. | Silicon Laboratories, Inc.<br>Nestor Ho, Esq.<br>Chief Legal and IP Counsel<br>7000 W. William Cannon<br>Building 1, Suite 200<br>Austin, Texas 78735 | Unliquidated |

2. Each of the foregoing representations are separate and are not representations under which DLA Piper's clients are acting or have acted together pursuant to a deposit agreement, proxy, trust mortgage, trust indenture, deed of trust or committee arrangement. Information about the claims held by DLA Piper's clients are or will be set forth in their respective proofs of claim or requests for payment of claims, if any.

3. DLA Piper may also represent other clients in matters pertaining to the

~NEWY1:7962360.v1

above-captioned Debtors and in the future may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases. If they come to involve representations in these bankruptcy cases, this Statement shall be supplemented.

Dated: New York, New York
      February 14, 2006

**DLA PIPER RUDNICK GRAY CARY US LLP**

    /s/Timothy W. Walsh
Timothy W. Walsh (TW-7409)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 835-6000
Fax: (212) 884-8516

I, Timothy W. Walsh, Esq., declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

    /s/Timothy W. Walsh
Timothy W. Walsh (TW-7409)