# CERTIFICATE OF SERVICE

RECEIVED
BY MAIL ☐
BY HAND ☐
FEB 13 2006
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Laurence C. Begin, hereby certifies that on February 6, 2006, he served a copy of an executed Affidavit of Legal Ordinary Counsel Professional Laurence C. Begin upon the following interested parties via first class mail.

Delphi Corporation
Attention General Counsel
5725 Delphi Drive
Troy, MI 48098

Haim Zaltzman
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

Afaf Vicky Farah, Esq.
201 East Liberty Street
Ann Arbor, MI 48104

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044

Dated: February 6, 2006

Laurence C. Begin
President
L.C. Begin & Associates, PLLC
510 Highland Ave. PMB 403
Milford, MI 48381
(248)-889-5875

Subscribed and sworn before me
this 6th day of February 2006

Notary Public

LISA STEWARD
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES Jun 30, 2007

Exhibit 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
         In re                                             :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                                         Debtors.          :    (Jointly Administered)
                                                           :
-----------------------------------------------------------X

### AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF                               )
                                       ) ss:
COUNTY OF                              )

              , being duly sworn, deposes and says:

1.      I am a principal of L.C. Begin & Associates, PLLC ("The Firm") which firm maintains offices at 1933 S. Milford Road, Highland, MI 48357.

2.      Neither I, "The Firm", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3.      "The Firm", has represented and advised the Debtors in law with respect to a broad range of aspects of the Debtors' businesses.

4.      The Debtors have requested, and "The Firm" has agreed, to continue to represent and advise the Debtors pursuant to section 327 (e) of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "The Firm" proposes, to render the following services to the Debtors: [Legal Services]

5.      "The Firm's" current fees arrangement is less than $50,000/mth.

6.      Except as set forth herein, no promises have been received by "The Firm" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. "The Firm" has no agreement with any entity to share with such entity any compensation received by "The Firm".

8. "The Firm" and its partners, auditors, and other members may have in the past represented, currently represented, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "The Firm" does not and will not represent ant such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorney, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, "The Firm" nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "The Firm" is to be engaged.

10. The foregoing constitutes the statement of "The Firm" pursuant to section 329 and 504 of the bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*[signature]*
Laurence C. Begin
P55058

Subscribed and sworn before me
this 9th day of January, 2006

*[signature]*
Notary Public

LISA STEWARD
NOTARY PUBLIC OAKLAND CO., MI
MY COMMISSION EXPIRES Jun 30, 2007