UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK               X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

*OMNIBUS* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    ARAMARK Uniform & Career Apparel, Inc. Dba ARAMARK Uniform Services, ("ARAMARK") and ARAMARK c/o Star Source Management Services, Inc.
115 North First Street
Burbank, CA  91502
Attn: Legal Department / David Prall

Transferee:   Contrarian Funds, LLC
411 West Putnam Avenue, S-225
Greenwich, CT 06830
Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the claim amount held by ARAMARK Uniform & Career Apparel, Inc. dba ARAMARK Uniform Services, ("ARAMARK") and ARAMARK c/o Star Source Management Services, Inc.(the "Transferor") in the amount of **$(SEE SCHEDULE A)** against **(SEE SCHEDULE A)** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                        _____
                                        Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

ARAMARK UNIFORM & CAREER APPAREL, INC. d/b/a ARAMARK UNIFORM SERVICES, and ARAMARK c/o STAR SOURCE a _Delaware_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January _20_, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _20th_ day of _January_ 2006.

(Assignor)
ARAMARK UNIFORM & CAREER APPARREL,
INC. d/b/a ARAMARK UNIFORM SERVICES
and ARAMARK c/o STAR SOURCE

By: _Fred C. Siegle_
Name: _Fred C. Siegle_
Title: _VP_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: _Janice M. Stanton_
Title: _Member_

(Assignor)
WITNESS:

By: _[signature]_
Name: _David S. Pall_
Title: _Assistant Secretary_

## Schedule A
### Aramark Uniform & Career Apparel, Inc.
### dba Ararmark Uniform Services and
### Aramark c/o Star Source Management, Inc.

| Debtor | Case Number | Creditor Name | Scheduled Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | 05-44640 | Star Source | $ 143,143.55 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 147.73 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 408.49 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 603.31 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 28,379.31 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 21,921.05 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 245.57 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 132.20 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 547.96 |
| Delphi Automotive Systems LLC | 05-44640 | Aramark | $ 24,605.16 |
| Delphi Medical Systems Texas Corp | 05-44511 | Aramark | $ 471.93 |
| ASEC Sales General Partnership | 05-44484 | Starsource Management Services | $ 11,532.14 |
| Environmental Catalysts, LLC | 05-44503 | Starsource Management Services | $ 11,532.14 |
| Exhaust Systems Corporation | 05-44573 | Starsource Management Services | $ 11,532.14 |