UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                              X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Magnesium Products of America, Inc. and its parent, Meridian Technologies Inc., a
              corporation continued under the laws of New Brunswick, Canada aka MPA Lock Box
              2001 Industrial Drive
              Eaton Rapids, MI  48827
              Attn: Alan Hanson

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Magnesium Products of America, Inc. and its parent, Meridian Technologies Inc., a corporation continued under the laws of New Brunswick, Canada aka **MPA Lockbox** (the "Transferor") in the amount of **$1,427,654.68** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                            _____
                                                            Deputy Clerk

# EVIDENCE OF TRANSFER OF CLAIM

Meridian Technologies, Inc, a corporation continued under the laws of New Brunswick, Canada, and Magnesium Products of America, a Michigan corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated December 12, 2005, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $1,427,654.68, against Delphi Automotive Systems, LLC, other similar operating companies and/or related entities related to the Chapter 11 debtor, Delphi Corporation (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 12th day of December, 2005.

(Assignor)
MAGNESIUM PRODUCTS OF AMERICA

By: _____
Name: Dan Hanson
Title: Finance Director

MERIDIAN TECHNOLOGIES, INC.

By: _____
Name: Patrick R. Roche
Title: V.P. FINANCE

(Assignor)
WITNESS:

By: _____
Name: RICHARD L. SITOWARSKI
Title: FN ANALYST

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: JANICE M. STANTON
Title: MEMBER

- 9 -

KL2:2422242.4