UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
                                                                          :
In re:                                                                    :
                                                                          :       Chapter 11
DELPHI CORPORATION, *et al.*,                    :       Case No. 05-44481 [RDD]
                                                                          :
                        Debtors.                            :       Jointly Administered
                                                                          :
------------------------------------------------------------------x

# ORDER GRANTING MOTION OF ENTEK
# INTERNATIONAL LLC (i) TO ALLOW RECOUPMENT AND/OR
# (ii) FOR RELIEF FROM THE AUTOMATIC STAY TO ALLOW SETOFF

Upon consideration of the Motion of Entek International LLC ("ENTEK") (i) to Allow Recoupment and/or (ii) for Relief from the Automatic Stay to Allow Setoff, dated December 28, 2005 (the "Motion"); sufficient notice of the Motion having been given to parties in interest as required under the circumstances; it appearing that no other or further notice of the Motion is required; the above-captioned debtors (the "Debtors") having consented to the relief granted herein; and the Court having determined that good cause exists for granting the relief requested in the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, the Motion is GRANTED to the extent set forth herein; and it is further

ORDERED, the capitalized terms herein shall have the meanings ascribed to them in the Motion unless other indicated; and it is further

- 2 -

ORDERED, the automatic stay is hereby terminated, so as to authorize the immediate exercise of setoff and/or recoupment rights by ENTEK to deduct the Receivable Amount ($618,591.15) from the Payable Amount ($1,300,000);  and it is further

ORDERED, the Debtors and ENTEK are authorized to take all necessary steps to implement the terms of this Order;  and it is further

ORDERED, this Court shall retain jurisdiction regarding the implementation of this Order.


DATED:    New York, New York
          February 14, 2006

/s/Robert D. Drain
Honorable Robert D. Drain
United States Bankruptcy Judge