# EXHIBIT "1"

## EXHIBIT B--SUMMARY CHART NITON LLC/DELPHI COLORADO
## INVOICES & PURCHASE ORDERS FOR CLAIM OFFSET

|  | Customer Name | Invoice # | Inv. Date | Inv. Amount |  | Amount Unpaid | Delphi PO# |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
| 1. | Delphi Medical Systems | 39795 | 03/29/05 | $16,087.80 |  | $495.00 | #799525 |
| 2. | Delphi Medical Systems | 39796 | 03/29/05 | $21,483.00 |  | $7,161.00 | #700534 |
| 3. | Delphi Medical Systems | 42204 | 08/05/05 | $4,472.50 |  | $4,472.50 | #704169 |
| 4. | Delphi Medical Systems | 42205 | 08/05/05 | $14,322.00 |  | $14,322.00 | #704702 |
| 5. | Delphi Medical Systems | 42206 | 08/05/05 | $21,483.00 |  | $21,483.00 | #703703 |
| 6. | Delphi Medical Systems | 42207 | 08/05/05 | $5,566.40 |  | $5,566.40 | #703611 |
| 7. | Delphi Medical Systems | 42209 | 08/05/05 | $7,161.00 |  | $7,161.00 | #704958 |
| 8. | Delphi Medical Systems | 42210 | 08/05/05 | $3,259.00 |  | $3,259.00 | #705028 |
| 9. | Delphi Medical Systems | 42212 | 08/05/05 | $749.57 |  | $749.57 | #705063 |
| 10. | Delphi Medical Systems | 42213 | 08/05/05 | $17,902.50 |  | $17,902.50 | #705251 |
| 11. | Delphi Medical Systems | 42214 | 08/05/05 | $3,580.50 |  | $3,580.50 | #705564 |
| 12. | Delphi Medical Systems | 43731 | 10/19/05 | $79,967.61 |  | $79,967.61 | #795373 |
| 13. | Delphi Medical Systems | 43732 | 10/19/05 | $2,878.00 |  | $2,878.00 | #706514 |
| 14. | Delphi Medical Systems | 43733 | 10/19/05 | $1,597.50 |  | $1,597.50 | #707745 |
| 15. | Delphi Medical Systems | 43734 | 10/19/05 | $709.68 |  | $709.68 | #707027 |
| 16. | Delphi Medical Systems | 43735 | 10/19/05 | $2,250.00 |  | $2,250.00 | #705895 |
|  | **TOTAL** |  |  |  |  | **$173,555.26** |  |

# EXHIBIT "2"

EXHIBIT "2" RECEIVABLE

|  | Pre-petition A/R | Payments | Unpaid A/R | Agreed Upon Setoff | Remaining Unpaid A/R |
|---|---|---|---|---|---|
| Per Thermo | 517,177.13 | (343,621.87) | 173,555.26 | (158,237.39) | 15,317.87 |
| Per Delphi | 523,238.30 | (323,168.85) | 200,069.45 | (158,237.39) | 41,832.06 |

**Delphi A/R Aging**

| Document # | Date | Amount |
|---|---|---|
| Unapplied Payment | 12/28/05 | $ (0.50) |
| 44397 | 8/29/05 | 199,740.75 |
| 45136 | 9/27/05 | 329.20 |
| | | $ 200,069.45 |