## EXHIBIT B

This information is being provided in connection with the Affidavit of PATRICK N. KARPEN in Support of the Application for Order Authorizing the Retention and Employment of KPMG LLP as Tax and Transaction Services Advisors to the Debtors.  KPMG LLP currently performs (or has previously performed) accounting, tax advisory or consulting services, in matters unrelated to this Chapter 11 case, for the following entities, or has connections or relationships with the following entities:

### A. 1.  Debtors
ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi China LLC
Delphi Connection Systems
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi Liquidation Holding Company
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holdings Corporation
Delphi Services Holding Corporation
Delphi Technologies, Inc.
DREAL, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Packard Hughes Interconnect Company
Specialty Electronics, Inc.
Specialty Electronics International Ltd.

### A.2.  Affiliates and Non-Debtor Subsidiaries
AMBRAKE Corporation
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
CEI Co., Ltd.
Delco Electronics LLC

1

## EXHIBIT B

Delphi Automotive Systems - Ashimori LLC
Delphi Furukawa Wiring Systems LLC
Delphi Receivables LLC
Delphi Trust I
Delphi Trust II
Delphi Trust III
Delphi Trust IV
EnerDel, Inc.
HE Microwave LLC
InPlay Technologies, Inc.
MobileAria, Inc.
PBR Knoxville L.L.C.
BlueStar Battery Systems International Corp.
Daewoo Motor Co., Ltd.
Delphi Calsonic Compressors, S.A.S.
Delphi de Mexico, S.A. de C.V.
Grundig Car InterMedia System GmbH
Alambrados y Circuitos Eléctricos, S.A. de C.V.
Arcomex S.A. de C.V.
Arneses Electricos Automotrices, S.A. de C.V.
AS Catalizadores Ambientales S.A. de C.V.
ASEC Manfacturing (Thailand) Ltd.
ASEC Private Limited
Ashimori Industry Co., Ltd.
Autoensambles y Logistica, S.A. de C.V.
Beijing Delphi Technology Development Company, Ltd.
Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd.
BGMD Servicos Automotivos Ltda.
Bujias Mexicanas, S.A. de C.V.
Cablena, S.L
Calsonic Harrison Co., Ltd.
Centro Técnico Herramental, S.A. de C.V.
Closed Joint Stock Company PES/SCC
Controladora Chihuahuense, S. de R.L. de C.V.
Controladora de Alambrados y Circuitos Eléctricos, S. de R.L. de C.V. (Mexico)
Controladora de Alambrados y Circuitos, S. de R.L. de C.V. (Mexico)
Controladora de Rio Brave, S. de R.L. de C.V. (Mexico)
Controladora Vesfron, S. de R.L. de C.V. (Mexico)
Cordaflex Espana, S.A. (Spain)
Cordaflex, S.A. de C.V. (Mexico)
Daehan Electronics Yantai Co., Ltd. (Peoples Republic of China)
Daesung Electric Co., Ltd. (Korea)
Del Tech Co., Ltd. (Korea)
Delphi (China) Technical Centre Co. Ltd. (Peoples Republic of China)
Delphi Administración, S.A. de C.V. (Mexico)
Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
Delphi Automotive Systems - Portugal S.A. (Portugal)
Delphi Automotive Systems (China) Holding Company Limited (Peoples Republic of China)
Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
Delphi Automotive Systems (Thailand) Ltd. (Thailand)
Delphi Automotive Systems Australia Ltd. (Australia)
Delphi Automotive Systems Cinq SAS (France)
Delphi Automotive Systems Deutschland Verwaltungs GmbH (Federal Republic of Germany)
Delphi Automotive Systems do Brasil Ltda. (Brazil)
Delphi Automotive Systems Espana S.L. (Spain)

## EXHIBIT B

Delphi Automotive Systems Holding GmbH (Austria)
Delphi Automotive Systems Huit SAS (France)
Delphi Automotive Systems Japan, Ltd. (Japan)
Delphi Automotive Systems Limited Sirketi (Turkey)
Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
Delphi Automotive Systems Maroc (Morocco)
Delphi Automotive Systems Neuf SAS (France)
Delphi Automotive Systems Philippines, Inc. (Philippines)
Delphi Automotive Systems Private Ltd. (India)
Delphi Automotive Systems Singapore Investments Pte. Ltd. (Singapore)
Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
Delphi Automotive Systems Sweden AB (Sweden)
Delphi Automotive Systems UK Limited (England and Wales)
Delphi Automotive Systems Vienna GmbH (Austria)
Delphi Automotive Systems, S.A. de C.V. (Mexico)
Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
Delphi Automotive Systems-Portugal S.A. (Portugal)
Delphi Belgium N.V. (Belgium)
Delphi Cableados, S.A. de C.V. (Mexico)
Delphi Canada Inc. (Ontario)
Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
Delphi Connection Systems - Tijuana, S.A. de C.V. (Mexico)
Delphi Controladora, S.A. de C.V. (Mexico)
Delphi Czech Republic, k.s. (Czech Republic)
Delphi Daesung Wuxi Electronics Co., Ltd. (Peoples Republic of China)
Delphi Delco Electronic Systems Suzhou Co., Ltd. (Peoples Republic of China)
Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
Delphi Delco Electronics Europe GmbH (Federal Republic of Germany)
Delphi Deutschland GmbH (Federal Republic of Germany)
Delphi Deutschland Technologies GmbH (Federal Republic of Germany)
Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)
Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico)
Delphi Diesel Systems do Brasil Ltda. (Brazil)
Delphi Diesel Systems France SAS (France)
Delphi Diesel Systems Korea Ltd. (Korea)
Delphi Diesel Systems Limited (England and Wales)
Delphi Diesel Systems Pakistan (Private) Limited (Pakistan)
Delphi Diesel Systems Pension Trustees Limited (England and Wales)
Delphi Diesel Systems S.L. (Spain)
Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico)
Delphi Electronic Suzhou Co. Ltd. (Peoples Republic of China)
Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico)
Delphi France Holding SAS (France)
Delphi France SAS (France)
Delphi Harrison Calsonic, S.A. (France)
Delphi Holding GmbH (Austria)
Delphi Holding Hungary Asset Management Limited Liability Company (Hungary)
Delphi Holdings Luxembourg S.ar.l. (Luxembourg)
Delphi Insurance Limited (Ireland)
Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico)
Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg)
Delphi Italia Automotive Systems S.r.l. (Republic of Italy)
Delphi Korea Corporation (Korea)
Delphi Lockheed Automotive Limited (England and Wales)
Delphi Lockheed Automotive Pension Trustees Limited (England and Wales)
Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey)
Delphi Packard Austria GmbH & Co. KG (Austria)

