**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

DELPHI CORP., et al,

        Debtors.
_____/

Chapter 11
Case No. 05-44481

(Jointly Administered)

**WITHDRAWAL OF INDIVIDUAL APPEARANCE OF EARLE I. ERMAN**
**AS COUNSEL FOR DOSHI PRETTL INTERNATIONAL, LLC, AND**
**REQUEST FOR REMOVAL FROM THE COURT'S**
**ELECTRONIC FILING SYSTEM AND ALL SERVICE LISTS**

PLEASE TAKE NOTICE that Earle I. Erman hereby withdraws his individual appearance as counsel in this matter for Doshi Prettl International, LLC.

PLEASE TAKE FURTHER NOTICE that Earle I. Erman requests that his name be removed from the Court's electronic filing system and all service lists maintained in this matter.

The law firm of Erman, Teicher, Miller, Zucker & Freedman, P.C. and its other attorneys will continue their ongoing representation of Doshi Prettl International, LLC herein.

Dated: February 15, 2006

        Respectfully submitted,

        By: /s/ Earle I. Erman
            Earle I. Erman  (P24296)
            Erman, Teicher, Miller,
            Zucker & Freedman, P.C.
            400 Galleria Officentre, Ste. 444
            Southfield, MI  48034
            Tel:    248/827-4100
            E-mail: eerman@ermanteicher.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2006, a copy of the foregoing Withdrawal of Appearance was served electronically by the Court's electronic filing system on all counsel who have consented to such service.

       /s/ Earle I. Erman
Earle I. Erman  (P24296)
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI  48034
Tel:    248/827-4100
E-mail:  eerman@ermanteicher.com

F:\CHAP11\delphi\withdrawal of appearance eie.doc