UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

*OMNIBUS* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:     Schaeffler Canada, Inc. successor-in-interest to FAG BEARING LTD.
                801 Ontario Street
                Stratford, ON N5A 6T2

Transferee:     Contrarian Funds, LLC
                411 West Putnam Avenue, S-225
                Greenwich, CT 06830
                Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Schaeffler Canada, Inc. successor-in-interest to FAG BEARING LTD. (the "Transferor") in the amount of **$861,858.55 ($713,875.05 Unsecured + $147,983.50 Reclamation)** against **Delphi Automotive Systems LLC** and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

SCHAEFFLER CANADA, INC. a successor-in-interest to FAG BEARING LTD, a Canadian corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 24, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of January 2006.

(Assignor)
SCHAEFFLER CANADA, INC.
successor-in-interest to
FAG BEARING LTD.

By: R Hilst
Name: R. U. Hstrom
Title: V.P. Finance Admin

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: [signature]
Name: GIL TENZER
Title: MEMBER

(Assignor)
WITNESS:

By: [signature]
Name: RALPH MOORE
Title: FIN. ACCTG MGR

KL2:2418023.1

01/24/2006 TUE 17:40  FAX    From: unknown    Page: 10/10    Date: 1/24/2006 5:33:50 PM    ⌀010/010

## EVIDENCE OF TRANSFER OF RECLAMATION CLAIM

SCHAEFFLER CANADA, INC. a successor-in-interest to FAG BEARING LTD., a Canadian corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated January 24 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 24 day of January 2006.

(Assignor)
SCHAEFFLER CANADA, INC.
successor-in-interest to
FAG BEARING LTD.

By: R Hichl

Name: R. Hillstrom

Title: VP Finance a Admin.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name: Gail Tenzer

Title: Member

(Assignor)
WITNESS:

By: R Moore

Name: RALPH MOORE

Title: FIN. ACCTG MGR

KL2:2418033.1

# Schedule A

## Schaeffler Canada, Inc. Successor-in-interest to FAG BEARING LTD

| Debtor | Creditor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | FAG BEARING LTD | 05-44480 | 861,858.55 | |
| Delphi Automotive Systems LLC (Unsecured) | | 05-44480 | | 713,875.05 |
| Delphi Automotive Systems LLC (Reclamation) | | 05-44480 | | 147,983.50 |
| **Total** | | | **861,858.55** | **861,858.55** |