P. Gregory Schwed (PS-0861)
William M. Hawkins (WH-1865)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------- X
In re:                                                        :
                                                              :   Chapter 11
                                                              :
DELPHI CORPORATION, et al.,                                   :   Case No. 05-44481 (RDD)
                                                              :   (Jointly Administered)
                  Debtors.                                    :
------------------------------------------------------------- X

### VERIFIED STATEMENT OF
### LOEB & LOEB LLP
### PURSUANT TO BANKRUPTCY RULE 2019

Loeb & Loeb LLP ("Loeb & Loeb") represents the creditors and parties in interest identified below. Pursuant to Federal Rule of Bankruptcy Procedure 2019, Loeb & Loeb makes the following representations:

1. Loeb & Loeb represents the following parties in interest (collectively, the "Creditors"):

> Deloitte & Touche USA
> ("Deloitte & Touche")
> 1633 Broadway
> New York, New York 10019-6708
>
> Kyocera Industrial Ceramics
> Corporation ("Kyocera")
> 2301-300 Cottontail Lane
> Somerset, New Jersey 08873
>
> Interpublic Group of Companies, Inc.
> ("Interpublic")
> 1114 Avenue of the Americas
> 19th Floor
> New York, New York 10036

NY463821.2
01800010133
02/16/2006 mr

2. Deloitte & Touche has recently been retained by the above name debtors ("Debtors") to perform Debtors' 2005 audit, pursuant to an Order of this Court entered January 17, 2006. Kyocera and Interpublic each are pre-petition creditors of the Delphi Corporation ("Delphi") and/or certain of the other Debtors. Also, both Kyocera and Interpublic are or were party to executory contracts with Delphi or other Debtors, and both may also have administrative claims.

3. No present or future claims of these Creditors against the Debtors were "acquired." All were, or will be, incurred in the normal course of such Creditors' business.

4. Deloitte, Kyocera and Interpublic are all regular clients of Loeb & Loeb LLP. Each independently asked Loeb & Loeb LLP to represent its interests in the Debtors' Chapter 11 cases.

5. Upon information and belief, Loeb & Loeb LLP does not hold any claims against or interest in Debtors.

Dated:   New York, New York
         February 16, 2006

                                    Loeb & Loeb LLP

                                    By _____
                                       P. Gregory Schwed (PS-0861)
                                       William M. Hawkins (WH-1865)
                                       345 Park Avenue
                                       New York, New York 10154-0037
                                       212-407-4000

                                    Attorneys for Deloitte & Touche USA,
                                    Interpublic Group of Companies, Inc. and
                                    Kyocera Industrial Ceramics Corporation

I, P. Gregory Schwed, declare under penalty of perjury, that I am a partner of Loeb & Loeb LLP and that I have read the foregoing statement, and that it is true and accurate to the best of my knowledge, information and belief.

P. Gregory Schwed