P. Gregory Schwed (PS-0861)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-0037
212-407-4000

Attorney for The Interpublic
Group of Companies, Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------- X
In re:                                                    :
                                                          :    Chapter 11
                                                          :
DELPHI CORPORATION et al.,                                :    Case No. 05-44481 (RDD)
                                                          :
                    Debtors.                              :    **NOTICE OF APPEARANCE**
                                                          :
---------------------------------------------------------- X

PLEASE TAKE NOTICE that, pursuant to, inter alia, Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and 11 U.S.C. § 1109(b), The Interpublic Group of Companies, Inc. ("Interpublic"), a creditor of one or more of the above-described debtors, hereby appears in the above cases by and through the below-indicated counsel. Interpublic requests that all notices given or required to be given and all papers served or required to be served in the aforesaid cases be given to and served upon:

> P. Gregory Schwed, Esq.
> Loeb & Loeb LLP
> 345 Park Avenue
> New York, New York  10154-0037

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in Bankruptcy Rule 2002, but also all other notices and papers, including but not limited to: notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether

NY462063.1
20299910039
02/16/2006 mr

transmitted or conveyed by mail, delivery, telephone, facsimile transmission, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Interpublic to (i) have final orders in non-core matters entered only after de novo review by the District Court; (ii) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, set-offs or recoupments to which Interpublic is or may be entitled, all of which are expressly reserved.

Dated:   New York, New York
         February 16, 2006

                                        LOEB & LOEB LLP


                                        By _____
                                           P. Gregory Schwed (PS-0861)
                                           345 Park Avenue
                                           New York, New York  10154-0037
                                           (212) 407-4000

                                        Attorney for Creditor
                                        The Interpublic Group
                                        of Companies, Inc.