Thomas R. Slome (TS-0957)
Jil Mazer-Marino (JM-6470)
ROSEN SLOME MARDER LLP
333 Earle Ovington Boulevard
Ninth Floor
Uniondale, New York 11553-3622
(516) 227-1600

Counsel for JAE Electronics, Inc. and
Cherokee North Kansas City, LLC and Co-Counsel
for American Electric Power; Dominion East Ohio;
New York State Electric and Gas Corporation;
Niagara Mohawk Power Corporation; Public Service Electric and
Gas Company; and Rochester Gas & Electric Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) Chapter 11 |
| | ) |
| **DELPHI CORPORATION, INC., et al.,** | ) Case No. 05-44481 (RDD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**VERIFIED STATEMENT PURSUANT TO RULE 2019(a)**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Pursuant to the provisions of Rule 2019(a) of the Federal Rules of Bankruptcy Procedure, Rosen Slome Marder LLP files this Verified Statement of its multiple representations in this case:

1. The name and address of the creditors represented by Rosen Slome Marder LLP are:

    A. American Electric Power
    Attn: Gina E. Mazzei, Esq.
    Legal Department
    P.O. Box 1986
    Charleston, West Virginia 25327-1986

1

    B.    Dominion East Ohio
Attn: Toni Blaha
P.O. Box 26666
Richmond, Virginia 23261

    C.    New York State Electric and Gas Corporation
Attn: Mary C. Haskell
Kirkwood Industrial Park
P.O. Box 5240
Binghamton, New York 13902-5240

    D.    Niagara Mohawk Power Corporation
Attn: William C. Grossman, Esq.
Legal Department
144 Kensington Avenue
Buffalo, New York 14214

    E.    Public Service Electric and Gas Company
Attn: Sheree Kelly, Esq.
80 Park Plaza T5D
P.O. Box 570
Newark, New Jersey 07102

    F.    Rochester Gas & Electric Corporation
Attn: Linda Goldthrite
89 East Avenue
Rochester, New York 14649

    G.    Cherokee North Kansas City, LLC
c/o Brownstein Hyatt & Farber, P.C.
410 Seventeenth Street, 22nd Floor
Denver, CO 80202
Attn: Michael J. Pankow, Esq.

    H.    JAE Electronics, Inc.
142 W. Technology Drive, #100
Irvine, CA 92618
Attn: Thomas D. Hoffmann
    Asst. General Manager
    Administration & Procurement

2. The nature and the amount of claims (interests) and the times of acquisition thereof are as follows:

(a) American Electric Power, Dominion East Ohio, New York State Electric and Gas Corporation, Niagara Mohawk Power Corporation, Public Service Electric and Gas Company, and Rochester Gas & Electric Corporation having against one or more of the above-referenced debtors arising from pre-petition utility usage. (Note, Rosen Slome Marder LLP is co-counsel to these utilities, together with Russell R. Johnson, III, Esq.)

(b) Cherokee North Kansas City, LLC is a landlord of one or more of the above-referenced debtors, having pre- and post-petition claims against one or more of the above-referenced debtors.

(c) JAE Electronics, Inc. is a supplier having pre - and post-petition claims against one or more of the above-referenced debtors.

3. Rosen Slome Marder LLP was retained to represent the foregoing creditors at various times between the debtors' chapter 11 filings in October 2005 through the date hereof.

Dated: Uniondale, New York
February 16, 2006

ROSEN SLOME MARDER LLP

By: /s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

333 Earle Ovington Boulevard
Suite 901
Uniondale, New York 11553-3622
(516) 227-1600

I, Thomas R. Slome, declare under penalty of perjury that the representations in the foregoing statement are true and correct to the best of my knowledge, information and belief.

/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

G:\JAE Electronics\Delphi\LIT\Verified Statement.doc