UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| **DELPHI CORPORATION, INC., <u>et al.</u>,** | ) Case No. 05-44481 (RDD) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Thomas R. Slome, hereby certify that on this 16th day of February 2006, I caused a true and correct copy of the Verified Statement Pursuant To Rule 2019(a) of the Federal Rules of Bankruptcy Procedure to be sent via first-class mail, postage prepaid, on the parties listed below.

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
*Counsel For Debtors*

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York  10036
*Counsel For Debtors*

Douglas P. Bartner, Esq.
Constance A. Fratianni, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York  10022-6069
*Counsel For Debtors*

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Mark A. Broude, Esq.
Robert J. Rosenberg, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
*Counsel For Unsecured Creditors Committee*

/s/ Thomas R. Slome
Thomas R. Slome (TS-0957)

1

G:\JAE Electronics\Delphi\LIT\cos-Verified Statement.doc