# motion for order

Page 2

*Purchase offer*

motion for order

in case no. 05-44481 RDD

we the business a/c holdings investments are willing to purchase as a on going business of delphi corporation of the usa under bankruptcy in the state of new york

we are willing to offer a purchase price for the said mention company after we have looked at the companys profile of their debts and their line of credit for our interest to buy this company

we have been contacted by the law firm of the said mention company that is on this case no 05-44481 RDD [to play a major] role

of a offer


dated calgary alberta canada
january 26th 2006



a/c holdings
investments
calgary alberta

# motion for order

Page 3

          canada
          403 472 8286

        buyers for delphi
        corporation
        pro hac vic

         **motion pending**
----------------------------

         **c anten /ceo**

dated january 26th 2006
calgary alberta canada
403 472 8286

twodogs33@hotmail.com

email address



**a/c holdings investments canada /usa**

*Calgary Alberta*
403 4728286
*Canada.*

January 27, 2006

a/c holdings
financing
canada

Dear:

in to respect to a purchase offer for the company of delphi corporation we have filed a motion within this court as follow to be heard

our interest is to improve the company from a stand point within the union and the company as a sale to a new owner that has a great interest of making it profitable and managable for all parties

a/c holdings investments canada 403 472 8286

twodogs33@hotmail.com

**united states bankrutcy court**            **chapter 11**

**case no.**
**southern district of new york**            05— *4448/* [RDD]
**[jointly] administerd**

----------------------------------------

**in re**

**delphi corporation et al.,**

**debtors**


RECEIVED FEB 6 2006 U.S BANKRUPTCY COURT SO. DIST. OF NEW YORK