# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| DELPHI MEDICAL SYSTEMS TEXAS CORPORATION | Case No. 05-44511 |
| ("the Debtors") | Claim No.: <u>Sched. F Claim</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, ABLE ELECTRONICS CORPORATION, A DIVISION OF SIGMATRON INTERNATIONAL, INC., IN THE AMOUNT OF $145,020.66, TO KS CAPITAL PARTNERS, L.P.

**To Transferor:**

>ABLE ELECTRONICS CORPORATION, A DIVISION
>OF SIGMATRON INTERNATIONAL, INC.
>ATTN: LINDA K. BLAKE, C.F.O.
>2201 LANDMEIER ROAD
>ELK GROVE, IL 60007

PLEASE TAKE NOTICE that the transfer of $145,020.66 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   KS Capital Partners, L.P.
11 West 42nd Street, 30th Floor
New York, NY 10036

The evidence of transfer of claim is attached hereto. A page from the claim agent's records listing the Scheduled Claim is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO:        Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:    Able Electronics Corporation, a corporation organized under the laws of the State of Delaware ("Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does here by unconditionally and irrevocably sell, transfer and assign unto KS Capital Partners, L.P. organized under the laws of the State of Delaware, with offices at 11 West 42nd Street, 30th Floor, New York, NY 10036, or its successors and assigns ("Assignee") all rights, title and interest in and to the claim of Assignor in the principal amount of $145,020.66, against Delphi Medical Systems Texas Corporation, (the "Debtor") in the United States Bankruptcy Court, for the Southern District of New York or any other court with jurisdiction over the bankruptcy Proceedings ("Bankruptcy Court"), Case No. 05-44511.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

IN WITNESS WHEREOF, dated the 8th day of February, 2006.

Able Electronics Corporation

By: _Linda K Blake_ (signature)
Name: Linda K Blake
Title: CFO
Telephone: 847-956-8000

WITNESS:

By: _____
Name:

5

# EXHIBIT

# A

## Creditor Data

| | |
|---|---|
| **Creditor Name:** Able Electronics Corporation<br>**Creditor Notice Name:** Peggy Dodd | **Date Claim Filed:**<br>**Delphi Claim #:**<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Medical Systems Texas Corporation<br>**Case Number:** 05-44511 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:** F<br>**Schedule Amt:** $145,020.66 | |