United States Bankruptcy Court
For the Southern District of New York

---

DELPHI AUTOMOTIVE SYSTEMS LLC                   } Chapter 11
                                                }
                                                }
                                                }
                                                }
                                                } Case No.
                                                } 05-44640
                                                }
Debtor                                          } Amount $61,352.49

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**DETROIT HEADING LLC**
**PO BOX 6700 DEPT 103801**
**DETROIT, MI 48267**

The transfer of your claim as shown above in the amount of $61,352.49 has been transferred to:

      **Liquidity Solutions, Inc.**
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      <u>By:/s/ Jeff Caress</u>
      Liquidity Solutions, Inc.
      dba Revenue Management
      (201) 968-0001

778982

## Transfer Notice

Detroit Heading LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Delphi Automotive Systems LLC.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $61,352.49 representing all claims against the Debtor in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __6TH__ day of __February__, 2006.

WITNESS:
Detroit Heading LLC

REVENUE MANAGEMENT

By: _____
(Signature)

By: _____
(Signature)

DANIEL T. STOJANSKI / TREASURER
(Print Name and Title)

JEFFREY CARES
(Print Name and Title)