UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re                                              :     Chapter 11 Case

Delphi Corporation                                       Case No. 05-44481 (RDD)
                                                         (Jointly Administered)

                                                   :

           Debtors.

                                                   :

-------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:     **ALPS AUTOMOTIVE, INC. ("Transferor")**
             900 E. Hamilton Avenue
             Suite 500
             Campbell, CA 95008
             Attention: Michael Mitchel

2.   Please take notice of the transfer of $6,140,513.59 of your claim represented by the Proof of Claim a copy of the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

             **BEAR STEARNS INVESTMENT PRODUCTS INC. ("Transferee")**
             383 Madison Ave.
             New York, NY 10179
             Attention: Laura L. Torrado

3.   No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

     --      **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

             Clerk of the Court
             United States Bankruptcy Court
             Southern District of New York
             One Bowling Green
             New York. NY 10004

040-2541/COURT/673184.1

- - **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

- - Refer to **INTERNAL CONTROL NO.** ____ in your objection.

4. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____ 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

[ATTACH EVIDENCE OF TRANSFER]

## EVIDENCE OF TRANSFER OF CLAIMS

TO: THE DEBTORS AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, ALPS AUTOMOTIVE, INC. ("Assignor") has unconditionally and irrevocably sold, transferred and assigned to BEAR STEARNS INVESTMENT PRODUCTS INC. ("Assignee") all of its right, title, interest in the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) set forth in the proofs of claim attached hereto in the aggregate amount of $6,140,513.59 (collectively, the "Subject Claims"), filed against one or more of the debtors-in-possession (collectively, the "Debtors") in the jointly administered chapter 11 cases, Case No. 05-44481 (RDD) (collectively, the "Cases"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), *provided*, that such assignment, sale and transfer is subject to the following: Notwithstanding such assignment of the Subject Claims and related rights, Assignor has retained the sole standing, right, power of attorney and interest to defend against any dispute with respect to any of the Subject Claims, to prosecute and seek allowance of any of the Subject Claims, to compromise or dispose of the Subject Claims on either a consensual or nonconsensual basis, and to otherwise seek disposition of the Subject Claims, or any portions thereof, all to the exclusion of any such standing, power or right of Assignee.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Subject Claims and recognizing the Assignee as the sole owner and holder of the claim, subject to the proviso set forth above with respect to standing to defend and prosecute the Subject Claims. Assignor and Assignee request the Debtors, the Bankruptcy Court and all other interested parties to direct all further notices relating to the Subject Claims to both Assignor and Assignee, and to direct all payments or distributions of money or property on account of the Subject Claims solely to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIMS IS JOINTLY EXECUTED BY ASSIGNOR AND ASSIGNEE ON THIS 6th day of February 2006.

ASSIGNOR:

ALPS AUTOMOTIVE, INC.

By: _____
Michael Mitchell, President

ASSIGNEE:

BEAR STEARNS INVESTMENT PRODUCTS INC.

By: _____
    Name:              DERMOTT
    Title:             PRESIDENT

98168.4.DOC

TOTAL P.03

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor  Delphi Corporation | Case No. 05-44481 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Alps Automotive, Inc. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name and address where notices should be sent: Merle C. Meyers, Esq. Goldberg Stinnett Meyers & Davis 44 Montgomery Street, Suite 2900 San Francisco, CA 94104 Telephone Number: 415-362-5045 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____ |
|---|---|

**1. Basis for Claim:**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other  Reclamation – 11 U.S.C. 546(c)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below) Last four digits of SS #: _____ Unpaid compensation for services performed from _____ to _____ (date) (date)

**2. Date debt was incurred:  2004 - 2005**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $6,140,513.59
As set forth in Attachment 1, this total includes a claim of reclamation pursuant to 11 U.S.C. § 546(c).
☐ Check this box if: a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority:
Amount entitled to priority $_____
Specify the priority of the claim: _____
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim above, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(A)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5. Total Amount of Claim at Time Case Filed:**   $6,140,513.59   $_____   $_____   $6,140,513.59
                                                   (unsecured)      (secured)   (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7 Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8 Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date 02/06/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Merle C. Meyers, Esq. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

10233 99935.3.doc

**EXHIBIT A**