# EXHIBIT C

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| 3M Co | G (Top 50 Creditors) | Matters Listed Under Minnesota Mining and Manufacturing Company |
| AB SKF | Q (Major Suppliers) | Antitrust Matter Listed Under Colinx |
| ADEM - Water Division - Compliance Unit of Ground Water Branch (Alabama) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| ADEQ Tanks Program Division - Inspection and Compliance Unit (Arizona) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Arizona; Nothing Specific For This Entity |
| Affinia | Q (Major Suppliers) | Foreign Trade Controls Matter |
| AFL-CIO Local 755 | F (Parties to Litigation and Their Counsel) | Matter For American Federation of Government Employees (Parent Organization) |
| AFL-CIO Local 755 | T (Unions Representing Company Employees) | Matter For American Federation of Government Employees (Parent Organization) |
| AIG Excess Casualty North America (Lexington) | D (Insurers) | Multiple Matters For Parent Company, Other Subsidiaries, and Affiliates |
| AIG Worldsource | D (Insurers) | Multiple Matters For Parent Company, Other Subsidiaries, and Affiliates |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Air Liquide Industrial US LP | O (Lienholders and Other Significant Lenders) | Antitrust Matter For Givaudan (Subsidiary of Air Liquide) |
| Air Resources Board (ARB) (California) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| Alabama Department of Environmental Management | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| Alabama Power Co. | M (Counterparties to Major Contracts) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| Alcan Inc. | Q (Major Suppliers) | Antitrust and Patent Issues |
| Alcoa Inc | G (Top 50 Creditors) | Multiple Matters For Howmet Company, Of Which Alcoa Owns 85%. Antritrust and Patent Issues For Alcan (Subsidiary) |
| Allied World Assurance Holdings, Ltd | D (Insurers) | Matters For AIG and Units of Goldman Sachs, Whom Are Shareholders |
| Alltel | M (Counterparties to Major Contracts) | Telecommunications Matter For Pacific Telecom (Subsidiary) |
| Alps Electric Co Ltd | G (Top 50 Creditors) | Litigation, Tax, and Securities Matters |
| Aluminum Company of the Americas | Q (Major Suppliers) | Matters For Howmet Company, Of Which Alcoa (Short Form Name) Owns 85%. Open Antritrust and Patent Issues For Alcan (Subsidiary) |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| American Equipment Leasing | O (Lienholders and Other Significant Lenders) | Multiple Matters For Citigroup (Parent Company) |
| American Finance Group | L (Counterparties to Major Leases) | Three Insurance Matters For American Premier Underwriters (American Financial Group) |
| Apple | F (Parties to Litigation and Their Counsel) | Multiple Legislation and Intellectual Property Matters For The Business Software Alliance; Apple is a Member of This Group |
| Arizona Department of Energy | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Arizona; Nothing Specific For This Entity |
| Arnold & Porter | F (Parties to Litigation and Their Counsel) | General Litigation Matter |
| Arvin Meritor | P (Major Customers) | Foreign Trade Controls Matter |
| AT&T Corp. | M (Counterparties to Major Contracts) | Multiple Employee Plans and Insurance Matters |
| Ayco Company LP | D (Insurers) | Goldman Sachs (Parent Company); Multiple Matters For Goldman Sachs |
| Balch & Bingham LLP | E (Professionals for the Past Three Years) | C&B Represents a Partner at Balch & Bingham (Robert W. Johnson II) in a Personal Matter; Two Other Open Personal Accounts for the Firm, Which Have Not Been Recently Used |
| Banc of America Securities LLC | K (Underwriters of Securities Issued by the Company) | Matter For Bank of America Securities (Parent Company); Multiple Matters For Bank of America N.A. |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Banco Santander Central Hispano S.A. | C (All Lenders) | Banking Matter For Abbey National plc (Related Entity) |
| Bank of America, N.A. | C (All Lenders) | Multiple Matters |
| Bank of New York | C (All Lenders) | Matters in Foreign Trade Controls, Finance and Bankruptcy |
| Bank One Michigan | O (Lienholders and Other Significant Lenders) | Acquired by JP Morgan Chase & Co. in 2004; Matters For JP Morgan and Bank One |
| Bank One Trust Company N.A. | J (Indenture Trustees) | Acquired by JP Morgan Chase & Co. in 2004; Matters For JP Morgan and Bank One |
| Bank One, NA | O (Lienholders and Other Significant Lenders) | Acquired by JP Morgan Chase & Co. in 2004; Matters For JP Morgan and Bank One |
| BB&T Capital Markets | K (Underwriters of Securities Issued by the Company) | Four Federal Election Law Matters |
| Bear Stearns | I (Record Note holders holding 5% or more) | Multiple Matters |
| Bear Stearns Inverstment Products | C (All Lenders) | Multiple Matters |
| Bell South | M (Counterparties to Major Contracts) | Communications Matter |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Blue Cross Blue Shield | M (Counterparties to Major Contracts) | Multiple Matters For Various Subsidiaries and Related Companies |
| BNP Paribas | C (All Lenders) | Antitrust Matter |
| BNP Paribas Securities Corp | K (Underwriters of Securities Issued by the Company) | Antitrust Matter For Parent Company (BNP Paribas) |
| Burson Marsteller | E (Professionals for the Past Three Years) | Food and Drug Matters For APCO Worldwide and GCI Group (Subsidiary of Parent Company: WPP Group) |
| C.E. Communication | M (Counterparties to Major Contracts) | Employee Plans Matters For Interpublic Group (Parent Company) |
| C.N.A. | R (Letter of Credit Issuers and Beneficiaries) | Matters For Subsidiaries of Loews Corp. (Also Parent of C.N.A. Insurance Companies, Columbia Casualty Company, Continental Casualty) |
