# EXHIBIT D

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Agfa Corporation | Q (Major Suppliers) | 4/6/2005 | Antitrust Matter For AGFA |
| Agfa-Gevaert N.V. | Q (Major Suppliers) | 4/6/2005 | Antitrust Matter For AGFA |
| Agilent Tech (M) Sdn Bhd | Q (Major Suppliers) | 6/24/2003 | Matter For Agilent Technologies, Inc. |
| Aksys, Ltd. | Q (Major Suppliers) | 3/31/2004 | Food and Drug Matter |
| Allevard Springs Ltd. | Q (Major Suppliers) | 9/15/2003 | Matter For An Affiliate of REJNA S.P.A. (Related Entity) |
| Allianz | D (Insurers) | 4/12/2002 | General Matter For Dresdner Kleinwort Wasserstein (Now Part of Allianz) |
| Allstate Insurance | F (Parties to Litigation and Their Counsel) | 3/25/2002 | Banking Matter |
| Amerada Hess Corporation | D (Insurers) | 7/29/2003 | Older Matters For Various Subsidiaries |
| Ameritech | M (Counterparties to Major Contracts) | 9/20/2005 | Multiple Matters For Ameritech and SBC Communications (Ultimate Parent Company) |
| Ameritech Credit Corporation | O (Lienholders and Other Significant Lenders) | 9/20/2005 | Multiple Matters For Parent Ameritech |

1

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| ANR Pipeline Company | D (Insurers) | 6/21/2005 | Energy and Litigation Matters For Parent El Paso Corporation |
| Applera Corporation | M (Counterparties to Major Contracts) | 10/6/2005 | One Food and Drug Matter |
| Assembleon | O (Lienholders and Other Significant Lenders) | 11/17/2003 | Closed Matters For Another Subsidiary of Parent Koninklijke Philips Electric |
| BAX Global | Q (Major Suppliers) | 8/15/2005 | Two Insurance Matters |
| Bosch | P (Major Customers) | 3/13/2002 | C&B Advises Eight Automotive Supply Companies - Bosch, Dana, Delphi, Eaton, Motorola, Timken, TRW and Valeo With Respect to Several Potential Interrelated E-Commerce/B2B |
| Bridgestone T.G. Australia Pty. Ltd. | M (Counterparties to Major Contracts) | 11/13/2003 | Two Closed Matters |
| Cargill Financial Services Intl. Inc. | C (All Lenders) | 10/20/2005 | Closed Matters For Various Subsidiaries |
| Caterpillar | P (Major Customers) | 11/13/2003 | One Environmental Advice Matter For Caterpillar, Inc. |
| Caterpillar Engine Systems | Q (Major Suppliers) | 11/13/2003 | One Environmental Advice Matter For Caterpillar, Inc. |
| Centura Bank | O (Lienholders and Other Significant Lenders) | 6/18/2002 | Two Matters For Subsidiary of Royal Bank of Canada (Parent of Rbc Centura Bank) |

2

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Consumers Energy MI (Detroit) | M (Counterparties to Major Contracts) | 9/10/2003 | General Matters For Consumer's Gas Company and Consumer's Power Company (Michigan) |
| Consumers Power Company | N/A | 9/12/2003 | General Matters For Consumer's Gas Company and Consumer's Power Company (Michigan) |
| Consumers Power MI | N/A | 9/11/2003 | General Matters For Consumer's Gas Company and Consumer's Power Company (Michigan) |
| Cyro Industries | Q (Major Suppliers) | 3/29/2004 | One General Matter |
| Daihatsu | P (Major Customers) | 11/25/2002 | One Insurance Matter For Toyota Motor Sales |
| DOD | M (Counterparties to Major Contracts) | 4/15/2005 | One Non-Billable Matter For Department of Defense |
| DSSCSC China | M (Counterparties to Major Contracts) | 1/21/2004 | General and Insurance Matters For Various Subsidiaries of Parent CSC Corporation |
| East Ohio Gas Co. | D (Insurers) | 11/12/2003 | Tax Legislation Matter For Dominion Resources (Ultimate Parent) |
| El Paso Electric Co. TX | M (Counterparties to Major Contracts) | 6/21/2005 | Energy and Litigation Matters |
| Essex Group Inc | Q (Major Suppliers) | 1/12/2004 | Essex Group was Acquired and is Now Known as Superior Essex; Closed Foreign Trade Matters |

