**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Robert Stark (RS 3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile:  (617) 856-8201
Peter J. Antoszyk (motion for admission *pro hac vice* pending)

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8001 et seq., Law Debenture

Trust Company of New York ("Law Debenture"), by and through its undersigned counsel,

Brown Rudnick Berlack Israels LLP, hereby appeals to the United States District Court for the

Southern District of New York from the Order Denying Motion of Law Debenture Trust

1

Company of New York Requesting an Order to Change the Membership of the Official

Committee of Unsecured Creditors, entered on February 8, 2006, by the United States

Bankruptcy Court for the District of New York (Drain, J.).  Docket No. 2199.

The parties to the Order appealed from, and the names, addresses, and telephone numbers

of their respective attorneys, are as follows:

| Party | Counsel |
|---|---|
| Law Debenture Trust Company of New York | Peter J. Antoszyk, Esq.<br>(motion for admission *pro hac vice* pending)<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200<br><br>Robert J. Stark, Esq.<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800 |
| Delphi Corporation, *et al.* (Debtors) | John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>(312) 407-0700<br><br>Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>(212) 848-8190<br><br>Kayalyn A. Marafoiti, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br><br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036-6522<br>(212) 735-3000 |

| | |
|---|---|
| Official Committee of Unsecured Creditors | Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, New York 10022<br>(212 ) 906-1200<br><br>Mark A. Broude, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>(212) 906-1200<br><br>Michael D. Warner, Esq.<br>Warner Stevens, L.L.P.<br>301 Commerce Street<br>Suite 1700<br>Fort Worth, TX 76102<br>(817) 810-5250 |
| Office of the United States Trustee | Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004<br>212-510-0508<br><br>Tracey Hope Davis, Esq.<br>Office of the United States Trustee<br>33 Whitehall St., Twenty-First Floor<br>New York, New York 10004<br>(212) 510-0500 |
| Wilmington Trust Company | Edward M. Fox, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 536-3900 |
| Capital Research and Management Company | Richard G. Mason, Esq.<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York  10019-6150<br>(212) 403-1000 |

Dated: February 17, 2006

Respectfully submitted,

**BROWN RUDNICK BERLACK ISRAELS LLP**

By:   /s/ Robert J. Stark, Esq.
        Robert Stark (RS 3575)

Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

- and -

Peter J. Antoszyk, Esq.
(motion for admission *pro hac vice* pending)
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201

Counsel for Law Debenture Trust Company of New York, as successor Indenture Trustee and Property Trustee for the 8.25% Junior Subordinated Note Due 2033

# 1414499 v1