**SIDLEY AUSTIN LLP**
A. Robert Pietrzak (AP 6711)
Andrew W. Stern (AS 7094)
Daniel A. McLaughlin (DM-2688)
Donald P. Renaldo, II (DR-2788)
787 Seventh Avenue
New York, NY  10019
Tel:  (212) 839-5300
Fax: (212) 839-5599
      -and-
David R. Kuney (DK 0646)
1501 K Street, N.W.
Washington, D.C. 20005
Tel:  (202) 736-8000
Fax: (202) 736-8711

**Attorneys for Banc of America Securities LLC, Bear, Stearns & Co. Inc., Credit Suisse First Boston Corp., Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., UBS Securities LLC, and Wachovia Capital Markets, LLC**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**VERIFIED STATEMENT OF REPRESENTATION OF CERTAIN CREDITORS OF DEBTORS PURSUANT TO BANKRUPTCY RULE 2019**

Sidley Austin LLP ("Sidley Austin") respectfully submits this verified statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and states as follows:

1.      Sidley Austin represents the following creditors and parties in interest in the above-referenced chapter 11 proceeding: Banc of America Securities LLC, Barclays Capital Inc., Bear, Stearns & Co. Incorporated, Citigroup Global Markets, Credit Suisse First Boston Corporation, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Morgan Stanley & Co., UBS Securities LLC, and Wachovia Capital Markets, LLC (collectively "the Underwriters").

2.      Sidley Austin was engaged by the Underwriters on or about November 1, 2005 to, among other things, represent them in connection with this bankruptcy proceeding.

3.      The amount and extent of the Underwriters' claims against the Debtors has not yet been determined as such claims are for contribution and indemnification arising out of *In re Delphi Securities Litigation*, filed in the United States District Court for the Eastern District of Michigan, Master File No. 1:05-CV-2637 (GRR) (the "Securities Litigation").

4.      Sidley Austin's representation of each of the Underwriters is on an individual basis with respect to a matter of common interest.

5.      The Underwriters may hold claims against and/or interests in the Debtors' estates in addition to those disclosed herein that do not fall within the scope of Sidley Austin's representation.

6.      Sidley Austin does not hold a claim against or interest in the Debtors.

8.      The address of each of the Underwriters is set forth below:

| Name/Address of Underwriter |
|---|
| Bank of America Securities LLC<br>9 W. 57th Street<br>New York, NY 10019 |
| Barclays Capital Inc.<br>5 The North Colonnade<br>Canary Wharf |

2

| |
|---|
| London E14 4BB<br>United Kingdom |
| Bear, Stearns & Co. Inc.<br>383 Madison Avenue<br>New York, NY 10179 |
| Citigroup Global Markets Inc.<br>388 Greenwich Street<br>New York, NY 10013 |
| Credit Suisse First Boston Corp.<br>11 Madison Avenue<br>New York, NY 10010 |
| Merrill Lynch, Pierce, Fenner & Smith Inc.<br>4 World Financial Center<br>New York, NY 10281 |
| UBS Securities LLC<br>1285 Avenue of the Americas<br>New York, NY 10019 |
| Wachovia Capital Markets, LLC<br>Riverfront Plaza<br>901 East Byrd Street<br>Richmond, VA 23219 |

9. Counsel expressly reserves the right to supplement and/or amend this Statement in any respect.

3

## **VERIFICATION**

10.     I, David R. Kuney, a partner of Sidley Austin LLP and one of the attorneys of record herein for the Underwriters hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  Washington, DC
        February 17, 2006

                            Respectfully submitted,


                            By: /s/ David R. Kuney

                            **SIDLEY AUSTIN LLP**

                            A. Robert Pietrzak
                            Andrew W. Stern
                            787 Seventh Avenue
                            New York, NY  10019
                            Tel:  (212) 839-5300
                            Fax:  (212) 839-5599

                                -and-

                            David R. Kuney (DK 0646)
                            1501 K Street, NW
                            Washington, DC  20005
                            Tel:  (202) 736-8000
                            Fax:  (202) 736-8711

                            **Attorneys for Bank of America Securities LLC, Bear, Stearns & Co. Inc., Credit Suisse First Boston Corp., Barclays Capital Inc., Citigroup Global Markets Inc., Morgan Stanley & Co. Inc., Merrill Lynch, Pierce, Fenner & Smith Inc., UBS Securities LLC, Wachovia Capital Markets, LLC**

DC1 827339v.1 February 16, 2006 06:44 PM