LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (admitted *pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| | ) | |
| | ) | Jointly Administered |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

-------------------------------------------------------

## AFFIDAVIT OF WILLIAM Q. DERROUGH

     I, William Q. Derrough, a Managing Director of Jefferies, being duly sworn, hereby deposes and says:

     1.    I am a Managing Director of Jefferies & Company, Inc. ("Jefferies"), an investment banking firm with its principal office located at 520 Madison Avenue, New York, NY  10022 with offices located world-wide.  I am duly authorized to make and submit this Affidavit on behalf of Jefferies in accordance with section 1103 of title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2014(a), 2016(b) and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the application (the

"Application"), of the official committee of unsecured creditors appointed in the above-captioned cases (the "Committee") for an order pursuant to sections 328(a) and 1103(a) of the Bankruptcy Code authorizing the Committee to retain and employ Jefferies as investment banker.

2.    Unless otherwise stated in this Affidavit, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.[1]  Capitalized terms and phrases not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

3.    I believe that Jefferies and the professionals it employs are uniquely qualified to advise the Committee in the matters for which Jefferies is proposed to be employed.

4.    In its capacity as the Committee's investment banker as outlined in the Jefferies Engagement Letter, Jefferies is prepared to perform certain postpetition services, including, without limitation, the following:

a)    valuation of the Debtors' enterprise value, on a consolidated and division basis;

b)    pricing of any securities to be issued in the Restructuring, as well as evaluation of the terms of any such securities;

c)    evaluation of any financing proposed as part of the Restructuring, including, without limitation, debtor in possession financing and exit financing;

d)    assist and advise the Committee in examining and analyzing any potential or proposed strategy for restructuring or adjusting the Debtors' outstanding indebtedness, labor costs or capital structure, including, without limitation, assessment of leverage and capital structure of the reorganized entities, evaluation of business

---

[1] Certain of the disclosures set forth herein relate to matters within the knowledge of other employees at Jefferies and are based on information provided by them.

acquisitions/divestitures (including monitoring of any purchase/ sale process);

e)  analysis of restructuring proposals from various constituencies, including, without limitation, labor concession proposals, pension and OPEB restructuring plans;

a)  assist and advise the Committee in evaluating and analyzing the proposed implementation of a Restructuring; and

b)  render such other investment banking services as may from time to time be agreed upon by the Committee and Jefferies, including but not limited to providing expert testimony, and other expert and investment banking support related to any threatened, expected, or initiated litigation.  It is expressly agreed that, other than as set forth above, Jefferies will not evaluate or attest to the Debtors' internal controls, financial reporting, illegal acts or disclosure deficiencies.

5.    In order to perform these services in a cost-effective manner, Jefferies will endeavor to coordinate all its services to the Committee with the other professionals retained in these cases so as to minimize (and, wherever possible, avoid) any unnecessary duplication of services and any potential burden on the Debtors and their professional advisors. Representatives of Jefferies have met with the representatives of Mesirow Financial Consulting, LLC, the Committee's financial advisors, and have worked out an appropriate and efficient division of responsibilities.

6.    In connection with its retention by the Committee, Jefferies researched its client database to determine whether it had any relationships with the entities listed on Schedule 1 attached hereto (the "Potential Parties in Interest"), as follows:

a)  The Debtors and their affiliates;

b)  The Debtors' officers and directors for the past 3 years;

c)  The Debtors' principal shareholders;

d)  The Debtors' secured lenders, including current and former agents under credit facilities and their professionals;

3

e)      Record holders of 5% or more of the Debtors' debt securities;

f)      Indenture trustees with respect to the Debtors' debt securities;

g)      Underwriters of the Debtors' securities issued in the past 3 years;

h)      The Debtors' largest unsecured creditors;

i)      The Debtors' professionals;

j)      The Debtors' insurers;

k)      Counterparties to major contracts and leases with the Debtors;

l)      Parties to significant litigation with the Debtors and their counsel;

m)      The Debtors' major customers and suppliers;

n)      Governmental authorities having jurisdiction over the Debtors;

o)      Unions representing the Debtors' employees;

p)      The members of the Committee;

q)      The Committee's professionals;

r)      The professionals retained by individual Committee members;

s)      The staff of the Office of the United States Trustee for the
        Southern District of New York;

t)      Bankruptcy Judge Robert D. Drain and members of his Staff; and

u)      And certain other parties in interest Jefferies.

As part of this inquiry, Jefferies then entered the names of Potential Parties in Interest into a

computer database containing the names of all clients and conflict information concerning the

clients of Jefferies.  This inquiry revealed that certain of the Potential Parties in Interest were

current or former Jefferies clients (the list of such clients is referred to herein as the "Client

Match List").  Through the information generated from the above-mentioned computer inquiry,

and through follow-up inquiries with Jefferies' professionals responsible for certain clients listed

on the Client Match List, Jefferies determined that the representation of, or relationship with, the

4

clients on the Client Match List concerned matters unrelated to the Debtors.  In particular, to the best of my knowledge, information and belief, Jefferies (a) currently represents the entities identified on  Schedule 2 annexed hereto on matters unrelated to these cases, (b) formerly represented the entities identified on  Schedule 3 annexed hereto on matters unrelated to these cases, (c) either makes a market in and/or publishes research on the securities of the entities identified on Schedule 4 annexed hereto, and (d) has other relationships with the entities identified on Schedule 5 annexed hereto in connection with matters unrelated to these cases.

7.    As described above, Jefferies' equity trading department has from time to time made a market in and bought or sold or otherwise effected transactions for customer accounts and for its own account in the securities of the Debtors through its department referred to herein as the "Trading Desk."  The Trading Desk, however, is not and was not an investment banker for any outstanding security of the Debtors in connection with the offer, sale or issuance of a security of the Debtors.  Moreover, the Trading Desk is physically separate from and does not share any information with the investment banking group seeking retention in these cases.  A customary securities "information wall" exists between Jefferies' investment banking group and the Trading Desk.  Accordingly, the Trading Desk's activities relating to the Debtors' securities does not constitute a conflict of interest that would disqualify Jefferies from providing services described in the Jefferies Engagement Letter.  The Trading Desk may continue to buy or sell or otherwise effect transactions in the securities of the Debtors on an unsolicited basis for customer accounts to maintain an orderly market for such securities.

8.    Also, as part of its diverse global activities, Jefferies is involved in numerous cases, proceedings and transactions involving many different professionals,  attorneys, accountants and financial consultants, some of which may represent claimants and parties-in-

interest in the Debtors' chapter 11 cases.  Further, Jefferies has in the past, and may in the future, be represented by several attorneys and law firms in the legal community, some of whom may be involved in these cases.  In addition, Jefferies has in the past, and may in the future, be working with or against other professionals involved in these cases in matters wholly unrelated to these cases.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these business relationships constitute interests materially adverse to the Committee herein in matters upon which Jefferies is to be employed, and none are in connection with these cases.

9.    As disclosed herein, Jefferies makes a market in the securities of General Motors Corp. ("GM").  While Jefferies may generate income (or losses) from such activity, Jefferies does not derive any revenues from GM related to this activity.  Jefferies makes a market for over 2,000 securities, no single one of which represents a material individual portion of Jefferies' trading revenue or overall revenues.

10.    As to the remainder of the individuals and entities set forth in paragraph 5 above, to the best of my knowledge, Jefferies has not been employed by or rendered advisory services to any of them within the past five years.

11.    Except as described herein, neither Jefferies nor to the best of my knowledge, any employee of Jefferies is or was a creditor or equity holder of the Debtors.

12.    Neither Jefferies, nor to the best of my knowledge, any employee of Jefferies is or was an investment banker for any outstanding security of the Debtors.

13.    Neither Jefferies, nor to the best of my knowledge, any employee of Jefferies is or was, within three years before the commencement of these cases, an investment banker for the Debtors, in connection with the offer, sale or issuance of a security of the Debtors.

6

14. Neither Jefferies, nor to the best of my knowledge, any employee of Jefferies is or was within two years before the commencement of these cases, a director, officer or employee of the Debtors.

15. Jefferies is a global investment banking firm with broad activities covering trading in equities, convertible securities and corporate bonds in addition to its investment banking and financial advisory practice. With more than 80,000 customer accounts around the world, it is possible that one of its clients or a counter-party to a security transaction may hold a claim or otherwise is a party-in-interest in these chapter 11 cases. Furthermore, as a major market maker in equity securities as well as a major trader of corporate bonds and convertible securities, Jefferies regularly enters into securities transactions with other registered broker-dealers as a part of its daily activities. Some of these counter-parties may be creditors of the Debtors. Jefferies believes none of these business relationships constitute interests materially adverse to the Debtors' estates herein in matters upon which Jefferies is to be employed, and none are in connection with these cases.

16. Jefferies will not, during its engagement in these cases, trade in any securities of the Debtors for or on its own account, and any such trading will be conducted only at clients' direction, with Jefferies acting solely as such clients' agent.

17. Except as may be otherwise set forth herein, to the best of my knowledge, Jefferies, its principals and professionals (i) do not have any connection with the Debtors or their affiliates, their creditors, or any other party in interests, and (ii) do not represent any other entity having an adverse interest in connection with these cases. Jefferies does not, has not and will not represent any entity, other than the Committee, in matters related to these chapter 11 cases.

18.    The Debtors have numerous creditors and relationships with various individuals and entities that may be parties in interest in these cases.  Consequently, although every reasonable effort has been made to discover and eliminate the possibility of any conflict, including the efforts outlined above, Jefferies is unable to state with certainty whether one of its clients or an affiliated entity holds a claim or otherwise is a party in interest in these chapter 11 cases.  If Jefferies discovers any information that is contrary to or pertinent to the statements made herein, Jefferies will disclose such information to the Court on notice to creditors and the United States Trustee promptly.  Jefferies does not advise, has not advised, and will not advise any entity, other than the Committee, in matters related to these chapter 11 cases.

19.    The Fee Structure is consistent with Jefferies' typical fee for work of this nature.  The fees are set at a level designed to compensate Jefferies fairly for the work of its professionals and assistants and to cover fixed and routine overhead expenses.  It is Jefferies' policy to charge its clients for all disbursements and expenses incurred in the rendition of services.

20.    It is not the general practice of investment banking firms to keep detailed time records similar to those customarily kept by attorneys.   Jefferies' restructuring professionals, when formally retained in chapter 11 cases, and when required by local rules, do, and in these chapter 11 cases will, keep time records describing their general daily activities, the identity of persons who performed such tasks and the estimated amount of time expended on each activity on a daily basis.  Jefferies' restructuring personnel do not maintain their time records on a "project category" basis.  I believe that for Jefferies to recreate the time entries for its restructuring personnel and require its non-restructuring personnel to record their time as prescribed by the Local Rules would be, in each case, unduly burdensome and time-consuming.

21.     The Fee Structure is comparable to those generally charged by financial advisory and investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court, and reflect a balance between a fixed, monthly fee, and a contingency amount which are tied to the consummation and closing of the transactions contemplated in the Jefferies Engagement Letter.

22.     The Indemnity is a reasonable term and condition of the Jefferies engagement.  Unlike the market for other professionals that a debtor or committee may retain, indemnification is a standard term of the market for investment bankers and financial advisors. In fact, the Indemnity is comparable to those generally obtained by financial advisory and investment banking firms of similar stature to Jefferies and for comparable engagements, both in and out of court.

23.     The proposed retention is reasonable and based on the customary compensation charged by Jefferies and comparably skilled practitioners in matters outside and other than chapter 11 cases, as well as cases under chapter 11, and has been approved and implemented in not just this jurisdiction but also in chapter 11 cases elsewhere.  Indeed, the entire engagement as set forth in the Jefferies Engagement Letter (as modified in the Application), is common within the industry and reflects what is considered to be "market" both in and out of chapter 11 proceedings, in each case, in light of Jefferies' experience in reorganizations and the scope of work to be performed pursuant to its retention.

24.     Other than as set forth above, no other arrangement is proposed between the Committee and Jefferies for compensation to be paid in these cases.

25.     Jefferies recognizes that there is an ongoing obligations to disclose relevant information with respect to the matters contained herein.  Jefferies will file supplemental affidavits regarding this retention if any additional relevant information comes to its attention.

26.     The foregoing constitutes the statement of Jefferies pursuant to sections 329 and 504 of the Bankruptcy Code, and Bankruptcy Rules 2014(a), 2016(b) and 5002.

*[Continued on Next Page]*

I declare that the foregoing is true and correct to the best of my knowledge.  Executed this 17th

day of February, 2006 in New York.


_____

William Q. Derrough
Managing Director


SWORN TO AND SUBSCRIBED before
me this __17__ day of February, 2006


_____

            Notary Public


**CAITLIN DONOHUE**
NOTARY PUBLIC, STATE OF NEW YORK
No. 01DO8115750
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES SEPT. 13, 2008


11

## Schedule 1

## Disclosure of Jefferies & Company, Inc.

### Potential Parties in Interest

**AFFILIATES AND NON-DEBTOR SUBSIDIARIES**

Alambrados y Circuitos Eléctricos, S.A. de C.V.
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
Arcomex S.A. de C.V.
Arneses Eléctricos Automotrices, S.A. de C.V.
AS Catalizadores Ambientales S.A. de C.V.
ASEC Manufacturing (Thailand) Ltd.
ASEC Manufacturing General Partnership
ASEC Private Limited
ASEC Sales General Partnership
Ashimori Industry Co., Ltd.
Aspire, Inc.
Autoensambles y Logistica, S.A. de C.V.
Beijing Delphi Technology Development
    Company, Ltd.
Beijing Delphi Wan Yuan Engine Management
    Systems Company, Ltd.
BGMD Servicos Automotivos Ltda.
BlueStar Battery Systems International Corp.
Bujias Mexicanas, S.A. de C.V.
Cablena, S.L.
Calsonic Harrison Co., Ltd.
CEI Co., Ltd.
Centro Técnico Herramental, S.A. de C.V.
Closed Joint Stock Company PES/SCC
Condura, S. de R.L.
Controladora Chihuahuense, S. de R.L. de C.V.
Controladora de Alambrados y Circuitos, S. de
    R.L. de C.V.
Controladora de Rio Bravo, S. de R.L. de C.V.
Controladora Vesfron, S. de R.L. de C.V.
Cordaflex Espana, S.A.
Cordaflex, S.A. de C.V.
Daehan Electronics Yantai Co., Ltd.
Daesung Electric Co., Ltd.
Daewoo Motor Co., Ltd.
Del Tech Co., Ltd.
Delco Electronics LLC
Delco Electronics Overseas Corporation
Delphi (China) Technical Centre Co. Ltd.
Delphi Administración, S.A. de C.V.
Delphi Alambrados Automotrices, S.A. de C.V.
Delphi Automotive Systems – Portugal S.A.
Delphi Automotive Systems (China) Holding
    Company Limited

Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems (Netherlands) B.V.
Delphi Automotive Systems (Thailand) Ltd.
Delphi Automotive Systems- Ashimori LLC
Delphi Automotive Systems Australia Ltd.
Delphi Automotive Systems Cinq SAS
Delphi Automotive Systems Deutschland
    Verwaltungs GmbH
Delphi Automotive Systems do Brasil Ltda.
Delphi Automotive Systems Espana S.L.
Delphi Automotive Systems Global (Holding),
    Inc.
Delphi Automotive Systems Holding GmbH
Delphi Automotive Systems Huit SAS
Delphi Automotive Systems Human Resources
    LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Japan, Ltd.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems Limited Sirketi
Delphi Automotive Systems LLC
Delphi Automotive Systems Luxembourg S.A.
Delphi Automotive Systems Maroc
Delphi Automotive Systems Neuf SAS
Delphi Automotive Systems Overseas
    Corporation
Delphi Automotive Systems Philippines, Inc.
Delphi Automotive Systems Private Ltd.
Delphi Automotive Systems Risk Management
    Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Singapore
    Investments Pte Ltd.
Delphi Automotive Systems Singapore Pte Ltd.
Delphi Automotive Systems Sweden AB
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi Automotive Systems UK Limited
Delphi Automotive Systems Vienna GmbH
Delphi Automotive Systems, S.A. de C.V.
Delphi Automotive Systems/Ashimori de Mexico,
    S.A. de C.V.
Delphi Belgium N.V.
Delphi Cableados, S.A. de C.V.
Delphi Calsonic Compressors, S.A.S.
Delphi Canada Inc.
Delphi Catalyst South Africa (Proprietary)
    Limited
Delphi China LLC
Delphi Connection Systems
Delphi Connection Systems – Tijuana, S.A. de
    C.V.
Delphi Controladora, S.A. de C.V.
Delphi Corporation
Delphi Czech Republic, k.s.
Delphi Daesung Wuxi Electronics Co., Ltd.

