**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile:  (212) 209-4801
Robert Stark (#3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile:  (617) 856-8201
Peter J. Antoszyk

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                            ) ss.:
COUNTY OF NEW YORK   )

8125952

2

Christopher Michael Lau Kamg, being duly sworn, deposes and says: I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 17th day of February 2006, I caused to be served a true copy of the following documents:

(1) Notice of Appeal;

(2) Motion To Leave To Appeal Pursuant To 28 U.S.C. Section 158 (a)(3) And 1292 (b) And The Collateral Order Doctrine;

(3) Memorandum of Law In Support With Exhibits; and

(4) Motion For Expedited Determination

on the parties listed on the attached service list by the manner indicated thereon.

/s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
17th day of February, 2006

/s/ Vicki A. Goldstein

Notary Public

No. 01G05078233
Qualified in Queens County
Commission Expires May 19, 2007