# EXHIBIT 1

**INCENTIVE PAYMENT OPPORTUNITIES**

| | HC | Avg. Salary | Targets thru 6/30/06 | Individual Performance Ranges (target) | | | Individual Performance Ranges (maximum) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Min | Mid Point | Max | Min | Mid Point | Max |
| _DSB_ | | | | | | | | | |
| Miller | | $1 | _Not Participating_ | | | | | | |
| Other DSB | | $514,255 | $256,933 | $0 | $256,933 | $385,399 | $0 | $385,399 | $385,399 |
| **Sum** | 23 | | **$5,652,522** | * | **$5,652,522** | ** | **$0** | **$8,478,783** | **$8,478,783** |
| | | | | | | | | | |
| _Band F_ | | $427,500 | $122,500 | $0 | $122,500 | $245,000 | $0 | $245,000 | $245,000 |
| **Sum** | 2 | | **$245,000** | * | **$245,000** | ** | **$0** | **$490,000** | **$490,000** |
| | | | | | | | | | |
| Band E | 21 | $292,808 | $85,500 | $0 | $85,500 | $171,000 | $0 | $171,000 | $171,000 |
| Band D | 65 | $240,799 | $67,500 | $0 | $67,500 | $135,000 | $0 | $135,000 | $135,000 |
| | | | | | | | | | |
| Band C | 88 | $199,856 | $33,500 | $0 | $33,500 | $67,000 | $0 | $67,000 | $67,000 |
| Band B | 130 | $165,312 | $23,500 | $0 | $23,500 | $47,000 | $0 | $47,000 | $47,000 |
| Band A | 138 | $141,300 | $18,500 | $0 | $18,500 | $37,000 | $0 | $37,000 | $37,000 |
| **Sum** | 442 | | **$14,739,000** | * | **$14,739,000** | ** | **$0** | **$29,478,000** | **$29,478,000** |
| **TOTAL COST** | 467 | | **$20,636,522** | * | **$20,636,522** | ** | **$0** | **$38,446,783** | **$38,446,783** |

| **$ Fund Summary** | Target | Maximum |
|---|---|---|
| | $M | $M |
| **Original Proposal** | $31.0 | $62.0 |
| **Revised Proposal** | $20.6 | $38.4 |
| **DSB Original** | $8.5 | $17.0 |
| **DSB Revised** | $5.7 | $8.5 |

\* Individual bonuses may be reduced to as low as zero based on performance.

# EXHIBIT 2

# DELPHI CORPORATION
## Revised Proposed AIP Payout Curve



|  | Target | Maximum |
|---|---|---|
| EBITDAR * | ($81) | $340 |
| Performance % | 100% | 200% |
| Payout % | 100% | 200%/ 150% DSB |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

Q:\Documents and Settings\dspringe\Local Settings\Temporary Internet Files\OLK3\AIP_ Approved Proposal (2-13-06).xlsRevised Proposal

2/21/2006

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| ($72.7) | 69% | 0% | 0% |
| ($72.8) | 70% | 0% | 0% |
| ($68.0) | 75% | 0% | 0% |
| ($63.3) | 80% | 0% | 0% |
| ($58.5) | 85% | 0% | 0% |
| ($53.7) | 90% | 0% | 0% |
| ($49.0) | 95% | 0% | 0% |
| ($44.2) | 100% | 0% | 0% |
| ($44.2) | 100% | 100% | 100% |
| ($43.2) | 101% | 103% | 102% |
| ($34.4) | 110% | 125% | 115% |
| ($24.5) | 120% | 145% | 125% |
| ($14.7) | 130% | 165% | 135% |
| ($13.7) | 131% | 166% | 136% |
| ($4.8) | 140% | 170% | 145% |
| $5.0 | 150% | 175% | 150% |
| $6.0 | 151% | 177% | 150% |
| $14.9 | 160% | 180% | 150% |
| $24.7 | 170% | 185% | 150% |
| $34.6 | 180% | 190% | 150% |
| $44.4 | 190% | 195% | 150% |
| $54.3 | 200% | 200% | 150% |



