BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 236-1313
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Universal Tool &
  Engineering Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481(RDD) |
| Debtors. | : | (Jointly Administered) |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of February, 2006, a copy of the Notice of Withdrawal [Docket No. 1894] attached hereto as Exhibit A was filed electronically. Notice of this filing was sent to the following by operation of the Court's electronic filing system:

| | |
|---|---|
| David B. Aaronson | david.aaronson@dbr.com |
| Elizabeth Abdelmasieh | eabdelmasieh@nmmlaw.com |
| Franklin C. Adams | franklin.adams@bbklaw.com |
| Jason R. Adams | jadams@torys.com |
| Jennifer L. Adamy | bankruptcy@goodwin.com |
| Stephen M. Bales | sbales@zieglermetzger.com |
| C. David Bargamian | dbargamian@bsdd.com |
| William J. Barrett | william.barrett@bfkpn.com |
| David S. Barritt | barritt@chapman.com |
| Donald F. Baty | dbaty@honigman.com |
| Douglas P. Baumstein | dbaumstein@whitecase.com |
| Ronald Scott Beacher | rbeacher@pitneyhardin.com |

| | |
|---|---|
| W. Robinson Beard | jkirk@stites.com |
| Christopher Robert Belmonte | cbelmonte@ssbb.com |
| | pbosswick@ssbb.com |
| Leslie Ann Berkoff | lberkoff@moritthock.com |
| Jeffrey Bernstein | b@carpben.com |
| | ssolazzo@carpben.com |
| Monica Susan Blacker | monicablacker@akllp.com |
| Charles E. Boulbol | rtrack@msn.com |
| Allan S. Brilliant | abrilliant@goodwinprocter.com |
| | nymanagingclerk@goodwinprocter.com |
| Timothy W. Brink | tbrink@lordbissell.com |
| James L. Bromley | maofiling@cgsh.com |
| Mark A. Broude | mark.broude@lw.com |
| Deborah M. Buell | maofiling@cgsh.com |
| Kevin J. Burke | kburke@cahill.com |
| John Wm. Butler | jbutler@skadden.com |
| Aaron R. Cahn | cahn@clm.com |
| Judy B. Calton | calton@honigman.com |
| Scott Cargill | scargill@lowenstein.com |
| | hpetersen@lowenstein.com |
| D. Christopher Carson | ccarson@burr.com |
| Michelle Carter | mcarter@kslaw.com |
| Madison L. Cashman | nashvillebankruptcyfilings@stites.com |
| Ben T. Caughey | ben.caughey@icemiller.com |
| George B. Cauthen | george.cauthen@nelsonmullins.com |
| Erik G. Chappell | egc@lydenlaw.com |
| Eric J. Charlton | echarlton@hiscockbarclay.com |
| Maria E. Chavez-Ruark | maria.ruark@dlapiper.com |
| | richard.kremen@dlapiper.com |
| David D. Cleary | dcleary@mwe.com, |
| Marvin E. Clements | icnewyork@state.tn.us |
| Tiffany Strelow Cobb | tscobb@vssp.com, |
| | cdfricke@vssp.com |
| | eplitfin@vssp.com |
| Susan M. Cook | smcook@lambertleser.com |
| Patrick M. Costello | pcostello@bbslaw.com |
| | catherine@bbslaw.com |
| David N. Crapo | dcrapo@gibbonslaw.com, |
| Michael G. Cruse | mcruse@wnj.com, |
| Vincent D'Agostino | vdagostino@lowenstein.com |
| Douglas R. Davis | ddavis@paulweiss.com |
| Jeffry A. Davis | jeffdavis@graycary.com, |
| James J. DeCristofaro | james.decristofaro@lovells.com, |
| | karen.ostad@lovells.com |
| Robert Dehney | rdehney@mnat.com, |
| | gsaydah@mnat.com |
| | cmiller@mnat.com |
| | tdriscoll@mnat.com |

