# EXHIBIT "A"

BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Universal Tool &
  Engineering Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481(RDD) |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF WITHDRAWAL [DOCKET NO. 1894]

Universal Tool & Engineering Co., Inc. ("UTE"), by and through its undersigned counsel, hereby withdraws the Limited Objection of Universal Tool & Engineering Co., Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property filed on January 27, 2006 [Docket No. 1894]. This withdrawal shall not affect UTE's rights to file a rejection damages claim or any other future motions, claims or objections.

Dated: February 15, 2006                        Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

INDS01 MOWENS 827358v1