United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS, LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $10,689.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

SCHWIND ROBERT M DBA CNC TECHNICAL SERVICES LLC
N 1384 CRANBERRY RD
ADELL, WI 53001

The transfer of your claim as shown above in the amount of $10,689.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

496498

## TRANSFER NOTICE

SCHWIND ROBERT M. DBA CNC TECHNICAL SERVICES LLC ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the SCHWIND ROBERT M. DBA CNC TECHNICAL SERVICES LLC Claims of Assignor in the aggregate amount of $10,689.00 representing all claims against:

DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640**

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006.

SCHWIND ROBERT M. DBA CNC TECHNICAL SERVICES LLC

WITNESS:

_Robert M. Schwind_
(Signature)

By: _____
(Signature)