UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
   In re                                      :    Chapter 11
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                            Debtors.          :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


AFFIDAVIT OF WILLIAM H. HONAKER IN SUPPORT OF
APPLICATION FOR ORDER UNDER 11 U.S.C. §§ 327(e) AND
1107(b) AND FED. R. BANKR. P. 2014 AUTHORIZING EMPLOYMENT AND
RETENTION OF DICKINSON WRIGHT PLLC AS INTELLECTUAL
<u>PROPERTY COUNSEL TO DEBTORS</u>

STATE OF MICHIGAN

COUNTY OF OAKLAND

WILLIAM H. HONAKER, being duly sworn, deposes and states as follows:

1.      I am an attorney admitted to practice before the courts of the State of Michigan and the United States Patent and Trademark Office.  I am a member of the firm of Dickinson Wright PLLC ("DW"). Prior to the commencement of these cases, DW represented the Debtors in certain litigation matters and provided legal services to the Debtors' in-house counsel with respect to certain corporate and commercial transactional matters.  After the commencement of these chapter 11 cases, DW continued to provide corporate and commercial transactional legal services to the Debtors, and was authorized by this Court to do so pursuant to the Order Under 11 U.S.C. §§ 327, 330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course Of Business ("Ordinary Course Professionals Order," Docket no. 883).  DW complied with the Ordinary Course Professionals Order and filed the Affidavit of James A. Plemmons in accordance with the Ordinary Course Professionals Order

1

(docket no. 1461) The Debtors now wish to retain DW to perform additional services as intellectual property counsel.

2. I submit this affidavit (the "Affidavit")[1] in support of the Application For Order Under 11 U.S.C. § 327(e) and 1107(b) and Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of Dickinson Wright PLLC As Intellectual Property Counsel To Debtors (the "Application"), nunc pro tunc to January 13, 2006, filed concurrently herewith.

3. DW's contact information is as follows:
   38525 Woodward Ave., Suite 2000
   Bloomfield Hills, Michigan 48304
   Telephone: 248.433.7200
   Facsimile: 248.433.7274

4. DW is well qualified to assist the Debtors in the manner described in the Application. DW has an extensive intellectual property practice serving many clients in the automotive industry. Thus, DW is especially attuned to the unique intellectual property issues that arise in the Debtors' industry. Accordingly, the Debtors believe that DW is well qualified to serve as intellectual property counsel in these chapter 11 cases in an efficient and effective manner. In addition DW represented the Debtors before the commencement of these chapter 11 cases in various litigation and corporate and commercial transactional matters and has represented the Debtors since the filing of these chapter 11 cases in certain corporate and commercial transactional matters.

5. It is now proposed that DW will also serve as an intellectual property counsel to the Debtors during these chapter 11 cases. Certain attorneys and legal assistants previously affiliated with Howard & Howard Attorneys, P.C. (which has been appointed as an intellectual property counsel to the Debtors pursuant to Order Under 11 U.S.C. §§ 327(e) And

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Application.

2

1107(b) And Fed. R. Bankr. P. 2014 Authorizing Employment And Retention Of Howard & Howard Attorneys, P.C. As Intellectual Property Counsel To Debtors, docket no. 1706) recently joined DW and began providing intellectual property services to the Debtors on January 13, 2006.  The DW attorneys and legal assistants have been primarily responsible for performing intellectual property work for the Debtors focusing on climate control systems, heat exchange systems, compressors, evaporators, heating and air conditioning systems, steering systems, chassis, brakes, half shafts and ball joints, fuel injectors, hydraulic steering pumps, electrical systems, and plasma spray systems prior to their joining DW, and are therefore familiar with the Debtors' businesses and operations.  It is proposed that they will continue to perform this work for the Debtors at DW.[2]   In particular, they are especially attuned to the unique intellectual property issues in the aforementioned technical areas that arise in the Debtors' industry and that have faced the Debtors.

    6.  Generally, in connection with the Debtors' cases, DW will provide to the Debtors during these chapter 11 cases the following types of professional services:

  (a)  Patent Preparation: review of invention disclosures, preparation of patentability opinions, and preparation and filing of patent applications with U. S. Patent and Trademark Office, focusing on, among others, the following areas of technical expertise: climate control systems, heat exchange systems, compressors, evaporators, heating and air conditioning systems, steering systems, chassis, brakes, half shafts and ball joints, fuel injectors, hydraulic steering pumps, electrical systems, and plasma spray systems.

