## Evans, Pletkovic & Rhodes, P.C.

WILLIAM NOLE EVANS
MARK J. PLETKOVIC
DANIEL M. RHODES
GREGORY P. SWEDA
JANE SULLIVAN COLOMBO
MELINDA EVANS
SANDRA L. GANOS
DIANE L. BERKOWITZ
TODD D. BARRY

ATTORNEYS AT LAW
26125 WOODWARD AVENUE
HUNTINGTON WOODS, MICHIGAN 48070

(248) 548-8540
FAX (248) 548-6738

February 17, 2006

U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
Room 601, 6th Floor
One Bowling Green
New York, NY  10004-1408

RE:  Case Name:  Delphi Corporation
     Case Number 05-44481-rdd

Dear Clerk:

Enclosed for filing please find the "Statement of Fees and Disbursements for Ordinary Course Professional" for the Fourth Quarter of 2005.

Please file in the usual manner.

Should you need anything further, please feel free to contact the undersigned.

Sincerely,

Delphine L. Evans
Office Administrator

DLE/ds
Enclosure



# Evans, Pletkovic & Rhodes, PC
## 26125 Woodward Avenue
## Huntington Woods, MI  48070
## (248) 548-8540

February 17, 2006

U.S. Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
Room 601, 6th Floor
One Bowling Green
New York, NY  10004-1408

RE: Case Name: Delphi Corporation
    Case Number 05-44481-rdd

STATEMENT OF FEES AND DISBURSEMENT
FOR ORDINARY COURSE PROFESSIONAL
FOURTH QUARTER, 2005

NAME OF ORDINARY COURSE PROFESSIONAL:
**EVANS, PLETKOVIC & RHODES P.C.**

AMOUNT BILLED FOR SERVICES RENDERED:     $83,052.00

AMOUNT BILLED FOR REIMBURSEMENT OF EXPENSES:  $1,761.43

DESCRIPTION OF SERVICES:
   **Legal services rendered in defense of workers' compensation claims**

Statement submitted this day by:

Delphine L. Evans
Office Administrator
Evans, Pletkovic & Rhodes, PC



## CERTIFICATE OF SERVICE

    Delphine L. Evans, Legal Assistant, hereby certifies that on February 17, 2006, she served a copy of the Statement of Fees and Disbursements for the 4th Quarter of 2005 upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

U.S. Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY 10044

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY 10022

Simpson, Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY 10017

Davis Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY 10017

Dated: January 25, 2006

Delphine L. Evans
Legal Assistant
Evans, Pletkovic & Rhodes, PC
26125 Woodward Avenue
Huntington Woods, MI 48070
(248)548-8540

Subscribed and sworn before me
This 17th day of February, 2006

Sherry Wilson-Hardy, Notary Public
Wayne County Acting In Oakland County, MI
My Commission expires: 1/23/12

