```
Lef[...]dd[...]to
7010 Cranwood Drive
Flint, MI  48505
Tel:  810.787.3150
Cell: 810.922.0308
```

February 11, 2006

TO: United States Bankruptcy Court
    For the Southern District of New York
    Clerk of the Court
    One Bowling Green
    New York, NY  10004

```
------------------------------------x
                                    :
In Re                               :
Delphi Corporation et al.,          :   Chapter 11
                                    :
            Debtors.                :   Case No. 05-44481(RDD)
                                    :   (Jointly Administered)
------------------------------------x
```

DaFonza Earl Washington
7010 Cranwood Drive
*temporarily*
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308

February 8, 2006

TO: Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004

OFFICE OF THE HIGH COMMISSIONER
 FOR HUMAN RIGHTS
Mrs. Louise Arbour
The United Nations at Geneva
1211 Geneva 10, Switzerland

UNITED NATION SECRETARIAT
Committee For Elimination of Discrimination
 Against Women
2 United Nations Plaza
DC-2/12th Floor
New York, N.Y. 10017

UNITED STATES DEPARTMENT OF JUSTICE
Executive Office For U.S. Trustees
Office of the General Counsel
Paul Bradenhagen, Attorney
20 Massachusetts Avenue, N.W. 8000
Washington, D.C. 20530
Tel: 202.307-1399
Fax: 202.307-0672

UNITED STATES DEPARTMENT OF JUSTICE
Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

(CONTINUOUSLY RENEWED)
APPLICATION
FOR "HUMAN CAPITAL OBLIGATIONS" AND
"CASH MANAGEMENT" DISBURSEMENTS DEMANDS
IN WHICH ORDERS FOR PAYMENT ISSUED "120"
DAYS AGO BY BANKRUPTCY JUDGE (RDD) ON
OCTOBER 8, 2005, YET - THE UNCONTESTED
AND UNCONTESTABLE CLAIM REMAINS - UNPAID
DIRECTLY CAUSING AND COMPOUNDING
UNNECESSARY "HUMAN RIGHTS" VIOLATIONS AS

WELL AS DELIBERATE DISCRIMINATIONS FOR
"6" YEARS AND CONTINUING AGAINST
MRS. JOAN A. WASHINGTON'S ETC., HEALTH,
"ALL" CUSTOMARY LIVING STANDARDS, "ALL"
REAL AND PERSONAL PROPERTY, AND RIGHTS
THERE TO, PROTECTIONS FROM SLAVE-LIKE
AND INVOLUNTARY SLAVERY CONDITIONS ETC.,
IN CASE NO. 05-44481

Creditor/Claimant Lafonza Earl Washington in the HUMAN RIGHTS interest of himself, wife of "26" years Joan A. Washington, and family applys to have the recorded Claims paid without further delay based on:

1. Relief Orders were/are statutorily provided by the Congress, the makers and enacters of the Voluntary Petition Section and choice of filing by the debtors, debtors in possession pursuant to Title 11 USC § 301, that assertedly and without discrimination prescribed by way of the Proof of Claim, relief to both parties debtors and creditors.

2. Proper Applications have been served upon the Clerk's office as well as the Executive Trustees, Assistant Trustees, the U.S. Attorney General's office according to Title 28 USCA §§ 581 thru 589a to enforce the demanded relief, yet, deprivations of long-term Human and Civil etc., rights continues.

3. The seizing - unlawfully - without a court's Order of - 100% - of the fundamental sources of this creditor's and family's money to exist and subsist on for "6" years and continuing regardless of Mr. Washington having served the General Motors Corporation - an instrumentality of the Government - since June 13, 1973 for more than thirty-two years and Mrs. Washington having served an educational instrumentality of the Government for almost "25" years, clearly shows prolonged and unnecessary Human Rights violations!

4. As a member of the United Nations that was formed in 1945 to promote peace, security, and cooperation of each nation with the other, the citizens of each nation is required to be provided security for, if "NOT" a nation that has no people with fundamental security for each citizen have no existence merely territory.

5. This creditor's and family's PUBLIC HEALTH AND WELFARE is continuing to be violated for "6" years and continuing with the illegal seizure on August 11, 2005, without a valid court's Order, of the family's homestead that had the purchase price of $32,500.00 in January of 1991; yet, after "15" years of "TIMELY" payments amounting to a total of $110,500.00 - without any jurisdiction - the City of Flint 68th District Court engaged in collusions etc., to obstruct justice, to obstruct human rights etc., by commanding a para-military unit of local and statewide "DESTROYERS" to destroy the 2,000 square foot home!

