# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Diesel Systems Corporation<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br>Claim No.    **AMENDED** |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:   **WYANDOTTE WELDING SUPPLY**   ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **P.O. BOX 96**

   **WYANDOTTE, MI 48192**

2. Please take notice of the transfer of $ _1347.52_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $3,355.52 to:**
   **Madison Niche Opportunities, LLC**   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS   66202**

   No action is required if you do not object to the transfer of you claim.

   *Kristy Stark*
   Kristy Stark
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1