UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                        Chapter 11
                                              Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                 (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $399.96 from:

DOMINION SPRING INDUSTRIES (Transferor)
240 COURTNEY PARK DR E
MISSISSAUGA ON L5T 2S5

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, *et al.*,<br>DELPHI AUTOMOTIVE SYSTEMS LLC<br><br>Debtors. | ) Chapter 11<br>) Case No. 05-44481 (RDD)<br>)<br>) Jointly Administered<br>)<br>) **NOTICE OF TRANSFER OF CLAIM**<br>) **OTHER THAN FOR SECURITY AND**<br>) **WAIVER OF NOTICE**<br>) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **DOMINION SPRING INDUSTRIES** ("Transferor") against the Debtor in the amount of **$399.96**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $399.96 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**DOMINION SPRING INDUSTRIES**
**240 COURTNEY PARK DR E MISSISSAUGA ON L5T 2S5**

Print Name _Grace Akrivopoulos_   Title _Accountant Assistant_

Signature _Grace Akrivopoulos_   Date _6/6/18_

Updated Address (if needed) _____

Phone _905-564-0641_   Fax _905-564-3213_   E-Mail _____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _J. Fette_
                Traci Fette

Mail Ref# 3-60
2589906

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                              Chapter 11
                                                                         Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                        (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)

To: (Transferee)  Debt Acquisition Company of America V, LLC
                          1565 Hotel Circle South, Suite 310
                          San Diego, CA  92108


A transfer in the amount of $870.00 from:

DOUBLE D TRANSPORT INC (Transferor)
34 SHARP RD
BRANTFORD ON N3T 5L8


 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
          Special Deputy Clerk
          United States Bankruptcy Court
          Southern District of New York
          One Bowling Green
          New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____  Claims Agent _____  Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-
BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, et al., | ) Jointly Administered |
| DELPHI AUTOMOTIVE SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **DOUBLE D TRANSPORT INC** ("Transferor") against the Debtor in the amount of **$870.00**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $870.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

**TRANSFEROR:**
**DOUBLE D TRANSPORT INC**
**34 SHARP RD  BRANTFORD ON N3T 5L8**

Print Name _Cathy Taylor_  Title _President_

Signature _[signature]_  Date _Feb 13/06_

Updated Address (if needed) _N/A_

Phone _519 751 0400_ Fax _519 751 0729_ E-Mail _ctaylor@doubledtransport.com_

**TRANSFEREE:**
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: _J. Fette_
Traci Fette

Mail Ref# 3-174
2590094

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11
                                                                Case No. 05-44481 (RDD)
DELPHI CORPORATION, *et al.,*                                   (Jointly Administered)
DELPHI AUTOMOTIVE SYSTEMS LLC

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                  1565 Hotel Circle South, Suite 310
                  San Diego, CA  92108

A transfer in the amount of $2,937.00 from:

ERGO CONCEPTS (Transferor)
545 SILVERCREEK PKWY N UNIT 2
GUELPH ON N1K 1S7

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
    Special Deputy Clerk
    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,
DELPHI AUTOMOTIVE SYSTEMS LLC

    Debtors.

) Chapter 11
) Case No. 05-44481 (RDD)
)
) Jointly Administered
)
) NOTICE OF TRANSFER OF CLAIM
) OTHER THAN FOR SECURITY AND
) WAIVER OF NOTICE
) Bankruptcy Rule 3001(e)(1)

PLEASE TAKE NOTICE that the scheduled claim of ERGO CONCEPTS ("Transferor") against the Debtor in the amount of $2,937.00, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $2,937.00 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
ERGO CONCEPTS
545 SILVERCREEK PKWY N UNIT 2  GUELPH ON N1K 1S7

Print Name: KEVIN LEIER   Title: President
Signature: [signed]   Date: Feb 13/06
Updated Address (if needed) _____
Phone 519 836 0101  Fax 519 826 7648  E-Mail kevin@ergoconceptsinc.com

TRANSFEREE:
DEBT ACQUISITION COMPANY OF AMERICA V, LLC
1565 Hotel Circle South, Suite 310, San Diego, CA 92108

Signature: J. Fette
Traci Fette

Mail Ref# 3-587
2590459

02/13/2006 12:35   8267648   ERGO CONCEPTS   PAGE 01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                  Chapter 11
                                                               Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.*,                           (Jointly Administered)
DELPHI MEDICAL SYSTEMS COLORADO CORP

Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**

To: (Transferee)  Debt Acquisition Company of America V, LLC
                        1565 Hotel Circle South, Suite 310
                        San Diego, CA  92108

A transfer in the amount of $611.10 from:

KINDER MORGAN INC (Transferor)
PO BOX 3000
SCOTTSBLUFF NE 69363-30

 is acknowledged.

