**OVERNIGHT MAIL**

Skadden, Arps, Slate, Meagher & Flom LLP
Attn:   John Wm. Butler, John K. Lyons,
           Ron E. Messler
333 W. Wacker Dr., Suite 2100
Chicago, IL  60606

**HAND DELIVERY**

Shearman & Sterling LLP
Attn:  Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, NY  10022

**HAND DELIVERY**

Davis Polk & Wardwell
Attn:  Donald Bernstein
450 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**

Simpson Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman
         Robert H. Trust
         William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

**HAND DELIVERY**

United States Trustee's Office
Alicia M. Leonard
33 Whitehall Street, 21st Floor
New York, NY  10004-2112

**HAND DELIVERY**

Hogan & Hartson, L.L.P.
Attn:  Scott A. Golden, Esq.
875 Third Avenue
New York, NY  10022

**HAND DELIVERY**

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022
Attn: Robert Rosenberg, Esq.

**HAND DELIVERY**

Wachtell, Lipton, Rosen & Katz, LLP
51 West 52nd Street
New York, New York 10019
Attn: Richard G. Mason, Esq.

**HAND DELIVERY**

P. Gregory Schwed, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York  10154-0037

**FIRST CLASS MAIL**

Tennessee Department of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
P.O. Box 20207

| | |
|---|---|
| **FIRST CLASS MAIL**<br><br>Marvin E. Clements, Jr., Senior Counsel<br>Office of the Attorney General<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN  37202-0207 | **FIRST CLASS MAIL**<br><br>Jay W. Hurst<br>Assistant Attorney General<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX  78711-2548 |
| **OVERNIGHT MAIL**<br><br>APS Clearing, Inc.<br>1301 S. Capital of Texas Highway, Suite B-220<br>Austin, TX  78746<br>Attn:  Matthew Hamilton, Esq.<br>          Andy Leinoff | **HAND DELIVERY**<br><br>Babette A. Ceccotti<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, New York  10036 |
| **HAND DELIVERY**<br><br>Allan S. Brilliant<br>Craig P. Druehl<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, New York  10022 | **OVERNIGHT MAIL**<br><br>Richard J. Parks<br>MacDonald, Illig, Jones & Britton LLP<br>100 State Street, Suite 700<br>Erie, PA  16507-1459 |
| **OVERNIGHT MAIL**<br><br>Gregory O. Kaden, Esq.<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA  02110-2624 | **FIRST CLASS MAIL**<br><br>Riverside Claims LLC<br>P.O. Box 626<br>Planetarium Station<br>New York, New York  10024 |
| **OVERNIGHT MAIL**<br><br>Swidler Berlin, LLP<br>The Washington Harbour<br>3000 K Street, N.W., Suite 300<br>Washington, DC  20007<br>Attn:  Robert N. Steinwurtzel, Esq. | **OVERNIGHT MAIL**<br><br>David B. Draper, Esq.<br>Terra Law LLP<br>60 S. Market Street, Suite 200<br>San Jose, CA  95113 |

**OVERNIGHT MAIL**

Capital Research and Management Company
Attn:  Michelle Robson
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

**HAND DELIVERY**

Cohen Weiss & Simon
Attn:  Bruce Simon
330 W. 42nd Street
New York, NY 10036

**HAND DELIVERY**

Curtis, Mallet-Prevost, Cole & Moshe LLP
Attn:   Steven J. Reisman
101 Park Avenue
New York, NY 10178-0081

**OVERNIGHT MAIL**

Delphi Corporation
Attn:   Sean Corcoran,
           Karen Craft
5725 Delphi Drive
Troy, MI 48098

**OVERNIGHT MAIL**

Electronic Data Systems Corp.
Attn:   Michael Nefkens
5508 Corporate Drive MSIA
Troy, MI 40098

**OVERNIGHT MAIL**

Flextronics International
Attn:   Carrie L. Schiff
6328 Monarch Park Place
Niwot, CO 80503

**OVERNIGHT MAIL**

Flextronics International
Attn:   Terry Zale
6328 Monarch Park Place
Niwot, CO 80503

**OVERNIGHT MAIL**

Freescale Semiconductor, Inc
Attn:   Richard Lee Chambers, III
8501 William Cannon Drive West
MD, OE16
Austin, TX 78735

**HAND DELIVERY**

FTI Consulting. Inc
Attn:   Randall S. Eisenberg
3 Times Square
11th Floor
New York, NY 10036

**OVERNIGHT MAIL**

General Electric Company
Attn:   Valerie Venable
9930 Kincey Avenue
Huntersville, NC 28078

**OVERNIGHT MAIL**

Groom Law Group
Attn:   Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington, DC 20006

**HAND DELIVERY**

Hodgson Russ LLP
Attn:   Stephen H. Gross
152 West 57th Street, 35th Floor
New York, NY 10019

**OVERNIGHT MAIL**

Horrigman Miller Schwartz and Cohn LLP
Attn:   Robert B. Weiss, Esq.
2290 First National Building
690 Woodward Avenue
Detroit, MI 48226-3583

**HAND DELIVERY**

Internal Revenue Service
Attn: Insolvency Department, Mario Valerio
290 Broadway, 5th Floor
New York, NY 10007

