UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------------x | | Chapter 11 |
| | : | |
| In re: | | Case No. 05-44481 (RDD) |
| | : | Jointly Administered |
| Delphi Automotive Systems LLC, *et al.*, | | |
| | : | Claim No. 1420 |
| Debtors. | : | |
| ------------------------------------------------------x | | |

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO FRBP RULE 3001(e) (2)**

1. TO:    Pioneer North America, Inc. ("Transferor")
    2265 E. 220th Street
    Long Beach, California 90810
    Telephone:    (310) 952-2985
    Facsimile:    (310) 952-2270
    Attention:    Greg Pierson
    E-Mail:    gpierson@pioneer-usa.com

2.    Please take notice of the transfer of your claim evidenced by the referenced Proof of Claim, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

    Credit Suisse ("Transferee")
    11 Madison Avenue, 5th Floor
    New York, New York 10010
    Telephone:    (212) 538-5385
    Facsimile:    (917) 326-7878
    Attention:    Wendy Beer
    E-Mail:    wendy.beer@credit-suisse.com

3.    No action is required if you do not object to the transfer of the Transferred Claim as described above. However, **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

- -     **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

        Kathleen Farrell-Willoughby, Clerk of Court
        United States Bankruptcy Court
        Alexander Hamilton Custom House
        One Bowling Green
        New York, NY 10004-1408 801

- -     **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**

- -     Refer to **INTERNAL CONTROL NO. \_\_\_\_** in your objection.

4.     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

                                                 _____
                                                 Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

                                                 _____

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PIONEER NORTH AMERICA, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDIT SUISSE** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.,* Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $6,185,131.57 (the "Claim"), including the Proof of Claim filed by Assignor with the Bankruptcy Court with respect to the Claim, which proof of claim has been assigned claim number 1420.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of FEBRUARY 2006.

**ASSIGNOR:**                                                 **ASSIGNEE:**

**PIONEER NORTH AMERICA, INC.**              **CREDIT SUISSE, CAYMAN ISLANDS BRANCH**

By: _____                      By: _____
    Name: GREG PIERSON                                      Name:
    Title: SECRETARY                                              Title:


                                                                              By: _____
                                                                                  Name:
                                                                                  Title:

# EXHIBIT A

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PIONEER NORTH AMERICA, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CREDIT SUISSE** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.,* Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $6,185,131.57 (the "Claim"), including the Proof of Claim filed by Assignor with the Bankruptcy Court with respect to the Claim, which proof of claim has been assigned claim number 1420.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of FEBRUARY 2006.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| **PIONEER NORTH AMERICA, INC.** | **CREDIT SUISSE, CAYMAN ISLANDS BRANCH** |
| By:_____<br>Name:<br>Title: | By:_____<br>Name:   Wendy Beer<br>Title:   Director<br><br>By:_____<br>Name:<br>Title: |