UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>Delphi Corporation<br><br><br><br><br>                    *Debtors* | In Proceedings For A Reorganization Under Chapter 11<br><br>Case No. 05-44481<br><br>Claim # Unknown |

### NOTICE:   OF TRANSFER OF CLAIM PURSUANT TO **FRBP RULE 3001 (e) (1)**

To transferor:        Polaris Contract Manufacturing
                      15 Barnabas Rd
                      Marion, MA 02738
_____

The transfer of your claim as shown above, in the amount of $ 258.30 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim.   However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to INTERNAL CONTROL NO. _____ in your objection.  If you file an objection, a hearing will be scheduled.
**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT**

----------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 ___ .
**INTERNAL CONTROL NO.** _____
Copy: (check)  Claims Agent ____  Transferee ____  Debtor's Attorney ___

_____
Deputy Clerk

Trade-Debt.net
PO Box 1487
West Babylon, NY 11704

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re.

|  |  |  |
|---|---|---|
| Delphi Corporation. | ) | Case No.05-44481 |
|  | ) | Jointly Administered |
|  | ) |  |
|  | ) | Chapter 11 |
|  | ) |  |
|  | ) | **NOTICE OF TRANSFER OF CLAIM** |
| Debtors. | ) | **OTHER THAN FOR SECURITY AND** |
|  | ) | **WAIVER OF NOTICE.** |
|  | ) | RULE 3001 (e)(1) |

Please take notice that your unsecured claim of **POLARIS CONTRACT MANUFACTURING** Inc in the amount of
$ 258.30 and all Proofs of Claim have been transferred and assigned other than for security to Trade-Debt.net, Inc.
The signature of the transferor on this form is evidence of transfer of the claims, proofs and all rights thereunder.
Transferor does hereby agree to waive notice as described by Bankruptcy Rule 3001 (e) (1).

I, the undersigned transferor of the above described claims, or proofs of claim hereby assign and transfer my claims and
all rights thereunder to Trade-Debt.net Inc. upon the terms as set forth in the offer letter received.  I assert that the claim
of **POLARIS CONTRACT MANUFACTURING** is not less than $ 258.30 and has not been previously
transferred, and that the debtor has not objected to or satisfied this claim. Upon notification by Trade-Debt.net, I agree
to reimburse Trade Debt.net, Inc. a pro rata portion of the purchase price if the claim is reduced, objected to or
disallowed in whole or part by the debtor, the Court , or any other party. I agree to deliver to Trade Debt.net, Inc. any
correspondence or payments received subsequent to the date of this agreement. The clerk of the court is authorized to
change the address regarding the claim of the transferor to that of the transferee listed below.

Transferor:
POLARIS CONTRACT MANUFACTURING
15 BARNABAS ROAD  MARION MA 02738

Please print your name _James J. Hickey_ Signature

Title _Director - Finance_        Date _2/3/06_

Address: _7 Barnabas Road  Marion MA 02738_
(city,state,zip)
Telephone _508 748-1160_ Fax _508 748 9574_ Email _____

Federal Taxpayer ID / Social Security Number _04-352 1821_

Transferee:
TRADE-DEBT.NET
P.O. BOX 1487 West Babylon, NY 11704

By: _____
Timothy McGuire

Delphi medco2