**SIDLEY AUSTIN LLP**
A. Robert Pietrzak (AP 6711)
Andrew W. Stern (AS 7094)
Daniel A. McLaughlin (DM-2688)
Donald P. Renaldo, II (DR-2788)
787 Seventh Avenue
New York, NY 10019
Tel: (212) 839-5300
Fax: (212) 839-5599
-and-
David R. Kuney (DK 0646)
1501 K Street, N.W.
Washington, D.C. 20005
Tel: (202) 736-8000
Fax: (202) 736-8711

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : Chapter 11 |
| DELPHI CORPORATION, *et al.*, | : Case No. 05-44481 (RDD) |
| Debtors. | : (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Nicholas A, Roberge, hereby certify that on the 20th day of February, 2006, I caused to be served by first class United States mail a copy of the Verified Statement of Representation of Certain Creditors of Debtors Pursuant to Bankruptcy Rule 2019 filed by Sidley Austin LLP upon all parties on the attached list.

/s/   Nicholas A. Roberge
Nicholas A. Roberge
Legal Assistant
SIDLEY AUSTIN LLP
1501 K Street NW
Washington, DC 20005

DC1 827899v.1