UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                          Chapter 11

DELPHI CORPORATION, et al.
                                                                Case No. 05-44481 (RDD)
                    Debtors.                                    Jointly Administered

-----------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas W. Coffey, Esq., a member in good standing of the bar in the State of Ohio and the Commonwealth of Pennsylvania, and of the bar of the U.S. District Courts for the Southern and Northern Districts of Ohio, the Western District of Pennsylvania, and the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Wright Plastic Products, a creditor in the above referenced case.

My address is 925 Euclid Avenue, 1150 Huntington Building, Cleveland, Ohio 44115; email address is tcoffey@tuckerellis.com; and telephone number is 216-696-4244.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

I, Krista L. Kaleps, Esq., a member in good standing of the bar in the State of Ohio, and of the bar of the U.S. District Court for the Northern District of Ohio, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Wright Plastic Products, a creditor in the above referenced case.

My address is 925 Euclid Avenue, 1150 Huntington Building, Cleveland, Ohio 44115; email address is kkaleps@tuckerellis.com; and telephone number is 216-696-4689.

67290.70406.866186.1

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: February 16, 2006
Cleveland, Ohio

RESPECTFULLY SUBMITTED:

_____
Thomas W. Coffey, Esq. (Ohio Bar No. 0046877)
Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, OH 44115-1414
216.696.4244
tcoffey@tuckerellis.com

_____
Krista L. Kaleps, Esq. (Ohio Bar No. 0078447)
Tucker Ellis & West LLP
1150 Huntington Bldg.
925 Euclid Ave
Cleveland, OH 44115-1414
216.696.4689
kkaleps@tuckerellis.com

Counsel for Wright Plastic Products

67290.70406.866186.1