**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In the Matter of:

    DELPHI CORPORATION,                          Case No: 05-44481 (RDD)

                Debtor
-------------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

Transcript of hearing held on    February 9, 2006 at 10:08 AM

RE:

The transcript of the above hearing has been filed with the Clerk's office,

    United States Bankruptcy Court
    Southern District of New York
    One Bowling Green
    New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

    Veritext, LLC
    (212) 267- 6868
    (516) 608- 2400