United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,160.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**GUYSON INTL LTD
KEIGHLEY RD SKIPTON BD23 2QR NORTH YORKSHIRE
ENGLAND, UNITED KINGDOM**

The transfer of your claim as shown above in the amount of $1,160.00 has been transferred to:

        Liquidity Solutions, Inc.
        Dba Revenue Management
        One University Plaza
        Suite 312
        Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

        By:/s/ Mike Richards
        Liquidity Solutions, Inc.
        dba Revenue Management
        (201) 968-0001

779584

## TRANSFER NOTICE

GUYSON INTL LTD ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the GUYSON INTL LTD Claims of Assignor in the aggregate amount of $1,160.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 23 day of FEBRUARY 2006

GUYSON INTL LTD

_____
(Signature)

JAMES R.F. THOMSON
_____
(Print Name of Witness)

REVENUE MANAGEMENT

_____
(Signature)

MIKE RICHARDS
_____
(Print Name and Title)

DELPHI AUTOMOTIVE SYSTEMS LLC
GUYSON INTL LTD

779564