# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| **Delphi Corporation, et al.,** | : | |
| | : | CASE NO. 05-44481 (RDD) |
| Debtors. | : | |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

To:   Clerk of the U.S. Bankruptcy Court
      Southern District of New York
      One Bowling Green
      New York, NY 10004

Please take notice that AMEC Earth & Environmental, Inc. ("AMEC") hereby enters its appearance by and through its counsel, Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR") pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§342 and 1109(b), that copies of all notices and pleadings given or filed in this case be given and served upon the parties listed below at the following addresses and telephone numbers and that MMWR's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109
215-772-1500
215-772-7620 (facsimile)
lkrepto@mmwr.com

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but

2051514v1

also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

                MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

      By:   /s/ Laurie A. Krepto
              Laurie A. Krepto, Esquire
              123 South Broad Street
              Philadelphia, PA 19109-1099
              215-772-1500
              ***Attorneys for AMEC Earth & Environmental, Inc.***

Dated: February 27, 2006

2051514v1