## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM       **AMENDED**
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:   **PIPE CRAFT INC** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **759 STATE RD**

   **PRINCETON, NJ 08540**

2. Please take notice of the transfer of $ _31,491.00_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $30,826.01 to:**
   **Madison Niche Opportunities, LLC** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1