UNITD STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YROK

| | |
|---|---|
| In Re | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors, | |

**AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL**

STATE OF NEW JERSEY       :
                          :  ss
COUNTY OF MERCER          :

ROLAND R. FORMIDONI, being duly sworn deposes and says:

1. I am a principal of Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey, 3131 Princeton Pike, Trenton, New Jersey, 08648.

2. Neither Lenox, Socey, Wilgus, Formidoni, Brown, Giordano, & Casey, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-entitled debtors and debtors-in possession (the "Debtors"), their creditors, or any other party-in interest, or their attorneys, except as set forth in this affidavit.

3. Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey, has represented and advised the Debtors in connection with worker's compensation claims pending in the State of New Jersey

4. The Debtors have requested, and Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey has agreed, to continue to represent and advise the Debtors pursuant to section 327 (e) of title 11 of the United States Code, 11 U.S.C. Sec.101-133- as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested and Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey proposes, to render the following services to the Debtors:

   *Representation in connection with workers' compensation claims pending in the State of New Jersey.*

5. Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey's

current fees arrangements is $85 per hour.

6. Except as set forth herein, no promises have been received by Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey, or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 Bankruptcy Procedure, the Local Rules, orders of this Court and the fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey, has no agreement with any entity to share with such entity any compensation received by Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey.

8. Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey and its partners, auditors, and other members may have in the past represented, currently represented, and may in the future represents entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. Lenox, Socey, Wilgus, Formidoni, Brown, Giordano, & Casey does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey is to be engaged.

10. The foregoing constitutes the statement of Lenox, Socey Wiligus, Formidoni, Brown, Giordano & Casey, pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy rules 2014 and 2016 (b).

FURTHER AFFIANT SAYETH NOT

LENOX, SOCEY, WILGUS, FORMIDONI, BROWN, GIORDANO & CASEY

By: _____
ROLAND R. FORMIDONI, Partner

Sworn and Subscribed before me this 27th day of February, 2006.

_Sonya L. McClimans_

SONYA L. McCLIMANS
A Notary Public Of New Jersey
My Commission Expires April 28, 2008

## CERTIFICATE OF SERVICE

ROLAND R. FORMIDONI, Partner in the law firm of Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey, hereby certifies that on February 27, 2006, I served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI   48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, NY   10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL   60606
U.S.A.

Simpson, Thacher & Bartlett, LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, NY   10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, NY   10044
U.S.A.

Davis, Polk & Wardell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, NY   10017
U.S.A.

ROLAND R. FORMIDONI
3131 Princeton Pike
Trenton, New Jersey   08648
(609) 896-2000

DATED:   February 27, 2006