WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
John K. Cunningham (JC-4661)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                : Chapter 11
                                     :
DELPHI CORPORATION, *et al.*,        : Case No. 05-44481 (RDD)
                                     :
                   Debtors.          : Jointly Administered
                                     :
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA    )
                    ) SS.:
COUNTY OF MIAMI-DADE )

Aileen Venes, being duly sworn, deposes and says:

1. The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2. On February 28, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Appaloosa Management L.P.'s Motion To File Under Seal (1) Its Motion To Compel Depositions and Exhibits Thereto and (2) Its Motion To Compel Production of Documents and Exhibits Thereto**

MIAMI 638750 v1 (2K)

via overnight delivery on the parties attached hereto as **Exhibit A**; via electronic notification on the parties attached hereto as **Exhibit B**; and via U.S. Mail on the parties attached hereto as **Exhibit C**.

_____
Aileen Venes

Sworn to before me on this
28th day of February, 2006

_____
Notary Public



ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters