**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481-RDD |
| Debtors. | (Jointly Administered) |

## ORDER

       **IT IS ORDERED**, that Kasey C. Nye, Esq. is admitted to practice, *pro hac vice*, in the above-referenced bankruptcy case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.


Dated:  February 28, 2006                      /s/Robert D. Drain
                                          Honorable Robert D. Drain
                                          United States Bankruptcy Judge