**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

------------------------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas W. Coffey, Esq., a member in good standing of the bar in the State of Ohio and the Commonwealth of Pennsylvania, and of the bar of the U.S. District Courts for the Southern and Northern Districts of Ohio, the Western District of Pennsylvania, and the Eastern District of Michigan, having request admission, ***pro hac vice***, to represent Wright Plastic Products, a creditor in the above referenced case.

I, Krista L. Kaleps, Esq., a member in good standing of the bar in the State of Ohio, and of the bar of the U.S. District Court for the Northern District of Ohio, having request admission, *pro hac vice*, to represent Wright Plastic Products, a creditor in the above referenced case.

**ORDERED,** that Thomas W. Coffey, Esq. and Krista L. Kaleps, Esq., are admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
February 28, 2006

/s/Robert D. Drain_____
United States Bankruptcy Judge

67290.70406.866187.1