## CT CORPORATION

February 21, 2006

Kurtzman Carson Consultants
12910 Culver Blvd.,
Suite 1,
Los Angeles, Ca 90066

Re: Delphi Corporation, et al. Debtors
Case No. 05-44481 (RDD)

Dear Sir/Madam:

After checking our records and the records of the State of NY, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Delphi Corporation.

Accordingly, we are returning the documents received from you.

Very truly yours,


Paula Kash
Sr. Process Specialist

Log# 510938952

cc: US Bankruptcy Court of Southern New York
    One Bowling Green,
    Sixth Floor,
    New York, NY 10004

cc: New York SOP Support



RECEIVED
FEB 23 2006

111 Eighth Avenue
New York, NY 10011
Tel. 212 894 8940
Fax 212 590 9180