

ULTRAPURE WATER GROUP

Ionics Ultrapure Water Corporation
7777 Industry Avenue
Pico Rivera, California
90660-4303 USA
Tel : (562) 942-2200
Fax: (562) 948-4640

February 23, 2006

United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

RE: Delphi Corporation
    Chapter 11 Case No: 05-44481

Gentlemen:

Per notice post marked February 18, 2006 (copy attached) please accept this as formal written objection to the transferring of our claim in the above referenced bankruptcy to Trade-Debt.Net.

Please direct any more concerns in this matter to my attention.

Sincerely,

John R. Hack
Credit Manager

CC: Kurtzman Carson Consultants LLC
    12910 Culver Blvd., Suite 1
    Los Angeles, CA 90066



RECEIVED
FEB 2 4 2006

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation

Debtors

In Proceedings For A Reorganization Under Chapter 11

Case No. 05-44481

Claim # Unknown

### NOTICE: OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (1)

To transferor:   Ionics Ultrapure Water
7777 Industrial Ave
Pico Rivera, CA 90660

The transfer of your claim as shown above, in the amount of $ 3,056.52 has been transferred *(unless previously expunged by court order)* to:

Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN **20 DAYS** OF THE DATE OF THIS NOTICE, YOU MUST:

FILE A WRITTEN OBJECTION TO THE TRANSFER with:

United States Bankruptcy Clerk
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL NO. _____ in your objection. If you file an objection, a hearing will be scheduled.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____ , 200 __ .
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent ___  Transferee ___  Debtor's Attorney ___

_____
Deputy Clerk

RECEIVED FEB 2 4 2006

