## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM **AMENDED**

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **UNITED REFRIGERATION INC** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **11401 ROOSEVELT BLVD** _____


   _____

   **PHILADELPHIA, PA 191542102** _____


2.   Please take notice of the transfer of $ _4,578.75_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ _4,578.75_ to:
   **Madison Niche Opportunities, LLC** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave** _____
   **Suite 120** _____
   **Overland Park, KS       66202** _____


No action is required if you do not object to the transfer of you claim.

_Kristy Stark_

Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913