Windsor Corporate Park
Building 100; Suite 360
50 Millstone Road
East Windsor, N.J. 08520 - 1419
609- 469 - 0460
609 – 490- 1579(fax)
David_Miller@Coface.com

**coface (NORTH AMERICA)**

February 23, 2006

Clerk
US Bankruptcy Court
Southern District
One Bowling Green, 6th Floor
New York, NY 10004 - 1408

To whom it may concern:

Please withdrawal the claim that Coface North America, Inc. filed on behalf of Toyota Tsusho America, Inc. The debtor is Delphi Corporation and the case number is 05 – 44481.

Thank you,

David Miller



RECEIVED
FEB 27 2006
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK