BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE



February 21, 2006

New York (Man) U.S. Bankruptcy Court
Southern District
Clerk's Office
1 Bowling Green-5th Floor
N.Y., NY 10004-1408

Dear Clerk:

    Re:        DELPHI CORPORATION
    Bankruptcy No:  0544481
    EIN:        383430473
    SSN:

On December 19, 2005, we furnished you with a Proof of Claim in the amount of $348.00.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

            Sincerely,

            /s/Eclemus Wright
            Bankruptcy Division
            Telephone:

cc:



BUREAU OF COMPLIANCE
PO Box 280946
HARRISBURG, PA 17128-0946

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF REVENUE



February 21, 2006

New York (Man) U.S. Bankruptcy Court
Southern District
Clerk's Office
1 Bowling Green-5th Floor
N.Y., NY 10004-1408

Dear Clerk:

    Re:        DELPHI CORPORATION
    Bankruptcy No:  0544481
    EIN:        383430473
    SSN:

On December 19, 2005, we furnished you with a Proof of Claim in the amount of $348.00.

Since the filing of our claim, a remittance or additional information was received satisfying all liabilities listed on our Proof of Claim.

In view of the above information, kindly accept this letter as your authority to withdraw our claim.

            Sincerely,

            /s/Eclemus Wright
            Bankruptcy Division
            Telephone:

cc:



RECEIVED FEB 2 7 2006 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK