

Union Square, Suite 600
10101 Reunion Place
San Antonio, Texas 78216
phone: 210.477.7400
fax: 210.477.7450
www.phmy.com
PRICHARD HAWKINS McFARLAND & YOUNG

DAVID M. PRICHARD
voice: 210.477.7401
fax: 210.477.7451
dprichard@phmy.com

February 22, 2006

Kathleen Farrell-Willoughby
Clerk
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

    RE:    Cause No. 05-4481 (RDD); In Re *Delphi Corporation, et al.*, Debtors
             Chapter 11

Dear Ms. Willoughby:

    Enclosed are the original and five copies of Affidavit of Legal Ordinary Course Professional for regarding the above-captioned matter. Please file the original among the other papers of this cause and return a file-marked copy to the undersigned in the pre-addressed and postage-paid envelope which is also enclosed.

    Thank you for your assistance. Should you have any questions, please do not hesitate to contact me.

Sincerely,

David M. Prichard

DMP/jmg/#114856.1
ENCLOSURES

*ALL VIA U.S. FIRST CLASS MAIL*
cc:    Delphi Corporation
        Skadden, Arps, Slate, Meagher & Flom
        U.S. Trustee
        Latham & Watkins



RECEIVED FEB 27 2006 U.S. BANKRUPTCY CT SO. DIST. OF NEW YORK

Kathleen Farrell-Willoughby
February 22, 2006
Page 2

    Simpson Thacher & Bartlett, LLP
    Davis Polk & Wardwell
    Nancy D. Tribble



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
       In re                           :   Chapter 11

DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)

                        Debtors.   :   (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF TEXAS               )
                                  ) ss: 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
COUNTY OF BEXAR        )

       David M. Prichard, being duly sworn, deposes and says:

       1.     I am a principal of Prichard, Hawkins, McFarland & Young, LLP ("PHMY") which firm maintains offices at 10101 Reunion Place, Suite 600, San Antonio, Texas 78216.

       2.     Neither I, "PHMY", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

       3.     "PHMY", has represented and advised the Debtors in litigation with respect to a broad range of aspects of the Debtors' businesses.

       4.     The Debtors have requested, and "PHMY" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and "PHMY" proposes, to render the following services to the Debtors: **Legal Services**

       5.     "PHMY"'s current fees arrangement is on an hourly basis for time incurred plus expenses.

       6.     Except as set forth herein, no promises have been received by "PHMY" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of



Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7. "PHMY" has no agreement with any entity to share with such entity any compensation received by "PHMY".

8. "PHMY" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "PHMY" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, "PHMY", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "PHMY" is to be engaged.

10. The foregoing constitutes the statement of "PHMY" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*David M. Prichard*

**David M. Prichard**

for

**Prichard, Hawkins, McFarland & Young, LLP**

Subscribed and sworn before me
this 22 day of February, 2006

*Jennifer M. Gibbons*
Notary Public

JENNIFER M GIBBONS
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-09-2007

2

## CERTIFICATE OF SERVICE

David M. Prichard, Senior Partner, hereby certifies that on February 22, 2006, served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated February 22, 2006

David M. Prichard
for
Prichard, Hawkins, McFarland & Young, LLP,
10101 Reunion Place, Suite 600
San Antonio, Texas 78216
210 477-7400

Sworn before me this 22nd
day of February, 2006.

Notary Public

JENNIFER M GIBBONS
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-09-2007