United States Bankruptcy Court
For the Southern District of New York

| DELPHI CORPORATION | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $10,212.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

TIMCO RUBBER PRODUCTS INC
12300 SPRECHER AVE.
CLEVELAND, OH 44135

The transfer of your claim as shown above in the amount of $10,212.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

496479

## TRANSFER NOTICE

TIMCO RUBBER PRODUCTS INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT **DELPHI AUTOMOTIVE SYSTEMS LLC**, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the TIMCO RUBBER PRODUCTS INC. Claims of Assignor in the aggregate amount of $10,212.00 representing all claims against:

DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640**

IN WITNESS WHEREOF, Assignor has signed below as of the 23rd day of FEBRUARY, 2006.

TIMCO RUBBER PRODUCTS INC.

WITNESS:

_(Signature)_

Rebecca L. Rosciszewski
(Print Name of Witness)

By: _(Signature)_

John Kuznick  CFO
(Print Name and Title)