UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

### AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF HUNGARY           )
                           ) ss:
COUNTY OF                  )

, being duly sworn, deposes and says:

1. I am a principal of KPMG Adougyviteli Kft ("KPMG Hungary") which firm maintains offices at 1139 Budapest, Forgach u. 4, Hungary.

2. Neither I, KPMG Hungary, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. KPMG Hungary, has represented and advised the Debtors in _Hungary_ with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and KPMG Hungary has agreed, to continue to represent and advise the Debtors pursuant to section 327(a) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with respect to such matters. Additionally, the Debtors have requested, and KPMG Hungary proposes, to render the following services to the Debtors: **VAT (value added tax) registration for Hungarian VAT**

5. KPMG Hungary's current fees arrangement is _EUR 3,000_.

6. Except as set forth herein, no promises have been received by KPMG Hungary or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

7.  KPMG Hungary has no agreement with any entity to share with such entity any compensation received by KPMG Hungary.

8.  KPMG Hungary and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. KPMG Hungary does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9.  Neither I, KPMG Hungary, nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which KPMG Hungary is to be engaged.

10. In view of the foregoing, KPMG Hungary is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

11. The foregoing constitutes the statement of KPMG Hungary pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

*Michael Glover*

**Mike Glover**

Subscribed and sworn before me
this 1 day of March, 2006

_____
Notary Public

# NÉVALÁÍRÁS HITELESÍTÉS

*dr. Halász József közjegyző*
*Budapest VIII. ker. József krt. 49. I/6/b.*
☎.: 317-43-00, 266-77-38
☎/fax: 317-69-18

56/D/2006. ügyszám

Alulírott dr. Halász József budapesti közjegyző tanúsítom, hogy ezt az egy lapon felvett két oldal terjedelmű idegen-nyelvű okiratot **MICHAEL PAUL GLOGER** (aki St. Helens-ben született, 1965. évi július hó 27. napján, anyja: Barbara Finney) 2096 Üröm, Sajtár utca 13. szám alatti lakos, aki személyazonosságát a felmutatott 740158949 számú brit útlevéllel, lakcímét a 606365IL számú lakcímet igazoló hatósági igazolvánnyal igazolta, a mai napon előttem saját kezű névaláírásával látta el. ------

**Aláírás előtt eljáró közjegyző tájékoztatta az ügyfelet, arról hogy az okiratot sem tartalmilag sem formailag nem vizsgálta, így annak jogszabályszerűségét, a közjegyzői tanúsítván nem igazolja.** ------

Kelt Budapesten, 2006. (kettőezer-hatodik) évi március hó 01. (első) napján. ------

Tolmácsként: dr. Kovács Zsolt

Dr. Halász József
közjegyző

## CERTIFICATE OF SERVICE

Mike Glover, Partner, hereby certifies that on 1 March 2006, served a copy of the Affidavit of NON LEGAL Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated 1 March 2006

*Michael Glover*

Mike Glover, KPMG Adougyviteli Kft
1139 Budapest
Forgach u. 4.

Sworn before me this 1
day of March, 2006.

_____
Notary Public

# NÉVALÁÍRÁS HITELESÍTÉS

*dr. Halász József közjegyző*
*Budapest VIII. ker. József krt. 49. I/6/b.*
*☎: 317-43-00, 266-77-38*
*☎/fax: 317-69-18*

55/D/2006. ügyszám

Alulírott dr. Halász József budapesti közjegyző tanúsítom, hogy ezt az egy lapon felvett egy oldal terjedelmű idegen-nyelvű okiratot **MICHAEL PAUL GLOGER** (aki St. Helens-ben született, 1965. évi július hó 27. napján, anyja: Barbara Finney) 2096 Üröm, Sajtár utca 13. szám alatti lakos, aki személyazonosságát a felmutatott 740158949 számú brit útlevéllel, lakcímét a 606365IL számú lakcímet igazoló hatósági igazolvánnyal igazolta, a mai napon előttem saját kezű névaláírásával látta el. ─────────────────────────────────────────

**Aláírás előtt eljáró közjegyző tájékoztatta az ügyfelet, arról hogy az okiratot sem tartalmilag sem formailag nem vizsgálta, így annak jogszabályszerűségét, a közjegyzői tanúsítván nem igazolja.** ─────────────────────

Kelt Budapesten, 2006. (kettőezer-hatodik) évi március hó 01. (első) napján. ─────

Tolmácsként: dr. Kovács Zsolt

Dr. Halász József
közjegyző