UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $            - | | |
| B - Personal Property | NO | 0 | $    3,968,956,245 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $   2,488,329,621 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 16,635,858,134 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | $    3,968,956,245 | | | | |
| Total Liabilities | $ 19,124,187,755 | | | | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

1

## EXHIBIT 1

SOAL Delphi Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Services Holding Corporation
Case No. 05-44633

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| | | | amounts | Amounts Scheduled | |
| A - Real Property | NO | 0 | $        - | | |
| B - Personal Property | NO | 0 | $        - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      (631,699) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $        - | | |
| Total Liabilities | | | | $      (631,699) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Environmental Catalysts, LLC
Case No. 05-44503

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the
amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $    7,339,361 | | |
| B - Personal Property | NO | 0 | $  134,020,334 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $            - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $     86,098,386 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $    141,359,695 | | |
| Total Liabilities | | | | $     86,098,386 | |

Note:  All information contained herein is presented on a consolidated basis and includes information for the following Debtors: ASEC
Manufacturing General Partnership, ASEC Sales General Partnership, Environmental Catalysts LLC and Exhaust Systems Corporation.  For
additional information, please see the Consolidated Books and Records section of the Global Notes.

Note[1]:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

3

EXHIBIT 1

SOAL Environmental Catalysts LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ASEC Sales General Partnership
Case No. 05-44484

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the
amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $    7,339,361 | | |
| B - Personal Property | NO | 0 | $  134,020,334 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $         - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $         - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    86,098,386 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $   141,359,695 | | |
| Total Liabilities | | | | $   86,098,386 | |

Note: All information contained herein is presented on a consolidated basis and includes information for the following Debtors: ASEC
Manufacturing General Partnership, ASEC Sales General Partnership, Environmental Catalysts LLC and Exhaust Systems Corporation. For
additional information, please see the Consolidated Books and Records section of the Global Notes.

Note[1]: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: ASEC Manufacturing General Partnership
Case No. 05-44482

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $ 7,339,361 | | |
| B - Personal Property | NO | 0 | $ 134,020,334 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $ - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ 86,098,386 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $ 141,359,695 | | |
| Total Liabilities | | | | $ 86,098,386 | |

Note: All information contained herein is presented on a consolidated basis and includes information for the following Debtors: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Environmental Catalysts LLC and Exhaust Systems Corporation. For additional information, please see the Consolidated Books and Records section of the Global Notes.

Note[1]: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

5                                    EXHIBIT 1

SOAL ASEC Manufacturing GP

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi NY Holding Corporation
Case No. 05-44480

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $        - | | |
| B - Personal Property | NO | 0 | $        - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $        900 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $        - | | |
| Total Liabilities | | | | $        900 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

SOAL Delphi NY Holdings Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Medical Systems Texas Corporation
Case No. 05-44511

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $      9,079,326 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      8,688,878 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $      9,079,326 | | |
| Total Liabilities | | | | $      8,688,878 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Medical Systems Corporation
Case No. 05-44529

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $         - | | |
| B - Personal Property | NO | 0 | $    1,123,618 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $         - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $         - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   12,347,756 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | | | $    1,123,618 | | |
| Total Liabilities | | | | $   12,347,756 | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1
SOAL DMS Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Specialty Electronics International Ltd.
Case No. 05-44536

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $    27,420 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $    27,420 | | |
| Total Liabilities | | | | $          - | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Specialty Electronics, Inc.
Case No. 05-44539

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $      856,612 | | |
| B - Personal Property | NO | 0 | $    5,713,018 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    4,434,754 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $    6,569,630 | | |
| Total Liabilities | | | | $    4,434,754 | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

# EXHIBIT 1

SOAL Specialty Electronics Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Liquidation Holding Company
Case No. 05-44542

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 11 | $          - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 18 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | $          - | | |

11

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Electronics (Holding), LLC
Case No. 05-44547

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $          - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | | $          - | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Technologies, Inc.
Case No. 05-44554

