# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

Debtors: Delphi Corporation, et al. [1]
Case Number: Jointly Administered 05-44481 (RDD)

**Monthly Operating Report for the Month Ended:**
January 31, 2006

**Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Monthly Operating Loss:** $115 million

**Debtors' Attorneys:**
John Wm. Butler Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

And

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the information contained therein is complete, accurate and truthful to the best of my knowledge. [2]

Date: February 28, 2006      /s/ JOHN D. SHEEHAN
                             John D. Sheehan
                             Vice President and Chief Restructuring Officer, Chief Accounting Officer
                             and Controller

---

(1) See next page for a listing of Debtors by case number.
(2) All amounts herein are unaudited and subject to revision. The Debtors reserve all rights to revise this report.

## DELPHI CORPORATION, ET AL.
## MONTHLY OPERATING REPORT

[1] The Debtors in these jointly administered cases are as follows:

| Debtor Name | Case Number |
|---|---|
| Delphi NY Holdings Corporation | 05-44480 |
| Delphi Corporation | 05-44481 |
| ASEC Manufacturing General Partnership | 05-44482 |
| ASEC Sales General Partnership | 05-44484 |
| Environmental Catalysts, LLC | 05-44503 |
| Delphi Medical Systems Colorado Corporation | 05-44507 |
| Delphi Medical Systems Texas Corporation | 05-44511 |
| Delphi Medical Systems Corporation | 05-44529 |
| Specialty Electronics International Ltd. | 05-44536 |
| Specialty Electronics, Inc. | 05-44539 |
| Delphi Liquidation Holding Company | 05-44542 |
| Delphi Electronics (Holding) LLC | 05-44547 |
| Delphi Technologies, Inc. | 05-44554 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 |
| Delphi Mechatronic Systems, Inc. | 05-44567 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 |
| Exhaust Systems Corporation | 05-44573 |
| Delphi China LLC | 05-44577 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 |
| Delphi International Services, Inc. | 05-44583 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 |
| Delphi Automotive Systems International, Inc. | 05-44589 |
| Delphi International Holdings Corporation | 05-44591 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 |
| Delco Electronics Overseas Corporation | 05-44610 |
| Delphi Diesel Systems Corporation | 05-44612 |
| Delphi LLC | 05-44615 |
| Aspire, Inc. | 05-44618 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 |
| Delphi Connection Systems | 05-44624 |
| Packard Hughes Interconnect Company | 05-44626 |
| DREAL, Inc. | 05-44627 |
| Delphi Automotive Systems Services LLC | 05-44632 |
| Delphi Services Holding Corporation | 05-44633 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 |
| Delphi Foreign Sales Corporation | 05-44638 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 |
| Delphi Automotive Systems LLC | 05-44640 |
| Delphi Furukawa Wiring Systems LLC | 05-47452 |
| Delphi Receivables LLC | 05-47459 |
| MobileAria, Inc. | 05-47474 |

# DELPHI CORPORATION, ET AL.
## MONTHLY OPERATING REPORT
### INDEX

| Description | Page |
|---|---|
| Condensed Consolidated Debtors-in-Possession Statement of Operations for the month ended January 31, 2006 and Filing to Date | 4 |
| Condensed Consolidated Debtors-in-Possession Balance Sheet as of January 31, 2006 | 5 |
| Condensed Consolidated Debtors-in-Possession Statement of Cash Flows for the month ended January 31, 2006 | 6 |
| Notes to Monthly Operating Report | 7 |
| Schedule of Payroll and Payroll Taxes Withheld and Incurred | 12 |
| Schedule of Payroll Taxes Paid | 13 |
| Schedule of Other Taxes Collected, Incurred and Paid | 15 |
| Schedule of Disbursements | 18 |

**DELPHI CORPORATION, ET AL.**
**MONTHLY OPERATING REPORT**
**CONDENSED CONSOLIDATED DEBTORS-IN-POSSESSION STATEMENT OF OPERATIONS**
(Non-filed entities, principally non-U.S. subsidiaries, excluded from consolidated Debtor group)

|  | Month Ended January 31, 2006 | October 8 2005 to January 31, 2006 |
|---|---:|---:|
|  | (in millions) | |
| **Net sales:** | | |
| General Motors and affiliates | $ 835 | $ 3,317 |
| Other customers | 592 | 2,305 |
| Intercompany non-Debtor subsidiaries | 47 | 178 |
| Total net sales | 1,474 | 5,800 |
| **Operating expenses:** | | |
| Cost of sales, excluding items listed below | 1,454 | 5,634 |
| Selling, general and administrative | 85 | 348 |
| Depreciation and amortization | 50 | 201 |
| Goodwill and long-lived asset impairment charges | - | 479 |
| Total operating expenses | 1,589 | 6,662 |
| Operating loss | (115) | (862) |
| Interest expense (contractual interest expense was $44 million and $160 million, respectively) | (30) | (107) |
| Other expense, net | (4) | (5) |
| Loss before reorganization items, income taxes, and equity income | (149) | (974) |
| Reorganization items | (2) | (2) |
| Income tax expense | - | - |
| Equity income from non-consolidated subsidiaries, net of tax | 5 | 23 |
| Equity income (loss) from non-Debtor subsidiaries, net of tax | 25 | (421) |
| Net loss | $ (121) | $ (1,374) |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, ET AL.**
**MONTHLY OPERATING REPORT**
**CONDENSED CONSOLIDATED DEBTORS-IN-POSSESSION BALANCE SHEET**
(Non-filed entities, principally non-U.S. subsidiaries, excluded from consolidated Debtor group)

|  | January 31, 2006 |
|---|---:|
|  | (in millions) |
| **ASSETS** |  |
| Current assets: |  |
| Cash and cash equivalents | $ 1,290 |
| Accounts receivable, net: |  |
| General Motors and affiliates | 1,641 |
| Other third parties | 1,556 |
| Non-Debtor subsidiaries | 285 |
| Notes receivable from non-Debtor subsidiaries | 356 |
| Inventories, net: |  |
| Productive material, work-in-process and supplies | 878 |
| Finished goods | 308 |
| Prepaid expenses and other | 180 |
| Total current assets | 6,494 |
| Long-term assets: |  |
| Property, net | 2,600 |
| Goodwill | 40 |
| Other intangible assets | 41 |
| Pension intangible assets | 871 |
| Investments in non-Debtor subsidiaries | 3,048 |
| Other | 719 |
| Total assets | $ 13,813 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** |  |
| Current liabilities not subject to compromise: |  |
| Note payable to non-Debtor subsidiary | 2 |
| Accounts payable | 1,006 |
| Accounts payable to non-Debtor subsidiaries | 501 |
| Accrued liabilities | 443 |
| Total current liabilities | 1,952 |
| Long-term liabilities not subject to compromise: |  |
| Debtor-in-possession financing | 250 |
| Employee benefit plan obligations and other | 522 |
| Total long-term liabilities | 772 |
| Liabilities subject to compromise | 17,460 |
| Total liabilities | 20,184 |
| Stockholders' deficit: |  |
| Common stock, $0.01 par value, 1,350 million shares authorized, 565 million shares issued | 6 |
| Additional paid-in capital | 2,677 |
| Accumulated deficit | (6,843) |
| Minimum pension liability | (2,053) |
| Accumulated other comprehensive loss, excluding minimum pension liability | (106) |
| Treasury stock, at cost (3.2 million shares) | (52) |
| Total stockholders' deficit | (6,371) |
| Total liabilities and stockholders' deficit | $ 13,813 |

The accompanying notes are an integral part of the financial statements.

Case Number: 05-44481 (RDD) (Jointly Administered)