Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549-1004

# FORM 10-Q

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2005

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from              to              .

Commission file No. 1-14787

# DELPHI CORPORATION
(Exact name of registrant as specified in its charter)

| **Delaware** | **38-3430473** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (IRS employer identification number) |
| **5725 Delphi Drive, Troy, Michigan** | **48098** |
| (Address of principal executive offices) | (Zip code) |

**(248) 813-2000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☑ No ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act).    Yes ☑ No ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).    Yes ☐ No ☑

As of September 30, 2005 there were 561,781,590 outstanding shares of the registrant's $0.01 par value common stock.

## DELPHI CORPORATION
## INDEX

| | | Page |
|---|---|---|
| **Part I — Financial Information** | | |
| Item 1. | Financial Statements (Unaudited) | |
| | Consolidated Statements of Operations for the Three and Nine Months Ended September 30, 2005 and 2004 | 3 |
| | Consolidated Balance Sheets at September 30, 2005 and December 31, 2004 | 4 |
| | Consolidated Statements of Cash Flows for the Nine Months Ended September 30, 2005 and 2004 | 5 |
| | Notes to Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 47 |
| Item 4. | Controls and Procedures | 47 |
| **Part II — Other Information** | | |
| Item 1. | Legal Proceedings | 53 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 53 |
| Item 3. | Defaults Upon Senior Securities | 53 |
| Item 5. | Other Information | 54 |
| Item 6. | Exhibits | 54 |
| Signature | | 55 |
| Certification Pursuant to Exchange Act Rules 13a-14(a)/15d-14(a) | | |
| Certification Pursuant to Exchange Act Rules 13a-14(a)/15d-14(a) | | |
| Certification Pursuant to 18 U.S.C. Section 1350 | | |

**PART I. FINANCIAL INFORMATION**
**ITEM 1. FINANCIAL STATEMENTS**
**DELPHI CORPORATION**
**CONSOLIDATED STATEMENTS OF OPERATIONS (Unaudited)**

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---:|---:|---:|---:|
| | 2005 | 2004 | 2005 | 2004 |
| | (in millions, except per share amounts) | | | |
| Net sales: | | | | |
|   General Motors and affiliates | $ 2,954 | $ 3,496 | $ 9,760 | $ 11,818 |
|   Other customers | 3,329 | 3,146 | 10,408 | 9,771 |
|     Total net sales | 6,283 | 6,642 | 20,168 | 21,589 |
| Operating expenses: | | | | |
|   Cost of sales, excluding items listed below | 6,221 | 6,074 | 19,327 | 19,315 |
|   Selling, general and administrative | 424 | 383 | 1,230 | 1,171 |
|   Depreciation and amortization | 331 | 293 | 912 | 858 |
|     Total operating expenses | 6,976 | 6,750 | 21,469 | 21,344 |
| Operating (loss) income | (693) | (108) | (1,301) | 245 |
|   Interest expense | (103) | (58) | (224) | (175) |
|   Other income (expense), net | 17 | 8 | 44 | (3) |
| (Loss) income before income taxes, minority interest, and equity income | (779) | (158) | (1,481) | 67 |
|   Income tax (expense) benefit | (8) | 33 | (65) | (7) |
|   Minority interest, net of tax | (11) | (10) | (27) | (36) |
|   Equity income | 10 | 16 | 44 | 63 |
| Net (loss) income | $ (788) | $ (119) | $ (1,529) | $ 87 |
| (Loss) earnings per share Basic and diluted | $ (1.40) | $ (0.21) | $ (2.73) | $ 0.16 |
| Dividends declared per share | $ 0.000 | $ 0.070 | $ 0.045 | $ 0.210 |

See notes to consolidated financial statements.

