United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $9,778.10 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**MAHONING VALLEY CARTAGE & AIR CARGO INC**
**745 PINE ST SW**
**WARREN, OH 44483**

The transfer of your claim as shown above in the amount of $9,778.10 has been transferred to:

    Capital Markets
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                        By:/s/ Chris Oh
                                        Capital Markets
                                        (201) 968-0001

776835

FROM : MAHONING VALLEY CARTAGE          FAX NO. : 3303954772          Feb. 02 2006 11:56AM  P2

From: lsl  To: Mr. Jim Mcquaid                    Date: 1/27/2006  Time: 11:10:02 AM                      Page 5 of 5

## TRANSFER NOTICE

MAHONING VALLEY CARTAGE & AIR CARGO INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the MAHONING VALLEY CARTAGE & AIR CARGO INC. Claims of Assignor in the aggregate amount of $9,778.10 representing all claims against:

DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640**

IN WITNESS WHEREOF, Assignor has signed below as of the ___2___ day of FEBRUARY, 2006.

MAHONING VALLEY CARTAGE & AIR CARGO INC.

WITNESS:

_[signature: Mary F. Jennings]_
(Signature)

MARY F. JENNINGS
(Print Name of Witness)

By: _[signature: James McQuaide]_
(Signature)

JAMES McQUAIDE, PRESIDENT
(Print Name and Title)