United States Bankruptcy Court
For the Southern District Of New York

| DELPHI CORPORATION | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $19,154.10 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**UNIVERSAL POLYMER & RUBBER**
**PO BOX 931649**
**CLEVELAND, OH 44193**

The transfer of your claim as shown above in the amount of $19,154.10 has been transferred to:

> Capital Markets
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

<u>By:/s/ Chris Oh</u>
Capital Markets
(201) 968-0001

725103

## TRANSFER NOTICE

UNIVERSAL POLYMER & RUBBER LTD. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT **DELPHI AUTOMOTIVE SYSTEMS LLC**, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the UNIVERSAL POLYMER & RUBBER LTD. Claims of Assignor in the aggregate amount of $19,154.10 representing all claims against:

DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640**

· AGREEMENT AND TRANSFER ACCEPTED UPON RECEIPT OF FUNDS AND FORM [handwritten]

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006.

UNIVERSAL POLYMER & RUBBER LTD.

WITNESS:

_Gina Koches_
**(Signature)**

By: _[signature]_
**(Signature)**

_Gina Koches_
**(Print Name of Witness)**

_David B. Larkin, CFO_
**(Print Name and Title)**