# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:     **LIFTECH EQUIPMENT COMPANIES**     ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **6847 ELLIOTT DRIVE**

   **EAST SYRACUSE, NY 13057**

2. Please take notice of the transfer of $ __9,921.65__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ 9,921.65 to:
   **Madison Niche Opportunities, LLC**     ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS     66202**

   No action is required if you do not object to the transfer of you claim.

   */s/ Rick Newkirk*
   Rick Newkirk
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1