**LATHAM & WATKINS LLP**

885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (admitted *pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　 mitchell.seider@lw.com
　　　 mark.broude@lw.com

Counsel for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corp., <u>et al.</u>, | ) | Case No. 05-44481 (RDD) |
| | ) | |
|             Debtors. | ) | |
| | ) | Jointly Administered |
|   | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS' COUNTER-DESIGNATION OF RECORD ON APPEAL**

      The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of Delphi Corporation, *et al.* (the "Debtors"), by and through its undersigned counsel, hereby designates the following additional items to be included in the record in connection with the Notice of Appeal, dated February 17, 2006, filed by Law Debenture Trust Company of New York with the United States Bankruptcy Court for the Southern District of New York in the above captioned cases:

**DESIGNATION OF ADDITIONAL ITEMS**

      1.      Appointment of Committee of Unsecured Creditors, dated October 17, 2005 [Docket No. 469].

NY\1120031.1

    2.       Notice of Status as a Substantial Claimholder, dated November 11, 2005 [Docket No. 1014].

Dated: March 3, 2006
      New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

By: /s/ Robert J. Rosenberg
    Robert J. Rosenberg (RR-9585)
    Mitchell A. Seider
    Mark A. Broude (MB-1902)
    885 Third Avenue, Suite 1000
    New York, New York 10022
    Telephone:  (212) 906-1200

Attorneys for the Official Committee
of Unsecured Creditors