UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### *OMNIBUS* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Elmos NA Inc.
              31700 W. 13 Mile Road, Suite 100
              Farmington Hills, MI 48334
              Attn: Franz-Simon Haider

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Schaeffler Canada, Inc. successor-in-interest to FAG BEARING LTD. (the "Transferor") in the amount of **$133,814.28 ($101,867.88  Unsecured  + $31,946.40 Reclamation)** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

10/12

## EVIDENCE OF TRANSFER OF CLAIM

ELMOS NA INC., a Michigan corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 27, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27 day of February 2006.

(Assignor)
ELMOS NA INC.

By: _____
Name: FRANZ-SIMON HAIDER
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: JANICE STANTON
Title: Member

(Assignor)
WITNESS:

By: _____
Name: LIBBY S. PATERELIC
Title: CONTROLLER

KL3:2431470.1

05-44481-rdd    Doc 2668    Filed 03/06/06    Entered 03/06/06 09:45:08    Main Document
Feb 20 06 11:13a        ELMOS NA Inc. Pg 3 of 4        248+865+3203        P.11

N/12

## EVIDENCE OF TRANSFER OF RECLAMATION CLAIM

ELMOS NA INC., a Michigan corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 27, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27 day of February 2006.

(Assignor)
ELMOS NA INC.

By: _Frank Simon Haider_
Name: FRANK-SIMON HAIDER
Title: PRESIDENT

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _Janice Stanton_
Name: JANICE STANTON
Title: Member

(Assignor)
WITNESS:
By: _Libby S. Patereik_
Name: LIBBY S. PATEREIK
Title: CONTROLLER

KL2:2431470.1

Feb 20 06 11:12a        ELMOS NA Inc.                    248+865+3203                 p.8

8/2

## Schedule A
### Elmos NA, Inc.

| Debtor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | 05-44481 | 133,814.28 | |
| Delphi Automotive Systems LLC (Unsecured) | 05-44481 | | 101,867.88 |
| Delphi Automotive Systems LLC (Reclamation) | 05-44481 | | 31,946.40 |
| Total | | 133,814.28 | 133,814.28 |