United States Bankruptcy Court
For the Southern District of New York

| Delphi Corporation | } Chapter 11 |
|---|---|
| | } |
| | } Case No. 05-44481 |
| Debtor | } Amount: $625.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

The transfer of your claim as shown above in the amount of **$625.00** has been transferred to:

      **Schmiede Corporation**
      **1865 Riley Creek Rd**
      **Tullohoma, TN 37388**

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Jim Yenzer
      Revenue Management
      (201) 968-0001

## TRANSFER NOTICE

**Revenue Management** ("Assignor"), transfers and assigns unto **Schmiede Corporation.** With an address at **1865 Riley Creek Rd, Tullohoma, TN 37388,** its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: Delphi Corporation. (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **Schmiede Corporation.** Claims of Assignor in the aggregate amount of **$625.00** representing all claims against: Delphi Corporation. in the United States Bankruptcy Court for the District of Southern New York administered as Case No. 05-44481 subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the **3th** day of **March** 2006.

Revenue Management

By: /s/ Jim Yenzer