United States Bankruptcy
For the District of Southern District of New York

| | |
|---|---|
| Delphi Corporation. } | Chapter 11 |
| } | |
| } | |
| } | Case No. 05-44481 |
| } | |
| } | |
| Debtor } | |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from Age Industries. (Court Docket #2183) in the amount of $ 505.52 is hereby withdrawn by Trade-Debt.net, Inc.

Timothy McGuire
Trade-Debt.net, Inc.
631-884-0100