UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Connection Systems<br><br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:  <u>CONTINENTAL CONNECTOR CO.</u>  ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   <u>53 LA FRANCE AVE.</u>

   <u>SUBSIDIARY OF ASC GROUP INC</u>
   <u>BLOOMFIELD, NJ 07003-0000</u>

2. Please take notice of the transfer of $ _3,384.20_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $3,384.20 to:
   <u>Madison Niche Opportunities, LLC</u>  ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   <u>6310 Lamar Ave</u>
   <u>Suite 120</u>
   <u>Overland Park, KS    66202</u>

No action is required if you do not object to the transfer of you claim.

*Rick Newkirk*
Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1