**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:    In Proceedings For A
    Reorganization Under
**DELPHI CORPORATION, et al,**    Chapter 11
    Case No.: 05-44481
    Jointly Administered
Delphi Automotive Systems LLC    Case No.: 05-44640
    Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$30,768.00** from:

    Filtertek Inc. (Transferor)
    PO Box 795191
    St. Louis, MO 63179-0795
    Attention: Mr. Dave Schatz

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

    Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

    _____
    Deputy Clerk