# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br><br> Debtor. | Chapter 11 <br> Case Nos. 05-44481 <br><br> Claim No. |

## NOTICE OF TRANSFER OF CLAIM  **AMENDED**
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:   **PIPE CRAFT INC** _____ ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **759 STATE RD** _____

    _____

    **PRINCETON, NJ 08540** _____

2.  Please take notice of the transfer of $ _31,491.00_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $31,491.00 to:
    Madison Niche Opportunities, LLC _____ ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    6310 Lamar Ave _____
    Suite 120 _____
    Overland Park, KS      66202 _____

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_ (signature)
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1