# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Connection Systems



Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **MANIABARCO** _____ ("Transferor")
      [TRANSFEROR NAME & ADDRESS]
      **30 SOUTH SATELLITE RD** _____

      **SOUTH WINDSOR, CT 06074** _____

2.   Please take notice of the transfer of $ *2,250.00* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

      **Transfer $2,250.00 to:**
      **Madison Niche Opportunities, LLC** _____ ("Transferee")
      [TRANSFEREE NAME & ADDRESS]
      **6310 Lamar Ave** _____
      **Suite 120** _____
      **Overland Park, KS      66202** _____

No action is required if you do not object to the transfer of you claim.


Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913