UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORP., *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (jointly administered) |

--------------------------------------------------------   x

**SUPPLEMENTAL NOTICE OF APPOINTMENT OF
COMMITTEE OF UNSECURED CREDITORS**

Deirdre A. Martini, United States Trustee for the Southern District of New York (the "United States Trustee"), under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following creditor to the committee of unsecured creditors in the above-entitled case, following the resignation of Flextronics International Asia-Pacific, Ltd.:

Tyco Electronics Corporation
60 Columbia Road
Morristown, NJ 07960
Attention: MaryAnn Brereton,
Assistant General Counsel
Phone: 973.656.8365
Facsimile: 973.656.8805

Dated: New York, NY
March 6, 2006

                                        DEIRDRE A. MARTINI
                                        UNITED STATES TRUSTEE

                  By:    /s/ Alicia M. Leonhard
                          Alicia M. Leonhard (AML-6060)
                          Attorney

                          33 Whitehall Street
                          21st Floor
                          New York, New York 10004-2112
                          Tel. No. (212) 510-0500
                          Fax. No. (212) 668-2255