**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Automotive Systems LLC | Case No. 05-44640 |
| ("the Debtors") | Claim No.: Sched. F Claim |

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, FACTORY AUTHORIZED SERVICE INC, IN THE AMOUNT OF $11,268.00, TO VONWIN CAPITAL, L.P.**

**To Transferor:**

FACTORY AUTHORIZED SERVICE INC
ATTN: STEVE COX, PRESIDENT
P.O. BOX 641421
CINCINNATI, OH 45264-1421

PLEASE TAKE NOTICE that the transfer of $11,268.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**    VonWin Capital, L.P.
Attn:  Roger Von Spiegel, Managing Director
60 Madison Avenue, 2nd Floor
New York, NY 10010

The evidence of transfer of claim is attached hereto.  A page from the claim agent's records listing the filed scheduled claim is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim.  However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408.  If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Delphi Automotive Systems, LLC<br><br>Debtor | Case No. 05-44640<br><br>Chapter 11 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Factory Authorized Service Inc. ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Amount | Scheduled No. |
|---|---|
| $11,268.00 | |

have been transferred and assigned to VonWin Capital, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: VonWin Capital, L.P.
Address:  60 Madison Avenue, Second Floor
          New York, NY 10010

ASSIGNOR: Factory Authorized Service Inc.
Address:  PO Box 641421
          Cincinnati, OH 45264-1421
Signature: _____
Name: STEVE COX
Title: PRESIDENT
Date: FEBRUARY 21, 2006

# EXHIBIT

# A

## Creditor Data

| | |
|---|---|
| **Creditor Name:** Factory Authorized Service Inc<br>**Creditor Notice Name:** | **Date Claim Filed:**<br>**Delphi Claim #:**<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Automotive Systems LLC<br>**Case Number:** 05-44640 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:** F<br>**Schedule Amt:** $11,268.00 | |