**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| Delphi Automotive Systems LLC | Case No. 05-44640 |
| ("the Debtors") | Schedule No.: 1633233-10401161 |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, SAMUEL SON & CO LTD, IN THE AMOUNT OF $97,728.50, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**     SAMUEL SON & CO LTD
ATTN: DON PULEY, C.F.O & EXEC. V.P.
2360 DIXIE ROAD
MISSISSAUGA, ON L4Y 1Z7
CANADA

PLEASE TAKE NOTICE that the transfer of $97,728.50 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**     Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A page from the claim agent's records listing the Scheduled liability is attached hereto as Exhibit A.

No action is required if you do not object to the transfer of your claim. However, if you do object to the transfer of your claim, within 20 days of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Automotive Systems, LLC, et al.

Debtor

Case No. 05-44640

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Samuel, Son & Co., Ltd. ("Assignor") against the Debtor in the amount of $97,728.50 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below. I also waive my right to object to the assignment and any notice or hearing requirements pursuant to Rule 3001 of the Bankruptcy Rules.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address:    Re: Delphi Corp., et al. claim
            c/o Stonehill Capital Management
            885 Third Avenue, 30th Floor
            New York, NY 10022

ASSIGNOR:  Samuel, Son & Co., Ltd.
Address:   2360 Dixie Rd
           Mississauga, ON L4Y 1Z7
           Canada
Signature: [signature]
Name:      DON PULEY
Title:     CFO & EXEC V.P
Date:      Feb 24/06

# EXHIBIT

# A

## Creditor Data

| | |
|---|---|
| **Creditor Name:** Samuel Son & Co Ltd<br>**Creditor Notice Name:** | **Date Claim Filed:**<br>**Delphi Claim #:**<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Automotive Systems LLC<br>**Case Number:** 05-44640 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:** F<br>**Schedule Amt:** $97,728.50 | |