| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: March 9, 2006<br>Hearing Time: 10:00 a.m. |

------------------------------------------------------
In re:                                           :     Chapter 11
                                                 :
DELPHI CORP., *et al.*,                          :     Case No. 05-44481 (RDD)
                                                 :
                    Debtors.                     :     (jointly administrated)
------------------------------------------------------ x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare under penalty of perjury that:

    1.    I am an attorney with the Office of the United States Trustee for the Southern District of New York.

    2.    On March 2, 2006, I caused a true and correct copy of the United States Trustee's Objection to Motion of Appaloosa Management L.P. for an Order Directing the United State Trustee to Appoint an Equity Committee (the "Objection") to be served by mail and facsimile upon each of the parties on the attached list,

    3.    Service by mail was effected by depositing a true copy of the Objection in a sealed envelope, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

    4.    Service by facsimile was effected by telecopying the Objection to the parties at the numbers on the attached list.

Dated: New York, NY
       March 6, 2006

                                        /s/ Alicia M. Leonhard
                                        Alicia M. Leonhard

## AFFIRMATION OF SERVICE

JACK BUTLER, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606
FACSIMILE: 312.407.8501

KAYALYN MARAFIOTI, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
FOUR TIMES SQUARE
NEW YORK, NY 10036
FACSIMILE: 212.735.2000

GERARD UZZI, ESQ.
WHITE & CASE, LLP
200 SOUTH BISCAYNE BLVD.
SUITE 4900
MIAMI, FL 33131
FACSIMILE: 305.358.5744

ROBERT ROSENBERG, ESQ.
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022
FACSIMILE: 212.751.4864