## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems
LLC


                            Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

## NOTICE OF TRANSFER OF CLAIM    AMENDED

## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:    PIPE CRAFT INC _____ ("Transferor")
            [TRANSFEROR NAME & ADDRESS]
            759 STATE RD _____

            _____

            PRINCETON, NJ 08540 _____

2.   Please take notice of the transfer of $ _31,491.00_ of your claim referenced above,
together with all applicable interest, fees and expenses related thereto (the "Transferred
Claim")

              Transfer $31,491.00 to:
              Madison Niche Opportunities, LLC _____ ("Transferee")
              [TRANSFEREE NAME & ADDRESS]
              6310 Lamar Ave _____
              Suite 120 _____
              Overland Park, KS     66202 _____

No action is required if you do not object to the transfer of you claim.

                        _Kristy Stark_ _____
                        Kristy Stark

                        Madison Liquidity Investors, LLC.

                        (800) 896-8913