UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| In re: Delphi Connection Systems | Chapter 11 |
|---|---|
| | Case Nos. 05-44481 |
| | Claim No. |
| Debtor. | |

**AMENDED**

# NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:   **MANIABARCO**_____("Transferor")

  [TRANSFEROR NAME & ADDRESS]

  **30 SOUTH SATELLITE RD**

  _____

  **SOUTH WINDSOR, CT 06074**

2.   Please take notice of the transfer of $ 2,250.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

  Transfer $2,250.00 to:

  **Madison Niche Opportunities, LLC**_____("Transferee")

  [TRANSFEREE NAME & ADDRESS]

  **6310 Lamar Ave**

  **Suite 120**

  **Overland Park, KS    66202**

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1