# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Connection Systems

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No.

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:    **MANIA TECHNOLOGIES INC.** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1445 ALLEC STREET**

   **ANAHEIM, CA 92805**

2. Please take notice of the transfer of $ **6,257.6%** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ **6257.6%** to:
   **Madison Niche Opportunities, LLC** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

   No action is required if you do not object to the transfer of you claim.

   _____
   Rick Newkirk
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1