| | |
|---|---|
| Victor J. Mastromarco, Jr. (VM-8621)<br>MASTROMARCO & JAHN, P.C.<br>Counsel to H.E. Services Company &<br>Robert Backie<br>1024 North Michigan Avenue<br>Post Office Box 3197<br>Saginaw, Michigan 48605-3197<br>(989) 752-1414 | Return Date: April 7, 2006<br>Time:  10:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

## **APPEARANCE**

PLEASE TAKE NOTICE that I have this day entered my Appearance on behalf of ROBERT BACKIE and H.E. SERVICES COMPANY, Creditors.

Dated: March 6, 2006

Respectfully submitted,

MASTROMARCO & JAHN, P.C.

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for Movant
vmastromar@aol.com