WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Rudolph F. Aragon (Admission *Pro Hac Vice* Pending)
John K. Cunningham (JC-4661)
Linda M. Leali (9526)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------x

### MOTION FOR ADMISSION OF RUDOLPH F. ARAGON TO PRACTICE, *Pro Hac Vice*

TO:   THE HONORABLE ROBERT D. DRAIN
      UNITED STATES BANKRUPTCY JUDGE

I, Rudolph F. Aragon, a member in good standing of the Bar of the state of Florida, and admitted to practice before the United States District Courts of Appeals for the Federal, Fifth, Ninth and Eleventh Circuits, as well as the United States District Court for the Southern District of Florida, move for admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Appaloosa Management, L.P., a Shareholder in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code.

My address is White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131; my e-mail address is raragon@whitecase.com and my telephone number is (305) 371-2700.

I have submitted the fee of $25.00 along with my application for admission to practice *pro hac vice* by this Court.

Dated:  Miami, Florida
          March 6, 2006

/s/      Rudolph F. Aragon
Rudolph F. Aragon, Esq.
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131-2352
Telephone: (305) 371-2700

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                                : Chapter 11
                                                     :
DELPHI CORPORATION, *et al.*,                        : Case No. 05-44481 (RDD)
                                                     :
              Debtors.                               : Jointly Administered
                                                     :
---------------------------------------------------------------x

### ORDER OF ADMISSION OF RUDOLPH F. ARAGON TO PRACTICE, *Pro Hac Vice*

Upon the motion, dated March 6, 2006 (the "Motion") of Rudolph F. Aragon, a member in good standing of the Bar of the state of Florida, and who is admitted to practice before the United States Courts of Appeals for the Federal, Fifth, Ninth and Eleventh Circuits, as well as the United States District Court for the Southern District of Florida, for admission ***pro hac vice*** to represent Appaloosa Management, L.P. in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code; it is hereby

**ORDERED**, that Rudolph F. Aragon, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, as the filing fee of $25.00 has been paid.

Dated: _____
       New York, New York

                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE