| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | Hearing Date: March 9, 2006 |
| SOUTHERN DISTRICT OF NEW YORK | Hearing Time: 10:00 a.m. |

------------------------------------------------------
In re:                                                        :    Chapter 11
                                                              :
DELPHI CORP., *et al.*,                                       :    Case No. 05-44481 (RDD)
                                                              :
                    Debtors.                                  :    (jointly administrated)
------------------------------------------------------   x

**AFFIRMATION OF SERVICE**

I, Alicia M. Leonhard, declare under penalty of perjury that:

1. I am an attorney with the Office of the United States Trustee for the Southern District of New York.

2. On March 6, 2006, I caused a true and correct copy of the United States Trustee's Objection to Motion for an Order Directing Appointment of General Motors Corporation to the Statutory Creditors' Committee (the "Objection") to be served by mail and facsimile upon each of the parties on the attached list,

3. Service by mail was effected by depositing a true copy of the Objection in a sealed envelope, with postage pre-paid thereon, in an official depository of the U.S. Postal Service within the City and State of New York.

4. Service by facsimile was effected by telecopying the Objection to the parties at the numbers on the attached list.

Dated: New York, NY
       March 6, 2006

                                        /s/ Alicia M. Leonhard
                                        Alicia M. Leonhard

- 1 -

## AFFIRMATION OF SERVICE

JACK BUTLER, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
333 WEST WACKER DRIVE
CHICAGO, IL 60606
FACSIMILE: 312.407.8501

ROBERT B. WEISS, ESQ.
HONIGMAN MILLER SCHWARTZ & COHN LLP
2290 FIRST NATIONAL GUILDING
660 WOODWARD AVENUE
DETROIT, MI 48226-3506
FACSIMILE: 313.465.8000

MARTIN J. BIENENSTOCK, ESQ.
WEIL, GOTSHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153-0119

KAYALYN MARAFIOTI, ESQ.
SKADDEN ARPS SLATE MEAGHER & FLOM
FOUR TIMES SQUARE
NEW YORK, NY 10036
FACSIMILE: 212.735.200

ROBERT ROSENBERG, ESQ.
LATHAM & WATKINS
885 THIRD AVENUE
NEW YORK, NY 10022
FACSIMILE: 212.751.4864