CM/ECF - U.S. District Court:mied - Docket Report  Page 1 of 5
05-44481-rdd    Doc 2705-2    Filed 03/06/06    Entered 03/06/06 16:47:28    Exhibit
                    Exhibit A to Motion    Pg 1 of 5

CLOSED

# U.S. District Court
## Eastern District of Michigan (Bay City)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10053-DML-CEB

H. E. Services Company et al v. Delphi Automotive, Incorporated
Assigned to: Honorable David M Lawson
Referred to: Honorable Charles E Binder
Demand: $9,999,000
Cause: No cause code entered

Date Filed: 02/16/2005
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**H. E. Services Company**      represented by   **Russell C. Babcock**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: Russellbabcock@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victor J. Mastromarco, Jr.**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: vmastromar@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Manda L. Anagnost**
Mastromarco & Jahn (Saginaw)
1024 N. Michigan Avenue
P.O. Box 3197
Saginaw, MI 48605-3197
989-752-1414
Email: westervm@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Backie**      represented by   **Russell C. Babcock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*


PLAINTIFF'S EXHIBIT A

CM/ECF - U.S. District Court:mied - Docket Report  Page 2 of 5
05-44481-rdd   Doc 2705-2   Filed 03/06/06   Entered 03/06/06 16:47:28   Exhibit
                            Exhibit A to Motion   Pg 2 of 5

        **Victor J. Mastromarco, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Manda L. Anagnost**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Delphi Automotive, Incorporated**
*TERMINATED: 05/19/2005*

represented by **Arthur T. Lippert, Jr.**
Lippert, Humphreys (Saginaw)
4800 Fashion Square Boulevard
Suite 410A
Saginaw, MI 48604
989-792-2552
Email: atlippert@lhc-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Donald R. Parshall, Jr.**
Delphi Corporation Legal Staff
5825 Delphi Drive
Troy, MI 48098-2815
248-813-2000
Email: donald.r.parshall@delphi.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delphi Automotive Systems, LLC**

represented by **Arthur T. Lippert, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/16/2005 | 1 | COMPLAINT filed by H. E. Services Company, Robert Backie against Delphi Automotive, Incorporated ; Receipt No. 19124.(BSoc, ) (Entered: 02/17/2005) |
| 03/03/2005 | 2 | SUMMONS Returned Executed. Delphi Automotive, Incorporated served on 2/25/2005, answer due 3/17/2005. (BSoc, ) (Entered: 03/03/2005) |
| 03/17/2005 | 3 | MOTION to Dismiss by Delphi Automotive, Incorporated. (BSoc, ) |

CM/ECF - U.S. District Court:mied - Docket Report  Page 3 of 5
05-44481-rdd   Doc 2705-2   Filed 03/06/06   Entered 03/06/06 16:47:28   Exhibit
Exhibit A to Motion   Pg 3 of 5

