Victor J. Mastromarco, Jr. (VM-8621)                    Return Date: April 7, 2006
MASTROMARCO & JAHN, P.C.                                 Time:  10:00 a.m.
Counsel to H.E. Services Company &
Robert Backie
1024 North Michigan Avenue
Post Office Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION, et al.,

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

                           Debtors.

## ORDER GRANTING MOTION OF H.E. SERVICES COMPANY, and ROBERT BACKIE, Majority Shareholder FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

Upon the motion (the "motion") of Movants, for relief from the automatic stay, and adequate notice of the Motion having been given, and this Court having been fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

**IT IS FURTHER ORDERED** that Movants' claim is allowed in an unliquidated amount pending resolution of the action (as defined by the motion);

**IT IS FURTHER ORDERED** that the automatic stay imposed by Section 362 of the Code is modified to permit Movants to resume litigating the action to conclusion;

**IT IS FURTHER ORDERED** that Movants be allowed a general unsecured claim in the amount of any recovery received against the Debtor.

**IT IS SO ORDERED ON** this _____ day of _____ 2006.


Honorable_____

DATED:_____        ROBERT D. DRAIN
                             UNITED STATES BANKRUPTCY JUDGE