| | |
|---|---|
| Victor J. Mastromarco, Jr. (VM-8621) | Return Date: April 7, 2006 |
| MASTROMARCO & JAHN, P.C. | Time: 10:00 a.m. |
| Counsel to Cindy Palmer, Personal | |
| Representative to the Estate of Michael Palmer | |
| 1024 North Michigan Avenue | |
| Post Office Box 3197 | |
| Saginaw, Michigan 48605-3197 | |
| (989) 752-1414 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

---

## APPEARANCE

PLEASE TAKE NOTICE that I have this day entered my Appearance on behalf CINDIE PALMER, Creditors.

Dated: March 6, 2006          Respectfully submitted,

MASTROMARCO & JAHN, P.C.

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for Movant