# MICHIGAN COURT OF APPEALS

**COA Case Number: 262873**
CINDIE L PALMER V WESLEY INTL INC

| | | | | | |
|---|---|---|---|---|---|
| 1 | PALMER CINDIE L PERS REP<br>Oral Argument: Y Timely: Y | PL-AT | RET | (34564) **MASTROMARCO VICTOR J JR**<br>1024 N MICHIGAN AVE<br>PO BOX 3197<br>SAGINAW MI 48605-3197<br>989-752-1414 | |
| 2 | PALMER MICHAEL W EST OF | ZZ | | | |
| 3 | WESLEY INTERNATIONAL INC<br>Oral Argument: Y Timely: Y | DF-AE | RET | (47158) **DANIELESKI JOHN J JR**<br>300 ST ANDREWS RD SUITE 302<br>P0 BOX 1966<br>SAGINAW MI 48605<br>989-790-0960 | |
| 4 | BUENA VISTA COATINGS INC | FK | | | |
| 5 | FLINT COATINGS INC | FK | | | |
| 6 | IOWA COATINGS INC | FK | | | |
| 7 | PROKOTE HOLDING INC | FK | | | |
| 8 | PROKOTE USA INC | FK | | | |
| 9 | UNIVERSAL APPLICATORS INC | FK | | | |
| 10 | WESLEY INDUSTRIES INC | DF-AE | SAM | | |

**Note:** There are a total of 14 parties in this case; click here for a docket sheet with a complete display.

**Status:** Case Concluded; File Archived
**Case Flags:** Summary Disposition Case

| | | |
|---|---|---|
| 05/24/2005 | 1 | **Claim of Appeal - Civil**<br>Proof Of Service Date: 5/23/2005<br>Check #: 14788 Fee: $375.00<br>Receipt#: 2628731<br>Jurisdictional Checklist: Y Register of Actions: Y<br>Attorney:34564 - MASTROMARCO VICTOR J JR |
| 05/03/2005 | 2 | **Order Appealed From**<br>From: SAGINAW CNTY CIRCUIT COURT<br>Case Number: 01-040359-NO<br>Trial Court Judge: 15639 KACZMAREK ROBERT L<br>*Nature of Case:*<br>   Summary Disposition Granted |


PLAINTIFF'S EXHIBIT A

| Date | No. | Entry |
|---|---|---|
| 05/24/2005 | 5 | **Summary Disposition Transcript Ordered by Appellant**<br>Date: 5/23/2005 Timely: Y<br>Reporter: 4023 - STEMLER TRACY M<br>Filed By Attorney: 34564 - MASTROMARCO VICTOR J JR<br>Hearings:<br>9/16/2002<br>4/25/2005<br>Mail Date: 6/1/2005 |
| 05/24/2005 | 6 | **Summary Disposition Transcript Ordered by Appellant**<br>Date: 5/23/2005 Timely: Y<br>Reporter: 3584 - TAGGET KATHRYN A<br>Filed By Attorney: 34564 - MASTROMARCO VICTOR J JR<br>Hearings:<br>4/21/2003<br>12/15/2003<br>1/12/2004<br>Mail Date: 6/1/2005 |
| 05/26/2005 | 7 | **Steno Certificate - Tr Request Received**<br>Date: 5/24/2005 Timely: Y<br>Reporter: 4023 - STEMLER TRACY M<br>Hearings:<br>9/16/2002<br>4/25/2005 |
| 05/31/2005 | 8 | **Appearance - Appellee**<br>Date: 5/25/2005<br>For Party: 3 WESLEY INTERNATIONAL INC DF-AE<br>Attorney: 47158 - DANIELESKI JOHN J JR |
| 06/03/2005 | 9 | **Steno Certificate - Tr Request Received**<br>Date: 5/24/2005 Timely: Y<br>Reporter: 3584 - TAGGET KATHRYN A<br>Hearings:<br>4/21/2003<br>12/15/2003<br>1/12/2004 |
| 06/13/2005 | 10 | **Appellee Appearance Letter Sent CI-124**<br>Attorney: 16714 - LIPPERT ARTHUR T JR |
| 06/14/2005 | 11 | **Notice of Filing Transcript**<br>Date: 6/10/2005 Timely: Y<br>Reporter: 4023 - STEMLER TRACY M<br>Hearings:<br>9/16/2002<br>4/25/2005 |
| 06/17/2005 | 12 | **Notice of Filing Transcript**<br>Date: 6/16/2005 Timely: Y<br>Reporter: 3584 - TAGGET KATHRYN A<br>Hearings:<br>4/21/2003<br>12/15/2003<br>1/12/2004 |
| 06/20/2005 | 13 | **Appearance - Appellee**<br>Date: 6/17/2005<br>For Party: 12 DELPHI AUTOMOTIVE SYSTEMS USA |

