NELSON MULLINS RILEY &
SCARBOROUGH, L.L.P.
Meridian Building, Seventeenth Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000
George B. Cauthen (GBC-5268)
Richard B. Herzog, Jr. (RBH-5839)
Byron C. Starcher (BCS-0867)
Jody A. Bedenbaugh (JAB-3990)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In Re: | ) | CASE NO. 05-44481 (RDD) |
|---|---|---|
| | ) | |
| Delphi Corporation, *et al.*, | ) | CHAPTER 11 |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## VERIFIED STATEMENT OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Nelson Mullins Riley & Scarborough, L.L.P. ("Nelson Mullins") pursuant to Federal Rule of Bankruptcy Procedure 2019(a) does hereby verify that it has been retained to represent more than one creditor in the above-captioned chapter 11 bankruptcy cases (the "Bankruptcy Cases").  Pursuant to Federal Rule of Bankruptcy Procedure 2019(a), Nelson Mullins provides the following information with respect to each of the creditors for which it has been retained:

1. Dätwyler Rubber & Plastics, Inc.

    a. Address: 1790 Technology Place, Marion, South Carolina 29571

    b. Nature and Amount of Claim: Dätwyler Rubber & Plastics, Inc. is listed on the Debtor's schedules as having a claim of $1,150,045.59 which Dätwyler reserves its right to file a claim in a different amount.  The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

    c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Dätwyler Rubber & Plastics, Inc.'s interests in the Bankruptcy Cases.

    d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins represents Dätwyler Rubber & Plastics, Inc. on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

2. Dätwyler, Inc.

    a. <u>Address</u>: 1790 Technology Place, Marion, South Carolina 29571

    b. <u>Nature and Amount of Claim</u>: Dätwyler, Inc. is listed on the Debtor's schedules as having a claim of $66,816 which Dätwyler reserves its right to file a claim in a different amount. The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

    c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Dätwyler, Inc.'s interests in the Bankruptcy Cases.

    d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins represents Dätwyler, Inc. on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

3. Dätwyler i/o Devices (Americas), Inc.

    a. <u>Address</u>: 4155 Shackleford Rd., Ste 240, Norcross, Georgia 30093

    b. <u>Nature and Amount of Claim</u>: Dätwyler i/o Devices (America), Inc. is listed on the Debtor's schedules as having a claim of $61,385.99 which Dätwyler

   reserves its right to file a claim in a different amount. The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

   c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Dätwyler i/o Devices (Americas), Inc.'s interests in the Bankruptcy Cases.

   d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins represents Dätwyler i/o Devices (Americas), Inc. on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

4. Rothrist Tube (USA), Inc.

   a. <u>Address</u>: Neue Industriestrasse 14, CH-4852 Rothrist, Switzerland

   b. <u>Nature and Amount of Claim</u>: Rothrist Tube (USA), Inc. is listed on the Debtor's schedules as having a claim of $100,896.54 which Rothrist reserves its right to file a claim in a different amount. The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

   c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Rothrist Tube (USA), Inc.'s interests in the Bankruptcy Cases.

   d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins was engaged to represent Rothrist Tube (USA), Inc. post-petition. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

5. Akzo Nobel Coatings Inc.

   a. Address: c/o Automotive Plastic Coatings, 1845 Maxwell Street, Troy, MI 48084

   b. Nature and Amount of Claim: Akzo Nobel Coatings Inc. is listed on one or more of the Debtor's schedules as having a claim of $1,253,653.76 (which includes a scheduled debt in the amount of $99,388.50 to Akzo Nobel Non Stick Coatings LLC), though Akzo reserves its right to file a claim in a different amount. The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

   c. Reason for Representation: Nelson Mullins has been employed to represent Akzo Nobel Coatings Inc.'s interests in the Bankruptcy Cases.

   d. Timing of Representation and Disclosure of Claims or Interests: Nelson Mullins represents Akzo Nobel Coatings Inc. on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

