UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.

**AMENDED**

# NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: **BICERANO & ASSOCIATES LLC** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **1208 WILDWOOD ST**

   **MIDLAND, MI 48642**

2. Please take notice of the transfer of $ 1,650.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ 1,650.00 to:
   **Madison Niche Opportunities, LLC** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1