UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481 (RDD) |
| ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF CALIFORNIA )
) ss:
COUNTY OF ORANGE )

I, Daniel D. Sager, being duly sworn, deposes and says:

1. I am a principal of **Sager & Savage**("Sager & Savage") which firm maintains offices at 5152 Katella Avenue Ste. 104, Los Alamitos, CA 90720.

2. Neither I, "Sager & Savage", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

3. "Sager & Savage", has represented and advised the Debtors in possession with respect to a broad range of aspects of the Debtors' businesses.

4. The Debtors have requested, and "Sager & Savage" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the Bankruptcy Code") with respect to such matters. Additionally, the Debtors have requested, and "Sager & Savage" proposes, to render the following services to the Debtors:
   **Workers' Compensation Legal Defense Services**

5. "Sager & Savage's" current fees arrangement is $125.00 per hour.

6. Except as set forth herein, no promises have been received by "Sager & Savage" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

1  7. "**Sager & Savage**" has no agreement with any entity to share with such entity and compensation received by "**Sager & Savage**".

8. "**Sager & Savage**" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "**Sager & Savage**" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

9. Neither I, "**Sager & Savage**", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the mattes upon which "**Sager & Savage**" is to be engaged.

10. The foregoing constitutes the statement of "**Sager & Savage**" pursuant to sections 329 and 504 of the Bankruptcy code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

Daniel D. Sager
Sager & Savage

Subscribed and sworn before me
this 6th day of February, ~~2005~~ 2006

_Robert Scott Maggio_
Notary Public



ROBERT SCOTT MAGGIO
COMM. #1533409
NOTARY PUBLIC - CALIFORNIA
RIVERSIDE COUNTY
My Comm. Expires Dec. 10, 2008

## CERTIFICATE OF SERVICE

  April Rodriguez, Legal Assistant, hereby certifies that on February 27, 2006, she served a copy of the Affidavit of Legal Ordinary Course Professional upon the following interested parties via first class mail:

Haim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Dated: February 27, 2006

*See Attached*

[Notary stamp: AUDREY OVERHOLT, Commission # 1638189, Notary Public - California, Orange County, My Comm. Expires Jan 15, 2010]

April Rodriguez
Legal Assistant
Sager & Savage
5152 Katella Avenue Ste. 104
Los Alamitos, CA 90720
562-431-4700

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Orange__ } ss.

On __2/27/06__, before me, __Audrey Overholt__,
Date — Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared __April Rodriguez__,
Name(s) of Signer(s)

☑ personally known to me

☐ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Audrey Overholt_
Signature of Notary Public

Place Notary Seal Above

[Notary Seal: AUDREY OVERHOLT, Commission # 1638189, Notary Public - California, Orange County, My Comm. Expires Jan 15, 2010]

——————— OPTIONAL ———————

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: __Certificate of Service__

Document Date: __2/27/06__    Number of Pages: __1__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __April Rodriguez__
☑ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907    Reorder: Call Toll-Free 1-800-876-6827