United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS, LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $644,973.03 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**EATON CORP**
**1111 SUPERIOR AVENUE**
**CLEVELAND, OH 44114**

The transfer of your claim as shown above in the amount of $644,973.03 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

496476

## TRANSFER NOTICE

Eaton Corp ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Eaton Corp Claims of Assignor in the aggregate amount of $348,020.24 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006.

WITNESS: Eaton Corp                                   Revenue Management

_____                By: _____
(Signature)                                           (Signature)

__William T Reiff_____                __Mike Richards_____
(Print Name of Witness)                               (Print Name and Title)