David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar P.C.
Attorney for Eclipse Tool and Die, Inc.
3996 Chicago Drive SW,
Grandville, MI 49418
Telephone 616-531-7711
Fax 616-531-7757
davidl@bolhouselaw.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                            )
In re                                       )    Chapter 11
                                            )    Case Nos. 05-44481 *et al*
DELPHI CORPORATION, *et al.*,               )    (Jointly Administered)
                                            )    Hon. Robert D. Drain
Debtors.                                    )
_____)

**ECLIPSE TOOL AND DIE INC.'S NOTICE OF WITHDRAW OF ITS**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

PLEASE TAKE NOTICE that Eclipse Tool and Die, Inc., by and through it attorneys Bolhouse, Vander Hulst, Risko & Baar P.C. formally withdraws its motion for relief from automatic stay originally set for hearing on January 5, 2006 at 10:00 am (Eastern), with prejudice and without costs to any party.

Dated: New York, New York
March 8, 2006                               By: */s/ David S. Lefere*
                                            David S. Lefere (P61790)
                                            Bolhouse, Vander Hulst, Risko & Baar
                                            Attorney for Eclipse Tool and Die, Inc.
                                            3996 Chicago Drive SW,
                                            Grandville, MI 49418
                                            Telephone 616-531-7711
                                            Fax 616-531-7757
                                            davidl@bolhouselaw.com