# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Automotive Systems LLC

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No.



## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: __AMERITRONICS SYSTEMS__ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   __30350 ADAMS DR__

   __ROCKWOOD, MI 48173-9591__

2. Please take notice of the transfer of $ _3,550.00_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $3,550.00 to:
   __Madison Niche Opportunities, LLC__ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   __6310 Lamar Ave__
   __Suite 120__
   __Overland Park, KS    66202__

No action is required if you do not object to the transfer of you claim.

_[signature]_

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1