# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

*AMENDED*

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:    **EPSON AMERICA INC**                                        ("Transferor")

      [TRANSFEROR NAME & ADDRESS]

      **SORT 2300**

      **PO BOX 4655**

      **CAROL STREAM, IL 601974655**

2.   Please take notice of the transfer of $ *51,810.00*  of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

            **Transfer $** *51,810.00* **to:**

            **Madison Niche Opportunities, LLC**                      ("Transferee")

            [TRANSFEREE NAME & ADDRESS]

            **6310 Lamar Ave**

            **Suite 120**

            **Overland Park, KS         66202**

No action is required if you do not object to the transfer of you claim.

                                    _Rick Newkirk_ (signature)

                                    Rick Newkirk

                                    Madison Liquidity Investors, LLC.

                                    (800) 896-8913