LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2. On March 6, 2006, I caused true and correct copies of the Official Committee of Unsecured Creditors' Counter-Designation of Record on Appeal, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

NY\1120516.1

3.  On March 7, 2006, I caused true and correct copies of the Official Committee of Unsecured Creditors' Counter-Designation of Record on Appeal, to be served upon the parties identified in Exhibit B hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
7th day of March, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**Via Overnight Mail**

Michelle Robson
Capital Research and Management Company
11100 Santa Monica Blvd
15th Fl
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W 42nd St
New York, NY 10036

Steven J Reisman
Curtis Mallet-Prevost Colt & mosle LLP
101 Park Ave
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Ave
New York, NY 10017

Sean Corcoran
Karen Craft
Delphi Corporation
5725 Delphi Dr
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp
5505 Corporate Dr Msia
Troy, MI 48098

Carrie L. Schiff
Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers III
Freescale Semiconductor Inc
6501 William Cannon Dr West
Md Oe16
Austin, TX 78735

Randall S Eisenberg
FTI Consulting Inc
3 Times Square
11th Fl
New York, NY 10036

Valerie Venable
c/o GE Plastics
9930 Kincey Avenue
Huntersville, NC 28078

Frank L. Gorman, Esq.
Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Lonie A Hassel
Groom Law Group
1701 Pennsylvania Ave Nw
Washington, DC 20006

| | |
|---|---|
| Stephen H Gross<br>Hodgson Russ LLP<br>152 West 57th St<br>35th Fl<br>New York, NY 10019 | Internal Revenue Service<br>Attn: Insolvency Department, Mario Valerio<br>290 Broadway, 5th Floor<br>New York NY 10007 |
| Attn: Insolvency Department<br>Internal Revenue Service<br>477 Michigan Ave<br>Mail Stop 15<br>Detroit, MI 48226 | Henry Reichard<br>IUE-CWA<br>2360 W Dorothy Ln<br>Ste 201<br>Dayton, OH 45439 |
| Bill Derrough<br>Jefferies & Company Inc<br>520 Madison Ave<br>12th Fl<br>New York, NY 10022 | Thomas F Maher<br>Richard Duker<br>Gianni Russello<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 |
| Thomas Moers Mayer<br>Gordon Z. Novod<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Patrick J. Healy<br>Daniel R. Fisher<br>Law Debenture Trust of New York<br>767 Third Ave., 31st Floor<br>New York, NY 10017 |
| Vilma Francis<br>JPMorgan Chase Bank NA<br>270 Pk Ave<br>New York, NY 10017 | James Le<br>Kurtzman Carson Consultants<br>12910 Culver Blvd<br>Ste I<br>Los Angeles, CA 90066 |
| David D. Cleary<br>Mohsin N. Khambati<br>McDermott Will & Emery LLP<br>227 West Monroe Street<br>Chicago, IL   60606 | Melissa Knolls<br>Mesirow Financial<br>321 N Clark St<br>Chicago, IL 60610 |
| Joseph T Moldovan Esq<br>Morrison Cohen LLP<br>909 Third Ave<br>New York, NY 10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY 10271 |

NY\1120516.1

Tom A Jerman
Rachel Janger
O'Melveny & Meyer LLP
1625 Eye St Nw
Washington, DC 20006

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope St
Los Angeles, CA 90071

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005

Ralph L Landy
Pension Benefit Guaranty Corporation
1200 K Street Nw
Ste 340
Washington, DC 20005-4026

Sandra A Riemer
Phillips Nizer LLP
666 Fifth Ave
New York, NY 10103

David L Resnick
Rothchild Inc
1251 Ave Of The Americas
New York, NY 10020

Michael P. Kessler, Esq.
Martin J. Bienenstock, Esq.
Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Robert W Dremluck
Seyfarth Shaw LLP
1270 Avenue Of The Americas
Ste 2500
New York, NY 10020-1801

Douglas Bartner
Jill Frizzley
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022

Kenneth S Ziman
Robert H Trust
William T Russell Jr
Simpson Thatcher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr
Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Chester B Salomon
Constantine D Pourakis
Stevens & Lee PC
485 Madison Ave
20th Fl
New York, NY 10022

