LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
   mitchell.seider@lw.com
   mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                        )    ss.:
COUNTY OF NEW YORK  )

   Leslie Salcedo, being duly sworn, deposes and says:

   1.   I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

   2.   On March 6, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to Motion for Order Directing Appointment of

NY\1120516.2

General Motors Corporation to Statutory Creditors' Committee, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

        /s/ Leslie Salcedo
        Leslie Salcedo

Sworn to before me this
7th day of March, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1120516.2

**Exhibit A**

**Via Overnight Mail**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Marlane Melican, Esq.

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonard

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
      John K. Lyons
      Ron E. Meisler

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226
Attn: Robert B. Weiss, Esq.
      Frank L. Gorman, Esq.

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
      Karen Craft

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
      Robert H. Trust
      William T. Russell, Jr.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Attn: Martin Bienenstock, Esq.
      Michael P. Kessler, Esq.
      Jeffrey L. Tanennbaum Esq.

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022
Attn: Douglas P. Bartner, Esq.