LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
|    DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
|                   Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                              )  ss.:
COUNTY OF NEW YORK  )

       Leslie Salcedo, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On March 1, 2006, I caused true and correct copies of the Objection of the Official Committee of Unsecured Creditors to the Motion of Law Debenture Trust Company of New York for Leave to Appeal Pursuant to 28 U.S.C. §§ 158(a) and 1292 and the Collateral

Order Doctrine, to be served upon the parties identified in Exhibit A hereto in the manner

indicated therein.

                                                                       /s/ Leslie

Salcedo

                                                                       Leslie Salcedo

Sworn to before me this
7th day of March, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1119965.1

**Exhibit A**

**VIA OVERNIGHT MAIL**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Donald Bernstein

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
        Karen Craft

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonard

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
        Robert H. Trust
        William T. Russell, Jr.

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
        John K. Lyons
        Ron E. Meisler

Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, New York  10036

Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts, 02111