Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

    – and –

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | : |
| | :    **Chapter 11 Case No.** |
| **DELPHI CORPORATION, et al.,** | :    **05-44481 (RDD)** |
| Debtors. | :    **(Jointly Administered)** |

**NOTICE OF WITHDRAWAL OF MOTION FOR**
**ORDER DIRECTING APPOINTMENT OF GENERAL MOTORS**
**CORPORATION TO STATUTORY CREDITORS' COMMITTEE**

TO THE HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE:

      General Motors Corporation ("General Motors"), by and through its undersigned

counsel, hereby withdraws its motion (the "Motion") for entry of an order directing the Office of the

United States Trustee to appoint General Motors to the Delphi Official Committee of Unsecured

Creditors (the "Committee"), which was filed in the above-captioned cases (the "Cases") on

Pg 2 of 2

February 17, 2006 (Docket No. 2443), and states:

      General Motors filed the Motion because it believed and continues to believe its appointment to the Committee would be constructive and facilitate the negotiations towards a consensual resolution of the Cases.  Unfortunately, it is clear from the responses to the Motion filed by the Committee and other parties that General Motors is viewed as an adversary.  General Motors disagrees with that characterization, but the fact that others hold such a view means that its membership on the Committee might be counterproductive, even if its appointment to the Committee were ordered by the Court.  Therefore, General Motors hereby withdraws the Motion.

Dated:  March 8, 2006
       New York, New York

/s/ Michael P. Kessler
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

– and –

Robert B. Weiss, Esq.
Frank L. Gorman, Esq.
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI  48226-3506
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Attorneys for General Motors Corporation