

*Dorothy Brown*

# Clerk *of the* Circuit Court

### *Cook County*

Case Information Summary for Case Number
2003-L-007792

Filing Date: 6/27/2003         Case Type: PERSONAL INJURY (PRODUCT LIABILITY)
Division: Law Division         District: First Municipal
Ad Damnum: $50000.00           Calendar: B

### Party Information

**Plaintiff(s)**                          **Attorney(s)**

O NEILL MARY P                            CLIFFORD LAW OFFICES
                                          P.C.
                                          120 N LASALLE ST3100
                                          CHICAGO IL, 60602
                                          (312) 899-9090


O NEILL LIAM

| **Date of Service** | **Defendant(s)** | **Attorney(s)** |
|---|---|---|
| 7/14/2003 | GENERAL MOTORS CORPORATIO | FEDOTA CHILDERS & MAY P.C<br>70 W.MADISON #3900<br>CHICAGO IL, 60602<br>(312) 236-5015 |
| 7/14/2003 | COMMUNITY MOTORS INC DB | FEDOTA CHILDERS & MAY P.C<br>70 W.MADISON #3900<br>CHICAGO IL, 60602<br>(312) 236-5015 |
| 7/14/2003 | COMMUNITY PONTIAC GMC T | |

| | | |
|---|---|---|
| 7/14/2003 | DELCO REMY INTERNATIONA | STEVENSON RUSIN & FRIEDMA |
| | | 10 SO RIVERSIDE 1530 |
| | | CHICAGO IL, 60606 |
| | | (312) 454-5110 |

7/14/2003    DELPHI CORPORATION

7/14/2003    DELPHI DELCO ELECTRONIC

7/14/2003    DELPHI PACKARD ELECTRIC

## Case Activity

Activity Date: 6/27/2003          Participant: O NEILL MARY P

PERSONAL INJURY (PRODUCT LIABILITY) COMPLAINT FILED (JURY DEMAND)

Court Fee: 501.00          Attorney: CLIFFORD LAW OFFICES P.C.
Judgment Amount: 50000.00

Activity Date: 7/16/2003          Participant: GENERAL MOTORS CORPORATI

SUMMONS - RETD P.S.

Court Date: 7/14/2003

Activity Date: 7/16/2003          Participant: COMMUNITY MOTORS INC DB

SUMMONS - RETD P.S.

Court Date: 7/14/2003
Court Fee: 92.80

Activity Date: 7/16/2003          Participant: COMMUNITY PONTIAC GMC T

SUMMONS - RETD P.S.

Court Date: 7/14/2003

Activity Date: 7/16/2003          Participant: DELCO REMY INTERNATIONA

SUMMONS - RETD P.S.

Court Date: 7/14/2003

Activity Date: 7/24/2003                    Participant: DELPHI CORPORATION

SUMMONS - RETD P.S.

Court Date: 7/10/2003


Activity Date: 7/28/2003                    Participant: DELCO REMY INTERNATIONA

SUMMONS - RETD P.S.

Court Date: 7/8/2003


Activity Date: 8/5/2003                     Participant: DELPHI PACKARD ELECTRIC

SUMMONS - RETD P.S.

Court Date: 7/16/2003
Court Fee: 14.67


Activity Date: 8/6/2003                     Participant: DELCO REMY INTERNATIONA

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: FEDOTA CHILDERS & MAY
                                                      P.C


Activity Date: 8/6/2003                     Participant: GENERAL MOTORS CORPORATIO

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: FEDOTA CHILDERS & MAY
                                                      P.C


Activity Date: 8/6/2003                     Participant: COMMUNITY MOTORS INC DB

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: FEDOTA CHILDERS & MAY
                                                      P.C


Activity Date: 8/6/2003                     Participant: COMMUNITY PONTIAC GMC T

APPEARANCE FILED - FEE PAID -

Court Fee: 140.00                    Attorney: FEDOTA CHILDERS & MAY
                                                      P.C


Activity Date: 8/6/2003                     Participant: DELCO REMY INTERATIONA

NOTICE OF FILING FILED

                                     Attorney: FEDOTA CHILDERS & MAY
                                                      P.C

