UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
        In re                                  :    Chapter 11
                                       :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                       :
                      Debtors.    :    (Jointly Administered)
                                       :
------------------------------------ x

## AFFIDAVIT OF NON-LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF NEW YORK            )
                                    ) ss:
COUNTY OF NIAGARA           )

        Anthony Ying, being duly sworn, deposes and says:

        1.     I am a principal of Conestoga-Rovers & Associates, Inc. ("CRA") which firm maintains offices at 2055 Niagara Falls Blvd., Suite #3, Niagara Falls, NY, 14304.

        2.     Neither I, "CRA", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors-in-possession (the "Debtors"), their creditors, or any other party-in-interest, or their attorneys, except as set forth in this affidavit.

        3.     "CRA", has represented and advised the Debtors in environmental consulting with respect to a broad range of aspects of the Debtors' businesses.

        4.     The Debtors have requested, and "CRA" has agreed, to continue to represent and advise the Debtors pursuant to section 327(e) of title 11 of the United States Code, 11 U.S.C. §§101-1330, as amended (the "Bankruptcy Code"), with resuipect to such matters. Additionally, the Debtors have requested, and "CRA" proposes, to render the following services to the Debtors: **Environmental Consulting Services**

        5.     "CRA"'s current fees arrangement is net 30

        6.     Except as set forth herein, no promises have been received by "CRA" or any partner, auditor or other member thereof as to compensation in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee.

      7.    "CRA" has no agreement with any entity to share with such entity any compensation received by "CRA".

      8.    "CRA" and its partners, auditors, and other members may have in the past represented, currently represent, and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending chapter 11 cases. "CRA" does not and will not represent any such entity in connection with these pending chapter 11 cases and does not have any relationship with any such entity, attorneys, or accountants that would be adverse to the Debtors or their estates.

      9.    Neither I, "CRA", nor any partner, auditor or other member thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors, or their estates in the matters upon which "CRA" is to be engaged.

      10.    The foregoing constitutes the statement of "CRA" pursuant to sections 329 and 504 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016(b).

FURTHER AFFIANT SAYETH NOT

_____
Anthony Ying

Subscribed and sworn before me
this 8th day of March, 2006

_____
Notary Public

Linda M. DiBartolomeis
Notary Public - State of New York
Expiration Date 6/12/ 2007

2

## CERTIFICATE OF SERVICE

Anthony Ying, Treasurer, hereby certifies that on March 7, 2006, served a copy of the Affidavit of Non-Legal Ordinary Counsel Professional, upon the following interested parties via first class mail:

Delphi Corporation
Attention: General Counsel
5725 Delphi Drive
Troy, MI 48098
U.S.A.

Latham & Watkins
Attention: Mark A. Broude, Esq.
885 Third Avenue
New York, N.Y. 10022
U.S.A.

Skadden, Arps, Slate, Meagher & Flom
Attention: John W. Butler, Jr., Esq.
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
U.S.A.

Simpson Thacher & Bartlett LLP
Attention: Marissa Wesley, Esq.
425 Lexington Avenue
New York, N.Y. 10017
U.S.A.

United States Trustee
Attention: Alicia M. Leonhard, Esq.
33 Whitehall Street
Suite 2100
New York, N.Y. 10044
U.S.A.

Davis Polk & Wardwell
Attention: Marlane Melican, Esq.
450 Lexington Avenue
New York, N.Y. 10017
U.S.A.

Dated 3/8/06

Anthony Ying
2055 Niagara Falls Blvd.
Suite #3
Niagara Falls, N.Y. 14304
(716) 297-6150

Sworn before me this 8th
day of March, 2006.

Linda M. DiBartolomeis
Notary Public

**Linda M. DiBartolomeis**
Notary Public - State of New York
Expiration Date 6/12/2007