UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

State of Illinois    )
                     )  ss.:
County of Cook       )

### AFFIDAVIT OF SERVICE

Maria E. Mazza, being duly sworn, deposes and says:

I am not a party to the action. I am over the age of eighteen years and reside in Chicago, Illinois.

On March 8, 2006, I served a copy of the Motion for Relief from Automatic Stay filed by Petitioners Mary P. O'Neill and Liam P. O'Neill by causing true and correct copies of the same to be sent by overnight mail to the persons on the attached list.

"OFFICIAL SEAL"
Stephanie E. Jost
Notary Public, State of Illinois
My Commission Exp. 02/03/2007

_____
Maria E. Mazza

Sworn to before me this 8th
day of March, 2006.

_____
NOTARY PUBLIC

X:\wp51\CLIFFORD\O'Neill v. General Motors Corporation, et al\PLeadings\OvernightAffidavit.wpd