United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 }<br>}<br>}<br>}<br>} Case No.<br>} 05-44640<br>}<br>Debtor  } Amount $1,200.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

WARREN TRUMBULL URBAN LEAGUE INC
290 W MARKET ST
WARREN, OH 44481

The transfer of your claim as shown above in the amount of $1,200.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

784336

Chris Oh
Liquidity Solutions, Inc.
201-968-0001

------------------------------------------------(CUT HERE)------------------------------------------------

### TRANSFER NOTICE

WARREN TRUMBULL URBAN LEAGUE INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: DELPHI AUTOMOTIVE SYSTEMS LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the WARREN TRUMBULL URBAN LEAGUE INC Claims of Assignor in the aggregate amount of $1,200.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 2nd day of March, 2006

**WARREN TRUMBULL URBAN LEAGUE INC**

_____
(Signature)

Thomas S. Conley President
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

Chris Oh
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
WARREN TRUMBULL URBAN LEAGUE INC

