United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $5,553.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

NEW DIMENSIONS INC
1707 MARQUETTE AVENUE
BAY CITY, MI 48706

The transfer of your claim as shown above in the amount of $5,553.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Chris Oh
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

778309

----------------------------------------(CUT HERE)----------------------------------------

**TRANSFER NOTICE**

NEW DIMENSIONS INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the NEW DIMENSIONS INC Claims of Assignor in the aggregate amount of **$5,553.00** representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _13_ day of _February_ 2006

NEW DIMENSIONS INC

REVENUE MANAGEMENT

_____
(Signature)

_____
(Signature)

Jerri Gavord / Executive Director
(Print Name and Title)

_____
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
NEW DIMENSIONS INC

778309