Eric Lopez Schnabel (ES 5553)
DeWitt Brown (DB 5720)
KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
Phone: (302) 552-4200
Counsel to Entergy

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND
## FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that Entergy Services, Inc., pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, hereby appears through **KLETT ROONEY LIEBER & SCHORLING**, its undersigned counsel, and requests services of all notices and documents herein upon:

KLETT ROONEY LIEBER & SCHORLING
A Professional Corporation
1000 West Street, Suite 1410
Wilmington, DE 19801
ATTN: Eric L. Schnabel (schnabel@klettrooney.com)
ATTN: DeWitt Brown (dbrown@klettrooney.com)

and

ENTERGY SERVICES, INC.
7411 Highway 51 North
Southaven, MS 38671
ATTN: Alan H. Katz (akatz@entergy.com)

PLEASE TAKE FURTHER NOTICE, that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, their property, or their estate.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Demand for Service of Notices and Documents (the "Notice") nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purposes other than with respect to this Notice; (v) an election of remedy; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Wilmington, Delaware
March 10, 2006

        **KLETT ROONEY LIEBER & SCHORLING**
        A Professional Corporation

        By: */s/ Eric Lopez Schnabel*
            Eric Lopez Schnabel (ES 5553)
            DeWitt Brown (DB 5720)
            The Brandywine Building
            1000 West Street, Suite 1410
            Wilmington, DE 19801
            Phone: (302) 552-4200
            Email: schnabel@klettrooney.com
            Email: dbrown@kleetrooney.com
            Counsel to Entergy