UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK            X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

PARTIAL NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Markel Corporation
               435 School Lane
               Plymouth Meeting, PA  19482
               Attn: James Hoban

               Markel Corp. EFT
               PO Box 7780 1434
               Philadelphia, PA  19182

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Markel Corporation (the "Transferor") in the partial amount of **$23,159.36,** (actual schedule amount is $32,476.00) against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____    Transferee_____   Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**MARKEL CORPORATION**, a _Pennsylvania_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 3, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured scheduled amount (the "Claim"), in the amount listed on Schedule A attached hereto, against Delphi Automotive Systems LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44640 attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _3_ day of _MARCH_ 2006.

(Assignor)
**MARKEL CORPORATION**

By: _[signature]_
Name: _JAMES A. HOBAN_
Title: _EXECUTIVE VICE PRESIDENT & CHIEF FINANCIAL OFFICER_

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: _JANICE STANTON_
Title: _Member_

(Assignor)
**WITNESS:**

By: _[signature]_
Name: _DORI FEDAK_
Title: _CREDIT & Collections Assoc._

KL2:2394444.1

## Schedule A
### Markel Corporation

| Debtor | Creditor | Case Number | Scheduled Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | Markel Corporation | 05-46640 | 32,478.00 |
| | Reclamation | | 6,585.01 |
| | Unsecured | | 23,159.36 |
| Total | | | $ 32,478.00  $ 31,744.37 |



Initials:
Seller
Buyer