# UNITED STATES BANKRUPTCY COURT FOR THE
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC <br><br><br>Debtor | Chapter 11 <br> Case Nos. 05-44481 <br> Claim No. 1192 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   EXAIR CORP    ("Transferor")
[TRANSFEROR NAME & ADDRESS]
LOCK BOX 00766
CINCINATI, OH 452640766

2.   Please take notice of the transfer of **$136.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $136.00 to:
Madison Niche Opportunities, LLC    ("Transferee")
[TRANSFEREE NAME & ADDRESS]
6310 Lamar Ave
Suite 120
Overland Park, KS 66202

No action is required if you do not object to the transfer of your claim.

Kristy Stark
Madison Liquidity Investors, LLC
800-896-8913

# UNITED STATES BANKRUPTCY COURT FOR THE
# NEW YORK SOUTHERN BANKRUPTCY COURT

| In re: Delphi Automotive Systems LLC | Chapter 11 |
|---|---|
| Debtor | Case Nos. 05-44481<br>Claim No. 1193 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   EXAIR CORP                                              ("Transferor")
           [TRANSFEROR NAME & ADDRESS]
           LOCK BOX 00766
           CINCINATI, OH 452640766

2.   Please take notice of the transfer of $1,485.86 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim").

   Transfer $1485.86 to:
   Madison Niche Opportunities, LLC                   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave
   Suite 120
   Overland Park, KS 66202

No action is required if you do not object to the transfer of your claim.

Kristy Stark
Madison Liquidity Investors, LLC
800-896-8913

# UNITED STATES BANKRUPTCY COURT FOR THE
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor | Chapter 11<br>Case Nos. 05-44481<br>Claim No. 1191 |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   EXAIR CORP                                                ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   LOCK BOX 00766
   CINCINATI, OH 452640766

2. Please take notice of the transfer of **$979.20** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $**979.20** to:
   Madison Niche Opportunities, LLC                   ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave
   Suite 120
   Overland Park, KS 66202

No action is required if you do not object to the transfer of your claim.

_____
Kristy Stark
Madison Liquidity Investors, LLC
800-896-8913