BLANK ROME LLP
405 Lexington Avenue
New York, New York 10174
(212) 885-5000
Marc E. Richards (MR-9465)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## STATEMENT OF BLANK ROME LLP PURSUANT TO BANKRUPTCY RULE 2019

In accordance with Federal Rule of Bankruptcy Procedure 2019, Blank Rome LLP ("Blank Rome") files this statement of multiple representation and states as follows:

1. Blank Rome is a law firm representing the following creditors and/or parties in interest in these bankruptcy cases:

   A.  Denso International America, Inc.
       24777 Denso Drive
       P.O. Box 5047
       Southfield, MI  48086-5074

   B.  Special Devices Incorporated
       14370 White Sage Road
       Moorpark, CA  93021

   C.  Alpine Electronics of America, Inc.
       19145 Gramercy Place
       Torrence, CA  90501

2. These are separate representations. They are not representations under which Blank Rome's clients are acting together pursuant to a deposit agreement, proxy or committee arrangement. Information about the claims held by Blank Rome's clients will be set forth in the clients' respective proofs of claim when filed.

124113.01600/6455158v.1

    3.  Blank Rome may also represent other clients in matters pertaining to the Debtors and in the future may undertake other engagements. Those representations may or may not result in representations in these bankruptcy cases; if they do result in representations in the bankruptcy cases, this Statement shall be supplemented.

Dated: New York, New York
    March 10, 2006

             BLANK ROME LLP


             By: /s/ Marc E. Richards
               Marc E. Richards (MR-9465)
               A Member of the Firm
             405 Lexington Avenue
             New York, New York 10174
             (212) 885-5000


Sworn to before me this
10th day of March, 2006


/s/ Ruby Hyde
Notary Public, State of New York
No. 01HY6040493
Qualified in Bronx County
Commission Expires April 24, 2006

-2-

## CERTIFICATE OF SERVICE

I hereby certify that I am a member of the law firm of Blank Rome LLP and that on March 10, 2006, I caused to be served a true and correct copy of the *Statement of Blank Rome LLP Pursuant to Bankruptcy Rule 2019* upon the parties listed below by regular mail.

Dated: New York, New York
March 10, 2006

/s/ Marc E. Richards
MARC E. RICHARDS

Douglas P. Bartner
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069

Kayalyn A. Marafioti
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Mark A. Broude
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Tracy Hope Davis
United States Trustee Office
33 Whitehall Street
21st Floor
New York, NY 10004

124113.01600/6455158v.1