UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------------------------
In re:                                          :       In Proceedings for
                                                :       A Reorganization Under Chapter 11
                                                :
                                                :       Case No. 05-44481
                                                :       Jointly Administered
Delphi Automotive Systems LLC, et al.           :
                                  Debtor  :
---------------------------------------------------------
```

SCHEDULED CLAIM: 1628475-10400398

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(1) FOR FILED CREDITOR,
Palma Tool & Die Co. Inc. , IN THE SCHEDULED AMOUNT OF $48,815.08,
TO MIDTOWN CLAIMS LLC**

TO Transferor:  Palma Tool & Die, Inc.
       40 Ward Road
       Lancaster, NY  14086
       Attention:: William Tate, Snr.
       PH: (716) 681-4464
       FX: (716) 681-4785

PLEASE TAKE NOTICE that the transfer of $48,815.08 of the above-captioned general unsecured claim has been transferred to:

TO Transferee:  Midtown Claims LLC
       Attention: Eileen Shay
       885 Third Avenue, Suite 3300
       New York, NY 10022
       Facsimile: (212) 371-4318

  The Transfer Agreement is attached as Exhibit A hereto.  No action is required _if you do not object_ to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

    **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
     Attention:: Deputy Clerk
     United States Bankruptcy Court Southern District of New York
     Alexander Hamilton Custom House
     One Bowling Green
     New York, New York 10004-1408

--    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
     Refer to **INTERNAL CONTROL NO.** _____ in your objection.
     If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.**

```
-------------------------------------------------------------------
```
**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2005.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ____ Transferee ____ Debtor's Attorney ____

          _____
            Deputy Clerk

PALMA 3.1.06            -7-

<u>Exhibit A</u>

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Palma Tool & Die Co Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems LLC (the "Debtor"), Debtor in Case No. 05-44481 ("Case") Jointly Administered, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _3RD_ day of _MARCH_, 2006.

ASSIGNOR                                    ASSIGNEE

Palma Tool & Die, Inc.                      Midtown Claims LLC

By: _William Tate_                          By: _____
Authorized Signatory                        Authorized Signatory
Name: _WILLIAM TATE, SR._                   Name: _Anthony A. Ypscloff_
Title: _PRESIDENT_                          Title: _Managing Member_


(ASSIGNOR)

WITNESS

By: _Sandra Burger_
Name: _SANDRA BURGER_
Title: _BOOKKEEPER_

-8-

PALMA 3.1.06