RIS the paper house

635 West 7th Street, Suite 101 Cincinnati, Ohio 45203 USA
T (800) 543-0410 F (513) 721-0636

February 27 2006

United States Bankruptcy Court
Southern District of New York
Bowling Green Station PO Box 5058
New York NY 10274-5058

Re: Delphi Corp.
Case No 05-44481

Gentlemen

Ris Paper Co has transferred our claim of $1871.50 to Sierra Liquidity Fund 2699 White Rd Ste 255 Irvine Ca. 92614 as noted on February 15 2006.

We have received notice of February 17 2006 our claim of $22936720 was transferred to Sierra Liquidity Fund.

We have no claim in the amount of $229367.20.

Please review your files as our claim is $1871.50 and transferred to the client for $1871.50

Thomas Palace
Regional Credit Mgr.

CC Kurtzman Carson Consultants
Delphi Transfer Objection
10 Culver Blvd Ste 1
Los Angeles Ca 90066

United States Bankruptcy Court
Southern District of New York

In re  Delphi Corporation., et al )   )   Chapter 11
)
)   Case No. 05-44481 (RDD)
)   (Jointly Administered)
)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(1) or (3)**

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:   RIS Paper Company
635 W 7th St
Cincinnati, OH 45203

Please note that the liability to you listed in the amount of $229,367.20 in the Schedules of Assets and Liabilities in the above referenced case has been transferred (unless previously expunged by court order) to:

Sierra Liquidity Fund
2699 White Rd Ste 255
Irvine, CA 92614

US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Kurtzman Carson Consultants LLC
Delphi Transfer Objections
12910 Culver Blvd., Ste. I
Los Angeles, CA 90066

Date: February 17, 2006        By:   /s/
                                    Kenneth W Chow, Jr.



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK ____ X

In re:

DELPHI CORPORATION, et al.
DELPHI AUTOMOTIVE SYSTEMS, LLC ____ X
               Debtor

Chapter 11
Case No. 05-44481 & 05-44640

### NOTICE OF TRANSER OF CLAIM PURSUANT TO
### F.R.B.P. RULE 3001(E) (1)

Transferor:   Ris Paper Co., Inc.
               635 W. 7th Street
               Cincinnati, OH  45203

Your claim in the amount of $229,367.20 against the Debtors has been transferred to:

Transferee:   Sierra Liquidity Fund
               2699 White Road, Suite 255
               Irvine, CA  92614

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

      United States Bankruptcy Court
      Alexander Hamilton Custom House
      Attn:  Bankruptcy Clerk
      One Bowling Green
      New York, NY  10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
      Refer to INTERNAL CONTROL No. _____ in your objection.
      If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

FOR CLERK'S OFFICE ONLY:

This notice was mailed to the first party, by first mail, postage prepaid on _____, 2003.

Cop__ __ __ Cla__ __s Agent  ____Transferee____ _____ _____

                                                                   Deputy Clerk



IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
In re                                     :    Chapter 11
                                          :
DELPHI CORPORATION et al.,                :    Case No. 05-44481 (rdd)
                                          :
         Debtors:                         :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

NOTE: For purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim, while **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

> To:   Ris Paper Co Inc
>       635 W 7th St
>       Cincinnati, OH 45203

Please note that your claim # 1037 in the above referenced case and in the amount of $1,871.50 has been transferred (**unless previously expunged by court order**) to:

> Sierra Liquidity Fund
> 2699 White Rd Ste 255
> Irvine, CA 92614

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

| United States Bankruptcy Court | | Kurtzman Carson Consultants LLC |
| Southern District of New York | AND | 12910 Culver Blvd Ste I |
| Bowling Green Station, PO Box 5058 | | Los Angeles, CA 90066 |
| New York, NY 10274-5058 | | (866) 381-9100 |

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER # 790 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE**

February __, 2006

Kurtzman Carson Consultants, LLC as Claims
and Noticing Agent for Delphi Corporation, et al.

By: _____/s/_____
       Kenneth W. Chow, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Delphi Corporation, et al

                                      Chapter  11
----------------------------------------X   Case # 05-44481
       Debtors                              Claim # 1037


NOTICE: TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) OR (4)

To: (Transferor)  Ris Paper Co., Inc.
                635 W. 7th Street
                Cincinnati, OH  45203

The transfer of your claim (#1037) as shown above, in the amount of
$1,871.50 has been transferred *(unless previously expunged by court
order)* to:

        SIERRA LIQUIDITY FUND
        2699 WHITE RD. SUITE #255
        IRVINE, CA 92614


No action is required if you do not object to the transfer of your
claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20
DAYS OF THE DATE OF THIS NOTICE, YOU MUST:
FILE A WRITTEN OBJECTION TO THE TRANSFER with:

        United States Bankruptcy Court
        Southern District of New York
        Attn: Bankruptcy Clerk
        One Bowling Green
        New York, NY  10004

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to INTERNAL CONTROL No. _____ in your objection.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


                                    Clerk of Court
----------------------------------------------------------------
FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail,
postage prepaid on _____ , 200_ .
Copy(check): Claims Agent__ Transferee__ Debtor's Attorney__


_____ NOT___ FOR TRANSFEROR-PROOF OF CLAIM ON FILE

