UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re

    Delphi Corporation                                           Case No. 05-44481
                                                                                           Chapter 11

                                                                 Debtor
-----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

                              **Transcript of hearing held on January 13, 2006**

IN RE: Order pursuant to Adj. Hrg. Re: Doc. # 1401; Lead Plaintiffs, Objection to debtors, Motion to employ Deloitte & Touche, LLP,

The transcript of the above hearing has been filed with the Clerk's office,

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

**Veritext LLC
200 Old Country Road
Suite 260
Mineola, NY 11501**