**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

In re

    Delphi Corporation                                   Case No. 05-44481
                                                                            Chapter 11

                                          Debtor
-----------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

                                    **Transcript of hearing held on October 27, 2005 10:35a.m**

The transcript of the above hearing has been filed with the Clerk's office,

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

**Veritext LLC**
**200 Old Country Road**
**Suite 260**
**Mineola, NY 11501**