UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Medical Systems Colorado Corporation<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. 2112 |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:    **MINCO PRODUCTS, INC.**                          ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **7300 COMMERCE LANE**

   **MINNEAPOLIS, MN 55432**

2. Please take notice of the transfer of $ 1,893.75 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ 1843.75 to:
   **Madison Niche Opportunities, LLC**                    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

   No action is required if you do not object to the transfer of you claim.

                                                  Rick Newkirk
                                                  Madison Liquidity Investors, LLC.
                                                  (800) 896-8913

999-000/Forms/27475.1

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Medical Systems
Colorado Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2113

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM

### PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   **MINCO PRODUCTS, INC.** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **7300 COMMERCE LANE**

   **MINNEAPOLIS, MN 55432**

2. Please take notice of the transfer of $ 18,512.28 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $18,512.28 to:
   **Madison Niche Opportunities, LLC** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave**
   **Suite 120**
   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Medical Systems Colorado Corporation<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. 2114 |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   **MINCO PRODUCTS, INC.** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **7300 COMMERCE LANE** _____

   _____

   **MINNEAPOLIS, MN 55432** _____

2. Please take notice of the transfer of $28,916.23 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $28,916.23 to:
   **Madison Niche Opportunities, LLC** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Ave** _____
   **Suite 120** _____
   **Overland Park, KS    66202** _____

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1