UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:     **SHUMSKY PROMOTIONAL AGENCY**     ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **811 E. FOURTH STREET**

    **DAYTON, OH 45402**

2. Please take notice of the transfer of $ _48,897.72_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $ _48,897.72_ to:
    **Madison Niche Opportunities, LLC**     ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS     66202**

    No action is required if you do not object to the transfer of you claim.

    _Kristy Stark_ (signature)
    Kristy Stark
    Madison Liquidity Investors, LLC.
    (800) 896-8913

999-000/Forms/27475.1

## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.   TO:     **SHUMSKY PROMOTIONAL AGENCY**              ("Transferor")

[TRANSFEROR NAME & ADDRESS]

**811 E. FOURTH STREET**

**DAYTON, OH 45402**

2.   Please take notice of the transfer of $ _3,310.45_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $ 3,310.45 to:

**Madison Niche Opportunities, LLC**                ("Transferee")

[TRANSFEREE NAME & ADDRESS]

**6310 Lamar Ave**

**Suite 120**

**Overland Park, KS     66202**

No action is required if you do not object to the transfer of you claim.

_Kristy Stark_
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1