UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x
In re:                                                      Chapter 11

**DELPHI CORPORATION**, *et al.*,                           Case No. 05-44481

       **Debtor.**                                          (Jointly Administered)
---------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO.'S 1745 and 1746 PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

To:    Molex Connector Corporation
       c/o Robert E. Richards, Esq.
       Sonnenschein, Nath & Rosenthal, LLP
       7800 Sears Tower
       Chicago, Illinois 60606
       Tel.: 312-876-8000

Your general unsecured claim, as evidenced by your proofs of claim filed on February 2, 2006, against Delphi Automotive Systems, LLC, ("Delphi"), the debtor and debtor in possession in the above-captioned case, in the amount of (i) $2,912,902.05 (docketed as Claim No. 1745, as such claim was assigned by this Court (attached hereto as Exhibit A), and (ii) $3,821,082.86 (with respect to Claim No. 1746, as such claim number was assigned by this Court (attached hereto as Exhibit B), has been transferred, pursuant to the terms of two Evidence of Transfer of Claims (attached hereto as Exhibit C and Exhibit D) to Merrill Lynch Credit Products, LLC ("Transferee"), its successors and assigns, with offices located at:

       Merrill Lynch Credit Products, LLC
       4 World Financial Center, 7th Floor
       New York, New York 10080
       Attention: Gary S. Cohen / Chris Moon
       Tel.: (212) 449-4969

No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

       United States Bankruptcy Court
       Southern District of New York
       Attn: Claims Processing Center
       Delphi Corporation Claim Docketing
       One Bowling Green

dc-443876

New York, New York 10004-1408

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.

_____Clerk of the Court_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.

INTERNAL CONTROL NO._____
Copy to Transferee:         _____
Claims Agent Noticed:  _____

_____
Deputy Clerk

dc-443876

# EXHIBIT A

**Proof of Claim for Claim No. 1745**

dc-443876

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT __Southern__ DISTRICT OF __New York__ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**Molex Connector Corporation**

Name and address where notices should be sent:
c/o Robert E. Richards, Esq.
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower, Chicago, Illinois 60606

Telephone number: (312) 876-8000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☑ replaces ☐ amends a previously filed claim, dated: 12/30/05 Claim No. 1411

1. **Basis for Claim**
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☑ Other __Reclamation Claim - See Attached Rider__
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)           (date)

2. **Date debt was incurred:** 9/28/05-10/10/05

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ _____ _____ __2,912,902.05__ __$2,912,902.05__
   (unsecured)    (secured)    (priority)    (Total)

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate   ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $_____
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☑ Check this box if you have an unsecured priority claim
   Amount entitled to priority $ 2,912,902.05
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units-11 U.S.C. § 507(a)(8).
   ☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_2_).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): JEFF OTT, ASST. CONTROLLER |
|---|---|
| 2/1/06 | [signature] |

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
FEB - 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT B**

**Proof of Claim for Claim No. 1746**

dc-443876

FORM B10 (Official Form 10) (04/05)

| UNITED STATES BANKRUPTCY COURT ___Southern___ DISTRICT OF ___New York___ | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Delphi Automotive Systems, LLC | Case Number: 05-44640 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Molex Connector Corporation**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
c/o Robert E. Richards, Esq.
Sonnenschein Nath & Rosenthal LLP
7800 Sears Tower, Chicago, Illinois 60606

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone number: (312) 876-8000

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if this claim ☑ replaces ☐ amends a previously filed claim, dated: 12/30/05 Claim No. 1412

1. **Basis for Claim**
   - ☑ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☐ Other _____
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
     Last four digits of SS #: _____
     Unpaid compensation for services performed
     from _____ to _____
     (date)           (date)

2. **Date debt was incurred:** 1/2005 - 10/2005

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:** $ 3,821,082.86 _____ _____ _____ $3,821,082.86
   (unsecured)    (secured)    (priority)    (Total)
   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

5. **Secured Claim.**
   ☐ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☐ Real Estate  ☐ Motor Vehicle
   ☐ Other _____
   Value of Collateral: $_____
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

6. **Unsecured Nonpriority Claim** $ 3,821,082.86
   ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

7. **Unsecured Priority Claim.**
   ☐ Check this box if you have an unsecured priority claim
   Amount entitled to priority $_____
   Specify the priority of the claim:
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
   ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☑ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180-day limits apply to cases filed on or after 4/20/05. Pub. L. 109-8.

8. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

10. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

RECEIVED
FEB - 2 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date: 2/1/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] JEFF OTT, ASST. CONTROLLER |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## EXHIBIT C

## Evidence of Transfer of Claim

dc-443876

- 15 -

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **MOLEX CONNECTOR CORP.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **MERRILL LYNCH CREDIT PRODUCTS, LLC** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC, and its predecessor, Delco Electronics LLC, and successors in interest (the "Debtor"), , one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.,* Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $2,912,902.05 of reclamation claims,(the "Claim"), relating to the proof of claim filed by Assignor with the Bankruptcy Court, which proof of claim has been assigned claim number ___.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th day of _____, 2006

| MOLEX CONNECTOR CORP. | MERRILL LYNCH CREDIT PRODUCTS, LLC |
|---|---|
| By: _____ | By: _____ GC |
| Name: Jeffrey C Ott | Name: Ron Torok |
| Title: Ass't Controller | Title: Vice President |

C:\DOCUMENTS AND SETTINGS\JOTT\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK30\MLCP TRANSFER OF CLAIM FINAL REVISED 3.DOC
dc-437257

## **EXHIBIT D**

**Evidence of Transfer of Claim**

dc-443876

- 16 -

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **MOLEX CONNECTOR CORP.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **MERRILL LYNCH CREDIT PRODUCTS, LLC** (the Assignee"), all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Delphi Automotive Systems LLC, and its predecessor, Delco Electronics LLC, and successors in interest (the "Debtor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Delphi Corporation, et al.*, Chapter 11 Case No. 05-44481 (RDD) (Jointly Administered) (the "Bankruptcy Case"), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $3,821,082.86 of general unsecured claims (the "Claim") related to the proof of claim filed by Assignor with the Bankruptcy Court, which proof of claim has been assigned claim number ___.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owners and holders of the Claim. Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th day of Jan_____, 2006

| MOLEX CONNECTOR CORP. | MERRILL LYNCH CREDIT PRODUCTS, LLC |
|---|---|
| By: _____ | By: _____ |
| Name: Jeffrey C. Ott | Name: Ron Torok |
| Title: Asst. Controller | Title: Vice President |

C:\DOCUMENTS AND SETTINGS\JOTT\LOCAL SETTINGS\TEMPORARY INTERNET FILES\OLK30\MLCP TRANSFER OF CLAIM FINAL REVISED 3.DOC
dc-437257

TOTAL P.38