UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

In re:                                                                               Chapter 11
DELPHI CORPORATION, et al.,                                        Case No. 05-44481
                                                                                        (Jointly Administered)
                                    Debtors.
_____X

NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:     Prestolite Wire Corporation
                      200 Galleria Officentre, Suite 212
                      Southfield, MI 48034
                      Attn: John Cattell

Transferee:    Contrarian Funds, LLC
                      411 West Putnam Avenue, S-225
                      Greenwich, CT 06830
                      Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amounts held by Prestolite Wire Corporation (the "Transferor") in the amount of **$99,057.71** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                                    _____
                                                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF RECLAMATION CLAIM

Prestolite Wire Corporation, a _Delaware_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February _27_ 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount of $_54,676.13_ against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _27_ day of February 2006.

(Assignor)
PRESTOLITE WIRE CORPORATION

By: _John Cottell_
Name: _John Cottell_
Title: _CFO_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: _Janice Stanton_
Title: _MEMBER_

(Assignor)
WITNESS:

By: _Steven J. Vasko_
Name: _Steve Vasko_
Title: _Quoting Coordinator_

KL2 2431470 1

# EVIDENCE OF TRANSFER OF CLAIM

Prestolite Wire Corporation, a _Delaware_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 27 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $77,384.28 against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 27 day of February 2006.

(Assignor)
PRESTOLITE WIRE CORPORATION

By: _John C. Hill_
Name: _John C. Hill_
Title: _CFO_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _Janice M. Stanton_
Name: _Janice Stanton_
Title: _Member_

(Assignor)
WITNESS:

By: _Steven J. Vasko_
Name: _Steve Vasko_
Title: _Quoting Coordinator_

KL2 2431470.1