Michael C. Moody, Esq.
O'ROURKE KATTEN & MOODY
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
firm@okmlaw.com

Attorney for Ameritech Credit Corporation
d/b/a SBC Capital Services

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
IN RE:                                         :        CHAPTER 11
                                               :
   Delphi Corporation, et al.,             :
                                               :        CASE NO. 05-44481(RDD)
                         Debtors.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

To:  Master Service List

      Please take notice that Ameritech Credit Corporation d/b/a SBC Capital Services hereby enters its appearance by and through its counsel, Michael C. Moody pursuant to 11 U.S.C. §§ 1109(b) and Bankruptcy Rule 9010(b); and such counsel hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that copies of all notices and pleadings given and served upon the parties listed below at the following addresses and telephone numbers and that O'Rourke Katten & Moody's name be added to the mailing matrix on file with the Clerk of the Bankruptcy Court:

                           Michael C. Moody, Esq.

O'ROURKE KATTEN & MOODY
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
firm@okmlaw.com

Please take further notice that, pursuant to 11 U.S.C. §1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings herein.

Dated: Chicago, IL
     March 15, 2006

                **O'ROURKE KATTEN & MOODY**
                By: /s/ Michael C. Moody, Esq.
                Michael C. Moody
                161 N. Clark Street, Suite 2230
                Chicago, IL 60601
                (312)849-2020
                (312)849-2021 Fax
                mmoody@okmlaw.com
                frm@okmlaw.com

                *Attorneys for Ameritech Credit*
                *Corporation d/b/a SBC Capital Services*

# CERTIFICATE OF SERVICE

      I, Michael C. Moody, Esquire, do hereby certify that on the 15th day of March, 2006, a true and correct copy of the Notice of Appearance and Demand for Service of Papers were served electronically or via USPS, postage prepaid on the Master Service List.

Dated: Chicago, IL
       March 15, 2006

**O'ROURKE KATTEN & MOODY**

By: /s/ Michael C. Moody, Esq.
Michael C. Moody
161 N. Clark Street, Suite 2230
Chicago, IL 60601
(312)849-2020
(312)849-2021 Fax
mmoody@okmlaw.com
***Attorneys for Ameritech Credit***
***Corporation d/b/a SBC Capital Services***