## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Specialty Electronics, Inc.

                                                    Chapter 11
                                                    Case Nos.   05-44481

                                                    Claim No.  *2132*

                            Debtor.

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:    **ROBERT MCKEOWN COMPANY**_____ ("Transferor")
            [TRANSFEROR NAME & ADDRESS]
            **111 CHAMBERS BROOK ROAD**_____

            _____

            **BRANCHBURG, NJ 08876**_____

2.    Please take notice of the transfer of $ *14,924.43* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

            Transfer $ *14,924.43* to:
            **Madison Niche Opportunities, LLC**_____ ("Transferee")
            [TRANSFEREE NAME & ADDRESS]
            **6310 Lamar Ave**_____
            **Suite 120**_____
            **Overland Park, KS       66202**_____

   No action is required if you do not object to the transfer of you claim.

_____

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913



0544481060227000000000011