# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:   In Proceedings For A
          Reorganization Under
**DELPHI CORPORATION, et al,**   Chapter 11
          Case No.: 05-44481
          Jointly Administered
  Delphi Automotive Systems LLC   Case No.: 05-44640
          Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$7,436.60** from:

    Advanced Tex Screen Printing I (Transferor)
    22040 Gratiot Rd
    Merrill, MI 48637
    Attention: Mr. Jerrod Gillman

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

    Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

    _____
    Deputy Clerk