**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                  In Proceedings For A
                                                                         Reorganization Under
        **DELPHI CORPORATION, et al,**                     Chapter 11
                                                                         Case No.: 05-44481
                                                                         Jointly Administered
      Delphi Automotive Systems LLC                    Case No.: 05-44640
                            Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$2,811.65** from:

        Host Companies (Transferor)
        2216 Midland Rd.
        Saginaw, MI 48603
        Attention: Mr. Jerrod Gillman

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                              Deputy Clerk