SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

      - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF SECOND REVISED LIST OF
DEBTORS' ORDINARY COURSE PROFESSIONALS

PLEASE TAKE NOTICE that pursuant to the Order Under 11 U.S.C. §§ 327,

330, And 331 Authorizing Retention Of Professionals Utilized By Debtors In Ordinary Course

Of Business dated November 4, 2005 (the "Order"), the Debtors are authorized to employ and retain additional professionals utilized by the Debtors in the ordinary course of business (collectively, the "Ordinary Course Professionals") in their sole discretion without the need to file individual retention applications for each by filing with the Bankruptcy Court a supplement to Exhibit 1 to the Order.  The Debtors' Second Revised List Of Ordinary Course Professionals (the "Second Revised OCP List") is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, each Ordinary Course Professional included in the Second Revised OCP List who was not previously included on Exhibit 1 to the Order shall file with this Court, and serve on the "Interested Parties" (as described in the Order), an Affidavit of Legal Ordinary Course Professional, substantially in the form of the affidavit attached as Exhibit 2 to the Order, or an Affidavit of Non-Legal Ordinary Course Professional, substantially in the form of the affidavit attached as Exhibit 3 to the Order, as applicable (Exhibit 2 and Exhibit 3, together, the "Affidavit").

PLEASE TAKE FURTHER NOTICE that pursuant to the Order, the Interested Parties shall have 10 days after receipt of each Ordinary Course Professional's Affidavit (the "Affidavit Objection Deadline") to object to the retention of such Ordinary Course Professional. The objecting party shall serve any such objection upon the Interested Parties and the respective Ordinary Course Professional on or before the Affidavit Objection Deadline.  If any such objection cannot be resolved within ten days of its receipt, the matter shall be scheduled for hearing before this Court at the next regularly-scheduled omnibus hearing occurring more than ten days thereafter or such date as is otherwise agreeable to the parties thereto.

PLEASE TAKE FURTHER NOTICE that if no objection is received from any of the Interested Parties on or before the Affidavit Objection Deadline with respect to any particular Ordinary Course Professional, or if any objection submitted is timely resolved as set forth above, the Debtors shall be authorized, without further order of this Court, to retain such professional as a final matter.

Dated: New York, New York
      March 16, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons (JL 4951)
    Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

- and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

Exhibit A
Second Revised List Of Ordinary Course Professionals

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| A.S.K. Services, Inc. | 42180 Ford Rd., Ste. 101<br>Canton, MI  48187 | Legal Services |
| Adams & Adams | PO Box 1014<br>Pretoria 0001<br>South Africa | Legal Services* |
| Adelson, Testan & Brundo | 100 Ocean Gate, Ste. 830<br>Long Beach, CA  90802 | Legal Services |
| American Appraisal Associates | 411 E. Wisconsin Ave., Ste. 1900<br>Milwaukee, WI  53201 | Tax Consultancy Services |
| Anne Murphy Patent Services | PO Box 2128 Eads St.<br>Arlington, VA  22202 | Non - Legal IP Services |
| Antonelli Terry Stout & Krause, LLP | 1300 N. 17th St., Ste. 1800<br>Arlington, VA  22209 | Legal Services |
| Arent, Fox, Kintner, Plotkin & Kahn PLLC | 1050 Connecticut Ave. N.W.<br>Washington, DC  20036 | Legal Services |
| Asset Management Resources, Inc. | 26211 Central Park Blvd.<br>Southfield, MI  48076 | Tax Consultancy Services |
| Association of Business Advocating Tariff Equity (A.B.A.T.E.) | PO Box 67000<br>Detroit, MI 48267 | Legal Services |

---

* Certain of the services indicated by an asterisk (*) are, to some extent, provided by a non-U.S. professional and/or performed outside of the United States.  The Debtors nevertheless submit that such services provide a direct benefit to the Debtors' estates.

