1

1

2   UNITED STATES BANKRUPTCY COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Case No. 05-44481

5   - - - - - - - - - - - - - - - - - - - -x

6   In the Matter of:

7

8   DELPHI CORPORATION,

9

10          Debtor.

11

12   - - - - - - - - - - - - - - - - - - - -x

13

14          March 9, 2006

15          10:02 a.m.

16

17             United States Bankruptcy Court

18             One Bowling Green

19             New York, New York 10004

20

21   B E F O R E:

22

23   HON. ROBERT D. DRAIN

24   U.S. BANKRUPTCY JUDGE

25

```
 1                 DELPHI CORPORATION

 2

 3    MOTION for Administrative Order Under 11

 4    U.S.C. Section 331 (I) Establishing Procedures

 5    for Interim Compensation and Reimbursement of

 6    Expenses of Professionals and (II) Setting a

 7    Final Hearing Thereon (Docket No. 11)

 8

 9    ORDER to Show Cause - Behr Industries (Docket

10    No. 774)

11

12    ORDER to Show Cause - JST Mfg. Co. Ltd.

13    (Docket No. 1369)

14

15    MOTION of Appaloosa Management LP, Pursuant to

16    11 U.S.C.  Section 1102(a)(2) for an Order

17    Directing the United States Trustee to Appoint

18    an Equity Committee in These Chapter 11 Cases

19    (Docket No. 1604)

20

21    ORDER to Show Cause - Deutsche Dagan (Docket

22    No. 1815)

23

24

25
```

```
 1                    DELPHI CORPORATION

 2

 3    MOTION for Order Under 11 U.S.C. Section

 4    365(d)(2) Directing Debtor Delphi Automotive

 5    Systems, LLC to Determine Within 150 Days

 6    Whether to Assume or Reject its Nonresidential

 7    Real Property Lease With Cherokee North Kansas

 8    City, LLC (Docket No. 1834)

 9

10    OFFICIAL Committee of Unsecured Creditors'

11    Application for an Order Under Section 328 and

12    1103 of the Bankruptcy Code and Bankruptcy

13    Rule 2014 Approving Retention of Jefferies &

14    Company, Inc. as Investment Bankers and

15    Financial Advisor to the Committee (Docket No.

16    1948)

17

18    MOTION for Relief from Stay to Allow Case to

19    Continue in the State Indiana Howard County

20    Superior Court 11 (Docket No. 2397)

21

22    ORDER to Show Cause - Schmidt Technology GmbH

23    (Docket No. 477)

24

25
```

```
 1               DELPHI CORPORATION

 2

 3    MOTION of Entergy Mississippi Inc. for (II)

 4    Relief from Stay to Exercise Recoupment and/or

 5    Setoff Rights Pursuant to Section 553 of the

 6    Bankruptcy Code and (II) Other Related Relief

 7    (Docket No. 1024)

 8

 9    MOTION to Amend the Order Under 11 U.S.C.

10    Section 102(1) and 105 Fed. R. Bankr. P.

11    2002(m), 9006, 9007, and 9014 Establishing (I)

12    Omnibus Hearing Dates (II) Certain Notice,

13    Case Management, and Administrative

14    Procedures, and (III) Scheduling an Initial

15    Case Conference in Accordance with Local

16    Bankr. R. 1007-2(e) (Docket No. 1556)

17

18    MOTION by ERISA Lead Plaintiff for

19    Certification Under Fed. R. Bankr. P. 7023 and

20    to Appoint Counsel (Docket No. 2148)

21

22    MOTION to Further Extend the Time Period

23    Within Which Debtors may Remove Actions Under

24    28 U.S.C. Section 1452 and Fed. R. Bankr. P.

25    9006, and 9027 (Docket No. 2430)
```

```
 1              DELPHI CORPORATION

 2

 3   MOTION for Order Under 11 U.S.C. Section 363

 4   and Fed. R. Bankr. P. 6004 Authorizing and

 5   Approving Sale of Debtors' Equity Interest in

 6   Chinese Joint Venture (Docket No. 2436)

 7

 8   MOTION Under 11 U.S.C. Sections 363, 1107, and

 9   1108 Authorizing Delphi Automotive Systems LLC

10   to Make Equity Investments in Delphi Furukawa

11   Wiring Systems LLC and Approving Procedures to

12   make Additional Contributions Without Further

13   Court Approval (Docket No. 2442)

14

15   MOTION for Order Under 11 U.S.C. Sections 362,

16   363, and 365 Authorizing Debtors to (I) Obtain

17   Significant Improvement in Energy Costs by

18   Modifying Agreements with Lockport Energy

19   Associates L.P. and New York State Electric

20   and Gas Corporation, and (III) Consent to

21   Relief from Automatic Stay for Limited Purpose

22   of Allowing Lockport Energy Associates L.P. to

23   Record Modified Easements (Docket No. 2444)

24

25
```

