UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:   <u>EPSON AMERICA INC</u>                         ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   <u>SORT 2300</u>
   <u>PO BOX 4655</u>

   <u>CAROL STREAM, IL 601974655</u>

2. Please take notice of the transfer of $53,380.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $53,380.00 to:
   <u>Madison Niche Opportunities, LLC</u>           ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   <u>6310 Lamar Ave</u>
   <u>Suite 120</u>
   <u>Overland Park, KS     66202</u>

No action is required if you do not object to the transfer of you claim.

*Rick Newkirk* (signature)

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1

