## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br><br>Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. |

*AMENDED*

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **EPSON AMERICA INC**_____ ("Transferor")
         [TRANSFEROR NAME & ADDRESS]
         **SORT 2300**_____
         **PO BOX 4655**_____

         _____
         **CAROL STREAM, IL 601974655**_____


2.   Please take notice of the transfer of $ *51,810.02* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

         **Transfer $ *51,810.02* to:**
         **Madison Niche Opportunities, LLC**_____ ("Transferee")
         [TRANSFEREE NAME & ADDRESS]
         **6310 Lamar Ave**_____
         **Suite 120**_____
         **Overland Park, KS       66202**_____


No action is required if you do not object to the transfer of you claim.

*(signature)*

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913