## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |



AMENDED

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:   **PRO TEAM CLEANING INC** ("Transferor")
    [TRANSFEROR NAME & ADDRESS]
    **2017 62ND AVE ADD CHG 04/04/05 AM**

    **DBA BAILEYS CLEANING SERVICE**
    **TUSCALOOSA, AL 35401**

2.  Please take notice of the transfer of $ 9,700.66 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

    Transfer $9,700.66 to:
    **Madison Niche Opportunities, LLC** ("Transferee")
    [TRANSFEREE NAME & ADDRESS]
    **6310 Lamar Ave**
    **Suite 120**
    **Overland Park, KS    66202**

    No action is required if you do not object to the transfer of you claim.

    *Kristy Stark*
    Kristy Stark
    Madison Liquidity Investors, LLC.
    (800) 896-8913

999-000/Forms/27475.1