UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                     :

In re:                                    :

                                       :        Chapter 11
DELPHI CORPORATION, *et al.,*        :        Case No. 05-44481 (RDD)

                                       :

                    Debtors.        :        Jointly Administered

                                       :

-------------------------------------------------------------x

## CONSENT ORDER WITHDRAWING ORDER TO
## SHOW CAUSE ISSUED AGAINST SCHMIDT TECHNOLOGY GMBH

        This Court having entered an order to show cause dated November 1, 2005 (the "Show Cause Order"), upon the motion of Delphi Corporation, *et al.* (the "Debtors"), directing Schmidt Technology GmbH ("Supplier;" and together with the Debtors, the "Parties") to show cause at a hearing, to be held on March 9, 2006 (the "Hearing"), why the Supplier should not be held in violation of the automatic stay imposed in the above-captioned cases under 11 U.S.C. § 362(a) for allegedly threatening to withhold essential goods from the Debtors under one or more contracts between the Parties, and the Parties having agreed to a settlement of the issues raised by the Show Cause Order pursuant to a separate agreement between the Parties (the "Agreement"), it is hereby

        **ORDERED**, that this matter is settled in accordance with, and pursuant to the terms of, the Parties' Agreement  represented to the Court at the Hearing;  and it is further

**[Continued on Following Page]**

    **ORDERED**, that the Show Cause Order be, and it hereby is, withdrawn.

Dated: New York, New York
    March 17, 2006        /s/Robert D. Drain
                   Robert D. Drain
                   United States Bankruptcy Judge

Consent to the foregoing:

March 8, 2006            March 8, 2006

| | |
|---|---|
| DELPHI CORPORATION, *et al.* | SCHMIDT TECHNOLOGY GMBH, |
| By their attorneys, | By its attorneys, |
| TOGUT, SEGAL & SEGAL LLP | HERRICK, FEINSTEIN LLP |
| By: | By: |
| | |
| /s/Neil Berger | /s/Paul Rubin |
| NEIL BERGER (NB-3599) | PAUL RUBIN (PR-2097) |
| A Member of the Firm | 2 Park Avenue |
| One Penn Plaza | New York, New York 10016 |
| New York, New York 10119 | (212) 592-1448 |
| (212) 594-5000 | |