# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION, et al.,

In Re:  Case No.: 05-44481 (RRD)

Debtor.

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Manda L. Anagnost, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent H.E. SERVICES COMPANY and ROBERT BACKIE, creditors in the above referenced case.

My address is 1024 N. Michigan Avenue, P.O. Box 3197, Saginaw, Michigan 48605-3197, e-mail address is westervm@sbcglobal.net; telephone number is (989) 752-1414.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: March 13, 2006

Respectfully submitted,

MASTROMARCO & JAHN, P.C.

MANDA L. ANAGNOST [P62597]

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SOUTHERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Honorable Robert D. Drain |
| | ) | |
| _____ | ) | |

## ORDER

**ORDERED,** that Manda L. Anagnost., Esq., is admitted to practice, *pro hac vice,* in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:_____
    New York, New York            /s/_____
                                 UNITED STATES BANKRUPTCY JUDGE

Certificate of Good Standing

# United States District Court
## For The
# Eastern District of Michigan

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, do hereby certify that **Manda L. Anagnost** was duly admitted to practice in said Court on February 22, 2002, and is in good standing as a member of the bar of said Court.

Witness my official signature and the seal of said Court, at Bay City, Michigan in said district at 3:35 P.M., this 8th day of March, A.D. 2006

DAVID J. WEAVER
Clerk, U.S. District Court

Fees: $15.00

By_____
Carol J. Greyerbiehl, Deputy Clerk