# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

DELPHI CORPORATION, et al.,

                                                                In Re: Case No.: 05-44481 (RRD)

        Debtor.

_____/

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

    I, Manda L. Anagnost, a member in good standing of the bar in the State of Michigan, and of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice,* before the Honorable Robert D. Drain, to represent CINDIE PALMER, a creditor in the above referenced case.

    My address is 1024 N. Michigan Avenue, P.O. Box 3197, Saginaw, Michigan 48605-3197, e-mail address is westervm@sbcglobal.net; telephone number is (989) 752-1414.

    I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated: March 6, 2006                            Respectfully submitted,

                                                           MASTROMARCO & JAHN, P.C.

                                                           MANDA L. ANAGNOST (P62597)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Robert D. Drain |
| Debtors, | ) | |
| | ) | |

## ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED,** that Manda L. Anagnost, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:
    New York, New York    /s/_____
                                                    UNITED STATES BANKRUPTCY JUDGE