United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS, LLC | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| | } |
| Debtor | } **Amount $72,185.60** |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**WARREN CITY SERVICES**
**580 LAIRD AVE PO BOX 670**
**WARREN, OH 44482**

The transfer of your claim as shown above in the amount of **$72,185.60** has been
transferred to:

> Capital Markets
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

> By:/s/ James Yenzer
> Capital Markets
> (201) 968-0001

496494

## TRANSFER NOTICE

WARREN CITY UTIL. SERVICES ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the WARREN CITY UTIL. SERVICES Claims of Assignor in the aggregate amount of $72,185.60 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court. **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44640.**

IN WITNESS WHEREOF, Assignor has signed below as of the _14_ day of _MARCH_, 2006.

WARREN CITY UTIL SERVICES

WITNESS:

(Signature)

WILLIAM D. FRANKLIN
Print Name of Witness)
DIRECTOR OF
SERVICE + SAFETY

By:
(Signature)
I.E. SANDERS

(Print Name and Title)