THELEN REID & PRIEST LLP
875 Third Avenue
New York, New York 10022
(212) 603-2000
Daniel A. Lowenthal (DL 7971)

Attorneys for Brandes Investment Partners, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>DELPHI CORPORATION, et al.,<br><br>                                  Debtors. | Chapter 11<br>Case No. 05-44481 (RDD)<br>(Jointly Administered) |

**STATEMENT OF BRANDES INVESTMENT PARTNERS, L.P. IN SUPPORT OF
MOTION OF APPALOOSA MANAGEMENT L.P. PURSUANT TO 11 U.S.C. §
1102(a)(2)  FOR AN ORDER DIRECTING THE UNITED STATES TRUSTEE TO
APPOINT AN EQUITY COMMITTEE IN THESE CHAPTER 11 CASES**

TO:    THE HONORABLE ROBERT D. DRAIN,
          UNITED STATES BANKRUPTCY JUDGE:

Brandes Investment Partners, L.P. ("Brandes"), by its attorneys, Thelen Reid & Priest LLP, hereby submits this Statement in Support of Motion of Appaloosa Management L.P. Pursuant to 11 U.S.C. §1102(a)(2) for an Order Directing The United States Trustee To Appoint an Equity Committee in These Chapter 11 Cases (the "Motion"), and in support thereof respectfully states as follows:

1.    Brandes is a registered investment advisory firm that provides investment advisory services to its clients.  Brandes has discretionary authority to acquire shares of public corporations on behalf of its clients and for its clients' accounts.  While all shares are beneficially owned by Brandes' clients through their custodians, Brandes has the authority to

vote the shares on behalf of its clients, as well as the authority to determine when to buy and sell shares.

2. Brandes has acquired for and on behalf of its advisory clients more than 5% of the issued and outstanding shares of Delphi Corporation.

3. Brandes supports the relief being sought by Appaloosa in its Motion. If the Motion is granted and an equity committee is appointed, Brandes would be willing to serve as a member of the committee on behalf of its clients.

WHEREFORE, Brandes respectfully requests that the Court enter an order directing the U.S. Trustee to appoint an equity committee in these chapter 11 cases.

Dated: New York, New York
March 20, 2006

Respectfully submitted,

THELEN REID & PRIEST LLP

By:  /s/ Daniel A. Lowenthal
Daniel A. Lowenthal (DL 7971)
875 Third Avenue
New York, New York  10022
(212) 603-2000

Attorneys for Brandes Investment Partners, L.P.

2

NY #704097 v1