# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| Delphi Corporation, et al. | ) | Case No. 05-44481 (RDD) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING MOTION OF APPALOOSA MANAGEMENT L.P. PURSUANT TO RULE 9016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER QUASHING THE DEBTORS' SUBPOENA FOR TESTIMONY AT TRIAL DIRECTED TO DAVID A. TEPPER**

Upon the motion, dated March 20, 2006 (the "Motion"), for entry of an order pursuant to Rule 45 of the Federal Rules of Civil Procedure, as made applicable by Rule 9016 of the Federal Rules of Bankruptcy Procedure, quashing the subpoena for testimony at trial served by Delphi Corporation and its affiliated debtors and debtors in possession (collectively, with Delphi Corporation, the "Debtors") upon David A. Tepper; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and equity security holders; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing for quashing the subpoena for testimony at trial served by the Debtors upon David A. Tepper, it is hereby

ORDERED, that the Motion is hereby GRANTED; and it is further

ORDERED, that the subpoena for testimony at trial served by the Debtors upon David A. Tepper is hereby QUASHED.

Dated:  New York, New York
        March ___, 2006

_____
Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE