CERTIFICATE OF SERVICE

      Mark C. Haut, hereby certifies that on March 20, 2006, I served a copy of the Affidavit of Legal Ordinary Counsel Professional, upon the following interested parties via overnight mail:

| | |
|---|---|
| Delphi Corporation<br>Attention: General Counsel<br>5725 Delphi Drive<br>Troy, MI 48098<br>U.S.A. | Latham & Watkins<br>Attention: Mark A. Broude, Esq.<br>885 Third Avenue<br>New York, N.Y. 10022<br>U.S.A. |
| Skadden, Arps, Slate, Meagher & Flom<br>Attention: John Wm. Butler, Jr., Esq.<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>U.S.A. | Simpson Thacher & Bartlett LLP<br>Attention: Marissa Wesley, Esq.<br>425 Lexington Avenue<br>New York, N.Y. 10017<br>U.S.A. |
| United States Trustee<br>Attention: Alicia M. Leonhard, Esq.<br>33 Whitehall Street<br>Suite 2100<br>New York, N.Y. 10044<br>U.S.A. | Davis Polk & Wardell<br>Attention: Marlane Melican, Esq.<br>450 Lexington Avenue<br>New York, N.Y. 10017<br>U.S.A. |

Dated: March 20, 2006

                                            /s/ Mark C. Haut
                                              Mark C. Haut

                                          Morgan, Lewis & Bockius LLP
                                          101 Park Avenue
                                          New York, New York  10178
                                          Telephone: (212) 309-6000