# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| Delphi Corporation, <u>et</u> <u>al.</u> | ) | Case No. 05-44481 (RDD) |
|  | ) | Jointly Administered |
| Debtors. | ) |  |
|  | ) |  |

**ORDER GRANTING MOTION OF APPALOOSA MANAGEMENT L.P.**
**FOR AN ORDER PURSUANT TO 11 U.S.C. § 107(b) AND**
**FED. R. BANKR. P. 9018 TO FILE UNDER SEAL ITS**
**DAUBERT MOTION TO EXCLUDE EXPERT REBUTTAL REPORT OF**
**DAVID L. RESNICK AND ALL PORTIONS OF THE RESNICK**
**DECLARATION RELATING TO SUCH EXCLUDED TOPICS**

Upon the motion, dated March 20, 2006 (the "Motion"), of Appaloosa Management L.P. ("Appaloosa") seeking an order pursuant to 11 U.S.C. § 107(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, <u>et.</u> <u>seq.</u>, (as amended, the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing Appaloosa Management L.P. to file under seal its <u>Daubert</u> Motion to Exclude the Proposed Expert Rebuttal Report of David L. Resnick and All Portions of the Resnick Declaration Relating to Such Excluded Topics (the "<u>Daubert</u> Motion"); and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, creditors and equity security holders; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing for allowing Appaloosa to file under seal the "<u>Daubert</u> Motion" and exhibits thereto, it is hereby

ORDERED, that the relief requested in the Motion is hereby GRANTED; and it is further

ORDERED, that pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 Appaloosa is authorized to file the "Daubert Motion" and exhibits thereto under seal; and it is further

ORDERED, that the "Daubert Motion" shall remain confidential and shall be served on and made available only to the Debtors and their counsel and such other parties as may be agreed to by the Debtors and Appaloosa, or such parties that the Court may authorize; provided however, Appaloosa shall be authorized to file publicly a version of the "Daubert Motion" which has been redacted so as to prevent the dissemination of information designated as confidential.

Dated: New York, New York
       March __, 2006

_____
Robert D. Drain
UNITED STATES BANKRUPTCY JUDGE