Hearing Date and Time: March 21, 2006 @ 10:00 a.m.

WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali (9526)

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re                                ) | Chapter 11 |
|                                      ) | |
| Delphi Corporation, et al.,          ) | Case No. 05-44481 |
|                                      ) | Jointly Administered |
|                    Debtors.          ) | |
|                                      ) | |

**APPENDIX TO APPALOOSA MANAGEMENT L.P.'S MEMORANDUM
OF LAW IN REPLY TO OBJECTIONS TO ITS MOTION**

## **TABLE OF CONTENTS**

| Exhibit | Title |
|---|---|
| A | Section 341 Meeting of Creditors Presentation |
| B | Delphi Corp. SOAL, Schedule F |
| C | Debtors' unfiled Response in Opposition to Appaloosa Management L.P.'s Expedited Motions for Orders Compelling the Debtors to Produce Documents and Witnesses for Deposition, Exhibit A |
| D | Transcript of Deposition on March 7, 2006 of John D. Sheehan |
| E | January 2006 Monthly Operating Report |
| F | Minutes of Delphi Corporation Board of Directors Meeting dated September 8, 2005 |
| G | Presentation to the Board related to 3rd Quarter Dividend |
| H | Delphi Corp., Quarterly Report (2nd Quarter Form 10-Q) (July 16, 2004), 27 |
| I | Delphi Corp., Quarterly Report (2nd Quarter, Form 10-Q), 38 (Aug. 8, 2005) |
| J | Delphi Corp., Quarterly Report (3rd Quarter Form 10-Q) (Nov. 9, 2005) |
| K | Justin Hyde, UAW Head: Delphi Chap. 11 Unneeded, Detroit Free Press, Feb. 6, 2006 |
| L | Press Release, Delphi Corp. (Sept. 30, 2005) |
| M | Press Release, Delphi Corp. (Oct. 8, 2005) |
| N | Jeffrey McCracken, Delphi, GM Near Cost-Cutting Pact with UAW – Deal Could Ease Threat of Strike at Parts Maker, Become Industrial Model, Wall. St. J., Mar. 9, 2006 |
| O | Delphi Corp., Current Report (Form 8-K) (Oct. 7, 2005) |
| P | November 28, 2005 Letter from Appaloosa to the Board |
| Q | Delphi Corp. Board of Directors' Meeting dated December 7, 2005 |
| R | Transcript of Deposition on March 17, 2006 of David Resnick |
| S | Letter dated March 12, 2006 from Thomas E Lauria, counsel to Appaloosa, to John W. Butler, Jr., Esq. of Skadden, Arps, Slate, Meagher & Flom LLP |

| **Exhibit** | **Title** |
|---|---|
| T | Hay Report |
| U | Steady State Supplemental Documents |
| V | Debtors' 2006 Steady State Scenario Update |
| W | Eureka Report |
| X | Rothschild Report |
| Y | In re Loral Space & Commc'ns, Ltd., Case No. 03-41710 (RDD), December 2, 2003, Hr'g Tr. (Bankr. S.D.N.Y. 2003) |
| Z | In re Amresco, Inc., Case No. 01-35327 (RCM), Hr'g Tr. (Bankr. N.D. Tex. Sep. 24, 2001) |
| AA | Soma Biswas, The Creditor's Cudgel, The Deal.com, Oct. 15, 2004 |
| BB | Melody Petersen, Going For Broke, N.Y. Times, May 2, 1999 |
| CC | Mirant historical stock price on March 13, 2006 |
| DD | In re Williams Commc'ns Group, Inc., No. 02-11957 (BRL), July 24, 2002, Hr'g Tr. (Bankr. S.D.N.Y. 2002) |
| EE | In re Loral Space & Commc'ns, Ltd., Case No. 03-41710 (RDD), September 19, 2003, Hr'g Tr. (Bankr. S.D.N.Y. 2003) |
| FF | October 8, 2006 through November 30, 2006 Monthly Operating Report |
| GG | Chart illustrating the market inefficiencies in the Mirant public bond trading prices during the pendency of Mirant's chapter 11 case |
| HH | Charts illustrating the market inefficiencies in the public bond trading prices during the pendency of these chapter 11 cases |