**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al*., | Case No. 05-44481 (RDD) Jointly Administered |
| DELPHI MECHATRONIC SYSTEMS, INC | Case No. 05-44567 |
| ("the Debtors") | Schedule No.: <u>1563123-10393502</u> |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001 (E)(1) FOR SCHEDULED CREDITOR, WELLMAN INC / PLASTIC DI, IN THE AMOUNT OF $111,594.00, TO STONEHILL INSTITUTIONAL PARTNERS, L.P.

**To Transferor:**   WELLMAN INC / PLASTIC DI
ATTN: MARK J. RUDAY, V.P. & CHIEF ACCTG. OFFICER
P.O. BOX 188
JACKSONVILLE, SC 29555

PLEASE TAKE NOTICE that the transfer of $111,594.00 of the above-captioned General Unsecured claim has been transferred to:

**Transferee:**   Stonehill Institutional Partners, L.P.
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

The evidence of transfer of claim is attached hereto. A page from the claim agent's records listing the Scheduled liability is attached hereto as Exhibit A.

No action is required <u>if you do not object</u> to the transfer of your claim. However, if you do object to the transfer of your claim, within <u>20 days</u> of the date of this notice, you must file a written objection with the Office of the Clerk, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004-1408. If your objection is not timely filed, the transferee will be substituted in your place as the claimant on our records in this proceeding.

---

*(FOR CLERK'S OFFICE USE ONLY):*
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtors's Attorney ___

_____
Deputy Clerk

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Mechatronic Systems, Inc.

Debtor

Case No. 05-44567

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the claim of Wellman Inc/Plastics Di ("Assignor") against the Debtor in the amount of $111,594.00 and all claims of Assignor against Debtor have been transferred and assigned to Stonehill Institutional Partners, L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

I, the undersigned Assignor of the claims described above, hereby assign and transfer my claims and all rights thereto to Stonehill Institutional Partners, L.P. according to the terms of the Assignment of Claim duly executed by me on the date hereof. I have a claim against the Debtor that has not been previously transferred, and the Debtor has neither objected to nor satisfied this claim. The clerk of this Court is authorized to change the address of record regarding the claim to that of Assignee listed below. I also waive my right to object to the assignment and any notice or hearing requirements pursuant to Rule 3001 of the Bankruptcy Rules.

ASSIGNEE: Stonehill Institutional Partners, L.P.
Address: Re: Delphi Mechatronic Systems, Inc. claim
c/o Stonehill Capital Management
885 Third Avenue, 30th Floor
New York, NY 10022

ASSIGNOR: Wellman Inc/Plastics Di
Address: PO Box 188
Johnsonville, SC 29555
Signature: _Mark D. Ruday_
Name: Mark J. Ruday
Title: VP-Chief Accounting Officer
Date: 3/9/06

NORTH CAROLINA
Mecklenburg COUNTY

I, George B. Welletter, A NOTARY PUBLIC FOR Mecklenburg COUNTY, NORTH CAROLINA, DO HEREBY CERTIFY THAT Mark J. Ruday PERSONALLY APPEARED BEFORE ME THIS DAY AND ACKNOWLEDGED THE DUE EXECUTION OF THE FOREGOING INSTRUMENT. WITNESS MY HAND AND OFFICIAL SEAL, THIS THE 9 DAY OF March, 2006.

NOTARY PUBLIC _signature_

My commission expires September 5, 2008

# EXHIBIT

# A

## Creditor Data

| | |
|---|---|
| **Creditor Name:** Wellman Inc / Plastics Di<br>**Creditor Notice Name:** | **Date Claim Filed:**<br>**Delphi Claim #:**<br>**Amend/Replace?** No |
| **Debtor Name:** Delphi Mechatronic Systems, Inc.<br>**Case Number:** 05-44567 | |
| **Claim Nature:** General Unsecured<br>**Amount of Claim:** | **Creditor Info Altered?** N<br>**Objection Filed?** N |
| **Schedule:** F<br>**Schedule Amt:** $111,594.00 | |