United States Bankruptcy
For the Southern District of New York

| Delphi Corporation | }Chapter 11 |
| --- | --- |
|  | } |
|  | }Case No. 05-44481 |
|  | } |
| Debtor | } |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim from **Liftech Equipment Companies.** in the amount of **$ 9,921.65 (docket # 2302)** is hereby withdrawn by Trade-Debt.net, Inc.

Timothy McGuire
Trade-Debt.net, Inc.
631-884-0100