UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
In re                                                                   :
                                                                        :    Chapter 11
DELPHI CORPORATION, et al.,                                             :
                                                                        :    Case No. 05-44481 (RD)
                                                                        :
                      Debtors.                                          :    (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

1. I, William E. Dornbos, a member in good standing of the bar in the States of New York (*pro hac vice*) and Minnesota and the bar of the United States District Courts for the District of Minnesota and the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent the New York State Department of Environmental Conservation in the above-captioned cases.

2. My address is: New York State Attorney General's Office, Environmental Protection Bureau, 120 Broadway, 26th Floor, New York, New York 10271; my e-mail is William.Dornbos@oag.state.ny.us; and my telephone is (212) 416-8483.

3. I agree to pay the fee of $25.00 upon entry of an Order admitting me to practice *pro hac vice*.

Dated: March 17, 2006               s/ William E. Dornbos_____
       New York, New York           William E. Dornbos
                                    Assistant Attorney General
                                    New York State Attorney General's Office
                                    Environmental Protection Bureau
                                    120 Broadway, 26th Floor
                                    New York, New York 10271
                                    Tel: (212) 416-8483
                                    E-mail: William.Dornbos@oag.state.ny.us