# EXHIBIT "A"

# Financial Schedules & Statements

## SOAL Summary – Scheduled Assets



| | |
|---|---:|
| Intercompany Receivables | $ 5,211,416 |
| A/R Trade | 3,424,437 |
| Investment in Foreign Subs. | 2,890,601 |
| PP&E | 2,883,909 |
| Inventory | 1,250,931 |
| Cash / deposits | 581,215 |
| Other | 139,442 |
| **Total** | **$ 16,381,952** |

Note: Excludes the value of certain investments in subsidiaries.

- Intercompany Receivables
- A/R Trade
- Investment in Foreign Subs.
- PP&E
- Inventory
- Cash / deposits
- Other

Source: Aggregate of Delphi SOALs filed on January 20, 2006. Amounts not in accordance with GAAP and exclude contingent and undetermined amounts

Note: Amounts in thousands

DELPHI

# Financial Schedules & Statements

## SOAL Summary – Scheduled Liabilities

| | |
|---|---:|
| Pension and OPEB | $ 13,950,975 |
| Secured Debt | 2,510,446 |
| Unsecured Debt | 2,493,126 |
| Accounts Payable | 917,643 |
| Intercompany | 4,946,763 |
| Other | 2,504 |
| **Total** | **$ 24,821,456** |



- Pension and OPEB — $13,950,975
- Secured Debt — $2,510,446
- Unsecured Debt — $2,493,126
- Accounts Payable — $917,643
- Intercompany — $4,946,763
- Other — $2,504

Source: Aggregate Delphi SOALs filed on January 20, 2006 and as Amended on February 1, 2006. Amounts not in accordance with GAAP and exclude contingent, unliquidated and disputed amounts

Note: Amounts in thousands

DELPHI

Page 58