# EXHIBIT "B"

In re: DELPHI CORPORATION Debtor, Case No. 05-44481     Entity #2

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1562066 - 10108632<br>CSX<br>c/o MCGUIRE WOODS LLP<br>Attn DONALD D. ANDERSON<br>50 N. LAURA STREET<br>SUITE 3300<br>JACKSONVILLE   FL  32202-3661 | ENVIRONMENTAL CLAIMS<br>POTENTIAL PROPERTY DAMAGE CLAIM BY CSX FOR CONTAMINATION FROM DELPHI VANDALIA PLANT | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562066 - 10108633<br>CSX<br>c/o MCGUIRE WOODS LLP<br>Attn DONALD D. ANDERSON<br>50 N. LAURA STREET<br>SUITE 3300<br>JACKSONVILLE   FL  32202-3661 | ENVIRONMENTAL CLAIMS<br>POTENTIAL PROPERTY DAMAGE CLAIM FOR LEAK FROM INDUSTRIAL WASTEWATER SEWER AT DELPHI S - BUENA VISTA FACILITY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1127571 - 10003011<br>CUNNINGHAM JR CHARLES R<br>(Address on File) | SERP | Contingent,<br>Unliquidated | Unknown |
| 1048344 - 10014100<br>CUNNINGHAM MARYBETH<br>(Address on File) | RECOGNITION AND RETENTION GRANT | Unliquidated | Unknown |
| 1643762 - 10395078<br>CURRENT, FORMER & RETIRED EMPLOYEES | EMPLOYEE BENEFITS<br>POST-EMPLOYMENT PENSION BENEFITS | Contingent,<br>Disputed,<br>Unliquidated | $4,317,153,000.00 |
| 1643763 - 10395080<br>CURRENT, FORMER & RETIRED EMPLOYEES | EMPLOYEE BENEFITS<br>POST-EMPLOYMENT HEALTH AND LIFE BENEFITS. | Contingent,<br>Disputed,<br>Unliquidated | $9,585,433,000.00 |
| 1562067 - 10108634<br>CURTIS INSTRUMENTS<br>200 KISCO AVE<br>MOUNT KISCO   NY  10549-1407 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562068 - 10108635<br>CUTLER-HAMMER, INC<br>200 WESTINGHOUSE CIRCLE<br>HORSEHEADS   NY  14845-2277 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1643998 - 10395210<br>CWM CHEMICAL SERVICES LLC<br>1550 BALMER ROAD<br>MODEL CITY   NY  14107 | ENVIRONMENTAL CLAIMS<br>POTENTIAL CLAIM ARISING FROM ENVIRONMENTAL SERVICE PROVIDERS | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1562069 - 10108636<br>CYANOKEM INC<br>12381 SCHAEFER HWY<br>DETROIT   MI  48227-3421 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1048383 - 10014101<br>CYBULSKI MARK<br>(Address on File) | RECOGNITION AND RETENTION GRANT | Unliquidated | Unknown |
| 1561109 - 10107391<br>CYPRUS AMAX MINERALS COMPANY<br>Attn C. CORWIN BROMLEY<br>9200 EAST MINERAL CIRCLE<br>ENGLEWOOD   CO  80112 | ENVIRONMENTAL CLAIMS<br>CERCLA: SANDOVAL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |