EXHIBIT "H"

Table of Contents

ITEM 4. SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS

The Annual Meeting of Stockholders of Delphi was held on May 6, 2004. At the meeting, the following matters were submitted to a vote of the stockholders of Delphi:

(1) The election of three directors to serve for a three-year term beginning at the 2004 Annual Stockholders' Meeting and expiring at the 2007 Annual Stockholders' Meeting. The vote with respect to each nominee was as follows:

| Nominee | For | Withheld |
| --- | --- | --- |
| Oscar de Paula Bernardes Neto | 366,508,610 | 119,614,018 |
| Dr. Bernd Gottschalk | 367,044,788 | 119,077,840 |
| John D. Opie | 367,204,719 | 118,917,909 |

(2) The ratification of the appointment of Deloitte & Touche LLP as Delphi's independent public accountants for the year ending December 31, 2004:

| For | Against | Abstain |
| --- | --- | --- |
| 469,342,498 | 11,503,999 | 5,276,126 |

(3) The approval of the Delphi Corporation Annual Incentive Plan:

| For | Against | Abstain |
| --- | --- | --- |
| 373,007,639 | 42,940,408 | 6,567,969 |

(4) The approval of the Delphi Corporation Long-Term Incentive Plan:

| For | Against | Abstain |
| --- | --- | --- |
| 271,925,179 | 144,127,233 | 6,463,598 |

See Management's Discussion and Analysis — Stock-Based Compensation disclosure for a summary of shares available for issuance under the new Plan as compared to the previous plans, which expired in May 2004.

(5) A stockholder proposal requesting the Board of Directors to approve the proposal for the redemption of Delphi's stockholders' rights plan:

| For | Against | Abstain |
| --- | --- | --- |
| 300,327,973 | 114,814,663 | 7,372,379 |

(6) A stockholder proposal requesting the Board of Directors to approve the proposal for the annual election of directors:

| For | Against | Abstain |
| --- | --- | --- |
| 315,009,485 | 100,335,866 | 7,170,735 |

(7) A stockholder proposal requesting the Board of Directors to approve the proposal for the adoption of a code for Delphi's international operations:

| For | Against | Abstain |
| --- | --- | --- |
| 85,669,629 | 290,884,679 | 45,959,781 |