EXHIBIT "J"

Table of Contents

## ITEM 5.  OTHER INFORMATION
### Annual Meeting

In light of the Company's filing for relief under chapter 11 (described more fully in Note 13, Subsequent Events and the Executive Summary of Management's Discussion and Analysis of Financial Condition and Results of Operations) the Company has cancelled its 2005 annual meeting of stockholders.

## ITEM 6.  EXHIBITS

| Exhibit Number | Exhibit Name |
|---|---|
| 3(a) | Amended and Restated Certificate of Incorporation of Delphi Automotive Systems Corporation, incorporated by reference to Exhibit 3(a) to Delphi's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002. |
| 3(b) | Certificate of Ownership and Merger, dated March 13, 2002, Merging Delphi Corporation into Delphi Automotive Systems Corporation, incorporated by reference to Exhibit 3(b) to Delphi's Quarterly Report on Form 10-Q for the quarter ended June 30, 2002. |
| 3(c) | Amended and Restated Bylaws of Delphi Corporation, incorporated by reference to Exhibit 99 (c) to Delphi's Report on Form 8-K filed October 14, 2005. |
| 10(a) | Master Sale and Purchase Agreement between Johnson Controls, Inc. and Delphi Corporation dated June 30, 2005, incorporated by reference to Exhibit 99 (a) to Delphi's Report on Form 8-K filed on July 1, 2005. |
| 10(b) | Form of Employment Agreement for Officers of Delphi Corporation, incorporated by reference to Exhibit 99 (a) to Delphi's Report on Form 8-K filed on October 7, 2005.* |
| 10(c) | Employment Agreement with an Executive Officer dated October 5, 2005, incorporated by reference to Exhibit 99 (b) to Delphi's Report on Form 8-K filed on October 14, 2005.* |
| 10(d) | Revolving Credit, Term Loan and Guaranty Agreement, dated as of October 14, 2005, among Delphi and the lenders named therein, incorporated by reference to Exhibit 99 (a) to Delphi's Report on Form 8-K filed on October 20, 2005 and amended by First Amendment to Revolving Credit, Term Loan and Guaranty Agreement, dated October 27, 2005, incorporated by reference to Exhibit 99 (a) to Delphi's Report on Form 8-K filed on November 1, 2005. |
| 31(a) | Certification Pursuant to Exchange Act Rules 13a-14(a)/15d-14(a), adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 31(b) | Certification Pursuant to Exchange Act Rules 13a-14(a)/15d-14(a), adopted pursuant to Section 302 of the Sarbanes-Oxley Act of 2002. |
| 32(a) | Certification Pursuant to 18 U.S.C. Section 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |
| 32(b) | Certification Pursuant to 18 U.S.C. Section 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002. |

* Management contract or compensatory plan or arrangement.

54

Table of Contents

## SIGNATURE

    Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |
|---|---|
|  | DELPHI CORPORATION |
|  | (Registrant) |
| November 9, 2005 | /s/ JOHN D. SHEEHAN |
|  | John D. Sheehan, |
|  | Vice President and Chief Restructuring Officer, |
|  | Chief Accounting Officer and Controller |

55