EXHIBIT "V"
REDACTED