EXHIBIT "W"
REDACTED