# EXHIBIT "CC"



This Historical Quotes tool allows you to look up a security's exact closing price.
Simply type in the symbol and a historical date to view a quote and mini chart for that security.

Enter Symbol: mir     Enter Date: 3/13/06

**Mirant Corp New**
Monday, March 13, 2006

| | |
|---|---:|
| Closing Price: | 25.45 |
| Open: | 25.85 |
| High: | 26.07 |
| Low: | 25.33 |
| Volume: | 5,383,100 |

Go To Charting

**No Splits**

2-Month Daily Chart of Mirant Corp New