EXHIBIT "FF"

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Debtors:** Delphi Corporation, et al. [1]
**Case Number:** Jointly Administered 05-44481 (RDD)

**Monthly Operating Report for the Period:**
October 8 to November 30, 2005

**Debtors' Address:**
5725 Delphi Drive
Troy, Michigan 48098

**Monthly Operating Loss:** $127 million

**Debtors' Attorney:**
John Wm. Butler Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Telephone: (800) 718-5305
Facsimile: (312) 407-0411

And

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Telephone: (800) 718-5305
Facsimile: (212) 735-2000

**Report Preparer:**

The undersigned, having reviewed the attached report and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that the information contained therein is complete, accurate and truthful to the best of my knowledge. [2]

Date: December 30, 2005        /s/ JOHN D. SHEEHAN
                               John D. Sheehan
                               Vice President and Chief Restructuring Officer, Chief Accounting Officer
                               and Controller

(1) See next page for a listing of Debtors by case number.
(2) All amounts herein are unaudited and subject to revision. The Debtors reserve all rights to revise this report.

# DELPHI CORPORATION, ET AL.
## MONTHLY OPERATING REPORT

(1) The Debtors in these jointly administered cases are as follows:

| Debtor Name | Case Number |
|---|---|
| Delphi NY Holdings Corporation | 05-44480 |
| Delphi Corporation | 05-44481 |
| ASEC Manufacturing General Partnership | 05-44482 |
| ASEC Sales General Partnership | 05-44484 |
| Environmental Catalysts, LLC | 05-44503 |
| Delphi Medical Systems Colorado Corporation | 05-44507 |
| Delphi Medical Systems Texas Corporation | 05-44511 |
| Delphi Medical Systems Corporation | 05-44529 |
| Specialty Electronics International Ltd. | 05-44536 |
| Specialty Electronics, Inc. | 05-44539 |
| Delphi Liquidation Holding Company | 05-44542 |
| Delphi Electronics (Holding) LLC | 05-44547 |
| Delphi Technologies, Inc. | 05-44554 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 |
| Delphi Mechatronic Systems, Inc. | 05-44567 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 |
| Exhaust Systems Corporation | 05-44573 |
| Delphi China LLC | 05-44577 |
| Delphi Automotive Systems Korea, Inc. | 05-44580 |
| Delphi International Services, Inc. | 05-44583 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 |
| Delphi Automotive Systems International, Inc. | 05-44589 |
| Delphi International Holdings Corporation | 05-44591 |
| Delphi Automotive Systems Overseas Corporation | 05-44593 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 |
| Delco Electronics Overseas Corporation | 05-44610 |
| Delphi Diesel Systems Corporation | 05-44612 |
| Delphi LLC | 05-44615 |
| Aspire, Inc. | 05-44618 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 |
| Delphi Connection Systems | 05-44624 |
| Packard Hughes Interconnect Company | 05-44626 |
| DREAL, Inc. | 05-44627 |
| Delphi Automotive Systems Services LLC | 05-44632 |
| Delphi Services Holding Corporation | 05-44633 |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 |
| Delphi Foreign Sales Corporation | 05-44638 |
| Delphi Automotive Systems Human Resources LLC | 05-44639 |
| Delphi Automotive Systems LLC | 05-44640 |
| Delphi Furukawa Wiring Systems LLC | 05-47452 |
| Delphi Receivables LLC | 05-47459 |
| MobileAria, Inc. | 05-47474 |

**DELPHI CORPORATION, ET AL.**
**MONTHLY OPERATING REPORT**
**INDEX**

| Description | Page |
|---|---|
| Condensed Consolidated Debtors-in-Possession Statement of Operations for the period October 8, 2005 to November 30, 2005 | 4 |
| Condensed Consolidated Debtors-in-Possession Balance Sheet as of November 30, 2005 | 5 |
| Condensed Consolidated Debtors-in-Possession Statement of Cash Flows for the period October 8, 2005 to November 30, 2005 | 6 |
| Notes to Monthly Operating Report | 7 |
| Schedule of Payroll and Payroll Taxes Withheld and Incurred | 11 |
| Schedule of Payroll Taxes Paid | 12 |
| Schedule of Other Taxes Collected, Incurred and Paid | 14 |
| Schedule of Disbursements | 15 |

