# EXHIBIT "GG"

Mirant Corp.
03-46590 (N.D. Tex.)
Petition Date 7/14/03; Confirmation Date 12/09/05; Effective Date 1/3/06
140
120
100
80
60
40
20
0
7/14/03
9/14/03
11/14/03
1/14/04
3/14/04
5/14/04
7/14/04
9/14/04
11/14/04
1/14/05
3/14/05
5/14/05
7/14/05
9/14/05
11/14/05
1/03/06
MAG Note 7.2% 2008 (C:60467PAMA)
MAG Note 7.625% 2006 (C:60467PAGA)
MAG Note 9.125% 2031 (C:60467PAJA)
MAG Note 7.2% 2008 (C:60467PAKA)
MIR Note 7.4% 2004 (C:842815ACA)
MIR Note 7.9% 2009 (C:842815AAA)