EXHIBIT "HH"



**UAL Corp.**
02-48191 (N.D. III.)
Petition Date 12/9/02; Confirmation Date 1/20/06
Note 9.0% 2003 (C:909279ASA)

did not trade Jan. 21 through May 4, 2004, or June 10 through Nov. 15, 2004

**Enron Corp.**
**01-16034 (S.D.N.Y.)**
**Petition Date 12/2/01; Confirmation Date 7/15/04**
**Note 6.625% 2005 (C:293561BSA)**



did not trade May 8 through July 1, 2003



**WorldCom, Inc.**
02-13533 (S.D.N.Y.)
Petition Date 7/21/02; Confirmation Date 10/31/03



Conseco, Inc.
02-49672 (N.D. Ill.)
Petition Date 12/18/02; Confirmation Date 9/9/03



**Carmike Cinemas, Inc.**
00-03302 (D. Del.)
Petition Date 8/8/00; Confirmation Date: 1/7/02
Sr. Sec. Note 9.375% 2009 (C:143436ADA)



**KCS Energy, Inc.**
**00-00028 (D. Del.)**
**Petition Date 1/18/00; Confirmation Date 2/10/01**

——— Sr. Sec. Note 8.875% 2008 (C-482434AD)     · · · · · Sr. Sec. Note 8.875% 2008 (C-482434ADA)