United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $21,070.94 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**VERFAHRENSTECHNIK HUBERS GMBH
POSTFACH 1552 FRANZSTRABE
BOCHOLT, GERMANY 46395**

The transfer of your claim as shown above in the amount of $21,070.94 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

784873

-------------------------------(CUT HERE)-------------------------------
**TRANSFER NOTICE**

**VERFAHRENSTECHNIK HUBERS GMBH** ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the **VERFAHRENSTECHNIK HUBERS GMBH** Claims of Assignor in the aggregate amount of $21,070.94 representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the __03__ day of __March__ 2006

**VERFAHRENSTECHNIK HUBERS GMBH**                    REVENUE MANAGEMENT

_____                         _____
(Signature)                                          (Signature)

_Josef Tebhardt / Managing Director_                 _Josef Tebhardt_
(Print Name and Title)                               (Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
VERFAHRENSTECHNIK HUBERS GMBH

784875

08/03 2006 08:20 FAX 49 2871 281150    HUEBERS GMBH    ☒004