United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $3,870.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

SORENSEN DIV OF ELGAR
9250 BROWN DEER RD
SAN DIEGO, CA 92121

The transfer of your claim as shown above in the amount of $3,870.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

784546

Chris Oh
Liquidity Solutions, Inc.
201-968-0001

-----------------------------------(CUT HERE)-----------------------------------

**TRANSFER NOTICE**

SORENSEN DIV OF ELGAR ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the SORENSEN DIV OF ELGAR Claims of Assignor in the aggregate amount of **$3,870.00** representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 7th day of March, 2006

**SORENSEN DIV OF ELGAR**

_Kristie Drake_
(Signature)

_Kristie Drake_
(Print Name and Title)

**REVENUE MANAGEMENT**

_[signature]_
(Signature)

_Chris Oh_
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
SORENSEN DIV OF ELGAR

784546