UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK        X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

*OMNIBUS* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Hydro Aluminum North America, Inc.
              801 International Drive, Suite 200
              Linthicum Heights, MD 21090
              Attn: James A. Marmer

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amounts held by Hydro Aluminum North America, Inc. (the "Transferor") in the amounts of **$2,760.00 and $531,000.05** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

_____
Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**HYDRO ALUMINUM NORTH AMERICA, INC.**, a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March 9, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 9th day of March, 2006.

(Assignor)                                  (Assignee)
**HYDRO ALUMINUM NORTH AMERICA, INC.**      **CONTRARIAN FUNDS, LLC**
                                            By: Contrarian Capital Management, LLC,
                                            as manager

By: _____               By: _____

Name: James A. Marmer                       Name: Janice Stanton

Title: Vice President                       Title: MEMBER

(Assignor)
WITNESS:

By: _Roxane Bender_

Name: _Roxane Bender_

Title: _Admin. Legal Asst._

7

KL2:2394444.1

PAGE 8/9 * RCVD AT 3/9/2006 3:32:35 PM [Eastern Standard Time] * SVR:BALTFAX01/1 * DNIS:3700 * CSID: * DURATION (mm-ss):01-58

## Schedule A
### Hydro Aluminum North America

| Debtor | Creditor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | Hydro Aluminum North America, Inc. | 05-46640 | 531,000.05 | 531,000.05 |
| Delphi Automotive Systems LLC | Hydro Aluminum North America, Inc. | 05-46640 | 2,760.00 | 2,760.00 |
| Total | | | 533,760.05 | 533,760.05 |

Initials:
Seller [signature]
Buyer [signature]    FRANKIE WINFIELD
VP/CONTROLLER NA6SD
HYDRO ALUMINUM