WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                        :    Chapter 11
                                                             :
DELPHI CORPORATION, *et al.*,                                :    Case No. 05-44481 (RDD)
                                                             :
                     Debtors.                                :    Jointly Administered
                                                             :
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF MIAMI-DADE    )

        Aileen Venes, being duly sworn, deposes and says:

        1.    The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

        2.    On March 20, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 to file Under Seal its Memorandum of Law in reply to Objections to its Motion Pursuant to 11 U.S.C. § 1102(a)(2) for an Order Directing the United States Trustee to**

   **Appoint an Equity Committee in These Chapter 11 Cases and Exhibits Thereto**

- **[REDACTED] Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion Pursuant to 11 U.S.C. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint an Equity Committee in these Chapter 11 Cases and Exhibits Thereto**

- **Motion of Appaloosa Management L.P. Pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure for an Order Quashing the Debtors' Subpoena for Testimony at Trial Directed to David A. Tepper**

- **Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Daubert Motion to Exclude Expert Rebuttal Report of David L. Resnick and all portions of the Resnick Declaration relating to such excluded topics**

- **[REDACTED] Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Daubert Motion to Exclude Expert Rebuttal Report of David L. Resnick and all portions of the Resnick Declaration relating to such excluded topics**

via electronic transmission and overnight mail on the parties attached hereto as **Exhibit A**; and

via electronic transmission on the parties attached hereto as **Exhibit B**.

   3.  On March 20, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Emergency Motion for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams and Exhibits Thereto**

- **[REDACTED] Emergency Motion of Appaloosa Management L.P. for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams**

- **Declaration of Douglas P. Baumstein Pursuant to Local Bankruptcy Rule 9077-1 in support of the Motion of Appaloosa Management L.P. for an Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Emergency Motion for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams and Exhibits Thereto**

- **Declaration of Fernando J. Menendez Pursuant to Local Bankruptcy Rule 9077-1 in Support of Appaloosa Management L.P.'s Motion for an**

> Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Daubert Motion to Exclude Expert Rebuttal Report of David L. Resnick and all portions of the Resnick Declaration relating to such excluded topics

via electronic transmission on the parties attached hereto as **Exhibit A** and **Exhibit B**.

4.      On March 21, 2006, deponent caused to be served a true and correct copy of the following documents:

- Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Emergency Motion for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams and Exhibits Thereto

- [REDACTED] Emergency Motion of Appaloosa Management L.P. for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams

- Declaration of Douglas P. Baumstein Pursuant to Local Bankruptcy Rule 9077-1 in support of the Motion of Appaloosa Management L.P. for an Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Emergency Motion for Entry of an Order Striking the Expert Report and Direct Testimony of Keith S. Williams and Exhibits Thereto

- Declaration of Fernando J. Menendez Pursuant to Local Bankruptcy Rule 9077-1 in Support of Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. Section 107(b) and Fed. R. Bankr. P. 9018 to File Under Seal its Daubert Motion to Exclude Expert Rebuttal Report of David L. Resnick and all portions of the Resnick Declaration relating to such excluded topics

via overnight mail on the parties attached hereto as **Exhibit A**.

_____
Aileen Venes

Sworn to before me on this
22nd day of March, 2006

_____
Notary Public

ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters