WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                          :   Chapter 11
                                               :
DELPHI CORPORATION, *et al.*,                  :   Case No. 05-44481 (RDD)
                                               :
                    Debtors.                   :   Jointly Administered
                                               :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF MIAMI-DADE    )

Gabriel J. Procaccini, Esq., being duly sworn, deposes and says:

1.  The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2.  On March 20, 2006, deponent caused to be served a true and correct copy of the following documents:

    - **[REDACTED] Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion Pursuant to 11 U.S.C. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint an Equity Committee in these Chapter 11 Cases and Exhibits Thereto**

MIAMI 642697 v1 (2K)

- **[REDACTED] Appendix to Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion**

- **[UNREDACTED] Appendix to Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion**

via hand delivery and electronic transmission on the following parties:

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti
Thomas J. Matz

Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Attn: Robert J. Rosenberg
Mitchell A. Seider

Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004-2112
Attn: Alicia M. Leonard

Simpson Thacher & Barlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
Robert H. Trust

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
Attn: Martin J. Bienenstock
Michael P. Kessler

via electronic transmission on the following parties:

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Attn: Robert B. Weiss
Frank L. Gorman

and via hand delivery on the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, NY 10004-2112, Attn: Deirdre A. Martini.

_____
Gabriel J. Procaccini, Esq.

Sworn to before me on this
22nd day of March, 2006

_____
Notary Public



ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters