WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                              :    Chapter 11
                                                   :
DELPHI CORPORATION, *et al.*,                      :    Case No. 05-44481 (RDD)
                                                   :
                    Debtors.                       :    Jointly Administered
                                                   :
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF MIAMI-DADE    )

Aileen Venes, being duly sworn, deposes and says:

1. The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2. On March 20, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Appaloosa Management L.P.'s Motion for an Order Pursuant to 11 U.S.C. § 107(b) and Fed. R. Bankr. P. 9018 to file Under Seal its Memorandum of Law in reply to Objections to its Motion Pursuant to 11 U.S.C. § 1102(a)(2) for an Order Directing the United States Trustee to**

   Appoint an Equity Committee in These Chapter 11 Cases and Exhibits
   Thereto

- [REDACTED] Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion Pursuant to 11 U.S.C. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint an Equity Committee in these Chapter 11 Cases and Exhibits Thereto

- [UNREDACTED] Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion Pursuant to 11 U.S.C. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint an Equity Committee in these Chapter 11 Cases and Exhibits Thereto

- [REDACTED] Appaloosa Management L.P.'s Memorandum of Law in Reply to Objections to its Motion Pursuant to 11 U.S.C. Section 1102(a)(2) for an Order Directing the United States Trustee to Appoint an Equity Committee in these Chapter 11 Cases, with grey lining

- Motion of Appaloosa Management L.P. Pursuant to Rule 9016 of the Federal Rules of Bankruptcy Procedure for an Order Quashing the Debtors' Subpoena for Testimony at Trial Directed to David A. Tepper

via overnight mail and electronic transmission to: John Wm. Butler, David E. Springer, and Neil MacDonald, Skadden, Arps, Slate, Meagher & Flom, LLP, 333 W. Wacker Dr., Suite 2100, Chicago, Illinois 60606, Attorneys for Debtors.

                _____
                Aileen Venes

Sworn to before me on this
22nd day of March, 2006

_____
Notary Public



ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters