NOTE: Pursuant to Fed. Cir. R. 47.6, this order
is not citable as precedent. It is a public order.

# United States Court of Appeals for the Federal Circuit

## 05-1060, -1090

### AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

### DELPHI CORPORATION,

Defendant-Cross Appellant.

ORDER

Delphi Corporation notifies the court that it has filed a bankruptcy petition in bankruptcy court. Thus, the automatic stay provision of 11 U.S.C. § 362 is applicable.

Accordingly,

IT IS ORDERED THAT:

(1)     05-1060, -1090 are stayed.

(2)     Delphi Corporation is directed to file a status report every 90 days and to inform the court within 21 days after the bankruptcy proceedings are completed or the bankruptcy stay has been lifted.

FOR THE COURT

NOV - 3 2005
_____
Date

_____
Jan Horbaly
Clerk

cc:   R. Terrance Rader, Esq.
      Andrew Kochanowski, Esq.

s5

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV - 3 2005

JAN HORBALY
CLERK