UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                            :
                                                  :    Chapter 11
DELPHI CORPORATION, *et al.*,                     :
                                                  :    Case No. 05-44481 (RDD)
                 Debtors.   :
                                                  :    (Jointly Administered)
                                                  :
------------------------------------------------------------x

## ORDER GRANTING AUTOMOTIVE TECHNOLOGIES INTERNATIONAL, INC.'S MOTION FOR RELIEF FROM AUTOMATIC STAY TO PROCEED WITH APPEALS OF PATENT LITIGATION

Upon consideration of Automotive Technologies International, Inc.'s ("ATI") Motion for Relief from Automatic Stay ("Motion"); and upon the record of the hearing held on the Motion; and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, pursuant to 11 U.S.C. § 362(d)(1), that relief from automatic stay be granted to ATI for cause to adjudicate the ATI/BMW Appeal[1] and the ATI/Delphi Appeal to decision; and it is further

ORDERED, that good cause exists to have this Order become effective immediately upon entry.

Dated: April ___, 2006

                                             _____
                                             UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but not defined herein have the meaning ascribed to them in the Motion.

{00015290.1 / 0514-001}