UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)
Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

    I, Merle C. Meyers, a member in good standing of the bar in the State of California, and of the following Federal Courts: the United States District Court for the Northern, Southern, Central and Eastern Districts of California; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Alps Automotive, Inc. in the above referenced case.

    My address is Goldberg, Stinnett, Meyers & Davis, 44 Montgomery Street, Suite 2900, San Francisco, CA 94104, telephone number (415) 362-5045, facsimile number (415) 362-2392, email address mmeyers@gsmdlaw.com.

    I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  March 22, 2006
        San Francisco, California

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation

By:   /s/     Merle C. Meyers
     Merle C. Meyers, Esq. CA Bar #66849
     44 Montgomery Street, Suite 2900
     San Francisco, CA  94104
     Telephone: (415) 362-5045
     Facsimile:  (415) 362-2392

Attorneys for Alps Automotive, Inc.