UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

### CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that a true and correct copy of the Motion For Admission To Practice, Pro Hac Vice was served by first class mail, postage prepaid upon all parties set forth below on this 22 day of March 2006, and to all other parties-in-interest via the Court's ECF notification system.

Dated:  March 22, 2006
　　　　San Francisco, California

　　　　　　　　　　　　　　　　　/s/ Merle C. Meyers
　　　　　　　　　　　　　　　　Merle C. Meyers

| Counsel For Debtors<br>John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, NY 10036 | United States Trustee<br>Dierdre A. Martini<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 |
| Counsel Creditors' Committee<br>Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Claims & Noticing Agent<br>Kurtzman Carson Consultants LLC<br>12910 Culver Blvd., Suite I<br>Los Angeles, CA 90066 |

1

10233/102027.DOC