**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

DELPHI CORPORATION, et al.,

                Debtors.

Chapter 11

Case No. 05-44481 (RDD)
Jointly Administered

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS

**PLEASE TAKE NOTICE** that ALPS AUTOMOTIVE, INC. ("Alps") a creditor and party-in-interest herein, by and through its attorneys, Goldberg, Stinnett, Meyers & Davis, A Professional Corporation, appears in this matter pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342 and 1109(b) of the Bankruptcy Code and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the following:

        GOLDBERG, STINNETT, MEYERS & DAVIS
        A Professional Corporation
        MERLE C. MEYERS, ESQ.
        44 Montgomery Street, Suite 2900
        San Francisco, California 94104
        Telephone:    (415) 362-5045
        Facsimile:    (415) 362-2392
        E-mail:      mmeyers@gsmdlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code sections and rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, order, reply, answer, schedules of assets and liabilities and statement of financial affairs, operating report, plan of reorganization or liquidation, pleading or request filed in connection with the above-referenced case or any proceedings therein, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight express, electronic mail, hand deliver, telephone, telegraph,

10233/101989.DOC

facsimile or otherwise.

This notice of appearance and demand for notices and papers shall not be deemed or construe to be a waiver of any of Alps' rights, including its right (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge; (2) to invoke the right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceedings related to this case; (3) to move the United States District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to contend that jurisdiction or venue in this Court is improper or inappropriate.

Dated:  March 22, 2006
          San Francisco, California

GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation

By:  ___/s/___ Merle C. Meyers_____
          Merle C. Meyers, Esq. CA Bar #66849
          44 Montgomery Street, Suite 2900
          San Francisco, CA  94104
          Telephone: (415) 362-5045
          Facsimile:  (415) 362-2392

          Attorneys for Alps Automotive, Inc.

10233/101989.DOC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Notice Of Appearance And Request For Service Of All Pleadings And Documents was served by first class mail, postage prepaid upon all parties set forth below on this 22 day of March 2006, and to all other parties-in-interest via the Court's ECF notification system.

Dated:  March 22, 2006
      San Francisco, California

              /s/ Merle C. Meyers
              Merle C. Meyers

| Counsel For Debtors | United States Trustee |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM, LLP<br>Four Times Square<br>New York, NY 10036 | Dierdre A. Martini<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 |
| Counsel Creditors' Committee | Claims & Noticing Agent |
| Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Kurtzman Carson Consultants LLC<br>12910 Culver Blvd., Suite I<br>Los Angeles, CA 90066 |

10233/101989.DOC