United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $5,075.20 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**CORNERSTONE DESIGN LTD**
**4135 S 27TH ST**
**FRANKSVILLE, WI 53126**

The transfer of your claim as shown above in the amount of $5,075.20 has been transferred to:

>Liquidity Solutions, Inc.
>Dba Revenue Management
>One University Plaza
>Suite 312
>Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Mike Richards
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

778821

## TRANSFER NOTICE

Cornerstone Design Ltd ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the Cornerstone Design Ltd Claims of Assignor in the aggregate amount of $8,714.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __15__ day of __FEB__, 2006.

WITNESS: Cornerstone Design Ltd                    Revenue Management

_____ Diane Haug                 By: _____
(Signature)                                         (Signature)

DIANE  HAUG                                         PAUL H. ZENS  PRES.
(Print Name of Witness)                             (Print Name and Title)