United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } Case No. |
| | } 05-44640 |
| | } |
| Debtor | } Amount $18,850.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

SCHUNK-INEX CORPORATION
9229 OLEAN RD.
HOLLAND, NY 14080

The transfer of your claim as shown above in the amount of $18,850.00 has been transferred to:

      Capital Markets
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Chris Oh
      Capital Markets
      (201) 968-0001

496500

## TRANSFER NOTICE

SCHUNK-INEX CORPORATION ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the SCHUNK-INEX CORPORATION Claims of Assignor in the aggregate amount of $18,850.00 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __21__ day of __MAR__, 2006.

SCHUNK-INEX CORPORATION

WITNESS:

_____
(Signature)

Chris Oh
(Print Name of Witness)

By: _____
(Signature)

MICHAEL C. KASPRZYK, PRESIDENT
(Print Name and Title)