# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------------X
```

In re:                                                    In Proceedings For A
                                                          Reorganization Under
**DELPHI CORPORATION, et al,**                            Chapter 11
                                                          Case No.: 05-44481
                                                          Jointly Administered
Delphi Automotive Systems LLC                             Case No.: 05-44640
                          Debtors.

```
-------------------------------------------------------------------X
```

### NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$15,525.00** from:

        MKS Instruments Inc. (Transferor)
        PO Box 3553
        Boston, MA 02241
        Attention: Mr. Joseph Tocci

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                         Clerk of the Court _____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                      _____
                         Deputy Clerk