# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:  In Proceedings For A
 Reorganization Under
**DELPHI CORPORATION, et al,**  Chapter 11
 Case No.: 05-44481
 Jointly Administered
Delphi Automotive Systems LLC  Case No.: 05-44640
Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

   Amroc Investments, LLC
   535 Madison Avenue, 15th Floor
   New York, New York 10022
   Attention: David S. Leinwand, Esq.

A transfer in the amount of **$5,966.80** from:

   MKS Instruments Inc. (Transferor)
   PO Box 3553
   Boston, MA 02241
   Attention: Mr. Joseph Tocci

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

 Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

 _____
 Deputy Clerk