**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In the Matter of:

    DELPHI CORPORATION,                      Case No: 05-44481 (RDD)

                Debtor
-------------------------------------------------------------------X

**NOTICE OF CONVENTIONAL FILING IN ECF SYSTEM: TRANSCRIPT OF HEARING**

Transcript of hearing held on    March 9, 2006

RE:    Motion for Administrative Order Under 11 U.S.C. Section 331 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Setting a Final Hearing Thereon (Docket No. 11); Order to show cause – Behr Industries; Order to show cause – JST Mfg. Co. Ltd.; Motion of Appaloosa Management LP, Pursuant to 11 U.S.C. Section 1102(a) (2) for an Order Directing the United States Trustee to Appoint an Equity Committee in There Chapter 11 Cases; Order to show cause – Deutsche Dagan; Motion for Order Under 11 U.S.C. Section 365(d) (2) Directing Debtor Delphi Automotive Systems, LLC to Determine Within 150 Days Whether to Assume or Reject its Nonresidential Real Property Lease With Cherokee North Kansas City, LLC; Official Committee of Unsecured Creditors' Application for an Order Under Section 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014 Approving Retention of Jefferies & Company, Inc. as Investment Bankers and Financial Advisor to the Committee; Motion for relief from Stay to Allow Case to Continue in the State Indiana Howard County Superior Court 11

The transcript of the above hearing has been filed with the Clerk's office,

        United States Bankruptcy Court
        Southern District of New York
        One Bowling Green
        New York, New York 10004-1408

and is available for viewing in Room 511 during regular court hours.

Copies of the transcript may be purchased from:

        Veritext, LLC
        (212) 267- 6868
        (516) 608- 2400