Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York 10036
(212) 563-4100

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :    Case No. 05-44481 (RDD)
                                                                 :    (Jointly Administered)
                                        Debtors.                 :
                                                                 :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Response of UAW in Support of Debtors' Motion for Approval of UAW Special Attrition Program to be duly served on March 24, 2006 as set forth below:

| **By Overnight Delivery** | **By Hand Delivery** |
|---|---|
| Delphi Corporation | Hon. Robert D. Drain |
| Attn: Sean Corcoran | United States Bankruptcy Judge |
|        Karen Craft | United States Bankruptcy Court |
| 5725 Delphi Drive | Southern District of New York |
| Troy, MI 48098 | One Bowling Green |
|  | New York, NY 10004 |

00088494.DOC.1

**By Overnight Delivery**

| | |
|---|---|
| Counsel for the Debtors<br>John Wm. Butler Jr., Partner<br>John K. Lyons, Partner<br>Ron E. Meisler, Associate<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>T: (800) 718-5305<br>F: (312) 407-0411 | Counsel for the Debtors<br>Kayalyn A. Marafioti, Partner<br>Thomas J. Matz, Counsel<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>T: (800) 718-5305<br>F: (212) 735-2000 |
| U.S. Trustee<br>Deirdre A. Martini<br>Tracey Hope Davis<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004-2111<br>T: (212) 510-0500<br>F: (212) 668-2255 | Counsel to Creditors' Committee<br>Robert J. Rosenberg, Partner<br>Latham & Watkins LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>T: (212) 906-1200<br>F: (212) 751-4864 |
| Pre-Petition Agent<br>Kenneth S. Ziman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>T: (212) 455-2000 | Post-Petition Agent<br>Donald Bernstein<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>T: (212) 450-4092 |
| Counsel for GM<br>Jeffrey L. Tanenbaum, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>T: (212) 310-8000 | Counsel for GM<br>Honigman Miller Schwartz and Cohn LLP<br>Robert B. Weiss, Esq.<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583<br>T: (313) 465-7000 |

   /s/ Babette A. Ceccotti
   Babette A. Ceccotti