# EXHIBIT B

## Assignee's Payment and Delivery Instructions:

Notice:
Primary Contact: Stanley Lim
Street Address: 270 Park Avenue, 17th Floor
City, State, Zip Code: New York, NY 10017
Phone Number: (212) 270-4421
Fax Number: (212) 270-2157

Backup Contact: Karoline Kane
Phone Number: (212) 270-0033
Fax Number: (212) 270-5347

Wire:
Name of Bank: JPMorgan Chase Bank, N.A.
Routing Transit/ABA number: 021000021
Name of Account: SPS High Yield Loan Trading
Account Number: 544-7-94742

411510