**EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**ORDER COMPELLING THE PRODUCTION OF DOCUMENTS BY**
**GENERAL MOTORS CORPORATION PURSUANT TO RULE 2004**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion (the "Motion") of the Official Committee of Unsecured Creditors (the "Committee")[1] for an order compelling the production of documents by General Motors Corporation ("GM") pursuant to rule 2004 of the Federal Rules of Bankruptcy Procedure; and upon the record of the hearing held on the Motion; and this Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that, pursuant to Federal Rule of Bankruptcy Procedure 2004, the Committee is authorized to seek the production of, and GM shall produce, the documents set forth on Exhibit A to the Motion within twenty-five (25) days of entry of this Order; and it is further

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed in the Motion.

ORDERED that the Motion is granted without prejudice to the Committee's rights to seek further and other forms of discovery from GM in these cases including, but not limited to, supplemental document requests, interrogatories, requests for admissions and depositions; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: New York, New York
      April __, 2006

                                                            _____
                                                            UNITED STATES BANKRUPTCY JUDGE

NY\1124905.3
03-24-2006