**ASM Capital**
**7600 Jericho Turnpike, Suite 302**
**Woodbury, NY 11797**
**Telephone: (516) 224-6040**
**Facsimile: (516) 224-6049**

United States Bankruptcy Court
Southern District of New York

_____
                                            )
In re:                                      )
                                            )
Delphi Automotive Systems LLC   )         Chapter 11
                                            )         Case No. 05-44640
                                            )         Claim No. 110
                    Debtor        )
_____)

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

The following transfer has been withdrawn:

Transferor:    A MAIER PRAEZISION GMBII EFT
               GEWERBEHALLESTR 1-3
               ST GEORGEN, GERMANY 78112

Transferee:    ASM Capital, L.P.
               7600 Jericho Tpke, Ste 302
               Woodbury, NY 11797


Dated:    March 27, 2006


/s/ Adam Moskowitz
Adam Moskowitz
ASM Capital, L.P.
516-224-6040