HEARING DATE: May 10, 2006 at 10:00 a.m.
RESPONSE DEADLINE: May 3, 2006

HOWARD & HOWARD ATTORNEYS, P.C.
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI  48304-5151
(248) 645-1483
Jeffrey A. Sadowski (P28163)
Tamika A. Bryant (P62641)

*Intellectual Property Counsel*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
    In re                                     :   Chapter 11
                                              :
    DELPHI CORPORATION, et al.,               :   Case No. 05-44481 (RDD)
                                              :
                             Debtors.         :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FIRST INTERIM FEE APPLICATION OF
HOWARD & HOWARD ATTORNEYS, P.C.
FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

SUMMARY SHEET PURSUANT TO UNITED STATES TRUSTEE GUIDELINES
FOR REVIEWING APPLICATIONS FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES FILED UNDER 11 U.S.C. § 330

Name of Applicant:                          Howard & Howard Attorneys, P.C.

Period for Which Compensation
And Reimbursement is Sought:                October 8, 2005 through January 31, 2006

Authorized to Provide
Professional Services to:                   Debtors

Date of Retention:                          January 3, 2006 effective non pro tunc
                                            to October 8, 2005

HEARING DATE: May 10, 2006 at 10:00 a.m.
RESPONSE DEADLINE: May 3, 2006

| | |
|---|---|
| Amount of Compensation and Expense Reimbursement Sought As Actual, Reasonable and Necessary: | |
| First Interim Application Period | Fees Requested:    $98,553.00 |
| October 8, 2005 through January 31, 2006 | Expenses Requested:  $19,710.70 |
| | **Total Fees and Expenses: $118,263.70** |
| **Total Sought for Compensation And Expenses in First Interim Application Period** | |
| Prior Amounts Requested:[1] | Fees Previously Requested:    $0.00 |
| | Fees Previously Awarded:    $0.00 |
| | Expenses Previously Requested:    $0.00 |
| | Expenses Previously Awarded:    $0.00 |
| | Holdback from Prior Applications:    $0.00 |

---

[1] This application refers only to requests for compensation, reimbursement of expenses, and holdbacks not covered by a final fee application order.