## **EXHIBIT LIST**

Exhibit A – Certification regarding compliance with the Local Guidelines

Exhibit B – Schedule of professionals and interns who have performed services in the cases including capacity, hourly billing rate, aggregate number of hours, year in which each professional was licensed to practice law and year each professional graduated from law school

Exhibit C – Summary by project category of the fees generated by the services performed by Howard & Howard during the Compensation Period

Exhibit D – Schedule specifying the categories of expenses for which Howard & Howard seeks reimbursement

G:\D\Delphi Bankruptcy\EXHIBIT LIST.doc