**EXHIBIT B**

DELPHI CORPORATION, *ET AL.*

PROFESSIONAL SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

**ATTORNEYS**

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|---|---|
| **Partners:** | | | | | |
| Harold W. Milton, Jr. | 1964 | 1964 | $250.00 | 124.50 | $31,125.00 |
| James R. Yee | 1995 | 1995 | $320.00 | 20.90 | $6,688.00 |
| David M. LaPrairie | 2000 | 1999 | $235.00 | 2.80 | $658.00 |
| Samuel J. Haidle | 1998 | 1998 | $235.00 | 32.10 | $7,543.50 |
| Jon E. Shackelford | 1990 | 1990 | $275.00 | 4.5 | $1,237.50 |
| Jon E. Shackelford | 1990 | 1990 | $295.00 | 11.3 | $3,333.50 |
| Robert L. Stearns | 1991 | 1991 | $295.00 | 21.20 | $6,254.00 |
| Randall L. Shoemaker | 1997 | 1996 | $275.00 | 20.00 | $5,500.00 |
| **TOTAL (Partners)** | | | | **237.30** | **$62,339.50** |
| | | | | | |
| **Associates:** | | | | | |
| Raymond C. Meiers | 2000 | 2000 | $175.00 | 69.20 | $12,110.00 |
| Raymond C. Meiers | 2000 | 2000 | $205.00 | 112.70 | $23,103.50 |
| Kristopher K. Hulliberger | 2004 | 2003 | $165.00 | 1.00 | $165.00 |
| **TOTAL (Associates)** | | | | **182.90** | **$35,378.50** |

**INTERNS**

| Name | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation* |
|---|---|---|---|
| | | | |
| **Interns:** | | | |
| Brian C. Andress | $95.00 | 3.50 | $332.50 |
| Stephen J. Kontos | $75.00 | 6.70 | $502.50 |
| **TOTAL (Interns)** | | **10.20** | **$835.00** |

**Total (Attorneys and Interns):  430.40 hours - $98,553.00**

g:\d\delphi bankruptcy\exhibit b.doc