**EXHIBIT C**

DELPHI CORPORATION, *ET AL.*

SUMMARY OF SERVICES RENDERED
BY HOWARD & HOWARD ATTORNEYS, P.C.
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Business Operations | Harold W. Milton, Jr. | $250.00 | 124.50 | $31,125.00 |
| Business Operations | James R. Yee | $320.00 | 20.90 | $6,688.00 |
| Business Operations | David M. LaPrairie | $235.00 | 2.80 | $658.00 |
| Business Operations | Samuel J. Haidle | $235.00 | 32.10 | $7,543.50 |
| Business Operations | Jon E. Shackelford | $275.00 | 4.5 | $1,237.50 |
| Business Operations | Jon E. Shackelford | $295.00 | 11.3 | $3,333.50 |
| Business Operations | Robert L. Stearns | $295.00 | 21.20 | $6,254.00 |
| Business Operations | Randall L. Shoemaker | $275.00 | 20.00 | $5,500.00 |
| Business Operations | Raymond C. Meiers | $175.00 | 69.20 | $12,110.00 |
| Business Operations | Raymond C. Meiers | $205.00 | 112.70 | $23,103.50 |
| Business Operations | Kristopher K. Hulliberger | $165.00 | 1.00 | $165.00 |
| Business Operations | Brian C. Andress | $95.00 | 3.50 | $332.50 |
| Business Operations | Stephen J. Kontos | $75.00 | 6.70 | $502.50 |
| | **TOTAL** | | **434.40** | **$98,553.00** |

*The services rendered during the Compensation Period for every matter number consisted of the evaluation of inventions and drafting, filing and prosecuting of numerous patent applications.

g:\d\delphi bankruptcy\exhibit c.doc