# EXHIBIT D

DELPHI CORPORATION, *ET AL.*

ACTUAL AND NECESSARY DISBURSEMENTS
INCURRED BY HOWARD & HOWARD ATTORNEYS, P.C.
BY INTELLECTUAL PROPERTY COUNSEL
OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

| EXPENSES | AMOUNT |
|---|---|
| Filing Fee | $15,960.00 |
| Photocopy | $36.20 |
| Patent Research | $955.00 |
| Drawing Fees | $2,759.50 |
| **TOTAL DISBURSEMENTS** | **$19,710.70** |

g:\d\delphi bankruptcy\exhibit d.doc