HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
     In re                                  :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                               Debtors.     :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I forwarded, via first class mail, a copy of 1) Notice of Filing of First Interim Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; 2) First Interim Fee Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Summary Sheet; 3) First Interim Fee Application of Howard & Howard Attorneys, P.C. Intellectual Property Counsel to Debtors for Interim Allowance of Compensation and Reimbursement of Expenses for the Period October 8, 2005 Through January 31, 2006 (with exhibits); 4) Order Granting Application for Allowance of Interim Compensation and Reimbursement of Expenses of Howard & Howard Attorneys,

P.C.; 5) Billing Statements for compensation period; and 6) Certificate of Service, upon the following at their listed business address:

(i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard),

        **HOWARD AND HOWARD ATTORNEYS, P.C.**

By: */s/Tamika A. Bryant*
    Jeff A. Sadowski (P28163)
    Tamika A. Bryant (P62641)
    39400 Woodward Avenue, Suite 101
    Bloomfield Hills, Michigan 48304-5151
    Phone: (248) 645-1483
    Email: tabryant@howardandhoward.com

Dated: March 16, 2006