HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
     In re                                  :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                           Debtors.         :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2006, I forwarded, via first class mail, a copy of 1) Notice of Filing of First Interim Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; 2) Exhibit List; and 3) Certificate of Service upon the interested parties named on the attached list.

                                            **HOWARD AND HOWARD ATTORNEYS, P.C.**

                                            By: */s/Tamika A. Bryant*
                                                Jeff A. Sadowski (P28163)
                                                Tamika A. Bryant (P62641)
                                                39400 Woodward Avenue, Suite 101
                                                Bloomfield Hills, Michigan  48304-5151
                                                Phone: (248) 645-1483
                                                Email: tabryant@howardandhoward.com

Dated: March 16, 2006