Earl Washington
7010 Cranwood Drive
Flint, MI 48505
Tel: 810.787.3150
Cell: 810.922.0308

March 17, 2006

TO: Clerk of the Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, N.Y. 10004

Re: In re Delphi Corporation et al, Debtors
Case No. 05-44481 (RDD)

Greetings Clerk:

Per verbal instructions-without an entered, written, validly signed Court's Order-from John Lucas, the Law Clerk of Judge Robert D. Drain on March 17, 2006, copies of this Creditor's "ORDER" dated March 16, 2006 - according to this Creditor/Claimant's entitlements by law - insisted on being an "OBJECTED TO" Proposed Order is being served upon the Creditor's Committee LAYTHEN & WATKINS including Delphi's listed legal advisors in New York and Chicago from the Firms of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP. Please record the revised Proof of Service. Thank you.

In Truth, Justice & Peace

Earl Washington

Enc./cc:

U.S. Bankruptcy Court
"INTAKE OFFICE"

Robert D. Drain, Judge

LAYTHEN & WATKINS
Creditors Committee

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler Jr.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Kayalyn A. Marafioti


RECEIVED MAR 21 2006 U.S. BANKRUPTCY COURT S.D. DIST. OF NEW YORK

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New york  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
   In re                                  :  Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :  Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :  (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER
DIRECTING CLERK TO ENTER, ENFORCE AND
EXECUTE DISBURSEMENTS OF $118,500,000.00
CERTIFIED FDIC CHECK DIRECTLY TO JOINDER/APPLICANT
CREDITOR LAFONZA EARL WASHINGTON WITHOUT DELAY

On the filing and reading of "JOINT" Creditor/Applicant Lafonza Earl Washington's Ex Parte Application received on March 13, 2006, via Certified U.S. Postage mail with Return Receipt in the above-entitled case, a Voluntary Petition process selected by In re Delphi Corporation et al, debtors, debtors in possession that was "NOT" a contested nor objected to Claim filed on October 28, 2006,

IT IS THEREFORE ORDERED by the Court that the Clerk be directed to ENTER, ENFORCE, and EXECUTE the Court's Orders previously ENTERED on October 8, 2005, for payments of Human Capital Obligations and Cash Management granted and demanded by "JOINT" Creditor/Applicant Lafonza Earl Washington for the sum of $118,500,000.00 together with interest on such sum at the rate of 15% per year until paid in full dating from February 1, 2006, and "ALL" additional interest yet accruing.

IT IS SO ORDERED.

_____
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Dated: _____, 2006

## PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza E. Washington deposes, states:

That on March 16, 2006, he did fax and mail the below-identified document to the United States Bankruptcy Court for the Southern District of New York:

1. ORDER Directing Clerk to ENTER, ENFORCE, and EXECUTE Disbursements of $118,500,000.00 Certified FDIC Check Directly To Joinder/Applicant Creditor Lafonza Earl Washington - Without Delay.

2. *NOTE* According to law or Federal Rules Of Civil Procedure, Rule 83 (a) (1), Title 28 U.S.C. §§ 2072 and 2075...the Local Rules "SHALL" be consistent with Acts of Congress, the adopted U.S.C. requirements stated which gives this Creditor/Applicant the rights to submit this "ORDER" and "EXECUTE" request as opposed to a Proposed Order, assertedly. See FRCP 54(a), 58 and 69.

Please record according to law. Thank you.

BY  Lafonza Earl Washington
    Creditor/Applicant

Mailed to:

United States Bankruptcy Court
Southern District of New York
Clerk of the Court
One Bowling Green
New York, N.Y.  10004

United States Bankruptcy Court
Southern District of New York
Robert D. Drain, Judge
c/o John Lucas, Law Clerk
One Bowling Green
New York, N.Y.  10004

United States Bankruptcy Court
Southern District of New York
"INTAKE OFFICE"
One Bowling Green
New York, N.Y.  10004

Faxed to:

    United States Bankruptcy Court
    Southern District of New York
    Robert D. Drain, Judge
    c/o John Lucas, Law Clerk
    One Bowling Green
    New York, N.Y.  10004
    Fax No. 212/668/2878

SENDING REPORT

Mar. 17 2006 08:37AM

YOUR LOGO     :
YOUR FAX NO.  : 2492634

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | 912126682878    | Mar.17 08:36AM | 01'40 | SND | 07 | OK |

TO TURN OFF REPORT, PRESS 'MENU' #04.
THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

PROOF OF SERVICE



STATE OF MICHIGAN)
              )
COUNTY OF GENESEE)

I, Lafonza Earl Washington deposes, states:

That on March 17, 2006, he did serve the below-described documents via First Class U.S. Postage Mail, with postage prepaid:

!. ORDER Directing Clerk to Enter, Enforce, and Execute Disbursements of $118,500,000.00 Certified FDIC Check Directly To Joinder/Applicant Creditor Lafonza Earl Washington - Without Delay, and *NOTE*.

2. Cover letter asserting, "Per verbal instructions without an entered written, validly signed Court's Order from John Lucas (the Court), the Law Clerk of Judge Robert D. Drain on March 17, 2006, copies of this Creditor/Claimant's entitlement's by law - insisted on being an "OBJECTED TO" Proposed Order of this Creditor is being served upon the Creditor's Committee LAYTHEN & WATKINS including Delphi's listed legal advisors in New York and Chicago from the Firms of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP".

Please record according to law. Thank you.

