

**New York State Department of Taxation and Finance**
Bankruptcy Section
P.O. Box 5300
Albany, New York 12205-0300

February 24, 2006

Clerk of the Court
U.S. Bankruptcy Court
SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN, ROOM 631
NEW YORK, NY 10004

Re: Claim withdrawal for DELPHI AUTOMOTIVE SYSTEMS SERVICES LLC.
    Docket #: 05-44632 RDD

Dear Sir/Madam:

Please be advised that the New York State Department of Taxation and Finance is withdrawing the original Administrative proof of claim in the amount of $43,866,702.17 with a statement date of 02/21/2006. There is no surviving Administrative period proof of claim for docket #05-44632.

If you have any questions, please contact me at (518) 457-3160

Sincerely,

Mr. Rue
TCR 1

cc: David Demeter

