United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS, LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,400.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**LANDOVER COOLING TOWER SERVICE INC**
**PO BOX 2349**
**WESTFIELD, NJ 07090**

The transfer of your claim as shown above in the amount of $1,400.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

496451

------------------------------------------------(CUT HERE)------------------------------------------------

**TRANSFER NOTICE**

LANDOVER COOLING TOWER SERVICE INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the LANDOVER COOLING TOWER SERVICE INC Claims of Assignor in the aggregate amount of $1,400.00 representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 2006

LANDOVER COOLING TOWER SERVICE INC

_John Slifer_ (Signature)

REVENUE MANAGEMENT

_____ (Signature)

John Slifer / President/owner
(Print Name and Title)

MIKE RICHARDS
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
LANDOVER COOLING TOWER SERVICE INC

496451