UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                         X

In re:                                                                    Chapter 11
DELPHI CORPORATION, et al.,                                Case No. 05-44481
                                                                           (Jointly Administered)
                                    Debtors.
_____X


### *PARTIAL* NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:        MeadWestvaco Corporation
                        3475 Newmark Drive
                        Miamisburg, OH  45342
                        Attn: Ben F. Ward, Jr.


Transferee:        Contrarian Funds, LLC
                        411 West Putnam Avenue, S-225
                        Greenwich, CT 06830
                        Attn:  Alpa Jimenez


A  transfer of all right, title and interest in and to the schedule amount held by MeadWestvaco Corporation (the "Transferor") in the  partial amount of **$1,462,250.93 (SCHEDULED AMOUNT IS $1,482,765.75)** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____


                                                    _____
                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

MeadWestvaco Corporation, a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March 17, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC, its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $1,462,250.93, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 17th day of March 2006.

(Assignor)

MEADWESTVACO CORPORATION

By: _Ben F. Ward, Jr._

Name: _Ben F. Ward, Jr._

Title: _President Specialty Chemicals_

(Assignor)
WITNESS:

By: _Sarah R. Murray_

Name: _Sarah R. Murray_

Title: _Admin. Assoc._

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____

Name: _Jon Bauer_

Title: _MANAGING Member_