**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:                                      In Proceedings For A
                                            Reorganization Under
**DELPHI CORPORATION, et al,**              Chapter 11
                                            Case No.: 05-44481
                                            Jointly Administered
   Delphi Automotive Systems LLC            Case No.: 05-44640
                    Debtors.
-------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$39,725.68** from:

        Sinclair & Rush Inc. (Transferor)
        135 S. LaSalle, Dept 4149
        Chicago, IL 60674
        Attention: Ms. Kari Hoebing

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                              Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                              _____
                                              Deputy Clerk