**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                      In Proceedings For A
                                            Reorganization Under
       **DELPHI CORPORATION, et al,**   Chapter 11
                                            Case No.: 05-44481
                                            Jointly Administered
    Delphi Automotive Systems LLC    Case No.: 05-44640
                       Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$1,480.00** from:

        Star Die Maintenance (Transferor)
        9401 Carnegie Ave, Ste 1J
        El Paso, TX 79925
        Attention: Mr. Gilbert Barraza

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                               Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                               Deputy Clerk