# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                                             In Proceedings For A
                                                                                  Reorganization Under

**DELPHI CORPORATION, et al,**                Chapter 11
                                                                                Case No.: 05-44481
                                                                                Jointly Administered
           Delphi Automotive Systems LLC         Case No.: 05-44640
                                         Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                        Amroc Investments, LLC
                        535 Madison Avenue, 15th Floor
                        New York, New York 10022
                        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$25,957.06** from:

                        Tool Crib Inc. (Transferor)
                        PO Box 52810
                        Knoxville, TN 37950
                        Attention: Mr. James Frank Slagle III

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.

Copy: Debtor's Attorney _____

Claims Agent _____

                                                                   _____
                                                                           Deputy Clerk