# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:   In Proceedings For A
   Reorganization Under
**DELPHI CORPORATION, et al,**   Chapter 11
   Case No.: 05-44481
   Jointly Administered
   Delphi Automotive Systems LLC   Case No.: 05-44640
   Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

   Amroc Investments, LLC
   535 Madison Avenue, 15th Floor
   New York, New York 10022
   Attention: David S. Leinwand, Esq.

A transfer in the amount of **$7,998.00** from:

   Vacco Industries  EFT (Transferor)
   PO Box 502055
   St. Louis, MO 63150-2055
   Attention: Ms. Jo Ann Frager

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

   Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

   _____
   Deputy Clerk