## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No.   946 |

*AMENDED*

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:    **AMERITRONICS SYSTEMS** _____("Transferor")
[TRANSFEROR NAME & ADDRESS]
**30350 ADAMS DR** _____

_____

_Gibraltar, MI  48173_ _____

2.    Please take notice of the transfer of $ _3,550.00_ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $_3,550.00_ to:
**Madison Niche Opportunities, LLC** _____("Transferee")
[TRANSFEREE NAME & ADDRESS]
**6310 Lamar Ave** _____
**Suite 120** _____
**Overland Park, KS        66202** _____

No action is required if you do not object to the transfer of you claim.

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913