UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :
   In re                                        :  Chapter 11
                                                 :
DELPHI CORPORATION, <u>et al.</u>,               :  Case No. 05 – 44481 (RDD)
                                                 :
                     Debtors.    :  (Jointly Administered)
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIRD AMENDED SCHEDULING ORDER ON DEBTORS' MOTIONS TO
(I) REJECT COLLECTIVE BARGAINING AGREEMENTS UNDER SECTION 1113(c) AND
(II) ELIMINATE RETIREE MEDICAL AND LIFE INSURANCE BENEFITS
<u>FOR UNION-REPRESENTED RETIREES UNDER SECTION 1114(g)</u>

("THIRD AMENDED SECTIONS 1113 AND 1114 SCHEDULING ORDER")

      Upon the Motion, dated October 8, 2005 (the "Motion"), of Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 1113 and 1114 of the Bankruptcy Code[1] and Fed. R. Bankr. P. 2002(m) and 9006 establishing notice procedures, briefing schedule, and hearing date regarding the Debtors' Motions To (a) Reject Collective Bargaining Agreements Under Section 1113(c) And (b) Eliminate Retiree Medical And Life Insurance Benefits For Union-Represented Retirees Under Section 1114(g) (the "1113/1114 Motion"); and this Court having entered an order granting the relief on the Motion on October 13, 2005 (Docket No. 232), an amended order on February 9, 2006 (Docket No. 2225), and a second amended order on February 17, 2006 (Docket No. 2425) (the "Second Amended Order"); and this Court having determined that changing the hearing dates set forth in

---

[1]     As used herein, the term "Bankruptcy Code" means chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended.

the Second Amended Order in the manner set forth herein is appropriate and in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

The Second Amended Order shall continue in full force and effect except as follows:

Paragraph 6 of the Second Amended Order is amended to read in its entirety as follows:

6.  This Court shall conduct a hearing on the 1113/1114 Motion beginning at 10:00 a.m. (Prevailing Eastern Time) on May 9, 2006 and continuing on May 10, 2006 and thereafter as required.

Dated:   New York, New York
         March 28, 2006

        /s/Robert D. Drain
        UNITED STATES BANKRUPTCY JUDGE