**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, <u>et</u> <u>al.</u> | ) | Case No. 05-44481 (RDD) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

**ORDER GRANTING MOTION OF APPALOOSA MANAGEMENT L.P. FOR AN ORDER PURSUANT TO 11 U.S.C. § 107(b) AND FED. R. BANKR. P. 9018 TO FILE UNDER SEAL ITS EMERGENCY MOTION FOR ENTRY OF AN ORDER STRIKING THE EXPERT REPORT AND DIRECT TESTIMONY OF KEITH S. WILLIAMS AND EXHIBITS THERETO**

Upon the motion, dated March 20, 2006 (the "Motion"), of Appaloosa Management L.P. ("Appaloosa") seeking an order pursuant to 11 U.S.C. § 107(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, <u>et.</u> <u>seq.</u>, (as amended, the "Bankruptcy Code") and Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") authorizing Appaloosa Management L.P. to file under seal its Emergency Motion For Entry Of An Order Striking The Expert Report And Direct Testimony Of Keith S. Williams (the "Motion to Strike") and Exhibits Thereto; and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided and that no other or further notice need be provided; and after due deliberation, and sufficient cause appearing, based on the confidentiality stipulation between Appaloosa and the Debtors, for allowing Appaloosa to file under seal the Motion to Strike and exhibits thereto, it is hereby

ORDERED, that the relief requested in the Motion is hereby GRANTED as provided herein; and it is further

ORDERED, that pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule 9018 Appaloosa is authorized to file the Motion to Strike and exhibits thereto under seal as to the redacted information submitted with the Motion to Strike and exhibits thereto; and it is further

ORDERED, that the redacted portions of the Motion to Strike and exhibits thereto shall remain confidential and shall be served on and made available only to the Debtors and their counsel and such other parties as may be agreed to by the Debtors and Appaloosa, or such parties that the Court may authorize; provided however, Appaloosa shall file publicly a version of the Motion to Strike and exhibits thereto which have been redacted so as to prevent the dissemination of information designated as confidential.

Dated:  New York, New York
        March 27, 2006

                          /s/ ROBERT D. DRAIN
                          Robert D. Drain
                          UNITED STATES BANKRUPTCY JUDGE