**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X

In re:                                    Chapter 11
                                          Case No. 05-44481 (rdd)
**Delphi Corporation, et al.**            Jointly Administered


                    Debtors
---------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**


THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, MARCH 20, 2006, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.