# UNITED STATES BANKRUPTCY COURT FOR
# MISSOURI WESTERN BANKRUPTCY COURT

| |
|---|
| In re: Interstate Bakeries<br><br><br>Debtor. |

Chapter 11
Case Nos.   04-45814

Claim No.

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.    TO:    **COTTON ONEILL CLINIC**_____("Transferor")
        [TRANSFEROR NAME & ADDRESS]
        **PO BOX 2123**_____

        _____

        **TOPEKA, KS 66601-2123**_____

2.    Please take notice of the transfer of $ **4,731.34**_____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

        **Transfer $4,731.34 to:**
        **Madison Investment Trust - Series 17**_____("Transferee")
        [TRANSFEREE NAME & ADDRESS]
        **6310 Lamar Ave.  Suite 120**_____

        _____

        **Overland Park, KS        66202**_____

No action is required if you do not object to the transfer of you claim.

_____
Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

# Madison Liquidity Investors, LLC.

6310 Lamar Ave, Suite 120
Overland Park, KS 66202
Phone: (800) 896-8913   Fax: (913) 982-5039

March 29, 2006

Missouri Western Bankruptcy Court
MO

RE: **Interstate Bakeries**

Buyer: Madison Investment Trust - Series 17

Enclosed please find an Evidence of Transfer of Claim form properly executed, with all supporting documents, by the registered claimant for the purpose of completing the transfer from the claimant to Madison Liquidity Investors, LLC..

Name:
COTTON ONEILL CLINIC
PO BOX 2123
TOPEKA, KS 66601-2123

Social Sec. No./Tax ID: 48-6341644

## Request for Confirmation of Transfer

When transfer is completed, please complete the items below and return in the return envelope provided or by fax at (913) 982-5039.

Claim amount transferred: _____

Effective date of transfer to:
Madison Liquidity Investors, LLC. :_____

Effective date of distribution address change to Madison Liquidity Investors, LLC. :_____

Verified by (transfer agent):_____

Transfer Agreement Number: 102168761

## EVIDENCE OF TRANSFER OF CLAIM

TO:                Missouri Western Bankruptcy Court
AND TO:        Madison Liquidity Investors, LLC.
                    6310 Lamar Ave, Suite 120
                    Overland Park, KS 66202

*Cotton ONeil Clinic* [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Interstate Bakeries in the Missouri Western Bankruptcy Court , The case entitled In re Interstate Bakeries, with a Case Number of 04-45814 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___March 22, 2006___

[NAME OF CLAIMANT] ___Cotton ONeil Clinic___

By: ___Kim Bauman___
(Signature of Claimant)

Print Name: ___Kim Bauman___

___901 SW Garfield___
(Address)

___Topeka, KS 66606___
(Address)

___48-6341644___
(SS#/Tax ID)

By: ___David Neale___
(Signature of Co-Claimant)

Print Name: ___David Neale, Director of Business Office___

___901 SW Garfield___
(Address)

___Topeka, KS 66606___
(Address)

___48-6341644___
(SS#/Tax ID)

Transfer Agreement Number: 102168761

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _____
                    (signature)

___Rick Newkirk___
                    (print name)

03-29-06P02:27