# Liability Insurance

## Declarations

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, NJ 07059

Named Insured and Mailing Address

MULTICRAFT INTERNATIONAL, LTD.
143 MICHEL STREET
BRANDON, MS 39042

Policy Number   3538-41-33 BHM

Effective Date   DECEMBER 31, 2000

RECEIVED
NOV 1 2 2004

Issued by the stock insurance company indicated below, herein called the company.

**GREAT NORTHERN INSURANCE COMPANY**

Producer No.   0025984-99999

Producer   MISSISSIPPI INSURANCE MANAGERS INC.
1817 CRANE RIDGE DRIVE
JACKSON, MS 39216-4448

Incorporated under the laws of MINNESOTA

## Policy Period

From:   DECEMBER 31, 2000      To:   DECEMBER 31, 2001
12:01 A.M. standard time at the Named Insured's mailing address shown above.

| Liability Coverage | Limit Of Insurance |
|---|---|
| **GENERAL LIABILITY** | |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ 2,000,000 |
| EACH OCCURRENCE LIMIT | $ 1,000,000 |
| ADVERTISING INJURY AND PERSONAL INJURY LIMIT | $ 1,000,000 |
| MEDICAL EXPENSE LIMIT | $ 10,000 |
| **EMPLOYEE BENEFITS ERRORS OR OMISSIONS** | |
| AGGREGATE LIMIT | $ 1,000,000 |
| EACH CLAIM LIMIT | $ 1,000,000 |
| DEDUCTIBLE - EACH CLAIM | $ 1,000 |
| RETROACTIVE DATE | DECEMBER 31, 1998 |

RECEIVED 12-12-05