United States Bankruptcy Court
For the Southern District Of New York

| Delphi Automotive Systems LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. 05-44640 |
| Debtor | } |

## NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **ERGO CONCEPTS (related document [2975])** in the amount of $$2,937.00 is hereby withdrawn by Liquidity Solutions, Inc dba Revenue Management

By:/s/Mike Richards
Liquidity Solutions, Inc
dba Revenue Management
201-968-0001