## EXHIBIT B

**Summary of the Services**[2]

**I. SOX Services**

    a) **Functional Testing**

- Assist management of the Company in the planning and execution of its functional testing of internal controls over financial reporting for the Company's significant accounts and processes, as identified by the Company, and to report any findings and recommendations for improvements in the controls E&Y LLP may identify as a result of this assistance.

    b) **IT SOX 404 Support and Segregation of Duties (SOD)**

- Assist Delphi IT in assessing, testing and remediating the IT General Computer Controls environment for applications supporting financial processes in accordance with compliance to Sarbanes Oxley Section 404 legislation. Application controls will be considered as required throughout the process.

- Assist Delphi with their remediation effort of the Segregation of Duties (SOD) issue raised during the 2004 404 assessment.

- Assist in the remediation of Segregation of Duties, which includes organizing and analyzing relevant end user security data against defined business conflicts, providing subject matter expertise on the required user access/profile clean-up, and supporting the design and implementation of preventive and detective processes/tools.

- Provide resources to support Delphi with certain deliverables as required.

    c) **Assistance with Delphi Corporate Accounting Policies (DCAP)**

- Assist management of the Debtors in the development of the organization, format and content update of its Delphi Corporate Accounting Policies manual, with primary emphasis on providing the Company with recommended updates to the DCAP to reflect references to, and/or descriptions of, current US Generally Accepted Accounting Principles that may be applicable to the Debtors.

---

[2] Refer to the Engagement Letters attached as exhibits to the Application for a full description of the Services.

17361218

d) **Certus Implementation Assistance**

- Assist the Debtors in the implementation of the Certus Sarbanes Compliance Tool, including assistance in identifying functional / technical requirements, and working with Certus and Management of the Debtors to implement the application in accordance with those requirements.

- Assist in the completion of the following activities: (i) general project management responsibilities with direction from the Company; (ii) assistance in documenting the functional, technical, and system requirements; (iii) assistance in designing the tool functionality according to the company's specifications; (iv) assistance in the design and execution of integrated testing; and (v) assistance in the development and deployment of user training.

- Provide resources to support the Debtors with developing deliverables which the Debtors deem appropriate for the project.

e) **Loan Staff Assistance**

- Provide certain professional personnel of E&Y LLP for the purpose of assisting the Debtors with the documentation process related to specific projects as mutually agreed by E&Y and the Debtors. With respect to this project, E&Y LLP will provide the personnel to perform the following services and such other related services as requested by appropriate members of the Debtors' management and agreed to by E&Y LLP: (i) support Delphi's management in its SOX 404 remediation activities related to contract administration, including assistance under the direction of Delphi in documentation of the contract administration process; (ii) interviews with stakeholders; (iii) and related administrative processes and documentation.

II. **Valuation Services**

- Provide services relating to the Debtors' Financial Accounting Standard Board's (FASB) Statement No. 142 (SFAS 142) Goodwill and Other Intangible Assets analysis, including (i) assessing the fair value of two Delphi divisions, each with manufacturing facilities in North America, Europe, Asia Pacific and South America, with the overall goal being to assist Debtors' management in assessing the total value of the divisions for the purpose of adhering to SFAS 142 for financial reporting purposes; and (ii) estimating the fair value of certain assets identified by the Debtors to assist in the goodwill impairment tests for the purpose of restating goodwill according to FASB's fair value standards.

17361218

**III. <u>Tax Services</u>**

- Provide research, compilation of data, and analysis with respect to the application of Section 382 of the Internal Revenue Code.  During the term of this engagement, E&Y LLP and the Debtors may mutually agree that E&Y LLP shall provide certain additional tax services to the Debtors, in accordance with past practices; provided, however, that any such additional tax services do not give rise to any auditor independence issues.

