ALSTON & BIRD LLP

Craig E. Freeman (CF5085)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400

Dennis J. Connolly (DC 9932)
David A. Wender
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Counsel for Cadence Innovation, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
**DELPHI CORPORATION,** *et al.*,                       :   Case No. 05-44481 (RDD)
                                                        :   Jointly Administered
                                    **Debtors.**        :
-------------------------------------------------------------------- x

**NOTICE OF APPEARANCE, REQUEST FOR**
**NOTICE, AND RESERVATION OF RIGHTS**

Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned hereby submit this Notice of Appearance, Request for Notice, and Reservation of Rights ("Notice of Appearance") and note their appearance on behalf of Cadence Innovation, LLC and request a copy of all notices given and all papers (including pleadings, motions, applications, complaints, orders and reports) served or otherwise filed in the above-captioned bankruptcy case, be served upon the undersigned at the mailing addresses, e-mail addresses, and facsimile numbers set forth below.

| | |
|---|---|
| Dennis J. Connolly | Craig E. Freeman |
| David A. Wender | Alston & Bird LLP |
| Alston & Bird LLP | 90 Park Avenue |
| 1201 West Peachtree Street | New York, New York 10016-1387 |
| Atlanta, GA 30309-3424 | Telephone: (212) 210-9400 |
| Telephone: (404) 881-7269 | Facsimile: (212) 922-3891 |
| Facsimile: (404) 253-8554 | Email: craig.freeman@alston.com |
| Email: dconnolly@alston.com | |
| Email: dwender@alston.com | |

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge, (ii) any right to a jury trial in any proceedings so triable herein, or in any case, controversy or proceeding related hereto, (iii) any right to have the reference withdrawn by a district court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: March 30, 2006

ALSTON & BIRD LLP

By:  /s/ Dennis J. Connolly
     Dennis J. Connolly (DC9932)

1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000

Counsel for Cadence Innovation, LLC