ALSTON & BIRD LLP

Craig E. Freeman (CF5085)
90 Park Avenue
New York, New York 10016-1387
(212) 210-9400

Dennis J. Connolly (DC 9932)
David A. Wender
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

Counsel for Cadence Innovation, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x
                                                                  :
In re:                                                            :    Chapter 11
                                                                  :
**DELPHI CORPORATION**, *et al.*,                                 :    Case No. 05-44481 (RDD)
                                                                  :    Jointly Administered
                    **Debtors.**                                  :
----------------------------------------------------------------- x

### AFFIDAVIT OF SERVICE

STATE OF GEORGIA       )
                       )    ss:
COUNTY OF FULTON       )

TEDRA N. ELLISON, having personally appeared before the undersigned officer, duly authorized to administer oaths in the State of Georgia, and having been duly sworn, deposes and states as follows:

1.    I am not a party to this action, am over 18 years of age, and am employed by Alston & Bird LLP, 1201 West Peachtree Street, Atlanta, Georgia 30309-3424.

ATL01/12184211v1

- 2 -

2.    I caused true and correct copies of the **Notice of Appearance, Request for Notice, and Reservation of Rights t**o be delivered by first class mail, postage prepaid on the parties so indicated on the service list attached hereto as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

/s/ Tedra N. Ellison
TEDRA N. ELLISON

Sworn to and subscribed before me
this 30th day of March 2006.

/s/ Beverly A. Scott
NOTARY PUBLIC

Commission Expires:

July 14, 2008

# EXHIBIT A

| | |
|---|---|
| Douglas P. Bartner, Esq.<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069 | Jessica Kastin, Esq.<br>O'Melveny & Myers<br>7 Times Square<br>New York, NY  10036 |
| John W. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom LLP<br>333 West Wacker Drive<br>Chicago, IL  60606-1285 | Kayalyn A. Marafioti, Esq.<br>Thomas J. Matz, Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 | Mark A. Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY  10022-4802 |
| Michael D. Warner, Esq.<br>Warner Stevens, L.L.P.<br>301 Commerce Street, Suite 1700<br>Fort Worth, TX  76102 | Kurtzman Carson Consultants LLC<br>12910 Culver Blvd.<br>Suite I<br>Los Angeles, CA  90066 |