UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                                      Chapter 11

DELPHI CORPORATION, ET AL.,                                 Case No. 05-44481-RDD

                          Debtors.                          (Jointly Administered)

--------------------------------------------------------x

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Halperin Battaglia Raicht, LLP hereby

appears as local counsel of record to Automotive Technologies International, Inc.

**PLEASE TAKE FURTHER NOTICE** that Halperin Battaglia Raicht,

LLP hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 9007 and

9010 and §§ 102(1), 342 and 1109(b) of the Bankruptcy Code, that all notices given or

required to be given and all papers served or required to be served in this case be given to

and served on the following parties at the address set forth below:

> Christopher J. Battaglia, Esq.
> Julie D. Dyas, Esq.
> **HALPERIN BATTAGLIA RAICHT, LLP**
> 555 Madison Avenue, 9th Floor
> New York, New York 10022
> Telephone: (212) 765-9100
> Facsimile: (212) 765-0964
> Email: cbattaglia@halperinlaw.net
> jdyas@halperinlaw.net

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to §1109(b) of

the Bankruptcy Code, the foregoing demand includes not only the notices and papers

referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but

also includes, without limitation, notices of any application, complaint, demand, hearing,

motion, petition, pleading or request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way, any of the rights or interests of the Debtors and/or the estates.

**PLEASE TAKE FURTHER NOTICE THAT** demand is also made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in these Chapter 11 cases.

Dated: New York, New York
March 30, 2006

HALPERIN BATTAGLIA RAICHT, LLP
Co-Counsel to Pacific Gas Turbine Center, LLC and Chromalloy Gas Turbine Corporation

By: */s/ Christopher J. Battaglia*
    Alan D. Halperin (AH-8432)
    Christopher J. Battaglia (CB-4436)
555 Madison Avenue – 9th Floor
New York, New York 10022
(212) 765.9100