Offshore International, Inc.
Delphi pre-petition accounts receivable
For costs and fees incurred prior to October 8, 2005

| Date | Invoice | | Amount | Comments |
|---|---|---|---|---|
| 9/28/2005 | DPH-149D | $ | 2,576.09 | Client Purchases |
| 10/5/2005 | DPH-150D | $ | 43,669.22 | This invoice includes rent for October (to Oct 7th) plus pre-petition purchases |
| 10/5/2005 | DPH-150L | | 236178.59 | Labor/Shelter Fee |
| | | | -15064.79 | Payment received 10/05/05 |
| | | | -39363.52 | Payment received 10/19/05 |
| | | $ | 181,750.28 | Balance Due |
| 10/12/2005 | DPH-151D | $ | (25,443.57) | Credit balance - Paid Transportation twice |
| 11/2/2005 | SP-DPH-008 | $ | 6,780.31 | Customs Broker pre-petition |
| | Subtotal | $ | 209,332.33 | |
| 11/16/2005 | SP-DPH-009 | June IVA | $ (71,955.14) | VAT refund June 2005 |
| 11/2/2005 | SP-DPH-007 | July IVA | $ (52,484.62) | VAT refund July 2005 |
| 1/4/2006 | SP-DPH-010 | Aug IVA | $ (51,110.25) | VAT refund August 2005 |
| 3/15/2006 | SP-DPH-012 | Sept IVA | $ (51,455.29) | VAT refund September 2005 |
| | Subtotal | | $ (227,005.30) | |
| | NET BALANCE with VAT | | $ (17,672.97) | |