United States Bankruptcy Court
For the Southern District of New York

DELPHI AUTOMOTIVE SYSTEMS LLC                              } Chapter 11
                                                           }
                                                           }
                                                           }
                                                           }
                                                           } Case No.
                                                           } 05-44640
                                                           }
Debtor                                                     } Amount $24,285.14

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**INNOVATIVE DUTCH ELECTRO**
**PO BOX 1**
**PETTEN, NETHERLANDS 1755**

The transfer of your claim as shown above in the amount of $24,285.14 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

782090

Assignor hereby acknowledges that Assignee may at any time reassign, the Claim together with all right, title and interest of Assignee in and to this Assignment of Claim. All representations and warranties made herein shall survive the execution and delivery of this Assignment of the Claim and any such re-assignment. This Assignment of Claim may be executed in counterparts and all such counterparts taken together shall be deemed to constitute a single agreement.

This Assignment of Claim shall be governed by and construed in accordance with the laws of the State of New York. Any action arising under or relating to this Assignment of Claim must be brought in Federal court located in the State of New York or New Jersey, and Assignor consents to and confers personal jurisdiction over Assignor by such court or courts and agrees that service of process may be upon Assignor by mailing a copy of said process to Assignor at the address set forth in this Assignment of the Claim, and in any action hereunder, Assignor waives any right to demand a trial by jury.

## CONSENT AND WAIVER

Upon Assignor's delivery to Assignee of its executed signature page to this Assignment of Claim Agreement, Assignor hereby authorizes Assignee to file a notice of transfer pursuant to Rule 3001 (e) of the Federal Rules of Bankruptcy Procedure ("FRBP"), with respect to the Claim, while Assignee performs its due diligence on the Claim. Assignee, at its sole option, may subsequently transfer the Claim back to the Assignor if due diligence is not satisfactory, in Assignee's sole and absolute discretion pursuant Rule 3001 (e) of FRBP transferring the Claim back to Assignor or withdrawing the transfer, at such time both Assignor and Assignee release each other of all and any obligation or liability regarding this Assignment. Assignor hereby acknowledges and consents to all of the terms set forth in this Assignment of Claim Agreement and hereby waives (i) its right to raise any objection hereto, and (ii) its right to receive notice pursuant to Rule 3001 (e) of the FRBP.

IN WITNESS WHEREOF, the undersigned Assignor hereto sets his hand this _02_ day of _March_, 2006

INNOVATIVE DUTCH ELECTRO Ceramics Pilot Production B.V. (InDEC B.V.)

By: _____
Signature

Rolf C. Huiberts
Print Name/Title

+31 224 564888
Telephone #

IN WITNESS WHEREOF, the undersigned Assignee hereto sets his hand this _02_ day of _March_, 2006

_____
Mike Richards
Liquidity Solutions, Inc.
201-968-0001