UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | (Jointly Administered) |

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Philip Urofsky, a member in good standing of the bars of the Commonwealth of Virginia and the District of Columbia, and of the bar of the U.S. District Court for the Eastern District of Virginia, request admission, *pro hac vice* before the Honorable Robert D. Drain, to represent the Audit Committee of the Delphi Corporation, a Debtor in the above referenced case as an attorney in ordinary course for the purpose of filing fee applications and to appear in related proceedings.

My address is:
    Philip Urofsky
    Cadwalader, Wickersham & Taft LLP
    1201 F Street, N.W.
    Washington, D.C. 20004
    (202) 862-2462
    *philip.urofsky@cwt.com*

I have paid the fee of $25 online at the time I filed this motion using the CM/ECF system.

Dated:    Washington, D.C.
             March 31, 2006

                              /s/ *Philip Urofsky*

## ORDER

**ORDERED,**
that Philip Urofsky, Esq., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York.

Dated:    New York, New York
             April ___, 2006

                              UNITED STATES BANKRUPTCY JUDGE