**Hearing Date and Time: May 9, 2006 at 10:00 a.m.**
        **Objection Deadline: April 21, 2006 at 4:00 p.m.**

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | O'MELVENY & MYERS LLP |
| 333 West Wacker Drive, Suite 2100 | 1625 Eye Street, NW |
| Chicago, Illinois 60606 | Washington, DC 20006 |
| (312) 407-0700 | (202) 383-5300 |
| John Wm. Butler, Jr. (JB 4711) | Robert A. Siegel (RS 0922) |
| John K. Lyons (JL 4951) | Tom A. Jerman |
| Ron E. Meisler (RM 3026) | Rachel S. Janger |
| | Jessica Kastin (JK 2288) |
| | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GROOM LAW GROUP, CHTD |
| Four Times Square | 1701 Pennsylvania Avenue, NW |
| New York, New York 10036 | Washington, DC 20006 |
| (212) 735-3000 | (202) 857-0620 |
| Kayalyn A. Marafioti (KM 9632) | Lonie A. Hassel |
| Thomas J. Matz (TM 5986) | |

Attorneys for Delphi Corporation, et al.,
   Debtor and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free:  (800) 718-5305
International:   (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                :
    In re                                            :       Chapter 11
                                                :
DELPHI CORPORATION, et al.,        :       Case No. 05-44481 (RDD)
                                               :
                  Debtors.   :       (Jointly Administered)
                                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION FOR ORDER UNDER 11 U.S.C. § 1113(c) AUTHORIZING
REJECTION OF COLLECTIVE BARGAINING AGREEMENTS AND UNDER 11 U.S.C. §
1114(g) AUTHORIZING MODIFICATION OF RETIREE WELFARE BENEFITS

PLEASE TAKE NOTICE that on March 31, 2006, Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed a Motion For Order Under 11 U.S.C. § 1113(c) Authorizing Rejection Of Collective Bargaining Agreements And Under 11 U.S.C. § 1114(g) Authorizing Modification Of Retiree Welfare Benefits (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held commencing on May 9, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Second Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures (the "Second Supplemental Case Management Order") (Docket No. 2995), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 (Att'n: Tom A. Jerman), Groom Law Group, Chartered, 1701 Pennsylvania Avenue NW Washington, DC 20006 (Att'n: Lonie Hassel), (iii) counsel for the agent under the Debtors'

2

prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time)** on **April 21, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Second Supplemental Case Management Order will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Second Supplemental Case Management Order, the Bankruptcy Court may enter a final order granting the Motion without further notice.

Dated: New York, New York
March 31, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr. (JB 4711)
   John K. Lyons (JL 4951)
   Ron E. Meisler (RM 3026)
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

3

By: /s/ Kayalyn A. Marafioti_____
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

O'MELVENY & MYERS LLP

By: /s/ Tom A. Jerman_____
    Robert A. Siegel (RS 0922)
    Tom A. Jerman (pro hac vice pending)
    Rachel S. Janger
    Jessica Kastin (JK 2288)
1625 Eye Street, NW
Washington, DC  20006
(202) 383-5300

GROOM LAW GROUP CHARTERED

By: /s/ Lonie A. Hassel_____
    Lonie A. Hassel (pro hac vice pending)
1701 Pennsylvania Avenue, NW
Washington, DC  20006
(202) 857-0620

Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

4