# Exhibit A



Customer Revenue Comparison

**1999 Revenue by Customer**

GMNA 68%
GMO 8%
FORD 1%
DCX 3%
PSA 1%
VW 2%
TOYOTA 1%
RENAULT/NISSAN 1%
AFMT 1%
HYUNDAI 0%
ALL OTHER 14%

**2005 Revenue by Customer**

GMNA 42%
GMO 6%
FORD 5%
DCX 4%
RENAULT/NISSAN 4%
PSA 3%
TOYOTA 2%
VW 3%
HYUNDAI 2%
AFMT 3%
ALL OTHER 26%

*Excluding GMSPO which is included in GMNA

**Exhibit B**



Delphi's Consolidated Sales and Net Income/(Loss),
1999-2005

**Exhibit C**



U.S. and International Sales and Operating Income/(Loss) [1] 2000-2005

[1] Based on management studies performed periodically to assess U.S. and Non-U.S. profitability. Non-U.S. results include Mexico Maquiladora profitability.

[2] Based on August 2005 Forecast. Primary difference with actual is $473 million of international impairments and $479 million of U.S. impairments recorded in Q4 2005.

**Exhibit D**



Delphi Operating Income As A Percentage of Sales, International vs. U.S., 2000-2005

*Comprehends all Non-US locations including Mexico Maquiladora locations

**Exhibit E**



**Delphi's Consolidated GM and Non-GM Revenues, 1999–2005**

Notes:
GM revenue represents direct sales from Delphi to GM
Numbers may differ due to rounding

**Exhibit F**



GM U.S. Market Share and Sales Volume, 1999-2005

**Exhibit G**



GM Consolidated Net Income / (Loss) - 1995-2005 [1]

[1] Data for 1995-1999 is based on GM 10-K filings. Data for 2000 is based on GM 2004 10-KA filing and data for 2001-2005 is based on GM 2005 10-K filing.

**Exhibit H**



Delphi's Content Per GM Vehicle, 1999-2005

# Exhibit I



**GM Market Share in U.S. and Delphi's Revenue From GM, 2005-2010, 2006-2010 Projected**

*GM US light vehicle market share based on Oct DRI NALV
** Based on 2005 preliminary actual results

# Exhibit J



**Delphi Content Per GM Vehicle 2005-2010, 2006-2010 Projected**

| Year | Delphi Content Per Vehicle ($) |
|------|-------------------------------|
| 2005* | 2,325 |
| 2006 | 2,077 |
| 2007 | 1,986 |
| 2008 | 1,875 |
| 2009 | 1,836 |
| 2010 | 1,763 |

*Based on preliminary actual results

**Exhibit K**



Projections of Material Costs as a Percentage of Revenue, 2002–2010, 2006–2010 Projected

*Based on actual results
** Based on preliminary actual results

**Exhibit L**

## Delphi Consolidated Steady State Scenario, 2006-2010

| ($Millions) | 2006 | 2007 | 2008 | 2009 | 2010 | Cumulative '06 - '10 |
|---|---|---|---|---|---|---|
| **Total Sales** | 26,256 | 27,069 | 27,502 | 28,462 | 29,407 | 138,696 |
| **Operating Income / (Loss)** | (2,556) | (1,842) | (1,586) | (1,268) | (884) | (8,135) |
| *% margin* | *-9.7%* | *-6.8%* | *-5.8%* | *-4.5%* | *-3.0%* | *-5.9%* |
| **Net Income / (Loss)** | (3,117) | (2,542) | (2,561) | (2,441) | (2,227) | (12,888) |
| *% margin* | *-11.9%* | *-9.4%* | *-9.3%* | *-8.6%* | *-7.6%* | *-9.3%* |

# Exhibit M

**Delphi Consolidated Competitive Benchmark Scenario, 2006–2010**

($Millions)

| | **2006** | **2007** | **2008** | **2009** | **2010** | **Cumulative '06 - '10** |
|---|---|---|---|---|---|---|
| **Total Sales** | 25,570 | 21,339 | 19,817 | 20,345 | 21,117 | 108,188 |
| **Operating Income / (Loss)** | (677) | (107) | 1,157 | 1,288 | 1,395 | 3,056 |
| *% margin* | -2.6% | -0.5% | 5.8% | 6.3% | 6.6% | 2.8% |
| **Net Income / (Loss)** | (1,180) | (774) | 231 | 341 | 457 | (926) |
| *% margin* | -4.6% | -3.6% | 1.2% | 1.7% | 2.2% | -0.9% |

# Exhibit N



**Cash Flow Projections (Cumulative Loss),
2006-2010, Competitive Benchmark Scenario**

**Exhibit B**



Delphi's Consolidated Sales and Net Income/(Loss),
1999-2005

**Exhibit C**

U.S. and International Sales and Operating Income/(Loss) [1] 2000-2005

[1] Based on management studies performed periodically to assess U.S. and Non-U.S. profitability. Non-U.S. results include Mexico Maquiladora profitability.

