UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| | : | Case No. 05-44481 (RDD) |
| | : | |
| In re Delphi Corporation, | : | (Jointly Administered) |
| | : | |
| | : | |
| Debtors. | | |

------------------------------------------------------------x

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO FRBP RULE 3001(e)(2)

TO:    ALCAN ROLLED PRODUCTS-RAVENSWOOD,
L.L.C. (F/K/A PECHINEY ROLLED PRODUCTS)
("Assignor")
Route 68, Century Road
Ravenswood, West Virginia 26180

As of March 31, 2006, Assignor's Claim against Debtors in the principal amount of $3,648,422.17 has been transferred to the following Assignee:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:    Stanley Lim
Telephone:    (212) 270-4421
Fascimile:    (212) 270-2157
E-mail:    stanley.lim@jpmorgan.com

The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| | |

| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
|---|---|

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, New York 10017
> Attention:    Stanley Lim
> Telephone:   (212) 270-4421
> Facsimile:    (212) 270-2157
> E-mail:       stanley.lim@jpmorgan.com

WITH A COPY TO :

> Kirkpatrick & Lockhart Nicholson Graham LLP
> 599 Lexington Avenue
> New York, NY 10022
> Attention:    Steven H. Epstein
> Telephone:   (212) 536-4830
> Facsimile:    (212) 536-4001
> E-mail :      sepstein@klng.com

If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.

Dated: March 31, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:
Title:    ANDREW OPEL
          AUTHORIZED SIGNATORY