# EXHIBIT C

Proof of Claim

☐ Date Stamped Copy Returned
☑ No self addressed stamped envelope
☑ No copy to return

FORM B10 (Official Form 10)(04/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **DELPHI AUTOMOTIVE SYSTEMS LLC** <br> Case Number: **Case No. 05-44640 (RDD)** | Claim #02298 <br> USBC SDNY <br> Delphi Corporation, et al. <br> 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC)**

Name and address where notices should be sent:
Alcan Rolled Products-Ravenswood, LLC
c/o Andrew S. Nicoll
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Telephone Number: 312-840-7624

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
MAR 17 2006
KURTZMAN CARSON

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
- X Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)      (date)

**2. Date debt was incurred:** March 2005 through October 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $3,648,422.17  $_____  $_____  $3,648,422.17
(unsecured)    (secured)    (priority)    (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim.
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to government units 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180 days limit apply to cases filed on or after 4/20/05. Pub. L. 109-8

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and a copy of this proof of claim.

Date: 3/10/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _John A. Ferguson CFO_

THIS SPACE IS FOR COURT USE ONLY
CLAIMS PROCESSING CENTER
USBC SDNY

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 yr

0544640060315000000000003

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC) ("Alcan") asserts its claims based upon the following invoices. By this proof of claim, Alcan is not asserting a claim for certain amounts for which Alcan believes it is entitle to a valid reclamation claim. Certain invoices for which Alcan believes it is entitled to a reclamation claim have been reduced to exclude the amount Alcan may be entitled to as a reclamation claim. Alcan has asserted its reclamation claim pursuant to the Court's Amended Final Reclamation Order, dated November 4, 2005.

