# Exhibit Q

EXHIBIT G

SUPPLEMENTAL AGREEMENT

(Personal Savings Plan)

a                                   (1)                                   USWA

SUPPLEMENTAL AGREEMENT
<u>(DELPHI PERSONAL SAVINGS PLAN)</u>


On this 8~~th~~ ____ day of ~~December 1999~~, Delphi ~~Automotive Systems~~

Corporation, hereinafter referred to as the Corporation, and the United

Steelworkers of America, AFL-CIO-CLC and its Local Union No. 87,

hereinafter referred to as the Union, on behalf of the employees covered

by the Collective Bargaining Agreement of which this Agreement becomes a

part, agree as follows:


SECTION 1.    <u>Establishment of Plan</u>

Subject to the approval of its Board of Directors, which occurred on

~~December 7, 1999~~ _____, 2003, the Corporation established ~~an amended~~

Personal Savings Plan for Hourly-Rate Employees in the United States,

hereinafter referred to as the "Plan," a copy of which is attached hereto

and made a part of this Agreement to the extent applicable to the employees

represented by the Union and covered by this Agreement as if fully set out

herein, modified and supplemented, however, by the provisions hereinafter.

In the event of any conflict between the provisions of the Plan and the

provisions of this Agreement, the provisions of this Agreement will

supersede the provisions of the Plan to the extent necessary to eliminate

such conflict.


SECTION 2.    <u>Administration</u>

The Corporation shall have the responsibility for administration of the

Plan.


b-nc                              (2)                              USWA

SUPPLEMENTAL AGREEMENT
(DELPHI PERSONAL SAVINGS PLAN)

G, Sect. 2


Notwithstanding Article VI, Section 6.04 of the Plan, distribution of all

assets in the Account of a Participant who has been discharged shall be

deferred, unless the Participant otherwise elects irrevocably, pending

the final resolution of any grievance over such Participant's discharge

pursuant to the Collective Bargaining Agreement.


SECTION 3.   Non-Applicability of Collective
             Bargaining Agreement Grievance Procedure

No matter respecting the Plan as supplemented by this Agreement or any

difference arising thereunder shall be subject to the grievance procedure

established in the Collective Bargaining Agreement between the

Corporation and the Union.


SECTION 4.   Governmental Rulings

The Plan and the Plan as it may be supplemented by superseding provisions

of this Agreement are contingent upon and subject to the Corporation

obtaining and retaining from the Internal Revenue Service a ruling,

satisfactory to the Corporation, holding that the Plan meets the

requirements of Section 401 of the Code, or any section of the Code which

amends, supersedes, or supplements said section, and that any trust

forming a part of the Plan is exempt from income taxation under

Section 501(a) of the Code or any section of the Code which amends,

supersedes, or supplements said section.  In the event the


a                              (3)                              USWA

SUPPLEMENTAL AGREEMENT
(DELPHI PERSONAL SAVINGS PLAN)

G, Sect. 4


above ruling is not obtained, the Corporation, within 30 days after any

such disapproval, will give written notice thereof to the Union.


Notwithstanding any other provisions of this Agreement or the Plan, the

Corporation, with the consent of the President of the Local Union No. 87 of

the Union, may, during the term of this Agreement, make revisions in the

Plan not inconsistent with the purposes, structure, and basic provisions

thereof which shall be necessary to obtain or retain the ruling referred to

in this Section 4.  Any such revisions shall adhere as closely as possible

to the language and intent of provisions outlined in this Agreement and the

Plan.


SECTION 5.  Duration of Agreement

This Agreement and Plan as supplemented by this Agreement shall continue

in effect until otherwise agreed to by the Corporation and the Union.


a                                    (4)                                    USWA

SUPPLEMENTAL AGREEMENT
(DELPHI PERSONAL SAVINGS PLAN)

G, Sect. 5


In witness hereof, the parties hereto have caused this Agreement to be
executed the day and year first above written.



_____Local Union No. 87_____          Delphi ~~Automotive~~
                                                      ~~Systems~~ Corporation

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____

_____          _____


_____United Steelworkers of_____
_____America, AFL-CIO/CLC_____

_____

_____


a-nc                              (5)                              USWA

EXHIBIT G-1

THE DELPHI PERSONAL

SAVINGS PLAN FOR HOURLY-RATE

EMPLOYEES IN THE UNITED STATES

a

THE DELPHI ~~AUTOMOTIVE SYSTEMS~~ CORPORATION PERSONAL SAVINGS PLAN
FOR HOURLY-RATE EMPLOYEES IN THE UNITED STATES

ARTICLE I

ESTABLISHMENT OF PERSONAL SAVINGS PLAN


1.01   Establishment of Plan

Delphi ~~Automotive Systems~~ Corporation hereby establishes The Delphi
Personal Savings Plan for Hourly-Rate Employees in the United States
(hereinafter referred to as the Plan), as set forth herein.


1.02   Effective Date of Amended Plan

The amended Plan shall become effective January 1, ~~2000~~2004, except
as otherwise may be provided herein.


1.03   Governmental Rulings

This Plan is conditioned upon approval by the Internal Revenue
Service in accordance with Sections 401 and 501(a) of the Code, or
any section of the Code which amends, supersedes, or supplements
said sections.


b-nc                                    - 2 -

PERSONAL SAVINGS PLAN


ARTICLE II

DEFINITION OF TERMS


The following definitions will apply to all words and phrases capitalized in the text which follows.


2.01   "Account"

Account means the assets credited to a Participant in the trust fund established under the Plan.


2.02   "Administrator"

Administrator means Delphi ~~Automotive Systems~~ Corporation.


2.03   "After-Tax Assets"

After-Tax Assets means the units of the GM Common Stock Fund, EDS Common Stock Fund, GM Class H Common Stock Fund, ~~Income Fund~~, ~~Equity Index Fund, Balanced Fund,~~ Delphi Common Stock Fund, Raytheon Company ~~Class A~~ Common Stock Fund, Promark Funds, Socially Oriented Funds, and shares of the Mutual Funds purchased with After-Tax Savings and dividends and earnings thereon.


2.04   "After-Tax Savings"

After-Tax Savings means amounts contributed to the trust fund by the Corporation as elected by a Participant in accordance with Section 5.01.

b-nc                          - 3 -

<u>PERSONAL SAVINGS PLAN</u>

2.05    "Business Day"

Business Day means a day the New York Stock Exchange is open for business<u>, except in the event of the occurrence on any day of government restrictions, exchange or market rulings, suspensions of trading, acts of civil or military authority, national emergencies, fires, earthquakes, floods or other catastrophes, acts of God, wars, riots or failures of communication or power supply, or other circumstances beyond the reasonable control of the Trustee, the Trustee shall determine in its discretion the extent to which such day shall constitute a Business Day for any purpose of the Plan</u>.  If the New York Stock Exchange is closed as a result of a holiday, weekend, or at the end of a Business Day, normally 4:00 p.m. Eastern Time, then the Effective Date will be the next following Business Day.

2.06    "Code"

The term "Code" means the Internal Revenue Code of 1986, as amended.

2.07    "Compensation"

Compensation means the total amount paid by the Corporation to the Employee with respect to hourly-rate employment during any Plan Year as evidenced by Internal Revenue Service Form W-2 or its equivalent, plus amounts not currently includable in income by reason of Sections 125<u>, 132(f)(4) (effective January 1, 2001),</u> and/or 402(e)(3) of the Code.

2.08    "Corporation"

Corporation means Delphi ~~Automotive Systems~~ Corporation.

b-nc                                    - 4 -

<u>PERSONAL SAVINGS PLAN</u>

2.09    <u>"Corporation Stock"</u>

Corporation Stock means Delphi Common Stock, issued by Delphi
~~Automotive Systems~~ Corporation with voting power and dividend rights
no less favorable than the voting power and dividend rights of other
common stock issued by the Corporation.

2.10    <u>"GM Common Stock Funds"</u>

* **GM Common Stock Fund** - The term "GM Common Stock Fund" shall mean
  the investment option consisting principally of common stock, $1-
  2/3 par value, issued by General Motors Corporation. A portion of
  the GM Common Stock Fund may be invested in short-term fixed
  income investments and money market instruments.

* **GM Class H Common Stock Fund** - The term "GM Class H Common Stock
  Fund" shall mean the investment option consisting principally of
  General Motors Class H common stock, $0.10 par value, issued by
  General Motors Corporation.  A portion of the GM Class H Common
  Stock Fund may be invested in short-term fixed income investments
  and money market instruments.

a-nc                            - 5 -

PERSONAL SAVINGS PLAN

Art. II, 2.10

2.11     "Current Market Value"

Current Market Value means

(a)   for GM Common Stock Fund, EDS Common Stock Fund, GM Class H
Common Stock Fund, ~~Income Fund, Equity Index Fund, Balanced
Fund~~, Delphi Common Stock Fund, Raytheon Company ~~Class A~~ Common
Stock Fund, and the Promark Funds, the fair market value of the
units reported by the ~~Trustee~~ respective fund,

(b)   for assets attributable to the Mutual Funds, the fair market
value of the units reported by the Mutual Fund company~~,~~. and

(c)   for assets attributable to the Socially Oriented Funds, the
fair market value of the units reported by the companies
representing such Funds.

2.12   "Date of Valuation"

Date of Valuation means the end of a Business Day, normally
4:00 p.m. Eastern Time, that a Participant initiates an investment
option election, withdrawal, transfer of assets, settlement upon
termination of employment, or loan, and such date shall be the
Effective Date of Investment Option Election, Effective Date of
Withdrawal, Effective Date of Transfer of Assets, Effective Date of
Termination, or Effective Date of Loan, whichever applies.

b                              - 6 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.13

2.13    <u>"Deferred Assets"</u>

Deferred Assets means the units of the GM Common Stock Fund, EDS
Common Stock Fund, GM Class H Common Stock Fund, ~~Income Fund, Equity
Index Fund, Balanced Fund,~~ Delphi Common Stock Fund, Raytheon Company
~~Class A~~ Common Stock Fund, Promark Funds, Socially Oriented Funds(s),
and shares of the Mutual Funds purchased with Deferred Savings and
dividends and earnings thereon.

2.14    <u>"Deferred Savings"</u>

Deferred Savings means amounts contributed to the trust fund by the
Corporation as elected by a Participant in accordance with
Sections 4.01 and 4.02.

2.15    <u>"Delphi Common Stock Fund"</u>

"Delphi Common Stock Fund" means the investment consists principally
of Delphi ~~Automotive Systems~~ Corporation (Delphi) Common Stock.  A
portion of the Delphi Common Stock Fund may be invested in short-
term fixed income investments and money market instruments.

b-nc                          - 7 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.16

2.16  "Distributee"

        Distributee means an Employee or former Employee of the Corporation

        to whom assets are to be distributed.  Additionally, the surviving

        spouse of the Employee or former Employee or alternate payee to whom

        assets are to be distributed under a Qualified Domestic Relations

        Order, as defined in Section 414(p) of the Code, are Distributees

        with regard to their interest.

2.17  "EDS Common Stock Fund"

        EDS Common Stock Fund means the investment which consists

        principally of Electronic Data Systems Corporation (EDS) common

        stock, $0.~~1~~001 par value.  A portion of the EDS Common Stock Fund

        may be invested in short-term fixed income investments and money

        market instruments.

2.18  "Effective Date of Investment Option Election"

        Effective Date of Investment Option Election means the Business Day

        on which appropriate direction to the Trustee is received by the

        party designated by the Administrator for an investment option

        change.

2.19  "Effective Date of Loan"

        Effective Date of Loan means the Business Day on which appropriate

        direction to the Trustee is received by the party designated by the

        Administrator for a loan.

b                                      - 8 -

PERSONAL SAVINGS PLAN

Art. II, 2.20                                        .

2.20   "Effective Date of Termination"

Effective Date of Termination means the Business Day on which

termination of employment with the Corporation occurs.


2.21   "Effective Date of Transfer of Assets"

Effective Date of Transfer of Assets means the Business Day on which

appropriate direction to the Trustee is received by the party

designated by the Administrator for a transfer of assets.


2.22   "Effective Date of Withdrawal"

Effective Date of Withdrawal means the Business Day on which

appropriate direction to the Trustee is received by the party

designated by the Administrator for a withdrawal.


2.23   "Eligible Rollover Distribution"

Eligible Rollover Distribution means any distribution consisting of

all or any portion of the Account of the Distributee, except that an

Eligible Rollover Distribution does not include:


(i)   any distribution to the extent such distribution is required

       under Section 401(a)(9) of the Code;


(ii)  the portion of any distribution that is not includable in gross

       income;


a                              - 9 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.23 (iii)

    (iii)    substantially equal installment payments that are payable for ten or more years; and

    (iv)    any distribution due to Financial Hardship as defined under Article II, Section 2.~~26~~28.

2.24  <u>"Eligible Weekly Earnings"</u>

Eligible Weekly Earnings means base pay plus any Cost-of-Living Allowance received by a Participant from the Corporation with respect to hourly-rate employment during a calendar week and any Performance Bonus Payment (as defined in the Collective Bargaining Agreement) made to a Participant during the Plan Year. The term Eligible Weekly Earnings shall include any pay received for overtime hours, night shift, seven-day premiums, and suggestion awards. Eligible Weekly Earnings shall not include any other special payments, fees, or allowances, and in no event may exceed $~~150,000~~205,000 per year <u>effective January 1, 2004,</u> (or as may be adjusted by the Secretary of the Treasury of the United States).

2.25  <u>"Employee"</u>

Employee means

    (a)    any person regularly employed in the United States by the Corporation <u>or by a wholly-owned or substantially wholly-owed domestic subsidiary in accordance with I.R.C. Section 414(b), (c), and (m) thereof,</u> on an hourly-rate basis, including:

b          - 10 -

PERSONAL SAVINGS PLAN

Art. II, 2.25(a)(1)

    (1)  hourly-rate persons employed on a full-time basis; and

    (2)  part-time hourly-rate employees.

(b)  the term Employee shall not include employees of any directly or indirectly wholly-owned or substantially wholly-owned subsidiary of the Corporation ~~acquired or formed by the Corporation on or after January 1, 1984~~, except as approved for employees of Delco Electronics Corporation, or as otherwise approved by the Delphi Board of Directors.

(c)  the term "Employee" shall not include employees represented by a labor organization which has not signed an agreement making the Plan applicable to such employees.

(d)  the term "Employee" shall not include Leased Employees as defined under Article II, Section 2.~~28~~30.

b

- 11 -

PLUS 11A - 11C

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.25(e)

<u>(e)</u>   <u>the term "Employee" shall not include contract employees,</u>
<u>bundled-services employees, consultants, or similarly situated</u>
<u>individuals, or individuals who have represented themselves to</u>
<u>be independent contractors.</u>

<u>(f)</u>   <u>the following classes of individuals are ineligible to</u>
<u>participate in this Plan, regardless of any other Plan terms</u>
<u>to the contrary, and regardless of whether the individual is a</u>
<u>common-law employee of the Corporation:</u>

<u>(i)</u>   <u>any individual who provides services to the Corporation</u>
<u>where there is an agreement with a separate company under</u>
<u>which the services are provided.  Such individuals are</u>
<u>commonly referred to by the Corporation as "contract</u>
<u>employees" or "bundled-services employees";</u>

<u>(ii)</u>  <u>any individual who has signed an independent contractor</u>
<u>agreement, consulting agreement, or other similar</u>
<u>personal service contract with the Corporation;</u>

a                          - 11A -          PLUS 11B - 11C

PERSONAL SAVINGS PLAN

Art. II, 2.25(f)(iii)

(iii) any individual who both (a) is not included in any represented bargaining unit and (b) who the Corporation classifies as an independent contractor, consultant, contract employee, or bundled-services employee during the period the individual is so classified by the Corporation.

The purpose of this provision is to exclude from participation all persons who may actually be common-law employees of the Corporation, but who are not paid as though they were employees of the Corporation, regardless of the reason they are excluded from the payroll, and regardless of whether that exclusion is correct.

2.26 "Excess Contributions"

The term Excess Contributions means the excess of:

(a) the aggregate amount of Deferred Savings actually taken into account in computing the limitations for Highly Compensated Employees under Section 4.04(a), over

(b) the maximum amount of Deferred Savings permitted under the limitations of Section 4.04(a) (determined by hypothetically reducing the Deferred Savings made on behalf of Highly Compensated Employees in the order of the ratios under Section 4.04(b), beginning with the highest of such ratios).

a

PERSONAL SAVINGS PLAN

Art. II, 2.27

2.27  "Excess Aggregate Contributions"

The term Excess Aggregate Contributions means the excess of:

(a)   the aggregate amount of After-Tax Savings actually taken into account in computing the limitations for Highly Compensated Employees under Section 5.03(a), over

(b)   the maximum amount of After-Tax Savings permitted under the limitations of Section 5.03(a) (determined by hypothetically reducing the After-Tax Savings made on behalf of Highly Compensated Employees in the order of the ratios under Section 5.03(b), beginning with the highest of such ratios).

a

- 11C -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.28

2.2<u>68</u>  "Financial Hardship"

    Financial Hardship means a reason given by a Participant when
applying for a withdrawal before age 59-1/2 which indicates the
withdrawal is (1) necessary to meet immediate and heavy financial
needs of the Participant, (2) for an amount required to meet the
immediate financial need created by the hardship, and (3) for an
amount that is not reasonably available from other resources of the
Participant.  The amount of such withdrawal may be increased to
include any amounts necessary to pay reasonably anticipated income
taxes and penalties resulting from the early withdrawal. The reason
must be permitted under existing Internal Revenue Service
regulations and rulings and must be acceptable to the Named
Fiduciary or its delegate for one of the following reasons:

(a)    purchase or construction of the Participant's principal
    residence;

b

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.28(b)

    (b)    payment of expenses to prevent foreclosure on the Participant's principal residence or to prevent eviction from the Participant's principal residence;

    (c)    payment of tuition for the next 12 months of post-secondary education for a Participant, a Participant's spouse, or a Participant's dependent;

    (d)    payment of medical expenses previously incurred or necessary to obtain medical care for a Participant, a Participant's spouse, or a Participant's dependent; or

    (e)    any other reason acceptable under published Internal Revenue Service regulations and rulings.

## 2.2~~7~~9 "Highly Compensated Employees"

For purposes of this Plan, the term Highly Compensated Employees means Highly Compensated active Employees and Highly Compensated former Employees.  For purposes of this Section, the determination year shall be the calendar year, and the look-back year shall be the 12-month period immediately preceding the determination year.  A Highly Compensated active Employee includes any Employee who performs service for the Corporation during the determination year and who, during the look-back year:

b

PERSONAL SAVINGS PLAN

Art. II, 2.29

    (a) (1)  received compensation from the Corporation in excess of
$80,000.00 (as adjusted under the Code) ~~and, if the
Corporation elects, was a member of the top-paid group (top
20% ranked on the basis of compensation)~~ for such year, or

    (2)  was a 5% owner of the Corporation at any time during the
year or the preceding year.

    (b) A Highly Compensated former Employee includes any Employee who
separated from service prior to the determination year, performs
no service for the Corporation during the determination year,
and was a Highly Compensated active Employee for either the
separation year or any determination year ending on or after the
Employee's 55th birthday.

    (c) The determination of who is a Highly Compensated Employee,
including the determinations of the number and identity of
Employees in the top-paid group, will be made in accordance with
Section 414(q) of the Code and regulations thereunder.

b

- 14 -

PERSONAL SAVINGS PLAN

Art. II, 2.29 (c)


2.~~28~~30 "Leased Employees"

     Leased Employee means any person who, pursuant to an agreement

between the Corporation and any leasing organization, has performed

services for the Corporation on a substantially full-time basis for

a period of at least one year, and such services are performed under

the primary direction or control of the Corporation.  Contributions

or benefits provided a Leased Employee by the leasing organization

which are attributable to services performed for the Corporation

shall be treated as provided by the Corporation.  A Leased Employee

shall not be considered an employee of the Corporation if such

employee is covered by the safe harbor requirements of

Section 414(n)(5) of the Code.


2.~~29~~31 "Named Fiduciary"

     Named Fiduciary means the Executive Committee of the Board of

Directors of Delphi ~~Automotive Systems~~ Corporation except as set

forth in Sections 8.07 and 10.01.


b-nc             - 15 -

PERSONAL SAVINGS PLAN

Art. II, 2.32

2.3~~02~~2 "Normal Retirement Age"

Normal Retirement Age means the attainment of age 65 by the
Participant.

2.3~~13~~3 "Participant"

Participant means an Employee, or former Employee, who has an
Account under this Plan.

2.3~~24~~4 "Plan"

Plan means The ~~General Motors~~ Delphi Personal Savings Plan for
Hourly-Rate Employees in the United States.

2.3~~35~~5 "Plan Year"

Plan Year means the 12-month period beginning on January 1 and
ending on December 31.

2.3~~46~~6 "Prime Rate"

Prime Rate means the interest rate reported as the "Prime Rate" in
the Eastern Edition of the *Wall Street Journal* in its general guide
to money rates.

2.3~~57~~7 "Raytheon Company ~~Class A~~ Common Stock Fund"

Raytheon Company ~~Class A~~ Common Stock Fund means the investment
which consists principally of Raytheon Company common stock.  A

b
- 16 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.37

portion of the Raytheon Company ~~Class A~~ Common Stock Fund may be
invested in short-term fixed income investments and money market
instruments.

2.3~~6~~8 "Seniority"

Seniority as used in the Plan means the Employee must complete 90
days of employment with the Corporation.

2.3~~7~~9 "Total and Permanent Disability"

Total and Permanent Disability means the Employee is currently
eligible for a benefit under The ~~General Motors~~ Delphi Hourly-Rate
Employees Pension Plan because of total and permanent disability or
would be eligible for such a benefit except the Employee does not
have ten years of credited service.

2.~~38~~40 "Trustee"

Trustee means the outside organization or organizations appointed by
the Named Fiduciary, or its delegate, to hold, invest, and
distribute the assets of the Plan.

b

PERSONAL SAVINGS PLAN


ARTICLE III

ELIGIBILITY


3.01   Eligibility

An Employee is eligible to participate and accumulate savings under
the Plan on the first day of the first pay period next following the
attainment of Seniority.


A previously eligible Employee who resumes active employment
following a termination of employment will be eligible to
participate immediately.

a                                    - 18 -

PERSONAL SAVINGS PLAN

ARTICLE IV

CASH OR DEFERRED ARRANGEMENT

4.01   Cash or Deferred Arrangement

   (a)   In lieu of receipt of Eligible Weekly Earnings to which an
         Employee is entitled, such Employee may elect, by providing
         appropriate direction to the party designated by the
         Administrator, to have the Corporation contribute to the Plan,
         on a weekly basis, an equivalent amount in accordance with this
         qualified cash or deferred arrangement as provided for under
         Section 401(k) of the Code.   Such contributions must be whole
         percentages of the Employee's Eligible Weekly Earnings and may
         not be at a rate of less than 1% nor more than 2560% of the
         Employee's Eligible Weekly Earnings.

         In addition to the contributions described above, an Employee
         age 50 or over, or an Employee that will attain age 50 by the
         end of the year, may elect to have the Corporation contribute
         to the Employee's Account "catch-up" contributions as permitted
         by Federal law.   Such contributions may not be at a rate of
         less than 1% nor more than 40% of the Employee's Eligible
         Weekly Earnings.   Catch-up contributions may only be permitted
         by an Employee once a limitation is imposed pursuant to this
         Section or Sections 4.04, 8.04 and 8.05 of the Plan.

b                          - 19 -              PLUS 19A

<u>PERSONAL SAVINGS PLAN</u>

Art. IV, 4.01(a)

~~Such c~~Contributions <u>referenced in this subsection</u> shall be allocated to the Employee's Account and shall be vested immediately.  The Employee's Compensation shall be reduced by the full amount of any such Corporation contribution.

