WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| Delphi Corporation, et al. | Case No. 05-44481 |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF FLORIDA   )
                   ) SS.:
COUNTY OF MIAMI-DADE  )

Kevin M. McGill, Esq., being duly sworn, deposes and says:

1. The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

2. On March 30, 2006, deponent caused to be served a true and correct copy of the following document:

- **Appaloosa Management L.P.'s Preliminary Objection to Motion for an Order under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving the Debtors' Human Capital Hourly Attrition Programs**

MIAMI 645851 (2K)

via electronic transmission on the following parties:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Kayalyn A. Marafioti<br>kmarafio@skadden.com | Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4802<br>Attn: Robert J. Rosenberg<br>robert.rosenberg@lw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>jbutler@skadden.com<br>dspringe@skadden.com | Simpson, Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>kziman@stblaw.com |

_____
Kevin M. McGill, Esq.

Sworn to before me on this
31st day of March, 2006

_____
Notary Public

ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters

MIAMI 645851 (2K)                                2