WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Gerard Uzzi (GU-2297)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, *et al.*,                              :    Case No. 05-44481 (RDD)
                                                           :
            Debtors.                                       :    Jointly Administered
                                                           :
------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA        )
                        ) SS.:
COUNTY OF MIAMI-DADE    )

        Aileen Venes, being duly sworn, deposes and says:

        1.     The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

        2.     On March 30, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Appaloosa Management L.P.'s Preliminary Objection to Motion for Order under 11 U.S.C. § 363(b) and Fed. R. Bank. P. 6004 Approving the Debtors' Human Capital Hourly Attrition Programs**

MIAMI 645867 v1 (2K)

via facsimile on the following parties:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Kayalyn A. Marafioti<br>Fax: (212) 735-2000 | Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Attn: Robert J. Rosenberg<br>Fax: (212) 751-4864 |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>Fax: (312) 407-0411 | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>Fax: (212) 455-2502 |

via overnight mail on the parties attached hereto as **Exhibit A**; and via U.S. first-class mail on the parties attached hereto as **Exhibit B**.

_____
Aileen Venes

Sworn to before me on this
31st day of March, 2006

_____
Notary Public

ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters