Hearing Date and Time: June 15, 2006, 10:00 a.m.
Objection Deadline: June 8, 2006, 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                              :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
            Debtors.             :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### NOTICE OF HEARING ON FIRST INTERIM APPLICATION OF COVINGTON & BURLING, AS FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

      **PLEASE TAKE NOTICE** that on June 15, 2006 at 10:00 a.m., Covington &

Burling, as foreign trade and special corporate committee legal counsel to the above-captioned

debtors and debtors-in-possession, will move before the Honorable Robert D. Drain, United

States Bankruptcy Judge for the Southern District of New York, in Courtroom 610 of the United

States Bankruptcy Court, One Bowling Green, New York, New York 10004, for entry of an

order approving its first interim application for allowance of compensation for professional

services rendered and reimbursement of expenses incurred from October 8, 2005, through

January 31, 2006 (the "**Compensation Period**") totaling $490,281.00, and for reimbursement of

its actual and necessary expenses incurred during the Compensation Period totaling $20,653.23.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and delivered to Judge Drain's chambers and the undersigned so as to be received not later than 4:00 p.m. on June 8, 2006.  If no objections are received by that time, the order may be entered.

Dated:  March 30, 2006

COVINGTON & BURLING

By: _____

Aaron R. Marcu
Susan Power Johnston

1330 Avenue of the Americas
New York, NY  10019-5400
(212) 841-1000

**Foreign Trade and Special Corporate
Committee Counsel to the Debtors and
Debtors-in-Possession**