**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
In re                                                      :
                                                           :     Chapter 11
DELPHI CORPORATION, et al.,                                :
                                                           :     Case No. 05-44481 (RD)
                                                           :
                  Debtors.                                 :     (Jointly Administered)
                                                           :
------------------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**UPON** the Motion of William E. Dornbos, a member in good standing of the bar in the States of New York (*pro hac vice*) and Minnesota and the bar of the United States District Courts for the District of Minnesota and the Eastern District of Michigan, requesting admission, *pro hac vice*, to represent the New York State Department of Environmental Conservation in the above-captioned cases;

**IT IS HEREBY ORDERED** that William E. Dornbos is permitted to practice, *pro hac vice*, as counsel to the New York State Department of Environmental Protection, in the above-captioned cases in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

DATED:        March 31, 2006
              New York, New York

                                          /s/Robert D. Drain
                                          ROBERT D. DRAIN
                                          United States Bankruptcy Judge