UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTICT OF NEW YORK
SOUTHERN DIVISION

| | | |
|---|---|---|
| In re: ) | Chapter 11 | |
| ) | Case No. 05-44481 | |
| DELPHI CORPORATION, et al., ) | (Jointly Administered) | |
| ) | | |
| ) | Honorable Robert D. Drain | |
| Debtors, ) | | |
| _____) | | |

### ORDER OF ADMISSION TO PRACTICE *PRO HAC VICE*

**ORDERED,** that Manda L. Anagnost, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: April 3, 2006
New York, New York                    /s/     Robert D. Drain
                                             UNITED STATES BANKRUPTCY JUDGE