# UNITED STATES BANKRUPTCY COURT FOR
# NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Connection Systems<br><br><br><br>Debtor. | Chapter 11<br>Case Nos.   05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO:     **GM NAMEPLATE** _____ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **2040 15TH AVE W** _____

   _____

   **SEATTLE, WA 98119** _____

2. Please take notice of the transfer of $ **1,062.00** _____ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $1,062.00 to:

   **Madison Investment Trust - Series 38** _____ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120** _____

   **Overland Park, KS        66202** _____

No action is required if you do not object to the transfer of you claim.

_____

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913

## EVIDENCE OF TRANSFER OF CLAIM

TO:        New York Southern Bankruptcy Court
AND TO:    Madison Liquidity Investors, LLC.
           6310 Lamar Ave, Suite 120
           Overland Park, KS 66202

GM Nameplate Inc [Name of Claimant], for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Connection Systems in the New York Southern Bankruptcy Court , The case entitled In re Delphi Connection Systems, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the ___March , 31, 2006___

[NAME OF CLAIMANT] GM Nameplate, Inc

By: _Karen Eckhoff_
(Signature of Claimant)

Print Name: _Dawn Eckhoff_

_2040 15th Ave W_
(Address)

_Seattle WA 98119_
(Address)

_91-0612253_
(SS#/Tax ID)

By: _____
(Signature of Co-Claimant)

Print Name: _____

_____

(Address)

_____

(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102212776

**Accepted:**
MADISON LIQUIDITY INVESTORS, LLC

By: _Rick Newkirk_
                    (signature)
_Rick Newkirk_
                    (print name)

04-03-06P12:15 RCVD