UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK              X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Carlisle Engineered Products
              3560 West Mark Street, Suite 340
              Akron, OH  44333
              Attn: Anthony Murru

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Carlisle Engineered Products (the "Transferor") in the amount of **$4,553,857.76** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____ Debtor's Attorney _____

                                                 _____
                                                 Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

CREATIVE ENGINEERED POLYMER PRODUCTS, LLC (CEP PRODUCTS, LLC), FKA CARLISLE ENGINEERED PRODUCTS, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 9th, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the amount of $(see Schedule A), against (see Schedule A), (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 9th day of February 2006.

(Assignor)                                      (Assignee)
CREATIVE ENGINEERED POLYMER                     CONTRARIAN FUNDS, LLC
PRODUCTS, LLC (CEP PRODUCTS LLC)                By: Contrarian Capital Management, LLC,
F/K/A CARLISLE ENGINEERED PRODUCTS              as manager

By: _____                     By: _____
Name: Anthony J. Murry                          Name: Janice Stanton
Title: CFO                                      Title: Member

(Assignor)
WITNESS:

By: _____
Name: Elain Close
Title: Exec Asst

## Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount | Proof of Claim Amt | Claim No. |
|---|---|---|---|---|---|
| Carlisle Engineered Products | Delphi Automotive Systems LLC | 05-46640 | 4,553,857.76 | 3,585,701.25 | 1743 |
| CEP Products LLC | Delphi Corporation | 05-44481 | | | |
| Total | | | 4,553,857.76 | 3,585,701.25 | |

Initials:
Seller 
Buyer