WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Appaloosa Management L.P.'s Supplemental Objection to Motion for Order under 11 U.S.C. § 363(b) and Fed. R. Bank. P. 6004 Approving the Debtors' Human Capital Hourly Attrition Programs** to be duly served on April 4, 2006, by electronic transmission on the following parties:

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP | Latham & Watkins |
| Four Times Square | 885 Third Avenue |
| New York, NY 10036 | New York, NY 10022-4802 |
| Attn: Kayalyn A. Marafioti | Attn: Robert J. Rosenberg |
| kmarafio@skadden.com | robert.rosenberg@lw.com |

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>jbutler@skadden.com<br>dspringe@skadden.com | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>kziman@stblaw.com |

United States Trustee
Alicia M. Leonard
33 Whitehall Street
Suite 2100
New York, NY 10004
Alicia.M.Leonhard@usdoj.gov

 

By:   /s/ Frank L. Eaton
        Frank L. Eaton