PEPPER HAMILTON LLP
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | : | Chapter 11 |
|---|---|---|
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2006, copies of the Statement of Representation by Pepper Hamilton LLP of More than One Creditor Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure [Docket No. 3093] were served by overnight mail on the entities on the attached service list.

PEPPER HAMILTON LLP

By: /s/ Linda J. Casey
Linda J. Casey (LC 1891)
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

and

                            Henry Jaffe (DE No. 2987)
                            Hercules Plaza, Suite 5100
                            1313 Market Street
                            P.O. Box 1709
                            Wilmington, DE 19899-1709
                            (302) 777-6500

Dated: April 5, 2006           Counsel for SKF USA INC.

PHLEGAL: #1884551 v1 (14#4N01!.DOC)

Robert J. Stark, Esquire
Brown Rudnick Berlack Israels, LLP
7 Times Square
New York, NY 10036

Capital Research & Management Co.
11100 Santa Monica Blvd.
15th Floor
Los Angeles, CA 90025
Attn: Michelle Robson

Bruce Simon, Esquire
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman, Esquire
Curtis Mallet-Provost Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061

Donald Bernstein, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Sean Corcoran

Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098
Attn: Michael Nefkens

Flextronics International
6328 Monarch Park Place
Niwot, CO 80503
Attn: Carrie L. Schiff
      Terry Zale

Freescale Semiconductor, Inc.
6501 William Cannon Drive – West
MD: OE16
Austin, TX 78735
Attn: Richard Lee Chambers, III

FTI Consulting, Inc.
3 Times Square
11th Floor
New York, NY 10036
Attn: Randall S. Eisenberg

General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078
Attn: Valerie Venable

Lonie A. Hassel, Esquire
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross, Esquire
Hodgson Russ, LLP
152 West 57th Street
35th Floor
New York, NY 10019

Frank L. Gorman, Esquire
Robert B. Weiss, Esquire
Honigman Miller Schwartz & Cohn, LLP
2290 First National Bank Building
660 Woodward Avenue
Detroit, MI 48226-3583

Internal Revenue Service
290 Broadway
5th Floor
New York, NY 10007
Attn: Insolvency Department
      Mario Valerio

Internal Revenue Service
477 Michigan Avenue
Mail Stop 15
Detroit, MI 48226
Attn: Insolvency Dept.

IUE-CWA
2360 West Dorothy Lane
Suite 201
Dayton, OH 45439
Attn: Henry Reichard

Jeffries & Company
520 Madison Avenue
12th Floor
New York, NY 10022
Attn: William Q. Derrough

JP Morgan Chase Bank, N. A.
270 Park Avenue
New York, NY 10017
Attn: Thomas F. Maher
      Richard Duker
      Gianni Russello
      Vilma Francis

Gordon Z. Novod, Esquire
Thomas Moers Mayer, Esquire
Kramer Levin Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

James Le
Kurtzman Carson Consultants
12910 Culver Blvd.
Suite 1
Los Angeles, CA 90066

Mark A. Broude, Esquire
Robert J. Rosenberg, Esquire
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022

Patrick J. Healy, Esquire
Daniel R. Fisher, Esquire
Law Debenture Trust of NY
767 Third Avenue
31st Floor New York, NY 10017

David D. Cleary, Esquire
Moshin N. Khambati, Esquire
McDermott Will & Emery, LLP
227 West Monroe Street
Chicago, IL 60606

J. Brian McTigue, Esquire
Comish F. Hitchcock, Esquire
McTigue Law Firm
5301 Wisconsin Avenue, NW
Suite 350
Washington, DC 20015

Melissa Knolls
Mesirow Financial
321 N. Clark Street
13th Floor
Chicago, IL 60601

James T. Moldovan, Esquire
Morrison Cohen, LLP
909 Third Avenue
New York, NY 10022

Northeast Regional Office
3 World Financial Center
Room 4300
New York, NY 10281
Attn: Mark Schonfeld, Regional Director

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel, Esquire
O'Melveny & Meyer, LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Esquire
Rachel Janger, Esquire
O'Melveny & Meyer, LLP
1625 Eye Street, NW
Washington, DC  20006

Pension Benefit Guaranty, Corp.
1200 K Street, NW
Suite 340
Washington, DC  20005-4026
Attn:  Ralph L. Landy

Sandra A. Riemer, Esquire
Phillips Nizer, LLP
666 Fifth Avenue
New York, NY  10103

David L. Resnick
Rothchild, Inc.
1251 Avenue of the Americas
New York, NY  10020

Robert W. Dremluk, Esquire
Seyfarth Shaw, LLP
1270 Avenue of the Americas
Suite 2500
New York, NY  10020-1801

Douglas Bartner, Esquire
Jill Frizzley, Esquire
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Esquire
Robert H. Trust, Esquire
William T. Russell, Jr., Esquire
Simpson Thatcher & Bartlett, LLP
425 Lexington Avenue
New York, NY  10017

John W. Butler, Esquire
Skadden Arps Slate Meagher & Flom, LLP
333 W. Wacker Drive
Suite 2100
Chicago, IL  60606

Kayalyn A. Marafioti, Esquire
Thomas J. Matz, Esquire
Skadden Arps Slate Meagher & Flom, LLP
4 Times Square
PO Box 300
New York, NY  10036

Daniel D. Doyle, Esquire
Nicholas Franke, Esquire
Spencer Fane Britt & Browne, LLP
1 North Brentwood Blvd.
10th Floor
St. Louis, MO  63105

Chester B. Salomon, Esquire
Stevens & Lee. PC
485 Madison Avenue
20th Floor
New York, NY  10022

Albert Togut, Esquire
Togut Segal & Segal, LLP
One Penn Plaza
Suite 3335
New York, NY  10119

Alicia M. Leonard, Esquire
Office of the U. S. Trustee
Southern District of NY
33 Whitehall Street
Suite 2100
New York, NY  10004

Deirdre A. Martin, Esquire
Office of the U. S. Trustee
Southern District of NY
33 Whitehall Street
Suite 2100
New York, NY  10004

Michael D. Warner, Esquire
Warner & Stevens, LLP
1700 City Center
Tower II
301 Commerce Street
Forth Worth, TX  76102

Jeffrey L. Tanenbaum, Esquire
Martin J. Bienenstock, Esquire
Michael P. Kessler, Esquire
767 Fifth Avenue
New York, NY  10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 N. Market Street
Wilmington, DE  19890

PHLEGAL: #1864554 v1 (13YP601!.DOC)