WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

    - and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | |
|---|---|
| **In re** : | |
| : | **Chapter 11 Case No.** |
| : | |
| **DELPHI CORPORATION, et al.,** : | **05-44481 (RDD)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

State of New York  )
                          )   ss.:
County of New York  )

      Kathleen Lee, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

      2.    On the 4th day of April 2006, I caused a true and correct copy of

Pg 2 of 5

the following pleading to be served (i) upon the parties listed on **Exhibit A** at the addresses set forth therein by electronic mail and hand delivery, (ii) upon the parties listed on **Exhibit B** at the addresses set forth therein by electronic mail and FedEx overnight delivery and (iii) upon the parties listed on **Exhibit C** at the addresses set forth therein by FedEx overnight delivery:

- ✓ Limited Response of General Motors Corporation to Debtors' Motion for Approval of Joint Interest Agreement between Debtors and Official Committee of Unsecured Creditors, Implementation of Protective Order and Approval of Procedures to Protect Information in Fee Statements with attached notice of electronic filing receipt.

Kathleen Lee

/s/ Angela M. Williams
    Notary Public

   ANGELA M. WILLIAMS
Notary Public, State of New York
  NO. 01WI4917470
Qualified in Nassau County
Expires Jan 19, 2010

# **EXHIBIT A**

**By Electronic Mail and Hand Delivery**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
Four Times Square
New York, NY 10036
Attn.:  Kayalyn A. Marafioti, Esq.
         Thomas J. Matz, Esq.
kmarafio@skadden.com
tmatz@skadden.com

Latham & Watkins LLP
Counsel to Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Attn.:  Robert J. Rosenberg, Esq.
         Mark A. Broude, Esq.
robert.rosenberg@lw.com
mark.broude@lw.com

Davis Polk & Wardwell
Attorneys for the Agent and the Joint Lead Arrangers
450 Lexington Avenue
New York, NY 10017
Att'n: Marlane Melican, Esq.,
marlane.melican@dpw.com

Simpson Thacher & Bartlett LLP
Attorneys for the Pre-Petition Agent
425 Lexington Avenue
New York, New York 10017
Att'n:  Kenneth S. Ziman, Esq.,
         Robert H. Trust, Esq.,
kziman@stblaw.com
rtrust@stblaw.com

## **EXHIBIT B**

**By Electronic Mail and FedEx**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606,
Att'n: John Wm. Butler, Jr., Esq.
jbutler@skadden.com

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Att'n General Counsel
sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

## EXHIBIT C

**By FedEx**

The Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonhard, Esq.
33 Whitehall Street, 21st floor
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004