UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
    In re                          :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                                            :
                       Debtors.    :    (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER OF ADMISSION TO PRACTICE, *PRO HAC VICE*

**IT IS HEREBY ORDERED**, that Tom A. Jerman, Esq., is hereby admitted to practice, ***pro hac vice***, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of the filing fee.

Dated: New York, New York
       April 5, 2006

                                                /s/ ROBERT D. DRAIN
                                                UNITED STATES BANKRUPTCY JUDGE