KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                                                     :         Chapter 11
                                                                                 :
DELPHI CORPORATION, et al.,                                 :         Case No. 05-44481 (RDD)
                                                                                 :
                                          Debtors.                       :         (Jointly Administered)
                                                                                 :
                                                                                 :         **AFFIDAVIT OF SERVICE**
------------------------------------------------------------x

STATE OF NEW YORK    )
                                             )ss.:
COUNTY OF NEW YORK )

      Elaine Fera, being duly sworn, deposes and says:

      1.      I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

      2.      On April 4, 2006, I served true copies of the Limited Objection of Wilmington Trust Company, as Indenture Trustee, to Motion for Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. P. 6004 Approving Debtors' Human Capital Hourly Attrition Programs (i) by transmitting a true and correct copy of the paper by facsimile transmission upon the parties on the attached service list at the facsimile number designated for that purpose and (ii) by Federal Express priority overnight mail upon the parties on the attached service list by placing same in properly addressed Federal Express priority overnight envelopes and depositing said envelopes in Office Services on the 34th Floor at 599 Lexington Avenue, New York, New York which is

NY-#402617-v1

2

the designated location for pickup by the Federal Express Corporation for next business day delivery.

/s/ Elaine Fera
Elaine Fera

Sworn to before me this
5th day of April, 2006

*Joyce M. Smith*
Notary Public
Notary Public, State of New York
No. 01SM6091035
Qualified in Suffolk County
Commission Expires April 21, 2007

2



**DELPHI SERVICE LIST**

599 Lexington Avenue
New York, NY 10022
212.536.3900
Fax:  212.536.3901

# FAX

| **Date** • | April 4, 2006 | | **No. of Pages, including coversheet** • | 9 |

**Transmit To** •

| Name | Company | Phone | Fax |
|---|---|---|---|
| Kenneth S. Ziman | Simpson Thatcher & Bartlett LLP | 1-214-455-2000 | 1-214-455-2502 |
| John Wm. Butler | Skadden, Arps, Slate, Meagher & Flom LLP | 1-312-407-0700 | 1-312-407-0411 |
| Alicia M. Leonhard | Office of the United States Trustee | 1-212-510-5000 | 1-212-668-2255 |
| Marlane Melican | Davis Polk & Wardwell | 1-212-450-4092 | 1-212-450-3092 |
| Sean Corcoran Karen Craft | Delphi Corporation | 1-248-813-2000 | 1-248-813-2670 |
| Robert J. Rosenberg | Latham & Watkins LLP | 1-212-906-1370 | 1-212-751-4864 |

| **From** • | Edward M. Fox | | **Phone** • | 212.536.4812 |
| | **Secretary** •  Elaine Fera | | **Phone** • | 212.536.3967 |

| **Client/Matter Name** | **Client/Matter Number** | **Attorney Number** |
|---|---|---|
| Wilmington Trust/Delphi | 0809645.0202 | 8221 |

**COMMENTS**:

NY-#392554-v1