From:  Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



CL.SI022306/16/19

SHIP TO: (212)906-1370    BILL SENDER
**Robert J. Rosenberg**
**Lathan & Watkins LLP**
**885 Third Avenue**

**New York, NY 10022**

Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**           **WED**
                                  Deliver By:
TRK#  **7908 7311 9999**  FORM   05APR06
                          0201
                                  **EWR**  A1

**10022**  -NY-US

**Z2 JRBA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



SHIP TO:   (248)813-2000    BILL SENDER
**Sean Cocoran/ Karen Craft**
**Delphi Corporation**
**5725 Delphi Drive**

**Troy, MI 48098**



Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**    **WED**
Deliver By:
TRK# 7903 8117 9690    FORM 0201    05APR06
DTW    A2

48098    -MI-US

EE MTCA



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

05-44481-rdd    Doc 3111-1    Filed 04/05/06    Entered 04/05/06 13:19:14    SERVICE
LABELS    Pg 3 of 6

**From:** Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

FedEx Express

**E**

CLS022306/16/19

SHIP TO: (212)450-4000    **BILL SENDER**

**Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue**

**New York, NY 10017**

Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**    **WED**
Deliver By:
TRK# **7914 3256 9338**    FORM 0201    05APR06

**10017**  -NY-US    EWR   A1



**Z2 OGSA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (212)756-2000  BILL SENDER
Alicia M. Leonhard
Office of the U.S. Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Delivery Address Bar Code

**PRIORITY OVERNIGHT**  **WED**
Deliver By:
TRK# 7927 0433 4608  FORM 0201  05APR06
EWR  A1

10004  -NY-US

Z1 SXYA



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

FedEx Express

E
CL9022306/16/19

SHIP TO: (312)407-0700    BILL SENDER
**John Wm. Butler, Jr.**
Skadden, Arps, Slate, Meagher & Flo
333 West Wacker Drive
Suite 2100
Chicago, IL 60606



Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**           **WED**
                                 Deliver By:
TRK# 7908 7307 7966   FORM 0201   05APR06
                                 ORD   A1
60606  -IL-US
                    **NC LOTA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 04APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)455-2000    BILL SENDER
**Kenneth S. Ziman**
**Simpson Thatcher & Bartlett LLP**
**425 Lexington Avenue**

**New York, NY 10017**

**PRIORITY OVERNIGHT**                         **WED**
                                               Deliver By:
TRK# 7903 8114 3027    FORM 0201               05APR06

                                        EWR    A1

10017  -NY-US

**Z2 OGSA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.