LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
      mitchell.seider@lw.com
      mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               )   ss.:
COUNTY OF NEW YORK )

       Leslie Salcedo, being duly sworn, deposes and says:

       1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

       2.     On April 4, 2006, I caused true and correct copies of the Limited Objection of the Official Committee of Unsecured Creditors to Motion for Order Under 11 U.S.C. § 363(b) and Fed. R. Bankr. 6004 Approving Debtors' Human Capital Hourly Attrition

NY\1131806.1

Programs, to be served upon the parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
5th day of April, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

NY\1131806.1

**Exhibit A**

**Via Overnight Mail**

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Attn: Marlane Melican.

United States Trustee
33 Whitehall Street
Suite 2100
New York, NY  10004
Attn: Alicia M. Leonard

Skadden, Arps, Slate, Meagher & Flom LLP
333 W. Wacker Dr
Suite 2100
Chicago, IL  60606
Attn: John Wm Butler
       John K. Lyons
       Ron E. Meisler

Delphi Corporation
5725 Delphi Drive
Troy, MI  48098
Attn: Sean Corcoran
       Karen Craft

Simpson Thatcher & Barlett LLP
425 Lexington Avenue
New York, NY  10017
Attn: Kenneth S. Ziman
       Robert H. Trust
       William T. Russell, Jr.

NY\1131806.1