UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   In re                                            :
                                                            :   Chapter 11
DELPHI CORPORATION, et al.,                                 :
                                                            :   Case No. 05-44481 (RDD)
                             Debtors.   :
                                                            :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David A. Hodges, a member in good standing of the bar in the State of Arkansas, or of the bar of the U.S. District Court for the Eastern and Western Districts of Arkansas, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent James Lee Brown and Roseleen Brown, plaintiffs in the above referenced case.

My address is 212 Center Street, Fifth Floor, Little Rock, Arkansas, 72201, e-mail address is david@hodgeslaw.com, telephone number is (501) 374-2400. I agree to pay the fee of $25 upon approval by the Court admitting me to practice **pro hac vice**.

Dated: 3/30/06

Little Rock, Arkansas _____[signature: David A. Hodges]_____