WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)
Linda M. Leali

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re                                          :    Chapter 11
                                               :
DELPHI CORPORATION, *et al.*,                  :    Case No. 05-44481 (RDD)
                                               :
                            Debtors.           :    Jointly Administered
                                               :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Joinder of Appaloosa Management L.P. in the Motion of the Official Committee of Unsecured Creditors for an Order Compelling the Production of Documents by General Motors Corporation Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure** to be duly served on April 5, 2006, by electronic transmission and overnight mail on the following parties:

Skadden, Arps, Slate, Meagher & Flom, LLP           Latham & Watkins
Four Times Square                                    885 Third Avenue
New York, NY 10036                                   New York, NY 10022-4802
Attn:  Kayalyn A. Marafioti                          Attn:  Robert J. Rosenberg
kmarafio@skadden.com                                 robert.rosenberg@lw.com

MIAMI 646584 v1 (2K)

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>jbutler@skadden.com<br>dspringe@skadden.com | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>kziman@stblaw.com |

United States Trustee
Alicia M. Leonard
33 Whitehall Street
Suite 2100
New York, NY 10004
Alicia.M.Leonhard@usdoj.gov


By:  /s/ Frank L. Eaton
     Frank L. Eaton