# EXHIBIT A

**MENAKER & HERRMANN LLP**
Richard G. Menaker, Esq.
10 East 40th Street, 43rd Floor
New York, New York 10016


**RIECK AND CROTTY, P.C.**
Jerome F. Crotty, Esq.
Maria E. Mazza, Esq.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-4646 (Telephone)
(312) 726-0647 (Facsimile)


*Counsel for Petitioners*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## FIRST SET OF INTERROGATORIES PURSUANT TO RULE 7033 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

To:   John Wm. Butler, Jr.
　　　Skadden, Arps, Slate, Meagher & Flom, LLP
　　　333 West Wacker Drive, Suite 2100
　　　Chicago, Illinois 60606

　　　Kayalyn A. Marafioti
　　　Skadden, Arps, Slate, Meagher & Flom, LLP
　　　Four Times Square
　　　New York, New York 10036

　　　　　Pursuant to Rules 7033 of the Federal Rules of Bankruptcy Procedure, Petitioners, Mary P. O'Neill and Liam P. O'Neill, hereby request that Debtors, Delphi

Corporation and Delphi Automotive Systems LLC answer the following interrogatories within 30 days:

    1.    Please state the name of all insurers which have issued insurance policies that provide coverage for the claims asserted by Petitioners against Debtors or any one or more of them in the action entitled <u>Mary P. O'Neill and Liam P. O'Neill v. General Motors Corp. et al.</u>, case number 03 L 7792 (hereinafter referred to as "State Court Litigation") and for each such insurance policy, please state the following information:

    A.    The date the insurer issued the policy;

    B.    The type of policy issued by the insurer;

    C.    The limits of coverage of the policy;

    D.    The amount of any self-insured retention or deductible applicable to the policy;

    E.    Whether the policy provides first dollar of defense coverage; and

    E.    Describe the obligations, in addition to any self-insured retention or deductible, imposed upon Debtors if the insurer pays Petitioners' claims against Debtors.

Respectfully submitted,

Petitioners, Mary P. O'Neill and Liam P. O'Neill

By: *[signature]*
One of their attorneys

**MENAKER & HERRMANN LLP**
Richard G. Menaker, Esq.
10 East 40th Street, 43rd Floor
New York, New York 10016

**RIECK AND CROTTY, P.C.**
Jerome F. Crotty, Esq.
Maria E. Mazza, Esq.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-4646 (Telephone)
(312) 726-0647 (Facsimile)

*Counsel for Petitioners*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

**NOTICE TO PRODUCE DOCUMENTS PURSUANT TO RULE 7034 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

To:   John Wm. Butler, Jr.
      Skadden, Arps, Slate, Meagher & Flom, LLP
      333 West Wacker Drive, Suite 2100
      Chicago, Illinois 60606

      Kayalyn A. Marafioti
      Skadden, Arps, Slate, Meagher & Flom, LLP
      Four Times Square
      New York, New York 10036

      Pursuant to Rules 7034 of the Federal Rules of Bankruptcy Procedure, Petitioners, Mary P. O'Neill and Liam P. O'Neill, hereby request that Debtors, Delphi

Corporation and Delphi Automotive Systems LLC produce the following documents within 30 days:

1. Any and all insurance policies issued to Debtors or to any one or more of them which provide coverage for the claims asserted by Petitioners against Debtors in the action entitled <u>Mary P. O'Neill and Liam P. O'Neill v. General Motors Corp. et al.</u>, case number 03 L 7792 (hereinafter referred to as "State Court Litigation").

2. Documents sufficient to show debtors' interpretation of the scope of coverage of the insurance policies issued to Debtors which provide coverage for the claims asserted in the State Court Litigation.

3. Documents sufficient to show the nature of all of Debtors' obligations to every insurance carrier that issued insurance policies which provide coverage for the claims asserted in the State Court Litigation.

Respectfully submitted,

Petitioners, Mary P. O'Neill and Liam P. O'Neill

By: _____
One of their attorneys

Richard G. Menaker, Esq.
Menaker & Herrmann LLP
Attorneys for Petitioners
10 East 40th Street, 43rd Floor
New York, New York 10016

Jerome F. Crotty, Esq.
Maria E. Mazza, Esq.
RIECK AND CROTTY, P.C.
Attorneys for Petitioners
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312)726-4646