**MENAKER & HERRMANN LLP**
Richard G. Menaker, Esq.
10 East 40th Street, 43rd Floor
New York, New York 10016

**RIECK AND CROTTY, P.C.**
Jerome F. Crotty, Esq.
Maria E. Mazza, Esq.
55 West Monroe Street, Suite 3390
Chicago, Illinois 60603
(312) 726-4646 (Telephone)
(312) 726-0647 (Facsimile)

*Counsel for Petitioners*

Hearing Date: April 7, 2006 at 10:00 a.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### NOTICE OF FILING OF REPLY IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY PETITIONERS, MARY P. O'NEIL AND LIAM P. O'NEIL

Please take notice that on April 6, 2006 Petitioners, Mary P. O'Neill and Liam P. O'Neill ("Petitioners"), filed their **REPLY IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**.

Respectfully submitted,

Petitioners, Mary P. O'Neill and Liam P. O'Neill

By: _/s/ Maria E. Mazza_
    One of their attorneys