**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Robert Stark (#3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Peter J. Antoszyk

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) (Jointly Administered) |
| Debtors. | |

**AFFIDAVIT OF SERVICE**

8128867

2

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK    )

Christopher Michael Lau Kamg, being duly sworn, deposes and says:  I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

On the 6th day of April 2006, I caused to be served a true copy of the Limited Objection of Law Debenture Trust Company of New York, As Indenture Trustee, To Motion For Order Under 11 U.S.C. Section 363(B) And Fed. R. Bankr. P. 6004 Approving Debtors' Human Capital Hourly Attrition Programs on the parties listed on the attached service list by hand delivery and electronic mail.

 /s/ Christopher Michael Lau Kamg
Christopher Michael Lau Kamg

Sworn to before me this
6th day of April, 2006.

 /s/ Sarina LoCascio
Notary Public

No. 4973537
Qualified in New York County
Commission Expires October 22, 2006