Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Attn:  Kenneth S. Ziman

Davis Polk & Wardwell
450 Lexington Avenue
New York, New York  10017
Attn:  Marlane Melican

Latham & Watkins LLP
885 Third Avenue
New York, New York  10022
Attn:  Robert J. Rosenberg
       Mark A. Broude

Office of the United States Trustee
   For the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004
Attn:  Alicia M. Leonhard

# 8128862 v1 - LAUKAMC - 025224/0001