UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                        :
   In re                              :    Chapter 11
                                        :
DELPHI CORPORATION, et al.,             :    Case No. 05-44481 (RDD)
                                        :
                  Debtors.       :    (Jointly Administered)
                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


ORDER DENYING (I) APPALOOSA MANAGEMENT L.P.'S DAUBERT MOTION TO
EXCLUDE EXPERT REBUTTAL REPORT OF DAVID L. RESNICK AND ALL PORTIONS
OF THE RESNICK DECLARATION RELATING TO SUCH EXCLUDED TOPICS AND (II)
MOTION OF APPALOOSA MANAGEMENT L.P. FOR ORDER STRIKING THE EXPERT
REPORT AND DIRECT TESTIMONY OF KEITH S. WILLIAMS

Upon Appaloosa Management L.P.'s Daubert Motion To Exclude Expert Rebuttal Report Of David L. Resnick And All Portions Of The Resnick Declaration Relating To Such Excluded Topics, dated March 20, 2006 (Docket No. 2915) (the "Resnick Motion"); and upon the Emergency Motion Of Appaloosa Management L.P. For Entry Of An Order Striking The Expert Report And Direct Testimony Of Keith S. Williams, dated March 20, 2006 (Docket No. 2916) (the "Williams Motion," and together with the Resnick Motion, the "Motions"); and upon the Debtors' Opposition To Appaloosa Management L.P.'s Emergency Motion To Strike And/Or Exclude Expert Testimony, dated March 21, 2006 (Docket No. 2906); and upon the record of the hearing held on the Motions; and after due deliberation thereon; it is hereby

       ORDERED THAT:

       1.    For the reasons stated by the Court in its ruling, appearing at pages 85-86 of the Transcript of Proceedings of March 22, 2006, the Resnick Motion is DENIED.

    2.  For the reasons stated by the Court in its ruling, appearing at pages 10-11 of the Transcript of Proceedings of March 22, 2006, the Williams Motion is DENIED.

    3.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
    April 5, 2006

          /s/Robert D. Drain
          UNITED STATES BANKRUPTCY JUDGE