UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re

DELPHI CORPORATION, INC., et al.,

                           Debtor.
-----------------------------------------------------------x

Chapter 11

Case No. 05-44481 (RDD)

(Jointly Administered)

## CERTIFICATE OF SERVICE

       I, Jil Mazer-Marino, hereby certify on this on this 6th day of April 2006, I caused a true and correct copy of the Reply In Support Of Motion For Order Under 11 U.S.C. § 362(d) Directing Debtor Delphi Automotive Systems, LLC To Determine Within 150 Days Whether To Assume Or Reject Its Nonresidential Real Property Lease With Cherokee North Kansas City, LLC to be served by overnight mail, facsimile and email list (except where indicated, by email or facsimile and overnight mail only) on the parties listed on the annexed service.

                                                /s/ Jil Mazer-Marino
                                                Jil Mazer-Marino (JMM-6470)

Service List

Douglas P. Bartner, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Fax : (212) 848-4387
Email: dbartner@shearman.com

Jessica Kastin, Esq.
O'Melveny & Myers
7 Times Square
New York, NY 10036
Fax : (212) 326-2061
Email: jkastin@omm.com

John Wm. Butler, Jr., Esq.
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285
Fax : (312) 407-0411
Email: jbutler@skadden.com

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Fax : (212) 735-2000
Email: kmarafio@skadden.com
tmatz@skadden.com

Marlane Melican, Esq.
Davis Polk & Wardell
Attorneys for the Agent and the Joint Lead Arrangers
450 Lexington Avenue
New York, New York 10017
Fax No: (212) 450-3099
Email: marline.melican@dpw.com

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Fax: (212) 455-2502
Email: kziman@stblaw.com
rtrust@stblaw.com

Robert J. Rosenberg, Esq.
Mark A. Broude, Esq.
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802
Fax : (212) 751-4864
Email: mark.broude@lw.com
robert.rosenberg@lw.com

Michael D. Warner, Esq.
Warner Stevens, L.L.P.
301 Commerce Street
Suite 1700
Fort Worth, TX 76102
Fax : (817) 810-5255
Email: bankruptcy@warnerstevens.com

<u>By Facsimile and Overnight Mail</u>
Tracy Hope Davis, Esq.
Alicia M. Leonhard, Esq.
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004
Fax : 212-668-2255

<u>By Overnight Mail and Email</u>
Delphi Corporation
5725 Dephi Drive
Troy, Michigan 48098
Attn: General Counsel
email: sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

G:\cherokee North Kansas City, LLC\lit\cos-reply.doc