UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                    :    Chapter 11
In re:                                              :
DELPHI CORPORATION, et al.,                         :    Case No. 05-44481 (RDD)
                                                    :
         Debtors.                                   :    (Jointly Administered)
                                                    :
_____:

CERTIFICATE OF SERVICE

        I, Richard G. Menaker, hereby certify under penalty of perjury that on April 6, 2006, I electronically filed the Reply in support of the Motion for Relief from Automatic Stay filed by Petitioners, Mary P. O'Neill and Liam P. O'Neill with the Clerk of the United States Bankruptcy Court for the Southern District of New York, using the CM/ECF system, which sent notification of such filing to parties on the list of those to whom notice will electronically mailed to.

Dated: New York, New York

April, 2006

        MENAKER & HERRMANN LLP

        By:    /s/ Richard G. Menaker (RM-4716)

        Attorneys for the Defendant
        10 East 40th Street
        New York, New York 10016
        (212) 545-1900