**Exhibit A**

*Chart of Objections to the Hourly Attrition Programs Motion (the "Motion")*
*Organized by Objection[1]*

|   | OBJECTION ASSERTED | OBJECTING PARTY | RESOLUTION, RESPONSE OR PROPOSAL |
|---|---|---|---|
| 1. | Assertion that the Debtors have not provided sufficient support for the relief sought in the Motion to demonstrate a reasonable exercise of the Debtors' business judgment | 3021/3098 – Appaloosa | The Debtors have met the standard under applicable case law with respect to approval of the Motion under section 363 of the Bankruptcy Code |
| 2. | Assertion that the terms of the UAW Special Attrition Program Agreement should be modified by the Court to limit certain potential claims of GM | 3092/3108 – Creditors' Committee<br>3097 – WTC<br>3098 – Appaloosa | The terms of the UAW Special Attrition Program Agreement are highly negotiated between Delphi, GM and the UAW and entry into the Agreement is in the best interests of the Debtors and their estates. |
| 3. | Assertion that the Debtors need specific authority from the Court to enter Hourly Attrition Programs | 3092/3108 – Creditors' Committee<br>3097 – WTC<br>3098 – Appaloosa | While approval of the Hourly Attrition Programs is appropriate, the Debtors have agreed to provide advance notice and an opportunity to object to the Creditors' Committee |

| DOCKET # | OBJECTING PARTY |
|---|---|
| 3021 | Appaloosa Management L.P. ("Appaloosa") |
| 3092 | Official Committee of Unsecured Creditors ("Creditors' Committee") |
| 3097 | Wilmington Trust Company ("WTC") |
| 3098 | Appaloosa (Supplemental Objection) |
| 3108 | Creditors' Committee (Amended Objection) |

---

[1] This chart reflects all objections entered on the docket as of April 5, 2006.