Victor J. Mastromarco, Jr. (VM-8621)      Hearing Date: April 7, 2006
MASTROMARCO & JAHN, P.C.      Hearing Time: 10:00 a.m.
Counsel to H.E. Services Company &
Robert Backie
1024 North Michigan Avenue
Post Office Box 3197
Saginaw, Michigan 48605-3197
(989) 752-1414

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11
Case No. 05-44481 (RDD)
(Jointly Administered)

---

## OBJECTION TO PROPOSED SIXTH OMNIBUS HEARING AGENDA AS IT PERTAINS TO DOCKET NO.2705

NOW COMES H.E. Services Company, and Robert Backie, by and through their attorneys, Victor J. Mastromarco, Jr., and hereby objects to the Proposed Sixth Omnibus Hearing Agenda, paragraph B. 4. because there was no agreement between the parties to adjourn the hearing currently scheduled for April 7, 2006, at 10:00 a.m., and counsel for the debtors are well aware that counsel intends to attend the hearing as scheduled. Therefore, it is requested that the Motion of H.E. Services Company, and Robert Backie, Majority Shareholder for Relief from the Automatic Stay Under Section 362 of The Bankruptcy Code be heard as scheduled on April 7, 2006, at 10:00 a.m.

Dated: April 6, 2006      Respectfully submitted,
MASTROMARCO & JAHN, P.C.

s/ Victor J. Mastromarco, Jr.
Victor J. Mastromarco, Jr. (P34564)
Attorney for H.E. Services Company, and
Robert Backie
vmastromar@aol.com