| | |
|---|---|
| Victor J. Mastromarco, Jr. (VM-8621) | Hearing Date: April 7, 2006 |
| MASTROMARCO & JAHN, P.C. | Hearing Time: 10:00 a.m. |
| Counsel to Cindy Palmer, Personal | |
| Representative to the Estate of Michael Palmer | |
| 1024 North Michigan Avenue | |
| Post Office Box 3197 | |
| Saginaw, Michigan 48605-3197 | |
| (989) 752-1414 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| | (Jointly Administered) |
| Debtors. | |

### OBJECTION TO PROPOSED SIXTH OMNIBUS HEARING AGENDA AS IT PERTAINS TO DOCKET NO. 2708

NOW COMES Cindy Palmer, Personal Representative to the Estate of Michael Palmer, by and through her attorney, Victor J. Mastromarco, Jr., and hereby objects to the Proposed Sixth Omnibus Hearing Agenda, paragraph B. 5. because there was no agreement between the parties to adjourn the hearing currently scheduled for April 7, 2006, at 10:00 a.m., and counsel for the debtors are well aware that counsel intends to attend the hearing as scheduled. Therefore, it is requested that the Motion of Cindy Palmer, Personal Representative to the Estate of Michael Palmer for Relief from the Automatic Stay Under Section 362 of The Bankruptcy Code be heard as scheduled on April 7, 2006, at 10:00 a.m.

| | |
|---|---|
| Dated: April 6, 2006 | Respectfully submitted, |
| | MASTROMARCO & JAHN, P.C. |
| | |
| | s/ Victor J. Mastromarco, Jr. |
| | Victor J. Mastromarco, Jr. (P34564) |
| | Attorney for Cindy Palmer, Personal |
| | Representative to the Estate of |
| | Michael Palmer |
| | vmastromar@aol.com |