UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                              :
     In re                        :
                              :     Chapter 11
DELPHI CORPORATION, et al.,    :
                              :     Case No. 05-44481 (RDD)
                  Debtors.  :
                              :     (Jointly Administered)
                              :
---------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David A. Hodges, a member in good standing of the bar in the State of Arkansas,

or of the bar of the U.S. District Court for the Eastern and Western Districts of

Arkansas, having request admission, ***pro hac vice***, to represent James Lee Brown

and Roseleen Brown, plaintiffs in the above referenced case.  **IT IS HEREBY**

**ORDERED**,

that David Hodges, Esq., is admitted to practice, ***pro hac vice***, in the above

referenced case, in the United States Bankruptcy Court, Southern District of New

York, subject to payment of the filing fee.

Dated:   April 4, 2006

     New York, New York     /s/Robert D. Drain_____
                                 UNITED STATES BANKRUPTCY JUDGE