**BROWN RUDNICK BERLACK ISRAELS LLP**
Seven Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801
Robert Stark (#3575)

- and -

**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 856-8200
Facsimile: (617) 856-8201
Peter J. Antoszyk

Counsel for Law Debenture Trust Company of New York,
As successor Indenture Trustee and Property Trustee
for the 8.25% Junior Subordinated Note Due 2033
and the Adjustable Rate Junior Subordinated Note Due 2033

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., ) | (Jointly Administered) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

    I, Andrew M. Sroka, a member in good standing of the bar in the Commonwealth of Massachusetts, request admission ***pro hac vice*** before the Honorable Robert D. Drain, to represent the Law Debenture Trust Company of New York in the above-referenced case. My office and email addresses, and my telephone and fax numbers are:

Andrew M. Sroka, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200 (telephone)
(617) 856-8201 (facsimile)
asroka@brownrudnick.com

I agree to pay the fee of $25 upon entry of an order admitting me to practice *pro hac vice*.

Dated:  April 6, 2006
Boston, Massachusetts

      /s/ Andrew M. Sroka _____
Andrew M. Sroka  (4336)

**ORDERED,**

That Andrew M. Sroka, Esq., is admitted to practice *pro hac vice* in the above-referenced case, in the United States Bankruptcy Court of New York, subject to payment of the filing fee.

Dated: _____
         New York, New York

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE