**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Counsel for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Delphi Corporation, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
DESIGNATIONS OF THE DEPOSITION OF KEVIN M. BUTLER WITH
RESPECT TO THE MOTION FOR AN ORDER APPROVING
DEBTORS' HUMAN CAPITAL HOURLY ATTRITION PROGRAMS**

The Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases hereby designates the following portions of the transcript of the April 5, 2005 deposition of Kevin M. Butler in connection with the April 7, 2006 hearing regarding the Motion For An Order Approving Debtors' Human Capital Hourly Attrition Programs.

- From 25:12 to 25:21
- From 26:19 to 27:8
- From 27:25 to 28:10
- From 29:11 to 30:10
- From 30:19 to 32:4
- From 92:24 to 93:21
- From 117:19 to 118:8
- From 123:7 to 123:16
- From 128:8 to 128:20
- From 130:6 to 131:4
- From 134:11 to 135:8
- From 143:15 to 144:6

NY\1132938.1

Dated: April 7, 2006
     New York, New York

                              **LATHAM & WATKINS LLP**

                              By: /s/ Robert J. Rosenberg
                                  Robert J. Rosenberg (RR-9585)
                                  Mitchell A. Seider (MS-4321)
                                  Mark A. Broude (MB-1902)
                                  885 Third Avenue, Suite 1000
                                  New York, New York 10022
                                  Telephone: (212) 906-1200

                              Attorneys for the Official Committee
                              of Unsecured Creditors