**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
　　　　mitchell.seider@lw.com
　　　　mark.broude@lw.com

Counsel for The Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Delphi Corporation, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
DESIGNATIONS OF THE DEPOSITION OF JOHN D. SHEEHAN WITH
RESPECT TO THE MOTION FOR AN ORDER APPROVING
DEBTORS' HUMAN CAPITAL HOURLY ATTRITION PROGRAMS**

　　　　The Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 cases hereby designates the following portions of the transcript of the April 5, 2005 deposition of John D. Sheehan in connection with the April 7, 2006 hearing regarding the Motion For An Order Approving Debtors' Human Capital Hourly Attrition Programs.

- From 46:2 to 47:23
- From 82:15 to 83:10
- From 87:20 to 88:15
- From 91:11 to 91:15
- From 92:10 to 93:12
- From 98:22 to 99:11
- From 106:24 to 107:25
- From 118:11 to 118:22
- From 141:11 to 145:17
- From 146:15 to 147:7
- From 148:4 to 150:23

NY\1132936.1

Dated: April 7, 2006
      New York, New York

                **LATHAM & WATKINS LLP**

                By: /s/ Robert J. Rosenberg
                    Robert J. Rosenberg (RR-9585)
                    Mitchell A. Seider (MS-4321)
                    Mark A. Broude (MB-1902)
                    885 Third Avenue, Suite 1000
                    New York, New York 10022
                    Telephone:  (212) 906-1200

                Attorneys for the Official Committee
                of Unsecured Creditors