UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 05-44481 (RDD)
Jointly Administered

## MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE

I, Merle C. Meyers, a member in good standing of the bar in the State of California, and of the following Federal Courts: the United States District Court for the Northern, Southern, Central and Eastern Districts of California; the United States Court of Appeals for the Ninth Circuit; and the United States Supreme Court, request admission, *pro hac vice*, before the Honorable Robert D. Drain, United States Bankruptcy Judge, to represent Alps Automotive, Inc. in the above referenced case.

My address is Goldberg, Stinnett, Meyers & Davis, 44 Montgomery Street, Suite 2900, San Francisco, CA 94104, telephone number (415) 362-5045, facsimile number (415) 362-2392, email address mmeyers@gsmdlaw.com.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated: March 22, 2006
San Francisco, California



GOLDBERG, STINNETT, MEYERS & DAVIS
A Professional Corporation

By: /s/   Merle C. Meyers
Merle C. Meyers, Esq. CA Bar #66849
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Alps Automotive, Inc.

10233/100917.DOC

1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br>Jointly Administered |

### ORDER OF ADMISSION TO PRACTICE, PRO HAC VICE

Upon consideration of the Motion For Admission To Practice, *Pro Hac Vice*, it is hereby ORDERED, that Merle C. Meyers, Esq.., is admitted to practice, *pro hac vice*, in the above referenced case in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
New York, New York                    _____
                                      UNITED STATES BANKRUPTCY JUDGE

10233/100921.DOC

1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re

DELPHI CORPORATION, et al.,

        Debtors.

Chapter 11

Case No. 05-44481 (RDD)
Jointly Administered

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion For Admission To Practice, Pro Hac Vice was served by first class mail, postage prepaid upon all parties set forth below on this 22 day of March 2006, and to all other parties-in-interest via the Court's ECF notification system.

Dated: March 22, 2006
      San Francisco, California

                        /s/ Merle C. Meyers
                        Merle C. Meyers

| Counsel For Debtors | United States Trustee |
|---|---|
| John Wm. Butler, Jr.<br>John K. Lyons<br>Ron E. Meisler<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br><br>Kayalyn A. Marafioti<br>Thomas J. Matz<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP<br>Four Times Square<br>New York, NY 10036 | Dierdre A. Martini<br>U.S. Department of Justice<br>Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY 10004-2111 |
| **Counsel Creditors' Committee** | **Claims & Noticing Agent** |
| Robert J. Rosenberg<br>Latham & Watkins<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 | Kurtzman Carson Consultants LLC<br>12910 Culver Blvd., Suite I<br>Los Angeles, CA 90066 |


RECEIVED
MAR 27 2006
U.S. BANKRUPTCY COURT
S.D. OF NEW YORK

10233/102027.DOC

1