UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
                                      :
     In re                            :     **AFFIDAVIT OF**
                                      :     **SERVICE**
DELPHI CORPORATION, et al.,           :     Chapter 11
                                      :     Case No. 05-44481 (RDD)
           Debtors                    :
                                      :     (Jointly Administered)
                                      :
_____X

## AFFIDAVIT OF LEGAL ORDINARY COURSE PROFESSIONAL

STATE OF MICHIGAN      )
                       )
COUNTY OF OAKLAND      )

Paul M. Stoychoff, being duly sworn, deposes and says:

1. I am a shareholder and officer of the law firm of Russell & Stoychoff, P.C. which maintains an office at 2855 Coolidge, Suite 218, Troy, Michigan 48084.

2. Neither I nor Russell & Stoychoff, P.C., nor any shareholder or member of our firm, in so far as I have been able to ascertain, has any connection with the above captioned Debtors and Debtors-in-possession (hereafter "Debtors"), their creditors, or any other party-in-interest or their attorneys, except as set forth in this Affidavit.

3. Russell & Stoychoff, P.C., has represented and advised the Debtors in Delphi and its subsidiaries with respect to immigration law issues effecting Debtors and its employees.

4. Debtors have requested and Russell & Stoychoff, P.C. has agreed to continue to represent and advise the Debtors pursuant to § 327(e) of Title 11 of the United States Code, 11U.S.C. § 101-1330, as amended (the "bankruptcy code"), with respect to such matters. Additionally, the Debtors have requested and Russell & Stoychoff, P.C. proposes to render legal advice to the Debtors as to immigration law that effects Debtors and its employees.

RUSSELL & STOYCHOFF
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

2855 Coolidge
Suite 218
Troy, MI 48084-3216

(248) 816-9410
Fax (248) 816-9415


RECEIVED MAR 29 2006 U.S. BANKRUPTCY COURT

5. Russell & Stoychoff, P.C.'s current fee arrange is as follows:

   a. H-1B Visa Applications for individuals with a Bachelor's Degree or higher is $1,750.00 plus costs.

   b. H-1B Visa Applications for individuals who have an equivalent to a Bachelor's Degree as a result of their education, training and experience is $3,000.00 plus costs.

   c. TN status for Canadian citizens who wish to enter the United States pursuant to the North American Free Trade Act is $1,000.00 plus costs.

   d. Employer sponsored green cards using the reduction recruitment and perm process is $4,250.00 plus costs and expenses.

   e. All other legal services rendered is $185.00 per hour.

6. As set forth herein, no promises have been received by Russell & Stoychoff, P.C. or any shareholder or other member as to compensation in connection with these Chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the local rules, orders of this court and the fee guidelines promulgated by the executive office of the United States Trustee.

7. Russell & Stoychoff, P.C. has no agreement with any entity to share with such entity any compensation received by Russell & Stoychoff, P.C.

8. Russell & Stoychoff, P.C. and its shareholders, officers and other members may have in the past represented, currently represent and may in the future represent entities that are claimants of the Debtors in matters totally unrelated to these pending Chapter 11 cases. Russell & Stoychoff, P.C. does not and will not represent any such entity in connection with these pending Chapter 11 cases. Russell & Stoychoff, P.C. does not and will not represent any such entity in connection with these pending Chapter 11 cases and does not have any relationship with any such entity, attorney or accountant that would be adverse to Debtors or their estates.

9. Neither I nor Russell & Stoychoff, P.C., its shareholders or officers, in so far as I have been able to ascertain, hold or represent any interest adverse to the Debtors or their estate in the matter upon which Russell & Stoychoff, P.C. is to be engaged.

10. The foregoing constitutes the statement of Russell & Stoychoff, P.C. pursuant to § 329 and 504 of the Bankruptcy Rules 2014 and 2016 (b).

RUSSELL & STOYCHOFF
PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

2855 Coolidge
Suite 218
Troy, MI 48084-3216

(248) 816-9410
Fax (248) 816-9415

2

Further Affiant sayeth not.

*[signature]*

Paul M. Stoychoff (P35609)
Shareholder and Vice President of
Russell & Stoychoff, P.C.

Subscribed and sworn to me
this 24th day of March, 2006

*[signature]*
NOTARY PUBLIC, St. Clair County / Acting in Oakland
Commission Expires: 11-11-07

G:\Stoychoff\Delphi.Corresp\Affidavit.wpd

RUSSELL & STOYCHOFF
PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

2855 Coolidge
Suite 218
Troy, MI 48084-3216

(248) 816-9410
Fax (248) 816-9415

3