UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————X
               :

In re               :    **PROOF OF**

               :    **SERVICE**

DELPHI CORPORATION, et al.,   :    Chapter 11

               :    Case No. 05-44481 (RDD)

Debtors           :

               :    (Jointly Administered)

               :

————————————————————————X

## <u>PROOF OF SERVICE</u>

The undersigned states that on the 23rd day of March, 2006 she served a copy of the following documents:

    *    Affidavit of Legal Ordinary Course Professional

UPON:

The Debtors at Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
(Attn: General Counsel)

Counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Dr., Ste. 2100
Chicago, IL 60606
(Attn: John Wm. Butler, Jr., Esq.)

The US Trustee
33 Whitehall St., Ste. 2100
New York, NY 10044
(Attn: Alicia M. Leonhard, Esq.)

Counsel to the Creditors Committee, Latham & Watkins
885 Third Ave.
New York, NY 10022
(Attn: Mark A. Broude, Esq.)

SSELL & STOYCHOFF
FESSIONAL CORPORATION

TTORNEYS AT LAW

2855 Coolidge
Suite 218
oy, MI 48084-3216

(248) 816-9410
ax (248) 816-9415



RECEIVED
MAR 29 2006
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

Counsel for the agent under the Debtor's prepetition credit facility, Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
(Attn: Marissa Wesley, Esq.)

Counsel for the agent under the Debtor's pospetition credit facility, Davis Polk & Wardell
450 Lexington Ave.
New York, NY 10017
(Attn: Marlane Melican, Esq.)

by placing the same in a sealed envelope with first class postage thereon fully prepaid and depositing same in the U.S. Mail in Troy, Michigan.

Ginger Yohnicki

G:\Stoychoff\Delphi.Corresp\Proof of Service (for Affidavit).wpd

USSELL & STOYCHOFF
OFESSIONAL CORPORATION

ATTORNEYS AT LAW

2855 Coolidge
Suite 218
Troy, MI 48084-3216

(248) 816-9410
Fax (248) 816-9415

2