UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Mateo Z. Fowler, a member in good standing of the bar in the State of California, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Delphi Corporation, a debtor in the above referenced case.

My: address is 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017
e-mail address is mateofowler@quinnemanuel; telephone number is 213-443-3000.

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 6, 2006
Los Angeles, California

_____
Mateo Z. Fowler

## ORDER

**ORDERED,**

That Mateo Fowler, Esq., is admitted to practice, ***pro hac vice,*** in the above Court, Southern District of New York, subject to payment of the filing fee.

Dated:

New York, New York       /s/_____
UNITED STATES BANKRUPTCY JUDGE

08915/1862873.1