UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 755



## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **SERVICE ENGINEERING** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **2190 WEST MAIN STREET**
   **ATTN KEN CROFT**

   **GREENFIELD, IN 461401**

2. Please take notice of the transfer of $ **10,817.00** of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $10,817.00 to:**
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

No action is required if you do not object to the transfer of you claim.

_Rick Newkirk_
Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1



UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 754

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO: **SERVICE ENGINEERING** ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   **2190 WEST MAIN STREET**
   **ATTN KEN CROFT**

   **GREENFIELD, IN 461401**

2. Please take notice of the transfer of $ 620.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ 620.00 to:
   **Madison Investment Trust - Series 38** ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   **6310 Lamar Avenue, Suite 120**

   **Overland Park, KS    66202**

   No action is required if you do not object to the transfer of you claim.

   Rick Newkirk
   Madison Liquidity Investors, LLC.
   (800) 896-8913

999-000/Forms/27475.1


0544481060331000000000004