IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

AFFIDAVIT OF SERVICE

    I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

    On or before April 5, 2006, I caused to be served the document listed below upon the parties listed on Exhibit A hereto via postage pre-paid U.S. mail:

    Office of the United States Trustee letter to equity security holders who may be eligible to serve on a committee of equity security holders in the chapter 11 bankruptcy cases of Delphi Corporation, et al., Case No. 05-44481; and Equity Security Holder Committee Acceptance Form [a copy of which is attached hereto as Exhibit B]

Dated: April 10, 2006

                                                       /s/ Evan Gershbein
                                                Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 10th day of April, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :   /s/ Sarah Elizabeth Frankel

Commission Expires:   12/23/08