## UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

In re:  Delphi Automotive Systems
LLC



                    Debtor.

Chapter 11
Case Nos.   05-44481

Claim No.  *946*

*AMENDED*

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1.   TO:   **AMERITRONICS SYSTEMS**                          ("Transferor")

            [TRANSFEROR NAME & ADDRESS]

            **30350 ADAMS DR**



            *Rockwood , MI 48173*

2.   Please take notice of the transfer of $ *3,550.00* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

            Transfer $ *3,550.00* to:

            **Madison Niche Opportunities, LLC**                    ("Transferee")

            [TRANSFEREE NAME & ADDRESS]

            **6310 Lamar Ave**

            **Suite 120**

            **Overland Park, KS       66202**

No action is required if you do not object to the transfer of you claim.

Rick Newkirk

Madison Liquidity Investors, LLC.

(800) 896-8913