BARNES & THORNBURG LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan 49503
Telephone: (616) 742-3930
Facsimile: (616) 742-3999

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. | (Jointly Administered) |

## AMENDED VERIFIED STATEMENT OF BARNES & THORNBURG LLP PURSUANT TO FED. R. BANKR. P. 2019

Barnes & Thornburg LLP ("B&T") hereby submits this amended verified statement (the "Verified Statement") pursuant to Fed.R.Bankr.P. 2019(a), and states as follows:

1. B&T serves as counsel for the creditors whose name, addresses, and the nature of claims are as follows:

| **Creditor** | **Nature of Claim/Interest** |
|---|---|
| Autocam Corporation<br>4436 Broadmoor, SE<br>Kentwood, Michigan 49512 | Trade Creditor |
| Bank of America, N.A.<br>231 S. LaSalle Street, 16th Floor<br>Mailstop: IL1-231-16-50<br>Chicago, Illinois 60697 | Aircraft Lessor |
| Cascade Die Casting Group, Inc.<br>7441 S. Division Avenue, Suite A1<br>Henderson, Kentucky 42420 | Trade Creditor |
| Mays Chemical Company, Inc.<br>5611 East 71st Street<br>P.O. Box 50915<br>Indianapolis, Indiana 46250-0915 | Trade Creditor |

| **Creditor** | **Nature of Claim/Interest** |
|---|---|
| Priority Health<br>1231 East Beltline, NE<br>Grand Rapids, Michigan  49505 | Insurance Provider |
| Armada Rubber Manufacturing Company<br>24586 Armada Ridge Road<br>Armada, Michigan 48005-0579 | Trade Creditor |
| Universal Bearings, Inc.<br>431 N. Birkey Drive<br>P.O. Box 38<br>Bremen, Indiana 46506 | Trade Creditor |
| Gibbs Die Casting Corporation<br>369 Community Drive<br>Henderson, Kentucky 42420 | Trade Creditor |
| Clarion Corporation of America<br>661 W. Redondo Beach Boulevard<br>Gardena, California 90247 | Trade Creditor |
| Industrial Dielectrics, Inc.<br>407 S. 7th Street<br>Noblesville, Indiana 46060 | Trade Creditor |
| Howard County, Indiana<br>Administration Center<br>220 North Main Street<br>Kokomo, Indiana 46901 | Tax Claimant |

2.      Each of B&T's clients' claims against or relationship with the relevant debtor(s) is more than one year old.  As of the date hereof, the total amount of the claims held by the creditors set forth in Paragraph 1 has yet to be determined.

3.      B&T is representing each of these clients individually; the clients listed above do not comprise a committee of any kind.

4.      B&T has no written contracts of representation with entities described in Paragraph 1 hereof other than ordinary and usual retainer/engagement letters.

5. Upon information and belief formed after due inquiry, as of the date hereof, B&T does not hold any claims against, or equity interests in, the Debtors.

I, John T. Gregg, after due inquiry declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts set forth in this Verified Statement are true and correct to the best of my knowledge, information and belief.

Dated: April 11, 2006

            By: /s/John T. Gregg
              John T. Gregg
              BARNES & THORNBURG LLP
              300 Ottawa Avenue, NW
              Suite 500
              Grand Rapids, Michigan  49503
              Telephone:  (616) 742-3930
              Facsimile:  (616) 742-3999

BARNES & THORNBURG LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al*. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, John T. Gregg, hereby certify that on October 20, 2005, I caused a copy of the **Verified Statement of Barnes & Thornburg LLP Pursuant to Fed. R. Bankr. P. 2019** to be served by first class mail postage pre-paid on the parties attached to Exhibit A.

Dated:  April 11, 2006

By: /s/John T. Gregg
John T. Gregg
BARNES & THORNBURG LLP
300 Ottawa Avenue, NW
Suite 500
Grand Rapids, Michigan  49503
Telephone:  (616) 742-3930
Facsimile:  (616) 742-3999

## **EXHIBIT A**

Alicia M. Leonhard
Office of the U.S. Trustee
33 Whitehall Street, Suite 2100
New York, NY  10004

John William Butler, Jr.
Skadden Arps Slate
333 West Wacker Drive
Chicago, IL  60606

Kayalyn A. Marafioti
Thomas J. Matz
Skadden Arps Slate
Four Time Square
New York, NY  10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068