**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                                     In Proceedings For A
                                                                                              Reorganization Under
        **DELPHI CORPORATION, et al,**                        Chapter 11
        Case No.: 05-44481
        Jointly Administered
      Delphi Automotive Systems LLC                          Case No.: 05-44640
                       Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$4,813.82** from:

        Border Mechanical Co. LP (Transferor)
        6936 Commerce Ave.
        El Paso, TX 79915
        Attention: Ms. Silvia Santana

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                        Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                  _____
                                                  Deputy Clerk