# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:  
       **DELPHI CORPORATION, et al,**

    Delphi Automotive Systems LLC  
                  Debtors.

In Proceedings For A Reorganization Under Chapter 11  
Case No.: 05-44481  
Jointly Administered  
Case No.: 05-44640

---------------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC  
    535 Madison Avenue, 15th Floor  
    New York, New York 10022  
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$20,967.01** from:

    Coolant Control Inc. (Transferor)  
    235 W. 12th, Ste 200  
    Cincinnati, OH 45210  
    Attention: Mr. Larry Sherman

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:  
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.  
Copy: Debtor's Attorney _____  
Claims Agent _____

                                                           _____  
                                                           Deputy Clerk