BARNES & THORNBURG LLP

Counsel to Clarion Corporation of America

300 Ottawa Avenue, NW, Suite 500

Grand Rapids, Michigan  49503

Telephone: (616) 742-3930

Facsimile: (616) 742-3999


John T. Gregg, Esq.

Email:  john.gregg@btlaw.com


UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | ) | |
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

Document Served:  -  **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

The undersigned certifies that a copy of the documents listed above were served upon the parties listed in the attached Exhibit A at their respective addresses by either electronic notice or first class mail on the date indicated below.

Date of Service:  April 11, 2006                I declare that the statement above is true to the best of my information, knowledge and belief.


/s/John T. Gregg

John T. Gregg

# EXHIBIT A

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

John William Butler, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY  10004

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
Four Times Square
New York, NY  10036

GRDS01 JGREGG 328965v1