**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                                                    In Proceedings For A
                                                                                              Reorganization Under
           **DELPHI CORPORATION, et al,**                     Chapter 11
                                                                                 Case No.: 05-44481
                                                                                              Jointly Administered
        Delphi Automotive Systems LLC                    Case No.: 05-44640
                                     Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                Amroc Investments, LLC
                535 Madison Avenue, 15th Floor
                New York, New York 10022
                Attention: David S. Leinwand, Esq.

A transfer in the amount of **$10,248.00** from:

                Hamburg Sud North America Inc. fka Columbus Lines (Transferor)
                9485 Regency Square Blvd, Suite 500
                Jacksonville, FL 32225
                Attention: Mr. Richard Smernoff

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                       Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                      _____
                                                                      Deputy Clerk