**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

In re:                                                                In Proceedings For A
                                                                             Reorganization Under
              **DELPHI CORPORATION, et al,**               Chapter 11
                                                                            Case No.: 05-44481
                                                                             Jointly Administered
                Delphi Automotive Systems LLC           Case No.: 05-44640
                                         Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                         Amroc Investments, LLC
                         535 Madison Avenue, 15th Floor
                         New York, New York 10022
                         Attention: David S. Leinwand, Esq.

A transfer in the amount of **$17,200.00** from:

                         Hydromat Inc. (Transferor)
                         11600 Adie Rd.
                         St. Louis, MO 63043
                         Attention: Ms. Sherrie Vohs

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                               Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                            _____
                                                                     Deputy Clerk