# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                                       In Proceedings For A
                                                                             Reorganization Under
**DELPHI CORPORATION, et al,**                                               Chapter 11
                                                                             Case No.: 05-44481
                                                                             Jointly Administered

    Delphi Automotive Systems LLC                           Case No.: 05-44640

                        Debtors.

---------------------------------------------------------------------X

<u>NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)</u>

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$14,229.80** from:

        Keehn Consulting Service (Transferor)
        1205 Manning Ct.
        San Martin, CA 95046
        Attention: Mr. Larry Keehn

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                             Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                             Deputy Clerk