BARNES & THORNBURG LLP
Attorneys for Clarion Corporation of America
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO9742)
Telephone: (317) 231-7267

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.* | No. 05-44481 |
| Debtors. |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

To:  Kathleen Farrell
Clerk of the Court
United States Bankruptcy Court
One Bowling Green, Sixth Floor
New York, NY 10004-1408

John William Butler, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL 60606

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY 10004

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance as counsel to Clarion Corporation of America, in the above-captioned Chapter 11 case. Pursuant to Rules 2002 and 9010(b) of the Rules of Bankruptcy Procedure, we request that

all notices given or required to be given in the above Chapter 11 case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex, or otherwise which affect the above-captioned debtor or its property.

PLEASE TAKE FURTHER NOTICE that the submission and filing of this notice and demand constitutes a "special appearance" and is not intended to be, nor shall it be deemed a consent to, or a waiver of, the right to challenge jurisdiction of this Court to adjudicate noncore matters, which right Clarion Corporation of America expressly reserves without prejudice.

Dated: April 11, 2006

BARNES & THORNBURG LLP
Counsel to Clarion Corporation of America

By: /s/Mark R. Owens
   Michael K. McCrory, Esq.
   Mark R. Owens, Esq. (MO9742)
Business Address:
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
michael.mccrory@btlaw.com
mark.owens@btlaw.com

GRDS01 328941v1