**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                                  In Proceedings For A
                                                                        Reorganization Under
       **DELPHI CORPORATION, et al,**            Chapter 11
                                                                        Case No.: 05-44481
                                                                        Jointly Administered
       Delphi Automotive Systems LLC             Case No.: 05-44640
                            Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

      Amroc Investments, LLC
      535 Madison Avenue, 15th Floor
      New York, New York 10022
      Attention: David S. Leinwand, Esq.

A transfer in the amount of **$24,517.00** from:

      L&Z Tool & Engineering Inc. (Transferor)
      1691 US Hwy 22W
      Watchung, NJ 07060-6595
      Attention: Mr. Tom LaMarca

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                              Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                    Deputy Clerk