**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:    In Proceedings For A
          Reorganization Under
**DELPHI CORPORATION, et al,**   Chapter 11
          Case No.: 05-44481
          Jointly Administered
Delphi Automotive Systems LLC   Case No.: 05-44640
                Debtors.
-------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

    Amroc Investments, LLC
    535 Madison Avenue, 15th Floor
    New York, New York 10022
    Attention: David S. Leinwand, Esq.

A transfer in the amount of **$8,754.26** from:

    Yushin America Inc. (Transferor)
    Pinnacle Sys Inc.
    35 Kenney Dr.
    Cranston, RI 02920
    Attention: Mr. Jeff Beauregard

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                     Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                 _____
                                                                  Deputy Clerk