BARNES & THORNBURG LLP
Counsel to Clarion Corporation of America
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO9742)
Email:  michael.mccrory@btlaw.com
              mark.owens@btlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| DELPHI CORPORATION, *et al.* | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

## CERTIFICATE OF SERVICE

Document Served: - **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**
**Docket No. 3195**

The undersigned certifies that a copy of the document listed above was served upon the parties listed on the attached Exhibit A at their respective addresses by either electronic notice or first class mail on the date indicated below.

Date of Service: April 11, 2006

I declare that the statement above is true to the best of my information, knowledge and belief.

/s/Mark R. Owens
Michael K. McCrory
Mark R. Owens

# EXHIBIT A

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY  10022-4068

John William Butler, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
333 W. Wacker Drive, Suite 2100
Chicago, IL  60606

Alicia M. Leonhard, Esq.
Office of the U.S. Trustee
33 Whitehall Street
New York, NY  10004

Kayalyn A. Marafioti, Esq.
Skadden, Arps, Slate, Meagher &
Flom, LLP
Four Times Square
New York, NY  10036

INDS01 MKM 843129v1