UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
    In re                          :      Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :      Case No. 05-44481 (RDD)
                                          :
                       Debtors.         :      (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER DENYING MOTION FOR ORDER UNDER 11 U.S.C. § 365(d)(2)
DIRECTING DEBTOR DELPHI AUTOMOTIVE SYSTEMS LLC TO DETERMINE
WITHIN 150 DAYS WHETHER TO ASSUME OR REJECT ITS NONRESIDENTIAL
REAL PROPERTY LEASE WITH CHEROKEE NORTH KANSAS CITY, LLC

("CHEROKEE ORDER")

Upon the motion, dated January 18, 2006 (the "Motion"), of Cherokee North Kansas City, LLC ("Cherokee") for an order directing Delphi Automotive Systems, LLC to determine within 150 days whether to assume or reject its nonresidential real property lease with Cherokee (Docket No. 1834); and upon the Debtors' objection to the Motion, dated February 2, 2006 (Docket No. 2035); and upon the record of the hearing held on the Motion; and after due deliberation thereon; and, for the reasons stated by the Court in its ruling set forth in the official transcript of the hearing, the Cherokee having failed to establish sufficient cause for such relief, it is hereby

ORDERED, ADJUDGED, AND DECREED THAT:

1.       The Motion is DENIED.

2. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this order.

Dated: New York, New York
April 11, 2006

_____/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE