LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (*admitted pro hac vice*)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for The Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

Rassa Ahmadi, being duly sworn, deposes and says:

1.    I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2.    On April 7, 2006, I caused true and correct copies of the Statement: The Official Committee of Unsecured Creditors' Designations of the Deposition of Kevin M. Butler and John D. Sheehan with Respect to the Motion for an Order Approving Debtors' Human

NY\1134655.1

Capital Hourly Attrition Programs, dated April 7, 2006, to be served upon the parties on the

Exhibit A in the manner indicated thereon.

/s/: Rassa Ahmadi
Rassa Ahmadi

Sworn to before me this
12th day of April 2006

/s/: Christine E. Thomson
Christine E. Thomson
Notary Public, State of New York
No. 24-4898872
Qualified in New York County
Commission Expires August 3, 2009

NY\1134655.1

## Exhibit A

**Served Via Overnight Mail:**

John Wm Butler
John K Lyons
Ron E Meisler
Skadden Arps Slate Meagher & Flom LLP
333 W Wacker Dr, Ste 2100
Chicago, IL 60606

Kayalyn A Marafioti
Thomas J Matz
Skadden Arps Slate Meagher & Flom LLP
4 Times Square
New York, NY 10036

Deirdre A Martini
United States Trustee
33 Whitehall St
Ste 2100
New York, NY 10004

Alicia M Leonard
United States Trustee
33 Whitehall St
21st Fl
New York, NY 10004-2112

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Gerard Uzzi
White & Case LLP
1155 Avenue of Americas
New York, NY 10036

Thomas E. Lauria
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd, Ste 4900
Miami, FL 33131

NY\1134655.1