United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| --- | --- |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $102,282.21 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

LINC MECHANICAL LLC
PO BOX 203208
HOUSTON, TX 77216

The transfer of your claim as shown above in the amount of $102,282.21 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Jeff Caress
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

794521

## Transfer Notice

Linc Mechanical LLC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Delphi Automotive Systems LLC.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $102,282.21 representing all claims against the Debtor in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the ___7___ day of ___April___, 2006.

WITNESS:
Linc Mechanical LLC

REVENUE MANAGEMENT

By: _____
(Signature)

By: _____
(Signature)

GREGORY A. HAHN
(Print Name and Title)

General Manager
Linc Mechanical, LLC

JEFFREY CARESS
(Print Name and Title)