# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Automotive Systems Llc**
Case No. **03-44481**

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| CAPITAL MARKETS | **WESTERN NEW YORK FLUID** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices and payments to transferee should be sent
CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Record Address of Transferor
(Court Use Only)
Name and Current Address of Transferor
**WESTERN NEW YORK FLUID**
**245 SUMMIT POINT DR STE 7**
**HENRIETTA, NY 14467**

| CLAIM NO. | PRIORITY | GENERAL UNSECURED |
|---|---|---|
| 696 | $41.47 | $244.53 |
| 701 | $102.31 | $603.29 |
| 705 | $26.06 | $153.64 |
| 699 | $374.56 | $2,208.64 |
| 695 | $102.35 | $603.54 |
| 698 | $37.47 | $220.93 |
| 706 | $36.48 | $215.10 |
| 702 | $167.27 | $986.33 |
| 709 | $104.52 | $616.28 |
| 694 | $71.17 | $419.63 |
| 704 | $33.71 | $198.79 |
| 703 | $6.96 | $41.04 |
| 697 | $78.71 | $464.09 |
| 707 | $64.08 | $377.88 |
| 693 | $65.44 | $385.86 |
| 710 | $30.76 | $181.40 |
| 708 | $453.78 | $2,675.74 |
| 700 | $57.48 | $338.92 |
| DATE FILED: 11/21/2005 | TOTAL | $12,790.21 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By:/s/Jim Yenzer
Transferee/Transferee's Agent

Date: 4/12/2006

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

CLERK OF THE COURT
496514

## TRANSFER NOTICE

WESTERN NY FLUID SYST TECH INC ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT **Delphi Corporation et al.**, (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the WESTERN NY FLUID SYST TECH INC Claims of Assignor in the aggregate amount of $12,790.21 representing all claims against Delphia Corporation et al., (herein, the Debtor) in the United State Bankruptcy Court, **U.S. Bankruptcy Court, For the Southern District of New York** administered as **Case Number 05-44481**

IN WITNESS WHEREOF, Assignor has signed below as of the __3__ day of __Jan__, ~~2005~~ 2006

WESTERN NY FLUID SYST TECH INC

WITNESS:

_Sharon L. Arena_
(Signature)

By: _Susan Campbell_
(Signature)

_Sharon L. Arena_
(Print Name of Witness)

_Susan Campbell_
(Print Name and Title)