| | |
|---|---|
| CLARK HILL PLC | Hearing Date: May 10, 2006 |
| 500 Woodward Avenue, Suite 3500 | Hearing Time: 10:00 a.m. |
| Detroit, Michigan 48226-3435 | Objection Deadline: May 3, 2006 |
| Joel D. Applebaum (Mich. Bar. No. P36774) | |
| admitted *pro hac vice* | |
| Seth A. Drucker (Mich. Bar. No. P65641) | |
| admitted *pro hac vice* | |
| sdrucker@clarkhill.com | |
| (313) 965-8300 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 10, 2006 at 10:00 a.m. a hearing will be held, before the Honorable Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York 10004, to consider the Motion of BorgWarner Turbo Systems Inc. for Relief from Automatic Stay to Liquidate Setoff and Recoupment Claims Against the Debtors (the "Motion") which was previously served on all persons entitled to receive notice thereof.

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be made in writing and shall set forth the basis of the objection in the form prescribed by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Supplemental Case Management Order, dated March 17, 2006, and shall be served upon (a) Clark Hill PLC, counsel for BorgWarner Turbo Systems Inc., 500 Woodward Ave, Suite 3500, Detroit, MI, Attn: Joel D. Applebaum, (b) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Alicia M. Leonhard, Attn: Tracey Hope

5257230v.1 25693/103017

Davis; and filed with the Clerk of the Court, with a copy to Chambers of the Honorable Robert D. Drain, together with proof of service thereof, so as to be received and filed no later than May 3, 2006.

**PLEASE TAKE FURTHER NOTICE** that the Motion is available on the internet at the Bankruptcy Court's website at http://www.nysb.gov/. A copy of the Motion may also be obtained upon written request to undersigned counsel for BorgWarner Turbo Systems Inc.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned from time to time without further notice to creditors or other parties in interest, other than by an announcement of such adjournment at the time of the hearing. All persons may, but need not, attend the hearing. Persons objecting to the Motion, however, should have a representative present at the hearing.

                CLARK HILL PLC

                By: /s/ Seth A. Drucker
                   Joel D. Applebaum (Mich. Bar. No. P36774)
                   admitted *pro hac vice*
                   Seth A. Drucker (Mich. Bar. No. P65641)
                   admitted *pro hac vice*
                500 Woodward Avenue, Suite 3500
                Detroit, Michigan 48226-3435
                (313) 965-8300
                sdrucker@clarkhill.com
                Attorneys for BorgWarner Turbo Systems Inc.

Dated: April 12, 2006