UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
: 
In re :
:   Chapter 11
DELPHI CORPORATION, et al., :
:   Case No. 05-44481 (RDD)
Debtors. :
:   (Jointly Administered)
:
-----------------------------------------------------------X

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, David A. Hodges, a member in good standing of the bar in the State of Arkansas, or of the bar of the U.S. District Court for the Eastern and Western Districts of Arkansas, having request admission, **pro hac vice**, to represent James Lee Brown and Roseleen Brown, plaintiffs in the above referenced case.  **IT IS HEREBY ORDERED**,

that David Hodges, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: April 12, 2006

   New York, New York       /s/ Robert D. Drain
                                       UNITED STATES BANKRUPTCY JUDGE