CLARK HILL PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
Joel D. Applebaum (Mich. Bar. No. P36774)
admitted *pro hac vice*
Seth A. Drucker (Mich. Bar. No. P65641)
admitted *pro hac vice*
sdrucker@clarkhill.com
(313) 965-8300

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, *et al.*, | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned states that he is an employee of Clark Hill PLC, and that he caused

papers to be served as follows:

Documents Served:  (i) *Motion of BorgWarner Turbo Systems Inc. for Relief from Automatic Stay to Liquidate Setoff and Recoupment Claims Against the Debtors*; and (ii) *Notice of Hearing* regarding same.

Method of Service /   By e-mail on April 12, 2006 (via the ECF system) upon all parties shown
Date of Service /     on <u>Exhibit A</u> attached hereto;
Served Upon:

By e-mail on April 13, 2006 upon all parties shown on <u>Exhibit B</u> attached hereto; and

By overnight courier on April 13, 2006 upon all parties shown on <u>Exhibit C</u> attached hereto.

        /s/  Scott Dennison
                Scott Dennison