UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

In re:                                          Chapter 11

**DELPHI CORPORATION, *et al.*,**               Case No. 05-44481

                **Debtor.**                 (Jointly Administered)

-------------------------------------------------x

### NOTICE REGARDING TRANSFER OF CLAIM NO. 2314
### PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2)

    To:    Aisin AW Co., Ltd.
           c/o Perkins Coie LLP
           Attn.:  Daniel A. Zazove
           131 S. Dearborn Street – Suite 1700
           Chicago, IL  60603-5559

Your general unsecured claim, as evidenced by your proof of claim filed on March 7, 2006, against Delphi Automotive Systems, LLC, ("Delphi"), the debtor and debtor in possession in the above-captioned case, in the amount of (i) $1,338,601.83 (docketed as Claim No. 2314, as such claim was assigned by this Court (attached hereto as Exhibit A), has been transferred, pursuant to the terms of an Evidence of Transfer of Claim (attached hereto as Exhibit B) to Merrill Lynch Credit Products, LLC ("Transferee"), its successors and assigns, with offices located at:

        Merrill Lynch Credit Products, LLC
        4 World Financial Center, 7th Floor
        New York, New York 10080
        Attention: Gary S. Cohen / Chris Moon
        Tel.: (212) 449-4969

All distributions and notices regarding Claim No. 2314 should be directed to the Transferee's address as set forth above.

No action is required if you do not object to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE YOU MUST FILE A WRITTEN OBJECTION WITH:**

         United States Bankruptcy Court
         Southern District of New York
         Attn: Claims Processing Center
         Delphi Corporation Claim Docketing
         One Bowling Green
         New York, New York 10004-1408

dc-445776

SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.
Refer to Internal Control No. _____ in your objection.
IF YOU FILE AN OBJECTION, A HEARING WILL BE SCHEDULED.
IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.


_____    <u>Clerk of the Court</u>_____

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____, 2006.

INTERNAL CONTROL NO._____
Copy to Transferee:        _____
Claims Agent Noticed: _____




_____
Deputy Clerk

dc-445776

# EXHIBIT A

**Proof of Claim for Claim No. 2314**

MAR-24-2006  09:36      MERRILL LYNCH                    212 449 2765    P.30/47

| United States Bankruptcy Court  **Southern**  District Of  **New York** | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor  **Delphi Automotive Systems, LLC** | Case Number  **05-44640(RRD)** | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

**AISIN AW CO., LTD.**

Name and Address where notices should be sent:

c/o Perkins Coie LLP
Attention: Daniel A. Zazove

131 S. Dearborn St.
Suite 1700
Chicago, IL 60603-5559

Telephone Number: **(312) 324-8400**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This Space For Court Use Only*

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces
if this claim  ☐ amends   a previously filed claim dated: _____

**1. Basis for Claim**
☒ Goods sold
☒ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
      (date)        (date)

**2. Date debt was incurred:**
**May 20, 2003**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **1,338,601.83**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ 1,338,601.83 | | | | 1,338,601.83 |
| | (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.* DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space For Court Use Only

RECEIVED
MAR 1 6 2006
CLAIMS PROCESSING CENTER
USBC, SDNY

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| Mar. 9, '06 | Koji Sumiya, Executive Vice President |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## **EXHIBIT B**

**Evidence of Transfer of Claim**

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: MERRILL LYNCH CREDIT PRODUCTS, LLC

AISIN AW CO., LTD, a corporation organized under the laws of Japan, with offices located at 10 Takane, Fujii-Cho, Anjo-city, Aichi-pref., JAPAN 444-1192 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to MERRILL LYNCH CREDIT PRODUCTS, LLC, its successors and assigns, with offices located at 4 World Financial Center, 7th Floor, New York, NY 10080 ("Buyer"), all right, title and interest in and to the claims of Seller against Delphi Automotive Systems, LLC, and its affiliates docketed as Claim No. 2314 (the "Claims") in the United States Bankruptcy Court, Southern District of New York, Case No. 05-44481 (Jointly Administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 23rd day of March, 2006.

AISIN AW CO., LTD

WITNESS:

(Signature)

Name: Tadashi Nakamura
Title: Managing Director
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Takao Taniguchi
Title: President
Tel.: 0566-73-1157

MERRILL LYNCH CREDIT PRODUCTS, LLC

-7-

NY344691.1/1124-00091

WITNESS:

(Signature)

Name: Christopher Mann
Title:
(Print name and title of witness)

By:
(Signature of authorized corporate officer)

GC

Name: Ron Torok
Title: Vice President
Tel.: 212-449-4969

- 8 -

NY544691.1 1124406001