April 13, 2006

James M. Le
Kurtzman Carson Consultants LLC
12910 Culver Blvd, Suite I
Los Angeles, CA 90066-7066

Dear James:

This Affidavit of Mailing certifies that the package described below was mailed from Farmingdale, New York Post Office 11735.

| | |
|---|---|
| Company Name: | Delphi Corporation |
| Type of mailing: | March 30, 2006 Equity Committee Letter |
| Mailing Date: | April 12, 2006 |
| Class of Mail: | First Class |
| Total Pieces: | 195,056 |

Sincerely,

Candy Glass
Manager, ADP ICS

Sworn to before me this 13th
Day of April, 2006

_____
Notary Public

Anna Olivo
Notary Public, State of New York
No. 01OL6061697
Qualified in Suffolk County
Commission Expires 07/16/07