WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)

ATTORNEYS FOR APPALOOSA MANAGEMENT, L.P.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
---------------------------------------------------------------x

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, I caused to be served true and correct copies of

the following documents:

> **Appaloosa Management L.P.'s Preliminary Objection to Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P. 6006 Authorizing Rejection of Certain Executory Contracts with General Motors Corporation;**

> **Appaloosa Management L.P.'s Preliminary Objection to Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits**

via electronic notification and overnight delivery on the following parties:

MIAMI 648431 v1 (2K)

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Kayalyn A. Marafioti<br>kmarafio@skadden.com | Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Attn: Robert J. Rosenberg<br>robert.rosenberg@lw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>jbutler@skadden.com<br>dspringe@skadden.com | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>kziman@stblaw.com |

United States Trustee
Alicia M. Leonard
33 Whitehall Street
Suite 2100
New York, NY 10004
Alicia.M.Leonhard@usdoj.gov

By: /s/ Frank L. Eaton
 Frank L. Eaton