UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re : Chapter 11
:
DELPHI CORPORATION, et al., : Case No. 05-44481 (RDD)
:
Debtors. : (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David Garland for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David Garland is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
April 18, 2006

_____/s/ Robert D. Drain_____
UNITED STATES BANKRUPTCY JUDGE