UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                   :

    In re                                       :     Chapter 11

DELPHI CORPORATION, et al.,           :     Case No. 05-44481 (RDD)

                      Debtors.     :     (Jointly Administered)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of C. David Bargamian for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that C. David Bargamian is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                                       _____/s/ Robert D. Drain_____
                                                       UNITED STATES BANKRUPTCY JUDGE