UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :

    In re                             :       Chapter 11
                                      :

DELPHI CORPORATION, et al.,       :       Case No. 05-44481 (RDD)
                                      :

                    Debtors.    :       (Jointly Administered)
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Beth A. Bangert for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Beth A. Bangert is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
        April 18, 2006

                                                /s/ Robert D. Drain
                                    UNITED STATES BANKRUPTCY JUDGE