UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                              :

In re                                 :         Chapter 11
                              :

DELPHI CORPORATION, et al.,     :         Case No. 05-44481 (RDD)
                              :

                    Debtors.     :         (Jointly Administered)
                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David B. Levant for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David B. Levant is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                        _____/s/ Robert D. Drain_____
                                        UNITED STATES BANKRUPTCY JUDGE