UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                     :

    In re                               :        Chapter 11
                                       :
DELPHI CORPORATION, et al.,      :        Case No. 05-44481 (RDD)
                                       :
                    Debtors.     :        (Jointly Administered)
                                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Edward C. Dolan for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Edward C. Dolan is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                            _____/s/ Robert D. Drain_____
                                            UNITED STATES BANKRUPTCY JUDGE