UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
: 
    In re                                   :        Chapter 11
: 
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
: 
                  Debtors.      :        (Jointly Administered)
: 
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Gregory O. Kaden for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Gregory O. Kaden is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                                   /s/ Robert D. Drain
                                      UNITED STATES BANKRUPTCY JUDGE