UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
    In re                                     :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
:
                  Debtors.     :        (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Sakura Mizuno for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Sakura Mizuno is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                                       /s/ Robert D. Drain
                                         UNITED STATES BANKRUPTCY JUDGE