UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                          :
    In re                                 :    Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :    Case No. 05-44481 (RDD)
                                          :
                        Debtors.          :    (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Allison W. Lowell for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Allison W. Lowell is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                    _____/s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE