UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                    :
    In re                           :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481 (RDD)
                                    :
                     Debtors.   :    (Jointly Administered)
                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Rudolph F. Aragon for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Rudolph F. Aragon is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                              /s/ Robert D. Drain
                                   UNITED STATES BANKRUPTCY JUDGE