UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                            :
        In re                      :     Chapter 11
                            :
DELPHI CORPORATION,        :     Case No. 05-44481 (RDD)
                            :
                            :     (Jointly Administered)
                Debtor.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

AMENDMENT TO SCHEDULES OF ASSETS AND LIABILITIES

John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700

- and -

Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)
SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SUMMARY OF SCHEDULES

Indicate as to each schedule whether the schedule is attached and state the number of pages in each.  Report the totals from
Schedules A, B, C, D, E, F, G, H, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the
amount of the debtor's assets.  Add the amounts of Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (YES/NO) | No. of Sheets | Amounts Scheduled | | |
| | | | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $            - | | |
| B - Personal Property | YES | 6 | $    3,975,456,245 | | |
| C - Property Claimed as Exempt | NO | 0 | | | |
| D- Creditors Holding Secured Claims | NO | 0 | | $   2,488,329,621 | |
| E - Creditors Holding Unsecured Priority Claims | NO | 0 | | $            - | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $  16,636,686,224 | |
| G - Executory Contracts and Leases | YES | 4 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | N/A |
| J- Current Expenses of Individual Debtor(s) | NO | 0 | | | N/A |
| Total Number of Sheets in ALL Schedules | | 19 | | | |
| Total Assets | | | $    3,975,456,245 | | |
| Total Liabilities | | | | $ 19,125,015,845 | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment
filed on February 1, 2006 or in this filing.

SOAL Schedule Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | See Schedule B2 | $            4,813,583 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |

Note: Book value of cash at September 30, 3005 was $66,019,264.

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1 2006 or in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | See Exhibit B9 | Undetermined |
| 10.  Annuities.  Itemize and name each issuer. | X | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Itemize. | X | | |
| 12.  Stock and interests in incorporated and unincorporated businesses.  Itemize. | | See Exhibit B12 | Undetermined |
| 13.  Interests in partnerships or joint ventures.  Itemize. | X | | |
| 14.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1 2006 or in this filing.

SOAL B Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 15.  Accounts Receivable. | X | | |
| 16.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 17.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | | See Exhibit B17. Previous schedule balance was $3,964,142,662 | $          3,970,642,662 |
| 18.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | |
| 19.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | See Exhibit B20 | Undetermined |
| 21.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1 2006 or in this filing.

SOAL B Summary

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

### AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 24. Boats, motors, and accessories. | X | | |
| 25. Aircraft and accessories. | X | | |
| 26. Office equipment, furnishings, and supplies. | X | | - |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | - |
| 28. Inventory. | X | | - |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1, 2006 or in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

**AMENDED SCHEDULE B - PERSONAL PROPERTY**

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| 29.   Animals. | X | | |
| 30.   Crops - growing or harvested.  Give particulars. | X | | |
| 31.   Farming equipment and implements. | X | | |
| 32.   Farms supplies, chemicals, and feed. | X | | |
| 33.   Other personal property of any kind not already listed. Itemize. | X | | |
| | | **Total** | **$          3,975,456,245** |

Note: The amounts included above reflect the initial Schedules filed on January 20, 2006 as adjusted for any amendments included in the amendment filed on February 1 2006 or in this filing.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

