SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler

- and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| DELPHI CORPORATION, | : | Case No. 05-44481 |
| Debtor. | : | |

NOTICE OF AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

PLEASE TAKE NOTICE that, on January 20, 2006, Delphi Corporation, debtor and debtor-in-possession in the above-captioned case (the "Debtor"), filed its Statement of Financial Affairs (the "SOFA").

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and the Debtor's Global Notes and Statement of Limitations,

Methodology and Disclaimer Regarding Debtors' Schedules and Statements, the Debtor hereby files certain amendments to its SOFA.

Dated: New York, New York
April 18, 2006

        SKADDEN, ARPS, SLATE, MEAGHER
         & FLOM LLP

By: /s/ John Wm. Butler, Jr.
   John Wm. Butler, Jr.
   John K. Lyons
   Ron E. Meisler
333 West Wacker Drive, Suite 2100
Chicago, Illinois  60606
(312) 407-0700

   - and -

By: /s/ Kayalyn A. Marafioti
   Kayalyn A. Marafioti (KM 9632)
   Thomas J. Matz (TM 5986)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession