UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Delphi Corporation                                                 Chapter 11

    Debtor.                                                      Case No. 05-44481

### AMENDMENT TO STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

    "<u>In</u> <u>business.</u>"  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

    "<u>Insider.</u>"  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Delphi Corporation
Case No. 05-44481

## 4. Amendment to Suits, Executions, Garnishments and Attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT AND LOCATION | DESCRIPTION OF AMENDMENT | STATUS OR DISPOSITION |
|---|---|---|---|---|
| Mark Pyc v. Delphi Harrison Thermal Systems, a Division of Delphi Corporation, Case No: 124891 | Litigation | State Court of New York, Supreme Court | Not listed on previous statement | Open |
| WorldWide Battery Company, LLC v. Johnson Controls, Inc., Johnson Controls Battery Group, Inc., Delphi Corporation, Interstate Battery Franchising & Development, Inc. Dennis McDaniel and Larry Larsh, Case No: 48C01-0603PL-00297 | Litigation | State of Indiana, Madison County Circuit Court | Not listed on previous statement | Open |

Note: This listing shall not constitute an admission by the Debtors of any liability or that the actions or proceedings herein were correctly filed against the Debtor or any affiliate of the Debtor, and the Debtor reserves its right to assert that neither the Debtor nor any other affiliated debtor in these jointly administered cases is an appropriate party to such actions or proceedings.

This list does not include any subrogation lawsuits and claims in which Delphi is named as a defendant because it has certain lien rights relating to any recovery by an affiliate against a third party wrongdoer.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
                                                         :
     In re                                         : Chapter 11
                                                         :
DELPHI CORPORATION,                : Case No. 05-44481 (RDD)
                                                         :
                    Debtor.          : (Jointly Administered)
                                                           :
------------------------------------- x

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief, subject to the global notes and various footnotes set forth therein.

Date:   April 18, 2006          Signature    /s/ JOHN D. SHEEHAN

                                              Print Name    John D. Sheehan

                                              Title    Vice President, Chief Restructuring Officer
                                                                     Chief Accounting Officer and Controller

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3572.*