UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                :
    In re                    :    Chapter 11
                                                :
DELPHI CORPORATION, et al.,      :    Case No. 05-44481 (RDD)
                                                :
             Debtors.    :    (Jointly Administered)
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Merle C. Meyers for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Merle C. Meyers is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
         April 18, 2006

                                    _____/s/ Robert D. Drain_____
                                    UNITED STATES BANKRUPTCY JUDGE