UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                              :

    In re                                :        Chapter 11
                                              :
DELPHI CORPORATION, et al.,       :        Case No. 05-44481 (RDD)
                                              :
                       Debtors.     :        (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of David A. Hodges for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that David A. Hodges is admitted to practice, ***pro hac vice***, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
       April 18, 2006

                                              _____/s/ Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE