UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK           X

In re:                                              Chapter 11
DELPHI CORPORATION, et al.,                         Case No. 05-44481
                                                    (Jointly Administered)
                    Debtors.
_____X

NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   United Industries, Inc.
              1546 Henry Avenue
              Beloit, WI 53511
              Attn: David Schmitt

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn: Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by United Industries, Inc. (the "Transferor") in the amount of **$88,432.93** against **Delphi Automotive Systems LLC** and its affiliates. This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

  United States Bankruptcy Court
  Alexander Hamilton Custom House
  Attn: Bankruptcy Clerk
  One Bowling Green
  New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

UNITED INDUSTRIES, INC., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **22** day of March 2006.

(Assignor)  
UNITED INDUSTRIES, INC.

By: _David M. Schmitt_ (signature)  
Name: David M. Schmitt  
Title: Corporate Secretary & Treasurer

(Assignee)  
CONTRARIAN FUNDS, LLC  
By: Contrarian Capital Management, LLC, as manager

By: _Janice Stanton_ (signature)  
Name: Janice Stanton  
Title: Member

(Assignor)  
WITNESS:

By: _Michael D. Menz_ (signature)  
Name: Michael D. Menz  
Title: _____

KL2 2431470.1

**EVIDENCE OF TRANSFER OF RECLAMATION CLAIM**

UNITED INDUSTRIES, INC., a Delaware corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated March__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this **22** day of ~~February~~ March 2006.

(Assignor)
UNITED INDUSTRIES, INC.

By: _David M. Sch___
Name: _David M. Schmitt_
Title: _Corporate Secretary & Treasurer_

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC, as manager

By: _____
Name: _Janice Stanton_
Title: _Member_

(Assignor)
WITNESS:

By: _____
Name: _Mickeal D. Menz_
Title: _____

KL2 2431470 1

## Schedule A
### United Industries, Inc.

| Debtor | Case Number | Scheduled Amount | Outstanding Amt |
|---|---|---|---|
| Delphi Automotive Systems LLC | 05-46640 | 88,432.93 | |
| Unsecured | | | 75,194.32 |
| Reclamation | | | 13,238.61 |
| **Total** | | **88,432.93** | **88,432.93** |

Initials: 
Seller
Buyer