UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,                                   Case No. 05-44481 RDD
                                                      (Jointly Administered)
            Debtor.                                   Chapter 11
_____/

APPEARANCE

To: Clerk, U.S. Bankruptcy Court            U.S. Bankruptcy Court
    Southern Division of New York           Delphi Corporation Claims
    One Bowling Green                        Bowling Green Station
    New York, New York 10004                 New York, New York 10274-5058

    John William Butler, Esq.               Dierdre A. Martini
    Skadden, Arps, et al                    United States Trustee
    333 W. Wacker Drive, Ste. 2100          U.S. Department of Justice
    Chicago, IL 60606                       Office of the U.S. Trustee
                                            33 Whitehall Street, 21st Floor
    Kayalyn A. Marafioti                    New York, New York 10004-2111
    Skadden, Arps, Slate, Meagher &
    Flom LLP
    Four Times Square
    New York, NY 10036


        I appear on behalf of the Unemployment Tax Office of the Department of Labor &
Economic Growth, Unemployment Insurance Agency and request copies of all notices required
under Rule 2002 filed in this case after this date.


                            MICHAEL A. COX
                            Attorney General


                               /S/        Roland Hwang
                            ROLAND HWANG (P32697)
                            Assistant Attorney General
                            Attorneys for Michigan DLEG, UIA
                            3030 W. Grand Boulevard, Ste. 9-600
                            Detroit, MI 48202
                            (313) 456-2210
                            telefax: (313) 456-2201
                            hwangr@michigan.gov

Dated: April 19, 2006