UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

In re:

DELPHI CORPORATION,   Case No. 05-44481 RDD
(Jointly Administered)
Chapter 11

　　　　Debtor.
_____/

CERTIFICATION OF SERVICE

It is hereby certified that the State of Michigan, Department of Labor and Economic Growth, Unemployment Insurance Agency's Appearance has this date been made electronically filed with the Clerk of the Court which will send notification of such filing upon the following individuals via using the ECF system:

| John William Butler, Esq. | jbutler@skadden.com |
| Kayalyn A. Marafioti, Esq. | kamarfio@skadden.com |

I hereby certify that I have mailed, via the United States Postal Service, the foregoing document(s) to the following non-ECF participant(s):

| Dierdre A. Martini | U.S. Bankruptcy Court |
| United States Trustee | Delphi Corporation Claims |
| U.S. Department of Justice | Bowling Green Station |
| Office of the U.S. Trustee | New York, New York 10274-5058 |
| 33 Whitehall Street, 21st Floor | |
| New York, New York 10004-2111 | |

　　　　　　　　　　　　　　　　　　　　_/S/_____Roland Hwang_____
　　　　　　　　　　　　　　　　　　　　Roland Hwang (P32697)
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　Attorney for Michigan, DLEG, UIA
　　　　　　　　　　　　　　　　　　　　3030 W. Grand Boulevard, Ste. 9-600
　　　　　　　　　　　　　　　　　　　　Detroit, MI 48202
　　　　　　　　　　　　　　　　　　　　(313) 456-2210
　　　　　　　　　　　　　　　　　　　　hwangr@michigan.gov

Dated: April 19, 2006