UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
In re                                   :
                                        :          Case No. 05-44481
DELPHI CORPORATION, et al.              :     Chapter 11, Jointly Administered
                                        :         Schedule No. **1608536**
                                        :         Claim No. **292** and **2049**
                                        :                $4,019,539.03
                                        :
                                        :
                                        :
Debtors                                 :
---------------------------------------x

## NOTICE TO TRANSFER OF CLAIM PURSUANT TO FRBP 3001(e)(2)

To: ("**Transferor**")    Engelhard Corporation
                          101 Wood Ave
                          Iselin, NJ 08830

Please take notice that the transfer of 100% of your general unsecured and reclamation Claim(s) (as defined in **Exhibit A** and **B** hereto), in the amount of $4,019,539.03 in the bankruptcy case referenced above, together with all applicable interest, fees and expenses thereto, has been transferred (unless previously expunged by court order) to:

From: ("**Transferee**")   APS Clearing, Inc.
                           Attn: Matthew Hamilton
                           1301 Capital of Texas Hwy,
                           Suite No. B-220
                           Austin, Texas 78746

Evidence that Transferor has assigned all of its right, title and interest in the Claim(s) to Transferee is attached hereto as **Exhibit B**.

No action is required if you do not object to the transfer of your claim. HOWEVER, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION WITH:

United States Bankruptcy Court
Southern District of New York
Attn: Special Deputy Clerk
One Bowling Green
New York, NY 10004-1408

If you file an objection a hearing will be scheduled. If you do not file an objection, or it is not timely filed, the transferee will be substituted on the Court's records as the Claimant. SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.

**EXHIBIT A**

**PROOF OF CLAIM**

| United States Bankruptcy Court | District Of | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor: Delphi Automotive Systems, LLC | Case Number 05-44640 (RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Engelhard Corporation | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and Address where notices should be sent:<br>Mr. Robert Housman- Director of Credit<br>Engelhard Corporation<br>101 Wood Ave<br>Iselin, NJ 08830 | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Telephone Number: Ph- 732-205-5235 | | This Space For Court Use Only |
| Account or other number by which creditor identifies debtor: | Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated: | |

**1. Basis for Claim**
- ☒ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)    (date)

**2. Date debt was incurred:** See attached

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**    $2,824,354.56    $322,619.40    $1,195,184.47    $4,342,158.43
(Unsecured Nonpriority)    (Secured)    (Unsecured Priority)    (Total)

* If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Motor Vehicle
☒ Other, Right of Setoff
Value of Collateral: $322,619.40
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**6. Unsecured Nonpriority Claim** $2,824,354.56
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $1,195,184.47
Specify the priority of the claim:
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
- ☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
- ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( 1 ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

| Date: 2/14/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature] Robert Housman, Director Of Credit | This Space For Court Use Only |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

THIS CLAIM IS IDENTICAL TO A CLAIM FILED BY ENGELHARD CORPORATION ON NOVEMBER 2, 2005 (ASSIGNED CLAIM NO. 292) AGAINST DEBTOR DELPHI CORPORATION (DELPHI ENERGY AND CHASSIS DIVISION) IN CASE NO. 05-44481 (RDD). THE DEBTORS HAVE INDICATED IN THEIR SCHEDULES THAT THE ENERGY AND CHASSIS DIVISION IS ACTUALLY A PART OF DEBTOR DELPHI AUTOMOTIVE SYSTEMS, LLC. ACCORDINGLY, THIS CLAIM IS ASSERTED AGAINST THAT DEBTOR UNDER CASE NO. 05-44640 (RDD) TO PROTECT ENGELHARD'S RIGHTS.

