**<u>Exhibit A</u>**

**LATHAM & WATKINS LLP**
885 Third Avenue
New York, New York 10022-4802
Telephone: (212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
        mitchell.seider@lw.com
        mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | Jointly Administered |

**AFFIDAVIT OF MARY P. MITCHELL OF BUCK CONSULTANTS, LLC
PURSUANT TO SECTIONS 329, 504 AND 1103 OF THE BANKRUPTCY CODE AND
RULES 2014 AND 2016 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

COMMONWEALTH OF PENNSYLVANIA)
                                             )    ss:
COUNTY OF ALLEGHENY                )

Mary P. Mitchell, being duly sworn, deposes and says:

1.      I am Mary P. Mitchell, Director, Retirement of the firm Buck Consultants, LLC

("Buck"), which maintains offices at 500 Grant Street, Suite 2900, Pittsburgh, PA 15219-2513.  I

am familiar with the matters set forth herein and submit this Affidavit in support of the annexed

application (the "Application") for an order authorizing the retention of Buck as pension and

benefits actuary for the official committee of unsecured creditors appointed in the above-

captioned cases (the "Committee"), pursuant to sections 328 and 1103 of the Bankruptcy Code,

11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and to comply with sections 329, 504 and 1103

of the Bankruptcy Code and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), and the Local Bankruptcy Rules for the Southern District of

New York (the "Local Rules").

## SERVICES TO BE RENDERED BY BUCK

2.    The Committee has requested, and Buck has agreed to provide, among other

things, the following services:

(a)    assist and advise the Committee with respect to all pension and benefits actuarial issues arising in or relating to these chapter 11 cases;

(b)    assist and advise the Committee in analyzing the Debtors' various labor agreements as they pertain to pension and benefits actuarial issues;

(c)    assist and advise the Committee in its analysis of claims and potential claims arising from or relating to the Debtors' pension and other post-employment benefits, including, without limitation, retiree health care and life insurance (collectively, "OPEB");

(d)    assist and advise the Committee in evaluating the impacts of modifying the Debtors' pension and OPEB, including the impact on the pre-petition, post-petition, and post-reorganization obligations of the Debtors;

(e)    assist the Committee in its negotiations with the Debtors and other entities regarding the Debtors' pension and OPEB liabilities;

(f)    assist and advise the Committee in preparing expert reports and provide testimony, as may be necessary, relating to the Debtors' obligations arising from pension and OPEB; and

(g)    perform any necessary due diligence or litigation support services relating to any of the foregoing, as requested by the Committee.

3.    Based upon, among other things, Buck's considerable experience and knowledge

of matters relating to pension and benefits, I believe that Buck is well-qualified to advise the

Committee in these chapter 11 cases.

2

## BUCK IS NOT PRECLUDED FROM BEING RETAINED
## IN THESE CASES

4.    To the best of my knowledge and information, neither I nor Buck are insiders of the Debtors. Except as set forth below, and to the best of my knowledge and information, neither I nor Buck hold directly any claim, debt or equity security of the Debtors.

5.    To the best of my knowledge and information, Buck is not and has not been an investment banker for any outstanding security of the Debtors.

6.    To the best of my knowledge and information, Buck has not been, within three years of the date of the filing of the Debtors' respective petitions, an investment banker for a security of the Debtors, or an attorney for such an investment banker in connection with the offer, sale or issuance of a security of the Debtors.

7.    To the best of my knowledge and information based upon a solicitation of our Managers and Officers only, no Manager or Officer of Buck has been, within two years from the date of the filing of the Debtors' petitions, a director, officer or employee of the Debtors or of an investment banker as specified in subparagraph (B) or (C) of 11 U.S.C. § 101(14).

8.    To the best of my knowledge and information, Buck does not have any interest materially adverse to the interests of the Debtors' estates, or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker, as specified in subparagraph (B) or (C) of 11 U.S.C. section 101(14), or for any other reason.

9.    Except as otherwise described herein, Buck is not currently engaged by the Debtors, or to the best of my knowledge and information, any of their affiliates, partners or subsidiaries, and Buck will not undertake engagement by the Debtors or any of their affiliates, partners or subsidiaries during the chapter 11 proceedings. Moreover, except as otherwise set

3

forth herein, Buck will not undertake engagement by any party other than the Committee in connection with the Debtors' chapter 11 proceedings.

10.     To the best of my knowledge and information, Buck neither holds nor represents any interest materially adverse to the Committee, the Debtors, their creditors or other parties in interest, or such parties' respective attorneys and professionals, with respect to the matters for which Buck is to be engaged.

## ENGAGEMENT BY PARTIES IN INTEREST

11.     In preparing this Affidavit and in connection with Buck's proposed retention by the Official Creditors' Committee, Buck conducted a search of its computerized client data base of the names of known parties in interest in these cases listed in Schedule A annexed hereto, to determine whether Buck has any conflicts or other relationships that might bear on its retention by the Committee.  These names included the Debtors, their significant creditors, their equity security holders, the attorneys and accountants for the foregoing, and the Office of the United States Trustee.  Buck did not review its connections with all parties in interest in these cases, but instead reviewed only those parties in interest falling within certain materiality thresholds described in Schedule A.  Based upon the size and complexity of these cases, Buck believes that its use of these materiality thresholds was reasonable and necessary under the circumstances, and understands that the use of such thresholds comports with what was done by certain other professionals in these cases. Among other things, Buck has researched its client files and records, which contain information retained under its normal record retention practices.  Except as otherwise set forth herein, attached hereto as Schedule B is a list of parties-in-interest in these cases which are current, former or inactive clients of Buck in matters unrelated to the Debtors or these cases.

4

12.     To the best of my knowledge, information, and belief, insofar as Buck has been able to ascertain after due inquiry, neither I, Buck, nor any professional employee of Buck has any connection with the Debtors or any potential parties in interest herein, except as hereinafter set forth.  In addition, Buck will notify its employees of Buck's retention by the Committee and will enter the Committee's name in its computer client database in order that any Buck employee of a prospective matter will be on notice of a potential conflict.

13.     Based upon Buck's connections check described above, Buck has identified the following connections related to the Debtors or these chapter 11 cases:

a)     Buck's Los Angeles and San Diego offices ("Buck CA") have in the past provided certain actuarial and related services to Packard-Hughes Interconnect ("PH").  Buck CA began working for PH in November, 2003, and was terminated by PH in November of 2005 when Buck was replaced with Watson Wyatt.  Because of delays in Watson Wyatt beginning its work for PH following Buck CA's termination, PH requested, and Buck CA provided, limited additional services to PH, which were completed in January 2006.[2]  Moreover, General Professional Actuarial Standards indicate that a replaced actuary should assist in transitioning work to new actuary (the "Transition Services").  These Transition Services involve transmitting data to the new actuary (which Buck CA did from November, 2005 through the current date and is still ongoing), and then assisting the new actuary, as necessary, to ensure that any variations between calculations of old actuary versus those of new actuary fall within certain tolerances.  It is likely that Buck CA will be asked in the future to provide additional Transition Service with respect to PH, and Buck CA currently intends to provide such services absent the Court's direction to the contrary.  The professionals of Buck's Pittsburgh office will be primarily responsible for assisting the Committee in these cases, however, we anticipate that it may also be necessary to utilize the actuarial support services of Buck professionals in Buck's, New Jersey and Chicago offices.  We will ensure that any Buck professional who has in the past and/or is currently working on the PH matter will not work on the matters in connection with Buck's retention hereunder.  Furthermore, we will establish an ethical wall between Buck's personnel who worked or are working on the PH matter and Buck's personnel assisting the Committee in this engagement.  Finally, Buck has agreed to waive any

---

[2] Buck CA was also asked by PH to provide additional retiree benefit calculations until Watson Wyatt could take over, but has declined that request.

5

unpaid claims for fees and expenses that it may have against PH or the Debtors in respect of Buck CA's prepetition and postpetition services, including any necessary future Transition Services, provided to PH by Buck CA.

(b)     During the period March, 1997 through May 25, 2005, Buck was a wholly owned subsidiary of Mellon Financial Corporation ("Mellon"), a lender to the Debtors. During this period, Buck and Mellon operated as separate and distinct corporate entities. Buck has in the past and currently provides consulting services to Mellon, or other Mellon subsidiaries unrelated to the Debtors' chapter 11 cases herein. To the best of my knowledge, information and belief, no services have been provided to Mellon or its subsidiaries relating to in the Debtors' case. Buck will have no contact or interaction with Mellon or its affiliates relating to the Debtors or these chapter 11 cases.

(c)     Buck was recently acquired by Affiliated Computer Services, Inc. ("ACS"). Buck and ACS operate as separate and distinct corporate entities. ACS is currently providing outsourcing services to General Motors Corporation or its affiliates. Buck will have no contact or interaction with ACS relating to the Debtors or these chapter 11 cases.

(d)     Buck provides actuarial consulting to counsel for General Motors Corp. ("GM") in a case GM instituted against the United States of America. It is not anticipated that Buck will be an expert witness in this matter. The Buck actuaries who are performing services for GM's counsel are not the same actuaries who will be providing services to the Committee . To the best of my information, knowledge and belief, these forgoing services do not relate to the Debtors or these chapter 11 cases.

(e)     Buck provides actuarial consulting to The Pension Benefit Guaranty Corporation ("PBCG"), a governmental authority with an interest in the Debtors' cases. The services that Buck renders to the PBGC with respect to defined benefit plans include determining, valuing and in certain cases administering plan benefits and PBGC-payable benefits, and developing computer software to assist Buck in performing such services. All such matters are unrelated to the Debtors and these Chapter 11 cases. Additionally, Buck has previously rendered services to other chapter 11 debtors (unrelated to instant chapter 11 cases) whose plan(s) were terminated and subsequently taken over by the PBCG. From time to time, the PBGC has (and may in the future) asked Buck to respond to inquiries as to how these Plans were administered. To the best of my knowledge, information and belief, Buck's services to the PBGC are unrelated to the services for which the Committee seeks to retain Buck hereunder, and are not materially adverse to the Debtors or other parties in interest in these

6

chapter 11 cases. Buck believes its Agreement with the PBGC does not prohibit Buck from rendering services to the Committee, but will notify the PBGC of this engagement.

(f)    Buck currently provides actuarial services to Skadden Arps, Slate, Meagher & Flom, LLP ("Skadden"), Debtors' counsel herein. These services are rendered primarily in connection with Skadden's pension plan, and we assist in the administration of such pension plan. Additionally, Buck provides health & welfare consulting for Skadden's plans and assists in drafting plan documents. Such services are unrelated to the Debtors and their chapter 11 cases, and are not materially adverse to the Committee, the Debtors, their creditors or other parties in interest, including Debtors' attorneys and professionals, with respect to the matters for which Buck is to be engaged. None of the Buck professionals providing services to Skadden will provide services to the Committee in this engagement.

(g)    Buck provides consulting services to the IUE, one of the Debtors labor unions, and specifically serves as actuary to the IUE Employees Pension Plan and the IUE-CWA Pension Plan (a multiemployer plan) since 1994. As a result of a merger of the IUE Employees Pension Plan into another plan, Buck's services to that plan may be changed in the near future . Buck expects to continue providing actuarial services to the IUE-CWA Pension Plan. To the best of my knowledge, information and belief, this client relationship and such services are not materially adverse to the Committee, the Debtors, their creditors or other parties in interest with respect to the matters for which Buck is to be engaged, and are unrelated to the Debtors or their chapter 11 cases. However, in an abundance of caution, Buck will set up an ethical wall between Buck's personnel working with IUE and certain of its affiliates and those working on this engagement. Notably, the Buck professionals working for the IUE are located in Buck's Washington, D.C. office, while those working on this engagement will be located in Buck's Pittsburgh, New Jersey and Chicago offices.

(h)    Buck has represented Tyco International and certain of its affiliates ("Tyco"), a major supplier of the Debtors since 1986. Prior to 2000, Buck handled most of the actuarial consulting for domestic and foreign subsidiaries and related global financial accounting for Tyco. Buck also performed Health & Welfare and communication consulting for Tyco. Since 2000, Buck has provided actuarial services in Canada, the United Kingdom, Germany and Belgium, and some domestic Health & Welfare consulting for Tyco. These services are unrelated to the services which Buck proposes to provide to the Committee and, to the best of my knowledge, information and belief, are not materially adverse to the Committee, the Debtors, their creditors other parties in interest.

7

(i)    Buck has also identified certain additional connections with various parties in interest identified in Schedule B hereto, which connections do not relate to the Debtors or these cases.

14.    In addition, employees of Buck have in the past served as advisors to various parties in other chapter 11 cases in which certain members of the Committee or other parties in interest in these cases may have been, or currently are, involved.

15.    In addition, certain professionals retained and proposed to be retained by the Debtors, the Committee or other parties in interest in these cases may be involved in other cases in which Buck is engaged by other clients.

16.    On or about March 13, 2006, Buck solicited information by email to its Managers and Officers only, to determine if any such persons hold any of the Debtors' common equity or other securities. To the best of my knowledge and information based upon the responses received to the foregoing information requests no Manager or officer owns shares of the Debtors' common equity or other securities. It is possible that certain Buck professionals may hold interests in certain passive investment vehicles (such as mutual funds or other similar funds), which in turn may hold equity interests or other securities of the Debtors. It is also possible that Buck's professionally managed retirement plan or 401(k) plan may have in the past, currently or in the future hold equity interests or other securities of the Debtors. If further relevant information respecting holdings becomes known, Buck will file a supplemental affidavit in these cases.

17.    Buck may have in the past been engaged, may currently be engaged or may in the future be engaged in matters wholly unrelated to the Debtors and these chapter 11 cases, by other entities not currently known to Buck who may be creditors of the Debtors. To the extent that

8

Buck discovers any such information or needs to update the information disclosed herein, Buck

will disclose such information by filing a supplemental affidavit in these cases.

18.     I do not believe that any of Buck's engagements by creditors or other parties in

interest who are involved in these chapter 11 cases comprise a material component of Buck's

practice, nor does Buck currently represent such parties on any issue relating to these chapter 11

cases.  To the best of my knowledge and information, the standards articulated by courts of the

Second Circuit regarding the retention of professionals by a creditors' committee has been met

by Buck in these cases.  For the reasons stated herein, Buck has no interests materially adverse to

the Debtors' individual creditors or the Committee with respect to these cases and, therefore, is

eligible to be retained.

19.     Despite the efforts described above to identify and disclose connections with

parties in interest in these cases, because the Debtors are an enterprise with numerous creditors

and other relationships, and because many of the names of parties in interest in these cases are

common and cannot be confirmed as being related or unrelated to Buck's clients, Buck is unable

to state with certainty that every relevant client engagement or other connection of Buck with

parties in interest in these cases has been disclosed herein.  In this regard, if Buck discovers

additional information that requires disclosure, Buck will file a supplemental affidavit in these

cases.

## STATEMENT RELATING TO COMPENSATION OF BUCK

20.     Buck is willing to be retained by the Committee as its pension and benefits

actuary, and will make appropriate applications to this Court for compensation and

reimbursement of out-of-pocket expenses, all in accordance with sections 330 and 331 of the

Bankruptcy Code, the Bankruptcy Rules, the Local Rules for the United States Bankruptcy Court

for the District of the Southern District of New York and any applicable orders of this Court.

NY\1132674.2

Buck's fees and out-of-pocket expenses in these cases shall be subject to the standard of review set forth in section 330 of the Bankruptcy Code.

21.    Buck will bill at its standard hourly rates.  The current hourly rates charged by Buck for professionals expected to be actively involved in these cases are between $150 and $500.  I am one of the Buck professionals who will be primarily active in these cases, and am a Director, Retirement with a billing rate of $448 per hour.  Buck's hourly rates are subject to periodic increase in the normal course of Buck's business.  Duane Lee, Principal Consulting Actuary, will also be primarily active in these cases.  Mr. Lee's billing rate is currently $500 per hour.  Other professionals from Buck's Pittsburgh, New Jersey, and Chicago offices will, from time to time, assist in Buck's representation of the Committee in connection with these cases at Buck's standard hourly rates in effect for those personnel.  These rates are set at a level designed to fairly compensate Buck for the work of its professionals, and to cover fixed and routine overhead expenses.

22.    Under certain circumstances, Buck will charge its clients in all areas of practice for other expenses incurred in connection with the client's case.  They may include, among other things, report and exhibit preparation and production, telephone and telecopier toll charges, messenger and delivery services, photocopying charges, travel expenses, expenses for "working meals," computerized research and outside research services, as well as non-ordinary overhead expenses, such as secretarial overtime.

23.    Buck has requested that it be indemnified by the Debtors as follows:

The Debtors will indemnify and hold harmless Buck and its officers, directors, employees, and agents (collectively, the "Indemnified Persons") from and against any liabilities, damages, settlements, costs, and expenses (including reasonable

10

attorneys' fees) arising out of or related to any claims, lawsuits or proceedings of any nature made or brought against Buck or any Indemnified Person by any third party arising out of or related to Buck's services to the Committee. Buck will promptly notify the Debtors and the Committee of any such claim, lawsuit or proceeding.

24.    Buck has agreed that the aforementioned indemnification shall be subject to the

following limitations:

a)    All requests of Buck or any of the Indemnified Persons for payment of indemnity claims shall be made by means of a fee application (interim or final as the case may be) and shall be subject to review by this Court to ensure that payment of any such indemnity claims conform to the terms of this Application and is reasonable based on the circumstances of the litigation or settlement in respect of which such indemnity is sought.

b)    In no event shall Buck or any of the Indemnified Parties be indemnified if a court determines by a final order that such claim for indemnification arose out of Buck's or such Indemnified Party's own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct.

c)    In the event that Buck or any of the Indemnified Persons seek reimbursement for attorneys' fees from the Debtors pursuant to this Application, the invoices and supporting time records from such attorneys shall be included in fee applications filed with the Court, and such invoices and time records shall be subject to the Office of the United States Trustee's guidelines for compensation and reimbursement of expenses and the approval of this Court under the standards of sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

## STATEMENT UNDER SECTIONS 329 AND 504 OF THE BANKRUPTCY CODE AND UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2016

25.    In accordance with sections 329 and 504 of the Bankruptcy Code and Bankruptcy

Rule 2016, neither I nor Buck has entered into any agreements, express or implied, with any

other parties in interest, including the Debtors, any creditor, or any attorney for such party in

interest in these cases (i) for the purpose of sharing or fixing fees or other compensation to be

paid to any such party in interest or its attorneys for services rendered in connection therewith,

11

(ii) for payment of such compensation from the assets of the estates in excess of the

compensation allowed by this Court pursuant to applicable provisions of the Bankruptcy Code,

or (iii) for payment of compensation in connection with these cases other than in accordance

with applicable provisions of the Bankruptcy Code.

EXECUTED this 13th day of April, 2006 at Pittsburgh, Pennsylvania

_Mary P. Mitchell_
Mary P. Mitchell

Sworn to before me this
13th day of April, 2006

_Carroll S. Banker_
Notary Public

Commonwealth of Pennsylvania
NOTARIAL SEAL
CARROLL S. BANKER, Notary Public
City of Pittsburgh, County of Allegheny
My Commission Expires September 19, 2009

NY\1132674.2

**Schedule A**

NY\1132674.2

## Debtor Entities

ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi China LLC
Delphi Connection Systems
Delphi Corporation
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation

Delphi Furukawa Wiring Systems LLC
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Receivables LLC
Delphi Services Holding Corporation
Delphi Technologies, Inc.
DREAL, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
MobileAria, Inc.
Packard Hughes Interconnect Company
Specialty Electronics International Ltd.
Specialty Electronics, Inc.

## Affiliates and Non-Debtor Subsidiaries -Domestic Entities

AMBRAKE Corporation
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
CEI Co., Ltd.
Delco Electronics LLC
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems- Ashimori LLC
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.

Delphi China LLC
Delphi Connection Systems
Delphi Corporation
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation
Delphi Foundation, Inc.
Delphi Furukawa Wiring Systems LLC
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi Liquidation Holding Company
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Receivables LLC
Delphi Services Holding Corporation
Delphi Technologies, Inc.
Delphi Trust I

Delphi Trust II
Delphi Trust III
Delphi Trust IV
DREAL, Inc.
EnerDel, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation

HE Microwave LLC
InPlay Technologies, Inc.
MobileAria, Inc.
Packard Hughes Interconnect Company
PBR Knoxville LLC
Specialty Electronics International Ltd.
Specialty Electronics, Inc.

