UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re: Delphi Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 946

**AMENDED**

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:  AMERITRONICS SYSTEMS INC     ("Transferor")
   2215 Huron River Dr.
   Rockwood, MI 48173

2. Please take notice of the transfer of $ 3,550.00 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $3,550.00 to:
   Madison Niche Opportunities, LLC     ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave
   Suite 120
   Overland Park, KS    66202

No action is required if you do not object to the transfer of you claim.

Rick Newkirk
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1