UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re:

Delphi Safety & Interior System

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2403    **AMENDED**

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   UNITED REFRIGERATION   ("Transferor")
         2301 Meachem Blvd
         Ft Worth Texas 76106

2. Please take notice of the transfer of $ 5,049.78 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $5,049.78 to:
   Madison Niche Opportunities, LLC    ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   6310 Lamar Ave
   Suite 120
   Overland Park, KS    66202

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*
Kristy Stark
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1