UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
In re                           : Chapter 11
                                :
DELPHI CORPORATION, et al.,     : Case No. 05–44481 (RDD)
                                :
            Debtors.            : (Jointly Administered)
                                :
------------------------------- x

## NOTICE OF WITHDRAWAL OF NOTICE OF INTENTION TO ENTER INTO OR RENEW REAL PROPERTY LEASE
(Northfield Crossing, Troy, Michigan Lease)

PLEASE TAKE NOTICE that on April 13, 2006, Debtors filed a Notice of Intention to Enter Into or Renew Real Property Lease (the "Notice") for property located at Northfield Crossing, 1441 Long Lake Road, Troy, Michigan (the "Property").

PLEASE TAKE FURTHER NOTICE that the Notice is hereby withdrawn.

Dated: New York, New York
       April 20, 2006

                              SKADDEN, ARPS, SLATE, MEAGHER
                                   & FLOM LLP

                             By:  /s/ John Wm. Butler, Jr.
                                  John Wm. Butler, Jr. (JB 4711)
                                  John K. Lyons (JL 4951)
                                  Ron E. Meisler (RM 3026)
                             333 West Wacker Drive, Suite 2100
                             Chicago, Illinois  60606
                             (312) 407-0700

                                  - and -

                             By:  /s/ Kayalyn A. Marafioti
                                  Kayalyn A. Marafioti (KM 9632)
                                  Thomas J. Matz (TM 5986)
                             Four Times Square
                             New York, New York 10036
                             (212) 735-3000

                             Attorneys for Delphi Corporation, et al.,
                                Debtors and Debtors-in-Possession