# EXHIBIT A

# DANE SYSTEMS, LLC
### System Integrators

7275 Red Arrow Hwy. • Stevensville, MI 49127
Telephone 269-465-DANE (3263)
FAX 269-465-6650

**Invoice No. 6585**

DATE   8/26/05

SOLD TO:
DELPHI CORPORATION
ENERGY & CHASSIS SYSTEMS
ATTN: ACCOUNTS PAYABLE
N. KUDLACK, 2100 BURLINGAME SW
GRAND RAPIDS, MI 49509

YOUR ORDER   AIS49090
DATE SHIPPED
VIA
TERMS

SHIPPED TO   PACKING SLIP #37340
SO #1588

F.O.B.   STEVENSVILLE, MI

| QUANTITY | DESCRIPTION | PRICE | TOTAL |
|---|---|---|---|
| | DESIGN AND BUILD RIVETING MACHINE FOR LOMA ASSEMBLY | | |
| | 90% UPON APPROVAL AT DANE SYSTEMS | | $152,270.00 |

This is certify that the merchandise listed in this invoice has been produced in accordance with the Fair Labor Standards Act of 1938, (12) as amended.
WHITE-ORIGINAL • CANARY-DUPLICATE • PINK-ACCOUNTING • BLUE-FILE