# EXHIBIT B

05-44481-rdd    Doc 3301-3    Filed 04/20/06    Entered 04/20/06 15:34:46    Exhibit B
Pg 1 of 5

Document Number: **2005153463-6**

Filing Date and Time: **8/31/2005 10:50:12 AM**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Jan C. Host

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, NW
Grand Rapids    MI    49503

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| DELPHI CORPORATION |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 5820 DELPHI DRIVE, BLDG. D. | TROY | MI | 48098 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | CORPORATION | DELAWARE | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

(blank)

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| DANE SYSTEMS, LLC |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 7275 RED ARROW HIGHWAY | STEVENSVILLE | MI | 49127 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

DESCRIPTION: Riveting Machine for Loma Assembly Using Henrob Spr Heads / PO No. AIS49090, as amended or supplemented.

This financing statement is being filed pursuant to the provisions of the Michigan Special Tools Lien Act, Act 481, Public Acts of 2002 (MCL §570.541 et seq.)

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]
7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
1157721v1 81624.81624 (7A)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)



## MICHIGAN DEPARTMENT OF STATE
Uniform Commercial Code Section
P.O. Box 30197
Lansing, Michigan 48909-7697
www.michigan.gov/sosucc

## Filing Acknowledgement

August 31, 2005

**Job Number**
U20050831-0736

**Initial Filing Number**
2005153463-6

**Filing Description**
Initial Financing Statement

**Document Filing Number**
2005153463-6

**Date/Time of Filing**
08/31/2005 10:50 AM

**Debtors**
DELPHI CORPORATION
5820 DELPHI DRIVE, BLDG. D.
TROY MI 48098

**Secured Parties**
DANE SYSTEMS, LLC
7275 RED ARROW HIGHWAY
STEVENSVILLE MI 49127

The attached document(s) were filed with the Michigan Secretary of State, Uniform Commercial Code Section. The filing date and time have been affixed to each document, indicating the date and time of filing. A filing number is also affixed and can be used to reference this document in the future.

Michigan Department of State
Jeffry C. Nickerson
Filing Officer

# New York State Deparment of State
## Uniform Commercial Code
Public Filing System Acknowledgment

Your statement has been filed in our filing office
on 08/31/2005 11:19 AM

You may retrieve and view your E-Filing by
clicking on the Filing Number: 200508318315628

Card last 4 digits: 3792 has been charged $20.00.
Card Confirmation Code: 073949

To view filing images you will need Internet Explorer 5.0 or above and the FileNet Viewer.

**CLICK HERE TO DOWNLOAD THE FileNet Viewer.**

If you have questions or comments about the UCC online services, please contact us at: ucc
or write us at:

UCC
41 State Street, Albany, NY 12231-0001
Office:(518)474-2240

---

Our Disclaimer (Opens new window)    NYS DOS Privacy Statement (Opens new window)

New York State Home Page    NYS Department of State Home Page    NYS UCC Home Page    NYS UCC E-Filing Page

# New York State Department of State
## Uniform Commercial Code
### Filing Data Report

> Please note that this record report has been generated by an independent searcher, using the Department of State's Uniform Commercial Code On-Line Database. This report lists filing records on file as of August 26, 2005, 11:59 PM. However, the information contained in this report is NOT an official record of the Department of State and may contain filings filed after this date.

| 1. Debtors: | DELPHI CORPORATION | 5820 DELPHI DRIVE, BLDG. D., TROY, MI 48098-2815, USA |
|---|---|---|
| Secured Party Names: | DANE SYSTEMS, LLC | 7275 RED ARROW HIGHWAY, STEVENSVILLE, MI 49127, USA |

| File no. | File Date | Lapse Date | Filing Type | Pages | Image |
|---|---|---|---|---|---|
| 200508318315628 | 08/31/2005 | 08/31/2010 | Financing Statement | 1 | View |

Back Button
Back

* Images marked NA are not available on this webpage.
[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]