**Objection Deadline:     June 13, 2006 at 4:00 p.m.**
**Hearing Date & Time: June 20, 2006 at 10:00 a.m.**

James K. Robinson
Philip Urofsky
CADWALADER, WICKERSHAM & TAFT LLP
1201 F Street, N.W. Suite 1100
Washington, D.C. 20004
Telephone:     (202) 862-2200
Facsimile:     (202) 862-2400

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

**In re:**                                     :          **Chapter 11**

**DELPHI CORPORATION,** *et al.*               :          **Case No. 05-44481 (RDD)**

                                               :          **(Jointly Administered)**

-------------------------------------------------------------x

**NOTICE OF FIRST APPLICATION OF CADWALADER, WICKERSHAM AND TAFT
LLP AS ATTORNEYS FOR THE DEBTORS FOR INTERIM ALLOWANCE OF
COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR
REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM
OCTOBER 10, 2005 THROUGH JANUARY 31, 2006**

PLEASE TAKE NOTICE that on April 20, 2006, Cadwalader, Wickersham &

Taft, attorneys for the Audit Committee of Delphi Corporation retained in the ordinary course of

business, filed its First Application of Cadwalader, Wickersham and Taft LLP as Attorneys for

the Debtors for Interim Allowance of Compensation for Professional Services Rendered and for

Reimbursement of Actual and Necessary Expenses Incurred from October 10, 2005 through

January 31, 2006, together with the following exhibits:

A.     Certification Under Guidelines for Fees and Disbursements

B.     Cadwalader Professionals – Rates, Hours, and Fees

C.    Expenses

D.    Summary of Services

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the
Application will be held on **June 20, 2006,** at **10:00 a.m. (Prevailing Eastern Time)** (the
"Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the
Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to approval of the
Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy
Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order
Under 11 U.S.C. §§ 102 (1) And 105 And Fed. R. Bankr. P. 2002(m), 9006, 9007, And 9014
Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And
Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance
With Local Bankr. R. 1007-2(e) (the "Case Management Order") (Docket No. 245), (c) must be
filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) –
registered users of the Bankruptcy Court's case filing system must file electronically, and all
other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format
(PDF), WordPerfect, or any other Windows-based word processing format), (d) must be
submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United
States Bankruptcy Judge, and (e) and must be served upon (i) Delphi Corporation, 5725 Delphi
Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) Cadwalader, Wickersham & Taft
LLP, 1201 F Street, NW, Washington, D.C. 20004 (Att'n Philip Urofsky); (iii) counsel to the
Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100,
Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iv) counsel for the agent under the

Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Zimar), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins, 885 Third Avenue, New York, New York 10022 (Att'n: Mark A. Broude), and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on June 13, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made in writing, in accordance with the Case Management Order, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Application without further notice.

Dated:      Washington, District of Columbia
            April 20, 2006

Philip Urofsky
James K. Robinson
Cadwalader, Wickersham & Taft LLP
1201 F Street, N.W., Suite 1100
Washington, D.C. 20004
Telephone:      (202) 862-2200
Facsimile:      (202) 862-2400

*Attorneys Employed in the Ordinary Course
for the Debtors and Debtors in Possession*