

| | KPMG LLP | Telephone | 312 665 1000 |
|---|---|---|---|
| | 303 East Wacker Drive | Fax | 312 665 6000 |
| | Chicago, Il 60601-5212 | Internet | www.us.kpmg.com |

March 20, 2006

Ms. Sara J. Phillips
Manager, International Services Group
Delphi Corporation
5825 Dephi Drive
Troy, MI 48098

Dear Sara:

Delphi Corporation (Delphi) and KPMG LLP (KPMG) have entered into an agreement letter dated October 5, 2004, November 3, 2004, and January 18, 2006 executed on March 8, 2006 under which KPMG will provide international executive services to Delphi and its expatriates. The fees listed in Attachment A are an addendum to Exhibit E of the October 5, 2004 engagement letter. Our fees for services detailed in Attachment A will be billed at the lesser of the fees in Attachment A or the actual time incurred to complete the services at our standard hourly rates.

Please sign the enclosed copy of this letter to confirm our agreement. If you have any questions, please call Sandra Froylan at (312) 665-3323 or me at (312) 665-5207.

Very truly yours,

KPMG LLP

*[signature]*

Doyoung Yong
*Senior Manager*
*International Executive Services*

cc:  James P. Whitson, Delphi Corporation
     Ann Marie Goddard, KPMG
     Saul Caisman, KPMG
     Sandra Froylan, KPMG

ACCEPTED:
Delphi Corporation.

*Sara Phillips*
Authorized Signature

Manager Int'l. Services
Title

March 20, 2006
Date



## Attachment A: Delphi Corporation

Addendum to Exhibit E of the October 5, 2004 Engagement Letter

Other services listed below for authorized Delphi employees for the 2004, 2005, and 2006 calendar years are based on the following fee schedule per employee:

- Prepare amended US income tax returns for Employees Assigned To the Mexican Border — $375

- Prepare monthly Mexican non-resident income tax withholding calculation for Employees Assigned To the Mexican Border — $40

- Prepare and compile payments at host information for Employees Assigned From the US, Expatriates Assigned To the US, and Expatriates Assigned To and From Non-US Countries — $375