STINSON MORRISON HECKER LLP
Attorneys for Debtors and Debtors in Possession
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.
Mark S. Carder, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re                                                             :
                                                                      :        Chapter 11 Case No.
WORLDCOM, INC., et al.,                            :        02-13533 (AJG)
                                                                      :
                                                                      :        (Jointly Administered)
                            Debtors.                         :
---------------------------------------------------------x

## MOTION TO ADMISSION TO PRACTICE *PRO HAC VICE*

I, Mark A. Shaiken, a member in good standing of the bar[s] of the State of

Missouri, the State of Kansas, the United States Western District of Missouri, the District of

Kansas, and the Eighth Circuit Court of Appeals, request admission, *pro hac vice*, before the

Honorable United States Bankruptcy Judge, to represent WorldCom, Inc. and certain of its direct

and indirect subsidiaries, as debtors and debtors in possession, in the above-referenced cases.

| | |
|---|---|
| Mailing  Address: | Mark A. Shaiken<br>Stinson Morrison Hecker LLP<br>1201 Walnut St., Suite 2700<br>Kansas City, MO  64106 |
| E-mail: | mshaiken@stinsonmoheck.com |
| Telephone: | (816) 691-3204 |

I have agreed to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice.*

Dated:   5/15        , 2003

                                                /s/ Mark A. Shaiken
                                                Mark A. Shaiken
                                                1201 Walnut, Suite 2700
                                                Kansas City, MO  64106-2150
                                                (816) 842-8600
                                                (816) 691-3495- facsimile

## **ORDER**

**ORDERED,**

that Mark A. Shaiken, Esq. is admitted to practice *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of a filing fee.

Dated:  _____
     New York, New York


                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE

2