STINSON MORRISON HECKER LLP
Attorneys for ThyssenKrupp Budd Systems,
LLC, ThyssenKrupp Waupaca, Inc. and
ThyssenKrupp Stahl Company
1201 Walnut Street
Kansas City, MO  64106
Telephone:  (816) 842-8600
Facsimile:  (816) 691-3495
Mark A. Shaiken, Esq.
Greta A. McMorris, Esq.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | |
| | : | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | : | **Case No. 05-44481 (RDD)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-------------------------------------------------------------x

### MOTION TO ADMISSION TO PRACTICE *PRO HAC VICE*

I, Greta A. McMorris, a member in good standing of the bar[s] of the State of Missouri, the State of Kansas, the United States Western District of Missouri, the United States Eastern District of Missouri, the District of Kansas, the Eighth Circuit Court of Appeals, and Tenth Circuit Court of Appeals, request admission, *pro hac vice*, before the Honorable United States Bankruptcy Judge, to represent ThyssenKrupp Budd Systems, LLC, ThyssenKrupp Waupaca, Inc. and ThyssenKrupp Stahl Company in the above-referenced cases.

Mailing  Address:	Greta A. McMorris
	Stinson Morrison Hecker LLP
	1201 Walnut St., Suite 2700
	Kansas City, MO  64106

E-mail:	gmcmorris@stinsonmoheck.com

Telephone:	(816) 691-3295

I have agreed to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 20, 2006

                                                  */s/ Greta A. McMorris*
                                                  Greta A. McMorris
                                                  1201 Walnut, Suite 2700
                                                  Kansas City, MO  64106-2150
                                                  (816) 842-8600
                                                  (816) 691-3495- facsimile

## **ORDER**

**ORDERED,**

that Greta A. McMorris, Esq. is admitted to practice *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to the payment of a filing fee.

Dated: _____
      New York, New York

                                                  _____
                                                  UNITED STATES BANKRUPTCY JUDGE