**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X
In re:                                                                  In Proceedings For A
                                                                        Reorganization Under
**DELPHI CORPORATION, et al,**                                          Chapter 11
                                                                        Case No.: 05-44481
                                                                        Jointly Administered
Delphi Automotive Systems LLC                                           Case No.: 05-44640
                            Debtors.
-----------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$24,897.01** from:

        SE Setco Service Co. (Transferor)
        3650 Burnette Pk Dr.
        Suwanee, GA 30024
        Attention: Mr. Thomas P. Burns Jr.

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                               Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                _____
                                                                  Deputy Clerk