UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

In re:                                              :                    Chapter 11
                                                    :
Delphi Automotive Systems LLC,                      :                    Case No. 05-44640 (RDD)
                                                    :
                        Debtors.                    :
                                                    :
                                                    :

--------------------------------------------------------X

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

**TO: UGS CORP.**
**(F/K/A UNIGRAPHICS SOLUTIONS, INC.)**
("ASSIGNOR")

| Address per Debtor's Schedules: | Address per Proof of Claim: |
|---|---|
| P O Box 502825 | 2000 Eastman Dr. |
| St. Louis, MO 63150-2825 | Milford, OH 45150 |

As of April 21, 2006, Assignor's Claim against Debtor in the principal amount of $1,180,009.63 has been transferred to the following Assignee:

> **JPMorgan Chase Bank, N.A.**
> **270 Park Avenue, 17th Floor**
> **New York, NY 10017**
> **Attention:      Stanley Lim**
> **Telephone:    (212) 270-4421**
> **Fascimile:     (212) 270-2157**
> **E-mail:          stanley.lim@jpmorgan.com**

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

**PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:**

> **JPMorgan Chase Bank, N.A.**
> **270 Park Avenue, 17th Floor**
> **New York, NY 10017**
> **Attention:**      **Stanley Lim**
> **Telephone:**     **(212) 270-4421**
> **Fascimile:**      **(212) 270-2157**
> **E-mail:**           stanley.lim@jpmorgan.com

**WITH A COPY TO :**

> **Kirkpatrick & Lockhart Nicholson Graham LLP**
> **599 Lexington Avenue**
> **New York, NY 10022**
> **Attention**      **Steven H. Epstein**
> **Telephone:**     **(212) 536-4830**
> **Fascimile:**      **(212) 536-4001**
> **E-mail :**         sepstein@klng.com

If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

> Dated:  April 21, 2006

> **JPMORGAN CHASE BANK, N.A.**

> By: _____
>      Name:
>      Title:        ANDREW OPEL
>                    AUT             TORY

## EXHIBIT A

Evidence Of Transfer Of Claim

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X

In re:                                            :         Chapter 11
                                                  :
Delphi Automotive Systems LLC,                    :         Case No. 05-44640 (RDD)
                                                  :
                            Debtors.              :
                                                  :
                                                  :
---------------------------------------------------------X

      **UGS CORP. (F/K/A UNIGRAPHICS SOLUTIONS, INC.)** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $1,180,009.63 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

      The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated April 14, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 21st day of April, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____

    Name:

    Title:

        ANDREW OPEL
        AUTHORIZED SIGNATORY

Accepted and agreed to as of this 21st date of
April, 2006

UGS CORP. (F/K/A UNIGRAPHICS
SOLUTIONS, INC,
as Assignor

By _____

    Name: Darius J. Vogt

    Title: VP Controller

## EXHIBIT B

Assignee's Payment and Delivery Instructions:

Notice:
Primary Contact:                 **Stanley Lim**
Street Address:                  **270 Park Avenue, 17th Floor**
City, State, Zip Code:           **New York, NY 10017**
Phone Number:                    **(212) 270-4421**
Fax Number:                      **(212) 270-2157**


Backup Contact:                  **Karoline Kane**
Phone Number:                    **(212) 270-0033**
Fax Number:                      **(212) 270-5347**


Wire:
Name of Bank:                    **JPMorgan Chase Bank, N.A.**
Routing Transit/ABA number:      **021000021**
Name of Account:                 **SPS High Yield Loan Trading**
Account Number:                  **544-7-94742**

## EXHIBIT C

<u>Proof of Claim</u>

| United States Bankruptcy Court  Southern   District Of  New York | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>Delphi Automotive Systems LLC | Case Number<br>05-44640 | This Space For Court Use Only |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>UGS Corp.<br>f/k/a Unigraphics Solutions Inc.<br><br>Name and Address where notices should be sent:<br><br>UGS Corp.<br>2000 Eastman Drive<br>Milford, Ohio 45150<br><br>Telephone Number: 513-576-2400 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☒ Check box if the address differs from the address on the envelope sent to you by the court. | This Space For Court Use Only |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor:  See attached Summary | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim dated: _____ |
|---|---|

| 1. Basis for Claim | |
|---|---|
| ☒ Goods sold | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) |
| ☒ Services performed | ☐ Wages, salaries, and compensation (fill out below) |
| ☐ Money loaned | Last four digits of your SS #: _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☐ Taxes | from _____ to _____ |
| ☐ Other | (date)          (date) |

| 2. Date debt was incurred:<br>See attached Summary | 3. If court judgment, date obtained:<br>N/A |
|---|---|

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim $ 1,180,009.63**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim.**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:

☐ Real Estate  ☐ Motor Vehicle   ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

| 5. Total Amount of Claim at Time Case Filed: | $1,180,009.63 | -- | -- | $1,180,009.63 |
|---|---|---|---|---|
| | (Unsecured) | (Secured) | (Priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
8. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

This Space For Court Use Only

| Date:<br>04/12/2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br>_Thomas F. Eberle_<br>Thomas F. Eberle<br>Assistant General Counsel |
|---|---|

