UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
In re:                                           :       Chapter 11
                                                 :
Delphi Automotive Systems LLC,                   :       Case No. 05-44640 (RDD)
                                                 :
            Debtors.                             :
                                                 :
                                                 :
------------------------------------------------X

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO FRBP RULE 3001(e)(2)

TO: TECNOMATIX UNICAM, INC.
("ASSIGNOR")

| Address per Debtor's Schedules: | Address per Proof of Claim: |
|---|---|
| Two International Drive, Ste 150 | c/o UGS Corp., 2000 Eastman Dr. |
| Portsmouth, NH 03801 | Milford, OH 45150 |

As of April 21, 2006, Assignor's Claim against Debtor in the principal amount of $72,053.73 has been transferred to the following Assignee:

**JPMorgan Chase Bank, N.A.**
**270 Park Avenue, 17th Floor**
**New York, NY 10017**
**Attention:**    **Stanley Lim**
**Telephone:**    **(212) 270-4421**
**Fascimile:**    **(212) 270-2157**
**E-mail:**       **stanley.lim@jpmorgan.com**

The Evidence of Transfer of Claim is attached as Exhibit A and the Assignee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, NY 10017
Attention:     Stanley Lim
Telephone:    (212) 270-4421
Fascimile:    (212) 270-2157
E-mail:       stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:     Steven H. Epstein
Telephone:    (212) 536-4830
Fascimile:    (212) 536-4001
E-mail :      sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE ASSIGNEE WILL BE SUBSTITUTED FOR THE ASSIGNOR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: April 21, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name:  ANDREW OPEL
Title:  AUTHO___ ___ SIGNATORY

## EXHIBIT A

Evidence Of Transfer Of Claim

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   In re:                                            :        Chapter 11

   Delphi Automotive Systems LLC,        :        Case No. 05-44640 (RDD)

                   Debtors.       :

------------------------------------------------------------X

     **TECNOMATIX UNICAM, INC.** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMORGAN CHASE BANK, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $72,053.73 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

     The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated April 14, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 21st day of April, 2006.

                                                JPMORGAN CHASE BANK, N.A.,
                                                as Assignee

By _____
    Name:
    Title:   ANDREW OPEL
              AUTHORIZED SIGNATORY

Accepted and agreed to as of this 21st date of April, 2006

TECNOMATIX UNICAM, INC., as Assignor

By _____
Name: _____
Title: VP _____

## EXHIBIT B

<u>Assignee's Payment and Delivery Instructions</u>:

<u>Notice</u>:
| | |
|---|---|
| Primary Contact: | **Stanley Lim** |
| Street Address: | **270 Park Avenue, 17th Floor** |
| City, State, Zip Code: | **New York, NY 10017** |
| Phone Number: | **(212) 270-4421** |
| Fax Number: | **(212) 270-2157** |
| | |
| Backup Contact: | **Karoline Kane** |
| Phone Number: | **(212) 270-0033** |
| Fax Number: | **(212) 270-5347** |

<u>Wire</u>:
| | |
|---|---|
| Name of Bank: | **JPMorgan Chase Bank, N.A.** |
| Routing Transit/ABA number: | **021000021** |
| Name of Account: | **SPS High Yield Loan Trading** |
| Account Number: | **544-7-94742** |

## EXHIBIT C

Proof of Claim

# PROOF OF CLAIM

United States Bankruptcy Court, **Southern** District Of **New York**

**Name of Debtor:** Delphi Automotive Systems LLC
**Case Number:** 05-44640

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Tecnomatix Unicam, Inc.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name and Address where notices should be sent:**
UGS Corp.
2000 Eastman Drive
Milford, Ohio 45150

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☒ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone Number:** 513-576-2400

**Last four digits of account or other number by which creditor identifies debtor:** DEL001

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

### 1. Basis for Claim
- ☐ Goods sold
- ☒ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)           (date)

### 2. Date debt was incurred:
06/08/2005

### 3. If court judgment, date obtained:
N/A

### 4. Classification of Claim.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $72,053.73
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim.**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

### 5. Total Amount of Claim at Time Case Filed:
$ 72,053.73 (Unsecured)    --  (Secured)    --  (Priority)    $72,053.73 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. Credits:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. Supporting Documents:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. Date-Stamped Copy:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

**Date:** 04/12/2006
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *[signature]* Thomas F. Eberle, Assistant General Counsel

FILED 2006 APR 14 P 11:44 S.D. OF N.Y. BANKRUPTCY CT.

*Penalty for presenting fraudulent claim:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UGS Corp
Delphi Corporation-Chapter 11
Summary of Pre-petition Invoices - TCNO

| Bill-to | Invoice # / Description | Invoice Date | PO# | Project # | Billed-to | Billed by | Amount | Description |
|---|---|---|---|---|---|---|---|---|
| DEL001 | 05-06-17B | 6/8/2005 | 450106318 | | Delphi Delco Electronics | Tecnomatix Unicam, Inc | $72,053.73 | Maintenance for Period 6/1/05 - 5/31/06 |
| | | | | | | | $72,053.73 | |

Prepared 3/16/06

# Invoice

Tecnomatix Unicam, Inc.
dba Tecnomatix Electronics Div
125 Brewery Lane, Suite 210
Portsmouth, NH 03801
USA

Voice:  (603) 431-9411
Fax:    (603) 431-9516

Invoice Number: 05-06-17

Invoice Date: Jun 8, 2005

Page: 1

**Sold To:**
Delphi Delco Electronics Corp.
Attn: Manual Receipt MS-CTA229
P.O. Box 9005
Kokomo, IN  46904-9005

**Ship to:**
Delphi Delco Electronics Corp
Attn: Manual Receipt MS-CTA229
Kokomo, IN  46904

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| DEL001 | 450106318 | Net 55 Days  FOB Shipping Point |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| 127 | Not Applicable | | 8/2/05 |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | MAINT01 CIMBridge | Standard Maintenance and Support 06/01/05 - 05/31/06 | 72,053.73 | 72,053.73 |

Check/Credit Memo No:

Subtotal: 72,053.73
Sales Tax
Freight
Total Invoice Amount: 72,053.73
Payment/Credit Applied
**TOTAL** 72,053.73