BARNES & THORNBURG LLP
Attorneys for Clarion Corporation of America
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Telephone: (317) 236-1313
Facsimile: (317) 231-7433

Michael K. McCrory, Esq.
Telephone: (317) 231-7267

John T. Gregg, Esq.
Telephone: (616) 742-3930

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) |  |
| DELPHI CORPORATION, *et al*. ) | No. 05-44481 |
| ) |  |
| Debtors. ) | (Jointly Administered) |
| ) |  |

**STIPULATION FOR SUBSTITUTION OF COUNSEL**
**FOR CLARION CORPORATION OF AMERICA**

Barnes & Thornburg LLP ("Barnes & Thornburg") and Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury") hereby stipulate to the substitution of Barnes & Thornburg for Pillsbury as counsel of record for Clarion Corporation of America in the above-captioned case.

Dated: April 21, 2006                               Dated: April 21, 2006

BARNES & THORNBURG LLP                PILLSBURY WINTHROP SHAW
                                                              PITTMAN LLP

By:   /s/John T. Gregg                          By:   /s/Mark Houle
      Michael K. McCrory, Esq.                        Mark Houle, Esq.
      John T. Gregg, Esq.                             725 South Figueroa Street
      11 South Meridian Street                        Suite 2800
      Indianapolis, IN 46204-3535                     Los Angeles, California 90017
      Telephone: (317) 236-1313                       Telephone: (213) 488-7523
      Facsimile: (317) 231-7433                       Facsimile: (213) 629-1003
      michael.mccrory@btlaw.com                       mark.houle@pillsburylaw.com
      john.gregg@btlaw.com

GRDS01 JGREGG 329171v1