UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| DELPHI CORPORATION, *et al*. | ) ) ) | No. 05-44481 |
| Debtors. | ) ) | (Jointly Administered) |

**ORDER APPROVING STIPULATION FOR SUBSTITUTION
OF COUNSEL FOR CLARION CORPORATION OF AMERICA**

Upon review of the Stipulation for Substitution of Counsel for Clarion Corporation of America ("Clarion") executed by Barnes & Thornburg LLP ("Barnes & Thornburg") and Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"), and this Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the law firm of Barnes & Thornburg is substituted as counsel for Clarion in the place of Pillsbury.

Dated: April __, 2006

The Honorable Robert D. Drain
United States Bankruptcy Judge

GRDS01 JGREGG 329170v1