# EXHIBIT A

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT B

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT C

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

**Kennedy, Jennik & Murray, P.C.**
**113 University Place, 7th Floor**
**New York, NY 10003**
**(212)358-1500** (phone)
**(212)358-0207** (fax)

# EXHIBIT D

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

        **Kennedy, Jennik & Murray, P.C.**
        **113 University Place, 7th Floor**
        **New York, NY 10003**
        **(212)358-1500** (phone)
        **(212)358-0207** (fax)

# EXHIBIT E

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT F

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)

# EXHIBIT G

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

**Kennedy, Jennik & Murray, P.C.**
**113 University Place, 7th Floor**
**New York, NY 10003**
**(212)358-1500** (phone)
**(212)358-0207** (fax)

# EXHIBIT H

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

        **Kennedy, Jennik & Murray, P.C.**
        **113 University Place, 7th Floor**
        **New York, NY 10003**
        **(212)358-1500** (phone)
        **(212)358-0207** (fax)

# EXHIBIT I

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)