# EXHIBIT A

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

>Kennedy, Jennik & Murray, P.C.
>113 University Place, 7th Floor
>New York, NY 10003
>(212)358-1500 (phone)
>(212)358-0207 (fax)

# EXHIBIT B

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed.  It may be viewed on request by contacting the law offices of:**

> **Kennedy, Jennik & Murray, P.C.**
> **113 University Place, 7th Floor**
> **New York, NY 10003**
> **(212)358-1500** (phone)
> **(212)358-0207** (fax)