# EXHIBIT A

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

>Kennedy, Jennik & Murray, P.C.
>113 University Place, 7th Floor
>New York, NY 10003
>(212)358-1500 (phone)
>(212)358-0207 (fax)

# EXHIBIT B

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500 (phone)
(212)358-0207 (fax)

# EXHIBIT C

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

**Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500** (phone)
**(212)358-0207** (fax)

# EXHIBIT D

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

> Kennedy, Jennik & Murray, P.C.
> 113 University Place, 7th Floor
> New York, NY 10003
> (212)358-1500 (phone)
> (212)358-0207 (fax)

# EXHIBIT E

**Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:**

**Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500** (phone)
**(212)358-0207** (fax)

# EXHIBIT F

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

**Kennedy, Jennik & Murray, P.C.**
**113 University Place, 7th Floor**
**New York, NY 10003**
**(212)358-1500** (phone)
**(212)358-0207** (fax)

# EXHIBIT G

Due to the Court's file size limitations for electronic case filing, this exhibit has not been electronically filed. It may be viewed on request by contacting the law offices of:

Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
(212)358-1500 (phone)
(212)358-0207 (fax)