## FURUKAWA--LISTING OF INVOICES TO OFFSET

(Delphi Prop 040306)

| Process # | DUNS # | Plant Code | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order |
|---|---|---|---|---|---|---|---|---|
| 9000031638341 | RD 966877987 | K9 | 269050IPF4734309 | 9/8/05 | $144,232.32 | USD | 26905 | SAG90I4073 |
| 9000031663992 | RD 966877987 | K9 | 269340IPF4751110 | 9/9/05 | $137,251.92 | USD | 26934 | SAG90I4073 |
| 9000031881160 | RD 966877987 | K9 | 273110IPF5023829 | 9/28/05 | $137,163.84 | USD | 27311 | SAG90I4073 |
| 9000031783986 | RD 966877987 | K9 | 271430IPF4893521 | 9/20/05 | $134,514.72 | USD | 27143 | SAG90I4073 |
| 9000031924298 | RD 966877987 | K9 | 272760I436414801 | 9/30/05 | $10,897.92 | USD | 27276 | SAG90I4940 |
| 9000031865318 | RD 966877987 | J9 | 50498440001 | 9/27/05 | $1,200.00 | USD | 27315 | S3S32084 |

Misc Adjustment     $40.48

**TOTAL OFFSET AMOUNT**     **$565,301.20**

Blue Font: Reclamation Period Invoices to be switched

## FURUKAWA--LISTING OF INVOICES TO OFFSET (Replacement Proposal)

(Furukawa Prop 041906)

| Process # | DUNS # | Plant Code | Document # | Document Date | Total Amount | Currency Code | Bill Of Lading | Purchase Order | Furukawa Invoice Date |
|---|---|---|---|---|---|---|---|---|---|
| 9000031638341 | RD 966877987 | K9 | 269050IPF4734309 | 9/8/05 | $144,232.32 | USD | 26905 | SAG90I4073 | |
| 9000031663992 | RD 966877987 | K9 | 269340IPF4751110 | 9/9/05 | $137,251.92 | USD | 26934 | SAG90I4073 | |
| 9000031783986 | RD 966877987 | K9 | 271430IPF4893521 | 9/20/05 | $134,514.72 | USD | 27143 | SAG90I4073 | |
| 9000031865318 | RD 966877987 | J9 | 50498440001 | 9/27/05 | $1,200.00 | USD | 27315 | S3S32084 | |
| APPROVED | | K9 | I436360709 | | $39,836.16 | USD | 26644 | 90I4940 | 9/1/05 |
| APPROVED | | K9 | I436393024 | | $34,145.28 | USD | 26940 | 90I4941 | 9/12/05 |
| APPROVED | | K9 | I436393124 | | $39,836.16 | USD | 26941 | 90I4942 | 9/13/05 |
| APPROVED | | K9 | I436403728 | | $34,145.28 | USD | 27045 | 90I4943 | 9/21/05 |

Misc Adjustment     $139.36

**TOTAL OFFSET AMOUNT**     **$565,301.20**     OK per Dana Fidler 4/21/06

Green Font: Furukawa desired substitute invoices
Yellow highlighted area to be filled in by Delphi