# EXHIBIT A

DELPHI CORPORATION

# Lazard/UAW Data Request Lists

## As of April 18, 2006

LAZARD~1.DOC.1

CONFIDENTIAL |

APRIL 2006

April 24, 2006 1:47 am

LAZARD–1.DOC.1 | L A Z A R D

# Lazard Preliminary Data Request List

**LAZARD PRELIMINARY DATA REQUEST LIST**

*Sent November 1, 2005*
*** Note: items marked in bold and underlined signify priority items ***

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| I. Business/Operational Information | | |
| A. **High-level legal / corporate organizational / structure chart showing principal operating and financing entities, including location and ownership** | 1/22/06 | 83 days |
| — **Include structure chart for non-debtor operations if not captured above** | | |
| B. Summary and schedule of material partnerships, joint ventures and affiliates | 1/22/06 | 83 days |
| C. **Internal / consultant prepared market studies on sales / growth trends, cost and productivity initiatives, fixed / variable cost analysis, competitor or benchmarking analysis, market share, volume, pricing, etc.)** | 11/21/05 | 21 days |
| D. **Summary of material inter-company agreements between debtors and non-debtors (guarantees, tax sharing, etc.)** | | |

# Lazard Preliminary Data Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| E. **Summary terms of material customer contracts (revenue, volume, supply costs, profitability, payment terms and revenue giveback), including breakdown by product or business line** | 12/21/05 | 51 days |
| F. Summary description of sales and marketing process, including any new material customer relationships/contracts being marketed and likelihood of success, as well as bid history | | |
| G. Description of material supply contracts (volume, term, pricing, any hedges/forward contracts, etc.) | | |
| H. Description of hedging policies, including any hedging studies or analyses | 1/24/06 | 85 days |
| II. Manufacturing and Facility Information | | |
| A. Schedule of facilities by product line, including location, square footage, age, number of employees per facility (union and non-union) and whether facility is leased or owned (rent/mortgage amount) | 1/23/06 – 3/09/06 | 84 days, 88 days, 122 days, 129 days |
| B. Estimates and internal reports on capacity, utilization | | |
| C. Summary of planned facility closures due to anticipated restructuring activities | | |
| D. Discussion of plant closings in process or in consideration along with related economic considerations (i.e., cost/benefit analysis) | | |
| III. Personnel Information and Labor Agreements | | |

LAZARD–LDOC.1 | LAZARD

# Lazard Preliminary Data Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| A. Management organizational charts | 12/1/05 | 31 days |
| B. **Breakdown of employees:** | | |
| — By function (i.e., manufacturing, sales, administration, etc.) | 2/11/06 | 103 days |
| — By product line | 2/11/06 | 103 days |
| — **By general geographic region (U.S., Western Europe, China, etc.)** | 2/11/06 | 103 days |
| — Union vs. non-union | 2/11/06 | 103 days |
| — **Full-time versus temporary workforce** | 2/11/06 | 103 days |
| C. Personnel census summary by location (age, tenure, etc.) | 1/23/06 | 84 days |
| D. Description of collective bargaining agreements other than UAW's | | |
| E. **Summary pay scale for hourly wage employees by product line and location** | 2/13/06 | 105 days |
| F. **Summary of planned major restructuring activities in terms of expected impact on employees, including:** | | |
| — **Analysis of impact on hourly/salaried employees, including changes in headcount, salary, pension, benefits and any triggering of COBRA** | | |
| — Backup detail for "Cost Per Hour Pennysheet" Analysis (pg. 22 of October 21-22 Financial Overview presentation), as well as cost estimates for 2007 – 2009 | 11/22/05 | 22 days |

# Lazard Preliminary Data Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| **G. Internal, consultant or market studies regarding competitive wage and benefit structures, including:** | | |
| — Studies analyzing labor rates or costs per hour of revenue for both domestic and foreign operations | 11/21/05 | 21 days |
| — Other productivity measures, as well as any tradeoff analyses between labor costs and productivity | | |
| — Bureau of Labor Statistics report cited in Oct 20-21 proposal | 11/21/05 | 21 days |
| — CAR (Michigan consulting company) report cited in Oct 20-21 proposal | 11/21/05 | 21 days |
| H. Detail behind KERP proposal and discussion of retention issues | | |
| IV. Benefits (Pension and OPEB) | | |
| A. Schedule of pension plans and retiree medical obligations | | |
| — By division and product line | 1/13/06 – 1/20/06 | 74 days, 81 days |
| — By employee type (hourly vs. salaried) | 1/22/06 | 83 days |
| — By employee status (retiree vs. active, including vested and non-vested active employees) | 1/22/06 | 83 days |
| — By funding requirements (cash) and expense | 1/13/06 | 74 days |
| — By status, including assets/obligations | 1/22/06 | 83 days |

