EXCERPT

    The Exhibits attached to the Declarations of Donald L. Griffin and Randall A. Middleton are voluminous and can be obtained through the offices of Jill M. Hartley, Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c., 1555 N. RiverCenter Drive, Milwaukee, Wisconsin, 53212.