Bruce H. Simon (BS 2597)
Peter Herman (PH 6324)
Babette A. Ceccotti (BC 2690)
Bruce S. Levine (BL 2309)
Elizabeth O'Leary (EO 9323)
David R. Hock (DH 8599)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

   -and -

Niraj R. Ganatra
International Union, UAW
8000 East Jefferson Avenue
Detroit, Michigan  48214
(313) 926-5216

Attorneys for International Union, United
Automobile, Aerospace and Agricultural
Implement Workers of America (UAW)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :
DELPHI CORPORATION, *et al.*,                                    :    Case No. 05-44481 (RDD)
                                                                 :    (Jointly Administered)
                        Debtors.                                 :
                                                                 :
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006 in accordance with the Second Amended Scheduling Order [Docket No. 2425] I caused a true and correct copy of the foregoing **Objection of International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) to Debtors' Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing**

**Modification of Retiree Health Benefits; Memorandum of Law of International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) in Support of UAW's Objection to Debtors' Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits; Declaration of Richard A. Ruppert in Support of the Objection of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Debtors' Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits; and Declaration of Andrew Yearley in Support of the Objection of International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) to Debtors' Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits** to be duly served as indicated below on the following:

| **By Overnight Delivery**<br>Delphi Corporation<br>Attn:   Sean Corcoran<br>          Karen Craft<br>5725 Delphi Drive<br>Troy, MI 48098 | **By Hand Delivery**<br>Hon. Robert D. Drain<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |
|---|---|
| **By Overnight Delivery & Email**<br>John Wm. Butler Jr.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606<br>T: (800) 718-5305<br>F: (312) 407-0411 | **By Hand Delivery & Email**<br>Kayalyn A. Marafioti<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036<br>T: (800) 718-5305<br>F: (212) 735-2000 |
| **By Hand Delivery & Email**<br>Alicia M. Leonhard<br>U.S. Department of Justice | **By Hand Delivery & Email**<br>Robert J. Rosenberg, Partner<br>Latham & Watkins LLP |

| | |
|---|---|
| Office of the United States Trustee<br>33 Whitehall Street, 21st Floor<br>New York, NY  10004-2111<br>T: (212) 510-0500<br>F: (212) 668-2255 | 885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br>T: (212) 906-1200<br>F: (212) 751-4864 |
| **By Hand Delivery & Email**<br>Kenneth S. Ziman<br>Simpson Thatcher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>T: (212) 455-2000 | **By Hand Delivery & Email**<br>Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>T: (212) 450-4092 |

 /s/ Babette Ceccotti
Bruce H. Simon (BS 2597)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

Attorneys for UAW