# LICENSE AGREEMENT

(Filed Under Seal)