**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re:**

| | |
|---|---|
| **DELPHI CORPORATION,**<br>**et al.,** | **Chapter 11** |
| | **Case No. 0544481 (RDD)**<br>**Jointly Administered** |
| **Debtors.** | |

---

**MOTION FOR ADMISSION TO PRACTICE**
**PRO HAC VICE**

---

I, MARIANNE GOLDSTEIN ROBBINS, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the International Brotherhood of Electrical Workers Local 663 and the International Association of Machinists and Aerospace Workers, District 10 and its members employed at and retirees from Debtors' facilities in Milwaukee, Wisconsin, in the above-referenced cases.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated:  April 21, 2006

s/ Marianne Goldstein Robbins
MARIANNE GOLDSTEIN ROBBINS
(Wisconsin State Bar No. 1015168)
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, s. 202
P. O. Box 12993
Milwaukee, WI   53212
414/271-4500   FAX414/271-6308
mgr@previant.com

ATTORNEYS FOR INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 663 AND INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT 10

_____

## ORDER

**ORDERED,**

that Marianne Goldstein Robbins is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  April    , 2006
        New York, New York

_____

UNITED STATES BANKRUPTCY JUDGE

*G:\DOCS\ELE663\71259\M0143944.WPD*