## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:                                          **Chapter 11**
                                                **Case No. 05-44481 (RDD)**

**DELPHI CORPORATION, et al**

                **Debtors.**

## AMENDED ENTRY OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    **PLEASE TAKE NOTICE** that Jill Hartley and Marianne G. Robbins appear in this case as counsel for International Brotherhood of Electrical Workers Local 663 and International Association of Machinists and Aerospace Workers, District 10. We request that all notices required to be given or required to be served in this case, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, whether transmitted or conveyed by mail delivery, telephone, telex, or conveyed by mail delivery, be given to and served upon the undersigned at the addresses and telephone numbers set forth below.

    Dated this 21st day of April, 2006.

s/ Jill M. Hartley
JILL M. HARTLEY
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, s. 202
P. O. Box 12993
Milwaukee, WI  53212
(414)271-4500
Facsimile: 414/271-6308
mgr@previant.com
International Brotherhood of Electrical Workers Local 663
and International Association of Machinists and Aerospace
Workers District 10

mjz
G:\DOCS\ELE663\71259\M0143947.WPD