**Writer's Direct Dial No. is
414/223-0428**

**April 21, 2006**

**By UPS Next Day Delivery to:**
Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green
New York, NY   10004-1408

**In Re:    Delphi Corporation, et al
            Case No. 05-44481 (RDD)**

Dear Clerk of Court:

Enclosed for filing please find an original and one copy of the following:

1.  Motion for Admission to Practice Pro Hac Vice for Marianne G. Robbins.

2.  Entry of Appearance and Request for Service of Papers

3.  Certificate of Service

We have also enclosed a check for $25.00 and an additional copy of the enclosed which we ask be date-stamped and returned to us in the enclosed, self-addressed and stamped envelope.  If there are any questions, please contact the undersigned.

Very truly yours,

PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN s.c.

BY

    JILL M. HARTLEY

mjz
enclosures
*G:\DOCS\ELE663\71259\M0143949.WPD*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---

In re:

**DELPHI CORPORATION,**   Chapter 11
**et al.,**

                                    Case No. 05-44481 (RDD)
                                    **Jointly Administered**

        **Debtors.**

---

## CERTIFICATE OF SERVICE

     I, Marilyn J. Zurakov, hereby certify that I caused to be served true copies of **Motion For Admission To Practice Pro Hac Vice** and **Entry of Appearance and Request For Service of Papers** upon the parties using the ECF system, which will send notification of such filing all parties this action.

Dated: April 21, 2006

                                                s/ Marilyn J. Zurakov

*G:\DOCS\ELE663\71259\M0143949.WPD*

**By UPS Next Day Delivery to:**
Clerk of Court
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
1 Bowling Green
New York, NY   10004-1408