## EXHIBIT B

Delphi Packard Electic Sielin Argentina S.A. (Argentina)
Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia)
Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic)
Delphi Packard Electric Systems Company Ltd. (Peoples Republic of China)
Delphi Packard España, SLU (Spain)
Delphi Packard Hungary Kft (Hungary)
Delphi Packard Romania SRL (Romania)
Delphi Poland S.A. (Poland)
Delphi Polska Automotive Systems Sp. z.o.o. (Poland)
Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (Peoples Republic of China)
Delphi Saginaw Steering Systems UK Limited (England and Wales)
Delphi Shanghai Dynamics and Propulsion Systems Co. Ltd. (Peoples Republic of
China)
Delphi Sistemas de Energia, S.A. de C.V. (Mexico)
Delphi Slovensko s.r.o. (Slovak Republic)
Delphi Tychy Sp. z.o.o. (Poland)
Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary)
Delphi-TVS Diesel Systems Ltd. (India)
DEOC Pension Trustees Limited (England and Wales)
Diavia Aire, S.A. (Spain)
Electrotecnica Famar S.A.C.I.I.E. (Argentina)
Famar do Brasil Comercio e Representacao Ltda. (Brazil)
Famar Fueguina, S.A. (Argentina)
FUBA Automotive GmbH & Co. KG (Federal Republic of Germany)
Gabriel de Mexico, S.A. de C.V. (Mexico)
Grundig Sistemas de Electronica Lda., Portugal (Portugal)
Holdcar S.A. (Argentina)
Inmobiliaria Marlis, S.A. (Mexico)
Inmuebles Wagon, S.A. (Mexico)
Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG (Federal
Republic of Germany)
Katcon, S.A. de C.V. (Mexico)
KDAC (Thailand) Company Limited (Thailand)
KDS Company, Ltd. (Korea)
Korea Delphi Automotive Systems Corporation (Korea)
Korea Technology Bank Network (Korea)
Liverpool Branch of Delco Electronics Overseas Corporation
Mecel AB (Sweden)
Moscow Branch of Delphi Automotive Systems Overseas Corporation
Noteco Comércio e Participacoes Ltda. (Brazil)
NSK Ltd. (Japan)
On Se Telecom Co. Ltd. (Korea)
P.T. Delphi Automotive Systems Indonesia (Indonesia)
Packard Korea Incorporated (Korea)
Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
PROSTEP AG (Federal Republic of Germany)
Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
Quingdao Daesung Electronic (Peoples Republic of China)
Qingdao Daesung Electronic
Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
Shanghai Delco Electronics & Instrumentation Co., Ltd. (Peoples Republic of China)
Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (Peoples Republic of
China)
Shanghai Delphi Emission Control Systems Company, Ltd. (Peoples Republic of China)
Shanghai-Delphi Automotive Door Systems Co., Ltd. (Peoples Republic of China)
Shengyang Huali Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)

## EXHIBIT B

Sistemas Electricos y Conmutadores, S.A. de C.V. (Mexico)
Speciality Electronics (Singapore) Pte Ltd. (Singapore)
Taiwan Representative Office of Delphi Automotive Systems International, Inc. (Peoples Republic of China)
TECCOM GmbH (Federal Republic of Germany)
TecDoc Information Systems GmbH (Federal Republic of Germany)
Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
Thailwil, Switzerland Branch of Delphi International Services, Inc.
Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Federal Republic of Germany)
Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
Yeon Kyung Electronics Co., Ltd. (Korea)

**B. Former Officers and Directors (For the Past Three Years)**
Andrew Brown, Jr.
Bette M. Walker
Brian P. O'Neill
David J. Jones
John D. Opie
Jose Maria Alapont
R. David Nelson
Richard Brown
Robert C. Walker
Robert Katz, Esq.
Robert S. Miller Jr.
Roger S. Penske