| C.N.A. Financial Insurance | D (Insurers) | Matters For Subsidiaries of Loews Corp. (Also Parent of C.N.A. Insurance Companies, Columbia Casualty Company, Continental Casualty) |
| Cadillac | F (Parties to Litigation and Their Counsel) | Environmental and Foreign Trade Controls Matters Under General Motors (Parent Company) and Other Subsidiaries |
| California Environmental Protection Agency: (Cal EPA) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| Calyon New York Branch | C (All Lenders) | Multiple Bankruptcy Matters |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Cambrex Bio Science | Q (Major Suppliers) | Food and Drug Matter Listed Under Cambrex Corp. |
| Candlewood Capital Partners LLC | C (All Lenders) | Corporate Governance Matter |
| Canon Financial Services | O (Lienholders and Other Significant Lenders) | Matters For Parent Canon |
| Canyon Capital CDO 2002-1 Ltd. | C (All Lenders) | Two Communications Matters; Managed by Canyon Capital Advisors LLC, sub of Canyon Partners, Inc. |
| Capital Group International, Inc. | H (Holders of 5% or More of Any Outstanding Equity Security of the Company) | One Tax and One Litigation Advice Matter For Subsidiaries of Parent Capital Group Companies |
| Capital Resource Group International, Inc. | H (Holders of 5% or More of Any Outstanding Equity Security of the Company) | One Tax and One Litigation Advice Matter For Subsidiaries of Parent Capital Group Companies |
| Cardinal Health | Q (Major Suppliers) | Insurance Matter For Parent Cardinal Healthcare |
| Cardinal Health 200, Inc. | M (Counterparties to Major Contracts) | Insurance Matter For Parent Cardinal Healthcare |
| Cardinal Health Canada 301, Inc. | Q (Major Suppliers) | Insurance Matter For Parent Cardinal Healthcare |
| Cellco Partnership | M (Counterparties to Major Contracts) | Matters For Verizon, A Related Entity |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Certified Unified Program Agencies (CUPA) (California) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| Cigna Behavioral Health | M (Counterparties to Major Contracts) | Matter For Related Entity Connecticut General Life Insurance Company |
| CIGNA Corporation | G (Top 50 Creditors) | Matter For Related Entity Connecticut General Life Insurance Company |
| Citibank N.A. | C (All Lenders) | Multiple Matters For Citigroup (Parent Company) |
| Citibank Texas, National Association | F (Parties to Litigation and Their Counsel) | Multiple Matters For Citigroup (Parent Company) |
| Citicorp USA Inc. | C (All Lenders) | Multiple Matters For Citigroup (Parent Company) |
| Citicorp Vendor Finance, Inc. | O (Lienholders and Other Significant Lenders) | Multiple Matters For Citigroup (Parent Company) |
| Citigroup | I (Record Note holders holding 5% or more) | Multiple Matters For Citigroup (Parent Company) |
| Citigroup Financial Products Inc. | C (All Lenders) | Multiple Matters For Citigroup (Parent Company) |
| Citigroup Global Markets Inc. | K (Underwriters of Securities Issued by the Company) | Multiple Matters For Citigroup (Parent Company) |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
| --- | --- | --- |
| City of Flint, Michigan | G (Top 50 Creditors) | Joint-State and Federal Benefits Matters For The State of Michigan; Nothing Specific For This Entity |
| City of Laurel, Mississippi | L (Counterparties to Major Leases) | Two Joint-State Matters For The State of Mississippi; Nothing Specific For Laurel, MS. |
| CNA Financial Insurance | N/A | Multiple Matters For Subsidiaries of Loews Corp. (Also Parent of C.N.A. Insurance Companies, Columbia Casualty Company, Continental Casualty) |
| CNA Insurance Companies | N/A | Multiple Matters For Subsidiaries of Loews Corp. (Also Parent of C.N.A. Insurance Companies, Columbia Casualty Company, Continental Casualty) |
| Colorado Department of Public Health and Environment (DPHE) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matter For The State of Colorado; Nothing Specific For This Entity |
| Columbia Casualty Insurance Company | D (Insurers) | Multiple Matters For Subsidiaries of Loews Corp. (Also Parent of C.N.A. Insurance Companies, Continental Casualty) |
| Commissariat a L'Energie Atomique | Q (Major Suppliers) | Parent of Areva (Advisory), Alstom Power, Inc. (Insurance), Framatome ANP, Inc. (Energy); Three Matters Listed (Advisory, Energy, and Insurance) |
| Compaq Financial Services Corporation | O (Lienholders and Other Significant Lenders) | Multiple Matters For Related Party Hewlett-Packard |
| Compliance Counsel, Lear Corporation | F (Parties to Litigation and Their Counsel) | Two Matters (Corporate Governance and Securities Advice) Listed Under Lear Corporation |
| Connecticut General Life Insurance Company | M (Counterparties to Major Contracts) | Matter For Related Entity Connecticut General Life Insurance Company |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Constellation NewEnergy TX | M (Counterparties to Major Contracts) | General Corporate Matter For Constellation Energy |
| Continental Gummi-Werke AG | Q (Major Suppliers) | Also Known As Continental AG; Some Organizational and Governance Matters For Subsidiaries |
| Coral Energy Resources, LP | D (Insurers) | Matters For Subsidiaries of Related Party Shell Oil |
| County of Marquette, Michigan | L (Counterparties to Major Leases) | Joint-State and Federal Benefits Matters For The State of Michigan; Nothing Specific For This Entity |
| Credit Lyonnais | O (Lienholders and Other Significant Lenders) | Matters For Subsidiaries of Related Party Calyon |
| Credit Suisse First Boston LLC | K (Underwriters of Securities Issued by the Company) | One Open Matter |
| CSFB | E (Professionals for the Past Three Years) | One Open Matter |
| Cummins | P (Major Customers) | Matter For Related Party Cummins Engine Company |