3

# Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Fed Ex Trade Networks | Q (Major Suppliers) | 3/1/2005 | Insurance Matters And Employment Dispute For Kinkos (Part of Fed Ex Corporate Family) in London |
| Fed Ex Trade Networks Transport and Brokerage, Inc. | E (Professionals for the Past Three Years) | 3/1/2005 | Insurance Matters And Employment Dispute For Kinkos (Part of Fed Ex Corporate Family) in London |
| Federal Environmental Protection Agency | R (Letter of Credit Issuers and Beneficiaries) | 8/5/2002 | One General Matter |
| Fiat Automotives SA | P (Major Customers) | 2/17/2004 | Several Closed Matters For Other Subsidiaries |
| Fiat Group | P (Major Customers) | 2/18/2004 | Several Closed Matters For Other Subsidiaries |
| Gotham Funding Corporation | M (Counterparties to Major Contracts) | 3/31/2004 | Three Matters For Gotham Partners, L.P. |
| Hutchinson Seal | F (Parties to Litigation and Their Counsel) | 1/13/2004 | Enivronmental Advice Matter For Another Subsidiary of Parent Company |
| ICON Capital Corp | L (Counterparties to Major Leases) | 10/6/2005 | One Closed Matter For ICON PLC |
| ICX Corporation | O (Lienholders and Other Significant Lenders) | 7/19/2004 | One Matter Under Parent Company (Royal Bank of Scotland) and Banking, Regulatory, and General Matters foir ICX Corporation |
| Indiananapolis Power & Light Co. | M (Counterparties to Major Contracts) | 11/12/2003 | Insurance and Other Matters For AES Corp. (Parent Company) |

4

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Industrial Division of the Communications | F (Parties to Litigation and Their Counsel) | 6/24/2003 | Matters For The Communications Workers of America (Parent Organization) |
| International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers Communication Workers of America | G (Top 50 Creditors) | 6/24/2003 | Matters For The Communications Workers of America (Parent Organization) |
| IUE Moraine Umpire Appeal | F (Parties to Litigation and Their Counsel) | 6/24/2003 | Matters For The Communications Workers of America (Parent Organization) |
| IUE-CWA International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers - Communication Workers of America | T (Unions Representing Company Employees) | 6/24/2003 | Matters For The Communications Workers of America (Parent Organization) |
| Janney Montgomery Scott LLC | N/A | 3/30/2004 | Matters For Subsidiaries of Penn Mutual Life (Parent Company) |
| Johns Hopkins University | M (Counterparties to Major Contracts) | 7/22/2003 | Matters For Dr. William R. Brody, President of Johns Hopkins |
| Jones Day | E (Professionals for the Past Three Years) | 9/9/2003 | Employment Advice Matter |
| Lehman Brothers | I (Record Note holders holding 5% or more) | 11/8/2002 | Several Matters Under Different Parties: Shearson LB, Inc.; LB; LB Intl.; Peabody Coal Company |
| MCI Telecommunications Corporation | F (Parties to Litigation and Their Counsel) | 9/19/2005 | Several Closed Matters |

5

# Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Medco Health Solutions Inc | M (Counterparties to Major Contracts) | 2/18/2005 | Several Matters For Parent Merck |
| Mellon Trust | I (Record Note holders holding 5% or more) | 8/10/2005 | Several Matters Under Various Subsidiaries |
| Merk Medco | G (Top 50 Creditors) | 2/18/2005 | Several Matters For Parent Merck |
| Morris, Nichols, Arsht & Tunnell | N/A | 1/19/1988 | Immigration Matters |
| Nissan | P (Major Customers) | 12/15/2003 | Matters For Subsidiaries |
| Nissan Technical Center North America, Inc. | L (Counterparties to Major Leases) | 12/15/2003 | Matters For Nissan Motor MFG. Corp. USA and Nissan Motor Co, Ltd. |
| Nissho Iwai American Corp | Q (Major Suppliers) | 8/26/2004 | Two Matters Listed (One Mergers & Acquisition, One Administrative Litigation For Sojitz Corporation of America [Parent]) |
| Nissho Iwai American Corp | R (Letter of Credit Issuers and Beneficiaries) | 8/26/2004 | Two Matters Listed (One Mergers & Acquisition For Other Subsidiary, One Administrative Litigation For Sojitz Corporation of America [Parent]) |
| North American Philips Corporation | M (Counterparties to Major Contracts) | 11/17/2003 | Last Matter For Philips Lighting, Former Name of Client |
| Oak Creek (City of) WI | M (Counterparties to Major Contracts) | 1/26/2005 | Matters For the State of Wisconsin; Nothing Specific For This City |