Delphi de Mexico, S.A. de C.V.
Delphi Delco Electronic Systems Suzhou Co., Ltd.
Delphi Delco Electronics de Mexico, S.A. de C.V.
Delphi Delco Electronics Europe GmbH
Delphi Deutschland GmbH
Delphi Deutschland Technologies GmbH
Delphi Diesel Body Systems Mexico, S.A. de C.V.
Delphi Diesel Systems Corp.
Delphi Diesel Systems Corporativo IDSA, S.A. de C.V.
Delphi Diesel Systems do Brasil Ltda.
Delphi Diesel Systems France SAS
Delphi Diesel Systems Korea Ltd.
Delphi Diesel Systems Limited
Delphi Diesel Systems Pakistan (Private) Limited
Delphi Diesel Systems Pension Trustees Limited
Delphi Diesel Systems S.L.
Delphi Diesel Systems Service Mexico, S.A. de C.V.
Delphi Diesel Systems, S.A. de C.V.
Delphi Electronic Suzhou Co. Ltd.
Delphi Electronics (Holding) LLC
Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.
Delphi Foreign Sales Corporation
Delphi Foundation, Inc.
Delphi France Holding SAS
Delphi France SAS
Delphi Furukawa Wiring Systems LLC
Delphi Harrison Calsonic, S.A.
Delphi Holding GmbH
Delphi Holding Hungary Asset Management Limited Liability Company
Delphi Holdings Luxembourg S.ar.l.
Delphi Insurance Limited
Delphi Integrated Service Solutions, Inc.
Delphi Interior Systems de Mexico, S.A. de C.V.
Delphi International Holdings Corp.
Delphi International Holdings Corporation Luxembourg S.C.S.
Delphi International Services, Inc.
Delphi Italia Automotive Systems S.r.l.
Delphi Korea Corporation
Delphi Liquidation Holding Company
Delphi LLC
Delphi Lockheed Automotive Limited
Delphi Lockheed Automotive Pension Trustees Limited
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation

Delphi Otomotiv Sistemleri Sanayi ve Ticaret
    Anonim Sirket
Delphi Packard Austria GmbH & Co. KG
Delphi Packard Electric (Malaysia) Sdn. Bhd.
Delphi Packard Electric Ceska Republika, S.R.O.
Delphi Packard Electric Sielin Argentina S.A.
Delphi Packard Electric Systems Company Ltd.
Delphi Packard España, SLU
Delphi Packard Hungary Kft
Delphi Packard Romania SRL
Delphi Poland S.A.
Delphi Polska Automotive Systems Sp z.o.o.
Delphi Receivables LLC
Delphi Saginaw Lingyun Drive Shaft Co., Ltd.
Delphi Saginaw Steering Systems UK Limited
Delphi Services Holding Corporation
Delphi Shangai Dynamics and Propulsion
    Systems Co., Ltd.
Delphi Sistemas de Energia, S.A. de C.V.
Delphi Slovensko s.r.o.
Delphi Technologies, Inc.
Delphi Trust I
Delphi Trust II
Delphi Trust III
Delphi Trust IV
Delphi Tychy Sp. z.o.o.
Delphi-Calsonic Hungary Manufacturing Limited
    Liability Company
Delphi-TVS Diesel Systems Ltd.
DEOC Pension Trustees Limited
Diavia Aire, S.A.
DREAL, Inc.
Electrotecnica Famar S.A.C.I.I.E.
EnerDel, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
Famar do Brasil Comercio e Representacao Ltda.
Famar Fueguina, S.A.
FUBA Automotive GmbH & Co. KG
Gabriel de Mexico, S.A. de C.V.
Grundig Car InterMedia System GmbH
Grundig Sistemas de Electronica, Lda., Portugal
HE Microwave LLC
Holdcar S.A.
Inmobiliaria Marlis, S.A.
Inmuebles Wagon, S.A.
InPlay Technologies, Inc.
Interessengemeinschaft fur Rundfunkschutzrechte
    GmbH
Interessengemeinschaft fur Rundfunkschutzrechte
    GMBH Schutzrechtsverwertung & Co. KG
Katcon, S.A. de C.V.
KDAC (Thailand) Company Limited
KDS Company, Ltd.
Korea Delphi Automotive Systems Corporation
Korea Technology Bank Network

Mecel AB
MobileAria, Inc.
Noteco Comércio e Participacoes Ltda.
NSK Ltd.
On Se Telecom Co., Ltd.
P.T. Delphi Automotive Systems Indonesia
Packard Hughes Interconnect Company
Packard Korea Incorporated
PBR Knoxville L.L.C.
Productos Delco de Chihuahua, S.A. de C.V.
Promotora de Partes Electricas Automotrices S.A.
  de C.V.
PROSTEP AG
Proveedora de Electricidad de Occidente, S.A. de
  C.V.
Qingdao Daesung Electronic
Rio Bravo Eléctricos, S.A. de C.V.
Shanghai Delco Electronics & Instrumentation
  Co., Ltd.
Shanghai Delphi Automotive Air-Conditioning
  Systems Co., Ltd.
Shanghai Delphi Emission Control Systems
  Company, Ltd.
Shanghai-Delphi Automotive Door Systems Co.,
  Ltd.
Shengyang Huali Automotive Air-conditioning
  Co. Ltd.
Sistemas Eléctricos y Conmutadores, S.A. de
  C.V.
Specialty Electronics (Singapore) Pte Ltd.
Specialty Electronics International Ltd.
Specialty Electronics, Inc.
TECCOM GmbH
TecDoc Information System GmbH
Termoelectrica del Golfo, S. de R.L. de C.V.
Unterstutzungsgesellschaft der Kabelwerke
  Reinshagen GmbH
Wuhan Shenlong Automotive Air-conditioning
  Co. Ltd.
Yeon Kyung Electronics Co., Ltd.

**FORMER OFFICERS AND DIRECTORS
(FOR THE PAST THREE YEARS)**

Alapont, José Maria

Alsagoff, Faris

Anderson, Carrie

Arkwright, Christopher P.

Arle, John P.

Bailey, R. Scott

Bailey, Russell W.H.

Balsei, Mike

Barth, Volker J.

Battenberg, J.T., III

Beckett, Michael

Belans II, Milan E.

Bellar, Fred J., III

Bernardes, Oscar de Paula

Berry, Roberto Edwin

Bertrand, James A.

Billis, A.E.

Blahnik, John G.

Borzi, James W.

Bowers, William Steven

Brown, Jr., Andrew

Brown, Richard

Brust, Robert H.

Burgner, David Allen

Butler, Kevin M.

Chadwick, Jeffrey R.

Chen, Jimmy C.

Chen, Jinya

Chon, Choon T.

Clemons, Steve D.

Colbert, Virgis W.

Conlon, Martin

Conor-Freeman, Maria

Cooke, F.H.

Corcoran, Sean P.

Cornwell, William D.

Davey, Stephen L.

Dawes, Alan S.

Deak, Gabor Janos

Deak, Garbor Janos

Desnos, Philippe

Eichenlaub, Brian

Erwin, Richard E.

Farr, David N.

Feigenbaum, Haim

Flowers, Allen D.

Forbes, Timothy G.

Franzi, Richard A.

Fuerst, John M.

Funke Esq., Jimmy L.

Gango, Frank

Gardner, A.N.

Geller, Pamela M.

Goodman, Thomas D.

Gottschalk, Bernd

Gray, Mary A.

Griffin, Patrick

Gruber, Douglas

Gumina, Joseph P.

Hachey, Guy C.

Hall Jr., Samuel H.

Hathaway, R.E.

Hayashida, Shuji

Healy, Karen L.

Heigel, Kevin R.

Hermeling, Rainer

Hindels, James H.

Hotchkin, Nick

Humbeck, Wolfgang

Irimajiri, Shoichiro

Jackson, Arthur Russell

Jackson, J.E.

Jacovides, Linos

Jaffurs, John A.

Janak, Peter H.

Jensen, William

Jobe, Ronald E.

Jok, Richard

Jones, David J.

Kamischke, Mark S.

Katz Esq., Robert

Kaye Esq., Diane L.

Knill, David

Knutson, Timothy J.

Kolano, Derek

Krause, Jeffrey M.

Lee, Dae Un

Lewis, Theodore H.

Loeb, Marjorie Harris

Lorenz, Mark C.

Manocha, Charu

Manocha, Sandeep

Marion, Laura

Maschoff, David

McClain, Karen

McGuire, Marc C.

McLaughlin, Susan A.

Milburn, Paul S.

Miller, Gail K.

Miller, Robert S.

Naylor, Craig G.

Nelson, R. David

Niekamp, Cynthia A.

O'Neal, Rodney

O'Neill, Brian P.

Olbrecht, Denise

Opie, John D.

Ordonez, Frank A.

Overly, Jeffrey M.

Owens, Jeffrey J.

Parsons, Jeffrey

Pasricha, Atul

Passante, John A.

Penske, Roger S.

Petrie, John

Pirtle, Ronald M.

Pitsenbarger, Pam

Rayne, Mike

Reagan, Michael T.

Remenar, Robert J.

Richards, F. Timothy

Richards, Gregory R.

Robinson Esq., Logan G.

Rogers, Max

Roland Jr., John Robert .

Runkle, Donald L.

Salrin, Sarah J.

Scheffler, Milton R.

Schuppe, Michael L.

Schwarting, Elizabeth M.

Scott, Ian

Shader, Michael A.

Sheehan, John D.

Short, John

Sonnonstine, Jerry

Sparks, Robert H.

Spencer, James A.

Springer, F. Thomas

Sprunger, F. Thomas

Sueltz, Patricia C.

Sullivan, Henry A.

Theriot, Mark

Tilton, Todd I.

Twomey, Thomas N.

Valanty, Burton J.

Veeser, Lothar

Walker, Bette M.

Walker, Robert C.

Weber, Mark R.

Whitson, James P.
Williams, Derrick M.
Williamson, J.L.
Wohleen, David B.
Yoon, Myung Hwan
Young, R.A.
Zablocki, Richard J.

**ALL LENDERS (INCLUDING CURRENT AND FORMER AGENTS UNDER CREDIT FACILITIES)**

A3 Funding LP

Ableco Finance LLC

ABN AMRO Bank N.V.

ACA CLO 2005-1, Ltd.

Access Institutional Loan Fund

ADAR Investment Fund Ltd

Addison CDO, Limited

AG Alpha Credit Master, Ltd.
Agricultural Bank of China

Ahab Partners, L.P.

Airlie Opportunity Master Fund, Ltd
Amaranth Partners LLC – Trading

American Express Certificate Company

AMMC CLO III, Limited

AMMC CLO IV, Limited
Apollo Distressed Investment Fund

Apollo Distressed Investment Offshore

Appaloosa Invest Ltd. Partnership I

Archimedes Funding IV, Ltd.

ARX Global High Yield Securities

Aslan Capital Master Fund, LP

Atlas Capital Funding, Ltd.

Atrium IV

Aurum CLO 2002-1 Ltd.
Australia and New Zealand Bank Group

Avenue CLO Fund, Ltd.

Avenue CLO II, Ltd.

Avery Point CLO, Ltd.

Balboa CDO I, Limited
Banca Bilbao Vizcaya Argentaria, S.A

Banca Nazionale Del Lavoro SpA

Banco Bilbao Vizcaya Argentaria, S.A.

Banco Santander Central Hispano S.A.

Bank of America, N.A.

Bank of China Luxembourg SA

Bank of New York

Bank of Nova Scotia

Bank of Tokyo Mitsubishi Trust Company

Barclays Bank PLC

BDC Finance LLC

Bear Stearns Investment Products,

Black Diamond Offshore Limited

Blue Square Funding Ltd. Series 3
BNP Paribas

Boldwater CBNA Loan Funding LLC

Boldwater Credit Opportunities

Boston Harbor CLO 2004-1, Ltd

Boston Income Portfolio
Brencourt Distress Securities

Brookville Capital Master Fund, L.P

Bryn Mawr CLO, Ltd.

Callidus Debt Partners CDO Fund I
Calyon New York Branch

Candlewood Capital Partners LLC

Canpartners Investments IV LLC

Canyon Capital CDO 2002-1 Ltd.

Canyon Capital CLO 2004-1 Ltd.
Capitalsource Finance LLC

Cargill Financial Services Intl. Inc

Castle Garden Funding

Castle Hill III CLO, Limited

Castle Hill II-Ingots, Ltd.

Castle Hill I-Ingots, Ltd.

CDL Loan Funding LLC

Cedarview Opportunities Master Fund

Celerity CLO Ltd

Centurion CDO 8, Limited

Centurion CDO 9, Limited

Centurion CDO II, Ltd.

Centurion CDO VI LTD

Centurion CDO VII Limited

Chatham Light II CLO, Limited

Citadel Hill 2000 Ltd.
Citibank N.A.

Citicorp USA Inc.

Citigroup Financial Products Inc.

Colonial Funding LLC
Comerica Bank Michigan

Commerzbank Aktiengesellschaft
Credit Industriel et Commercial

Credit Suisse, New York & Cayman Islands

CSAM Funding IV

C-Squared CDO Ltd.

Cumberland II CLO LTD

Cypresstree Claif Funding LLC

D.K. Acquisition Partners, L.P.

Debt Strategies Fund, Inc.

Delaware Corp Bond Fund

Delaware Delchester Fund

Desjardins Financial Security Life
Deutsche Bank AG

Deutsche Bank Trust Company America

Diversified Income Strategies

Diversified Investors High Yield

Double Black Diamond Offshore LDC

Dryden III-Leveraged Loan CDO 2002

Dryden IV Leveraged Loan CDO 2003

Dryden Leveraged Loan CDO 2002-II

Dryden VIII - Leveraged Loan CDO

Duane Street CLO 1, LTD.

Duma Master Fund LP

Dunes Funding LLC
Dymas Funding Company LLC

ELF Funding Trust I

Employers Insurance of Wausau

Empyrean Investments, LLC

Endurance CLO 1 Ltd.
Event Partners Debt Acquisition, LLC

Excess Book

Feingold O'Keeffe Credit Fund CBNA
Fifth Third Bank, Eastern Michigan

First Trust Highland Capital

Flagship CLO 2001-1

Flagship CLO II

Flagship CLO III

Flagship CLO IV

Forest Creek CLO, Ltd.