**Revised Proposed E&C AIP Payout Curve**

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | ($44.2) | $54.3 |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| ($102.7) | 69% | 0% | 0% |
| ($102.8) | 70% | 0% | 0% |
| ($101.1) | 75% | 0% | 0% |
| ($99.4) | 80% | 0% | 0% |
| ($97.8) | 85% | 0% | 0% |
| ($96.1) | 90% | 0% | 0% |
| ($94.4) | 95% | 0% | 0% |
| ($92.8) | 100% | 0% | 0% |
| ($92.8) | 100% | 100% | 100% |
| ($92.4) | 101% | 103% | 102% |
| ($89.3) | 110% | 125% | 115% |
| ($85.9) | 120% | 145% | 125% |
| ($82.4) | 130% | 165% | 135% |
| ($82.1) | 131% | 166% | 136% |
| ($79.0) | 140% | 170% | 145% |
| ($75.5) | 150% | 175% | 150% |
| ($75.2) | 151% | 177% | 150% |
| ($72.1) | 160% | 180% | 150% |
| ($68.6) | 170% | 185% | 150% |
| ($65.2) | 180% | 190% | 150% |
| ($61.7) | 190% | 195% | 150% |
| ($58.3) | 200% | 200% | 150% |



**Revised Proposed Steering AIP Payout Curve**

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | ($92.8) | ($58.3) |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do <u>not</u> include any possible GM contribution or results of modifications of labor agreements.



| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| ($94.7) | 69% | 0% | 0% |
| ($94.8) | 70% | 0% | 0% |
| ($92.2) | 75% | 0% | 0% |
| ($89.6) | 80% | 0% | 0% |
| ($87.0) | 85% | 0% | 0% |
| ($84.4) | 90% | 0% | 0% |
| ($81.8) | 95% | 0% | 0% |
| ($79.2) | 100% | 0% | 0% |
| ($79.2) | 100% | 100% | 100% |
| ($78.7) | 101% | 103% | 102% |
| ($73.8) | 110% | 125% | 115% |
| ($68.4) | 120% | 145% | 125% |
| ($63.0) | 130% | 165% | 135% |
| ($62.5) | 131% | 166% | 136% |
| ($57.7) | 140% | 170% | 145% |
| ($52.3) | 150% | 175% | 150% |
| ($51.7) | 151% | 177% | 150% |
| ($46.9) | 160% | 180% | 150% |
| ($41.5) | 170% | 185% | 150% |
| ($36.1) | 180% | 190% | 150% |
| ($30.7) | 190% | 195% | 150% |
| ($25.3) | 200% | 200% | 150% |

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | ($79.2) | ($25.3) |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

**Revised Proposed E&S AIP Payout Curve**

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| $167.8 | 69% | 0% | 0% |
| $167.9 | 70% | 0% | 0% |
| $172.1 | 75% | 0% | 0% |
| $176.3 | 80% | 0% | 0% |
| $180.5 | 85% | 0% | 0% |
| $184.6 | 90% | 0% | 0% |
| $188.8 | 95% | 0% | 0% |
| $193.0 | 100% | 0% | 0% |
| $193.0 | 100% | 100% | 100% |
| $193.9 | 101% | 103% | 102% |
| $201.6 | 110% | 125% | 115% |
| $210.3 | 120% | 145% | 125% |
| $218.9 | 130% | 165% | 135% |
| $219.8 | 131% | 166% | 136% |
| $227.6 | 140% | 170% | 145% |
| $236.2 | 150% | 175% | 150% |
| $237.1 | 151% | 177% | 150% |
| $244.9 | 160% | 180% | 150% |
| $253.5 | 170% | 185% | 150% |
| $262.1 | 180% | 190% | 150% |
| $270.8 | 190% | 195% | 150% |
| $279.4 | 200% | 200% | 150% |



|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | $193.0 | $279.4 |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do <u>not</u> include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| $57.0 | 69% | 0% | 0% |
| $57.1 | 70% | 0% | 0% |
| $61.5 | 75% | 0% | 0% |
| $65.9 | 80% | 0% | 0% |
| $70.2 | 85% | 0% | 0% |
| $74.6 | 90% | 0% | 0% |
| $79.0 | 95% | 0% | 0% |
| $83.4 | 100% | 0% | 0% |
| $83.4 | 100% | 100% | 100% |
| $84.3 | 101% | 103% | 102% |
| $92.5 | 110% | 125% | 115% |
| $101.5 | 120% | 145% | 125% |
| $110.6 | 130% | 165% | 135% |
| $111.5 | 131% | 166% | 136% |
| $119.7 | 140% | 170% | 145% |
| $128.7 | 150% | 175% | 150% |
| $129.6 | 151% | 177% | 150% |
| $137.8 | 160% | 180% | 150% |
| $146.9 | 170% | 185% | 150% |
| $155.9 | 180% | 190% | 150% |
| $165.0 | 190% | 195% | 150% |
| $174.1 | 200% | 200% | 150% |