|  |  |
|---|---|
|  | dabbott@mnat.com |
|  | dbutz@mnat.com |
|  | jcincilla@mnat.com |
|  | wlamotte@mnat.com |
| Gerard DiConza | gdiconza@dlawpc.com |
| Maria J. DiConza | diconzam@gtlaw.com |
| Karen Dine | karen.dine@pillsburylaw.com, |
| Stephen A. Donato | sdonato@bsk.com |
|  | kdoner@bsk.com;heddy@bsk.com |
| J. Ted Donovan | TDonovan@Finkgold.com |
|  | srshmulevitz@finkgold.com |
| David B. Draper | ddraper@terra-law.com, |
| Robert W. Dremluk | rdremluk@seyfarth.com |
|  | rlauter@seyfarth.com |
|  | etrybantelser@cityofchicago.org |
|  | pbaisier@seyfarth.com |
|  | shenslovizt@seyfarth.com |
|  | lravnikar@seyfarth.com |
|  | amcausland@cityofchicago.org |
| Seth A. Drucker | sdrucker@clarkhill.com, |
| Robert L. Eisenbach | reisenbach@cooley.com |
| Judith Elkin | judith.elkin@haynesboone.com |
| Bruce N. Elliott | elliott@cmplaw.com, |
| Barbara Ellis-Monro | bellis-monro@sgrlaw.com, |
| Alyssa Englund | aenglund@orrick.com |
| Richard L. Epling | richard.epling@pillsburylaw.com, |
|  | gianni.dimos@pillsburylaw.com |
| Earle I. Erman | eerman@ermanteicher.com, |
| Michael S. Etkin | metkin@lowenstein.com |
|  | mseymour@lowenstein.com |
| Stephen Vincent Falanga | sfalanga@connellfoley.com, |
|  | tpasuit@connellfoley.com |
|  | jbarrow@connellfoley.com |
| Eugene I. Farber | efarber747@aol.com, |
| Robert Michael Farquhar | mfarquhar@winstead.com, |
| Bonnie Glantz Fatell | fatell@blankrome.com |
|  | recchiuti@blankrome.com |
| Richard L. Ferrell | Ferrell@taftlaw.com |
| Charles J. Filardi | cfilardi@pepehazard.com |
| Jonathan D. Forstot | jforstot@tpw.com |
|  | mmuller@tpw.com |
|  | lcurcio@tpw.com |
| Edward M. Fox | efox@klng.com |
| David H. Freedman | dfreedman@ermanteicher.com, |
| Scott J. Friedman | sjfriedman@jonesday.com, |
|  | sdignomirello@jonesday.com |
|  | dsciabarassi@jonesday.com |

| Name | Email |
|---|---|
|  | ChicagoBRR@jonesday.com |
| Timothy A. Fusco | fusco@millercanfield.com, |
| Thomas M. Gaa | tgaa@bbslaw.com, clee@bbslaw.com |
| James M. Garner | jgarner@shergarner.com |
|  | jchocheles@shergarner.com |
| Yann Geron | ygeron@foxrothschild.com |
| Leo J. Gibson | lgibson@bsdd.com |
| Scott R. Goldberg | sgoldber@quarles.com |
| Scott A. Golden | sagolden@hhlaw.com |
|  | khseal@hhlaw.com |
| Robert C. Goodrich | nashvillebankruptcyfilings@stites.com, |
| Rbert D. Gordon | rgordon@clarkhill.com, |
| Gary A. Gotto | BankruptcyECF@krplc.com |
| Warren R. Graham | wrg@dmlegal.com |
|  | ak@dmlegal.com |
|  | cfs@dmlegal.com |
| Gary E. Green | ggreen@fagelhaber.com, |
| Jonathan S. Green | greenj@millercanfield.com, |
| John T. Gregg | jgregg@btlaw.com, |
| Stephen H. Gross | sgross@hodgsonruss.com |
| Stephen B. Grow | sgrow@wnj.com, |
|  | kfrantz@wnj.com |
| Peter J. Gurfein | pgurfein@akingump.com |
| Jonathan P. Guy | jguy@orrick.com |
| Michael Leo Hall | mhall@burr.com |
| Timothy C. Hall | tch@previant.com, |
| Alan D. Halperin | ahalperin@halperinlaw.net |
|  | cbattaglia@halperinlaw.net |
|  | eganc@halperinlaw.net |
|  | cmitchell@halperinlaw.net |
|  | jdyas@halperinlaw.net |
| Matthew W. Hamilton | mhamilton@amph.com |
| William J. Hanlon | whanlon@seyfarth.com |
|  | bosuscourt@seyfarth.com |
| Kristopher M. Hansen | insolvency2@stroock.com |
|  | docketing@stroock.com |
| Jill M. Hartley | jh@previant.com |
| Brian W. Harvey | bharvey@goodwinprocter.com |
|  | bharvey@goodwinprocter.com |
| William M. Hawkins | whawkins@loeb.com |
| Dion W. Hayes | dhayes@mcguirewoods.com |
|  | egunn@mcguirewoods.com |
| Ryan D. Heilman | rheilman@schaferandweiner.com, |
| William Heuer | william.heuer@bingham.com |
| Jeannette Eisan Hinshaw | jhinshaw@boselaw.com |
|  | pdidandeh@bose law.com |
| Robert M. Hirsh | hirsh.robert@arentfox.com |
| Shannon E. Hoff | shoff@burr.com |