  (b)  Patent Preparation: Review of correspondence from U.S. Patent and Trademark Office and preparation of amendments to patent applications to secure the patent, focusing on the above areas of technical expertise.

  (c)  Non-Infringement & Clearance Opinions: Review of potential products and inventions, conduct searches for relevant patents and publications,

---

[2] Howard & Howard P.C., the firm the DW attorneys were previously affiliated with, continues to provide the Debtors intellectual property legal services focusing on heat exchanger technology, diesel fuel systems, and interior systems (including dashboards)

3

        review and analyze uncovered patents and publications, and preparation of opinions, focusing on the above areas of technical expertise.

(d)     Miscellaneous intellectual property advice and counsel related to copyrights, trademarks and know-how and contractual matters involving intellectual property, focusing on the above areas of technical expertise.

(e)     If requested to do so by the Debtors, DW would also assist the Debtors with discrete ordinary course litigation and corporate and commercial transactional matters.

7.     DW will not be responsible for or undertake any representation with respect to advising any of the Debtors with respect to any matter relating to any of DW's existing or future clients. These existing client relationships, and the scope of the carve-out from DW's retention, are discussed more fully below.

8.     In the event that the Debtors request that DW undertake specific matters beyond the limited scope of the responsibilities set forth above, and DW agrees to do so, DW understands that the Debtors would need to seek further order of this Court.

9.     DW will make efforts to ensure that there is no duplication of effort or work between the Debtors' other law firms and DW. It is DW's intention that the Debtors should receive the best value possible from the efficient coordination of work among its counsel.

10.     In the 90 day period prior to the Petition Date, the Debtors have paid to DW approximately $126,708 in fees and expenses. There are no arrangements between DW and any other entity to share compensation received or to be received in connection with these chapter 11 cases.

11.     DW has agreed to accept compensation for the services rendered in connection with its representation of the Debtors at DW's standard hourly rates and reimbursement for expenses according to DW's reimbursement policies, subject to approval of the Bankruptcy Court. A list of standard hourly rates for those attorneys and non-attorney

4

personnel who are expected to be rendering services to the Debtors during these chapter 11 cases and DW's reimbursement policies are attached hereto as <u>Exhibit A</u>. The hourly rates are subject to annual adjustment in accordance with DW's standard policies. The last annual hourly rate adjustment for all DW attorneys and non-attorney personnel was as of January 1, 2006. Should any other attorneys or non-attorneys perform services on matters covered by the Application, their services will be billed at their standard DW rates.

12.    DW acknowledges that all amounts paid to DW during these chapter 11 cases are subject to final allowance by this Court. In the event that any fees or expenses paid to DW during these cases are disallowed by this Court, the fees and expenses will be disgorged by DW and returned to the Debtors or as otherwise ordered by this Court.

13.    DW categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). DW acknowledges its compensation in the Debtors' cases is subject to approval of this Court in accordance with section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

14.    DW has conducted a check for conflicts of interest and other conflicts and connections with respect to the Debtors' bankruptcy cases. DW maintains a database (the "DW Database") containing the names of current and former clients and other principal parties related to such clients. DW has reviewed the DW Database to determine whether DW has any connection with the principal parties-in-interest in these chapter 11 cases, using information provided to DW by the Debtors, including (a) the names of the Debtors' prepetition lenders, (b) the names of significant creditors of the Debtors, (c) the names of firms that the Debtors intend to or may employ during their chapter 11 cases, and (d) the names of other interested parties

5

(collectively and in all combinations, "Interested Parties").  The names of the Interested Parties are set forth on <u>Exhibit B</u> hereto.

15. Based upon this review, I have determined that DW has in the past represented, currently represents, and will likely in the future represent certain of the Debtors' creditors and other parties-in-interest, but only in matters unrelated to the Debtors or these chapter 11 cases.  Attached hereto as <u>Exhibit C</u> is a list of those Interested Parties who, or whose affiliates, have been in the past or are currently being represented by DW.  I do not believe that the relationship of DW to any of the Interested Parties listed on <u>Exhibit C</u> raises any actual or potential conflicts of interest of DW relating to the representation of the Debtors as intellectual property, litigation, and corporate and commercial transactional counsel in these chapter 11 cases, but such relationships are disclosed out of an abundance of caution.