6.  The involved Federal and State courts will "NOT" enforce the available applicable laws and the "CERTAIN" special interests Government frauders, extortioners etc., are "PROHIBITED" from interfering with the Creditor's and Family's Constitutional housing and other personal property rights.

7.  This Creditor's wife of "26" years is suffering from the unnecessary, lawless activities of these "32" years and continuing violations of wrongful Government interferences, discriminations, infamy treatments etc., of her husband which directly damages the rest of the entire family.

8.  The United Nations is headquartered in New York City within the jurisdiction of the United States and the United States Bankruptcy Court for the Southern District of New York is also located in the City or State and along with the Trustees is "VESTED" with power to exercise the "RELIEF" demanded by "ALL" parties both debtors, debtors-in-possession and these Creditors but in violations of "HUMAN RIGHTS" etc., inhumanely, deliberately compounding the wrongs and injuries being "UNACCOUNTABLY" inflicted by "ENTITIES" of the individuals and groups profiting from the Delphi Corporation, General Motors Corp., et al, illegal seizure(s) of multi-billions of dollars of "INDIVIDUAL" funds frauded as collective bargained.

9.  According to Title 42 USCA § 1983 etc., "Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State or "TERRITORY"...subjects, or causes to be subjected, any citizen of the United States...within the jurisdiction thereof to the deprivations of any rights, privileges, or immunities "SECURED" by the Constitution and laws 'SHALL BE' liable to the party injured in an action at law, suit in equity, or "OTHER" proper proceeding for redress," such as these proceedings in both the United Nations Divisions it is asserted.

WHEREFORE, it is shown on an "EMERGENCY" basis that HUMAN RIGHTS etc., demanded herein, as well as the "6" year relief to the holocaustic, undemocratic autocracy, monopoly and combinations etc., by GM, Delphi etc., who along with Ford and Daimler-Chrysler was required to redress German "SLAVE-LABORERS" a requested $8 billion for their "INHUMANE" activities during World War II about June of 2002 (according to some newspaper sources), disburse and pay the Washingtons' the just and reasonable $116,986,552.00 at 15% APR legally owed since October 8, 2005, for the "32" years of "SLAVE-LABOR" documented and "NOT" objected to in this Claim, without delay.

In Truth, Justice & Peace,

*Earl Washington*

Earl Washington

*Earl Washington*

**PROOF OF SERVICE**

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza Earl Washington deposes and states:

That on February 9, 2006, he did serve the below-identified documents upon the below-named parties by First Class United States Postal Service with service prepaid and by facsimile:

    1. (Continuously Renewed) Application For "HUMAN CAPITAL OBLIGATIONS" and "CASH MANAGEMENT" Disbursements Demands In Which Orders for Payment Issued "120" Days Ago By Bankruptcy Judge (RDD) On October 8, 2005, Yet - The Uncontested and Uncontestable Claim Remains Unpaid Directly Causing and Compounding unnecessary "HUMAN RIGHTS" Violations As Well As Deliberate Discriminations For "6" Years And Continuing Against Mrs. Joan A. Washington's Etc., Health, "ALL" Customary Living Standards, "ALL" Real And Personal Property And Rights Thereto, Protections From Slave-Like And Involuntary Slavery Conditions Etc., In Case No. 05-44481 (RDD) In The United States Bankruptcy Court/Southern District Of New York.

Please file according to Rule 5005(a)(1) of the Fed.R.Bankr.P., including Rule 77(c) of the FRCivP. Thank you.

By: /s/ Lafonza Earl Washington

Mailed and/or Faxed to:

United States Bankruptcy Court
Southern District of New York
c/o Clerk of the Court
One Bowling Green
New York, NY  10004

Office Of The High Commissioner
  For Human Rights
Mrs. Louise Arbour
The United Nations At Geneva
1211 Geneva 10, Switzerland

United Nations Secretariat
Committee For Elimination of Discrimination
  Against Women
2 United Nations Plaza
DC-2/12th Floor
New York, NY  10017

- 2 -

United States Department of Justice
Executive Office For U.S. Trustees
Office of the General Counsel
Paul Bradenhagen, Attorney
20 Massachusetts Avenue, N.W. 8000
Washington, D.C. 20530

United States Department of Justice
Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