*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*

A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:

        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 05-44481 (RDD) |
| ) | |
| DELPHI CORPORATION, *et al.*, ) | Jointly Administered |
| DELPHI MEDICAL SYSTEMS COLORADO CORP ) | |
| ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. ) | **OTHER THAN FOR SECURITY AND** |
| ) | **WAIVER OF NOTICE** |
| ) | Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **KINDER MORGAN INC** ("Transferor") against the Debtor in the amount of **$611.10**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $611.10 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**KINDER MORGAN INC**
**PO BOX 3000  SCOTTSBLUFF NE 69363-30**

Print Name: Sandra Meloney       Title: Collections Tech
Signature: Sandra Meloney        Date: 2/6/06
Updated Address (if needed) _____
Phone 800-804-0928  Fax (308)630-9709  E-Mail _____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: J. Fette
Traci Fette

Mail Ref# 3-122
2590011

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                          Chapter 11
                                                                     Case No. 05-44481 (RDD)

DELPHI CORPORATION, *et al.,*                   (Jointly Administered)
DELPHI AUTOMATIC SYSTEMS LLC


Debtors.
-----------------------------------------------------------X

**NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(1)**


To: (Transferee)  Debt Acquisition Company of America V, LLC
                        1565 Hotel Circle South, Suite 310
                        San Diego, CA  92108


A transfer in the amount of $697.65 from:

SPARTAN MOTOR MALL (Transferor)
5701 S PENNSYLVANIA AVE
LANSING MI 48911


 is acknowledged.


*By filing pursuant to Rule 3001(e)(1), you affirm that you have searched the official claims register and that the Transferor has not previously filed a Proof of Claim.*


A Proof of Claim form in enclosed for your use.
The last date to file a claim is _____.  Send your Proof of Claim form to:
        Special Deputy Clerk
        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

Refer to INTERNAL CONTROL NUMBER _____ in your Proof of Claim.
Kathleen Farrell, Clerk

---

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
Copy (check):  Debtor's Attorney _____ Claims Agent _____ Deputy Clerk_____
Bc:  ackotree
ACKNOWLEDGEMENT-NO CLAIM ON FILE-NOT FOR SECURITY-BEFORE BAR DATE

Debt Acquisition Company of America V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108
(619) 220-8900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 05-44481 (RDD) |
| | ) |
| DELPHI CORPORATION, *et al.*, | ) Jointly Administered |
| DELPHI AUTOMATIC SYSTEMS LLC | ) |
| | ) **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) **OTHER THAN FOR SECURITY AND** |
| | ) **WAIVER OF NOTICE** |
| | ) Bankruptcy Rule 3001(e)(1) |

PLEASE TAKE NOTICE that the scheduled claim of **SPARTAN MOTOR MALL** ("Transferor") against the Debtor in the amount of **$697.65**, as listed within Schedule F of the Schedules of Assets and Liabilities filed by the Debtor, and all claims of Transferor have been transferred and assigned other than for security to Debt Acquisition Company of America V, LLC ("DACA"). The signature of the Transferor on this document is evidence of the transfer of the claims and all rights there under. Transferor hereby agrees to waive notice as described by Bankruptcy Rule 3001 (e)(1).

I, the undersigned Transferor of the above-described claims, hereby assign and transfer my claims and all rights there under to DACA upon terms as set forth herein and in the offer letter received. I represent and warrant that the claim is not less than $697.65 and has not been previously objected to, sold, or satisfied. Upon notification by DACA, I agree to reimburse DACA a pro-rata portion of the purchase price if the claim is reduced, objected to, or disallowed in whole or part by the Debtor, the Court, or any other party. Other than as stated above, DACA assumes all risks associated with the debtor's ability to distribute funds. I agree to deliver to Debt Acquisition Company of America any correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to change the address regarding the claim of the Transferor to that of the Transferee listed below.

TRANSFEROR:
**SPARTAN MOTOR MALL**
**5701 S PENNSYLVANIA AVE LANSING MI 48911**

Print Name Angela Redensky Title Accts. Payable/Receivables
Signature Angela Redensky Date 2-8-06
Updated Address (if needed) _____
Phone 517-394-6000 Fax 517-394-8012 E-Mail _____

TRANSFEREE:
**DEBT ACQUISITION COMPANY OF AMERICA V, LLC**
**1565 Hotel Circle South, Suite 310, San Diego, CA 92108**

Signature: *J. Fette*
Traci Fette

Mail Ref# 4-140
2592036