**OVERNIGHT MAIL**

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226

**OVERNIGHT MAIL**

IUE-CWA
Attn:   Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

**HAND DELIVERY**

Jefferies & Company, Inc,
Attn:   William Q. Darrough
520 Madison Avenue, 12th Floor
New York, NY 10022

**HAND DELIVERY**

JPMorgan Chase Bank, N.A
Attn:   Thomas F. Maher, Richard Duker,
         Gianni Russello
270 Park Avenue
New York, NY 10017

**HAND DELIVERY**

JPMorgan Chase Bank, N.A
Attn:   Vilma Francis
270 Park Avenue
New York, NY 10017

**HAND DELIVERY**

Kramer Levin Naftalis & Frankel LLP
Attn:   Gordon Z. Novod
1177 Avenue of the Americas
New York, NY 10039

**HAND DELIVERY**

Kramer Levin Naftalis & Frankel LLP
Attn:   Thomas Moore Mayer
1177 Avenue of the Americas
New York, NY 10039

**OVERNIGHT MAIL**

Kurtzman Carson Consultants
Attn:   James Le
12910 Culver Blvd., Suite 1
Los Angeles, CA 90056

**HAND DELIVERY**

Law Debenture Trust of New York
Attn:   Patrick H. Healy
767 Third Avenue, 31st Floor
New York, NY 10017

**HAND DELIVERY**

Law Debenture Trust of New York
Attn:   Daniel R. Fisher
767 Third Avenue, 31st Floor
New York, NY 10017

**OVERNIGHT MAIL**

McDermott Will & Emery LLP
Attn:   David D. Cleary,
        Mohsin N. Khambatl
227 West Monroe Street
Chicago, IL 80606

**OVERNIGHT MAIL**

McTigue Law Firm
Attn:   J. Brian McTigue
        Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

**OVERNIGHT MAIL**

Mesirow Financial
Attn:   Melissa Knolls
321 N. Clark St., 13th Floor
Chicago, IL 80601

**HAND DELIVERY**

Morrison Cohen LLP
Attn:   Joseph T. Moldovan, Esq.
909 Third Avenue
New York, NY 10022

**HAND DELIVERY**

Northeast Regional Office
Attn:   Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY 10281

**HAND DELIVERY**

Office of New York State
Attn:  Attorney General Elliot Spitzer
120 Broadway
New York City, NY 10271

**OVERNIGHT MAIL**

O'Melveney & Meyer LLP
Attn:  Robert Siegel
400 South Hope Street
Los Angeles, CA 90071

**OVERNIGHT MAIL**

O'Melveney & Meyer LLP
Attn:  Tom A. Jerrian,
           Rachel Janger
1625 I Street
Washington, DC 20006

**OVERNIGHT MAIL**

Pension Benefit Guaranty Corporation
Attn:  Jeffrey Cohen
1200 K Street N.W., Suite 340
Washington, DC 20005

**OVERNIGHT MAIL**

Pension Benefit Guaranty Corporation
Attn:  Ralph L. Landy
1200 K Street N.W., Suite 340
Washington, DC 20005

**HAND DELIVERY**

Phillips Nizer LLP
Attn:  Sandra A. Reimer
666 Fifth Avenue
New York, NY 10103

**HAND DELIVERY**

Rothchild Inc.
Attn:  David L. Resnick
1251 Avenue of the Americas
New York, NY 10020

**HAND DELIVERY**

Seyfarth Shaw LLP
Attn:  Robert W. Dremiuk
1270 Avenue of the Americas, Suite 2500
New York, NY 10020-1801

**BY HAND**

Skadden, Arps, Slate, Meagher & Flom, LLP
Attn:  Kayalyn A. Marafoil
           Thomas J. Metz
4 Times Square
New York, NY 10036

**OVERNIGHT MAIL**

Spencer Fane Britt & Browne LLP
Attn:  Daniel D. Doyle
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 83105

**OVERNIGHT MAIL**

Spencer Fanes Britt & Browne LLP
Attn:   Nicholas Franke
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 83105

**HAND DELIVERY**

Stevens & Lee, P.C.
Attn:   Chester B. Salomon
          Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, NY 10022

**HAND DELIVERY**

Togut, Segal & Segal, LLP
Attn:   Albert Togut
One Penn Plaza, Suite 3335
New York, NY 10119

**HAND DELIVERY**

United States Trustee
Attn:   Deirdre A Martini
33 Whitehall Street, Suite 2100
New York, NY 10004

**OVERNIGHT MAIL**

Warner Stevens, LL.P.
Attn:   Michael D. Warner
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

**HAND DELIVERY**

Weil, Gotshal & Manges LLP
Attn:   Jeffrey L. Tenenbaum. Esq.
767 Fifth Avenue
New York, NY 10153

**HAND DELIVERY**

Weil Gotshal & Manges LLP
Attn:   Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, NY 10153

**HAND DELIVERY**

Weil Gotshal & Manges LLP
Attn:   Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY 10153

**OVERNIGHT MAIL**

Wilmington Trust Company
Attn:   Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, DE 19890