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $         - | | |
| B - Personal Property | NO | 0 | $   51,878,516 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $         - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $         - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ (366,583,571) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $   51,878,516 | | |
| Total Liabilities | | | | $ (366,583,571) | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

Page:  1 of 1

SOAL Delphi Technologies Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Tennessee, Inc.
Case No. 05-44558

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $        - | | |
| B - Personal Property | NO | 0 | $        - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      3,745,000 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | $        - | | | | |
| Total Liabilities | $      3,745,000 | | | | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

SOAL DAS Tennessee Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Mechatronic Systems
Case No. 05-44567

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $            - | | |
| B - Personal Property | NO | 0 | $    50,081,999 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $         - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $         - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $  34,326,154 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $    50,081,999 | | |
| Total Liabilities | | | | $  34,326,154 | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Risk Management Corporation
Case No. 05-44570

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $    3,471,669 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    (6,340,971) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $    3,471,669 | | |
| Total Liabilities | | | | $    (6,340,971) | |

Note:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL DAS Risk Management Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Exhaust Systems Corporation
Case No. 05-44573

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $      7,339,361 | | |
| B - Personal Property | NO | 0 | $    134,020,334 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $              - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $              - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    86,098,386 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | | | $    141,359,695 | | |
| Total Liabilities | | | | $    86,098,386 | |

Note:  All information contained herein is presented on a consolidated basis and includes information for the following Debtors: ASEC
Manufacturing General Partnership, ASEC Sales General Partnership, Environmental Catalysts LLC and Exhaust Systems Corporation.  For
additional information, please see the Consolidated Books and Records section of the Global Notes.

Note[1]:  The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

SOAL Exhaust Systems Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi China LLC
Case No. 05-44577

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $            - | | |
| B - Personal Property | YES | 14 | $        1,090 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $            - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    11,246,732 | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 21 | | | |
| Total Assets | | | $        1,090 | | |
| Total Liabilities | | | | $    11,246,732 | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Korea, Inc.
Case No. 05-44580

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $        100 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      (8,781) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $        100 | | |
| Total Liabilities | | | | $      (8,781) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

SOAL DAS Korea

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi International Services, Inc.
Case No. 05-44583

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $        - | | |
| B - Personal Property | NO | 0 | $     337,535 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   (1,732,513) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | | | $     337,535 | | |
| Total Liabilities | | | | $   (1,732,513) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL Delphi Intl Services Inc

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Thailand, Inc.
Case No. 05-44586

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $      1,000 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $      27,127 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $      1,000 | | |
| Total Liabilities | | | | $      27,127 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

21                                    EXHIBIT 1

SOAL DAS Thailand

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems International, Inc.
Case No. 05-44589

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $          - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $     (1,000) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | | $     (1,000) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL DAS Intl Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi International Holdings Corp.
Case No. 05-44591

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $          - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    11,290,126 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | | $    11,290,126 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL Delphi Intl Holdings Corp

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Overseas Corporation
Case No. 05-44593

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $      71,076 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $      71,076 | | |
| Total Liabilities | | | | $          - | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems (Holding), Inc.
Case No. 05-44596

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $            - | | |
| B - Personal Property | NO | 0 | $   3,632,763,373 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   449,506,657 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $   3,632,763,373 | | |
| Total Liabilities | | | | $   449,506,657 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delco Electronics Overseas Corporation
Case No. 05-44610

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $            - | | |
| B - Personal Property | YES | 14 | $    58,165,340 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $            - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 12 | | $    37,893,939 | |
| G - Executory Contracts and Leases | YES | 127 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 158 | | | |
| Total Assets | | | $    58,165,340 | | |
| Total Liabilities | | | | $    37,893,939 | |

26

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Diesel Systems Corp.
Case No. 05-44612

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $   252,754,358 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   (332,752,733) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $   252,754,358 | | |
| Total Liabilities | | | | $   (332,752,733) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi LLC
Case No. 05-44615

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $          - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 4 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 23 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | | $          - | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Aspire, Inc.
Case No. 05-44618