**DELPHI CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | September 30, 2005 (Unaudited) | December 31, 2004 |
|---|---:|---:|
| | (in millions) | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 1,652 | $ 950 |
| Restricted cash | 13 | 14 |
| Accounts receivable, net: | | |
|   General Motors and affiliates | 2,367 | 2,182 |
|   Other | 2,646 | 1,476 |
| Retained interest in receivables, net | — | 726 |
| Inventories, net: | | |
|   Productive material, work-in-process and supplies | 1,320 | 1,413 |
|   Finished goods | 559 | 545 |
| Deferred income taxes | 35 | 39 |
| Prepaid expenses and other | 384 | 354 |
|   Total current assets | 8,976 | 7,699 |
| Long-term assets: | | |
| Property, net | 5,358 | 5,946 |
| Deferred income taxes | 107 | 130 |
| Goodwill | 751 | 798 |
| Other intangible assets | 59 | 80 |
| Pension intangible assets | 1,044 | 1,044 |
| Other | 915 | 896 |
|   Total assets | $ 17,210 | $ 16,593 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** | | |
| Current liabilities: | | |
| Notes payable, current portion of long-term debt and debt in default | $ 5,301 | $ 507 |
| Accounts payable | 3,212 | 3,504 |
| Accrued liabilities | 3,086 | 2,694 |
|   Total current liabilities | 11,599 | 6,705 |
| Long-term liabilities: | | |
| Long-term debt | 67 | 2,061 |
| Junior subordinated notes due to Delphi Trust I and II | — | 412 |
| Pension benefits | 2,910 | 3,523 |
| Postretirement benefits other than pensions | 6,767 | 6,297 |
| Other | 1,020 | 936 |
|   Total liabilities | 22,363 | 19,934 |
| Commitments and contingencies (Note 12) | | |
| Minority interest | 161 | 198 |
| Stockholders' deficit: | | |
| Common stock, $0.01 par value, 1,350 million shares authorized, 565 million shares issued in 2005 and 2004 | 6 | 6 |
| Additional paid-in capital | 2,669 | 2,661 |
| Accumulated deficit | (5,467) | (3,913) |
| Minimum pension liability | (2,458) | (2,469) |
| Accumulated other comprehensive (loss) income, excluding minimum pension liability | (12) | 237 |
| Treasury stock, at cost (3.2 million and 3.8 million shares in 2005 and 2004, respectively) | (52) | (61) |
|   Total stockholders' deficit | (5,314) | (3,539) |
| Total liabilities and stockholders' deficit | $ 17,210 | $ 16,593 |

3

See notes to consolidated financial statements.

EXHIBIT 3

4

## ITEM 2.  MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**Executive Summary**

We are a global supplier of vehicle electronics, transportation components, integrated systems and modules and other electronic technology. In addition, our technologies are present in communication, computer, consumer electronic, energy and medical applications. We operate in extremely competitive markets. Our customers select us based upon numerous factors, including technology, quality and price. Our efforts to generate new business do not immediately affect our financial results, because supplier selection in the auto industry is generally finalized several years prior to the start of production of the vehicle. As a result, business that we win in 2005 will generally not impact our financial results until 2007 or beyond.

Delphi reported an operating loss of $482 million for the year ended December 31, 2004. Included in the operating loss were charges totaling $502 million pre-tax, primarily related to the recoverability of certain of Delphi's U.S. legacy plant and employee cost structure. Delphi's financial condition deteriorated further in the first nine months of 2005, incurring an operating loss of $1.3 billion. Of the $1.3 billion operating loss, $608 million was incurred in the first two quarters with $693 million incurred in the third quarter. Comparatively, in the first nine months of 2004 Delphi reported operating income of $245 million. Of the $245 million of operating income, $353 million was reported in the first two quarters of 2004 with a loss of $108 million incurred in the third quarter.

Delphi believes that three significant issues have largely contributed to the deterioration of Delphi's financial performance: (a) a competitive U.S. vehicle production environment for domestic original equipment manufacturers ("OEMs") resulting in the reduced number of motor vehicles that GM, our largest customer, produces annually in the United States and related pricing pressures, (b) increasing commodity prices, and (c) increasingly U.S. legacy liabilities, wage and benefit levels, and operational restrictions driven by collectively bargained agreements, including restrictions preventing Delphi from exiting non-strategic, non-profitable operations, all of which have the effect of creating largely fixed labor costs that restrict the Company's ability to respond to increasingly challenging market conditions.

In light of the current economic climate in the U.S. automotive industry, Delphi is facing considerable challenges due to revenue decreases and related pricing pressures stemming from a substantial slowdown in GM's North American vehicle production. Although Delphi has shown steady growth of its non-GM business, these gains have been overtaken by the decrease of GM sales. As a percent of our net sales, our non-GM sales were approximately 45% for the nine months ended September 30, 2004. Comparatively, for the same nine-month period in 2005, our non-GM sales, including the impact of migration during the period of certain product programs from direct sales to GM to sales to Tier 1 customers, were approximately 52% of net sales. However, our GM sales for the first nine months of 2005 decreased by approximately $2.1 billion, or approximately a 17.4% year-over-year decline.

Increasing commodity prices have also had a material adverse impact on Delphi's financial performance. Delphi continues to work proactively with suppliers and customers to manage these cost pressures, including seeking alternative product designs and material specifications, combining Delphi's purchase requirements with customers and suppliers, and changing suppliers, but despite these efforts, raw material supply has continued to be constrained and commodity cost pressures have continued to intensify as Delphi's supply contracts expire during 2005. We expect to incur $0.4 billion of higher commodity and troubled supplier costs in 2005 than in 2004, of which $0.3 billion is due to higher commodity costs and $0.1 billion is due to higher troubled supplier costs. To the extent that Delphi experiences cost increases, it will seek to pass these cost increases on to its customers, but if it is not successful, its income in future periods will be further adversely affected. To date, due to previously established contractual terms, Delphi's success in passing commodity cost increases on to customers has been limited.

Delphi's ability to effectively respond to these increasing challenges is impaired by its U.S. legacy liabilities and largely fixed labor costs. Specifically, in connection with Delphi's U.S. legacy liabilities and