| | | |
|---|---|---|
| | | (Entered: 03/18/2005) |
| 04/06/2005 | 4 | NOTICE TO APPEAR: Scheduling Conference set for 5/3/2005 11:00 PM before Honorable David M Lawson. (CGre, ) (Entered: 04/06/2005) |
| 04/06/2005 | 5 | NOTICE of hearing on 3 MOTION to Dismiss. Motion Hearing set for 5/3/2005 11:00 AM before Honorable David M Lawson. (CGre, ) (Entered: 04/06/2005) |
| 04/08/2005 | 6 | STIPULATION re 3 MOTION to Dismiss *Stipulation to Extend Time for the filing of Plaintiffs' Response to Defendant's Motion to Dismiss* by H. E. Services Company, Robert Backie.(Babcock, Russell) (Entered: 04/08/2005) |
| 04/11/2005 | 7 | NOTICE of hearing on 3 MOTION to Dismiss. Motion Hearing reset for 5/19/2005 02:30 PM before Honorable David M Lawson. (TJac, ) (Entered: 04/11/2005) |
| 04/12/2005 | 8 | ORDER to Extend Time to File Response re 6 Stipulation filed by H. E. Services Company and Robert Backie. Responses due by 4/18/2005. Signed by Honorable David M Lawson. (BSoc, ) (Entered: 04/13/2005) |
| 04/18/2005 | 9 | RESPONSE to 3 MOTION to Dismiss filed by H. E. Services Company, Robert Backie. (Attachments: # 1 Index of Exhibits # 2 Exhibit Exhibit 1- Case Law# 3 Exhibit Exhibit 2- correspondence dated 1-26-01# 4 Exhibit Exhibit 3- application to do business in MI# 5 Exhibit Exhibit 4- affidavit of Victor J. Mastromarco# 6 Exhibit Exhibit 5- email dated 11-10-05# 7 Exhibit Exhibit 6- emails dated 3-3-05 & 3-2-05)(Babcock, Russell) (Entered: 04/18/2005) |
| 04/26/2005 | 10 | REPLY to Response re 3 MOTION to Dismiss filed by Delphi Automotive, Incorporated. (BSoc, ) (Entered: 04/27/2005) |
| 04/27/2005 | 11 | NOTICE TO APPEAR: Scheduling Conference reset for 5/19/2005 02:30 PM before Honorable David M Lawson. (TJac, ) (Entered: 04/27/2005) |
| 05/19/2005 | 12 | ORDER granting 3 Motion to Dismiss and Allowing Amendment. Signed by Honorable David M Lawson. (CGre, ) (Entered: 05/19/2005) |
| 05/19/2005 | | Minute Entry -Motion Hearing held on 5/19/2005 re 3 MOTION to Dismiss filed by Delphi Automotive, Incorporated, before Honorable David M Lawson. (Court Reporter Charlene McLoughlin) (TJac, ) (Entered: 05/20/2005) |
| 06/09/2005 | 13 | AMENDED COMPLAINT filed by all plaintiffs against Delphi Automotive Systems, LLC. (Attachments: # 1 Index of Exhibits # 2 Exhibit One# 3 Exhibit One A# 4 Exhibit Two# 5 Exhibit Three# 6 Exhibit Four# 7 Exhibit Five# 8 Exhibit Six)(Babcock, Russell) (Entered: 06/09/2005) |
| 06/20/2005 | 14 | SUMMONS Returned Executed. Delphi Automotive Systems, LLC served on 6/13/2005, answer due 7/5/2005 (BSoc, ) (Entered: 06/20/2005) |

CM/ECF - U.S. District Court:mied - Docket Report                                      Page 4 of 5
05-44481-rdd   Doc 2705-2   Filed 03/06/06   Entered 03/06/06 16:47:28   Exhibit
                  Exhibit A to Motion   Pg 4 of 5