| Date | # | Event |
|---|---|---|
| | | LLC DF-AE<br>Attorney: 16714 - LIPPERT ARTHUR T JR |
| 06/22/2005 | 14 | **Record Request**<br>Mail Date: 6/22/2005 |
| 07/05/2005 | 15 | **Record Filed**<br>*Comments*: 4 LC FILES;5 TRS-SAGINAW |
| 07/14/2005 | 16 | **Brief: Appellant**<br>Proof Of Service Date: 7/13/2005<br>Oral Argument Requested: Y  Timely Filed: Y<br>Filed By Attorney: 34564 - MASTROMARCO VICTOR J JR<br>For Party: 1 PALMER CINDIE L PERS REP PL-AT |
| 07/18/2005 | 17 | **Defective Filing Letter**<br>Event: 16<br>  SD L Ct Mot - Cured |
| 07/26/2005 | 18 | **Other**<br>Date: 7/26/2005<br>For Party: 1 PALMER CINDIE L PERS REP PL-AT<br>Attorney: 34564 - MASTROMARCO VICTOR J JR<br>*Comments*: SD lower court documents; cures evt #16 |
| 07/26/2005 | 19 | **Defect Cured**<br>Event: 16<br>  SD L Ct Mot - Cured |
| 08/03/2005 | 20 | **Brief: Appellee**<br>Proof Of Service Date: 8/2/2005<br>Oral Argument Requested: Y  Timely Filed: Y<br>Filed By Attorney: 36596 - CAMPBELL GARY<br>For Party: 12 DELPHI AUTOMOTIVE SYSTEMS USA LLC DF-AE |
| 08/03/2005 | 21 | **Brief: Appellee**<br>Proof Of Service Date: 8/2/2005<br>Oral Argument Requested: Y  Timely Filed: Y<br>Filed By Attorney: 47158 - DANIELESKI JOHN J JR<br>For Party: 3 WESLEY INTERNATIONAL INC DF-AE |
| 08/04/2005 | 22 | **Noticed**<br>Record: FILED Mail Date: |
| 10/10/2005 | 34 | **Telephone Contact**<br>For Party: 12 DELPHI AUTOMOTIVE SYSTEMS USA LLC DF-AE<br>Attorney: 36596 - CAMPBELL GARY<br>*Comments*: Recvd call regarding Delphi filing bankruptcy; referred aty to IOP 7.216(A)(7)-2; panel advised. |
| 10/11/2005 | 35 | **Bankruptcy - Notice**<br>Date: 10/10/2005<br>For Party: 12 DELPHI AUTOMOTIVE SYSTEMS USA LLC DF-AE<br>Attorney: 36596 - CAMPBELL GARY<br>*Comments*: Regarding Delphi Automotive Systems USA LLC; Panel advised |
| 10/11/2005 | 36 | **Order: Order - Generic**<br>Click here to view document in PDF format.<br>Event: 35 Bankruptcy - Notice<br>Panel: KFK,PMM,ATD<br>Attorney: 36596 - CAMPBELL GARY |

| Date | # | Event |
|---|---|---|
| | | *Comments*: Bankruptcy pending; case closd as to Dephi Auto only;appeal proceeds all other ptys;see order |
| 10/11/2005 | 37 | **Case Call Update Info**<br>*Comments*: Bankruptcy/case closed as to Delphi Auto Systems only; all other ptys shall proceed |
| 10/11/2005 | 38 | **Verbal Order To Parties-Phone** |
| 10/12/2005 | 29 | **Submitted on Case Call**<br>District: L Item #: 16<br>Panel: KFK,PMM,ATD |
| 11/08/2005 | 42 | **Opinion - Per Curiam - Unpublished**<br><u>Click here</u> to view document in PDF format.<br>Pages: 4<br>Panel: KFK,PMM,ATD<br>Result: L/Ct Judgment/Order Affirmed |
| 01/12/2006 | 43 | **Remittitur & Record Returned - Close Out**<br>File Location: F<br>*Comments*: 4 LC FILES;5 TRS-SAGINAW |

Case Listing Complete