6. Akzo Nobel Industrial Coatings Mexico SA de CV

   a. Address: Anillo Periferico 205, Km 16.54, Antigua Hacienda San Jose, Garcia Nuevo Leon , Mexico CP 66000

   b. Nature and Amount of Claim: Akzo Nobel Industrial Coatings Mexico SA de CV is listed on one or more of the Debtors' schedules as having a claim of $290,676.93, though Akzo reserves its right to file a claim in a different

amount. The claims arise under pre-petition purchase orders pursuant to a contract to supply goods.

    c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Akzo Nobel Industrial Coatings Mexico's interests in the Bankruptcy Cases.

    d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins represents Akzo Nobel Coatings Inc., and its affiliates, such as Akzo Nobel Industrial Coatings Mexico SA de CV, on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

7. Viscom, Inc.

    a. <u>Address</u>: 3290 Green Pointe Parkway, #400, Norcross, Georgia 30092

    b. <u>Nature and Amount of Claim</u>: Viscom, Inc. has filed, against one or more of the debtors in the Bankruptcy Cases, a secured claim in the amount of $21,355.00 and a general unsecured claim in the amount of $57,000, which claims Viscom reserves the right to amend. The claims arise under pre-petition purchase orders.

    c. <u>Reason for Representation</u>: Nelson Mullins has been employed to represent Viscom, Inc.'s interests in the Bankruptcy Cases.

    d. <u>Timing of Representation and Disclosure of Claims or Interests</u>: Nelson Mullins represents Viscom, Inc., on an ongoing basis in various matters. Nelson Mullins does not own, nor has it ever owned, any claim whatsoever against the Debtors in this case, nor does it hold any equity securities of the Debtors.

5

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
    George B. Cauthen
    Jody A. Bedenbaugh
    Meridian Building, Seventeenth Floor
    1320 Main Street
    Post Office Box 11070 (29211)
    Columbia, SC  29201
    (803) 799-2000

    *and*

    Richard B. Herzog, Jr., Esq.
    999 Peachtree Street
    Suite 1400
    Atlanta, Georgia  30309
    (404) 817-6000

March 6, 2006
Columbia, South Carolina

UNITED STATES BANKRUPTCY COURT

DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 05-44481-rdd |
| Delphi Corporation, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, the undersigned Administrative Assistant, Mary F. Cutler, of the law offices of Nelson Mullins Riley & Scarborough LLP, attorneys for **Dätwyler Rubber & Plastics, Inc., Dätwyler, Inc., Dätwyler i/o devices (Americas), Inc., Rothrist Tube (USA), Inc., Akzo Nobel coatings Inc., Akzo Nobel Industrial Coatings Mexico SA de CV, and Viscom, Inc.** do hereby certify that I have served all counsel in this action with a copy of the pleadings hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following addresses:

Pleadings: **VERIFIED STATEMENT OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. UNDER FEDERAL RULE OF BANKRUPTCY 2019**

Counsel Served: Douglas P. Bartner Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

John Wm. Butler, Jr., Esquire
Skadden Arps Slate Meagher & Flom (IL)
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden Arps Slate Meagher & Flom

Four Times Square
New York, NY 10036

U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Tracy Hope Davis
United States Trustee Office
U.S. Trustee
33 Whitehall St., 21st Floor
New York, NY 10004

Alicia M. Leonhard, Esquire
Office of the U.S. Trustee
Southern District of NY
33 Whitehall St., Suite 2100
New York, NY 10004

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022

Robert J. Rosenberg
Latham & Watkins
885 Third Avenue
New York, NY 10022

Michael D. Warner
Latham & Watkins
885 Third Avenue
New York, NY 10022

Attorneys for The Official Committee of Unsecured Creditors

/s/ Mary F. Cutler
Mary F. Cutler, Administrative Assistant to
George B. Cauthen, ID No. 81
P.O. Box 11070
Columbia, SC 29211
(803) 799-2000

March 6, 2006