Albert Togut
Togut Segal & Segal LLP
One Penn Plaza
Ste 3335
New York, NY 10119

| | |
|---|---|
| Deirdre A Martini<br>United States Trustee<br>33 Whitehall St<br>Ste 2100<br>New York, NY 10004 | Alicia M Leonard<br>United States Trustee<br>33 Whitehall St<br>21st Fl<br>New York, NY 10004-2112 |
| Steven M Cimalore<br>Wilmington Trust Company<br>Rodney Square North<br>1100 North Market St<br>Wilmington, DE 19890 | Brown Rudnick Berlack Israels LLP<br>Robert J. Stark<br>Seven Times Square<br>New York, NY 10036 |
| J. Brian McTigue<br>Cornish F. Hitchcock<br>McTigue Law Firm<br>5301 Wisconsin Ave. N.W.<br>Suite 350<br>Washington, DC 20015 | Mark Schonfeld, Regional Director<br>Northeast Regional Office<br>3 World Financial Center<br>Room 4300<br>New York, NY 10281 |
| Daniel D. Doyle<br>Nicholas Franke<br>Spencer Fane Britt & Browne LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO 63105 | Warner Stevens LLP<br>Michael D. Warner<br>1700 City Center Tower, II<br>301 Commerce Street<br>Fort Worth Texas, 76102 |

**Via First Class Mail**

| | |
|---|---|
| John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | |

**Exhibit B**

**Via Email Service**

aaronsona@pepperlaw.com; abrilliant@goodwinproctor.com; aburch@miamidade.gov; aee@hurwitzfine.com; aenglund@orrick.com; afeldman@kslaw.com; agottfried@morganlewis.com; alan.mills@btlaw.com; aleinoff@amph.com; amalone@colwinlaw.com; amathews@robinsonlaw.com; amcmullen@bccb.com; amina.maddox@dol.lps.state.nj.us; amoog@hhlaw.com; andrew.herenstein@quadranglegroup.com; andrew.kassner@dbr.com; anne.kennelly@hp.com; aordubegian@weineisen.com; asherman@sillscummis.com; asm@pryormandelup.com; kar@pryormandelup.com; aswiech@akebono-usa.com; athau@cm-p.com; austin.bankruptcy@publicans.com; ayala.hassell@eds.com; bankruptcy@goodwin.com; bankruptcy@warnerstevens.com; barnold@whdlaw.com; bbeckworth@nixlawfirm.com; bellis-monro@sgrlaw.com; Ben.Caughey@icemiller.com; bmcdonough@teamtogut.com; bmehlsack@gkllaw.com; bnathan@lowenstein.com; bsmoore@pbnlaw.com; bspears@winstead.com; cahn@clm.com; cahope@chapter13macon.com; carol.weiner.levy@srz.com; carol_sowa@denso-diam.com; caseyl@pepperlaw.com; cbattaglia@halperinlaw.net; ahalperin@halperinlaw.net; cbelmonte@ssbb.com; cdruehl@goodwinproctor.com; cfilardi@pepehazard.com; cfortgang@silverpointcapital.com; cfox@stblaw.com; cfox@stblaw.com; cgalloway@atsautomation.com; chill@bsk.com; ckm@greensfelder.com; jpb@greensfelder.com; cnorgaard@ropers.com; Cohen.Mitchell@arentfox.com; crieders@gjb-law.com; cs@stevenslee.com; cp@stevenslee.com; cschulman@sachnoff.com; agelman@sachnoff.com; cstorie@hodgsonruss.com; csullivan@bsk.com; cweidler@paulweiss.com; dadler@mccarter.com; dallas.bankruptcy@publicans.com; david.aaronson@dbr.com; david.boyle@airgas.com; david.lemke@wallerlaw.com; davidl@bolhouselaw.com; dbaty@honigman.com; dcrapo@gibbonslaw.com; ddavis@paulweiss.com; ddraper@terra-law.com; derrien@coollaw.com; dfreedman@ermanteicher.com; dgheiman@jonesday.com; djury@steelworkers-usw.org; dkarp@cm-p.com; dladdin@agg.com; dlowenthal@thelenreid.com; dlowenthal@thelenreid.com; dludman@brownconnery.com; dmdelphi@duanemorris.com; dpm@curtinheefner.com; driggio@candklaw.com; dweiner@schaferandweiner.com; eabdelmasieh@nmmlaw.com; EAKleinhaus@wlrk.com; ecdolan@hhlaw.com; echarlton@hiscockbarclay.com; efox@klng.com; egc@lydenlaw.com; egunn@mcguirewoods.com; eileen@blbglaw.com; ekutchin@kutchinrufo.com; elazarou@reedsmith.com; elizabeth.flaagan@hro.com; Elliott@cmplaw.com; emarcks@ssd.com; emccolm@paulweiss.com; emeyers@mrrlaw.net; ephillips@thurman-phillips.com; fatell@blankrome.com; ferrell@taftlaw.com; fholden@orrick.com; fstevens@foxrothschild.com; ftrikkers@rikkerslaw.com; fusco@millercanfield.com; fyates@sonnenschein.com; gdiconza@dlawpc.com; george.cauthen@nelsonmullins.com; gettelman@e-hlaw.com; ggotto@kellerrohrback.com; ggreen@fagelhaber.com; gjarvis@ggelaw.com; glen.dumont@hp.com; gogimalik@andrewskurth.com; gpeters@weltman.com; greenj@millercanfield.com; greg.bibbes@infineon.com; gregory.kaden@ropesgray.com; grichards@kirkland.com; growsb@wnj.com; gsantella@masudafunai.com; gschwed@loeb.com; gsouth@kslaw.com; gtoering@wnj.com; hannah@blbglaw.com; hborin@schaferandweiner.com; herb.reiner@guarantygroup.com;