Activity Date: 8/6/2003                    Participant: DELCO REMY INTERATIONA

PROOF OF SERVICE FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/7/2003                    Participant: DELPHI CORP

TRIAL LAWYER APPEARANCE FILED - NO FEE PAID -

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/7/2003                    Participant: DELPHI DELCO ELECTRION

TRIAL LAWYER APPEARANCE FILED - NO FEE PAID -

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/7/2003                    Participant: DELPHI AUTOMOTIVE

TRIAL LAWYER APPEARANCE FILED - NO FEE PAID -

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/7/2003                    Participant: DELPHI CORPORATION

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 370.00                    Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/7/2003                    Participant: DELPHI DELCO ELECTRONIC

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 370.00                    Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/7/2003                    Participant: DELPHI PACKARD ELECTRIC

APPEARANCE FILED - FEE PAID - (JURY DEMAND)

Court Fee: 370.00                    Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/14/2003                    Participant: DELPHI CORP

CERTIFICATE OF MAILING FILED

Attorney: STEVENSON RUSIN &

FRIEDMA

Activity Date: 8/14/2003                                    Participant: DELPHI CORP

### NOTICE OF MOTION FILED

Court Date: 8/14/2003                          Attorney: STEVENSON RUSIN &
Court Time: 0845                                        FRIEDMA

Activity Date: 8/14/2003                                    Participant: DELPHI CORP

### MOTION FILED

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 8/14/2003                                    Participant: DELPHI CORP

### FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 9/11/2003                          Judge: HOGAN, MICHAEL J.
                                               Microfilm: LD000700442

Activity Date: 8/14/2003                                    Participant: DELPHI DELCO ELE

### FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 9/11/2003                          Judge: HOGAN, MICHAEL J.
                                               Microfilm: LD000700442

Activity Date: 8/14/2003                                    Participant: DELPHI AUTOMOTIVE

### FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 9/11/2003                          Judge: HOGAN, MICHAEL J.
                                               Microfilm: LD000700442

Activity Date: 8/15/2003                                    Participant: DELCO REMY INTL INC

### CERTIFICATE FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/15/2003                                    Participant: DELCO REMY INTL INC

### NOTICE OF MOTION FILED

Court Date: 8/15/2003                          Attorney: FEDOTA CHILDERS & MAY
Court Time: 0845                                        P.C

Activity Date: 8/15/2003                                    Participant: DELCO REMY INTL INC

PROOF OF SERVICE FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/15/2003                    Participant: DELCO REMY INTL INC

MOTION FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/15/2003                    Participant: O NEILL MARY P

CASE MANAGEMENT CALL NOTICE MAILED

Court Date: 10/1/2003
Court Time: 0930

Activity Date: 8/15/2003                    Participant: DELCO REMY INTL

FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD - ALLOWED -

Court Date: 9/8/2003                 Judge: LARSEN, DIANE J.
Microfilm: LD000700272

Activity Date: 8/15/2003                    Participant: DELCO REMY INTL

VACATE ANY OR ALL DEFAULT ORDERS - ALLOWED -

Judge: LARSEN, DIANE J.
Microfilm: LD000700272

Activity Date: 8/18/2003                    Participant: GENERAL MOTORS CORPORATIO

AFFIDAVIT FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/18/2003                    Participant: GENERAL MOTORS CORPORATIO

NOTICE OF MOTION FILED

Court Date: 8/26/2003                 Attorney: FEDOTA CHILDERS & MAY
Court Time: 0930                              P.C

Activity Date: 8/18/2003                    Participant: GENERAL MOTORS CORPORATIO

PROOF OF SERVICE FILED

Attorney: FEDOTA CHILDERS & MAY
P.C

Activity Date: 8/18/2003                    Participant: GENERAL MOTORS CORPORATIO

                                            MOTION FILED

                                                  Attorney: FEDOTA CHILDERS & MAY
                                                            P.C

Activity Date: 8/18/2003                    Participant: GENERAL MOTORS CORPORATIO

                                            MOTION SPINDLED

          Court Date: 8/26/2003                   Attorney: FEDOTA CHILDERS & MAY
          Court Time: 0930                                  P.C