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Baker & McKenzie LLP | 660 Hansen Way<br>Palo Alto, CA  94304<br><br>805 3rd Ave.<br>New York, NY  10022<br><br>815 Connecticut Ave. N.W.<br>Washington, DC  20006<br><br>701 Brickell Ave., Ste. 1600<br>Barnett Tower<br>Miami, FL  33131<br><br>PO Box 10220<br>El Paso, TX  79995<br><br>One Prudential Plaza<br>130 E. Randolph Dr.<br>Chicago, IL  60601<br><br>32 Avenue Kleber BP 2112<br>75771 Paris Cedex 16<br>France<br><br>Avda. Leandro N. Alem 1110, piso 13<br>Cdad. de Buenos Aires<br>C.P. C1001AAT<br>Argentina<br><br>Pl. Triunfo de la Republica 3304, Piso 2<br>Partido Escobedo<br>32330 Juarez, Chihuahua<br>Mexico<br><br>Trench, Rossi e Wantanabe -<br>Advogados<br>Av. Dr. Chucri Zaidan, 920, 13 andar<br>Market Place Tower I<br>São Paulo, SP, 04583-904<br>Brazil<br><br>100 New Bridge Street<br>London EC4V 6JA<br>United Kingdom | Tax Legal and Consulting Services* |
| Balch & Bingham LLP | PO Box 306<br>Birmingham, AL  35201 | Legal Services |
| Barnes & Thornburg LLP | 1313 Merchant Bank Bldg.<br>11 S. Meridan St.<br>Indianapolis, IN  46204 | Legal Services |
| Barnett Associates, Inc. | 61 Hilton Ave.<br>Garden City, NY  11530 | Tax Consultancy Services |
| Bell Anderson & Sanders LLC | 496 Broadway<br>Laguna Beach, CA  92651 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Berger & Berger | 555 International Dr., Ste. 800<br>Buffalo, NY 14221 | Legal Services |
| Beusse, Brownlee, Wolter, Mora & Maire, P.A. | 390 N. Orange Ave. Ste. 2500<br>Orlando, FL 32801 | Legal Services |
| Birch, de Jongh & Hindels | Poinsettia House at Bluebeard's Castle<br>1330 Estate Tarrnebjerg<br>St. Thomas, Virgin Islands 00802 | Legal Services |
| Bliss McGlynn P.C. | 2075 W. Big Beaver Rd., Ste. 600<br>Troy, MI 48084 | Legal Services |
| BNP Paribas Securities Corp. | 787 7th Ave.<br>New York, NY 10019 | Investment Banking Services |
| Boehl Stopher & Graves, LLP | 400 West Market St., Ste. 2300<br>Louisville, KY 40202 | Legal Services |
| Booth Udall, PLC | 1423 S. Higley Rd., Ste. 110<br>Mesa, AZ 85206 | Legal Services |
| Bowman and Brooke LLP | 50 W. Big Beaver Rd., Ste. 600<br>Troy, MI 48084<br><br>150 S. 5th St., Ste. 2600<br>Minneapolis, MN 55402<br><br>160 W. Santa Clara St., Ste. 1150<br>San Jose, CA 95113<br><br>PO Box 1414 NCB 13<br>Minneapolis, MN 55480<br><br>Riverfront Plaza West Tower<br>901 E. Byrd St., Ste. 1500<br>Richmond, VA 23219 | Legal Services |
| Braun Kendrick Finkbeiner PLC | Second National Bank Bldg.<br>101 Fashion Sq. Blvd.<br>Saginaw, MI 48603 | Legal Services |
| Brennan Steil & Basting SC | 1 East Milwaukee St.<br>Janesville, WI 53547 | Legal Services |
| Brown & James, P.C. | Richland Executive Plaza<br>525 West Main, Ste. 200<br>Belleville, IL | Legal Services |
| BSI America Inc. | 12110 Sunset Hills Road, Ste. 140<br>Reston, VA 20190<br><br>13910 Collections Center Dr.<br>Chicago, IL 60693 | Auditing Services |
| BSI Management Systems | 12110 Sunset Hills Rd., Ste. 140<br>Reston, VA 20190<br><br>13910 Collections Center Dr.<br>Chicago, IL 60693 | Auditing Services |
| Bugbee & Conkle | National City Bank Bldg.<br>405 Madison, Ste. 1300<br>Toledo, OH 43604 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| C&S Patent and Law Office | KPO Box 103<br>Seoul 110 601<br>Republic of Korea | Legal Services* |
| Cabinet Michel Poupon | 3 Rue Ferdinand Brunot<br>88026 Epinal Cedex<br>France | Legal Services* |
| Cacheaux, Cavazos & Newton | Convent Plaza<br>333 Convent St.<br>San Antonio, TX 78205 | Legal Services |
| Cadena Law Firm, P.C. | 1017 Montana Ave.<br>El Paso, TX 79902 | Legal Services |
| Cardinal Law Group | 1603 Orrington Ave., Ste. 2000<br>Evanston, IL  60201 | Legal Services |
| Cattel, Tuyn & Rudzewicz, PLLC | Governers Place<br>33 Bloomfield Hills Pkwy, Ste. 120<br>Bloomfield Hills, MI  48304 | Legal Services |
| Charles K. Veenstra | 631 Windsor Run<br>Bloomfield Hills, MI  48304 | Legal Services |
| Cherry, Edson and Kelly | 175 Fulton Ave.<br>Hempstead, NY  11550 | Legal Services |
| Chester Willcox & Saxbe LLP | 65 E. State St. Ste. 1000<br>Columbus, OH  43215 | Legal Services |
| Chevez Abogados, S.C. | Bosque de Ciruelos 168, 6° Piso<br>Bosques de las Lomas<br>11700 Mexico, D.F.  Mexico | Legal Services* |