1              DELPHI CORPORATION

2

3    MOTION of Appaloosa Management L.P. to File

4    Under Seal (I) its Motion to Compel

5    Depositions and Exhibits Thereto and (2) its

6    Motion to Compel Production of Documents and

7    Exhibits Thereto (Docket No. 2566)

8

9    MOTION for Order Directing Appointment of

10   General Motors Corporation to Statutory

11   Creditors' Committee (Docket No. 2443)

12

13

14   SUMMONS and Notice of Pretrial Conference in

15   an Adversary Proceeding (Docket No. 4)

16

17

18

19

20

21

22

23   Transcribed By:  Esther Accardi

24

25

```
 1                    DELPHI CORPORATION

 2

 3    A P P E A R A N C E S :

 4

 5    SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

 6                  Four Times Square

 7                  New York, New York 10036

 8

 9    BY:           JOHN WM. BUTLER, JR., ESQ.

10                  KAYALYN A. MARAFIOTI, ESQ.

11                  THOMAS MATZ, ESQ.

12

13    TOGUT, SEGAL & SEGAL, LLP

14                  One Penn Plaza

15                  New York, New York 10119

16

17    BY:           NEIL BERGER, ESQ.

18

19    KLETT ROONEY LIEBER & SCHORLING, PC

20                  1000 West Street, Suite 1410

21                  P.O. Box 1397

22                  Wilmington, Delaware 19899

23

24    BY:           ERIC LOPEZ SCHNABEL, ESQ.

25
```

```
 1                    DELPHI CORPORATION

 2

 3      LATHAM & WATKINS, LLP

 4                    885 Third Avenue

 5                    New York, New York 10022

 6

 7      BY:          ROBERT J. ROSENBERG, ESQ.

 8                   JOHN W. WEISS, ESQ.

 9

10      BURR & FORMAN LLP

11                    3100 Southtrust Tower

12                    420 North 20th Street

13                    Birmingham, AL 35203

14

15      BY:          MICHAEL L. HALL, ESQ.

16

17      DUNN MORRIS LLP

18                    744 Broad Street

19                    Newark, New Jersey 07102

20

21      BY:          JOE LEMKIN, ESQ.

22

23

24

25
```

```
 1              DELPHI CORPORATION
 2             P R O C E E D I N G S
 3              THE COURT:  Please be seated.
 4       All right, Delphi Corporation.
 5              MR. BUTLER:  Your Honor, good
 6       morning.  My name is Jack Butler.  I'm
 7       with the law firm of Skadden, Arps,
 8       Slate, Meagher & Flom, LLP, here with my
 9       partner Kayalyn Marafioti and Tom Matz
10       for the companies for Delphi
11       Corporation's fifth omnibus hearing.
12       Your Honor, we have filed and served a
13       proposed agenda for today that has 19
14       matters on it.  With Your Honor's
15       permission we'll follow the agenda.
16              THE COURT:  Okay.
17              MR. BUTLER:  Your Honor, the
18       first matter on the agenda is the
19       balance of our first day motion the
20       docket number 11, dealing with
21       procedures for interim compensation
22       reimbursement of professionals, in terms
23       of their expenses.  What's left before
24       the Court is the fee committee matter.
25       We also had advised chambers earlier
```

1                   DELPHI CORPORATION

2           that there had been concurrence between

3           the U.S. Trustee, the creditors'

4           committee and the debtors to clarify

5           paragraph 1(j) of the compensation order

6           dealing with the timing of the filing of

7           inter-fee applications in this case.

8                   THE COURT:  All right.

9                   MR. BUTLER:  And, we've

10          submitted an order to chambers, and I

11          understand Your Honor has signed and has

12          been docketed, docketed number 2747 that

13          will clarify that fee applications will

14          be filed on the last calendar day of the

15          second month following each fee period,

16          so there's a point of clarity in terms

17          of the actual filing time.