## DELPHI CORPORATION, ET AL.
## MONTHLY OPERATING REPORT
### CONDENSED CONSOLIDATED DEBTORS-IN-POSSESSION STATEMENT OF OPERATIONS
(Excludes non-filed entities, principally non-U.S. subsidiaries)

|  | October 8, 2005 to November 30, 2005 |
|---|---:|
|  | (in millions) |
| **Net sales:** |  |
| General Motors and affiliates | $ 1,677 |
| Other customers | 1,172 |
| Intercompany non-Debtor subsidiaries | 91 |
| Total net sales | 2,940 |
| **Operating expenses:** |  |
| Cost of sales, excluding items listed below | 2,816 |
| Selling, general and administrative | 157 |
| Depreciation and amortization | 98 |
| Total operating expenses | 3,071 |
| Operating loss | (131) |
| Interest expense (contractual interest expense was $71) | (46) |
| Loss before reorganization items, income taxes, and equity income | (177) |
| Reorganization items | (11) |
| Income tax expense | - |
| Equity income from non-consolidated subsidiaries, net of tax | 10 |
| Equity income from non-Debtor subsidiaries, net of tax | 51 |
| Net loss | $ (127) |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, ET AL.**
**MONTHLY OPERATING REPORT**
**CONDENSED CONSOLIDATED DEBTORS-IN-POSSESSION BALANCE SHEET**
(Excludes non-filed entities, principally non-U.S. subsidiaries)

|  | November 30, 2005 |
|---|---:|
|  | (in millions) |
| **ASSETS** |  |
| Current assets: |  |
| Cash and cash equivalents | $ 956 |
| Accounts receivable, net: |  |
|   General Motors and affiliates | 1,935 |
|   Other third parties | 1,633 |
|   Non-Debtor subsidiaries | 306 |
| Notes receivable from non-Debtor subsidiaries | 342 |
| Inventories, net: |  |
|   Productive material, work-in-process and supplies | 817 |
|   Finished goods | 294 |
| Prepaid expenses and other | 351 |
|   Total current assets | 6,634 |
| Long-term assets: |  |
| Property, net | 2,848 |
| Goodwill | 292 |
| Other intangible assets | 42 |
| Pension intangible assets | 1,022 |
| Investments in non-Debtor subsidiaries | 3,459 |
| Other | 633 |
|   Total assets | $ 14,930 |
| **LIABILITIES AND STOCKHOLDERS' DEFICIT** |  |
| Current liabilities not subject to compromise: |  |
| Accounts payable | 1,002 |
| Accounts payable to non-Debtor subsidiaries | 422 |
| Accrued liabilities | 412 |
|   Total current liabilities | 1,836 |
| Long-term liabilities not subject to compromise: |  |
| Debtor-in-possession financing | 250 |
| Employee benefit plan obligations and other | 528 |
|   Total long-term liabilities | 778 |
| Liabilities subject to compromise | 17,806 |
|   Total liabilities | 20,420 |
| Stockholders' deficit: |  |
| Common stock, $0.01 par value, 1,350 million shares authorized, 565 million shares issued | 6 |
| Additional paid-in capital | 2,674 |
| Accumulated deficit | (5,596) |
| Minimum pension liability | (2,368) |
| Accumulated other comprehensive loss, excluding minimum pension liability | (154) |
| Treasury stock, at cost (3.2 million shares) | (52) |
|   Total stockholders' deficit | (5,490) |
| Total liabilities and stockholders' deficit | $ 14,930 |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, ET AL.**
**MONTHLY OPERATING REPORT**
**CONDENSED CONSOLIDATED DEBTORS-IN-POSSESSION STATEMENT OF CASH FLOWS**
(Excludes non-filed entities, principally non-U.S. subsidiaries)