*Lafonza Earl Washington*
*Lafonza Earl Washington*
BY: Lafonza Earl Washington
    Creditor/Applicant

Mailed to:

  Clerk of the Court
  U.S. Bankruptcy Court
  Southern District of New York
  One Bowling Green
  New York, N.Y. 10004

  U.S. Bankruptcy Court
  Southern District of New York
  Robert D. Drain, Judge
  c/o John Lucas, Law Clerk
  One Bowling Green  Room 632
  New York, N.Y. 10004

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler



- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New york  10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:  (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
    In re                           :   Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :   Case No. 05-44481 (RDD)
                                    :
              Debtors.              :   (Jointly Administered)
                                    :
------------------------------------x

              ORDER
      DIRECTING CLERK TO ENTER, ENFORCE AND
      EXECUTE DISBURSEMENTS OF $118,500,000.00
      CERTIFIED FDIC CHECK DIRECTLY TO JOINDER/APPLICANT
      CREDITOR LAFONZA EARL WASHINGTON WITHOUT DELAY

On the filing and reading of "JOINT" Creditor/Applicant Lafonza Earl Washington's Ex Parte Application received on March 13, 2006, via Certified U.S. Postage mail with Return Receipt in the above-entitled case, a Voluntary Petition process selected by In re Delphi Corporation et al, debtors, debtors in possession that was "NOT" a contested nor objected to Claim filed on October 28, 2006,

IT IS THEREFORE ORDERED by the Court that the Clerk be directed to ENTER, ENFORCE, and EXECUTE the Court's Orders previously ENTERED on October 8, 2005, for payments of Human Capital Obligations and Cash Management granted and demanded by "JOINT" Creditor/Applicant Lafonza Earl Washington for the sum of $118,500,000.00 together with interest on such sum at the rate of 15% per year until paid in full dating from February 1, 2006, and "ALL" additional interest yet accruing.

IT IS SO ORDERED.

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Dated: _____, 2006

## PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza E. Washington deposes, states:

That on March 16, 2006, he did fax and mail the below-identified document to the United States Bankruptcy Court for the Southern District of New York:

1. ORDER Directing Clerk to ENTER, ENFORCE, and EXECUTE Disbursements of $118,500,000.00 Certified FDIC Check Directly To Joinder/Applicant Creditor Lafonza Earl Washington - Without Delay.

2. *NOTE* According to law or Federal Rules Of Civil Procedure, Rule 83 (a) (1), Title 28 U.S.C. §§ 2072 and 2075...the Local Rules "SHALL" be consistent with Acts of Congress, the adopted U.S.C. requirements stated which gives this Creditor/Applicant the rights to submit this "ORDER" and "EXECUTE" request as opposed to a Proposed Order, assertedly. See FRCP 54(a), 58 and 69.

Please record according to law. Thank you.

BY: Lafonza Earl Washington
    Creditor/Applicant

Mailed to:

United States Bankruptcy Court
Southern District of New York
Clerk of the Court
One Bowling Green
New York, N.Y. 10004

United States Bankruptcy Court
Southern District of New York
Robert D. Drain, Judge
c/o John Lucas, Law Clerk
One Bowling Green
New York, N.Y. 10004

United States Bankruptcy Court
Southern District of New York
"INTAKE OFFICE"
One Bowling Green
New York, N.Y. 10004

Faxed to:

    United States Bankruptcy Court
    Southern District of New York
    Robert D. Drain, Judge
    c/o John Lucas, Law Clerk
    One Bowling Green
    New York, N.Y.  10004
    Fax No. 212/668/2878

PROOF OF SERVICE

STATE OF MICHIGAN)
                 )
COUNTY OF GENESEE)

I, Lafonza Earl Washington deposes, states:

That on March 17, 2006, he did serve the below-described documents via First Class U.S. Postage Mail, with postage prepaid:

   1. ORDER Directing Clerk to Enter, Enforce, and Execute Disbursements of $118,500,000.00 Certified FDIC Check Directly To Joinder/Applicant Creditor Lafonza Earl Washington - Without Delay, and *NOTE*.

   2. Cover letter asserting, "Per verbal instructions without an entered written, validly signed Court's Order from John Lucas (the Court), the Law Clerk of Judge Robert D. Drain on March 17, 2006, copies of this Creditor/Claimant's entitlement's by law - insisted on being an "OBJECTED TO" Proposed Order of this Creditor is being served upon the Creditor's Committee LAYTHEN & WATKINS including Delphi's listed legal advisors in New York and Chicago from the Firms of SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP".

Please record according to law. Thank you.

                                    BY: Lafonza Earl Washington
                                        Creditor/Applicant

Mailed to:

   Clerk of the Court
   U.S. Bankruptcy Court
   Southern District of New York
   One Bowling Green
   New York, N.Y. 10004

   U.S. Bankruptcy Court
   Southern District of New York
   Robert D. Drain, Judge
   c/o John Lucas, Law Clerk
   One Bowling Green    Room 632
   New York, N.Y. 10004

U.S. Bankruptcy Court
Southern District of New York
"INTAKE OFFICE"
One Bowling Green    Room 534
New York, N.Y.    10004

LAYTHEN & WATKINS
Creditor's Committee
885 Third Avenue
New York, N.Y.    10022

U.S. Department of Justice
Alberto Gonzalez
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C.    20530-0001

John Wm. Butler, Jr.
John K. Lyons
Ron Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive
Chicago, ILL    60606

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, N.Y.    10036

Lafonza
7010 Cranwood
Flint, MI 48505



United States Bankruptcy Court
Southern District of New York
"INTAKE OFFICE"
One Bowling Green
New York, N.Y. 10004