17361218

# Exhibit C

**Summary of Professionals and Fees Billed for Services Rendered by Each Professional, Separated by Projects:**

- **BRS: SOX 404 Project**

- **BRS: Policies & Procedures Project**

- **TSRS: Segregation of Duties Project**

- **TSRS: Proof of Concept Project**

- **TSRS: IT SOX 404 Project**

- **Valuation Services**

- **Tax Services**

- **Retention Services/Contingency Planning**

**Ernst & Young**
**Exhibit C - BRS SOX 404**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Berton | Philippe | PB | Partner | 32.0 | $330 | $10,560 |
| Godfrey | Adrian | A.G | Partner | 8.0 | $330 | $2,640 |
| Hauser | Charles J. | CJH | Partner | 3.1 | $330 | $1,023 |
| Henning | Jeffrey M. | JMH | Partner | 16.7 | $330 | $5,511 |
| Hernández | Jorge | JH | Partner | 18.0 | $330 | $5,940 |
| Martinez | Rene | RM | Partner | 78.0 | $330 | $25,740 |
| Miller | Randall J. | RJM | Partner | 57.9 | $330 | $19,107 |
| van der Sanden | Arno | AJM | Partner | 16.0 | $330 | $5,280 |
| Walsh | Martin | MW | Partner | 5.5 | $330 | $1,815 |
| Bailor | Liz | LB | Senior Manager | 6.2 | $285 | $1,767 |
| Benkirane | Zouhair | ZB | Senior Manager | 4.0 | $285 | $1,140 |
| Crafoord | Carl | CC | Senior Manager | 177.0 | $285 | $50,445 |
| Gietzmann | Fiona | FG | Senior Manager | 25.0 | $285 | $7,125 |
| Janvier | Alan | A.J | Senior Manager | 29.6 | $285 | $8,436 |
| Krueger | John C. | JCK | Senior Manager | 132.2 | $285 | $37,677 |
| Lam | Connie | CL | Senior Manager | 0.8 | $285 | $228 |
| Parker | Jimmy | JP | Senior Manager | 54.9 | $285 | $15,647 |
| van Herwaarden | Peter | PVH | Senior Manager | 15.0 | $285 | $4,275 |
| Agarwal | Harish | HA | Manager | 25.4 | $260 | $6,604 |
| Enright | John P. | JPE | Manager | 205.5 | $260 | $53,430 |
| Fan | Kimmy | KF | Manager | 11.0 | $260 | $2,860 |
| Loczewski | Thomas | TLO | Manager | 212.9 | $260 | $55,354 |
| Nelson | Laura V. | LVN | Manager | 90.3 | $260 | $23,478 |
| Ogasawara | Kaoruko | KO | Manager | 30.0 | $260 | $7,800 |
| Ong | Shing Peng | SP | Manager | 5.5 | $260 | $1,430 |
| Pagac | Matthew M. | MMP | Manager | 361.3 | $260 | $93,938 |
| Palmieri | Massimiliano | PM | Manager | 41.0 | $260 | $10,660 |
| Romero | Jose L. | JLR | Manager | 132.0 | $260 | $34,320 |
| Salgueiro | Pedro | PAS | Manager | 13.0 | $260 | $3,380 |
| Sandrasagaram | Devan | D.S | Manager | 85.1 | $260 | $22,126 |
| Tempier | Rémi | RT | Manager | 196.0 | $260 | $50,960 |