[2] Based on August 2005 Forecast. Primary difference with actual is $473 million of international impairments and $479 million of U.S. impairments recorded in Q4 2005.

**Exhibit D**



**Delphi Operating Income As A Percentage of Sales, International vs. U.S., 2000-2005**

International* values: 5.5%, 0.9%, 2.5%, 5.9%, 6.8%, 4.6%

US values: 2.7%, -3.2%, 1.9%, -4.8%, -12.8%, -19.1%

Years: 2000, 2001, 2002, 2003, 2004, 2005

Y-axis (Operating Income %): 10.0%, 0.0%, -10.0%, -20.0%

Legend: ◆ International*   ■ US

*Comprehends all Non-US locations including Mexico Maquiladora locations

**Exhibit E**



Delphi's Consolidated GM and Non-GM Revenues, 1999-2005

Notes:
GM revenue represents direct sales from Delphi to GM
Numbers may differ due to rounding

**Exhibit F**



GM U.S. Market Share and Sales Volume, 1999-2005

**Exhibit G**



GM Consolidated Net Income / (Loss) - 1995-2005 [1]

[1] Data for 1995-1999 is based on GM 10-K filings. Data for 2000 is based on GM 2004 10-KA filing and data for 2001-2005 is based on GM 2005 10-K filing.

**Exhibit H**



Delphi's Content Per GM Vehicle, 1999-2005

**Exhibit I**



GM Market Share in U.S. and Delphi's Revenue From GM, 2005-2010, 2006-2010 Projected

*GM US light vehicle market share based on Oct DRI NALV
** Based on 2005 preliminary actual results

**Exhibit J**



**Delphi Content Per GM Vehicle 2005-2010, 2006-2010 Projected**

*Based on preliminary actual results

**Exhibit K**



**Projections of Material Costs as a Percentage of Revenue, 2002-2010, 2006-2010 Projected**

*Based on actual results
** Based on preliminary actual results

**Exhibit L**

## Delphi Consolidated Steady State Scenario, 2006-2010

| ($Millions) | 2006 | 2007 | 2008 | 2009 | 2010 | Cumulative '06 - '10 |
|---|---|---|---|---|---|---|
| **Total Sales** | 26,256 | 27,069 | 27,502 | 28,462 | 29,407 | 138,696 |
| **Operating Income / (Loss)** | (2,556) | (1,842) | (1,586) | (1,268) | (884) | (8,135) |
| *% margin* | *-9.7%* | *-6.8%* | *-5.8%* | *-4.5%* | *-3.0%* | *-5.9%* |
| **Net Income / (Loss)** | (3,117) | (2,542) | (2,561) | (2,441) | (2,227) | (12,888) |
| *% margin* | *-11.9%* | *-9.4%* | *-9.3%* | *-8.6%* | *-7.6%* | *-9.3%* |

# Exhibit M

## Delphi Consolidated Competitive Benchmark Scenario, 2006–2010

($Millions)

| | 2006 | 2007 | 2008 | 2009 | 2010 | Cumulative '06 – '10 |
|---|---|---|---|---|---|---|
| Total Sales | 25,570 | 21,339 | 19,817 | 20,345 | 21,117 | 108,188 |
| **Operating Income / (Loss)** | (677) | (107) | 1,157 | 1,288 | 1,395 | 3,056 |
| *% margin* | -2.6% | -0.5% | 5.8% | 6.3% | 6.6% | 2.8% |
| Net Income / (Loss) | (1,180) | (774) | 231 | 341 | 457 | (926) |
| *% margin* | -4.6% | -3.6% | 1.2% | 1.7% | 2.2% | -0.9% |

**Exhibit N**



**Cash Flow Projections (Cumulative Loss),
2006-2010, Competitive Benchmark Scenario**