| P. O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550053317 | 174-3383-03 | 45265 | $ 4,744.23 | 4/7/2005 | | $ 4,744.23 |
| 550053317 | 174-3384-45 | 45270 | $ 38,384.43 | 4/7/2005 | | $ 38,384.43 |
| 550053317 | 174-3387-67 | 48065 | $ 59,945.58 | 5/6/2005 | | $ 59,945.58 |
| 550053317 | 174-3387-67 | 49981 | $ 2,071.14 | 5/25/2005 | | $ 2,071.14 |
| 550075036 | 174-3395-93 | 52087 | $ 119.38 | 6/16/2005 | | $ 119.38 |
| 550075036 | 174-3395-95 | 52755 | $ 105.44 | 6/23/2005 | | $ 105.44 |
| 450103368 | 174-3398-23 | 53304 | $ 22,920.86 | 6/29/2005 | | $ 22,920.86 |
| LPS 95768 | 174-3398-33 | 53305 | $ 17,114.53 | 6/29/2005 | | $ 17,114.53 |
| 550028871 | 174-3395-33 | 56116 | $ (380.45) | 8/2/2005 | | $ (380.45) |
| 550028871 | 174-3391-91 | 58881 | $ (215.56) | 8/31/2005 | | $ (215.56) |
| 550028864 | 174-3391-97 | 58882 | $ 5,866.48 | 8/31/2005 | | $ 5,866.48 |
| 550028871 | 174-3393-85 | 58883 | $ (142.47) | 8/31/2005 | | $ (142.47) |
| 550028871 | 174-3393-87 | 58884 | $ 23,652.18 | 8/31/2005 | | $ 23,652.18 |
| 550028871 | 174-3393-89 | 58885 | $ 16,977.79 | 8/31/2005 | | $ 16,977.79 |
| 550028871 | 174-3394-13 | 58886 | $ (400.81) | 8/31/2005 | | $ (400.81) |
| 550028891 | 174-3394-87 | 58887 | $ (235.65) | 8/31/2005 | | $ (235.65) |
| 550028857 | 174-3394-93 | 58889 | $ 8,537.60 | 8/31/2005 | | $ 8,537.60 |
| 550028857 | 174-3395-01 | 58890 | $ 8,730.18 | 8/31/2005 | | $ 8,730.18 |
| 550028857 | 174-3395-07 | 58891 | $ 6,447.78 | 8/31/2005 | | $ 6,447.78 |
| 550028857 | 174-3395-37 | 58893 | $ 2,553.44 | 8/31/2005 | | $ 2,553.44 |
| 550028871 | 174-3391-91 | 59022 | $ 10,144.80 | 9/1/2005 | | $ 10,144.80 |
| 550028871 | 174-3393-79 | 59023 | $ 11,628.84 | 9/1/2005 | | $ 11,628.84 |
| 550028871 | 174-3393-85 | 59024 | $ 7,800.76 | 9/1/2005 | | $ 7,800.76 |
| 550028871 | 174-3393-87 | 59025 | $ 49,346.48 | 9/1/2005 | | $ 49,346.48 |
| 550028871 | 174-3393-89 | 59026 | $ 18,280.42 | 9/1/2005 | | $ 18,280.42 |
| 550028871 | 174-3393-89 | 59027 | $ 14,657.82 | 9/1/2005 | | $ 14,657.82 |
| 550028871 | 174-3394-13 | 59028 | $ 24,863.50 | 9/1/2005 | | $ 24,863.50 |
| 550028864 | 174-3394-41 | 59029 | $ 7,667.09 | 9/1/2005 | | $ 7,667.09 |
| 550028864 | 174-3394-75 | 59030 | $ 9,075.63 | 9/1/2005 | | $ 9,075.63 |
| 550028857 | 174-3394-93 | 59031 | $ 4,193.91 | 9/1/2005 | | $ 4,193.91 |
| 550028871 | 174-3395-43 | 59032 | $ 5,532.83 | 9/1/2005 | | $ 5,532.83 |
| 550053317 | 174-3396-25 | 59034 | $ 64,719.69 | 9/1/2005 | | $ 64,719.69 |
| 550028857 | 174-3392-67 | 59237 | $ 8,349.58 | 9/6/2005 | | $ 8,349.58 |
| 550028871 | 174-3393-85 | 59239 | $ 16,240.81 | 9/6/2005 | | $ 16,240.81 |
| 550028871 | 174-3393-85 | 59238 | $ 15,555.86 | 9/6/2005 | | $ 15,555.86 |
| 550028871 | 174-3393-87 | 59241 | $ 6,803.79 | 9/6/2005 | | $ 6,803.79 |
| 550028871 | 174-3393-87 | 59240 | $ 33,714.52 | 9/6/2005 | | $ 33,714.52 |
| 550028871 | 174-3394-11 | 59242 | $ 23,615.38 | 9/6/2005 | | $ 23,615.38 |
| 550028871 | 174-3394-13 | 59243 | $ 23,295.74 | 9/6/2005 | | $ 23,295.74 |
| 550028871 | 174-3395-43 | 59245 | $ 4,391.26 | 9/6/2005 | | $ 4,391.26 |
| 550028871 | 174-3395-43 | 59244 | $ 5,532.83 | 9/6/2005 | | $ 5,532.83 |
| 550028871 | 174-3396-19 | 59248 | $ 33,752.57 | 9/6/2005 | | $ 33,752.57 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC
## (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P. O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-23 | 59250 | $ 24,970.05 | 9/6/2005 | | $ 24,970.05 |
| 550028871 | 174-3393-85 | 59371 | $ 6,651.58 | 9/7/2005 | | $ 6,651.58 |
| 550028871 | 174-3394-11 | 59372 | $ 5,000.10 | 9/7/2005 | | $ 5,000.10 |
| 550028871 | 174-3395-43 | 59373 | $ 5,532.83 | 9/7/2005 | | $ 5,532.83 |