The Employee may elect, by providing appropriate direction to the party designated by the Administrator, to change the amount of such Corporation contributions or to have such contributions suspended at any time.

(b) Any change in the rate of payroll deduction authorized by an Employee in accordance with subsection (a) of this

a                          - 19A -

PERSONAL SAVINGS PLAN

Art. IV, 4.01(b)

Section 4.01 will become effective not later than the first day
of the second pay period next following the date on which such
authorization is received by the party designated by the
Administrator.

(c)    In addition to the contributions as provided for in
subsection (a) of this Section 4.01, an Employee eligible to
receive a payment from The Delphi Profit Sharing Plan for
Hourly-Rate Employees in the United States may elect to have
the Corporation contribute to the Employee's Account as
Deferred Savings an amount up to 100%, in multiples of 1%, of
the amount of such payment, provided such Employee has not
terminated employment prior to such contribution.  Such
election shall be made at such time and in such manner as the
Administrator shall determine and will remain continuously in
effect until changed by the Employee.  If appropriate direction
is not received by the party designated by the Administrator
from an Employee on or before the date established by the
Administrator for submission of such election with respect to a
payment, such amount shall be paid to the Employee.

(d)    The Corporation may limit the amount of contributions to the
trust pursuant to subsections (a) and (c) of this

a

- 20 -

PERSONAL SAVINGS PLAN

Art. IV, 4.01(d)

Section 4.01 if necessary to comply with Sections 4.04, 8.04, and 8.05 of the Plan.

4.02    Transfer of Assets to or Receipt
of Assets from Other Qualified Plans

The Administrator may direct the Trustee to accept all of an Employee's funds transferred from a similar qualified plan, and may direct the Trustee to transfer all of a Participant's funds to a similar qualified plan, provided such other qualified plan (1) is maintained by an employer which is a member of a controlled group of corporations of which the Employee's current employer is a member, and (2) permits such transfers, or (3) is a plan maintained by General Motors Corporation as part of an applicable GM collective bargaining agreement.  Any funds so transferred shall be accompanied by instructions from the Trustee setting forth the Employee for whose benefit such assets are being transferred, and identifying the source of such accumulated funds.  Funds transferred from other plans which otherwise would be subject to federal income taxation will be designated as Deferred Savings.

Notwithstanding the foregoing, the Plan may not receive a transfer from another qualified plan if such other plan provides, or at any time had provided, benefits through alternative forms of distribution, including annuities, which are not available under this Plan.

a                                     - 21 -

PERSONAL SAVINGS PLAN

Art. IV, 4.03

4.03   Rollovers

(a)   An Employee may make a rollover contribution, as permitted under Section 402(c) of the Code, into an option or options selected by such Employee in an amount not exceeding the total amount of taxable and/or nontaxable proceeds distributed by ~~a similar qualified~~ another eligible retirement plan ~~maintained by a former employer~~. An eligible retirement plan shall be determined under Section 402(c)(8)(B). Additionally, cash proceeds received under a Qualified Domestic Relations Order from an eligible retirement plan as described above may be rolled over to the Plan. The rollover contribution must be made by the Employee (a) within 60 days following the receipt of such distribution of taxable proceeds, ~~from the former employer's plan,~~ or (b) as a direct trustee-to-trustee transfer from the former employer's plan as permitted under Section 401(a)(31) of the Code.

~~Notwithstanding the foregoing, the Plan may not receive a transfer from another qualified plan if such other plan provides, or at any time had provided, benefits through alternative forms of distribution, including annuities, which are not available under this Plan.~~

b                                  - 22 -

PERSONAL SAVINGS PLAN

Art. IV, 4.03(b)

(b)   An Employee who receives an Eligible Rollover Distribution may elect to have the Trustee transfer directly to an IRA of the Employee, or to another employer's plan in which the Employee is a participant, all or part of the assets included in the distribution, including Company stock.  The Employee shall designate the IRA or other employer's plan to which assets are to be transferred, and the transfer shall be made subject to acceptance by the transferee plan or IRA. Any such direct transfer shall be subject to Section 401 (a)(31) of the Code.

4.04   <u>Cash or Deferred Arrangement Limitation</u>

(a)   The Deferred Savings percentage by the eligible Highly Compensated Employees under the Plan for a Plan Year must meet one of the following tests using the current year testing method:

(i)   The actual Deferred Savings percentage of the eligible Highly Compensated Employees is not more than 1.25 times the actual Deferred Savings percentage of all other eligible Employees; or

a

- 23 -

PERSONAL SAVINGS PLAN

Art. IV, 4.04(a)(ii)

    (ii)   The actual Deferred Savings percentage of the eligible Highly Compensated Employees is not more than two percentage points more than the actual Deferred Savings percentage for all other eligible Employees and is not more than 2.0 times (or, such lesser amount as the Secretary of the Treasury shall prescribe) the actual Deferred Savings percentage of all other eligible Employees.

  (b)   The actual Deferred Savings percentage for the eligible Highly Compensated Employees and all other eligible Employees for a Plan Year is the average of the ratios (calculated separately for each eligible Employee) of the:

    (i)   Amount of Deferred Savings actually paid over to the Plan trust not later than two and one-half months after the Plan Year on behalf of such eligible Employee for the Plan Year to:

    (ii)  The eligible Employee's Compensation for such Plan Year.

a                - 24 -

PERSONAL SAVINGS PLAN

Art. IV, 4.04(c)

    (c)   The amount of Deferred Savings for a Highly Compensated Employee that exceeds the percentage limitations of subsection (a) of this Section 4.04 shall be distributed to the Participant no later than two and one-half months following the end of the Plan Year.  The amount of any such distribution shall be determined under a reasonable method selected by the Administrator under applicable tax regulations and will include any earnings attributable to the excess Deferred Savings.

   (d)   Special Rules

      (i)   In the event that this Plan satisfies the requirements of Sections 401(k), 401(a)(4), or 410(b) of the Code only if aggregated with one or more other plans, or if one or more other plans satisfy the requirements of such sections of the Code only if aggregated with this Plan, then this Section 4.04 shall be applied by determining the actual Deferred Savings percentage of eligible Employees as if all such plans were a single plan.

a

- 25 -

<u>PERSONAL SAVINGS PLAN</u>

Art. IV, 4.04(d)(ii)

      (ii)  The actual Deferred Savings percentage for any Participant who is a Highly Compensated Employee for the Plan Year, and who is eligible to participate in two or more arrangements described in Section 401(k) of the Code that are maintained by the Corporation, shall be determined by treating all such plans as a single plan.  Notwithstanding the foregoing, certain plans shall be treated as separate if mandatorily disaggregated under regulations under Section 401(k) of the Code.

      ~~(iii)  In the event the limits of Section 4.04 are exceeded, then the actual Deferral Savings percentage of Highly Compensated Employees will be reduced (beginning with such Highly Compensated Employee whose contributions are the highest) until the limits are not exceeded.  The amount by which each Highly Compensated Employee's Deferred Savings is reduced shall be treated as an excess contribution. The actual Deferred Savings percentage of the Highly Compensated Employees is determined after any corrections are made.  Excess contributions shall be treated as Annual Additions.~~

b

- 26 -

PLUS 26A

PERSONAL SAVINGS PLAN

Art. IV, 4.04(d)(ii)

Notwithstanding any other provision of the Plan, Excess
Contributions, plus any income and minus any loss
allocable thereto, shall be distributed no later than the
last day of the following Plan Year to Employees to whose
accounts such Excess Contributions were allocated. Excess
Contributions are allocated to the Highly Compensated
Employees with the largest amounts of Deferred Savings
taken into account for the year in which the excess
arose, beginning with such Employee with the largest
amount of such Savings and continuing in descending order
until all the Excess Contributions have been allocated.
For purposes of the preceding sentence, the "largest
amount" is determined after distribution of any Excess
Contributions.

a                                   - 26A -

PERSONAL SAVINGS PLAN

ARTICLE V

AFTER-TAX SAVINGS

5.01  After-Tax Savings

    (a)   In lieu of all or part of the contributions an Employee may authorize in accordance with Section 4.01, an Employee may elect to contribute an equivalent amount to the Plan on an after-tax basis.  Such contributions shall be allocated to the Employee's Account and shall be vested immediately.

    The Employee may elect, by providing appropriate direction to the party designated by the Administrator, to change the amount of such contributions or to have such contributions suspended at any time.

    (b)   Any change in the rate of payroll deduction authorized by an Employee in accordance with subsection (a) of this Section 5.01 will become effective not later than the first day of the second pay period next following the date on which such authorization is received by the party designated by the Administrator.

    (c)   The Corporation may limit the amount of contributions to the trust pursuant to subsection (a) of this Section 5.01 if necessary to comply with Sections 5.03, 5.05, and 8.04 of the Plan.

a
            - 27 -

PERSONAL SAVINGS PLAN

Art. V, 5.02

5.02   Transfer of Assets to or Receipt
of Assets from Other Qualified Plans

The Administrator may direct the Trustee to accept all of an
Employee's funds transferred from a similar qualified plan, and may
direct the Trustee to transfer all of a Participant's funds to a
similar qualified plan, provided such other qualified plan (1) is
maintained by an employer which is a member of a controlled group of
corporations of which the Employee's current employer is a member,
and (2) permits such transfers, or (3) is a plan maintained by
General Motors Corporation as part of an applicable GM collective
bargaining agreement.  Any funds so transferred shall be accompanied
by instructions from the Trustee setting forth the Employee for
whose benefit such assets are being transferred, and identifying the
source of such accumulated funds.  Funds transferred from other
plans which otherwise would not be subject to federal income
taxation will be designated as After-Tax Savings.

Notwithstanding the foregoing, the Plan may not receive a transfer
from another qualified plan if such other plan provides, or at any
time had provided, benefits through alternative forms of
distribution, including annuities, which are not available under
this Plan.

a

- 28 -

PERSONAL SAVINGS PLAN

Art. V, 5.03

5.03   Anti-Tax Contribution Limitation

5.03   After-Tax Contribution Limitation

(a)   The After-Tax Savings percentage by the eligible Highly
      Compensated Employees under the Plan for a Plan Year must meet
      one of the following tests using the current year testing
      method:

      (i)   The actual After-Tax Savings percentage of the eligible
            Highly Compensated Employees is not more than 1.25 times
            the actual After-Tax Savings percentage of all other
            eligible Employees; or

      (ii)  The actual After-Tax Savings percentage of the eligible
            Highly Compensated Employees is not more than two
            percentage points more than the actual After-Tax Savings
            percentage for all other eligible Employees and is not more
            than 2.0 times (or, such lesser amount as the Secretary of
            the Treasury shall prescribe) the actual After-Tax Savings
            percentage of all other eligible Employees.

(b)   The actual After-Tax Savings percentage for the eligible Highly
      Compensated Employees and all other eligible Employees for a
      Plan Year is the average of the ratios (calculated separately
      for each eligible Employee) of the:

a                          - 29 -

PERSONAL SAVINGS PLAN

Art. V, 5.03(b)(i)

      (i)  Amount of After-Tax Savings actually paid over to the Plan trust on behalf of such eligible Employee for the Plan Year to:

      (ii)  The eligible Employee's Compensation for such Plan Year.

    (c)  The amount of After-Tax Savings for a Highly Compensated Employee that exceeds the percentage limitations of subsection (a) of this Section 5.03 shall be distributed to the Participant no later than two and one-half months following the end of the Plan Year.  The amount of any such distribution shall be determined under a reasonable method selected by the Administrator under applicable tax regulations and will include any earnings attributable to the excess After-Tax Savings.

5.04  Special Rules

    (a)  In the event that this after-tax portion of the Plan satisfies the requirements of Sections 401(m), 401(a)(4), or 410(b) of the Code only if aggregated with one or more other plans, or if one or more other plans satisfy the requirements of such sections of the Code only if aggregated with this after-tax portion of the Plan, then Section 5.02 shall be applied by determining the actual After-Tax Savings percentage of eligible Employees as if all such plans were a single plan.

a               - 30 -

PERSONAL SAVINGS PLAN

Art. V, 5.04(b)

   (b)   The actual After-Tax Savings percentage for any Participant who
is a Highly Compensated Employee for the Plan Year, and who is
eligible to participate in two or more arrangements described
in Section 401(m) of the Code that are maintained by the
Corporation, shall be determined by treating all such plans as
a single plan.  Notwithstanding the foregoing, certain plans
shall be treated as separate if mandatorily disaggregated under
regulations under Section 401(m) of the Code.

   (c)   ~~In the event the limits of Section 5.03 are exceeded, then the
actual After-Tax Savings percentage of Highly Compensated
Employees will be reduced (beginning with such Highly
Compensated Employee whose contributions are the highest) until
the limits are not exceeded.  The amount by which each Highly
Compensated Employee's After-Tax Savings is reduced shall be
treated as an excess aggregate contribution.  The actual After-
Tax Savings percentage of the Highly Compensated Employees is
determined after any corrections are made.  Excess aggregate
contributions shall be treated as Annual Additions.~~
Notwithstanding any other provision of the Plan, Excess
Aggregate Contributions, plus any income and minus any loss
allocable thereto, shall be distributed no later than the last
day of the following Plan Year to Employees to whose accounts
such Excess Aggregate Contributions were allocated. Excess

b                              - 31 -                        PLUS 31A

PERSONAL SAVINGS PLAN

Art. V, 5.04(c)

Aggregate Contributions are allocated to the Highly
Compensated Employees with the largest amounts of After-Tax
Savings taken into account for the year in which the excess
arose, beginning with such Employee with the largest amount of
such Savings and continuing in descending order until all the
Excess Aggregate Contribution have been allocated. For
purposes of the preceding sentence, the "largest amount" is
determined after distribution of any Excess Aggregate
Contributions.

5.05   ~~Limitation on Multiple Use~~
~~The following provisions apply to prevent the multiple use of the~~
~~limits set forth in subsections 4.04(a)(ii) and 5.03(a)(ii).  To~~
~~determine if multiple use exists, the Administrator shall calculate~~
~~the greater of:~~

~~(a)   125% of the greater of the actual Deferred Savings percentage~~
~~or the actual After-Tax Savings percentage for the non-Highly~~
~~Compensated Employee (non-HCE) group; plus~~

~~(b)   the lesser of:~~

~~(i)   Two percentage points plus the lesser of the actual~~
~~Deferred Savings percentage or the actual After-Tax Savings~~
~~percentage of the non-HCE group; or~~

a                           - 31A -

PERSONAL SAVINGS PLAN

Art. V, 5.05(b)(ii)

~~(ii)  200% of the lesser of the actual Deferred Savings~~
~~percentage or the actual After-Tax Savings percentage of~~
~~the non-HCE group.~~

~~or~~

~~(c)  Subparagraphs (a) and (b) above where "lesser" is substituted~~
~~for "greater" and "greater" is substituted for "lesser."~~

~~If this amount is less than the sum of the Actual Deferred~~
~~Savings percentage plus the Actual After-Tax Savings percentage~~
~~of the Highly Compensated Employee group, then multiple use~~
~~exists.  If multiple use exists, then the actual After-Tax~~
~~Savings percentage will be reduced by refunding and then the~~
~~actual Deferred Savings percentage will be reduced by refunding~~
~~(each beginning with such Employees with the highest amount of~~
~~contributions) so that multiple use does not exist.~~

b                          - 32 -

PERSONAL SAVINGS PLAN

ARTICLE VI

INVESTMENT OF PARTICIPANT'S SAVINGS

6.01   Investment Options

   (a)   Amounts contributed to the trust fund on behalf of Participants
         pursuant to subsections (a) and (c) of Section 4.01 and
         subsection (a) of Section 5.01 shall be invested in the
         following investment options, in increments of 10%, as may be
         elected by the Participant:

      (i)    Delphi Common Stock Fund; or

      ~~(ii)    the Income Fund; or~~

      ~~(iii)   the Equity Index Fund; or~~

      ~~(iv)    the Balanced Fund; or~~

      ~~(v)~~(ii)    the Mutual Funds; or

      ~~(vi)~~(iii)   The Promark Funds ~~(effective April 1, 2000); or~~

      ~~(vii)~~(iv)   Socially Oriented Fund(s) ~~(effective April 1, 2000).~~

   (b)   A Participant's initial investment election shall remain in
         effect until changed by the Participant.

         A Participant's investment election may be changed on any
         Business Day by providing appropriate direction to the party
         designated by the Administrator.  Any change in the
         Participant's investment election shall be effective as of the
         Effective Date of Investment Option Election.

b                              - 33 -

PERSONAL SAVINGS PLAN

Art. VI, 6.01(c)

(c)   Amounts contributed to the trust fund on behalf of a
Participant as provided in subsection (c) of Section 4.01 and
Sections 4.02 and 5.02 shall be invested in the same investment
option(s) as elected by the Participant pursuant to subsection
(a) of this Section 6.01; provided, however, that if
contributions are not being made to the trust fund on behalf of
such Participant pursuant to subsections (a) of Sections 4.01
and 5.01, the Participant will be required, prior to the
contribution or transfer of amounts pursuant to subsection (c)
of Section 4.01 and Sections 4.02 and 5.02, to make an election
regarding the investment of such amount.

(d)   A Participant may, by giving appropriate direction to the party
designated by the Administrator, transfer assets being held in
such Participant's Account from one investment option to
another investment option, as follows:

(i)   A transfer of assets may include all or any part of such
assets in an investment option, except that the Mutual
Funds have a minimum transfer amount of $250.  If the value
of the Mutual Fund is less than the minimum, all such
assets in the Fund must be transferred.

(ii)  A Participant may elect a transfer of assets on any
Business Day.

a                                  - 34 -

PERSONAL SAVINGS PLAN

Art. VI, 6.01(d)(iii)

    (iii)    Any election to transfer assets shall be irrevocable, normally as of 4:00 p.m. Eastern Time, on the Business Day such election is received by the party designated by the Administrator.

    (iv)    Any appropriate election to transfer assets shall be processed as of the Effective Date of Transfer of Assets.

    (v)    Where excessive trading can undermine any of the Funds or exceed the available liquidity for any such Fund, Delphi reserves the right to modify or suspend transfer and withdrawal privileges on any of the Non-Mutual Funds, at any time, upon notice to Participants.

    (vi)    The Mutual Funds' provider reserves the right to modify or suspend transfer and withdrawal privileges on any of the Mutual Funds in those instances where excessive trading in any one of the Mutual Funds can undermine such Fund.

    (vii)    The Socially Oriented Funds provider reserves the right to modify or suspend transfer and withdrawal privileges on the Socially Oriented Funds in those instances where excessive trading in the Socially Oriented Funds can undermine such Fund.

a

- 35 -

05-44481-rdd   Doc 3042-4   Filed 03/31/06   Entered 03/31/06 12:54:27   Exhibits
Q-R To Gebbia Declaration   Pg 48 of 291

PERSONAL SAVINGS PLAN

Art. VI, 6.02

6.02  Vesting

Each Participant shall be fully vested in the assets credited to the Participant's Account, and no portion of such Account shall be subject to forfeiture.

6.03  Withdrawals

(a)  A Participant may, by providing appropriate direction to the party designated by the Administrator, withdraw assets in such Participant's Account subject to the following provisions:

(1)  Prior to receiving a withdrawal of Deferred Assets, a Participant must withdraw all available After-Tax Assets including any earnings thereon.

(2)  Deferred Assets may be withdrawn from the Participant's Account, subject to the provisions outlined in subsection (a) of this Section 6.03, at any time after attaining age 59-1/2, or prior to age 59-1/2 because of ~~termination of~~severance from employment, death, Total and Permanent Disability, ~~or~~ Financial Hardship, or termination of the Plan. Prior to receiving a withdrawal for Financial Hardship, a Participant previously must have taken all available asset distributions, withdrawals, and loans under all applicable plans maintained by the Corporation. The amount that may be withdrawn for a Financial Hardship shall be limited to the lesser of:

b

- 36 -

PERSONAL SAVINGS PLAN

Art. VI, 6.03(a)(2)(i)

       (i)    the total amount of Deferred Savings in the
Participant's Account as of the Effective Date of
Withdrawal; or

      (ii)    the amount required to meet the Financial Hardship,
including any amounts necessary to pay reasonably
anticipated income taxes and penalties resulting from
the early withdrawal.

(b)   A Participant who has an outstanding loan(s) in accordance with
Section 6.06 shall be permitted to make a withdrawal in
accordance with subsection (a) of this Section 6.03.

(c)   A Participant who withdraws any Deferred Assets for Financial
Hardship in accordance with subsection (a) of this Section 6.03
~~(1)~~ will be suspended from accumulating further savings under
this Plan, and all applicable plans maintained by the
Corporation, for a period of 12 months immediately following
such withdrawal~~, and (2) shall have such Participant's annual
Deferred Savings limited, for the Plan Year next following the
year in which the hardship withdrawal was made, to $10,000 (or
as may be adjusted by the Secretary of the Treasury of the
United States) minus the amount of any Deferred Savings made
during the year in which the hardship occurred~~.

b

- 37 -

PERSONAL SAVINGS PLAN

Art. VI, 6.03(d)

(d)   Any election to withdraw assets shall be irrevocable, normally
as of 4:00 p.m. Eastern Time, on the Business Day such election
is received by the party designated by the Administrator.

(e)   The Date of Valuation on any appropriate election to withdraw
assets, pursuant to this Section 6.03, shall be the Effective
Date of Withdrawal.

6.04  Distribution of Assets

(a)   Settlement Upon Termination of Employment

If a Participant terminates employment, such Participant may
elect, by providing appropriate direction to the party
designated by the Administrator, to (1) receive installment
payments, (2) receive partial withdrawals, (3) receive a
total settlement, or (4) defer continuously the distribution
of assets in such Participant's Account. If such Participant
fails to make an election, the Participant's Assets shall
remain in the Participant's Account until the earlier of:

(1)   the Participant's request for a settlement; or

(2)   the Participant's attainment of age 70-1/2.

a                                 - 38 -

PERSONAL SAVINGS PLAN

Art. VI, 6.04(a)

The Date of Valuation for any such installment payment, partial withdrawal, or total settlement shall be the Effective Date of Withdrawal.

With regard to installment payments, a Participant may elect to receive such payments each calendar month, calendar quarter, semi-annual, or on an annual basis.

Installment payments must be in whole dollar amounts with $100 established as the monthly minimum amount. A Participant may change or discontinue installment payments at any time by providing appropriate direction to the party designated by the Administrator.

If a terminated Participant does not make an election under this Section 6.04 prior to attaining age 70-1/2, distribution of assets in the Participant's Account will begin not later than April 1 of the calendar year following the calendar year in which the Participant attains age 70-1/2 and shall be made annually thereafter in accordance with Section 401(a)(9) of the Code and the regulations thereunder, including the minimum distribution incidental benefit requirement of Section 1.401(a)(9)-2 of the ~~Proposed~~ Income Tax Regulations.

b

- 39 -

PERSONAL SAVINGS PLAN

Art. VI, 6.04(b)(i)

    (b)   Attainment of Age 70-1/2

        (i)   If a Participant attains age 70-1/2 and such Participant has not terminated employment, a distribution of the Participant's assets will be made upon termination of employment pursuant to Section 6.04(a).