**AMENDMENT TO SCHEDULE B-PERSONAL PROPERTY**
**EXHIBIT B17 - OTHER LIQUIDATED DEBT OWING DEBTOR**

| TYPE OF PROPERTY | DESCRIPTION AND LOCATION OF PROPERTY | DESCRIPTION OF AMENDMENT | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|
| Other liquidated debts owing Debtor. | Long-Term Note Receivable from Delphi Electronics Overseas Corporation | Not listed on previous schedule | $                    6,500,000 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155692 - 10405282<br>ABBOTT PHARMACEUTICALS PR LTD FKA<br>ABBOTT CHEMICALS INC<br>100 ABBOTT PARK ROAD<br>ABBOTT PARK    IL    60064 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155693 - 10405283<br>AIR PRODUCTS AND CHEMICALS INC<br>7201 HAMILTON BOULEVARD<br>ALLENTOWN    PA    18195-1501 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155694 - 10405284<br>ALCOA HOME EXTERIORS INC (STOLLE<br>CORPORATION)<br>c/o LEBOUEF, LAMB, GREENE & MACRAE<br><br>Attn PATRICIA SHAW<br>ONE GATEWAY CENTER<br>420 FORT DUQUESNE BLVD<br>SUITE 1600<br>PITTSBURGH    PA    15222-1427 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT CITY BARREL FILL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155695 - 10405285<br>ARKEMA INC<br>2000 MARKET STREET<br>PHILADELPHIA    PA    19103-3222 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155696 - 10405286<br>ASHLAND INC CORPORATE HEADQUARTERS<br>50 E RIVER CENTER BLVD.<br>P.O. BOX 391<br>COVINGTON    KY    41012-0391 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155697 - 10405287<br>BASF CORPORATION<br>100 CAMPUS DRIVE<br>FLORHAM PARK    NJ    7932 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155698 - 10405288<br>BAYER CROPSCIENCE INC AS SUCCESSOR<br>TO RHONE-POULENC AG COMPANY INC<br>2 T.W. ALEXANDER DRIVE<br>RESEARCH TRIANGLE PARK    NC    27709 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155699 - 10405289<br>BP AMOCO CHEMICAL COMPANY (FILON<br>CORPORATION)<br>c/o BROUSE MCDOWELL<br>Attn KEVIN EIBER<br>1001<br>LAKESIDE AVENUE<br>SUITE 1600<br>CLEVELAND    OH    44114 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT CITY BARREL FILL | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155700 - 10405290<br>BP AMOCO POLYMERS INC (FKA AMOCO<br>PERFORMANCE PRODUCTS INC)<br>28100 TORCH PARKWAY<br>WARRENVILLE    IL    60555-3938 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155701 - 10405291<br>CELANESE ACETATE LLC CELANESE CORPORATION HEADQUARTERS<br>1601 WEST LBJ FREEWAY<br>DALLAS   TX   75234-6034 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155702 - 10405292<br>CHEMTRON INC<br>7350 LOCKPORT PLACE<br>SUITE C<br>LORTON   VA   22079 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155703 - 10405293<br>CIBA-GEIGY CORP CIBA SPECIALTY CHEMICALS CORP C/O NOVARTIS<br>608 FIFTH AVENUE<br>NEW YORK   NY   10020 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155704 - 10405294<br>CLARIANT LSM (AMERICA) INC C/O CLARIANT CORPORATION<br>4000 MONROE ROAD<br>CHARLOTTE   NC   28205 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155705 - 10405295<br>CLEAN EARTH OF NORTH JERSEY<br>115 JACOBUS<br>SOUTH KEARNY   NJ   7032 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155706 - 10405296<br>CLEAN HARBORS ENVIRONMENTAL SERVICES INC<br>1501 WASHINGTON STREET<br>P.O. BOX 859048<br>BRAINTREE   MA   02185-9048 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155707 - 10405297<br>COGNIS CORPORATION NORTH AMERICAN HEADQUARTERS<br>5051 ESTECREEK DRIVE<br>CINCINNATI   OH   45232-1446 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155708 - 10405298<br>CONTINENTAL AIRLINES INC<br>P.O. BOX 4607<br>HOUSTON   TX   77210-4607 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155848 - 10411535<br>COOPERHEAT - MQS, INC.<br>c/o NEWTON & ASSOCIATES<br>Attn TERESA PAYNE, ESQ.<br>PO BOX 8510<br>METARIE   LA   70011 | POTENTIAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155709 - 10405299<br>DOW CORNING CORPORATION<br>CORPORATE CENTER<br>P.O. BOX 994<br>MIDLAND   MI   48686-0994 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155710 - 10405300<br>ECOFLO INC<br>2750 PATTERSON ST.