**Case Number - 05-44481 (RDD)**

**ENGELHARD CORPORATION**
**Delphi Corporation - Bankruptcy**
**(Delphi Automotive Systems, LLC)**

| Invoice Number | Invoice Date | Shipment Date | Invoice Amount | Purchase Order Numbers * | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600204 | 7/29/05 | 7/29/05 | $8,135.66 | 550014406 | | | | | | | |
| 1600287 | 8/2/05 | 8/2/05 | 8,095.96 | 550014406 | | | | | | | |
| 1600419 | 8/9/05 | 8/9/05 | 8,146.39 | 550014406 | | | | | | | |
| 1600636 | 8/19/05 | 8/19/05 | 8,158.20 | 550014406 | | | | | | | |
| 1600695 | 8/23/05 | 8/23/05 | 7,826.98 | 550014406 | | | | | | | |
| 50091343 | 8/30/05 | 8/30/05 | 194,911.53 | 550014923 | 550014926 | 550014927 | 550054794 | 550060017 | | | |
| 50092038 | 8/31/05 | 8/31/05 | 107,821.12 | 550014923 | 550014924 | 550014936 | 550054794 | 550060017 | | | |
| 50092530 | 9/2/05 | 9/1/05 | 440,657.87 | 550014923 | 550014934 | 550014937 | 550037956 | 550055306 | 550057599 | 550060017 | |
| 50093027 | 9/7/05 | 9/6/05 | 259,700.46 | 550014923 | 550014926 | 550014934 | 550037956 | 550055306 | 550060017 | | |
| 50093031 | 9/7/05 | 9/7/05 | 199,744.41 | 550014923 | 550014924 | 550014927 | 550014934 | 550014943 | 550037956 | 550054794 | 550055306 |
| 50093579 | 9/9/05 | 9/8/05 | 183,359.63 | 550014923 | 550014924 | 550014939 | 550037956 | 550054794 | 550055306 | 550057600 | |
| 50093582 | 9/9/05 | 9/9/05 | 130,687.50 | 550014923 | 550014934 | 550014938 | 550014943 | 550054794 | 550057600 | | |
| 50094203 | 9/13/05 | 9/12/05 | 245,445.48 | 550014923 | 550014927 | 550014934 | 550014939 | 550054794 | 550057599 | 550060017 | |
| 50094797 | 9/15/05 | 9/14/05 | 151,832.77 | 550014923 | 550014924 | 550014934 | 550014936 | 550037956 | 550054794 | 550057599 | 550071933 |
| 50095099 | 9/16/05 | 9/15/05 | 216,409.54 | 550014923 | 550014926 | 550014930 | 550014934 | 550037956 | 550054794 | 550076890 | |
| 50095103 | 9/16/05 | 9/16/05 | 166,618.40 | 550014923 | 550014934 | 550055306 | | | | | |
| 50095468 | 9/19/05 | 9/19/05 | 135,652.32 | 550014923 | 550054794 | | | | | | |
| 50096035 | 9/21/05 | 9/20/05 | 157,597.76 | 550014923 | 550014926 | 550014934 | | | | | |
| 50096036 | 9/21/05 | 9/21/05 | 84,184.80 | 550014923 | 550014934 | 550054794 | | | | | |
| 50096267 | 9/22/05 | 9/22/05 | 256,659.32 | 550014923 | 550014926 | 550014927 | 550014930 | 550014934 | 550057600 | | |
| 50096516 | 9/23/05 | 9/23/05 | 175,327.86 | 550014923 | 550014934 | 550037956 | 550054794 | 550060017 | | | |
| 50097777 | 9/29/05 | 9/29/05 | 203,286.14 | 550014923 | 550014924 | 550014926 | 550014934 | 550014926 | 550014934 | | |
| | | | | 550060017 | | | | | | | |
| 50098469 | 9/30/05 | 9/30/05 | 310,401.84 | 550014923 | 550014934 | 550037956 | 550014934 | 550060017 | 550037956 | 550054794 | 550060017 |
| 50099078 | 10/4/05 | 10/3/05 | 119,840.88 | 550014923 | 550014934 | 550054794 | 550055306 | 550057599 | | | |
| 50099087 | 10/4/05 | 10/4/05 | 135,463.03 | 550014923 | 550014926 | 550014927 | 550014934 | 550054794 | | | |
| 50099414 | 10/5/05 | 10/5/05 | 132,033.12 | 550014923 | 550014924 | 550014934 | 550054794 | | | | |
| 50099665 | 10/6/05 | 10/6/05 | 157,116.10 | 550014923 | 550014926 | 550014939 | 550037956 | 550054794 | 550060017 | | |
| 50100125 | 10/10/05 | 10/7/05 | 137,043.36 | 550014923 | 550014927 | 550054794 | | | | | |
| Total | | | $4,342,158.43 | | | | | | | | |

**Total Amount of Claim at Time Case Filed**

| | |
|---|---|
| Secured by right of Setoff | $322,619.40 |
| Administrative Claim (Reclamation) | 1,195,184.47 |
| Unsecured Nonpriority | 2,824,354.56 |
| Total open/unpaid invoices | $4,342,158.43 |