## Affiliates and Non-Debtor Subsidiaries -Foreign Subsidiaries

Alambrados y Circuitos Eléctricos, S.A. de C.V.
Arcomex S.A. de C.V.
Arneses Eléctricos Automotrices, S.A. de C.V.
AS Catalizadores Ambientales S.A. de C.V.
ASEC Manufacturing (Thailand) Ltd.
ASEC Private Limited
Ashimori Industry Co., Ltd.
Autoensambles y Logistica, S.A. de C.V.
Beijing Delphi Technology Development Company, Ltd.
Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd.
BGMD Servicos Automotivos Ltda.
BlueStar Battery Systems International Corp.
Bujias Mexicanas, S.A. de C.V.
Cablena, S.L.
Calsonic Harrison Co., Ltd.
Centro Técnico Herramental, S.A. de C.V.
Closed Joint Stock Company PES/SCC
Condura, S. de R.L.
Controladora Chihuahuense, S. de R.L. de C.V.
Controladora de Alambrados y Circuitos, S. de R.L. de C.V.
Controladora de Rio Bravo, S. de R.L. de C.V.
Controladora Vesfron, S. de R.L. de C.V.
Cordaflex Espana, S.A.
Cordaflex, S.A. de C.V.
Daehan Electronics Yantai Co., Ltd.
Daesung Electric Co., Ltd.
Daewoo Motor Co., Ltd.
Del Tech Co., Ltd.
Delphi (China) Technical Centre Co. Ltd.
Delphi Administración, S.A. de C.V.
Delphi Alambrados Automotrices, S.A. de C.V.
Delphi Automotive Systems – Portugal S.A.
Delphi Automotive Systems (China) Holding Company Limited
Delphi Automotive Systems (Netherlands) B.V.
Delphi Automotive Systems (Thailand) Ltd.
Delphi Automotive Systems Australia Ltd.
Delphi Automotive Systems Cinq SAS
Delphi Automotive Systems Deutschland

Delphi Automotive Systems do Brasil Ltda.
Delphi Automotive Systems Espana S.L.
Delphi Automotive Systems Holding GmbH
Delphi Automotive Systems Huit SAS
Delphi Automotive Systems Japan, Ltd.
Delphi Automotive Systems Limited Sirketi
Delphi Automotive Systems Luxembourg S.A.
Delphi Automotive Systems Maroc
Delphi Automotive Systems Neuf SAS
Delphi Automotive Systems Philippines, Inc.
Delphi Automotive Systems Private Ltd.
Delphi Automotive Systems Singapore Investments Pte Ltd.
Delphi Automotive Systems Singapore Pte Ltd.
Delphi Automotive Systems Sweden AB
Delphi Automotive Systems UK Limited
Delphi Automotive Systems Vienna GmbH
Delphi Automotive Systems, S.A. de C.V.
Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V.
Delphi Belgium N.V.
Delphi Cableados, S.A. de C.V.
Delphi Calsonic Compressors, S.A.S.
Delphi Canada Inc.
Delphi Catalyst South Africa (Proprietary) Limited
Delphi Connection Systems – Tijuana, S.A. de C.V.
Delphi Controladora, S.A. de C.V.
Delphi Czech Republic, k.s.
Delphi Daesung Wuxi Electronics Co., Ltd.
Delphi de Mexico, S.A. de C.V.
Delphi Delco Electronic Systems Suzhou Co., Ltd.
Delphi Delco Electronics de Mexico, S.A. de C.V.
Delphi Delco Electronics Europe GmbH
Delphi Deutschland GmbH
Delphi Deutschland Technologies GmbH
Delphi Diesel Body Systems Mexico, S.A. de C.V.
Delphi Diesel Systems Corporativo IDSA, S.A. de C.V.
Delphi Diesel Systems do Brasil Ltda.
Delphi Diesel Systems France SAS
Delphi Diesel Systems Korea Ltd.
Delphi Diesel Systems Limited

Delphi Diesel Systems Pakistan (Private) Limited

Delphi Diesel Systems Pension Trustees Limited

Delphi Diesel Systems S.L.

Delphi Diesel Systems Service Mexico, S.A. de C.V.

Delphi Diesel Systems, S.A. de C.V.

Delphi Electronic Suzhou Co. Ltd.

Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.

Delphi Foreign Sales Corporation

Delphi France Holding SAS

Delphi France SAS

Delphi Harrison Calsonic, S.A.

Delphi Holding GmbH

Delphi Holding Hungary Asset Management Limited Liability Company

Delphi Holdings Luxembourg S.ar.l.

Delphi Insurance Limited

Delphi Interior Systems de Mexico, S.A. de C.V.

Delphi International Holdings Corporation Luxembourg S.C.S.

Delphi Italia Automotive Systems S.r.l.

Delphi Korea Corporation

Delphi Lockheed Automotive Limited

Delphi Lockheed Automotive Pension Trustees Limited

Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket

Delphi Packard Austria GmbH & Co. KG

Delphi Packard Electric (Malaysia) Sdn. Bhd.

Delphi Packard Electric Ceska Republika, S.R.O.

Delphi Packard Electric Sielin Argentina S.A.

Delphi Packard Electric Systems Company Ltd.

Delphi Packard España, SLU

Delphi Packard Hungary Kft

Delphi Packard Romania SRL

Delphi Poland S.A.

Delphi Polska Automotive Systems Sp z.o.o.

Delphi Saginaw Lingyun Drive Shaft Co., Ltd.

Delphi Saginaw Steering Systems UK Limited

Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.

Delphi Sistemas de Energia, S.A. de C.V.

Delphi Slovensko s.r.o.

Delphi Tychy Sp. z.o.o.

Delphi-Calsonic Hungary Manufacturing Limited Liability Company

Delphi-TVS Diesel Systems Ltd.

DEOC Pension Trustees Limited

Diavia Aire, S.A.

Electrotecnica Famar S.A.C.I.I.E.

Famar do Brasil Comercio e Representacao Ltda.

Famar Fueguina, S.A.

FUBA Automotive GmbH & Co. KG

Gabriel de Mexico, S.A. de C.V.

Grundig Car InterMedia System GmbH

Grundig Sistemas de Electronica, Lda., Portugal

Holdcar S.A.

Inmobiliaria Marlis, S.A.

Inmuebles Wagon, S.A.

Interessengemeinschaft fur Rundfunkschutzrechte GmbH

Interessengemeinschaft fur Rundfunkschutzrechte GMBH Schutzrechtsverwertung & Co. KG

Katcon, S.A. de C.V.

KDAC (Thailand) Company Limited

KDS Company, Ltd.

Korea Delphi Automotive Systems Corporation

Korea Technology Bank Network

Mecel AB

Noteco Comércio e Participacoes Ltda.

NSK Ltd.

On Se Telecom Co., Ltd.

P.T. Delphi Automotive Systems Indonesia

Packard Korea Incorporated

Productos Delco de Chihuahua, S.A. de C.V.

Promotora de Partes Electricas Automotrices S.A. de C.V.

PROSTEP AG

Proveedora de Electricidad de Occidente, S.A. de C.V.

Qingdao Daesung Electronic

Rio Bravo Eléctricos, S.A. de C.V.

Shanghai Delco Electronics & Instrumentation Co., Ltd.

Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd.

Shanghai Delphi Emission Control Systems Company, Ltd.

Shanghai-Delphi Automotive Door Systems Co., Ltd.

Shengyang Huali Automotive Air-conditioning Co. Ltd.

Sistemas Eléctricos y Conmutadores, S.A. de C.V.

Specialty Electronics (Singapore) Pte Ltd.

Specialty Electronics International Ltd.

TECCOM GmbH

TecDoc Information System GmbH

Termoelectrica del Golfo, S. de R.L. de C.V.

Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH

Verwaltungs GmbH

Wuhan Shenlong Automotive Air-conditioning Co. Ltd.

Yeon Kyung Electronics Co., Ltd.

## Members of Official Committee of Unsecured Creditors

Capital Research and Management Company
Electronic Data Systems Corp
Flextronics International Asia-Pacific, Ltd
Freescale Semiconductor, Inc.

General Electric Company
IUE-CWA
Wilmington Trust Company, as Indenture Trustee

## Professionals retained by Official Committee of Unsecured Creditors

Jefferies & Company, Inc
Latham & Watkins LLP

Mesirow Financial Consulting

## Counsel to individual members of Official Committee of Unsecured Creditors

Curtis, Mallet-Prevost, Colt & Mosle LLP
Kennedy, Jennik & Murray, PC
Kirkpatrick & Lockhart Nicholson Graham LLP
Kramer Levin Naftalis & Frankel LLP
Lewis and Roca LLP

Meyer, Suozzi, English & Klein, PC
Phillips Nizer LLP
Warner Stevens LLP

## Indenture Trustees

Bank One Trust Company
Bank One Trust Company N.A.
First National Bank of Chicago
J.P. Morgan Trust Company, N.A.

JP Morgan
JP Morgan Chase
Wilmington Trust Company, as Indenture Trustee

## All Lenders (including current and former agents under credit facilities and their counsel and financial advisors):

Addison CDO, Limited
AMMC CLO III, Limited
AMMC CLO IV, Limited
Banca Bilbao Vizcaya Argentaria, S.A
Celerity CLO Ltd
Delaware Corp Bond Fund
Delaware Delchester Fund
Grand Central Asset Trust
Grand Central Asset Trust, Single
Lightspeed CLO
Lispenard Street Credit (Master)
Marathon Special Opportunity
Mizuho Corporate Bank Ltd.
Putnam Variable Trust High Yield Fund
SEI Institutional Managed TST
Special Situations Investing Group
Velocity CLO, Ltd.
Western Asset Floating Rate
Whitney Private Debt Fund LP

Citibank
JP Morgan Chase
Simpson Thacher & Bartlett LLP
A3 Funding LP
Ableco Finance LLC
ACA CLO 2005-1, Ltd.
Access Institutional Loam Fund
ADAR Investment Fund Ltd
AG Alpha Credit Master, Ltd.
Ahab Partners, L.P.
Airlie Opportunity Master Fund, Ltd
Amaranth Partners LLC – Trading
American Express Certificate Company
AMMC CLO III, Limited
AMMC CLO IV, Limited
Apollo Distressed Investment Fund
Apollo Distressed Investment Offshore
Appaloosa Invest Ltd. Partnership I
Archimedes Funding IV, Ltd.

ARX Global High Yield Securities
Aslan Capital Master Fund, LP
Atlas Capital Funding, Ltd.
Atrium IV
Aurum CLO 2002-1 Ltd.
Avenue CLO Fund, Ltd.
Avenue CLO II, Ltd.
Avery Point CLO, Ltd.
Balboa CDO I, Limited
Bank of America, N.A.
BDC Finance LLC
Bear Stearns Investment Products, I
Black Diamond Offshore Limited
Blue Square Funding Ltd. Series 3
Boldwater CBNA Loan Funding LLC
Boldwater Credit Opportunities
Boston Harbor CLO 2004-1, Ltd
Boston Income Portfolio
Brencourt Distress Securities
Brookville Capital Master Fund, L.P.
Bryn Mawr CLO, Ltd.
Callidus Debt Partners CDO Fund I
Candlewood Capital Partners LLC
Canpartners Investments IV LLC
Canyon Capital CDO 2002-1 Ltd.
Canyon Capital CLO 2004-1 Ltd.
Cargill Financial Services Intl. Inc
Castle Garden Funding
Castle Hill III CLO, Limited
Castle Hill II-Ingots, Ltd.
Castle Hill I-Ingots, Ltd.
CDL Loan Funding LLC
Cedarview Opportunities Master Fund
Celerity CLO Ltd fka Lightspeed CLO
Centurion CDO 8, Limited
Centurion CDO 9, Limited
Centurion CDO II, Ltd.
Centurion CDO VI LTD
Centurion CDO VII Limited
Chatham Light II CLO, Limited
Citadel Hill 2000 Ltd.
Citibank N.A.
Citicorp USA Inc.
Citigroup Financial Products Inc.
Colonial Funding LLC
Credit Suisse Asset Managemnt
Credit Suisse, New York & Cayman
CSAM Funding IV
C-Squared CDO Ltd.
Cumberland II CLO Ltd

Cypresstree Claif Funding LLC
D.K. Acquisition Partners, L.P.
Debt Strategies Fund, Inc.
Delaware Corp Bond Fund, a Series
Delaware Delchester Fund, a series
Desjardins Financial Security Life
Deutsche Bank AG
Deutsche Bank AG
Diversified Income Strategies
Diversified Investors High Yield
Double Black Diamond offshore LDC
Dryden III-Leveraged Loan CDO 2002
Dryden IV Leveraged Loan CDO 2003
Dryden Leveraged Loan CDO 2002-II
Dryden VIII - Leveraged Loan CDO
Duane Street CLO 1, Ltd.
Duma Master Fund LP
Dunes Funding LLC
ELF Funding Trust I
Employers Insurance Of Wausau
Empyrean Investments, LLC
Endurance CLO 1 Ltd.
Event Partners Debt Acquisition, LLC
Excess Book
Feingold O'Keeffe Credit Fund CBNA
First Trust Highland Capital
Flagship CLO 2001-1
Flagship CLO II
Flagship CLO III
Flagship CLO IV
Forest Creek CLO, Ltd.
Fortis Bank SA NV Cayman Island
Fortress Credit Funding I LP
Fortress Credit Funding II LP
Galaxy CLO 2003-1, Ltd.
Galaxy III CLO, Ltd.
Galaxy IV CLO, Ltd.
Galaxy V CLO, Ltd.
General Electric Capital Corporation
Gleneagles CLO Ltd.
Global Enhanced Loan Fund S.A.
Global StocksPLUS Income Fund
Goldman Sachs Credit Partners L.P.
Gracie Capital L.P.
Grand Central Asset Trust, Gaia
Grand Central Asset Trust, SIL
Grand Central Asset Trust, Single
Greywolf Loan Participation LLC
Guggenheim Portfolio Company XII
Gulf Stream - Compass CLO 2005-1

Gulf Stream Compass CLO 2002-1
Gulf Stream-Compass CLO 2004-1, Ltd
Hammerman Capital Master Fund LP
Hammerman Counterpoint Master Fund
Harbour Town Funding LLC
HBK Master Fund L.P.
High Income Portfolio
Highland Floating Rate Advantage
Highland Floating Rate LLC
Highland Offshore Partners, L.P.
Horizon Income Fund, Ltd.
IDS Life Insurance Company
ING Capital LLC
ING Investment Management CLO I
ING Prime Rate Trust
ING Senior Income Fund
Investors Bank and Trust Co
Jasper CLO Ltd.
JP Morgan Chase Bank, N.A.
Katonah II, Ltd.
Katonah III, Ltd.
Katonah IV, Ltd.
KIL Loan Funding LLC
Kingsland I, Ltd.
KKR Financial CLO 2005-1, Ltd.
KZH Pondview LLC
KZH Soleil LLC
KZH Soleil-2 LLC
Lehman Commercial Paper Inc.
Liberty CLO Ltd.
Liberty Mutual Fire Insurance Company
Liberty Mutual Ins Company
LibertyView Loan Fund, LLC
Lincoln National Life Insurance Co.
Lincoln Natl Life Insur Co, Sep Acc
Linden Capital LP
Lispenard Street Credit (Master) LT
Loan Funding I LLC
Loan Funding III LLC
Loan Funding V, LLC
Loan Funding XI LLC
Loan Star State Trust
Long Grove CLO, Limited
Madison Park Funding I, Ltd.
Marathon CLO I Ltd.
Marathon Special Opportunity Master
Market Square CLO Ltd.
Marquette Park CLO Ltd.
McDonnell Loan Opportunity Ltd.
Metropolitan West High Yield Bond

Metropolitan West Strategic Income
ML Global Investment Series Income
Mountain Capital CLO II Ltd.
Mountain Capital CLO IV, Ltd.
Muirfield Trading LLC
National City Bank
Nemean CLO, Ltd.
Oak Hill Credit Alpha Fund (Offshore)
Oak Hill Credit Alpha Fund LP
Oak Hill Credit Partners I, Limited
Oak Hill Credit Partners II, Limited
Oak Hill Credit Partners III, Limited
Oak Hill Credit Partners IV, Limited
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, L.P.
Ocm High Yield Plus Fund LP
Octagon Investment Partners IV, Ltd
Octagon Investment Partners V, Ltd.
Octagon Investment Partners VI, Ltd
Octagon Investment Partners VII, Ltd.
Panton Master Fund LP
Park Avenue Loan Trust
PIMCO Floating Income Fund
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO High Yield Fund
Pinewood Credit Markets Master Fund
Pioneer Floating Rate Trust
PNC Bank, N.A.
Post Leveraged Loan Master Fund, LP
Post Opportunity Fund L.P.
Post Total Return Fund, L.P.
Principal Life Insurance Company
Prospect Funding I, LLC
Protective Life Insurance Company
Putnam Floating Rate Income Fund
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Variable Trust High Yield Fu
Q Funding III LP
Quadrangle Master Funding Ltd
Quattro Distressed Opportunity Fund
Quattro Fund Ltd
Quattro Multi-Strategy Master Fund
R2 Top Hat, Ltd.
Race Point CLO, Limited
Race Point II CLO, Limited
Race Point III CLO, Limited
Red Fox Funding LLC
Redwood Master Fund, Ltd.

Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd.
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credi
SEI Institutional Managed TST High
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I Ltd
Sky CBNA Loan Funding LLC
SMBC MVI SPC
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group,
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC
TRS Leda LLC
TRS THEBE LLC
UBS AG, Stamford Branch
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited

Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital Management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate High
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd
ABN AMRO Bank N.V.
Agricultural Bank of China
Atrium IV
Australia and New Zealand Bank Group
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Co
Barclays Bank PLC
BNP Paribas
Calyon New York Branch
Capitalsource Finance LLC
Citibank N.A.
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse Asset Management
Credit Suisse, New York & Cayman Islands
Deutsche Bank AG
Deutsche Bank Trust Company America
Dymas Funding Company LLC
Fifth Third Bank, Eastern Michigan

Goldman Sachs Credit Partners L.P.
Grand Central Asset Trust, SIL
Gulf Stream – Compass CLO 2004-1, Ltd
Gulf Stream – Compass CLO 2005-1
HSBC Bank USA, National Association
Investment CBNA Loan Funding LLC
JPMorgan Chase Bank, N.A.
KeyBank National Association
KIL Loan Funding LLC
Lehman Commercial Paper Inc.
Madison Park Funding I, Ltd.
Mizhuo Corporate Bank Ltd fka DKB
Morgan Stanley Senior Funding, Inc.

National City Bank
Sea Pines Funding LLC
Secondary Loan and Distressed Credit
Sequils ING I (HBDGM), Ltd.
Societe Generale SA New York
Sumitomo Mitsui Banking Corporation
The Royal Bank of Scotland PLC
TRS Thebe LLC
UBS AG, Stamford Branch
UBS Loan Finance LLC
UFJ Bank Limited
Wachovia Bank National Association

## Lienholders and Other Significant Lenders

CIT Systems Leasing
Minolta Business Solutions, Inc.
Minolta Business Systems, Inc.
Citicorp Vendor Finance, Inc.
Crown Credit Company
Toyota Motor redit Corporation
Delphi Automotive Systems Corp.
Michele D'Andrea
Bank One Michigan
Delphi Automotive Systems Corporation
Michele D'Andrea
Rave Financial Services Inc.
Dell Financial Services LP
Bank One, NA
Bank One, NA (Main Office Chicago)
Computer Sales International Inc.
Delphi Holdings Luxembourg S.A.R.L.
LaSalle Bank National Association
LaSalle National Leasing Corporation
Magid Glove & Safety Mfg. Co. LLC
Motorola Credit Corp.
Motorola Credit Corp., et al.
Motorola Credit Corporation
Motorola Inc.
Motorola Inc., et al
Mori Seiki USA Inc.
Applied Industrial Technologies-DBB, Inc.
Canon Financial Services Inc.
CIT Communications Finance Corporation
CIT Technologies Corporation
Computer Sales International, Inc.
Crown Credit Co.
Crown Credit Company
Dell Financial Services LP

First Bank of Highland Park
First Bank of Highland Trust
General Electric Capital Corp.
General Electric Capital Corporation
Hitachi Credit America Corp.
Icon SPK 2023-A LLC
ICX Corporation
Information Leasing Corp.
Kensington Capital Corporation
Miami Industrial Trucks Inc.
Milacron Marketing Company
Milacron Marketing Company
Murata Wiedemann Inc.
Sentry Financial Corp.
Sentry Financial Corporation
Sentry Financial, Inc.
Southern Pacific Bancapital
Southern Pacific Bancapital A Division of Southern Pacific
Bank 'SPBC' / Varilease Corp.
Southern Pacific Bank Capital
TCF Leasing Inc.
Toshiba American Information Systems Inc.
Toyota Motor Credit Corporation
Van Dorn Demag Corporation
Varilease Corp.
Varilease Corporation
Toyota Motor Credit Corporation
AW Miller Technical Sales, Inc.
Applied Industrial Technologies, Inc.
Applied Industrial Technologies-ABC, Inc.
Applied Industrial Technologies-Dixie, Inc.
Applied-Michigan, Ltd.
Bank of Lincolnwood
Bank One, NA (Main Office Chicago)

CIT Communications Finance Corporation
Commercial Tool & Die Inc.
Compaq Financial Services Corp.
Computer Sales International, Inc.
Credit Lyonnais, S.A., Cayman Islands Branch
Delphi Holdings Luxembourg S.A.R.L.
DRE Depositor Corp.
General Electric Capital Corporation
Husky Injection Molding Systems, Inc.
Motorola Credit Corporation
Motorola, Inc.
Sentry Financial Corp.
Sentry Financial Corporation
Southern Pacific BankCapital
TCF Leasing Inc.
Tennant Financial Services
Tennessee Valley Authority
The Huntington National Bank
The Peltz Group, Inc.
Wells Fargo Bank Northwest, Trustee
Hubbard Supply Company
Northern Michigan Tool Company
Shaltz Fluid Power
Rutherford Cooke et al.
Charmilles Technologies
Commercial Tool & Die, Inc.
Crown Credit Co.
Dell Financial Services LP
Fifth Third Bank (Western Michigan)
Okuma America America Corporation
Oce-USA, Inc.
Air Liquide Industrial US LP
Ameritech Credit Corporation
Assembleon America Inc.
Bank One, NA (Main Office Chicago)
Cardinal Machine Company
CIT Communications Finance Corporation
CIT Technologies Corporation dba CIT Systems Leasing
Computer Sales International
Computer Sales International, Inc.
Cupertino National Bank c/o Greater Bay Capital
Daewoo Heavy Industries America Corporation

First Bank of Highland Park
GE Polymerland, Inc.
General Electric Capital Corp.
General Electric Capital Corporation
ICX Corporation
IOS Capital, LLC
Kensington Capital Corporation
Lease Plan USA, Inc.
Leasenet Group, Inc.
Makino Inc.
OCE Financial Services, Inc.
OCE North America, Inc.
OCE-USA Inc.
Omega Tool Corporation
Pacific Rim Capital, Inc.
Pullman Bank & Trust
Pullman Bank & Trust Company
Relational Funding Corporation
Renaissance Capital Alliance, LLC
Windsor Mold Inc.
CIT Communications Finance Corporation
*In re: Bobby's Kitchen*
OCE-USA, Inc.
Juki Automation Systems, Inc.
Bank One
Associates Leasing, Inc.
AGFA Corp.
American Equipment Leasing, a division of EAB Leasing Corp.
Bell Microproducts, Inc.
Cashcode Company, Inc.
Minolta Business Solutions, Inc. (fka Minolta Business Systems, Inc.)
Motion Industries Inc.
UMB Bank Colorado Downtown Banking Center
UMB Bank Colorado, N.A.
Xel Communications, Inc.
XPEDX
Centura Bank
General Electric Capital Asset Funding
Kyocera Mita America, Inc.
Metlife Capital LP

## Holders of 5% or More of Any Outstanding Equity Securities of the Company:

Brandes Investment Partners, LLC
State Street Global Advisors
Dodge & Cox
Capital Research & Management Company

Capital Group International, Inc.
State Street Bank and Trust Company, in various fiduciary capacities

## Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company

Bear Sterns
Citigroup
Frst Clear
Goldman Sachs
Investors Bank
Lehman Brothers

Mellon Trust
ML Sfkpg
MSDW Inc.
NFS LLC
Pershing
SSB

## Insurers

ACE American Insurance Company
ACE Insurance Company
ACE USA
AIG Excess Casualty North America (Lexington)
AIG Worldsource
AIU Inc.
Allianz
Allied World Assurance Co. Ltd. (AWAC)
Allied World Assurance Company, Ltd
Amerada Hess Corporation
American Home Assurance Co. (AIMA)
American International Insurance
American International Specialty Lines Insurance Company
ANR Pipeline Company
Aon
Aon Bermuda
Aon UK
Arch
Arch Insurance (Bermuda) Limited
Arch Insurance Group
AWAC
AXIS
Axis Reinsurance Company
Bermuda Markets
CAN
Cananwill, Inc.
Chubb Custom Insurance
Chubb Specialty Insurance
CNA Financial Insurance
CNA Insurance Companies
Columbia Casualty Company (CNA)
Columbia Gas of Ohio
Columbia Gas Transmission
Continental Casualty (C.N.A.)
Coral Energy Resources, L.P.