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

**UGS Corp**
**Delphi Corporation-Chapter 11**
**Summary of Pre-petition Invoices - UGS**

| Bill-to | Invoice # / Description | Invoice Date | PO# | Project # | Billed-to | Billed by | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| 4007399 | 80311536 | 9/21/2005 | 450108723 | 6604 | Delphi - Delco Electronics & Safety | UGS Corp | $12,480.00 | Services for the Month of September 2005 |
| 4007731 | 80297797 | 6/24/2005 | AES32242 002 | 3294 | Delphi Energy & Chasis System | UGS Corp | $12,480.00 | Services for the Month of June 2005 |
| 4022580 | 80311538 | 9/22/2005 | S2S55009 | n/a | Delphi Saginaw Steerging Sys | UGS Corp | $18,585.00 | Nissan Supplier Design Seat |
| 4022819 | 80312375 | 9/30/2005 | AES36122 | 6524 | Delphi Automotive Systems | UGS Corp | $13,198.66 | Services and Expenses for September 2005 |
| 4022820 | 80311078 | 9/16/2005 | 450131311 | n/a | Delphi Energy & Chasis Systems | UGS Corp | $15,000.00 | TC Visualization VSA Option |
| 4038159 | 80306307 | 8/10/2005 | 450110687 | n/a | Delphi Delco Electronics Co | UGS Corp | $492.00 | TC Community Client NU License |
| 4038159 | 80308294 | 9/2/2005 | 450110687 | n/a | Delphi Delco Electronics Co | UGS Corp | $492.00 | TC Community Client Visual NU License |
| 4038159 | 80306308 | 8/10/2005 | 450110688 | n/a | Delphi Delco Electronics Co | UGS Corp | $492.00 | TC Community Client Visual NU License |
| 4038159 | 80308293 | 9/2/2005 | 450110588 | n/a | Delphi Delco Electronics Co | UGS Corp | $492.00 | TC Community Client Visual NU License |
| 4040840 | 80306529 | 10/4/2005 | P1537701 001 | 3305 | Delphi Packard Electric Systems | UGS Corp | $149,759.00 | In-House Unigraphics Training |
| 4052075 | 80312374 | 9/30/2005 | 450139817 | 7313 | Delphi - Northfield Crossing | UGS Corp | $20,000.00 | Services for the Month of September 2005 |
| 4052075 | 80298345 | 6/30/2005 | DWS09762 | 4820 | Delphi - Northfield Crossing | UGS Corp | $7,700.00 | Services for the Month of June 2005 |
| 4052075 | 80302843 | 7/27/2005 | DWS09762 | 4820 | Delphi - Northfield Crossing | UGS Corp | $1,397.97 | Travel Expenses |
| 4052075 | 80307475 | 8/30/2005 | DWS09762 | 4820 | Delphi - Northfield Crossing | UGS Corp | $5,313.00 | Services for the Month of August 2005 |
| 4052075 | 80311539 | 9/30/2005 | DWS09762 | 4820 | Delphi - Northfield Crossing | UGS Corp | $20,479.82 | Services for the Month of September 2005 |
| 4052075 | 80311534 | 9/22/205 | DWS09932 | 5315 | Delphi - Northfield Crossing | UGS Corp | $75,137.00 | Services for the Month of September 2005 |
| 4052075 | 80302758 | 7/26/2005 | DWS11469 | 6606 | Delphi - Northfield Crossing | UGS Corp | $20,356.00 | Services for the Month of July 2005 |
| 4052075 | 80307107 | 8/31/2005 | DWS11469 | 6606 | Delphi - Northfield Crossing | UGS Corp | $4,515.00 | Services for the Month of August 2005 |
| 4055183 | 80311533 | 9/21/2005 | DWS09929 | 5318 | Delphi Corporation | UGS Corp | $12,000.00 | Services for the Month of September 2005 |
| 4055163 | On Account Payment | 9/2/2005 | | | Delphi Corporation | UGS Corp | ($6,560.00) | Overpayment on Invoice 80302582 |
| 4055163 | 80311532 | 9/21/2005 | DWS09947 | 5314 | Delphi Corporation | UGS Corp | $116,160.00 | Services for the Month of September 2005 |
| 4055163 | 80307955 | 9/1/2005 | DWS11328 | n/a | Delphi Corporation | UGS Corp | $482,084.00 | Maintenance for September 2005 |
| 4058546 | 80315845 | 10/11/2005 | DWS11328 | n/a | Delphi Corporation | UGS Corp | $106,857.68 | Partial Invoice - Balance remaining on Invoice for October Maintenance |
| 8919153 | 80308292 | 9/2/2005 | 450111331 | n/a | Delphi Corporation | UGS Corp | $1,476.00 | TC Community Client Visual NU License Partial Invoice - Balance remaining on Invoice |
| 4058553 | 80317096 | 10/31/2005 | 450139817 | 7313 | Delphi - Northfield Crossing | UGS Corp | $4,516.13 | for October Services |
| 4058553 | 80317097 | 10/31/2005 | DWS09762 | 4820 | Delphi - Northfield Crossing | UGS Corp | $337.31 | Travel Expenses Partial Invoice - Balance remaining on Invoice |
| 4058562 | 80316697 | 12/2/2005 | 450108723 | 6604 | Delphi - Delco Electronics & Safety | UGS Corp | $2,818.06 | for October Services |
| 4058655 | 80316782 | 10/26/2005 | 450118518 | n/a | Delphi Corporation | UGS Corp | $15,502.00 | Training |
| 4058546 | 80316694 | 10/31/2005 | DWS09929 | 5318 | Delphi Corporation | UGS Corp | $12,000.00 | Services for the Month of October 2005 Partial Invoice - Balance remaining on Invoice |
| 4058553 | 80316695 | 10/31/2005 | DWS09932 | 5315 | Delphi - Northfield Crossing | UGS Corp | $52,480.00 | for October Services |

$1,160,009.63

## SERVICE INVOICE

REPRINT

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 503825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80311536 | 09/21/2005 | | 1 of 1 |
| Customer PO Number | | | Date |
| 450108723 | | | |
| Order Number | | | Date |
| 20486024 | | | 09/21/2005 |
| Sold-To | | | Bill-To |
| 701600 | | | 4007399 |
| Customer Contact Name | | | |

BILL TO:
Attn: MANUAL RECEIPTS PROCESSING, MS-A241
DELPHI - DELCO ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005
USA

SHIP TO:
DELPHI - DELCO ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005
USA

PROJECT: 6604   DELPHI NX INTERACTIVE

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Kevin Hickey | 12,480.00 USD |
| | | VENDOR NUMBER: 1012790 | | |
| | | ITEM NUMBER: 00010 | | |
| | | ITEM IDENTIFICATION NO.: PR10170833 00010 | | |
| | | UGS PLM SOLUTIONS TO PROVIDE TRAINING ON UNIGRAPHICS NX | | |
| | | 07/01/2005 THROUGH 12/31/05 | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: DAN SWART (765)451-9936 | | |
| | | EMAIL ADDRESS: DANIEL.L.SWART@DELPHI.COM | | |

|  |  | Labor Sub-Total | 12,480.00 USD |
|---|---|---|---|
| | | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 60 days | TOTAL | 12,480.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80297797 | 06/24/2005 | 1 of 1 |
| Customer PO Number | | Date |
| AES32242 002 | | |
| Order Number | | Date |
| 20465245 | | 06/24/2005 |
| Sold-To | | Bill-To |
| 701164 | | 4007731 |
| Customer Contact Name | | |

BILL TO:
Attn: JOHN SWANSON
DELPHI ENERGY & CHASSIS SYSTEM
FLINT EAST ENGINEERING
M/C 485.220.120
3224 DAVISON ROAD
FLINT MI 48556
USA

SHIP TO:
DELPHI E & C FLINT EAST
DELPHI AUTOMOTIVE SYSTEMS
1601 NORTH AVERILL ROAD - 501 RECEI
FLINT MI 48556
USA

Customer Account Analyst: Mrs. Debra K. Harlow  (513) 578-2130

PROJECT: 3294  DELPHI CYCLE TIME REDUCTION-CAM POST GEN

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | David R Dion | 12,480.00 USD |

VENDOR NUMBER: 12-338-3504
ITEM SEQUENCE 00004
ITEM IDENTIFICATION NO. PRG14565 001
UGS-PLM CAM SUPPORT FOR TC-FLT, TC-ROCH & TC-MEX
MODEL SHOPS
PROVIDED BY: DAVID DION
WHO ORDERED: 4507/77288/SWANSON
EMAIL ADDRESS JOHN.SWANSON@DELPHI.COM

FOR SERVICES PERFORMED FOR THE MONTH OF: JUNE 2005

| | |
|---|---|
| Labor Sub-Total | 12,480.00 USD |
| Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 60 days | TOTAL | 12,480.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80311538 | 09/22/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 82555009 | | 09/19/2005 |
| Quote Number | | Date |
| 378481 | | 09/22/2005 |
| Sold-To | | Bill-To |
| 70491 | | 4022680 |
| Customer Contact Name | | |
| LISA BADOUR | | |

BILL TO:
Attn: LISA BADOUR
DELPHI SAGINAW STEERING SYSTEMS
3900 HOLLAND ROAD
SAGINAW MI 48601
USA

SHIP TO:
Attn: LISA BADOUR
DELPHI SAGINAW STEERING SYSTEMS
(3SI) SERVICE ORDERS
3900 HOLLAND ROAD
SAGINAW MI 48601
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Mrs. Linda L Tayon (734) 953-3828

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
VENDOR NUMBER 12-335-9504
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 1 | User | NS611 | Nissan Supplier Design Seat | 18,585.00   USD |

ITEM SEQUENCE 00001
ITEM IDENTIFICATION NO. PR429663 001
WHO ORDERED: L. BADOUR/757-5812
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Installation: 70491/DELPHI SAGINAW STEERING SYSTEMS

| Invoice Sub-Total Value: | | | 18,585.00   USD |
|---|---|---|---|
| Tax Code 01 | 0.00 USD | | |
| Tax Total: | | | 0.00   USD |
| PAYMENT TERMS:Net due within 60 days | | | 18,585.00   USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80312375 | 09/30/2005 | | 1 of 2 |
| Customer PO Number | | | Date |
| AES36122 | | | |
| Order Number | | | Date |
| 20489803 | | | 09/30/2005 |
| Sold-To | | | Bill-To |
| 701230 | | | 4022819 |
| Customer Contact Name | | | |
| | | | |