LAZARD-DOC.1  |  LAZARD

# Lazard Preliminary Data Request List (cont'd)

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| B. | Discussion of pension plan historical/forecasted performance and key assumptions used in forecasted performance | 1/26/06 | 87 days |
| C. | Discussion of retiree medical plans and obligations, including observed cost trends over past 5 years, forecasted spending amounts, and key assumptions/drivers | 1/31/06 | |
| D. | **Summary of retiree medical obligations, including terms of coverage, costs of each item covered, and other details relevant to understanding operation of retiree medical obligations** | **1/31/06** | **92 days** |
| E. | Copies of all actuarial and other reports, whether generated internally at Delphi or externally, forecasting pension and medical obligations | 1/31/06 | |
| F. | Copies of all reports, whether generated internally at Delphi or externally, analyzing pension and medical obligations and potential alternatives for addressing such obligations, or otherwise related to such obligations | 3/20/06 | |
| G. | **Copies of presentations, analyses and backup detail showing the benefit of freezing the pension plan vs. termination, including the differences by year, in terms of cash and expense** | **12/19/05 – 3/20/06** | **49 days, 140 days** |
| H. | Schedule of VEBA assets by entity | | |
| V. | Financial Information | | |
| A. | Consolidating and consolidated financial statements | 1/13/06 | 74 days |

LAZARD-I.DOC.1 | LAZARD

# Lazard Preliminary Data Request List (cont'd)

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| | (income statement, balance sheet and cash flow) by product line for historical (2002, 2003 and 2004) and forecast (2005 – 2009) | | |
| **B.** | **Latest DIP Budget** | 12/19/05 – 1/13/06 | 49 days, 74 days |
| **C.** | **Discuss key drivers and assumptions for forecasts and DIP Budget; examples include:** | | |
| | — **Continuing operations vs. planned divestitures/exits** | 3/10/06 | 130 days |
| | — **Covenant requirements** | | |
| | — **Business plan for new product launches and tooling expenditures incurred to date** | | |
| **D.** | Discuss profitability for the last three fiscal years | | |
| | — By product line | 1/13/06 | 74 days |
| | — By customer (or platform) | | |
| | — Domestic vs. international (by region) | 1/13/06 | 74 days |
| **E.** | Description of profitability improvement initiatives and lean manufacturing initiatives (timing, expected implementation costs and savings) | | |
| **F.** | Summary of non-restructuring related pro forma adjustments for the last three fiscal years (reconciliation from operating income to EBITDA) | | |

# Lazard Preliminary Data Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| **G.** **Discussion of SG&A and COGS, with detail by division, including:** | | |
| — **Breakdown of COGS, including materials, labor, variable and fixed manufacturing cost, scrap expense, plant overhead (if applicable), etc.** | 1/13/06 | 74 days |
| — **Breakdown of SG&A, including IT, HR, finance, legal, purchasing, corporate affairs, plant overhead (if applicable), etc.** | 3/15/06 | 135 days |
| — **Allocation of overhead by product line** | | |
| — **Allocation of D&A to SG&A and COGS** | | |
| **H.** **Detail of historical and projected working capital and capital expenditures by region and division, including assets under capital lease, any ROI analyses, etc.** | 1/13/06 | 74 days |
| **I.** Detail of NOLs and other tax credits, and reconciliation of 2004 pre-tax income to taxable income | 3/14/06 | 134 days |
| **J.** **Summary schedule of debt, including most recent amounts for capital leases, A/R securitization and factoring** | 1/24/06 | 85 days |
| **K.** **Summary of guarantors for each debt instrument** | 1/24/06 | 85 days |
| **L.** Schedule of intercompany notes/claims, indicating whether each is accounted for as debt or equity, as well as supporting documents | 4/13/06 | 164 days |
| **M.** Schedule of outstanding LCs | 2/9/06 | 101 days |