**C. All Lenders (including Current and Former Agents Under Credit Facilities and Their Counsels and Financial Advisors)**
A3 Funding LP
ABN AMRO Bank N.V.
American Express Certificate Company
AMMC CLO III, Limited
AMMC CLO IV, Limited
Aslan Capital Master Fund, LP
Atlas Capital Funding, Ltd.
Atrium IV
Aurum CLO 2002-1 Ltd
Australia and New Zealand Bank Group
Banca Nazionale Del Lavoro SpA, New
Banco Bilbao Vizcaya Argentaria, S
Banco Santander Central Hispano S.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Company
Barclays Bank PLC
Bear Stearns Investment Products
Black Diamond Offshore Limited
Blue Square Funding Ltd. Series 3
BNP Paribas

## EXHIBIT B

Bryn Mawr CLO, Ltd
Callidus Debt Partners CDO Fund I
Canpartners Investments IV LLC
Canyon Capital
CapitalSource Finance LLC
Cargill Financial Services Intl. Inc.
Castle Hill III CLO, Limited
Castle Hill II-Ingots, Ltd.
Castle I-Ingots, Ltd.
Celerity CLO Ltd
Citadel Hill 2000 Ltd.
Citibank N.A.
Citicorp USA Inc.
Citigroup Financial Products Inc.
Comerica Bank Michigan
Commerzbank Aktiengesellschaft New
Credit Industriel et Commercial
Credit Suisse, New York & Cayman Islands
CSAM Funding IV
C-Squared CDO Ltd.
Cypresstree Claif Funding LLC
D.K. Acquisition Partners, L.P.
Deutsche Bank AG
Diversified Investors High Yield
ELF Funding Trust I
Employers Insurance of Wausau
Flagship CLO
Fifth Third Bank, Eastern Michigan
Fortis Bank SA NV Cayman Island Branch
Galaxy CLO 2003-1, Ltd.
Galaxy III CLO, Ltd.
Galaxy IV CLO, Ltd.
Galaxy V CLO, Ltd.
General Electric Capital Corporation
Gleneagles CLO Ltd.
Goldman Sachs Credit Partners L.P.
Gulf Stream - Compass CLO 2004-1, Ltd.
Gulf Stream - Compass CLO 2005-1, Ltd.
HBK Master Fund L.P.
IDS Life Insurance Company
ING Capital LLC
ING Investment Management CLO I, Ltd.
ING Prime Rate Trust
ING Senior Income Fund
Investors Bank and Trust Co
Katonah II, Ltd.
Katonah III, Ltd.
Katonah IV, Ltd.
KeyBank National Association
KKR Financial CLO 2005-1, Ltd.
KZH Pondview LLC

## EXHIBIT B

KZH Soleil LLC
KZH Soleil-2 LLC
Lehman Commercial Paper, Inc.
LibertyView Loan Fund, LLC
Lincoln National Life Insurance Co.
Lispenard Street Credit (Master)
Market Square CLO Ltd.
Metropolitan West High Yield Bond
Metropolitan West Strategic Income
Mizuho Corporate Bank Ltd. fka DKB
Mountain Capital CLO II Ltd.
Mountain Capital CLO IV, Ltd.
National City Bank
Oak Hill Credit Alpha Fund (Offshore)
Oak Hill Credit Alpha Fund LP
Oak Hill Credit Partners I, Limited
Oak Hill Credit Partners II, Limited
Oak Hill Credit Partners III, Limited
Oak Hill Credit Partners IV, Limited
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, L.P.
OCM High Yield Plus Fund LP
Octagon Investment Partners IV, Ltd
Octagon Investment Partners V, Ltd.
Octagon Investment Partners VI, Ltd
Octagon Investment Partners VII, Ltd
PIMCO Floating Income Fund
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO High Yield Fund
Pioneer Floating Rate Trust
PNC Bank, N.A.
Principal Life Insurance Company
Prospect Funding I, LLC
Protective Life Insurance Company
Putnam Floating Rate Income Fund
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Variable Trust High Yield Fund
Q Funding III LP
Quadrangle Master Funding Ltd
Quattro Distressed Opportunity Fund
Quattro Fund Ltd
Quattro Multi-Strategy Master Fund
R2 Top Hat, Ltd.
Salomon Brothers Variable Rate
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
SEI Institutional Managed TST
Seneca Capital, L.P.

## EXHIBIT B

Sequils Ing I, Ltd.
Simpson Thacher & Bartlett LLP
SMBC MVI SPC
Societe Generale SA New York
Special Situations Investing Group
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
Sumitomo Mitsui Banking Corporation
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
The Foothill Group Incorporated
The Hartford Floating Rate Fund
The Royal Bank of Scotland PLC
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
TRS Callisto LLC
TRS Leda LLC
TRS Thebe LLC
UBS Loan Finance LLC
UFJ Bank Limited
Vulcan Ventures, Inc.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate

### D. Insurers
Cole Managed Vision
Saturn Trust
Special Situations Investing Group
ACE American Insurance Company
ACE Insurance Co.
ACE USA
AIG Excess Casualty, N.A. (Lexington)
AIG Worldsource
Allianz
Allied World Assurance Company, Ltd.
Amerada Hess Corporation