| Dana Corp | G (Top 50 Creditors) | Multiple Matters |
| Dana Corp Global Production WHS | F (Parties to Litigation and Their Counsel) | Multiple Matters |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| Danzas AEI | N/A | Bank and Finance Matter For Related Party Deutsche Postbank AG |
| Deloitte & Touche | Q (Major Suppliers) | Mergers and Aquisitiions, Government and Securities Matters For Various Subsidiaries |
| Deloitte Touche Tohmatsu | E (Professionals for the Past Three Years) | Mergers and Aquisitiions, Government and Securities Matters For Various Subsidiaries |
| Department of Toxic Substances Control (California) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| Deutsche Bank AG | C (All Lenders) | Multiple Matters For Deutsche Bank and Other Subsidiaries (Real Estate, Trusts and Estates, etc...) |
| Deutsche Bank Securities Inc. | K (Underwriters of Securities Issued by the Company) | Multiple Matters For Deutsche Bank and Other Subsidiaries (Real Estate, Trusts and Estates, etc...) |
| Deutsche Bank Trust Company America | C (All Lenders) | Multiple Matters For Deutsche Bank and Other Subsidiaries (Real Estate, Trusts and Estates, etc...) |
| E I Dupont de Nemours & Co Inc | Q (Major Suppliers) | Employee Plans Matter For Related Party DuPont Company |
| E I Dupont de Nemours & Co TX | G (Top 50 Creditors) | Employee Plans Matter For Related Party DuPont Company |
| Eaton Corporation | F (Parties to Litigation and Their Counsel) | One Open Matter |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| EDS | E (Professionals for the Past Three Years) | Health Care Matter |
| Elco Textron Fastening Systems | F (Parties to Litigation and Their Counsel) | Foreign Trade Control and Employee Plan Matters For Parent Textron |
| Erie Cnty Dept Environ Serv. OH | M (Counterparties to Major Contracts) | Multiple Joint-State and Healthcare Matters For The State of Ohio; Nothing Specific For This Entity |
| Ernst & Young | E (Professionals for the Past Three Years) | Criminal Representation Matter |
| Federal Mogul Corp. | Q (Major Suppliers) | M&A and Anti-Trust Matters |
| Fidelity | E (Professionals for the Past Three Years) | Insurance Matter |
| First National Bank of Chicago | N/A | Subsidiary of JP Morgan Chase; Multiple Matters |
| Fitzgerald Wtr Lgt&Bond Com GA | M (Counterparties to Major Contracts) | Joint-State Matter For The State of Georgia; Nothing Specific For This Entity |
| Flagship Capital | N/A | Multiple Matters For Related Party Bank of America |
| Fleishman Hillard Japan, Inc | E (Professionals for the Past Three Years) | Fleishman Hillard Part of Omnicom; Criminal Representation and Food and Drug Matters |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Flint (City of) MI | M (Counterparties to Major Contracts) | Joint-State and Federal Benefits Matters For The State of Michigan; Nothing Specific For This Entity |
| Ford Motor Company | F (Parties to Litigation and Their Counsel) | Tax and Trade Controls Matters For Volvo |
| Ford Motor Land Development Corporation | L (Counterparties to Major Leases) | Tax and Trade Controls Matters For Volvo |
| Fujitisu Ltd | Q (Major Suppliers) | Environmental Matter in Europe |
| General Electric Capital Corporation | C (All Lenders) | Multiple Matters Listed For Parent Company and Various Subsidiaries |
| General Electric Co Inc | G (Top 50 Creditors) | Multiple Matters Listed For Parent Company and Various Subsidiaries |
| General Motors Corporation | L (Counterparties to Major Leases) | Environmental and Foreign Trade Controls Matters Under Related Party General Motors and Subsidiaries |
| General Motors Daewoo Auto and Technology | F (Parties to Litigation and Their Counsel) | Environmental and Foreign Trade Controls Matters Under Related Party General Motors and Subsidiaries |
| General Motors Investment Management Corporation | M (Counterparties to Major Contracts) | Environmental and Foreign Trade Controls Matters Under General Motors (Parent Company) and Subsidiaries |
| Georgia Department of Natural Resources | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matter For The State of Georgia; Nothing Specific For This Entity |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Germain's Technology Group | L (Counterparties to Major Leases) | Food and Drug Matter For Related Party Associated British Foods |
| GM do Brazil | M (Counterparties to Major Contracts) | Environmental and Foreign Trade Controls Matters Under Related Party General Motors and Subsidiaries |
| GM France | M (Counterparties to Major Contracts) | Environmental and Foreign Trade Controls Matters Under Related Party General Motors and Subsidiaries |
| GM License Exchange | M (Counterparties to Major Contracts) | Environmental and Foreign Trade Controls Matters Under Related Party General Motors and Subsidiaries |
| GMPT | F (Parties to Litigation and Their Counsel) | Health Care Matter For Related Party Electronic Data Systems |
| Goldman Sachs | I (Record Note holders holding 5% or more) | Multiple Matters For Goldman Sachs and Other Subsidiaries |
| Goldman Sachs Credit Partners L.P. | C (All Lenders) | Multiple Matters For Goldman Sachs and Other Subsidiaries |
| Harley Davidson | P (Major Customers) | Multiple Matters |
| Hella Kgaa Hueck & Co. | Q (Major Suppliers) | Antitrust Matter |
| Henry County REMC IN | M (Counterparties to Major Contracts) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Hill & Knowlton | E (Professionals for the Past Three Years) | Food and Drug Matters For APCO Worldwide and GCI Group (Subsidiary of Parent Company: WPP Group) |
| Hitachi Automotive | Q (Major Suppliers) | Sarbarnes-Oxley Matter and EU Environmental Law Matter For Hitachi, Ltd. (Parent Company) |