6

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Pacific Employers Ins. Co. (ACE USA) | D (Insurers) | 2/20/2003 | Two General Matters Listed For ACE Limited |
| Panhandle Eastern Pipeline Company | D (Insurers) | 10/24/2001 | One Insurance Matter For Parent (Southern Union Co.) |
| PriceWaterhouseCoopers LLP | E (Professionals for the Past Three Years) | 3/31/2003 | Four Closed Matters |
| Renault | P (Major Customers) | 10/16/2002 | Matter For Renault V.I. SA |
| Robert Bosch Corporation | Q (Major Suppliers) | 3/13/2002 | C&B Advises Eight Automotive Supply Companies - Bosch, Dana, Delphi, Eaton, Motorola, Timken, TRW and Valeo With Respect to Several Potential Interrelated E-Commerce/B2B |
| SBC Ameritech | M (Counterparties to Major Contracts) | 9/21/2005 | Multiple Matters For Ameritech and SBC Communications (Ultimate Parent Company) |
| SBC Global Services | M (Counterparties to Major Contracts) | 9/21/2005 | Multiple Matters For Ameritech and SBC Communications (Ultimate Parent Company) |
| Sky CBNA Loan Funding LLC | C (All Lenders) | 9/19/2005 | Several Matters of Various Types For MCI (Parent Company) and Other Subsidiaries |
| Smith, Louis | F (Parties to Litigation and Their Counsel) | 7/19/2004 | Louis W. Smith is Listed As a Party in Sprint/D&O Litigation |
| Smith, Mary | F (Parties to Litigation and Their Counsel) | 11/15/2005 | Closed Matter For a Mary J. Smith |

7

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| SR International Business Insurance Company Ltd. | N/A | 5/10/2001 | Matter For Securitas Capital LLC (Ultimate Parent) and Other Subsidiaries |
| State of Wisconsin | G (Top 50 Creditors) | 1/26/2005 | Matters For State and Various State Entities |
| SunTrust Bank Altanta | N/A | 10/6/2003 | Insurance and Other Matters For Subsidiaries of SunTrust Banks, Inc. (Parent Company) |
| Texas Instruments Inc | G (Top 50 Creditors) | 11/17/2003 | Matters For Soft Warehouse, Inc., Which Was Acquired in 1999 |
| Thacher Proffitt & Wood | F (Parties to Litigation and Their Counsel) | 3/30/2004 | Matter For Proffitt, Prizer, Thacher, Crawley, & Wood |
| The Royal Bank of Scotland | N/A | 7/19/2004 | One Matter For Parent Company and Closed Banking, Regulatory, and General Matters For Another Subsidiary (ICX Corporation) |
| The Royal Bank of Scotland PLC | C (All Lenders) | 7/19/2004 | One Matter For Parent Company and Closed Banking, Regulatory, and General Matters For Another Subsidiary (ICX Corporation) |
| Total SA | Q (Major Suppliers) | 11/14/2004 | Matters For Various Other Subsidiaries of Parent Company, Which is Now Known as ATOFINA |
| Toyota | P (Major Customers) | 11/25/2002 | Closed Insurance Matter For Toyota Motor Sales |
| Toyota Motor Company | M (Counterparties to Major Contracts) | 11/25/2002 | Closed Insurance Matter For Toyota Motor Sales |

**Delphi Parties in Interest For Whom Covington Burling Has Closed Matters For Within the Last Five Years**

| Client name | Category | Last Closed Matter | Comments |
|---|---|---|---|
| Toyota Motor Corporation | M (Counterparties to Major Contracts) | 11/25/2002 | Closed Insurance Matter For Toyota Motor Sales |
| Toyota Motor Credit Corporation | O (Lienholders and Other Significant Lenders) | 11/25/2002 | Closed Insurance Matter For Toyota Motor Sales |
| Toyota Motor North America, Inc. | F (Parties to Litigation and Their Counsel) | 11/25/2002 | Closed Insurance Matter For Toyota Motor Sales |
| TXU Energy Retail Company LP | N/A | 3/30/2004 | Closed Unspecified Matters For Other Subsidiaries of TXU Energy (Parent Company) |
| TXU Energy TX | N/A | 3/31/2004 | Matters For Other Subsidiaries of TXU Energy (Parent Company) |
| U.S. Environmental Protection Agency | S (State and Other Governmental Authorities With an Interest in the Company) | 8/5/2002 | One General Matter |
| USAF/AFRL | N/A | 4/15/2005 | Non-Billable Matter For Department of Defense |
| Wisconsin Department of Natural Resources | S (State and Other Governmental Authorities With an Interest in the Company) | 1/26/2005 | Matters For The State of Wisconsin; Nothing Specific to That Entity |

9