Fortis Bank SA NV Cayman Island Branch

Fortress Credit Funding I LP

Fortress Credit Funding II LP

Galaxy CLO 2003-1, Ltd.

Galaxy III CLO, Ltd.

Galaxy IV CLO, Ltd.

Galaxy V CLO, Ltd.
General Electric Capital Corporation

Gleneagles CLO Ltd.

Global Enhanced Loan Fund S.A.

Global StocksPLUS Income Fund
Goldman Sachs Credit Partners L.P.

Gracie Capital L.P.
Grand Central Asset Trust

Grand Central Asset Trust, Gaia

Grand Central Asset Trust, SIL

Grand Central Asset Trust, Single

Greywolf Loan Participation LLC

Guggenheim Portfolio Company XII

Gulf Stream - Compass CLO 2005-1

Gulf Stream - Compass CLO 2005-1

Gulf Stream Compass CLO 2002-1

Gulf Stream-Compass CLO 2004-1, Ltd

Hammerman Capital Master Fund LP

Hammerman Counterpoint Master Fund

Harbour Town Funding LLC
HBK Master Fund L.P.


High Income Portfolio

Highland Floating Rate Advantage

Highland Floating Rate LLC

Highland Offshore Partners, L.P.

Horizon Income Fund, Ltd.
HSBC Bank USA, National Association


IDS Life Insurance Company

ING Capital LLC

ING Investment Management CLO I, Ltd

ING Prime Rate Trust

ING Senior Income Fund

Investment CBNA Loan Funding LLC

Investors Bank and Trust Co

Jasper CLO Ltd.
JPMorgan Chase Bank, N.A.

Katonah II, Ltd.

Katonah III, Ltd.

Katonah IV, Ltd.
KeyBank National Association

KIL Loan Funding LLC

Kingsland I, Ltd.

KKR Financial CLO 2005-1, Ltd.

KZH Pondview LLC

KZH Soleil LLC

KZH Soleil-2 LLC
Lehman Commercial Paper Inc.

Liberty CLO Ltd.

Liberty Mutual Ins Company

LibertyView Loan Fund, LLC

Lightspeed CLO

Lincoln National Life Insurance Co.

LINDEN CAPITAL LP

Lispenard Street Credit (Master)

Loan Funding I LLC

Loan Funding III LLC

Loan Funding V, LLC

Loan Funding XI LLC

Loan Star State Trust

Long Grove CLO, Limited

Madison Park Funding I, Ltd.

Marathon CLO I Ltd.

Marathon Special Opportunity

Market Square CLO Ltd.

Marquette Park CLO Ltd.

McDonnell Loan Opportunity Ltd.

Metropolitan West High Yield Bond

Metropolitan West Strategic Income

Mizuho Corporate Bank Ltd.

ML Global Investment Series Income
Morgan Stanley Senior Funding, Inc.

Mountain Capital CLO II Ltd.

Mountain Capital CLO IV, Ltd.

Muirfield Trading LLC

National City Bank

Nemean CLO, Ltd.

Oak Hill Credit Alpha Fund (Offshore)

Oak Hill Credit Alpha Fund LP

Oak Hill Credit Partners I, Limited

Oak Hill Credit Partners II, Limited

Oak Hill Credit Partners III, Limited

Oak Hill Credit Partners IV, Limited

Oak Hill Securities Fund II, L.P.

Oak Hill Securities Fund, L.P.

OCM High Yield Plus Fund LP

Octagon Investment Partners IV, Ltd

Octagon Investment Partners V, Ltd.

Octagon Investment Partners VI, Ltd

Octagon Investment Partners VII, Ltd

Panton Master Fund LP

Park Avenue Loan Trust

PIMCO Floating Income Fund

PIMCO Floating Rate Income Fund

PIMCO Floating Rate Strategy Fund

PIMCO High Yield Fund

Pinewood Credit Markets Master Fund

Pioneer Floating Rate Trust

PNC Bank, N.A.

Post Leveraged Loan Master Fund, LP

Post Opportunity Fund L.P.

Post Total Return Fund, L.P.

Principal Life Insurance Company

Prospect Funding I, LLC

Protective Life Insurance Company

Putnam Floating Rate Income Fund

Putnam High Yield Advantage Fund

Putnam High Yield Trust

Putnam Variable Trust High Yield Fund

Q Funding III LP

Quadrangle Master Funding Ltd

Quattro Distressed Opportunity Fund

Quattro Fund Ltd

Quattro Multi-Strategy Master Fund

R2 Top Hat, Ltd.

Race Point CLO, Limited

Race Point II CLO, Limited

Race Point III CLO, Limited

Red Fox Funding LLC

Redwood Master Fund, Ltd.

Riviera Funding LLC

Robson Trust

Rockwall CDO Ltd.

Rosemont CLO, Ltd.

Salomon Brothers Variable Rate

Sankaty High Yield Partners II

Sankaty High Yield Partners III, LP

Satellite Senior Income Fund II

Satellite Senior Income Fund, LLC

Saturn Trust

Scoggin Worldwide Fund Ltd

Scottwood Partners LP
Sea Pines Funding LLC

Secondary Loan and Distressed Credit

SEI Institutional Managed TST

Seneca Capital, L.P.

SEQUILS Centurion V, Ltd.

SEQUILS ING I (HBDGM), Ltd.

SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd

Sierra CLO I Ltd.

Silverado CLO 2006-I LTD
Simpson Thacher & Bartlett LLP

Sky CBNA Loan Funding LLC

SMBC MVI SPC
Societe Generale SA New York

SOF Investment, LP

Southport CLO, Limited
Special Situations Investing Group

SRI Fund LP

Stanfield Arbitrage CDO, Ltd.

Stanfield Bristol CLO, LTD.

Stanfield Carrera CLO, Ltd.

Stanfield Vantage CLO Ltd.
Sumitomo Mitsui Banking Corporation

SunTrust Bank Atlanta

TCW Select Loan Fund, Limited

TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.

The Drake Offshore Master Fund, Ltd

The Foothill Group Incorporated

The Hartford Floating Rate Fund
The Royal Bank of Scotland PLC

Thrivent High Yield Fund

Thrivent High Yield Fund II

Thrivent High Yield Portfolio

Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC

TRS Callisto LLC

TRS Leda LLC

TRS Thebe LLC

UBS Loan Finance LLC

UFJ Bank Limited

Velocity CLO, Ltd.

Venture CDO 2002, Limited

Venture II CDO 2002, Limited

Venture III CDO, Limited

Venture IV CDO, Limited

Vista Leverage Income Fund

Vulcan Ventures, Inc.
Wachovia Bank National Association

Watershed Capital Institutional

Watershed Capital Partners (Offshore)

Watershed Capital Partners, L.P.

Waterville Funding LLC

Waveland-Ingots, Ltd.

Wells Capital Management-12831400
Wells Capital Management-13702900

Wells Capital Management-13823100

Wells Capital Management-13923602

Wells Capital management-14945000

Wells Capital Management-16017000

Wells Capital Management-16463700

Wells Capital Management-16896700

Wells Capital Management-16959700
Wells Capital Management-17299500

Western Asset Floating Rate
Whitney Private Debt Fund LP

Wind River CLO I Ltd.
Windmill Master Fund LP

Wrigley CDO, Ltd

**INSURERS**

ACE American Insurance Company
ACE Insurance Company
ACE USA
AIG Excess Casualty North America (Lexington)
AIG Worldsource
AIU Inc.
Allianz

Allied World Assurance Company, Ltd
Amerada Hess Corporation
American Home Assurance Co. (AIMA)
American International Insurance
American International Specialty Lines Insurance
    Company
ANR Pipeline Company
Aon
Aon Bermuda
Aon UK
Arch
Arch Insurance (Bermuda) Limited
Arch Insurance Group
AWAC
AXIS
Axis Reinsurance Company
Bermuda Markets
Cananwill, Inc.
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Columbia Casualty Company (CNA)
Columbia Gas of Ohio
Columbia Gas Transmission
Continental Casualty (C.N.A.)
Coral Energy Resources, L.P.
East Ohio Gas Co.
Endurance Specialty
Federal Ins. Co. (Chubb)
General Star Indemnity Company
GEP
Great American
Gulf Underwriters Insurance Company
Hannover Re
Hanseatic Insurance Company (Bermuda) Ltd.
Hartford
HDI
Indiana Gas Company
Ins. Co. of the State of Pennsylvania (AIG)
IRI
Lexington
Lexington Insurance Company (AIG American
    International Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
Marsh/Pentastar
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts.,
    PA (AIG American International Companies)
Pacific Employers Ins. Co. (ACE USA)
Panhandle Eastern Pipeline Company
Seminole Energy Services
Sequent Energy Services

SR International Business Insurance Company
    Ltd.
St. Paul (Bermuda), Ltd.
St. Paul Fire & Marine Insurance Company
St. Paul Mercury
St. Paul Surplus Lines Ins. Co.
Starr Excess Liability Insurance International
    Limited
Steadfast Insurance Company (Zurich)
Swiss Re Insurance Company Ltd.
Tokio Marine
Twin City Fire (Hartford)
U.S. Specialty Insurance Company
UGI Energy Services
Union Gas System, Inc.
United States Aviation Insurance Group (USAIG)
    and others
US Specialty/HCC
USAIG
Vectren Energy
XL U.S.
Zurich American Insurance Company

**PROFESSIONALS (Excluding those
Professionals that Charge less than
$100,000.00 in Annual Fees)**

4GEN
Ahearn & Soper Co INC
Air Academy Associates
Air Academy Press & Assoc.
Aisec United States Inc.
AIT Group
AJM
American Supplier Institute
Ariane Ingenierie
Ariba
ASI (American Supplier Institute)
ASI Consulting Group LLC
ASI LLC

ASI, Shainin (ICIM)
Asset Management Resources
Asset Mfg Resources
AT Kearney
AVL North America Inc
Ayco Company LP
Baker & Daniels
Baker & McKenzie LLP

Baker Botts LLP
Balch & Bingham LLP
Banner & Witcoff, Ltd
Bede & Associates
Bedi Strategies, Inc.
Bevco Solution Strategies

Bliss McGlynn P.C.
Booz-Allen Hamilton

Brenda Veit

BSI America, Inc.
BSI Americas
BSI Management Systems
Burnside & Nauman Medical
Burson Marsteller
Burson-Marsteller
Butzel, Long
Calwest
Cantor Colburn LLP
Cardinal Law Group
Cardoza
Carquest
Cattel, Tuyn & Rudzewicz, PLLC
Chris Kouri & Assoc.
Chuck Ondrick
Clark Consulting
Clark Hill P.L.C.
Clark Patterson Associates
Coble Taylor & Jones
Cochran Public Relations
Coe & Associates
Common Point Graphics
Conway McKinsey and Dunlevy
Corporate Branding LLC
Corporate Executive Board
CSFB
csm worldwide
CTG Auditors
CTJ Safety Associates

Danzas AEI Customs Brokerage Services
Danzas AEI Intercontinental
DASCO
Dave Trella/Menlo Logistics
David Cunnigham

Deloitte Touche Tohmatsu
Det Norske Veritas
Detroit Translation Bureau
DeWitt Ross & Stevens
Dickinson Wright P.L.L.C. (Detroit, MI)
Dickson Allen
Donald Gober
Drinker Biddle & Reath – PA
Dykema Gossett P.L.L.C.
E&Y
Edcor Data Services
EDS
Electricore Inc
ENSR Corporation
En-Tech

Entech Utility Service Bureau Inc
Equis Corporation
Ernst & Young
Excise Department
Exhibit Enterprises, Inc. (Rochester Hills, MI)
FedEx Trade Networks Transport and Brokerage,
    Inc.
Fidelity Employer Services Company, LLC
Fidelity Institutional Retirement Services
    Company
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Frost Brown Todd LLC
FTI Consulting, Inc.
Haley & Aldrich Inc
Hao Do

Heller Ehrman White & McAuliffe
Hill & Knowlton
Hill & Knowlton Brazil
Hill & Knowlton, Mexico
Hirsig-Frazier Co.
Honigman Miller Schwartz and Cohn
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Huron Consulting Services LLC
I33 Communications LLC
Institute of Configuration
Interchange Europe
Interim
Interim Healthcare Inc.
 J. Gordon Lewis, PLLC
Jaeckle Fleischmann & Mugel, LLP
Jefferson Wells
JLE Process Services, Inc.
Johnston Barton Proctor & Powell LLP

Jones Day

Jones Lang Lasalle Americas Inc
Kim & Chang
Kitchin & Sons Inc.
Law Offices of Albert M. Gutierrez, P.C.
Lee Hecht Harrison
Link Testing Laboratories
Linklaters
Lippert, Humphreys, Campbell, Dust &
    Humphreys, P.C.
LKF Associates
Lori A. Sisk
Mark A. Navarre
McCann-Erickson
McCarthy Tetrault LLP
Mertitus Consulting Services
Miller Canfield Paddock & Stone, PLC
Miller Consulting Services

MIT
Molitor International
Moore Hansen & Sumner
Morris, Nichols, Arsht & Tunnell
N.A. Williams Co.
NAPA Sales
Neal Gerber & Eisenberg, LLP
Noerr Stiefenhof
Northeastern Marketing
O.P. Tyagi
Ohio State Univ.
O'Melveny & Myers LLP

On-Mark Sales
Origin Intl Inc
Orion Adv. Mktg
Panalpina, Inc.
Parsons
Parsons & Maxon Incorporated
Paul Hastings Janofsky & Walker LLP
PDXRO
Pepper Hamilton LLP
Phelps Dunbar LLP
Pillsbury Winthrop Shaw Pittman LLP
Price, Heneveld, Cooper, DeWitt & Litton
PriceWaterhouseCoopers LLP
Problem Solving Ad Hoc
Productivity Systems
QS Servicos Tecnicos
Rader, Fishman & Grauer PLLC
Radix Group International, Inc
Reising, Ethington, Barnes Kisselle, P.C.
Rhonda L. McCoy-Pfau PLLC
Richards Spears Kibbe & Orbe LLP
Robbins GIOIA
Robert Half
Russell A. Farrow, Limited
Russell Reynolds
Rutledge Tonya R
S.P. Nagrath & Co.
Saarakshi Enterprises
Salomon Smith Barney
Sandler & Travis Trade Advisory Services, Inc

SAP Consulting
Sapient
Savety Innovations Ltd
Sedgwick Claims Management Services, Inc.
Seva Technologies
SGS Conrtoll CO MBH
Shainin LLC
Shainin Services
Shaw E & I
Shearman & Sterling LLP
Sigma Learning LLC
Siskel Sales Company

Six Sigma Academy
Smiley-Smith & Bright CPAs, LLC
Solution Strategies, Inc.
Southwest Research
Spirax Sarco
Squire, Sanders & Dempsey, L.L.P.
SRS Marketing Co.
Stanton Park Group LLC
Stout Risius Ross
Suh & Assoc.
Summit Energy Services Inc
Suri & Company
Tatum Partners
TBM

Tec Ease Inc
Tech Caliber
Thompson, Hine & Flory, LLP
Towers Perrin
TPI
Training Services
Training Services & Solutions
TSSC
TUV Rheinland Group
TWI Network
UBS
UHY Mann Frankfort Stein & Lipp Advisors, Inc.
Ward Norris Heller & Reidy, LLP
Watkins Ludlam Winter & Stennis, P.A.
Watson Wyatt & Company
Whiteside Communication Management
Wilmer Cutler Pickering Hale and Dorr, LLP
Wood, Herron & Evans, L.L.P.
Wooden & McLaughlin, LLP
World Class Engineering
Xpedex
Young & Rubicam, Inc.
Yuasa & Hara

**PARTIES TO LITIGATION AND THEIR
COUNSEL (FOR CLAIMS OF AT LEAST
$500,000)**

A&O Mold & Engineering, Inc.
ABATE - CECo GM
Abbey Gardy, LLP
Abernathy, Sonja
Abood, Andrew P.
Abrego, Everado

Adams Oil
Adams, Thomas E.
AEC
AFL-CIO
AFL-CIO-CLC
Aimtronics Corporation

Aldridge, Brenda
Alen J. Counard, P.C.
Alexander Logan & Hunt
Alfaro, Jos C.
Allegheny Coatings
Allegheny Rodney
Allegre Dong AH
Allison, Carl
Allstate Insurance
Alternative Resource, Inc.
Alumalsa
AM General Steering Gear
American Electronics Components AEC
Anderson, Russell, Jr.
Anglo Metals, Inc.
Anorve, Juan
APC and Sundram
Apple
Arbogast, Michael A.
ARC CADH
Archer & Greiner
Arnold & Porter
Arnold, James Jr.
ASEC France
Ashburn, William
Asherbranner, Jennifer T.
Associated Springs & Barnes Group, Inc.
ATT
Aubert, Harold
Austin Group, Ltd
Automotive Applied Technologies Limited
Automotive Technologies Inc.
Automotive Technologies International, Inc.