**Revised Proposed P AIP Payout Curve**

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | $83.4 | $174.1 |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| $14.3 | 69% | 0% | 0% |
| $14.4 | 70% | 0% | 0% |
| $15.9 | 75% | 0% | 0% |
| $17.3 | 80% | 0% | 0% |
| $18.8 | 85% | 0% | 0% |
| $20.2 | 90% | 0% | 0% |
| $21.7 | 95% | 0% | 0% |
| $23.1 | 100% | 0% | 0% |
| $23.1 | 100% | 100% | 100% |
| $23.4 | 101% | 103% | 102% |
| $26.1 | 110% | 125% | 115% |
| $29.1 | 120% | 145% | 125% |
| $32.1 | 130% | 165% | 135% |
| $32.4 | 131% | 166% | 136% |
| $35.1 | 140% | 170% | 145% |
| $38.0 | 150% | 175% | 150% |
| $38.3 | 151% | 177% | 150% |
| $41.0 | 160% | 180% | 150% |
| $44.0 | 170% | 185% | 150% |
| $47.0 | 180% | 190% | 150% |
| $50.0 | 190% | 195% | 150% |
| $53.0 | 200% | 200% | 150% |



**Revised Proposed PSS AIP Payout Curve**

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | $23.1 | $53.0 |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.



**Revised Proposed AHG AIP Payout Curve**

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| ($592.0) | 69% | 0% | 0% |
| ($592.1) | 70% | 0% | 0% |
| ($590.8) | 75% | 0% | 0% |
| ($589.4) | 80% | 0% | 0% |
| ($588.0) | 85% | 0% | 0% |
| ($586.6) | 90% | 0% | 0% |
| ($585.3) | 95% | 0% | 0% |
| ($583.9) | 100% | 0% | 0% |
| ($583.9) | 100% | 100% | 100% |
| ($583.6) | 101% | 103% | 102% |
| ($581.1) | 110% | 125% | 115% |
| ($578.2) | 120% | 145% | 125% |
| ($575.4) | 130% | 165% | 135% |
| ($575.1) | 131% | 166% | 136% |
| ($572.6) | 140% | 170% | 145% |
| ($569.7) | 150% | 175% | 150% |
| ($569.5) | 151% | 177% | 150% |
| ($566.9) | 160% | 180% | 150% |
| ($564.1) | 170% | 185% | 150% |
| ($561.2) | 180% | 190% | 150% |
| ($558.4) | 190% | 195% | 150% |
| ($555.6) | 200% | 200% | 150% |

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | ($583.9) | ($555.6) |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

\* Targets do <u>not</u> include any possible GM contribution or results of modifications of labor agreements.

| $ Performance (in millions) | % Performance | Non-DSB % Payout | DSB % Payout |
|---|---|---|---|
| $0.2 | 69% | 0% | 0% |
| $0.2 | 70% | 0% | 0% |
| $0.2 | 75% | 0% | 0% |
| $0.2 | 80% | 0% | 0% |
| $0.3 | 85% | 0% | 0% |
| $0.3 | 90% | 0% | 0% |
| $0.3 | 95% | 0% | 0% |
| $0.3 | 100% | 0% | 0% |
| $0.3 | 100% | 100% | 100% |
| $0.3 | 101% | 103% | 102% |
| $0.3 | 110% | 125% | 115% |
| $0.4 | 120% | 145% | 125% |
| $0.4 | 130% | 165% | 135% |
| $0.4 | 131% | 166% | 136% |
| $0.4 | 140% | 170% | 145% |
| $0.4 | 150% | 175% | 150% |
| $0.5 | 151% | 177% | 150% |
| $0.5 | 160% | 180% | 150% |
| $0.5 | 170% | 185% | 150% |
| $0.5 | 180% | 190% | 150% |
| $0.6 | 190% | 195% | 150% |
| $0.6 | 200% | 200% | 150% |



**Revised Proposed Medical AIP Payout Curve**

|  | Target | Maximum |
|---|---|---|
| OIBITDAR (000s)* | $0.3 | $0.6 |
| Payout % | 100% | 200% |
| Performance % | 100% | 200% |

* Targets do not include any possible GM contribution or results of modifications of labor agreements.