| | |
|---|---|
| Stephanie K. Hoos | skhoos@mintz.com |
| John J. Hunter | jrhunter@hunterschank.com |
| | sharonaldrich@hunterschank.com |
| Jay W. Hurst | jay.hurst@oag.state.tx.us |
| Michael G. Insalaco | minsalaco@zeklaw.com |
| Hilary Jewett | hjewett@foley.com |
| Roger G. Jones | rjones@bccb.com |
| Richard Josephson | rcjosephson@stoel.com |
| | basargent@stoel.com |
| Andrew C. Kassner | andrew.kassner@dbr.com |
| Tracy L. Klestadt | tklestadt@klestadt.com |
| | tklestadt@gmail.com |
| | jross@klestadt.com |
| Hanan B. Kolko | hkolko@msek.com |
| Alan M. Koschik | akoschik@brouse.com, |
| Lawrence J. Kotler | ljkotler@duanemorris.com, |
| Stuart A. Krause | skrause@zeklaw.com |
| Duane Kumagai | dkumagai@rutterhobbs.com, |
| David R. Kuney | dkuney@sidley.com |
| | nroberge@sidley.com |
| | kjacobs@sidley.com |
| Darryl S. Laddin | bkrfilings@agg.com |
| Elena Lazarou | elazarou@reedsmith.com |
| | elazarou@reedsmith.com |
| | cwilliams@reedsmith.com |
| David S. Lefere | davidl@bolhouselaw.com, |
| Harris Donald Leinwand | hleinwand@aol.com |
| | hleinwand@aol.com |
| David E. Lemke | david.lemke@wallerlaw.com, |
| | cathy.thomas@wallerlaw.com |
| | chris.cronk@wallerlaw.com |
| | robert.welhoelter@wallerlaw.com |
| | wallerbankruptcy@wallerlaw.com |
| Joseph H. Lemkin | jhlemkin@duanemorris.com |
| | vmarchello@duanemorris.com |
| Ira M. Levee | ilevee@lowenstein.com |
| Jill Levi | jlevi@toddlevi.com |
| | drosenberg@toddlevi.com |
| Jeffrey M. Levinson | jml@! ml-legal.com, |
| Kenneth M. Lewis | klewis@rosenpc.com |
| | rpc@rosenpc.com |
| Kim Martin Lewis | brandy.mcqueary@dinslaw.com, |
| | john.persiani@dinslaw.com |
| Eric Lopez Schnabel | schnabel@klettrooney.com |
| A. Peter Lubitz | plubitz@schiffhardin.com |
| John S. Mairo | jsmairo@pbnlaw.com |
| | jmgastineau@pbnlaw.com |
| | mdlaskowski@pbnlaw.com |