16. It is my intention that if DW becomes aware of any other connections of which it presently is unaware, DW will bring them to the attention of this Court and the U.S. Trustee.

By:    /s/ William H. Honaker
William H. Honaker

Sworn to before me
this 21st day of February, 2006

 /s/ Donna J. Pappert
Notary Public

6

# EXHIBIT A

## DICKINSON WRIGHT ATTORNEYS WHO WORK OR MAY WORK ON DELPHI MATTERS

|   | **ATTORNEYS** | **HOURLY RATE** |
|---|---|---|
|   | Anderson, Edmund P. | $325.00 |
|   | Bergsman, Marc A. | $330.00 |
|   | Cho, Christine Y. | $185.00 |
| * | Honaker, William H. | $375.00 |
|   | Jones, Richard A. | $350.00 |
|   | Littlepage, Samuel D. | $395.00 |
|   | Maeso, Christopher C. | $275.00 |
|   | Marks, Lisa E. | $300.00 |
| * | Meiers Jr., Raymond C. | $ |
|   | Meyer, Nicole M. | $255.00 |
| * | Milton Jr., Harold W. | $ |
|   | Molinoff, Jeffrey S. | $200.00 |
|   | Naber, John M. | $305.00 |
|   | Phillips, Craig A. | $240.00 |
|   | Schaldenbrand, Michael A. | $295.00 |
| * | Shackelford, Jon E. | $ |
| * | Shoemaker, Randall L. | $275.00 |
| * | Stearns, Robert L. | $335.00 |
|   | Thelen, Bruce C. | $385.00 |

| **LEGAL ASSISTANTS** | **HOURLY RATE** |
|---|---|
| Campbell, Eggerton A. | $160.00 |
| Marasco, Jacqueline | $90.00 |
| Large, Dawn | $90.00 |

* Formerly with Howard & Howard Attorneys P.C.

**EXHIBIT A (Cont'd)**

**DICKINSON WRIGHT PLLC
EXPENSE REIMBURSEMENT ON
DELPHI MATTERS**

| Description | Charge* |
|---|---|
| 1. Photocopy Charges (per page) | $.10 each |
| 2. Facsimile Charges (per page) | $.50 each |
| 3. Copies – Pitney Bowes | |
| 4. Long Distance Telephone Charges | |
| 5. USPTO Government Filing Fees | |
| 6. Delivery Fees (Courier) | |
| 7. Great Lakes Patent & Trademark Depository Searches | |
| 8. USPTO International Search Charges | |
| 9. Search Fees | |
| 10. Patent Draftsman Charges (informal and formal) | |
| 11. Cell Phone Charges (William Honaker) | |
| 12. Dialog Computer Search & ordering US Patents | |
| 13. Derwent Patent Search for Delphi Infringement | |
| 14. United Parcel Services Charges | |
| 15. Express Mail Charges | |
| 16. Federal Express Charges | |
| 17. International Federal Express Charges | |
| 18. On-Line Research – Westlaw | |
| 19. Mileage Expense | |
| 20. Travel Expense – Parking and Admission | |
| 21. Travel Expense – Hotel | |
| 22. Travel Expense – Meal | |
| 23. Travel Expense – Airfare | |
| 24. Travel Expense – Car Rental | |
| 25. Meal Expense | |
| 26. Disbursement in obtaining Patent Copies – OptiPat | |
| 27. Disbursements in obtaining file history | |
| 28. Filing Fees – Information Disclosure Statement | |
| 29. Disbursements to Foreign Associates | |

*Dickinson Wright out-of-pocket costs unless otherwise indicated

DETROIT  99999-0  916526v1

# EXHIBIT B

## DICKINSON WRIGHT DATABASE SEARCH
## OF THE FOLLOWING DELPHI INTERESTED PARTIES

**(A) AFFILIATES AND NON-DEBTOR SUBSIDIARIES**

CEI Co., Ltd.
Daewoo Motor Co., Ltd.
Delphi Interior Systems de Mexico, S.A. de C.V.
Delphi Lockheed Automotive Pension Trustees Limited
Delphi Technologies, Inc.

**(B) FORMER OFFICERS AND DIRECTORS (FOR THE PAST THREE YEARS)**

Brown, Richard
Burgner, David Allen
Niekamp, Cynthia A.