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $      - | | |
| B - Personal Property | NO | 0 | $   2,196,154 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $      - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $      - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   2,240,231 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $   2,196,154 | | |
| Total Liabilities | | | | $   2,240,231 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL Aspire Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Integrated Service Solutions
Case No. 05-44623

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 14 | $    1,313,706 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $      63,550 | |
| G - Executory Contracts and Leases | YES | 13 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 35 | | | |
| Total Assets | | | $    1,313,706 | | |
| Total Liabilities | | | | $      63,550 | |

EXHIBIT 1

Page:  1 of 1

SOAL Summary Schedule

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Connection Systems
Case No. 05-44624

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $    29,737,383 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    63,484,448 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | $    29,737,383 | | | | |
| Total Liabilities | $    63,484,448 | | | | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Packard Hughes Interconnect Company
Case No. 05-44626

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $   1,123,985 | | |
| B - Personal Property | YES | 14 | $   538,006 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $   - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 5 | | $   - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   14,451,000 | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 25 | | | |
| Total Assets | | | $   1,661,991 | | |
| Total Liabilities | | | | $   14,451,000 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: DREAL, Inc.
Case No. 05-44627

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $ - | | |
| B - Personal Property | YES | 11 | $ - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $ - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $ - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $ - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 18 | | | |
| Total Assets | | | $ - | | |
| Total Liabilities | | | | $ - | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Services LLC
Case No. 05-44632

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $    5,968,382 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    (11,077,371) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $    5,968,382 | | |
| Total Liabilities | | | | $    (11,077,371) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Global (Holding), Inc.
Case No. 05-44636

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $        - | | |
| B - Personal Property | NO | 0 | $        - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   9,890,382 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $        - | | |
| Total Liabilities | | | | $   9,890,382 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this
filing.

EXHIBIT 1

SOAL DAS Global Holding Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Foreign Sales Corporation
Case No. 05-44638

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $        - | | |
| B - Personal Property | YES | 11 | $        - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $        - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $        - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $        - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 18 | | | |
| Total Assets | | | $        - | | |
| Total Liabilities | | | | $        - | |

36

**EXHIBIT 1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems Human Resources LLC
Case No. 05-44639

## AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| | | | Amounts Scheduled | | |
| A - Real Property | NO | 0 | $          - | | |
| B - Personal Property | NO | 0 | $          - | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $   (166,303,107) | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 1 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | | $   (166,303,107) | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Automotive Systems LLC
Case No. 05-44640

**AMENDED SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | NO | 0 | $    540,025,488 | | |
| B - Personal Property | NO | 0 | $  7,589,489,944 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $    1,264,341 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $    - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $  5,798,239,540 | |
| G - Executory Contracts and Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | 1 | | | | |
| Total Assets | $  8,129,515,432 | | | | |
| Total Liabilities | $  5,799,503,881 | | | | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in this filing.

EXHIBIT 1

SOAL DAS LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Furukawa Wiring Systems LLC
Case No. 05-47452

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| --- | --- | --- | --- | --- | --- |
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $    530,384 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $    110,399 | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $    530,384 | | |
| Total Liabilities | | | | $    110,399 | |

EXHIBIT 1

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Receivables LLC
Case No. 05-47459

**SUMMARY OF SCHEDULES**

Indicate as to each schedule whether the schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the amount of the debtor's assets. Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | YES | 1 | $          - | | |
| B - Personal Property | YES | 12 | $          - | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $          - | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $          - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $          - | |
| G - Executory Contracts and Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $          - | | |
| Total Liabilities | | | $          - | | |

**EXHIBIT 1**

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: MobileAria, Inc.
Case No. 05-47474

### SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| | | | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $            - | | |
| B - Personal Property | YES | 17 | $    1,136,858 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D- Creditors Holding Secured Claims | YES | 1 | | $    20,851,787 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $    543,914 | |
| G - Executory Contracts and Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 32 | | | |
| Total Assets | | | $    1,136,858 | | |
| Total Liabilities | | | | $    21,395,701 | |

EXHIBIT 1

SOAL Schedule Summary