| Date | # | Description |
|---|---|---|
| 06/28/2005 | 15 | NOTICE of Change of Attorney Information by H. E. Services Company, Robert Backie. (Westervelt, Manda) (Entered: 06/28/2005) |
| 07/08/2005 | 16 | REQUEST FOR CLERK'S ENTRY OF DEFAULT as to Delphi Automotive Systems, LLC, Delphi Automotive, Incorporated by Robert Backie. (Attachments: # 1 Exhibit Affidavit of Manda L. Anagnost) (Anagnost, Manda) (Entered: 07/08/2005) |
| 07/11/2005 | 17 | ANSWER to Amended Complaint with Affirmative Defenses by Delphi Automotive Systems, LLC.(BSoc, ) (Entered: 07/12/2005) |
| 07/12/2005 | 18 | NOTICE OF DENIAL OF CLERK'S ENTRY OF DEFAULT as to Delphi Automotive Systems, LLC. (BSoc, ) (Entered: 07/12/2005) |
| 08/01/2005 | 19 | MOTION for Default Judgment as to Delphi Automotive Systems, LLC by all plaintiffs. (Attachments: # 1 Exhibit A. Notice of Denial of Request for Clerk's Entry of Default)(Anagnost, Manda) (Entered: 08/01/2005) |
| 08/02/2005 | 20 | (ERROR: document is a SUPPLEMENTAL MOTION for court's entry of default and motion to set aside clerk's order denying default dated July 12, 2005) MOTION to Enforce Judgment *Supplemental* by all plaintiffs. (Anagnost, Manda) Modified on 8/3/2005 (DPer, ). (Entered: 08/02/2005) |
| 08/04/2005 | 21 | RESPONSE to 20 MOTION to Enforce Judgment *Supplemental*, 19 MOTION for Default Judgment as to Delphi Automotive Systems, LLC filed by Delphi Automotive, Incorporated. (Lippert, Arthur) (Entered: 08/04/2005) |
| 08/24/2005 | 22 | MOTION to Dismiss by Delphi Automotive, Incorporated. (Lippert, Arthur) (Entered: 08/24/2005) |
| 09/01/2005 | 23 | MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement* by all plaintiffs. (Attachments: # 1 Exhibit 1) (Anagnost, Manda) (Entered: 09/01/2005) |
| 09/06/2005 | 24 | RESPONSE to 23 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement* filed by Delphi Automotive Systems, LLC. (Attachments: # 1 Exhibit Affidavit of Janet M. Silva)(Lippert, Arthur) (Entered: 09/06/2005) |
| 09/13/2005 | 25 | RESPONSE to 22 MOTION to Dismiss filed by all plaintiffs. (Attachments: # 1 Index of Exhibits # 2 Exhibit 1# 3 Exhibit 2)(Babcock, Russell) (Entered: 09/13/2005) |
| 09/16/2005 | 26 | SUPPLEMENTAL BRIEF re 19 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *3rd Supplement* filed by all plaintiffs. (Attachments: # 1 Exhibit Affidavit of Maser - Consumers)(Anagnost, Manda) (Entered: 09/16/2005) |
| 09/20/2005 | 27 | NOTICE TO APPEAR: Scheduling Conference set for 11/2/2005 03:30 PM before Honorable David M Lawson. (CGre, ) (Entered: 09/20/2005) |

| 09/20/2005 | 28 | NOTICE of hearing on 22 MOTION to Dismiss, 23 MOTION for Default Judgment as to Delphi Automotive Systems, LLC *Second Supplement*. Motion Hearing set for 11/2/2005 03:30 PM before Honorable David M Lawson. (CGre, ) (Entered: 09/20/2005) |
|---|---|---|
| 09/27/2005 | 29 | REPLY to Response re 22 MOTION to Dismiss filed by Delphi Automotive, Incorporated. (Attachments: # 1 Exhibit A - Affidavit of Marjorie Harris Loeb)(Lippert, Arthur) (Entered: 09/27/2005) |
| 10/10/2005 | 30 | (STRICKEN) OBJECTION to *Deposition* by all plaintiffs. (Anagnost, Manda) Modified on 10/12/2005 (PPaul, ). (Entered: 10/10/2005) |
| 10/13/2005 | 31 | SUGGESTION OF BANKRUPTCY Upon the Record *Notice of Delphi Automotive Systems, LLC's Filing of Chapter 11 Bankruptcy Petition* by Delphi Automotive Systems, LLC.(Lippert, Arthur) (Entered: 10/13/2005) |
| 10/24/2005 | 32 | ORDER ADMINISTRATIVELY CLOSING CASE pursuant to notice of bankruptcy, Signed by Honorable David M Lawson. (TJac, ) (Entered: 10/24/2005) |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 03/02/2006 14:24:26 ||||
| PACER Login: | mw0759 | Client Code: | backie |
| Description: | Docket Report | Search Criteria: | 1:05-cv-10053-DML-CEB |
| Billable Pages: | 3 | Cost: | 0.24 |