Hirsh.Robert@arentfox.com; hkolko@msek.com; hleinwand@aol.com; holly@regencap.com; housnerp@michigan.gov; houston_bankruptcy@publicans.com; hzamboni@underbergkessler.com;ian@gazesllc.com; ilevee@lowenstein.com;jaffeh@pepperlaw.com; james.bentley@srz.com; jangelovich@nixlawfirm.com; japplebaum@clarkhill.com; jay.hurst@oag.state.tx.us; jbernstein@mdmc-law.com; jcreed@sonnenschein.com; jcunningham@whitecase.com; Jeff.Ott@molex.com; jeffery.gillispie@infineon.com; jeisenhofer@gelaw.com; jengland@linear.com; jforstot@tpw.com; jgtougas@mayerbrownrowe.com; jguy@orrick.com; jh@previant.com; jharris@quarles.com; jhinshaw@boselaw.com; jhlemkin@duanemorris.com; jimbriaco@gentek-global.com; jkp@qad.com; jlanden@madisoncap.com; jlapinsky@republicengineered.com; jlevi@toddlevi.com; jmanheimer@pierceatwood.com; jmbaumann@steeltechnologies.com; jminias@stroock.com; jml@ml-legal.com; lmc@ml-legal.com; jmoldovan@morrisoncohen.com; mdallago@morrisoncohen.com; jmsullivan@mwe.com; jmurch@foley.com; joel_gross@aporter.com; john.brannon@tklaw.com; john.gregg@btlaw.com; john.persiani@dinslaw.com; john.sieger@kattenlaw.com; jonathan.greenberg@engelhard.com; jposta@sternslaw.com; jrhunter@hunterschank.com; jrobertson@mcdonaldhopkins.com; jsalmas@mccarthy.ca; lsalzman@mccarthy.ca; jshickich@riddellwilliams.com; jsmairo@pbnlaw.com; jvitale@cwsny.com; jwilson@tylercooper.com; jwisler@cblh.com; jzackin@sillscummis.com; karen.dine@pillsburylaw.com; kcookson@keglerbrown.com; kcunningham@pierceatwood.com; ken.higman@hp.com; khansen@stroock.com; khopkins@milesstockbridge.com; kim.robinson@bfkpn.com; klaw@bbslaw.com; kmiller@skfdelaware.com; Knathan@nathanneuman.com; knorthup@kutchinrufo.com; knye@quarles.com; krk4@daimlerchrysler.com; krosen@lowenstein.com; kwalsh@lordbissell.com; rcovino@lordbissell.com; landy.ralph@pbgc.gov; lawallf@pepperlaw.com; lawtoll@comcast.net; lberkoff@moritthock.com; lcurcio@tpw.com; lekvall@wgllp.com; lisa.moore2@nationalcity.com; lkrepto@mmwr.com; lloyd.sarakin@am.sony.com; lmagarik@kjmlabor.com; lnewman@fagelhaber.com; lpeterson@msek.com; lpinto@wcsr.com; lsarko@kellerrohrback.com; claufenberg@kellerrohrback.com;eriley@kellerrohrback.com; lschwab@bbslaw.com; lwalzer@angelogordon.com; madison.cashman@stites.com; maofiling@cgsh.com; maofiling@cgsh.com; marc.hirschfield@ropesgray.com; margot.erlich@pillsburylaw.com; mark.houle@pillsburylaw.com; marvin.clements@state.tn.us; mblacker@andrewskurth.com; mbusenkell@mnat.com; mcheney@orrick.com; mcruse@wnj.com; mdebbeler@graydon.com; metkin@lowenstein.com; mfarquhar@winstead.com; mgreger@allenmatkins.com; mhager@oshr.com; mhall@burr.com; mhamilton@ampn.com; miag@michigan.gov; miag@michigan.gov; michael.cook@srz.com; michaelz@orbotech.com; mkilgore@UP.com; mlee@contrariancapital.com; jstanton@contrariancapital.com; wraine@contrariancapital.com; solax@contrariancapital.com; mmassad@hunton.com; mmesonesmori@whitecase.com; mmharner@jonesday.com; mnewman@schaferandweiner.com; mrichards@blankrome.com; mrr@previant.com; mscott@riemerlaw.com; mshaiken@stinsonmoheck.com; msmcelwee@varnumlaw.com; mtf@afrct.com; murph@berrymoorman.com; mviscount@foxrothschild.com; mwinthrop@winthropcouchot.com; myarnoff@sbclasslaw.com; myetnikoff@schiffhardin.com; mzelmanovitz@morganlewis.com; nhp4@cornell.edu; niizeki.tetsuhiro@furukawa.co.jp; office@gazesllc.com; oiglesias@wlross.com; pabutler@ssd.com; patrick.bartels@quadranglegroup.com; pbaisier@seyfarth.com; pbarr@jaffelaw.com;