Activity Date: 8/19/2003                    Participant: COMMUNITY MOTORS

                          CERTIFICATE OF MAILING FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: COMMUNITY PONTIAC GMC

                          CERTIFICATE OF MAILING FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: GENERAL MOTORS CORP

                          CERTIFICATE OF MAILING FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: COMMUNITY MOTORS

                    ANSWER TO AMENDED COMPLAINT FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: COMMUNITY PONTIAC GMC

                    ANSWER TO AMENDED COMPLAINT FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: GENERAL MOTORS CORP

                    ANSWER TO AMENDED COMPLAINT FILED

                                            Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                    Participant: COMMUNITY MOTORS

AFFIRMATIVE DEFENSE FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                 Participant: COMMUNITY PONTIAC GMC
AFFIRMATIVE DEFENSE FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                 Participant: GENERAL MOTORS CORP
AFFIRMATIVE DEFENSE FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                 Participant: COMMUNITY PONTIAC GMC
NOTICE OF FILING FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                 Participant: COMMUNITY MOTORS
NOTICE OF FILING FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/19/2003                 Participant: GENERAL MOTORS CORP
NOTICE OF FILING FILED

Attorney: HOLLAND & KNIGHT LLP

Activity Date: 8/26/2003                 Participant: DELCO REMY INTER
FILE APPEARANCE OR JURY DEMAND, ANSWER OR PLEAD – ALLOWED –

Judge: HOGAN, THOMAS LEE
Microfilm: LD000723267

Activity Date: 9/26/2003                 Participant: DELPHI CORPORATION
AFFIDAVIT FILED

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 9/26/2003                 Participant: DELPHI CORPORATION
CERTIFICATE OF MAILING FILED

Attorney: STEVENSON RUSIN &

FRIEDMA

Activity Date: 9/26/2003                          Participant: DELPHI CORPORATION

ANSWER TO COMPLAINT FILED

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 9/26/2003                          Participant: DELPHI CORPORATION

NOTICE OF FILING FILED

Attorney: STEVENSON RUSIN &
FRIEDMA

Activity Date: 10/1/2003                          Participant: O NEILL MARY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 10/15/2003          Judge: HOGAN, MICHAEL J.
Court Time: 1015                Microfilm: LD000840889

Activity Date: 10/1/2003                          Participant: GENERAL MOTORS

CASE ASSIGNED TO CATEGORY 2 - DISC. COMPLETED IN 28 MONTHS

Judge: HOGAN, MICHAEL J.
Microfilm: LD000840889

Activity Date: 10/15/2003                         Participant: O NEILL MARY

DISCOVERY - ALLOWED -

Court Date: 1/15/2004          Judge: HOGAN, MICHAEL J.
Microfilm: LD000873495

Activity Date: 10/15/2003                         Participant: O NEILL MARY

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 1/15/2004          Judge: HOGAN, MICHAEL J.
Court Time: 0200               Microfilm: LD000873495

Activity Date: 10/31/2003                         Participant: O NEILL MARY P

CERTIFICATE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 10/31/2003                         Participant: O NEILL MARY P

NOTICE OF MOTION FILED

Court Date: 10/31/2003                          Attorney: CLIFFORD LAW OFFICES P.C.
Court Time: 0845


Activity Date: 10/31/2003                          Participant: O NEILL MARY P
PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 10/31/2003                          Participant: O NEILL MARY P
MOTION FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 10/31/2003                          Participant: DELCO REMY
VOLUNTARY DISMISSAL SPECIFIC DEFENDANT W/LEAVE TO REFILE-
ALLOWED

Judge: HOGAN, MICHAEL J.
Microfilm: LD000930348


Activity Date: 1/15/2004                          Participant: O NEILL
DISCOVERY - ALLOWED -

Court Date: 3/18/2004                    Judge: HOGAN, MICHAEL J.
Microfilm: LD000052238


Activity Date: 1/15/2004                          Participant: O NEILL
DISCOVERY - ALLOWED -

Court Date: 1/29/2004                    Judge: HOGAN, MICHAEL J.
Microfilm: LD000052238


Activity Date: 1/15/2004                          Participant: O NEILL
CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 3/18/2004                    Judge: HOGAN, MICHAEL J.
Court Time: 0230                         Microfilm: LD000052238


Activity Date: 1/23/2004                          Participant: DELPHI CORP
SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC

Microfilm: LD000072365

Activity Date: 1/23/2004                    Participant: DELPHI DELCO

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC
Microfilm: LD000072365

Activity Date: 1/23/2004                    Participant: DELPHI AUTOMOTIV

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC
Microfilm: LD000072365

Activity Date: 1/23/2004                    Participant: DELPHI AUTOMOTIV

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: RUSIN,MACIOROWSKI,FRIEDMN
Microfilm: LD000072365

Activity Date: 1/23/2004                    Participant: DELPHI DELCO

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: RUSIN,MACIOROWSKI,FRIEDMN
Microfilm: LD000072365

Activity Date: 1/23/2004                    Participant: DELPHI CORP

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: RUSIN,MACIOROWSKI,FRIEDMN
Microfilm: LD000072365

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

CERTIFICATE OF MAILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

CERTIFICATE OF MAILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

CERTIFICATE OF MAILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                    Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

PETITION TO PRODUCE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

PETITION TO PRODUCE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

PETITION TO PRODUCE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

PETITION TO PRODUCE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                     Participant: O NEILL MARY P

PETITION TO PRODUCE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                         Participant: O NEILL MARY P

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                         Participant: O NEILL MARY P

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/4/2004                         Participant: O NEILL MARY P

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/6/2004                         Participant: O NEILL MARY

CERTIFICATE OF MAILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/6/2004                         Participant: O NEILL MARY

RESPONSE / REPLY - FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/6/2004                         Participant: O NEILL MARY

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 2/6/2004                         Participant: O NEILL MARY

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 3/18/2004                        Participant: DELPHI CORP

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: SECREST WARDLE LYNCH
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: DELPHI DELCO

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: SECREST WARDLE LYNCH
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: DELPHI AUTOMOTIVE

SUBSTITUTE OR ADD ATTORNEY - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: SECREST WARDLE LYNCH
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: DELPHI AUTOMOTIVE

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: DELPHI DELCO

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: DELPHI CORP

WITHDRAWAL OF ATTORNEY FROM CASE - ALLOWED -

Judge: HOGAN, MICHAEL J.
Attorney: PATTON & RYAN LLC
Microfilm: LD000221990

Activity Date: 3/18/2004                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 5/20/2004                 Judge: HOGAN, MICHAEL J.
Court Time: 0230                      Microfilm: LD000221991

Activity Date: 5/17/2004                                    Participant: DELPHI

INTERROGATORIES TO BE ANSWERED UNDER OATH FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 5/17/2004                                    Participant: DELPHI

LETTER RETURNED FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 5/17/2004                                    Participant: DELPHI

NOTICE OF FILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 5/17/2004                                    Participant: DELPHI

PROOF OF SERVICE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 5/20/2004                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 7/22/2004            Judge: HOGAN, MICHAEL J.
Court Time: 1200                 Microfilm: LD000382075


Activity Date: 7/15/2004                            Participant: DELPHI CORPORATION

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 7/15/2004                            Participant: DELPHI CORPORATION

NOTICE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 7/15/2004                            Participant: DELPHI CORPORATION

NOTICE OF CHANGE OF OFFICE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 7/20/2004                            Participant: GENERAL MOTORS

CERTIFICATE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 7/22/2004                                Participant: GENERAL

APPEARANCE FILED - NO FEE PAID -

Attorney: JENNER & BLOCK

Activity Date: 7/22/2004                              Participant: COMMUNITY

### APPEARANCE FILED – NO FEE PAID –

Attorney: JENNER & BLOCK

Activity Date: 7/22/2004                              Participant: O NEILL

### TAKING OF DEPOSITION – ALLOWED –

Court Date: 11/22/2004                    Judge: HOGAN, MICHAEL J.
                                          Microfilm: LD000540430

Activity Date: 7/22/2004                              Participant: GENERAL MOTORS

### SUBSTITUTE OR ADD ATTORNEY – ALLOWED –

                                          Judge: HOGAN, MICHAEL J.
                                          Attorney: JENNER & BLOCK
                                          Microfilm: LD000540429

Activity Date: 7/22/2004                              Participant: GENERAL MOTORS