| China Patent Agent (H.K.) Ltd. | China Patent Agent HK Ltd<br>23 Harbour Rd.<br>Wanchai<br>Hong Kong<br>Hong Kong<br><br>China Patent Agent (HK) Ltd<br>Bank of China Harbour Rd.<br>Hong Kong<br>Hong Kong | Legal Services* |
| Christie, Parker & Hale, LLP | 350 W. Colorado Blvd., Ste. 500<br>Pasadena, CA  91109 | Legal Services |
| Ciara Systems, Inc. | 13112 Ludlow<br>Huntington Woods, MI | Legal Services |
| Clark Consulting | 101 Constitution Ave. N.W.<br>Washington, D.C.  20001 | Tax Advisory and Advocacy Services |
| Clark Hill P.L.C. | 500 Woodard Ave., Ste. 3500<br>Detroit, MI  48226<br><br>1600 First Federal Bldg.<br>1001 Woodward Ave.<br>Detroit, MI  48226 | Legal Services |
| Clark, Thomas & Winters, PC | PO Box 1148<br>Austin, TX  78767 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Colin Hull | PO Box 827<br>London Colney<br>St. Albans<br>Herts. AL1 9AB<br>United Kingdom | |
| Conestoga-Rovers & Associates, Inc. | 2055 Niagara Falls Boulevard, Ste. 3<br>New York, NY 14304 | Non-Legal Services |
| Consortium Industriel | Commercial & Maritime<br>19, Boulevard Imam Ali<br>Kenitra<br>Morocco | Customs Consultancy* |
| Conway McKenzie & Dunleavy Inc. | 401 S. Old Woodward, Ste. 340<br>Birmingham, MI 48009 | Legal Services |
| Couch White, LLP | 540 Broadway<br>Albany, NY  12201 | Legal Services |
| Couzens, Lansky Fealk Ellis Roeder & Lazar, PC | 39395 West 12 Mile Road, Ste. 200<br>Farmington Hills, MI 48334 | Legal Services |
| Cramer & Laws | Hubertusstrasse 15<br>D-59929 Brilon, Germany | Legal Services* |
| Crew & Buchanan | 2580 Kettering Tower<br>Dayton, OH  45423 | Legal Services |
| Crowley Stringer & Fenske LLP | 456 Montgomery Street, 17th Fl.<br>San Francisco, CA  94104 | Legal Services |
| Customs Network Ltd. | 36 Park Rd.<br>Benfleet<br>Essex SS7 3PP<br>United Kingdom | Customs Advocacy* |
| Dechert LLP | 30 Rockefeller Plaza<br>New York, NY  10112 | Tax Legal Services |
| Deloitte & Touche | 6 Shenton Way #32-00<br>DBS Building Tower Two<br>068809<br>Singapore<br><br>17,21,22Fl., Korea First Bank Building<br>100 Gongpyeong-dong,<br>Jongro, Seuol<br>110-702<br>Korea<br><br>30/F Bund Center<br>222 Yan An road East<br>Shanghai 200002<br>China | Tax Services* |
| DePenning & DePenning | 10 Government Place East<br>Kolkata 700 069<br>India | Legal Services* |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Det Norske Veritas | 16340 Park Ten Place, Ste. 100<br>Houston, TX  77084<br><br>3 Cathedral Street<br>Palace House<br>London SE1 9DE<br>United Kingdom<br><br>CO Banque Nationale de Paris<br>77 Blvd. Richelieu<br>92500 Rueil Malmaison<br>France<br><br>64 Avenue D Haifa<br>Hermes Park Bt A<br>Marseille 13008<br>France | Auditing Services* |
| Dewitt Ross & Stevens | Capitol Square Office<br>2 E. Mifflin St., Ste. 600<br>Madison, WI 53703 | Legal Services |
| Dickinson Wright P.L.L.C. | 500 Woodward Ave., Ste. 4000<br>Detroit, MI  48226 | Legal Services |
| Dierker & Associates, PC | 3331 W. Big Beaver Rd., Ste. 109<br>Troy, MI  48084 | Legal Services |
| Dinsmore & Shohl, LLP | 255 East Fifth Street, Ste. 1900<br>Cincinnati, OH 45202<br><br>175 South Third St., 10th Floor<br>Columbus, OH 43215<br><br>1 South Main Street, Ste. 1300<br>Dayton, OH 45402 | Legal Services |
| DLA Piper Rudnick Gray Cary US LLP | 2000 University Avenue<br>East Palo Alto, CA 94303 | Legal Services |
| Donald E. Shrey Ph.D., CRC dba University Rehabilitation, Inc. | 5058 MSB 231 Albert Sabin Way<br>Cincinnati, OH 45267 | Legal Services |
| Downs & Stanford, P.C. | 2001 Bryan St., Ste. 4000<br>Dallas, TX 75201 | Legal Services |
| Drew & Napier | 20 Raffles Place #17-00<br>Ocean Towers<br>Singapore 048620<br>Singapore | Tax Consultancy Services* |
| Drew, Eckl & Farnham, LLP | Drew Eckl & Farnham LLP<br>880 W. Peachtree St. N.W.<br>Atlanta, GA  30357 | Legal Services |
| Drinker Biddle & Reath LLP | 1 Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA  19103 | Legal Services |
| DuCharme, McMillan & Associates, Inc. | 312 Plum Street<br>Suite 1100<br>Cincinnati, OH 45202 | Tax Compliance Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Due, Doyle, Fanning, Ewing & Metzger, LLP | 55 Monument Circle<br>900 Circle Tower Bldg.<br>Indianapolis, IN 46204 | Legal Services |