18                  THE COURT:  Right.

19                  MR. BUTLER:  And, second, that

20          the fee committee can be resolved either

21          through the U.S. Trustee and the

22          creditors' committee and the debtors

23          submitting a proposed order to Your

24          Honor at chambers between now and April

25          7th or that Your Honor will dispose of

```
 1              DELPHI CORPORATION

 2        the matter at the April 7th omnibus

 3        hearing.

 4              THE COURT:  Okay.

 5              MR. BUTLER:  Thank you, Your

 6        Honor.  Matter number 2 on the agenda

 7        and matter number 3 on the agenda, Behr

 8        Industries and GSE Manufacturing Company

 9        Ltd., dockets number 774 and 1369 are

10        being handled by the Togut firm.  Neil,

11        Mr. Berger?

12              MR. BERGER:  Good morning,

13        Judge.

14              THE COURT:  Good morning.

15              MR. TODER:  Neil Berger, Togut,

16        Segal & Segal on number 2 as Behr

17        Industries.  This is a matter rising on

18        the calendar as a result of Your Honor's

19        order to show cause concerning a post-

20        petition payment made to Behr on account

21        of pre-petition obligations.  We

22        conducted a deposition of Behr on

23        Monday.  Part of what happened on Monday

24        were settlement negotiations, and while

25        we're hopeful that something can be
```

```
 1              DELPHI CORPORATION

 2         worked out, we can't be certain.  We

 3         spoke with your staff and were asked to

 4         call back after today's hearing to give

 5         a further status and also to receive

 6         information from chambers whether or

 7         not, if a substantive argument on this

 8         matter is required, whether or not it

 9         would be argued on April 7th or a

10         separate date.  I suspect that your

11         staff will want to know where we are and

12         what the remaining issues are.

13              THE COURT:  That's right and

14         also what else is on for the 7th.

15              MR. BERGER:  Yes, Your Honor.

16              THE COURT:  Okay.

17              MR. BERGER:  In JST is similar;

18         we had a deposition of JST on Friday.

19         They have some discovery outstanding,

20         there are some disputes and we're trying

21         to work through those discovery disputes

22         without Your Honor being involved.  I

23         did speak with JST counsel, who's here

24         with me today and he indicated that his

25         client, like ours, is interested in
```

```
 1              DELPHI CORPORATION

 2        seeing if there's some type of

 3        settlement that can be worked out.

 4        We'll speak with them either tomorrow or

 5        Monday morning and be prepared to report

 6        to chambers when we call about the

 7        hearing date.

 8              THE COURT:  Okay.  Very well.

 9              MR. BUTLER:  Your Honor, matter

10        number 4 on the agenda is the motion of

11        Appaloosa Management LP, for an order

12        directing United States Trustee to

13        appoint an equity committee in these

14        Chapter 11 cases; it's filed a docket

15        number 1604.  As Your Honor is aware in

16        part from a chambers conference

17        conducted last week, there'd been a

18        series of discovery matters that need to

19        be resolved here.  It was a view of the

20        debtors, after consultation of the

21        creditors' committee, that we wanted to

22        have an unambiguous and schedule as to

23        what would needed to be done before the

24        hearing.  We submitted a proposed

25        consent order to chambers, which I
```

14

```
 1              DELPHI CORPORATION

 2       believe Your Honor has reviewed and

 3       signed and docketed at docket number

 4       2745, that will lead to a special

 5       sitting of the Court on March 21st for

 6       that hearing.

 7              THE COURT:  That's right.

 8              MR. BUTLER:  Matter number 5,

 9       Your Honor, is Deutsche Dagan, docket

10       number 1815.  Again, it's Mr. Berger's

11       matter.

12              THE COURT:  You can talk from

13       there if you want, you don't have to --

14       whatever you're comfortable with.

15              MR. BERGER:  Your Honor, this

16       also is a matter on the agenda brought

17       on by Your Honor's order to show cause,

18       docket number 1815.  This concerns a

19       roughly $200,000 payment made post-

20       petition to this vendor on account of

21       pre-petition obligations.  Your Honor

22       and I discussed last time that this is a

23       matter where service of process is

24       occurring through the Hague Convention

25       and Your Honor was correct, it is taking
```

```
 1              DELPHI CORPORATION

 2      its time.  This matter will be

 3      adjourned.  We are being proactive

 4      though, Your Honor, we're speaking with

 5      counsel for Deutsche Dagan at the

 6      Proskauer Rose firm.  They are asserting

 7      lack of personal jurisdiction and we're

 8      trying to work through those issues as

 9      we go along.

10          THE COURT:  Okay, so this one

11      probably won't be on for April 7th or

12      we're not sure -- probably not.

13          MR. BERGER:  Not likely.

14          THE COURT:  Okay.  Very well.

15          MR. BUTLER:  Your Honor, number

16      6 on the agenda is the motion of

17      Cherokee North Kansas City LLC to

18      establish for cause under 365(d)(2), a

19      shortening of the time to assume or

20      reject their particular lease in Kansas

21      City seeking a shortened 150-day period

22      from the prior 365(d)(4) order to which

23      they had not objected.  Your Honor,

24      after several meet and confer

25      conferences under the case management
```

1            DELPHI CORPORATION

2       order, with Cherokee, the parties have

3       agreed to a consensual discovery process

4       that would move this matter for hearing

5       at the April 7th omnibus hearing.  There

6       are three depositions to be taken in --

7       under the agreement in Michigan,

8       Colorado and Kansas City, all limited to

9       three hours.  And there is some document

10      productions to occur between now and

11      April 1st.  And, Your Honor, we believe

12      that the parties will be able to adhere

13      to that deadline.  We also want to

14      continue our settlement discussions with

15      Cherokee and we'll be back on April 7th.

16          THE COURT:  Okay.  And I think

17      I have some sort of discovery order on

18      my desk on this, is that right?