|  | October 8, 2005 to November 30, 2005 |
|---|---:|
|  | (in millions) |
| **Cash flows from operating activities:** |  |
| Net loss | $ (127) |
| Adjustments to reconcile net loss to net cash provided by operating activities: |  |
| Depreciation and amortization | 98 |
| Pension and other postretirement benefit expenses | 222 |
| Equity income from unconsolidated subsidiaries, net of tax | (10) |
| Equity income from non-Debtor subsidiaries, net of tax | (51) |
| Reorganization items | 11 |
| Changes in operating assets and liabilities: |  |
| Accounts receivable, net | (1,130) |
| Inventories, net | (24) |
| Prepaid expenses and other | (35) |
| Accounts payable, accrued and other long-term liabilities | 1,283 |
| Other postretirement benefit payments | (35) |
| Receipts (payments) for reorganization items, net | 1 |
| Other | 3 |
| Net cash provided by operating activities | 206 |
| **Cash flows from investing activities:** |  |
| Capital expenditures | (47) |
| Proceeds from sale of property | 1 |
| Net cash used in investing activities | (46) |
| **Cash flows from financing activities:** |  |
| Proceeds from DIP credit facility, net | 218 |
| Net repayments of borrowings under other debt | (2) |
| Net cash provided by financing activities | 216 |
| Increase in cash and cash equivalents | 376 |
| Cash and cash equivalents at beginning of period | 580 |
| Cash and cash equivalents at end of period | $ 956 |

The accompanying notes are an integral part of the financial statements.

**DELPHI CORPORATION, ET AL.**
**NOTES TO MONTHLY OPERATING REPORT**

### 1. Background and Organization

*General* – Delphi Corporation ("Delphi" or the "Company") is a world-leading supplier of vehicle electronics, transportation components, integrated systems and modules and other electronic technology.

*Chapter 11 Reorganization Cases* – On October 8, 2005, Delphi and certain of its United States ("U.S.") subsidiaries (the "Initial Filers") filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of New York (the "Court"), and on October 14, 2005, three additional U.S. subsidiaries of Delphi (collectively with the Initial Filers, the "Debtors") filed voluntary petitions for relief under the Bankruptcy Code (the Debtors October 8, 2005 and October 14, 2005 filings are referred to herein collectively as the "Chapter 11 Filings"). See first and second pages for a listing of the Debtors and case number information. The Debtors will continue to operate their businesses as "debtors-in-possession" under the jurisdiction of the Court and in accordance with the applicable provisions of the Bankruptcy Code and orders of the Court. Delphi's non-U.S. subsidiaries were not included in the filings and will continue their business operations without supervision from the U.S. Courts. On October 17, 2005 the Office of the United States Trustee for the Southern District of New York appointed a statutory committee of unsecured creditors.

### 2. Basis of Presentation

*Condensed Consolidated Debtor-in-Possession Financial Statements* – The unaudited financial statements and supplemental information contained herein represent the condensed consolidated financial information for the Debtors only and do not include Delphi's non-Debtor subsidiaries. The results of operations for the period from the Chapter 11 Filings to November 30, 2005 were estimated based upon a pro-ration of calendar days within the month of October plus November activity. Amounts presented in the unaudited statement of cash flows for the period from the Chapter 11 Filings to November 30, 2005 were estimated based upon estimated asset and liability balances as of the filing dates and actual balances as of November 30, 2005, as well as the aforementioned estimated results of operations for the period from the Chapter 11 Filings to November 30, 2005.

American Institute of Certified Public Accountants Statement of Position 90-7, "Financial Reporting by Entities in Reorganization under the Bankruptcy Code" ("SOP 90-7"), which is applicable to companies in chapter 11, generally does not change the manner in which financial statements are prepared. It does, however, require that the financial statements for periods subsequent to the filing of the chapter 11 petition distinguish transactions and events that are directly associated with the reorganization from the ongoing operations of the business. The Debtor's financial statements contained herein have been prepared in accordance with the guidance in SOP 90-7.