| Wietrzyk | Artur | AW | Manager | 6.1 | $260 | $1,586 |
| Alayande | Kunbi | K.A. | Senior | 107.4 | $190 | $20,406 |
| Albuquerque | Joana | JA | Senior | 75.0 | $115 | $8,625 |
| Aneja | Rohit | RA | Senior | 20.3 | $119 | $2,416 |
| Arora | Nipun | NA | Senior | 49.3 | $119 | $5,867 |
| Bess | Eric | EB | Senior | 186.0 | $162 | $30,132 |
| Blasich | Stephen | SBB | Senior | 378.4 | $145 | $54,868 |
| Chan | Kelly | KYC | Senior | 44.0 | $192 | $8,448 |
| Chartres | Olivier | OC | Senior | 135.0 | $162 | $21,870 |
| Chaudhary | Shahid | S.C | Senior | 64.0 | $190 | $12,160 |
| Cheang | Kiat Cheong | KC | Senior | 124.0 | $192 | $23,808 |
| Chetal | Esha | EC | Senior | 8.0 | $119 | $952 |
| Cunningham | Donell T. | DTC | Senior | 391.5 | $145 | $56,768 |
| Dantas | Rodrigo N. | RND | Senior | 68.0 | $98 | $6,664 |
| de Maintenant | Benoit | BDM | Senior | 116.0 | $162 | $18,792 |
| Dewan | Amy | AD | Senior | 520.0 | $145 | $75,400 |
| Dinu | Andra | DIA | Senior | 50.0 | $111 | $5,550 |
| Duin | Diana | DBD | Senior | 212.5 | $190 | $40,375 |
| Elenbaas | Kari L. | KLE | Senior | 82.3 | $145 | $11,934 |
| Ercan | Suden | SE | Senior | 24.0 | $120 | $2,880 |
| Fan | Xiaohu | Fan | Senior | 49.0 | $192 | $9,408 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Fu | Briteny | BF | **Senior** | 56.0 | $192 | $10,752 |
| Gerrits | Gert-Jan | GJG | **Senior** | 52.0 | $195 | $10,140 |
| Gifoni | Denise | DG | **Senior** | 187.0 | $98 | $18,326 |
| Gomes | Emília | ERG | **Senior** | 85.0 | $115 | $9,775 |
| Govender | Saireshan | S.G | **Senior** | 121.0 | $190 | $22,990 |
| Ileriye | Zeynep | ZI | **Senior** | 38.0 | $120 | $4,560 |
| Jain | Rahul | RJ | **Senior** | 90.0 | $145 | $13,050 |
| Jiang | Amon | AJ | **Senior** | 28.0 | $165 | $4,620 |
| Kauffmann | Marcio | MK | **Senior** | 196.0 | $98 | $19,208 |
| Kim | Sang Yong | SY | **Senior** | 33.5 | $120 | $4,020 |
| Kulik | Jiri | JK | **Senior** | 27.9 | $209 | $5,831 |
| Lazaro | Pedro | PL | **Senior** | 46.0 | $115 | $5,290 |
| Leong | Kellie | KL | **Senior** | 94.4 | $190 | $17,936 |
| Li | Kelly Li | KL | **Senior** | 49.0 | $192 | $9,408 |
| Li | Lily | LL | **Senior** | 56.0 | $192 | $10,752 |
| Lohrum | Markus | ML | **Senior** | 195.0 | $195 | $38,025 |
| Lucier | Steven | SL | **Senior** | 4.0 | $145 | $580 |
| Maddah | Sanae | SM | **Senior** | 36.0 | $115 | $4,140 |
| Martinengo | Giovanni Antonio | MGA | **Senior** | 86.0 | $148 | $12,728 |
| Melendez | Elsa  C. | ECM | **Senior** | 95.0 | $100 | $9,500 |