| 550038402 | 174-3395-59 | 59374 | $ 7,100.77 | 9/7/2005 | | $ 7,100.77 |
| 550028871 | 174-3396-19 | 59377 | $ 24,117.67 | 9/7/2005 | | $ 24,117.67 |
| 550028871 | 174-3396-23 | 59378 | $ 12,214.85 | 9/7/2005 | | $ 12,214.85 |
| 550028871 | 174-3396-35 | 59380 | $ 7,633.33 | 9/7/2005 | | $ 7,633.33 |
| 550028864 | 174-3396-77 | 59382 | $ 9,983.19 | 9/7/2005 | | $ 9,983.19 |
| 550028864 | 174-3396-77 | 59383 | $ 5,474.42 | 9/7/2005 | | $ 5,474.42 |
| 550028864 | 174-3397-55 | 59384 | $ 4,893.58 | 9/7/2005 | | $ 4,893.58 |
| 550038402 | 174-3397-57 | 59385 | $ 4,378.08 | 9/7/2005 | | $ 4,378.08 |
| 550028857 | 174-3397-65 | 59386 | $ 5,808.40 | 9/7/2005 | | $ 5,808.40 |
| 550028857 | 174-3397-69 | 59387 | $ 6,309.37 | 9/7/2005 | | $ 6,309.37 |
| 550038402 | 174-3397-95 | 59389 | $ 13,867.56 | 9/7/2005 | | $ 13,867.56 |
| 550038402 | 174-3397-95 | 59390 | $ 9,888.80 | 9/7/2005 | | $ 9,888.80 |
| 550028871 | 174-3393-79 | 59471 | $ 5,236.02 | 9/8/2005 | | $ 5,236.02 |
| 550028871 | 174-3393-85 | 59472 | $ 6,621.14 | 9/8/2005 | | $ 6,621.14 |
| 550028864 | 174-3394-41 | 59473 | $ 11,529.67 | 9/8/2005 | | $ 11,529.67 |
| 550028857 | 174-3395-01 | 59474 | $ 4,501.51 | 9/8/2005 | | $ 4,501.51 |
| 550028857 | 174-3395-07 | 59475 | $ 3,281.75 | 9/8/2005 | | $ 3,281.75 |
| 550028871 | 174-3396-19 | 59477 | $ 18,204.32 | 9/8/2005 | | $ 18,204.32 |
| 550028871 | 174-3396-23 | 59479 | $ 12,367.06 | 9/8/2005 | | $ 12,367.06 |
| 550028871 | 174-3396-33 | 59480 | $ 14,254.47 | 9/8/2005 | | $ 14,254.47 |
| 550028871 | 174-3396-35 | 59482 | $ 16,826.82 | 9/8/2005 | | $ 16,826.82 |
| 550028857 | 174-3397-27 | 59485 | $ 8,814.25 | 9/8/2005 | | $ 8,814.25 |
| 550028857 | 174-3397-43 | 59487 | $ 3,528.60 | 9/8/2005 | | $ 3,528.60 |
| 550028871 | 174-3401-87 | 59489 | $ 6,187.34 | 9/8/2005 | | $ 6,187.34 |
| 550028857 | 174-3387-15 | 59647 | $ 3,347.09 | 9/9/2005 | | $ 3,347.09 |
| 550028857 | 174-3390-47 | 59648 | $ 3,432.30 | 9/9/2005 | | $ 3,432.30 |
| 550028871 | 174-3393-79 | 59649 | $ 6,362.38 | 9/9/2005 | | $ 6,362.38 |
| 550028864 | 174-3394-73 | 59650 | $ 5,881.01 | 9/9/2005 | | $ 5,881.01 |
| 550028891 | 174-3394-87 | 59651 | $ 6,890.21 | 9/9/2005 | | $ 6,890.21 |
| 550028871 | 174-3396-17 | 59653 | $ 8,683.58 | 9/9/2005 | | $ 8,683.58 |
| 550028871 | 174-3396-17 | 59652 | $ 7,968.19 | 9/9/2005 | | $ 7,968.19 |
| 550028871 | 174-3396-19 | 59656 | $ 17,945.56 | 9/9/2005 | | $ 17,945.56 |
| 550028871 | 174-3396-19 | 59655 | $ 44,361.60 | 9/9/2005 | | $ 44,361.60 |
| 550028871 | 174-3396-23 | 59659 | $ 16,377.80 | 9/9/2005 | | $ 16,377.80 |
| 550028871 | 174-3396-23 | 59658 | $ 14,817.64 | 9/9/2005 | | $ 14,817.64 |
| 550028871 | 174-3396-33 | 59662 | $ 20,297.20 | 9/9/2005 | | $ 20,297.20 |
| 550028871 | 174-3396-35 | 59663 | $ 9,132.60 | 9/9/2005 | | $ 9,132.60 |
| 550028871 | 174-3396-35 | 59664 | $ 8,812.96 | 9/9/2005 | | $ 8,812.96 |
| 550028864 | 174-3396-77 | 59665 | $ 5,365.51 | 9/9/2005 | | $ 5,365.51 |
| 550028891 | 174-3397-11 | 59667 | $ 13,373.84 | 9/9/2005 | | $ 13,373.84 |
| 550028857 | 174-3397-27 | 59669 | $ 11,762.01 | 9/9/2005 | | $ 11,762.01 |
| 550028857 | 174-3397-65 | 59671 | $ 6,214.99 | 9/9/2005 | | $ 6,214.99 |
| 550028871 | 174-3397-73 | 59673 | $ 3,546.49 | 9/9/2005 | | $ 3,546.49 |
| 550028871 | 174-3397-73 | 59674 | $ 4,459.75 | 9/9/2005 | | $ 4,459.75 |
| 550038402 | 174-3397-95 | 59675 | $ 17,751.92 | 9/9/2005 | | $ 17,751.92 |
| 550028864 | 174-3391-97 | 59834 | $ 5,910.05 | 9/12/2005 | | $ 5,910.05 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028857 | 174-3395-01 | 59835 | $ 4,109.44 | 9/12/2005 | | $ 4,109.44 |
| 550028871 | 174-3396-19 | 59838 | $ 50,853.36 | 9/12/2005 | | $ 50,853.36 |