        (ii)  All distributions required under this subsection shall be determined and made in accordance with Section 401 (a)(9) of the Code and the regulations thereunder, including the minimum distribution incidental benefit requirement of Section 1.401 (a)(9)-2 of the ~~Proposed~~ Income Tax Regulations.

    (c)   Undeliverable Assets

    In the event a distribution to a Participant or the Participant's beneficiary cannot be made pursuant to subsections (a) and (b) of this Section 6.04 and Section 8.02 because the identity or location of such Participant or beneficiary cannot be determined after reasonable efforts, and if the Participant's settlement remains undistributed for a period of one year from the Date of Valuation, the Administrator may direct that the settlement assets and earnings on such assets be returned to the trust fund and liquidated.  All liability for payment thereof shall thereupon terminate; provided, however, in the event the identity or location of the Participant or beneficiary is determined subsequently, the value of the assets at the Date

b                  - 40 -

PERSONAL SAVINGS PLAN

Art. VI, 6.04(c)

of Valuation shall be paid from the Plan to such person in a
single sum.  Any assets so liquidated shall be (1) paid to the
Participant or beneficiary when the identity or location is
determined, or (2) applied to reduce reasonable expenses of
administering the Plan.


6.05  Form of Distribution

(a)  Upon withdrawal or settlement pursuant to Section 6.03 or
subsections (a) and (b) of Section 6.04, a Participant may
elect to receive any full shares equivalent to the Current
Market Value of their assets invested in any of the GM Common
Stock Funds, EDS Common Stock Fund, Delphi Common Stock Fund,
or the Raytheon Class A Common Stock Fund; provided, however,
that prior to or coincident with the Effective Date of
Withdrawal or Effective Date of Termination, the Participant may
elect to receive cash-in-lieu of shares equivalent to the value
of their assets invested in the GM Common Stock Funds, EDS
Common Stock Fund, Delphi Common Stock Fund, or the Raytheon
Class A Common Stock Fund based on the Current Market Value of
such stock on the Date of Valuation.  All fractional units of
the GM Common Stock Funds, EDS Common Stock Fund, Delphi Common
Stock Fund, or the Raytheon Class A Common Stock Fund worth less
than one share of stock and all units of the Income Fund, Equity
Index Fund, Balanced Fund, Promark Funds, Socially Oriented
Funds, and Mutual Funds will be paid out in cash.

b                           - 41 -

PERSONAL SAVINGS PLAN

Art. VI, 6.05

(b)  Upon settlement pursuant to subsection (c) of Section 6.04, a
Participant shall receive cash-in-lieu of shares equivalent to
the value of their assets liquidated in the GM Common Stock
Funds, EDS Common Stock Fund, Delphi Common Stock Fund, or the
Raytheon ~~Class A~~ Common Stock Fund based on the Current Market
Value of such stock funds on the Date of Valuation.

(c)  (1)  In the event of the death of a Participant and upon
receipt of all information necessary to determine the
beneficiary or beneficiaries, a settlement of all assets
in the deceased Participant's account shall be made to the
beneficiary or beneficiaries designated pursuant to
Section 8.02.  The beneficiary or beneficiaries may elect
to receive cash-in-lieu of shares equivalent to the value
of the assets invested in the GM Common Stock Funds, EDS
Common Stock Fund, Delphi Common Stock Fund, or the
Raytheon ~~Class A~~ Common Stock Fund in the deceased
Participant's Account, based on the Current Market Value
of such stock funds on the Date of Valuation.  The Date of
Valuation will be the Effective Date of Withdrawal.  For
purposes of making a settlement distribution to the

b                          - 42 -

PERSONAL SAVINGS PLAN

Art. VI, 6.05

beneficiary or beneficiaries, the Date of Valuation and the
Effective Date of Withdrawal means the date on which the
Administrator, or its delegate, determines the appropriate
beneficiary or beneficiaries and is in receipt of all
necessary information and directions to process the
settlement.

(2) Notwithstanding the provision of the immediately preceding
paragraph, (a) if a Participant's beneficiary is the
Participant's surviving spouse, if the Participant has
elected a distribution schedule under Section 6.04 (a)
which had commenced by the Participant's date of death, the
Participant's account shall continue to be paid to the
surviving spouse pursuant to such schedule or, at the
spouse's election at any time, in a lump sum, and (b) if
distribution of the Participant's account has not commenced
as of the Participant's date of death, the surviving spouse
shall, for purposes of the distribution requirements and
options under the Plan, be deemed a participant; except
that the surviving spouse shall be deemed to attain age 70-
1/2 on the date the Participant would have attained such
age.

b                                    43                          PLUS 43A

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.05

<u>Additionally, in no event shall the surviving spouse be able to make contributions to the deceased Participant's Account.</u>

6.06   <u>Loans</u>

(a)   Subject to such rules as the Administrator may prescribe, a Participant, ~~including~~ a former Employee, <u>and a surviving spouse,</u> may borrow from assets in such Participant's Account one time each calendar year, for any reason, an amount (when added to the outstanding balance of all other Plan loans) not more than the lesser of:

(1)   $50,000 less the highest aggregate outstanding loan balance over the 12-month period preceding the Participant's application for loan; or

(2)   one-half of the Current Market Value of all assets in the Participant's Account.

<u>The maximum amount available for a loan, to an active Participant, will be reduced by an amount equal to the outstanding principal and interest of any loan that has been defaulted.</u>

For purposes of the above limitation, all loans from all plans maintained by the Corporation [or its subsidiaries in accordance with Section 414(b), (c), or (m) of the Code] shall be aggregated.

a                            - 43A -

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.06(b)

(b)   Loans shall be granted in whole dollar amounts with one
thousand dollars ($1,000) established as the minimum amount of
any loan.

(c)   Loans shall be granted for a minimum period of 12 months, with
additional increments of 12 months as the Participant may
elect, to a maximum of five years (ten years in the event the
loan is for the purchase or construction of the Participant's
principal residence), provided a Participant may not elect a
term which will result in repayments of less than $10 per pay
period.

(d)   Loans shall bear a rate of interest equal to the Prime Rate
prevailing as of the last Business Day of the <u>calendar</u> quarter
immediately preceding the date the Participant gives
appropriate direction for a loan to the party designated by the
Administrator.

The interest rate shall remain the same throughout the term of
the loan.

(e)   For purposes of this Section 6.06, the Current Market Value of
a Participant's assets shall be determined on the Effective
Date of Loan.

b                              - 44 -

PERSONAL SAVINGS PLAN

Art. VI, 6.06(f)

    (f)   Each loan shall be evidenced by a written, or online acknowledged, Participant Loan Agreement that specifies:

        (1)  the amount of the loan;

        (2)  the term of the loan; and

        (3)  the repayment schedule, showing payments to be made in a level amount which will fully amortize the loan over its duration.

        By endorsing and either cashing or depositing the check representing the loan, a Participant shall acknowledge receipt of the Participant Loan Agreement and agree to the terms and conditions contained therein.

    (g)   Cash equal to the value of any loan granted shall be obtained by liquidating assets in the Participant's Account from investment options in which the Participant has assets, as the Participant may elect.

    (h)   Repayment of a loan shall be through weekly payroll deductions, except that if the Participant is not an active Employee, such repayments shall be made through monthly installment payments. Payments of principal and interest

b

- 45 -

PERSONAL SAVINGS PLAN

Art. VI, 6.06(h)

shall be applied to reduce the outstanding balance of a loan.
Loan repayment amounts shall be allocated to the Participant's
Account in the same investment option(s) as elected by the
Participant pursuant to subsection (a) of Section 6.01. A
Participant shall be entitled to prepay the total outstanding
loan balance or make partial prepayment at any time without
penalty.

(i)   A Participant with an outstanding loan who is placed on layoff
shall be entitled to:

    (1)   make installment payments equivalent in value to the
payments deducted previously from the Participant's
paycheck; or

    (2)   suspend loan payments for a period of up to 12 months
while on layoff, provided such period does not extend
beyond the maximum loan term,

(j)   A Participant with an outstanding loan who is placed on a
disability leave of absence must make installment payments
substantially equal to the payments deducted previously from
the Participant's paycheck.

a

PERSONAL SAVINGS PLAN

Art. VI, 6.06(k)

(k)  No earnings shall accrue to the Participant's Account with respect to the outstanding balance of any loan.


(l)  In the event a̶ an active Participant fails to make a required loan payment and such failure continues beyond the last day of the calendar quarter following the calendar quarter in which the required payment was due, then the Participant's loan will be defaulted and such Participant shall be irrevocably deemed to have received a distribution of assets in an amount equal to the remaining outstanding principal amount of and accrued interest on the loan, calculated to the date of such deemed distribution.  An active Participant will not be relieved of the liability to repay a loan that is classified as a deemed distribution.


(m)  In the event a former Employee, surviving spouse, or a terminated Participant (including termination due to death or retirement) fails to make a required loan payment and such failure continues beyond the last day of the calendar quarter following the calendar quarter in which the required payment was due, then the former Employee, surviving spouse, or terminated Participant shall be irrevocably deemed to have received a distribution of assets in an amount equal to the remaining outstanding principal amount of and accrued interest

PERSONAL SAVINGS PLAN

Art. VI, 6.06(k)

    on the loan, calculated to the date of such deemed

    distribution.  A former Employee, surviving spouse, or

    terminated Participant will be relieved of the liability to

    repay a loan once such loan is classified as a deemed

    distribution.

    (mn) A Participant (or beneficiary) who, prior to such Participant's
repayment of the total principal amount of and accrued interest
on a loan, requests or receives a settlement of assets, shall
be deemed to have elected a withdrawal, pursuant to
Section 6.03, equal to the principal amount of and accrued
interest on the loan as of the Effective Date of Withdrawal.

    (no) Any appropriate direction given to borrow assets shall be
irrevocable, normally as of 4:00 p.m. Eastern Time, on the
Business Day such election is received by the party designated
by the Administrator.

    (op) A Participant may have no more than five loans outstanding at
any one time.

a                              - 47A -

PERSONAL SAVINGS PLAN

ARTICLE VII

TRUST FUND

7.01   Contributions to the Trustee

(a)   All Deferred and After-Tax Savings under this Plan will be paid
to the Trustee who shall invest all such amounts and earnings
thereon.

(b)   Once the Deferred and After-Tax Savings are contributed to the
Trustee by the Corporation, the Corporation shall be relieved
of any further liability except as otherwise may be provided by
The Employee Retirement Income Security Act of 1974.

7.02   Investment Options

The Trustee is to invest in the following:

(a)   Delphi Common Stock Funds

(i)   The Participants' contributions which are to be invested
in the Delphi Common Stock Funds and dividends received by
the Trustee shall be deposited in the Delphi Common Stock
Funds no later than the 10th day of the month following
the month such contributions or dividends are received by
the Trustee and shall be invested by an investment
manager, or managers, appointed by the Named Fiduciary,

b                              - 48 -

PERSONAL SAVINGS PLAN

Art. VII, 7.02(a)(i)

or its delegate, under a management agreement which

specifies the terms and conditions of such Funds.

(ii)    Any administrative expenses incurred, including brokerage

commissions or transfer taxes, as a result of offering

the Delphi Common Stock Fund, shall be paid pursuant to

Section 10.03.

(iii)    Shares of common stocks held in the Delphi Common Stock

Fund acquired by the Trustee under the terms of this Plan

shall be registered in the name of the Trustee, or its

nominee.  To the extent that it is consistent with ERISA

and the Code, the Trustee shall vote and/or tender shares

(including fractions), equivalent to the Current Market

Value of the assets invested in the Delphi Common Stock

Funds credited to each Participant, as instructed by the

Participant but shall not vote shares for which such

instructions are not received.

(iv)    If the Trustee has not received direction from

Participants which can be followed in accordance with

ERISA and the Code, the Trustee shall, to the extent that

it is consistent with ERISA and the Code, in its

discretion, exercise or sell for the benefit of

a                                  - 49 -

PERSONAL SAVINGS PLAN

Art. VII, 7.02(a)(iv)

Participants any rights received from Delphi ~~Automotive Systems~~ Corporation for the purchase of any additional shares of stock or other securities which Delphi may offer to its stockholders.

(v)   In the event that outstanding shares of the Delphi Common Stock~~s~~ shall be changed in number or class by reason of split-ups, combinations, mergers, consolidations, or recapitalizations, or by reason of stock dividends, the number and class of shares equivalent to the Current Market Value of the assets invested in the Delphi Common Stock~~s~~ which thereafter may be purchased under the Plan, both in the aggregate and as to any individual, and the number and class of shares equivalent to the Current Market Value of the assets invested in the Delphi Common Stock~~s~~ then in the Account of any Participant shall be adjusted so as to reflect such change.

~~(b)   Income Fund~~

~~The Participants' contributions invested in the Income Fund shall be invested by an investment manager or managers appointed by the Named Fiduciary, or its delegate, under a contract with insurance companies and/or banks appointed by the Named Fiduciary, or its delegate, which specifies the rates of interest and other terms and conditions.~~

b-nc                                    - 50 -

PERSONAL SAVINGS PLAN

Art. VII, 7.02(b)

~~Amounts invested in the Income Fund shall earn a "blended"
annual rate of interest, which represents the weighted net
average rate of return on all investment contracts in the
Income Fund.~~

~~(c)~~   ~~Equity Index Fund~~
~~The Participants' contributions invested in the Equity Index
Fund shall be invested by an investment manager or managers
appointed by the Named Fiduciary, or its delegate, under a
contract which specifies the terms and conditions of such
Fund.~~

~~(d)~~   ~~Balanced Fund~~
~~The Participants' contributions invested in the Balanced Fund
shall be invested by an investment manager or managers
appointed by the Named Fiduciary, or its delegate, under a
contract which specifies the terms and conditions of such
Fund.~~

(e~~b~~)   Mutual Funds
The participants' contributions invested in the Mutual Funds
shall be invested by the Mutual Fund company appointed by the
Named Fiduciary, or its delegate, pursuant to the

b                       - 51 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.02(b)

applicable Mutual Fund Prospectus which specifies the terms
and conditions of such Funds.


(~~f~~c)  Promark Funds (~~Effective April 1, 2000~~)

The Participants' contributions invested in the Promark Funds
shall be invested by an investment manager or managers
appointed by the Named Fiduciary, or its delegate, in a Fund
with specified terms and conditions.


(~~g~~d)  Socially Oriented Funds (~~Effective April 1, 2000~~)

The participants' contributions invested in the Socially
Oriented Funds shall be invested by a mutual fund company or
companies appointed by the Named Fiduciary, or its delegate,
pursuant to the applicable Fund Prospectus which specifies
the terms and conditions of such Funds.


7.03   <u>EDS Common Stock ($0.~~100~~01 Par Value)</u>

(a)  The Trustee may hold in Participants' Accounts any EDS common
stock distributed or to be distributed as a stock dividend.
Any cash dividends received by the Trustee on EDS common stock
shall be invested in the <u>Promark </u>Income Fund.


(b)  A Participant may elect to transfer assets held in the EDS
Common Stock Fund to any of the investment options


b                            - 52 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.03(b)

specified in Section 7.02, subject to the provisions of
Section 6.01(d).

(c)    A Participant may elect in any withdrawal or settlement to
receive cash-in-lieu of shares equivalent to the value of
their assets invested in the EDS Common Stock Fund to which
such withdrawal or settlement applies, based on the Current
Market Value of such stock fund on the Date of Valuation for
the withdrawal or settlement.

(d)    ~~In conjunction with the split-off of EDS from General Motors,~~
~~the EDS Common Stock Fund will be eliminated on July 31, 2001.~~
~~At the end of the Business Day on July 31, 2001, any assets~~
~~that remain in the EDS Common Stock Fund will be transferred~~
~~automatically to the Income Fund.~~

7.04   <u>Raytheon Company ~~Class A~~ Common Stock</u>

(a)    The Trustee may hold in Participants' Accounts any Raytheon
~~Class A~~ common stock distributed or to be distributed as a
stock dividend.  Any cash dividend received by the Trustee on
Raytheon ~~Class A~~ common stock shall be invested in the <u>Promark</u>
Income Fund.

b                                    - 53 -

PERSONAL SAVINGS PLAN

Art. VII, 7.04(b)

(b)  A participant may elect to transfer assets held in the
     Raytheon ~~Class A~~ Common Stock Fund to any of the investment
     options specified in Section 7.02, subject to the provisions
     of Section 6.01(d).

(c)  A Participant may elect in any withdrawal or settlement to
     receive cash-in-lieu of shares equivalent to the value of
     their assets invested in the Raytheon ~~Class A~~ Common Stock
     Fund to which such withdrawal or settlement applies, based on
     the Current Market Value of such stock fund on the Date of
     Valuation for the withdrawal or settlement.

~~(d)  In conjunction with the spin-off of the defense electronics
     business of Hughes Electronics from General Motors and the
     immediate merger with Raytheon Company, the Raytheon Class A
     Common Stock Fund will be eliminated on December 31, 2002.  At
     the end of the Business Day on December 31, 2002, any assets
     that remain in the Raytheon Class A Common Stock Fund will be
     transferred automatically to the Income Fund.~~

7.05 <u>GM Common Stocks</u>

(a)  The Trustee may hold in Participants' Accounts any GM common
     stocks.  Any cash dividends received by the Trustee on GM
     common stocks shall be invested in the <u>Promark</u> Income Fund.

b                              - 54 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.05(b)


(b)  A Participant may elect to transfer assets held in the GM
     Common Stock funds to any of the investment options specified
     in Section 7.02, subject to the provisions of Section 6.01(d).


(c)  A Participant may elect in any withdrawal or settlement to
     receive cash-in-lieu of shares equivalent to the value of
     their assets invested in the GM Common Stock Funds to which
     such withdrawal or settlement applies, based on the Current
     Market Value of such stock funds on the Date of Valuation for
     the withdrawal or settlement.

a                              – 55 –

PERSONAL SAVINGS PLAN

ARTICLE VIII

OTHER PROVISIONS

8.01  Non-Assignability

Except as otherwise may be provided by Section 6.06, no right or
interest of any Participant under this Plan or in the Participant's
Account shall be assignable or transferable, in whole or in part,
either directly or by operation of law or otherwise, including,
without limitation, by execution, levy, garnishment, attachment,
pledge, bankruptcy, or in any other manner, except (1) in accord
with provisions of a qualified domestic relations order as defined
in IRC Section 414(p), (2) a Participant's voluntary assignment of
an amount not in excess of 10% of a distribution from the Plan, and
(3) further excluding devolution by death or mental incompetency;
no attempted assignment or transfer thereof shall be effective; and
no right or interest of any Participant under this Plan shall be
liable for, or subject to, any obligation or liability of such
Participant.

8.02  Designation of Beneficiaries in Event of Death

(a)  A Participant may file with the party designated by the
Administrator a written designation of a beneficiary or
beneficiaries with respect to all or part of the assets in the
Account of the Participant.

a                                          - 56 -

PERSONAL SAVINGS PLAN

Art. VIII, 8.02(a)

For a married Participant who dies, the entire balance of the
Account shall be paid to the surviving spouse unless the
written designation of beneficiary designating a person(s)
other than the spouse with respect to part or all of the
assets in the Account of the Participant includes the written
consent of the spouse, witnessed by the Plan representative or
a notary public. The written designation of beneficiary filed
with the party designated by the Administrator may be changed
or revoked at any time by the action of the Participant and,
if necessary, the spouse. No designation or change of
beneficiary will be effective until it is determined to be in
order by the party designated by the Administrator, but when
so determined it will be effective retroactively to the date
of the instrument making the designation or change.

(b)    In the event an unmarried Participant does not file a written
designation of beneficiaries, such a Participant shall be
deemed to have designated as beneficiary or beneficiaries
under this Plan the person or persons who receive the
Participant's life insurance proceeds under the Corporation's
Life and Disability Benefits Program for Hourly Employees,
unless such Participant shall have assigned such life
insurance, in which case the assets in the account shall be
paid to the assignee.

a                          - 57 -

PERSONAL SAVINGS PLAN

Art. VIII, 8.02(c)

(c)  A beneficiary or beneficiaries will receive, subject to the
provisions of Section 6.05, in the event of the Participant's
death, the assets in the Participant's Account in accordance
with the applicable designation.  If the Corporation shall be
in doubt as to the right of any beneficiary to receive any
such assets, the Corporation may deliver such assets to the
estate of the Participant, in which case the Corporation shall
not have any further liability to anyone.

8.03  Merger or Consolidation

In the event of any merger or consolidation with, or transfer of
assets or liabilities to, any other plan or program, each
Participant in the Plan would, if the Plan then terminated, receive
the assets in each such Participant's Account immediately after the
merger, consolidation, or transfer which are at least equal in
value to the assets each such Participant would have been entitled
to receive immediately before the merger, consolidation, or
transfer, if the Plan had then terminated.

8.04  Limitations on Contributions and Benefits

(a)  General Provisions

For purposes of this Section:

a                         - 58 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.04(a)(i)


    (i)   The term "Limitation Year" shall mean
the Plan Year.


    (ii)  All defined benefit plans or programs of the Corporation
will be treated as one defined benefit plan or program,
and all defined contribution plans or programs will be
treated as one defined contribution plan or program.


    (iii)  No contribution to this Plan may exceed the limits
provided under Section 404 of the Code for current
deductibility for income tax purposes.


    (iv)  Contributions made to the trust by the Corporation
pursuant to subsection (c) of Section 4.01 shall be
allocated to a Participant's Account within the current
Limitation Year.


    (v)   For purposes of this Section, the term "Compensation"
shall mean compensation as defined under
Section ~~415(c)(3) of the Code and the regulations
thereunder~~2.07 of the Plan.


    (vi)  The term "Annual Additions" shall mean the sum, for any
Limitation Year, of Employee contributions, Corporation

b                                    - 59 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.04(a)(vi)

        contributions, and forfeitures allocated to an Employee's account under all defined contribution plans.

(b)  In no event shall contributions or benefits under this Plan exceed the limits of Section 415 of the Code and the regulations thereunder.

(c)  For any Employee who participates under this Plan and any defined contribution plan or defined benefit plan of the Corporation, the sum of such Employee's Annual Additions shall not exceed the lesser of $~~3~~40,000 (or such other amount prescribed by the Secretary of the Treasury applicable to the Limitation Year) or ~~25~~100% of such Employee's Compensation for any Limitation Year.

(d)  Any amounts elected to be contributed by an Employee pursuant to Section 5.01 of Article V which cannot be contributed as a result of the application of subsection (c) of this Article VIII shall be returned to the Employee and, if necessary, any amounts elected to be contributed by an Employee pursuant to subsections (a) or (c) of Section 4.01 of Article IV which cannot be contributed as a result of the application of subsection (c) of this Article VIII shall be returned to the Employee.

b        - 60 -

PERSONAL SAVINGS PLAN

Art. VIII, 8.05

8.05   Deferred Savings Limitation

A Participant's annual Deferred Savings under this Plan and all
similar contributions to other plans maintained by the Corporation
may not exceed ~~$10,000~~ the amount permitted under Federal Law (as
adjusted by the Secretary of the Treasury).  The following table
represents the annual limits on Deferred Saving:

| Annual Deferred Savings Limits | | | |
|---|---|---|---|
| Year | Under Age 50 | Catch-Up* Contributions | Age 50 or Over (Includes "Catch-Up") |
| 2003 | $12,000 | $2,000 | $14,000 |
| 2004 | $13,000 | $3,000 | $16,000 |
| 2005 | $14,000 | $4,000 | $18,000 |
| 2006 | $15,000 | $5,000 | $20,000 |
| * Catch-up contributions may be made for participants age 50 or over only if such participants are restricted by other limits described in this Supplemental Agreement. | | | |

In the event a Participant identifies, in writing, before March 2
following the end of the Plan Year an amount of Deferred Savings as
exceeding this limitation, as applied to this Plan and all other
plans in which such Employee participated, such amounts will be
refunded to the Participant no later than April 15 following the
receipt of such written notice from the Participant.  In the event
the Administrator identifies an amount in excess of the limitation,
the Participant will be deemed to have notified the Administrator,
and such amount will be refunded to the Participant.