<br>GREENSBORO    NC    27407 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155711 - 10405301<br>FIRST CHEMICAL CORPORATION<br>P.O. BOX 7005<br>PASCAGOULA    MS    39568-7005 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155712 - 10405302<br>FMC CORPORATION<br>1735 MARKET STREET<br>PHILADELPHIA    PA    19103 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155713 - 10405303<br>FPC USA CORPORATE HEADQUARTERS<br>9 PEACH TREE HILL ROAD<br>LIVINGSTON    NJ    07039-5702 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155714 - 10405304<br>GB BIOSCIENCES CORPORATION<br>(SYNGENTA CROP PROTECTION INC)<br>2239 HADEN ROAD<br>HOUSTON    TX    77015 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2145535 - 10405209<br>GENERAL MOTORS CORP<br>LIFE & DISABILITY BENEFITS PROGRAM<br>100 RENAISSANCE CENTER<br>PO BOX 431301<br>DETROIT    MI    48243 | LITIGATION - CO-DEFENDANT<br>USDC SOUTHERN DISTRICT NY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2145533 - 10405210<br>GENERAL MOTORS CORPORATION<br>100 RENAISSANCE CENTER<br>PO BOX 431301<br>DETROIT    MI    48243 | LITIGATION - CO-DEFENDANT<br>USDC, SOUTHERN DISTRICT OF OH,<br>WESTERN DIVISION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2145533 - 10405211<br>GENERAL MOTORS CORPORATION<br>100 RENAISSANCE CENTER<br>PO BOX 431301<br>DETROIT    MI    48243 | LITIGATION - CO-DEFENDANT<br>CIRCUIT CT  MADISON COUNTY  IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2145533 - 10405213<br>GENERAL MOTORS CORPORATION<br>100 RENAISSANCE CENTER<br>PO BOX 431301<br>DETROIT    MI    48243 | LITIGATION - CO-DEFENDANT<br>USDC SOUTHERN DISTRICT OH | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155715 - 10405305<br>GENERAL MOTORS CORPORATION<br>Attn  LINDA BENTLEY MC 4882-C24-D24<br>300 RENAISSANCE CENTER<br>DETROIT    MI    48243 | ENVIRONMENTAL CLAIMS<br>CERCLA: SOUTH DAYTON DUMP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155716 - 10405306<br>GOODRICH CORPORATION CORPORATE<br>HEADQUARTERS FOUR COLISEUM CENTRE<br>2730 WEST TYVOLA RD<br>CHARLOTTE    NC    28217-4578 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155717 - 10405307<br>INCHEM CORP<br>800 CEL-RIVER RD<br>ROCK HILL    SC   29730 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1616229 - 10408135<br>INTERCALL<br>PO BOX 88<br>WEST POINT    GA   31833 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10398905 SCHEDULED<br>FOR $530,280.10 | | $667,699.68 |
| 2158582 - 10411528<br>INTERSTATE BATTERY FRANCHISING<br>& DEVELOPMENT, INC.<br>12770 MERIT DR.<br>SUITE 400<br>DALLAS   TX  75251 | CODEFENDANT<br>DOCKET # 48C01-0603PL-00297<br>JURISDICTION: MADISON COUNTY CIRCUIT<br>COURT, MADISON COUNTY, IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155718 - 10405308<br>ITRON - AS SUCCESSOR TO<br>SCHLUMBERGER ELECTRICITY INC<br>2818 N SULLIVAN ROAD<br>SPOKANE VALLEY    WA   99216 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155851 - 10411531<br>JOHNSON CONTROLS BATTERY GROUP,<br>INC. AND JOHNSON CONTROLS, INC.<br>Attn JACQUELINE J.ERTL VP & GNRL CNSL<br>5757 NORTH GREEN BAY AVENUE<br>MILWAUKEE   WI  53209 | CODEFENDANT<br>DOCKET # 48C01-0603PL-00297<br>JURISDICTION: MADISON COUNTY CIRCUIT<br>COURT, MADISON COUNTY, IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158579 - 10411529<br>LARSH, LARRY | CODEFENDANT<br>DOCKET # 48C01-0603PL-00297<br>JURISDICTION: MADISON COUNTY CIRCUIT<br>COURT, MADISON COUNTY, IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158580 - 10411530<br>MCDANIEL, DENNIS | CODEFENDANT<br>DOCKET # 48C01-0603PL-00297<br>JURISDICTION: MADISON COUNTY CIRCUIT<br>COURT, MADISON COUNTY, IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155719 - 10405309<br>MERCK & CO INC<br>ONE MERCK DRIVE<br>P.O. BOX 100<br>WHITEHOUSE STATION    NJ   08889-0100 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155628 - 10405180<br>METROPOLITAN LIFE INSURANCE CO<br>c/o LESTER SCHWAB KATZ & DWYER<br>Attn ALLAN MARCUS ESQ<br>1120 BROADWAY<br>NEW YORK   NY  10271 | LITIGATION - CO-DEFENDANT<br>USDC SOUTHERN DISTRICT NY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155627 - 10405179<br>MILFORD, DENNIS C.