* Invoices may have several part numbers or line numbers. Each part number has a separate PO Number. The same part number may appear more than once on an invoice.

| United States Bankruptcy Court | District Of | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Delphi Corporation (Delphi Energy & Chassis Systems Division) | Case Number: 05-44481 (RDD) | This Space For Court Use Only |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):

Engelhard Corporation

**Name and Address where notices should be sent:**

Mr. Robert Housman - Director of Credit
Engelhard Corporation
101 Wood Ave
Iselin, NJ 08830

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

Telephone Number:

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated:

**1. Basis for Claim**
☒ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS#: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:** See attached

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $2,824,354.56 (Unsecured Nonpriority)   $322,619.40 (Secured)   $1,195,184.47 (Unsecured Priority)   $4,342,158.43 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other: Right of Setoff
Value of Collateral: $322,619.40
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $2,824,354.56
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☒ Check this box if you have an unsecured priority claim
Amount entitled to priority $1,195,184.47
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $4,300* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☒ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(_1_).
*Amounts are subject to adjustment on 4/1/01 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 11/01/05

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
/s/ Housman
Robert Housman
Director of Credit

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

US BANKRUPTCY COURT SDNY FILED '05 NOV -2 PM 4:22

# ENGELHARD

# INVOICE

| | | | | |
|---|---|---|---|---|
| Sold To: 116148 | DELPHI ENERGY & CHASSIS SYSTEMS<br>PO BOX 425037<br>C/O NAO DISBURSEMENTS<br>CHAPTER 11<br>PONTIAC MI 48343<br>USA | | Invoice | 50094797 RI |
| | | | Page Number | 1 |
| | | | Invoice Date | 09/15/05 |
| | | | Sm/Pl | 000192 |
| | | | Order Nr | 40055309 SO |

| | | | |
|---|---|---|---|
| Ship To: 104276 | DELPHI ENERGY & CHASSIS SYSTEMS<br>7929 S HOWELL AVE<br>RECEIVING DOCK 301<br>OAK CREEK WI 53154<br>USA | Please remit payment to: | ENGELHARD CHICAGO LOCK BOX<br>22488 NETWORK PL<br>CHICAGO IL 60673-1224 |

Customer P.O.      See Description                    Special Shipping Instructions:   SCHNEIDER
Freight Handling   FOB - Origin Point

| Line No. | Description | Item Number | Ship Date | Qty Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 1.000 | 3.66X3.66X4.50 (350) 47.3UV<br>PO#550014936 TFG150 | 114837102<br>Lot/Serial Number: 53350 | | 659.000<br>Original Order #: | 15.9800 EA | 10,530.82 |
| 2.000 | 5.66X5.66X6.0 (350) 150.96UV<br>PO#550014924 TJE223 | 114838101<br>Lot/Serial Number: 50505 | | 216.000<br>Original Order #: | 37.0800 EA | 8,009.28 |
| 3.000 | 3.74X5.79X2.0 (600) 34.2UV<br>PO#550037956 GHE116 | 124037201<br>Lot/Serial Number: 53713 | | 520.000<br>Original Order #: | 10.0300 EA | 5,215.60 |
| 4.000 | 5.66X5.66X6.0 (350) 150.96UV<br>PO#550014923 KUE191 | 124033101<br>Lot/Serial Number: 54274 | | 1725.000<br>Original Order #: | 37.0200 EA | 63,970.56 |
| 5.000 | 3.0X3.0X3.5 (350) 24.74UV<br>PO#550014934 FQE109 | 124040101<br>Lot/Serial Number: 54061 | | 1200.000<br>Original Order #: | 8.0000 EA | 9,600.00 |
| 7.000 | 3.74X5.79X5.0 (400) 85.3UV<br>PO#550057509 LGE05 | 124292102<br>Lot/Serial Number: 50302 | | 430.000<br>Original Order #: | 29.0300 EA | 12,494.40 |
| 15.000 | 3.74X5.79X4.0 (500) 68.4UV<br>PO#550071933 LHE05 | 124296102<br>Lot/Serial Number: 53437 | | 293.000<br>Original Order #: | 19.9100 EA | 5,833.63 |
| 8.000 | 3.74X5.79X4.0 (600) 68.2UV<br>PO#550060017 WNE54 | 124307101<br>Lot/Serial Number: 51735 | | 650.000<br>Original Order #: | 23.0000 EA | 14,950.00 |