East Ohio Gas Co.
Endurance Specialty
Federal Ins. Co. (Chubb)
General Star Indemnity Company
GEP
Great American
Gulf Underwriters Insurance Company
Hannover Re
Hanseatic Insurance
Hanseatic Insurance Company (Bermuda) Ltd.
Hartford
HDI
Indiana Gas Company
Ins. Co. of the State of Pennsylvania (AIG)
IRI
Lexington
Lexington Insurance Company (AIG American International Companies)
Liberty Mutual
Lloyds of London
Marsh USA, Inc. (Broker)
Marsh/Pentastar
National Union (AIG)
National Union Fire Ins. Co. (AIG)
National Union Fire Insurance Company of Pitts., PA (AIG American International Companies)
Pacific Employers Ins. Co. (ACE USA)
Panhandle Eastern Pipeline Company
Seminole Energy Services
Sequent Energy Services
SR International Business Insurance Company Ltd.
SR International Business Insurance Company Ltd. [London, UK (Zurich Branch)]
St. Paul
St. Paul (Bermuda), Ltd.
St. Paul Fire & Marine

St. Paul Fire & Marine Insurance Company
St. Paul Mercury
St. Paul Surplus Lines Ins. Co.
Starr Excess Liability Insurance International Limited
Steadfast Insurance Company (Zurich)
Swiss Re Insurance Company Ltd.
Tokio Marine
Twin City Fire (Hartford)
U.S. Specialty Insurance Company

UGI Energy Services
Union Gas System, Inc.
United States Aviation Insurance Group (USAIG) and others
US Specialty/HCC
USAIG
Vectren Energy
XL U.S.
Zurich American Insurance Company

## Letter of Credit Issuers and Beneficiaries

Michigan Department of Environmental Quality
C.N.A.
Federal Environmental Protection Agency
Fraccionadora Industrial del Norte, S.A. de C.V.
GMACCM Asset Management de Mexico
Hub Group
Michigan Department of Environmental Quality [Multiple Beneficiaries – State and Federal EPA]
New Jersey Environmental Protection Agency
Ohio Environmental Protection Agency
Orange County Health Care Agency

Pacific Employers Insurance Co.
ProLogis-Juarez (2) Investment, LLC
Reliance Insurance Company
RLI Surety
Safeco Insurance
State of Alabama Dept of Industrial Relations
State of Georgia, Workers' Compensation Board
State of Kansas, Workers' Compensation Board
State of New York, Workers' Compensation Board
Toronto Dominion Bank
JP Morgan Chase

## Former Officers and Directors (for the past three years) and consolidated for all entities)

A.E. Billis
Alapont, José Maria
Alsagoff, Faris
Anderson, Carrie
Arkwright, Christopher P.
Arle, John P.
Bailey, R. Scott
Bailey, Russell W.H.
Balsei, Mike
Barth, Volker J.
Battenberg, J.T., III
Beckett, Michael
Belans II, Milan E.
Bellar, Fred J., III
Bernardes, Oscar de Paula
Berry, Roberto Edwin
Bertrand, James A.
Borzi, James W.
Bowers, William Steven
Brown, Jr., Andrew
Brown, Richard
Brust, Robert H.
Burgner, David Allen

Butler, Kevin M.
Chadwick, Jeffrey R.
Chen, Jimmy C.
Chen, Jinya
Clemons, Steve D.
Colbert, Virgis W.
Conlon, Martin
Conor-Freeman, Maria
Cooke, F.H.
Corcoran, Sean P.
Cornwell, William D.
Davey, Stephen L.
Dawes, Alan S.
Deak, Gabor Janos
Desnos, Philippe
Eichenlaub, Brian
Erwin, Richard E.
Farr, David N.
Feigenbaum, Haim
Flowers, Allen D.
Forbes, Timothy G.
Franzi, Richard A.
Fuerst, John M.

Funke Esq., Jimmy L.

Gango, Frank

Gardner, A.N.

Geller, Pamela M.

Goodman, Thomas D.

Gottschalk, Bernd

Gray, Mary A.

Griffin, Patrick

Gruber, Douglas

Gumina, Joseph P.

Hachey, Guy C.

Hall Jr., Samuel H.

Hathaway, R.E.

Hayashida, Shuji

Healy, Karen L.

Heigel, Kevin R.

Hermeling, Rainer

Hindels, James H.

Hotchkin, Nick

Humbeck, Wolfgang

Irimajiri, Shoichiro

Jackson, Arthur Russell

Jackson, J.E.

Jacovides, Linos

Jaffurs, John A.

Janak, Peter H.

Jensen, William

Jobe, Ronald E.

Jok, Richard

Jones, David J.

Kamischke, Mark S.

Katz, Robert Esq.

Kaye Esq., Diane L.

Knill, David

Knutson, Timothy J.

Kolano, Derek

Krause, Jeffrey M.

Lee, Dae Un

Lewis, Theodore H.

Loeb, Marjorie Harris

Lorenz, Mark C.

Manocha, Charu

Manocha, Sandeep

Marion, Laura

Maschoff, David

McClain, Karen

McGuire, Marc C.

McLaughlin, Susan A.

Milburn, Paul S.

Miller, Gail K.

Miller, Robert S.

Naylor, Craig G.

Nelson, R. David

Niekamp, Cynthia A.

O'Neal, Rodney

Olbrecht, Denise

O'Neill, Brian P.

Opie, John D.

Ordonez, Frank A.

Overly, Jeffrey M.

Owens, Jeffrey J.

Parsons, Jeffrey

Pasricha, Atul

Passante, John A.

Penske, Roger S.

Petrie, John

Pirtle, Ronald M.

Pitsenbarger, Pam

Rayne, Mike

Reagan, Michael T.

Remenar, Robert J.

Richards, F. Timothy

Richards, Gregory R.

Robinson Esq., Logan G.

Rogers, Max

Roland Jr., John Robert .

Runkle, Donald L.

Salrin, Sarah J.

Scheffler, Milton R.

Schuppe, Michael L.

Schwarting, Elizabeth M.

Scott, Ian

Shader, Michael A.

Sheehan, John D.

Short, John

Sonnonstine, Jerry

Sparks, Robert H.

Spencer, James A.

Springer, F. Thomas

Sprunger, F. Thomas

Sueltz, Patricia C.

Sullivan, Henry A.

Theriot, Mark

Tilton, Todd I.

Twomey, Thomas N.

Valanty, Burton J.

Veeser, Lothar

Walker, Bette M.

Walker, Robert C.

Weber, Mark R.

Whitson, James P.

Williams, Derrick M.

Williamson, J.L.

Wohleen, David B.

Yoon, Myung Hwan

Young, R.A.

Zablocki, Richard J.

A.E. Billis

A.N. Gardner

Alan S. Dawes

Allen D. Flowers

Alsagoff, Faris

Arhtur Russell Jackson

Atul Pasricha

Bernd Gottschalk

Berry, Roberto Edwin

Bertrand, James A.

Bette M. Walker

Brian Eichenlaub

Brust, Robert H.

Burton J. Valanty

Charu Manocha

Chen, Jimmy C.

Choon T. Chon

Cooke, F.H.

Craig G. Naylor

Dae Un Lee

David Allen Burgner

David B. Wohleen

David J. Jones

David N. Farr

Denise Olbrecht

Derek Kolano

Derrick M. Williams

Diane L. Kaye Esq.

Donald L. Runkle

Douglas Gruber

Elizabeth M. Schwarting

Funke Esq., Jimmy L.

Gabor Janos Deak

Gail K. Miller

Gango, Frank

Guy C. Hachey

Haim Feigenbaum

Hotchkin, Nick

Ian Scott

J.T. Battenberg III

Jackson, J.E.

James P. Whitson

James W. Borzi

Jerry Sonnonstine

Jinya Chen Esq.

Jobe, Ronald E.

John A. Passante

John G. Blahnik

John M. Fuerst

John P. Arle

John Petrie

José Maria Alapont

Joseph P. Gumina

Karen L. Healy

Karen McClain

Katz, Robert Esq.

Kevin M. Butler

Kevin R. Heigel

Krause, Jeffrey M.

Laura Marion

Logan G. Robinson Esq.

Lothar Veeser

Marc C. McGuire Esq.

Maria Conor-Freeman

Marjorie Harris Loeb

Mark C. Lorenz

Mark R. Weber

Martin Conlon

Mary A. Gray

Max Rogers

Michael A. Shader

Michael Beckett

Michael T. Reagan

Mike Balsei

Mike Rayne

Milan E. Belans II

Myung Hwan Yoon

Niekamp, Cynthia A.

O'Neal, Rodney

O'Neill, Brian P.

Opie, John D.

Ordonez, Frank A.

Oscar de Paula Bernardes

Owens, Jeffrey J.

Pamela M. Geller

Parsons, Jeffrey

Patricia C. Sueltz

Paul S. Milburn

Penske, Roger S.

Peter H. Janak

Philippe Desnos

R. David Nelson

R. Scott Bailey

R.A. Young

R.E. Hathaway

Rainer Hermeling

Remenar, Robert J.

Richard A. Franzi

Richard Brown

Richard E. Erwin

Richard J. Zablocki

Richard Jok

Richards, F. Timothy

Robert S. Miller

Ronald M. Pirtle

Russell W.H. Bailey

Sandeep Manocha

Sarah J. Salrin

Sean P. Corcoran

Sheehan, John D.

Shoichiro Irimajiri

Short, John

Shuji Hayashida

Sparks, Robert H.

Stephen L. Davey

Steve D. Clemons

Susan A. McLaughlin

Theodore H. Lewis

Thomas D. Goodman

Thomas N. Twomey

Timothy J. Knutson

Todd I. Tilton

Virgis W. Colbert

Volker J. Barth

William D. Cornwell

William Jensen

William Steven Bowers

Williamson, J.L.

Wolfgang Humbeck

## **Top 50 Unsecured Creditors**

3M Co

Abc Group Inc

Aisin Seiki Co Ltd

Akebono Brake Industry Co Ltd

Alcoa Inc

Alps Automotive Inc.

Alps Electric Co Ltd

American Axle & Mfg Holdings Inc

Autoliv Inc

AW Transmission Engineering

Beiersdorf Ag

Blackstone Capital Partners LLP

Bosch, Robert Stiftung GmbH

Buena Vista Township, Michigan

Calsonic Kansei Corp

Capri Capital Advisors LLC

Capital Research and Management Company

Carlisle Engineered Prods

CIGNA Corporation

City of Flint, Michigan

Clarion Co Ltd

Commissariat a l'Energie Stomic

Corning Inc

Dana Corp

Delta

Draka Holding NV

Dura Automotive Systems Inc

E.on AG

Electronic Data Systems Corp

El Dupont de Nemours & Co Inc

Engelhard Corp

Flextronics Intl Asia Pacific

Freescale Semiconductor

Freudenberg & Co KG

Fujitsu Ten Corporation

Futasa Corp

General Electric Co Inc

General Motors Corp

Hitachi Ltd

Howard County, Indiana

Illinois Tool Works Inc

Impala Platinum Holdings ltd

Industrial Molding Corp

Infineon Technologies AG

Intermet Corp

International Union of Electronic, Electrical, Salaried, Machine and Furnitu

Johnson Electric Holdings Ltd

Koninkluke Philips Electronics

Leopold Kostal GmbH & Co KG

Limar Realty Corp.

Linamar Corp

Madison County, Indiana

Matsushita Electric Industrial

Merk Medco

Metaldyne Corp

Molex Inc

Montgomery County, Ohio

Motorola Inc

Nan Ya Plasics Corp
National Fire Insurance Company of Hartford
NEC Corp
Norsk Hydro ASA
Ogura Clutch Co Ltd
Osprey, S.A. Ltd.
Pacific Group Ltd
Pioneer INDL Components
Progressive Moulded Product
Quexco Inc
Robert Bosch Corporation Automotive Group
Semiconductor Components
Sequa Corp
Sharp Electronics Corp
Siemens AG
Solectron Corp
State of Michigan
State of Ohio
State of Wisconsin

Stmicroelectronics NV
Swatch Group SA, The
TDK Corporation of America
Texas Instruments Inc
Textron Inc
Thyssenkrupp AG
Timken Co, Inc
Timken Co, The Inc
Toyota Motor Corp
Traxle Mfg Ltd
TT Electronics PLC
Tyco International LTD
UHC
United Auto Workers
Valeq SA
Viasystems Group Inc
Wilmington Trust Company, as Indenture Trustee
Worthington Industries Inc

## Major Customers

AASP – PA
Adam Opel AG
Aftermarket
AGco Parts Div-D7e50 Caterpillar
AGco-Jackson Operation
AGFA
Agfa Corporation
Agfa-Gevaert N.V.
Agilent Tech. (M) SDN BHD
Aksys, Ltd.
American Axle
American Discount Supply, Inc.
Applied Biosystems
ArvinMeritor
Autoliv
Automotive Traning Schools
AZ Automotive
Benteler
Best Buy Co. Inc.
BMW
BMW Group
Bosch
Brite Smile
Brite Smile – Chicago
Brite Smile Center
BriteSmile – Denver
BriteSmile – Phoenix
BriteSmile – San Diego

Calsonic Kansei
Cambrex Bio Science
Cami
Cannon Group Ltd
Cardinal
Cardinal Health
Cardinal Health Canada 301, Inc
Caterpillar
Caterpillar Engine Systems
Caterpillar-Joliet
Circuit City Stores Inc
Coinstar
Collins & Aikman
Cummins
Daewoo Motor
Daihatsu
Daimler Chrysler
DaimlerChrysler Corp. US
DBM Tech.
Delphi – Allied Sales
Denso
DK Packaging
Elgin Industries
Espackdis SA
Everest Biomedical Instruments
Federal-Mogul Corp D.I.P.
Fiat Automotives SA
Fiat Group

Ford
Ford Group
ForHealth Technologies, Inc.
Fuji Heavy Industries
GE Medical Systems
General Motors
General Motors de Mexico S de Rl
General Motors de Mexico S Derlspom
General Motors do Brasil Ltda
General Motors Powertrain
General Motors S Africa (Pty) Ltd
GM – AC Delco
GM de Argentina S A
GM Espana SA
GM Holden Ltd
GM Powertrain
GM SPO
GMIO
GMNAO
GMSPO
Haemoscope Corporation
Harley Davidson
Helicor, Inc.
Hewlett-Packard
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore
Hewlett-Packard/San Jose
HMH Group
Honda
H-P Asia Pacific Pte. Ltd.
HP Financial Services Cntr.
HP International SARL (France)
HP Smartbuy
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
Hyundai
IAPA
Inogen
Inotherapeutics
Interamerican Trade Corp
International Truck & Engine
Isuzu Group
Isuzu Motors Europe Ltd
Isuzu Motors Polska Sp Zo O
JCI
John Deere – Engine Works
Johnson Controls

Kautex
Key Safety
KLA – Tencor
KLA Tencor Corp
KLA-Tencor
KLA-Tencor Integrate Metrology
Koltec BV
KS Centoco
L-3 Communications
Lear
LeftHand Networks
Magna Intier
Matco Tools
Medical Simulation Corporation
Medrad
Medtronic Navigation
Melling Tool Company
Mercedes-Benz U.S. International, Inc.
Michael Baker, Inc.
Mitsubishi
Modatek
Napa Dist Center
National Auto Radiator
Navistar
Navistar International
New Wave Enterprises (Belgium) NV
Nissan
Niton Corporation
NuVasive, Inc.
Ophthonix, Inc.
Paccar
Particle Measuring Systems Inc
Perkins Engines Company Ltd
Point 5 Technologies
Power & Signal Group
Precision Turbo & Engine Reb.
Promotora
PSA Group
Renault
Rescue Technology
Reviva
Rover
S.E. Power Systems Orlando
Saab Automobile AB
Saab Automobile Parts
Saturn
Standard Motor Products Inc
Storage Tek
Sun Refining & Marketing
Sunrise Medical

Sunrise Medical HHG, Inc.

Verilink Corporation

Sunrise Medical Ltd

Visteon

Suzuki Group

Volkswagen AG

Takata

Volvo Do Brazil Veiculos LTDA.

Tamsco, Inc. (US Gov't)

Volvo Parts North America, Inc.

Technologia Modificada SA de Caterpiller

Volvo Truck

Tenneco

VW Group

Tire Industry Foundation

Wal-Mart Stores CE

Toyota

Wheeler Brothers Inc.

TRW

XM Emall LLC

USA Technologies, Inc.

Yorozu

Vauxhall Motors Ltd

Zoe Medical, Inc.

## Major Suppliers

3M

ASEC Manufacturing Sales

A Agrati SPA

Assembleon America Inc

AASP - PA

Austria Microsystems AG

AB SKF

Autocam Corp

Abc Group Inc

Autoliv ASP Inc

Aceralia Tubos SL

Automatizacion Y Disenos

Acome Societe Cooperative De Produc

Automotive Traning Schools

Advanced Micro Devices

B&A Enterprises

Affinia Group Holdings Inc

Bank One NA

AFX

BAX Global

Agfa Corporation

BBK Ltd

Agfa-Gevaert N.V.

Beiersoorf AG

Agilent Tech. (M) Sdn Bhd

Benteler Automotive

Aksys, Ltd.

Berger GmbH & Co Holding KG

Alcan Inc

Bing Metals Group Inc

Alcoa Inc

Binter SA

Allevard Springs Ltd

Bitron Industrie SpA

Alpine Group Inc, The

Blue Cross Blue Shield of

Alps Electric Co Ltd

Boco Pty Ltd

Aluminum Co of America

Bosch Automotive Systems Corp

Amak Brake LLC

Bosch, Robert Stiftung GmbH

Ambrake Corp

Brazeway Inc

American Axle & Mfg Holdings Inc

Brite Smile

American Discount Supply, Inc.