BILL TO:
Attn: MIKE WADE MC 485-240-075
DELPHI AUTOMOTIVE SYSTEMS
1601 NORTH AVERILL
FLINT MI 48556
USA

SHIP TO:
DELPHI E & E FLINT EAST
1601 N. AVERILL RD - 501 RECEIVING
FLINT MI 48556
USA

PROJECT: 6524  DELPHI - VSA Support E&C TCF

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | William Van Luven | 13,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION NO.: PRG48720 002
DIMENSIONAL MANAGEMENT CONSULTING & SUPPORT
SERVICES FOR TC DAYTON
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: 4520/10657/CALDWELL

| | Labor Sub-Total | 13,000.00 USD |
|---|---|---|

| | EXPENSES | William Van Luven | 126.06 USD |
|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00003
ITEM IDENTIFICATION NO.: PRG48720 003
TRAVEL TO TCD FOR DM CONSULTING
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: 4520/10657/CALDWELL

| | EXPENSES | William Van Luven | 22.60 USD |
|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00003
ITEM IDENTIFICATION NO.: PRG48720 003
TRAVEL TO TCD FOR DM CONSULTING
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: 4520/10657/CALDWELL

| | EXPENSES | William Van Luven | 50.00 USD |
|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00003
ITEM IDENTIFICATION NO.: PRG48720 003
TRAVEL TO TCD FOR DM CONSULTING
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: 4520/10657/CALDWELL

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

Date/Doc. no.
09/30/2005 / 80312375

Page
2

BILL TO:
Attn: MIKE WADE MC 485-240-075
DELPHI AUTOMOTIVE SYSTEMS
1601 NORTH AVERILL
FLINT MI 48556
USA

SHIP TO:
DELPHI E & E FLINT EAST
1601 N. AVERILL RD - 501 RECEIVING
FLINT MI 48556
USA

| Quantity | UM | Category Taxable | Description | | Total Value (USD) |
|---|---|---|---|---|---|
| | | | | Expense Sub-Total | 198.66 USD |
| | PAYMENT TERMS: | | Net due within 30 days | TOTAL | 13,198.66 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80311078 | 09/16/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450131311 | | 09/06/2005 |
| Quote Number | | Date |
| 377379 | | 09/16/2005 |
| Sold-To | | Bill-To |
| 1005821 | | 4022820 |
| Customer Contact Name | | |
| RICH DELGROSSO | | |

BILL TO:
Attn: WILLIAM CALDWELL, M/C 485-220-075
DELPHI ENERGY & CHASIS SYSTEMS
FLINT TECHNICAL CENTER -IFTC
DOCK 591
1601 N AVERILL AVE
FLINT  MI  48556
USA

SHIP TO:
Attn: RICH DELGROSSO
DELPHI - ENERGY & CHASSIS SYSTEMS
MAIL STOP 2-17
2000 FORRER BOULEVARD
KETTERING  OH  45420
USA

Any inquiries about this Invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Mrs. Linda L Tayon  (734) 953-3828

**************************
VENDOR NUMBER 12-338-9504
**************************

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 2 | User | VS21395 | TC Visualization VSA Option | 15,000.00  USD |

```
****************************************
ITEM SEQUENCE 00010
ITEM IDENTIFICATION NO. PR10193745 00010
WHO ORDERED: WILLIAM CALDWELL, M/C 485-220-075
****************************************
```

| 20484946 | | Maintenance End Date:    03/31/2006 | |
| | | Installation: 1005821/DELPHI - ENERGY & CHASSIS SYSTEMS | |

| Invoice Sub-Total Value: | | | 15,000.00  USD |
|---|---|---|---|
| Tax: Code 01 | 0.00 USD | | |
| Tax Total: | | | 0.00  USD |
| PAYMENT TERMS:Net due within 30 days | | | 15,000.00  USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80306307 | 08/10/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450110687 | | 08/10/2005 |
| Quote Number | | Date |
| 370905 | | 08/10/2005 |
| Sold-To | | Bill-To |
| 1120708 | | 4038159 |
| Customer Contact Name | | |
| MARK VOLPP | | |

BILL TO:
Attn: MANUAL RECEIPTS PROC, MS-CTA229
DELPHI DELCO ELECTRONICS CORP
PO BOX 9005
KOKOMO IN 46904-9005
USA

SHIP TO:
Attn: MARK VOLPP
DELPHI WORLD HEADQUARTERS - TCC
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3818
* * * * * * * * * * * * * * * * * * *
VENDOR NUMBER 12-338-9504
* * * * * * * * * * * * * * * * * * *

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 10 | User | TCC23825 | TC Community Client Visual NU License | 0.00 USD |

ITEM NO. 00010
ITEM IDENTIFICATION NO. PR10176063 00010
WHO ORDERED:  S. KAY
* * * * * * * * * * * * * * * * * * * *

20477241

Maintenance End Date:      08/31/2006
Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC

TCC23825_RR        TCC23825 An/Tr/Uv                                                         492.00 USD
Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC

| | | | | |
|---|---|---|---|---|
| Invoice Sub-Total Value: | | | | 492.00 USD |
| | Tax: Code 01 | 0.00 USD | | |
| Tax Total: | | | | 0.00 USD |
| PAYMENT TERMS:Net due within 60 days | | | | 492.00 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80308294 | 09/02/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450110687 | | 09/02/2005 |
| Quote Number | | Date |
| 374618 | | 09/02/2005 |
| Sold-To | | Bill-To |
| 1120708 | | 4038159 |
| Customer Contact Name | | |
| MARK VOLPP | | |

BILL TO:
Attn: MANUAL RECEIPTS PROC, MS-CTA229
DELPHI DELCO ELECTRONICS CORP
PO BOX 9005
KOKOMO IN 46904-9005
USA

SHIP TO:
Attn: MARK VOLPP
DELPHI WORLD HEADQUARTERS - TCC
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3618
. . . . . . . . . . . . . . . . . . . .
VENDOR NUMBER 12-338-9604
. . . . . . . . . . . . . . . . . . . .

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 10 | User | TCC23825 | TC Community Client Visual NU License | 0.00 USD |

. . . . . . . . . . . . . . . . . . . .
ITEM NO. 00010
ITEM IDENTIFICATION NO. PR10176063 00010
WHO ORDERED:  S. KAY
. . . . . . . . . . . . . . . . . . . .

20482075

| | | | Maintenance End Date: 09/30/2005 | |
|---|---|---|---|---|
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |
| | | TCC23825_RR | TCC23825 An/Tr/Uv | 492.00 USD |
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |

Invoice Sub-Total Value:                                    492.00  USD
         Tax: Code 01         0.00 USD

Tax Total:                                                    0.00  USD
PAYMENT TERMS:Net due within 60 days                         492.00  USD

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80306308 | 08/10/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450110888 | | |
| Quote Number | | Date |
| 370909 | | 08/10/2005 |
| Sold-To | | Bill-To |
| 1120708 | | 4038159 |
| Customer Contact Name | | |
| MARK VOLPP | | |

BILL TO:
Attn: MANUAL RECEIPTS PROC, MS-CTA229
DELPHI DELCO ELECTRONICS CORP
PO BOX 9005
KOKOMO IN  46904-9005
USA

SHIP TO:
Attn: MARK VOLPP
DELPHI WORLD HEADQUARTERS - TCC
5725 DELPHI DRIVE
TROY  MI  48098-2815
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3818