# Lazard Preliminary Data Request List (cont'd)

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| N. | **Preliminary schedule of claims and legal priority by entity, and any preliminary waterfall analyses illustrating how various claimholders may fair from distributions** | 2/11/06 | 103 days |
| O. | Preliminary liquidation analysis | 2/9/06 | 101 days |
| P. | **Status of compliance with covenants for each credit facility and discussion of any covenants for which there is a reasonable likelihood of noncompliance within the next 18 months** | 2/9/06 | 101 days |
| Q. | **Cash needs of business:** | | |
| — | **Discussion of minimum cash requirements to operate business, both in North America and globally** | | |
| — | **Overview of cash management systems** | | |
| — | **Discussion of existing and forecasted liquidity position** | 12/19/05 | 49 days |
| R. | Detail on mechanism(s) for cash repatriation from foreign subsidiaries (including description of any tax consequences) and financing requirements | 3/6/06 | 126 days |
| VI. | Other Information | | |
| A. | Copies of management letter from auditors for the last two years | | |
| B. | Minutes of board meetings for past year (specifically those involving restructuring subcommittee) as well as | | |

LAZARD

# Lazard Preliminary Data Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| board presentations | | |
| C. **Copies of third-party presentations (Rothschild, FTI or Kurtzman Carson Consultants, etc.) prepared over the past two years addressing appraisal/valuation, strategic initiatives, expressions of interest received, etc.** | | |
| D. Copies of internal/consultant prepared offering memoranda or other presentations to investors or potential acquirers | | |
| E. Presentations to rating agencies and research analysts for last 2 years | 2/11/06 | 103 days |
| F. **Description of any and all discussions or tentative plans regarding public/government support (e.g., tax abatements, workforce training funds, free land for greenfield operations, etc.)** | 2/11/06 | 103 days |
| G. Description of any pending or threatened litigation or environmental matters | 2/11/06 | 103 days |

LAZARD-DOC.1 | L A Z A R D

# Labor-Related Data Requests

## LABOR-RELATED DATA REQUESTS
*Requested during meeting with Rothschild on November 22, 2005*
*(meeting regarding the Pennysheet and competitive labor costs)*

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| I | Explanation and detail for several pennysheet items | | |
| A. | Headcount plan for 2006-2010 (employees, retirees, and if available, health plan members) | 1/31/06 | 70 days |
| B. | Detailed headcount walk for 2006-2010 broken down by active, contract, jobs, retirements and if available, health plan members | | |
| C. | Straight time wage increase assumptions for out-years | 1/23/06 | 62 days |
| D. | Profit-sharing calculation, including U.S. allocation | 2/14/06 | 84 days |
| E. | Workers' Compensation assumptions and methodology across years | | |
| **F.** | **Additional information on pension and OPEB (backup/bridge for analysis of traditional vs. proposed pennysheet amounts)** | | |
| G. | Additional information on medical plan insurance (SPD, all costing info. and assumptions) | 1/27/06 | 66 days |
| H. | Pennysheet for Contract and Skilled worker categories | 1/31/06 | 70 days |
| I. | Any comparable Pennysheet analysis for competitors | | |

# Labor-Related Data Requests (cont'd)

II.    Competitive analysis

A.    Supporting detail and calculations for reverse engineering on bids

B.    Backup details for all-in wages in "other estimated benchmark comparison"

C.    All supporting information as to why selected companies are comparable

D.    Backup detail and data behind CAR report

DATE RECEIVED

RESPONSE TIME

LAZARD-I.DOC.1 | LAZARD

# Modification Related Requests

## MODIFICATION RELATED REQUESTS

*Sent February 8, 2006*

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| I. | Assumptions used in the Modified Steady State Plan materials from Feb 2, 2006 | | |
| | A. Breakdown detail of labor-related cost savings, including wage reductions, healthcare reductions, elimination of JOBS, etc. | | |
| | B. Headcount walk used in pension savings (retirements down to 50+10/-75% elect retirement, etc.) | 3/24/06 | 44 days |
| | C. Detail behind calculations of pension and OPEB savings | | |
| | D. Estimated normalized pension expense that may remain with Delphi post-freeze (amount associated with salaried, etc.) | | |
| II. | High level assumptions used in the Modified Steady State Plan with Portfolio Changes | | |
| | A. COGS/Gross Margin – improvement in gross margin due to change in business mix? | | |
| | B. Material/manufacturing performance assumptions in forecast | | |
| | C. SG&A savings initiatives assumed | 3/15/06 | 35 days |
| | D. Booz Allen report discussing potential SG&A savings | 3/15/06 | 35 days |