## EXHIBIT B

American Home Assurance Co. (AIMA)
AON
Arch Insurance (Bermuda) Limited
Arch Insurance Group
AWAC
AXIS
Axis Reinsurance Company
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Columbia Casualty Company (CNA)
Continental Casualty Co. (CNA)
Coral Energy Resources, L.P.
East Ohio Gas Co.
Federal Ins. Co. (Chubb)
GEP
Great American
Gulf Underwriters Insurance Company
Hannover Re
Hanseatic Insurance Company (Bermuda) Ltd.
HDI
Indiana Gas Company
IRI
Lexington Insurance Company (AIG American International
Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts., PA (AIG
American International Companies)
Sequent Energy Services
St. Paul (Bermuda), Ltd.
St. Paul Fire & Marine Insurance Company
Starr Excess Liability Insurance International Limited
Swiss Re Insurance Company Ltd.
Tokio Marine
Twin City Fire (Hartford)
UGI Energy Services
United States Aviation Insurance Group (USAIG and others)
USAIG
Vectren Energy
XL U.S..
Zurich American Insurance Company

**E. Professionals (Attorneys, accountants, investment
bankers, consultants for the past three years) [Excluding
those Professionals that Charge less than $100,000.00 in
Annual Fees]**
AIT GROUP
Ariba

**EXHIBIT B**

ASI (American Suppliers Institute)
ASI Consulting Group LLC
ASI LLC
ASI, Shainin (ICIM)
AT Kearney
AVL North America Inc
Baker & Daniels
Baker & McKenzie LLP
Baker Botts LLP
Balch & Bingham LLP
Burson Marsteller
Butzel, Long
Carquest
Clark Consulting
CSFB
Danzas AEI Customs Brokerage Services
Danzas AEI International
Dave Trella/Menlo Logistics
Deloitte Touche Tohmatsu
Dickinson Wright P.L.L.C. (Detroit, MI)
Drinker Biddle & Reath – PA
Dykema Gossett P.L.L.C.
E&Y
EDS
ENSR Corporation
Equis Corporation
FedEx Trade Networks Transport and Brokerage, Inc
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Frost Brown Todd LLC
FTI Consulting, Inc.
Heller Ehrman White & McAuliffe
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Huron Consulting Services LLC
Interchange Europe
Interim
Interim Healthcare Inc.
Jefferson Wells
Johnston Barton Proctor & Powell LLP
Jones Day
Jones Lang Lasalle Americas Inc
LKF Associates
McCarthy Tetrault LLP
Moore Hansen & Sumner
Morris, Nichols, Arsht & Tunnell
Neal Gerber & Eisenberg, LLP
Ohio State Univ.
Panalpina, Inc.
Parsons
Paul Hastings Janofsky & Walker LLP

**EXHIBIT B**

Pepper Hamilton LLP
Pillsbury Winthrop Shaw Pittman LLP
PriceWaterhouseCoopers LLP
Robert Half
Russell Reynolds
Saloman Smith Barney
SAP Consulting
Sapient
Shearman & Sterling LLP
Six Sigma Academy
Skadden, Arps, Slate, Meagher & Flom LLP
Spirax Sarco
Squire, Sanders & Dempsey, L.L.P.
Stout Risius Ross
Summit Energy Services Inc
Tatum Partners
TBM
Thompson, Hine & Flory, LLP
Towers Perrin
TPI
UBS
Watkins Ludlam Winter & Stennis, P.A.
Watson Wyatt & Company
Wood, Herron & Evans, L.L.P.
Xpedex
Young & Rubicam, Inc.

**F. Parties to Litigation and their counsel (for claims of at least $500,000)**
ESS, Inc.
Lockheed Martin Corp.
AFL-CIO-CLC
Allstate Insurance
Alternative Resource, Inc.
AM General Steering Gear
American Electronics Components (AEC)
APC and Sundram
Apple
Arnold & Porter
ATT
Automotive Technologies International, Inc.
Automotive Technologies, Inc.
Beck, Redden & Secrest
Bentley Rolls-Royce
Bishop, James Denson  Sr.
BMC Holding Corporation
BorgWarner Turbo Systems
Brown, James Lee
Building Materials Holding Corporation
Cadillac
Campbell, Robert R.

## EXHIBIT B

Chadbourne & Parke LLP
Citibank Texas, National Association
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Compliance Counsel, Lear Corporation
Corvette
Covington & Burling
CSX Realty Development
Custom Energy, L.L.C.
CWI
DaimlerChrysler Corporation., US
Dana Corp Sealing Division
David A. Hodges, Esq.
Delco Remy America (DRA)
Denso Corporation
DMS NA
DSL
Eaton Corporation
Edwards, William P.
Eftec North America, LLC
Ellis, Peter
Epsilon
ESS, Inc.
Faurecia Exhaust Sys Inc.
Financial Services of America, LLC
Fleming, Joseph A.
Fluor Corporation
Furukawa Electric North America APD, Inc.
General Motors Daewoo Auto and Technology
General Motors' Discovery
GM & International
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
Hagens Berman Sobol Shapiro
Hahn Elastomer
Harco Industrial Supply Inc
Harco Industries, Inc.
Hayes Lemmerz International Inc.
Honeywell ACS Sensing & Control
Hoover Precision Plastics
Howrey LLP
Howrey Simon Arnold & White, LLP
HPI
Hutchinson Seal
ICG
ICMS
Invensys
Irvine
IUE/CWA Local 755
Jenner & Block