| Hitachi Credit America Corp. | O (Lienholders and Other Significant Lenders) | Sarbarnes-Oxley Matter and EU Environmental Law Matter For Hitachi, Ltd. (Parent Company) |
| Hitachi Ltd | G (Top 50 Creditors) | Sarbarnes-Oxley Matter and EU Environmental Law Matter For Hitachi, Ltd. |
| Honda | P (Major Customers) | General and Customs Matters For American Honda Motor Company (Subsidiary) |
| Honeywell ACS Sensing & Control | F (Parties to Litigation and Their Counsel) | Employee Plans Matters In US; Other Data Protection and Foreign Trade Controls Matters In Europe |
| HP Finance | L (Counterparties to Major Leases) | Multiple Matters For Hewlett-Packard and Subsidiaries |
| HSBC Bank USA, National Association | C (All Lenders) | Consumer Protection Matter For Household International (Related Entity Became Part of HSBC in 2003) |
| HSBC Securities (USA) Inc. | K (Underwriters of Securities Issued by the Company) | Consumer Protection Matter For Household International (Related Entity Became Part of HSBC in 2003) |
| IBM Corporation | M (Counterparties to Major Contracts) | Multiple Matters |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| IDEM - Office of Land Quality (Indiana) | R (Letter of Credit Issuers and Beneficiaries) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |
| IDEM - Office of Land Quality (Indiana) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |
| IDS Life Insurance Company | C (All Lenders) | General Matter For Related Party American Express |
| Illinois Environmental Protection Agency | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Illinois; Nothing Specific For This Entity |
| Illinois Tool Works Inc | G (Top 50 Creditors) | General and Insurance Matters |
| Ina-Schaeffler KG | Q (Major Suppliers) | Antitrust Matter For Related Party Endorsia.com International AB |
| Indiana -American Water Company, Inc. | M (Counterparties to Major Contracts) | Two Foreign Trade Control Matters For Parent, RWE AG |
| Indiana Department of Environmental Management (IDEM) | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |
| ING Capital LLC | C (All Lenders) | Matters For ING Bank and Various Subsidiaries |
| ING Investment Management CLO I, Ltd | C (All Lenders) | Matters For ING Bank and Various Subsidiaries |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| ING Prime Rate Trust | C (All Lenders) | Matters For ING Bank and Various Subsidiaries |
| ING Senior Income Fund | C (All Lenders) | Matters For ING Bank and Various Subsidiaries |
| Ino Therapeutics, Inc. | Q (Major Suppliers) | Food and Drug Matter For Parent LindeGas LLC |
| Insurance Company of the State of Pennsylvania | D (Insurers) | Various Matters For Multiple Related Entities |
| Integrated Therapeutics Group, Inc. | M (Counterparties to Major Contracts) | Multiple Matters For Parent Schering-Plough |
| Integrated Waste Management Board (CIWMB) (California) | S (State and Other Governmental Authorities With an Interest in the Company) | Open Matters Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| Intel Corporation | M (Counterparties to Major Contracts) | Multiple Matters For Business Software Alliance; Intel is a Policy Only Member of This Organzation |
| Intellectual Property Mining | M (Counterparties to Major Contracts) | Two Bankruptcy Matters For IPM Inc. |
| International Truck | F (Parties to Litigation and Their Counsel) | Employee Plans Matter |
| Invensys | F (Parties to Litigation and Their Counsel) | Foreign Trade Controls Matter |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Isuzu Group | P (Major Customers) | Bankruptcy Matter For Related Party Isuzu Motors Limited |
| Isuzu Motors Polska Sp Zo O | P (Major Customers) | Bankruptcy Matter For Related Party Isuzu Motors Limited |
| ITW Shakeproof Automotive | Q (Major Suppliers) | General and Insurance Matters For Illinois Tool Works |
| ITW Tomco | Q (Major Suppliers) | General and Insurance Matters For Illinois Tool Works |
| J.P. Morgan Securities Inc. | K (Underwriters of Securities Issued by the Company) | Multiple Matters For Parent J.P. Morgan and Other Subsidiaries |
| J.P. Morgan Trust Company | J (Indenture Trustees) | Multiple Matters For Parent J.P. Morgan and Other Subsidiaries |
| John Deere | Q (Major Suppliers) | Multiple Matters For Parent Deere and Co. |
| Johnson Controls | P (Major Customers) | Insurance Matter |
| Johnson Matthey PLC | R (Letter of Credit Issuers and Beneficiaries) | Food and Drug Matter |
| JPMorgan Chase Bank, N.A. | C (All Lenders) | Multiple Matters For Parent J.P. Morgan and Other Subsidiaries |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Kansas Department of Health & Environment | S (State and Other Governmental Authorities With an Interest in the Company) | Health Care and Federal Benefits Matters For The State of Kansas; Nothing Specific For This Entity |
| Kautex | P (Major Customers) | Foreign Trade Control and Employee Plan Matters For Textron (Parent Company), Which is a Firm Client |
| KDHE- Bureau of Environmental Remediation - Storage Tank Section (Kansas) | S (State and Other Governmental Authorities With an Interest in the Company) | Health Care and Federal Benefits Matters For The State of Kansas; Nothing Specific For This Entity |
| Kentucky Environmental and Public Protection Cabinet | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Kentucky; Nothing Specific For This Entity |
| Killam Industrial Development Partnership, Ltd. | L (Counterparties to Major Leases) | Two Criminal Representation Matters For Killam Group, Inc. |
| KKR Financial | N/A | Mattters Specific to Kohlberg, Kravis, & Roberts--Firm Client (Energy, Bankruptcy, Food and Drug, and Litigation Advice Matters) |
| Kokomo Wastewater (City of) IN | M (Counterparties to Major Contracts) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |
| Kyocera Mita America, Inc. | O (Lienholders and Other Significant Lenders) | Antitrust Matter For AVX Corporation |
| L-3 Communications | Q (Major Suppliers) | Criminal Representation Matter Listed For Level 3 Communications, Inc. |
| LaSalle Bank National Association | O (Lienholders and Other Significant Lenders) | Insurance Matter For Parent LaSalle Bank National Association |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| LaSalle National Bank, as Trustee under Trust No 115897 | L (Counterparties to Major Leases) | Insurance Matter For Parent LaSalle Bank National Association |
| Lear Corporation | M (Counterparties to Major Contracts) | One Corporate Governance and One Securities Advice Matter Listed Under Lear Corporation |
| Leasenet Group, Inc. | N/A | Securities Litigation For Parent Huntington Bancshares, Inc. |
| Limestone County Commission AL | M (Counterparties to Major Contracts) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| Limestone County Wtr & Swr AL | M (Counterparties to Major Contracts) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| Linklaters | E (Professionals for the Past Three Years) | Finance Matter |
| Lockheed Martin Energy Systems (Oak Ridge Lab) | M (Counterparties to Major Contracts) | Four Enivronmental Advice and Real Estate Matters For Parent Lockheed Martin |
| Lockport (City of) NY | M (Counterparties to Major Contracts) | Joint-State Matters For The State of New York; Nothing Specific For That Entity |
| Lucent Technologies | M (Counterparties to Major Contracts) | Multiple Employee Plan Matters For Lucent Technologies and AG Communications Systems Corp. (Subsidiary) |
| Magna Intier | P (Major Customers) | Federal Election Law Matter For Magna International, Inc. (Subsidiary of Parent Company) |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| Magnavox Government and Industrial Electronics Company | M (Counterparties to Major Contracts) | This Company No Longer Exists. It Was Acquired By Hughes Aircraft Company in 1995. Hughes Aircraft is Now a Subsidiary of Raytheon. Open Environmental Matter For Raytheon |
| Marsh & McLennan Cos. | F (Parties to Litigation and Their Counsel) | Health Care Matter |
| Matsushita Electric Corporation of America | M (Counterparties to Major Contracts) | Three Matters For Subsidiaries of Parent Company; Multiple Matter Types |
| Matsushita Electric Industrial | G (Top 50 Creditors) | Three Matters For Subsidiaries of Parent Company; Multiple Matter Types |
| Matsushita Electrical Industrial Company | M (Counterparties to Major Contracts) | Three Matters For Subsidiaries of Parent Company; Multiple Matter Types |
| McCann-Erickson | E (Professionals for the Past Three Years) | Multiple Employee Plans Matters For Parent Interpublic Group of Companies |
| MCI Worldcom Communications, Inc | M (Counterparties to Major Contracts) | Multiple Closed Matters; Corporate Governance Matter For Wayne Huyard, President of MCI Mass Markets |
| Meadwestvaco Corp | Q (Major Suppliers) | Multiple Employee Plans Matters and One General Matter |
| Medstat Group, Inc. | M (Counterparties to Major Contracts) | Multiple M&A Matters and One Litigation Advice Matter For Parent The Thomson Company, Inc. |
| Medtronic Navigation | Q (Major Suppliers) | Various Matters in the US and Europe |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Merrill Lynch, Pierce, Fenner & Smith Incorporated | K (Underwriters of Securities Issued by the Company) | Criminal Representation Matter For an Executive of Parent Merrill Lynch |
| Metlife | M (Counterparties to Major Contracts) | Several Legislative Matters |
| Metlife (Dental) | M (Counterparties to Major Contracts) | Several Legislative Matters |
| Metlife Capital LP | O (Lienholders and Other Significant Lenders) | Several Legislative Matters |
| Microsoft Services | Q (Major Suppliers) | Multiple Matters |
| Milacron Marketing Company | O (Lienholders and Other Significant Lenders) | Insurance Matter For Parent Milacron, Inc. |
| Mineba Co Ltd | Q (Major Suppliers) | Government Contracts Matter Listed Under NMB (USA) Inc. |
| Minnesota Pollution Control Agency | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of Minnesota; Nothing Specific For This Entity |
| Minolta Business Solutions, Inc. | O (Lienholders and Other Significant Lenders) | Matter For Parent Konica Minolta in Europe |
| Minolta Business Systems, Inc | N/A | Matter For Parent Konica Minolta in Europe |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Mississippi Department of Environmental Quality | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Mississippi; Nothing Specific For This Entity |
| Missouri Department of Natural Resources | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Missouri; Nothing Specific For This Entity |
| Mitsubishi | P (Major Customers) | Various Matters For Parent Company and Other Subsidiaries |
| Mitsubishi Electric | Q (Major Suppliers) | Open Matter in Europe; Also Other Mitsubishi Matters Under Parent Company and Other Subsidiaries |
| Monroe County Water Authority NY | M (Counterparties to Major Contracts) | Joint-State Matters For The State of New York; Nothing Specific For This Entity |
| Montgomery City San Eng Dept OH | M (Counterparties to Major Contracts) | Multiple Joint-State and Healthcare Matters For The State of Ohio; Nothing Specific For This Entity |
| Morgan Stanley & Co. Incorporated | K (Underwriters of Securities Issued by the Company) | Multiple Matters For Parent Company and Other Subsidiaries |
| Morgan Stanley Senior Funding, Inc. | C (All Lenders) | Multiple Matters For Parent Company and Other Subsidiaries |
| Motorola Automotive | Q (Major Suppliers) | Multiple Matters For Parent Motorola and Other Subsidiary (Next Level Communications) |