Avarette, Bessie
Ayusa

Aziz, Salman

B & F Enterprises
Bailey Cavalieri LLC
Baldwin, Sandra L.
Bancomer et al
Barner, Richard
Barnes, Cleary
Barry D. Adler, Esq., Adler & Associates
Bartell, Greg
Bastien, Amy C.
Batson, Benjamin
Baxter, Daniel
Baxter, Rachel
Beck, Bobby
Beck, Daniel P.
Beck, Redden & Secrest
Bedrin, John

Beers, Anderson, Jackson, Patty & Van Heest,
  P.C.
Bellis, Katherine
Bendix ABS Fires
Bentley-Rolls Royce
Berg Hill Greenleaf & Ruscitti LLP
Bernstein, Sidney
Berry, Doris
Berthold, Cindy Lee
Beuke, Robert L.
Bex, Russell
Bhones, Diane
Birdyshaw, Mike
Bishop, James Denson, Sr.

Blaesi, William
Blas, Cassandra E.
Bleakley, Cypher, Parent, Warren & Quinn, P.C.
Blecher & Collins, P.C.

BMC Holding Corporation
BMC West
Bodman, Longley & Dahling, LLP
Bond, Donald W.
Bond, Teresa G.
BorgWarner Turbo Systems
Boulden, Cristal
Bradley, Phyllis Jean
Brady, Billy W.
Brady, Larry
Brantley, Shalonda J.
Brewer, Mary M.
Britt, Stephanie
Brittingham, David
Brittingham, Julie
Brooks, Diane
Brooks, Marvin
Brooks, Shameila
Brown, Celestia

Brown, James Lee
Brown, Jonathan
Bryan, Greyson
Buchanan, Rufus O.
Budak, Anthony F.
Building Material Holding Corporation
Buis, James
Bulk Terminals, Inc
Burch, Amy R.
Burdette, James
Butler, Daisy J.
C&J Industries
Cadillac
Cady, Mastromarco & Jahn, P.C.
California, Irvine
Campbell, John E.

Campbell, Robert R.
Canales & Simonson, P.C.
Canter, Richard
Carrigan, McCloskey & Roberson, LLP
Casper & Casper
Catherine Rozanski
CDA Consulting, Inc.
Cellino & Barnes, P.C.
Celso Gon‡alves Viana
Central Bank of Brazil
Chadbourne & Parke LLP
Chapa, Israel

Chapman, Lewis & Swan
Chase-Orr, Kimberly
Chemetco
Chemical Waste Management, Inc.
Chieftain Contract Services
Chilton, Alfred
Chivers, Kathy L.
Circle Plastic Products, Inc.
Citibank Texas, National Association
City of DelRay Beach Police and Firefighters
    Retirement System
Clark, Charles
Clark, Martina
Clash, Klemchuk, Roach & Powers LLP
Clifford Law Offices, P.C.
Cloncs, Donald
Clones, Donald
Clorex S.A.
Clouse Dunn Hirsch LLP
Cockrane, Ameatha
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Colbert, John E.
Cole, Cole & Easley, P.C.
Coleman, Michael
Coletta, Vincent J.
Compliance Counsel, Lear Corporation

Condutelli
Conrad, Dean F.
Conwell, Wayne
Cook, Sylvia
Coolidge, Wall, Womsley & Lombard, LPA

Copeland, Huey G.
Corus S.E.C./L.P
Corvette
Couzens, Lansky, Fealk, Ellis & Lazar PC
Covington & Burling
Cox, Jon C.
Coy Glass
Crown City Plating Company

CSX Realty Development

Custom Energy, L.L.C.
CWI
DACTEM
Daewoo
Daewoo International
DaimlerChrysler Corporation
Dana Corp Global Production WHS
Dana Corp Sealing Division
Dangerfield, Shawn
Danis Environmental Industries, Inc.
David A. Hodges, Esq.
Davis & Davis
Davis, Janetta
Davis, Robert E., II
DCX
Delco Remy America (DRA)
Delphia

Demet
Denso Corporation
Devlieg Boulevard II, Inc.
DHB-CA
Dickerson, Brian
Diniz, Mauro Lucio
Diversified Environmental Management
    Company
DMS NA
Dockins Turnage & Banks
Dolce, Frank J.
Dotson, Pamela K.
Dotson, W. Douglas
Dougherty, Chad

Drillock, Linda
Droman, Rick
DSL
DSSG
Dukarski, Katherine
Dutton, William Boyd
Dyer, Garofalo, Mann & Schultz
Dynamic Sciences International
Eaton Corporation
Edwards, William P.
Eftec North America, LLC
Elco Textron Fastening Systems
Elco Textron, Inc.
Electrical Systems Motors
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Arlis M., Jr.
Elwood S. Simon & Associates, P.C.
Emonds, Douglas J.
Energy Conversions Systems (ECS)
Engelhard/NGK
Ennis, Donald

Enterprise Automotive Systems
Epsilon
ESS, Inc.
Essedue
Estate of Lannon
Estate of Stella Demeniu
Ethanol Coolant

Eton Corporation

Evans, Terrence
Executive Loan Program
Fabricated Metals
FAE
FAG Automotive Inc.
FAG Bearing Limited
Fague, Terence L.
Farmer, Darryl G.
Farmers' Marketing Service
Faruqi & Faruqi, LLP
Faurecia Exhaust Sys Inc
Fiber Optic Fund Class Action (Litigation Group)
Fiber Systems International, Inc.
Fieger, Fieger, Kenney and Johnson
Fields, Charlotte
Financial Services of America, LLC
Finklestein & Krinsk, LLP

Fire, Arndt & Danborn PC
First Technology
Fischbein, Peter D.

Fitch, Even, Tabin & Flannery
Fleming, Joseph A.
Flex-Tech
Fligstein, Michael
Flora, Betty J.
FLSA
Fluor Corporation
Folck, Neal C.
Ford Motor Company
Fosbre, Frank J. Jr.
Foster, Kim L.
Foster, Kimberly
Fouche, Kim
Fournier, Connie
Franklin & Greenfield LLC
Franklin, Gordon
Free, Paul
Fromm, Pamela
Furukawa Electric North America APD, Inc.
Gabrielle, Lori J.
Gaddis, Tracy
Gaines, Ira
Gainey & McKenna
Gann, Robert Edwin

Garcia, Jessie L.
Garvey, Robert F.
Garvin Glass

Gavia, Felipe F., Sr.
General Motors Daewoo Auto and Technology
General Motors' Discovery
GfH
Gilardi & Co., Inc.
Gilbert, Frank, Ollanik & Komyatte, P.C.

Gillette, Edward A.
Gilyard, Jonnie
Gimpex
Givens, Robert
Global Minerals and Metals Corporation
Glynn, Marcus
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
GM & International
GMNA
GMPT
GMSPO-CWI

Gonzalez, Ernesto (Ernie)

Gonzalez, Philip
Gordon, Patricia
Greak & Smith, P.C.
Greenwood, Edward Joseph
Greystone
Grimes, Rita
Groce, Kelly R.
Gross, Lisa
Grundig Multimedia B.V.
Gualandi, Kevin
Guel, Mills, Nims & Pylman LLP
Guevrra, John
Gulf Coast Bank & Trust Company, et al.
Gum, Mano
Gutjahr, Michael
Gwendolyn J.M. McCallum, fiduciary of the
    Estate of David B. McCallum
H.E. Services Company
Hagan, Mansel
Hagens Berman Sobol Shapiro
Hahn Elastomer
Hammer, Edward

Hanline, William D.
Hanna, Terry
Hanners, Carolyn
Harco Industrial Supply Inc
Harco Industries, Inc.

Harden, John W.
Hardwick & Knoght

Hardy, William
Harley Brakes
Harper, William
Harris, John
Hassel, Claudette M.
Hassett & Donnelly, PC
Haveles, H.P.
Hayes Brake
Hayes Lemmerz International, Inc.
Heathco, Mark
Hernandez, Gloria
Herndon, Laura V.
Hertz, Schram & Saretsky, P.C.
Hillman, Robert
Hills, Donald L., Sr.
Hirschmann Electronics GmbH & Co.

Hoagland, Longo, Moran, Dunst & Doukas
Holden, Kindwell, Hahn & Crapo, P.L.L.C.
Honeywell ACS Sensing & Control
Hood, Constance
Hood, Kelli

Hoover Precision Plastics
Howard Langer, Esquire, Golumb Honik &
   Langer
Howard, Mark
Howrey LLP
Howrey Simon Arnold & White, LLP
Hoyt, Arthur C.
HPI
Hubbard, Clarence E.
Hudson, Linda
Hunter, Clemie
Hurley Packaging of Texas, Inc.
Hurst, Bryon
Hurst, Teresa
Hutchinson Seal
Hyder, Michelle
ICG
ICMS
IMSS
In re Terazosin Hydrochloride Antitrust Litigation
Indiana, Kokomo
Industrial Div. of the Communications
Infonavit
INSS
International Truck
Invensys
Irvine
Itabirito Plant
IUE Moraine Umpire Appeal
IUE vs CWA

IUE/CWA Local 755
IUE-CWQ
Jakupco, Richard J.
James, Edith C.
Jarzyniecki, Philip
Jeanniard
Jenkins, Shontea
Jenner & Block
Jevicks, Teresa
Johnson, Freddie L.
Johnson, Jana C.

Johnson, Rasmussen, Robinson & Allen, P.L.C.

Johnson, Ruth
Johnson, Shanellie
Jolly, Norman
Jones, Leland
Jones, Lonnie
Jones, Norman

Jones, Rodger
Jones, Vanessa
Jordan, Martin J.
Josey, Anita
Joyal Products, Inc.
Julias, Steven
Junkin, Harrison & Junkin, PC
Junkin, Samuel W.
JV Products
Kaplan Fox & Klisheimer LLP
Karlin, Lawrence
Katzkin Leather, Inc.
Kelely, Tasha
Keller Rohrback, L.L.P.
Kelley, Charles  (Estate of)
Kelley, Sharon
Kelly Koszewski et al
Kenna Technical Services
Kenna, William
Ker, Russell & Weber
Kessler, Thomas
Key Plastics
Khan, Kim N.
Kimberley & Miles, P.C.
Kirsch, Paul C.
Knighton, Gregory James
Knisley, Richard W., II
Kostal of America, Inc.
Kowallek, Daniel E.
Kowalski, Richard
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
Krupp-Hoersch
Kucklemam, Karl

Kulinec, Charles Francis, Jr.
Kumiega, Kenneth J.
L&W Stamping, Inc.
Laborsource 2000, Inc.
Lamb, Daniel
Land Rover
Laneko
Langston Sweet & Freese
Latimore, John L.
Laudig George Rutherford & Sipes
Law Office of Carlos E. Hernandez, Jr.
Law Office of Klari Neuwelt
Law Office of Leon Russell, P.C.
Law Offices of Brian M. Felgoise, PC
Law Offices of Charles J. Piven, P.A.
Law Offices of G. Lynn Shumway

Law Offices of Maloney & Campolo
Lawson, Walter Keith
Lazor, Daniel
Lea Miles, Rebecca
Lee, Clyde, Jr.
Legorreta, Daniel
Lemon Bay Partners
Lerach Coughlin Stoia Geller Rudman & Robbins
    LLP
Leslie, Mike
Lester, Schwab, Katz & Dwyer
Metlife, Michelle Constandse, Esq.
Levin Simes & Kaiser LLP
Lewis & Lewis, P.C.
Lewis Brisbois Bisgaard & Smith LLP
Lewis, Robert
Lieff, Cabraser, Heiman & Bernstein, LLP
Lindberg, Matthew G.
Linerboard Antitrust Class Action
Lisa J. Leebove
Liss & Shapero
Litex
Little, Robert W.
LK Nagano Sistemas Automotivos Ltda.
Local 1097
Local 663 Electrical Workers

Locke Liddell & Sapp, LLP
Logistics Solution Group S.A.de C.V.
LoPrete, Kent
Lowey Dannenberg Bemporad & Selinger, P.C.
Lumpkin, Robert J.
Lunn, Richard
Lunt Manufacturing Co., Inc.
Lyon, Donald M.
Lyons, Brian
MacDonald Industrial Products
Magnesium Aluminium Corporation
Mahle Sistemas de Filtracion de Mex

Mahle, Brian
Manns, Debra A.
Mantese, Joseph Vito / Lease Plan USA
Manufactured Products Corporation (MPC)
Margaret Fukuda
Marian P. Rosner, Esq., Robert C. Finkel, Esq.,
   Carl L. Stine, Esq.
Mariana Inˆs de Souza
Marsh & McLennan Cos.
Martinez, Jose Angel Mata
Massey, Patricia
Mastromarco & Jahn, PC
Matamoros
Matter, Phillip
MBUSI
McAleer, Adrian
McBride, Diana B.
McCaslin, Imbus & McCaslin
McCree, Robin
McCullough, Amy M.
McDermott, Jon E.
McDonald, Wilfred A.

McGuire Woods
MCI Telecommunicaitons Corporation
McKee, Stephen M.
McMillion, Anna

McPhall, Amber
McTigue Law Firm
Means Industrial, Inc.
Merrick, Steven
Merritt, James and Bonnie
Metaldyne 2005 Contract
MetroCal, Inc.
Meyer and Williams
MG Rover
Middleton, Randal A.
Miller Faucher and Cafferty LLP
Miller Shea, P.C.