|  |  |
|---|---|
|  | aljones@pbnlaw.com |
|  | cjalvarado@pbnlaw.com |
| Amy Wood Malone | amalone@colwinlaw.com, |
| Jacob A. Manheimer | kcunningham@pierceatwood.com |
| Nauni Manty | nmanty@riderlaw.com |
| Kayalyn A. Marafioti | kmarafio@skadden.com |
|  | jharring@skadden.com |
| Dorothy H. Marinis-Riggio | demarinis@candklaw.com, |
| Ilan Markus | imarkus@tylercooper.com, |
| Richard Gary Mason | rgmason@wlrk.com |
|  | rcstrauss@wlrk.com |
| Thomas J. Matz | tmatz@skadden.com |
| Daniel P. Mazo | dpm@curtinheefner.com, |
| Ralph E. McDowell | rmcdowell@bodmanllp.com, |
| Douglas J. McGill | douglas.mcgill@dbr.com, |
| Austin L. McMullen | amcmulle@bccb.com, |
| Patrick E. Mears | patrick.mears@btlaw.com |
| Derek F. Meek | dmeek@burr.com |
| Barbara S Mehlsack | bmehlsack@gkllaw.com |
| Richard M. Meth | msteen@pitneyhardin.com, |
|  | rmmnybankruptcy@pitneyhardin.com |
| Sally Meyer | smeyer@madisonliquidity.com, |
| Robert N. Michaelson | rmichaelson@kl.com |
|  | joyce.smith@klng.com |
| Kathleen M. Miller | kmm@skfdelaware.com |
|  | tlc@skfdelaware.com |
| Joseph Thomas Moldovan | bankruptcy@morrisoncohen.com, |
|  | mdallago@morrisoncohen.com |
| James P. Moloy | jmoloy@dannpecar.com, |
| Audrey E. Moog | amoog@hhlaw.com, |
| Brian F. Moore | bmoore@mccarter.com, |
| Gene T. Moore | gtmlaw@bellsouth.net |
| Eric T. Moser | emoser@klng.com, kserrao@klng.com |
| Alisa Mumola | alisa@contrariancapital.com |
| Jill L. Murch | jmurch@foley.com |
|  | khall@foley.com |
| James P. Murphy | murph@berrymoorman.com |
| Bruce S. Nathan | bnathan@lowenstein.com |
|  | clongstreth@lowenstein.com |
| Lauren Newman | lnewman@fagelhaber.com, |
| Marie L. Nienhuis | mnienhuis@gklaw.com |
|  | zraiche@gklaw.com |
|  | mroufus@gklaw.com |
| Gordon Z. Novod | gnovod@kramerlevin.com |
|  | lbertko@kramerlevin.com |
| Kasey C. Nye | knye@quarles.com, |
| Martin P. Ochs | martin@oglaw.net |
| Sean A. Okeefe | sokeefe@winthropcouchot.com, |

| | |
|---|---|
| Mark Russell Owens | mowens@btlaw.com, mowens@btlaw.com |
| Ingrid S. Palermo | ipalermo@hselaw.com |
| Richard J. Parks ! | rparks@mijb.com |
| | mtcra ig@mijb.com |
| | ksiegel@mijb.com |
| Geoffrey J. Peters | gpeters@weltman.com, |
| Anne M. Peterson | apeterson@phillipslytle.com |
| Lowell Peterson | peterson@msek.com |
| Ronald R. Peterson | rpeterson@jenner.com |
| | anicoll@jenner.com |
| Ed Phillips | ephillips@thurman-phillips.com |
| Alex Pirogovsky | apirogovsky@uhlaw.com |
| Leslie A. Plaskon | leslieplaskon@paulhastings.com, |
| David M. Posner | dmposner@hhlaw.com |
| | dmposner@hhlaw.com |
| | khseal@hhlaw.com |
| Jeffrey S. Posta | jposta@sternslaw.com, |
| Constantine Pourakis | cp@stevenslee.com |
| Paul A. Rachmuth | prachmuth@andersonkill.com |
| | bfiling@andersonkill.com |
| Dennis Jay Raterink | raterinkd@michigan.gov, |
| Jo Christine Reed | jcreed@sonnenschein.com |
| | rrichards@sonnenschein.com |
| Steven J. Reisman | sreisman@cm-p.com |
| | athau@cm-p.com;jbarucha@cm-p.com |
| | webmaster@docketware.com |
| | mharwood@cm-p.com |
| Kenneth A. Reynolds | kar@pryormandelup.com, |
| Geoffrey A. Richards | grichards@kirkland.com, |
| Marc E. Richards &! nbsp | mrichards@blankrome.com |
| Craig Philip Rieder! s | crieders@gjb-law.com |
| | gisabelle@gjb-law.com |
| | gisabelle@gjb-law.com |
| | bamron@gjb-law.com |
| Sandra A. Riemer | sriemer@phillipsnizer.com, |
| | mfay@phillipsnizer.com |
| Matthew R. Robbins | mrr@previant.com, |
| Jean R. Robertson | jrobertson@mcdonaldhopkins.com, |
| Scott D. Rosen | srosen@cb-shea.com, |
| Paul M. Rosenblatt | prosenblatt@kilpatrickstockton.com |
| Robert B. Rubin | brubin@burr.com |
| E. Todd Sable | tsable@honigman.com, |
| Chester B. Salomon | cs@ste! venslee.com |
| Diane W. Sanders | austin.bankruptcy@publicans.com, |
| Thomas P. Sarb | ecfsarbt@millerjohnson.com |
| William F. Savino | wsavino@damonmorey.com, |
| Thomas J. Schank | tomschank@hunterschank.com, |
| | bfrasier@hunterschank.com |