**(C) ALL LENDERS (INCLUDING CURRENT AND FORMER AGENTS UNDER CREDIT FACILITIES AND THEIR COUNSEL AND FINANCIAL ADVISORS)**

Ableco Finance LLC
Bank of America, N.A.
Bank of New York
Citibank N.A.
Comerica Bank Michigan
Employers Insurance of Wausau
Fifth Third Bank, Eastern Michigan
General Electric Capital Corporation
Goldman Sachs Credit Partners L.P.
HSBC Bank USA, National Association
KeyBank National Association
Liberty Mutual Ins Company
Morgan Stanley Senior Funding, Inc.
National City Bank
Park Avenue Loan Trust
Principal Life Insurance Company
Redwood Master Fund, Ltd.
Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Saturn Trust
SEI Institutional Managed TST
Seneca Capital, L.P.
Sierra CLO I Ltd.
Sumitomo Mitsui Banking Corporation
SunTrust Bank Atlanta
UBS Loan Finance LLC
Wachovia Bank National Association

Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital Management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500

**(D) INSURERS**

ACE USA
AIU Inc.
Allianz
American Home Assurance Co. (AIMA)
American International Insurance
American International Specialty Lines Insurance Company
ANR Pipeline Company
Aon
Arch
AXIS
Bermuda Markets
Cananwill, Inc.
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Federal Ins. Co. (Chubb)
General Star Indemnity Company
Great American
Hannover Re
Hartford
HDI
IRI
Lexington
Lexington Insurance Company (AIG American International Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts., PA (AIG American International Companies)
St. Paul Fire & Marine Insurance Company
St. Paul Surplus Lines Ins. Co.
Steadfast Insurance Company (Zurich)
U.S. Specialty Insurance Company

XL U.S.
Zurich American Insurance Company

(E) **PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, INVESTMENT BANKERS, CONSULTANTS FOR THE PAST THREE YEARS) [Excluding those Professionals that Charge less than $100,000.00 in Annual Fees]**

ASI (American Supplier Institute)
ASI Consulting Group LLC
ASI LLC
ASI, Shainin (ICIM)
Asset Management Resources
AT Kearney
AVL North America Inc
Baker & Daniels
Baker & McKenzie LLP
Bliss McGlynn P.C.
Butzel, Long
Carquest
Clark Consulting
Clark Hill P.L.C.
David Cunnigham
Deloitte Touche Tohmatsu
Dickinson Wright P.L.L.C. (Detroit, MI)
Dykema Gossett P.L.L.C.
E&Y
EDS
Electricore Inc
ENSR Corporation
Equis Corporation
Ernst & Young
FedEx Trade Networks Transport and Brokerage, Inc.
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Hill & Knowlton
Honigman Miller Schwartz and Cohn
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Interim Healthcare Inc.
Paul Hastings Janofsky & Walker LLP
PriceWaterhouseCoopers LLP
Russell Reynolds
Sandler & Travis Trade Advisory Services, Inc
Suri & Company
UBS
Young & Rubicam, Inc.
Yuasa & Hara

(F) **PARTIES TO LITIGATION AND THEIR COUNSEL (FOR CLAIMS OF AT LEAST $500,000)**

A&O Mold & Engineering, Inc.
Adams, Thomas E.
Allstate Insurance
Brady, Larry
Campbell, Robert R.
Casper & Casper
Citibank Texas, National Association
Covington & Burling
Daewoo International
DaimlerChrysler Corporation
Dana Corp Global Production WHS
Dana Corp Sealing Division
Dynamic Sciences International
Eftec North America, LLC
Epsilon
First Technology
Fitch, Even, Tabin & Flannery
Ford Motor Company
General Motors Daewoo Auto and Technology
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
GM & International
Honeywell ACS Sensing & Control
International Truck
Invensys
Irvine
Jenner & Block
Key Plastics
Kirsch, Paul C.
Kowalski, Richard
Locke Liddell & Sapp, LLP
Miro, Weiner & Kramer
NGK
Novak, Barbara Griffin
Parmenter O'Toole
Phelps, John W.
Russell, Thomas
Sanko
Tenneco Automotive
Textron (Kautex)
Timken (Brazil)
Waste Management, Inc.