pbilowz@goulstonstorrs.com; pbosswick@ssbb.com; pcostello@bbslaw.com; pgurfein@akingump.com; pjanovsky@zeklaw.com; pjricotta@mintz.com; pmears@btlaw.com; Pretekin@coollaw.com; prubin@herrick.com; raterinkd@michigan.gov; rbeacher@pitneyhardin.com; rcharles@lrlaw.com; rdaversa@mayerbrown.com; rdehney@mnat.com; rdremluk@seyfarth.com; resterkin@morganlewis.com; RGMason@wlrk.com; rgoldi@sotablaw.com; rgordon@clarkhill.com; rgriffin@iuoe.org; rheilman@schaferandweiner.com; rhett.campbell@tklaw.com; richard.epling@pillsburylaw.com; richard.kremen@dlapiper.com; rjones@ambrake.com; rjones@bccb.com; rjsidman@vssp.com; rkidd@srcm-law.com; rmcdowell@bodmanllp.com; rmeth@pitneyhardin.com; rnsteinwurtzel@swidlaw.com; robert.goodrich@stites.com; robert.morris@timken.com; robert.welhoelter@wallerlaw.com; robin.spear@pillsburylaw.com; rparks@mijb.com; rpeterson@jenner.com; rrichards@sonnenschein.com; rrosenbaum@mrrlaw.net; rsz@curtinheefner.com; rthibeaux@shergarner.com; rthibeaux@shergarner.com; rtrack@msn.com; rurbanik@munsch.com; jwielebinski@munsch.com; drukavina@munsch.com; frusadi@cahill.com; rweisberg@carsonfischer.com; rweiss@honigman.com; fgorman@honigman.com; rwyron@orrick.com; sabelman@cagewilliams.com; sagolden@hhlaw.com; sandy@nlsg.com; sarbt@millerjohnson.com; wolfordr@millerjohnson.com; sboyce@sheehan.com; sbrennan@nathanneuman.com; scargill@lowenstein.com; schristianson@buchalter.com; sdonato@bsk.com; sdrucker@clarkhill.com; sean@blbglaw.com; selanders@danielsandkaplan.com; sfreeman@lrlaw.com; sgoldber@quarles.com; sgross@hodgsonruss.com; shandler@sbclasslaw.com; shapiro@steinbergshapiro.com; sharon.petrosino@hp.com; shazan@oshr.com; sholmes@hunton.com; sjennik@kjmlabor.com; sjfriedman@jonesday.com; skhoos@mintz.com; skrause@zeklaw.com; smcook@lambertleser.com; snirmul@gelaw.com; sokeefe@winthropcouchot.com; sopincar@mcdonaldhopkins.com; sosimmerman@kwgd.com; sreisman@cm-p.com; sriemer@phillipsnizer.com; sriley@mcdonaldhopkins.com; srosen@cb-shea.com; sselbst@mwe.com; sshimshak@paulweiss.com; steven.keyes@aam.com; susanwhatley@nixlawfirm.com; tajamie@ajamie.com; tbrink@lordbissell.com; tch@previant.com; tdonovan@finkgold.com; tgaa@bbslaw.com; tkennedy@kjmlabor.com; tmaxson@cohenlaw.com; tmcfadden@lordbissell.com; tomschank@hunterschank.com; trenda@milesstockbridge.com; tsable@honigman.com; tscobb@vssp.com; tslome@rsmllp.com; vdagostino@lowenstein.com; wachstein@coollaw.com; wbeard@stites.com; wendy.brewer@btlaw.com; michael.mccrory@btlaw.com; whanlon@seyfarth.com; whawkins@loeb.com; william.barrett@bfkpn.com; wkohn@schiffhardin.com; wmsimkulak@duanemorris.com; wsavino@damonmorey.com; wshowman@ajamie.com; jboyle@kelleydrye.com; clambrianakos@kelleydrye.com