### WITHDRAWAL OF ATTORNEY FROM CASE – ALLOWED –

                                          Judge: HOGAN, MICHAEL J.
                                          Attorney: HOLLAND & KNIGHT LLP
                                          Microfilm: LD000540429

Activity Date: 7/22/2004                              Participant: O NEILL

### DISCOVERY – ALLOWED –

Court Date: 9/22/2004                     Judge: HOGAN, MICHAEL J.
                                          Microfilm: LD000540430

Activity Date: 7/22/2004                              Participant: O NEILL

### DISCOVERY – ALLOWED –

Court Date: 9/22/2004                     Judge: HOGAN, MICHAEL J.
                                          Microfilm: LD000540430

Activity Date: 7/22/2004                              Participant: DELPHI

### DISCOVERY – ALLOWED –

Court Date: 9/22/2004                     Judge: HOGAN, MICHAEL J.
                                          Microfilm: LD000540430

Activity Date: 7/22/2004                                    Participant: O NEILL

DISCOVERY - ALLOWED -

Court Date: 8/2/2004                    Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000540430


Activity Date: 7/22/2004                                    Participant: O NEILL

DISCOVERY - ALLOWED -

Court Date: 8/23/2004                   Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000540430


Activity Date: 7/22/2004                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 11/30/2004                  Judge: HOGAN, MICHAEL J.
Court Time: 1015                        Microfilm: LD000540430


Activity Date: 10/5/2004                            Participant: DELPHI DELCO ELECTRIC

CERTIFICATE OF MAILING FILED

                                        Attorney: SECREST WARDLE LYNCH


Activity Date: 10/7/2004                            Participant: DELPHI DELCO ELECTRIC

NOTICE FILED

                                        Attorney: SECREST WARDLE LYNCH


Activity Date: 11/30/2004                                   Participant: O NEIL

DISCOVERY - ALLOWED -

Court Date: 12/15/2004                  Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000850575


Activity Date: 11/30/2004                                   Participant: DELPHI

DISCOVERY - ALLOWED -

Court Date: 12/15/2004                  Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000850575


Activity Date: 11/30/2004                                   Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 12/15/2004                  Judge: HOGAN, MICHAEL J.
Court Time: 1015                        Microfilm: LD000850575

Activity Date: 12/15/2004                              Participant: O NEILL MARY P

                AFFIDAVIT FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL LIAM P

                AFFIDAVIT FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL MARY P

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL MARY P

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL LIAM P

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL LIAM P

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL MARY P & LIAM

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL MARY P & LIAM

                CERTIFICATE FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL MARY P

                ANSWER TO INTERROGATORIES FILED
                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                              Participant: O NEILL LIAM P

ANSWER TO INTERROGATORIES FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                    Participant: O NEILL MARY P & LIAM

RESPONSE / REPLY - FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                         Participant: O NEILL MARY P

NOTICE OF FILING FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                         Participant: O NEILL LIAM P

NOTICE OF FILING FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                    Participant: O NEILL MARY P & LIAM

NOTICE OF FILING FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                    Participant: O NEILL MARY P & LIAM

NOTICE OF FILING FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                         Participant: O NEILL MARY P

PROOF OF SERVICE FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                         Participant: O NEILL LIAM P

PROOF OF SERVICE FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                    Participant: O NEILL MARY P & LIAM

PROOF OF SERVICE FILED

                                              Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                                  Participant: O NEILL MARY P & LIAM

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/15/2004                                  Participant: DELPHIE

EXECUTE OR PERFORM - ALLOWED -

Court Date: 2/1/2005                    Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000900615

Activity Date: 12/15/2004                                  Participant: DELPHIE

DISCOVERY - ALLOWED -

Court Date: 12/20/2004                  Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000900615

Activity Date: 12/15/2004                                  Participant: DELPHIE

EXCHANGE INFORMATION - ALLOWED -

Court Date: 12/22/2004                  Judge: HOGAN, MICHAEL J.
                                        Microfilm: LD000900615

Activity Date: 12/15/2004                                  Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 2/4/2005                    Judge: HOGAN, MICHAEL J.
Court Time: 1015                        Microfilm: LD000900615

Activity Date: 12/16/2004                                  Participant: O NEILL MARY

CERTIFICATE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/16/2004                                  Participant: O NIELL MARY