| Dykema Gossett P.L.L.C. | 400 Renaissance Ctr.<br>PO Box 79001, Drawer 1787<br>Detroit, MI  48243<br><br>55 East Monroe Street<br>Chicago, IL  60603 | Legal Services |
| Eldridge Cooper Steichen & Leach, PLLC | 110 W. 7th St., Ste. 200<br>Tulsa, OK  74119 | Legal Services |
| Ernst & Young | 6 rue Jean Monnet<br>L2180<br>Luxembourg | Tax Services and Customs Consultancy* |
| Ernst & Young AG | Rothenbaumchaussee 78<br>20148 Hamburg<br>Postfach 30 17 09<br>2036 Hamburg<br>Germany | |
| Ernst & Young Hua Ming | 23/F, The Center<br>989 Chang Le Road<br>Shanghai, 200031<br>PRC | |
| Ernst & Young Tower | B-26 Qutab Institutional Area<br>New Delhi, 110016<br>India | |
| Shin Nihon Ernst & Young | Hibiya Kokusai Bldg. 20th Floor<br>2-2-3, Uchisaiwai-cho<br>Chiyodaku, Tokyo 100-0011 | |
| Eyster, Key, Tubb, Weaver & Roth | 402 E. Moulton St. S.D.<br>Decatur, AL  35601<br><br>PO Box 1607<br>Decatur, AL  35602 | Legal Services |
| Falkowski PLLC | PO Box 650<br>Novi, MI  48376-0650 | Legal Services |
| Fennemore Craig, Professional Corporation | 3003 North Central Ave., Ste. 2600<br>Phoenix, AZ 85012 | Legal Services |
| Foster, Swift, Collins & Smith, P.C. | 313 S. Washington Sq.<br>Lansing, MI  48933 | Legal Services |
| Frost Brown Todd LLC | 2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202-4182 | Legal Services |
| Gable & Gotwals Law Firm | 1100 Oneok Plaza<br>100 W. 5th St., Ste. 100<br>Tulsa, OK  74103 | Legal Services |
| Garcia & Villarreal LLP | 4401 North McColl Road<br>Mcallen, TX 78504 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Gielowski and Steiner, LLP | 135 Delaware Avenue, Ste. 405<br>Buffalo, NY  14202 | Legal Services |
| Global Quality Institute | 37 Marotta Ave.<br>Brampton, ON  L6X 4W9<br>Canada | Auditing Services |
| Goldberg Segalla LLP | 665 Main St., Ste. 400<br>Buffalo, NY  14203 | Legal Services |
| Gowling Lafleur Henderson LLP | Box 466, Station D<br>Ottowa, ON  K1P 1C3<br>Canada<br><br>160 Elgin St., Ste. 2600<br>Ottawa, ON  K1P 1C3<br>Canada | Legal Services* |
| Grassi & Toering, PLC | 888 West Big Beaver Road, Ste. 750<br>Troy, MI 48084 | Legal Services |
| Gresk & Singleton | 950 S. Meridian St., #410<br>Indianapolis, IN 46225 | Legal Services |
| Gwinn & Roby | 4100 Renaissance Twr.<br>1201 Elm St.<br>Dallas, TX  75270 | Legal Services |
| Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A. | 30 Columbia Tkp.<br>Florham Park, NJ  07932 | Legal Services |
| Hamberger & Weiss | 1725 Statler Towers<br>107 Delaware Ave.<br>Buffalo, NY  14202 | Legal Services |
| Harlan and Harlan | 1360 S. 5th St.<br>St.. Charles, MO  63301 | Legal Services |
| Harris Beach LLP | 99 Garnsey Rd.<br>Pittsford, NY | Legal Services |
| Hartman & Hartman P.C. | 15 N. Franklin, Ste. 250<br>Valparaiso, IN  48383<br><br>552 E. 700 N.<br>Valparaiso, IN  46383 | Legal Services |
| Heller Ehrman White & McAuliffe | 120 W. 45th St., 21st Fl.<br>New York, NY  10036-4041<br><br>PO Box 60000<br>San Francisco, CA  94160-3536<br><br>7 Times Square<br>New York, NY  10036 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Hewitt & Associates | 101 W. Big Beaver Rd., Ste. 300<br>Troy, MI  48084<br><br>PO Box 95135<br>Chicago, IL  60694<br><br>100 Half Day Rd.<br>Lincolnshire, IL  60069<br><br>PO Box 95135<br>Chicago, IL  60694 | Auditing Services |
| Hogan & Hartson, LLP | 555 13th St. N.W.<br>Washington, D.C.  2004 | Legal Services* |
| Horwood, Marcus & Berk Chartered | 180 N. Lasalle St.<br>Chicago, IL  60601 | Tax Consultancy Services |
| Hudson, Potts & Bernstein | 130 Desiard St.<br>Monroe, LA  71210 | Legal Services |
| Hunton & Williams LLP | Bank of America Plaza, Ste. 4100<br>600 Peachtree Street, N.E.<br>Atlanta, GA 30308-2216 | Legal Services |
| Huron Consulting Services LLC | 550 W. Van Buren St.<br>Chicago, IL 60607 | Financial Advisory Services |
| Ice Miller | 1 American Sq., #82001<br>Indianapolis, IN 46282 | Legal Services |
| INDIEC Indiana Industrial Energy Consumers, Inc. | 1700 1 American Sq.<br>Box 82053<br>Indianapolis, IN  46282-0003 | Legal Services |
| Ivins, Phillips & Barker Chartered | 1700 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 | Legal Services |
| J. Gordon Lewis dba J. Gordon Lewis, PLLC | 441 N. Evansdale Dr.<br>Bloomfield Hills, MI  48304 | Legal Services |
| Jefferson Wells | 4000 Town Ctr., Ste. 725<br>Southfield, MI 48075 | Auditing Services |