19          MR. BUTLER:  Your Honor, I know

20      that we had, there was a protective

21      order --

22          THE COURT:  That's it.  Okay,

23      that will get in today, I think.

24          MR. BUTLER:  Thank you, Your

25      Honor.  Your Honor, the next matter on

```
 1              DELPHI CORPORATION

 2         the agenda is the application of the

 3         creditors' committee to engage Jefferies

 4         & Company, Inc. as their investment

 5         banker.  It's at docket number 1948 and

 6         there have been some related filings by

 7         the committee as well.  The committee

 8         and the debtors have agreed to adjourn

 9         this matter until the April 7th hearing

10         so that there can be some further

11         discussions on the form of engagement

12         letter and retention order.  Clearly

13         Your Honor, this extension was an

14         accommodation to the debtors and we

15         would expect to support, at the point in

16         time, we work out this issue a nunc pro

17         tunc engagement.  Jefferies is actively

18         working on the matter.

19              THE COURT:  Okay, that's fine.

20              MR. BUTLER:  Your Honor, matter

21         number 8 on the agenda is a motion for

22         relief from stay to allow a particular -

23         - a State Court action to continue in

24         the Indiana Howard County Superior

25         Court, filed at docket number 2937.
```

1              DELPHI CORPORATION

2         This was filed by a non-attorney, Ms.

3         Eva Orlik, and while the documents and

4         case management and other matters were

5         not observed, we've actually on behalf

6         of the debtors, taken some additional

7         time with Ms. Orlik to try to advise her

8         of the appropriate procedures to

9         encourage her to consider hiring an

10        attorney and to determine how she wants

11        to proceed in this matter.  The matter

12        was deficient of the case management but

13        because the manner in which she filed

14        and that she's not an attorney, we've

15        taken some extra steps with her.  She's

16        advised us that she is contemplating

17        hiring an attorney and asked us to

18        adjourn the matter to the April 7th

19        hearing.  We've agreed.

20             THE COURT:  Okay.  She doesn't

21        have an attorney in the state court

22        litigation?

23             MR. BUTLER:  She has an

24        attorney, I believe, in the state court

25        litigation, but not acting for her in

```
 1              DELPHI CORPORATION

 2         this case.

 3              THE COURT:  All right.  Okay,

 4         that's fine.

 5              MR. BUTLER:  Moving on, Your

 6         Honor, to uncontetested or agreed or

 7         settled matters.  The first of those

 8         matters, actually the first two matters

 9         here are the Schmidt Technology and

10         Entergy matters at docket numbers 477

11         and 1024; Mr. Berger's handling those.

12              MR. BERGER:  Judge, the number

13         9, Schmidt Technology, has been

14         resolved.  This was brought on by Your

15         Honor's order to show cause in

16         connection with a post-petition claim of

17         approximately 100 Euros equates to

18         approximately $117,000 U.S. dollars to

19         Schmidt post-petition on account of pre-

20         petition obligations.  Schmidts supplies

21         sensor modules that's used in our supply

22         chain important for our manufacturing

23         operations, we need those parts.  We've

24         resolved this matter so that the

25         agreement which would otherwise have
```

1                    DELPHI CORPORATION

2          expired on December 31, '05 would be

3          extended until June of '07, it's an 18

4          month extension.  Same pricing same

5          terms as the party's pre-petition

6          agreements.  However, as a result of the

7          extension only being 18 months rather

8          than two years, it technically falls as

9          a non-conforming assumption under Your

10         Honor's December 12th sole source

11         assumption order.  Under that order

12         there's a built-in procedure that

13         provides the committee and the pre-

14         petition agent with a five day review

15         process.  Yesterday we received an e-

16         mail from counsel for the agent

17         affirmably stating that the agent has no

18         objection.  The committee's reviewed

19         here and it sounds, I believe, at the

20         end of today.  We do have an agreement

21         with Schmidt subject to the committee's

22         review period and a form of an order.

23         We think it would be prudent to let the

24         committee have that last bit of review

25         period.  Hopefully, we'll be submitting

1                    DELPHI CORPORATION

2           an order to Your Honor either tomorrow

3           or sometime early next week.