The unaudited consolidated financial statements have been derived from the books and records of the Debtors. Certain financial information, however, has not been subject to procedures that would typically be applied to financial information presented in accordance with generally accepted accounting principles in the United States of America ("U.S. GAAP"), and upon the application of such procedures (such as tests for asset impairment), the Debtors believe that the financial information will be subject to changes, and these changes could be material. The information furnished in this report includes primarily normal recurring adjustments but does not include all of the adjustments that would typically be made for quarterly financial statements in accordance with U.S. GAAP. As of November 30, 2005, certain prepaid balances and pre- and postpetition trade accounts payable balances are subject to further review and reclassification. In addition, certain information and footnote disclosures normally included in financial statements prepared in accordance with U.S. GAAP have been condensed or omitted. Therefore, this report should be read in conjunction with our consolidated financial statements and notes thereto included in our 2004 Annual Report on Form 10-K and our Quarterly Report on Form 10-Q for the period ended September 30, 2005 filed with the United States Securities and Exchange Commission.

The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the consolidated results of operations, financial position and cash flows of the Debtors in the future.

*Intercompany Transactions* – Intercompany transactions between Debtors have been eliminated in the financial statements contained herein. Intercompany transactions with the Debtors' non-Debtor subsidiaries have not been eliminated in the financial statements and are reflected as intercompany receivables, loans and payables.

## DELPHI CORPORATION, ET AL.
## NOTES TO MONTHLY OPERATING REPORT

*General Motors and Affiliates* – Includes activity with General Motors Corporation ("GM") and its consolidated subsidiaries. Activity with GM's non-consolidated subsidiaries (such as GM Shanghai) and activity with other Tier 1 suppliers who sell directly to GM is classified as other (non-GM) customer activity.

*Property* – Includes property, plant and equipment and is recorded at cost net of accumulated depreciation.

*Contractual Interest Expense* – Contractual interest expense represents amounts due under the contractual terms of outstanding debt for the period October 8 through November 30, 2005, including debt subject to compromise for which interest expense is not recognized in the income statement in accordance with the provisions of SOP 90-7.

*Taxes* – Delphi accounts for income taxes in accordance with SFAS No. 109, "Accounting for Income Taxes" and recognizes current and deferred income tax assets and liabilities based upon all events that have been recognized in the consolidated financial statements as measured by the enacted tax laws. Due to the Company's history of U.S. losses over the past years, combined with the deterioration in its current U.S. operating outlook, during the fourth quarter of 2004, Delphi established a 100% valuation allowance against its U.S. deferred tax assets. As a result, Delphi discontinued recognizing income tax benefits for net operating losses incurred during 2005 and continues to record a 100% valuation allowance against all U.S. deferred tax assets.

The Debtors' have received approval to pay sales, use, trust fund and certain other taxes in the normal course. As such, the Debtors have paid the applicable taxes when due. See the schedules of payroll and other taxes paid for additional information regarding taxes paid.

### 3. Debtor-in-Possession ("DIP") Financing

On October 14, 2005, Delphi entered into a Revolving Credit, Term Loan and Guaranty Agreement (the "DIP Credit Facility") to borrow up to $2.0 billion from a syndicate of lenders. The DIP Credit Facility consists of a $1,750 million revolving facility and a $250 million term loan facility (collectively, the "DIP Loans"). The DIP Credit Facility contains various representations, warranties and covenants by the Debtors that are customary for transactions of this nature, including (without limitation) reporting requirements and maintenance of financial covenants.

On October 27, 2005, Delphi entered into the First Amendment to the DIP Credit Facility (the "First Amendment"). Under the terms of the First Amendment the Company has agreed, among other things, to mandatory prepayments from Asset Sales and Recovery Events (each as defined in the First Amendment). The First Amendment also modified the terms of the Borrowing Base (as defined in the DIP Credit Facility) computation, which limits the amount outstanding under the DIP Loans at any one time.

On October 28, 2005, the Court granted, on a final basis, the Debtors' motion for approval of the DIP financing order. The DIP financing order granted final approval of the DIP Credit Facility, as amended, and final approval of an adequate protection package for certain prepetition facilities. Following approval of the final DIP financing order, the Debtors have access to $2 billion in DIP financing subject to the terms and conditions set forth in the DIP financing documents, as amended, and $2.5 billion under certain prepetition facilities, for a total financing of $4.5 billion.