| Miriti | Catherine | CKM | **Senior** | 312.5 | $190 | $59,375 |
| Montani | Francesco | FM | **Senior** | 6.0 | $148 | $888 |
| Monti | Fabricio | FM | **Senior** | 80.0 | $98 | $7,840 |
| Muzatkova | Hana | MH | **Senior** | 1.2 | $209 | $251 |
| Ng | Kei C. | KCN | **Senior** | 30.0 | $145 | $4,350 |
| Nishimura | Kanae | KN | **Senior** | 86.0 | $179 | $15,394 |
| Norcross | Anna | AMN | **Senior** | 68.9 | $145 | $9,991 |
| Parameshwar | Nalini | NP | **Senior** | 171.6 | $119 | $20,420 |
| Patricios | Leandro | LP | **Senior** | 48.0 | $115 | $5,520 |
| Pires | Larissa S. | LSP | **Senior** | 112.0 | $98 | $10,976 |
| Pöcheim | Karin | KP | **Senior** | 49.8 | $195 | $9,711 |
| Prasad | Viraj | VP | **Senior** | 128.7 | $119 | $15,315 |
| Quatchak | Christina | CQ | **Senior** | 80.0 | $145 | $11,600 |
| Rajzl | Antonin | AR | **Senior** | 138.4 | $209 | $28,926 |
| Richardson | Victoria | VR | **Senior** | 199.2 | $145 | $28,884 |
| Rozvadska | Tariana | TR | **Senior** | 53.5 | $209 | $11,182 |
| Salo | Jennifer R. | JRS | **Senior** | 26.5 | $145 | $3,843 |
| Scotland | Maria D. | MDS | **Senior** | 353.3 | $145 | $51,229 |
| Shah | Suruchi | SS | **Senior** | 554.1 | $145 | $80,345 |
| Si | Cici | CCS | **Senior** | 78.0 | $192 | $14,976 |
| Stachowiak | Pawel | PS | **Senior** | 159.9 | $208 | $33,259 |
| Stopa | Mark D. | MDS | **Senior** | 49.0 | $145 | $7,105 |
| Sud | Shefali | SS | **Senior** | 3.2 | $119 | $381 |
| Sun | Lei | SL | **Senior** | 96.5 | $145 | $13,993 |
| Tang | Aaron | AT | **Senior** | 73.0 | $192 | $14,016 |
| Tirado | Paul | PT | **Senior** | 43.0 | $100 | $4,300 |
| Vang | Reona L. | RLV | **Senior** | 158.0 | $145 | $22,910 |
| Yang | Christine | CY | **Senior** | 36.0 | $192 | $6,912 |
| Zastawnik-Guła | Magdalena | MZ | **Senior** | 64.0 | $208 | $13,312 |
| Zhang | Zhenyu | ZZY | **Senior** | 173.0 | $192 | $33,216 |
| Adeline | Gorju | AG | **Staff** | 54.0 | $115 | $6,210 |
| Agarwal | Sameer | SA | **Staff** | 32.7 | $64 | $2,093 |
| Aguado | Mario | MA | **Staff** | 45.0 | $74 | $3,330 |
| Baeuerle | Marc | MBA | **Staff** | 56.6 | $148 | $8,377 |
| Bajbus | Carolyn | CLB | **Staff** | 203.8 | $116 | $23,641 |
| Baumann | Daniel | DBA | **Staff** | 40.0 | $148 | $5,920 |
| Becker | Jacqueline J. | JJB | **Staff** | 106.0 | $116 | $12,296 |
| Bell | Brandon J. | BJB | **Staff** | 48.9 | $116 | $5,672 |
| Benoit | Briand | BB | **Staff** | 66.0 | $115 | $7,590 |