| 550028871 | 174-3396-23 | 59840 | $ 4,604.35 | 9/12/2005 | | $ 4,604.35 |
| 550028871 | 174-3396-33 | 59842 | $ 15,921.17 | 9/12/2005 | | $ 15,921.17 |
| 550028871 | 174-3396-35 | 59843 | $ 15,989.66 | 9/12/2005 | | $ 15,989.66 |
| 550028891 | 174-3397-11 | 59846 | $ 6,970.08 | 9/12/2005 | | $ 6,970.08 |
| 550028857 | 174-3397-27 | 59847 | $ 8,632.73 | 9/12/2005 | | $ 8,632.73 |
| 550038402 | 174-3397-57 | 59848 | $ 4,225.61 | 9/12/2005 | | $ 4,225.61 |
| 550028864 | 174-3388-61 | 59919 | $ 3,891.63 | 9/13/2005 | | $ 3,891.63 |
| 550028871 | 174-3396-13 | 59920 | $ 8,143.24 | 9/13/2005 | | $ 8,143.24 |
| 550028871 | 174-3396-17 | 59921 | $ 4,627.18 | 9/13/2005 | | $ 4,627.18 |
| 550028871 | 174-3396-19 | 59922 | $ 41,363.07 | 9/13/2005 | | $ 41,363.07 |
| 550028871 | 174-3396-23 | 59923 | $ 5,966.63 | 9/13/2005 | | $ 5,966.63 |
| 550028871 | 174-3396-33 | 59924 | $ 14,490.39 | 9/13/2005 | | $ 14,490.39 |
| 550028871 | 174-3396-35 | 59925 | $ 7,108.21 | 9/13/2005 | | $ 7,108.21 |
| 550028864 | 174-3397-39 | 59926 | $ 3,775.46 | 9/13/2005 | | $ 3,775.46 |
| 550028857 | 174-3397-43 | 59927 | $ 7,333.11 | 9/13/2005 | | $ 7,333.11 |
| 550038402 | 174-3397-95 | 59928 | $ 21,309.57 | 9/13/2005 | | $ 21,309.57 |
| 550028871 | 174-3396-13 | 60024 | $ 9,071.72 | 9/14/2005 | | $ 9,071.72 |
| 550028871 | 174-3396-17 | 60025 | $ 20,510.30 | 9/14/2005 | | $ 20,510.30 |
| 550028871 | 174-3396-19 | 60026 | $ 49,217.10 | 9/14/2005 | | $ 49,217.10 |
| 550028871 | 174-3396-23 | 60028 | $ 18,272.81 | 9/14/2005 | | $ 18,272.81 |
| 550028871 | 174-3396-33 | 60029 | $ 8,021.47 | 9/14/2005 | | $ 8,021.47 |
| 550028871 | 174-3396-35 | 60030 | $ 15,601.53 | 9/14/2005 | | $ 15,601.53 |
| 550028864 | 174-3396-77 | 60031 | $ 5,263.86 | 9/14/2005 | | $ 5,263.86 |
| 550028857 | 174-3397-45 | 60032 | $ 4,015.06 | 9/14/2005 | | $ 4,015.06 |
| 550028871 | 174-3391-91 | 60131 | $ 10,137.19 | 9/15/2005 | | $ 10,137.19 |
| 550028864 | 174-3392-01 | 60132 | $ 5,205.78 | 9/15/2005 | | $ 5,205.78 |
| 550028857 | 174-3395-39 | 60133 | $ 3,789.98 | 9/15/2005 | | $ 3,789.98 |
| 550028871 | 174-3396-17 | 60134 | $ 7,755.10 | 9/15/2005 | | $ 7,755.10 |
| 550028871 | 174-3396-19 | 60135 | $ 22,747.78 | 9/15/2005 | | $ 22,747.78 |
| 550028871 | 174-3396-23 | 60136 | $ 32,123.92 | 9/15/2005 | | $ 32,123.92 |
| 550053317 | 174-3396-25 | 60137 | $ 61,180.81 | 9/15/2005 | | $ 61,180.81 |
| 550028871 | 174-3396-31 | 60138 | $ 7,998.64 | 9/15/2005 | | $ 7,998.64 |
| 550028871 | 174-3396-33 | 60140 | $ 7,975.80 | 9/15/2005 | | $ 7,975.80 |
| 550028891 | 174-3397-11 | 60145 | $ 13,431.93 | 9/15/2005 | | $ 13,431.93 |
| 550028857 | 174-3397-27 | 60146 | $ 4,029.58 | 9/15/2005 | | $ 4,029.58 |
| 550028857 | 174-3397-69 | 60147 | $ 2,947.76 | 9/15/2005 | | $ 2,947.76 |
| 550028871 | 174-3397-73 | 60148 | $ 3,576.94 | 9/15/2005 | | $ 3,576.94 |
| 550038402 | 174-3398-01 | 60149 | $ 5,895.53 | 9/15/2005 | | $ 5,895.53 |
| 550038402 | 174-3398-01 | 60150 | $ 5,198.52 | 9/15/2005 | | $ 5,198.52 |
| 550028871 | 174-3401-87 | 60151 | $ 5,289.30 | 9/15/2005 | | $ 5,289.30 |
| 550028871 | 174-3396-17 | 60271 | $ 17,595.48 | 9/16/2005 | | $ 17,595.48 |
| 550028871 | 174-3396-17 | 60270 | $ 7,968.19 | 9/16/2005 | | $ 7,968.19 |
| 550028871 | 174-3396-19 | 60275 | $ 32,474.00 | 9/16/2005 | | $ 32,474.00 |
| 550028871 | 174-3396-19 | 60274 | $ 40,366.09 | 9/16/2005 | | $ 40,366.09 |
| 550028871 | 174-3396-23 | 60280 | $ 8,896.67 | 9/16/2005 | | $ 8,896.67 |
| 550028871 | 174-3396-23 | 60279 | $ 19,452.44 | 9/16/2005 | | $ 19,452.44 |
| 550028871 | 174-3396-23 | 60278 | $ 8,744.46 | 9/16/2005 | | $ 8,744.46 |
| 550028871 | 174-3396-35 | 60281 | $ 16,773.54 | 9/16/2005 | | $ 16,773.54 |