PERSONAL SAVINGS PLAN

Art. VIII, 8.06


8.06    Provisions to Comply With Section 416 of the Code

    (a)    In any Plan Year in which the Plan is considered a "Top-Heavy

        Plan," as defined in Section 416 of the Code, the requirements

        of Section 416 of the Code, and the regulations thereunder,

        are applicable and must be satisfied.


    (b)    The definition of a "Top-Heavy Plan" set forth in

        Section 416(g) of the Code and the additional definitions


a                                                    - 61A -

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.06(b)


set forth in Section 416(i) of the Code are herein

incorporated by reference.


(c)   If the Plan is determined to be a "Top-Heavy Plan" for a Plan

Year, the Corporation shall make contributions equal to three

percent of Compensation on behalf of each Participant who is

not a "key employee" under Section 416 of the Code.


8.07   <u>Investment Decisions</u>

Any Participant or beneficiary, who makes an investment election

permitted under the Plan or otherwise exercises control permitted

under the Plan over the assets in the account, shall be deemed the

named fiduciary under ERISA responsible for such decisions to the

extent that such designation is permissible under applicable law

and that the investment election or other exercise of control is

not protected by Section 404(c) of ERISA, as amended.


8.08   <u>Special Provisions Regarding Veterans</u>

(a)   In the event an Employee is rehired following qualified

military service, as defined in the Uniformed Services

Employment and Re-Employment Rights Act, that was effective on

or after December 15, 1994, such Employee will be entitled to

have the Corporation make contributions to the


a                                  - 62 -

PERSONAL SAVINGS PLAN

Art. VIII, 8.08(a)

Plan from such Employee's current earnings that shall be
attributable to the period of time contributions were not
otherwise allowable due to military service.  Such
contributions shall be in addition to contributions otherwise
permitted under Sections 4.01 and 5.01, and shall be made as
permitted under this Section and Section 414(u) of the Code.

(b)   Additional contributions permitted under this Section shall be
based on the amount of Eligible Weekly Earnings and Profit
Sharing Amount that the Employee would have received from the
Corporation but for the military service, and such
contributions shall be subject to the Plan's terms and
conditions in effect during the applicable period of military
service.  Such contributions shall be made during the period
that begins upon re-employment and extends for the lesser of
five years or the Employee's period of military service
multiplied by three.

(c)   Additional contributions made under this Section shall not be
taken into account in the current year, for purposes of
calculating and applying any limitation or requirement
identified in Section 414(u)(1) of the Code.  However, in no
event may such contributions, when added to actual
contributions

a                              - 63 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.08(c)

previously made, exceed the amount of contributions allowable
under the applicable limits in effect during the year of
military service if the Employee had continued to be employed
by the Corporation.

(d)    ~~If  a~~An Employee covered by this Section <u>who</u> has an outstanding
loan(s) during the period of qualified military service
covered by this Section, ~~loan payments~~ shall be <u>entitled to</u>
suspend~~ed~~ <u>loan payments</u> during such period, and the time for
repayment of such loan(s) shall be extended <u>to coincide with</u>
<u>suspension</u> for a period of time equal to the period .of
qualified military service.


8.09   <u>Prohibition on Reversion</u>

The Plan shall be maintained and administered for the exclusive
purpose of providing benefits to Participants and beneficiaries and
defraying reasonable expenses.  Except as provided herein, Plan
funds may not revert to the Corporation.  All contributions to the
Plan are conditioned on their deductibility under Section 404 of
the Code at the time made.  All or any part of a contribution for
which a deduction is not allowed may be returned to the Corporation
within one year of the date of disallowance.  Further, in the event
contributions are made due to a mistake or an administration error,
such contributions may be returned to the Corporation within one
year of the date of discovery of such mistake or error.

b                              - 64 -

PERSONAL SAVINGS PLAN

ARTICLE IX

EMPLOYEE STOCK OWNERSHIP PLAN PROVISIONS

9.01 The portion of the Plan that consists of Deferred Assets and After-Tax Assets that are invested in the Delphi Common Stock Funds, including any dividends, earnings or gains thereon (the "ESOP portion" or "ESOP"), is designed to invest primarily in qualifying employer securities as defined by Section 4975(e)(8) of the Code, and is an employee stock ownership plan under Section 4975(e)(7) of the Code.  This Article IX applies to this ESOP portion of the Plan.

9.02 ESOP Pre-Tax Savings Limitation

(a)  The ESOP Deferred Savings percentage by the eligible Highly Compensated Employees under the Plan for a Plan Year must meet one of the following tests using the current year testing method:

(i)  The actual ESOP Deferred Savings percentage of the eligible Highly Compensated Employees is not more than 1.25 times the actual ESOP Deferred Savings percentage of all other eligible Employees; or

a                              - 65 -

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.02 (ii)

> (ii)   The actual ESOP Deferred Savings percentage of the
> eligible Highly Compensated Employees is not more than
> two percentage points more than the actual ESOP Deferred
> Savings percentage for all other eligible Employees and
> is not more than 2.0 times (or, such lesser amount as the
> Secretary of the Treasury shall prescribe) the actual
> ESOP Deferred Savings percentage of all other eligible
> Employees.

> (b)   The actual ESOP Deferred Savings percentage for the eligible
> Highly Compensated Employees and all other eligible Employees
> for a Plan Year is the average of the ratios (calculated
> separately for each eligible Employee) of the:

> (i)   Amount of ESOP Deferred Savings actually paid over to the
> Plan trust not later than two and one-half months after
> the Plan Year on behalf of such eligible Employee for the
> Plan Year to:

> (ii)   The eligible Employee's Compensation for such Plan Year.

a                              - 66 -

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.02(c)


(c)  The amount of ESOP Deferred Savings for a Highly Compensated
Employee that exceeds the percentage limitations of subsection
(a) of this Section 9.02 shall be distributed to the
Participant no later than two and one-half months following
the end of the Plan Year.  The amount of any such distribution
shall be determined under a reasonable method selected by the
Administrator under applicable tax regulations and will
include any earnings attributable to the excess ESOP Deferred
Savings.


9.03  <u>ESOP After-Tax Contribution Limitation</u>


(a)  The ESOP After-Tax Contribution percentage by the eligible
Highly Compensated Employees under the Plan for a Plan Year
must meet one of the following tests using the current year
testing method:


(i)  The actual ESOP After-Tax Savings percentage of the
eligible Highly Compensated Employees is not more than
1.25 times the actual ESOP After-Tax Savings percentage
of all other eligible Employees; or


a                                - 67 -

PERSONAL SAVINGS PLAN

Art. IX, 9.03(a)(ii)

(ii)    The actual ESOP After-Tax Savings percentage of the
eligible Highly Compensated Employees is not more than
two percentage points more than the actual ESOP After-Tax
Savings percentage for all other eligible Employees and
is not more than 2.0 times (or, such lesser amount as the
Secretary of the Treasury shall prescribe) the actual
ESOP After-Tax Savings percentage of all other eligible
Employees.

(b)    The actual ESOP After-Tax Savings percentage for the eligible
Highly Compensated Employees and all other eligible Employees
for a Plan Year is the average of the ratios (calculated
separately for each eligible Employee) of the:

(i)    Amount of ESOP After-Tax Savings actually paid over to
the Plan trust on behalf of such eligible Employee for
the Plan Year to:

(ii)    The eligible Employee's Compensation for such Plan Year.

a                                - 68 -

PERSONAL SAVINGS PLAN

Art. IX, 9.03(c)


(c)   The amount of ESOP After-Tax Savings for a Highly Compensated Employee that exceeds the percentage limitations of subsection (a) of this Section 9.03 shall be distributed to the Participant no later than two and one-half months following the end of the Plan Year.  The amount of any such distribution shall be determined under a reasonable method selected by the Administrator under applicable tax regulations and will include any earnings attributable to the excess ESOP After-Tax Savings.


9.04   ESOP Special Rules


(i)   In the event that this ESOP portion of the Plan satisfies the requirements of Sections 401(k), 401(m), 401(a)(4), or 410(b) of the Code only if aggregated with one or more other plans, or if one or more other plans satisfy the requirements of such sections of the Code only if aggregated with this Plan, then this Section 9.04 shall be applied by determining the actual ESOP Deferred Savings percentage of eligible Employees as if all such plans were a single plan.


a                             - 69 -

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.04(ii)

     (ii)    The actual ESOP Deferred Savings percentage or ESOP
After-Tax Savings percentage for any Participant who
is a Highly Compensated Employee for the Plan Year,
and who is eligible to participate in two or more
arrangements described in Sections 401(k) and 401(m)
of the Code that are maintained by the Corporation,
shall be determined by treating all such plans as a
single plan.  Notwithstanding the foregoing, certain
plans shall be treated as separate if mandatorily
disaggregated under regulations under Sections 401(k)
and 4.01(m) of the Code.

     (iii)    In the event the limits of Sections 9.02 or 9.03 are
exceeded, then the actual ESOP Deferred Savings
percentage or the actual ESOP After-Tax Savings
percentage of those Highly Compensated Employees will
be reduced ~~(beginning with such Highly Compensated Employee whose contributions are the highest)~~ <u>using
the same correction procedure set forth in Sections
4.04(d)(iii) and 5.04 as needed</u>  so that the limits
are not exceeded.  The amount by which each Highly
Compensated Employee's ESOP Deferred Savings or ESOP
After-Tax Savings is reduced shall be treated as an
<u>E</u>excess <u>C</u>eontribution or <u>E</u>excess <u>A</u>aggregate

b

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.04(iii)

Ceontribution, respectively.  The actual ESOP Deferred
Savings percentage or the actual ESOP After-Tax Savings
percentage of the Highly Compensated Employees is
determined after any corrections are made.  Excess
contributions and excess aggregate contributions shall be
treated as Annual Additions.


9.05   ~~ESOP Multiple Use Limitation~~
~~The following provisions apply to prevent the multiple use of the~~
~~limits set forth in Sections 9.02(a)(ii) and 9.03(a)(ii).  To~~
~~determine if multiple use exists, the Administrator shall calculate~~
~~the greater of:~~


~~(a)~~   ~~125% of the greater of the actual ESOP Deferred Savings or~~
~~actual ESOP After-Tax Savings percentage for the non-Highly~~
~~Compensated Employee (non-HCE) group; plus~~


~~(b)~~   ~~The lesser of:~~


~~(i)~~   ~~two percentage points plus the lesser of the actual ESOP~~
~~Deferred Savings percentage or the actual ESOP After-Tax~~
~~Savings percentage of the non-HCE group, or~~


b

PERSONAL SAVINGS PLAN

Art. IX, 9.05(b)(ii)

~~(ii)   200% of the lesser of the actual ESOP Deferred Savings
percentage or actual ESOP After-Tax Savings percentage
of the non-HCE group.~~

~~or~~

~~(c)   Subparagraphs (a) and (b) above where "lesser" is substituted
for "greater" and "greater" is substituted for "lesser."~~

~~If this amount is less than the sum of the actual ESOP
Deferred Savings percentage plus the actual ESOP After-Tax
Savings percentage of the Highly Compensated Employee group,
then multiple use exists.   If multiple use exists, then the
actual ESOP After-Tax Savings percentage will be reduced by
refunding and then the actual ESOP Deferred Savings percentage
will be reduced by refunding (each beginning with such
Employees with the highest amount of contributions) so that
multiple use does not exist.~~

9.06   Distribution of ESOP Dividends

A Participant may elect to receive cash dividends paid on shares of
Delphi Common Stock corresponding to the units in the Delphi Common
Stock Fund in a Participant's Account, rather than being

b                              - 72 -

PERSONAL SAVINGS PLAN

Art. IX, 9.06


reinvested in the respective funds, provided the Participant gives

appropriate and timely notice of such election to the party

designated by the Administrator. Dividends paid directly to

Participants pursuant to this Section shall be paid not later than

90 days after the end of the Plan Year.


a                            - 73 -

PERSONAL SAVINGS PLAN

ARTICLE X

ADMINISTRATION

10.01   Administrative Responsibility

     The Executive Committee of the Corporation's Board of Directors shall be the Named Fiduciary with respect to the Plan except as set forth below and in Section 8.07.  The Executive Committee may delegate authority to carry out such of its responsibilities as it deems proper to the extent permitted by The Employee Retirement Income Security Act of 1974.  Except as set forth in Section 8.07, General Motors Investment Management Corporation (GMIMCo) is the Named Fiduciary of this Plan for purposes of investment of Plan assets.  GMIMCo may delegate authority to carry out such of its responsibilities as it deems proper to the extent permitted by The Employee Retirement Income Security Act of 1974.

     Pursuant to authority delegated to it by the Named Fiduciary, Delphi, or its delegate, shall have responsibility for the day-to-day operation, management, and administration of the Plan, including full power and authority to construe, interpret, and administer this Plan and to pass upon and decide cases presenting unusual circumstances in conformity with the objectives of the Plan and under such rules as Delphi or its delegate, may establish.

a

– 74 –

PERSONAL SAVINGS PLAN

Art. X, 10.01


Decisions of Delphi, or its delegate, shall be final and binding upon the Corporation and its employees.

10.02    Records

The Administrator shall provide for the maintenance of suitable records to reflect the separate Account balance of each Participant's contributions and any earnings thereon.


The Administrator shall make, or cause to be made, valuations of the trust fund or market value at least annually.


10.03    Administrative Expenses

Administrative expenses of the Plan shall be paid from assets liquidated pursuant to subsection (c) of Section 6.04.  To the extent such expenses are not thereby paid in full, such expenses will be paid by the Corporation.  ~~In regard to the fees for the Balanced Fund, such fees for investment, Trustee, and management shall be paid by the Fund.~~

b                                    - 75 -

PERSONAL SAVINGS PLAN

Art. X, 10.03

~~Effective April 1, 2000,~~ W~~w~~ith regard to the fees for the Socially
Oriented Funds and the Promark Funds (excluding the Fund currently
know~~n~~ as the ~~Equity~~ Promark Large Cap Index Fund), such fees for
investment, Trustee, and management shall be paid by the Funds.

10.04   Participant Statements

Each Participant will be furnished a statement no less than four
times per year showing the Current Market Value of the assets,
including earnings, credited to the Participant's Account.

10.05   Incapacity

If the Administrator deems any person incapable of receiving any
distribution to which such person is entitled under this Plan
because such person has not yet reached the age of majority, or
because of illness, infirmity, mental incompetency or other
incapacity, it may make payment, for the benefit or the account of
such incapacitated person, to any person selected by the
Administrator, whose receipt thereof shall be a complete
settlement thereof.  Such payments shall, to the extent thereof,
discharge all liability of the Corporation and each other
fiduciary with respect to this Plan.

b

PERSONAL SAVINGS PLAN

Art. X, 10.06


10.06  Notice of Claim Denial

The Administrator will provide adequate notice, in writing, to any
Participant or beneficiary whose claim for benefits under the Plan
has been denied, setting forth the specific reasons for such
denial.


The Participant or beneficiary will be given an opportunity for a
full and fair review by the Named Fiduciary, or its delegate, of
the decision denying the claim.  The Participant or beneficiary
will be given 60 days from the date of the notice denying such
claim within which to request such review.


10.07  Confidential Information

The Administrator, or its delegate, shall be responsible for
ensuring that sufficient procedures are in place and followed to
safeguard the confidentiality (except to the extent necessary to
comply with federal laws or state laws not pre-empted by ERISA) of
information relating to the purchase, holding, and sale of
securities, and the exercise of voting, tender, and similar rights
with respect to such securities by Participants and beneficiaries.
If deemed necessary by the Administrator, due to potential for
undue employer influence with regard to exercise of shareholder
rights, an independent party will be appointed by the
Administrator to carry out instructions of Participants or
beneficiaries relating to such rights.


a                              - 77 -

PERSONAL SAVINGS PLAN

ARTICLE XI

AMENDMENT, MODIFICATION,
SUSPENSION, OR TERMINATION


11.01   Amendment, Modification,
        Suspension, or Termination

        The Corporation reserves the right, by and through its Board of

        Directors, or its delegate, to amend, modify, suspend, or

        terminate the Plan, but any such action shall have no retroactive

        effect which would prejudice the interests of the Participants.


11.02   Distribution Upon Plan Termination

        In the event of termination or partial termination of the Plan

        without establishment of a successor plan, the Administrator may

        direct the Trustee to:


        (a)   continue to administer the trust fund and pay Account

              balances in accordance with Section 6.04 to Participants

              affected by the termination of the Plan upon their

              termination of employment, or to beneficiaries upon such a

              Participant's death, until the trust fund has been

              liquidated; or


        (b)   distribute as soon as administratively feasible the assets

              remaining in the trust fund in a lump sum to Participants and

              beneficiaries in proportion to their respective Account

              balances.

a                              - 78 -

<u>PERSONAL SAVINGS PLAN</u>

Art. XI, 11.02(c)

    (c)   In the event of termination, or partial termination, or a
complete discontinuance of contributions under the Plan, the
account balance of each affected Participant will be non-
forfeitable.

11.03   ~~Distribution Upon Sale of~~
~~Subsidiary or Corporation Assets~~

~~Upon termination of employment of a Participant with the~~
~~Corporation as a result of the sale or disposition of (i) a~~
~~Corporation subsidiary which is the employer of such Participant~~
~~or (ii) substantially all of the assets used by the Corporation at~~
~~the location where such Participant is employed; and provided that~~
~~immediately after the sale or disposition the Corporation~~
~~maintains an ownership interest in the acquiring company, if any,~~
~~of less than 15%; and further provided that such Participant~~
~~continues employment with the acquiring company; then such~~
~~Participant may elect to receive a settlement of all assets in the~~
~~Participant's Account at any time prior to attaining age 59-1/2,~~
~~subject to Article VI, Section 6.04, but only if the distribution~~
~~is made by the end of the second calendar year after the calendar~~
~~year in which the sale or disposition occurred.~~

b

PERSONAL SAVINGS PLAN

[PSP Roth IRA]

~~NEW LETTER~~

DELPHI ~~AUTOMOTIVE SYSTEMS~~ CORPORATION

~~December 8, 1999~~        (A)

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, ~~the parties discussed the Corporation's willingness to increase the maximum level at which a Participant can contribute to the Personal Savings Plan (PSP) in the event that legal and regulatory limitations currently applicable to the PSP are modified.~~ Delphi agreed to provide for

~~The parties also discussed the Corporation's willingness to allow for the inclusion of~~ a Roth IRA in the PSP beginning January 1, 2006, ~~if~~ that would be consistent with legal and regulatory guidelines~~changes take place which would allow for such inclusion~~.

Very truly yours,

DELPHI ~~AUTOMOTIVE SYSTEMS~~ CORPORATION


~~Steven L. Gebbia~~Kevin M. Butler
~~Executive Director - Employee Benefits~~
Vice President
Human Resource Management


Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By:  Dennis Bingham

b-nc                        - 80 -

PERSONAL SAVINGS PLAN

~~[Impact of Separation from GM]~~

~~NEW LETTER~~

~~DELPHI AUTOMOTIVE SYSTEMS CORPORATION~~

~~December 8, 1999~~

~~Mr. Dennis Bingham~~
~~President Local 87~~
~~USWA, AFL-CIO/CLC~~
~~21 Abbey Avenue~~
~~Dayton, OH  45417~~

~~Dear Mr. Bingham:~~

~~During these negotiations, the Union requested the five (5) year limitation during which participants in the Delphi Personal Savings Plan (PSP) could hold assets in the GM common stock funds be suspended.  The Union also requested Delphi PSP participants be permitted the opportunity to purchase assets in the GM common stock funds during the period beginning November 3, 1999 through December 31, 1999.~~

~~It was agreed that the five (5) year limitation would be suspended and PSP participants would be permitted the opportunity to purchase assets in the GM common stock funds through December 31, 1999.  However, it was also agreed that, Delphi PSP participants will only maintain a Delphi PSP account, not a GM account, while continuing to be employed by Delphi.~~

~~Additionally, the intent of the parties was confirmed and it was agreed that effective with the separation of Delphi from General Motors on May 28, 1999, employer contributions for employees participating in a defined contribution pension plan, under a competitive hire agreement, would be in the form of Delphi Common Stock.  All other provisions, including the right to transfer assets, would continue as otherwise provided under the plans.~~

b                          - 81 -

<u>PERSONAL SAVINGS PLAN</u>

*[Impact of Separation from GM]*

- 2 -


                              Very truly yours,

                              DELPHI AUTOMOTIVE SYSTEMS
                              CORPORATION

                              Steven L. Gebbia
                              Executive Director-
                              Employee Benefits
Accepted and Approved:


Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By:  Dennis Bingham

PERSONAL SAVINGS PLAN

Suggestion Award Payments

DELPHI CORPORATION

_____ (A) _____

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, the parties discussed the process for Employees to defer Suggestion Award Payments into their Personal Savings Plan (PSP) account.  It was noted that Employees currently have the ability to defer their Suggestion Award Payments, up to the maximum Plan contribution rate.

The Union requested that Employees be permitted to defer up to 100% of their Suggestion Award Payments into the PSP.  The parties discussed the payment process for Suggestion Award Payments with the expectation of implementing a lump sum deferral feature of 100% of such payment into the PSP, up to the annual IRS dollar limits.

The implementation date of the PSP deferral feature on Suggestion Award Payments will commence on or before January 1, 2005.  This is due to the programming requirements for the Payroll System as well as the establishment of necessary financial and administrative processes, including a separate deferral election for an Employee's Suggestion Award.

Very truly yours,

DELPHI CORPORATION

Kevin M. Butler
Vice President
Human Resource Management

Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By: Dennis Bingham

a                              – 83 –

PERSONAL SAVINGS PLAN

[PSP Employee Workshop]

DELPHI CORPORATION

_____(A)_____ , 2003

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, the parties discussed the Corporation's willingness to continue to make available to hourly employees during non-working time the two Fidelity Workshops titled, the Investment Education Workshop and the Getting Ready for Retirement Workshop.  Such workshops may be scheduled upon the request of the local Union and Management leadership.  The parties recognize the importance of educating employees on the Personal Savings Plan.

Very truly yours,

DELPHI CORPORATION

Kevin M. Butler
Vice President
Human Resource Management

Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By: Dennis Bingham

a                              - 84 -

PERSONAL SAVINGS PLAN

Dividend and Cash Investment Plan


DELPHI CORPORATION



_____(A)_____, 2003

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, the parties discussed the ability of employees
and retirees to purchase additional Delphi Common Stock with no load
outside of the Personal Savings Plan.

The Corporation informed the Union of the availability of the Dividend
Reinvestment and Stock Purchase Program and the Union agreed that this
Plan satisfactorily addressed their request.