<br>(Address on File) | LITIGATION - CO-DEFENDANT<br>04-2212, US CT OF APPEALS SECOND<br>CIRCUIT NY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155720 - 10405310<br>MONSANTO COMPANY<br>Attn R WILLIAMS IDE III<br>800 NORTH LINDBERGH AVE<br>ST LOUIS   MO   63141 | ENVIRONMENTAL CLAIMS<br>CERCLA: SOUTH DAYTON DUMP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155721 - 10405311<br>NATION FORD CHEMICAL CO<br>2300 BANKS STREET<br>FORT MILL   SC   29715 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155847 - 10411532<br>NICOLE BAUGH<br>c/o DUBIN & SOMMERSTEIN, LLP<br>Attn ROBERT J. DUBIN<br>600 RAND BUILDING<br>14 LAFAYETTE SQUARE<br>BUFFALO   NY   14203 | POTENTIAL LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155722 - 10405312<br>NORLITE CORPORATION<br>628 S SARATOGA STREET<br>COHOES   NY   12047 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155723 - 10405313<br>PEMCO AEROPLEX INC C/O PEMCO<br>AVIATION GROUP INC<br>1943 NORTH 50TH STREET<br>SUITE 1<br>BIRMINGHAM   AL   35212 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1629079 - 10411633<br>PENTASTAR AVIATION LLC<br>7310 HIGHLAND RD<br>WATERFORD   MI   48327 | ACCOUNTS PAYABLE<br>APRIL 2006 AMENDMENT - AMENDS<br>SCHEDULE NUMBER 10400502 SCHEDULED<br>FOR $160,908.14 | Disputed,<br>Unliquidated | $160,908.14 |
| 2155724 - 10405314<br>PFIZER INC<br>235 EAST 42ND STREET<br>NEW YORK   NY   10017 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155725 - 10405315<br>PHILIP SERVICES SITE PRP GROUP C/O<br>AMERICAN ENVIRONMENTAL CONSULTANTS<br>P.O. BOX 310<br>MONT VERNON   NH   3057 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155854 - 10411536<br>PYC, MIKE<br>c/o BROWN & CHIARI, LLP<br>Attn DAVID W. OLSEN, ESQ.<br>5775 BROADWAY<br>LANCASTER   NY   14086 | LITIGATION<br>DOCKET # 124891 JURISDICTION: COUNTY<br>OF NIAGARA, STATE OF NEW YORK SUPREME<br>COURT, NY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155726 - 10405316<br>ROHM AND HAAS COMPANY<br>100 INDEPENDENCE MALL WEST<br>PHILADELPHIA   PA   19106-2399 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155727 - 10405317<br>SARTOMER COMPANY, INC<br>502 THOMAS JONES WAY<br>EXTON   PA   19341 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155728 - 10405318<br>SCHOLLE CORPORATION<br>18101 VON KARMAN AVENUE<br>SUITE 550<br>IRVINE   CA   92612 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155729 - 10405319 SOLECTRON CORPORATION 847 GIBRALTAR DRIVE MILPITAS   CA   95035 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2155730 - 10405320 SOUTH CAROLINA DEPARTMENT OF HEALTH & ENVIRONMENTAL CONTROL 2600 BULL STREET COLUMBIA   SC   29201 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2155731 - 10405321 SOUTHEASTERN CHEMICAL & SOLVENT COMPANY INC 755 INDUSTRIAL BLVD SUMTER   SC   29150 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2145542 - 10405170 STULL, VIRGINIA M.D. (Address on File) | INDEMNIFIED CO-DEFENDANT 06-3114, 6TH CIRCUIT CT OF APPEALS | Contingent, Disputed, Unliquidated | Unknown |
| 2155732 - 10405322 SUN CHEMICAL CORPORATION 35 WATERVIEW BOULEVARD PARSIPPANY   NJ   07054-1285 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 1637033 - 10408921 TATA AMERICA INTNL CORP TATA & SONS 101 PARK AVE 26TH FLOOR NEW YORK   NY   10178 | ACCOUNTS PAYABLE APRIL 2006 AMENDMENT - AMENDS SCHEDULE NUMBER 10401778 SCHEDULED FOR $1,991,455.77 | | $2,682,125.77 |
| 2155733 - 10405323 THE SHERWIN-WILLIAMS COMPANY 101 PROSPECT AVENUE NW CLEVELAND   OH   44115 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2155734 - 10405324 THE VALSPAR CORPORATION CORPORATE OFFICES 1101 S THIRD ST MINNEAPOLIS   MN   55415 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2155735 - 10405325 U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE NW WASHINGTON DC     20530-0001 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| 2158585 - 10411775 U.S. EPA ARIEL RIOS BLDG 1200 PENNSYLVANIA AVE NW WASHINGTON   DC   20460 | ENVIRONMENTAL CLAIMS REGULATORY AGENCY | Contingent, Disputed, Unliquidated | Unknown |
| 2158586 - 10411776 U.S. EPA - REGION 1 1 CONGRESS ST SUITE 1100 BOSTON   MA   02114-2023 | ENVIRONMENTAL CLAIMS REGULATORY AGENCY | Contingent, Disputed, Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

# AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2158587 - 10411777<br>U.S. EPA - REGION 10<br>1200 SIXTH AVE<br>SEATTLE   WA  98101 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158588 - 10411778<br>U.S. EPA - REGION 2<br>290 BROADWAY<br>NEW YORK  NY  10007-1866 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158589 - 10411779<br>U.S. EPA - REGION 3<br>1650 ARCH ST<br>(3PM52)<br>PHILADELPHIA  PA  19103-2029 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158590 - 10411780<br>U.S. EPA - REGION 4 ATLANTA FEDERAL CENTER<br>61 FORSYTH ST SW<br>ATLANTA   GA  30303-3104 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158591 - 10411781<br>U.S. EPA - REGION 5<br>77 WEST JACKSON BLVD<br>CHICAGO   IL  60604-3507 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158592 - 10411782<br>U.S. EPA - REGION 6 FOUNTAIN PLACE 12TH FLOOR<br>1445 ROSS AVE<br>SUITE 1200<br>DALLAS   TX  75202-2733 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158593 - 10411783<br>U.S. EPA - REGION 7<br>901 NORTH 5TH ST<br>KANSAS CITY   KS  66101 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158594 - 10411784<br>U.S. EPA - REGION 8<br>999 18TH ST<br>SUITE 200<br>DENVER  CO  80202-2466 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2158595 - 10411785<br>U.S. EPA - REGION 9<br>75 HAWTHORNE ST<br>SAN FRANCISCO   CA  94105 | ENVIRONMENTAL CLAIMS<br>REGULATORY AGENCY | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155736 - 10405326<br>UNIVAR USA INC AS SUCCESSOR IN INTEREST TO PRILLAMAN CHEMICAL CORP<br>6100 CARILLON POINT<br>KIRKLAND   WA  98033 | ENVIRONMENTAL CLAIMS<br>PHILIP SERVICES CORPORATION SITE<br>(ROCK HILL, SOUTH CAROLINA) | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 2155863 - 10411527<br>WORLDWIDE BATTERY COMPANY, LLC<br>c/o ROBERGE & ROBERGE<br>Attn  CHRISTOPHER S ROBERGE<br>9190 PRIORITY WAY WEST DRIVE<br>SUITE 100<br>INDIANAPOLIS   IN  46240 | LITIGATION<br>DOCKET # 48C01-0603PL-00297<br>JURISDICTION: MADISON COUNTY CIRCUIT COURT, MADISON COUNTY, IN | Contingent,<br>Disputed,<br>Unliquidated | Unknown |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