# ENGELHARD

# INVOICE

| | | |
|---|---|---|
| Sold To: | DELPHI ENERGY & CHASSIS SYSTEMS | Invoice - 50094797 RI |
| 116148 | PO BOX 435037 | Page Number - 2 |
| | C/O NAO DISBURSEMENTS | Invoice Date - 09/15/05 |
| | CHAPTER 11 | Bm/Px - 006192 |
| | PONTIAC MI 48343 | Order Nbr - 40055309 SO |
| | USA | |

| | | | |
|---|---|---|---|
| Ship To: | DELPHI ENERGY & CHASSIS SYSTEMS | Please remit payment to: | ENGELHARD CHICAGO LOCK BOX |
| 104276 | 7920 S HOWELL AVE | | 22453 NETWORK PL |
| | RECEIVING DOCK 801 | | CHICAGO IL 60673-1224 |
| | OAK CREEK WI 53154 | | |
| | USA | | |

| | | | | |
|---|---|---|---|---|
| Customer P.O. | See Description | | Special Shipping Instructions | SCHNEIDER |
| Freight Handling | FOB - Origin Point | | | |

| Line No. | Description | Item Number | Ship Date | Qty Shipped | Unit Price | Extended Price |
|---|---|---|---|---|---|---|
| 11.000 | 3.15X1.92X4.0 (600) 43.30% | 194165201 | | 1512.000 | 14.8500 EA | 21,228.48 |
| | PO#550054794 TXE79 | Lot/Serial Number: 52540 | | Original Order #: | | |

| | | | | |
|---|---|---|---|---|
| Terms Net 60 Days | | Net Due Date 11/14/05 | Tax Rate 0 % | Sales Tax |
| | | | | Total Order 151,832.77 |

CSR: JAY BRASHER
Phone: (800) 523-3599
Fax: (256) 464-6344

Seal # 20162

# ENGELHARD

ENGELHARD CORPORATION
ENVIRONMENTAL TECHNOLOGIES GROUP
3200 KELLNER ROAD
HUNTSVILLE, ALABAMA 35824

BL-No. AES 18326          ORIGINAL (NOT NEGOTIABLE)          Straight Bill of Lading
                                                              (Short Form)

| Name of Carrier: Schneider | Carrier Number: A 76638 | From Dept #: 006192 |
|---|---|---|

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" OR THE CONTRACT between the shipper and Carrier in effect on the date of shipment, the property described below, in good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

**Date: 09/14/2005**

| Consigned To: | Delphi Energy & Engine | | |
|---|---|---|---|
| Destination: | Oak Creek | Delivery Address: | 7929 South Howell Avenue Recvg Dock Bldg 2 |
| State: | WI, 53154 | Country: | USA |
| Contact Name: | | Contact Phone Number: | |

| No. Packages | HM | Kind of Package, Description of Articles, Special Marks, and Exceptions | Weight (Sub. to Corr.) | Class or Rate | Check Column |
|---|---|---|---|---|---|
| 18 | | Pallets Earthenware (Non-Hazardous) | 13320 | | |

Special Instructions:

IN CASE OF EMERGENCY CALL
CHEMTREC 1-800-424-9300

This is certify that the above-named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation per ____

| Customer Order No. 5500-14936,24,23,34, 37956, 57599, 71933, 60017, 54794 | Engelhard CSS Order No. 40055309 |
|---|---|

Shipper Per _____ Agent Per _____

Collect

**EXHIBIT B**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of NY ("Bankruptcy Court")
Attn: Clerk of the Court

AND TO: Delphi Corporation ("Debtor")
Case No. 05-4448 1 (RDD)

Claim #: 2049, 292

Schedule #: 1608536

Engelhard Corporation, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

APS Clearing, Inc.
1301 Capital of Texas Hwy, Ste B-220
Austin, TX 78746
Attn: Matthew Hamilton
Tel: (512) 314-4416
Fax: (512) 314 - 4327

its successors and assigns ("Buyer"), all rights, title and interest in and to the unsecured portion of the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $4,019,539.03 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

(Signature Page Follows)

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives as of February 7, 2006.

**ASSIGNOR:**

ENGELHARD CORPORATION

By: _____
    Name:  Michael A. Sperduto
    Title:  Vice President and Chief Financial Officer

By: _____
    Name:  Mac C.P. Mak
    Title:  Treasurer

**ASSIGNEE:**

APS CLEARING, INC.

By: _____
    Name: Matthew Hamilton
    Title: Managing Director