Brite Smile Center

American President Lines Ltd

British Vita PLC

Amphenol Corp

BTV Holding GmbH

Amtek Engineering Ltd

Bus Electronik Gmbh

Analog Devices GmbH

Calsonic Corp

Analog Devices Inc

Calsonic Kansei Corp

Android Industries LLC

Cambrex Bio Science

Aplicaciones De Metales Sinterizado

Cami

Applied Biosystems

Campbell Marshall E Co

ARC Automotive Inc

Cardinal Health

Arnold Transportation

Cardinal Health Canada 301, Inc

Asahi Glass Co

Carlisle Companies Inc

Carringworth Ltd
Carter Group Canada Inc
Caterpillar Engine Systems
Centra Inc
CF Gomma SPA
CIE Automotive SA
Clarion Corp Of America
Coinstar
Commissariat a l'Energie Atomique
Compagnie Industrielle de Delle
Contech
Continental Gummi-Werke AG
Cordaflex SA de CV
Corning Inc
Corus LP
CTS Corp
Curiel Estrada Jorge
Cyro Industries
D&R Technology LLC
Daewoo Heavy Industry America
Dayco Products LLC
DBG Tool & Machine
Deloitte & Touche
Delphi Corp
Delphi de Mexico SA de CV
Denso Corp
Denso International America
DHL Danzas Air & Ocean
Direct Sourcing Solutions
DMC 2 Canada Corporation
Dove Equipment Co Inc
Dr Johannes Heidenhain-Stiftung GmbH
DTE Coal Services
Duluth Services
Dura Automotive Systems
Dura Automotive Systems Inc
E I Dupont de Nemours & Co Inc
Eco-Bat America LLC
EDS
Egelhof SA
EI Dupont de Nemours & Co Inc
Ekm-Knobloch GmbH
Elgin Industries
Engelhard Corp
Engelhard Corporation
Engineered Plastic Components Inc
Enricau Cesar Vuarchex Industries
Epcos AG
Essex Group Inc
Everest Biomedical Instruments

Federal Express Corporation
Federal Mogul Corp
Fedex Trade Networks
Feintool International Holding
Fernandez Racing LLC
Fibrax Ltd
Folketrygdfondet
ForHealth Technologies, Inc.
Fountain Construction Co
Freescale Semiconductor Inc
Freudenberg & Co KG
Fujitsu Ltd
Furukawa Electric Co Ltd
Furukawa Electric North
Futaba Corp
Gambari International
GE Medical Systems
General Electric Capital
General Electric Co Inc
General Motors Corp
General Motors Corporation
Georg Fischer AG
Giovanni Agnelli EC SAPA
GKN PLC
GM - AC Delco
GM Daewoo Auto & Technology Co
Great Lakes Tape Corp
Green, Ernie Industries Inc
Groupe Rencast
Haemoscope Corporation
Handy & Harman
Hanwha Corp Poun Plt
Hayes Lemmerz International Inc
Helicor, Inc.
Hella Kgaa Hueck & Co
Henkel KGAA
Hennessey Capital Solutions
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore
Hewlett-Packard/San Jose
Hinojosa Ramos Jesus Alfredo
Hitachi Automotive
Hitachi Chemical Asia Pacific
Hitachi Ltd
Holden Ltd
H-P Asia Pacific Pte. Ltd.
HP Financial Services Cntr.
HP International SARL

HP Smartbuy
HPC Engineering PLC
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
HSS LLC
Hub Group Associates Inc
Hubert Stueken GmbH
Hyo Seong Electric Co Ltd
IAPA
Illinois Tool Works Inc
Impala Platinum Holdings lTD
Ina-Schaeffler KG
Infineon Technologies
Infineon Technologies AG
Inogen
Inotherapeutics
Intec Group
Interamerican Trade Corp
Intermet Corp
Intermet Corporate
International Rectifier Corp
International Truck & Engine
Inzi Controls Co Ltd
ISI of Indiana Inc
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
JCI
Johann Albert Freund
John Deere
Johnson Electric Holdings Ltd
Johnson Matthey Plc
Jvs Eqtos P/Autom Indl Ltda
Kataman Metals Inc
Keller Group Inc
Kensington Capital
Key Safety Systems Inc
KLA Tencor Corp
Koa Speer Electronics Inc
Koninklijke Philips Electronics NV
Korea Delphi Automotive Sys Corp
Koyo Seiko Co Ltd
KPMG LLP
KS Centoco
L-3 Communications
Leaseway Transfer Pool
LeftHand Networks
Leoni AG
Leopold Kostal GmbH & Co KG

Lexington Connector Seals
Lexington Precision Corp
Linamar Corp
Littelfuse Inc
LS Cable Ltd
Lunal
M&Q Plastic Products Inc
Madison-Kipp Corp
Marian, Inc
Matco Tools
Mccann Erickson Inc
Meadwestvaco Corp
Mecaplast
Medical Simulation Corporation
Medrad
Medtronic Navigation
Melling Tool Company
Metal Blanc SA
Metaldyne Corp
Metaldyne Corporation
Methode Electronics Inc
Metropolitan Life Ins Co
Michael Baker, Inc.
Microchip Technology Inc
Microsoft Services
Minebea Co Ltd
Mitsubishi Electric
Molex Inc
Motorola Automotive
Motorola Inc
MSX International Inc
Muhr und Bender KG
Multitronics Inc
Murata Manufacturing Co Ltd
Nabco Inc
National Auto Radiator
National Logistics
National Semiconductor
NEC Corp
NEC Electronics Inc
Niles Co Ltd
Ningbo Huaxiang Electronic Co Ltd
Nissho Iwai American Corp
Niton Corporation
Noranda
Norandal USA INC
Norsk Hydro ASA
North American Operations
NSK Ltd
NuVasive, Inc.

Ogura Clutch Co Ltd
Ogura Corp
OKI Semiconductor
Olin Corp
Omega Automation Inc
Omron Corp
Onex Corp
Ontario Holding International Bv
Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc
Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors
Pioneer Corp
Pixley Richards Holding Inc
PJAX
Plansee Holding AG
Plasco Inc
Plymouth Rubber Co Inc
Point 5 Technologies
Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.
Pressac
Prettl de Mexico SA de CV
Pricewaterhousecoopers LLP
Progressive Molded Prods
Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam
QEK Global Solutions
Quexco Inc
Republic Engineered Products Inc
Rescue Technology
Reviva
Robert Bosch Corporation
Robin Industries Inc
Rohm Co Ltd
RSR Corporation
Russell A Farrow Ltd
Ryder Integrated Logistics
S.E. Power Systems Orlando
SA Dehuit
Samtech

Sansho Giken Co Ltd
SAS Comte
Schulte & Co Gmbh
Securitas Security
Selectron Corp
Senko America Corporation
Sensus Precision Die Casting Inc
Sequa Corp
Serigraph Inc
Setech Inc
Setforge
SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd
Siemens AG
Siemens Automotive Ltd
Sirva Relocation
Societe Industrielle de Sonceboz SA
Solectron Corp
Sony Ericsson Mobile
Spartech Corp
Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek
Strattec Security Corp
Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd
Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp
Tawas Industries Inc
Tech Central
Technitrol Inc
Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL
Texas Instruments Inc
Textron Inc
The Furukawa Electric Co Ltd
The Swatch Group
The Timken Co, Inc
Thevenin (Fonderie)
Thyssenkrupp AG
Tire Industry Foundation

| | |
|---|---|
| Tokico Ltd | Valeo SA |
| Tomkins PLC | Valley Trucking Co Inc |
| Torrington Co | Vallourec |
| Total SA | Vanguard Distributors Inc |
| Toyo Clutch Co Inc | Verilink Corporation |
| Toyota Motor Corp | Viasystems Canada Inc |
| Toyota Tsusho Corp | Viasystems Group Inc |
| TPG Advisors Inc | Victory Packaging Inc |
| Trelleborg AB | Vishay Intertechnology |
| Trianon Industries Corp | Visteon Automotive Systems |
| TRW Automotive | Volvo do Brazil Veiculos Ltda. |
| TRW Automotive Holdings Corp | Volvo Parts North America, Inc. |
| TRW Automotive Holdings Corp | Wanxiang Group Corp |
| TT Electronics PLC | Waupaca Foundry Inc |
| Tyco Electronics Corp | Wheeler Brothers Inc. |
| Tyco Electronics Corp | WHX Corp |
| Tyco International Ltd | WHX Corp+A2537 |
| UBS AG | Wiederholt GmbH Vincenz |
| Umicore SA | Wieland Werke AG |
| Unigraphics Solutions Inc | Wilh Werhahn |
| US Steel Corporation | Worthington Industries Inc |
| USA Technologies, Inc. | Wren Industries Inc |
| UVA Machine Company | Yazaki Corp |
| Valeo Climate Control USA | Zeppelin-Stiftung |

## Counterparties to Major Contracts (over $100,000)

| | |
|---|---|
| Alexander Long, III | Ericsson AB |
| Ameritech Mobile Services, Inc. | Firma Carl Freudenberg KG |
| Anxebusiness Corp. | Giannulli, Thomas |
| AXNe | HTC |
| Bell South | IBM Corporation |
| Bluetooth | Ideal Technology Solutions U.S. Inc |
| BSH Industries | Inovise Medical, Inc. |
| Calsonic North America, Inc. | Integrated Therapeutics Group, Inc. |
| Cellco Partnership | Intel Corporation |
| CIA Industrial Armas | JSP America, Inc. |
| Clifford Electronics, Inc. | JSP International Ltd. |
| Compuware | JSP International s.a.r.l. |
| Consteltn NewEngy PA | JSP Trading, Inc. |
| Cullmann GmbH | Limestone County Wtr & Swr AL |
| DAS Deutschland GmbH | LiveDevices Inc |
| DAS Poland Spolka z.o.o | Lockport (City of) NY |
| Debiotech S.A. | Logikos |
| Delco Remy International, Inc | Lucent Technologies Inc. |
| Dolby Digital | Magnavox Government and Industrial Electronics Company |
| DSSCSC China | Manzai |
| DSSI | Matsushita Electric Corporation of America |
| Embedded Technology | MCI Worldcom Communications, Inc. |
| Empress Ca-Le de Tiaxcala | Miller Engineering Services, Incorporated |

MMT SA

Motores y Aparatos Electricos de Durango S.A. de C.V.

Moving Magnet Technologies SA (MMT)

MPEG LA

Nextel West Corp.

Nokia Corporation

North American Philips Corporation

NY State Elec & Gas

OneOK Energy Marketing OK

Premacare

Remy International, Inc.

Satyam

Scroll Laboratories, Inc.

Shanghai Automotive Brakes Corp.

Sonceboz SA

Sprint Spectrum, L.P.

SRI International

TCS

The Whitaker Corporation

Tom Giannulli Inc., dba Caretools, Inc.

Toshiba Corporation

Toyota Motor Corporation

UBE Industries (America), Inc.

UBE Industries, Ltd.

UGC

Valence Technology Cayman Islands Inc.

AFOSR

ARL

D.O.T. Volpe Center

DOC/NIST

DOD

DOD TACOM

DOE

DOE/NETL

DOT NHTSA

NASA

State of Indiana

USAF/AFRL

Constellation NewEnergy, Inc.

Consumers Power Company

DPL Energy Resources, Inc. dba DPL Energy

Industrial Energy Users – Ohio

Pepco Energy Services, Inc. (PES)

TXU Energy Retail Company LP

Blue Cross Blue Shield

C.E. Communications

CIGNA Behavioral Health

CIGNA Healthcare

Cole Managed Vision

Connecticut General Life Insurance Company

Davis Vision

Delta Dental

Green Shield Canada

Health Plus Options Inc

Health Solutions Inc

Hewitt Associates LLC

JLT Services Corporation

Medco Health Solutions Inc

Medstat Group, Inc.

Metlife

Metlife (Dental)

Metropolitan Life Insurance Company

M-Plan

National Foot Care Program, Inc

NCQA (National Committee for Quality Assurance)

SHPPS/Health International, Inc.

TGI Direct

The Regents of the University of Michigan

Towers Perrin

United Health Care Insurance Company

Value Options, Inc. (Value Behavioral Health)

Electricore

Electricore Aerovironment

Emtech

Honeywell

I.U.P.U.I.

Johns Hopkins University

MRI

NCMS

Purdue

Purdue University

TechSolve

Citibank, N.A.

Deutsche Bank AG

Alltel

Ameritech

ANXe

AT&T

ATT

ATT Wireless

Avaya

Avaya World Services

Covad

EDS

Insight Internet Services

Intercall

LDMI Telecommunication/Ideal Technology

MCI

Nextel

Qwest

SBC
SBC Ameritech
SBC Pagers
SkyTel
Sprint
Sprint United
Time Warner
T-Mobile
Verizon
Verizon Wireless
Verizon Wireless Messaging
Ameritech Information Systems, Inc.
Applera Corporation
AT&T Corp.
AT&T Solutions, Inc.
Avaya World Services, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership d/b/a Verizon Wireless
Fernandez Racing (Indianapolis, IN)
General Motors Investment Management Corporation
Hendrick Motorsports (Charlotte, NC)
Lord Corporation
PriceWaterhouseCoopers
SBC Global Services, Inc.
Scantron
Sprint
State Street Bank and Trust Company
Techcentral LLC
Thomas Giannulli
Tom Kelley
Watson Wyatt
XM Satellite Radio, Inc.
Zoe Medical, Inc.
ABN Amro Bank N.V.
Amsterdam Funding Corporation
Bank One, NA (Main Office Chicago)
Blue Ridge Asset Funding Corporation
Falcon Asset Securitization Corporation
Gotham Funding Corporation
JPMorgan Chase Bank
Jupiter Securitization Corporation
The Bank of Tokyo-Mitsubishi, Ltd., New York Branch
Wachovia Bank, National Association
(KDAC) Daewoo Motor Company
3M
ACG Componentes
Advanced Casting Technologies
Aladdin Industries
Alma Products

Alpine Electronics
Ambrake Corporation
Antec Electric System Co. Ltd
ARC Automotive
ASEC Exhaust Systems
Autonova
Beijing Delphi Wanyuan Engine Management Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Blue Totes – Atlantis
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries (agreement with FUBA)
Bujias Mexicanas (BUMEX)
CADPO
Calsonic (formed CEI)
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic Kansel
Componentes Delfa
Componentes Delfa, C.A.
Compressor Works, Inc.
Daesung Electric
Daewoo Automotive Corporation
Daewoo Motor Company
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Delco Remy International, Inc (Remy International, Inc.- new name)
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems (Thailand)
Delphi Automotive Systems Australia
Delphi Automotive Systems Deutschland (Aftermarket)
Delphi Automotive Systems do Brasil (E&C)
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Japan (Aftermarket)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain

Delphi Automotive Systems Sungwoo

Delphi Automotive Systems Vienna (Aspern)

Delphi Calsonic Compressors

Delphi Delco Electronics Europe, GmbH

Delphi Delco Electronics Suzhou

Delphi Delco Liverpool

Delphi Diesel Systems England

Delphi Diesel Systems France

Delphi Diesel Systems Korea

Delphi Diesel Systems Ltd

Delphi Diesel Systems Ltd England

Delphi Diesel Systems Spain

Delphi Diesel Systems Turkey

Delphi Diesel Systems UK

Delphi Diesel Systems, S. L. Spain

Delphi Harrison Calsonic (France)

Delphi Italia Automotive Systems S.r.l.

Delphi Lockheed Automotiove France (Aftermarket)

Delphi Mechatronic Systems

Delphi Otomotiv Sistemieri Sanayi ve Ticaret

Delphi Packard Balcheng, Limited

Delphi Packard Electric Co Ltd (Shanghai)

Delphi Packard Electric Malaysia Sdn Bhd

Delphi Packard Espana

Delphi Polska Automotive Systems

Delphi Saginaw Lingyun Brillance and Palio

Delphi Saginaw Lingyun Jinbel

Delphi Sistemas de Energia (Portugal)

Delphi TVS Diesel Systems Ltd India (Lucas)

Delphi-TVS Diesel Systems Ltd (India)

Delta Guc

Deltek

Denso

Design Solutions

Directed Electronics (formerly Clifford)

DuraSwitch

East Penn Manufacturing Company

Eaton

EBD Ventures (Savage Enterprise)

Electromotive

Empress Ca-Le de Tiaxcala

Exacto (Perfection Spring)

Fabrica De Aparatos De Air Acondicionado (FAACA)

Famar

Fitel USA Corp. (assigned to them by Lucent)

Flip Chip Technologies

Four Seasons License (Division of Standard Motor)

Fraenkische USA, LP

Freudenberg

Gasbarre Products

Gatewat Industries

General Bearings Corporation

General Motors

Girlock' – Delphi Technologies Intellectual Property License

GM do Brasil

GM France

GM License Exchange

Hubei Auto Motor Factory

Hubei Delphi Automotive Generator

Hyundai Motor Company

Intellectual Property Mining (IPM)

John Ross & Associates

JSP Affiliates

Kaiser Aluminum and Chemical

Kale Oto Radyator

KATCON

KDAC (magna steer)

KDAC (Sublicense) Shye Shyang Mechanical Industrial

KDS Company Limited

Kitco Fiber Optics

Korea Delphi Auto Systems (KDAC)

Korea Delphi Automotive Systems

Korea Delphi Automotive Systems Corp. (KDAC)

Kuo Yih Hsing Enterprise Co. Ltd (KYHE)

Kyungshin Industrial Company Ltd and Bolim

Lear Corporation

Level 9

Lockheed Martin Energy Systems (Oak Ridge Lab)

Lord Corporation Supply and Development Agreement

Magnetoelastic Devices

Manzai (a sub-licensee of KDAC)

Matsushita Electrical Industrial Company

Middle East Battery Company

Mikuni

Moldflow Corporation

Motores y Aparatos Electricos de Durango S.A. de C.V. (fka CIA Industrial Armas)

Moving Magnet Technologies SA (MMT) (France)

Navigation Technologies

NCC Liteflex Donation (National Composite Center)

NCMS Kinetic Spray

NCMS LAV

NSK Limited

Orbital Fluid Technologies

Peng Tan Settlement

R&D Enterprises

Raufoss ASA

Raytheon Company

Saginaw Deutschland

Saginaw Norinco Lingyun Drive Shaft

Saginaw Zhejiang Xiao Shan Steering
Samlip Industrial Company
Sanden Corporation
Sanden International
SDACC
Shanghai Automotive Brake Systems
Shanghai Delco Electronics and Instrumentation Company Ltd
Shanghai Delco International Battery Company Ltd
Shanghai Delphi Auto Air Conditioning Systems
Shanghai Delphi Automotive Air Conditioning Systems Co. Ltd.
Shanghai Delphi Automotive Door Latch
Shanghai Ek-Chor General Machinery
Shanghai Hezhong Automobile Company (Export & Import)
Shanghai Huizhong Automotive Mfg. Co.
Shanghai Saginaw Dongfeng Steering Gear
Societe Francaise Des Ammortisseurs (DeCarbon)
Stant Manufacturing (Gates)
Steward Inc.
Tai Yue
Takata
Teknit
Test Products, Inc.
TI Group
TI Group (Walboro)
Toyota Motor Company
Trilogy Plastics
Tripac International
UBE Machinery Sales
Unisia Jecs Corporation
Valence Technology Inc.
VDO Control Systems
VDO North America
Wayne State University
Whitaker (from Specialty Electronics)
Yubei Machine Factory
Zenith Fuel Systems
Zhejiang Delphi Asia Pacific Brake (Yatal)
Adrian (City of) MI
AEP (Public Svc Co Oklahoma) OK
Alabama Gas Corporation
Alabama Power Co
Amherst Commerce Park    NY
Anderson City Utilities  IN
Brookhaven (City of) MS
Buena Vista Wtr & Swr Dept MI
Burton (City of) MI
CenterPoint Energy Entex MS
CenterPoint Energy Houston TX

Central Power & Light Co  TX
Chemical Reclamation Svcs Inc USA
Cinergy PSI IN
Citizens Gas & Coke Utility IN
Citizens Gas of Westfield  IN
Clinton (City of) MS
Colliers Turley Martin Tckr MO
Columbia Pwr & Wtr Systems  TN
Columbus (City of)  OH
Columbus Southern Power  OH
Commonwealth Edison IL
Constellation NewEnergy  TX
Constellation NewEnergy  WI
Constellation NewEnergy-Gas KY
Consteltn NewEngy Bx 642806 PA
Consumers Energy MI (Detroit)
Consumers Energy MI (Lansing)
Consumers Power  MI
Coopersville (City of) MI
Cortland (City of)  OH
Dayton Power & Light Co  OH
Dayton Power & Light OH
Dayton Water Dept (City of) OH
Detroit Edison Co  MI
Dominion East Ohio OH
Downers Grove (Village of) IL
Downers Grove Sanitary Dist IL
DPL Energy Resources OH
DTE Energy MI
East Ohio Gas
El Paso Electric Co  TX
El Paso Water Utils Pub Svc TX
Entergy (MS Power & Light) USA
EQ-Heritage USA
Erie Cnty Dept Environ Serv OH
Erie Cnty Water Authority  NY
Fitzgerald Wtr Lgt&Bond Com
Flint (City of)  MI
General Motors (Delphi Brokered Gas)
General Oil Company Inc USA
Genesee County Drain Comm.
Georgia Power Company
Henrietta (Town of)  NY
Henry County REMC IN
Heritage Interactive Services USA
Heritage-Crystal Clean LLC USA
HESCO Houston Energy Svcs Co
Indiana-American Water Comp
Indiana-Michigan Power Comp IN
Indianapolis Power & Light Co

Indianapolis Water Company
Irvine Ranch Water District CA USA
Irwin Electric Membership Corp USA
Kokomo Gas & Fuel Company IN
Kokomo Wastewater (City of) IN
KPL (Western Resources) KS
Laredo Utilities (City of) TX
Laurel Pub Util (City of) MS
Lea Land Inc USA
Limestone County Commission AL
Lockport (City of) NY USA
Lockport (Town of) NY
Lockport Energy Associates NY
Magic Valley Electric Coop USA
Marquette (County of) MI
Michigan Gas Company MI
Military Highway WSC TX
Mississippi Power Company
Mississippi Valley Gas Co MS
Monroe Cnty Water Authority NY
Montgomery City San Eng Dept OH
NAO North American Operations USA
National Fuel Resources Inc NY
New Brunswick (City of) NJ
New Castle (City of) IN
New York Power Authority
New York State Elec & Gas NY
Niagara Mohawk  NY
NICOR Gas IL
North Alabama Gas District AL
NY State Elec & Gas
Oak Creek (City of) WI
Ohio Edison Company
Oil Chem Inc USA
Oklahoma Natural Gas Co USA
Olathe (City of) KS
OneOK Energy Marketing OK USA
Onyx Environmental Svcs LLC USA
Orion (Charter Township) MI
Pepco Energy Services  VA
Portage Cnty Wir Resources OH
PSE&G NJ
Ravena (City of) OH
Rineco Chemical Industries USA
Rochester (City of) NY USA
Rochester Gas & Electric NY
Roofstown Water Service Co OH
Safety Kleen Oil Services USA
Saginaw (City of) Wir & Swr MI
SemcoEnergy Gas Company

Shelby Twp Dept of Pub Wks MI
Southern California Edison
Tennessee Valley Authority
Teris LLC – dba Ensco USA
Texas Gas Service TX
The Water Works & Sewer Brd
Troy (City of) MI
Trumbull County Wtr & Swr OH
Tulsa Utils Svc (City of) OK
Tuscaloosa (City of) AL
TXU Energy Retail Company TX
TXU Energy TX
United Cities Gas Company TN
United Water TX USA
Upper Peninsula Power Co MI USA
Vandalia (City of) OH
Vectren Energy Delivery IN
Vectren Energy Delivery OH USA
Warren (City of)Util Srvcs OH
Warren City of Pollution Control
Waste Mgmt of Orange County AZ
Westar Energy KS
Westfield Public Works IN
Wichita Falls (City of) TX
Wisconsin Electric Power Co WI
Wyoming (City of) MI
Access
American Finance Group
ATEL Capital Group
Avaya
Citicorp
Comdoc
Crown Credit
CSA Financial Corp
CSI
Dell Financial
Elect
First American Capital
First American Capital Mgmt
General Electric Capital Corp
HP Finance
ICON Capital Corp
Kensington Capitol Corp
LGR Group/CIT
Optimal Leasing Co.
Pac Rim
QEK Global Solutions
RCA
Repros, Inc.
UMG Technologies, Inc.