* * * * * * * * * * * * * * * * * * * *

VENDOR NUMBER 12-338-9504
* * * * * * * * * * * * * * * * * * * *

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 10 | User | TCC23825 | TC Community Client Visual NU License | 0.00  USD |
| | | * * * * * * * * * * * * * * * * * * * * | | |
| | | ITEM NO. 00010 | | |
| | | ITEM IDENTIFICATION NO. PR10173063 00010 | | |
| | | WHO ORDERED:  S. KAY | | |
| | | * * * * * * * * * * * * * * * * * * * | | |
| | | 20477245 | Maintenance End Date:     08/31/2005 | |
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |
| | | TCC23825_RR | TCC23825 An/Tr/Uv | 492.00  USD |
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |

| | | | |
|---|---|---|---|
| Invoice Sub-Total Value: | | | 492.00  USD |
| | Tax: Code 01 | 0.00 USD | |
| Tax Total: | | | 0.00  USD |
| PAYMENT TERMS:Net due within 60 days | | | 492.00  USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file.  If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above.  Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80308293 | 09/02/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450110688 | | 09/02/2005 |
| Quote Number | | Date |
| 374613 | | 09/02/2005 |
| Sold-To | | Bill-To |
| 1120708 | | 4038159 |
| Customer Contact Name | | |
| MARK VOLPP | | |

BILL TO:
Attn: MANUAL RECEIPTS PROC, MS-CTA229
DELPHI DELCO ELECTRONICS CORP
PO BOX 9005
KOKOMO IN 46904-9005
USA

SHIP TO:
Attn: MARK VOLPP
DELPHI WORLD HEADQUARTERS - TCC
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3818
* * * * * * * * * * * * * * * * *
VENDOR NUMBER 12-338-9504
* * * * * * * * * * * * * * * * *

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 10 | User | TCC23825 | TC Community Client Visual NU License | 0.00  USD |
| | | * * * * * * * * * * * * * * * * * | | |
| | | ITEM NO. 00010 | | |
| | | ITEM IDENTIFICATION NO. PR10173063 00010 | | |
| | | WHO ORDERED: S. KAY | | |
| | | * * * * * * * * * * * * * * * * * | | |
| | | 20482072 | Maintenance End Date:   09/30/2006 | |
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |
| | | TCC23825_RR | TCC23825 An/Tr/Uv | 492.00  USD |
| | | | Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC | |

| Invoice Sub-Total Value: | | 492.00  USD |
|---|---|---|
| Tax: Code 01 | 0.00 USD | |
| Tax Total: | | 0.00  USD |
| PAYMENT TERMS:Net due within 60 days | | 492.00  USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file.  If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above.  Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# Service Invoice

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST. LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80306529 | 08/31/2005 | 1 of 1 |
| Customer PO Number | | Date |
| P1537701 001 | | |
| Order Number | | Date |
| 20003500 | | 08/31/2005 |
| Sold To: | Bill To: | |
| 701345 | 4040840 | |
| Customer Contact Name | | |

BILL TO:
DELPHI PACKARD ELECTRIC SYSTEMS
ATTN: ROCKY SANDRELLA M/S 92T
P.O. BOX 431
WARREN OH 44486

SHIP TO:
DELPHI ENERGY & CHASSIS SYSTEM
PO BOX 1042, 4-09
DAYTON 45401-1042

PROJECT: 3305 DELPHI – UG iMAN MENTORING

| Quantity | UM | Category<br>Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | John Wisniewski | 149,760.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION NO: PRX6054L 001
IN-HOUSE UNIGRAPHICS TRAINING
WHO ORDERED: GARY HUDSON

| | | |
|---|---|---|
| | Labor Sub-Total | 149,760.00 USD |
| | Expense Sub-Total | 0.00 USD |
| PAYMENT TERMS:    Net due within 60 days | TOTAL | 149,760.00 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp. Customer Services 13690 Riverport Drive, Maryland Heights, MO 63043 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80312374 | 09/30/2005 | | 1 of 1 |
| Customer PO Number | | | Date |
| 450139817 | | | |
| Order Number | | | Date |
| 20489856 | | | 09/30/2005 |
| Sold-To | | | Bill-To |
| 701216 | | | 4052075 |
| Customer Contact Name | | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - NORTHFIELD CROSSING (NFC)
M/C 480-415-204
1441 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

PROJECT: 7313  DELPHI-THIN CLIENT

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Ravi Ajmera | 20,000.00 USD |
| | | VENDOR NUMBER: 1012790 | | |
| | | ITEM NUMBER: 00010 | | |
| | | ITEM IDENTIFICATION NO.: PR10225279 010 | | |
| | | CONTRACT ONE UGS RESOURCES FOR 4 MONTHS EACH TO | | |
| | | PROVIDE TEAMCENTER ENTERPRISE THIN CLIENT DEVELOPMENT | | |
| | | FOR THE GES PROGRAM. | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: P. DOMINGUEZ | | |
| | | EMAIL TO JAMES.W.KELLY@DELPHI.COM | | |

| | | | Labor Sub-Total | 20,000.00 USD |
|---|---|---|---|---|
| | | | Expense Sub-Total | 0.00 USD |
| PAYMENT TERMS: | Net due within 30 days | | TOTAL | 20,000.00 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
| --- | --- | --- |
| 80296345 | 06/30/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DW509762 | | |
| Order Number | | |
| 20467874 | | 06/30/2005 |
| Sold-To | | Bill-To |
| 701216 | | 4052075 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

PROJECT: 4826  DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
| --- | --- | --- | --- | --- |
| 50.00 | h | CONSULTANT | Sanjay S. Jain | 7,700.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION #: PR1E7811 001
CONTRACT A UGS RESOURCE TO PROVIDE TEAMCENTER ENGINEERING AND ENTERPRISE INTERGRATION
ASSESSMENT SERVICES FOR THE GLOBAL ENGINEERING SYSTEM (GES)
WHO ORDERED: JAMES KELLY
SERVICES FOR THE MONTH OF: JUNE 2005
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

| | |
| --- | --- |
| Labor Sub-Total | 7,700.00 USD |
| Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 7,700.00 USD |
| --- | --- | --- | --- |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80302843 | 07/27/2005 | | 1 of 2 |
| Customer PO Number | | | Date |
| DW509762 | | | |
| Order Number | | | |
| 20473997 | | | 07/27/2005 |
| Sold-To | | | Bill-To |
| 701216 | | | 4052075 |
| Customer Contact Name | | | |
| | | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY  MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY  MI 48098-2815
USA

PROJECT: 4820  DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| | | | Labor Sub-Total | 0.00 USD |
| | | EXPENSES | Sanjay S. Jain | 917.24 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 189.28 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 64.70 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 96.35 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST.LOUIS, MO 63150-2825

Date/Doc. no.
07/27/2005 / 80302843

Page
2

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| | | EXPENSES | Sanjay S. Jain | 38.40 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 80.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 22.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |

Expense Sub-Total          1,397.97 USD

PAYMENT TERMS:     Net due within 30 days          TOTAL          1,397.97 USD

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80307475 | 08/30/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DW509762 | | |
| Order Number | | Date |
| 29481191 | | 08/30/2005 |
| Sold-To | | Bill-To |
| 701216 | | 4052075 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

PROJECT: 4820  DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 34.50 | h | CONSULTANT | Sanjay S. Jain | 5,313.00 USD |

VENDOR NUMBER: 12-336-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION #: PR1E7611 001
CONTRACT A UGS RESOURCE TO PROVIDE TEAMCENTER ENGINEERING AND ENTERPRISE INTERGRATION
ASSESSMENT SERVICES FOR THE GLOBAL ENGINEERING SYSTEM (GES)
WHO ORDERED: JAMES KELLY
SERVICES FOR THE MONTH OF: AUGUST 2005
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

| | |
|---|---|
| Labor Sub-Total | 5,313.00 USD |
| Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 5,313.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 60311539 | 09/30/2005 | 1 of 2 |
| Customer PO Number | | Date |
| DWS09782 | | |
| Order Number | | Date |
| 20488397 | | 09/22/2005 |
| Sold-To | | Bill-To |
| 701216 | | 4052075 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - NORTHFIELD CROSSING (NFC)
MIC 480-415-204
1441 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