# Steady State Scenario Requests

**STEADY STATE SCENARIO REQUESTS**

*Sent February 23, 2006*

| | | DATE RECEIVED | RESPONSE TIME |
|---|---|---|---|
| I. | Y-o-y revenue analysis by region and division for the forecasted period (similar format to Tab 5 of the Steady State Materials) | 4/3/06 – 4/13/06 | 39 days, 49 days |
| II. | Consolidating divisional P&L by facility and/or by region (breakdown from Revenue, Manufacturing, Freight/Material, engineering, JOBS/TLO, SG&A, D&A, EBITDA, Operating Income, as well as capital expenditures) | 3/24/06 – 4/06/06 | 29 days, 42 days |
| III. | Schedule of cost initiatives (SG&A and manufacturing), if any, to be implemented by each division by year | 3/30/06 | 35 days |
| IV. | Explanation of allocation methodology for corporate overhead and other P&L items for both divisional as well as regional financial projections | 3/30/06 | 35 days |
| V. | Pension and OPEB projected expenses and cash contribution amounts at the plant level for hourly/salaried and active/retiree to match Steady State figures (schedule provided corresponds to Summer 2005 Business Plan) | 3/24/06 | 29 days |

LAZARD–1-DOC.1 | LAZARD

# Steady State Scenario Requests (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| VI. Forecasted free cash flow before financing activities by division and by geography for the forecasted period. Please provide supporting numbers for the free cash flow number e.g. A/R, A/P, inventory balances, other assets and other liabilities by year, as well as capital expenditures | 4/12/06 | 48 days |
| VII. For each division and for the forecasted period, classification of salaried employees by general function, e.g. sales and marketing, planning, legal, finance, manufacturing, engineering. Please provide geographic segmentation as well, if available | | |

LAZARD-LDC.1 | LAZARD

APRIL 2006    CONFIDENTIAL

LAZARD-LDOC.1 | LAZARD

# Modified Steady State Scenario Requests

## MODIFIED STEADY STATE SCENARIO REQUESTS

*Sent March 10, 2006*

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| I. For the "left side" and "right side" projections, please provide the "headcount walk" by employee category (e.g. Tier I, Tier II, Tier IV, JOBS/TLO, contract labor, as applicable), labor reduction breakdown (buyouts, voluntary/MSR retirement, severance, etc.), tier conversion detail, need-to-run detail (left and right side), etc. (please refer to Rothschild's Model – Headcount Walk tab) | 3/24/06 | 14 days |
| II. For each headcount walk category above, please detail wage assumptions (including pension, OPEB and/or other benefits) for the different labor tiers and categories, as well as annual hours worked assumptions (please refer to Rothschild's Model – Labor tab) | 3/24/06 | 14 days |
| III. Please provide cash flow and balance sheet projections broken down by "left and right side " | | |
| IV. If available, please provide the "left side" and "right side" transformation projections broken down by debtor and non-debtor entities (request clarified as below on 3/16/2006) | 3/16/06 | 6 days |

# Modified Steady State Scenario Requests (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| **A.** Consistent with the original request, we're more interested in N. America on a "left side" and "right side" basis rather than consolidated. Full projections and not simply revenue and O.I. would be helpful. | | |
| **B.** Can you please provide the detail behind the assumptions for the allocations, such as cost structure, etc.? | | |
| **V.** Please provide year-over-year revenue analysis for the projection period for both "left and right side". Please provide detail on "commercial risk overlays in 2009 and 2010". | 3/16/06 | 6 days |
| **A.** A discussion of the revenue walk would be helpful; we are hoping to gain a better understanding as to what creates the pricing adjustments, etc. | | |
| **B.** What are the assumptions behind the price-givebacks? | | |
| **C.** The commercial risk overlays appear to be plugs to force the EBITDA margin back down to a 9.6% margin – how does Delphi justify this margin, and what is the basis? (Peer margins appear lower). | | |
| **VI.** Please provide the significant assumptions supporting the pension and OPEB expense and cash flow projections, including the split between hourly/salaried for OPEB pension and OPEB cash paid. | 3/24/06 | 14 days |