## EXHIBIT B

Keller Rohrback, L.L.P.
Kenna Technical Services
Kenna, William
Kenneth Taylor
Key Plastics
Kostal of America, Inc.
Kulinec, Charles Francis Jr.
Land Rover
Langston Sweet & Freese
Lieff, Cabraser, Heiman & Bernstein, LLP
Mahle Sistemas de Filtracion de Mex
Marsh & McLennan Cos.
MBUSI
McGuire Woods
MCI Telecommunications Corporation
Metaldyne 2005 Contract
Miller, Daniel A.
Miro, Weiner & Kramer
Molex Cost Recovery Disputes
Morganite
Morganite Incorporated Class Action
MTD Technologies
Much Shelist Freed Denenberg Ament & Rubenstein, P.C
NBR
O'Brien, Michael L.
Opel
Praxair Surface Technologies
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Raphael, Naomi
Reilly, Thomas A. Jr.
Reynosa
Rhodia Patent Assertion
Richard Kowalski
Robert Phillips
Robins, Kaplan, Miller & Ciresi LLP
Roetzel & Andress
Saturn
SCRC
SEC
SEC-MSC Software Corporation
SEC-OPEB
Siemens GEN III
Siemens VDO Automotive Inc.
Siemens VDO SA de CV
SimmonsCooper, LLC.
Simons, R Nicholas
Smith, James O.
Smith, Louis
Smith, Mary
SouthTrust Bank
Spector Roseman & Kodroff, PC

**EXHIBIT B**

Squitieri & Fearon, LLP
State of New York
Steven E. Wilson
Stites & Harbison, PLLC
Taylor, Jonathan B.
Tenneco Automotive Inc.
Textron (Kautex)
The Chamberlain Group, Inc.
Thomas, Garvey, Garvey & Sciotti, P.C.
Thompson & Knight
Ticona
Timken (Brazil)
Toyota Motor North America, Inc.
TRW Automotive Products
TRW Dispute
United States Attorney's Office, Southern District of Texas
Valeo Electrical Systems, Inc.
Valeo North American Corporate
Valeo Switches and Detection Systems, Inc.
Volvo
Waste Management, Inc.
Watkins Motor Lines
Wechsler Harwood LLP
Weitz & Luxenberg, P.C.
Williams, Steven
Wilson, Donna R.
Wright, Eugene A
York, Thomas Jr.
Young, Lee
Young, Michael S.

**G. Top 50 Creditors**
3M Co.
Akebono Corporation - North America
ALCOA
Alps Automotive Inc.
Alps Electric Co. Ltd.
American Axle and Mfg Holdings Inc.
Autoliv Inc.
Beiersdorf AG
Blackstone Capital Partners LLP
Bosch Braking Systems Corp
Bosch, Robert Stiftung Gmbg
CIGNA Corporation
Corning Inc
Dana Corp.
Delta
Draka Holding NV
Dura Automotive Systems Inc.
EI Dupont de Nemours & Co. Inc.
Flextronics International Asia-Pacific, Ltd.

## EXHIBIT B

Freudenberg & Co. KG
Fujitsu Ten Corporation
General Electric Co. Inc.
Hitachi Ltd.
Illinois Tool Works Inc.
Infineon Technologies AG
Limar Realty Corp
Merk Medco
Molex Inc.
Nan Ya Plasics Corp
National Fire Insurance Company of Hartford
Nec Corp.
Norsk Hydro ASA
Sequa Corp.
Sharp Electronics Corp.
Siemens AG
State of Michigan
State of Wisconsin
Swatch Group SA, The
TDK Corporation of America
Texas Instruments
Thyssenkrupp AG
Timken Co, Inc.
UHC
Worthington Industries Inc

**H.  Holders of 5% or More of Any Outstanding Equity
Security of the Company**
Brandes Investment Partners, LLC
Capital Group International, Inc.
Capital Research and Management Company
Dodge & Cox
State Street Global Advisors

**I  Record Noteholders Holding 5% or More of Any
Outstanding Issuance of Notes of the Company**
Bear Sterns
Citigroup
First Clear
Goldman Sachs
Investors Bank
Lehman Brothers
Mellon Trust
NFS LLC
Pershing

**J.  Indenture Trustees**
Bank One Trust Company N.A.
First National Bank of Chicago
J.P. Morgan Trust Company, N.A.

## EXHIBIT B

### K.  Underwriters of Securities Issued by the Company During the Past Three Years

A.G. Edwards & Sons, Inc.
ABN AMRO Incorporated
Banc of America Securities LLC
Barclays Capital Inc.
BB&T Capital Markets, Inc.
BNP Paribas Securities Corp
Citigroup Global Markets Inc.
Comerica Securities Inc.
Credit Suisse First Boston LLC
D.A. Davidson & Co.
Deutsche Bank Securities Inc.
Ferris, Baker Watts, Incorporated
HSBC Securities Inc.
J.P. Morgan Securities Inc.
McDonald Investments Inc., a KeyCorp Company
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Mesirow Financial, Inc.
Morgan Stanley & Co. Incorporated
Oppenheimer & Co. Inc.
RBC Dain Rauscher Inc.
Ryan Beck & Co.
Samuel A. Ramirez & Company Inc.
Scotia Capital Inc.
SG Cowen Securities Corporation
Southwest Securities, Inc.
Stifel, Nicolaus & Company, Incorporated
Tokyo-Mitsubishi International plc
U.S. Bancorp Piper Jaffray Inc.
UBS Securities LLC
Wachovia Capital Markets, LLC
Wells Fargo Van Kasper LLC
Williams Capital Group, L.P.