| Motorola Credit Corporation | O (Lienholders and Other Significant Lenders) | Multiple Matters For Parent Motorola and Other Subsidiary (Next Level Communications) |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Motorola Quadrasteer | F (Parties to Litigation and Their Counsel) | Multiple Matters For Parent Motorola and Other Subsidiary (Next Level Communications) |
| Motorola, Inc. | N/A | Multiple Matters For Parent Motorola and Other Subsidiary (Next Level Communications) |
| MPEG LA | M (Counterparties to Major Contracts) | Joint-State and Federal Benfits Matters For The State of Louisiana; Nothing Specific For This Entity |
| National City Bank | C (All Lenders) | Multiple Financial and Regulatory Matters |
| National Semiconductor | Q (Major Suppliers) | Foreign Trade Controls Matter |
| Navistar International | P (Major Customers) | Employee Plans Matters Listed Under International Truck and Engine Corporation, Which is Noted as the Operating Name |
| NEC Corp | G (Top 50 Creditors) | Environmental Matter In Europe For the Japanese Business Council; NEC is a Member of This Group |
| NEC Electronics | Q (Major Suppliers) | Environmental Matter In Europe For the Japanese Business Council; NEC is a Member of This Group |
| New Brunswick (City of) NJ | M (Counterparties to Major Contracts) | Multiple Joint-State and Healthcare Matters For The State of New Jersey; Nothing Specific For This City. |
| New York State Elec & Gas NY | M (Counterparties to Major Contracts) | Insurance Matter For Parent Energy East Management Corporation |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Nextel | M (Counterparties to Major Contracts) | Nextel and Sprint Merged Effective 8/12/2005; One Insurance Matter for Sprint |
| Nextel West Corp. | M (Counterparties to Major Contracts) | Nextel and Sprint Merged Effective 8/12/2005; One Insurance Matter for Sprint |
| NFS LLC | I (Record Note holders holding 5% or more) | Insurance Matter For FMR Corp. |
| Niagara Mohawk NY | M (Counterparties to Major Contracts) | Insurance Matters For National Grid and Subsidiaries (Including Niagara Mohawk NY) |
| Niton Corporation | R (Letter of Credit Issuers and Beneficiaries) | One Food and Drug Matter and One Criminal Representation Matter For Parent Thermo Electron Corp. |
| Nokia Corporation | M (Counterparties to Major Contracts) | Covington and Burling Partner Retained as an Expert Witness in One Matter |
| Noranda | Q (Major Suppliers) | Multiple Matters For Dow Corning and Other Susidiaries |
| Noranda USA INC | Q (Major Suppliers) | Multiple Matters For Dow Corning and Other Susidiaries |
| North Alabama Gas District AL | M (Counterparties to Major Contracts) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| NYSDEC | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of New York; Nothing Specific For This Entity |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Ohio Department of Commerce | S (State and Other Governmental Authorities With an Interest in the Company) | Multiple Joint-State and Healthcare Matters For The State of Ohio; Nothing Specific For This Entity |
| Oklahoma Corporate Division | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Health Care Matters; Nothing Specific For That Entity |
| Olathe (City of) KS | M (Counterparties to Major Contracts) | Health Care and Federal Benefits Matters For The State of Kansas; Nothing Specific For This Entity |
| Omron Corp | Q (Major Suppliers) | Product Liability Matter Listed Under Omron Healthcare Europe BV, Which is Based Out of London. |
| O'Neal, Rodney | B (Former Officers and Directors For the Past Three Years) | Director For Firm Client Goodyear Tire and Rubber; Nothing Specific For Mr. O'Neal |
| Opie, John | B (Former Officers and Directors For the Past Three Years) | Director For Firm Client Wal-Mart; Nothing Specific For Mr. Opie |
| Oppenheimer & Co. Inc. | K (Underwriters of Securities Issued by the Company) | Client Group Participant For Western Railroad; Closed Financial Services Matter For Subsidiary |
| Orange County Health Care Agency | R (Letter of Credit Issuers and Beneficiaries) | Joint-State and Healthcare Matters For The State of California; Nothing Specific For This Entity |
| ORIX Warren, LLC / Orix GF Warren Venture | L (Counterparties to Major Leases) | Mergers and Acquisitions Matters For Orix Capital Markets, LLC (Subsidiary of Orix Corporation [Parent Company]) |
| Paccar | P (Major Customers) | Insurance Matter |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| Panasonic Automotive | Q (Major Suppliers) | Three Matters For Subsidiaries of Parent Panasonic |
| Panasonic Automotive | R (Letter of Credit Issuers and Beneficiaries) | Three Matters For Subsidiaries of Parent Panasonic |
| Paul Hastings Janofsky & Walker LLP | E (Professionals for the Past Three Years) | Employment Disputes Matter in London |
| Pennsylvania Department of Environmental Protection | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State and Healthcare Matters For The State of Pennslyvania; Nothing Specific For This Entity |
| Pepco Energy Services, Inc. (PES) | M (Counterparties to Major Contracts) | Multiple Matters |
| Pioneer Corp | Q (Major Suppliers) | Environmental Matter In Europe For the Japanese Business Council; Pioneer is a Member of This Organization |
| PNC Bank, N.A. | C (All Lenders) | Criminal Representation Matter |
| Portage Cnty Wir Resources OH | M (Counterparties to Major Contracts) | Multiple Joint-State and Healthcare Matters For The State of Ohio; Nothing Specific For This Entity |
| Promotora | P (Major Customers) | Food and Drug Matter Listed Under Promotora Agricola el Toro (Subsidiary) |
| PSE&G NJ | M (Counterparties to Major Contracts) | Federal Election Law and Insurance Matters For PSEG |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Raytheon Company | M (Counterparties to Major Contracts) | Environmental Advice Matter For Raytheon Canada Limited (Subsidiary) |