Miller, Daniel A.
Mills, Jason

Milwaukee Design Center
Ministerio Publico

Minnick, Ralph D.
MIOSH
Miro, Weiner & Kramer
Missing Press Parts
Mitchell, Margaret B.
Mochty, Ronald J.
Modine
Mohamed, Farag
Molex Cost Recovery Disputes

Moore, Gene T.
Moore, Walters, Thompson, Thomas, Papillion &
    Cullens
Moreira, Luiz Alberto
Moretti, Lucia V.
Morgan & Meyers PLC
Morganite
Morganite Incorporated Class Action
Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.
Morrison, Thomas
Mortensen, Philip Bradley
Moser, Janet E.
Motley, Rosalyn
Motorola Quadrasteer
MTD Technologies

Mubea, Inc.
Much Shelist Freed Denenberg Ament &
    Rubenstein, P.C
Mulligan, Charles D.
Multifunction Switch
Myers-Gell, Judith
MyFi Battery Fires
NBR
Nesco
Neubauer, Bridget A.
Newman, Tina
Newton, David

NGK
Nguyen, James H.
Novak, Barbara Griffin
Novakovic
Novo Rio Baterias Ltda.
Nu Tech Plastics Engineering, Inc.

O'Neill, Mary P.
O'Neill, Wallace & Doyle, P.C.
O'Brien, Michael L.
O'Bryan, George M.
Olson Tooling
Ondo, Anthony C.
Onsalma
Opel
Opel Hungary/GMPT
Orlick Industries, Ltd
Orlik, Eva M.
OSHA Recordables
Osowki, Linda
Owens, Donna
Padilla, Afredo Z.
Palmer, Cindie L.
Paragon/CJR
Parkview Metal Products
Parmenter O'Toole
Partridge, Steve

Patent Holding Company
Paula, Ana
Peace, Bernadine
Penley, Brian L.
Pennington, Jeff
Peters, Jerry
Peters, Larry C.
Petrie Household Goods Claim
Phelps, John W.
Phillips, Robert
Pickett, Mary
P-K Tool & Manufacturing
PODS
Poitra, Tammie
Polito, Michael A.
Polsinelli Shalton Welte Suelthaus, PC
Powell, Charlene
Power Outage

Powertrain
Praxair Surface Technologies
Price Potter Jackson & Mellowitz PC
Priest, Aaron

Primary at Johnston Bartin is John Sheffield
Pritchard, Deborah Brown
Proud, Douglas
Prusheik, Stacey
Public Lighting Authorities
Quake Global, Inc.
Qualls, Debbie L.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
Quinn, Larry
Radiation Issue
Raphael, Naomi
RBC Bremen Bearing, Inc.
Reilly, Thomas A., Jr.
Reliable Castings
Reno, Joseph
Reyes, Daniel
Reynosa
Rhodia Patent Assertion
Richard Hawkins & Young, LLP
Rio Bravo Occupied Worker Housing
Roberto Mageste de Abreu
Robins, Kaplan, Miller & Ciresi LLP

Roetzel & Andress
Rogers County District Attorney, Assistant D.A.
   Patrick Abitbel
Rosen, Paul
Rosen, Ruben J.
Ross, Marion
Rowel, Lynn
Rowley, Donald
Royal Freight, L.P.

Rudzik, Rebecca
Ruhenkamp, Nicole M.
Rule, Hilary
Russell, Thomas
S "nia Aparecida da Silva
Sallee Law Firm
Samacki, Rachel
Sammons, Leon
Sanko
Saturn
Savage, Darrin
Sax, M. Beth
Schatz & Nobel, P.C.
Schlicher, Cindy Lee
Schunk Graphite Technology, Inc.
Schwartz Law Firm, P.C.
Scott & Scott, LLC
SCRC
SEC
SEC-MSC Software Corporation
SEC-OPEB
Sedberry, Joyce

Segway Cancellation Claim
Seipke, Isabelle
Seldeen, William L.
Seskin, Lauren
Shanks, Carol
Shannon Shaw, Martin L.
Sharp, Dennis
Sharyl Carter
Shaw, Martin L.
Sheila M. Bossier PLLC
Sher Garner Cahill Richter Klein & Hilbert,
    L.L.C.
Sherban, Daniel
Sherbin, Joshua A.
Sherer Electric
Sherrie Savett, Esq.
Short, Jodi Lynn
Siemens GEN III
Siemens VDO Automotive Inc
Siemens VDO SA de CV
SimmonsCooper, LLC.
Simons, R. Nicholas
Smibert, Jon R.
Smith, Erisha
Smith, James O.
Smith, Lori
Smith, Louis
Smith, Mary
Smith, Spires & Peddy, P.C.
Smolik, Lillie
Snider, Michael K.
Sobel, Jonathan F.
Solvent Chemicals

South Trust Bank
Spahn, Jeff C., Jr.
Spector Roseman & Kodroff, PC
Spencer, Theresa L.
Squitieri & Fearon, LLP
Stafil
Stansbury II, Robert L.
State of Minas Gerais
State of New York
State of New York Solvent Chemicals
Statman Harris Siegel & Eyrich LLC
Stec, Jennifer M.
Stejakowski, Dennis
Stephen F. Wasinger PLC
Stewart & Stewart
Stewart, Alex S.
Stewart, Andrew
Stites & Harbison, PLLC
Stone, Caylena
Stonehouse Rentals, Inc.
Stoughton, Jeff
Strategic Distribution Marketing de Mexico, S.A.
  de C.V.
Strattec Security Corporation
Strzebniok, Jan

Stuck, Ronald P.
SungWoo-GPS
Surles, Brenda
Swain, Andrew
Switec
Takata-Petri AG
Talbot Case

Tatum, Jefferi
Tauzin, Vanessa
Taylor, Jonathan B.
Taylor, Kenneth
Tenneco Automotive
Terazosin Hydrochloride
Textron (Kautex)
Thacher Proffitt & Wood
The Ackerson Group
The Chamberlain Group, Inc.
The Danis Companies
The Padberg & Corrigan Law Firm
The Roth Firm
Thomas, Demetrius
Thomas, Garvey, Garvey & Sciotti, P.C.

Thompson & Knight
Thompson, Maria N.
Ticona
Timken (Brazil)
Tinell, Frankie
Todd, William N.

Torabi, Alan
Torsky, Norma Jean
Toyota Motor North America, Inc.
Tremont Landfill Company

Trico
Trovan
Truscio, James
TRW Automotive Products
TRW Dispute
Tucker Ellis & West
Turinsky, Paul J.

Tuthill, Rusty
U.S. Aeroteam, Inc.
United States Attorney's Office, Southern District
    of Texas
Valeo Electrical Systems, Inc.
Valeo North American Corporate
Valeo Switches and Detection Systems, Inc.
Van Dusen, Tom
VanAmburg, Shawn
Vance, Richard
Vandale, Tammy A.
Varnum Ridderind Schmidt Howlett
Vasquez, Joe R.
VEHVAC
Ventra – Tech
Vicki Lynn Marion, as Personal Representative of
    the Estate of Mark Marion
Vincent, Leo J.
Viviano, Joe
Volvo
Waldo, Richard L.
Walker, Joyce
Walter, Kevin R.
Walter, Stanley J.
Warner-Eno, Leslie A.
Warren M. Pulner
Waste Management, Inc.
Watkins Motor Lines
Weaver & Young
Weber, Herman
Wechsler Harwood LLP
Weiler, William S.
Weitz & Luxenberg, P.C.
West, Roleda
Weyer, Frank
Wheeler, Bruce C.
Whitaker, Samuel F.
Whitehead, Anthony
Whitmire, Steven Lee
Whitney, Gary

William Alcosta PLLC
Williams, Lester

Williams, Modina

Williams, Steven
Willis, Steven
Wilson, Clyde
Wilson, Donna R.
Wilson, Loretta
Wilson, Mark

Wilson, Steven E.
Winbush, Meatha
Wisehart, Rhonda
Wolan, Lea
Wolf Halenstein Adler Freeman & Hertz LLP
Wong, Chris
Wood, Ralph
Woodard, Anthony
Woodson, Harold
Woodward Diesel Pump
Woodward, Bryce
Workers of America
Wright, Eugene A.
Xandex, Inc.
Yaldo & Domestein, P.L.L.C.
Yang, Peter
Yates, Dale A.
York, Thomas, Jr.
Young & Susser, P.C.
Young, Karl L.
Young, Lee
Young, Michael S.
Yount, Loretta
Yzaguirre & Chapa
Zelle, Hormann, Voelbelm, Mason & Gette LLP
Zwick

**TOP 50 CREDITORS**

3M Co
Abc Group Inc
Aisin Seiki Co Ltd
Akebono Brake Industry Co Ltd
Alcoa Inc
Alps Automotive Inc.
Alps Electric Co Ltd
American Axle & Mfg Holdings Inc
Autoliv Inc
AW Transmission Engineering
Beiersdorf AG
Blackstone Capital Partners LLP
Bosch Braking Systems Corp
Bosch, Robert Stiftung GmbH
Buena Vista Township, Michigan
Capri Capital Advisors LLC
Carlisle Engineered Prods
CIGNA Corporation

City of Flint, Michigan
Clarion Co Ltd
Corning Inc
Dana Corp
Delta
Draka Holding NV
Dura Automotive Systems Inc
E.on AG
EI Dupont de Nemours & Co Inc
Flextronics Intl Asia Pacific
Freudenberg & Co KG
Fujitsu Ten Corporation
General Electric Co Inc
Hitachi Ltd
Howard County, Indiana
Illinois Tool Works Inc
Impala Platinum Holdings Ltd
Industrial Molding Corp
Infineon Technologies AG
Intermet Corp
International Union of Electronic, Electrical,
    Salaried, Machine and Furniture Workers –
    Communications Workers of America
Johnson Electric Holdings Ltd
Leopold Kostal GmbH & Co KG
Limar Realty Corp.
Linamar Corp
Madison County, Indiana
Matsushita Electric Industrial
Merk Medco
Molex Inc
Montgomery County, Ohio
Nan Ya Plasics Corp
National Fire Insurance Company of Hartford
NEC Corp
Norsk Hydro ASA
Ogura Clutch Co Ltd
Osprey, S.A. Ltd.
Pioneer INDL Components
Quexco Inc
Robert Bosch Corporation Automotive Group
Semiconductor Components
Sequa Corp
Sharp Electronics Corp
Siemens AG
Solectron Corp
State of Michigan
State of Ohio
State of Wisconsin
Stmicroelectronics NV
Swatch Group SA, The
TDK Corporation of America
Texas Instruments Inc
Textron Inc
Thyssenkrupp AG
Timken Co, Inc

Traxle Mfg Ltd
TT Electronics PLC
UHC
United Auto Workers
Viasystems Group Inc
Worthington Industries Inc

**HOLDERS OF 5% OR MORE OF ANY
OUTSTANDING EQUITY SECURITY OF
THE COMPANY**

Brandes Investment Partners, LLC
Capital Group International, Inc.
Capital Research & Management Company
Dodge & Cox
State Street Global Advisors

**RECORD NOTEHOLDERS HOLDING 5%
OR MORE OF ANY OUTSTANDING
ISSUANCE OF NOTES OF THE COMPANY**

Bear Sterns
Citigroup
Frst Clear
Goldman Sachs
Investors Bank
Lehman Brothers
Mellon Trust
ML Sfkpg
MSDW Inc.
NFS LLC
Pershing
SSB

**INDENTURE TRUSTEES**

Bank One Trust Company N.A.
First National Bank of Chicago
J.P. Morgan Trust Company, N.A.

**UNDERWRITERS OF SECURITIES ISSUED
BY THE COMPANY DURING THE PAST
THREE YEARS**

A.G. Edwards & Sons, Inc.
ABN AMRO Incorporated
Advest, Inc.
Banc of America Securities LLC
Barclays Capital Inc.
BB&T Capital Markets, a division of Scott and
    Stringfellow, Inc.
BNP Paribas Securities Corp
C.L. King & Associated, Inc.
Citigroup Global Markets Inc.
Comerica Securities, Inc.
Credit Suisse First Boston LLC
D.A. Davidson & Co.

Deutsche Bank Securities Inc.
Ferris, Baker Watts, Incorporated
HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
Janney Montgomery Scott LLC
McDonald Investments Inc., a KeyCorp Company
Merrill Lynch, Pierce, Fenner & Smith
    Incorporated
Mesirow Financial, Inc.
Morgan Stanley & Co. Incorporated
Oppenheimer & Co. Inc.
Quick & Reilly, Inc.
Ramirez & Co., Inc.
RBC Dain Rauscher Inc.
Ryan Beck & Co.
Samuel A. Ramirez & Company, Inc.
Scotia Capital (USA) Inc.
SG Cowen Securities Corporation
Southwest Securities, Inc.
Stifel, Nicolaus & Company, Incorporated
Tokyo-Mitsubishi International plc
U.S. Bancorp Piper Jaffray Inc.
UBS Securities LLC
Utendahl Capital Partners, L.P.
Wachovia Capital Markets, LLC
Wells Fargo Van Kasper LLC
Williams Capital Group, L.P.

**COUNTERPARTIES TO MAJOR LEASES**

1401 Troy Associates Limited Partnership
2574 E. River Rd. Bldg. 10 LLC
500 Commerce LLC
Access
American Finance Group
Amherst Commerce Park
Aspire Building, LLC
ATEL Capital Group
Cherokee North Kansas City, LLC
City of Laurel, Mississippi
County of Marquette, Michigan
Crown Enterprises, Inc.
CSA Financial Corp
CSI
Donald R. Sweeton and Sarah E. Sweeton
Elect
First American Capital
First Industrial, L.P.
Ford Motor Land Development Corporation
Fortune Avenue Partnership LLP
GAR Properties, LLC
GBG2, LLP
General Motors Corporation
Germain's Technology Group
Germain's Technology Group Custom Coating
    and Enhancements, Inc.

HP Finance
ICON Capital Corp
JCR Investments, LLC
John E. Benz & Co.
Killam Industrial Development Partneship, Ltd.
Kilroy Realty, L.P.
LaSalle National Bank, as Trustee under Trust
    No. 115897
Laurence Tippmann, Sr., Family Limited
    Partnership
LGR Group/CIT
Liberty Property Limited Partnership
Nissan Technical Center North America, Inc.
Oil Well LLC
Optimal Leasing Co.
ORIX Warren, LLC / Orix GF Warren Venture
Pac Rim
QEK Global Solutions
RCA
Realty Investment II
River Road Investments, Inc.
Sealy RG Valley Buildings, L.P.
Seed Systems, Inc.
Shelby Industrial Investors-II, LLC
TR Butterfield Trail Corp.
Universal Tool and Engineering Company, Inc.
Visteon Corporation
Weingarten Realty Investors
Wells Operating Partnership, L.P.

**COUNTERPARTIES TO MAJOR
CONTRACTS (OVER $100,000)**

(KDAC) Daewoo Motor Company
ACG Componentes
Adrian (City of)  MI
Advanced Casting Technologies
AEP (Public Svc Co Oklahoma) OK
AFOSR

Alabama Gas Corporation
Alabama Power Co

Aladdin Industries

Alexander Long, III

Alltel

Alma Products
Alpine Electronics
Ambrake Corporation

Ameritech
Ameritech Information Systems, Inc.
Ameritech Mobile Services, Inc.

Amsterdam Funding Corporation
Anderson City Utilities  IN
Antec Electric System Co. Ltd
ANXe
Anxebusiness Corp.