| | |
|---|---|
| Michael L. Schein | mlschein@vedderprice.com |
| Charles P. Schulman | cschulman@sachnoff.com, |
| Bryan I. Schwartz | bschwartz@lplegal.com, |
| Mark S. Scott | mscott@riemerlaw.com, |
| Jay Selanders | selanders@danielsandkaplan.com, |
| Mark A. Shaiken | mshaiken@stinsonmoheck.com |
| | dcurran@stinsonmoheck.com |
| | mjerde@stinsonmoheck.com |
| | mleahy@stinsonmoheck.com |
| | bpryor@stinsonmoheck.com |
| | dcross@stinsonmoheck.com |
| | dclark@stinsonmoheck.com |
| | smecham@stinsonmoheck.com |
| | aheppner@stinsonmoheck.com |
| | jhoss@stinsonmoheck.com |
| | atrain;edudley@stinsonmohec |
| Andrea Sheehan | sheehan@txschoollaw.com |
| | greiner@txschoollaw.com |
| | ashee1@yahoo.com |
| | lindagreiner59@aol.com |
| Andrew Howard Sherman | asherman@sillscummis.com |
| | asherman@sillscummis.com |
| Joseph E. Shickich | hickich@riddellwilliams.com |
| Stephen J. Shimshak | shimshak@paulweiss.com, |
| | simshak@paulweiss.com |
| Wallace A. Showman | s@showmanlaw.com, |
| Robert J. Sidman | idman@vssp.com, bkbowers@vssp.com |
| | fin@vssp.com;cdfricke@vssp.com |
| Sam O. Simmerman | simmerman@kwgd.com, |
| | ick@kwgd.com |
| Thomas R. Slome | il@srsllp.com |
| Marc P. Solomon | lomon@burr.com |
| Brian D. Spector | bspector@selawfirm.com |
| | kdillon@selawfirm.com |
| Robert J. Stark | claukamg@brownrudnick.com |
| Brent C. Strickland | strickland@wtplaw.com, |
| James M. Sullivan |  jmsullivan@mwe.com |
| Robert Szwajkos | rsz@curtinhe! efner.com, |
| Jeffrey L. Tanenbaum | garrett.fail@weil.com |
| | johnson.ng@weil.com |
| | robert.lemons@weil.com |
| | michele.meises@weil.com |
| | larnett@intlsteel.com |
| | kathleen.lee@weil.com |
| | samuel.cavior@weil.com |
| Zakarij O. Thomas | othomas@klettrooney.com, |
| Gordon J. Toering | toering@wnj.com |

| | |
|---|---|
| Sheldon S. Toll | lawtoll@comcast.net |
| Laura L. Torrado | ltorrado@bear.com |
| | msussman@bear.com |
| Raymond J. Urbanik | rurbanik@munsch.com, |
| Robert Usadi | rusadi@cahill.com, |
| Shmuel Vasser | svasser@eapdlaw.com |
| Joseph J. Vitale | jvitale@cwsny.com, |
| Michael D. Warner | ankruptcy@warnerstevens.com |
| Robert K. Weiler | rweiler@greenseifter.com, |
| | lellis@greenseifter.com |
| Elizabeth Weller | dallas.bankruptcy@publicans.com |
| Robert A White | rwhite@murthalaw.com, |
| W. Joe Wilson | jwilson@tylercooper.com, |
| Jeffrey C. Wisler | jcw@cblhlaw.com, |
| Douglas Wolfe | dwolfe@asmcapital.com, |
| Robert D. Wolford | cfwolfordr@mjsc.com, |
| Stephen L. Yonaty | syonaty@hodgsonruss.com, |
| Helen A. Zamboni | zamboni@underbergkessler.com, |
| Menachem O. Zelmanovitz | zelmanovitz@morganlewis.com, |
| Peter Alan Zisser | nyc-bkcyecf@hklaw.com |
| | Bos-bankruptcy@hklaw.com |

Dated:  February 20, 2006                    Respectfully submitted,


/s/ Mark R. Owens
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile:  (317) 231-7433

INDS01 MOWENS 828162v1