(G) **TOP 50 CREDITORS**

3M Co
Abc Group Inc
Akebono Brake Industry Co Ltd
Alcoa Inc
Alps Automotive Inc.
American Axle & Mfg Holdings Inc
Bosch Braking Systems Corp
Bosch, Robert Stiftung GmbH
Buena Vista Township, Michigan

2

City of Flint, Michigan
Clarion Co Ltd
Dana Corp
Delta
Dura Automotive Systems Inc
General Electric Co Inc
Hitachi Ltd
Illinois Tool Works Inc
Intermet Corp
Johnson Electric Holdings Ltd
NEC Corp
Norsk Hydro ASA
State of Michigan
State of Ohio
Texas Instruments Inc
Textron Inc
Worthington Industries Inc

(H) **HOLDERS OF 5% OR MORE OF ANY OUTSTANDING EQUITY SECURITY OF THE COMPANY**

Capital Group International, Inc.

(I) **RECORD NOTEHOLDERS HOLDING 5% OR MORE OF ANY OUTSTANDING ISSUANCE OF NOTES OF THE COMPANY**

Citigroup
Goldman Sachs
Lehman Brothers
SSB

(J) **INDENTURE TRUSTEES**

Bank One Trust Company N.A.
J.P. Morgan Trust Company, N.A.

(K) **UNDERWRITERS OF SECURITIES ISSUED BY THE COMPANY DURING THE PAST THREE YEARS**

A.G. Edwards & Sons, Inc.
Citigroup Global Markets Inc.
Comerica Securities, Inc.
HSBC Securities (USA) Inc.
J.P. Morgan Securities Inc.
McDonald Investments Inc., a KeyCorp Company
Merrill Lynch, Pierce, Fenner & Smith Incorporated
Morgan Stanley & Co. Incorporated
Oppenheimer & Co. Inc.
UBS Securities LLC
Utendahl Capital Partners, L.P.
Wachovia Capital Markets, LLC

(L) **COUNTERPARTIES TO MAJOR LEASES**

Crown Enterprises, Inc.
Ford Motor Land Development Corporation
General Motors Corporation
LaSalle National Bank, as Trustee under Trust No. 115897
Liberty Property Limited Partnership
Pac Rim
QEK Global Solutions
Realty Investment II
Sealy RG Valley Buildings, L.P.
Visteon Corporation

(M) **COUNTERPARTIES TO MAJOR CONTRACTS (OVER $100,000)**

Alltel
AT&T Solutions, Inc.
ATT Wireless
Blue Cross Blue Shield
Bridgestone T.G. Australia Pty. Ltd
CIGNA Behavioral Health
CIGNA Healthcare
Cinergy PSI IN
Compuware
Consumers Energy MI (Detroit)
Consumers Power MI
Consumers Power Company
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain
Delphi Automotive Systems Sungwoo
Delphi Delco Electronics Suzhou
Delphi Delco Liverpool
Delphi Diesel Systems England
Delphi Diesel Systems Ltd England
Delphi Diesel Systems Spain
Delphi Diesel Systems Turkey

Delphi Diesel Systems UK
Delphi Diesel Systems, S. L. Spain
Delphi Harrison Calsonic (France)
Delphi Lockheed Automotiove France
  (Aftermarket)
Delphi Packard Balcheng, Limited
Delphi Packard Electric Co Ltd (Shanghai)
Delphi Packard Electric Malaysia Sdn Bhd
Delphi Packard Espana
Delphi Saginaw Lingyun Brillance and Palio
Delphi Saginaw Lingyun Jinbel
Delphi Sistemas de Energia (Portugal)
Delphi TVS Diesel Systems Ltd India (Lucas)
Delphi-TVS Diesel Systems Ltd (India)
DOD
DOD TACOM
DTE Energy MI
East Penn Manufacturing Company
Falcon Asset Securitization Corporation
Firma Carl Freudenberg KG
Fitel USA Corp. (assigned by Lucent)
Flint (City of) MI
General Motors Investment Management
  Corporation
HTC
Intel Corporation
Jupiter Securitization Corporation
Lear Corporation
MCI Worldcom Communications, Inc.
New York Power Authority
Raytheon Company
Saginaw (City of) Wtr & Swr MI
State Street Bank and Trust Company
The Regents of the University of Michigan
TI Group
Time Warner
Toyota Motor Company
Toyota Motor Corporation
Troy (City of) MI
UBE Machinery Sales
Verizon
Verizon Wireless
Verizon Wireless
Wayne State University
Wisconsin Electric Power Co WI

**(N) SECURED FINANCIAL CREDITORS**

See (C) above.