CERTIFICATE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/16/2004                                  Participant: O NEILL MARY

EXHIBITS FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/16/2004                          Participant: O NIELL MARY

EXHIBITS FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: GENERAL MOTORS CORP

INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: GENERAL MOTORS CORP

ANSWER FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: O NEILL MARY

ANSWER TO INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: O NEILL MARY

ANSWER TO INTERROGATORIES FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: O NEILL MARY

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: O NIELL MARY

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: GENERAL MOTORS CORP

NOTICE OF FILING FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 12/16/2004                          Participant: O NEILL MARY

PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/16/2004

Participant: O NIELL MARY

### PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/16/2004

Participant: GENERAL MOTORS CORP

### PROOF OF SERVICE FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### AFFIDAVIT FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### AFFIDAVIT FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### ANSWER TO INTERROGATORIES FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

### ANSWER TO INTERROGATORIES FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

RESPONSE / REPLY - FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

RESPONSE / REPLY - FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 12/23/2004

Participant: DELPHI CORPORATION

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 1/7/2005

Participant: O NEILL MARY

EXHIBITS FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 1/7/2005

Participant: O NEIL MARY

EXHIBITS FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 1/7/2005

Participant: O NEILL MARY

NOTICE OF DEPOSITION FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 1/7/2005

Participant: O NEILL MARY

NOTICE OF DEPOSITION FILED

Attorney: CLIFFORD LAW OFFICES P.C.

Activity Date: 1/24/2005

Participant: DELPHI CORP

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 1/24/2005

Participant: DELPHI CORP

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 2/4/2005                                    Participant: O NEILL

TAKING OF DEPOSITION - ALLOWED -

Court Date: 4/4/2005                        Judge: HOGAN, MICHAEL J.
                                            Microfilm: LD000170022


Activity Date: 2/4/2005                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 4/8/2005                        Judge: HOGAN, MICHAEL J.
Court Time: 0945                            Microfilm: LD000170022


Activity Date: 2/9/2005                                Participant: O NEILL MARY

EXHIBITS FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 2/9/2005                                Participant: O NEILL MARY

NOTICE OF DEPOSITION FILED

Attorney: CLIFFORD LAW OFFICES P.C.


Activity Date: 2/28/2005                            Participant: DELPHI CORP

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 2/28/2005                            Participant: DELPHI CORP

NOTICE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 2/28/2005                            Participant: DELPHI CORP

MOTION FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 3/21/2005                            Participant: DELPHI CORP

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 3/21/2005                            Participant: DELPHI CORP

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 3/21/2005                                   Participant: DELPHI CORP

NOTICE OF DEPOSITION FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 4/5/2005                                    Participant: DELPHI

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 4/5/2005                                    Participant: DELPHI

NOTICE OF HEARING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 4/8/2005                                    Participant: O NEILL

DISCOVERY - ALLOWED -

Court Date: 5/9/2005                     Judge: HOGAN, MICHAEL J.
                                         Microfilm: LD000320091

Activity Date: 4/8/2005                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 7/7/2005                     Judge: HOGAN, MICHAEL J.
Court Time: 0200                         Microfilm: LD000320091

Activity Date: 7/7/2005                                    Participant: O NEILL

EXCHANGE INFORMATION - ALLOWED -

Court Date: 7/11/2005                    Judge: HOGAN, MICHAEL J.
                                         Microfilm: LD000580611

Activity Date: 7/7/2005                                    Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 8/11/2005                    Judge: HOGAN, MICHAEL J.
Court Time: 1200                         Microfilm: LD000580611

Activity Date: 8/2/2005                                    Participant: DELPHI CORP

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/2/2005                      Participant: DELPHI CORP

MOTION FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005                      Participant: DELPHI CORP

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005              Participant: DELPHI DELCO ELECTRONI

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005              Participant: DELPHI AUTOMOTIVE SYST

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005                      Participant: DELPHI CORP

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005              Participant: DELPHI DELCO ELECTRONI

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005              Participant: DELPHI AUTOMOTIVE SYST

NOTICE FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005                      Participant: DELPHI CORP

NOTICE OF HEARING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005              Participant: DELPHI DELCO ELECTRONI