| John A. Artz P.C. | 28333 Telegraph Rd., Ste. 250<br>Southfield, MI  48034 | Legal Services |
| Johnston Barton Proctor & Powell LLP | 1901 6th Ave. N., Ste. 2900<br>Birmingham, AL  35203 | Legal Services |
| Keating, Muething & Klekamp, P.L.L. | 1400 Provident Twr.<br>1 E. 4th St.<br>Cincinnati, OH  45202 | Legal Services |
| Keefe and Associates | 24405 Gratiot Ave.<br>Eastpointe, MI 48021 | Legal Services |
| Kenneth Mason | The Book Barn<br>Westbourne<br>Hampshire, PO10 8RS<br>United Kingdom | Legal Services* |
| Kenyon & Kenyon | One Broadway<br>New York, NY 10004 | IP Legal Services |
| Kevin P. Weldon | 5935 Westchester St.<br>Alexandria, VA  22310 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Kim & Chang | Seyang Bldg.<br>223 Naeja Dong Chongro Du<br>Seoul 110<br>Republic of Korea<br><br>Seyang Bldg.<br>223 Naeja Dong Chongro Ku<br>Seoul<br>Republic of Korea<br><br>Seyang Bldg. 223<br>Naeja-Dong, Jongno-Gu<br>Seoul<br>Republic of Korea | Tax Consultancy<br>Legal Services* |
| Kirton & McConkie | 60 E. S. Temple No. 1800<br>Salt Lake City, UT  84145 | Legal Services |
| KPMG (Canada)<br><br><br><br>KPMG LLP (UK)<br><br><br>KPMG Adoügyviteli Kft | 2000 McGill College Avenue, Ste. 1900<br>Montreal, Quebec<br>H3A 3H8<br>Canada<br><br>St James' Square<br>Manchester M2 6DS<br>United Kingdom<br><br>1139 Budapest,<br>Forgach u. 4.<br>Hungary | Tax Compliance<br>Services* |
| Kronish Lieb Weiner & Hellman LLP | 1114 Ave. of the Americas, Ste. 4600<br>New York, NY  10036 | Legal Services |
| L.C. Begin & Associates, PLLC | 510 Highland Ave. PMB 403<br>Milford, MI  48381-1586 | Legal Services |
| Hamilton, Brown & Babst b/k/a Lamothe & Hamilton, APLC | 601 Poydras St., Ste. #2750<br>New Orleans, LA  70130 | Legal Services |
| Lathrop & Gage | 2345 Grand Blvd., Ste. 2800<br>Kansas City, MO  64108 | Legal Services |
| Lavin O'Neil Ricci Cedrone & DiSipio | Suite 500<br>190 N. Independence Mall W.<br>Philadelphia, PA  19106<br><br>8000 Midlantic Dr., Ste. 201 S.<br>Mount Laurel, NJ 08054<br><br>780 3rd Ave.<br>New York, NY  10017 | Legal Services |
| Law Office of Robert E. Willyard | 600 W. Santa Ana Blvd., #101<br>Santa Ana, CA  92701 | Legal Services |
| Law Offices of Albert M. Gutierrez, P.C. | 111 Soledad, Suite 1310<br>San Antonio, TX  78205 | Legal Services |
| Law Offices of Brian C. Pauls | 919 S. Harrison St., Ste. 320<br>Fort Wayne, IN  46802 | Legal Services |
| Law Offices of Daniel Roemer, P.C. | 1111 Civic Drive, Ste. 380<br>Walnut Creek, CA 94596 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Law Offices of Thomas J. Trenta, PLLC | 33 Bloomfield Hills Parkway, Ste. 155<br>Bloomfield Hills, MI 48304 | Legal Services |
| Lee Tsai & Partners Attorneys | 5A, 218 Tun Hwa S. Road Sec. 2<br>Taipei 106, Taiwan,<br>R.O.C. | Legal Services |
| Leger Robic Richard, L.L.P. | Centre CDP Capital<br>1001 Victoria Sq. Bloc E. 8th Fl.<br>Montreal, PQ  H2Z 2B7<br>Canada | Legal Services* |
| Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey | 3131 Princeton Pike - 1B<br>Trenton, NJ  08648 | Legal Services |
| Letson, Griffith, Woodall, Lavelle & Rosenberg | 155 S. Park Ave.<br>Warren, OH 44482<br><br>PO Box 151<br>Warren, OH  44482-0151 | Legal Services |
| Levasseur & Levasseur | 28105 Greenfield Rd., Ste. 120<br>Southfield, MI  48076 | Legal Services |
| Lewis & Kappes, P.C. | c/o Jon P Wickes, Jr.<br>PO Box 82053<br>1700 One American Sq.<br>Indianapolis, IN  46282 | Legal Services |
| Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. | Ste. 410 Plaza N.<br>4800 Fashion Sq. Blvd.<br>Saginaw, MI  48604 | Legal Services |
| Locke Reynolds LLP | 201 N. Illinois St., Ste. 1000<br>PO Box 44961<br>Indianapolis, IN  46244 | Legal Services |
| Locker & Lee | 6600 E. Campus Circle Dr., Ste. 310<br>Irving, TX 75063 | Legal Services |
| Manitz, Finsterwald & Partner | Postfach 31 02 20<br>80102 Munchen<br>Germany | Legal Services* |
| Marcus Orbelius, Ekonom Support AB | Tallkrogsplan 93,<br>122 60 ENSKEDE<br>SWEDEN | |
| Maria Luisa Flores Garciadiego | Avenida Universidad 2014<br>Edificio Paraguay, Ground Fl. #4<br>Colonia Romero de Terreros<br>C.P. 04310, Delegacion Coyoacan<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Mark A. Navarre | 200 S. Main St.<br>Room B-1 PO Box 537<br>Urbana, OH  43078 | Legal Services |