4                THE COURT:  Okay.

5                MR. BERGER:  In number 10,

6           Entergy Mississippi, that was argued

7           last time Your Honor, Entergy sought to

8           recoup against a $600,000 deposit.  Your

9           Honor asked two questions that Your

10          Honor ruled that this a recoupment.

11          Your Honor asked us to look at two

12          issues.  One was the posting of the

13          deposit, potentially preferential and if

14          it was, are there defenses.  And what

15          we've determined, Your Honor, is that at

16          the time the deposit was posted there

17          were services having been provided by

18          Entergy after the date of the prior

19          payment to the date of the deposit with

20          an invoice value approaching $300,000.

21          So to answer Your Honor's first

22          question, potentially $300,000 of that

23          deposit could be looked at as a

24          preference.  But we did exchange

25          information with Entergy, we looked at

1                    DELPHI CORPORATION

2          our own books and records and determined

3          that after the deposit was posted there

4          was subsequent revalue at an excess of a

5          million dollars and negates the issue of

6          a preference.  So we've resolved this.

7          We resubmitted a form order to your

8          chambers yesterday.

9               THE COURT:  Okay, I think that

10         was signed.

11              MR. BERGER:  Thank you, Judge.

12              THE COURT:  All right.

13              MR. BUTLER:  Your Honor, the

14         next matter on the agenda is the case

15         management amendment motion filed by the

16         creditors' committee at docket number

17         1556.  The debtors and the creditors'

18         committee have worked this matter out

19         and had submitted a proposed

20         supplemental case management order to

21         chambers.  We followed the Court's

22         guidance to take a look at the Refco

23         case management order and have made some

24         changes to the process.  Essentially,

25         Your Honor, paragraph 3 of the

1               DELPHI CORPORATION

2          supplemental case management order

3          provides for the omnibus hearing, dates

4          and times through January 2007.

5          Paragraph 9, at the request of the U.S.

6          Trustee provides that the U.S. Trustee's

7          office should not receive electronic

8          notices or communications unless the

9          U.S. Trustee authorizes that.  Paragraph

10         11 provides that so long as the debtors

11         or the creditors' committee counsel do

12         not object, that the 10-day deadline

13         that's currently case management order

14         can continue to be used, but if there is

15         an objection, that there has to be --

16         there's a process now set forth in the

17         order for explaining the need for

18         emergency or expedited relief.  And

19         there's an escalating process that would

20         include also a chambers conference if

21         necessary as described in the procedures

22         in the order.  The objection deadlines

23         have been maintained as they were in the

24         original order and there is a now formal

25         requirement of paragraph 15 of the order

1              DELPHI CORPORATION

2        to provide electronic service of the

3        actual pleading and the e-mail that's

4        sent out from the notice agent which is

5        something we've been doing on an

6        informal basis since pretty much the

7        commencement of the case, but it's now

8        formally captured in the order.  That

9        summarizes basically arrangements that

10       we have reached.

11            THE COURT:  I've reviewed it

12       and the only thing I did is I put in

13       bold the requirements, send a hard copy

14       to chambers of pleadings, just so people

15       remember to do that.  And with regard to

16       orders, if people have any confusion

17       about getting orders to chambers, just

18       call my clerks and they'll lay out the

19       process with them.

20            MR. BUTLER:  Thank you, Your

21       Honor.

22            THE COURT:  Okay.  So that's

23       granted.

24            MR. BUTLER:  Your Honor, matter

25       number 12 in the agenda is the ERISA

1                       DELPHI CORPORATION

2              lead plaintiff's class certification

3              motion, filed at docket number 2148.

4              This was a request in connection with

5              the In re Delphi ERISA Litigation,

6              that's part of the multi-district

7              litigation in the United States District

8              Court for the Eastern District of

9              Michigan seeking certification of

10             bankruptcy rule 7023 of that class for

11             purposes of pursuing a class -- a proof

12             of claim and to appoint counsel in these

13             cases.  Your Honor, we are pleased to

14             report, and Your Honor's already entered

15             and docketed a stipulation order docket

16             number 2659 that places this matter

17             essentially in suspense on this -- the

18             agenda in this Court, pursuant to the

19             terms of the stipulation at docket

20             number 2659.  And until there's further

21             progress in the MDL litigation which

22             includes a proposed ERISA class action

23             against Delphi and others that are

24             pending as indicated in the U.S. States

25             District Court for the Eastern District

```
 1              DELPHI CORPORATION

 2         of Michigan.  So without resetting all

 3         the terms of the stipulation,

 4         essentially there'll be no further

 5         action in this case until Judge Rosen

 6         reaches some decisions in the MDL

 7         litigation.  And there are some safe

 8         harbors in the stipulation order that

 9         was presented to Your Honor dealing with

10         the filing of ERISA proofs of claim.

11              THE COURT:  Right.  That was a

12         good way to resolve it.

13              MR. BUTLER:  Your Honor, matter

14         number 13 on the agenda is our second

15         and we hope final removal deadline

16         extension motion.  It's a request to

17         Your Honor to extend the time by which

18         the debtors can file notices of removal

19         with respect to any actions pending on

20         the petition date to the later of June

21         7, 2007 or 30 days after entry of an

22         order terminating the automatic stay

23         with respect to a particular action

24         sought to be removed.  We picked June

25         7th, Your Honor, as essentially the same
```