On November 21, 2005, Delphi entered into an Amended and Restated Revolving Credit, Term Loan and Guaranty Agreement (the "Amended DIP Credit Facility") which, among other things, adds new lenders to the DIP Credit Facility, increases the interest rate that was provided under the DIP Credit Facility and alters the provisions regarding future amendments. The Amended DIP Credit Facility carries an interest rate at the option of Delphi of either (i) the Administrative Agent's Alternate Base Rate (as defined in the Amended DIP Credit Facility) plus 1.75% or (ii) 2.75% above the Eurodollar base rate, which is the London Interbank Borrowing Rate ("LIBOR"). The LIBOR interest rate period can be set at a one, three or six-month period as selected by Delphi in accordance with the terms of the Amended DIP Credit Facility. Accordingly, the interest rate will fluctuate based on the movement of the Alternate Base Rate or LIBOR through the term of the DIP Loans. The Amended DIP Credit Facility will expire on the earlier of October 8, 2007 and the date of substantial consummation of a Reorganization Plan that is confirmed pursuant to an order of the Court. Borrowings under the Amended DIP Credit Facility are prepayable at Delphi's option without premium or penalty.

**DELPHI CORPORATION, ET AL.**
**NOTES TO MONTHLY OPERATING REPORT**

Also on November 21, 2005, the $250 million term loan was funded and the Company elected to pay interest at LIBOR plus 2.75% for a six month period. As of November 30, 2005, there were no amounts outstanding under the DIP revolving facility. However, the Company had approximately $3.4 million in letters of credit outstanding against the DIP revolving facility.

### 4. Reorganization Items

SOP 90-7 requires reorganization items such as realized gains and losses from the settlement of prepetition liabilities, provisions for losses resulting from the reorganization and restructuring of the business, as well as professional fees directly related to the process of reorganizing the Debtors under Chapter 11 to be separately disclosed. The Debtors' reorganization items consist of the following:

|  | October 8, 2005 to November 30, 2005 |
|---|---:|
|  | (in millions) |
| Professional fees directly related to reorganization | $ 23 |
| Interest income | (6) |
| Other | (6) |
| Total Reorganization Items | $ 11 |

Professional fees directly related to the reorganization ("Professional Fees") include fees associated with advisors to the Debtors, unsecured creditors and secured creditors. Professional Fees for the period October 8 to November 30, 2005 were estimated by the Debtors and will be reconciled to actual invoices when received.

### 5. Liabilities Subject to Compromise

As a result of the Chapter 11 Filings, the payment of prepetition indebtedness is subject to compromise or other treatment under a plan of reorganization. Generally, actions to enforce or otherwise effect payment of pre-Chapter 11 liabilities are stayed. Although prepetition claims are generally stayed, at hearings held in mid October 2005 and November 2005, the Court granted final approval of the Debtors' "first day" motions generally designed to stabilize the Debtors' operations and covering, among other things, human capital obligations, supplier relations, customer relations, business operations, tax matters, cash management, utilities, case management and retention of professionals.

The Debtors have been paying and intend to continue to pay undisputed postpetition claims in the ordinary course of business. In addition, the Debtors may reject prepetition executory contracts and unexpired leases with respect to the Debtors' operations, with the approval of the Bankruptcy Court. Any damages resulting from rejection of executory contracts and unexpired leases are treated as general unsecured claims and will be classified as liabilities subject to compromise. The Debtors will notify all known claimants subject to the bar date of their need to file a proof of claim with the Court. A bar date is the date by which claims against the Debtors must be filed if the claimants wish to receive any distribution in the Chapter 11 cases. No bar date has yet been set by the Court. Differences between liability amounts estimated by the Debtors and claims filed by creditors will be investigated and, if necessary, the Court will make a final determination of the allowable claim. The determination of how liabilities will ultimately be settled and treated cannot be made until the Court approves a Chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time.