| Last Name | First Name | Initials | Level | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Bentley | Scott D. | SDB | **Staff** | 97.6 | $116 | $11,322 |
| Bode | Frank | FBo | **Staff** | 281.8 | $148 | $41,706 |
| Borneuf | Raphaëlle | RB | **Staff** | 156.0 | $115 | $17,940 |
| Briand | Benoît | BB | **Staff** | 230.0 | $115 | $26,450 |
| Chamarro | Destiny D. | DDC | **Staff** | 44.0 | $116 | $5,104 |
| Chatelet | Guillaume | GC | **Staff** | 87.9 | $115 | $10,109 |
| Christ | Philip | PCh | **Staff** | 155.0 | $148 | $22,940 |
| Chung | Justin | JC | **Staff** | 144.6 | $116 | $16,774 |
| Daniere | Olivier | OD | **Staff** | 95.0 | $115 | $10,925 |
| Dujka | Agnieszka | AD | **Staff** | 78.0 | $104 | $8,112 |
| Fellenz | Beth A. | BAF | **Staff** | 216.5 | $116 | $25,114 |
| Ford | David H. | DHF | **Staff** | 58.5 | $116 | $6,786 |
| Garmenn | Kenneth R. | KRG | **Staff** | 152.8 | $116 | $17,725 |
| Gentile | Giulio F. | GGF | **Staff** | 161.0 | $76 | $12,236 |
| Gerstenberger | Rebbecca A. | RAG | **Staff** | 113.9 | $116 | $13,212 |
| Gorju | Adeline | AG | **Staff** | 65.0 | $115 | $7,475 |
| Gowlett | Michelle | M.G | **Staff** | 1.4 | $145 | $203 |
| Guillaume | Chatelet | GC | **Staff** | 54.0 | $115 | $6,210 |
| Hanitz | Lisa D. | LDH | **Staff** | 43.0 | $116 | $4,988 |
| Henderson | Matt | MJH | **Staff** | 236.6 | $145 | $34,307 |
| Hernandez | Emerico | EH | **Staff** | 48.0 | $70 | $3,360 |
| Hrazdila | Petr | PH | **Staff** | 47.0 | $111 | $5,217 |
| Kim | Eun Kyong | EK | **Staff** | 33.0 | $80 | $2,640 |
| Kubalek | Milan | MK | **Staff** | 86.6 | $111 | $9,613 |
| Lazrak | Aicha | AL | **Staff** | 36.0 | $74 | $2,664 |
| Leong | Sharon | SL | **Staff** | 24.0 | $100 | $2,400 |
| Loux | Fabrice | FL | **Staff** | 59.1 | $115 | $6,797 |
| Loy | Andrew | AEL | **Staff** | 75.7 | $116 | $8,781 |
| Mandersloot | Marianne | MM | **Staff** | 2.0 | $148 | $296 |
| Martinez | Luis A. | LAM | **Staff** | 385.0 | $70 | $26,950 |
| Maximov | Konstantin N. | KNM | **Staff** | 192.8 | $116 | $22,365 |
| Mishra | Priyanka | PM | **Staff** | 66.4 | $116 | $7,702 |
| Naganawa | Yumiko | YN | **Staff** | 38.9 | $108 | $4,201 |
| Natarajan | Prabhakaran | PN | **Staff** | 285.0 | $116 | $33,060 |
| Neerings | Antonie | A.N | **Staff** | 49.5 | $148 | $7,326 |
| Niang | Seynabou | SN | **Staff** | 135.0 | $115 | $15,525 |
| Paparozzi | Mario | MP | **Staff** | 192.0 | $76 | $14,592 |
| Perez | Maria R. | MRP | **Staff** | 44.0 | $70 | $3,080 |
| Raphaelle | Borneuf | RB | **Staff** | 54.0 | $115 | $6,210 |
| Roß | Thorsten | TRo | **Staff** | 126.0 | $148 | $18,648 |
| Rossie | Jayne E. | JER | **Staff** | 254.5 | $116 | $29,522 |
| Schmansky | Michael S. | MSS | **Staff** | 40.5 | $116 | $4,698 |
| Schurr | Martin | MSc | **Staff** | 144.5 | $148 | $21,386 |
| Schuurbiers | Bart | LGA | **Staff** | 65.7 | $148 | $9,724 |
| Seynabou | Niang | SN | **Staff** | 54.0 | $115 | $6,210 |
| Sharma | Geetika | GS | **Staff** | 433.6 | $116 | $50,298 |
| Tomeckova | Jana | JT | **Staff** | 81.0 | $111 | $8,991 |
| Ueguri | Yutaro | YU | **Staff** | 42.6 | $108 | $4,601 |
| van Santvoort | Willem | WVS | **Staff** | 49.0 | $148 | $7,252 |
| Vicario | Paolo | PV | **Staff** | 80.0 | $76 | $6,080 |
| Voellmeke | Bernd | BVO | **Staff** | 116.0 | $148 | $17,168 |
| Zapp | Amelia M. | AMZ | **Staff** | 280.4 | $116 | $32,526 |
| | | | | 16,556.2 | | $2,536,299 |
| | | | Add: VAT Taxes | | | $15,256 |
| Less: Negotiated deduction in fees of $8,000 due to additional time spent at the Kokomo, IN site. | | | | **(61.0)** | | **($8,000)** |
| **Total Amount billed to Delphi Corporation for BRS SOX 404:** | | | | **16,495.2** | | **$2,543,555** |