United States Bankruptcy Court – Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC
## (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028864 | 174-3396-77 | 60284 | $ 10,774.58 | 9/16/2005 | | $ 10,774.58 |
| 550028857 | 174-3397-27 | 60286 | $ 14,949.37 | 9/16/2005 | | $ 14,949.37 |
| 550028857 | 174-3397-33 | 60287 | $ 11,863.66 | 9/16/2005 | | $ 11,863.66 |
| 550028857 | 174-3397-43 | 60288 | $ 3,528.60 | 9/16/2005 | | $ 3,528.60 |
| 550028864 | 174-3397-55 | 60289 | $ 5,888.27 | 9/16/2005 | | $ 5,888.27 |
| 550028857 | 174-3397-65 | 60290 | $ 3,310.79 | 9/16/2005 | | $ 3,310.79 |
| 550028857 | 174-3397-69 | 60291 | $ 3,092.97 | 9/16/2005 | | $ 3,092.97 |
| 550028871 | 174-3397-73 | 60294 | $ 4,459.75 | 9/16/2005 | | $ 4,459.75 |
| 550028871 | 174-3397-73 | 60295 | $ 8,546.59 | 9/16/2005 | | $ 8,546.59 |
| 550028871 | 174-3394-01 | 60448 | $ 7,207.14 | 9/19/2005 | | $ 7,207.14 |
| 550028871 | 174-3396-13 | 60450 | $ 9,109.77 | 9/19/2005 | | $ 9,109.77 |
| 550028871 | 174-3396-19 | 60452 | $ 24,170.95 | 9/19/2005 | | $ 24,170.95 |
| 550028871 | 174-3396-23 | 60454 | $ 8,896.67 | 9/19/2005 | | $ 8,896.67 |
| 550028871 | 174-3396-33 | 60456 | $ 7,991.03 | 9/19/2005 | | $ 7,991.03 |
| 550028864 | 174-3396-77 | 60458 | $ 5,104.13 | 9/19/2005 | | $ 5,104.13 |
| 550028857 | 174-3397-27 | 60459 | $ 3,710.12 | 9/19/2005 | | $ 3,710.12 |
| 550028857 | 174-3397-43 | 60460 | $ 3,441.48 | 9/19/2005 | | $ 3,441.48 |
| 550028871 | 174-3396-19 | 60572 | $ 24,178.56 | 9/20/2005 | | $ 24,178.56 |
| 550028871 | 174-3396-23 | 60573 | $ 4,368.43 | 9/20/2005 | | $ 4,368.43 |
| 550028871 | 174-3396-33 | 60574 | $ 14,543.67 | 9/20/2005 | | $ 14,543.67 |
| 550028871 | 174-3396-35 | 60575 | $ 12,694.31 | 9/20/2005 | | $ 12,694.31 |
| 550028891 | 174-3397-11 | 60577 | $ 13,787.69 | 9/20/2005 | | $ 13,787.69 |
| 550028857 | 174-3397-27 | 60578 | $ 12,778.48 | 9/20/2005 | | $ 12,778.48 |
| 550038402 | 174-3397-95 | 60581 | $ 18,376.33 | 9/20/2005 | | $ 18,376.33 |
| 550028864 | 174-3391-97 | 60673 | $ 6,135.12 | 9/21/2005 | | $ 6,135.12 |
| 550028894 | 174-3392-03 | 60674 | $ 9,024.80 | 9/21/2005 | | $ 9,024.80 |
| 550028871 | 174-3396-17 | 60675 | $ 12,077.86 | 9/21/2005 | | $ 12,077.86 |
| 550028871 | 174-3396-19 | 60677 | $ 59,719.59 | 9/21/2005 | | $ 59,719.59 |
| 550028871 | 174-3396-23 | 60679 | $ 20,959.32 | 9/21/2005 | | $ 20,959.32 |
| 550028871 | 174-3396-33 | 60681 | $ 15,776.57 | 9/21/2005 | | $ 15,776.57 |
| 550028864 | 174-3396-77 | 60684 | $ 8,770.68 | 9/21/2005 | | $ 8,770.68 |
| 550028857 | 174-3397-27 | 60686 | $ 4,160.27 | 9/21/2005 | | $ 4,160.27 |
| 550038402 | 174-3397-57 | 60689 | $ 9,533.04 | 9/21/2005 | | $ 9,533.04 |
| 550028857 | 174-3397-65 | 60690 | $ 3,310.79 | 9/21/2005 | | $ 3,310.79 |
| 550028857 | 174-3397-69 | 60691 | $ 3,143.80 | 9/21/2005 | | $ 3,143.80 |
| 550028871 | 174-3397-73 | 60692 | $ 6,035.13 | 9/21/2005 | | $ 6,035.13 |
| LPS97948 | 174-3401-81 | 60693 | $ 1,386.90 | 9/21/2005 | | $ 1,386.90 |
| 550028871 | 174-3396-17 | 60782 | $ 9,642.50 | 9/22/2005 | | $ 9,642.50 |
| 550028871 | 174-3396-19 | 60783 | $ 33,607.97 | 9/22/2005 | | $ 33,607.97 |
| 550028871 | 174-3396-23 | 60785 | $ 9,505.51 | 9/22/2005 | | $ 9,505.51 |
| 550028871 | 174-3396-33 | 60786 | $ 32,146.75 | 9/22/2005 | | $ 32,146.75 |
| 550028871 | 174-3396-35 | 60788 | $ 7,572.45 | 9/22/2005 | | $ 7,572.45 |
| 550028857 | 174-3397-27 | 60792 | $ 8,349.58 | 9/22/2005 | | $ 8,349.58 |
| 550028857 | 174-3397-43 | 60793 | $ 3,637.51 | 9/22/2005 | | $ 3,637.51 |
| 550028857 | 174-3397-45 | 60794 | $ 4,341.78 | 9/22/2005 | | $ 4,341.78 |
| 550028864 | 174-3397-55 | 60795 | $ 5,786.62 | 9/22/2005 | | $ 5,786.62 |
| 550038402 | 174-3397-95 | 60796 | $ 11,522.41 | 9/22/2005 | | $ 11,522.41 |
| 550028871 | 174-3396-17 | 60950 | $ 8,904.29 | 9/23/2005 | | $ 8,904.29 |
| 550028871 | 174-3396-17 | 60952 | $ 11,370.09 | 9/23/2005 | | $ 11,370.09 |