                              Very truly yours,

                              DELPHI CORPORATION

                              Kevin M. Butler
                              Vice President
                              Human Resource Management


Accepted and Approved:

IUE-CWA, the Industrial Division
UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By: Dennis Bingham



a                    - 85 - -

PERSONAL SAVINGS PLAN

Electronic Loan Repayment

DELPHI CORPORATION

_____(A)_____, 2003

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, the parties discussed the loan repayment process for those Personal Savings Plan (PSP) Participants who are not actively at work.

The parties agreed that those PSP Participants who are not actively at work would receive information about establishing an Electronic Funds Transfer (EFT) with their loan coupon book.  Participants will have the option of repaying their loans through the convenience of EFT or via mail by using their loan coupon book.

Very truly yours,

DELPHI CORPORATION

Kevin M. Butler
Vice President
Human Resource Management

Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By: Dennis Bingham

a                        - 86 -

PERSONAL SAVINGS PLAN

529 College Savings Plan(s)

DELPHI CORPORATION

_____(A)_____ , 2003

Mr. Dennis Bingham
President Local 87
USWA, AFL-CIO/CLC
21 Abbey Avenue
Dayton, OH  45417

Dear Mr. Bingham:

During these negotiations, the parties discussed the Union's interest in communicating information regarding 529 College Savings Plan(s) to hourly Employees.  To this end, the parties agreed that Delphi will prepare a communication brochure intended to inform hourly Employees on the advantages of establishing a 529 College Savings Plan(s).

The decision to participate in a 529 College Savings Plan(s) will be on a voluntary basis handled directly between the employee and the plan's respective provider.  It is clearly understood that neither Delphi nor the Union will have any administrative or fiduciary responsibility with regard to these 529 College Savings Plan(s).

Very truly yours,

DELPHI CORPORATION

Kevin M. Butler
Vice President
Human Resource Management

Accepted and Approved:

UNITED STEELWORKERS OF AMERICA,
AFL-CIO/CLC
LOCAL UNION 87

By: Dennis Bingham

a                              - 87 -

# Exhibit R

EXHIBIT G

SUPPLEMENTAL AGREEMENT

(Personal Savings Plan)

a                                   (1)                                   SPL

SUPPLEMENTAL AGREEMENT
(PERSONAL SAVINGS PLAN)

On this ____ day of _____ 2003, Delphi Corporation, hereinafter

referred to as the Corporation, and the

, hereinafter referred to as the Union, on behalf of the employees

covered by the Collective Bargaining Agreement of which this Agreement

becomes a part, agree as follows:


SECTION 1.  Establishment of Plan

Subject to the approval of its Board of Directors, which occurred on

December 3, 2003, the Corporation will establish an amended Personal

Savings Plan for Hourly-Rate Employees in the United States,

hereinafter referred to as the "Plan," a copy of which is attached

hereto and made a part of this Agreement to the extent applicable to

the employees represented by the Union and covered by this Agreement

as if fully set out herein, modified and supplemented, however, by the

provisions hereinafter.  In the event of any conflict between the

provisions of the Plan and the provisions of this Agreement, the

provisions of this Agreement will supersede the provisions of the Plan

to the extent necessary to eliminate such conflict.

b                              (2)                              SPL

SUPPLEMENTAL AGREEMENT
(PERSONAL SAVINGS PLAN)

G, Sect. 2

SECTION 2.  Administration

The Corporation shall have the responsibility for administration of

the Plan.

Notwithstanding Article VI, Section 6.04 of the Plan, distribution of

all assets in the Account of a Participant who has been discharged

shall be deferred, unless the Participant otherwise elects

irrevocably, pending the final resolution of any grievance over such

Participant's discharge pursuant to the Collective Bargaining

Agreement.

SECTION 3.  Non-Applicability of Collective
            Bargaining Agreement Grievance Procedure

No matter respecting the Plan as supplemented by this Agreement or any

difference arising thereunder shall be subject to the grievance

procedure established in the Collective Bargaining Agreement between

the Corporation and the Union.        .

SECTION 4.  Governmental Rulings

The Plan and the Plan as it may be supplemented by superseding

provisions of this Agreement are contingent upon and subject to the

Corporation obtaining and retaining from the Internal Revenue Service

a ruling, satisfactory to the Corporation, holding that the Plan meets

the requirements of Section 401 of the Code, or any section of the

Code which amends, supersedes, or supplements said section, and that

a                                    (3)                                    SPL

SUPPLEMENTAL AGREEMENT
(PERSONAL SAVINGS PLAN)

G, Sect. 4


any trust forming a part of the Plan is exempt from income taxation

under Section 501(a) of the Code, or any section of the Code which

amends, supersedes, or supplements said section.  In the event the

above ruling is not obtained, the Corporation, within 30 days after

any such disapproval, will give written notice thereof to the Union.


Notwithstanding any other provisions of this Agreement or the Plan,

the Corporation may, during the term of this Agreement, make revisions

in the Plan not inconsistent with the purposes, structure, and basic

provisions thereof which shall be necessary to obtain or retain the

ruling referred to in this Section 4.  Any such revisions shall adhere

as closely as possible to the language and intent of provisions

outlined in this Agreement and the Plan.


SECTION 5.  Duration of Agreement

This Agreement and Plan as supplemented by this Agreement shall

continue in effect until otherwise agreed to by the Corporation and

the Union.


b                                    (4)                                    SPL

SUPPLEMENTAL AGREEMENT
(PERSONAL SAVINGS PLAN)

G, Sect. 5

In witness hereof, the parties hereto have caused this Agreement to be

executed the day and year first above written.


_____          Delphi Corporation        ____

_____          _____
_____          _____
_____          _____
_____          _____

EXHIBIT G-1


THE DELPHI PERSONAL

SAVINGS PLAN FOR HOURLY-RATE

EMPLOYEES IN THE UNITED STATES

a                                    - 1 -

THE DELPHI ~~AUTOMOTIVE SYSTEMS~~ PERSONAL SAVINGS PLAN
FOR HOURLY-RATE EMPLOYEES IN THE UNITED STATES


ARTICLE I

ESTABLISHMENT OF PERSONAL SAVINGS PLAN


1.01   Establishment of Plan

Delphi ~~Automotive Systems~~ Corporation hereby establishes The
Delphi Personal Savings Plan for Hourly-Rate Employees in the
United States (hereinafter referred to as the Plan), as set
forth herein.


1.02   Effective Date of Amended Plan

The amended Plan shall become effective January 1, ~~2000~~2004,
except as otherwise may be provided herein.


1.03   Governmental Rulings

This Plan is conditioned upon approval by the Internal
Revenue Service in accordance with Sections 401 and 501(a) of
the Code, or any section of the Code which amends, supersedes,
or supplements said sections.

b-dc                                    - 2 -

PERSONAL SAVINGS PLAN


ARTICLE II

DEFINITION OF TERMS


The following definitions will apply to all words and phrases capitalized in the text which follows.


2.01  "Account"

Account means the assets credited to a Participant in the trust fund established under the Plan.


2.02  "Administrator"

Administrator means Delphi ~~Automotive Systems~~ Corporation.


2.03  "After-Tax Assets"

After-Tax Assets means the units of the GM Common Stock Fund, EDS Common Stock Fund, GM Class H Common Stock Fund, ~~Income Fund, Equity Index Fund, Balanced Fund,~~ Delphi Common Stock Fund, Raytheon Company ~~Class A~~ Common Stock Fund, Promark Funds, Socially Oriented Funds, and shares of the Mutual Funds purchased with After-Tax Savings and dividends and earnings thereon.


2.04  "After-Tax Savings"

After-Tax Savings means amounts contributed to the trust fund by the Corporation as elected by a Participant in accordance with Section 5.01.

b-dc                              - 3 -

PERSONAL SAVINGS PLAN

Art. II, 2.05

2.05  "Business Day"

Business Day means a day the New York Stock Exchange is open for
business, except in the event of the occurrence on any day of
government restrictions, exchange or market rulings, suspensions
of trading, acts of civil or military authority, national
emergencies, fires, earthquakes, floods or other catastrophes,
acts of God, wars, riots or failures of communication or power
supply, or other circumstances beyond the reasonable control of
the Trustee, the Trustee shall determine in its discretion the
extent to which such day shall constitute a Business Day for any
purpose of the Plan.  If the New York Stock Exchange is closed
as a result of a holiday, weekend, or at the end of a Business
Day, normally 4:00 p.m. Eastern Time, then the Effective Date
will be the next following Business Day.

2.06  "Code"

The term "Code" means the Internal
Revenue Code of 1986, as  amended.

2.07  "Compensation"

Compensation means the total amount paid by the Corporation to
the Employee with respect to hourly-rate employment during any
Plan Year as evidenced by Internal Revenue Service Form W-2 or
its equivalent, plus amounts not currently includable in income
by reason of Sections 125, 132(f)(4) (effective January 1,
2001), and/or 402(e)(3) of the Code.

2.08  "Corporation"

Corporation means Delphi ~~Automotive Systems~~ Corporation.

b-dc                          - 34 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.09

2.09  "Corporation Stock"

Corporation Stock means Delphi Common Stock, issued by Delphi
~~Automotive Systems~~ Corporation with voting power and dividend
rights no less favorable than the voting power and dividend
rights of other common stock issued by the Corporation.

2.10  "GM Common Stock Funds"

- **GM Common Stock Fund** – The term "GM Common Stock Fund" shall
  mean the investment option consisting principally of common
  stock, $1-2/3 par value, issued by General Motors Corporation.
  A portion of the GM Common Stock Fund may be invested in
  short-term fixed income investments and money market
  instruments.

- **GM Class H Common Stock Fund** – The term "GM Class H Common
  Stock Fund" shall mean the investment option consisting
  principally of General Motors Class H common stock, $0.10 par
  value, issued by General Motors Corporation.  A portion of the
  GM Class H Common Stock Fund may be invested in short-term
  fixed income investments and money market instruments.

a-dc                                                    -  5  -

a̶

PERSONAL SAVINGS PLAN

Art. II, 2.11

2.11    "Current Market Value"

Current Market Value means

(a)    for GM Common Stock Fund, EDS Common Stock Fund, GM Class H

Common Stock Fund, ~~Income Fund, Equity Index Fund, Balanced~~

~~Fund,~~ Delphi Common Stock Fund, Raytheon Company Class A

Common Stock Fund, and the Promark Funds, the fair market

value of the units reported by the ~~Trustee~~ <u>respective fund,</u>

(b)    for assets attributable to the Mutual Funds, the fair market

value of the units reported by the Mutual Fund company, and

(c)    for assets attributable to the Socially Oriented Funds, the

fair market value of the units reported by the companies

representing such Funds.

2.12    "Date of Valuation"

Date of Valuation means the end of a Business Day, normally

4:00 p.m. Eastern Time, that a Participant initiates an

investment option election, withdrawal, transfer of assets,

settlement upon termination of employment, or loan, and such

date shall be the Effective Date of Investment Option Election,

Effective Date of Withdrawal, Effective Date of Transfer of

Assets, Effective Date of Termination, or Effective Date of

Loan, whichever applies.

b                                    –  56  –

PERSONAL SAVINGS PLAN

Art. II, 2.1~~1  (b)~~3

2.13    "Deferred Assets"

Deferred Assets means the units of the GM Common Stock Fund, EDS
Common Stock Fund, GM Class H Common Stock Fund, ~~Income Fund,
Equity Index Fund, Balanced Fund,~~ Delphi Common Stock Fund,
Raytheon Company ~~Class A~~ Common Stock Fund, Promark Funds,
Socially Oriented Fund(s), and shares of the Mutual Funds
purchased with Deferred Savings and dividends and earnings
thereon.

2.14    "Deferred Savings"

Deferred Savings means amounts contributed to the trust fund by
the Corporation as elected by a Participant in accordance with
Sections 4.01 and 4.02.

2.15    "Delphi Common Stock Fund"

"Delphi Common Stock Fund" means the investment consists
principally of Delphi ~~Automotive Systems~~ Corporation (Delphi)
Common Stock.  A portion of the Delphi Common Stock Fund may be
invested in short-term fixed income investments and money market
instruments.

b-dca                              -  6̶7  -                              P̶L̶U̶S̶  6̶A̶

PERSONAL SAVINGS PLAN

Art. II, 2.14


2.14  "Deferred Savings"

Deferred Savings means amounts contributed to the trust fund by
the Corporation as elected by a Participant in accordance with
Sections 4.01 and 4.02.


2.15  "Delphi Common Stock Fund"

"Delphi Common Stock Fund" means the investment consists
principally of Delphi Automotive Systems Corporation (Delphi)
Common Stock.   A portion of the Delphi Common Stock Fund may be
invested in short-term fixed income investments and money market
instruments.

a ─────────────────────────────────────── 6A ─

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.16

2.16   "Distributee"

    Distributee means an Employee or former Employee of the

    Corporation to whom assets are to be distributed.  Additionally,

    the surviving spouse of the Employee or former Employee or

    alternate payee to whom assets are to be distributed under a

    Qualified Domestic Relations Order, as defined in Section 414(p)

    of the Code, are Distributees with regard to their interest.


2.17   "EDS Common Stock Fund"

    EDS Common Stock Fund means the investment which consists

    principally of Electronic Data Systems Corporation (EDS) common

    stock, $0.~~1~~001 par value.  A portion of the EDS Common Stock

    Fund may be invested in short-term fixed income investments and

    money market instruments.


2.18   "Effective Date of Investment Option Election"

    Effective Date of Investment Option Election means the Business

    Day on which appropriate direction to the Trustee is received by

    the party designated by the Administrator for an investment

    option change.


2.19   "Effective Date of Loan"

    Effective Date of Loan means the Business Day on which

    appropriate direction to the Trustee is received by the party

    designated by the Administrator for a loan.

b                                    –  8  –

PERSONAL SAVINGS PLAN

Art. II, 2.20

2.20   "Effective Date of Termination"

Effective Date of Termination means the Business Day on which

termination of employment with the Corporation occurs.


2.21   "Effective Date of Transfer of Assets"

Effective Date of Transfer of Assets means the Business Day on

which appropriate direction to the Trustee is received by the

party designated by the Administrator for a transfer of assets.


2.22   "Effective Date of Withdrawal"

Effective Date of Withdrawal means the Business Day on which

appropriate direction to the Trustee is received by the party

designated by the Administrator for a withdrawal.


2.23   "Eligible Rollover Distribution"

Eligible Rollover Distribution means any distribution

consisting of all or any portion of the Account of the

Distributee, except that an Eligible Rollover Distribution does

not include:


(i)   any distribution to the extent such distribution is

required under Section 401(a)(9) of the Code;


(ii)  the portion of any distribution that is not includable in

gross income;

a                                        –  9  –

PERSONAL SAVINGS PLAN

Art. II, 2.23 (iii)

   (iii)   substantially equal installment payments that are payable

           for ten or more years; and


   (iv)   any distribution due to Financial Hardship as defined under

          Article II, Section 2.~~26~~28.


2.24  "Eligible Weekly Earnings"

      Eligible Weekly Earnings means base pay plus any Cost-of-Living

      Allowance received by a Participant from the Corporation with

      respect to hourly-rate employment during a calendar week and any

      Performance Bonus Payment (as defined in the Collective

      Bargaining Agreement) made to a Participant during the Plan

      Year. The term Eligible Weekly Earnings shall include any pay

      received for overtime hours, night shift, seven-day premiums,

      and suggestion awards.  Eligible Weekly Earnings shall not

      include any other special payments, fees, or allowances, and in

      no event may exceed $~~150,000~~200,000 per year effective January

      1, 2001 (or as may be adjusted by the Secretary of the Treasury

      of the United States).


2.25  "Employee"

      Employee means


      (a)   ~~(a)~~ any person regularly employed in the United States by

            the Corporation or by a wholly-owned or substantially

            wholly-owed domestic subsidiary in accordance with I.R.C.

Section 414(b), (c), and (m) thereof, on an hourly-rate

basis, including:

b

- 10 -



a    9    PLUS 9A

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.25(a)(1)


    (1)  hourly-rate persons employed on a full-time basis;

       and

PERSONAL SAVINGS PLAN

Art. II, 2.25 (a)(2)

(2)  part-time hourly-rate employees.

(b)  the term Employee shall not include employees of any
directly or indirectly wholly-owned or substantially wholly-
owned subsidiary of the Corporation acquired or formed by
the Corporation on or after January 1, 1984, except as
approved for employees of Delco Electronics Corporation, or
as otherwise approved by the Delphi Board of Directors.

(c)  (e) the term "Employee" shall not include employees
represented by a labor organization which has not signed an
agreement making the Plan applicable to such employees.

=

———(d)  the term "Employee" shall not include Leased Employees as
defined under Article II, Section 2.2830.

b-dc _____ - 11 -    PLUS 11A - 11C

PERSONAL SAVINGS PLAN

Art. II, 2.25(e)

(e)    the term "Employee" shall not include contract employees, bundled-services employees, consultants, or similarly situated individuals, or individuals who have represented themselves to be independent contractors.

(f)    the following classes of individuals are ineligible to participate in this Plan, regardless of any other Plan terms to the contrary, and regardless of whether the individual is a common-law employee of the Corporation:

(i)    any individual who provides services to the Corporation where there is an agreement with a separate company under which the services are provided.  Such individuals are commonly referred to by the Corporation as "contract employees" or "bundled-services employees";

(ii)   any individual who has signed an independent contractor agreement, consulting agreement, or other similar personal service contract with the Corporation;

PERSONAL SAVINGS PLAN

Art. II, 2.25(f)(iii)

(iii) any individual who both (a) is not included in any
represented bargaining unit and (b) who the
Corporation classifies as an independent contractor,
consultant, contract employee, or bundled-services
employee during the period the individual is so
classified by the Corporation.

The purpose of this provision is to exclude from
participation all persons who may actually be common-law
employees of the Corporation, but who are not paid as though
they were employees of the Corporation, regardless of the
reason they are excluded from the payroll, and regardless of
whether that exclusion is correct.

2.26 "Excess Contributions"

The term Excess Contributions means the excess of:

(a)   the aggregate amount of Deferred Savings actually taken into
account in computing the limitations for Highly Compensated
Employees under Section 4.04(a), over

(b)   the maximum amount of Deferred Savings permitted under the
limitations of Section 4.04(a) (determined by hypothetically
reducing the Deferred Savings made on behalf of Highly
Compensated Employees in the order of the ratios under
Section 4.04(b), beginning with the highest of such ratios).

a                                – 11B –                        PLUS 11C

PERSONAL SAVINGS PLAN

Art. II, 2.27


2.27  "Excess Aggregate Contributions"


The term Excess Aggregate Contributions means the excess of:


(a)   the aggregate amount of After-Tax Savings actually taken

into account in computing the limitations for Highly

Compensated Employees under Section 5.03(a), over


(b)   the maximum amount of After-Tax Savings permitted under the

limitations of Section 5.03(a) (determined by hypothetically

reducing the After-Tax Savings made on behalf of Highly

Compensated Employees in the order of the ratios under

Section 5.03(b), beginning with the highest of such ratios).

a                                    – 11C –

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.28


2.2~~6~~<u>8</u> "Financial Hardship"

     Financial Hardship means a reason given by a Participant when

applying for a withdrawal before age 59-1/2 which indicates the

withdrawal is (1) necessary to meet immediate and heavy

financial needs of the Participant, (2) for an amount required

to meet the immediate financial need created by the hardship,

and (3) for an


a ———————————————— – 10 – ———————————————— PLUS 10A

PERSONAL SAVINGS PLAN

Art. II, 2.26

amount that is not reasonably available from other resources of

the Participant.  The amount of such withdrawal may be increased

to include any amounts necessary to pay reasonably anticipated

PERSONAL SAVINGS PLAN

Art. II, 2.26

income taxes and penalties resulting from the early withdrawal.
The reason must be permitted under existing Internal Revenue
Service regulations and rulings and must be acceptable to the
Named Fiduciary or its delegate for one of the following
reasons:

(a)    (a)  purchase or construction of the Participant's
       principal residence;

b_____    _____ - 12 -

<u>PERSONAL SAVINGS PLAN</u>

<u>Art. II, 2.28(b)</u>

     (b)    payment of expenses to prevent foreclosure on the
Participant's principal residence or to prevent eviction
from the Participant's principal residence;

     (c)    payment of tuition for the next 12 months of post-secondary
education for a Participant, a Participant's spouse, or a
Participant's dependent;

     (d)    payment of medical expenses previously incurred or
necessary to obtain medical care for a Participant, a
Participant's spouse, or a Participant's dependent; or

     (e)    ~~(e)~~——————————any other reason acceptable under
published Internal Revenue Service regulations and rulings.

<u>2.2~~7~~9  "Highly Compensated Employees"</u>

<u>For purposes of this Plan, the term Highly Compensated Employees
means Highly Compensated active Employees and Highly Compensated
former Employees.  For purposes of this Section, the
determination year shall be the calendar year, and the look-back
year shall be the 12-month period immediately preceding the
determination year.  A Highly Compensated active Employee
includes any Employee who performs service for the Corporation</u>

during the determination year and who, during the look-back

year:

b                                            - 13 -

a ———————————————————— 11 —————————————————— PLUS 11A

~~PERSONAL SAVINGS PLAN~~

~~Art. II, 2.27~~

~~2.27    "Highly Compensated Employees"~~

~~For purposes of this Plan, the term~~

~~a ————————————————————— 11A —~~

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.29<u>(a)(1)</u>

~~Highly Compensated Employees means Highly Compensated active~~
~~Employees and Highly Compensated former Employees.  For purposes~~
~~of this Section, the determination year shall be the calendar~~
~~year, and the look-back year shall be the 12-month period~~
~~immediately preceding the determination year.  A Highly~~
~~Compensated active Employee includes any Employee who performs~~
~~service for the Corporation during the determination year and~~
~~who, during the look-back year:~~

(a) (1)   received compensation from the Corporation in excess of
$80,000.00 (as adjusted under the Code) ~~and, if the~~
~~Corporation elects, was a member of the top-paid group~~
~~(top 20% ranked on the basis of compensation)~~ for such
year, or

(2)   was a 5% owner of the Corporation at any time during the
year or the preceding year.

(b) A Highly Compensated former Employee includes any Employee
who separated from service prior to the determination year,
performs no service for the Corporation during the
determination year, and was a Highly Compensated active
Employee for either the separation year or any determination
year ending on or after the Employee's 55th birthday.

(c) The determination of who is a Highly Compensated Employee,

including the determinations of the number and identity of

Employees in the top-paid group, will be made in accordance

with Section 414(q) of the Code and regulations thereunder.

b

- 14 -

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.30

~~(c) The determination of who is a Highly Compensated Employee,~~

~~including the determinations of the number and identity of~~

~~Employees in the top-paid group, will be made in accordance~~

~~with Section 414(q) of the Code and regulations thereunder.~~

2.~~28~~30    "Leased Employees"

Leased Employee means any person who, pursuant to an agreement

between the Corporation and any leasing organization, has

performed services for the Corporation on a substantially full-

time basis for a period of at least one year, and such services

are performed under the primary direction or control of the

Corporation.  Contributions or benefits provided a Leased

Employee by the leasing organization which are attributable to

services performed for the Corporation shall be treated as

provided by the Corporation.  A Leased Employee shall not be

considered an employee of the Corporation if such employee is

covered by the safe harbor requirements of Section 414(n)(5) of

the Code.

2.~~29~~31    "Named Fiduciary"

Named Fiduciary means the Executive Committee of the Board of

Directors of Delphi ~~Automotive Systems~~ Corporation except as

set forth in Sections 8.07 and 10.01.

b-dc                              – 15 –

<u>PERSONAL SAVINGS PLAN</u>

Art. II, 2.32

2.3~~0~~2 "Normal Retirement Age"

Normal Retirement Age means the attainment of age 65 by the

Participant.