## AMENDMENT TO SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 2155737 - 10405327 WYETH HOLDINGS CORPORATION ON BEHALF OF AMERICAN CYANAMID COMPANY 5 GIRALDA FARMS MADISON    NJ    7940 | ENVIRONMENTAL CLAIMS PHILIP SERVICES CORPORATION SITE (ROCK HILL, SOUTH CAROLINA) | Contingent, Disputed, Unliquidated | Unknown |
| | | TOTAL: | $3,510,733.59 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

# AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1530164 - 10405135<br>ASEC MANUFACTURING<br>GENERAL PARTNERSHIP<br>1301 MAIN PARKWAY<br>CATOOSA   OK   74015 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 2158636 - 10411951<br>ASEC MANUFACTURING<br>GENERAL PARTNERSHIP<br>P.O. BOX 580970<br>TULSA   OK   74158 | Type of Contract:    ACADEMIC PARTNERSHIPS AGREEMENT<br>Effective Date:    08/30/2002<br>Term:   12/31/2005 |
| 2158636 - 10411953<br>ASEC MANUFACTURING<br>GENERAL PARTNERSHIP<br>P.O. BOX 580970<br>TULSA   OK   74158 | Type of Contract:    RESEARCH AGREEMENT<br>Effective Date:    01/01/1993 |
| 1530166 - 10405136<br>ASEC SALES GENERAL PARTNERSHIP<br>1301 MAIN PARKWAY<br>CATOOSA   OK   74015 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1552041 - 10405163<br>ASPIRE, INC<br>925 LINCOLN HIGHWAY<br>MORRISVILLE   PA   19067 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530192 - 10405137<br>DELCO ELECTRONICS<br>OVERSEAS CORPORATION<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530199 - 10405138<br>DELPHI AUTOMOTIVE<br>SYSTEMS THAILAND, INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530210 - 10405139<br>DELPHI AUTOMOTIVE<br>SYSTEMS (HOLDING), INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530220 - 10405140<br>DELPHI AUTOMOTIVE<br>SYSTEMS SERVICES LLC<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530221 - 10405141<br>DELPHI AUTOMOTIVE<br>SYSTEMS TENNESSEE, INC.<br>THE CORPORATION TRUST COMPANY<br>CORPORATION TRUST CENTER<br>1209 ORANGE STREET<br>WILMINGTON   DE   19801 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481        Entity #2

# AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1530228 - 10405142<br>DELPHI AUTOMOTIVE SYSTEMS<br>RISK MANAGEMENT CORP.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530230 - 10405143<br>DELPHI AUTOMOTIVE SYSTEMS<br>GLOBAL (HOLDING), INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530233 - 10405144<br>DELPHI AUTOMOTIVE SYSTEMS<br>INTERNATIONAL, INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530241 - 10405145<br>DELPHI AUTOMOTIVE SYSTEMS LLC<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530253 - 10405146<br>DELPHI CHINA LLC<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1075207 - 10405134<br>DELPHI CONNECTION SYSTEMS<br>17150 VON KARMAN AVE<br>IRVINE   CA   92614-0901 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530275 - 10405147<br>DELPHI DIESEL SYSTEMS CORP.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530284 - 10405148<br>DELPHI ELECTRONICS (HOLDING) LLC<br>ONE CORPORATE CENTER<br>KOKOMO   IN   46904-9005 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530300 - 10405149<br>DELPHI INTEGRATED<br>SERVICE SOLUTIONS, INC.<br>1322 RANKIN STREET<br>TROY   MI   48083 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530303 - 10405150<br>DELPHI INTERNATIONAL HOLDINGS CORP.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:      GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

# AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 1530309 - 10405151<br>DELPHI LIQUIDATION HOLDING COMPANY<br>5725 DELPHI DRIVE<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530315 - 10405152<br>DELPHI MECHATRONIC SYSTEMS, INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530317 - 10405153<br>DELPHI MEDICAL SYSTEMS<br>COLORADO CORPORATION<br>4300 ROAD 18<br>LONGMONT   CO   80504 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1652338 - 10405154<br>DELPHI MEDICAL SYSTEMS<br>TEXAS CORPORATION<br>5725 DELPHI DRIVE<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530319 - 10405155<br>DELPHI MEDICAL SYSTEMS CORPORATION<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530320 - 10405156<br>DELPHI NY HOLDING CORPORATION<br>5725 DELPHI DRIVE<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1652339 - 10405157<br>DELPHI SERVICES<br>HOLDING CORPORATION<br>5725 DELPHI DRIVE<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530344 - 10405158<br>DELPHI TECHNOLOGIES, INC.<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530489 - 10405159<br>ENVIRONMENTAL CATALYSTS, LLC<br>5725 DELPHI DRIVE<br>M/C 483-400-603<br>TROY   MI   48098-2815 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530491 - 10405160<br>EXHAUST SYSTEMS CORPORATION<br>4800 SOUTH SAGINAW STREET<br>FLINT   MI   48501 | Type of Contract:     GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1545463 - 10411889<br>LEHIGH UNIVERSITY<br>RESEARCH ACCOUNTING<br>526 BRODHEAD AVENUE<br>BETHLEHEM   PA   18015 | Type of Contract:     ACADEMIC PARTNERSHIPS AGREEMENT<br>Effective Date:    08/30/2002<br>Term:   12/31/2005 |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

## AMENDMENT TO SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 2158634 - 10411893<br>MARTIN MARIETTA ENERGY SYSTEMS, INC | Type of Contract:    RESEARCH AGREEMENT<br>Effective Date:    01/01/1993 |
| 1530524 - 10405161<br>PACKARD HUGHES INTERCONNECT COMPANY<br>17150 VON KARMAN AVENUE<br>IRVINE    CA   92614-0901 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |
| 1530542 - 10405162<br>SPECIALTY ELECTRONICS, INC.<br>19200 ASHEVILLE HIGHWAY<br>P.O. BOX 519<br>LANDRUM   SC   29356 | Type of Contract:    GUARANTY<br>Effective Date:    06/14/2005<br>Description: GUARANTY AND COLLATERAL AGREEMENT UNDER PREPETITION CREDIT FACILITY IN FAVOR OF JPMORGAN CHASE BANK |

In re: DELPHI CORPORATION Debtor, Case No. 05-44481          Entity #2

# AMENDMENT TO SCHEDULE H - CODEBTORS

#2145535
GENERAL MOTORS CORP
LIFE & DISABILITY BENEFITS PROGRAM
100 RENAISSANCE CENTER
PO BOX 431301
DETROIT   MI   48243

#2145533
GENERAL MOTORS CORPORATION
100 RENAISSANCE CENTER
PO BOX 431301
DETROIT   MI   48243

#2158582
INTERSTATE BATTERY FRANCHISING
& DEVELOPMENT, INC.
12770 MERIT DR.
SUITE 400
DALLAS   TX   75251

#2155851
JOHNSON CONTROLS BATTERY GROUP,
INC. AND JOHNSON CONTROLS, INC.
Attn  JACQUELINE J.ERTL VP & GNRL CNSL
5757 NORTH GREEN BAY AVENUE
MILWAUKEE   WI   53209

#2158579
LARSH, LARRY

#2158580
MCDANIEL, DENNIS

#2155628
METROPOLITAN LIFE INSURANCE CO
c/o  LESTER SCHWAB KATZ & DWYER
Attn  ALLAN MARCUS ESQ
1120 BROADWAY
NEW YORK   NY   10271

#2155627
MILFORD, DENNIS C.
(Address on File)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                  :
     In re                       :  Chapter 11
                                                                  :
DELPHI CORPORATION,           :  Case No. 05-44481 (RDD)
                                                                  :
              Debtor.     :  (Jointly Administered)
                                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, the <u>Vice President, Chief Restructuring Officer, Chief Accounting Officer and Controller of Delphi Corporation,</u> the entity named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 20 sheets, and that they are true and correct to the best of my knowledge, information and belief, subject to the global notes and various footnotes set forth therein.


Date:    April 18, 2006         Signature    /s/ JOHN D. SHEEHAN

                               Print Name    John D. Sheehan

                                 Title    Vice President, Chief Restructuring Officer
                                                Chief Accounting Officer and Controller


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3572.*