1401 Troy Associates Limited Partnership
2574 E. River Rd. Bldg. 10 LLC
500 Commerce LLC
Amherst Commerce Park
Aspire Building, LLC
Barrister Executive Suites, Inc.
Cherokee North Kansas City, LLC
Cinergy Corp.
City of Laurel, Mississippi
City of Tulsa, Oklahoma
County of Marquette, Michigan
Crown Enterprises, Inc.
D.C. North, LLC
DCR Properties IA, LLC
Donald R. Sweeton and Sarah E. Sweeton
EnerDel, Inc.
First Industrial L.P.
Ford Motor Land Development Corporation
Fortune Avenue Partnership LLP
GAR Properties, LLC
GBG2, LLP
General Motors Corporation
Germain's Technology Group Custom Coating and
Enhancements, Inc. d/b/a Germain's Technology Group
(f/k/a Seed Systems, Inc.)
ITW Mortgage Investments IV, Inc.
JCR Investments, LLC
John E. Benz & Co.
Killam Industrial Development Partnership
Killam Industrial Development Partneship, Ltd.
Kilroy Realty, L.P. (successor in interest to Limar Realty

Corp. #19)
LaSalle National Bank, as Trustee under Trust No. 115897
Laurence Tippmann, Sr., Family Limited Partnership
Liberty Property Limited Partnership
Mike Hales Real Estate Limited
Nissan Technical Center North America, Inc.
North Renaissance Development LLC
Oil Well LLC
ORIX Warren, LLC / Orix GF Warren Venture
Osprey, S.A., Ltd.
Raytheon Company
Realty Investment II
Regus Business Centre Service Agreement
Regus Business Centres Corp.
Research Properties LLC
River Road Investments, Inc.
Saginaw Centre Development Company, LLC
Sealy RG Valley Buildings, L.P.
Shelby Industrial Investors-II, LLC
Tawas Industries
The Industrial Development Board of the City of Athens,
Alabama
The Industrial Development Board of the City of
Tuscaloosa, Alabama
TR Butterfield Trail Corp.
Universal Tool and Engineering Company, Inc.
Universal Tool and Engineering, Inc.
Visteon Corporation
Weingarten Realty Investors
Wells Operating Partnership, L.P.

## Counterparties to Major Leases

Germain's Technology Group
Germain's Technology Group Custom Coating and Enhancements, Inc.

Kilroy Realty, L.P.
Seed Systems, Inc.

## Other Miscellaneous Interested Parties

Consumer Electronic Product Line

Vehicle Electronic Product Line

## Parties to Litigation and Their Counsel (for claims of at least $500,000)

ABATE - CECo GM
Abernathy, Sonja
Abood, Andrew P.
Abrego, Everado
Adams, Thomas E.
AEC
AFL CIO CLC

Aldridge, Brenda
Allison, Carl
Anderson, Russell, Jr.
Anglo Metals, Inc.
Apple
ARC CADH
Arnold & Porter

ASEC France
Ashburn, William
Aubert, Harold
Aziz, Salman
Bancomer et al
Barner, Richard
Bastien, Amy C.
Baxter, Rachel
Beck, Daniel P.
Bellis, Katherine
Bernstein, Sidney
Berthold, Cindy Lee
Birdyshaw, Mike
Blaesi, William
BMC Holding Corporation
BMC West
Bond, Donald W.
Bond, Teresa G.
Brady, Larry
Brittingham, David
Brittingham, Julie
Budak, Anthony F.
Burdette, James
California, Irvine
Central Bank of Brazil
Chilton, Alfred
Citibank Texas, National Association
Clark, Charles
Clark, Martina
Clash, Klemchuk, Roach & Powers LLP
Coleman, Michael
Coletta, Vincent J.
Conwell, Wayne
Corvette
Coy Glass
Daewoo
Dangerfield, Shawn
Delco Remy America (DRA)
Dickerson, Brian
Diniz, Mauro Lucio
Dolce, Frank J.
Dotson, Pamela K.
Dougherty, Chad
Drillock, Linda
DSSG
Dynamic Sciences International
Eaton Corporation
Edwards, William P.
Electrical Systems Motors
Emonds, Douglas J.

ESS, Inc.
Eton Corporation
Evans, Terrence
Executive Loan Program
Fabricated Metals
FAG Automotive Inc.
FAG Bearing Limited
Fague, Terence L.
Farmers' Marketing Service
Fiber Optic Fund Class Action (Litigation Group)
Fiber Systems International, Inc.
Fischbein, Peter D.
Fligstein, Michael
Flora, Betty J.
FLSA
Fosbre, Frank J. Jr.
Foster, Kimberly
Fouche, Kim
Fournier, Connie
Franklin, Gordon
Fromm, Pamela
Garvey, Robert F.
Garvin Glass
Gavia, Felipe F., Sr.
General Motors Daewoo Auto and Technology
Givens, Robert
GM & International
Greenwood, Edward Joseph
Gross, Lisa
Guevrra, John
Gum, Mano
Hagan, Mansel
Hanline, William D.
Hanners, Carolyn
Harley Brakes
Harper, William
Harris, John
Hassett & Donnelly, PC
Haveles, H.P.
Heathco, Mark
Howrey LLP
Howrey LLP
Hudson, Linda
Hurst, Bryon
Hurst, Teresa
Hyder, Michelle
ICG
In re Terazosin Hydrochloride Antitrust Litigation
Indiana, Kokomo
Invensys

Itabirito Plant

IUE CWQ

IUE - CWA

Jakupco, Richard J.

James, Edith C.

Jarzyniecki, Philip

Jeanniard

Jenkins, Shontea

Johnson, Freddie L.

Jolly, Norman

Jones, Norman

Jones, Vanessa

Jordan, Martin J.

Joyal Products, Inc.

Junkin, Harrison & Junkin, PC

Junkin, Samuel W.

Kelely, Tasha

Kelley, Charles  (Estate of)

Kelley, Sharon

Kelly Koszewski et al

Kenna Technical Services

Kenna, William

Kessler, Thomas

Khan, Kim N.

Kirsch, Paul C.

Knighton, Gregory James

Knisley, Richard W., II

Kowalski, Richard

Krupp-Hoersch

Kucklemam, Karl

Kulinec, Charles Francis, Jr.

Kumiega, Kenneth J.

Laborsource 2000, Inc.

Lamb, Daniel

Lawson, Walter Keith

Lazor, Daniel

Lea Miles, Rebecca

Lee, Clyde, Jr.

Legorreta, Daniel

Leslie, Mike

Lewis, Robert

Lindberg, Matthew G.

Lisa J. Leebove

LoPrete, Kent

Lyon, Donald M.

Lyons, Brian

Mahle, Brian

McAleer, Adrian

McBride, Diana B.

McCree, Robin

McDermott, Jon E.

McKee, Stephen M.

McMillion, Anna

Merrick, Steven

Metaldyne 2005 Contract

Middleton, Randal A.

Miller, Daniel A.

Mills, Jason

Ministerio Publico

MIOSH

Mohamed, Farag

Moore, Gene T.

Moreira, Luiz Alberto

Moretti, Lucia V.

Morganite

Moser, Janet E.

Motley, Rosalyn

Mubea, Inc.

Multifunction Switch

Myers Gell, Judith

MyFi Battery Fires

Neubauer, Bridget A.

Newman, Tina

Nguyen, James H.

O'Bryan, George M.

Olson Tooling

O'Neill, Wallace & Doyle, P.C.

Orlik, Eva M.

Osowki, Linda

Padilla, Afredo Z.

Paula, Ana

Peace, Bernadine

Penley, Brian L.

Peters, Larry C.

PODS

Polito, Michael A.

Powertrain

Prusheik, Stacey

Reno, Joseph

Rhodia Patent Assertion

Rosen, Paul

Rosen, Ruben J.

Rowel, Lynn

Rudzik, Rebecca

Ruhenkamp, Nicole M.

Rule, Hilary

S "nia Aparecida da Silva

Sammons, Leon

Sanko

Savage, Darrin

Sax, M. Beth
Schlicher, Cindy Lee
SEC
SEC-OPEB
Segway Cancellation Claim
Seipke, Isabelle
Seldeen, William L.
Seskin, Lauren
Sharp, Dennis
Sherbin, Joshua A.
Short, Jodi Lynn
Simons, R. Nicholas
Smibert, Jon R.
Smith, Erisha
Smith, Lori
Smith, Mary
Snider, Michael K.
Sobel, Jonathan F.
Spahn, Jeff C., Jr.
Spencer, Theresa L.
State of Minas Gerais
State of New York Solvent Chemicals
Stec, Jennifer M.
Stewart, Alex S.
Stewart, Andrew
Stites & Harbison, PLLC
Stonehouse Rentals, Inc.
Stoughton, Jeff
Strzebniok, Jan
SungWoo-GPS
Tauzin, Vanessa
Taylor, Jonathan B.
Torabi, Alan
Torsky, Norma Jean
Truscio, James
TRW Dispute
Valeo North American Corporate
Van Dusen, Tom
VanAmburg, Shawn
Vance, Richard
Vandale, Tammy A.
Vasquez, Joe R.
Viviano, Joe
Walter, Kevin R.
Walter, Stanley J.
Warren M. Pulner
Weiler, William S.
Whitney, Gary
Williams, Steven
Wilson, Clyde

Wilson, Donna R.
Wilson, Mark
Wong, Chris
Woodson, Harold
Woodward, Bryce
Xandex, Inc.
Yang, Peter
York, Thomas, Jr.
Young, Lee
Young, Michael S.
Yount, Loretta
Allied Material
Amak Brake LLC
American Axle & Mfg Inc
ArvinMeritor
Bentley-Rolls Royce
BMW
Borg-Warner
BorgWarner Turbo Systems
Bosch
Bryce Woodward
Calsonics
Collins & Aikman
Custom Energy
CWI
Daesung Relay
Daewoo International
Daimler Chrysler
Dana Corp Global Production WHS
Dana Corp Sealing Division
DCX
DMS Eur
DMS NA
Engelhard Corporation
Engelhard/NGK
Enterprise Automotive Systems
Epsilon
Faurecia
Faurecia Exhaust Sys Inc
Ferro Electronics Material Systems
Ford
Ford Australia
Freightliner
General Motors
GM
GM Daewoo
GM DAT
GM DAT Daewoo
GM DBC
GM do Brasil

GM Epsilon
GM Europe Opel
GM Holden
GM Shanghai
GM SPO
GMDAT
GMNA
GMPT
GMSPO
GMSPO-CWI
GMT 201
Harco Industrial Supply Inc
Hitachi High Technologies
Honda
Honeywell ACS Sensing & Control
Hubert Steuken GmbH & Co KG
Hyundai
International
International Truck
Kautex
KIA
Korean Tech Center
Land Rover
Linamar Performance Center
Mahle Sistemas de Filtracion de Mex
MBUSI
Miniature Precision Components
Motorola
Nissan
Opel
PBR Automotive Pty Ltd
PBR Columbia LLC
Philips / Solectron
Pixley Richards Inc
PSA
Saginaw
Siemens
Siemens VDO Automotive Inc
Siemens VDO SA de CV
Switec
Tawas Industries
TI Automotive
Toyota
Toyota Motor Manufacturing NA Inc
Trelleborg Automotive
Triumph / Whirlaway
Volvo
Wabash Technologies Inc
A&O Mold & Engineering, Inc.
Adams Oil

Aimtronics Corporation
Alfaro, Jos C.
Allegheny Rodney
Allegre Dong AH
Alumalsa
AM General Steering Gear
Ambrake
American Axle
American Electronics Components a/k/a AEC
Ana Paula C/ndido
Anorve, Juan
APC and Sundram
Arbogast, Michael A.
ARC CADH ( Auto Ignition Issue)
Asherbranner, Jennifer T.
Associated Springs & Barnes Group, Inc.
Automotive Technologies International
Automotive Technologies International, Inc.
Ayusa
B & F Enterprises
Baldwin, Sandra L.
Bancomer
Barnes, Cleary
Bartell, Greg
Batson, Benjamin
Beck, Bobby
Bendix ABS Fires
Beuke, Robert L.
Bex, Russell
Bishop, Sr., James Denson
Blas, Cassandra E.
Boulden, Cristal
Bradley, Phyllis Jean
Brady, Billy W.
Brewer, Mary M.
Brown, James Lee
Brown, Jonathan
Buis, James
Cadillac
Campbell, Robert R.
Canter, Richard
Carlos Alberto Nogueira Marques
Celso Gonzalves Viana
Central Bank of Brazil Fine
Chapa, Israel
Chase-Orr, Kimberly
Chemetco
Chieftain Contract Services
City of DelRay Beach Police and Firefighters Retirement System
Clones, Donald

Clorex
Clorex S.A.
Condutelli
Cook, Sylvia
Corus S.E.C./L.P
Corvette Steering Column Lock (Steering Column Lock
'99-'04 Corvette)
Custom Energy, L.L.C.
DACTEM
Daewoo Cam Sensor
Daimler Chrysler
Daniel Legorreta
Datappli, Inc.
Davis, Robert E., II
Delphia
Delphia Produtos El, tricos Ltda.
Demet
DHB-CA
Diavia Belgian Distributor
Dotson, W. Douglas
DSL
DuraSwitch
Eaton Bi-State Valve Claim
Eaton Corporation (Defendant)
Eftec North America, LLC
Electrical Systems
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Jr., Arlis M.
Energy Conversions Systems (ECS) formally known as
Morganite
Ennis, Donald
Estate of Lannon
Ethanol Coolant
Ethylene Propylene Diene – Anti Trust Litigation
Eton Corporation (Defendant)
FAE
FAG Bearing Limited (a/k/a FAG Automotive Inc.)
Fiber Systems International, Inc. (Ernie Gonzalez)
Financial Services of America, L.L.C.
First Technology
Flasher Module (2004 Envoy)
Flex-Tech
Folck, Neal C.
Ford
Fractured Pitman Shaft (Humvee)
Full Circle Services
Furukawa Electric North America APD, Inc. (Defendant)
Gabriel v/ Delphi Catalyst France
Gabrielle, Lori J.

Gaines, Ira
Gillette, Edward A.
Glass, Garvin
Global Minerals and Metals Corporation
GM & International
GMT 800
GMT 900
Greystone
Groce, Kelly R.
Gualandi, Kevin
Gulf Coast Bank & Trust Company
H.E. Services Company
Hahn Elastomer
Hammer, Edward
Harco Industries, Inc.
Hillman, Robert
Hirschmann Electronics GmbH & Co.
Hoyt, Arthur C.
Hubbard, Clarence E.
Hummer
Hunter, Clemie
Hurley Packaging of Texas, Inc.
ICMS
Ignition Relay
Infonavit
INSS
Itabirito Plant (FEAM)
Jarzyniecki, Philip
Jevicks, Teresa
Jones, Leland
Jones, Rodger
JV Products
Katzkin Leather, Inc.
Kostal of America, Inc
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
L&W Stamping, Inc.
Laneko
Lemon Bay Partners
Linerboard Antitrust Class Action
Litex Inc.
LK Nagano Sistemas Automotivos Ltda.
Luiz Alberto Moreira
Lunt Manufacturing Co., Inc.
MacDonald Industrial Products
Magnesium Aluminium Corporation
Manns, Debra A.
Manufactured Products Corporation (MPC)
Mariana Inˆs de Souza

Marsh & McLennan Cos.

Martinez, Javier

Martinez, Jose Angel Mata

Mauro Lécio Diniz

McPhall, Amber

Metaldyne

MetroCal, Inc.

MG Rover

Ministerio Péblico

Minnick, Ralph D.

Missing Press Parts

Mitchell, Margaret B.

Mochty, Ronald J.

Modine

Morganite Incorporated Class Action

Morrison, Thomas

Mortensen, Philip Bradley

Motorgil Distribuidora de Auto Peças, Ltda.

MTD Technologies

NBR

Newton, David

NGK

Novakovic

Novo Rio Baterias Ltda

Nu Tech Plastics Engineering, Inc.

O'Neill, Mary P.

O'Brien, Michael L.

Onsalma

Opel Hungary/GMPT

Paragon/CJR

Parkview Metal Products

Partridge, Steve

Patent Holding Company

Pennington, Jeff

Phelps, John W.

Phillips, Robert

Power Outage

Priest, Aaron

Proud, Douglas

Quake Global, Inc.

Quinn, Larry

Raphael, Naomi

RBC Bremen Bearing, Inc.

Reilly, Jr. Thomas A.

Reliable Castings

Rhodia

Rio Bravo Occupied Worker Housing

Roberto Mageste de Abreu

Ross, Marion

Rowley, Donald

Royal Freight, L.P.

Russell, Thomas

S¨nia Aparecida da Silva

Saturn

Schunk Graphite Technology, Inc.

SCRC

SEC (EDS Contract)

SEC (MSC Software Corporation)

SEC (OPEB)

Sedberry, Joyce

Segway

Sharp, Daniel

Shaw, Martin L.

Siemens GEN III

Siemens VDO

Siemens VDO Automotive (SVDO)

Smith, James O.

Smith, Louis

Smolik, Lillie

South Trust Bank

Stafil

Stansbury II, Robert L.

Stejakowski, Dennis

Stone, Caylena

Stonehouse Rentals, Inc. (Teresa G. Bond)

Strategic Distribution Marketing De Mexico, S.A. de C.V.

Stuck, Ronald P.

Takata-Petri AG

Tatum, Jefferi

TCFA

Terazosin Hydrochloride

Textron (Kautex)

Thailand-E&C-Sanko Claim

Timken (Brazil)

Trovan

TRW

Tuthill, Rusty

U.S. Aeroteam, Inc.

Valeo Switches and Detection Systems, Inc.

Vasquez, Joe R. d/b/a Farmers' Marketing Service

Volvo

Waldo, Richard L.

Weber, Herman

Weyer, Frank

Wheeler, Bruce C.

Whitehead, Anthony

Whitmire, Steven Lee

Williams, Modina

Willis, Steven

Wilson, Steven E.

Woodward Diesel Pump

Wright, Eugene A.

Yates, Dale A.

Yount, Loretta

Zwick

Chapman, Lewis and Swan

Clifford Law Offices

Fieger, Fieger, Kenney and Johnson

Johnson, Rasmussen, Robinson & Allen

Meyer and Williams

Thomas, Garvey, Garvey and Sciotti

Abbey Gardy, LLP

Afredo Z. Padilla, Esq.

Alen J. Counard, P.C.

Alexander Logan & Hunt

Andrew P. Abood, Esq.

Archer & Greiner

Barry D. Adler, Esq., Adler & Associates

Beck, Redden & Secrest

Beers, Anderson, Jackson, Patty & Van Heest, P.C.

Berg Hill Greenleaf & Ruscitti LLP

Bleakley, Cypher, Parent, Warren & Quinn, P.C.

Blecher & Collins, P.C.

Bodman, Longley & Dahling, LLP

Cady, Mastromarco & Jahn, P.C.

Canales & Simonson, P.C.

Carrigan, McCloskey & Roberson, LLP

Casper & Casper

Cellino & Barnes, P.C.

Chadbourne & Parke LLP

Chapman, Lewis & Swan

Clash, Klemchuk, Roach & Powers LLP

Clifford Law Offices, P.C.

Clouse Dunn Hirsch LLP

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Cole, Cole & Easley, P.C.

Compliance Counsel, Lear Corporation

Coolidge, Wall, Womsley & Lombard, LPA

Couzens, Lansky, Fealk, Ellis & Lazar PC

Covington & Burling

David A. Hodges, Esq.

Davis & Davis

Dockins Turnage & Banks

Donald W. Bond, Esq.

Douglas J. Emonds, Esq.

Dyer, Garofalo, Mann & Schultz

Elwood S. Simon & Associates, P.C.

Everado Abrego, Esq.