PROJECT: 4820 DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 131.00 | h | CONSULTANT | Sanjay S. Jain | 20,174.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION #: PR1E7811 001
CONTRACT A UGS RESOURCE TO PROVIDE TEAMCENTER ENGINEERING AND ENTERPRISE INTERGRATION
ASSESSMENT SERVICES FOR THE GLOBAL ENGINEERING SYSTEM (GES)
WHO ORDERED: JAMES KELLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

| | Labor Sub-Total | 20,174.00 USD |
|---|---|---|

EXPENSES                Sanjay S. Jain                        109.69 USD
VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION #: PR1E7811 002
TRAVEL EXPENSES
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

EXPENSES                Sanjay S. Jain                        39.93 USD
VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION #: PR1E7811 002
TRAVEL EXPENSES
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

EXPENSES                Sanjay S. Jain                        156.90 USD
VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION #: PR1E7811 002
TRAVEL EXPENSES
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

Date/Doc. no.
09/30/2005 / 80311539

Page
2

BILL TO:
Attn: JAMES KELLY
DELPHI - NORTHFIELD CROSSING (NFC)
M/C 480-415-204
1441 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

| Quantity | UM | Category Taxable | Description | | Total Value (USD) |
|---|---|---|---|---|---|
| | | | | Expense Sub-Total | 305.82 USD |

| | PAYMENT TERMS: | Net due within 30 days | | TOTAL | 20,479.82 USD |
|---|---|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80311534 | 09/22/2005 | 1 of 2 |
| Customer PO Number | | Date |
| DWS09932 | | |
| Order Number | | |
| 20486265 | | 09/22/2005 |
| Sold-To | | Bill-To |
| 701216 | | 4052075 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - NORTHFIELD CROSSING (NFC)
M/C 480-415-204
1441 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

## PROJECT: 5315 DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Scott R Reynolds | 12,480.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00001 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 001 | | |
| | | CONTRACT A UGS RESOURCE TO PROVIDE SYSTEM | | |
| | | ADMINISTRATION SERVICES FOR THE GLOBAL ENGINEERING | | |
| | | SYSTEM (GES) PROGRAM OFFICE IN TROY, MICHIGAN | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Santosh K. Kar | 20,000.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 002 | | |
| | | CONTRACT A UGS RESOURCE TO PROVIDE SYSTEM | | |
| | | TECHNICAL CONSULTING SERVICES FOR THE GLOBAL ENGINEERING | | |
| | | SYSTEM (GES) PROGRAM OFFICE IN TROY, MICHIGAN | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Raja Sekhar Panchumarthi | 8,150.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00005 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 005 | | |
| | | TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL | | |
| | | ENGINEERING SYSTEM (GES) PROJECT. | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |

# SERVICE INVOICE

| PLEASE REMIT TO: | Date/Doc. no. | Page |
|---|---|---|
| UGS Corp. | 09/22/2005 / 80311534 | 2 |
| P.O.BOX 502825 | | |
| ST.LOUIS, MO 63150-2825 | | |

**BILL TO:**
Attn: JAMES KELLY
DELPHI - NORTHFIELD CROSSING (NFC)
M/C 480-415-204
1441 WEST LONG LAKE RD
TROY MI 46098
USA

**SHIP TO:**
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Easwar Prakash Petla | 8,150.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00006 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 006 | | |
| | | TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL | | |
| | | ENGINEERING SYSTEM (GES) PROJECT. | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Varanasi Veerabhadrarao | 6,357.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00007 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 007 | | |
| | | TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL | | |
| | | ENGINEERING SYSTEM (GES) PROJECT. | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Jason D. Limke | 20,000.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00003 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9849 003 | | |
| | | CONTRACT A UGS RESOURCE TO PROVIDE DEVELOPMENT | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |

| | | |
|---|---|---|
| | Labor Sub-Total | 75,137.00 USD |
| | Expense Sub-Total | 0.00 USD |
| PAYMENT TERMS: Net due within 30 days | TOTAL | 75,137.00 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80302758 | 07/26/2005 | | 1 of 1 |
| Customer PO Number | | | Date |
| DWS11469 | | | |
| Order Number | | | Date |
| 20473631 | | | 07/26/2005 |
| Sold-To | | | Bill-To |
| 701216 | | | 4052075 |
| Customer Contact Name | | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

PROJECT: 6608  DELPHI GAP ANALYSIS

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| *1.000 | hours | | CONSULTANT | 20,355.00 USD |
| | | | VENDOR NUMBER: 12-338-9504 | |
| | | | ITEM SEQUENCE: 00001 | |
| | | | ITEM IDENTIFICATION NO.: PR2E0485 001 | |
| | | | CONTRACT UGS RESOURCE TO PROVIDE A GAP ANALYSIS | |
| | | | FUNTIONALITY REVIEW AND SUPPORT FOR THE UPGRADE | |
| | | | OF GES TO THE TEAMCENTER ENTERPRISE 2005 VERSION | |
| | | | REFERENCE: JB-051205 | |
| | | | SERVICES FOR THE MONTH OF: JULY 2005 | |
| | | | WHO ORDERED: PATRICIA DOMINGUEZ | |

| | | | Labor Sub-Total | 20,355.00 USD |
|---|---|---|---|---|
| PAYMENT TERMS: | Net due within 30 days | | TOTAL | 20,355.00 |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

## SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| B0307107 | 08/31/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DWS11469 | | |
| Order Number | | Date |
| 20479996 | | 08/25/2005 |
| Sold-To | | Bill-To |
| 701215 | | 4052075 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI - TIMBERLAND IV
M/C 480-413-205
1450 WEST LONG LAKE RD
TROY MI 48098
USA

SHIP TO:
Delphi Automotive Systems
World Headquarters
5725 Delphi Drive
TROY MI 48098-2815
USA

### PROJECT: 6606  DELPHI GAP ANALYSIS

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1.000 | EA | | CONSULTANT | 4,515.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION NO.: PR2E0486 001
CONTRACT UGS RESOURCE TO PROVIDE A GAP ANALYSIS
FUNTIONALITY REVIEW AND SUPPORT FOR THE UPGRADE
OF GES TO THE TEAMCENTER ENTERPRISE 2005 VERSION
REFERENCE: JB-051205
SERVICES FOR THE MONTH OF: AUGUST 2005
WHO ORDERED: PATRICIA DOMINGUEZ

| | | | Labor Sub-Total | 4,515.00 USD |
|---|---|---|---|---|
| | PAYMENT TERMS: | Net due within 30 days | TOTAL | 4,515.00 |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80311533 | 09/21/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DWS09929 | | |
| Order Number | | Date |
| 20486023 | | 09/21/2005 |
| Sold-To | | Bill-To |
| 701168 | | 4055163 |
| Customer Contact Name | | |

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Customer Account Analyst: Mrs. Debra K. Harlow (513) 576-2130

PROJECT: 5318  DELPHI - TEAMCENTER

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | William M Englerth | 12,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION NO.: PR1E9821 001
JAN-DEC FY 2005 UGS PAYMENTS FOR PACKARD UGS TEAM
CENTER CONTRACT PERSON INVOICED AND PAID MONTHLY.
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: DONNA MILLER
EMAIL ADDRESS: DONNA.A.MILLER@DELPHI.COM

| | | |
|---|---|---|
| | Labor Sub-Total | 12,000.00 USD |
| | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 12,000.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