MODIFIED STEADY STATE SCENARIO REQUESTS

# Modified Steady State Scenario Requests (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| VII. Please provide detail supporting payments for "buyout, severance & plant closing cash." | 3/16/06 | 6 days |

A. When this is provided can you please include the split between hourly/salaried for OPEB pension and OPEB cash paid?

A. What is the supporting detail behind these costs, namely, what is the detail behind the four numbers presented on the left-hand side of the chart: salaried severance and non-people costs?

B. Could you please provide that data on a year-over-year basis?

C. Could you please explain the following footnote and reconcile the figures: "Restructuring costs related to SG&A restructuring totaling $282M are netted against the SG&A savings shown on the income statement."

D. The add-back of restructuring-related expenses on the Cash Flow statement (asset impairments, buyout/severance/plant closing, and restructuring expense) match the total restructuring expense shown on the P&L statement in all years save 2008, in which the P&L expense is $105m and the add-backs total $153m. Could you please reconcile this discrepancy?

# Modified Steady State Scenario Requests (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| E. We were hoping to receive the data in a similar format to what was presented on pages 6-7 of the August 29, 2005 "What If" Discussion materials. This page presents a chart with line-by-line categories of high wage conversion, GM flowback, etc., and the corresponding assumptions including number of employees and assumed payment per employee. Can you please provide this data? | | |
| VIII. Please provide detail on "SG&A initiatives", at a minimum please provide detail on dollar and headcount impact | 3/15/06 | 5 days |
| A. What are the estimated costs to implement these savings? | | |
| B. How do the savings for the Transformation scenario build over time? i.e. a year-by-year savings chart is provided on pg. 56 for the Steady State scenario but not for the Transformation. | | |
| C. Does the Company truly estimate achieving only an incremental $90 million of SG&A savings as a result of the Transformation ($540m vs. $450m)? Does the Company not project further savings in 2010 after being a fully stand-alone company? | | |
| IX. Please identify which businesses and facilities have been identified as "non-continuing businesses" | 3/16/06 | 6 days |

APRIL 2006 CONFIDENTIAL

MARCH 24TH PROPOSAL/ATTRITION/CURRENT PERFORMANCE REQUESTS

LAZARD–LDOC.1 | LAZARD

# March 24th Proposal/Attrition/Current Performance Request List

## March 24th Proposal/Attrition/Current Performance Request List
*Sent April 7-13, 2006*

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| I. Deliverables from Meetings on April 4th and 6th, 2006 (Sent April 7, 2006) | | |
| A. 2+10 2006 forecast | 4/20/06 | 13 days |
| B. Plant-level financials and profitability studies as referenced in conjunction with GM contract rejection motion (Eisenberg declaration) | 4/19/06 | 12 days |
| C. Business division financials - sales and COGS are provided; are any additional P&L items available, such as allocated SG&A or D&A? | 4/12/06 | 5 days |
| D. Please provide Competitive Benchmark and Consensual scenarios of the model incorporating effects of attrition program (75% acceptance at a min.) | 4/13/06 | 6 days |

# March 24th Proposal/Attrition/Current Performance Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| E. Headcount walks for Competitive Benchmark and Consensual scenarios, preferably for continuing and non-continuing businesses (as provided for Modified Steady State scenario) | 4/13/06 | 6 days |
| F. Backup behind skilled/production wages in model. (e.g. support for blended cost in 2007 of production wage of $22/hr until Sept. 3rd and $16.50/hr effective Sept. 3rd. Also, for years 2008-2010 in the Consensual Scenario: does hourly rate truly reach $16.50/hr? The "Wages" input per row 2046 on Scenarios tab never dips below $23/hr.)  See Lazard support schedule for additional detail, as well as Questions 16-18 for similar questions. | 4/13/06 and 4/18/06 | 6 days and 12 days |
| G. Backup detail on incentive compensation program for salaried employees, including specific performance targets, etc. | | |
| II. Recent Operating Performance (Sent April 8, 2006) | | |
| A. "2005 Income Statement projections included herein are based on actuals through August" - are any more updated financial results for 2005 available? When will unaudited 2005 results be provided? | | |
| B. Discussion of YTD performance vs. forecast: booked revenue, operating income, EBITDA, etc. | 4/10/06 | 3 days |
| C. Please provide greater detail behind Delphi statement that "new business bookings YTD 2006 are above plan" | 4/10/06 | 3 days |