### L.  Counterparties to Major Leases

American Finance Group
CSA Financial Group
CSI
First Industrial L.P.
Germain's Technology Group
Germain's Technology Group Custom Coating and Enhancements, Inc.
ICON Capital Corp
JCR Investments, LLC
Kilroy Realty, L.P.
LaSalle National Bank, as Trustee under Trust No. 115897
Pac Rim
RCA
Seed Systems, Inc
TR Butterfield Trail Corp.

**EXHIBIT B**

**M.  Counterparties to Major Contracts (over $100,000)**

Advanced Casting Technologies
AEP (Public Svc Co Oklahoma) OK
Alabama Power Co.
Aladdin Industries
Alltel
Alma Products
Ameritech
Ameritech Information Systems, Inc.
Ameritech Mobile Services, Inc
Antec Electric System Co. Ltd
ANXe
Applera Corporation
AT&T Corp.
AT&T Solutions, Inc.
AT&T Wireless
Autonova
Avaya World Services, Inc.
Bell South
Blue Cross Blue Shield of Michigan
Blue Totes – Atlantis
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries
CADPO
Calsonic Kansei Corporation
Cardinal Health 200, Inc.
Chemical Reclamation Svcs Inc. USA
CIA Industrial Armas
CIGNA Behavioral Health
CIGNA Healthcare
Cinergy PSI IN
Clifford Electronics, Inc.
Cole Managed Vision
Componentes Delfa, C.A.
Compressor Works, Inc.
Compuware
Connecticut General Life Insurance Company
Consumers Energy MI (Detroit)
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Davis Vision
Dayton Power & Light Co.
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)

## EXHIBIT B

Delphi Automotive Systems
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain
Delphi Automotive Systems Sungwoo
Delphi Delco Electronics Suzhou
Delphi Delco Liverpool
Delphi Diesel Systems England
Delphi Diesel Systems Ltd England
Delphi Diesel Systems Spain
Delphi Diesel Systems Turkey
Delphi Diesel Systems UK
Delphi Diesel Systems, S. L. Spain
Delphi Harrison Calsonic (France)
Delphi Lockheed Automotive France (Aftermarket)
Delphi Packard Balcheng, Limited
Delphi Packard Electric Co Ltd (Shanghai)
Delphi Packard Electric Malaysia Sdn Bhd
Delphi Packard Espana
Delphi Saginaw Lingyun Brillance and Palio
Delphi Saginaw Lingyun Jinbel
Delphi Sistemas de Energia (Portugal)
Delphi TVS Diesel Systems Ltd India (Lucas)
Delphi-TVS Diesel Systems Ltd (India)
Delta Dental
Delta Guc
Deltek
Design Solutions
DSSI
DTE Energy MI
DuraSwitch
East Penn Manufacturing Company
EBD Ventures (Savage Enterprise)
El Paso Electric Co. TX
Electromotive
Empress Ca-Le de Tiaxcala
Entergy (MS Power & Light) USA
Ericsson AB
Erie Cnty. Dept. Environ Serv. OH
Exacto (Perfection Spring)
Fabrica De Aparatos De Air Acondicionado (FAACA)
Falcon Asset Securitization Corporation
Fitel USA Corp. (assigned by Lucent)
Flip Chip Technologies
Four Seasons License (Division of Standard Motor)

## EXHIBIT B

Fraenkische USA, LP
Gasbarre Products
Gatewat Industries
General Bearings Corporation
General Motors Investment Management Corporation
Georgia Power Company
Girlock
GM do Brasil
GM France
GM License Exchange
Health Plus Options, Inc.
Health Solutions Inc.
Henry County REMC IN
Hewitt Associates LLC
HTC
Hubei Auto Motor Factory
Hubei Delphi Automotive Generator
Hyundai Motor America
IBM Corporation
Inovise Medical, Inc.
Intel Corporation
Intellectual Property Mining (IPM)
JLT Services Corporation
John Ross & Associates
Johns Hopkins University
JSP Affiliates
JSP America, Inc.
JSP International Ltd.
JSP International s.a.r.l.
JSP Trading, Inc.
Jupiter Securitization Corporation
Kaiser Aluminum and Chemical
Kale Oto Radyator
Kitco Fiber Optics
KDAC (Daewoo Motor Company)
KPL (Western Resources) KS
Kuo Yih Hsing Enterprise Co. Ltd (KYHE)
Kyungshin Industrial Company Ltd and Bolim
Lear Corporation
Level 9
Lockheed Martin Energy Systems (Oak Ridge Lab)
Lord Corporation
Lucent Technologies Inc.
Magnetoelastic Devices
Manzai
Matsushita Electric Corporation of America
Medco Health Solutions Inc.
MetLife (Dental)
Metropolitan Life Ins. Co.
Middle East Battery Company
Mikuni