| Rochester Gas & Electric NY | N/A | Insurance Matter For Energy East Management Corporation (Parent Company) |
| Scotia Capital USA Inc. | K (Underwriters of Securities Issued by the Company) | Foreign Trade Control Matter |
| Sedgwick Claims Management Services, Inc. | E (Professionals for the Past Three Years) | Part of Marsh & McLennan Family Tree; Three Health Care Matters For Marsh & McLennan |
| Semiconductor Components | G (Top 50 Creditors) | Two Insurance Matters Listed For Related Entity Texas Pacific Group |
| Sensus | Q (Major Suppliers) | Two Food and Drug Matters For Sensus America LLC |
| Sequent Energy Services | E (Professionals for the Past Three Years) | Two Insurance Matters For Related Entity AGL Resources |
| SG Cowen Securities Corporation | K (Underwriters of Securities Issued by the Company) | Multiple Matters |
| Sharp Electronics Corp. | G (Top 50 Creditors) | Food and Drug Matter in the United States and Environmental Advice Matter in Europe |
| Siemens AG | G (Top 50 Creditors) | Matter For Siemens Medical Solutions USA, Inc. (Subsidiary of Parent Company) |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Siemens Automotive Ltd | Q (Major Suppliers) | Matter For Siemens Medical Solutions USA, Inc. (Subsidiary of Parent Company) |
| Siemens GEN III | F (Parties to Litigation and Their Counsel) | Matter For Siemens Medical Solutions USA, Inc. (Subsidiary of Parent Company) |
| Siemens VDO Automotive Inc | F (Parties to Litigation and Their Counsel) | Matter For Siemens Medical Solutions USA, Inc. (Subsidiary of Parent Company) |
| Siemens VDO SA de CV | F (Parties to Litigation and Their Counsel) | Matter For Siemens Medical Solutions USA, Inc. (Subsidiary of Parent Company) |
| Societe Generale SA New York | C (All Lenders) | Multiple Matters |
| Sony Ericsson Mobile | Q (Major Suppliers) | Joint Venture; Multiple Matters For Sony |
| South Carolina Department of Health and Environmental Control | S (State and Other Governmental Authorities With an Interest in the Company) | Healthcare Matters For The State of South Carolina; Nothing Specific For This Entity |
| South Trust Bank | F (Parties to Litigation and Their Counsel) | Bankruptcy Matter For Wachovia Bank (Parent Company); Also Open Public Offerings Matter For Edison International (Related Entity) |
| Sprint | M (Counterparties to Major Contracts) | Insurance Matter |
| Sprint Spectrum, L.P. | M (Counterparties to Major Contracts) | Insurance Matter For Parent Sprint Corporation |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| Sprint United | M (Counterparties to Major Contracts) | Insurance Matter For Parent Sprint Corporation |
| SPX Corp | Q (Major Suppliers) | Insurance Matters Listed Under SPX Corporation, The Marley Company and Related Entities |
| Stant Manufacturing (Gates) | N/A | Antitrust Matter Listed Under Colinx |
| State of Alabama Dept of Industrial Relations | R (Letter of Credit Issuers and Beneficiaries) | Joint-State Matters For The State of Alabama; Nothing Specific For This Entity |
| State of Georgia Workers' Compensation Board | R (Letter of Credit Issuers and Beneficiaries) | Joint-State Matter For The State of Georgia; Nothing Specific For This Entity |
| State of Indiana | M (Counterparties to Major Contracts) | Joint-State and Healthcare Matters For The State of Indiana; Nothing Specific For This Entity |
| State of Kansas Workers' Compensation Board | R (Letter of Credit Issuers and Beneficiaries) | Health Care and Federal Benefits Matters For The State of Kansas; Nothing Specific For This Entity |
| State of Michigan | G (Top 50 Creditors) | Joint-State and Federal Benefits Matters For The State of Michigan |
| State of New York | F (Parties to Litigation and Their Counsel) | Joint-State Matters For The State of New York |
| State of Ohio | G (Top 50 Creditors) | Multiple Joint-State and Healthcare Matters For The State of Ohio |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
|---|---|---|
| State of Tennessee | M (Counterparties to Major Contracts) | Joint-State Matter For The State of Tennessee; Nothing Specific For This Entity |
| State Street Bank and Trust Company | M (Counterparties to Major Contracts) | Multiple Financial Services Matters For Parent State Street Global Advisors, Ltd. Based in London |
| State Street Global Advisors | H (Holders of 5% or More of Any Outstanding Equity Security of the Company) | Multiple Financial Services Matters For Parent State Street Global Advisors, Ltd. Based in London |
| Storage Tek | N/A | Matters Listed Under The Business Software Alliance; Sun Microsystems (Parent Company of Storage Tek) is a Member of This Organization |
| Suzuki Group | P (Major Customers) | Matter Listed Under Suzuki Motor Company Ltd. in Europe |
| TCW Select Loan Fund, Limited | N/A | Subsidiary of Societe General; Multiple Matters For Societe General (Parent of TCW) and Other Subsidiaries (Including Numerous For SG Cowen) |
| Tennessee Department of Environmental & Conservation | S (State and Other Governmental Authorities With an Interest in the Company) | Joint-State Matters For The State of Tennessee; Nothing Specific For This Entity |
| Texas Commission on Environmental Quality | S (State and Other Governmental Authorities With an Interest in the Company) | Matters Listed Under State and Various Entities |
| Textron Inc | G (Top 50 Creditors) | Foreign Trade Control and Employee Plan Matters |
| The Huntington National Bank | O (Lienholders and Other Significant Lenders) | Matter For Parent Huntington Bancshares Incorporated (Parent Company) |

## Delphi Parties in Interest For Whom Covington Burling Has Open Matters

| Client name | Category | Comments |