Applera Corporation
ARL

ASEC Exhaust Systems
AT&T Corp.
AT&T Solutions, Inc.
ATT Wireless

Autonova
Avaya World Services, Inc.
AXNe
Beijing Delphi Wanyuan Engine Management
    Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Bell South
Blue Cross Blue Shield
Blue Ridge Asset Funding Corporation
Blue Totes – Atlantis
Bluetooth
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries
C.E. Communications
CADPO
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic North America, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership
Chemical Reclamation Svcs Inc USA
CIA Industrial Armas

CIGNA Behavioral Health
CIGNA Healthcare
Cinergy PSI IN
Clifford Electronics, Inc.
Clinton (City of) MS
Cole Managed Vision
Columbus (City of)  OH

Componentes Delfa, C.A.
Compressor Works, Inc.
Compuware

Connecticut General Life Insurance Company
Constellation NewEnergy  TX
Constellation NewEnergy, Inc.

Constellation NewEnergy-Gas KY

Consteltn NewEngy PA

Consumers Energy MI (Detroit)
Consumers Power  MI
Consumers Power Company
Coopersville (City of)  MI
Cullmann GmbH

D.O.T. Volpe Center
Daewoo Automotive Corporation

DAS Deutschland GmbH

DAS Poland Spolka z.o.o

Davis Vision

Dayton Power & Light Co  OH
Dayton Water Dept (City of) OH

Debiotech S.A.
Delco Remy International, Inc

Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison

Delphi Auto Systems India Private Limited
   (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Lockheed UK
   (Aftermarket)
Delphi Automotive Systems Netherlands
   (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de
   Sor)
Delphi Automotive Systems Spain
Delphi Automotive Systems Sungwoo
Delphi Delco Electronics Suzhou
Delphi Delco Liverpool
Delphi Diesel Systems England
Delphi Diesel Systems Ltd England
Delphi Diesel Systems Spain
Delphi Diesel Systems Turkey
Delphi Diesel Systems UK
Delphi Diesel Systems, S. L. Spain
Delphi Harrison Calsonic (France)

Delphi Lockheed Automotiove France
   (Aftermarket)
Delphi Packard Balcheng, Limited
Delphi Packard Electric Co Ltd (Shanghai)
Delphi Packard Electric Malaysia Sdn Bhd
Delphi Packard Espana
Delphi Saginaw Lingyun Brillance and Palio
Delphi Saginaw Lingyun Jinbel
Delphi Sistemas de Energia (Portugal)
Delphi TVS Diesel Systems Ltd India (Lucas)
Delphi-TVS Diesel Systems Ltd (India)
Delta Dental
Delta Guc
Deltek
Design Solutions
Directed Electronics (formerly Clifford)
DOC/NIST
DOD
DOD TACOM
DOE
DOE/NETL
Dolby Digital
DOT NHTSA
DPL Energy Resources, Inc. dba DPL Energy
DSSCSC China
DSSI
DTE Energy MI
DuraSwitch
East Penn Manufacturing Company
EBD Ventures (Savage Enterprise)
El Paso Electric Co  TX
Electricore Aerovironment
Electromotive
Embedded Technology
Empress Ca-Le de Tiaxcala
Emtech
Entergy (MS Power & Light) USA
EQ-Heritage USA
Ericsson AB
Erie Cnty Dept Environ Serv OH
Exacto (Perfection Spring)
Fabrica De Aparatos De Air Acondicionado
   (FAACA)
Falcon Asset Securitization Corporation
Famar

Firma Carl Freudenberg KG

Fitel USA Corp. (assigned by Lucent)

Fitzgerald Wtr Lgt&Bond Com GA

Flint (City of)  MI

Flip Chip Technologies

Four Seasons License (Division of Standard
  Motor)
Fraenkische USA, LP
Gasbarre Products
Gatewat Industries
General Bearings Corporation

General Motors Investment Management
  Corporation
Georgia Power Company
Giannulli, Thomas
Girlock
GM do Brasil
GM France

GM License Exchange

Gotham Funding Corporation
Green Shield Canada
Health Plus Options Inc
Health Solutions Inc

Hendrick Motorsports

Henry County REMC IN

Heritage Interactive Services USA
HESCO Houston Energy Svcs Co

Hewitt Associates LLC
HTC
Hubei Auto Motor Factory
Hubei Delphi Automotive Generator
Hyundai Motor Company
I.U.P.U.I.
IBM Corporation
Ideal Technology Solutions U.S. Inc

Indiana-American Water Comp

Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co
Industrial Energy Users – Ohio
Inovise Medical, Inc.
Integrated Therapeutics Group, Inc.
Intel Corporation
Intellectual Property Mining (IPM)
Intercall
JLT Services Corporation
John Ross & Associates

Johns Hopkins University
JSP Affiliates
JSP America, Inc.
JSP International Ltd.
JSP International s.a.r.l.

JSP Trading, Inc.
Jupiter Securitization Corporation
Kaiser Aluminum and Chemical
Kale Oto Radyator
KDAC (magna steer)

KDAC (Sublicense) Shye Shyang Mechanical
  Industrial
Kitco Fiber Optics

Kokomo Gas & Fuel Company IN
Kokomo Wastewater (City of) IN

KPL (Western Resources) KS
Kuo Yih Hsing Enterprise Co. Ltd (KYHE)
Kyungshin Industrial Company Ltd and Bolim
Lear Corporation
Level 9

Limestone County Commission AL
Limestone County Wtr & Swr AL
LiveDevices Inc

Lockheed Martin Energy Systems (Oak Ridge
  Lab)
Lockport (City of) NY

Lockport Energy Associates NY
Logikos
Lord Corporation
Lord Corporation Supply and Development
  Agreement
Lucent Technologies Inc.
Magic Valley Electric Coop USA

Magnavox Government and Industrial Electronics
  Company
Magnetoelastic Devices
Manzai

Matsushita Electric Corporation of America
Matsushita Electrical Industrial Company
MCI Worldcom Communications, Inc.
Medco Health Solutions Inc
Medstat Group, Inc.
Metlife
Metlife (Dental)
Metropolitan Life Insurance Company
Middle East Battery Company
Mikuni
Miller Engineering Services, Incorporated
Mississippi Power Company
MMT SA
Moldflow Corporation
Monroe County Water Authority NY

Montgomery City San Eng Dept OH

Motores y Aparatos Electricos de Durango S.A.
  de C.V.
Moving Magnet Technologies SA (MMT)
MPEG LA
M-Plan
MRI
NASA

National Foot Care Program, Inc

Navigation Technologies
NCC Liteflex Donation (National Composite
  Center)
NCMS Kinetic Spray

NCMS LAV

NCQA (National Committee for Quality
  Assurance)
New Brunswick (City of) NJ
New York Power Authority
New York State Elec & Gas NY
Nextel

Nextel West Corp.
Niagara Mohawk  NY
Nokia Corporation
North Alabama Gas District AL
North American Philips Corporation
NY State Elec & Gas
Oak Creek (City of) WI
Ohio Edison Company
Oil Chem Inc USA
Olathe (City of) KS
OneOK Energy Marketing OK
Orbital Fluid Technologies
Peng Tan Settlement
Pepco Energy Services, Inc. (PES)
Portage Cnty Wir Resources OH

Premacare
PSE&G NJ
Purdue University

R&D Enterprises

Raufoss ASA
Raytheon Company
Remy International, Inc.
Rineco Chemical Industries USA
Rochester (City of) NY USA
Rochester Gas & Electric NY
Saginaw (City of) Wir & Swr MI

Saginaw Deutschland

Saginaw Norinco Lingyun Drive Shaft
Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
Satyam
SBC Ameritech
SBC Global Services, Inc.

Scantron

Scroll Laboratories, Inc.

SDACC

Shanghai Automotive Brake Systems
Shanghai Automotive Brakes Corp.

Shanghai Delco International Battery Company
   Ltd
Shanghai Delphi Auto Air Conditioning Systems

Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export
   & Import)
Shanghai Huizhong Automotive Mfg. Co.

Shanghai Saginaw Dongfeng Steering Gear

SHPPS/Health International, Inc.

SkyTel

Societe Francaise Des Ammortisseurs
   (DeCarbon)
Sonceboz SA
Southern California Edison
Sprint

Sprint Spectrum, L.P.
Sprint United

SRI International
Stant Manufacturing (Gates)
State of Indiana

State Street Bank and Trust Company

Steward Inc.
Tai Yue
Takata
TCS

05-44481-rdd    Doc 2434-3    Filed 02/17/06    Entered 02/17/06 16:18:42    Affidavit
Pg 67 of 97

Techcentral LLC

TechSolve

Teknit

Tennessee Valley Authority
Test Products, Inc.
TGI Direct
The Bank of Tokyo-Mitsubishi, Ltd., New York
  Branch
The Regents of the University of Michigan
The Whitaker Corporation
TI Group

Time Warner
Tom Giannulli Inc., dba Caretools, Inc.
Tom Kelley
Toshiba Corporation
Toyota Motor Company
Toyota Motor Corporation
Trilogy Plastics
Tripac International
Troy (City of) MI
Tulsa Utils Svc (City of) OK
TXU Energy Retail Company LP
TXU Energy TX
UBE Industries (America), Inc.
UBE Industries, Ltd.
UBE Machinery Sales
UGC
Unisia Jecs Corporation
United Health Care Insurance Company

USAF/AFRL
Valence Technology Cayman Islands Inc.
Valence Technology Inc.

Value Options, Inc. (Value Behavioral Health)
Vandalia (City of) OH
VDO Control Systems
VDO North America
Verizon
Verizon Wireless
Verizon Wireless

Verizon Wireless Messaging
Warren (City of) Util Srvcs OH
Warren City of Pollution Control
Wayne State University
Whitaker (from Specialty Electronics)
Wisconsin Electric Power Co WI
Wyoming (City of) MI

XM Satellite Radio, Inc.

Yubei Machine Factory

Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Zoe Medical, Inc.

## LIENHOLDERS AND OTHER
## SIGNIFICANT LENDERS

Air Liquide Industrial US LP
American Equipment Leasing, a division of EAB
    Leasing Corp.
Ameritech Credit Corporation
Applied Industrial Technologies, Inc.
Applied Industrial Technologies-ABC, Inc.
Applied Industrial Technologies-DBB, Inc.
Applied Industrial Technologies-Dixie, Inc.
Applied-Michigan, Ltd.
Assembleon America Inc.
Associates Leasing, Inc.
AW Miller Technical Sales, Inc.
Bank of Lincolnwood
Bank One Michigan
Bank One, NA
Bell Microproducts, Inc.
Canon Financial Services Inc.
Cardinal Machine Company
Cashcode Company, Inc.
Centura Bank
Charmilles Technologies
CIT Communications Finance Corporation
CIT Systems Leasing
CIT Technologies Corporation
Citicorp Vendor Finance, Inc.
Commercial Tool & Die, Inc.
Compaq Financial Services Corporation
Computer Sales International, Inc.
Credit Lyonnais, S.A., Cayman Islands Branch
Crown Credit Company
Cupertino National Bank c/o Greater Bay Capital
Daewoo Heavy Industries America Corporation
Dell Financial Services LP
Delphi Automotive Systems Corporation
DRE Depositor Corp.
Fifth Third Bank (Western Michigan)
First Bank of Highland Park
First Bank of Highland Trust
GE Polymerland, Inc.
General Electric Capital Asset Funding
Hitachi Credit America Corp.
Hubbard Supply Company
Husky Injection Molding Systems, Inc.

Icon SPK 2023-A LLC
ICX Corporation
In re: Bobby's Kitchen
Information Leasing Corp.
IOS Capital, LLC
Juki Automation Systems, Inc.
Kensington Capital Corporation
Kyocera Mita America, Inc.
LaSalle Bank National Association
LaSalle National Leasing Corporation
Lease Plan USA, Inc.
Leasenet Group, Inc.
Magid Glove & Safety Mfg. Co. LLC
Makino Inc.
Metlife Capital LP
Miami Industrial Trucks Inc.
Michele D'Andrea
Milacron Marketing Company
Minolta Business Solutions, Inc.
Minolta Business Systems, Inc.
Mori Seiki USA Inc.
Motion Industries Inc.
Motorola Credit Corporation
Motorola, Inc.
Murata Wiedemann Inc.
Northern Michigan Tool Company
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Okuma America America Corporation
Omega Tool Corporation
Pacific Rim Capital, Inc.
Pullman Bank & Trust Company
Rave Financial Services Inc.
Relational Funding Corporation
Renaissance Capital Alliance, LLC
Rutherford Cooke et al.
Sentry Financial Corporation
Sentry Financial, Inc.
Shaltz Fluid Power
Southern Pacific Bancapital
TCF Leasing, Inc.
Tennant Financial Services
The Huntington National Bank
The Peltz Group, Inc.
Toshiba American Information Systems Inc.
Toyota Motor Credit Corporation
UMB Bank Colorado, N.A.
Van Dorn Demag Corporation
Varilease Corporation
Wells Fargo Bank Northwest, Trustee
Windsor Mold Inc.
Xel Communications, Inc.

**MAJOR CUSTOMERS**

Adam Opel AG
Aftermarket
AGco Parts Div-D7e50 Caterpillar
AGco-Jackson Operation
ArvinMeritor
AZ Automotive
Benteler
Best Buy Co. Inc.
BMW
BMW Group
Bosch
Cannon Group Ltd
Caterpillar
Caterpillar-Joliet
Circuit City Stores Inc
Collins & Aikman
Cummins
Daihatsu
DBM Tech.
Delphi – Allied Sales
DK Packaging
Espackdis SA
Fiat Automotives SA
Fiat Group
Ford Group
Fuji Heavy Industries
General Motors de Mexico S de Rl
General Motors de Mexico S Derlspom
General Motors do Brasil Ltda
General Motors Powertrain
General Motors S Africa (Pty) Ltd
GM de Argentina S A
GM Espana SA
GM Holden Ltd
GM Powertrain
GM SPO
GMIO
GMNAO
Harley Davidson
HMH Group
Honda
Isuzu Group
Isuzu Motors Europe Ltd
Isuzu Motors Polska Sp Zo O
Johnson Controls
Kautex
Koltec BV
Magna Intier
Mercedes-Benz U.S. International, Inc.
Mitsubishi
Modatek
Napa Dist Center
Navistar International
New Wave Enterprises (Belgium) NV
Nissan
Paccar

Perkins Engines Company Ltd
Power & Signal Group
Promotora
PSA Group
Renault
Rover
Saab Automobile AB
Saab Automobile Parts
Standard Motor Products Inc
Suzuki Group
Toyota
Vauxhall Motors Ltd
Visteon
Volkswagen AG
Volvo Truck
VW Group
Wal-Mart Stores CE
XM Emall LLC
Yorozu

**MAJOR SUPPLIERS**

A Agrati SPA

AASP – PA

AB SKF
Aceralia Tubos SL
Acome Societe Cooperative De Produc
Advanced Micro Devices

Affinia Group Holdings Inc

AFX

Agfa Corporation
Agfa-Gevaert N.V.
Agilent Tech. (M) Sdn Bhd
Aksys, Ltd.
Alcan Inc
Allevard Springs Ltd
Alpine Group Inc, The
Aluminum Co of America
Amak Brake LLC

American Discount Supply, Inc.
American President Lines Ltd
Amphenol Corp
Amtek Engineering Ltd
Analog Devices GmbH
Analog Devices Inc
Android Industries LLC
Aplicaciones de Metales Sinterizado