**(O) LIENHOLDERS AND OTHER SIGNIFICANT LENDERS**

Bank One Michigan
Bank One, NA
Delphi Automotive Systems Corporation
Fifth Third Bank (Western Michigan)
LaSalle Bank National Association
LaSalle National Leasing Corporation
Motion Industries Inc.
Motorola, Inc.
Omega Tool Corporation
The Huntington National Bank
Toyota Motor Credit Corporation
Wells Fargo Bank Northwest, Trustee

**(P) MAJOR CUSTOMERS**

Best Buy Co. Inc.
Caterpillar
Honda
Isuzu Group
Johnson Controls
Kautex
Mitsubishi
Navistar International
Nissan
Paccar
Rover
Saab Automobile AB
Saab Automobile Parts
Standard Motor Products Inc
Toyota
Vistcon

**(Q) MAJOR SUPPLIERS**

Aluminum Co of America
Analog Devices GmbH
Analog Devices Inc
Asahi Glass Co
Autoliv ASP Inc
BBK Ltd
Benteler Automotive
Bosch Automotive Systems Corp
Caterpillar Engine Systems
Centra Inc
Deloitte & Touche
DTE Coal Services
E I Dupont de Nemours & Co Inc
Engelhard Corporation
Epcos AG
Essex Group Inc
Federal Mogul Corp
General Electric Capital
GKN PLC
GM – AC Delco
GM Daewoo Auto & Technology Co
Handy & Harman
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH

4

        Hewlett-Packard Singapore
        Hewlett-Packard/San Jose
        Hitachi Automotive
        Hitachi Chemical Asia Pacific
        International Truck & Engine
        JCI
        John Deere
        Johnson Matthey Plc
        KPMG LLP
        Michael Baker, Inc.
        Microchip Technology Inc
        Microsoft Services
        Mitsubishi Electric
        Motorola Automotive
        MSX International Inc
        Nabco Inc
        Norandal USA INC
        Olin Corp
        Panasonic Automotive
        Parker Hannifin Corp
        Rohm Co Ltd
        Schulte & Co Gmbh
        Shanghai Ming Fang Autoparts Co Ltd
        Siemens Automotive Ltd
        SPX Corp
        Sunrise Medical HHG, Inc.
        Sunrise Medical Ltd
        UBS AG
        USA Technologies, Inc.
        Valeo SA
        Vallourec
        Viasystems Canada Inc
        Visteon Automotive Systems
        Yazaki Corp

**(R) LETTER OF CREDIT ISSUERS AND BENEFICIARIES**

        C.N.A.
        Reliance Insurance Company
        Safeco Insurance

**(S) STATE AND OTHER GOVERNMENTAL AUTHORITIES WITH AN INTEREST IN THE COMPANY**

        Internal Revenue Service
        Pension Benefit Guaranty Corporation (PBGC)
        U.S. Environmental Protection Agency

**(T) UNIONS REPRESENTING COMPANY EMPLOYEES**

**(X) OTHER MISCELLANEOUS INTERESTED PARTIES**

**EXHIBIT C**

**DICKINSON WRIGHT PLLC**

**CURRENT AND FORMER CLIENTS OF
DICKINSON WRIGHT PLLC THAT ARE
DELPHI INTERESTED PARTIES OR
AFFILIATES OF THEM**

**ALL LENDERS (INCLUDING CURRENT AND FORMER AGENTS UNDER CREDIT FACILITIES AND THEIR COUNSEL AND FINANCIAL ADVISORS**
Bank of America, N.A.
Bank of New York
Citibank N.A.
Fifth Third Bank, Eastern Michigan
General Electric Capital Corporation
HSBC Bank USA, National Association
KeyBank National Association
Liberty Mutual Ins Company
National City Bank
Sumitomo Mitsui Banking Corporation
UBS Loan Finance LLC
Wachovia Bank National Association

**PROFESSIONALS (ATTORNEYS, ACCOUNTANTS, INVESTMENT BANKERS, CONSULTANTS FOR THE PAST THREE YEARS) (Excluding those Professionals that Charge less than $100,000 in Annual Fees)**
Baker & Daniels
Baker & McKenzie LLP
Butzel, Long
Deloitte Touche Tohmatsu
Dykema Gossett P.L.L.C.
Honigman Miller Schwartz & Cohn
Howard & Howard Attorneys, P.C.
Hunton & Williams LLP
Paul Hastings Janofsky & Walker LLP
PriceWaterhouseCoopers LLP
UBS
Young & Rubicam, Inc.