NOTICE OF HEARING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/3/2005                          Participant: DELPHI AUTOMOTIVE SYST

NOTICE OF HEARING FILED

Attorney: SECREST WARDLE LYNCH

Activity Date: 8/4/2005                          Participant: GENERAL MOTORS CORPORATIO

EXHIBITS FILED

Attorney: JENNER & BLOCK

Activity Date: 8/4/2005                          Participant: GENERAL MOTORS CORPORATIO

NOTICE OF MOTION FILED

Court Date: 8/12/2005                Attorney: JENNER & BLOCK
Court Time: 1000

Activity Date: 8/4/2005                          Participant: GENERAL MOTORS CORPORATIO

PROOF OF SERVICE FILED

Attorney: JENNER & BLOCK

Activity Date: 8/4/2005                          Participant: GENERAL MOTORS CORPORATIO

MOTION FILED

Attorney: JENNER & BLOCK

Activity Date: 8/4/2005                          Participant: GENERAL MOTORS CORPORATIO

MOTION SPINDLED

Court Date: 8/12/2005                Attorney: JENNER & BLOCK
Court Time: 1000

Activity Date: 8/5/2005                          Participant: GENERAL MOTORS CORPORA

CERTIFICATE OF MAILING FILED

Attorney: JENNER & BLOCK

Activity Date: 8/5/2005                          Participant: GENERAL MOTORS CORPORA

AMENDED NOTICE FILED

Attorney: JENNER & BLOCK

Activity Date: 8/11/2005                                    Participant: O NEILL

### PROTECTIVE ORDER - ALLOWED -

Judge: HOGAN, MICHAEL J.
Microfilm: LD000691756


Activity Date: 8/11/2005                                    Participant: O NEILL

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 8/25/2005            Judge: HOGAN, MICHAEL J.
Court Time: 1015                 Microfilm: LD000691753


Activity Date: 8/25/2005                                    Participant: O NEILL

### CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 10/20/2005           Judge: HOGAN, MICHAEL J.
Court Time: 1145


Activity Date: 10/13/2005                                   Participant: DELPHI

### CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/13/2005                                   Participant: DELPHI

### EXHIBITS FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/13/2005                                   Participant: DELPHI

### EXHIBITS FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/13/2005                                   Participant: DELPHI

### MOTION FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/20/2005                                   Participant: DELPHI

### FILE AMENDMENT OR ADDITIONAL OR AMENDED PLEADINGS - ALLOWED -

Court Date: 11/17/2005           Judge: MCDONALD, BARBARA A
                                 Microfilm: LD000911167

Activity Date: 10/20/2005                                          Participant: O NEILL

CASE CONTINUED FOR CASE MANAGEMENT CONFERENCE - ALLOWED -

Court Date: 11/23/2005              Judge: MCDONALD, BARBARA A
Court Time: 1100                    Microfilm: LD000911167


Activity Date: 10/25/2005                              Participant: O NEILL MARY P

CASE RELEASED FOR TRIAL ASSIGNMENT

Microfilm: 999999999


Activity Date: 10/26/2005                                         Participant: DELPHI

CERTIFICATE OF MAILING FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/26/2005                                         Participant: DELPHI

NOTICE FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/26/2005                                         Participant: DELPHI

NOTICE OF BANKRUPTCY FILED

Attorney: SECREST WARDLE LYNCH


Activity Date: 10/31/2005                                         Participant: DELPHI

NOTICE OF BANKRUPTCY FILED

Attorney: PRO SE


Activity Date: 10/31/2005                                         Participant: DELPHI

NOTICE OF BANKRUPTCY FILED

Attorney: PRO SE


Activity Date: 10/31/2005                                         Participant: DELPHI

NOTICE OF BANKRUPTCY FILED

Attorney: PRO SE


Activity Date: 11/23/2005                                          Participant: O NEILL

PLACE ON BANKRUPTCY CALENDAR - ALLOWED -

Judge: HOGAN, MICHAEL J.

Microfilm: LD001021739

Please note: Neither the Circuit Court of Cook County nor the Clerk of the
Circuit Court of Cook County warrants the accuracy, completeness, or the currency
of this data. This data is not an official record of the Court or the Clerk and may
not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data
in our master database.

Return to Search Page