| Mark Lewis, Barrister | 2 Braemore Gardens<br>Toronto, Ontairo,<br>Canada, M6G 2C8 | Legal Services |
| Marks & Clerk | Alpha Tower,<br>Suffolk Street Queensway,<br>Birmingham, B1 1TT<br>UK | IP Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Marshall, Gerstein & Borun | 6300 Sears Twr.<br>233 S. Wacker Dr.<br>Chicago, IL 60606 | Legal Services |
| Marylou J. Lavoie | 1 Banks Rd.<br>Simsbury, CT 06070 | Legal Services |
| McCarter & English | Mellon Bank Ctr., Ste. 700<br>1735 Market St.<br>Philadelphia, PA 19103 | Tax Consultancy Services |
| McCarthy Tetrault LLP | Suite 4700 Toronto<br>Dominion Bank Twr., Box 48<br>Toronto, ON M5K 1E6<br>Canada | Legal Services* |
| McCarthy, Lebit, Crystal & Liffman Co., L.P.A. | 1800 Midland Building 101 W.<br>Prospect Ave.<br>Cleveland, OH 44115 | Legal Services |
| McElroy, Deutsch, Mulvaney and Carpenter, LLC | 100 Mulberry St.<br>Newark, NJ 07102 | Legal Services |
| McGann, Bartlett and Brown | 111 Founders Plaza, Ste. 1201<br>East Hartford, CT 06108 | Legal Services |
| McGlynn & Luther | 500 N. Broadway, Ste. 1515<br>Saint Louis, MO 63102 | Legal Services |
| McKenna Long & Aldridge LLP | 1900 K St. N.W.<br>Washington, D.C. 20006 | Legal Services |
| McNees Wallace & Nurick LLC | P O Box 1166<br>100 Pine St.<br>Harrisburg, PA 17108 | Legal Services |
| Michael D. Schloff, PLLC | 6905 Telegraph Rd., Ste. 215<br>Bloomfield Hills, MI 48301 | Legal Services |
| Micheal, Best and Fredrick LLP | 100 E. Wisconsin Ave., S300<br>Milwaukee, WI 53202 | Legal Services |
| Miller Johnson Snell & Cummiseky, PLC | 800 Calder Plaza Bldg.,<br>250 Monroe Ave.<br>Grand Rapids, MI 16203 | Legal Services |
| Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC | 1 Financial Ctr.<br>Boston, MA 02111 | Legal Services |
| Moffatt Thomas Barrett Rock & Fields -Chartered | 101 South Capitol Blvd., 10th Fl.<br>Boise, Idaho 83702 | Legal Services |
| Momsen, Leonardos & Cia | Rua Teofilo Otoni 63<br>10 Andar Centro Rio de Janeiro<br>RJ 20090-080<br>Brazil | Legal Services* |
| Moore Hansen & Sumner | 225 S. 6th St., Ste. 4850<br>Minneapolis, MN 55402 | Legal Services |
| Morgan, Lewis & Bockius LLP | 101 Park Ave.<br>New York, NY 10178<br><br>1111 Pennsylvania Ave., NW<br>Washington, DC 20004 | Legal Services |
| Mounce, Green, Myers, Safi & Galatzan | 100 N. Stanton, Ste. 1700<br>El Paso, TX 79901-1448 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Naciri & Associates<br>Gide Loyrette Nouel | 52, Boulevard Zerktouni<br>Espace Erreda 5eme etage<br>20000 Casablanca<br>Morocco | Customs Advisory Services Legal Services* |
| Narvaez law Firm, P.A. | P.O. Box 25967<br>Albuquerque, NM 87125 | Legal Services |
| Neal Gerber & Eisenberg, LLP | 2 N. Lasalle St.<br>Chicago, IL  60602 | Legal Services |
| Ogne, Alberts & Stuart, P.C. | 1869 E. Maple Rd.<br>Troy, MI  48083 | Legal Services |
| Parker and Irwin | 348 W. Hospitality Lane<br>San Bernadino, CA  92408 | Legal Services |
| Paul E. Riegel, Esq. | 2525 N. 124th St.<br>Brookfield, WI  53005 | Legal Services |
| Paul, Hastings, Janofsky & Walker LLP | 515 S. Flower St., 24th Fl.<br>Los Angeles, CA 90071<br><br>600 Peachtree St. N.E., Ste. 2400<br>Atlanta, GA  30308 | Legal Services |
| Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. | 4057 Pioneer Dr., Ste. 300<br>Commerce Township, MI  48390 | Legal Services |
| Pelaez Alonso, S.C. | Colonia del Valle<br>C.P. 03100, Delegacion Benito Juarez<br>Mexico, D.F.<br>Mexico | Customs Advisory Services* |
| Phelps Dunbar LLP | Canal Place<br>365 Canal St. 2000<br>New Orleans, LA  70130<br><br>111 East Capitol, Ste. 600<br>Jackson, MS  39225<br><br>PO Box 23066<br>Jackson, MS  39255 | Legal Services |
| Phifer & White, P.C. | L.B. Kind Building, Ste. 500<br>1274 Library St.<br>Detroit, MI  48246 | Legal Services |
| Phillips Ormonde and Fitzpatrick | 367 Collins St.<br>Melbourne 3000<br>Australia<br><br>PO Box 323<br>Collins St. W. 8007<br>Melbourne<br>Australia | Legal Services* |
| Pillsbury Winthrop Shaw Pittman LLP | 2 Houston Ctr.<br>909 Fannin, 22nd Fl.<br>Houston, TX  77010<br><br>PO Box 60000<br>San Francisco, CA  94160 | Legal Services |
| Plews Shadley Racher & Braun | 1346 N. Delaware St.<br>Indianapolis, IN  46202 | Legal Services |