1                   DELPHI CORPORATION

2           date 365(d)(4) has already been approved

3           through.  It is consistent with our

4           reorganization calendar and we hope that

5           we won't have a need to seek a further

6           extension of that time.  Just a note on

7           service, Your Honor, when we brought the

8           first one on, Your Honor may recall we

9           had limited service of the first request

10          and therefore we had more limited

11          requests to extend the removal period.

12          For this particular motion, which

13          involves approximately 200 judicial

14          administrative proceedings that are

15          pending across the United States, we

16          actually expanded the notice list.  So

17          we provided a notice to the various

18          parties for the actions or their known

19          counsel, some 552 special parties who --

20          172 actions implicated by these motions

21          in either state or federal court.  We

22          did not provide any additional notice

23          with respect to certain administrative

24          proceedings for about 65 of those.

25          Those are implicated by 9027 so we did

1                      DELPHI CORPORATION

2          not serve those further.  Your Honor, we

3          think we provided the appropriate level

4          of notice now that was easier to do once

5          we had our scheduled statements in place

6          and there have been no objections filed

7          by any party to the relief requested.

8              THE COURT:  Okay.  I'll grant

9          the motion.  Obviously the more

10         developed the litigation gets, the

11         greater risk it is that it might get

12         remanded after it's removed.  But I know

13         you're aware of that.  But the motion

14         lays out the basis for the extension.

15             MR. BUTLER:  Thank you, Your

16         Honor.  Your Honor, matter number 14 on

17         the agenda is our motion seeking

18         authority and approval to sell one of

19         the debtors' equity interest in a

20         Chinese joint venture, it's at docket

21         number 2436.  Your Honor, while this

22         deals with our global business, there

23         are as Your Honor may even recall from

24         the first day, there are occasionally

25         intersections between our global

```
1              DELPHI CORPORATION

2         businesses and those entities that are

3         in Chapter 11.  And we've reviewed these

4         transactions on a monthly basis with the

5         creditors' committee at each of our

6         monthly meetings and some of them rise

7         to the level, we need to file them with

8         the Court.  This is one of those

9         examples because by this, we're seeking

10        to sell a 50 percent equity interest in

11        a joint venture that's called Shanghai

12        Delco Electronics and Instrumentation

13        Company Ltd.  That interest is owned by

14        Delphi Electronics Holding LLC which is

15        a debtor in these jointly administered

16        cases.  This is the residual of the

17        Delco businesses that were in the

18        company's corporate structure and this

19        is the entity -- Delphi Electronics

20        Holding LLC, is the entity that holds

21        these various Delco interests.  And

22        we're seeking to sell this to our joint

23        venture partner, Shanghai Agricultural

24        Industry and Commerce Group, Shanjung

25        General Corporation as well as their
```

1              DELPHI CORPORATION

2        senior manager, Mr. Yang Yee.  And we're

3        proposing to do it, it's a sales price

4        of 7.5 million dollars.  We've reviewed

5        this transaction the motion describes in

6        detail and the terms of it, we've

7        reviewed this transaction with the

8        creditors' committee and noticed it to

9        both the 2002 and master service list.

10       We anticipate the transaction will be

11       completed by June, 2006 and there are no

12       objections to the motion.

13             THE COURT:  Okay.  And there

14       are no liens on the interest, it doesnÆt

15       have to be free and clear, because it's

16       unencumbered?

17             MR. BUTLER:  Your Honor, I

18       don't believe there are any current

19       liens that I'm aware of.  I don't know

20       that for sure.

21             THE COURT:  Okay.  The motion

22       clearly lays out the reasons why the

23       debtor wants to do the sale and the sale

24       process, so I will approve it.  There

25       wasn't an order attached to this one,

```
 1              DELPHI CORPORATION
 2         that's why I asked about 363.
 3              MR. BUTLER:  Your Honor, I need
 4         to check on the thing, I mean, most of
 5         the things when we take the trouble
 6         bringing something under 363 we seek to
 7         have it free and clear.
 8              THE COURT:  Right.
 9              MR. BUTLER:  And the motion
10         would have sought that, so I looked the
11         order -- my anticipation would be that
12         the order would include that provision.
13              THE COURT:  Well, no one has
14         objected.  I just haven't seen the
15         orders here.
16              MR. BUTLER:  I'll get an order
17         and get it submitted to Your Honor, but
18         I would include in the order a provision
19         to sell it free and clear.
20              THE COURT:  Okay.  All right.
21              MR. BUTLER:  Thank you, Your
22         Honor.  Your Honor, the next matter
23         number, matter number 15 on the agenda,
24         again one of these matters that touches
25         a global business matter that touches
```