SOP 90-7 requires prepetition liabilities that are subject to compromise to be reported at the amounts expected to be allowed, even if they may be settled for lesser amounts. The amounts currently classified as liabilities subject to compromise may be subject to future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, or other events.

## DELPHI CORPORATION, ET AL.
## NOTES TO MONTHLY OPERATING REPORT

Liabilities subject to compromise consist of the following:

|  | November 30, 2005 |
|---|---:|
|  | (in millions) |
| Pension obligations [3] | $ 3,760 |
| Postretirement obligations other than pensions [3] | 7,200 |
| Debt and notes payable | 2,430 |
| Secured debt | 2,488 |
| Other | 1,928 |
| Total Liabilities Subject to Compromise | $ 17,806 |

(3) Due to the complex nature of the calculation of these liabilities, a small portion of the balances represent amounts potentially considered to be administrative claims. The Company will determine these amounts as part of the preparation of its financial statements for its quarterly and annual SEC filings.

Other liabilities subject to compromise includes trade accounts payable related to prepetition purchases, the majority of which was scheduled for payment in the October 8 to November 30 period. As a result, the October 8 through November 30 cash flows from operations were favorably affected by the stay of payment related to these accounts payable.

**6. Postpetition Accounts Payable**

To the best of the Debtors' knowledge, all undisputed postpetition accounts payable have been and are being paid under agreed-upon payment terms.

**DELPHI CORPORATION, ET AL.**
**SCHEDULE OF PAYROLL AND PAYROLL TAXES WITHHELD AND INCURRED**

| Period | Gross Wages Paid | Employee Payroll Taxes Withheld | Employer Payroll Taxes Owed |
|---|---|---|---|
| October 8 – November 30 | $ 514,655,252 | $ 141,171,679 | $ 35,527,772 |

**DELPHI CORPORATION, ET AL.**
**SCHEDULE OF PAYROLL TAXES PAID**

| Payee | October 8, 2005 – November 30, 2005 |
|---|---:|
| Internal Revenue Services | $ 150,335,598 |
| Inland (UK) Revenue Services | 540,427 |
| State of Alabama | 594,802 |
| City of Gadsden, AL | 12,567 |
| State of Arizona | 2,548 |
| State of California | 228,749 |
| State of Colorado | 53,573 |
| City of Denver, CO | 777 |
| State of Connecticut | 489 |
| State of Florida | 2 |
| State of Georgia | 312,225 |
| State of Illinois | 42,389 |
| State of Indiana | 1,635,758 |
| State of Kansas | 33,570 |
| State of Kentucky | 2,400 |
| State of Louisiana | 1,323 |
| State of Maryland | 1,605 |
| State of Michigan | 5,549,034 |
| City of Detroit, MI | 4,564 |
| City of Flint, MI | 133,085 |
| City of Grand Rapids, MI | 10,947 |
| City of Lansing, MI | 91 |
| City of Pontiac, MI | 699 |
| City of Saginaw, MI | 111,530 |
| City of Walker, MI | 3,247 |
| State of Minnesota | 675 |
| State of Missouri | 4,409 |
| State of Mississippi | 267,210 |
| State of North Carolina | 2,343 |
| State of New Jersey | 168,416 |
| State of New York | 3,379,301 |
| State of Ohio | 5,601,733 |
| City of Akron, OH | 168 |
| City of Canton, OH | 218 |
| City of Cincinnati, OH | 327 |
| City of Columbus, OH | 62,167 |
| City of Dayton, OH | 307,348 |
| City of Dublin, OH | 2,073 |
| City of Elyria, OH | 3,254 |
| City of Fairfield, OH | 123 |
| City of Hubbard, OH | 5,820 |
| City of Huron, OH | 4,975 |
| City of Kettering, OH | 138,612 |
| City of Lordstown, OH | 1,011 |
| City of Mansfield, OH | 22,609 |
| City of Moraine, OH | 103,419 |
| City of Springfield, OH | 744 |
| City of Toledo, OH | 759 |
| City of Trotwood, OH | 3,908 |
| City of Vandalia, OH | 56,140 |
| City of W Carrollton, OH | 263 |
| City of Warren, OH | 108,223 |
| City of Xenia, OH | 303 |
| City of Youngstown, OH | 23,520 |
| Ohio School District | 31,234 |
| State of Oklahoma | 148,509 |
| State of Oregon | 3,129 |
| State of Pennsylvania | 62,188 |