**Ernst & Young**
**Exhibit C - BRS Policies & Procedures**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Henning | Jeffrey | JH | **Partner** | 16.3 | $330 | $5,379 |
| Parker | Jimmy | JP | **Senior Manager** | 12.7 | $285 | $3,620 |
| Pagac | Matthew | MP | **Manger** | 82.1 | $260 | $21,346 |
| Blasich | Stephen | SBB | **Senior** | 67.0 | $145 | $9,715 |
| Cunningham | Donell T. | DTC | **Senior** | 54.4 | $145 | $7,888 |
| Richardson | Victoria | VR | **Senior** | 78.3 | $145 | $11,354 |
|  |  |  |  | **310.8** |  | **$59,301** |

**Ernst & Young**
**Exhibit C - TSRS Domestic SOD**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Izzo | Tamara | THI | **Partner** | 25.5 | $330 | $8,415 |
| Tanner | Andrew | AJT | **Senior Manager** | 273.3 | $285 | $77,891 |
| Harrison | Matthew | MCH | **Manager** | 111.9 | $260 | $29,094 |
| Pacella | Shannon | SMP | **Manager** | 32.2 | $260 | $8,372 |
| Huffman | Derek | DTH | **Senior** | 447.6 | $215 | $96,234 |
| Wardrope | Peter | PJW | **Senior** | 297.4 | $215 | $63,941 |
| Desai | Kaushali | KRD | **Staff** | 283.4 | $155 | $43,927 |
| Lee | Jonathan | JKL | **Staff** | 113.9 | $155 | $17,655 |
| Zheng | Guangxi | GZ | **Staff** | 1.1 | $155 | $171 |
| | | | | **1,586.3** | | **$345,699** |

**Ernst & Young**
**Exhibit C - TSRS Proof of Concept**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Dewan | Amy | AD | **Senior** | 13.8 | $215 | $2,967 |
| Wardrope | Pete | PJW | **Senior** | 4.9 | $215 | $1,054 |
| | | | | **18.7** | | **4,021** |

**Ernst & Young**
**Exhibit C - TSRS IT SOX 404**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Izzo | Tamara | THI | **Partner** | 15.1 | $330 | $4,983 |
| Lerch | Andres | AL | **Partner** | 3.0 | $363 | $1,089 |
| Martin | Philippe | MeP | **Partner** | 2.0 | $363 | $726 |
| Kerspern | Christelle | CHK | **Senior Manager** | 3.0 | $315 | $945 |
| Lenyo | George | GNL | **Senior Manager** | 5.0 | $285 | $1,425 |
| Tanner | Andrew | AJT | **Senior Manager** | 30.6 | $285 | $8,721 |
| Agarwal | Harish | HA | **Manager** | 1.6 | $286 | $458 |
| Fines | Emmanuelle | EMF | **Manager** | 18.0 | $286 | $5,148 |
| Oslislok | Dagmar | DO | **Manager** | 10.0 | $286 | $2,860 |
| Pacella | Shannon | SMP | **Manager** | 2.5 | $260 | $650 |
| Agarwal | Ankit | AA | **Senior** | 17.4 | $237 | $4,124 |
| Broussin | Vincent | VB | **Senior** | 8.1 | $237 | $1,920 |
| Brown | Matthew | MAB | **Senior** | 20.6 | $237 | $4,882 |
| Chidester | Matthew | MRC | **Senior** | 1.5 | $215 | $323 |
| Marqueta | Sandro | SMS | **Senior** | 79.4 | $237 | $18,818 |
| Medina | Fabian | FM | **Senior** | 32.6 | $237 | $7,726 |
| Pinna | Mélanie | MEP | **Senior** | 1.9 | $237 | $450 |
| Wardrope | Peter | PJW | **Senior** | 57.9 | $215 | $12,449 |
| | | | | **310.2** | | **$77,696** |

**Ernst & Young**
**Exhibit C - TAS: Valuation/SFAS 142 Step II Analysis**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Mason | Jon | JSM | **Principal** | 12.0 | $425 | $5,100 |
| Botts | Guy | GSB | **Senior Manager** | 16.1 | $350 | $5,635 |
| Garruto | Loren | LG | **Senior Manager** | 4.9 | $350 | $1,715 |
| Frondorf | John | JLF | **Manager** | 66.0 | $275 | $18,150 |
| McGrath | Michael | MM | **Senior** | 2.9 | $225 | $653 |
|  |  |  |  | **101.9** |  | **$31,253** |