| 550028871 | 174-3396-17 | 60951 | $ 8,927.12 | 9/23/2005 | | $ 8,927.12 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-19 | 60956 | $ 24,460.15 | 9/23/2005 | | $ 24,460.15 |
| 550028871 | 174-3396-19 | 60955 | $ 22,412.92 | 9/23/2005 | | $ 22,412.92 |
| 550028871 | 174-3396-23 | 60958 | $ 23,402.29 | 9/23/2005 | | $ 23,402.29 |
| 550028871 | 174-3396-23 | 60957 | $ 17,146.46 | 9/23/2005 | | $ 17,146.46 |
| 550028871 | 174-3396-31 | 60959 | $ 9,132.60 | 9/23/2005 | | $ 9,132.60 |
| 550028871 | 174-3396-35 | 60960 | $ 22,534.69 | 9/23/2005 | | $ 22,534.69 |
| 550028871 | 174-3396-35 | 60961 | $ 23,219.64 | 9/23/2005 | | $ 23,219.64 |
| 550028857 | 174-3397-27 | 60962 | $ 3,935.19 | 9/23/2005 | | $ 3,935.19 |
| 550028857 | 174-3397-33 | 60963 | $ 8,806.99 | 9/23/2005 | | $ 8,806.99 |
| 550028864 | 174-3397-55 | 60964 | $ 5,968.13 | 9/23/2005 | | $ 5,968.13 |
| 550028871 | 174-3397-73 | 60967 | $ 7,268.03 | 9/23/2005 | | $ 7,268.03 |
| 550028871 | 174-3397-73 | 60966 | $ 7,146.26 | 9/23/2005 | | $ 7,146.26 |
| 550028871 | 174-3400-35 | 60968 | $ 6,697.24 | 9/23/2005 | | $ 6,697.24 |
| 550028871 | 174-3396-17 | 61091 | $ 5,783.98 | 9/26/2005 | | $ 5,783.98 |
| 550028871 | 174-3396-19 | 61092 | $ 14,254.47 | 9/26/2005 | | $ 14,254.47 |
| 550028871 | 174-3396-31 | 61093 | $ 8,013.86 | 9/26/2005 | | $ 8,013.86 |
| 550028871 | 174-3396-33 | 61094 | $ 7,808.37 | 9/26/2005 | | $ 7,808.37 |
| 550028871 | 174-3396-35 | 61095 | $ 8,219.34 | 9/26/2005 | | $ 8,219.34 |
| 550028857 | 174-3397-43 | 61096 | $ 3,441.48 | 9/26/2005 | | $ 3,441.48 |
| 550028857 | 174-3397-65 | 61097 | $ 9,409.61 | 9/26/2005 | | $ 9,409.61 |
| 550028857 | 174-3397-67 | 61098 | $ 2,693.65 | 9/26/2005 | | $ 2,693.65 |
| 550038402 | 174-3397-95 | 61099 | $ 16,996.83 | 9/26/2005 | | $ 16,996.83 |
| 550028871 | 174-3396-19 | 61223 | $ 23,973.08 | 9/27/2005 | | $ 23,973.08 |
| 550028871 | 174-3396-23 | 61225 | $ 13,759.78 | 9/27/2005 | | $ 13,759.78 |
| 550028871 | 174-3396-33 | 61226 | $ 29,247.15 | 9/27/2005 | | $ 29,247.15 |
| 550028864 | 174-3396-59 | 61227 | $ 10,898.01 | 9/27/2005 | | $ 10,898.01 |
| 550028864 | 174-3396-77 | 61229 | $ 8,770.68 | 9/27/2005 | | $ 8,770.68 |
| 550028857 | 174-3397-27 | 61231 | $ 8,603.69 | 9/27/2005 | | $ 8,603.69 |
| 550028875 | 174-3404-13 | 61234 | $ 29,285.20 | 9/27/2005 | | $ 29,285.20 |
| 550028891 | 174-3388-29 | 61358 | $ 5,387.29 | 9/28/2005 | $ 5,340.23 | $ 47.06 |
| 550028857 | 174-3388-77 | 61359 | $ 3,993.28 | 9/28/2005 | $ 3,987.50 | $ 5.78 |
| 550028864 | 174-3392-01 | 61360 | $ 5,009.75 | 9/28/2005 | $ 5,002.50 | $ 7.25 |
| 550028871 | 174-3396-17 | 61361 | $ 5,783.98 | 9/28/2005 | | $ 5,783.98 |
| 550028871 | 174-3396-19 | 61362 | $ 40,411.76 | 9/28/2005 | | $ 40,411.76 |
| 550028871 | 174-3396-33 | 61363 | $ 7,755.10 | 9/28/2005 | | $ 7,755.10 |
| 550028864 | 174-3396-77 | 61364 | $ 5,082.35 | 9/28/2005 | $ 330.25 | $ 4,752.10 |
| 550028891 | 174-3397-11 | 61365 | $ 20,402.01 | 9/28/2005 | $ 2,595.24 | $ 17,806.77 |
| 550028857 | 174-3397-27 | 61366 | $ 3,797.24 | 9/28/2005 | | $ 3,797.24 |
| 550028857 | 174-3397-43 | 61367 | $ 7,245.98 | 9/28/2005 | | $ 7,245.98 |
| 550028864 | 174-3397-55 | 61368 | $ 5,576.06 | 9/28/2005 | $ 5,568.00 | $ 8.06 |
| 550038402 | 174-3395-51 | 61530 | $ 3,971.49 | 9/29/2005 | | $ 3,971.49 |
| 550028871 | 174-3396-13 | 61531 | $ 5,251.25 | 9/29/2005 | | $ 5,251.25 |
| 550028871 | 174-3396-17 | 61532 | $ 10,959.12 | 9/29/2005 | | $ 10,959.12 |
| 550028871 | 174-3396-19 | 61535 | $ 38,950.54 | 9/29/2005 | | $ 38,950.54 |
| 550028871 | 174-3396-23 | 61537 | $ 21,750.81 | 9/29/2005 | | $ 21,750.81 |
| 550028871 | 174-3396-23 | 61536 | $ 22,260.71 | 9/29/2005 | | $ 22,260.71 |
| 550028871 | 174-3396-33 | 61539 | $ 7,937.75 | 9/29/2005 | | $ 7,937.75 |
| 550028871 | 174-3396-35 | 61540 | $ 16,073.38 | 9/29/2005 | | $ 16,073.38 |
| 550028857 | 174-3397-67 | 61542 | $ 10,411.56 | 9/29/2005 | $ 5,869.65 | $ 4,541.91 |
| 550038402 | 174-3397-95 | 61543 | $ 17,221.91 | 9/29/2005 | | $ 17,221.91 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-17 | 61792 | $ 16,598.50 | 9/30/2005 | | $ 16,598.50 |