2.3~~1~~3 "Participant"

Participant means an Employee, or former Employee, who has

an Account under this Plan.

2.3~~2~~4 "Plan"

Plan means The ~~General Motors~~ <u>Delphi</u> Personal Savings Plan for

Hourly-Rate Employees in the United States.

2.3~~3~~5 "Plan Year"

Plan Year means the 12-month period beginning on January 1 and

ending on December 31.

2.3~~4~~6 "Prime Rate"

Prime Rate means the interest rate reported as the "Prime Rate"

in the Eastern Edition of the *Wall Street Journal* in its general

guide to money rates.

2.3~~5~~7 "Raytheon Company ~~Class A~~ Common Stock Fund"

Raytheon Company ~~Class A~~ Common Stock Fund means the investment

which consists principally of Raytheon Company common stock.  A

b-dc                                    - 16 -

PERSONAL SAVINGS PLAN

Art. II, 2.37


portion of the Raytheon Company ~~Class A~~ Common Stock Fund may be
invested in short-term fixed income investments and money market
instruments.


2.3~~6~~8  "Seniority"

Seniority as used in the Plan means the Employee must complete
90 days of employment with the Corporation.


2.3~~7~~9 "Total and Permanent Disability"

Total and Permanent Disability means the Employee is currently
eligible for a benefit under The ~~General Motors~~ Delphi Hourly-
Rate Employees Pension Plan because of total and permanent
disability or would be eligible for such a benefit except the
Employee does not have ten years of credited service.


2.~~38~~40   "Trustee"

Trustee means the outside organization or organizations
appointed by the Named Fiduciary, or its delegate, to hold,
invest, and distribute the assets of the Plan.

b-dc                                    - 17 -

<u>PERSONAL SAVINGS PLAN</u>

ARTICLE III

<u>ELIGIBILITY</u>

3.01  <u>Eligibility</u>

An Employee is eligible to participate and accumulate savings under the Plan on the first day of the first pay period next following the attainment of Seniority.

A previously eligible Employee who resumes active employment following a termination of employment will be eligible to participate immediately.

PERSONAL SAVINGS PLAN


ARTICLE IV

CASH OR DEFERRED ARRANGEMENT


4.01   Cash or Deferred Arrangement

(a)   In lieu of receipt of Eligible Weekly Earnings to which an

Employee is entitled, such Employee may elect, by providing

appropriate direction to the party designated by the

Administrator, to have the Corporation contribute to the

Plan, on a weekly basis, an equivalent amount in accordance

with this qualified cash or deferred arrangement as provided

for under Section 401(k) of the Code.  Such contributions

must be whole percentages of the Employee's Eligible Weekly

Earnings and may not be at a rate of less than 1% nor more

than ~~25~~60% of the Employee's Eligible Weekly Earnings.


In addition to the contributions described above, an

Employee age 50 or over, or an Employee that will attain age

50 by the end of the year, may elect to have the Corporation

contribute to the Employee's Account "catch-up"

contributions as permitted by Federal law.  Such

contributions may not be at a rate of less than 1% nor more

than 40% of the Employee's Eligible Weekly Earnings.  Catch-

up contributions may only be permitted by an Employee once a

limitation is imposed pursuant to this Section or Sections

4.04, 8.04 and 8.05 of the Plan.

b                                    - 19 -                          PLUS 19A


PERSONAL SAVINGS PLAN

Art. IV, 4.01(a)


~~Such c~~Contributions <u>referenced in this subsection</u> shall be

allocated to the Employee's Account and shall be vested

immediately.  The Employee's Compensation shall be reduced

by the full amount of any such Corporation contribution.


The Employee may elect, by providing appropriate direction

to the party designated by the Administrator, to change the

amount of such Corporation contributions or to have such

contributions suspended at any time.


(b)  Any change in the rate of payroll deduction authorized by an

Employee in accordance with subsection (a) of this

a                                    – 19A –

<u>PERSONAL SAVINGS PLAN</u>

Art. IV, 4.01(b)

Section 4.01 will become effective not later than the first day of the second pay period next following the date on which such authorization is received by the party designated by the Administrator.

(c)   In addition to the contributions as provided for in subsection (a) of this Section 4.01, an Employee eligible to receive a payment from The Delphi Profit Sharing Plan for Hourly-Rate Employees in the United States may elect to have the Corporation contribute to the Employee's Account as Deferred Savings an amount up to 100%, in multiples of 1%, of the amount of such payment, provided such Employee has not terminated employment prior to such contribution.  Such election shall be made at such time and in such manner as the Administrator shall determine and will remain continuously in effect until changed by the Employee.  If appropriate direction is not received by the party designated by the Administrator from an Employee on or before the date established by the Administrator for submission of such election with respect to a payment, such amount shall be paid to the Employee.

(d) The Corporation may limit the amount of contributions to the trust pursuant to subsections (a) and (c) of this

a

PERSONAL SAVINGS PLAN

Art. IV, 4.01(d)

    Section 4.01 if necessary to comply with Sections 4.04, 8.04, and 8.05 of the Plan.

4.02    Transfer of Assets to or Receipt
       of Assets from Other Qualified Plans

The Administrator may direct the Trustee to accept all of an Employee's funds transferred from a similar qualified plan, and may direct the Trustee to transfer all of a Participant's funds to a similar qualified plan, provided such other qualified plan (1) is maintained by an employer which is a member of a controlled group of corporations of which the Employee's current employer is a member, and (2) permits such transfers or (3) is a plan maintained by General Motors Corporation as part of an applicable GM collective bargaining agreement.  Any funds so transferred shall be accompanied by instructions from the Trustee setting forth the Employee for whose benefit such assets are being transferred, and identifying the source of such accumulated funds.  Funds transferred from other plans which otherwise would be subject to federal income taxation will be designated as Deferred Savings.

    Notwithstanding the foregoing, the Plan may not receive a transfer from another qualified plan if such other plan provides,

a                                    – 21 –

PERSONAL SAVINGS PLAN

Art. IV, 4.02

or at any time had provided, benefits through alternative forms
of distribution, including annuities, which are not available
under this Plan.


4.03   Rollovers

(a)   An Employee may make a rollover contribution, as permitted
under Section 402(c) of the Code, into an option or options
selected by such Employee in an amount not exceeding the
total amount of taxable and/or nontaxable proceeds
distributed by ~~a similar qualified~~ another eligible
retirement plan ~~maintained by a former employer~~. An
eligible retirement plan shall be determined under Section
402(c)(8)(B). Additionally, cash proceeds received under a
Qualified Domestic Relations Order from an eligible
retirement plan as described above may be rolled over to the
Plan. The rollover contribution must be made by the
Employee (a) within 60 days following the receipt of such
distribution of taxable proceeds, ~~from the former employer's
plan,~~ or (b) as a direct trustee-to-trustee transfer from
the former employer's plan as permitted under Section
401(a)(31) of the Code.


~~Notwithstanding the foregoing, the Plan may not receive a
transfer from another qualified plan if such other plan
provides, or at any time had provided, benefits through
alternative forms of distribution, including annuities,
which are not available under this Plan.~~

b                              –  22  –

PERSONAL SAVINGS PLAN

Art. IV, 4.03(b)


    (b)  An Employee who receives an Eligible Rollover Distribution may elect to have the Trustee transfer directly to an IRA of the Employee, or to another employer's plan in which the Employee is a participant, all or part of the assets included in the distribution, including Company stock.  The Employee shall designate the IRA or other employer's plan to which assets are to be transferred, and the transfer shall be made subject to acceptance by the transferee plan or IRA. Any such direct transfer shall be subject to Section 401 (a)(31) of the Code.


4.04  <u>Cash or Deferred Arrangement Limitation</u>

    (a)  The Deferred Savings percentage by the eligible Highly Compensated Employees under the Plan for a Plan Year must meet one of the following tests using the current year testing method:


    (i)  The actual Deferred Savings percentage of the eligible Highly Compensated Employees is not more than 1.25 times the actual Deferred Savings percentage of all other eligible Employees; or

a

– 23 –

<u>PERSONAL SAVINGS PLAN</u>

Art. IV, 4.04(a)(ii)

(ii)   The actual Deferred Savings percentage of the eligible
Highly Compensated Employees is not more than two
percentage points more than the actual Deferred Savings
percentage for all other eligible Employees and is not
more than 2.0 times (or, such lesser amount as the
Secretary of the Treasury shall prescribe) the actual
Deferred Savings percentage of all other eligible
Employees.

(b)   The actual Deferred Savings percentage for the eligible
Highly Compensated Employees and all other eligible
Employees for a Plan Year is the average of the ratios
(calculated separately for each eligible Employee) of the:

(i)   Amount of Deferred Savings actually paid over to the
Plan trust not later than two and one-half months
after the Plan Year on behalf of such eligible
Employee for the Plan Year to:

(ii)   The eligible Employee's Compensation for such Plan
Year.

a

- 24 -

PERSONAL SAVINGS PLAN

Art. IV, 4.04(c)

(c)  The amount of Deferred Savings for a Highly Compensated
     Employee that exceeds the percentage limitations of
     subsection (a) of this Section 4.04 shall be distributed to
     the Participant no later than two and one-half months
     following the end of the Plan Year.  The amount of any such
     distribution shall be determined under a reasonable method
     selected by the Administrator under applicable tax
     regulations and will include any earnings attributable to the
     excess Deferred Savings.

(d)  Special Rules

     (i)  In the event that this Plan satisfies the requirements
          of Sections 401(k), 401(a)(4), or 410(b) of the Code
          only if aggregated with one or more other plans, or if
          one or more other plans satisfy the requirements of such
          sections of the Code only if aggregated with this Plan,
          then this Section 4.04 shall be applied by determining
          the actual Deferred Savings percentage of eligible
          Employees as if all such plans were a single plan.

PERSONAL SAVINGS PLAN

Art. IV, 4.04(d)(ii)

    (ii)  The actual Deferred Savings percentage for any Participant who is a Highly Compensated Employee for the Plan Year, and who is eligible to participate in two or more arrangements described in Section 401(k) of the Code that are maintained by the Corporation, shall be determined by treating all such plans as a single plan. Notwithstanding the foregoing, certain plans shall be treated as separate if mandatorily disaggregated under regulations under Section 401(k) of the Code.

    (iii)  ~~In the event the limits of Section 4.04 are exceeded, then the actual Deferral Savings percentage of Highly Compensated Employees will be reduced (beginning with such Highly Compensated Employee whose contributions are the highest) until the limits are not exceeded. The amount by which each Highly Compensated Employee's Deferred Savings is reduced shall be treated as an excess contribution. The actual Deferred Savings percentage of the Highly Compensated Employees is determined after any corrections are made. Excess contributions shall be treated as Annual Additions.~~

b                              – 26 –                           PLUS

26A

PERSONAL SAVINGS PLAN

Art. IV, 4.04(d)(iii)

Notwithstanding any other provision of the Plan,
Excess Contributions, plus any income and minus any
loss allocable thereto, shall be distributed no later
than the last day of the following Plan Year to
Employees to whose accounts such Excess Contributions
were allocated. Excess Contributions are allocated to
the Highly Compensated Employees with the largest
amounts of Deferred Savings taken into account for the
year in which the excess arose, beginning with such
Employee with the largest amount of such Savings and
continuing in descending order until all the Excess
Contributions have been allocated. For purposes of the
preceding sentence, the "largest amount" is determined
after distribution of any Excess Contributions.

a                        − 26A −

.

PERSONAL SAVINGS PLAN

ARTICLE V

AFTER-TAX SAVINGS

5.01  After-Tax Savings

(a)   In lieu of all or part of the contributions an Employee may
      authorize in accordance with Section 4.01, an Employee may
      elect to contribute an equivalent amount to the Plan on an
      after-tax basis.  Such contributions shall be allocated to
      the Employee's Account and shall be vested immediately.

      The Employee may elect, by providing appropriate direction
      to the party designated by the Administrator, to change the
      amount of such contributions or to have such contributions
      suspended at any time.

(b)   Any change in the rate of payroll deduction authorized by
      an Employee in accordance with subsection (a) of this
      Section 5.01 will become effective not later than the first
      day of the second pay period next following the date on
      which such authorization is received by the party
      designated by the Administrator.

(c)   The Corporation may limit the amount of contributions to the
      trust pursuant to subsection (a) of this Section 5.01 if
      necessary to comply with Sections 5.03, 5.05, and 8.04 of
      the Plan.

a

– 27 –

<u>PERSONAL SAVINGS PLAN</u>

Art. V, 5.02

5.02   Transfer of Assets to or Receipt
       <u>of Assets from Other Qualified Plans</u>

       The Administrator may direct the Trustee to accept all of
an Employee's funds transferred from a similar qualified plan,
and may direct the Trustee to transfer all of a Participant's
funds to a similar qualified plan, provided such other qualified
plan (1) is maintained by an employer which is a member of a
controlled group of corporations of which the Employee's current
employer is a member, and (2) permits such transfers, or (3) is
a plan maintained by General Motors Corporation as part of an
applicable GM collective bargaining agreement.  Any funds so
transferred shall be accompanied by instructions from the
Trustee setting forth the Employee for whose benefit such assets
are being transferred, and identifying the source of such
accumulated funds.  Funds transferred from other plans which
otherwise would not be subject to federal income taxation will
be designated as After-Tax Savings.

Notwithstanding the foregoing, the Plan may not receive a
transfer from another qualified plan if such other plan
provides, or at any time had provided, benefits through
alternative forms of distribution, including annuities, which
are not available under this Plan.

a                              − 28−

<u>PERSONAL SAVINGS PLAN</u>

Art. V, 5.03

5.03 <u>After-Tax Contribution Limitation</u>

(a) The After-Tax Savings percentage by the eligible Highly
Compensated Employees under the Plan for a Plan Year must
meet one of the following tests using the current year
testing method:

(i) The actual After-Tax Savings percentage of the eligible
Highly Compensated Employees is not more than 1.25
times the actual After-Tax Savings percentage of all
other eligible Employees; or

(ii) The actual After-Tax Savings percentage of the eligible
Highly Compensated Employees is not more than two
percentage points more than the actual After-Tax
Savings percentage for all other eligible Employees and
is not more than 2.0 times (or, such lesser amount as
the Secretary of the Treasury shall prescribe) the
actual After-Tax Savings percentage of all other
eligible Employees.

(b) The actual After-Tax Savings percentage for the eligible
Highly Compensated Employees and all other eligible
Employees for a Plan Year is the average of the ratios
(calculated separately for each eligible Employee) of the:

a                                    –  29  –

PERSONAL SAVINGS PLAN

Art. V, 5.03(b)(i)

> (i) Amount of After-Tax Savings actually paid over to the
> Plan trust on behalf of such eligible Employee for the
> Plan Year to:

> (ii) The eligible Employee's Compensation for such Plan
> Year.

(c) The amount of After-Tax Savings for a Highly Compensated
Employee that exceeds the percentage limitations of
subsection (a) of this Section 5.03 shall be distributed to
the Participant no later than two and one-half months
following the end of the Plan Year.  The amount of any such
distribution shall be determined under a reasonable method
selected by the Administrator under applicable tax
regulations and will include any earnings attributable to
the excess After-Tax Savings.

5.04  Special Rules

(a) In the event that this after-tax portion of the Plan
satisfies the requirements of Sections 401(m), 401(a)(4),
or 410(b) of the Code only if aggregated with one or more
other plans, or if one or more other plans satisfy the
requirements of such sections of the Code only if
aggregated with this after-tax portion of the Plan, then
Section 5.02 shall be applied by determining the actual

After-Tax Savings percentage of eligible Employees as if
all such plans were a single plan.

a                               - 30 -

PERSONAL SAVINGS PLAN

Art. V, 5.04(b)

(b)   The actual After-Tax Savings percentage for any Participant

who is a Highly Compensated Employee for the Plan Year, and

who is eligible to participate in two or more arrangements

described in Section 401(m) of the Code that are maintained

by the Corporation, shall be determined by treating all

such plans as a single plan.  Notwithstanding the

foregoing, certain plans shall be treated as separate if

mandatorily disaggregated under regulations under

Section 401(m) of the Code.

(c)   ~~In the event the limits of Section 5.03 are exceeded, then~~

~~the actual After-Tax Savings percentage of Highly~~

~~Compensated Employees will be reduced (beginning with such~~

~~Highly Compensated Employee whose contributions are the~~

~~highest) until the limits are not exceeded.  The amount by~~

~~which each Highly Compensated Employee's After-Tax Savings~~

~~is reduced shall be treated as an excess aggregate~~

~~contribution.  The actual After-Tax Savings percentage of~~

~~the Highly Compensated Employees is determined after any~~

~~corrections are made.  Excess aggregate contributions shall~~

~~be treated as Annual Additions.~~ Notwithstanding any other

provision of the Plan, Excess Aggregate Contributions, plus

any income and minus any loss allocable thereto, shall be

distributed no later than the last day of the following

Plan Year to Employees to whose accounts such Excess

Aggregate Contributions were allocated. Excess Aggregate

b

– 31 –

PLUS 31A

PERSONAL SAVINGS PLAN

Art. V, 5.04

Contributions are allocated to the Highly Compensated

Employees with the largest amounts of After-Tax Savings

taken into account for the year in which the excess arose,

beginning with such Employee with the largest amount of such

Savings and continuing in descending order until all the

Excess Aggregate Contribution have been allocated. For

purposes of the preceding sentence, the "largest amount" is

determined after distribution of any Excess Aggregate

Contributions.

5.05  Limitation on Multiple Use

The following provisions apply to prevent the multiple use of

the limits set forth in subsections 4.04(a)(ii) and 5.03(a)(ii).

To determine if multiple use exists, the Administrator shall

calculate the greater of:

a

– 31A –

<u>PERSONAL SAVINGS PLAN</u>

Art. V, 5.05(a)

(a)  ~~125% of the greater of the actual Deferred Savings~~
     ~~percentage or the actual After-Tax Savings percentage for~~
     ~~the non-Highly Compensated Employee (non-HCE) group; plus~~

(b)  ~~the lesser of:~~

     (i)  ~~Two percentage points plus the lesser of the actual~~
          ~~Deferred Savings percentage or the actual After-Tax~~
          ~~Savings percentage of the non-HCE group; or~~

     (ii) ~~200% of the lesser of the actual Deferred Savings~~
          ~~percentage or the actual After-Tax Savings percentage~~
          ~~of the non-HCE group.~~

                              ~~or~~

(c)  ~~Subparagraphs (a) and (b) above where "lesser" is~~
     ~~substituted for "greater" and "greater" is substituted for~~
     ~~"lesser."~~

     ~~If this amount is less than the sum of the Actual Deferred~~
     ~~Savings percentage plus the Actual After-Tax Savings~~
     ~~percentage of the Highly Compensated Employee group, then~~

b

– 32 –

PERSONAL SAVINGS PLAN

Art. V, 5.05(c)

~~multiple use exists.   If multiple use exists, then the~~

~~actual After-Tax Savings percentage will be reduced by~~

~~refunding and then the actual Deferred Savings percentage~~

~~will be reduced by refunding (each beginning with such~~

~~Employees with the highest amount of contributions) so that~~

~~multiple use does not exist.~~

b

– 33 –

PERSONAL SAVINGS PLAN

ARTICLE VI

INVESTMENT OF PARTICIPANT'S SAVINGS

6.01  Investment Options

(a)  Amounts contributed to the trust fund on behalf of
     Participants pursuant to subsections (a) and (c) of
     Section 4.01 and subsection (a) of Section 5.01 shall be
     invested in the following investment options, in increments
     of 10%, as may be elected by the Participant:

     (i)    Delphi Common Stock Fund; or

     ~~(ii)   the Income Fund; or~~

     ~~(iii)  the Equity Index Fund; or~~

     ~~(iv)   the Balanced Fund; or~~

     (~~v~~ii)   the Mutual Funds; or

     (~~vi~~iii)  The Promark Funds ~~(effective April 1, 2000); or~~

     (~~vii~~iv)  Socially Oriented Fund(s) ~~(effective April 1,
     2000).~~

     (b)  A Participant's initial investment election shall remain in
          effect until changed by the Participant.

          A Participant's investment election may be changed on any
          Business Day by providing appropriate direction to the party
          designated by the Administrator.  Any change in the
          Participant's investment election shall be effective as of
          the Effective Date of Investment Option Election.

b

– 34 –

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.01(c)


(c) Amounts contributed to the trust fund on behalf of a

    Participant as provided in subsection (c) of Section 4.01

    and Sections 4.02 and 5.02 shall be invested in the same

    investment option(s) as elected by the Participant pursuant

    to subsection (a) of this Section 6.01; provided, however,

    that if contributions are not being made to the trust fund

    on behalf of such Participant pursuant to subsections (a) of

    Sections 4.01 and 5.01, the Participant will be required,

    prior to the contribution or transfer of amounts pursuant to

    subsection (c) of Section 4.01 and Sections 4.02 and 5.02,

    to make an election regarding the investment of such amount.


(d) A Participant may, by giving appropriate direction to the

    party designated by the Administrator, transfer assets being

    held in such Participant's Account from one investment

    option to another investment option, as follows:


    (i) A transfer of assets may include all or any part of

        such assets in an investment option, except that the

        Mutual Funds have a minimum transfer amount of $250.

        If the value of the Mutual Fund is less than the

        minimum, all such assets in the Fund must be

        transferred.

a

– 35 –

PERSONAL SAVINGS PLAN

Art. VI, 6.01(d)(ii)

    (ii)   A Participant may elect a transfer of assets on any Business Day.

   (iii)   Any election to transfer assets shall be irrevocable, normally as of 4:00 p.m. Eastern Time, on the Business Day such election is received by the party designated by the Administrator.

   (iv)   Any appropriate election to transfer assets shall be processed as of the Effective Date of Transfer of Assets.

    (v)   Where excessive trading can undermine any of the Funds or—exceed the available liquidity for any such Fund, Delphi reserves the right to modify or suspend transfer and withdrawal privileges on any of the Non-Mutual Funds, at any time, upon notice to Participants.

   (vi)   The Mutual Funds' provider reserves the right to modify or suspend transfer and withdrawal privileges on any of the Mutual Funds in those instances where excessive trading in any one of the Mutual Funds can undermine such Fund.

a

– 36 –

PERSONAL SAVINGS PLAN

Art. VI, 6.01(d)(vii)

    (vii)  The Socially Oriented Funds provider reserves the right to modify or suspend transfer and withdrawal privileges on the Socially Oriented Funds in those instances where excessive trading in the Socially Oriented Funds can undermine such Fund.

6.02  Vesting

Each Participant shall be fully vested in the assets credited to the Participant's Account, and no portion of such Account shall be subject to forfeiture.

a

PERSONAL SAVINGS PLAN

Art. VI, 6.03

6.03  Withdrawals

(a)  A Participant may, by providing appropriate direction to the
party designated by the Administrator, withdraw assets in
such Participant's Account subject to the following
provisions:

(1)  Prior to receiving a withdrawal of Deferred Assets, a
Participant must withdraw all available After-Tax
Assets including any earnings thereon.