Faruqi & Faruqi, LLP

Finklestein & Krinsk, LLP

Fire, Arndt & Danborn PC

Fitch, Even, Tabin & Flannery

Frank J. Dolce, Esquire

Franklin & Greenfield LLC

Gainey & McKenna

Gene T. Moore, Esq.

Gilardi & Co., Inc.

Gilbert, Frank, Ollanik & Komyatte, P.C.

Greak & Smith, P.C.

Guel, Mills, Nims & Pylman LLP

Hagens Berman Sobol Shapiro

Hardwick & Knoght

Hertz, Schram & Saretsky, P.C.

Hilary Rule

Hoagland, Longo, Moran, Dunst & Doukas

Holden, Kindwell, Hahn & Crapo, P.L.L.C.

Howard Langer, Esquire, Golumb Honik & Langer

Jenner & Block

Jennifer M. Stec, Intellectual Property Counsel, FGTL – Office of the General Counsel

Johnson, Rasmussen, Robinson & Allen, P.L.C.

Jolly, Esq. Norman

Kaplan Fox & Klisheimer LLP

Karl Kucklemam

Keller Rohrback, L.L.P.

Ker, Russell & Weber

Kimberley & Miles, P.C.

Langston Sweet & Freese

Laudig George Rutherford & Sipes

Law Office of Carlos E. Hernandez, Jr.

Law Office of Klari Neuwelt

Law Office of Leon Russell, P.C.

Law Offices of Brian M. Felgoise, PC

Law Offices of Charles J. Piven, P.A.

Law Offices of G. Lynn Shumway

Law Offices of Maloney & Campolo

Lerach Coughlin Stoia Geller Rudman & Robbins LLP

Lester, Schwab, Katz & Dwyer

Levin Simes & Kaiser LLP

Lewis & Lewis, P.C.

Lewis Brisbois Bisgaard & Smith LLP

Lieff, Cabraser, Heiman & Bernstein, LLP

Linda Drillock, Esq.

Lisa J. Leebove (Pro hac vice)

Liss & Shapero

Locke Liddell & Sapp, LLP

Lowey Dannenberg Bemporad & Selinger, P.C.

M. Beth Sax

Marian P. Rosner, Esq., Robert C. Finkel, Esq., Carl L. Stine, Esq.

Mark Wilson, Esq., Attorney At Law

Mastromarco & Jahn, PC

McTigue Law Firm

METLIFE, Michelle Constandse, Esq.

Miller Faucher and Cafferty LLP

Miller Shea P.C.

Miro, Weiner & Kramer

Moore, Walters, Thompson, Thomas, Papillion & Cullens

Morgan & Meyers PLC

Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.

Much Shelist Freed Denenberg Ament & Rubenstein, P.C

NBR Antitrust Litigation (Crompton), c/o Gilardi & Co., LLC

O'Neill, Wallace & Doyle, P.C.

Parmenter O'Toole

Peter D. Fischbein, Esq.

Polsinelli Shalton Welte Suelthaus, PC

Price Potter Jackson & Mellowitz PC

Primary at Johnston Bartin is John Sheffield

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Richard Hawkins & Young, LLP

Robert F. Garvey, Esq., Daniel P. Beck, Esq.

Robins, Kaplan, Miller & Ciresi LLP

Roetzel & Andress

Rogers County District Attorney, Assistant D.A. Patrick Abitbel

Sallee Law Firm

Schatz & Nobel, P.C.

Schwartz Law Firm, P.C.

Scott & Scott, LLC

Sheila M. Bossier PLLC

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

Sherrie Savett, Esq.

SimmonsCooper, LLC.

Smith, Spires & Peddy, P.C.

Spector Roseman & Kodroff, PC

Squitieri & Fearon, LLP

Stanley J. Walter, Esq.

Statman Harris Siegel & Eyrich LLC

Stephen F. Wasinger PLC

Stewart & Stewart

Terence L. Fague, Esq., Nicole M. Ruhenkamp, Esq.

Thacher Proffitt & Wood

The Ackerson Group

The Padberg & Corrigan Law Firm

The Roth Firm

Thomas, Garvey, Garvey & Sciotti, P.C.

Thompson & Knight

United States Attorney's Office, Southern District of Texas

Vanessa Tauzin, Paris Counsel

Varnum Ridderind Schmidt Howlett

Warren M. Pulner – Attny at Law

Weaver & Young

Wechsler Harwood LLP

Weitz & Luxenberg, P.C.

William Alcosta PLLC

William S. Weiler, Esq.

Wolf Halenstein Adler Freeman & Hertz LLP

Yaldo & Domestein, P.L.L.C.

Young & Susser, P.C.

Yzaguirre & Chapa

Zelle, Hormann, Voelbelm, Mason & Gette LLP

Bailey Cavalieri LLC

McCaslin, Imbus & McCaslin

McGuire Woods

Tucker Ellis & West

Arnold, James Jr.

Avarette, Bessie

Baxter, Daniel

Berry, Doris

Bhones, Diane

Brantley, Shalonda J.

Britt, Stephanie

Brooks, Diane

Brooks, Marvin

Brooks, Shameila

Brown, Celestia

Buchanan, Rufus O.

Burch, Amy R.

Butler, Daisy J.

Campbell, John E.

Chivers, Kathy L.

Cockrane, Ameatha

Colbert, John E.

Copeland, Huey G.

Davis, Janetta

Droman, Rick

Dukarski, Katherine

Dutton, William Boyd

Farmer, Darryl G.

Fields, Charlotte

Foster, Kim L.

Gaddis, Tracy

Garcia, Jessie L.

Gilyard, Jonnie

Glass, Coy

Glynn, Marcus

Gonzalez, Phillip

Gordon, Patricia

Harden, John W.

Hardy, William

Hassel, Claudette M.

| | |
|---|---|
| Hernandez, Gloria | Wolan, Lea |
| Herndon, Laura V. | Woodard, Anthony |
| Herndon, Laura V. | Young, Karl L. |
| Hills, Donald L., Sr. | Young, Michael |
| Hood, Constance | Allstate Insurance |
| Hood, Kelli | Brenda Aldridge |
| Howard, Mark | Brian Dickerson |
| Johnson, Ruth | Byron and Teresa Hurst |
| Johnson, Shanellie | Carl Allison |
| Jones, David | Chad Dougherty |
| Jones, Lonnie | Darrin Savage |
| Josey, Anita | Donna R. Wilson |
| Julias, Steven | James, Edith C. |
| Kowallek, Daniel E. | Orlik, Eva M. |
| Latimore, John L. | Felipe Gavia, Sr. |
| Little, Robert W. | Johnson, Freddie L. |
| Lumpkin, Robert J. | Gary Whitney |
| Lunn, Richard | Gwendolyn J.M. McCallum, fiduciary of the Estate of David B. McCallum |
| Massey, Patricia | Harold Woodson |
| Matter, Phillip | Burdette, James |
| McCullough, Amy M. | Nguyen, James H. |
| McDonald, Wilfred A. | Jodi Lynn Short |
| McMillion, Anna | Joseph Reno |
| Mulligan, Charles D. | Judith Myers-Gell |
| Ondo, Anthony C. | Julie Brittingham and David Brittingham |
| Owens, Donna | Kenneth J. Kumiega |
| Peters, Jerry | Foster, Kimberly |
| Pickett, Mary | Lori Smith |
| Powell, Charlene | Lynn Rowel |
| Qualls, Debbie L. | Mary Smith |
| Reyes, Daniel | Michael A. Polito |
| Samacki, Rachel | Coleman, Michael |
| Shanks, Carol | Michelle Hyder |
| Sherban, Daniel | Folck, Neal C. |
| Surles, Brenda | Jones, Norman |
| Swain, Andrew | Paul C. Kirsch |
| Taylor, Kenneth | Paul J. Turinsky |
| Thomas, Demetrius | R. Nicholas Simons |
| Thompson, Maria N. | Ralph Wood |
| Todd, William N. | Givens, Robert |
| Turinsky, Paul J. | Rosalyn Motley |
| Vincent, Leo J. | Ruben J. Rosen |
| Walker, Joyce | Russell Anderson, Jr. |
| Warner-Eno, Leslie A. | Sharyl Carter |
| West, Roleda | Sonja Abernathy |
| Whitaker, Samuel F. | Stacey Prusheik |
| Williams, Lester | Stephen M. McKee |
| Wilson, Loretta | Terrence Evans |
| Winbush, Meatha | |
| Wisehart, Rhonda | |

The Estate of Charles Kelley, by the executrix Sharon
Kelley and Sharon Kelley individually and as next friend of
Emily Kelley and Anna Marie Kelley, minor children

Theresa L. Spencer

Tina Newman

Vicki Lynn Marion, as Personal Representative of the
Estate of Mark Marion

Walter Keith Lawson

Atul Pasricha

Blahnik, John

Catherine Rozanski

Dawes, Alan

Donald Runkle

Fligstein, Michael

Free, Paul

Gonzalez, Ernesto (Ernie)

Harris, John

Isabelle Seipke

J.T. Battenberg

Katherine Bellis

Kent LoPrete

Laura Marion

Mantese, Joseph Vito / Lease Plan USA

Margaret Fukuda

Milan Belans

Novak, Barbara Griffin

Peter Janak

Rachel Baxter

Sheehan, John

Steven Merrick

Tinell, Frankie

William Harper

Chemical Waste Management, Inc.

CSX Realty Development

Danis Environmental Industries, Inc.

Diversified Environmental Management Company

Fluor Corporation

The Danis Companies

Tremont Landfill Company

Waste Management, Inc.

ABATE - CECo

Adrian

Alan Torabi

Alice Aparecida Lima dos Santos

Allegheny Coatings

Alternate Resource, Inc.

Amy C. Bastien

ATT

Austin Group, LTD

Automotive Applied Technologies Limited

Automotive Technologies Inc.

Bedrin, John

Bernadine Peace

BMC Holding Corporation d/b/a BMC West and BMC
West

Brian Mahle

Bridget A. Neubauer

Bryan, Greyson

Building Material Holding Corporation

Bulk Terminals, Inc.

C&J Industries

CDA Consulting, Inc.

CED, Inc. dba All-Phase Electric Supply

Charles Francis Kulinec Jr.

Chris Wong

Cindy Lee Schlicher, nka Cindy Lee Berthold

Circle Plastic Products, Inc.

Cloncs, Donald

Clyde Lee, Jr.

Conrad, Dean F.

Cox, Jon C.

Crown City Plating Company

CWA

da Silva, Rosa L£cia

DaimlerChrysler Corporation, et al.

Delco Remy America (DRA)

Dennis Sharp

Denso Corporation

Devlieg Boulevard II, Inc.

Djalma Pereira da Silva

Elco Textron Fastening Systems

Elco Textron, Inc.

Eli,rcio Aparecido de Souza

Erica Maria Martins Ribeiro

ESS, Inc.

Essedue

Eugene Wright

Executive Loan Program - MI

Farag Mohamed

Federal Mogul

Fleming, Joseph A.

Flora, Betty J.

FLSA Investigation, Kettering

Ford Motor Company

Fouche, Kim

Fournier, Connie

Freudenberg - Purge Valve Patent Litigation

Gann, Robert Edwin

General Motors' Discovery

GfH

Gimpex

Goben, Mirella

Grundig Multimedia B.V.
Gutjahr, Michael
H.E. Services Company
Hanna, Terry
Harco Industries, Inc.
Harold Aubert
Hayes Brake
Hayes Lemmerz International, Inc.
Hoover Precision Plastics
HPI
Hutchinson Seal
ICG - Bracket Shortfalls
IMSS
Infonavit
InfoServices, Inc.
Irvine
IUE
IUE Moraine Umpire Appeal
Jakupco, Richard J.
Jeanniard
John Guevrra
John Petrie
Johnson, Jana C.
Karlin, Lawrence
Kelly Koszewski
Key Plastics
Kim N. Khan
Knisley, Richard W. II
L&W Stamping, Inc.
Lear Corporation
Leon Sammons
Linda Osowki
Litex
Lockheed Martin
Logistics Solution Group S.A.de C.V.
Lucia V. Moretti
Luciana C. Colpas Leite
Mano Gum
Mansel Hagan
Maria Angela da Rocha
Maria Aparecida Silva
Maria Jos, Costa do Carmo
Mark Heathco
Martin J. Jordan
Martina Clark
Matamoros
McCree, Robin
MCI Telecommunicaitons Corporation
Means Industrial, Inc.
Merritt, James and Bonnie

Michael K. Snider
Michael S. Young
Mike Birdyshaw
Mike Leslie
Miller, Daniel A.
Mills, Jason
Milwaukee Design Center
MIOSH No. 125123380
Molex Cost Recovery Disputes
Motorola Quadrasteer
Nabco
Nesco
O'Bryan, George M.
Orlick Industries, LTD
OSHA Recordables
Palmer, Cindie L.
Pamela K. Dotson
Peter Yang
Petrie Household Goods Claim
Phelps, John W.
P-K Tool & Manufacturing
Poitra, Tammie
Praxair (Flametal) Italian Litigation
Praxair Surface Technologies
Pritchard, Deborah Brown
Productivity Point International, Inc.
Public Lighting Authorities
Radiation Issue
Rebecca Lea Miles
Rebecca Rudzik
Republic Waste Industries, Inc.
Reynosa
Richard Barner
Richard Kowalski
Robinson Cartage Company
Sharon Kelley; (Estate of) Charles Kelley
Shawn VanAmburg
Sherer Electric
Shontea Jenkins
Sistemas El,ctricos y Conmutadores - Instituto Mexicano
del Seguro Social
Solvent Chemicals
State of New York
Steven Williams
Stoughton, Jeff
Strattec Security Corporation
SungWoo-GPS matter
Superfund - Anglo Metals, Inc.
Talbot Case
Tammy A. Vandale
Tasha Kelely

Tenneco Automotive
The Chamberlain Group, Inc.
Thomas York Jr.,
Ticona
Timken (Brazil)
Torsky, Norma Jean
Toyota Motor North America, Inc.
Trico
Truscio, James
TRW
TRW Automotive
TRW Automotive Products,
United States - DSSG Purchase Order Overpayment
United States - Infratrol Cure Ovens - Breach of Warranty
Valeo Electrical Systems, Inc.
Vasquez, Joe R d/b/a/ Farmers' Marketing Service
VEHVAC
Ventra - Tech
Vincent J. Coletta
Watkins Motor Lines
William Ashburn
William Blaesi
William Jensen
William P. Edwards
Wood, Ralph
AFL-CIO
AFL-CIO-CLC
Alex S. Stewart
Anthony F. Budak
Brian L. Penley
Brian Lyons
Clyde Wilson

Daniel Lamb
Diana B. McBride
Edward Joseph Greenwood
Franklin, Gordon
Gregory James Knighton
Industrial Div. of the Communications
International Brotherhood of Electrical Workers
IUE/CWA Local 755
IUE-CWQ
Joyce Walker
Kevin R. Walter
Larry Brady
Larry C. Peters
Lee Young
Lewis, Robert
Linda Hudson
Lisa Gross
Local 1097
Local 663
Local 663 Electrical Workers
Lonnie Jones
Philip Gonzalez
Randal A. Middleton
Wayne Conwell
William D. Hanline
Workers of America
Brittingham, Julie & David
Estate of Stella Demeniu
Grimes, Rita
O'Neill, Mary P.
Quinn, Larry
Shannon Shaw, Martin L.

## Professionals of Debtors and Affiliates (attorneys, acountants, investment bankers, consultants for the past three years, excluding those Professionals that Charge less than $100,000.00 in Annual Fees)

4GEN
A.S.K. Services, Inc. (Canton, MI)
a/k/a Danzas AEI Customs Brokerage Services a/k/a
Danzas AEI Intercontinental (Southfield, MI)
Acton Corporation
Adam Opel
Adams & Adams
ADR Options, Inc.
Ahearn & Soper Co INC
Air Academy Associates
Air Academy Press & Assoc.
Airway Research, Inc.

Aisec United States Inc.
AIT Group
Akin, Gump Strauss, Hauer & Feld, L.L.P.
Alix Partners, L.L.C.
Allen J. Oh dba Law Office of Allen J. Oh
Alliance of Automobile
Alvarez, Notzon & Gutierrez, L.L.P. (Laredo, TX)
American Appraisal Associates
American Red Cross
American Supplier Institute
AmeriClerk Inc. dba Contract Counsel (Royal Oak, MI)
(Contract Employees)

Anderson Economic Group (East Lansing, MI)

Anne Murphy Patent Services (Arlington, VA)

Antonelli Terry Stout & Krause, LLP

Aon

Arent, Fox, Kintner, Plotkin & Kahn (Washington, DC)

Argo

Ariane Ingenierie

Ariba

ASI (American Supplier Institute)

ASI Consulting Group LLC

ASI LLC

ASI, Shainin (ICIM)

Asset Management Resources, Inc.

Asset Mgt Resources Inc.

Association of Business Advocating Tarriff Equity (A.B.A.T.E.)

AT Kearney

Audita

AVL NORTH AMERICA IN

Ayco Company LP

Baker & Daniels (Indianapolis, IN)

Baker & McKenzie Abogados, S.C.(MEXICO)

Baker & McKenzie LLP

Baker & McKenzie LLP (Chicago, Illinois)

Baker & McKenzie LLP (UK)

Baker & McKenzie LLP (Washington, D.C.)

Baker Botts LLP (Washington, DC)

Balch & Bingham LLP - AL (Birmingham, AL)

Banner & Witcoff, LTD (Chicago, IL)

Barnes & Thornburg (Indianapolis, IN)

Barnett Associates, Inc. (Garden City, NY)

BBK., Ltd.

BBK., Ltd. (Southfield, MI)

BDO Seidman, LLP

Bede & Associates

Bell Anderson & Sanders LLC (Lugana Beach, CA)

Bellinger Donald

Benson Engineering

Beusse, Brownlee, Wolter, Mora & Maire, P.A.

Bevco Solution Strategies

Bharat S. Raut and Co.

Bharatji Agrawal (Advocate)

Bickerstaff, Heath, Smiley,Pollan, Kever & McDaniel, L.L.P (Austin, TX)

Bliss McGlynn P.C. (Troy, MI)

BNP Paribas

Boehl Stopher & Graves

Booz-Allen Hamilton

Bowman and Brooke LLP - Troy (Troy, MI)

Brannon Rasberry & Associates, Inc. (El Paso, TX)

Braun Kendrick Finkbeiner

Brian Durfy (TSSC-Ohba-san)

British Standards Institute (BSI)

Britton & Associates

Brooks Roy

Brubaker & Associates, Inc. (St. Louis, MO)

Brunini Grantham Grower & Hewes PLLC

BSI

BSI America, Inc.

BSI Americas

BSI Management Systems

Bugbee & Conkle

Burkett Jeana

Burnside & Nauman Medical

Burson-Marsteller (Chicago, IL)

Business Engine

Butzel, Long (Detroit, MI)

C&S Patent and Law Office (Korea)

Cabinet Michel Poupon

Cabinet Regimbeau

Cadwalader Wickersham & Taft LLP (Washington, DC)

Cambridge Consultants

Cantor Colburn LLP (Bloomfield, CT)

CAPS Research

Cardelli Hebert P.C.

Cardinal Law Group

Carol F. Barry

Carreira Muller

Casalonga Josse D.A. (France)

Cattel, Tuyn & Rudzewicz, PLLC (Bloomfield Hills, MI)

CG&L Engineers

Changchun Ruide Accounting –Firm

Charles K. Veenstra (Bloomfield Hills, MI)

Chester Willcox & Saxbe LLP (Columbus, OH)

Chevez Abogados, S.C. (Mexico)

China Patent Agent (H.K.) Ltd.

Choicepoint Services

Christie, Parker & Hale, LLP - Pasadena, CA

Chuck Ondrick

Ciara Systems, Inc. (Huntington Woods, MI)

City-Yuwa Partners

Clark Consulting (Washington, D.C.)