4055163    / 5000        Items      4
DELPHI CORPORATION
48098 TROY

| Billing doc no. | Doc.no. | DT | Doc.date | Due date | Days | Cur | Amount | Clr | Text |
|---|---|---|---|---|---|---|---|---|---|

Open items

| 0080311533 | 1002280699 | RV | 09/21/2005 | 10/21/2005 | 119 | USD | 12,000.00/ | | |
| WIRE TRANSFER | 1002259821 | DZ | 09/02/2005 | 08/28/2005 | 173 | USD | 6,560.00- | | inv# 80302582/DWS05947 - |
| 0080311533 | 1002280698 | RV | 09/21/2005 | 10/21/2005 | 119 | USD | 116,160.00/ | | |
| 0080307955 | 1002258497 | RV | 09/01/2005 | 10/31/2005 | 109 | USD | 482,084.00/ | | |

Selected

| 0004055163 | 603,684.00  USD |
|---|---|

Displayed

| 0004055163 | 603,684.00  USD |
|---|---|

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 60311632 | 09/21/2005 | 1 of 3 |
| Customer PO Number | | Date |
| DWS09947 | | |
| Order Number | | Date |
| 20485021 | | 09/21/2005 |
| Sold-To | | Bill-To |
| 701168 | | 4055163 |
| Customer Contact Name | | |

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Customer Account Analyst: Mrs. Debra K. Harlow (513) 576-2130

PROJECT: 5314  DELPHI - CAD/IMan

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Stephen D Frazier | 12,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION NO.: PR1E9843 001
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-A UGS-DSL
PERSON, INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | Brian Brun | 12,000.00 USD |
|---|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00003
ITEM IDENTIFICATION NO.: PR1E9843 003
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-E&S KOKOMO UGS
CAD SUPPORT CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | Scot A McKittrick | 12,000.00 USD |
|---|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00004
ITEM IDENTIFICATION NO.: PR1E9843 004
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-E&S KOKOMO UGS
CAD SUPPORT CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | James R Fox | 12,000.00 USD |
|---|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00005
ITEM IDENTIFICATION NO.: PR1E9843 005
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-E&C DAYTON UGS
CAD SUPPORT CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

Date/Doc. no.
09/21/2005 / 80311532

Page
2

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | James E Bruso | 12,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00006
ITEM IDENTIFICATION NO.: PR1E9843 006
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-E&C FLINT UGS
FUEL HANDLING, CYCLE TIME REDUCTION CONTRACT PERSON.
INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | Mark A Cirillo | 12,480.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00007
ITEM IDENTIFICATION NO.: PR1E9843 007
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-E&C ROCHESTER UGS/IMAN
MENTORING CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | Ross D Bowman | 12,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00008
ITEM IDENTIFICATION NO.: PR1E9843 008
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-T&I UGS/IMAN
MENTORING/TRAINING CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

| 1 | EA | CONSULTANT | Eric R Netzloff | 12,000.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00009
ITEM IDENTIFICATION NO.: PR1E9843 009
JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-T&I UGS/IMAN
MENTORING/TRAINING CONTRACT PERSON. INVOICED AND PAID MONTHLY
SERVICES FOR THE MONTH OF: SEPTEMBER 2005
WHO ORDERED: GARY PILARSKI
EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM

# SERVICE INVOICE

| PLEASE REMIT TO: | Date/Doc. no. | Page |
|---|---|---|
| UGS Corp. | 09/21/2005 / 80311532 | 3 |
| P.O.BOX 502825 | | |
| ST.LOUIS, MO 63150-2825 | | |

| BILL TO: | SHIP TO: |
|---|---|
| Attn: GARY PILARSKI | DELPHI CORPORATION |
| DELPHI CORPORATION | WORLD HEADQUARTERS |
| NORTHFIELD CROSSING | 5725 DELPHI DRIVE |
| 1441 WEST LONG LAKE ROAD | TROY MI 48098-2815 |
| TROY MI 48098 | USA |
| USA | |

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Charles Dix | 13,120.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00010 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9843 010 | | |
| | | JAN.-DEC. 2005 UGS PAYMENT FOR DELPHI-S UGS-UG/IMAN | | |
| | | MENTORING CONTRACT PERSON. INVOICED AND PAID MONTHLY. | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: GARY PILARSKI | | |
| | | EMAIL ADDRESS: GARY.M.PILARSKI@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Rick J Licursi | 6,560.00 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00011 | | |
| | | ITEM IDENTIFICATION NO.: PR1E9892 001 | | |
| | | UGS SOLUTIONS SPECIALIZE RESOURCES TO DELIVER APPLICATION | | |
| | | SUPPORT. SERVICES COVERING THE PERIOD FROM JANUARY 1, 2005 | | |
| | | THRU DECEMBER 23, 2005. (TWENTY HOUR A WEEK) | | |
| | | SERVICES FOR THE MONTH OF: SEPTEMBER 2005 | | |
| | | WHO ORDERED: CLAUDIA FRISCH | | |
| | | EMAIL ADDRESS: CLAUDIA.M.FRISCH@DELPHI.COM | | |

|  | Labor Sub-Total | 116,160.00 USD |
|---|---|---|
|  | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 116,160.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# MAINTENANCE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80307955 | 09/01/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DWS11328 | | 03/31/2006 |
| Quote Number | | Date |
| 352441 | | 05/11/2005 |
| Sold-To | | Bill-To |
| 1005774 | | 4055163 |
| Customer Contact Name | | |
| GARY PILARSKI | | |

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY  MI  48098
USA

SHIP TO:
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY  MI  48098
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3818

---

COMMENTS:

Maintenance, enhancement and support services ("ME&S") are governed by the terms and conditions of the Master Software
License and Service Agreement between the Customer and UGS Corp.

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) | |
|---|---|---|---|---|---|
| 1,946 | User | UGDPH1000 | DELPHI SITE LICENSE PORTFOLIO BNDL<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 163,908.56 | USD |
| 1,775 | User | IMDPH1001 | TcEng - Delphi User Client Bundle<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 149,446.04 | USD |
| 260 | User | IM11520 | TcEng - Author<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 24,104.20 | USD |
| 276 | User | IM11515 | TcEng - Reviewer<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 24,104.20 | USD |
| 502 | User | SEDPH1000-ENG | Delphi SE Bundle<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 43,387.56 | USD |
| 900 | User | VS21100 | TC Visualization Pro Plus, Alt Plat<br>Maintenance Period: 09/01/2005 thru 09/30/2005<br>Installation: 1005774/DELPHI - CONTRACT | 77,133.44 | USD |

| | | | |
|---|---|---|---|
| Invoice Sub-Total Value: | | | 482,084.00 USD |
| | Tax: Code 05 | 0.00 USD | |
| Tax Total: | | | 0.00 USD |
| PAYMENT TERMS:Net due within 60 days | | | 482,084.00 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file.  If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above.  Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# MAINTENANCE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST. LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80315845 | 10/11/2005 | 1 of 1 |
| Customer PO Number | | Date |
| DWS11328 | | 03/31/2006 |
| Quote Number | | Date |
| 352441 | | 05/11/2005 |
| Sold-To | | Bill-To |
| 1005774 | | 4058546 |
| Customer Contact Name | | |
| GARY PILARSKI | | |

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION-DIP
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI CORPORATION
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Mrs. Linda L Tayon (734) 953-3828

COMMENTS:

Maintenance, enhancement and support services ("ME&S") are governed by the terms and conditions of the Master Software
License and Service Agreement between the Customer and UGS Corp.