# March 24th Proposal/Attrition/Current Performance Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| D. **Please provide greater detail behind operating results to support statements by Delphi that "results to date are better than planned," and that Delphi "does not expect to break an EBITDA covenant for the next few quarters"** | | |
| E. **Status of compliance with EBITDA covenants, excluding GM support** | | |
| F. **Given the context of the above statements that operating performance has been better than planned, please provide Delphi's latest expectation of needing to draw down on the DIP in 2006 (SS scenario draws down on DIP in 2006 and 2007, while CB scenario shows Delphi drawing down $1.65bn of DIP in 2Q06)** | | |
| III. **Model / Attrition Program / Bridges (Sent April 8, 2006 except C&D which were sent on April 10, 2006)** | | |
| A. **Please provide a headcount walk showing the effect of the Competitive Benchmark and Consensual scenarios incorporating the attrition program, preferably for continuing and non-continuing businesses (as provided for Modified Steady State scenario)** | 4/13/06 | 6 days |
| B. **Please provide an estimate of how many employees are anticipated to be affected by wage reductions post the effect of the attrition program at 75% acceptance, on a year-by-year basis** | 4/13/06 | 6 days |
| C. **March 27th Model – please reconcile various hourly wage costs per supporting Lazard schedule attached.** | 4/18/06 | 11 days |

APRIL 2006    CONFIDENTIAL

LAZARD-LDOC.1 | L A Z A R D

MARCH 24TH PROPOSAL/ATTRITION/CURRENT PERFORMANCE REQUESTS

# March 24th Proposal/Attrition/Current Performance Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| We are trying to reconcile various cost per hour figures from the model, UCC presentation, pennysheets, etc. | | |
| D. March 27th Model - please confirm that "Wages", as listed on Rows 2044-2046 of the Scenarios tab in the model, corresponds to "Wage & Related" costs per the pennysheet format, such as pages 42-43 of the 3/30/06 UCC Presentation. Please confirm that the "Wages" cost in the model is before "Legally Required" costs. Please also confirm that "Legally Required" costs are embedded within "Other" in the model (Rows 2092-2094) | 4/13/06 | 6 days |
| E. Attrition Program Model - please reconcile $30.90/hr New Hire Blend Cost (row 70) with costs provided on Supplemental New Hire pennysheet, where total labor cost (including pension and OPEB costs) is $24.95/hr in 2006 and $25.83/hr in 2007. The comment next to the rate says, "At Supplemental" but appears higher. Does New Hire Blend consist of Skilled employees at higher wage rates than the supplemental rate? | 4/13/06 | 6 days |
| F. Attrition Program headcount walk - please explain calculation of "variance in temp employees to Delphi pay" (outer years) | 4/13/06 | 6 days |
| G. Attrition Program headcount walk - All retirements occur in 3Q06, though Delphi suggested they would be spread over 1.5 - 2.0 years. Please provide a headcount walk for an estimated/anticipated scenario | | |

LAZARD-I.DOC.1 | L A Z A R D

APRIL 2006    CONFIDENTIAL

MARCH 24TH PROPOSAL/ATTRITION/CURRENT PERFORMANCE REQUESTS

# March 24th Proposal/Attrition/Current Performance Request List (cont'd)

| | DATE RECEIVED | RESPONSE TIME |
|---|---|---|
| H. Steady State to Competitive Benchmark/Consensual bridges - CF Before Financing: please explain what additional wind-down occurs in the Consensual scenario from the Competitive Benchmark that affects cash flow | 4/13/06 | 6 days |
| I. Competitive Benchmark to Consensual OI bridge - please explain trend in GM wage subsidy. (Eg. why is subsidy the highest in 2010 - more than five times the amount the year prior.) | 4/11/06 | 4 days |

**IV.    Other (Sent April 8, 2006)**

    A.    Weber declaration report: please provide backup supporting average price-down statistics required by Delphi's other OEM customers