## EXHIBIT B

Mississippi Power Company
MMT SA
Moldflow Corporation
Motores y Aparatos Electricos de Durango S.A. de C.V.
M-Plan
NASA
Navigation Technologies
New York Power Authority
Nextel
Nextel West Corp.
Nokia Corporation
North American Philips Corporation
OneOK Energy Energy Marketing OK
Orbital Fluid Technologies
Peng Tan Settlement
Pepco Energy Services, Inc. (PES)
PSE&G NJ
Purdue University
R&D Enterprises
Raufoss ASA
Raytheon Company
Rochester Gas & Electric NY
Samlip Industrial Company
Sanden Corporation
Sanden International
SBC Ameritech
SDACC
Shanghai Automotive Brake Systems
Shanghai Automotive Brakes Corp.
Shanghai Delco International Battery Company Ltd.
Shanghai Delphi Auto Air Conditioning Systems
Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
SHPPS/Health International Inc.
Societe Francaise Des Ammortisseurs (DeCarbon)
Sonceboz SA
Southern California Edison
Sprint
Sprint Spectrum, L.P.
Sprint United
SRI International
Stant Manufacturing (Gates)
State of Indiana
Steward Inc.
Tai Yue
Takata
TCS
Teknit

## EXHIBIT B

Test Products, Inc.
The Bank of Tokyo-Mitsubishi, Ltd.
The Regents of the University of Michigan
Time Warner
Tom Kelley
Toshiba Corporation
Trilogy Plastics
Tripac International
TXU Energy Retail Company LP
TXU Energy Texas
UBE Industries (America), Inc.
UGC
Unisia Jecs Corporation
United Health Care Insurance Company
Value Options, Inc. (Value Behavioral Health)
VDO Control Systems
VDO North America
Verizon
Verizon Wireless
Verizon Wireless Messaging
Wayne State University
XM Satellite Radio, Inc.
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)

**N.  Secured Financial Creditors**
See (C) Above

**O.  Lienholders and Other Significant Lenders**
Ableco Finance LLC
Air Liquide Industrial US LP
American Equipment Leasing, a division of EAB Leasing
Corp.
Ameritech Credit Corporation
Applied Industrial Technologies, Inc.
Applied Industrial Technologies-ABC, Inc.
Applied Industrial Technologies-DBB, Inc.
Applied Industrial Technologies-Dixie, Inc.
Assembleon America Inc.
Bank of Lincolnwood
Bank One Michigan
Bank One, NA
Canon Financial Services Inc.
CIT Communications Finance Corporation
CIT Systems Leasing
CIT Technologies Corporation
Citicorp Securities, Inc.
Citicorp Vendor Finance, Inc.
Compaq Financial Services Corporation
Credit Lyonnais

## EXHIBIT B

Dell Financial Services LP
Delphi Automotive Systems Corp
Fifth Third Bank, Western Michigan
General Electric Capital Asset Funding
GE Polymerland, Inc.
ICX Corporation
Information Leasing Corp.
Kyocera Mita America, Inc.
LaSalle Bank National Association
LaSalle National Leasing Corporation
Lease Plan USA, Inc.
Magid Glove & Safety Mfg. Co. LLC
Makino Inc.
MetLife Capital LP
Milacron Marketing Company
Minolta Business Solutions, Inc.
Minolta Business Systems, Inc.
Motion Industries Inc.
Motorola Credit Corporation
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Omega Tool Corporation
Relational Funding Corporation
Sentry Financial Corporation
Sentry Financial Inc.
Southern Pacific Bancapital
Tennant Financial Services
The Huntington National Bank
Toshiba American Information Systems Inc.
UMB Bank Colorado, N.A.
Van Dorn Demag Corporation
Wells Fargo Bank Northwest, Trustee
Windsor Mold Inc.
Xel Communications, Inc.

## P.  Major Customers

ArvinMeritor Inc.
Best Buy Co. Inc.
BMW Group
Caterpillar
Circuit City Stores Inc.
Collins & Aikman
Cummins
Daihatsu
Fiat Group
Ford Group
Fuji Heavy Industries
General Motors de Mexico S de Rl
General Motors de Mexico S Derlspom
General Motors do Brasil Ltda

**<u>EXHIBIT B</u>**

General Motors Powertrain
General Motors S Africa (Pty) Ltd
GM de Argentina S A
GM Espana SA
GM Holden Ltd
GM Powertrain
GM SPO
GMIO
GMNAO
Harley Davidson
Honda
Benteler
Isuzu Group
Isuzu Motors Europe Ltd
Isuzu Motors Polska Sp Zo O
Johnson Controls
Kautex
Mitsubishi
Motorola Credit Corporation
Motorola Inc.
Navistar International
Nissan
Paccar
Promotora
PSA Group
Renault
Rover
Standard Motor Products Inc.
Toyota
Volvo Truck
VW Group
Wal-Mart Stores CE
Yorozu