| --- | --- | --- |
| TI Group | M (Counterparties to Major Contracts) | TI Group Merged to Form Smiths Group plc; Insurance Matter For Smiths Group |
| Ticona | N/A | International Disputes Matter For Celanese Americas Corporation (Subsidiary of Parent Company) |
| Time Warner | M (Counterparties to Major Contracts) | Corporate Governance Matter in Europe |
| Timken (Brazil) | F (Parties to Litigation and Their Counsel) | Antitrust Matters Under Parent Company and Other Subsidiaries |
| Timken Co, Inc | G (Top 50 Creditors) | Antitrust Matters Under Parent Company and Other Subsidiaries |
| Tomkins PLC | Q (Major Suppliers) | Antitrust Matter Listed Under Colinx |
| Toshiba American Information Systems | O (Lienholders and Other Significant Lenders) | Environmental Matter For Toshiba in Europe |
| Toshiba Corporation | M (Counterparties to Major Contracts) | Environmental Matter For Toshiba (Parent Company) in Europe |
| Towers Perrin | E (Professionals for the Past Three Years) | Criminal Representation Matter |
| TPG Advisors Inc | Q (Major Suppliers) | Insurance Matters Listed For Texas Pacific Group (Alternate Name For Entity) |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Trianon Industries Corp | N/A | Antitrust Matter For Related Entity Colinx |
| Trico | F (Parties to Litigation and Their Counsel) | Multiple Matters Under Parent Company and Other Subsidiaries |
| Troy (City of Michigan) | N/A | Joint-State and Federal Benefits Matters For The State of Michigan; Nothing Specific For This Entity |
| TRW Automotive Holdings Corp | N/A | One Insurance Matter and One General Matter Listed Under Subsidiary of Parent Company |
| TRW Automotive Products | F (Parties to Litigation and Their Counsel) | One Insurance Matter and One General Matter Listed Under Subsidiary of Parent Company |
| Tulsa Utils Svc (City of) OK | M (Counterparties to Major Contracts) | Joint-State and Health Care Matters: Nothing Specific For That Entity |
| Tyco Electronics Corp | Q (Major Suppliers) | Insurance, Criminal Representation, and Food and Drug Matters Under Parent Company and Subsidiaries |
| Tyco International Ltd | Q (Major Suppliers) | Insurance, Criminal Representation, and Food and Drug Matters Under Parent Company and Subsidiaries |
| U.S. Bancorp Piper Jaffray, Inc. | K (Underwriters of Securities Issued by the Company) | Multiple Insurance Matters For Parent Company and Subsidiaries |
| UBS | E (Professionals for the Past Three Years) | Multiple Matters For Parent Company and Subsidiaries |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| UBS AG | N/A | Multiple Matters For Parent Company and Subsidiaries |
| UBS Loan Finance LLC | C (All Lenders) | Multiple Matters For Parent Company and Subsidiaries |
| UBS Securities LLC | K (Underwriters of Securities Issued by the Company) | Multiple Matters For Parent Company and Subsidiaries |
| United Healthcare Insurance Company | N/A | Healthcare Matter For Parent UnitedHealth Group |
| US Steel Corporation | Q (Major Suppliers) | Employee Plans Matter |
| Valeo Climate Control USA | Q (Major Suppliers) | Fund Formation Matter For Related Entity Valeo Capital Partners |
| Valeo Electrical Systems, Inc. | F (Parties to Litigation and Their Counsel) | Fund Formation Matter For Related Entity Valeo Capital Partners |
| Valeo SA | Q (Major Suppliers) | Fund Formation Matter For Related Entity Valeo Capital Partners |
| Van Dorn Demag Corporation | N/A | Open Matter For Parent Proctor and Gamble; Kohlberg, Kravis, & Roberts (Another Subsidiary of P&G) Has Open Energy, Bankruptcy, Food and Drug, and Litigation Advice Matters |
| Verizon | M (Counterparties to Major Contracts) | Multiple Matters For Verizon |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Verizon Wireless | M (Counterparties to Major Contracts) | Multiple Matters For Verizon |
| Verizon Wireless Messaging | M (Counterparties to Major Contracts) | Multiple Matters For Verizon |
| Volvo | F (Parties to Litigation and Their Counsel) | Tax and Trade Controls Matters |
| Volvo | P (Major Customers) | Tax and Trade Controls Matters |
| Volvo do Brasil Veiculos Ltda. | Q (Major Suppliers) | Tax and Trade Controls Matters For Related Entity Volvo |
| Volvo Parts North America, Inc. | Q (Major Suppliers) | Tax and Trade Controls Matters For Related Entity Volvo |
| Vulcan Ventures, Inc. | C (All Lenders) | Four Communication Matters For Vulcan Sports Media (Subsidiary) |
| Wachovia Bank National Association | C (All Lenders) | Bankruptcy Matter For Wachovia Bank (Subsidiary) |
| Wachovia Capital Markets, LLC | K (Underwriters of Securities Issued by the Company) | Bankruptcy Matter For Related Entity Wachovia Bank |
| Wal-Mart Stores CE | P (Major Customers) | Multiple Insurance and Campaign Finance Matters |

**Delphi Parties in Interest For Whom Covington Burling Has Open Matters**

| Client name | Category | Comments |
|---|---|---|
| Wells Fargo Bank Northwest, Trustee | O (Lienholders and Other Significant Lenders) | Multiple Financial Service and Financial Litigation Matters For Parent Wells Fargo Bank |
| Wells Fargo Van Kasper LLC | K (Underwriters of Securities Issued by the Company) | Multiple Financial Service and Financial Litigation Matters For Parent Wells Fargo Bank |
| Wilmer Cutler Pickering Hale and Dorr, LLP | E (Professionals for the Past Three Years) | Real Estate Matter |
| XM Emall LLC | P (Major Customers) | Two Insurance Matters For XM Satellite Radio |
| XM Satellite Radio | M (Counterparties to Major Contracts) | Two Insurance Matters |
| Zurich Financial Services | D (Insurers) | Zurich Financial Services is Ultimate Parent of Zurich American Insurance Company; Multiple Matters In Finance, Financial Services, and a Criminal Representation Matter |