Applied Biosystems

ARC Automotive Inc

Arnold Transportation
Asahi Glass Co

ASEC Manufacturing Sales
Austria Microsystems AG

Autocam Corp
Autoliv ASP Inc
Automatizacion y  Disenos

Automotive Traning Schools
B&A Enterprises
BAX Global

BBK Ltd

Benteler Automotive
Berger GmbH & Co Holding KG
Bing Metals Group Inc

Binter SA
Bitron Industrie SpA
Boco Pty Ltd

Bosch Automotive Systems Corp

Brazeway Inc

Brite Smile

Brite Smile Center

British Vita PLC

BTV Holding GmbH
Bus Electronik Gmbh

Calsonic Corp
Cambrex Bio Science

Cami

Campbell Marshall E Co

Cardinal Health
Cardinal Health Canada 301, Inc
Carlisle Companies Inc
Carringworth Ltd
Carter Group Canada Inc
Caterpillar Engine Systems
Centra Inc
CF Gomma SPA
CIE Automotive SA
Clarion Corp Of America

Coinstar
Commissariat a l'Energie Atomique

Compagnie Industrielle de Delle
Contech
Continental Gummi-Werke AG
Corus LP

CTS Corp
Curiel Estrada Jorge
Cyro Industries
D&R Technology LLC

Daewoo Heavy Industry America
Dayco Products LLC
DBG Tool & Machine

Deloitte & Touche

Denso International America

DHL Danzas Air & Ocean

Direct Sourcing Solutions
DMC 2 Canada Corporation

Dove Equipment Co Inc

Dr Johannes Heidenhain-Stiftung GmbH

DTE Coal Services

Duluth Services

E I Dupont de Nemours & Co Inc
Eco-Bat America LLC
Egelhof SA
Ekm-Knobloch GmbH

Elgin Industries

Engelhard Corporation
Engineered Plastic Components Inc

Enricau Cesar Vuarchex Industries

Epcos AG

Essex Group Inc

Everest Biomedical Instruments

Federal Express Corporation
Federal Mogul Corp
Fedex Trade Networks

Feintool International Holding

Fernandez Racing LLC

Fibrax Ltd
Folketrygdfondet

ForHealth Technologies, Inc.
Fountain Construction Co

Freescale Semiconductor Inc

Fujitisu Ltd
Furukawa Electric Co Ltd

Futaba Corp
Gambari International
GE Medical Systems

General Electric Capital
Georg Fischer AG

Giovanni Agnelli EC SAPA
GKN PLC
GM – AC Delco
GM Daewoo Auto & Technology Co

Great Lakes Tape Corp
Green, Ernie Industries Inc
Groupe Rencast
Haemoscope Corporation

Handy & Harman
Hanwha Corp Poun Plt

Helicor, Inc.

Hella Kgaa Hueck & Co

Henkel KGAA

Hennessey Capital Solutions

Hewlett-Packard Co.-Roseville
Hewlett-Packard Company

Hewlett-Packard GmbH
Hewlett-Packard Singapore

Hewlett-Packard/San Jose
Hinojosa Ramos Jesus Alfredo
Hitachi Automotive
Hitachi Chemical Asia Pacific
Holden Ltd

H-P Asia Pacific Pte. Ltd.

HP Financial Services Cntr.

HP International SARL
HP Smartbuy
HPC Engineering PLC

HP-Colorado Springs

HP-FORT COLLINS

HP-San Diego HID
HSS LLC
Hub Group Associates Inc

Hubert Stueken GmbH
Hyo Seong Electric Co Ltd

IAPA
Ina-Schaeffler KG

Inogen
Inotherapeutics
Intec Group
Interamerican Trade Corp
Intermet Corporate

International Rectifier Corp

International Truck & Engine
Inzi Controls Co Ltd
ISI of Indiana Inc
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
JCI

Johann Albert Freund
John Deere

Johnson Matthey Plc

Jvs Eqtos P/Autom Indl Ltda

Kataman Metals Inc
Keller Group Inc
Key Safety Systems Inc
KLA Tencor Corp
Koa Speer Electronics Inc

Koninklijke Philips Electronics NV
Koyo Seiko Co Ltd
KPMG LLP
KS Centoco
L-3 Communications

Leaseway Transfer Pool

LeftHand Networks
Leoni AG
Lexington Connector Seals

Lexington Precision Corp
Littelfuse Inc

LS Cable Ltd

Lunal
M&Q Plastic Products Inc
Madison-Kipp Corp
Marian, Inc
Matco Tools
Meadwestvaco Corp
Mecaplast
Medical Simulation Corporation
Medrad

Medtronic Navigation
Melling Tool Company
Metal Blanc SA
Metaldyne Corporation

Methode Electronics Inc
Michael Baker, Inc.

Microchip Technology Inc
Microsoft Services

Minebea Co Ltd

Mitsubishi Electric

Motorola Automotive
MSX International Inc
Muhr und Bender KG

Multitronics Inc
Murata Manufacturing Co Ltd
Nabco Inc
National Auto Radiator

National Logistics
National Semiconductor

NEC Electronics Inc
Niles Co Ltd

Ningbo Huaxiang Electronic Co Ltd
Nissho Iwai American Corp
Niton Corporation

Noranda
Norandal USA INC

North American Operations
NuVasive, Inc.

Ogura Corp
OKI Semiconductor
Olin Corp

Omega Automation Inc

Omron Corp

Onex Corp
Ontario Holding International Bv

Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc

Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors

Pioneer Corp

Pixley Richards Holding Inc
PJAX
Plansee Holding AG
Plasco Inc

Plymouth Rubber Co Inc

Point 5 Technologies

Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.

Pressac

Prettl de Mexico SA de CV

Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam

Republic Engineered Products Inc

Rescue Technology
Reviva

Robert Bosch Corporation

Robin Industries Inc

Rohm Co Ltd
RSR Corporation
Ryder Integrated Logistics
S.E. Power Systems Orlando

SA Dehuit
Samtech
Sansho Giken Co Ltd

SAS Comte
Schulte & Co Gmbh
Securitas Security

Selectron Corp
Senko America Corporation

Sensus Precision Die Casting Inc

Serigraph Inc

Setech Inc
Setforge

SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd

Siemens Automotive Ltd
Sirva Relocation
Societe Industrielle de Sonceboz SA
Sony Ericsson Mobile
Spartech Corp

Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek

Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd

Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp

Tawas Industries Inc
Technitrol Inc

Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL

The Swatch Group
Thevenin (Fonderie)
Tire Industry Foundation

Tokico Ltd

Tomkins PLC

Torrington Co
Total SA
Toyo Clutch Co Inc
Toyota Tsusho Corp
TPG Advisors Inc

Trelleborg AB
Trianon Industries Corp
TRW Automotive Holdings Corp
Tyco Electronics Corp

Tyco International Ltd

UBS AG
Umicore SA

Unigraphics Solutions Inc
US Steel Corporation

USA Technologies, Inc.

UVA Machine Company
Valeo Climate Control USA

Valeo SA
Valley Trucking Co Inc

Vallourec
Vanguard Distributors Inc

Verilink Corporation

Viasystems Canada Inc
Victory Packaging Inc

Vishay Intertechnology
Visteon Automotive Systems

Volvo do Brazil Veiculos Ltda.

Volvo Parts North America, Inc.
Wanxiang Group Corp

Waupaca Foundry Inc

Wheeler Brothers Inc.

WHX Corp

Wiederholt GmbH Vincenz
Wieland Werke AG
Wilh Werhahn
Wren Industries Inc
Yazaki Corp

Zeppelin-Stiftung

**LETTER OF CREDIT ISSUERS AND
BENEFICIARIES**

C.N.A.
Federal Environmental Protection Agency
Fraccionadora Industrial del Norte, S.A. de C.V.
GMACCM Asset Management de Mexico
Michigan Department of Environmental Quality
New Jersey Environmental Protection Agency
Ohio Environmental Protection Agency
Orange County Health Care Agency
ProLogis-Juarez (2) Investment, LLC
Reliance Insurance Company
RLI Surety
Safeco Insurance
State of Alabama Dept of Industrial Relations
State of Georgia, Workers' Compensation Board
State of Kansas, Workers' Compensation Board
State of New York, Workers' Compensation
    Board
Toronto Dominion Bank

**STATE AND OTHER GOVERNMENTAL
AUTHORITIES WITH AN INTEREST IN
THE COMPANY**

ADEM – Water Division – Compliance Unit of
    Ground Water Branch (Alabama)
ADEQ Tanks Program Division – Inspection and
    Compliance Unit (Arizona)
Air Resources Board (ARB) (California)

Alabama Department of Environmental
    Management (ADEM)
Arizona Department of Environmental Quality
    (ADEQ)
California Environmental Protection Agency:
    (Cal EPA)
Certified Unified Program Agencies (CUPA)
    (California)

Colorado Department of Public Health and
   Environment (DPHE)
Department of Toxic Substances Control
   (California)
Georgia Department of Natural Resources

IDEM – Office of Land Quality (Indiana)

Illinois Environmental Protection Agency

Indiana Department of Environmental
   Management (IDEM)
Integrated Waste Management Board (CIWMB)
   (California)
Internal Revenue Service

Kansas Department of Health & Environment

KDHE – Bureau of Environmental Remediation –
   Storage Tank Section (Kansas)
Kentucky Environmental and Public Protection
   Cabinet
Minnesota Pollution Control Agency

Mississippi Department of Environmental Quality

Missouri Department of Natural Resources

New Jersey Department of Environmental
   Protection
New York State Department of Environmental
   Conservation (NYSDEC)
NYSDEC
Office of Environmental Health Hazard
   Assessment (OEHHA) – Prop 65 (California)
Ohio Department of Commerce
OHSA
Oklahoma Corporate Commission
Oklahoma Department of Environmental Quality
Pennsylvania Department of Environmental
   Protection
Pension Benefit Guaranty Corporation (PBGC)

Regional Air Pollution Control Agency (RAPCA)
   (Ohio)
South Carolina Department of Health and
   Environmental Control
State Department of Health Services, Office of
   Drinking Water (California)
State Regional Water Quality Control Boards
   (California)
State Water Resources Control Board (SWRCB)
   (California)
Tennessee Department of Environmental &
   Conservation
Texas Commission on Environmental Quality

U.S. Department of Transportation
U.S. Environmental Protection Agency
Wisconsin Department of Natural Resources

**UNIONS REPRESENTING COMPANY
EMPLOYEES**

AFL-CIO Local 755
AW Local 286
EAST – Electronic and Space Technicians
EAST Local 1553
Electronic and Space Technicians Local 1553
IAM & AW – International Association of
    Machinists and Aerospace Workers
IAM Local 78
IBEW – International Brotherhood of Electrical
    Workers
IBEW Local 663
International Association of Machinists, AFL-
    CIO Tool and Die Makers Lodge 78
International Brotherhood of Electrical Workers,
    AFL-CIO Local 663
International Union of Operating Engineers Local
    101-S
International Union of Operating Engineers Local
    18-S
International Union of Operating Engineers,
    Local No. 101
International Union, United Automobile,
    Aerospace and Agricultural Implement
    Workers of America (UAW)
IUE Local 1111
IUE Local 416
IUE Local 698
IUE Local 709
IUE Local 711
IUE Local 717
IUE Local 718
IUE Local 755
IUE Local 801
IUE, AFL-CIO Local 698
IUE, AFL-CIO Local 711
IUE, AFL-CIO Local 718IUE
IUE-CWA – International Union of Electronic,
    Electrical, Salaried, Machine & Furniture
    Workers – Communications Workers of
    America
IUE-CWA Local 1111
IUE-CWA Local 416
IUE-CWA Local 709
IUE-CWA, AFL-CIO Local 801
IUE-CWA, AFL-CIO,CLC Local 717
IUE-CWA, The Industrial Division of the
    Communications Workers of America, AFL-
    CIO, CLC

IUOE – International Union of Operating
 Engineers
IUOE Local 832S
UAW – United Automobile, Aerospace and
 Agricultural Implement Workers of America
UAW Amalgamated Local 292
UAW Amalgamated Local 686
UAW Local 1021
UAW Local 1097
UAW Local 167
UAW Local 1866
UAW Local 2031
UAW Local 2083
UAW Local 2151
UAW Local 2157
UAW Local 2188
UAW Local 2190
UAW Local 2195
UAW Local 286
UAW Local 292
UAW Local 438
UAW Local 467
UAW Local 651
UAW Local 662
UAW Local 686, Unit 19
UAW Local 696
UAW Local 699
UAW Local 913
UAW Local 969
UAW, International Union, United Automobile,
 Aerospace and Agricultural Implement
 Workers of America
United Steelworkers of America
United Steelworkers of America AFL-CIO/CLC,
 Local Union 87
USW Local 87
USWA – United Steelworkers of America AFL-
 CIO/CLC

**OTHER MISCELLANEOUS INTERESTED
PARTIES**

Consumer Electronic Product Line
Vehicle Electronic Product Line

# MEMBERS OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Electronic Data Systems Corp
General Electric Company
Flextronics International Asia-Pacific, Ltd
IUE-CWA
Capital Research and Management Company
Wilmington Trust Company, as Indenture Trustee
Freescale Semiconductor, Inc.

**COUNSEL TO MEMBERS OF CREDITORS' COMMITTEE**

| | | | |
|---|---|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle | | | LLP |
| Warner Stevens | | | LLP |
| Kramer Levin Naftalis & Frankel | | | LLP |
| Kennedy, Jennik & Murray, | | | PC |
| Meyer, Suozzi, English & Klein, | | | PC |
| Kirkpatrick & Lockhart Nicholson Graham | | | LLP |
| Phillips Nizer | | | LLP |
| Lewis and Roca | | | LLP |

**PROFESSIONALS RETAINED BY CREDITORS' COMMITTEE**

Latham & Watkins LLP
Mesirow Financial Consulting
Jefferies & Company, Inc

**US TRUSTEE AND STAFF**

Elizabeth Austin
Mary Elizabeth Tom
Courtney Arso
Catletha Brooks
Maria Catapano
Danny A. Choy
Tracy Hope Davis
Elizabeth C. Dub
Hollie T. Elkins
Marilyn Felton
Myrna R. Fields
Nadkarni Joseph
Alicia M. Leonhard
Delores Lord
Pamela J. Lustrin
Anna M. Martinez
Brian S. Masumoto
Ercilia A. Mendoza
Darin L. Mobley
Mary V. Moroney
Richard C. Morrissey
Paul K. Schwartzberg
Sylvester Sharp
Hector Soto
Andy Velez-Rivera

Greg M. Zipes

**United States Bankruptcy Judge**

Honorable Robert D. Drain

**Law Clerks for the Honorable Robert D. Drain**

James M. Millerman
John Lucas

**Courtroom Deputy for the Honorable Robert D. Drain**

Dorothy Li

**Schedule 2**

## Disclosure of Jefferies & Company, Inc.

### Results of Conflicts Search – Current Clients and/or Representations

| Party | Relationship |
|---|---|
| Centra | Current client on a matter unrelated to these cases |
| General Bearing Corp. | Current client on a matter unrelated to these cases |
| Handy & Harman | Current client on a matter unrelated to these cases |
| Federal Mogul | Jefferies is acting as advisor to the Official Committee of Unsecured Creditors in connection with the restructuring of Federal Mogul. |
| MSX International | Current client on a matter unrelated to these cases |
| Parsons Corporation | Current client on a matter unrelated to these cases |
| Raytheon Co. | Current client on a matter unrelated to these cases |
| TCS Inc. | Current client on a matter unrelated to these cases |
| Timken | Current client on a matter unrelated to these cases |
| WHX Corp | Current client on a matter unrelated to these cases |