**INSURERS**
American Home Assurance Co (AIMA)
American International Insurance
American International Specialty Lines
   Insurance Company
Aon
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Federal Ins. Co. (Chubb)
Great American
Hartford
Lexington Insurance Company (AIG)
   American International Companies
Liberty Mutual
Lloyds of London
National Union Fire Ins. Co.(AIG)
National Union Fire Insurance Company of Pitts.,
   PA (AIG American International Companies
St. Paul Fire & Marine Insurance Company
St. Paul Surplus Lines Ins. Co.
Zurich American Insurance Company

**PARTIES TO LITIGATION AND THEIR COUNSEL (For claims of at least $500,000)**
Citibank Texas, National Association
DaimlerChrysler Corporation
Dana Corp Global Production WHS
Dana Corp Sealing Division
Ford Motor Company
General Motors Daewoo Auto and Technology
GM Daewoo
GM DAT
GM Epsilon
GM Europe Opel
GM & International

**TOP 50 CREDITORS**
Akebono Brake Industry Co. Ltd
Alcoa Inc
American Axle & Mfg Holdings Inc
City of Flint, MI
Delta
Dura Automotive Systems, Inc
General Electric Co Inc
Intermet Corp
State of Michigan
Texas Instrument Inc
Textron Inc

**RECORD NOTEHOLDERS HOLDING 5% OR MORE OF ANY OUTSTANDING ISSUANCE OF NOTES OF THE COMPANY**
Citigroup
Goldman Sachs

**INDENTURE TRUSTEES**
Bank One Trust Company N.A.
J.P. Morgan Trust Company, N.A.

**LIENHOLDERS AND OTHER SIGNIFICANT LENDERS**
Bank One, Michigan
Bank One, NA
Fifth Third Bank (Western Michigan)
LaSalle Bank National Association
LaSalle National Leasing Corporation
Motorola, Inc.
The Huntington National Bank
Wells Fargo Bank Northwest, Trustee

**LETTER OF CREDIT ISSUERS AND BENEFICIARIES**
C.N.A.
Reliance Insurance Company

Jenner & Block

**UNDERWRITERS OF SECURITIES ISSUED BY THE COMPANY DURING THE PAST THREE YEARS**
Citigroup Global Markets Inc
Comerica Securities, Inc.
HSBC Securities (USA) Inc
J.P. Morgan Securities Inc
McDonald Investments Inc., a KeyCorp Company
UBS Securities LLC
Wachovia Capital Markets, LLC

**COUNTERPARTIES TO MAJOR LEASES**
Ford Motor Land Development Corporation
General Motors Corporation
LaSalle National Bank, as Trustee under Trust No. 115897
Liberty Property Limited Partnership
Visteon Corporation

**COUNTERPARTIES TO MAJOR CONTRACTS (Over $100,000)**
AT&T Solutions, Inc.
ATT Wireless
Blue Cross Blue Shield
Compuware
DTE Energy MI
Flint (City of) MI
General Motors Investment Management Corporation
The Regents of the University of Michigan
Time Warner

**MAJOR CUSTOMERS**
Caterpillar
Johnson Controls
Navistar International
Saab Automobile AB
Saab Automobile Parts
Visteon

2

3

**MAJOR SUPPLIERS**
Asahi Glass Co.
BBK Ltd
Caterpillar Engine Systems
Centra Inc
Deloitte & Touche
DTE Coal Services
E I Dupont de Nemours & Co Inc
Engelhard Corporation
Federal Mogul Corp
General Electric Capital
GKN PLC
GM – AC Delco
GM Daewoo Auto & Technology Co.
John Deere
KPMG LLP
Microsoft Services
Mitsubishi Electric
Motorola Automotive
Siemens Automotive Ltd
SPX Corp
Valeo SA
Visteon Automotive Systems
Yazaki Corp

DETROIT 99999-0 916478v1