16

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Plunkett & Cooney, P.C. | 38505 Woodward, Ste. 2000<br>Bloomfield Hills, MI  48304<br><br>900 Marquette Bldg.<br>243 W. Congress, Ste. 800<br>Detroit, MI  48226<br><br>1695 Woodward Ave., Ste. 210<br>Bloomfield Hills, MI  48013 | Legal Services |
| Porterfield, Harper & Mills, P.A. | 22 Inverness Center Pkwy, Ste. 600<br>Birmingham, AL  35242<br><br>PO Box 530790<br>Birmingham, AL  35253 | Legal Services |
| PriceWaterhouseCoopers | 1301 K Street N.W.<br>Suite 800W<br>Washington, DC  20005<br><br>Marino Escobedo 573<br>Col. Rincon Del Bosque<br>Mexico DF 11580<br>Mexico<br><br>AV Tecnologico 100 Piso 6<br>76030 Queretaro Qro<br>Mexico<br><br>North American Center<br>5700 Yonge St., Ste. 1900<br>North York, ON M2M 4K7<br>Canada<br><br>202 Hi Bin Road<br>Shanghai<br>200021<br>China | Tax Advisory and Advocacy Services* |
| Prichard, Hawkins, Davis & Young, LLP | Union Square, Ste. 600<br>10101 Reunion Place<br>San Antonio, TX 78216 | Legal Services |
| Quan, Burdette & Perez, P.C. | 5177 Richmond Ave., Ste. 800<br>Houston, TX 77056 | Legal Services |
| Quarles & Brady LLP | 441 East Wisconsin Avenue, Ste. 2040<br>Milwaukee, WI 53202 | Legal Services |
| Quattlebaum, Grooms, Tull & Burrow PLLC | 111 Center St., Ste. 1900<br>Little Rock, AR  72201 | Legal Services |
| Ralph L. Hensler | 1623 3rd Ave. 20G<br>New York, NY  10128 | Legal Services |
| Reising, Ethington, Barnes Kisselle, P.C. | 201 W. Big Beaver Ste. 400<br>Troy, MI  48084 | Legal Services |
| Robin, Carmack and Gonia, LLP | 14771 Plaza Dr., Ste. D<br>Tustin, CA  92780 | Legal Services |
| Roetzel and Andress | 222 S. Main St.<br>Akron, OH  43308 | Legal Services |