1                    DELPHI CORPORATION

2              the estate and we've brought a motion

3              seeking authority to make equity

4              investments in Delphi Furhauer Systems

5              LLC and for improving procedures to make

6              additional contribution without further

7              Court approval.  The reason for this

8              Your Honor, is the contributor would be

9              Delphi Automotive Systems LLC, we refer

10             to it as DAS or DAS LLC, which is a

11             debtor in these jointly administered

12             cases.  And the contributions and equity

13             investments will be made in the joint

14             venture, which I indicated as is Delphi

15             Furukawa Wiring Systems LLC, and that

16             also is an affiliate debtor.  And so we

17             have now two of these, but it involves,

18             frankly, a business enterprise that has

19             been closely worked out with Toyota.  So

20             this is a non-GM -- a business which is

21             important to the company, one of our

22             customers, and we're seeking authority

23             to make 3.1 million dollars of scheduled

24             equity contributions that are laid out

25             in the LLC agreement and are due to be

1                  DELPHI CORPORATION

2         paid in installments between now and

3         2007 and the authority to make excess

4         contributions up to an additional 1.5

5         million based on notice procedures that

6         are set forth in the motion in the

7         proposed order.  Again, Your Honor, the

8         motion lays out the business basis for

9         all of this.  We've reviewed this as one

10        of our transactions with the creditors'

11        committee at one of our regular meetings

12        and between the financial advisors to

13        the committee and the company.  And I've

14        noticed it to the master 2002 list and

15        there are no objections to the relief

16        requested.

17             THE COURT:  Okay.  This doesn't

18        change -- these investments are intended

19        to be made in the percentages set forth

20        in the JV agreement.  You're not

21        changing the JV agreement, this is

22        funding?

23             MR. BUTLER:  No, we're not.

24             THE COURT:  All right.  Based

25        again on the motion papers and there

```
1              DELPHI CORPORATION

2         being no objection including by the

3         committee, after review, I'll approve

4         it.

5              MR. BUTLER:  Thank you, Your

6         Honor.  Your Honor, matter number 16 is

7         the Lockport Energy Agreement that we've

8         been promising Your Honor for some time.

9         We're very, very pleased to present it

10        to the Court today.  This is the

11        agreement that required, among other

12        things, an approval -- regulatory

13        approval that we were able to obtain.

14        In fact, that approval was received, I

15        believe, on February 27th, 2006.  We've

16        been working closely with the state of

17        New York and regulatory entities within

18        the state of New York.  I could deal

19        with this, this is all involving the

20        Lockport facility and would provide the

21        opportunity for us to obtain energy and

22        products at a much reduced rate as we go

23        forward.  This is a fairly complex

24        transaction, it's described in detail in

25        the moving papers and unless Your Honor
```

```
1              DELPHI CORPORATION
2       has specific questions, we do have a
3       Delphi representative here familiar with
4       the transaction answering questions Your
5       Honor may have and have a proffer in
6       connection if Your Honor wants to
7       receive it.  But again, we've reviewed
8       this transaction with our creditors'
9       committee, we noticed it out to the
10      master and 2002 list and there are no
11      objections to the proposed transaction.
12              THE COURT:  Okay.  I don't need
13      a proffer in light of that and the
14      clarity of the motion papers, so I'll
15      approve it for the reasons stated in the
16      motion.
17              MR. BUTLER:  Thank you, Your
18      Honor.  Your Honor, matter number 17 is
19      Appaloosa's motion to file under seals
20      and discovery matters, this was filed at
21      docket number 2566.  This motion was
22      resolved in its entirety by the pretrial
23      order that Your Honor entered at docket
24      number 2745, and under the terms of that
25      order it was to be presented today as a
```

```
 1              DELPHI CORPORATION

 2      resolved matter.

 3              THE COURT:  All right.  But the

 4      order's been signed and --

 5              MR. BUTLER:  Yes, Your Honor.

 6              THE COURT:  Okay.

 7              MR. BUTLER:  Your Honor, under

 8      the contested matters, matter number 18

 9      is the motion directing appointment of

10      General Motors Corporation to the

11      statutory creditors' committee, filed at

12      docket number 2443.  There was series of

13      objections filed to that motion, the

14      debtors filed a statement which neither

15      supported nor opposed the motion and

16      yesterday evening General Motors filed a

17      withdrawal of the motion at docket

18      number 2746.

19              THE COURT:  Okay.  I'm sure

20      they'll remain very active in the case.

21              MR. BUTLER:  I think that's

22      correct, Your Honor.

23              THE COURT:  Okay.

24              MR. BUTLER:  We need and desire

25      and look forward to their active
```

```
 1              DELPHI CORPORATION

 2       participation.  Your Honor, matter

 3       number 19 on the agenda is the Bank of

 4       America summons matter involving the

 5       recognition of their liens involving, I

 6       think, some aircraft, filed all the way

 7       back at adversary case 06-01121 and

 8       again, Mr. Berger is handling this

 9       matter.

10              MR. BERGER:  Judge, this is the

11       first pretrial conference for Bank of

12       America and its adversary proceeding.

13       Counsel for Bank of America, asked that

14       I report, and so did the other

15       defendants, this is a strange adversary

16       proceeding naming the debtor -- one of

17       the debtors, the committee and both the

18       pre and post-petition agents, seeking a

19       declaration that its liens are senior

20       and the only liens against aircraft

21       equipment and charter revenue.  Your

22       Honor has dealt with these issues both

23       in the context of the DIP order and

24       there's a provision in paragraph 25 that

25       protects Bank of America.  Bank of
```

```
 1              DELPHI CORPORATION

 2         America brought on the motion for

 3         adequate protection.  That was resolved

 4         and provided a review hearing for the

 5         committee and to the debtor to object to

 6         those liens; that date has come and

 7         gone.  Arguably the commencement of the

 8         adversary proceeding renewed that review

 9         period.  But Bank of America's counsel

10         is speaking with the lender's counsel,

11         they're trying to work out some kind of

12         a stipulation and we thought -- all of

13         us in the adversary proceeding thought,

14         rather than coming in to argue on the

15         motion practice hopefully this matter

16         can be resolved without argument.

17              THE COURT:  Okay, very well.

18              MR. BUTLER:  Your Honor, one

19         other matter that's not on the agenda,

20         what could have been matter number 20.

21         Your Honor will recall when we spoke

22         about this at the last omnibus hearing,

23         there was an adversary proceeding filed

24         and motion practice in connection with a

25         group of underwriters who were seeking
```