**DELPHI CORPORATION, ET AL.**
**SCHEDULE OF PAYROLL TAXES PAID**

| Payee | October 8, 2005 – November 30, 2005 |
|---|---:|
| City of Philadelphia, PA | 231 |
| City of Towamencin, PA | 77 |
| State of South Carolina | 30,304 |
| State of Texas | 2,452 |
| State of Virginia | 3,769 |
| State of Wisconsin | 671,816 |
| Country of Switzerland | 6,324 |
| Total | $ 170,842,103 |

**DELPHI CORPORATION, ET AL.**
**SCHEDULE OF OTHER TAXES COLLECTED, INCURRED AND PAID**

| Month | Taxing Jurisdiction | Tax Type | Tax Due | Tax Paid |
|---|---|---|---|---|
| October 8 – November 30 | Ohio Department of Taxation | Commercial Activities Tax Registration | $ 200 | $ 200 |
| | State of Louisiana | Franchise | 354 | 354 |
| | City of Lynchburg, VA | Personal Property | 84 | 84 |
| | Alabama Dept. of Revenue | Consumer Use | 21,052 | 21,052 |
| | Alabama Dept. of Revenue | Seller's Use | 29,351 | 29,351 |
| | Limestone County, AL (Payee ALATAX - Tax Trust Account) | Use | 32,935 | 32,935 |
| | Gadsden City, AL (Payee ALATAX – Tax Trust Account) | Use | 5,151 | 5,151 |
| | Board of Equalization, CA | Use | 530 | 530 |
| | Indiana Dept. of Revenue | Use | 150,427 | 150,427 |
| | Etowah County, AL (Payee LGREC Inc.) | Use | 1,189 | 1,189 |
| | Michigan Dept. of Treasury | Use | 20,761 | 20,761 |
| | Michigan Dept. of Treasury | Use | 110,149 | 110,149 |
| | Michigan Dept. of Treasury | Use | 283,968 | 283,968 |
| | Mississippi Tax Commission | Use | 62,378 | 62,378 |
| | NJ Sales Tax Division of Taxation | Use | 16,434 | 16,434 |
| | NY State Sales Tax Division | Use | 18,234 | 18,234 |
| | Ohio Dept. of Taxation | Use | 19,627 | 19,627 |
| | State of Ohio | Use | 195,479 | 195,479 |
| | State of Ohio | Use | 195,479 | 195,479 |
| | State of Ohio | KWH | 19,690 | 19,690 |
| | State of Ohio | KWH | 15,772 | 15,772 |
| | State of Ohio | KWH | 11,765 | 11,765 |
| | State of Ohio | KWH | 7,693 | 7,693 |
| | Texas Comptroller of Public Accounts | Use | 2,914 | 2,914 |
| | Texas Comptroller of Public Accounts | Use | 23,688 | 23,688 |
| | Wisconsin Dept. of Revenue | Use | 10,358 | 10,358 |
| | Illinois Dept. of Revenue | Use | 468 | 468 |
| | State of California | Use | 6,680 | 6,680 |
| | State of California | Use | 3,505 | 2,694 |
| | State of California | Use | 13,597 | 13,597 |
| | State of South Carolina | Use | 66 | 66 |
| | State of South Carolina | Use | 70 | 70 |
| | Total | | $ 1,280,048 | $ 1,279,237 |

Note: Certain Debtors also pay transaction taxes such as value added tax ("VAT") to certain foreign countries based upon the purchase or supply of goods or services within the country and the importation of goods into the country from outside the country. For the purchase of goods or services in certain foreign countries, VAT may either be collected by the supplier from the Debtors or paid directly by the Debtors through self-assessment. For the supply of goods or services in certain foreign countries, the Debtors may collect VAT from the customers and remit the tax to the foreign governments. Upon importation in certain countries, VAT may be paid by the Debtors upon importation. In most cases, VAT is recoverable either as an input VAT credit or as a refund. The process of calculating VAT owed or refundable is a complex process of netting VAT paid, collected and remitted. To the best of the Company's knowledge, all VAT has been paid and is being paid when due.