**Ernst & Young**
**Exhibit C - TAS Section 382 Analysis**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Blank | Jacob M. | JMB | **Partner** | 24.5 | $750 | $18,375 |
| Tucker | Howard J. | HJT | **Partner** | 11.4 | $675 | $7,695 |
| Ward | Richard D. | RDW | **Principal** | 30.0 | $650 | $19,500 |
| Ericson | Mary C. | MCE | **Senior** | 21.4 | $400 | $8,560 |
| | | | | **87.3** | | **$54,130** |

**Ernst & Young**
**Exhibit C - Retention/Contingency Planning**
**Delphi Corporation**
**Summary of Hourly Rates by Professional**
**For the period: October 8, 2005 through December 16, 2005**

| Last Name | First Name | Initials | Title | Time | Hourly Rate | Total Fees |
|---|---|---|---|---|---|---|
| Gori | Frank J. | FJG | **Partner** | 3.0 | $330 | $990 |
| Kettering | Keith J. | KJK | **Partner** | 2.0 | $330 | $660 |
| Miller | Randall J. | RJM | **Partner** | 13.0 | $330 | $4,290 |
| Sweet | Lorraine | LS | **Manager** | 1.5 | $260 | $390 |
| LaValle | Maria M. | MML | **Senior** | 6.3 | $145 | $914 |
| Aquino | Heather R. | HRA | **Staff** | 0.2 | $116 | $23 |
| Ford | David H. | DHF | **Staff** | 13.5 | $116 | $1,566 |
| Kobus | Jill CM. | JCMK | **Staff** | 4.0 | $116 | $464 |
| Mier | Ty R. | TRM | **Staff** | 31.1 | $116 | $3,608 |
| Rossie | Jayne E. | JER | **Staff** | 62.5 | $116 | $7,250 |
| Schlachter | Kellie M. | KMS | **Staff** | 34.0 | $116 | $3,944 |
| Yu | Christine X. | CXY | **Staff** | 4.0 | $116 | $464 |
| | | | | **175.1** | | **$24,562** |

# **Exhibit D**

**Summary of Expenses Incurred By Application, Separated by Projects:**

- **BRS: SOX 404 Project**

- **TSRS: Segregation of Duties Project**

- **TSRS: IT SOX 404 Project**

17361218

# Ernst & Young
# Delphi Corporation
# Exhibit D - BRS SOX 404 - Expense Summary
# For the Period October 8, 2005 through December 16, 2005

| Expense Category | Total Expenses |
|---|---|
| Courier, Freight & Postage | $95 |
| Out of Town Travel - Lodging | $59,932 |
| Out of Town Travel - Meals | $13,228 |
| Out of Town Travel - Transportation | $66,327 |
| Per Diem / Daily Allowance | $3,608 |
| Telecommunications | $2,103 |
| | |
| **Total** | **$145,293** |

# Ernst & Young
# Delphi Corporation
# Exhibit D - TSRS Domestic Segregation of Duties - Expense Summary
# For the Period October 8, 2005 through December 16, 2005

| Expense Category | Total Expenses |
|---|---|
| Out of Town Travel - Lodging | $0 |
| Out of Town Travel - Meals | $0 |
| Out of Town Travel - Transportation | $108 |
| Telecommunications | $0 |
| Miscellaneous | $0 |
| | |
| **Total** | **$108** |

**Ernst & Young**
**Delphi Corporation**
**Exhibit D - TSRS: IT SOX 404 - Expense Summary**
**For the Period October 8, 2005 through December 16, 2005**

| Expense Category | Total Expenses |
|---|---|
| Out of Town Travel - Lodging | $2,352 |
| Out of Town Travel - Meals | $730 |
| Out of Town Travel - Transportation | $3,807 |
| Telecommunications | $174 |
| | |
| **Total** | **$7,063** |