| 550028871 | 174-3396-17 | 61791 | $ 5,654.60 | 9/30/2005 | | $ 5,654.60 |
| 550028871 | 174-3396-19 | 61794 | $ 44,437.71 | 9/30/2005 | | $ 44,437.71 |
| 550028871 | 174-3396-19 | 61793 | $ 55,693.64 | 9/30/2005 | | $ 55,693.64 |
| 550028871 | 174-3396-23 | 61796 | $ 15,084.01 | 9/30/2005 | | $ 15,084.01 |
| 550028871 | 174-3396-35 | 61797 | $ 24,345.99 | 9/30/2005 | | $ 24,345.99 |
| 550028871 | 174-3396-35 | 61798 | $ 16,727.88 | 9/30/2005 | | $ 16,727.88 |
| 550028857 | 174-3397-27 | 61800 | $ 3,797.24 | 9/30/2005 | | $ 3,797.24 |
| 550028857 | 174-3397-65 | 61801 | $ 10,934.31 | 9/30/2005 | $ 1,214.08 | $ 9,720.23 |
| 550028871 | 174-3397-73 | 61802 | $ 6,103.62 | 9/30/2005 | | $ 6,103.62 |
| 550028871 | 174-3397-73 | 61803 | $ 7,275.64 | 9/30/2005 | $ 4,341.21 | $ 2,934.43 |
| 550038402 | 174-3397-95 | 61804 | $ 17,817.27 | 9/30/2005 | | $ 17,817.27 |
| 550038402 | 174-3398-01 | 61805 | $ 11,899.96 | 9/30/2005 | $ 11,631.77 | $ 268.19 |
| 550028864 | 174-3391-97 | 61964 | $ 6,077.04 | 10/3/2005 | $ 6,068.25 | $ 8.79 |
| 550028871 | 174-3396-17 | 61965 | $ 5,724.97 | 10/3/2005 | | $ 5,724.97 |
| 550028871 | 174-3396-23 | 61966 | $ 18,809.51 | 10/3/2005 | | $ 18,809.51 |
| 550028871 | 174-3396-23 | 61967 | $ 8,798.63 | 10/3/2005 | | $ 8,798.63 |
| 550028871 | 174-3396-33 | 61968 | $ 8,102.56 | 10/3/2005 | | $ 8,102.56 |
| 550028871 | 174-3396-35 | 61969 | $ 8,446.68 | 10/3/2005 | $ 1,453.30 | $ 6,993.38 |
| 550028891 | 174-3397-11 | 61970 | $ 21,083.16 | 10/3/2005 | $ 19,401.62 | $ 1,681.54 |
| 550028857 | 174-3397-27 | 61971 | $ 4,370.54 | 10/3/2005 | | $ 4,370.54 |
| 550028857 | 174-3397-43 | 61972 | $ 7,142.28 | 10/3/2005 | | $ 7,142.28 |
| 550028857 | 174-3397-69 | 61973 | $ 7,082.51 | 10/3/2005 | $ 2,818.20 | $ 4,264.31 |
| 550028871 | 174-3398-59 | 61979 | $ 11,027.61 | 10/3/2005 | $ 1,453.30 | $ 9,574.31 |
| 550028871 | 174-3398-59 | 61980 | $ 6,499.25 | 10/3/2005 | | $ 6,499.25 |
| 550028857 | 174-3398-81 | 61981 | $ 2,930.90 | 10/3/2005 | $ 2,821.50 | $ 109.40 |
| 550028871 | 174-3396-13 | 62049 | $ 5,380.85 | 10/4/2005 | $ 839.55 | $ 4,541.30 |
| 550028871 | 174-3396-17 | 62050 | $ 7,273.53 | 10/4/2005 | | $ 7,273.53 |
| 550028871 | 174-3396-19 | 62051 | $ 25,316.58 | 10/4/2005 | | $ 25,316.58 |
| 550028871 | 174-3396-23 | 62052 | $ 9,831.00 | 10/4/2005 | | $ 9,831.00 |
| 550028871 | 174-3396-23 | 62053 | $ 8,587.46 | 10/4/2005 | | $ 8,587.46 |
| 550028871 | 174-3396-33 | 62054 | $ 7,953.96 | 10/4/2005 | | $ 7,953.96 |
| 550028864 | 174-3396-59 | 62055 | $ 14,971.88 | 10/4/2005 | | $ 14,971.88 |
| 550028864 | 174-3396-73 | 62056 | $ 5,715.32 | 10/4/2005 | $ 5,546.25 | $ 169.07 |
| 550028857 | 174-3397-33 | 62057 | $ 8,857.81 | 10/4/2005 | | $ 8,857.81 |
| 550028857 | 174-3397-67 | 62058 | $ 4,303.30 | 10/4/2005 | $ 4,176.00 | $ 127.30 |
| 550028871 | 174-3398-37 | 62059 | $ 12,380.64 | 10/4/2005 | | $ 12,380.64 |
| 550028857 | 174-3399-63 | 62061 | $ 8,023.85 | 10/4/2005 | $ 7,786.50 | $ 237.35 |
| 550028871 | 174-3400-35 | 62062 | $ 7,007.62 | 10/4/2005 | $ 1,335.58 | $ 5,672.04 |
| 550028864 | 174-3394-81 | 62148 | $ 11,669.70 | 10/5/2005 | $ 11,324.50 | $ 345.20 |
| 550028871 | 174-3396-19 | 62149 | $ 25,699.81 | 10/5/2005 | | $ 25,699.81 |
| 550028871 | 174-3396-33 | 62150 | $ 16,283.32 | 10/5/2005 | | $ 16,283.32 |
| 550028864 | 174-3396-41 | 62151 | $ 14,852.35 | 10/5/2005 | $ 14,413.00 | $ 439.35 |
| 550028864 | 174-3396-77 | 62152 | $ 5,214.76 | 10/5/2005 | $ 5,060.50 | $ 154.26 |
| 550028871 | 174-3398-45 | 62156 | $ 33,020.26 | 10/5/2005 | | $ 33,020.26 |
| 550028871 | 174-3396-23 | 62243 | $ 19,341.33 | 10/6/2005 | | $ 19,341.33 |
| 550028871 | 174-3396-33 | 62244 | $ 16,111.26 | 10/6/2005 | | $ 16,111.26 |
| 550028864 | 174-3397-55 | 62247 | $ 5,849.79 | 10/6/2005 | $ 5,676.75 | $ 173.04 |
| 550038402 | 174-3397-95 | 62249 | $ 7,067.57 | 10/6/2005 | | $ 7,067.57 |
| 550028871 | 174-3398-37 | 62250 | $ 18,058.69 | 10/6/2005 | | $ 18,058.69 |