(2)  Deferred Assets may be withdrawn from the Participant's
Account, subject to the provisions outlined in
subsection (a) of this Section 6.03, at any time after
attaining age 59-1/2, or prior to age 59-1/2 because of
~~termination of~~ severance from employment, death, Total
and Permanent Disability, ~~or~~ Financial Hardship, or
termination of the Plan.  Prior to receiving a
withdrawal for Financial Hardship, a Participant
previously must have taken all available asset
distributions, withdrawals, and loans under all
applicable plans maintained by the Corporation.  The
amount that may be withdrawn for a Financial Hardship
shall be limited to the lesser of:

b

– 38 –

PERSONAL SAVINGS PLAN

Art. VI, 6.03(a)(2)(i)

> (i)   the total amount of Deferred Savings in the
> Participant's Account as of the Effective Date of
> Withdrawal; or

> (ii)  the amount required to meet the Financial
> Hardship, including any amounts necessary to pay
> reasonably anticipated income taxes and penalties
> resulting from the early withdrawal.

(b)  A Participant who has an outstanding loan(s) in accordance
with Section 6.06 shall be permitted to make a withdrawal in
accordance with subsection (a) of this Section 6.03.

(c)  A Participant who withdraws any Deferred Assets for
Financial Hardship in accordance with subsection (a) of this
Section 6.03 ~~(1)~~ will be suspended from accumulating further
savings under this Plan, and all applicable plans maintained
by the Corporation, for a period of 12 months immediately
following such withdrawal~~, and (2) shall have such
Participant's annual Deferred Savings limited, for the Plan
Year next following the year in which the hardship
withdrawal was made, to $10,000 (or as may be adjusted by
the Secretary of the Treasury of the United States) minus
the amount of any Deferred Savings made during the year in
which the hardship occurred~~.

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.03(d)

(d)  Any election to withdraw assets shall be irrevocable,
normally as of 4:00 p.m. Eastern Time, on the Business Day
such election is received by the party designated by the
Administrator.

(e)  The Date of Valuation on any appropriate election to
withdraw assets, pursuant to this Section 6.03, shall be the
Effective Date of Withdrawal.

6.04  <u>Distribution of Assets</u>

(a)  Settlement Upon Termination of Employment:
If a Participant terminates employment, such Participant
may elect, by providing appropriate direction to the party
designated by the Administrator, to (1) receive installment
payments, (2) receive partial withdrawals, (3) receive a
total settlement, or (4) defer continuously the
distribution of assets in such Participant's Account. If
such Participant fails to make an election, the
Participant's Assets shall remain in the Participant's
Account until the earlier of:

(1)  the Participant's request for a settlement; or

(2)  the Participant's attainment of age 70-1/2.

a                                    – 40 –

PERSONAL SAVINGS PLAN

Art. VI, 6.04(a)

The Date of Valuation for any such installment payment,
partial withdrawal, or total settlement shall be the
Effective Date of Withdrawal.

With regard to installment payments, a Participant may
elect to receive such payments each calendar month,
calendar quarter, semi-annual, or on an annual basis.

Installment payments must be in whole dollar amounts with
$100 established as the monthly minimum amount.  A
Participant may change or discontinue installment payments
at any time by providing appropriate direction to the party
designated by the Administrator.

If a terminated Participant does not make an election under
this Section 6.04 prior to attaining age 70-1/2,
distribution of assets in the Participant's Account will
begin not later than April 1 of the calendar year following
the calendar year in which the Participant attains age 70-
1/2 and shall be made annually thereafter in accordance
with Section 401(a)(9) of the Code and the regulations
thereunder, including the minimum distribution incidental
benefit requirement of Section 1.401(a)(9)-2 of the
Proposed Income Tax Regulations.

a                              – 41 –

PERSONAL SAVINGS PLAN

Art. VI, 6.04(b)

   (b)  Attainment of Age 70-1/2

        (i)  If a Participant attains age 70-1/2 and such Participant
             has not terminated employment, a distribution of the
             Participant's assets will be made upon termination of
             employment pursuant to Section 6.04(a).

        (ii)  All distributions required under this subsection shall
              be determined and made in accordance with Section 401
              (a)(9) of the Code and the regulations thereunder,
              including the minimum distribution incidental benefit
              requirement of Section 1.401(a)(9)-2 of the ~~Proposed~~
              Income Tax Regulations.

   (c)  Undeliverable Assets

        In the event a distribution to a Participant or the
        Participant's beneficiary cannot be made pursuant to
        subsections (a) and (b) of this Section 6.04 and

b

– 42 –

PERSONAL SAVINGS PLAN

Art. VI, 6.04(c)

Section 8.02 because the identity or location of such
Participant or beneficiary cannot be determined after
reasonable efforts, and if the Participant's settlement
remains undistributed for a period of one year from the Date
of Valuation, the Administrator may direct that the
settlement assets and earnings on such assets be returned to
the trust fund and liquidated.  All liability for payment
thereof shall thereupon terminate; provided, however, in the
event the identity or location of the Participant or
beneficiary is determined subsequently, the value of the
assets at the Date of Valuation shall be paid from the Plan
to such person in a single sum.  Any assets so liquidated
shall be (1) paid to the Participant or beneficiary when the
identity or location is determined, or (2) applied to reduce
reasonable expenses of administering the Plan.

6.05   Form of Distribution

(a)   Upon withdrawal or settlement pursuant to Section 6.03 or
subsections (a) and (b) of Section 6.04, a Participant may
elect to receive any full shares equivalent to the Current
Market Value of their assets invested in any of the GM
Common Stock Funds, EDS Common Stock Fund, Delphi Common
Stock Fund, or the Raytheon ~~Class A~~ Common Stock Fund;
provided, however, that prior to or coincident with the
Effective Date of Withdrawal

b

– 43 –

PERSONAL SAVINGS PLAN

Art. VI, 6.05

or Effective Date of Termination, the Participant may elect
to receive cash-in-lieu of shares equivalent to the value of
their assets invested in the GM Common Stock Funds, EDS
Common Stock Fund, Delphi Common Stock Fund, or the Raytheon
~~Class A~~ Common Stock Fund based on the Current Market Value
of such stock on the Date of Valuation.  All fractional
units of the GM Common Stock Funds, EDS Common Stock Fund,
Delphi Common Stock Fund, or the Raytheon ~~Class A~~ Common
Stock Fund worth less than one share of stock and all units
of the ~~Income Fund, Equity Index Fund, Balanced Fund,~~
Promark Funds, Socially Oriented Funds, and Mutual Funds
will be paid out in cash.

(b)  Upon settlement pursuant to subsection (c) of Section 6.04,
a Participant shall receive cash-in-lieu of shares
equivalent to the value of their assets liquidated in the GM
Common Stock Funds, EDS Common Stock Fund, Delphi Common
Stock Fund, or the Raytheon ~~Class A~~ Common Stock Fund based
on the Current Market Value of such stock funds on the Date
of Valuation.

(c)  (1)  In the event of the death of a Participant and upon
receipt of all information necessary to determine the
beneficiary or beneficiaries, a settlement of all
assets in the deceased Participant's account shall be

b                                    – 44 –                        PLUS 44A

PERSONAL SAVINGS PLAN

Art. VI, 6.05(c)(1)


            made to the beneficiary or beneficiaries designated

            pursuant to Section 8.02.  The beneficiary or

            beneficiaries may elect to receive cash-in-lieu of

            shares equivalent to the value of the assets invested

            in the


a                         - 44A -

PERSONAL SAVINGS PLAN

Art. VI, 6.05

GM Common Stock Funds, EDS Common Stock Fund, Delphi Common

Stock Fund, or the Raytheon ~~Class A~~ Common Stock Fund in the

deceased Participant's Account, based on the Current Market

Value of such stock funds on the Date of Valuation.  The Date of

Valuation will be the Effective Date of Withdrawal.  For

purposes of making a settlement distribution to the beneficiary

or beneficiaries, the Date of Valuation and the Effective Date

of Withdrawal means the date on which the Administrator, or its

delegate, determines the appropriate beneficiary or

beneficiaries and is in receipt of all necessary information and

directions to process the settlement.

(2)    Notwithstanding the provision of the immediately

preceding paragraph, (a) if a Participant's

beneficiary is the Participant's surviving spouse, if

the Participant has elected a distribution schedule

under Section 6.04 (a) which had commenced by the

Participant's date of death, the Participant's account

shall continue to be paid to the surviving spouse

pursuant to such schedule or, at the spouse's election

at any time, in a lump sum, and (b) if distribution of

the Participant's account has not commenced as of the

Participant's date of death, the surviving spouse

shall, for purposes of the distribution requirements

and options under the Plan, be deemed a participant;

PERSONAL SAVINGS PLAN

Art. VI, 6.05(c)(2)

except that the surviving spouse shall be deemed to
attain age 70-1/2 on the date the Participant would
have attained such age'.

Additionally, in no event shall the surviving spouse
be able to make contributions to the deceased
Participant's Account.

6.06  Loans

(a)  Subject to such rules as the Administrator may prescribe, a
Participant, ~~including~~ a former Employee, and a surviving
spouse, may borrow from assets in such Participant's Account
one time each calendar year, for any reason, an amount (when
added to the outstanding balance of all other Plan loans)
not more than the lesser of:

a                           - 45A -

PERSONAL SAVINGS PLAN

Art. VI, 6.06(a)(1)

(1) $50,000 less the highest aggregate outstanding loan

balance over the 12-month period preceding the

Participant's application for loan; or


(2) one-half of the Current Market Value of all assets in

the Participant's Account.


The maximum amount available for a loan, to an active

Participant, will be reduced by an amount equal to the

outstanding principal and interest of any loan that has been

defaulted.


For purposes of the above limitation, all loans from all

plans maintained by the Corporation [or its subsidiaries in

accordance with Section 414(b), (c), or (m) of the Code]

shall be aggregated.

(b) Loans shall be granted in whole dollar amounts with one

thousand dollars ($1,000) established as the minimum amount

of any loan.


(c) Loans shall be granted for a minimum period of 12 months,

with additional increments of 12 months as the Participant

may elect, to a maximum of five years (ten years in the

event the loan is for the purchase or construction of the

Participant's principal residence), provided a Participant

may not elect a term which will result in repayments of

less than $10 per pay period.

b                          - 46 -

PERSONAL SAVINGS PLAN

Art. VI, 6.06(d)

(d)   Loans shall bear a rate of interest equal to the Prime Rate
prevailing as of the last Business Day of the <u>calendar</u>
quarter immediately preceding the date the Participant
gives appropriate direction for a loan to the party
designated by the Administrator.

The interest rate shall remain the same throughout the term
of the loan.

(e)   For purposes of this Section 6.06, the Current Market Value
of a Participant's assets shall be determined on the
Effective Date of Loan.

(f)   Each loan shall be evidenced by a written<u>, or online</u>
<u>acknowledged,</u> Participant Loan Agreement that specifies:

(1)   the amount of the loan;

(2)   the term of the loan; and

(3)   the repayment schedule, showing payments to be made in
a level amount which will fully amortize the loan over
its duration.

b                              — 47 —

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.06(f)(3)

By endorsing and either cashing or depositing the
check representing the loan, a Participant shall
acknowledge receipt of the Participant Loan Agreement
and agree to the terms and conditions contained
therein.

(g)   Cash equal to the value of any loan granted shall be
obtained by liquidating assets in the Participant's Account
from investment options in which the Participant has
assets, as the Participant may elect.

(h)   Repayment of a loan shall be through weekly payroll
deductions, except that if the Participant is not an active
Employee, such repayments shall be made through monthly
installment payments.  Payments of principal and interest
shall be applied to reduce the outstanding balance of a
loan.  Loan repayment amounts shall be allocated to the
Participant's Account in the same investment option(s) as
elected by the Participant pursuant to subsection (a) of
Section 6.01.  A Participant shall be entitled to prepay
the total outstanding loan balance or make partial
prepayment at any time without penalty.

a                                    – 48 –

<u>PERSONAL SAVINGS PLAN</u>

Art. VI, 6.06(i)

    (i)   A Participant with an outstanding loan who is placed on layoff shall be entitled to:

        (1)   make installment payments equivalent in value to the payments deducted previously from the Participant's paycheck; or

        (2)   suspend loan payments for a period of up to 12 months while on layoff, provided such period does not extend beyond the maximum loan term,

    (j)   A Participant with an outstanding loan who is placed on a disability leave of absence must make installment payments substantially equal to the payments deducted previously from the Participant's paycheck.

    (k)   No earnings shall accrue to the Participant's Account with respect to the outstanding balance of any loan.

    (l)   In the event a<u>n active</u> Participant fails to make a required loan payment and such failure continues beyond the last day of the calendar quarter following the calendar quarter in which the required payment was due, then the Participant<u>'s loan will be defaulted and such Participant</u> shall be irrevocably deemed to have received a distribution of assets in an amount equal to the remaining outstanding principal amount of and accrued interest on the loan,

calculated to the date of such deemed distribution.  <u>An</u>

<u>active Participant</u>

b                                    – 49 –                              PLUS 49A

PERSONAL SAVINGS PLAN

Art. VI, 6.06(l)

    will not be relieved of the liability to repay a loan that

    is classified as a deemed distribution.


(m)    In the event a former Employee, surviving spouse, or a

    terminated Participant (including termination due to death

    or retirement) fails to make a required loan payment and

    such failure continues beyond the last day of the calendar

    quarter following the calendar quarter in which the required

    payment was due, then the former Employee, surviving spouse,

    or terminated Participant shall be irrevocably deemed to

    have received a distribution of assets in an amount equal to

    the remaining outstanding principal amount of and accrued

    interest on the loan, calculated to the date of such deemed

    distribution.  A former Employee, surviving spouse, or

    terminated Participant will be relieved of the liability to

    repay a loan once such loan is classified as a deemed

    distribution.

a                                    49A

PERSONAL SAVINGS PLAN

Art. VI, 6.06(n)

(m̶n) A Participant (or beneficiary) who, prior to such
Participant's repayment of the total principal amount of
and accrued interest on a loan, requests or receives a
settlement of assets, shall be deemed to have elected a
withdrawal, pursuant to Section 6.03, equal to the
principal amount of and accrued interest on the loan as of
the Effective Date of Withdrawal.

(n̶o) Any appropriate direction given to borrow assets shall be
irrevocable, normally as of 4:00 p.m. Eastern Time, on the
Business Day such election is received by the party
designated by the Administrator.

(o̶p) A Participant may have no more than five loans outstanding
at any one time.

b

- 50 -

PERSONAL SAVINGS PLAN

ARTICLE VII

TRUST FUND

7.01    Contributions to the Trustee

(a)    All Deferred and After-Tax Savings under this Plan will be
paid to the Trustee who shall invest all such amounts and
earnings thereon.

(b)    Once the Deferred and After-Tax Savings are contributed to
the Trustee by the Corporation, the Corporation shall be
relieved of any further liability except as otherwise may
be provided by The Employee Retirement Income Security Act
of 1974.

7.02    Investment Options

The Trustee is to invest in the following:

(a)    Delphi Common Stock Funds

(i)    The Participants' contributions which are to be
invested in the Delphi Common Stock Fund and dividends
received by the Trustee shall be deposited in the
Delphi Common Stock Fund no later than the 10th day of
the month following the month such contributions or
dividends are received by the Trustee and shall be
invested by an investment manager, or managers,
appointed by the Named Fiduciary,

b

– 51 –

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.02(a)(i)

        or its delegate, under a management agreement which specifies the terms and conditions of such Funds.

(ii)        Any administrative expenses incurred, including brokerage commissions or transfer taxes, as a result of offering the Delphi Common Stock Fund, shall be paid pursuant to Section 10.03.

(iii)  Shares of common stocks held in the Delphi Common Stock Fund acquired by the Trustee under the terms of this Plan shall be registered in the name of the Trustee, or its nominee.  To the extent that it is consistent with ERISA and the Code, the Trustee shall vote and/or tender shares (including fractions), equivalent to the Current Market Value of the assets invested in the Delphi Common Stock Fund credited to each Participant, as instructed by the Participant but shall not vote shares for which such instructions are not received.

(iv)  If the Trustee has not received direction from Participants which can be followed in accordance with ERISA and the Code, the Trustee shall, to the extent that it is consistent with ERISA and the Code, in its discretion, exercise or sell for the benefit of

a

PERSONAL SAVINGS PLAN

Art. VII, 7.02(a)(iv)

Participants any rights received from Delphi ~~Automotive Systems~~ Corporation for the purchase of any additional shares of stock or other securities which Delphi may offer to its stockholders.

(v)   In the event that outstanding shares of the Delphi Common Stock shall be changed in number or class by reason of split-ups, combinations, mergers, consolidations, or recapitalizations, or by reason of stock dividends, the number and class of shares equivalent to the Current Market Value of the assets invested in the Delphi Common Stock which thereafter may be purchased under the Plan, both in the aggregate and as to any individual, and the number and class of shares equivalent to the Current Market Value of the assets invested in the Delphi Common Stock then in the Account of any Participant shall be adjusted so as to reflect such change.

~~(b)   Income Fund~~

~~The Participants' contributions invested in the Income Fund shall be invested by an investment manager or managers appointed by the Named Fiduciary, or its delegate, under a contract with insurance companies and/or banks appointed by~~

b-dc                        - 53 -

PERSONAL SAVINGS PLAN

Art. VII, 7.02(b)

~~the Named Fiduciary, or its delegate, which specifies the~~

~~rates of interest and other terms and conditions.~~

~~Amounts invested in the Income Fund shall earn a "blended"~~

~~annual rate of interest, which represents the weighted net~~

~~average rate of return on all investment contracts in the~~

~~Income Fund.~~

~~(c)~~    ~~Equity Index Fund~~

~~The Participants' contributions invested in the Equity~~

~~Index Fund shall be invested by an investment manager or~~

~~managers appointed by the Named Fiduciary, or its delegate,~~

~~under a contract which specifies the terms and conditions~~

~~of such Fund.~~

~~(d)~~    ~~Balanced Fund~~

~~The Participants' contributions invested in the Balanced~~

~~Fund shall be invested by an investment manager or managers~~

~~appointed by the Named Fiduciary, or its delegate, under a~~

~~contract which specifies the terms and conditions of such~~

~~Fund.~~

b

– 54 –

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.02(e)

(e~~b~~) Mutual Funds

The Participants' contributions invested in the Mutual

Funds shall be invested by the Mutual Fund company

appointed by the Named Fiduciary, or its delegate, pursuant

to the applicable Mutual Fund Prospectus which specifies

the terms and conditions of such Funds.

(~~f~~c) Promark Funds ~~(Effective April 1, 2000)~~

The Participants' contributions invested in the Promark

Funds shall be invested by an investment manager or

managers appointed by the Named Fiduciary, or its

delegate, in a Fund with specified terms and conditions.

(~~g~~d) Socially Oriented Funds ~~(Effective April 1, 2000)~~

The participants' contributions invested in the Socially

Oriented Funds shall be invested by a mutual fund company

or companies appointed by the Named Fiduciary, or its

delegate, pursuant to the applicable Fund Prospectus which

specifies the terms and conditions of such Funds.

b                                   – 55 –

<u>PERSONAL SAVINGS PLAN</u>

Art. VII, 7.03

7.03   <u>EDS Common Stock ($0.~~1001~~01 Par Value)</u>

   (a)   The Trustee may hold in Participants' Accounts any EDS

         common stock distributed or to be distributed as a stock

         dividend.   Any cash dividends received by the Trustee on

         EDS common stock shall be invested in the <u>Promark</u> Income

         Fund.

   (b)   A Participant may elect to transfer assets held in the EDS

         Common Stock Fund to any of the investment options specified

         in Section 7.02, subject to the provisions of

         Section 6.01(d).

   (c)   A Participant may elect in any withdrawal or settlement to

         receive cash-in-lieu of shares equivalent to the value of

         their assets invested in the EDS Common Stock Fund to which

         such withdrawal or settlement applies, based on the Current

         Market Value of such stock fund on the Date of Valuation

         for the withdrawal or settlement.

   ~~(d)   In conjunction with the split-off of EDS from General~~

         ~~Motors, the EDS Common Stock Fund will be eliminated on July~~

         ~~31, 2001.   At the end of the Business Day on July 31, 2001,~~

         ~~any assets that remain in the EDS Common Stock Fund will be~~

         ~~transferred automatically to the Income Fund.~~

b
– 56 –

PERSONAL SAVINGS PLAN

Art. VII, 7.04

7.04    Raytheon Company ~~Class A~~ Common Stock

(a)    The Trustee may hold in Participants' Accounts any Raytheon
~~Class A~~ common stock distributed or to be distributed as a
stock dividend.  Any cash dividend received by the Trustee
on Raytheon Class A common stock shall be invested in the
Promark Income Fund.

(b)    A participant may elect to transfer assets held in the
Raytheon ~~Class A~~ Common Stock Fund to any of the investment
options specified in Section 7.02, subject to the provisions
of Section 6.01(d).

(c)    A Participant may elect in any withdrawal or settlement to
receive cash-in-lieu of shares equivalent to the value of
their assets invested in the Raytheon ~~Class A~~ Common Stock
Fund to which such withdrawal or settlement applies, based
on the Current Market Value of such stock fund on the Date
of Valuation for the withdrawal or settlement.

~~(d)    In conjunction with the spin-off of the defense electronics
business of Hughes Electronics from General Motors and the
immediate merger with Raytheon Company, the Raytheon Class A
Common Stock Fund will be eliminated on December 31, 2002.~~

b                            - 57 -

PERSONAL SAVINGS PLAN

Art. VII, 7.04(d)

~~At the end of the Business Day on December 31, 2002, any~~
~~assets that remain in the Raytheon Class A Common Stock~~
~~Fund will be transferred automatically to the Income Fund.~~

7.05 GM Common Stocks

    (a)  The Trustee may hold in Participants' Accounts any GM common
stocks.  Any cash dividends received by the Trustee on GM
common stocks shall be invested in the Promark Income Fund.

    (b)  A Participant may elect to transfer assets held in the GM
Common Stock funds to any of the investment options
specified in Section 7.02, subject to the provisions of
Section 6.01(d).

    (c)  A Participant may elect in any withdrawal or settlement to
receive cash-in-lieu of shares equivalent to the value of
their assets invested in the GM Common Stock Funds to which
such withdrawal or settlement applies, based on the Current
Market Value of such stock funds on the Date of Valuation
for the withdrawal or settlement.

b

– 58 –

PERSONAL SAVINGS PLAN

ARTICLE VIII

OTHER PROVISIONS

8.01    Non-Assignability

Except as otherwise may be provided by Section 6.06, no right or
interest of any Participant under this Plan or in the
Participant's Account shall be assignable or transferable, in
whole or in part, either directly or by operation of law or
otherwise, including, without limitation, by execution, levy,
garnishment, attachment, pledge, bankruptcy, or in any other
manner, except (1) in accord with provisions of a qualified
domestic relations order as defined in IRC Section 414(p), (2) a
Participant's voluntary assignment of an amount not in excess of
10% of a distribution from the Plan, and (3) further excluding
devolution by death or mental incompetency; no attempted
assignment or transfer thereof shall be effective; and no right
or interest of any Participant under this Plan shall be liable
for, or subject to, any obligation or liability of such
Participant.

8.02    Designation of Beneficiaries in Event of Death

(a)    A Participant may file with the party designated by the
       Administrator a written designation of a beneficiary or
       beneficiaries with respect to all or part of the assets in
       the Account of the Participant.

a                                        –  59  –

PERSONAL SAVINGS PLAN

Art. VIII, 8.02(a)

> For a married Participant who dies, the entire balance of
> the Account shall be paid to the surviving spouse unless
> the written designation of beneficiary designating a
> person(s) other than the spouse with respect to part or all
> of the assets in the Account of the Participant includes
> the written consent of the spouse, witnessed by the Plan
> representative or a notary public.  The written designation
> of beneficiary filed with the party designated by the
> Administrator may be changed or revoked at any time by the
> action of the Participant and, if necessary, the spouse.
> No designation or change of beneficiary will be effective
> until it is determined to be in order by the party
> designated by the Administrator, but when so determined it
> will be effective retroactively to the date of the
> instrument making the designation or change.