Clark Hill P.L.C. (Detroit, MI)

Clark Patterson Associates

Clark, Linda L MD

Clark, Thomas & Winters, PC

CM2 Inc., dba The Medleh Group

Coble Taylor & Jones

Cochran Public Relations

Common Point Graphics

Communication Concepts

Conceptual Systems
Consortium Industriel Commercial & Maritime (Morocco)
Consultores Asociados
Conway Mackenzie & Dunleavy, Inc. (Birmingham, MI)
Coolidge Wall Womsley & Lombard Co. LPA (Dayton, OH)
Copesian Services
CoreBrand Corporate Branding LLC (Stamford, CT)
Corporate Executive Board
Corporate Branding LLC
Couch White, LLP (Albany, NY)
Covington & Burling (Washington, DC)
Cramer & Laws (Germany)
Crane America Services
Creative Alliance
Crew & Buchanan (Dayton, OH)
Crew, Buchanan & Lowe
Crowell & Moring LLP
Crowley Stringer & Fenske LLP
CSFB
csm worldwide
CTA Consulting
CTG Auditors
CTJ Safety Associates, LLC (Cary, NC)
Customs Network Ltd., (United Kingdom)
Cyril & Crowley LLP
D J Lee & Associates
Dagongdatong Acct.
Darvin L. Weston dba ExportAlert
DASCO
Dave Trella/Menlo Logistics
David Cunnigham
Dayton Water Systems
Dechert LLP (New York, NY)
DecisionOne Corporation
Deloitte & Touche
Deloitte Touche Tohmatsu
Delphi Corporate India
Delphi Korea Phase 0 Tech Center
Delta College
Deneweth, Dugan & Parfitt
DePenning & DePenning
Det Norske Veritas
Detroit Translation Bureau
DeWitt Ross & Stevens
DeWitt, Balke & Vincent PLC (Detroit, MI)
Diamond Associates
Dickinson Wright P.L.L.C. (Detroit, MI)
Dierker & Associates, PC (Troy, MI)
Dinsmore & Shohl LLP (Cincinnati, OH)
Diola Carlos O MD

DJ Lee & Associates
Donald B. Scott
Donald Gober
Douglas Fekete
Drew & Napier (Singapore)
Drew, Eckl & Farnham, LLP
Driggers, Schultz & Herbst P.C. (Troy, MI)
Drinker Biddle & Reath - PA (Philadelphia, PA)
Due, Doyle, Fanning, Ewing & Metzger, LLP
Dykema Gossett P.L.L.C. - DET (Detroit, MI)
Earned Value
Edcor Data Services
EDS
ELCON (Washington, DC)
Eldridge Cooper Steichen & Leach, PLLC (Tulsa, OK)
Electricore Inc
Energy Engineering & Consulting Se
ENSR Corporation
En-Tech
Entech Utility Service Bureau Inc
EQ Heritage
Equis Corporation
Ernst & Young
Ernst & Young AG
Ernst & Young Consulting
Ernst & Young Corporate
Ernst & Young Tax Consultants
ESIS - Chicago
Evans, Pletkoic & Rhodes, P.C.
Excel (Queretaro, Mexico)
Excise Consultant Associates
Excise Department
Exhibit Enterprises, Inc. (Rochester Hills, MI)
Exithum Consultoria em RH
EY Law Luther Menold
Eyster, Key, Tubb, Weaver & Roth
Falkowski PLLC (Novi, MI)
Fay Sharpe Fagan Minnich & McKee, LLP
FedEx Trade Networks Transport and Brokerage, Inc. (Romulus, MI)
Fidelity Employer Services Company, LLC
Fidelity Institutional Retirement Services Company
Fildes & Outland P.C.
Finger Lakes Occupational
Fish & Neave (New York, NY)
Fleishman Hillard Japan, Inc. (Tokyo, Japan)
Focus Business Services (Trenton, MI)
Foley & Lardner WI
Ford, Howard & Cornett, P.C. (Gasden, AL)
Foshee & Turner, Inc. f/k/a/ Legalink Southeast Corp (Birmingham, AL)

Foster, Swift, Collins & Smith, P.C. (Lansing, MI)

Frank J. Nawalanie

Frost Brown Todd LLC

FTI Consulting, Inc.

Fulbright & Jaworski LLP - NY

Fundação Vanzolini

Gable & Gotwals Law Firm (Tulsa, OK)

Garrigues

Gazzetta Tallent

Genzink Appraisal Company (Grand Rapids, MI)

Gibson, Dunn & Crutcher CA

Gide Loyrette Noyel

Gielowski & Steiner (Buffalo, NY)

Global Policy Group (Washington, D.C.)

Global Quality Institute

Global Water Solutions

Glover, John B

Goldberg Segalla LLP

Googasian Firm, P.C. (Bloomfield Hills, MI)

Gordon and Gordon, Lawyers (Claremore, OK)

Gowling Lafleur Henderson LLP

Grace Genson Cosgrove & Schirm P.C. (Los Angeles, CA)

Graham, Curtin & Sheridan, P.A. (Morristown, NJ)

Great Lakes Safety

Greenbaum, Rowe, Smith, Ravin, Davis & Himmel LLP (Iselin, NJ)

Greenwood Group

Groom Law Group, Chartered (Washington, DC)

Grupo Estrategia Politica (Mexico DF)

Gwinn & Roby (Dallas, TX)

Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A.

Haley & Aldrich Inc

Haley & Aldrich of Michigan, Inc. (Plymouth, MI)

Hamberger & Weiss

Hana Accounting INC.

Hao Do

Hardy Lewis & Page P.C.

Harris Beach LLP (Pittsford, NY)

Harter, Secrest & Emery LLP

Hartman & Hartman P.C.

Hayes, Diana B Cashier

Heller Ehrman White & McAuliffe - NY (San Francisco, CA)

Helpnet Counselling

Herbert Herman

Heritage Interactive

Hewitt

Hewitt & Associates

Hickok Inc

Hill & Knowlton (Sydney, Australia)

Hill & Knowlton, Mexico (Mexico, DF)

Hill and Knowlton Brazil (Sao Paulo, Brazil)

Hill Rivkins & Hayden LLP

Hogan & Hartson, LLP (Washington, DC)

Holloway, Dobson, Bachman

Honigman Miller Schwartz and Cohn, LLP (Lansing, MI)

Honigman, Miller, Schwartz & Cohn LLP (Detroit, MI)

Horwood, Marcus & Berk Chartered (Chicago, IL)

Howard & Howard Attorneys, P.C. (Bloomfield Hills, MI)

Howard Varinsky Associates, Inc.

Hudson, Potts & Bernstein

Hunton & Williams LLP

Huron Consulting Services LLC (Chicago, IL)

I. Donald Penson, Shumaker, Loop & Kendrick, LLP (Columbus, OH)

I33 Communications LLC (New York, NY)

IBM

IESI TX Corporation

IM & C International

Imagine Company

IMAI

Improvement Partnership

INDIEC Indiana Industrial Energy Consumers, Inc. (Indianapolis, IN)

Industrial Energy Users - Ohio (Columbus, OH)

Information Specialists, Inc.

Institute of Configuration

Integrated Training Resources

Interchange Europe (Chalfont-St-Peter, United Kingdom)

Interim

Interim Healthcare Inc.

International Finacial Services Limited

International Licensing Network (New York, NY)

International Qualtiy

International SOS Assistance

ISO Project / Loy Register

ISO Project / Omnex

Isuppli

Ivins, Phillips & Barker Chartered (Washington, D.C.)

J&J Attorneys at Law (Taiwan)

J. Gordon Lewis dba J. Gordon Lewis, PLLC (Bloomfield Hills, MI)

J.M. Robertson Intellectual Property Services LLC

Jack C. Summers dba J.C. Summers & Associates

Jack Edward Tubbs dba Flint Patent Service

Jack W. Hunt & Associates

Jackson Walker LLP (San Antonio, TX)

Jaeckle Fleischmann & Mugel, LLP

Jaffe Raitt Heuer & Weiss P.C. (Southfield, MI)

James Holahan, Esq. (Rochester, NY)

Jefferson Wells

Jenner & Block

JLE Process Services, Inc.
John A. Artz P.C. (Southfield, MI)
John Huntington Crozier
John J. Coogan
John William Hoard
Johnston Barton Proctor & Powell LLP (Birmingham, AL)
Jones Day - Cleveland, OH (Cleveland, OH)
Jones Day - Washington (Washington, DC)
Jones Lang LaSalle (Chicago, IL)
Jones Lang Lasalle Americas Inc
Joseph Sandor
Judicial Arbiter Group, Inc.
Julio Garcia (Mexico)
Jung Mun Hyoung law firm
K K Anand
Kaizen
Karen Fordman
Keating, Muething & Klekamp, P.L.L. (Cincinnati, OH)
Keefe and Associates
Kenneth Mason
Kevin P. Hayes (Los Angeles, CA)
Kevin P. Weldon (Alexandria, VA)
Khanijo & Khanijo
Kim & Chang (Seoul, South Korea)
Kirton & McConkie
Klausner Group, Ltd., The
Koll & Lynch
KPMG
KPMG (Melbourne, Australia)
KPMG LLP
Kronish Lieb Weiner & Hellman LLP (New York, NY)
Ku Ja Hyoung
Kuffner & Associates
Kummer Kaempfer Bonner & Renshaw
L.C. Begin & Associates, PLLC
LaFollette Godfrey & Kahn (Madison, WI)
Lamothe & Hamilton, APLC
Landon & Starck Associates
Latham & Wise, P.C.
Lathrop & Gage (Kansas City, MO)
Laura D. Koesters Consulting, Inc.
Laura K Grandy, Trustee of the Bankruptcy Estate of
Chemetco, Inc. (Belleville, IL)
Lavin O'Neil Ricci Cedrone & DiSipio – PA
Law Offices of Brian C. Pauls
Lawrence M. Elkus PLC
Lean Business Solutions
Lee Hecht Harrison
Leger Robic Richard, L.L.P.
Lehr Middlebrooks Price & Proctor

Leitner, Williams, Dooley & Napolitan, PLLC
Lenox, Socey, Wilgus, Formidoni, Brown, Giordano &
Casey
Lenz & Staehehn
Letson, Griffith, Woodall, Lavelle & Rosenberg
Levasseur & Levasseur
Lewis & Kappes, P.C. (Indianapolis, IN)
Liebert Global Services
Linda Ballas dba Linda Ballas & Associates (Toledo, OH)
Linda S. Prather
Liniak, Berenato, Longaere & White
Link Testing Laboratories
Linklaters
Lippert, Humphreys, Campbell, Dust & Humphreys, P.C.
(Saginaw, MI)
LKF Associates
Locke Reynolds LLP (Indianapolis, IN)
Locker & Lee
Lord Bissell & Brook
Lori A. Sisk
Louis A Zarlenga dba Louis A. Zarlenga & Associates
(Canfield, OH)
Lubecda Mary E
Lugthart Jay A MD
Maginot, Moore & Bowman
Makro Management Consulting (Prescott, AZ)
Manitz, Finsterwald & Partner (Germany)
Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)
Manual Industrial Property B.V.
Maria Luisa Flores Garciadiego (MEXICO)
Marilyn M. Jones & Associates, Ltd.
Mark A. Navarre (Urbana, OH)
Mark J. Kushner
Marsh USA Inc.
Marshall, Gerstein & Borun
Martin Brown & Sullivan Ltd. (Chicago, IL)
Marylou J. Lavoie
Mason Griffin & Pierson PC
Massiarelli & Setto Consulting
MathWorks, Inc.
Matkov, Salzman, Madoff & Gunn (Chicago, IL)
McAndrews Held & Malloy, Ltd. (Chicago, IL)
McCann-Erickson (Birmingham, MI)
McCarter & English (Philadelphia, PA)
McCarthy Tetrault LLP (Canada)
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
(Cleveland, OH)
McDermott Will & Emery LLP (Boston, MA)
McGlynn & Luther
McKenna Long & Aldidge LLP - LA
McKenna Long & Aldridge LLP - DC (Washington, DC)
McNees Wallace & Nurick LLC (Harrisburg, PA)

McTurnan & Turner PTR
MD Consulting/Teledynamics
Mediation Group, LLC
Meridian Resources Associates
Merrill Corp.
Mertitus Consulting Services
Meta IPACS Benchmarking
Michael D. Schloff, PLLC (Bloomfield Hills, MI)
Michael Page
Michael Shaffer
Michael, Best & Friedrich LLP (Milwaukee, WI)
Michigan State University
Micropatent dba 1790.COM
Miller Canfield Paddock & Stone, PLC - Detroit (Detroit, MI)
Miller Consulting Services
Milwaukee Metro
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC (Boston, MA)
Miracle Software
MIT
MIT International Motor Vehicle Prog
Mitchell M. Musial II, PLLC
Molitor International
Momsen, Leonardos & Cia
Moore Hansen & Sumner
Morgan, Lewis & Bockius LLP - New York (New York, NY)
Morris, Nichols, Arsht & Tunnell
Mounce, Green, Myers, Safi & Galatzan (El Paso, TX)
Multiple Intervenors (Albany, NY)
Munro & Associates
MWH
Naciri & Associates (Morocco)
Nan Fang CPA Firm
Nanfang CPA Firm
Narvaez Law Firm, P.A.
Nationwide Advertising Service
Neal Gerber & Eisenberg, LLP (Chicago, IL)
Nelson Mullins Riley & Searborough L.L.P.
Nicholas Irene
Nicholas Positano
Noack & Associates, LLC (Washington, D.C.)
Noerr Stiefenhof
North American Turning
O.P. Bhatia
O.P. Tyagi
O'Banion & Richey LLP
O'Brien & Bails (Kalamazoo, MI)
Ogne, Alberts & Stuart, P.C. (Troy, MI)
Ohio State Univ.

Okabe
O'Melveny & Myers LLP - Los Angeles (Los Angeles, CA)
O'Melveny & Myers LLP - Washington DC (Washington, DC)
Omniture (Orem, UT)
Open Ratings
ORC Worldwide
Origin INTL INC
Panalpina, Inc. (Elk Grove Village, IL)
Parro & Parro Relacoes Governamentais S/C (Sao Bernardo do Campo, Brazil)
Parsons & Maxon Incorporated (Saginaw, MI)
Patty Y. Lerding
Paul E. Riegel, Esq.
Paul Elliott
Paul, Hastings, Janofsky & Walker LLP (GA) (Atlanta, GA)
PDXRO (Redford, MI)
Pearson Cynthia
Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. (Commerce Township, MI)
Pelaez Alonso, S.C. (Mexico)
Pellow Engineering Services, Inc.
Penn State-Dr. Joseph Dakerty
Pepper Hamilton LLP (Wilmington, DE)
Perecin Godoy Consulting
Personnel Decision Inc.
Phelps Dunbar LLP - New Orleans (New Orleans, LA)
Phifer & White, P.C.
Phillips Ormonde and Fitzpatrick
Pillsbury Winthrop Shaw Pittman LLP (Houston, TX)
Pinhiero Neto Advogados (Brazil)
Plews Shadley Racher & Braun (Indianapolis, IN)
Plunkett & Cooney, P.C.
Porter, Wright, Morris & Arthur (Columbus, OH)
Porterfield, Harper & Mills, P.A. (Birmingham, AL)
Potter Anderson & Corroon LLP (Wilmington, DE)
Pranjapee Associate
Price, Heneveld, Cooper, DeWitt & Litton (Grand Rapids, MI)
PricewaterhouseCoopers (Canada)
PricewaterhouseCoopers (China)
PricewaterhouseCoopers (Mexico)
PricewaterhouseCoopers (Washington, DC)
PriceWaterhouseCoopers LLP
Prichard, Hawkins, Davis & Young, LLP (San Antonio, TX)
Prism Business War Games Inc.
Problem Solving Ad Hoc
Productivity Improvement
Productivity Systems
PSS Consulting E&Y

PT TUV International Indonesia

PWC/Sistomo Tax Consultants

QAD China Limited

Qiuxin Audit Firm

QS Servicos Tecnicos

Quadir Ahmed

Quarles & Brady LLP

Quattlebaum, Grooms, Tull & Burrow PLLC

Quinn Emanuel Urquhart Oliver & Hedges LLP (Los Angeles, CA)

R.C. Simpson, Inc.

R.L. Kalra

Rader, Fishman & Grauer PLLC (Bloomfield Hills, MI)

Radix Group International, Inc

Raichle Banning Weise, PLLC

Ralph L. Hensler (New York, NY)

Ray, Valdez, McCristian & Jeans, P.C.

Realtime Consultants

Recognition Resource Inc

Reising, Ethington, Barnes Kisselle, P.C. (Troy, MI)

Reynolds Mark E MD

Rhodes Hieronymus Jones Tucker & Gable P.L.L.C.

Rhonda L. McCoy-Pfau PLLC (Canton, MI)

Rickun James S

Rithc Heather Y. Mueller, S.C.

Riverfront Medical Services, P.C. (Liverpool, NY)

Robbins GIOIA

Robert Half

Robert Hughes Associates, Inc.

Robert M. Morgan (Detroit, MI)

Robertson & Mullinax, LLC (Greenville, SC)

Rochester Precicion

Rodriguez, Colvin & Chaney, L.L.P (Brownsville, TX)

Rogitz & Associates

Ruger, Barthelt & Ahel

Russell A. Farrow, Limited (Canada)

Rutledge Tonya R

SP Nagrath & Co.

Saarakshi Enterprises

Salomon Smith Barney

Sandler & Travis Trade Advisory Services, Inc (Farmington Hills, MI)

Sapient

Sarakashi Enterprises

Saul J. Faerstein, M.D. (Beverly Hills, CA)

Savety Innovations LTD

Scheuer Mackin & Breslin LLC

Schneble, Gass & Assoc. Co., L.P.A.

Schreck Brignone (Las Vegas, NV)

Scott T. Wakeman

Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C.

– MI

Sedgwick Claims Management Services, Inc.

Seva Technologies

SGS Conrtoll CO MBH

Shaffer Environmental

Shainin

Shainin LLC

Shainin Services

Shaw E & I

Shawn Foster

Shearman & Sterling - NY (New York, NY)

Shearman & Sterling LLP

Sherin & Lodgen

Shlesinger Arkwright & Garvey L.L.P.

Shussei

Sidley Austin Brown & Wood LLP (Belgium)

Sigma Learning LLC

Sign Language Connection

Six Sigma Academy

Skadden, Arps, Slate, Meagher & Flom LLP (Washington, D.C.)

Slagle, Bernard & Gorman, P.C. (Kansas City, MO)

SLC Consultants

Smart Document Solutions

Smiley-Smith & Bright CPAs, LLC (Montgomery, AL)

Smith, Gambrell & Russell, L.L.P.

Smithers Scientific

Smithyman & Zakoura, Chartered (Overland Park, KS)

Snell & Wilmer LLP - AZ

Sofgen Computer Consultants

Software Systems / Sun System

Solution Strategies, Inc.

Sonnenschein Nath & Rosenthal LLP - DC (Washington, DC)

Sonye Engineering LLC (Rochester Hills, MI)

Southwest Research

Special Counsel (Troy, MI) (Contract Employees)

Specialized Topics

Spherion Corp

Spirax Sarco

Squire, Sanders & Dempsey, L.L.P. - DC (Washington, DC)

Stan J

Stanford D. Hanson dba Airbag Systems, Inc. (Farmington Hills, MI)

Stanton Park Group LLC (Washington, D.C.)

Stephen J. Spurr (Grosse Pointe Park, MI)

Stericycle

Steve Johnson

Storm consulting

Storm Water Consultants

Stout Risius Ross, Inc.

Studio Torta, S.r.l.

Summit Energy Services Inc

Sutherland Asbill & Brennan LLP (Washington, DC)

Suzuki Myers & Associates (Novi, MI)

Swift Currie McGhee & Hiers, LLP

Tailor Made Consulting

Tate & Tate (Medford, NJ)

Tatum Partners

Tawas Industries Components Management Services LLC (Brighton, MI)

Tax Consultancy Bureau

TBM

Tec Ease Inc

Tech Caliber

TechCentral

Tenant Co

TGI Direct (Flint, MI)

The Dickerman Group, Ltd

The Tax Veterans

Think Inc.

Thomas A. Bender, M.D.

Thomas J. Knopf Mediation Services, Inc. (Louisville, KY)

Thompson & Knight LLP (Dallas, TX)

Thompson, Hine & Flory, LLP (Dayton, OH)

Thorn Gershon Tyman and Bonanni, LLP (Albany, NY)

Towers Perrin

TPI

Training Services

Training Services & Solutions

Treasurer State of OH

Trigon Synergies P. Ltd.

Trigram Plus

Tsar and Tsai

TSSC

Turner Reid Duncan Loomer & Patton P.C. (Springfield, MO)

TUV Indonesia

TUV Rheinland Group

TWI

TWI – Chuck Ward, Dave Meiers

TWI - Sammy Obara

TWI Network

TWI Network Inc.

TWI Networking

UBS

UHY Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Unigraphics Solutions Inc

University health

Uria & Menendes

Urquhart-Dykes & Lord

URS Corporation

Value Analysis Corporation

Value Analysis Inc.

VCD Engg and Consultants

Venable LLP

Vercruysse Metz & Murray (Bingham Farms, MI)

Vereenigde

VK Wadhwan

von Kreisler Selting Werner

Vorys, Sater, Seymour & Pease LLP (Columbus, Ohio)

VTS

Wagner & Geyer

Ward Norris Heller & Reidy, LLP (Rochester, NY)

Washington Patent Services, Inc. (South Pasadena, FL)

Watkins Ludlam Winter & Stennis, P.A.

Watson Wyatt & Company

Wax Law Group

Wayne State Univ.

Webb Law Firm

Webb Ziesenheim Logsdon Orkin & Hanson, P.C. (Pittsburgh, PA)

Weingarten & Reid (Albany, NY)

Welch Consulting, LTD (Santa Monica, CA)

Wells, Anderson & Race, LLC (Denver, CO)

Wesley D. Pack Jr. (Gilbert, AZ)

White and Williams LLP

Whiteside Communication Management (Southfield, MI)

WIEG, Inc. (Madison, WI)

William L. Freeh

William R. Jentes P.C. (Chicago, IL)

Williams Mullen Clark & Dobbins (Richmond, VA)

Wilmer Cutler Pickering Hale and Dorr, LLP (Washington, District of Columbia)

Wilmer Law Offices, Inc.

Wilson, Elser, Moskowitz, Edelman & Dicker L.L.P.

Winship Rehabilitation, Inc. (Cheektawaga, NY)

Winston & Srawn LLP – NY

Wise, Carter, Child & Caraway

Wood, Herron & Evans, L.L.P.