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 1,946 | User | UGDPH1000 | DELPHI SITE LICENSE PORTFOLIO BNDL<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 163,908.66  USD |
| 1,775 | User | IMDPH1001 | TcEng - Delphi User Client Bundle<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 149,446.04  USD |
| 260 | User | IM11520 | TcEng - Author<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 24,104.20  USD |
| 276 | User | IM11515 | TcEng - Reviewer<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 24,104.20  USD |
| 502 | User | SEDPH1000-ENG | Delphi SE Bundle<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 43,387.56  USD |
| 900 | User | VS21100 | TC Visualization Pro Plus, All Plat<br>Maintenance Period: 10/01/2005 thru 10/31/2005<br>Installation: 1005774/DELPHI - CONTRACT | 77,133.44  USD |

| Invoice Sub-Total Value: | | 482,084.00  USD |
|---|---|---|
| Tax Code 05 | 0.00 USD | |
| Tax Total: | | 0.00  USD |
| PAYMENT TERMS:Net due within 60 days | | 482,084.00  USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

*Balance* $108,852.68

## INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST. LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80308292 | 09/02/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450111331 | | 09/02/2005 |
| Quote Number | | Date |
| 374609 | | 09/02/2005 |
| Sold-To | | Bill-To |
| 1120708 | | 9819153 |
| Customer Contact Name | | |
| MARK VOLPP | | |

BILL TO:
Attn: TONY BOLDA
DELPHI A WORLD HEADQUARTERS
M/C 146,HEN.555
PO BOX 20366
ROCHESTER NY 14602
USA

SHIP TO:
Attn: MARK VOLPP
DELPHI WORLD HEADQUARTERS - TCC
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Rosemary E Boyle  (734) 953-3818

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

VENDOR NUMBER 12-338-9504
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| Quantity | UM | Material Number Taxable | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| 30 | User | TCC23825 | TC Community Client Visual NU License | 0.00 USD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

ITEM NO. 00010
ITEM IDENTIFICATION NO. PR10177072 00010
WHO ORDERED: TONY BOLDA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

20462070

Maintenance End Date:    09/30/2005
Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC

TCC23825_RR    TCC23825 An/Tr/Uv                                          1,476.00 USD
Installation: 1120708/DELPHI WORLD HEADQUARTERS - TCC

Invoice Sub-Total Value:                                                       1,476.00 USD
          Tax: Code 01           0.00 USD

Tax Total:                                                                          0.00 USD
PAYMENT TERMS: Net due within 60 days                                   1,476.00 USD

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill state tax on all customers who do not have a valid tax exemption certificate on
file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your
payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use
Tax 2000 Eastman Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 60317098 | 10/31/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450139817 | | |
| Order Number | | Date |
| 20496227 | | 10/27/2005 |
| Sold-To | | Bill-To |
| 701218 | | 4058553 |
| Customer Contact Name | | |

BILL TO:
Attn: JAMES KELLY
DELPHI-NORTHFIELD CROSSING (NFC)-DI
M/C 480-415-204
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

PROJECT: 7313 DELPHI-THIN CLIENT

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Ravi Ajmera | 20,000.00 USD |

VENDOR NUMBER: 1012790
ITEM NUMBER: 00010
ITEM IDENTIFICATION NO.: PR10225279 010
CONTRACT ONE UGS RESOURCES FOR 4 MONTHS EACH TO
PROVIDE TEAMCENTER ENTERPRISE THIN CLIENT DEVELOPMENT
FOR THE GES PROGRAM.
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: P. DOMINGUEZ
EMAIL TO JAMES.W.KELLY@DELPHI.COM

|  | Labor Sub-Total | 20,000.00 USD |
|---|---|---|
|  | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 20,000.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

Balance 4516.13

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | | Page | |
|---|---|---|---|---|
| 60317097 | 10/28/2005 | | 1 of 1 | |
| Customer PO Number | | | Date | |
| DWS09762 | | | | |
| Order Number | | | Date | |
| 20495843 | | | 10/28/2005 | |
| Sold-To | | | Bill-To | |
| 701216 | | | 4058553 | |
| Customer Contact Name | | | | |

BILL TO:
Attn: JAMES KELLY
DELPHI-NORTHFIELD CROSSING (NFC)-DI
M/C 480-415-204
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

PROJECT: 4820  DELPHI - GES

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| | | | | |
| | | | Labor Sub-Total | 0.00 USD |
| | | EXPENSES | Sanjay S. Jain | 152.25 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | EXPENSES | Sanjay S. Jain | 155.06 USD |
| | | VENDOR NUMBER: 12-338-9504 | | |
| | | ITEM SEQUENCE: 00002 | | |
| | | ITEM IDENTIFICATION #: PR1E7811 002 | | |
| | | TRAVEL EXPENSES | | |
| | | WHO ORDERED: JAMES KELLY | | |
| | | EMAIL ADDRESS: JAMES.W.KELLY@DELPHI.COM | | |
| | | | Expense Sub-Total | 307.31 USD |
| | | PAYMENT TERMS: | Net due within 30 days | TOTAL  307.31 USD |

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

**PLEASE REMIT TO:**
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80316697 | 10/31/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450108723 | | |
| Order Number | | Date |
| 20495342 | | 10/25/2005 |
| Sold-To | | Bill-To |
| 701600 | | 4058562 |
| Customer Contact Name | | |

**BILL TO:**
Attn: MANUAL RECEIPTS PROCESSING, MS-A241
DELPHI-DELCO ELECTRONICS & SAFETY-D
PO BOX 9005
KOKOMO IN 46904-9005
USA

**SHIP TO:**
DELPHI - DELCO ELECTRONICS & SAFETY
P.O. BOX 9005
KOKOMO IN 46904-9005
USA

PROJECT: 6604  DELPHI NX INTERACTIVE

| Quantity | UM | Category | Description | Total Value (USD) |
|---|---|---|---|---|
| | | Taxable | | |
| 1 | EA | CONSULTANT | Kevin Hickey | 12,480.00 USD |

VENDOR NUMBER: 1012790
ITEM NUMBER: 00010
ITEM IDENTIFICATION NO.: PR10170833 00010
UGS PLM SOLUTIONS TO PROVIDE TRAINING ON UNIGRAPHICS NX
07/01/2005 THROUGH 12/31/05
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: DAN SWART (765)461-9936
EMAIL ADDRESS: DANIEL.L.SWART@DELPHI.COM

| | | |
|---|---|---|
| | Labor Sub-Total | 12,480.00 USD |
| | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 12,480.00 USD |
|---|---|---|---|

**Sales Tax Notice:**
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

Balance 2818.06

# INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O. BOX 502825
ST. LOUIS, MO 63150-2825

| Invoice Number | Date | Page |
|---|---|---|
| 80316782 | 10/26/2005 | 1 of 1 |
| Customer PO Number | | Date |
| 450118518 | | 08/15/2005 |
| Order Number | | Date |
| 20495780 | | 10/26/2005 |
| Sold-To | | Bill-To |
| 1055236 | | 4068655 |
| Customer Contact Name | | |
| SCOTT REYNOLDS | | |

BILL TO:
Attn: Accounts Payable
DELPHI CORPORATION-DIP
480-415-113
5725 DELPHI DRIVE
TROY MI 48098
USA

SHIP TO:
Attn: SCOTT REYNOLDS
DELPHI - GES MODEL OFFICE
M/C 480-415-204
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

Any inquiries about this invoice please call: 1-800-955-0000 OPTION 1,1
Customer Account Analyst: Ms. Karen R. Young (513) 576-2052

| Quantity | UM | Material Number | Material Description | Extended Net (USD) |
|---|---|---|---|---|
| | | Taxable | | |
| 1 | each | PKM370-OS | TC Ent Thin Client Customizaton-OS | 12,000.00 USD |