**<u>Q.  Major Suppliers</u>**
AK Steel Corporation
Freudenberg & Co. KG
Timken Co., Inc.
Affinia Canada Corp.
Affinia Group Holdings Inc.
Agfa Corporation
Agilent Tech. (M) SDN BHD
Aksys, Ltd.
Alcan Inc
Alpine Group, The
Asahi Glass Co
Autocam Corp.
BAX Global
Benteler Automotive
Bosch Braking Systems Corp.
British Vita PLC

## EXHIBIT B

Calsonic Corp.
Cardinal Health
Carlisle Companies Inc.
Centra Inc.
Coinstar
Corus LP
Cyro Industries
Daewoo Heavy Industry America
Dayco Products LLC
Deloitte & Touche
Denso International America
Direct Sourcing Solutions (DSSI)
DMC 2 Canada Corporation
EI Dupont de Nemours & Co. Inc.
Engelhard Corporation
Epcos AG
Essex Group Inc.
Federal Mogul Corp.
Freescale Semiconductor, Inc.
Fujitsu Ten Corporation
Furukawa Electric Co. Ltd.
Futaba Corp. of America
General Electric Capital
GKN PLC
Handy & Harman
Hewlett-Packard Co. - Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore
Hewlett-Packard/San Jose
Hitachi Chemical Asia Pacific
H-P Asia Pacific Pte. Ltd.
HP Financial Services
HP Financial Services Cntr.
HP International SARL
HP Smartbuy
HPC Engineering PLC
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
HSS LLC
Hub Group Associates Inc.
Inotherapeutics
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
John Deere
Key Safety Systems, Inc.
KLA Tencor Corp.
Koninklijke Philips Electronics NV
L-3 Communications

## EXHIBIT B

M&Q Plastic Products Inc.
Matco Tools
Medical Simulation Corporation
Medrad
Melling Tool Company
Methode Electronics Inc.
Microchip Technology Inc.
Microsoft Services
Minebea Co. Ltd.
Mitsubishi Electric
MSX International Inc
National Semiconductor
NEC Electronics Inc.
Niton Corporation
Noranda
Noranda USA Inc.
Norandal USA Inc.
NuVasive, Inc.
Olin Corp.
Omega Automation Inc.
Onex Corp
Particle Measuring Systems, Inc.
PBR Automotive USA LLC
PBR Columbia LLC
Philips Semiconductors
Pressac
PT Infineon Technologies Batam
RBC Bremen Bearing, Inc.
Republic Engineered Products Inc.
Robert Bosch Corporation
Rohm Co Ltd
RSR Corporation
Ryder Integrated Logistics
Samtech
Senko America Corporation
Serigraph Inc
SGS Thomson
Siemens Automotive Ltd.
SIRVA Relocation LLC
Societe Industrielle De Sonceboz SA
Sony Ericsson Mobile
Spirent
SPX Corp.
StorageTek
Sumitomo Electric Industries Ltd
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd.
Technitrol Inc
The Swatch Group
Tokico Ltd.
Total SA

## EXHIBIT B

Trelleborg AB
TRW Automotive Holdings Corp.
Tyco Electronics Corp.
Tyco International Ltd.
UBS AG
Unigraphics Solutions Inc.
US Steel Corporation
USA Technologies, Inc.
Waupaca Foundry Inc.
WHX Corp
Yazaki Corp.

### R.  Letter of Credit Issuers and Beneficiaries
C.N.A.
Federal Environmental Protection Agency
Reliance Insurance Company
Safeco Insurance Co.
State of New York, Workers' Compensation Board
Toronto Dominion Bank

### S.  State and Other Governmental Authorities
Certified Unified Program Agencies (California) (CUPA)
Illinois Environmental Protection Agency ( EPA) (Illinois)
Internal Revenue Service
New York State Department of Environmental Conservation
(NYSDEC)
Pennsylvania Department of Environmental Protection
Pension Benefit Guaranty Corporation (PBGC)
South Carolina Department of Health and Environmental
Control
U.S. Department of Transportation
U.S. Environmental Protection Agency

### T.  Unions Representing Company Employees
AFL-CIO Local 755
IAM & AW - International Association of Machinists and
Aerospace Workers
IAM Local 78
International Union of Operating Engineers
International Union of Operating Engineers Local 101-S
International Union of Operating Engineers Local 18-S
International Union, United Automobile, Aerospace and
Agricultural Implement Workers of America (UAW)
IUE Local 1111
IUE Local 416
IUE Local 709
IUE, AFL-CIO Local 698
IUE, AFL-CIO Local 711
IUE, AFL-CIO Local 718
IUE, AFL-CIO Local 755
IUE, AFL-CIO Local 801
IUE, AFL-CIO,CLC Local 717

## EXHIBIT B

IUOE Local 832S
UAW Amalgamated Local 292
UAW Amalgamated Local 686
UAW Local 1021
UAW Local 1097
UAW Local 167
UAW Local 1866
UAW Local 2031
UAW Local 2083
UAW Local 2151
UAW Local 2157
UAW Local 2188
UAW Local 2190
UAW Local 2195
UAW Local 286
UAW Local 292
UAW Local 438
UAW Local 467
UAW Local 651
UAW Local 662
UAW Local 686, Unit 19
UAW Local 696
UAW Local 699
UAW Local 913
UAW Local 969
United Steel Workers of America AFL-CIO/CLC, Local Union
87
United Steelworkers of America
USW Local 87