**Schedule 3**
**Disclosure of Jefferies & Company, Inc.**
Results of Conflicts Search – Former Clients and/or Representations

| Party | Relationship |
|---|---|
| Goldman Sachs | In August 2000, Jefferies acted as underwriter in a secondary offering of shares for Goldman Sachs Group |
| Grey Wolf | In June 1997, Jefferies acted as advisor to Grey Wolf Drilling Co., now named Grey Wolf, Inc |
| Gulf Stream Resources | In February 1995, Jefferies acted as underwriter in a Rule 144A private placement of senior notes |
| Oak Hill Securities Fund, L.P. | In August 1996, Jefferies acted as co-manager for a $1.2 billion private offering of senior secured revolving credit facility and a $150 million 144A offering of secured subordinated notes |
| RBC Bearings | In August 2005, Jefferies acted as a co-manager in the initial public offering of equity for RBC Bearings |
| Trico Marine Services | In July 1997, Jefferies acted as co-placement agent for a $110 million 144A offering of senior notes for Trico Marine Services, Inc<br><br>In December 1997, Jefferies acted as co-manager for a secondary equity offering of Trico Marine Services |
| Norsk Hydro ASA | Concluding in December 2005 Randall & Dewey, a division of Jefferies, acted as financial advisor to Spinnaker Exploration Company in connection with an acquisition of the company by Norsk Hydro ASA |
| Viasystems | Concluding in January 2003, Jefferies acted as financial advisor to the Bondholders' Committee in connection with the restructuring of Viasystems |
| AT&T Wireless | In April 2000, Jefferies acted as underwriter in the initial public offering of common stock for AT&T Wireless |
| Time Warner Inc. | In November 2003, Jefferies acted as advisor to investors that agreed to acquire Time Warner Inc.'s Warner Music Group |
| L-3 Communications | In November 2004, Jefferies acted as co- |

|  | manager on a private placement of Senior Subordinated Notes for L-3 Communications Corp<br><br>In February 2005, Jefferies Quarterdeck acted as advisor to L-3 Communications Corp. in its acquisition of Boeing's Electronic Data Devices division<br><br>In August 2005, Jefferies acted as co-manager in a private placement of convertible contingent debt securities, pursuant to Rule 144A, for L-3 Communications |
|---|---|
| MSX International | In July 2003, Jefferies acted as sole manager of a 144A private placement of Senior Secured Notes for MSX International |

**Schedule 4**

**Disclosure of Jefferies & Company, Inc.**

<u>Results of Conflicts Search – Market Making and Research</u>

| Party | Relationship |
|---|---|
| Delphi Corp | Jefferies makes a market in securities of this company and has published research on this company. |
| Delphi Trust I | Jefferies makes a market in securities of this company. |
| ABN AMRO Holding NV | Jefferies makes a market in securities of this company. |
| Barclays Plc | Jefferies makes a market in securities of this company. |
| BNP Paribas | Jefferies makes a market in securities of this company. |
| Fifth Third Bancorp | Jefferies makes a market in securities of this company. |
| Royal Bank Scotland Group Plc | Jefferies makes a market in securities of this company. |
| Allianz AG Muenchen | Jefferies makes a market in securities of this company. |
| Swiss Reins Co | Jefferies makes a market in securities of this company. |
| Ariba Inc | Jefferies makes a market in securities of this company. |
| Corporate Executive BRD Co | Jefferies makes a market in securities of this company. |
| Sapient Corp | Jefferies makes a market in securities of this company. |
| Alternative Resources Corp | Jefferies makes a market in securities of this company. |
| Ford Motor Co | Jefferies makes a market in securities of this company. |
| Furukawa Electric Ltd | Jefferies makes a market in securities of this company. |
| Hayes Lemmerz International Inc | Jefferies makes a market in securities of this company and publishes research on this company. |
| ICG Inc | Jefferies makes a market in securities of this company and publishes research on this company. |
| MCI Inc | Jefferies makes a market in securities of |

| | this company and publishes research on this company. |
|---|---|
| Modine Manufacturing Co | Jefferies makes a market in securities of this company. |
| Aisin Seiki Co Ltd | Jefferies makes a market in securities of this company. |
| Alps Electric Ltd | Jefferies makes a market in securities of this company. |
| Dura Automotive Systems Inc | Jefferies makes a market in securities of this company and publishes research on this company. |
| E ON AG | Jefferies makes a market in securities of this company. |
| Impala Platinum Holdings | Jefferies makes a market in securities of this company. |
| Infineon Technologi AG Muenchn | Jefferies makes a market in securities of this company and publishes research on this company. |
| Intermet Corp | Jefferies makes a market in securities of this company and publishes research on this company. |
| Johnson Electric Holdings Ltd | Jefferies makes a market in securities of this company. |
| Molex Inc | Jefferies makes a market in securities of this company. |
| Nec Corp | Jefferies makes a market in securities of this company. |
| Siemens AG | Jefferies makes a market in securities of this company. |
| Swatch Group AG | Jefferies makes a market in securities of this company. |
| Thyssen Krupp G Duesseldorf | Jefferies makes a market in securities of this company. |
| General Motors Corp | Jefferies makes a market in securities of this company. |
| Compuware Corp | Jefferies makes a market in securities of this company. |
| Hyundai Mtr Co | Jefferies makes a market in securities of this company. |
| Intel Corp | Jefferies makes a market in securities of this company. |
| Lucent Technologies Inc | Jefferies makes a market in securities of this company. |
| Metlife Inc | Jefferies makes a market in securities of this company. |
| Moldflow Corp | Jefferies makes a market in securities of |

| | this company. |
|---|---|
| Nokia | Jefferies makes a market in securities of this company and publishes research on this company. |
| Nextel Communications Inc | Jefferies makes a market in securities of this company and publishes research on this company. |
| Toshiba Corp | Jefferies makes a market in securities of this company. |
| Toyota Motor Corp | Jefferies makes a market in securities of this company. |
| Valence Technology Inc | Jefferies makes a market in securities of this company. |
| XM Satellite Radio Inc | Jefferies makes a market in securities of this company. |
| Collins & Aikman Corp New | Jefferies makes a market in securities of this company. |
| Honda Motor Co Ltd | Jefferies makes a market in securities of this company. |
| Mitsubishi Corp | Jefferies makes a market in securities of this company. |
| Nissan Motor Co Ltd | Jefferies makes a market in securities of this company. |
| Nissan Motors | Jefferies makes a market in securities of this company. |
| Paccar Inc | Jefferies makes a market in securities of this company. |
| Renault SA | Jefferies makes a market in securities of this company. |
| Volkswagen AG | Jefferies makes a market in securities of this company. |
| Aksys Ltd | Jefferies makes a market in securities of this company. |
| Alpine Group Inc | Jefferies makes a market in securities of this company. |
| Asahi Glass | Jefferies makes a market in securities of this company. |
| Asahi Glass Co Ltd | Jefferies makes a market in securities of this company. |
| Bosch Automotive Systems Corp | Jefferies makes a market in securities of this company. |
| Coinstar Inc | Jefferies makes a market in securities of this company. |
| Fedex Corp | Jefferies makes a market in securities of this company. |
| GKN PLC | Jefferies makes a market in securities of |

| | this company. |
|---|---|
| Henkel Kgaa Akt | Jefferies makes a market in securities of this company. |
| Johnson Matthey Plc | Jefferies makes a market in securities of this company. |
| KLA - Tencor Corp | Jefferies makes a market in securities of this company. |
| Lexington Precision Corp | Jefferies makes a market in securities of this company. |
| Littlefuse Inc | Jefferies makes a market in securities of this company. |
| Methode Electronics Inc | Jefferies makes a market in securities of this company. |
| Microchip Technology Inc | Jefferies makes a market in securities of this company. |
| Minebea Ltd | Jefferies makes a market in securities of this company. |
| Omron Corp | Jefferies makes a market in securities of this company. |
| Rohm Co Ltd | Jefferies makes a market in securities of this company. |
| Spirent Plc | Jefferies makes a market in securities of this company. |
| Stmicroelectronics N V | Jefferies makes a market in securities of this company. |
| Sumitomo Elec Inds Ltd | Jefferies makes a market in securities of this company. |
| Swatch Group AG | Jefferies makes a market in securities of this company. |
| Total Sa | Jefferies makes a market in securities of this company. |
| USA Technologies Inc | Jefferies makes a market in securities of this company. |
| WHX Corp | Jefferies makes a market in securities of this company. |
| Deutsche | Jefferies publishes research on this company. |
| Key Plastic | Jefferies publishes research on this company. |
| Trico Marine Services, Inc. | Jefferies publishes research on this company. |
| Corning Consumer Products | Jefferies publishes research on this company. |
| Viasystems | Jefferies publishes research on this company. |
| Kilroy Realty Corporation | Jefferies publishes research on this |

| | company. |
|---|---|
| Aladdin | Jefferies publishes research on this company. |
| ALLTELL Corporation | Jefferies publishes research on this company. |
| Ameritech Corp | Jefferies publishes research on this company. |
| AT&T Corp | Jefferies publishes research on this company. |
| AT&T Canada | Jefferies publishes research on this company. |
| Bellsouth Corporation | Jefferies publishes research on this company. |
| Entergy Corporation | Jefferies publishes research on this company. |
| Sprint Corp | Jefferies publishes research on this company. |
| Time Warner Inc | Jefferies publishes research on this company. |
| Pioneer | Jefferies publishes research on this company. |
| Electronic Data Systems Corporation | Jefferies publishes research on this company. |
| General Electric Company | Jefferies publishes research on this company. |
| Goldman Sachs | Jefferies publishes research on this company. |
| Morgan Stanley | Jefferies publishes research on this company. |
| Robert Half International | Jefferies publishes research on this company. |
| Watson Wyatt | Jefferies publishes research on this company. |
| Eaton | Jefferies publishes research on this company. |
| Metaldyne | Jefferies publishes research on this company. |
| Tenneco | Jefferies publishes research on this company. |
| Timken | Jefferies publishes research on this company. |
| Delta | Jefferies publishes research on this company. |
| STMicroelectronics | Jefferies publishes research on this company. |
| Bear Stearns | Jefferies publishes research on this |

| | |
|---|---|
| | company. |
| Lehman Brothers | Jefferies publishes research on this company. |
| A.G. Edwards | Jefferies publishes research on this company. |
| Merrill Lynch | Jefferies publishes research on this company. |
| Cardinal Health | Jefferies publishes research on this company. |
| Cinergy Corp | Jefferies publishes research on this company. |
| Delco Remy | Jefferies publishes research on this company. |
| Ericsson | Jefferies publishes research on this company. |
| Hewitt Associates | Jefferies publishes research on this company. |
| Kaiser Aluminum | Jefferies publishes research on this company. |
| Lear | Jefferies publishes research on this company. |
| Lockheed Martin | Jefferies publishes research on this company. |
| Lucent Corporation | Jefferies publishes research on this company. |
| Raytheon Company | Jefferies publishes research on this company. |
| Sprint Corp | Jefferies publishes research on this company. |
| Time Warner Telecom | Jefferies publishes research on this company. |
| TXU Corp | Jefferies publishes research on this company. |
| UGC Europe | Jefferies publishes research on this company. |
| Verizon Wireless | Jefferies publishes research on this company. |
| Verizon | Jefferies publishes research on this company. |
| XM Satellite | Jefferies publishes research on this company. |
| Icon Health & Fitness | Jefferies publishes research on this company. |
| AGCO Corp. | Jefferies publishes research on this company. |
| Best Buy Co. | Jefferies publishes research on this |

| | |
|---|---|
| | company. |
| Circuit City | Jefferies publishes research on this company. |
| Collins & Aikman Corp | Jefferies publishes research on this company. |
| Cummins Inc. | Jefferies publishes research on this company. |
| Visteon | Jefferies publishes research on this company. |
| Autocam | Jefferies publishes research on this company. |
| Coinstar Inc. | Jefferies publishes research on this company. |
| Elgin National | Jefferies publishes research on this company. |
| International Rectifier Corp. | Jefferies publishes research on this company. |
| Ispat Inland | Jefferies publishes research on this company. |
| L-3 Communications | Jefferies publishes research on this company. |
| MSX | Jefferies publishes research on this company. |
| Parker-Hannifin | Jefferies publishes research on this company. |
| SPX Corporation | Jefferies publishes research on this company. |
| Stelco | Jefferies publishes research on this company. |
| Tyco International Ltd. | Jefferies publishes research on this company. |
| U.S. Steel | Jefferies publishes research on this company. |

**Schedule 5**

**Disclosure of Jefferies & Company, Inc.**

<u>Results of Conflicts Search – Other Miscellaneous Relationships</u>

| Party | Relationship |
|---|---|
| Watson Wyatt & Company | Used for Human Resources |
| Ernst & Young | Used for consulting services |
| Marsh USA, Inc. | Used as insurance broker |
| Baker Botts LLP | Used in connection with investment banking business |
| Covington & Burling | Used in connection with investment banking business |
| Foley & Lardner LLP | Used in connection with investment banking business |
| Heller Ehrman White & McAuliffe | Used in connection with investment banking business |
| Jones Day | Used in connection with investment banking business |
| Kirkpatrick & Lockhart Nicholson Graham | Used in connection with investment banking business
General Counsel's son is an associate at Jefferies. |
| Latham & Watkins | Used in connection with investment banking business |
| Linklaters | Used in connection with investment banking business |
| McCarthy Tetrault | Used in connection with investment banking business |
| Morris Nichols Arsht & Tunnell | Used in connection with investment banking business |
| O'Melveny & Myers | Used in connection with investment banking business |
| Pillsbury Winthrop Shaw Pittman LLP | Used in connection with investment banking business |
| Quinn Emanuel Urquhart Oliver & Hedges LLP | Used in connection with investment banking business |
| Richards Spears Kibbe & Orbe LLP | Used in connection with investment banking business |
| Shearman & Sterling LLP | Used in connection with investment banking business |
| Thompson & Knight | Used in connection with investment banking business |
| Wilmer Cutler Pickering Hale & Dorr LLP | Used in connection with investment banking business |
| ABN Amro | Used for market clearing or as sources of |

| | financing |
|---|---|
| AIG (Buren Energy) | Used for market clearing or as sources of financing |
| Bank of America | Used for market clearing or as sources of financing |
| Bank One | Used for market clearing or as sources of financing |
| BBK | Used for market clearing or as sources of financing |
| Bear Stearns | Used for market clearing or as sources of financing |
| BNP Paribas | Used for market clearing or as sources of financing |
| Citibank | Used for market clearing or as sources of financing |
| Citigroup | Used for market clearing or as sources of financing |
| CSFB DLJ | Used for market clearing or as sources of financing |
| GE Capital | Used for market clearing or as sources of financing |
| ING Investment Management | Used for market clearing or as sources of financing |
| LaSalle Bank | Used for market clearing or as sources of financing |
| Scotia Capital | Used for market clearing or as sources of financing |
| Sumitomo | Used for market clearing or as sources of financing |
| UBS | Used for market clearing or as sources of financing |
| Freescale Semiconductor | General Counsel owns shares |
| Robert Katz (Assistant General Counsel for Delphi Europe in Paris) | Is the brother-in-law of a Jefferies investment banker |