17

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Rogitz & Associates | 750 B St., Ste. 3120 Symphony Twr.<br>San Diego, CA  92101 | Legal Services |
| Rumberger Kirk & Caldwell P.A. | 300 S. Orange Ave.<br>Lincoln Plaza, Ste. 1400<br>Orlando, FL | Legal Services |
| Russell & Stoychoff | 2855 Coolidge Hwy, #218<br>Troy, MI 48084 | Legal Services |
| Sager and Savage | 5152 Katella Ave., Ste. 104<br>Los Alamitos, CA  90720 | Legal Services |
| Samil PricewaterhouseCoopers | Kukje Center Building<br>191191 Hankangro 2ga Yongsanku<br>Seoul 140-702<br>Korea | Tax Services* |
| Scheuer Mackin & Breslin LLC | 11025 Reed Hartman Highway<br>Cincinnati, OH  45242 | Legal Services |
| Schmeiser, Olson & Watts | 18 E. University Dr., Ste. 101<br>Mesa, AZ 85201<br><br>3 Lear Jet Lane, Ste. 201<br>Latham, NY 12110<br><br>125 High Rock Ave.<br>Saratoga Springs, NY 12866 | Legal Services |
| Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C. | 30903 Northwestern Hwy.<br>Farmington Hills, MI  48334<br><br>PO Box 634213<br>Cincinnati, OH  45263 | Legal Services |
| Seyfarth Shaw LLP | 55 East Monroe Street,  Ste. 4200<br>Chicago, IL 60603 | Legal Services |
| Sidley Austin Brown & Wood LLP | Square de Meeus 35<br>B-1000 Brussels<br>Belgium | Legal Services* |
| Slagle, Bernard & Gorman, P.C. | 600 Plaza W. Bldg.<br>4600 Madison Ave., Ste. 600<br>Kansas City, MO | Legal Services |
| Smiley-Smith & Bright CPAs, LLC | 4250 Lomac St.<br>Montgomery, AL  36106 | Legal Services |
| Smith, Gambrell & Russell, L.L.P. | 1850 M Street N.E., Ste. 800<br>Washington, DC  20036<br><br>1230 Peachtree St. N.E., Ste. 3100<br>Atlanta, GA  30309 | Legal Services |
| Snell & Wilmer LLP | One Arizona Ctr.<br>400 E. Van Buren, 10th Fl.<br>Phoenix, AZ  85004<br><br>1500 Citibank Twr.<br>1 S. Church Ave.<br>Tucson, AZ  85701 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Squire, Sanders & Dempsey, L.L.P. - DC | 1201 Pennsylvania Ave. N.W. 5th<br>PO Box 407<br>Washington, DC  20004<br><br>1300 Huntington Ctr.<br>41 S. High St.<br>Columbus, OH  43215<br><br>PO Box 643051<br>Cincinnati, OH  45264 | Legal Services |
| Stockwell, Harris, Widom and Wooly | 3580 Wilshire Blvd., #1900<br>Los Angeles, CA  90010 | Legal Services |
| Stout Risius Ross, Inc. | 32255 Northwestern Highway, Ste. 201<br>Farmington Hills, MI  48334 | Valuation Services |
| Suri & Company | Flat No. 12 Golf Apartments<br>Sujan Singh Park Maharishi Raman<br>New Delhi 110003, India | Legal Services* |
| Swift Currie McGhee & Hiers, LLP | 1355 Peachtree St. N.E., Ste. 300<br>Atlanta, GA  30309 | Legal Services |
| Thelen Reid & Priest LLP | 225 W. Santa Clara St., Suite 1200<br>San Jose, CA 95113 | |
| Thompson & Knight LLP | 1700 Pacific Ave., Ste. 3300<br>Dallas, TX  75201 | Legal Services |
| Thorn Gershon Tymann and Bonanni, LLP | P.O. Box 15054<br>Albany, NY 12212 | Legal Services |
| Tsar and Tsai | 8th Fl. 245 Dunhua S. Rd.<br>Sec 1 Taipei 106<br>ROC<br>Taiwan, Province of China | Legal Services* |
| Turner Reid Duncan Loomer & Patton P.C. | 1355 E. Bradford Pkwy, Ste.  A<br>Springfield, MO  65804 | Legal Services |
| UHY Mann Frankfort Stein & Lipp Advisors, Inc. | 12 Greenway Plaza, 8th Fl.<br>Houston, TX  77046 | Legal Services |
| Vereenigde | PO Box 87930<br>2508 DH Den Haag<br>Netherlands | Legal Services* |
| Vicky Farah Law Offices | 201 E. Liberty St.<br>Ann Arbor, MI 48104 | Legal Services |
| von Kreisler Selting Werner | PO Box 102241<br>D-50462 Koln<br>Germany | Legal Services* |
| Vorys, Sater, Seymour & Pease LLP | 52 E. Gay St.<br>P.O. Box 1008<br>Columbus, OH 43216 | Legal Services |
| Ward Norris Heller & Reidy, LLP | 300 State St.<br>Rochester, NY  14614 | Legal Services |
| Washington Patent Services, Inc. | The Office Complex of Pasadena<br>933 Oleander Way S., Ste. 3<br>South Pasadena, FL  33707 | Legal Services |
| Watkins Ludlam Winter & Stennis, P.A. | 633 North State St.<br>P.O. Box 427<br>Jackson, MS 39205 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Wax Law Group | 2118 Wilshire Blvd., Ste. 407<br>Santa Monica, CA 90403 | Legal Services |
| Webb Law Firm | 436 7th Ave., Ste. 700<br>Pittsburgh, PA 15219 | Legal Services |
| Webb Ziesenheim Logsdon Orkin & Hanson, P.C. | 700 Kopper Bldg.<br>436 7th Ave., Ste. 700<br>Pittsburgh, PA 15219 | Legal Services |
| Wells, Anderson & Race, LLC | 1700 Broadway, Ste. 1020<br>Denver, CO 80290 | Legal Services |
| Wesley D. Pack Jr. | 201 Donna Mae Lane<br>Leonard, MI 48367<br><br>16533 E. Campbell<br>Gilbert, AZ 85234 | Legal Services |
| White and Williams LLP | 1800 One Liberty Pl.<br>Philadelphia, PA 19103 | Legal Services |
| WIEG, Inc. | 10 E. Doty St., Ste. 800<br>Madison, WI 53703 | Legal Services |
| Williams & Williams | 43 Court St., Ste. 1000<br>Buffalo, NY 14202 | Legal Services |
| Wimer Law Offices, P.C. | 655 Allegheny Avenue<br>Oakmont, PA | Legal Services |
| Wise, Carter, Child & Caraway | 600 Heritage Bldg.<br>401 East Capitol St., Ste. 600<br>Jackson, MS 39201<br><br>P O Box 651<br>Jackson, MS 39205 | Legal Services |
| Wood and Richmond | 3300 Vickery Rd.<br>N. Syracuse, NY 13212 | Legal Services |
| Wood, Herron & Evans, L.L.P. | 2700 Carew Twr.<br>441 Vine St.<br>Cincinnati, OH 45202 | Legal Services |
| Wooden & McLaughlin, LLP | 1 Indiana Sq., Ste. 1800<br>Indianapolis, IN 46204 | Legal Services |
| Wright Lindsey & Jennings LLP | 200 W. Capitol Ave., Ste. 2300<br>Little Rock, AR 72201 | Legal Services |
| Young & Basile P.C. | 3001 W. Big Beaver Rd., Ste. 624<br>Troy, MI 48084 | Legal Services |
| Yuasa & Hara | Section 206 New Ohtemachi Building<br>2-1<br>Ohtemachi 2-Chome<br>Chiyoda-Ku<br>Tokyo 100-0004<br>Japan<br><br>CPO Box 714<br>Tokyo 100 8692<br>Japan | Legal Services* |
| Zeanah, Hust & Summerford | 2300 University Blvd.<br>7th Fl., Am. S. Bldg.<br>Tuscaloosa, AL 35401 | Legal Services |

| NAME OF PROFESSIONAL | ADDRESS OF PROFESSIONAL | DESCRIPTION OF SERVICES |
|---|---|---|
| Trench, Rossi e Watanabe - Advogados | Av. Dr. Chucri Zaidan, 920<br>13o andar - Market Place Tower I<br>04583-904 São Paulo, SP<br>Brazil | Legal Services |