1                 DELPHI CORPORATION

2         an extension of the automatic stay in

3         their benefit with respect to the

4         debtors' automatic stay.  There was a

5         good deal of discussion about that, the

6         debtors concluded for a variety of

7         reasons that they would oppose that

8         relief believing, among other things,

9         that we would not ask Your Honor or join

10        in the relief to ask Your Honor to

11        extend the automatic stay to all

12        parties.  And a partial automatic stay

13        was not acceptable to either of us or, I

14        believe, to the creditors' committee.

15        And we actually believe, as we've said

16        to Your Honor before and as we've said

17        on the record in our first day

18        pleadings, this case was not filed

19        because of the multi-district litigation

20        or because of the issues raised there,

21        it was filed for very different reasons

22        involving our labor transformation needs

23        in this case.  And consequently, we did

24        not believe it was appropriate to try to

25        essentially seek to slow down the MDL

```
 1              DELPHI CORPORATION

 2         litigation but rather to maintain the

 3         current status quo which I do point out

 4         includes an automatic stay against the

 5         debtors at the moment, and we're not

 6         waiving that stay as it relates to us.

 7         But we are actively involved through

 8         Sterling & Sterling and to some extent

 9         through our firm in addressing MDL

10         issues.  Based on that reality, the

11         underwriters elected to withdraw both

12         the motion and to withdraw the adversary

13         proceeding.  So that matter is also off

14         the Court's docket.

15              THE COURT:  Okay.  That makes

16         sense.

17              MR. BUTLER:  Your Honor, that

18         completes our omnibus hearing for the

19         month of March.  We're back here on

20         April 7th.  Between now and then, March

21         21st is our special setting on the

22         equity committee motion which we'll be

23         dealing with and March 31st is the not-

24         later-than date by which our 1113/1114

25         pleadings are due.
```

```
 1              DELPHI CORPORATION

 2              THE COURT:  Right.  Okay, very

 3       well.  Thank you.

 4              MR. BUTLER:  Thank you, Your

 5       Honor.

 6              THE COURT:  Thank you.

 7              (Whereupon these proceedings

 8       were concluded.)

 9              (Time Noted:  10:31 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

42

1

2          I, Esther Accardi, hereby certify that

3     the foregoing is a true and correct

4     transcription, to the best of my ability, of

5     the sound recorded proceedings submitted for

6     transcription in the matter of:

7     Delphi Corporation.

8

9          I further certify that I am not employed

10    by nor related to any party to this action.

11

12         In witness whereof, I hereby sign this

13    date:

14    March 12, 2006

15

16    _____

17    Esther Accardi

18

19

20

21

22

23

24

25