05-44481-rdd   Doc 2914-33   Filed 03/22/06   Entered 03/22/06 12:20:09   Exhibit FF
Pg 16 of 16

**DELPHI CORPORATION, ET AL.**
**SCHEDULE OF DISBURSEMENTS**

| Debtor Name | Case Number | Disbursements October 8 – November 30, 2005 [4] |
|---|---|---|
| Delphi NY Holdings Corporation | 05-44480 | $ - |
| Delphi Corporation | 05-44481 | - |
| ASEC Manufacturing General Partnership | 05-44482 | - |
| ASEC Sales General Partnership | 05-44484 | - |
| Environmental Catalysts, LLC | 05-44503 | - |
| Delphi Medical Systems Colorado Corporation | 05-44507 | 10,823,853 |
| Delphi Medical Systems Texas Corporation | 05-44511 | 3,578,740 |
| Delphi Medical Systems Corporation | 05-44529 | 1,687,859 |
| Specialty Electronics International Ltd. | 05-44536 | - |
| Specialty Electronics, Inc. | 05-44539 | 1,001,159 |
| Delphi Liquidation Holding Company | 05-44542 | - |
| Delphi Electronics (Holding) LLC | 05-44547 | - |
| Delphi Technologies, Inc. | 05-44554 | 6,338,675 |
| Delphi Automotive Systems Tennessee, Inc. | 05-44558 | - |
| Delphi Mechatronic Systems, Inc. | 05-44567 | 24,504,466 |
| Delphi Automotive Systems Risk Management Corporation | 05-44570 | - |
| Exhaust Systems Corporation | 05-44573 | 16,347,326 |
| Delphi China LLC | 05-44577 | - |
| Delphi Automotive Systems Korea, Inc. | 05-44580 | 187,189 |
| Delphi International Services, Inc. | 05-44583 | 575,961 |
| Delphi Automotive Systems Thailand, Inc. | 05-44586 | - |
| Delphi Automotive Systems International, Inc. | 05-44589 | - |
| Delphi International Holdings Corporation | 05-44591 | - |
| Delphi Automotive Systems Overseas Corporation | 05-44593 | 38,519 |
| Delphi Automotive Systems (Holding), Inc. | 05-44596 | 204,822 |
| Delco Electronics Overseas Corporation | 05-44610 | 17,661,761 |
| Delphi Diesel Systems Corporation | 05-44612 | 110,261,346 |
| Delphi LLC | 05-44615 | - |
| Aspire, Inc. | 05-44618 | 319,326 |
| Delphi Integrated Service Solutions, Inc. | 05-44623 | 827,462 |
| Delphi Connection Systems | 05-44624 | 12,099,206 |
| Packard Hughes Interconnect Company | 05-44626 | 142,995 |
| DREAL, Inc. | 05-44627 | - |
| Delphi Automotive Systems Services LLC | 05-44632 | 9,377,551 |
| Delphi Services Holding Corporation | 05-44633 | - |
| Delphi Automotive Systems Global (Holding), Inc. | 05-44636 | - |
| Delphi Foreign Sales Corporation | 05-44638 | - |
| Delphi Automotive Systems Human Resources LLC | 05-44639 | 236,397,988 |
| Delphi Automotive Systems LLC | 05-44640 | 3,410,889,603 |
| Delphi Furukawa Wiring Systems LLC | 05-47452 | 482,425 |
| Delphi Receivables LLC | 05-47459 | - |
| MobileAria, Inc. | 05-47474 | 1,394,750 |

(4) Operating expenses for the period October 1 through November 30, 2005 were used as a proxy for disbursements.

15