6 of 7

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC
### (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3398-37 | 62251 | $ 11,481.23 | 10/6/2005 | | $ 11,481.23 |
| 550028871 | 174-3398-45 | 62255 | $ 42,522.78 | 10/6/2005 | | $ 42,522.78 |
| 550028871 | 174-3398-45 | 62256 | $ 24,057.40 | 10/6/2005 | | $ 24,057.40 |
| 550028871 | 174-3398-59 | 62259 | $ 14,312.43 | 10/6/2005 | $ 13,908.00 | $ 404.43 |
| 550028864 | 174-3399-15 | 62260 | $ 9,891.60 | 10/6/2005 | $ 9,599.00 | $ 292.60 |
| | | | $ 3,788,825.56 | | $ 159,562.23 | $ 3,629,263.33 |

### ADJUSTMENTS AND DISCREPANCIES

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments |
|---|---|---|---|---|---|
| 550028856 | 174-3382-45 | 44543 | $ (4,860.06) | 3/30/2005 | CLAIM CREDIT 3205# |
| 550035844 | 174-3383-11 | 54924 | $ (1,354.57) | 7/20/2005 | CLAIM CREDIT 1307# |
| 550035844 | 174-3383-11 | 54923 | $ (1,555.09) | 7/20/2005 | CLAIM CREDITS 450#&1080# |
| 550028858 | 174-3384-55 | 54925 | $ (112.67) | 7/20/2005 | CLAIM CREDIT 110# |
| | | | $ (7,882.39) | | $ (7,882.39) |

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments |
|---|---|---|---|---|---|
| | - - | 00-4/12 | $ (3,635.29) | 4/12/2005 | DUPLICATE PAYMENTS PER S.TRACY -AT DELPHI |
| | - - | 00-6/2 | $ (20,157.01) | 6/2/2005 | DUPLICATE PAYMENTS PER S.TRACY -AT DELPHI |
| | | | $ (23,792.30) | | $ (23,792.30) |

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments |
|---|---|---|---|---|---|
| | - - | 1-N05916 | $ 16,285.50 | 6/17/2005 | DUPLICATE DEDUCTION TO BE PAYED BACK BY DELPHI PER S.SHAV |
| | - - | 1-N05979 | $ 29,651.94 | 8/30/2005 | RESEARCH WEIGHT ERROR-- INVOICE 41989 |
| | - - | 1-N05987 | $ 2,315.00 | 9/9/2005 | CLAIM 038208 WAITING FOR DISPUTE RESOLUTION |
| | - - | 1-N06006 | $ 2,581.09 | 10/5/2005 | CLAIM 038208 DEDUCTION -DELPHI DEBIT NOTE DATED SEPT 2005 |
| | | | $ 50,833.53 | | $ 50,833.53 |

**GRAND TOTAL** $ 3,648,422.17