> (b)   In the event an unmarried Participant does not file a
> written designation of beneficiaries, such a Participant
> shall be deemed to have designated as beneficiary or
> beneficiaries under this Plan the person or persons who
> receive the Participant's life insurance proceeds under the
> Corporation's Life and Disability Benefits Program for
> Hourly Employees, unless such Participant shall have
> assigned such life insurance, in which case the assets in
> the account shall be paid to the assignee.

a                              - 60 -

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.02(c)

(c)   A beneficiary or beneficiaries will receive, subject to the
provisions of Section 6.05, in the event of the
Participant's death, the assets in the Participant's
Account in accordance with the applicable designation.  If
the Corporation shall be in doubt as to the right of any
beneficiary to receive any such assets, the Corporation may
deliver such assets to the estate of the Participant, in
which case the Corporation shall not have any further
liability to anyone.

8.03   <u>Merger or Consolidation</u>

In the event of any merger or consolidation with, or transfer of
assets or liabilities to, any other plan or program, each
Participant in the Plan would, if the Plan then terminated,
receive the assets in each such Participant's Account
immediately after the merger, consolidation, or transfer which
are at least equal in value to the assets each such Participant
would have been entitled to receive immediately before the
merger, consolidation, or transfer, if the Plan had then
terminated.

8.04   <u>Limitations on Contributions and Benefits</u>

(a)   General Provisions

For purposes of this Section:

<u>PERSONAL SAVINGS PLAN</u>

Art. VIII, 8.04(a)(i)


(i)   The term "Limitation Year" shall mean
      the Plan Year.


(ii)   All defined benefit plans or programs of the
       Corporation will be treated as one defined benefit
       plan or program, and all defined contribution plans or
       programs will be treated as one defined contribution
       plan or program.


(iii)   No contribution to this Plan may exceed the limits
        provided under Section 404 of the Code for current
        deductibility for income tax purposes.


(iv)   Contributions made to the trust by the Corporation
       pursuant to subsection (c) of Section 4.01 shall be
       allocated to a Participant's Account within the
       current Limitation Year.


(v)   For purposes of this Section, the term "Compensation"
      shall mean compensation as defined under
      Section ~~415(c)(3) of the Code and the regulations~~
      ~~thereunder~~ 2.07 of the Plan.


(vi)   The term "Annual Additions" shall mean the sum, for
       any Limitation Year, of Employee contributions,
       Corporation

b                                        −  62  −

PERSONAL SAVINGS PLAN

Art. VIII, 8.04(a)(vi)

        contributions, and forfeitures allocated to an

        Employee's account under all defined contribution

        plans.

(b)  In no event shall contributions or benefits under this Plan

     exceed the limits of Section 415 of the Code and the

     regulations thereunder.

(c)  For any Employee who participates under this Plan and any

     defined contribution plan or defined benefit plan of the

     Corporation, the sum of such Employee's Annual Additions

     shall not exceed the lesser of $~~3~~40,000 (or such other

     amount prescribed by the Secretary of the Treasury

     applicable to the Limitation Year) or ~~25~~100% of such

     Employee's Compensation for any Limitation Year.

(d)  Any amounts elected to be contributed by an Employee

     pursuant to Section 5.01 of Article V which cannot be

     contributed as a result of the application of subsection (c)

     of this Article VIII shall be returned to the Employee and,

     if necessary, any amounts elected to be contributed by an

     Employee pursuant to subsections (a) or (c) of Section 4.01

     of Article IV which cannot be contributed as a result of the

     application of subsection (c) of this Article VIII shall be

     returned to the Employee.

b

PERSONAL SAVINGS PLAN

Art. VIII, 8.05

8.05    Deferred Savings Limitation

A Participant's annual Deferred Savings under this Plan and all
similar contributions to other plans maintained by the
Corporation may not exceed $10,000 the amount permitted under
Federal Law (as adjusted by the Secretary of the Treasury).  The
following table represents the annual limits on Deferred Saving:

| Annual Deferred Savings Limits | | | |
|---|---|---|---|
| Year | Under Age 50 | Catch-Up* Contributions | Age 50 or Over (Includes "Catch-Up") |
| 2003 | $12,000 | $2,000 | $14,000 |
| 2004 | $13,000 | $3,000 | $16,000 |
| 2005 | $14,000 | $4,000 | $18,000 |
| 2006 | $15,000 | $5,000 | $20,000 |
| * Catch-up contributions may be made for participants age 50 or over only if such participants are restricted by other limits described in this Supplemental Agreement. | | | |

In the event a Participant identifies, in writing, before
March 2 following the end of the Plan Year an amount of Deferred
Savings as exceeding this limitation, as applied to this Plan
and all other plans in which such Employee participated, such
amounts will be refunded to the Participant no later than
April 15 following the receipt of such written notice from the
Participant.  In the event the Administrator identifies an
amount in excess of the limitation, the Participant will be
deemed to have notified the Administrator, and such amount will
be refunded to the Participant.

b

– 64 –

PLUS 64A

PERSONAL SAVINGS PLAN

Art. VIII, 8.06

8.06    Provisions to Comply With Section 416 of the Code

(a)    In any Plan Year in which the Plan is considered a "Top-
Heavy Plan," as defined in Section 416 of the Code, the
requirements of Section 416 of the Code, and the
regulations thereunder, are applicable and must be
satisfied.

(b)    The definition of a "Top-Heavy Plan" set forth in
Section 416(g) of the Code and the additional definitions

a

− 64A −

PERSONAL SAVINGS PLAN

Art. VIII, 8.06(b)

set forth in Section 416(i) of the Code are herein
incorporated by reference.

(c)   If the Plan is determined to be a "Top-Heavy Plan" for a
Plan Year, the Corporation shall make contributions equal
to three percent of Compensation on behalf of each
Participant who is not a "key employee" under Section 416
of the Code.

8.07   Investment Decisions

Any Participant or beneficiary, who makes an investment election
permitted under the Plan or otherwise exercises control
permitted under the Plan over the assets in the account, shall
be deemed the named fiduciary under ERISA responsible for such
decisions to the extent that such designation is permissible
under applicable law and that the investment election or other
exercise of control is not protected by Section 404(c) of ERISA,
as amended.

8.08   Special Provisions Regarding Veterans

(a)   In the event an Employee is rehired following qualified
military service, as defined in the Uniformed Services
Employment and Re-Employment Rights Act, that was effective
on or after December 15, 1994, such Employee will be
entitled to have the Corporation make contributions to the

a

– 65 –

PERSONAL SAVINGS PLAN

Art. VIII, 8.08(a)

Plan from such Employee's current earnings that shall be

attributable to the period of time contributions were not

otherwise allowable due to military service.  Such

contributions shall be in addition to contributions

otherwise permitted under Sections 4.01 and 5.01, and shall

be made as permitted under this Section and Section 414(u)

of the Code.

(b)   Additional contributions permitted under this Section shall

be based on the amount of Eligible Weekly Earnings and

Profit Sharing Amount that the Employee would have received

from the Corporation but for the military service, and such

contributions shall be subject to the Plan's terms and

conditions in effect during the applicable period of

military service.  Such contributions shall be made during

the period that begins upon re-employment and extends for

the lesser of five years or the Employee's period of

military service multiplied by three.

(c)   Additional contributions made under this Section shall not

be taken into account in the current year, for purposes of

calculating and applying any limitation or requirement

identified in Section 414(u)(1) of the Code.  However, in

no event may such contributions, when added to actual

contributions

a                                    – 66 –

PERSONAL SAVINGS PLAN

Art. VIII, 8.08(c)

previously made, exceed the amount of contributions
allowable under the applicable limits in effect during the
year of military service if the Employee had continued to
be employed by the Corporation.

(d)   ~~If  a~~An Employee covered by this Section who has an
outstanding loan(s) during the period of qualified military
service covered by this Section, ~~loan payments~~ shall be
entitled to suspend~~ed~~ loan payments during such period, and
the time for repayment of such loan(s) shall be extended to
coincide with the suspension for a period of time equal to
the period of qualified military service.

8.09   Prohibition on Reversion

The Plan shall be maintained and administered for the exclusive
purpose of providing benefits to Participants and beneficiaries
and defraying reasonable expenses.  Except as provided herein,
Plan funds may not revert to the Corporation.  All contributions
to the Plan are conditioned on their deductibility under
Section 404 of the Code at the time made.  All or any part of a
contribution for which a deduction is not allowed may be
returned to the Corporation within one year of the date of
disallowance.  Further, in the event contributions are made due
to a mistake or an administration error, such contributions may
be returned to the Corporation within one year of the date of
discovery of such mistake or error.

b

– 67 –

PERSONAL SAVINGS PLAN

ARTICLE IX

EMPLOYEE STOCK OWNERSHIP PLAN PROVISIONS

9.01   The portion of the Plan that consists of Deferred Assets and
After-Tax Assets that are invested in the Delphi Common Stock
Funds, including any dividends, earnings or gains thereon (the
"ESOP portion" or "ESOP"), is designed to invest primarily in
qualifying employer securities as defined by Section 4975(e)(8)
of the Code, and is an employee stock ownership plan under
Section 4975(e)(7) of the Code.  This Article IX applies to this
ESOP portion of the Plan.

9.02   ESOP Pre-Tax Savings Limitation

(a)  The ESOP Deferred Savings percentage by the eligible
Highly Compensated Employees under the Plan for a Plan Year
must meet one of the following tests using the current year
testing method:

(i)  The actual ESOP Deferred Savings percentage of the
eligible Highly Compensated Employees is not more than
1.25 times the actual ESOP Deferred Savings percentage
of all other eligible Employees; or

a

– 68 –

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.02 (ii)

    (ii) The actual ESOP Deferred Savings percentage of the eligible Highly Compensated Employees is not more than two percentage points more than the actual ESOP Deferred Savings percentage for all other eligible Employees and is not more than 2.0 times (or, such lesser amount as the Secretary of the Treasury shall prescribe) the actual ESOP Deferred Savings percentage of all other eligible Employees.

    (b) The actual ESOP Deferred Savings percentage for the eligible Highly Compensated Employees and all other eligible Employees for a Plan Year is the average of the ratios (calculated separately for each eligible Employee) of the:

    (i) Amount of ESOP Deferred Savings actually paid over to the Plan trust not later than two and one-half months after the Plan Year on behalf of such eligible Employee for the Plan Year to:

a

– 69 –

PERSONAL SAVINGS PLAN

Art. IX, 9.02(b)(ii)


     (ii)  The eligible Employee's Compensation for such Plan Year.


(c)  The amount of ESOP Deferred Savings for a Highly Compensated Employee that exceeds the percentage limitations of subsection (a) of this Section 9.02 shall be distributed to the Participant no later than two and one-half months following the end of the Plan Year.  The amount of any such distribution shall be determined under a reasonable method selected by the Administrator under applicable tax regulations and will include any earnings attributable to the excess ESOP Deferred Savings.

a

– 70 –

PERSONAL SAVINGS PLAN

Art. IX, 9.03

9.03  ESOP After-Tax Contribution Limitation

(a)  The ESOP After-Tax Contribution percentage by the eligible
Highly Compensated Employees under the Plan for a Plan Year
must meet one of the following tests using the current year
testing method:

(i)  The actual ESOP After-Tax Savings percentage of the
eligible Highly Compensated Employees is not more than
1.25 times the actual ESOP After-Tax Savings
percentage of all other eligible Employees; or

(ii)  The actual ESOP After-Tax Savings percentage of the
eligible Highly Compensated Employees is not more than
two percentage points more than the actual ESOP After-
Tax Savings percentage for all other eligible
Employees and is not more than 2.0 times (or, such
lesser amount as the Secretary of the Treasury shall
prescribe) the actual ESOP     After-Tax Savings
percentage of all other eligible Employees.

(b)  The actual ESOP After-Tax Savings percentage for the
eligible Highly Compensated Employees and all other
eligible Employees for a Plan Year is the average of the
ratios (calculated separately for each eligible Employee)
of the:

a
                                    – 71 –

<u>PERSONAL SAVINGS PLAN</u>

Art. IX, 9.03(b)(i)


(i)   Amount of ESOP After-Tax Savings actually paid over to

the Plan trust on behalf of such eligible Employee for

the Plan Year to:


(ii)   The eligible Employee's Compensation for such Plan

Year.


(c)   The amount of ESOP After-Tax Savings for a Highly

Compensated Employee that exceeds the percentage

limitations of subsection (a) of this Section 9.03 shall be

distributed to the Participant no later than two and one-

half months following the end of the Plan Year.  The amount

of any such distribution shall be determined under a

reasonable method selected by the Administrator under

applicable tax regulations and will include any earnings

attributable to the excess ESOP After-Tax Savings.


9.04   <u>ESOP Special Rules</u>

(i)   In the event that this ESOP portion of the Plan satisfies

the requirements of Sections 401(k), 401(m), 401(a)(4), or

410(b) of the Code only if aggregated with one or more other

plans, or if one or more other plans satisfy the

a

– 72 –

PERSONAL SAVINGS PLAN

Art. IX, 9.04(i)

requirements of such sections of the Code only if
aggregated with this Plan, then this Section 9.04 shall be
applied by determining the actual ESOP Deferred Savings
percentage of eligible Employees as if all such plans were
a single plan.

(ii)    The actual ESOP Deferred Savings percentage or ESOP After-
Tax Savings percentage for any Participant who is a Highly
Compensated Employee for the Plan Year, and who is eligible
to participate in two or more arrangements described in
Sections 401(k) and 401(m) of the Code that are maintained
by the Corporation, shall be determined by treating all
such plans as a single plan.  Notwithstanding the
foregoing, certain plans shall be treated as separate if
mandatorily disaggregated under regulations under
Sections 401(k) and 4.01(m) of the Code.

(iii)    In the event the limits of Sections 9.02 or 9.03 are
exceeded, then the actual ESOP Deferred Savings percentage
or the actual ESOP After-Tax Savings percentage of those
Highly Compensated Employees will be reduced ~~(beginning
with such Highly Compensated Employee whose contributions
are the highest)~~ using the same correction procedure set
forth in Sections 4.04(d)(iii) and 5.04 as needed so that
the limits are not exceeded.  The amount by which each
Highly Compensated Employee's ESOP Deferred Savings or ESOP
After-Tax Savings is reduced shall

b

– 73 –

PERSONAL SAVINGS PLAN

Art. IX, 9.04(iii)

be treated as an ~~e~~Excess ~~c~~Contribution or ~~e~~Excess
~~a~~Aggregate

~~c~~Contribution, respectively.  The actual ESOP Deferred

Savings percentage or the actual ESOP After-Tax Savings

percentage of the Highly Compensated Employees is

determined after any corrections are made.  Excess

~~e~~Contributions and ~~e~~Excess ~~a~~Aggregate ~~c~~Contributions shall

be treated as Annual Additions.


~~9.05~~   ~~ESOP Multiple Use Limitation~~

~~The following provisions apply to prevent the multiple~~

~~use of the limits set forth in Sections 9.02(a)(ii) and~~

~~9.03(a)(ii).  To determine if multiple use exists, the~~

~~Administrator shall calculate the greater of:~~


~~(a)~~   ~~125% of the greater of the actual ESOP Deferred Savings or~~

~~actual ESOP After-Tax Savings percentage for the non-Highly~~

~~Compensated Employee (non-HCE) group; plus~~


~~(b)~~   ~~The lesser of:~~


~~(i)~~   ~~two percentage points plus the lesser of the actual~~

~~ESOP Deferred Savings percentage or the actual ESOP~~

~~After-Tax Savings percentage of the non-HCE group, or~~

b

– 74 –

PERSONAL SAVINGS PLAN

Art. IX, 9.05(b)(ii)

~~(ii)   200% of the lesser of the actual ESOP Deferred Savings~~

~~percentage or actual ESOP After-Tax Savings percentage~~

~~of the non-HCE group.~~

~~or~~

~~(c)   Subparagraphs (a) and (b) above where "lesser" is~~

~~substituted for "greater" and "greater" is substituted for~~

~~"lesser."~~

~~If this amount is less than the sum of the actual ESOP~~

~~Deferred Savings percentage plus the actual ESOP After-Tax~~

~~Savings percentage of the Highly Compensated Employee~~

~~group, then multiple use exists.   If multiple use exists,~~

~~then the actual ESOP After-Tax Savings percentage will be~~

~~reduced by refunding and then the actual ESOP Deferred~~

~~Savings percentage will be reduced by refunding (each~~

~~beginning with such Employees with the highest amount of~~

~~contributions) so that multiple use does not exist.~~

9.06   Distribution of ESOP Dividends

A Participant may elect to receive cash dividends paid on shares

of Delphi Common Stock corresponding to the units in the Delphi

Common Stock Fund in a Participant's Account, rather than being

reinvested in the respective funds, provided the Participant

gives appropriate and timely notice of such election to the

party designated by the Administrator. Dividends paid directly

to Participants pursuant to this Section shall be paid not later

than 90 days after the end of the Plan Year.

b

– 75 –

PERSONAL SAVINGS PLAN

ARTICLE X

ADMINISTRATION

10.01    Administrative Responsibility

The Executive Committee of the Corporation's Board of Directors
shall be the Named Fiduciary with respect to the Plan except as
set forth below and in Section 8.07.  The Executive Committee
may delegate authority to carry out such of its
responsibilities as it deems proper to the extent permitted by
The Employee Retirement Income Security Act of 1974.  Except as
set forth in Section 8.07, General Motors Investment Management
Corporation (GMIMCo) is the Named Fiduciary of this Plan for
purposes of investment of Plan assets.  GMIMCo may delegate
authority to carry out such of its responsibilities as it deems
proper to the extent permitted by The Employee Retirement
Income Security Act of 1974.

Pursuant to authority delegated to it by the Named Fiduciary,
Delphi, or its delegate, shall have responsibility for the day-
to-day operation, management, and administration of the Plan,
including full power and authority to construe, interpret, and
administer this Plan and to pass upon and decide cases
presenting unusual circumstances in conformity with the
objectives of the Plan and under such rules as Delphi or its
delegate, may establish.  Decisions of Delphi, or its delegate,
shall be final and binding upon the Corporation and its
employees.

a                                    – 76 –

PERSONAL SAVINGS PLAN

Art. X, 10.02

10.02   Records

The Administrator shall provide for the maintenance of suitable
records to reflect the separate Account balance of each
Participant's contributions and any earnings thereon.

The Administrator shall make, or cause to be made, valuations
of the trust fund or market value at least annually.

10.03   Administrative Expenses

Administrative expenses of the Plan shall be paid from assets
liquidated pursuant to subsection (c) of Section 6.04.  To the
extent such expenses are not thereby paid in full, such
expenses will be paid by the Corporation.  ~~In regard to the
fees for the Balanced Fund, such fees for investment, Trustee,
and management shall be paid by the Fund.~~

~~Effective April 1, 2000, w~~With regard to the fees for the
Socially Oriented Funds and the Promark Funds (excluding the
Fund currently known as the Promark Large Cap ~~Equity~~ Index
Fund), such fees for investment, Trustee, and management shall
be paid by the Funds.

10.04   Participant Statements

Each Participant will be furnished a statement no less than
four times per year showing the Current Market Value of the

assets, including earnings, credited to the Participant's

Account.

b                                    - 77 -

<u>PERSONAL SAVINGS PLAN</u>

Art. X, 10.05


10.05    <u>Incapacity</u>

If the Administrator deems any person incapable of receiving

any distribution to which such person is entitled under this

Plan because such person has not yet reached the age of

majority, or because of illness, infirmity, mental incompetency

or other incapacity, it may make payment, for the benefit or

the account of such incapacitated person, to any person

selected by the Administrator, whose receipt thereof shall be a

complete settlement thereof.  Such payments shall, to the

extent thereof, discharge all liability of the Corporation and

each other fiduciary with respect to this Plan.

a                              –  78  –

PERSONAL SAVINGS PLAN

Art. X, 10.06

10.06    Notice of Claim Denial

The Administrator will provide adequate notice, in writing, to
any Participant or beneficiary whose claim for benefits under
the Plan has been denied, setting forth the specific reasons
for such denial.

The Participant or beneficiary will be given an opportunity for
a full and fair review by the Named Fiduciary, or its delegate,
of the decision denying the claim.  The Participant or
beneficiary will be given 60 days from the date of the notice
denying such claim within which to request such review.

10.07    Confidential Information

The Administrator, or its delegate, shall be responsible for
ensuring that sufficient procedures are in place and followed
to safeguard the confidentiality (except to the extent
necessary to comply with federal laws or state laws not pre-
empted by ERISA) of information relating to the purchase,
holding, and sale of securities, and the exercise of voting,
tender, and similar rights with respect to such securities by
Participants and beneficiaries.  If deemed necessary by the
Administrator, due to potential for undue employer influence
with regard to exercise of shareholder rights, an independent
party will be appointed by the Administrator to carry out
instructions of Participants or beneficiaries relating to such
rights.

a                                              – 79 –

<u>PERSONAL SAVINGS PLAN</u>


ARTICLE XI

AMENDMENT, MODIFICATION,
<u>SUSPENSION, OR TERMINATION</u>


11.01   Amendment, Modification,
        <u>Suspension, or Termination</u>

        The Corporation reserves the right, by and through its Board of

        Directors, or its delegate, to amend, modify, suspend, or

        terminate the Plan, but any such action shall have no

        retroactive effect which would prejudice the interests of the

        Participants.


11.02   <u>Distribution Upon Plan Termination</u>

        In the event of termination or partial termination of the Plan

        without establishment of a successor plan, the Administrator

        may direct the Trustee to:


        (a)   continue to administer the trust fund and pay Account

              balances in accordance with Section 6.04 to Participants

              affected by the termination of the Plan upon their

              termination of employment, or to beneficiaries upon such a

              Participant's death, until the trust fund has been

              liquidated; or


        (b)   distribute as soon as administratively feasible the assets

              remaining in the trust fund in a lump sum to Participants

              and beneficiaries in proportion to their respective

              Account balances.

a

– 80 –

<u>PERSONAL SAVINGS PLAN</u>

Art. XI, 11.02(c)

    (c)  In the event of termination, or partial termination, or a
complete discontinuance of contributions under the Plan,
the account balance of each affected Participant will be
non-forfeitable.

11.03 ~~Distribution Upon Sale of~~
~~Subsidiary or Corporation Assets~~

~~Upon termination of employment of a Participant with the~~
~~Corporation as a result of the sale or disposition of (i) a~~
~~Corporation subsidiary which is the employer of such~~
~~Participant or (ii) substantially all of the assets used by the~~
~~Corporation at the location where such Participant is employed,~~
~~and provided that immediately after the sale or disposition the~~
~~Corporation maintains an ownership interest in the acquiring~~
~~company, if any, of less than 15%; and further provided that~~
~~such Participant continues employment with the acquiring~~
~~company; then such Participant may elect to receive a~~
~~settlement of all assets in the Participant's Account at any~~
~~time prior to attaining age 59-1/2, subject to Article VI,~~
~~Section 6.04, but only if the distribution is made by the end~~
~~of the second calendar year after the calendar year in which~~
~~the sale or disposition occurred.~~

b

– 81 –