Wooden & McLaughlin, LLP (Indianapolis, IN)

Woodward Hobson & Fulton (Louisville, KY)

Woolcott & Company

Workers Health

World Class Engineering

Wright Lindsey & Jennings LLP

Wyoming Public Schools

Xavier De Ryck (France)

Xpedex

Young & Basile P.C. (Troy, MI)

Young & Rubicam, Inc. Burson Marsteller (Chicago, IL)

Yuasa & Hara (Japan)

Yudhveer Yadav
Zaril Enterprises
Zeanah, Hust & Summerford
Zimmermann & Associates
AJM
Asset Mfg Resources
Baker & Daniels
Baker Botts LLP
Balch & Bingham LLP
Banner & Witcoff, Ltd
Bedi Strategies, Inc.
Bliss McGlynn P.C.
Brenda Veit
Burson Marsteller
Burson-Marsteller
Butzel, Long
Calwest
Cantor Colburn LLP
Cardoza
Carquest
Cattel, Tuyn & Rudzewicz, PLLC
Chris Kouri & Assoc.
Clark Consulting
Clark Hill P.L.C.
Coe & Associates
Conway McKinsey and Dunlevy
CTJ Safety Associates
Danzas AEI Customs Brokerage Services
Danzas AEI Intercontinental
Dickson Allen
Drinker Biddle & Reath - PA
Dykema Gossett P.L.L.C.
E&Y
FedEx Trade Networks Transport and Brokerage, Inc.
Fleishman Hillard Japan, Inc.
Foley & Lardner LLP
Hirsig-Frazier Co.
Howard & Howard Attorneys, P.C.
Huron Consulting Services LLC
I33 Communications LLC
Interchange Europe
J. Gordon Lewis, PLLC
Johnston Barton Proctor & Powell LLP
Jones Day
Kim & Chang
Kitchin & Sons Inc.
Law Offices of Albert M. Gutierrez, P.C.

Lippert, Humphreys, Campbell, Dust & Humphreys, P.C.
Mark A. Navarre
McCann-Erickson
McCarthy Tetrault LLP
Miller Canfield Paddock & Stone, PLC
N.A. Williams Co.
NAPA Sales
Neal Gerber & Eisenberg, LLP
Northeastern Marketing
O'Melveny & Myers LLP
On-Mark Sales
Orion Adv. Mktg
Panalpina, Inc.
Parsons
Parsons & Maxon Incorporated
Paul Hastings Janofsky & Walker LLP
PDXRO
Pepper Hamilton LLP
Phelps Dunbar LLP
Pillsbury Winthrop Shaw Pittman LLP
Price, Heneveld, Cooper, DeWitt & Litton
Rader, Fishman & Grauer PLLC
Reising, Ethington, Barnes Kisselle, P.C.
Rhonda L. McCoy-Pfau PLLC
Richards Spears Kibbe & Orbe LLP
Russell A. Farrow, Limited
Russell Reynolds
Sandler & Travis Trade Advisory Services, Inc
SAP Consulting
Savety Innovations Ltd
Siskel Sales Company
Smiley-Smith & Bright CPAs, LLC
Squire, Sanders & Dempsey, L.L.P.
SRS Marketing Co.
Stanton Park Group LLC
Stout Risius Ross
Suh & Assoc.
Suri & Company
Thompson, Hine & Flory, LLP
UHY Mann Frankfort Stein & Lipp Advisors, Inc.
Ward Norris Heller & Reidy, LLP
Whiteside Communication Management
Wilmer Cutler Pickering Hale and Dorr, LLP
Wooden & McLaughlin, LLP
Young & Rubicam, Inc.
Yuasa & Hara

## State and Other Governmental Authorities With an Interest in the Company

Georgia Department of Natural Resources

IDEM - Office of Land Quality (Indiana)

Illinois Environmental Protection Agency

NYSDEC

Ohio Department of Commerce

Oklahoma Corporate Commission

Pension Benefit Guaranty Corporation (PBGC)

Internal Revenue Service

Pension Benefit Guaranty Corporation

U.S. Department of Transportation

U.S. Environmental Protection Agency

OHSA

ADEM – Water Division – Compliance Unit of Ground Water Branch [Alabama]

ADEQ Tanks Program Division – Inspection and Compliance Unit [Arizona]

Air Resources Board (ARB) [California]

Alabama Department of Environmental Management (ADEM)

Arizona Department of Environmental Quality (ADEQ)

California Environmental Protection Agency:  (Cal EPA)

Certified Unified Program Agencies (CUPA) [California]

Colorado Department of Public Health and Environment (DPHE)

Department of Toxic Substances Control [California]

Georgia Department of Natural Resources – Environmental Protection Division

Georgia DNR – Environmental Protection Division – Hazardous Waste Management – Land Protection Division

Illinois Environmental Protection Agency (Illinois EPA)

Illinois EPA – Bureau of Land – Leaking Underground Storage Tank Section

Indiana Department of Environmental Management (IDEM)

Integrated Waste Management Board (CIWMB) [California]

Kansas Department of Health & Environment

KDHE – Bureau of Environmental Remediation – Storage Tank Section [Kansas]

Kentucky Environmental and Public Protection Cabinet

Kentucky Environmental and Public Protection Cabinet – Division of Waste Management – Underground Storage

Tank Branch

Michigan Department of Environmental Quality

Michigan DEQ – Waste And Hazardous Materials – storage tanks

Minnesota Pollution Control Agency

Mississippi Department of Environmental Quality

Missouri Department of Natural Resources

Missouri Department of Natural Resources – Air and Land Protection Division – Hazardous Waste Program – Tanks Section

New Jersey Department of Environmental Protection

New York State Department of Environmental Conservation (NYSDEC)

NYSDEC – Division of Environmental Remediation – Petroleum and Chemical Bulk Storage Program [New York]

Office of Environmental Health Hazard Assessment (OEHHA) – Prop 65 [California]

Ohio Department of Commerce – State Fire Marshal Division – Bureau of Storage Tank Regulations (BUSTR)

Ohio Environmental Protection Agency

Oklahoma Corporate Commission; The Oklahoma DEQ

Oklahoma Department of Environmental Quality

Pennsylvania Department of Environmental Protection

Pennsylvania Department of Environmental Protection – Bureau of Waste Management – The Division of Storage Tanks

Regional Air Pollution Control Agency (RAPCA) [Ohio]

South Carolina Department of Health and Environmental Control

South Carolina Department of Health and Environmental Control – Office of Environmental Quality Control – Bureau of Land and Waste Management – Underground Storage Tank Program

State Department of Health Services, Office of Drinking Water [California]

State Regional Water Quality Control Boards [California]

State Water Resources Control Board (SWRCB) [California]

Tennessee Department of Environmental & Conservation

Texas Commission on Environmental Quality

Wisconsin Department of Natural Resources

## Underwriters of Securities Issued by the Company During the Past Three Years:

Banc of America Securities LLC

Barclays Capital Inc.

BNP Paribas Securities Corp

Citigroup Global Markets Inc.

Credit Suisse First Boston LLC

Deutsche Bank Securities Inc.

HSBC Securities (USA) Inc.

J.P. Morgan Securities Inc

Morgan Stanley & Co. Incorporated

Ramirez & Co., Inc.

The Royal Bank of Scotland plc

Tokyo-Mitsubishi International plc

UBS Securities LLC

A.G. Edwards & Sons, Inc.

ABN AMRO Incorporated

Advest, Inc.

Banc of America Securities LLC

BB&T Capital Markets, a division of Scott and Stringfellow, Inc.

C.L. King & Associated, Inc.

Comerica Securities

D.A. Davidson & Co.

Deutsche Bank Securities Inc.

Ferris, Baker Watts, Incorporated

Janney Montgomery Scott LLC

McDonald Investments Inc., a KeyCorp Company

Samuel A. Ramirez & Company, Inc.

Scotia Capital (USA) Inc.

Southwest Securities, Inc.

Stifel, Nicolaus & Company, Incorporated

U.S. Bancorp Piper Jaffray Inc.

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Mesirow Financial, Inc.[1]

Morgan Stanley & Co. Incorporated

Oppenheimer & Co. Inc.

Quick & Reilly, Inc.

RBC Dain Rauscher Inc.

Ryan Beck & Co.

UBS Securities LLC

Utendahl Capital Partners, L.P.

Wachovia Capital Markets, LLC

Wells Fargo Van Kasper LLC

Banc of America Securities LLC

Barclays Capital Inc.

BNP Paribas Securities Corp

Citigroup Global Markets Inc.

Comerica Securities, Inc.

Credit Suisse First Boston LLC

Deutsche Bank Securities Inc.

HSBC Securities (USA) Inc.

J.P. Morgan Securities Inc.

McDonald Investments Inc., a KeyCorp Company

Merrill Lynch, Pierce, Fenner & Smith Incorporated

Morgan Stanley & Co. Incorporated

SG Cowen Securities Corporation

The Royal Bank of Scotland plc

UBS Securities LLC

Williams Capital Group, L.P.

---

[1] While the Debtors have listed Mesirow Financial, Inc. ("Mesirow") in their parties in interest list as an underwriter of securities issued by the Debtors over the past three years, Mesirow has confirmed that it was not an underwriter of any securities of the Debtors.

## Unions Representing Company Employees

AFL-CIO Local 755

AW Local 286

EAST – Electronic and Space Technicians

EAST Local 1553

Electronic and Space Technicians Local 1553

IAM & AW – International Association of Machinists and Aerospace Workers

IAM Local 78

IBEW – International Brotherhood of Electrical Workers

IBEW Local 663

International Association of Machinists, AFL-CIO Tool and Die Makers Lodge 78

International Brotherhood of Electrical Workers, AFL-CIO Local 663

International Union of Operating Engineers Local 101-S

International Union of Operating Engineers Local 18-S

International Union of Operating Engineers, Local No. 101

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

IUE Local 1111

IUE Local 416

IUE Local 698

IUE Local 709

IUE Local 711

IUE Local 717

IUE Local 718

IUE Local 755

IUE Local 801

IUE, AFL-CIO Local 698

IUE, AFL-CIO Local 711

IUE, AFL-CIO Local 718IUE

IUE-CWA – International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers – Communications Workers of America

IUE-CWA Local 1111

IUE-CWA Local 416

IUE-CWA Local 709

IUE-CWA, AFL-CIO Local 801

IUE-CWA, AFL-CIO,CLC Local 717

IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO

IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC

IUOE – International Union of Operating Engineers

IUOE Local 832S

UAW – United Automobile, Aerospace and Agricultural Implement Workers of America

UAW Amalgamated Local 292

UAW Amalgamated Local 686

UAW Local 1021

UAW Local 1097

UAW Local 167

UAW Local 1866

UAW Local 2031

UAW Local 2083

UAW Local 2151

UAW Local 2157

UAW Local 2188

UAW Local 2190

UAW Local 2195

UAW Local 286

UAW Local 292

UAW Local 438

UAW Local 467

UAW Local 651

UAW Local 662

UAW Local 686

UAW Local 686, Unit 19

UAW Local 696

UAW Local 699

UAW Local 913

UAW Local 969

UAW, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

United Steelworkers of America

United Steelworkers of America AFL-CIO/CLC, Local Union 87

USW Local 87

USWA – United Steelworkers of America AFL-CIO/CLC

## United States Bankruptcy Judge in the Delphi cases

Honorable Robert D. Drain

**Courtroom Deputy for the Honorable Robert D. Drain**

Dorothy Li

**Law Clerks for the Honorable Robert D. Drain**

James M. Millerman                 John Lucas

**U.S. Trustee for the Southern District of New York and Related Staff**

Alicia M. Leonhard

Andy Velez-Rivera

Anna M. Martinez

Brian S. Masumoto

Catletha Brooks

Courtney Arso

Danny A. Choy

Darin L. Mobley

Deirdre A. Martini

Delores Lord

Elizabeth Austin

Elizabeth C. Dub

Ercilia A. Mendoza

Greg M. Zipes

Hector Soto

Hollie T. Elkins

Maria Catapano

Marilyn Felton

Mary Elizabeth Tom

Mary V. Moroney

Myrna R. Fields

Nadkarni Joseph

Pamela J. Lustrin

Paul K. Schwartzberg

Richard C. Morrissey

Sylvester Sharp

Tracy Hope Davis

## Schedule B

## Active Clients of Buck

| Name | Debtor Category |
|------|-----------------|
| Agilent Technologies, Inc. | Major Customers |
| Alcoa, Inc | Top 50 Unsecured |
| Allianz Life Insurance Company of N.A. | |
| Applera Corporation | Counter Parties to Major Contract |
| Arnold & Porter | |
| Bank of America | Lender |
| Bank of Tokyo-Mitsubishi, Ltd. | Lender |
| Best Buy Company, Inc | Major Customers |
| Blue Cross Blue Shield of Alabama | Major Suppliers |
| Blue Cross Blue Shield of North Carolina | Counter Parties to Major Contract |
| BlueCross BlueShield Association | Counter Parties to Major Contract |
| Butzel Long | Professional of Debtors/Affiliates |
| Cadwalader, Wickersham and Taft | Professional of Debtors/Affiliates |
| CommerzBank AG | Lenders |
| Compuware Corporation | Counter Paties to Major Contract |
| Constellation Energy Group, Inc. | Counter Paties to Major Contract |
| Covington & Burling | Professional of Debtors/Affiliates |
| Cummins, Inc. | Major Customers |
| Dana Corporation | Parties to Litigation |
| Delta Dental Plan of Colorado | Counter Parties to Major Contract |
| DTE Energy | Counter Parties to Major Contract |
| Eaton Corporation | Parties to Litigation |
| Energy Conversion Devices, Inc. | Parties to Litigation |
| Entergy Corporation | Counter Parties to Major Contract |
| FedEx Custom Critical | |
| Fifth Third Bank | Lender |
| First American Corporation | Counter Parties to Major Contract |
| Ford Motor Company | Parties to Litigation |
| Freudenberg-NOK | |
| General Motors Corporation | Top 50 Unsecured |
| Georgia Power Company | Counter Parties to Major Contract |
| Great American Life Insurance Company | Insurers |
| Hartford Financial Services Group | Insurers |
| Henry County Rural Electric | Counter Parties to Major Contract |
| Hewlett-Packard Caribe, LTD | |
| HSBC Bank | Underwriters of Securities |
| IBEW – 769 | Unions |
| IBEW Local 226 Open End Pension Trust | Unions |

2

| Name | Debtor Category |
|------|-----------------|
| IBEW Local 688 | Unions |
| IBM Corporation | Counter Parties to Major Contract |
| Indiana Michigan Power | |
| International Union Of Operating Engineers | Unions |
| IUE | Unions |
| IUE AFL-CIO Pension Fund | Unions |
| Jones Lang LaSalle Incorporated | Professional of Debtors/Affiliates |
| L-3 Communications, Inc. | Major Customers |
| Lear Corporation | Counter Parties to Major Contract |
| Level 3 Communications, Inc. | Major Customers |
| Lexington Precision Corporation | Major Suppliers |
| Lockheed Martin Corporation | Counter Parties to Major Contract |
| Madison County Government | Top 50 Unsecured |
| Makino, Inc. | Leinholder |
| Medco Health Solutions | Counter Paties to Major Contract |
| Medrad, Inc. | Major Customers |
| Medtronic, Inc. | Major Customers |
| Mellon Financial Corporation | Former Parent of Buck |
| Milacron, Inc. | Lien holder |
| Mitsubishi International Corporation | Major Customers |
| Morgan, Lewis and Bockius, LLP | Professional of Debtors/Affiliates |
| Nesco, Inc. | Parties to Litigation |
| New York Power Authority | Counter Parties to Major Contract |
| ORIX Financial Services | Counter Parties to Major Contract |
| Packard Hughes Interconnect Company | Debtor Affiliate |
| Parker Hannifin Corp | Major Suppliers |
| PBGC Cleveland | State & Other Governmental Authority |
| Pepco Holdings, Inc. | Counter Parties to Major Contract |
| Pepper Hamilton | Professional of Debtors/Affiliates |
| PricewaterhouseCoopers Services, LLC | Professional of Debtors/Affiliates |
| Proskauer, Rose, LLP | Professional of Debtors/Affiliates |
| Qwest Communications International | Counter Parties to Major Contract |
| Raytheon Company | Counter Parties to Major Contract |
| Reed Smith  L. L. P. | Professional of Debtors/Affiliates |
| Republic Engineered Products, LLC | Major Suppliers |
| Rochester Gas & Electric Corporation | Counter Parties to Major Contract |
| RSR Corporation | Major Suppliers |
| Safeco Insurance Companies | Letter of Credit Issuer |
| Sanden International (USA), Inc. | Counter Parties to Major Contract |
| Sharp Electronics Corporation | Top 50 Unsecured |
| SIRVA, Inc. | Major Suppliers |
| Skadden, Arps, Slate, Meagher & Flom | Professional of Debtors/Affiliates |

2

| Name | Debtor Category |
|------|-----------------|
| Solectron Corporation | Major Suppliers |
| SPX Corporation | Major Suppliers |
| Stant Corporation | Counter Parties to Major Contract |
| SunTrust | Lender |
| Sutherland, Asbill & Brennan, L. L. P. | Professional of Debtors/Affiliates |
| Takata (TK Holdings) | Major Customers |
| The Bank of Tokyo-Mitsubishi, Ltd., NY Branch | Counter Parties to Major Contract |
| Thompson & Knight L.L.P | Professional of Debtors/Affiliates |
| Thompson Hine, L. L. P. | Professional of Debtors/Affiliates |
| ThyssenKrupp Elevator Corporation | Top 50 Unsecured |
| ThyssenKrupp Materials NA, Inc. | Top 50 Unsecured |
| Time Warner | Counter Parties to Major Contract |
| Timken Company | Parties to Litigation |
| TXU | Counter Parties to Major Contract |
| Tyco International | Top 50 Unsecured |
| U.P.E.C. Pension Plan | |
| University Health Associates | Professional of Debtors/Affiliates |
| US Steel Corporation | Major Suppliers |
| Verizon Wireless, Inc. | Counter Parties to Major Contract |
| Visteon Automotive Systems | Counter Parties to Major Contract |
| Wilmer, Cutler & Pickering | Professional of Debtors/Affiliates |
| Wind River Systems, Inc. | Lender |
| Zimmer Holdings, Inc. | |

**Former or Inactive Clients of Buck**

| Name | Debtor Category |
|------|-----------------|
| Advanced Micro Devices (AMD) | Major Supplier |
| AGCO Corporate Group | Major Customer |
| Akin, Gump, Strauss, Hauer & Feld, L.P | Professional of Debtors/Affiliates |
| Alps Electric (North America), Inc. | Major Supplier |
| American Express | Lender |
| Apple Computer, Inc. | |
| BlueCross BlueShield of South Carolina | Major Supplier |
| Booz, Allen & Hamilton, Inc. | Professional of Debtors/Affiliates |
| ChoicePoint, Inc. | Professional of Debtors/Affiliates |
| Circuit City Stores, Inc. | Major Customer |
| Columbia, City of (Ohio) | |
| Corning Incorporated | Top 50 Creditors |
| Dechert | Professional of Debtors/Affiliates |
| Delta Dental Plan of California | Counter Parties to Major Contract |
| Deutsche Bank, AG | Underwriters of Securities |
| DMC 2 (Formerly Cerdec Corporation) | Major Suppliers |
| Enterprise Automotive Systems | Parties to Litigation |
| FAG Holding Corporation | Parties to Litigation |

3

| Name | Debtor Category |
|------|-----------------|
| FedEx Ground Package System, Inc. | |
| FedEx Logistics Supply Chain Services | |
| Fluor Corporation | Parties to Litigation |
| GE Medical Systems | Major Customer |
| Gibson, Dunn & Crutcher | Professional of Debtors/Affiliates |
| GKN Power Metallurgy Holdings, Inc. | Major Supplier |
| Harley-Davidson Financial Services | Major Customer |
| Henkel Corporation | Major Supplier |
| Hewlett Packard | Debtor Affiliate |
| Hitachi High Technologies America, Inc. | Parties to Litigation |
| Huron Consulting Group LLC | Professional of Debtors/Affiliates |
| IBEW Local Union No. 32 | Union |
| Intel Corporation | Counter Parties to Major Contract |
| Johns Hopkins Health System | Counter Parties to Major Contract |
| Johns Hopkins University | Counter Parties to Major Contract |
| JP Morgan Chase | Indenture Trustees |
| Keating, Muething & Klekamp | Professional of Debtors/Affiliates |
| Key Plastics, Inc. | Parties to Litigation |
| KLA Tencor Corp. | Major Customer |
| Liberty Mutual | Lender |
| Mellon Bank, North America | Former Parent of Buck |
| Mellon HR Solutions | Affiliates |
| Mellon HR Solutions Retainer Work | Affiliates |
| Mellon Institutional Asset Management | Former Affiliate of Buck |
| Mellon Investor Solutions | Former Affiliate of Buck |
| Merrill Corporation | Professional of Debtors/Affiliates |
| Metlife Denver | Counter Parties to Major Contract |
| Microsoft Corporation | Major Supplier |
| Mizuho Securities USA, Inc. | |
| National Semiconductor | Major Supplier |
| Ohio Univ. | Professional of Debtors/Affiliates |
| O'Melveny & Myers LLP | Professional of Debtors/Affiliates |
| RBC Bearings, INc. | Parties to Litigation |
| Salomon Smith Barney | Professional of Debtors/Affiliates |
| SHPS, Inc. | Counter Parties to Major Contract |
| Siemens Building Technologies | Parties to Litigation |
| Sony Electronics Inc. | Major |
| Takeda Pharmaceuticals North America, Inc. | Major Customer |
| Texas Instruments Incorporated | Major Supplier |
| Tuscaloosa (City of) AL | Counter Parties to Major Contract |
| Tuscaloosa Fire & Police | Counter Parties to Major Contract |
| UBS AG | Underwriters of Securities |
| Verilink Corporation | Major Customer |
| Viasystems, Inc. | Major Supplier |

4

| **Name** | **Debtor Category** |
|---|---|
| Wayne State University | Counter Parties to Major Contract |
| Zimmer Holdings, Inc. | |
| Zimmerman Holdings, Inc. | Professional of Debtors/Affiliates |
| Zurich North America | Insurers |
| Zurich Scudder Investments | Insurers |

NY\1132674.2