TC Ent Thin Client Customizaton-OS
Tuition for up to six persons at customer site 5 days
- Travel and Living expenses for the instructor are in addition to the price of the on-site class
***ITEM SEQUENCE 00010***
***ITEM IDENTIFICATION NO. PR10188969 00010***
***CLASS DATES: 9/12 - 9/16/05***
***ORDERED BY PATRICIA DOMINGUEZ***

| 2 | each | TR2200-OS | FEE EXCLUSIVE USE OF MOBILE CLASS EQUIP | 2,400.00 USD |

Fee for Exclusive Use of Mobile Classroom Equipment Per week
utilization for 4 laptop workstations. Each laptop is equipped with all necessary software and training data.
***ITEM SEQUENCE 00010***
***ITEM IDENTIFICATION NO. PR10188969 00010***
***CLASS DATES: 9/12 - 9/16/05***
***ORDERED BY PATRICIA DOMINGUEZ***

| 1 | each | TL-EXPENSES | ES TRAVEL & LIVING EXPENSES | 1,102.00 USD |

***ITEM SEQUENCE 00010***
***ITEM IDENTIFICATION NO. PR10188969 00010***
***CLASS DATES: 9/12 - 9/16/05***
***UGS INSTRUCTOR: MARK BERNING***
***ORDERED BY PATRICIA DOMINGUEZ***

Invoice Sub-Total Value:                                          15,502.00 USD
          Tax: Code 06        0.00 USD
          Tax: Code 04        0.00 USD
Tax Total:                                                        0.00 USD
PAYMENT TERMS: Net due within 60 days                            15,502.00 USD

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above.  Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

REPRINT

| Invoice Number | Date | Page |
|---|---|---|
| 80316694 | 10/31/2005 | 1 of 1 |

| Customer PO Number | Date |
|---|---|
| DWS09929 | |

| Order Number | Date |
|---|---|
| 20495339 | 10/25/2005 |

| Sold-To | Bill-To |
|---|---|
| 70116B | 4058546 |

| Customer Contact Name | |
|---|---|
| | |

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

BILL TO:
Attn: GARY PILARSKI
DELPHI CORPORATION-DIP
NORTHFIELD CROSSING
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI CORPORATION
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

Customer Account Analyst: Mrs. Debra K. Harlow (513) 576-2130

PROJECT: 5316  DELPHI - TEAMCENTER

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | William M Englerth | 12,000.00  USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION NO.: PR1E9821 001
JAN-DEC FY 2005 UGS PAYMENTS FOR PACKARD UGS TEAM
CENTER CONTRACT PERSON INVOICED AND PAID MONTHLY.
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: DONNA MILLER
EMAIL ADDRESS: DONNA.A.MILLER@DELPHI.COM

| | | |
|---|---|---|
| Labor Sub-Total | | 12,000.00  USD |
| Expense Sub-Total | | 0.00  USD |

| PAYMENT TERMS: | Net due within 60 days | TOTAL | 12,000.00  USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If
you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the
Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman
Drive Milford, Ohio 45150 USA

# SERVICE INVOICE

REPRINT

| Invoice Number | Date | | Page |
|---|---|---|---|
| 80316695 | 10/31/2005 | | 1 of 2 |
| Customer PO Number | | | Date |
| DWS09932 | | | |
| Order Number | | | Date |
| 20495338 | | | 10/25/2005 |
| Sold-To | | | Bill-To |
| 701216 | | | 4058553 |
| Customer Contact Name | | | |

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

BILL TO:
Attn: JAMES KELLY
DELPHI-NORTHFIELD CROSSING (NFC)-DI
M/C 480-415-204
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

PROJECT: 5315 DELPHI - GES

| Quantity | UM | Category *Taxable* | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Scott R Reynolds | 12,480.00 USD |

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00001
ITEM IDENTIFICATION NO.: PR1E9849 001
CONTRACT A UGS RESOURCE TO PROVIDE SYSTEM
ADMINISTRATION SERVICES FOR THE GLOBAL ENGINEERING
SYSTEM (GES) PROGRAM OFFICE IN TROY, MICHIGAN
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM

| 1 | EA | CONSULTANT | Santosh K. Kar | 20,000.00 USD |
|---|---|---|---|---|

VENDOR NUMBER: 12-336-9504
ITEM SEQUENCE: 00002
ITEM IDENTIFICATION NO.: PR1E9849 002
CONTRACT A UGS RESOURCE TO PROVIDE SYSTEM
TECHNICAL CONSULTING SERVICES FOR THE GLOBAL ENGINEERING
SYSTEM (GES) PROGRAM OFFICE IN TROY, MICHIGAN
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM

| 1 | EA | CONSULTANT | Raja Sekhar Panchumarthi | 8,150.00 USD |
|---|---|---|---|---|

VENDOR NUMBER: 12-338-9504
ITEM SEQUENCE: 00005
ITEM IDENTIFICATION NO.: PR1E9849 005
TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL
ENGINEERING SYSTEM (GES) PROJECT.
SERVICES FOR THE MONTH OF: OCTOBER 2005
WHO ORDERED: JAMES KELLY
EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM

# SERVICE INVOICE

PLEASE REMIT TO:
UGS Corp.
P.O.BOX 502825
ST.LOUIS, MO 63150-2825

| Date/Doc. no. | Page |
|---|---|
| 10/31/2005 / 80316695 | 2 |

BILL TO:
Attn: JAMES KELLY
DELPHI-NORTHFIELD CROSSING (NFC)-DI
M/C 480-415-204
1441 WEST LONG LAKE ROAD
TROY MI 48098
USA

SHIP TO:
DELPHI AUTOMOTIVE SYSTEMS
WORLD HEADQUARTERS
5725 DELPHI DRIVE
TROY MI 48098-2815
USA

| Quantity | UM | Category Taxable | Description | Total Value (USD) |
|---|---|---|---|---|
| 1 | EA | CONSULTANT | Esswar Prakash Petla | 8,150.00 USD |
| | | VENDOR NUMBER: 12-338-9504 ITEM SEQUENCE: 00008 ITEM IDENTIFICATION NO.: PR1E9849 008 TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL ENGINEERING SYSTEM (GES) PROJECT. SERVICES FOR THE MONTH OF: OCTOBER 2005 WHO ORDERED: JAMES KELLY EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Varanasi Veerabhadrarao | 6,357.00 USD |
| | | VENDOR NUMBER: 12-338-9504 ITEM SEQUENCE: 00007 ITEM IDENTIFICATION NO.: PR1E9849 007 TO PROVIDE DEVELOPMENT SERVICES FOR THE E&C GLOBAL ENGINEERING SYSTEM (GES) PROJECT. SERVICES FOR THE MONTH OF: OCTOBER 2005 WHO ORDERED: JAMES KELLY EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |
| 1 | EA | CONSULTANT | Jason D. Limke | 20,000.00 USD |
| | | VENDOR NUMBER: 12-338-9504 ITEM SEQUENCE: 00003 ITEM IDENTIFICATION NO.: PR1E9849 003 CONTRACT A UGS RESOURCE TO PROVIDE DEVELOPMENT SERVICES FOR THE MONTH OF: OCTOBER 2005 WHO ORDERED: JAMES KELLY EMAIL ADDRESS JAMES.W.KELLY@DELPHI.COM | | |

| | | |
|---|---|---|
| | Labor Sub-Total | 75,137.00 USD |
| | Expense Sub-Total | 0.00 USD |

| PAYMENT TERMS: | Net due within 30 days | TOTAL | 75,137.00 USD |
|---|---|---|---|

Sales Tax Notice:
Auditing procedures require that UGS Corp. bill sales tax on all customers who do not have a valid tax exemption certificate on file. If you are invoiced for tax and possess a valid tax exemption certificate, please subtract the tax invoiced and mail your payment to the Remit To address displayed above. Please mail your sales tax exemption certificate to UGS Corp Attn: Sales/Use Tax 2000 Eastman Drive Milford, Ohio 45150 USA

*Paid <22657.00>*
*Balance $2480.00*