**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-04481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION AND DISCLOSURE OF PAUL J.N. ROY**
**IN SUPPORT OF APPLICATION FOR ENTRY**
**OF ORDER UNDER 11 U.S.C. §§ 327(e) and 1107(b) AUTHORIZING**
**EMPLOYMENT AND RETENTION OF MAYER, BROWN, ROWE & MAW LLP AS**
**SPECIAL IT OUTSOURCING COUNSEL TO THE DEBTORS**
***NUNC PRO TUNC* TO FEBRUARY 1, 2006**

I, Paul J.N. Roy, declare under penalty of perjury as follows:

1.      I am a partner in the law firm of Mayer, Brown, Rowe & Maw LLP ("Mayer, Brown"), which maintains offices in Chicago, IL among other places.  The name, address, and telephone number for Mayer, Brown are as follows:

> Mayer, Brown, Rowe & Maw LLP
> 71 South Wacker
> Chicago, Illinois 60606-4637
> Telephone: (312) 782-0600
> Facsimile: (312) 701-7711

2.      I am a member in good standing of the bar of the State of Illinois and the United States District Court for the Northern District of Illinois.

3.      I submit this Declaration, pursuant to Rule 2014 of the Federal Rule Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Bankruptcy Rules for this Court (the "Local Rules"), in connection with the application of Delphi Corporation ("Delphi" or the "Company") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for an order, pursuant to sections

327(e) and 1107(b) of Title 11, United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy

Code"), authorizing the retention and employment of Mayer, Brown as special information

technology outsourcing counsel, nunc pro tunc to February 1, 2006 (the "Application").[1]  This

Declaration shall also constitute Mayer, Brown's disclosure of compensation required by

Bankruptcy Rule 2016(b), Local Rule 2016-1, and Section 329 of the Bankruptcy Code.

4.      I am authorized to make this Declaration on Mayer, Brown's behalf and, unless

otherwise stated, I have personal knowledge of the facts set forth herein.  Certain disclosures

herein relate to matters within the knowledge of other attorneys at Mayer, Brown and are based

on information provided to me by them.

### Mayer, Brown's Retention and Representation

5.      Following a lengthy and comprehensive RFP process initiated in January 2006 by

the Debtors, Mayer, Brown was selected by the Debtors to assist Delphi in connection with the

preparation, documentation and negotiation of one or more information technology ("IT")

outsourcing service contracts that cover, on a global basis, application hosting, service desk and

desktop functions for Delphi's business operations (the "IT Outsourcing Services").  Delphi's

decision to retain Mayer, Brown to provide the IT Outsourcing Services was formalized in an

engagement letter dated February 3, 2006 (the "Engagement Letter").  A copy of the

Engagement Letter is attached as Exhibit 1 to the Application.

6.      In connection with the IT Outsourcing Services, Mayer, Brown, under the

direction of the Delphi legal staff, is reviewing documents, including Delphi's form IT

outsourcing agreements, and drafting, revising and editing a new form IT outsourcing agreement

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the
Application.

for the IT Outsourcing Services, negotiating specific agreements with third-party bidders, advising Delphi and performing related tasks.

7.      Founded more than 100 years ago, Mayer, Brown is a full-service, international law firm, with offices in 13 cities across the United States and Europe, as well as representative offices in China and affiliated offices in Italy and Mexico.  With more than 1,300 lawyers, Mayer, Brown provides legal services in virtually every major practice area, including finance, corporate, business restructuring, trial and appellate litigation, intellectual property, real estate, environmental, tax, employee benefits, and international trade, and, in particular, Mayer, Brown has cultivated a national and international reputation for providing the highest quality legal advice to its clients in all phases of sourcing, from outsourcing through re-sourcing to in-sourcing, in a wide variety of complex transactions.  I understand that the Debtors selected Mayer, Brown as its counsel with respect to the IT Outsourcing Services because Mayer Brown is a global leader in the provision of legal services relating to information technology, telecommunications and business process outsourcing.  In connection therewith, Mayer, Brown has become familiar with the factual and legal issues relevant to the Debtors' business operations, agreements and specific needs concerning its IT outsourcing requirements.

8.      In light of Mayer, Brown's existing client representations on unrelated matters and, as discussed below, the Debtors' engagement of Skadden, Arps, Slate, Meagher, & Flom LLP ("Skadden") as general bankruptcy counsel, along with their retention of (a) Shearman & Sterling LLP ("Shearman") as special counsel; (b) O'Melveny & Myers LLP ("O'Melveny") as special labor counsel; (c) Wilmer Cutler Pickering Hale and Door LLP ("WCPHD") as special regulatory counsel; (d) Banner & Witcoff, Ltd ("Banner"), as special intellectual property counsel; (e) Cantor Colburn LLP ("Cantor") as special patent counsel; (g) Butzel Long, PC

("Butzel") as special commercial litigation counsel; (h) Groom Law Group Chartered ("Groom") as special employee benefits counsel; and (i) Baker & Daniels ("Baker" and collectively with the other professionals the Debtors retain by order of the Court in their chapter 11 cases, the "Other Special Counsel"), Mayer, Brown will not be responsible for and will not undertake any representation of the Debtors with respect to either (x) advising the Debtors concerning specific contracts and claims of certain of Mayer, Brown's existing clients, or (y) reviewing, interpreting, or commenting on the specific contracts and claims of certain of Mayer, Brown's existing clients. These existing client relationships, and the scope of the carve-out from Mayer, Brown's retention, are discussed more fully below.

9.      I understand that the Debtors may request that Mayer, Brown undertake specific matters beyond the limited scope of the responsibilities set forth above. Should Mayer, Brown agree in its discretion to undertake any such matter, it is Mayer, Brown's understanding that the Debtors shall seek further order of this Court authorizing Mayer, Brown's retention for such additional purposes.

10.     Mayer, Brown recognizes the need to, and will, take all steps reasonably necessary, together with Skadden, as the Debtor's general bankruptcy counsel, and the Other Special Counsel, to ensure that there is no duplication of effort or work between Skadden and the Other Special Counsel, on the one hand, and Mayer, Brown on the other hand, and will continue to do so. It is Mayer, Brown's intention that the estates should receive the best value possible from the efficient coordination of work among its counsel. Mayer, Brown believes that its lawyers and Skadden and the Other Special Counsel have to date delineated clearly, and will continue to delineate clearly, the division of work between them, so as to avoid any duplication of effort and to maximize the efficiencies of the proposed arrangement.

11.    As of the Petition Date, Mayer, Brown did not hold any claim against and was not owed any money on account of any services provided to any of the Debtors prior to the Petition Date.   Further, according to the firm's accounting records, Mayer, Brown did not receive any payments from the Debtors in the 90 days prior to the Petition Date for any services rendered or expenses incurred for any legal work performed by Mayer, Brown on behalf of the Debtors.

## Mayer, Brown's Disclosure Procedures

12.    Skadden forwarded to Mayer, Brown a list of the principle parties-in-interest in these chapter 11 cases, including the Debtors' and Delphi's domestic and foreign subsidiaries, directors, officers, key executives, lenders, insurers, underwriters, unions, major equity-and note-holders, customers, vendors, and counterparties to major leases and contracts, among other entities with possible connections to these cases.   The entities referenced in this paragraph are referred to collectively as the "Interested Parties."   The list of Interested Parties (as supplemented and up-dated since the Petition Date through February 28, 2006), is attached hereto as Exhibit A.

13.    In preparing this Declaration, I implemented procedures developed by Mayer, Brown to ensure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding the retention of Mayer, Brown as special counsel in the Debtors' chapter 11 cases (the "Mayer, Brown Disclosure Procedures").   The statements and disclosures contained herein are based on the results of the Mayer, Brown Disclosure Procedures.   Pursuant to the Mayer, Brown Disclosure Procedures, I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Mayer, Brown's connections to the Interested Parties:

(a)    I directed Mayer, Brown personnel to compare the list of Interested Parties to the names that Mayer, Brown has compiled in a master client database from its conflict clearance and billing records, comprised of the names of the entities for which any attorney time charges have been billed since January 1, 2002 (the "Client Database").   The Client Database includes the name of each current or former client,

the names of the parties who are or were related or adverse to such current or former client in the matters on which we represented the client, and the names of the Mayer, Brown personnel who are or were responsible for current or former matters for each such client.

(b)    Any matches between the Client Database and the list of Interested Parties were identified (the "Client Matches").

(c)    An analyst in Mayer, Brown's conflicts department then reviewed the Client Matches and deleted obvious name coincidences and individuals or entities that were adverse to Mayer, Brown's client in both this matter and the respective matters referenced in the Client Matches.  The remaining client connections were compiled for purposes of this Declaration.

### **Mayer, Brown's Connections**

14.    The disclosures in this subsection are the product of implementing the Mayer, Brown Disclosure Procedures, and disclose Mayer, Brown's connections with the Interested Parties for purposes of Bankruptcy Rule 2014.  The disclosures are arranged in the same categories as the Interested Parties List: (i) domestic subsidiaries;[2] (ii) foreign subsidiaries; (iii) joint owners of subsidiaries; (iv) directors, officers, and key executives; (v) major customers; (vi) insurance providers; (vii) major vendors; (viii) professionals; (ix) indenture trustees; (x) underwriters of securities; (xi) non-Debtor parties to collective bargaining agreements; (xii) counterparties to major leases; (xiii) counterparties to major contracts; (xiv) major lenders; (xv) state and other government authorities; (xvi) potential interested parties; (xvii) major litigation parties; (xviii) holders of 5% or more of the equity securities of the Company; (xix) holders of 5% or more of notes of the Company; (xx) objecting/adverse parties appearing postpetition; and (xxi) master service list and Rule 2002 list.

A.    <u>Representations Adverse to Delphi</u>.

15.    Pursuant to the Engagement Letter, Delphi, on behalf of itself and its affiliates, has waived certain non-disqualifying conflicts and agreed that Mayer, Brown may represent

---

[2]       This category includes all of the Debtors.

other of its current and future clients on a basis adverse to Delphi in any matter, including with
respect to the Company's pending chapter 11 cases, provided such other engagements are not
related directly to the IT Outsourcing Services being provided by Mayer, Brown.  With respect
to such engagements,[3]  Mayer, Brown represents the following clients on matters adverse or
potentially adverse to the Debtors:

a)      Mayer, Brown represents a former officer of, and a professional services
firm as advisor to, Delphi with respect to an investigation before the
Securities and Exchange Commission ("SEC").

b)      Gail O'Brien:  Mayer, Brown represents Ms. O'Brien, a former in-house
attorney at Electronic Data Systems ("EDS"), which was providing
contractual services to Delphi, with respect to an investigation of Delphi
by the Department of Justice and the SEC.

c)      Ernst & Young LLP:  Mayer, Brown was retained by E&Y to assist it in
getting retained as accountants in Delphi's pending chapter 11 cases.

d)      Philips Electronics North America Corporation:   Mayer, Brown is
providing general advice to Philips with respect to optical disc media
licensing in circumstances that may be adverse to Delphi Technologies
Inc.  Mayer, Brown also is representing Philips as a defendant in asbestos
exposure litigation where Delphi is a co-defendant.

e)      Oppenheimer Senior Floating Rate Fund:  Mayer, Brown is representing
Oppenheimer as a member in a syndicated loan facility provided to Delphi
in which JP Morgan Securities, Inc. is the agent.

f)      TRW Automotive Inc.:  Mayer, Brown is providing advice to TRW on
environmental rights under an environmental deed relating to the sale of
Lucas Diesel Systems Division in which several Delphi affiliates hold an
adverse or potentially adverse interest.

g)      Mittal Steel USA Inc. (f/k/a Ispat Inland Inc.):   Mayer, Brown has
provided advice to Mittal Steel with respect to its claims against Delphi in
the chapter 11 cases and assumption of its amended sole source supply
agreement.

---

[3]      Certain of the adverse parties referenced in this subsection are or may be current or former affiliates of
Delphi.

      h)      <u>United Stars, Inc.</u>:  Mayer, Brown has provided advice to United Stars with respect to its claims against Delphi, which claims have since been sold and assigned by United Stars to a third-party debt trader.

      i)      <u>Hub Group, Inc.</u>:  Mayer, Brown has provided advice to Hub in Delphi's chapter 11 case with respect to Hub's treatment as a critical vendor and the extension of a letter of credit Delphi provides to Hub.

      j)      <u>Micronas GmbH</u>:  Mayer, Brown has provided advice to Micronas with respect to its claims against Delphi in its chapter 11 case.

      k)      <u>Bank of America N.A.</u>:  Mayer Brown is representing Bank of America as the assignee of the unsecured claims of the Olin Corporation in Delphi's chapter 11 cases.[4]

16.    Mayer, Brown has been engaged to represent at least one party that is interested in acquiring certain assets owned by Delphi should  Delphi decide to offer such assets for sale pursuant to Section 363 of the Bankruptcy Code (the "Possible Sale").  The identity of such party is not being disclosed herein in order to protect the confidential nature of those clients' interests in making a bid in the Possible Sale.  I do not believe that representation precludes Mayer, Brown from also representing Delphi under Section 327(e) of the Bankruptcy Code for several reasons.  First, Delphi agreed in the Engagement Letter that Mayer, Brown could continue to represent other clients in such matters.  Second, none of the IT Outsourcing Services that are being provided by Mayer, Brown to Delphi impact the Possible Sale.  Third, Mayer, Brown is implementing a formal screen between the attorneys and other professionals who are working for Delphi and those at Mayer, Brown involved in representing such party in connection with the Possible Sale.

17.    In general, and consistent with the terms of the Engagement Letter, Mayer, Brown lawyers who are involved in representing its other clients on matters adverse or potentially

---

[4]      In addition to the foregoing, Mayer, Brown represented in the past certain of its clients in matters adverse to the Debtors that were closed as of the Petition Date.

adverse to the Debtors have not been and will not be involved in providing any of the IT

Outsourcing Services to Delphi.[5]

        B.    <u>Representations of Interested Parties or Their Affiliates</u>.

        18.    Mayer, Brown previously or currently (except where noted below) represents and

may represent in the future, in matters wholly unrelated to these chapter 11 cases, the following

Interested Parties or, in some instances, their affiliates[6]:

    I.    <u>Domestic Subsidiaries</u>: NONE, except with respect to Delphi as noted above.[7]

    II.    <u>Foreign Subsidiaries</u>: NONE.

    III.    <u>Joint Owners of Subsidiaries</u>: Palm, Inc.; Raytheon Company; and Royce & Associates, LLC.

    IV.    <u>Directors, Officers and Key Executives</u>:  Various officers, directors and/or key executives for Delphi.

    V.    <u>Major Customers</u>: BMW; Caterpillar, Inc.; Collins & Aikman Corp.; Cummins Inc.; Daewoo Motor; DaimlerChrysler Corp., US; Fiat Group; Ford Motor Company; General Motors Corp.; Hyundai Motor America; Isuzu Group; Lear Corporation Automotive Systems; Mitsubishi Motors of America Credit Co.; Nissan North America Inc.; Paccar; Promotora; PSA Group; Renault; Land Rover; Takata; Tenneco, Inc.; Toyota Motor Credit Corporation; Volvo Truck; Agilent Tech. (M) SBN BHD; Cardinal Health; Elgin Industries; Johnson Controls Inc. (JCI); KLA Tencor Corp.; and Medrad, Inc.

    VI.    <u>Insurance Providers</u>: AIG/American International Group, Inc.; AON Risk Services of Illinois; AON Risk Services, Inc.; Blue Cross Blue Shield of Michigan; CIGNA Corp.; Hewitt Associates; Medco Health Solutions, Inc.;

---

[5]    For the purpose of full disclosure, it should be noted that Craig Reimer, who is counsel in Mayer, Brown's bankruptcy practice, has been, and is expected to continue to be, involved with respect to facilitating Mayer, Brown's retention and compensation as a professional in Delphi's chapter 11 case.  Mr. Reimer is not involved in Mayer, Brown's engagement with respect to the IT Outsourcing Services, but has been involved in representing Mittal Steel, Hub Group, Micronas and Hub Group with respect to the matters identified in paragraph 15 above.

[6]    In order to maintain consistency between the list of Interested Parties provided to Mayer, Brown and the disclosures in paragraph 18, the names of these entities are written the same was as they appear on that list even though in many instances the names on the list are incomplete or fail to reflect that certain entities have since been merged into or otherwise acquired by others (<i>e.g.</i>, JPMorgan Chase Bank is successor in interest by merger to Bank One).

[7]    The conflicts search results produced information showing that Mayer, Brown provided general corporate advice to an entity called "Delphi Displays Limited" in 2002.  That name did not appear on the list of domestic subsidiaries provided to Mayer, Brown but is identified herein for the purpose of full disclosure.

Metropolitan Life Insurance Co.; St. Pal Fire & Marine Insurance Company; St. Paul (Bermuda), Ltd.; Towers Perrin; United Health Group; ACE USA; Allianz of America Corporation; IRI; Liberty Mutual Insurance Company; Marsh USA, Inc.; Tokio Marine; American Home Assurance Co. (AIMA); AON UK; AXIS; Continental Casualty Co.; Great American Insurance Co.; Pacific Employers Insurance Co. (ACE USA); Steadfast Insurance Company (Zurich); Twin City Fire Insurance (Hartford); ACE Insurance Co.; East Ohio Gas Co.; and The Hartford Insurance Company.

VII.     Major Vendors: 3M Company; Aluminum Company of America, Inc. (ALCOA); Alps Electric Co., Ltd.; Carlisle Companies Inc.; Deloitte & Touche USA LLP; Electronic Data Systems Corporation (EDS); Engelhard Corporation; Freescale Semiconductor Inc.; General Electric Capital Corporation; General Electric Co., Inc.; Hitachi Ltd.; Illinois Tool Works Inc.; Intermet Corporate; ISI of Indiana, Inc.; Kyocera; Microsoft Services; Molex Inc.; Motorola Inc.; National Semiconductor Corporation; Philips Semiconductors; PriceWaterhouseCoopers LLP; RSR Corporation; Sequa Corp.; Siemens AG; Texas Pacific Group Ltd.; Textron Inc.; Thyseenkrupp AG; TRW Automotive; Tyco Electronics Corp.; Bayer AG; Equistar Chemicals LP; Federal Mogul Corp.; GKN PLC; Mittal Steel Company N.U.; PFG; PMP; Shell Oil; EI DuPont de Nemours & Co., Inc.; Circuit City Stores, Inc.; Wal-Mart Stores CE; GMACCM Asset Management de Mexico; Hub Group; Reliance Insurance Company; RLI Surety; Toronto Dominion Bank; Advanced Polymer Systems, Inc.; Eagle Picher Holdings, Inc.; Exxon Mobile Corp.; Felxtronics International; Fujitsu Ten Corporation; Ispat Inland; Robert Bosch Corporation Automotive Group; State of Wisconsin; Capri Capital Advisors LLC; Delta Air Lines, Inc.; University HealthSystems Consortium (UHC); Saab Automobile AB; Asashi Glass Co.; BTV Holding GmbH; International Rectifier Corp.; Sumitomo Electronic Industries, Ltd.; and Wilh Werhahn.

VIII.    Professionals: Cleary, Gottlieb, Steen & Hamilton; Shearman & Sterling LLP; AIT Group; Ernst & Young; FTI Consulting, Inc.; KPMG LLC; Linklaters; McCann-Erickson; MIT; Saloman Smith Barney; Watson Wyatt & Company; O'Melvany & Meyers, LLP; and Rothschild Inc.

IX.      Indenture Trustees:  Bank One Trust Company, N.A.; and First National Bank of Chicago.

X.       Underwriters of Securities: A.G. Edwards & Sons, Inc.; ABN AMRO Incorporated; Banc of America Securities LLC; Barclays Capital Inc.; BB&T Capital Markets, Inc.; BNP Paribas Securities Corp.; Citigroup Global Markets, Inc.; Comerica Securities Inc.; Credit Suisse First Boston LLC; Deutsche Bank Securities, Inc.; HSBC Securities, Inc.; J.P. Morgan Securities, Inc.; McDonald Investments Inc.; Merrill Lynch, Pierce, Fenner & Smith Incorporated; Morgan Stanely & Co. Incorporated; Oppenheimer & Co., Inc.; RB Dain Rauscher Inc.; Scotia Capital, Inc.; SG Cowen Securities Corporation; The Royal Bank of

Scotland PLC; U.S. Bancorp Piper Jaffray Inc.; UBS Securities LLC; and Wachovia Capital Markets, LLC.

XI.    <u>Unions</u>:  NONE.

XII.    <u>Counterparties to Major Leases</u>:  LaSalle National Bank.

XIII.    <u>Counterparties to Major Contracts</u>:    American Electric Power (AEP OK); Alabama Power Co.; AT&T Corporation; AT&T Solutions, Inc.; AT&T Wireless; Honeywell International; Kokomo Gas & Fuel Company IN; Nextel Communications; PSE&G NJ; SBC Ameritech; SBC Global Services, Inc.; Southern California Edison; State of Indiana; Timer Warner; TXU Energy Retail Company LP; Verizon; Anexbusiness Corp.; Clifford Electronics, Inc.; Intel Corporation; Matsushita Electric Corporation of America; Nokia Corporation; North American Philips Corporation; Standard Research Institute International (SRI Intl); and Toshiba Corporation.

XIV.    <u>Major Lenders</u>:  Banc One Capital Markets, Inc.; ABN AMRO Bank N.V.; The Bank of Tokyo-Mitsubishi, Ltd.; JPMorgan Bank, N.A.; Wachovia Bank, National Association; Whitney National Bank; Citicorp Securities, Inc.; First Chicago Capital Markets, Inc.; Dai-Ichi Kangyo Trust Company of New York; Bianco Bibao Vizcaya Argentaria, S.A.; Banco Santander Central Hispano S.A.; Bank of America, N.A.; Bank of New York; Bank of Nova Scotia; Barclays Bank PLC; BNP Paribas; Calyon New York Branch (f/k/a Credit Lyonnais); CapitalSource Finance LLC; Cargill Financial Services International, Inc.; Citibank N.A.; Commerzbank Aktiengesellschaft New York; Deutsche Bank AG; Deutsche Bank & Trust Company of America; Goldman Sachs Credit Partners L.P.; Gulf Stream-Compass CLO 2004-1, Ltd.; Gulf Stream-Compass CLO 2005-1, Ltd.; HSBC Bank USA, National Association; KeyBank National Association; Mizuho Corporate Bannk Ltd., (f/k/a DKB); Morgan Stanley Senior Fundings, Inc.; Societe Generale SA New York; Sumitomo Mitsui Banking Corporation; UFJ Bank Limited; AMMC CLO; Atrium; Callidus Debt Partners CDO Fund I; Galaxy; ING Investment Management; Lincoln National Life Insurance Co.; National City Bank; Octagon Investment Partners; PNC Bank, N.A.; Principal Funding I, LLC; Q Funding III L.P.; R2 Top Hat, Ltd.; Rosemont CLO, Ltd.; Stanfield; SunTrust Bank Altanta; TCW; and Thrivent High Yield.

XV.    <u>State and Other Government Authorities</u>: Minnesota Pollution Control Agency.

XVI.    <u>Potential Interested Parties</u>:  NONE.

XVII.    <u>Major Litigation Parties</u>:  Chase-Orr, Kimberly; Republic Waste Industries, Inc. (a/k/a Autonation); Eaton Corporation; HPI; ICG; Lockheed Martin Corp.; Martinex, Jose Angel Mata; Meritt, James and Bonnie; Paragon/CJR; Phillips, Robert; William P. Edwards; Bentley Rolls-Royce; Jones, David; Land Rover; State of New York; Arnold & Porter; Brown, Jonathan; Invensys; Jonathan B. Taylor, Esq.; and Stewart, Andrew.

XVIII. <u>Holders of 5% or More of the Equity Securities of the Company</u>: Dodge & Cox; and State Street Bank and Trust Company.

XIX. <u>Holders of 5% or More of Insurance Notes of the Company</u>:  First Clear; Lehman Brothers, Inc.; Mellon Trust; and Pershing LLC.

XX. <u>Objecting/Adverse Parties/Postpetition Parties</u>:  Avenue Capital Group; Benteler Automotive Corp.; Concordia Advisors LLC; Cyrus Capital Partners; D.E. Shaw and Co.; Flextronics Technology (M) SDN BHD; Mercedes-Benz International, Inc.;  SBC  Communications,  Inc.;  Wilmington  Trust  Company;  BASF Corporation; Raiffeisen Kapitalange-Gesellschaft GmbH; Sumitomo Corporation of America; TRW Vehicle Safety Systems, Inc.; Barnes Group, Inc.; Castrol Industrial North America, Inc.; Daewoo International (America) Corp.; Sojitz Corporation of America; Sony Electronics, Inc.; Pullman Bank and Trust Company; and Law Debenture Trust Company of New York.

XXI. <u>Master Service List and 2002 List</u>:  Cerberus Capital Management, L.P.; Jefferies & Company, Inc.; Latham & Watkins LLP; McDermott Will & Emery LLP; Seyfarth Shaw LLP; Solectron Corporation; Veritas Software Corporation; Weil, Gotshal & Manges LLP; America Online, Inc.; Cornell University; Excel Global Logistics, Inc.; Foster Electric USA, Inc.; ICX Corporation; Nova Chemicals, Inc.; Oracle USA, Inc.; SAP America, Inc.; Schunk Graphite Technology; The Proctor & Gamble Company; and Toshiba America Electronica Components, Inc.

19.    Some of our attorneys, in the context of their personal finances, may directly or indirectly own publicly traded securities in the Debtors or certain non-Debtor Interested Parties. We have not listed or inquired about those connections with specificity because we do not believe they have any bearing on our representation of Delphi with respect to the IT Outsourcing Services.[8]

20.    To the best of my knowledge, neither Mayer, Brown, nor its partners, counsel, or associates have any connections to (A) the Assistant U.S. Trustee for Region 2, her staff, or individuals employed by the Office of the United States Trustee for the Southern District of New York, Manhattan and White Plains divisions, or (B) the Bankruptcy Judge presiding over these chapter 11 cases or his chambers staff.

---

[8]    I should note that Mayer, Brown has a long-standing policy prohibiting all of its lawyers and support staff from using confidential information that may come to their attention in the course of their work.  In this regard all Mayer, Brown personnel are subject to certain ethical constraints, including a bar from trading in securities with respect to which they possess confidential information.

21.     Mayer, Brown is one of the world's major law firms and has a diverse client base. Indeed, in calendar year 2005, no single client (including affiliates) accounted for more than 3% of Mayer, Brown's total time billed for that period.  With the exception of Ernst & Young; Bank of America; AT&T; Wal-Mart; Wachovia; General Motors and Merrill Lynch, from the list of Interested Parties that has been searched, no single client referenced in this Declaration accounted for more than 1% of Mayer, Brown's total time billed for 2005 and, of that group, only Ernst & Young, Bank of America and AT&T accounted for more than 1.5% of total billings for 2005.

22.     Supplementing the disclosures set forth in paragraphs 14 through 21 above, Mayer, Brown appears in cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, financial consultants, real estate consultants, and investment bankers, some of which may represent Interested Parties or are themselves Interested Parties. Included among those professionals are Skadden, Shearman, O'Melveny, Simpson Thacher & Bartlett LLP (counsel for the agent under the Debtors' prepetition credit facility), Davis Polk & Wardwell (counsel for the agent under the Debtors' postpetition credit facility), Latham & Watkins (counsel for the Official Committee of Unsecured Creditors), FTI Consulting, Inc. (the Debtors' restructuring and financial advisors), and Rothschild Inc. (the Debtors' financial advisor and investment banker).  As disclosed in paragraph 17 above, certain of those professionals are or have been direct clients of Mayer, Brown in matters unrelated to the Debtors.  In addition, Mayer, Brown has in the past appeared, currently appears, and in the future is likely to appear in matters in which Mayer, Brown represents the same entity, a related entity, or an entity adverse to those represented by other professionals who are Interested Parties or by

other professionals that the Debtors have retained or may seek to retain or are otherwise involved in these chapter 11 cases.

24. These chapter 11 cases involve hundreds of suppliers, vendors, landlords, service providers, employees, creditors, and other parties in interest and entities referenced in Bankruptcy Rule 2014(a). Mayer, Brown is continuing and will continue to review potential conflicts and connections with those entities in accordance with the Mayer, Brown Disclosure Procedures and will file supplemental disclosures as appropriate.

24. Based upon the search conducted to date in accordance with the Mayer, Brown Disclosure Procedures, I submit that (A) none of Mayer, Brown's representations or other connections disclosed herein have resulted or will result in any actual or potential conflict of interest herein, which have not already been consented to and/or expressly waived by the Debtors, and (B) neither I, nor Mayer, Brown or any partner, counsel, or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or to their estates with respect to the matters on which Mayer, Brown is to be employed.

### Mayer, Brown's Rates and Billing Practices

25. Mayer, Brown categorizes its billings by subject matter, in compliance with the applicable guidelines of the Office of the United States Trustee (the "U.S. Trustee Guidelines"). Mayer, Brown acknowledges that its compensation in the Debtor's cases is subject to approval of this Court in accordance with applicable law and court rules and orders, including Section 330 of the Bankruptcy Code, Bankruptcy Rule 2016, and the U.S. Trustee Guidelines.

26. Mayer, Brown's hourly rates are set at a level designed to fairly compensate Mayer, Brown for the work of its attorneys, paralegals and other paraprofessionals, and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and may be adjusted by Mayer, Brown from time to time. Mayer, Brown's

14

hourly rates for the lawyers expected to provide the IT Outsourcing Services range from $580 to $260, $225 for paralegals and $40 for most other paraprofessionals. As set forth in the Engagement Letter (attached as <u>Exhibit 1</u> to the Application), these hourly rates will remain in effect until the earlier of the completion of the ITO Project (as defined therein) and January 7, 2007.[9] As further set forth in the Engagement Letter, Mayer, Brown has agreed to provide a 5% discount of fees for the first $500,000 of fees and a 10% discount for fees that exceed $500,000.

27.    No promises have been received by Mayer, Brown or any of its affiliates as to payment or compensation in connection with these cases other than in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines, and orders of this Court. Mayer, Brown has neither shared, nor agreed to share, with any person other than partners and employees of Mayer, Brown, any compensation or reimbursements to be received by Mayer, Brown in connection with its services rendered in these cases.

28.    I acknowledge that all amounts paid to Mayer, Brown during these chapter 11 cases are subject to final allowance by this Court. In the event that any fees paid or expenses reimbursed to Mayer, Brown during these chapter 11 cases are disallowed, those amounts will be disgorged by Mayer, Brown and returned to the Debtors or as otherwise ordered by the Court.

29.    By reason of the foregoing, I believe that Mayer, Brown is eligible for employment and retention by the Debtors pursuant to Section 327(e) of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Bankruptcy Rules.

30.    The foregoing constitutes the Declaration of Mayer, Brown pursuant to Section 329 of the Bankruptcy Code and Rules 2014(a) and 2016(b) of the Bankruptcy Rules.

---

[9]    With respect to IT Outsourcing Services, if any, provided after January 1, 2007, Mayer, Brown reserves the right to adjust its hourly rates in accordance with the firm's annual, general adjustment to its attorneys' and paraprofessional rates as may be made thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 21, 2006
              Chicago, Illinois

                                        Mayer, Brown, Rowe & Maw LLP


                                        /s/ Paul J.N. Roy
                                        Paul J.N. Roy

<u>Exhibit A</u>

**Conflicts Entities for Project Motown**

I.     **Domestic Subsidiaries**

    1.     AMBRAKE Corporation (Delaware)
    2.     Ambrake GP, Inc. (Kentucky)
    3.     Ambrake Manufacturing, Ltd. (Kentucky)
    4.     ASEC Manufacturing General Partnership (Delaware)
    5.     ASEC Sales General Partnership (Delaware)
    6.     Aspire, Inc. (Michigan)
    7.     CEI Co., Ltd. (Tennessee)
    8.     Delco Electronics LLC (Delaware)
    9.     Delco Electronics Overseas Corporation (Delaware)
    10.     Delphi Automotive Systems - Ashimori LLC (Michigan)
    11.     Delphi Automotive Systems (Holding), Inc. (Delaware)
    12.     Delphi Automotive Systems Global (Holding), Inc. (Delaware)
    13.     Delphi Automotive Systems Human Resources LLC (Delaware)
    14.     Delphi Automotive Systems International, Inc. (Delaware)
    15.     Delphi Automotive Systems Korea, Inc. (Delaware)
    16.     Delphi Automotive Systems LLC (Delaware)
    17.     Delphi Automotive Systems Overseas Corporation (Delaware)
    18.     Delphi Automotive Systems Risk Management Corp. (Delaware)
    19.     Delphi Automotive Systems Services LLC (Delaware)
    20.     Delphi Automotive Systems Tennessee, Inc. (Delaware)
    21.     Delphi Automotive Systems Thailand, Inc. (Delaware)
    22.     Delphi China LLC (Delaware)
    23.     Delphi Connection Systems (California)
    24.     Delphi Corporation
    25.     Delphi Diesel Systems Corp. (Delaware)
    26.     Delphi Electronics (Holding) LLC (Delaware)
    27.     Delphi Foreign Sales Corporation (Virgin Islands)
    28.     Delphi Furukawa Wiring Systems LLC (Delaware)
    29.     Delphi Integrated Service Solutions, Inc. (Michigan)
    30.     Delphi International Holdings Corp. (Delaware)
    31.     Delphi International Services, Inc. (Delaware)
    32.     Delphi Liquidation Holding Company
    33.     Delphi LLC (Delaware)
    34.     Delphi Mechatronic Systems, Inc. (Delaware)
    35.     Delphi Medical Systems Colorado Corporation (Colorado)
    36.     Delphi Medical Systems Corporation (Delaware)
    37.     Delphi NY Holdings Corporation (New York)
    38.     Delphi Receivables LLC (Delaware)
    39.     Delphi Services Holding Corporation (Delaware)
    40.     Delphi Technologies, Inc. (Delaware)
    41.     Delphi Trust I (Delaware)

42. Delphi Trust II (Delaware)
43. Delphi Trust III (Delaware)
44. Delphi Trust IV (Delaware)
45. DREAL, Inc. (Delaware)
46. EnerDel, Inc. (Delaware)
47. Environmental Catalysts, LLC (Delaware)
48. Exhaust Systems Corporation (Delaware)
49. HE Microwave LLC (Delaware)
50. InPlay Technologies, Inc. (Nevada)
51. MobileAria, Inc. (Delaware)
52. Packard Hughes Interconnect Company (Delaware)
53. PBR Knoxville L.L.C. (Delaware)
54. Specialty Electronics International Ltd. (Virgin Islands)
55. Specialty Electronics, Inc. (South Carolina)
56. Delphi Medical Systems Texas Corporation

## II.    Foreign Subsidiaries

57. Alambrados y Circuitos Eléctricos, S.A. de C.V. (Mexico)
58. Arcomex S.A. de C.V. (Mexico)
59. Arneses Electricos Automotrices, S.A. de C.V. (Mexico)
60. AS Catalizadores Ambientales S.A. de C.V. (Mexico)
61. ASEC Manfacturing (Thailand) Ltd. (Thailand)
62. ASEC Private Limited (India)
63. Ashimori Industry Co., Ltd. (Japan)
64. Autoensambles y Logistica, S.A. de C.V. (Mexico)
65. Beijing Delphi Technology Development Company, Ltd. (Peoples Republic of China)
66. Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd. (Peoples Republic of China)
67. BGMD Servicos Automotivos Ltda. (Brazil)
68. BlueStar Battery Systems International Corp. (Canada)
69. Bujias Mexicanas, S.A. de C.V. (Mexico)
70. Cablena, S.L (Spain)
71. Calsonic Harrison Co., Ltd. (Japan)
72. Centro Técnico Herramental, S.A. de C.V. (Mexico)
73. Closed Joint Stock Company PES/SCC (Russian Federation)
74. Condura, S. de R.L. (Mexico)
75. Controladora Chihuahuense, S. de R.L. de C.V. (Mexico)
76. Controladora de Alambrados y Circuitos Eléctricos, S. de R.L. de C.V. (Mexico)
77. Controladora de Alambrados y Circuitos, S. de R.L. de C.V. (Mexico)
78. Controladora de Rio Brave, S. de R.L. de C.V. (Mexico)
79. Controladora Vesfron, S. de R.L. de C.V. (Mexico)
80. Cordaflex Espana, S.A. (Spain)
81. Cordaflex, S.A. de C.V. (Mexico)
82. Daehan Electronics Yantai Co., Ltd. (Peoples Republic of China)

83. Daesung Electric Co., Ltd. (Korea)
84. Daewoo Motor Co., Ltd. (Korea)
85. Del Tech Co., Ltd. (Korea)
86. Delphi (China) Technical Centre Co. Ltd. (Peoples Republic of China)
87. Delphi Administración, S.A. de C.V. (Mexico)
88. Delphi Alambrados Automotrices, S.A. de C.V. (Mexico)
89. Delphi Automotive Systems - Portugal S.A. (Portugal)
90. Delphi Automotive Systems (China) Holding Company Limited (Peoples Republic of China)
91. Delphi Automotive Systems (Netherlands) B.V. (Netherlands)
92. Delphi Automotive Systems (Thailand) Ltd. (Thailand)
93. Delphi Automotive Systems Australia Ltd. (Australia)
94. Delphi Automotive Systems Cinq SAS (France)
95. Delphi Automotive Systems Deutschland Verwaltungs GmbH (Federal Republic of Germany)
96. Delphi Automotive Systems do Brasil Ltda. (Brazil)
97. Delphi Automotive Systems Espana S.L. (Spain)
98. Delphi Automotive Systems Holding GmbH (Austria)
99. Delphi Automotive Systems Huit SAS (France)
100. Delphi Automotive Systems Japan, Ltd. (Japan)
101. Delphi Automotive Systems Limited Sirketi (Turkey)
102. Delphi Automotive Systems Luxembourg S.A. (Luxembourg)
103. Delphi Automotive Systems Maroc (Morocco)
104. Delphi Automotive Systems Neuf SAS (France)
105. Delphi Automotive Systems Philippines, Inc. (Philippines)
106. Delphi Automotive Systems Private Ltd. (India)
107. Delphi Automotive Systems Singapore Investments Pte. Ltd. (Singapore)
108. Delphi Automotive Systems Singapore Pte Ltd. (Singapore)
109. Delphi Automotive Systems Sweden AB (Sweden)
110. Delphi Automotive Systems UK Limited (England and Wales)
111. Delphi Automotive Systems Vienna GmbH (Austria)
112. Delphi Automotive Systems, S.A. de C.V. (Mexico)
113. Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V. (Mexico)
114. Delphi Automotive Systems-Portugal S.A. (Portugal)
115. Delphi Belgium N.V. (Belgium)
116. Delphi Cableados, S.A. de C.V. (Mexico)
117. Delphi Calsonic Compressors, S.A.S. (France)
118. Delphi Canada Inc. (Ontario)
119. Delphi Catalyst South Africa (Proprietary) Limited (South Africa)
120. Delphi Connection Systems - Tijuana, S.A. de C.V. (Mexico)
121. Delphi Controladora, S.A. de C.V. (Mexico)
122. Delphi Czech Republic, k.s. (Czech Republic)
123. Delphi Daesung Wuxi Electronics Co., Ltd. (Peoples Republic of China)
124. Delphi de Mexico, S.A. de C.V. (Mexico)

125. Delphi Delco Electronic Systems Suzhou Co., Ltd. (Peoples Republic of China)
126. Delphi Delco Electronics de Mexico, S.A. de C.V. (Mexico)
127. Delphi Delco Electronics Europe GmbH (Federal Republic of Germany)
128. Delphi Deutschland GmbH (Federal Republic of Germany)
129. Delphi Deutschland Technologies GmbH (Federal Republic of Germany)
130. Delphi Diesel Body Systems Mexico, S.A. de C.V. (Mexico)
131. Delphi Diesel Systems Corporativo IDSA, S.A. de C.V. (Mexico)
132. Delphi Diesel Systems do Brasil Ltda. (Brazil)
133. Delphi Diesel Systems France SAS (France)
134. Delphi Diesel Systems Korea Ltd. (Korea)
135. Delphi Diesel Systems Limited (England and Wales)
136. Delphi Diesel Systems Pakistan (Private) Limited (Pakistan)
137. Delphi Diesel Systems Pension Trustees Limited (England and Wales)
138. Delphi Diesel Systems S.L. (Spain)
139. Delphi Diesel Systems Service Mexico, S.A. de C.V. (Mexico)
140. Delphi Electronic Suzhou Co. Ltd. (Peoples Republic of China)
141. Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V. (Mexico)
142. Delphi France Holding SAS (France)
143. Delphi France SAS (France)
144. Delphi Harrison Calsonic, S.A. (France)
145. Delphi Holding GmbH (Austria)
146. Delphi Holding Hungary Asset Management Limited Liability Company (Hungary)
147. Delphi Holdings Luxembourg S.ar.l. (Luxembourg)
148. Delphi Insurance Limited (Ireland)
149. Delphi Interior Systems de Mexico, S.A. de C.V. (Mexico)
150. Delphi International Holdings Corporation Luxembourg S.C.S. (Luxembourg)
151. Delphi Italia Automotive Systems S.r.l. (Republic of Italy)
152. Delphi Korea Corporation (Korea)
153. Delphi Lockheed Automotive Limited (England and Wales)
154. Delphi Lockheed Automotive Pension Trustees Limited (England and Wales)
155. Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket (Turkey)
156. Delphi Packard Austria GmbH & Co. KG (Austria)
157. Delphi Packard Electic Sielin Argentina S.A. (Argentina)
158. Delphi Packard Electric (Malaysia) Sdn. Bhd. (Malaysia)
159. Delphi Packard Electric Ceska Republika, S.R.O. (Czech Republic)
160. Delphi Packard Electric Systems Company Ltd. (Peoples Republic of China)
161. Delphi Packard España, SLU (Spain)
162. Delphi Packard Hungary Kft (Hungary)
163. Delphi Packard Romania SRL (Romania)
164. Delphi Poland S.A. (Poland)
165. Delphi Polska Automotive Systems Sp. z.o.o. (Poland)
166. Delphi Saginaw Lingyun Drive Shaft Co., Ltd. (Peoples Republic of China)
167. Delphi Saginaw Steering Systems UK Limited (England and Wales)

168.  Delphi Shanghai Dynamics and Propulsion Systems Co. Ltd. (Peoples Republic of China)
169.  Delphi Sistemas de Energia, S.A. de C.V. (Mexico)
170.  Delphi Slovensko s.r.o. (Slovak Republic)
171.  Delphi Tychy Sp. z.o.o. (Poland)
172.  Delphi-Calsonic Hungary Manufacturing Limited Liability Company (Hungary)
173.  Delphi-TVS Diesel Systems Ltd. (India)
174.  DEOC Pension Trustees Limited (England and Wales)
175.  Diavia Aire, S.A. (Spain)
176.  Electrotecnica Famar S.A.C.I.I.E. (Argentina)
177.  Famar do Brasil Comercio e Representacao Ltda. (Brazil)
178.  Famar Fueguina, S.A. (Argentina)
179.  FUBA Automotive GmbH & Co. KG (Federal Republic of Germany)
180.  Gabriel de Mexico, S.A. de C.V. (Mexico)
181.  Grundig Car InterMedia System GmbH (Federal Republic of Germany)
182.  Grundig Sistemas de Electronica Lda., Portugal (Portugal)
183.  Holdcar S.A. (Argentina)
184.  Inmobiliaria Marlis, S.A. (Mexico)
185.  Inmuebles Wagon, S.A. (Mexico)
186.  Interessengemeinschaft fur Rundfunkschutzrechte GmbH Schutzrechtsverwertung & Co. KG (Federal Republic of Germany)
187.  Katcon, S.A. de C.V. (Mexico)
188.  KDAC (Thailand) Company Limited (Thailand)
189.  KDS Company, Ltd. (Korea)
190.  Korea Delphi Automotive Systems Corporation (Korea)
191.  Korea Technology Bank Network (Korea)
192.  Liverpool Branch of Delco Electronics Overseas Corporation
193.  Mecel AB (Sweden)
194.  Moscow Branch of Delphi Automotive Systems Overseas Corporation
195.  Noteco Comércio e Participacoes Ltda. (Brazil)
196.  NSK Ltd. (Japan)
197.  On Se Telecom Co. Ltd. (Korea)
198.  P.T. Delphi Automotive Systems Indonesia (Indonesia)
199.  Packard Korea Incorporated (Korea)
200.  Productos Delco de Chihuahua, S.A. de C.V. (Mexico)
201.  Promotora de Partes Electricas Automotrices S.A. de C.V. (Mexico)
202.  PROSTEP AG (Federal Republic of Germany)
203.  Proveedora de Electricidad de Occidente, S.A. de C.V. (Mexico)
204.  Quingdao Daesung Electronic (Peoples Republic of China)
205.  Rio Bravo Eléctricos, S.A. de C.V. (Mexico)
206.  Shanghai Delco Electronics & Instrumentation Co., Ltd. (Peoples Republic of China)
207.  Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd. (Peoples Republic of China)
208.  Shanghai Delphi Emission Control Systems Company, Ltd. (Peoples Republic of China)

209.  Shanghai-Delphi Automotive Door Systems Co., Ltd. (Peoples Republic of China)
210.  Shengyang Huali Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
211.  Sistemas Electricos y Conmutadores, S.A. de C.V. (Mexico)
212.  Speciality Electronics (Singapore) Pte Ltd. (Singapore)
213.  Taiwan Representative Office of Delphi Automotive Systems International, Inc. (Peoples Republic of China)
214.  TECCOM GmbH (Federal Republic of Germany)
215.  TecDoc Information Systems GmbH (Federal Republic of Germany)
216.  Termoelectrica del Golfo, S. de R.L. de C.V. (Mexico)
217.  Thailwil, Switzerland Branch of Delphi International Services, Inc.
218.  Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH (Federal Republic of Germany)
219.  Wuhan Shenlong Automotive Air-conditioning Co. Ltd. (Peoples Republic of China)
220.  Yeon Kyung Electronics Co., Ltd. (Korea)

## III.    Joint Owners of Subsidiaries

221.  Akebono Corporation - North America
222.  Ashimori America, Inc.
223.  Calsonic International Inc.
224.  Calsonic Corporation
225.  Dunlap, Robert Terren
226.  Enerl, Inc.
227.  Furukawa Electric North America APD, Inc.
228.  Kalkowitz, Dan
229.  Mayfield Fund
230.  O'Gara, Thomas M.
231.  Palm, Inc.
232.  PBR Tennessee, Inc.
233.  Raytheon Company
234.  Royce & Associates
235.  RS Investments Management
236.  Van Zeeland, Anthony J.

## IV.    Directors, Officers and Key Executives

237.  Atul Pasricha
238.  Bernd Gottschalk
239.  Bette M. Walker
240.  Bradley J. Maggart
241.  Brian Eichenlaub
242.  Choon T. Chon
243.  Craig G. Naylor
244.  Cynthia A. Niekamp
245.  David A. Burgner
246.  David B. Wohleen

247.    David C. Barbeau
248.    David N. Farr
249.    Diane L. Kaye
250.    Doug Gruber
251.    Doug Parnell
252.    Earl Diem
253.    Edson Brasil
254.    F. Timothy Richards
255.    Francisco A. (Frank) Ordoñez
256.    Gary Abusamra
257.    Gregory D. Kochendorfer
258.    Guy C. Hachey
259.    James A. Bertrand
260.    James A. Spencer
261.    James P. Whitson
262.    Jeffrey J. Owens
263.    John D. Opie
264.    John D. Sheehan
265.    John Guevara
266.    John P. Arle
267.    Jonathan B. DeGaynor
268.    Jose Avila
269.    Karen L. Healy
270.    Kevin M. Butler
271.    Logan G. Robinson
272.    Lucia V. Moretti
273.    Mark C. Lorenz
274.    Mark R. Weber
275.    Mark Shasteen
276.    Mark Theriot
277.    Michael Simon
278.    Oscar de Paula Bernardes Neto
279.    R. David Nelson
280.    Robert H. Brust
281.    Robert J. Remenar
282.    Robert Morgan
283.    Robert S. (Steve) Miller Jr.
284.    Rodney O'Neal
285.    Roger S. Penske
286.    Ronald M. Pirtle
287.    Shoichiro Irimajiri
288.    Virgis W. Colbert
289.    Volker J. Barth
290.    William Wrubel

291.    A.E. Billis
292.    A.N. Gardner
293.    Alan S. Dawes
294.    Allen D. Flowers
295.    Brian P. O'Neill
296.    Burton J. Valanty
297.    Charu Manocha
298.    Dae Un Lee
299.    David J. Jones
300.    Denise Olbrecht
301.    Derek Kolano
302.    Derrick M. Williams
303.    Donald L. Runkle
304.    Elizabeth M. Schwarting
305.    F.H. Cooke
306.    Faris Alsagoff
307.    Frank A. Ordonez
308.    Frank Gango
309.    Gabor Janos Deak
310.    Gail K. Miller
311.    Haim Feigenbaum
312.    Ian Scott
313.    J.E. Jackson
314.    J.L. Williamson
315.    J.T. Battenberg III
316.    James W. Borzi
317.    Jeffery M. Krause
318.    Jeffery Parsons
319.    Jerry Sonnonstine
320.    Jimmy C. Chen
321.    Jimmy L. Funke, Esq.
322.    Jinya Chen Esq.
323.    John A. Passante
324.    John G. Blahnik
325.    John M. Fuerst
326.    John Short
327.    Jose Maria Alapont
328.    Joseph P. Gumina
329.    Karen McClain
330.    Kevin R. Heigel
331.    Laura Marion
332.    Lothar Veeser
333.    Majorie Harris Loeb
334.    Marc C. McGuire, Esq.

| | |
|---|---|
| 335. | Maria Conor-Freeman |
| 336. | Martin Conlon |
| 337. | Mary A. Gray |
| 338. | Max Rogers |
| 339. | Michael A. Shader |
| 340. | Michael Beckett |
| 341. | Michael T. Reagan |
| 342. | Mike Balsei |
| 343. | Mike Rayne |
| 344. | Milan E. Belans II |
| 345. | Myung Hwan Yoon |
| 346. | Nick Hotchkin |
| 347. | Pamela M. Geller |
| 348. | Patricia C. Sueltz |
| 349. | Paul S. Milburn |
| 350. | Peter H. Janak |
| 351. | Phillippe Desnos |
| 352. | R. Scott Bailey |
| 353. | R.A. Young |
| 354. | R.E. Hathaway |
| 355. | Rainer Hermeling |
| 356. | Richard A. Franzi |
| 357. | Richard Brown |
| 358. | Richard E. Erwin |
| 359. | Richard J. Zablocki |
| 360. | Richard Jok |
| 361. | Robert H. Sparks |
| 362. | Robert Katz, Esq. |
| 363. | Roberto Edwin Berry |
| 364. | Ronald E. Jobe |
| 365. | Russel W.H. Bailey |
| 366. | Sandeep Manocha |
| 367. | Sarah J. Salrin |
| 368. | Sean P. Corcoran |
| 369. | Shuji Hayashida |
| 370. | Stephen L. Davey |
| 371. | Steve D. Clemons |
| 372. | Susan A. McLaughlin |
| 373. | Theodore H. Lewis |
| 374. | Thomas D. Goodman |
| 375. | Thomas N. Twomey |
| 376. | Timothy J. Knutson |
| 377. | William D. Cornwell |
| 378. | William Steven Bowers |

379.    Wolfgang Humbeck
380.    Andrew Brown, Jr.
381.    Arthur Russell Jackson
382.    Carrie Anderson
383.    Christopher P. Arkwright
384.    David Knill
385.    David Maschoff
386.    F. Thomas Springer
387.    F. Thomas Sprunger
388.    Fred J. Bellar III
389.    Gregory R. Richards
390.    Henry A. Sullivan
391.    James H. Hindels
392.    Jeffery M. Overly
393.    Jeffery R. Chadwick
394.    John A. Jaffurs
395.    John Robert Roland, Jr.
396.    Linos Jacovides
397.    Mark S. Kamischke
398.    Michael L. Schuppe
399.    Milton R. Scheffler
400.    Pam Pitsenbarger
401.    Patrick Griffin
402.    Robert C. Walker
403.    Samuel H. Hall Jr.
404.    Timothy G. Forbes
405.    David Sherbin
406.    Robert Dellinger

## V.    Customers

407.    Aftermarket Technology Corp.
408.    American Axle and Manufacturing Holdings Inc.
409.    Arvinmeritor Inc.
410.    AZ Automotive Corp.
411.    Benteler Industries, Inc.
412.    BMW
413.    Caterpillar Inc.
414.    Collins & Aikman Corp.
415.    Cummins Inc.
416.    Daewoo Motor
417.    Daijatsu
418.    DaimlerChrysler Corp., US
419.    DBM Technologies, Inc.
420.    Delphi Allied Sales

421. Denso
422. Fiat Group
423. Ford Motor Co.
424. Fuji Heavy Industries
425. General Motors Corp.
426. GM Powertrain
427. GMIO
428. GMNA
429. GMNAO
430. GMSPO
431. Harley Davidson
432. Honda of America Mfg., Inc.
433. Hyundai Motor America
434. Isuzu Group
435. Kautex Textron
436. Lear Corporation Automotive Systems
437. Intier Automotive Inc.
438. Magna International Inc.
439. Mitsubishi Motors of America Credit Co.
440. Modatek
441. Navistar International Corporation
442. Nissan North America Inc.
443. Paccar
444. Power & Signal Group
445. Promotora
446. PSA Group
447. Renault
448. Rover
449. Suzuki Group
450. Takata
451. Tenneco, Inc.
452. Toyota Motor Credit Corporation
453. TRW
454. Volvo Truck
455. VW Group
456. Yorozu
457. American Alliance of Service Providers (AASP)
458. Agfa Corporation
459. Agfa-Gevaert N.V.
460. Agilent Tech. (M) SDN BHD
461. Aksys, Ltd.
462. American Discount Supply, Inc.
463. Applied Biosystems
464. Automotive Training Schools

| | |
|---|---|
| 465. | Brite Smile |
| 466. | Cambrex Bio Science |
| 467. | Cami Automotive Inc. |
| 468. | Cardinal Health |
| 469. | Caterpillar Engine Systems |
| 470. | Coinstar, Inc. |
| 471. | Elgin Industries |
| 472. | Everest Biomedical Instruments |
| 473. | ForHealth Technologies, Inc. |
| 474. | Haemoscope Corporation |
| 475. | Helicor, Inc. |
| 476. | Hewlett-Packard Co. |
| 477. | HP Financial Services |
| 478. | Independent Auto Parts (IAPA) |
| 479. | Inogen |
| 480. | INO Therapeutics |
| 481. | InterAmerican Trade Corp. |
| 482. | International Truck & Engine |
| 483. | John Deere |
| 484. | Johnson Controls Inc. (JCI) |
| 485. | Key Safety Systems, Inc. |
| 486. | KLA Tencor Corp. |
| 487. | KS Centoco |
| 488. | L-3 Communications |
| 489. | LeftHand Networks |
| 490. | Matco Tools |
| 491. | Medical Simulation Corporation |
| 492. | Medrad Inc. |
| 493. | Medtronic Navigation |
| 494. | Melling Tool Company |
| 495. | Michael Baker, Inc. |
| 496. | National Auto Radiator |
| 497. | Niton Corporation |
| 498. | NuVasive, Inc. |
| 499. | Ophthonix, Inc. |
| 500. | Particle Measuring Systems, Inc. |
| 501. | Point 5 Technologies |
| 502. | Precision Turbo & Engine Rob. |
| 503. | Rescue Technology |
| 504. | Reviva Labs |
| 505. | S.E. Power Systems Orlando |
| 506. | StorageTek |
| 507. | Sun Refining & Marketing |
| 508. | Sunrise Medical HHG, Inc./Sunrise Medical Ltd. |

509.  Tamsco, Inc.
510.  Technologia Modificada SA de Caterpillar
511.  Tire Industry Foundation
512.  USA Technologies, Inc.
513.  Verilink Corporation
514.  Volvo Do Brazil Veiculos Ltda.
515.  Volvo Parts North America, Inc.
516.  Wheeler Brothers, Inc.

## VI.  **Insurance Providers**

517.  ACE American Insurance Company
518.  AIG/American International Group, Inc.
519.  Allied World Assurance Company, AWAC
520.  American International Companies
521.  AON (Bermuda) Limited
522.  AON Risk Services of Illinois
523.  AON Risk Services, Inc.
524.  Blue Cross Blue Shield of Michigan
525.  CIGNA Behavioral Health
526.  CIGNA Corp.
527.  Cole Managed Vision
528.  David Vision
529.  Delta Dental Plans Association
530.  Green Shields Canada
531.  Health Solutions
532.  Health Plus
533.  Hewitt Associates
534.  JLT Services
535.  Lexington Insurance Companies
536.  M-Plan
537.  Medco Health Solutions Inc.
538.  The Medstat Group Inc.
539.  MetLife
540.  National Foot Care
541.  NCQA (National Committee for Quality Assurance)
542.  New York Workers Compensation Board
543.  Scantron
544.  SHPPS/Health International
545.  Starr Excess Liability Insurance Intl. Limited
546.  St. Paul Fire & Marine Insurance Compan
547.  St. Paul (Bermuda), Ltd.
548.  TGI Direct
549.  Towers Perrin
550.  United Health Group

551. University of Michigan
552. Value Behavioral Health (Value Options)
553. Zurich American Insurance Company
554. ACE USA
555. AIG World Source
556. Allianz of America Corporation
557. American International Specialty Lines Insurance Company
558. Bermuda Markets
559. CAN Insurance Services (CIS)
560. GEP
561. Gulf Underwriters Insurance Company
562. Hanover Inc.
563. HDI Insurance Company
564. IRI
565. Liberty Mutual Insurance Company
566. Lloyds of London
567. Marsh USA, Inc. (Broker)
568. Tokio Marine
569. XL Global Reinsurance Company, Ltd.
570. AIG Excess Causualty North America (Lexington)
571. AIU, Inc.
572. American Home Assurance Co. (AIMA)
573. AON UK
574. Arch Insurance Group Inc.
575. AXIS
576. Canawill, Inc.
577. Chubb Custom Insurance
578. Continental Casualty Co. (C.N.A)
579. Federal Ins. Co. (Chubb)
580. Great American Insurance Co.
581. Hanseatic Insurance Company (Bermuda) Ltd.
582. Ins. Co. of the State of Pennsylvania (AIG)
583. Marsh/Pentastar
584. National Union Fire Ins. Co. (AIG)
585. Pacific Employers Insurance Co. (ACE USA)
586. Steadfast Insurance Company (Zurich)
587. Swiss Re Insurance Company Ltd.
588. Twin City Fire Insurance (Hartford)
589. United State Aviation Insurance Group (USAIG)
590. US Specialty/HCC
591. ACE Insurance Co.
592. AIG WorldSource
593. Nation Union (AIG)
594. Amerada Hess Corporation

595.   ANR Pipeline Company
596.   Columbia Gas Transmission Corp.
597.   Columbia Gas of Ohio
598.   Coral Energy Resources, L.P.
599.   East Ohio Gas Co.
600.   Indiana Gas Company
601.   Panhandle Eastern Pipeline Company
602.   Seminole Energy Services
603.   Sequent Energy Services
604.   The Hartford
605.   UGI Energy Servies
606.   Union Gas System, Inc.
607.   Vectren Energy

VII.   **Vendors**

608.   3M Company
609.   A Agrati SPA
610.   Ab Skf
611.   Abc Group Inc.
612.   Acome Societe Cooperative De Produc
613.   Advanced Micro Devices
614.   Affinia Group Holdings Inc.
615.   Aluminum Company of America, Inc. (ALCOA)
616.   Alpine Group Inc.
617.   Alps Electric Co. Ltd.
618.   American President Lines Ltd.
619.   Amtek Engineering Ltd.
620.   Analog Devices Inc.
621.   Android Industries LLC
622.   Aplicaciones De Metales Sinterizado
623.   Assembleon America Inc.
624.   Autocam Corp.
625.   Autoliv Asp Inc.
626.   Beiersdorf AG
627.   Binter SA
628.   Boco Pty Ltd.
629.   Bosch, Robert Stiftung Gmbg
630.   Bosch Automotive Systems Corp.
631.   Calsonic Kansei Corp.
632.   Calsonic Kansei North America, Inc.
633.   Carlisle Companies Inc.
634.   Carringworth Ltd.
635.   Centra Inc.
636.   Cie Automotive Sa

637.   Clarion Corp. of America
638.   Contech
639.   Continental Gummi-werke AG
640.   Daewoo Heavy Industry America
641.   Dayco Products LLC
642.   DBG Tool & Machine
643.   Deloitte & Touche
644.   Denso International America, Inc.
645.   Dhl Danzas Air & Ocean
646.   Direct Sourcing Solutions
647.   DMC 2 Canada Corporation
648.   Dura Automotive Systems Inc.
649.   Eco-Bat America LLC
650.   Electronic Data Systems Corporation (EDS)
651.   Engelhard Corporation
652.   Essex Group Inc.
653.   Feintool International Holding
654.   Fountain Construction
655.   Freescale Semiconductor Inc.
656.   Furukawa Electric Co. Ltd., the
657.   General Electric Capital Corporation
658.   General Electric Co. Inc.
659.   Georg Fischer AG
660.   Great Lakes Tape Corp.
661.   Green, Ernie Industries Inc.
662.   Groupe Rencast
663.   Hitachi Automotive Products, Ltd.
664.   Hitachi Ltd.
665.   Hitachi Chemical Asia Pacific
666.   HSS LLC
667.   Illinois Tool Works Inc.
668.   Impala Platinum Holdings Ltd.
669.   INA Bearing Group
670.   Infineon Technologies AG
671.   Intermet Corporate
672.   ISI of Indiana Inc.
673.   Johann Albert Freund
674.   Kataman Metals Inc.
675.   Kyocera
676.   Leaseway Transfer Pool
677.   Leopold Kostal GmbH & Co. Kg
678.   Lexington Connector Seals
679.   Linamar Corp.
680.   Littlefuse Inc.

681. LS Cable Ltd.
682. Madison-kipp Corp.
683. Mahle GmbH
684. Markin Tubing
685. Metaldyne Corporation
686. Methode Electronics Inc.
687. Metropolitan Life Ins. Co.
688. Microsoft Services
689. Minebea Co. Ltd.
690. Molex Inc.
691. Motorola Inc.
692. Motorola Automotive
693. Multitronics Inc.
694. National Semiconductor Corporation
695. NEC Electronics Inc.
696. Nec Corp.
697. Niles Co. Ltd.
698. North American Operations
699. NSK Ltd.
700. Ogura Clutch Co. Ltd.
701. Olin Corp.
702. Paid Prescriptions LLC
703. Pam Dedicated Inc.
704. Panasonic Automotive Systems Company
705. PBR Automotive USA LLC
706. PBR Columbia LLC
707. PEK Co. Ltd.
708. Philips Semiconductors
709. PriceWaterhouseCoopers LLP
710. Progressive Moulded Products Ltd.
711. Qek Global Solutions
712. RSR Corporation
713. Ryder Integrated Logistics, Inc.
714. Sansho Giken Co. Ltd.
715. Sas Comte
716. Securitas Security
717. Sequa Corp.
718. Setech Inc.
719. SGS Thomson
720. Siemens Automotive Ltd.
721. Siemens AG
722. Societe Industrielle De Sonceboz SA
723. SPX Corporation
724. Steel Technologies, Inc.

725. Stoba Praezisionstechnik GmbH & Co.
726. Syncron-Eifler Ipari Es Kereskedelm
727. Tata America Intl. Corp.
728. Tech Central
729. Texas Pacific Group Ltd.
730. Textron Inc.
731. Thyssenkrupp AG
732. Tokico Ltd.
733. Torrington Co.
734. Toyo Clutch Co. Inc.
735. TRW Automotive
736. TT Electronics PLC
737. Tyco International Ltd.
738. Tyco Electronics Corp.
739. Umicore Sa
740. Unigraphics Solutions Inc.
741. US Steel Corporation
742. UVA Machine Company
743. Vireo Sa
744. Vallourec
745. Vanguard Distributors Inc.
746. Viasystems Canada Inc.
747. Visteon Automotive Systems
748. Wanxiang Group Corp.
749. Waupaca Foundry Inc.
750. Yazaki Corp.
751. ADC - Anderson Diecast
752. Bayer AG
753. Blackhawk Automotive Plastics Inc.
754. Circle Plastics Products Inc.
755. Equistar Chemicals LP
756. Federal Mogul Corp.
757. Georgia Gulf Corp.
758. GKN PLC
759. Hayes Lemmerz International Inc.
760. Henkel KGAA
761. I&W Industries LLC
762. Intec Group Inc., The
763. International Wire Group, Inc. (Omega)
764. Key Plastics LLC
765. M&Q Plastic Products Inc.
766. Martinrea International Inc.
767. Meadville Forging Co.
768. Michigan ARC Products

769. Microchip Technology Inc.
770. Mittal Steel Company N.U.
771. MTI Technology Corp.
772. National Rivet & MFG Co.
773. Norandal
774. Norilsk Nickel
775. Northern Engraving Corp.
776. Olympic Coaters
777. Palmer Holland Inc.
778. Perfection Spring
779. PFG
780. Photo Circuits
781. Pioneer INDL Components
782. Plymouth Rubber Company
783. PMP
784. Premier Trim LLC
785. PTC Alliance Corp.
786. Republic Engineered Products, Inc.
787. Rotor Clip Company, Inc.
788. Seiko Epson Corp.
789. Sharp Electronics Corporation
790. Shell Oil
791. SKF USA, Inc.
792. Spartech Corp.
793. ST Microelectronics NV
794. Swatch Group
795. SwiTec
796. Tower Automotive Inc.
797. Trico Products Corporation
798. US Aeroteam
799. Parts Finishing Group Inc. (Vassar)
800. Willow Hill Industries
801. ARC Automotive Inc.
802. Texas Instruments Inc.
803. CE Communications, Inc.
804. Hyatt Legal Plans, Inc.
805. SIRVA Relocation LLC
806. EI Dupont de Nemours & Co. Inc.
807. Freudenberg & Co. KG
808. Timken Co., Inc.
809. Best Buy Co. Inc.
810. Circuit City Stores Inc.
811. Daihatsu
812. Napa Dist Center

813. Saturn Corp.
814. Standard Motor Products Inc.
815. Wal-Mart Stores CE
816. XM Emall LLC
817. Federal Environmental Protection Agency
818. Fraccionadora Industrial del Norte, S.A. de C.V.
819. GMACCM Asset Management de Mexico
820. Hub Group
821. Michigan Department of Environmental Quality
822. New Jersey Environmental Protection Agency
823. Ohio Environmental Protection Agency
824. Orange County Health Care Agency
825. ProLogis-Juarez Investment, LLC
826. Reliance Insurance Company
827. RLI Surety
828. Safeco Insurance Co.
829. State of Alabama Dept of Industrial Relations
830. State of Georgia, Workers' Compensation Board
831. State of Kansas, Workers' Compensation Board
832. State of New York, Workers' Compensation Board
833. Toronto Dominion Bank
834. ABC Plastic
835. Advanced Polymer Systems, Inc.
836. Allegney Technologies
837. ATF
838. Basell USA Inc.
839. Beaver Mfg.
840. Carpenter Technology Corp.
841. Cooper Standard Automotive Inc.
842. Curtis Screw
843. Dana Corporation
844. Decatur Plastic Products, Inc.
845. DGB
846. Dicky Grabler
847. Dr. Schneider Automotive
848. Eagle Picher Holdings Inc.
849. Elkhart Prod.
850. Epcos AG, Inc.
851. Exxon Mobile Corp.
852. Fischer America
853. Affinia Canada Corp.
854. AK Steel Corporation
855. AW Transmission Engineering
856. Bosch Braking Systems Corp.

857.   Carlisle Engineered Prods.
858.   Carter Group Inc.
859.   D & R Technology LLC
860.   Doshi Prettl International
861.   Flextronics International
862.   Fujitsu Ten Corporation
863.   Futaba Corp. of America
864.   Howard County, Indiana Treasurer
865.   Ispat Inland
866.   Johnson Electric North
867.   Montgomery County, Ohio Treasurer
868.   Murata Electronics North America, Inc.
869.   Niles USA, Inc.
870.   Pechiney Rolled Products
871.   Robert Bosch Corporation Automotive Group
872.   Semiconductor Components Industries, LLC
873.   SGS Thompson
874.   Solectron de Mexico SA de CV
875.   State of Wisconsin
876.   TDK Corporation of America
877.   TI Group Automotive System
878.   Westwood Associates Inc.
879.   Yazaki North America Inc.
880.   Alps Automotive, Inc.
881.   Cataler North America Corp.
882.   Corus LP
883.   SPX Contech
884.   Aisin Seiki Co Ltd
885.   Buena Vista Township, Michigan
886.   Capri Capital Advisors LLC
887.   Delta
888.   Limar Realty Corp
889.   Madison County, Indiana
890.   Merck Medco
891.   State of Michigan
892.   State of Ohio
893.   Traxle Mfg Ltd
894.   University HealthSystem Consortium (UHC)
895.   Adam Opel AG
896.   Agco-Jackson Operation
897.   Cannon Group Ltd.
898.   DK Packaging
899.   Espackdis SA
900.   HMH Group

901. Koltec BV
902. New Wave Enterprises (Belgium) NV
903. Perkins Engines Company Ltd.
904. Saab Automobile AB
905. Vauxhall Motors Ltd.
906. AFX Wheels
907. Amphenol Corp
908. Asahi Glass Co
909. B&A Enterprises
910. Bitron Industrie SpA
911. British Vita PLC
912. BTV Holding GmbH
913. Bus Electronik GmbH
914. Dr. Johannes Heidenhain-Stiftung Gmb
915. Engineered Plastic Components Inc
916. Hanwha Corp Poun Plt
917. International Rectifier Corp
918. Marian, Inc
919. Mecaplast
920. Mitsubishi Electric
921. Ningbo Huaxiang Electronic Co Ltd
922. Noranda Aluminum, Inc
923. Ontario Holding International Bv
924. Pressac
925. Quexco Inc
926. Rohm Co Ltd
927. Samtech Corporation
928. Schulte & Co GmbH
929. Selectron Corp
930. Spirent PLC
931. Stelco GmbH Electronic Components
932. Sumitomo Electric Industries Ltd
933. Taiho Corporation of Europe Kft
934. Technitrol Inc
935. TPG Advisors
936. Vishay Intertechnology
937. Wieland Werke AG
938. Wilh Werhahn

## VIII.  Professionals
939. Cleary, Gottlieb, Steen & Hamilton
940. Corporate Branding LLC
941. CMS Worldwide
942. Fidelity Employer Services Company LLC

943.    Fidelity Institutional Retirement Services Company
944.    Morris, Nichols, Arsht & Tunnell
945.    Sedgwick Claims Management Services, Inc.
946.    Shearman & Sterling LLP
947.    4GEN
948.    Air Academy Associates
949.    AIT GROUP
950.    American Supplier Institute, LLC (ASI)
951.    Ariane Ingenierie
952.    ASI, Shainin (ICIM)
953.    Asset Mfg. Resources
954.    BBK, Ltd.
955.    Bevco Solution Strategies
956.    Braun Kendrick Finkbeiner
957.    BSI Americas
958.    Bugbee & Conkle
959.    Crew Buchanan & Lowe
960.    Drew, Eckl & Farnham, LLP
961.    Due, Doyle Fanning, Ewing & Metger, LLP
962.    Ernst & Young
963.    Evans, Pletkoic & Rhodes, P.C.
964.    Eyster, Key, Tubb, Weaver & Roth
965.    Fernandez Racing
966.    FTI Consulting, Inc.
967.    Hamberger & Weiss
968.    Hendrick Motorsports
969.    Holloway, Dobson, Bachman
970.    Hudson, Potts & Bernstein
971.    I33 Communications LLC
972.    KPMG LLC
973.    Lathrop & Gage
974.    Lean Business Solutions
975.    Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey
976.    Letson, Griffith, Woodall, Lavelle & Rosenberg
977.    Levasseur & Levasseur
978.    Linklaters
979.    Locker & Lee
980.    McCann-Erickson
981.    MIT
982.    O.P. Tyagi
983.    Paul E. Riegel, Esq.
984.    Phifer & White, P.C.
985.    Robbins GIOIA
986.    S.P. Nagrath & Co.

987.   Saarakshi Enterprises
988.   Saloman Smith Barney
989.   Sapient
990.   Scheuer Mackin Breslin LLC
991.   Seva Technologies
992.   Shainin LLC
993.   Six Sigma Academy
994.   Solution Strategies, Inc.
995.   Southwest Research
996.   TBM
997.   Tech Caliber
998.   Training Services and Solutions
999.   TSSC
1000.  TWI Network
1001.  Vprys, Sater, Seymour & Pease
1002.  Watson Wyatt & Company
1003.  Wise, Carter, Child & Caraway
1004.  World Class Engineering
1005.  Zeanah, Hust & Summerford
1006.  Groom Law Group
1007.  O'Melveny & Meyers, LLP
1008.  Rothschild Inc.
1009.  Rohatyn Associates LLC
1010.  Sitrick & Company
1011.  Ahern & Soper Co. Inc.
1012.  Air Academy Press & Associates
1013.  ASI Consulting Group LLC
1014.  Asset Management Resources
1015.  Bede & Associates
1016.  Booz-Allen Hamilton
1017.  Clark Patterson Associates
1018.  Conway McKinsey and Dunlevy
1019.  Corporate Executive Board
1020.  CTG Auditors
1021.  CTJ Safety Associates
1022.  DASCO
1023.  David Cunningham
1024.  Det Norske Veritas
1025.  Detroit Translation Bureau
1026.  DeWitt Ross & Stevens
1027.  Electricore Inc.
1028.  Hao Do
1029.  Institute of Configuration
1030.  Link Testing Laboratories

1031. Meritus Consulting Services
1032. Miller Consulting Services
1033. Molitor International
1034. Ohio State University
1035. Origin Intl. Inc.
1036. Rutledge Tonya R.
1037. SGS Controll Co. MBH
1038. Tatum Partners
1039. Tec Ease Inc.
1040. TPI
1041. Xpedex
1042. AJM International
1043. Bedi Strategies, Inc.
1044. Brenda Veit
1045. Calwest
1046. Cardoza
1047. Carquest
1048. Chris Kouri & Assoc.
1049. Coble Taylor & Jones
1050. Coe & Associates
1051. Common Point Graphics
1052. Dickson Allen
1053. Foley & Lardner LLP
1054. Frost Brown Todd LLC
1055. Hirsig-Frazier Co.
1056. Hunton & Williams LLP
1057. JLE Process Services, Inc.
1058. Kitchin & Sons, Inc.
1059. Law Offices of Albert M. Gutierrez, P.C.
1060. Lee Hecht Harrison
1061. N.A. Williams Co.
1062. Northeastern Marketing
1063. On-Mark Sales
1064. Orion Adv. Mktg.
1065. Parsons
1066. Paul Hastings Janofsky & Walker LLP
1067. Productivity Systems
1068. QS Servicos Tecnicos
1069. Richards Spears Kibbe & Orbe LLP
1070. Russell Reynolds Associates, Inc.
1071. SAP Consulting
1072. Savety Innovations Ltd.
1073. Shaw E & I
1074. Siskel Sales Company

1075.   Spirax Sarco
1076.   SRS Marketiong Co.
1077.   Suh & Assoc.
1078.   Suri & Company
1079.   Watkins Ludlam Winter & Stennis, P.A.

## IX.    Indenture Trustees

1080.   Bank One Trust Company N.A.
1081.   J.P. Morgan Trust Company, N.A.
1082.   Chase Lincoln First Bank N.A.
1083.   First National Bank of Chicago

## X.    Underwriters of Securities

1084.   A.G. Edwards & Sons, Inc.
1085.   ABN AMRO Incorporated
1086.   Advest, Inc.
1087.   Banc of America Securities LLC
1088.   Barclays Capital Inc.
1089.   BB&T Capital Markets, Inc.
1090.   BNP Paribas Securities Corp
1091.   C.L. King & Associated, Inc.
1092.   Citigroup Global Markets Inc.
1093.   Comerica Securities Inc.
1094.   Credit Suisse First Boston LLC
1095.   D.A. Davidson & Co.
1096.   Deutsche Bank Securities Inc.
1097.   Ferris, Baker Watts, Incorporated
1098.   HSBC Securities Inc.
1099.   J.P. Morgan Securities Inc.
1100.   Janney Montgomery Scott LLC
1101.   McDonald Investments Inc.
1102.   Merrill Lynch, Pierce, Fenner & Smith Incorporated
1103.   Mesirow Financial, Inc.
1104.   Morgan Stanley & Co. Incorporated
1105.   Oppenheimer & Co. Inc.
1106.   Quick & Reilly, Inc.
1107.   RBC Dain Rauscher Inc.
1108.   Ryan Beck & Co.
1109.   Samuel A. Ramirez & Company Inc.
1110.   Scotia Capital Inc.
1111.   SG Cowen Securities Corporation
1112.   Southwest Securities, Inc.
1113.   Stifel, Nicolaus & Company, Incorporated
1114.   The Royal Bank of Scotland PLC

1115.   U.S. Bancorp Piper Jaffray Inc.

1116.   UBS Securities LLC

1117.   Utendahl Capital Partners, L.P.

1118.   Wachovia Capital Markets, LLC

1119.   Wells Fargo Van Kasper LLC

1120.   Williams Capital Group, L.P.

**XI.    Unions**

1121.   International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

1122.   IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO

1123.   Electronic and Space Technicians Local 1553

1124.   International Brotherhood of Electrical Workers, AFL-CIO Local 663

1125.   International Union of Operating Engineers Local 101-S

1126.   International Union of Operating Engineers Local 18-S

1127.   IUE, AFL-CIO Local 698

1128.   IUE, AFL-CIO Local 711

1129.   IUE, AFL-CIO Local 718

1130.   IUE, AFL-CIO Local 755

1131.   IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC

1132.   IUE-CWA Local 1111

1133.   IUE-CWA Local 416

1134.   IUE-CWA Local 709

1135.   IUE-CWA, AFL-CIO Local 801

1136.   IUE-CWA, AFL-CIO,CLC Local 717

1137.   UAW Amalgamated Local 292

1138.   UAW Amalgamated Local 686

1139.   UAW Local 1021

1140.   UAW Local 1097

1141.   UAW Local 167

1142.   UAW Local 1866

1143.   UAW Local 2031

1144.   UAW Local 2083

1145.   UAW Local 2151

1146.   UAW Local 2157

1147.   UAW Local 2188

1148.   UAW Local 2190

1149.   UAW Local 2195

1150.   UAW Local 286

1151.   UAW Local 438

1152.   UAW Local 467

1153.   UAW Local 651

1154.  UAW Local 662
1155.  UAW Local 686, Unit 19
1156.  UAW Local 696
1157.  UAW Local 699
1158.  UAW Local 913
1159.  UAW Local 969
1160.  United Steelworkers of America
1161.  International Association of Machinists (IAM) Local 78
1162.  International Union of Operating Engineers (IUOE) Local 832S
1163.  United Steel Workers of America (USW) Local 87

**XII.    Counterparties to Major Leases**

1164.  1401 Troy Associates Limited Partnership
1165.  ATEL Capital Group
1166.  First Industrial L.P.
1167.  Ford Motor Land Development Corporation
1168.  John E. Benz & Co.
1169.  Kensington Capital Corp.
1170.  Kilroy Realty, L.P.
1171.  LaSalle National Bank
1172.  Laurence Tippman, Sr., Family Limited Partnership
1173.  Osprey, S.A., Ltd.
1174.  River Road Investments, Inc.
1175.  TR Butterfield Trail Corp.
1176.  Universal Tool and Engineering Company, Inc.
1177.  Wells Operating Partnership, L.P.
1178.  ORIX Warren, LLC / Orix GF Warren Venture

**XIII.   Counterparties to Major Contracts**

1179.  Techcentral LLC
1180.  American Electric Power (AEP OK)
1181.  Air Force Office of Scientific Research (AFOSR)
1182.  Alabama Gas Corporation
1183.  Alabama Power Co.
1184.  Alltel
1185.  Ameritech Information Systems, Inc.
1186.  Anderson City Utilities, IN
1187.  Anxebusiness Corp.
1188.  Applera Corporation
1189.  ARL
1190.  AT&T Corporation
1191.  AT&T Solutions, Inc.
1192.  AT&T Wireless
1193.  Avaya World Services, Inc.

1194.  Cardinal Health 200, Inc.
1195.  Cellco Partnership d/b/a Verizon Wireless
1196.  Chemical Reclamation Svcs Inc. USA
1197.  Cinergy PSI IN
1198.  City of Adrian, MI
1199.  Clinton (City of) MS
1200.  Columbus (City of) Ohio
1201.  Constellation NewEnergy, Inc.
1202.  Consumers Energy
1203.  Consumers Power Company
1204.  Coopersville (City of) MI
1205.  D.O.T. Volpe Center
1206.  Dayton Power & Light Co.
1207.  Dayton Water Dept (City of) Ohio
1208.  Department of Commerce/National Institute of Standards and Technology (DOC/NIST)
1209.  Department of Defense/Tank-Automotive and Armaments Command (DOD/TACOM)
1210.  Department of Energy/National Energy Technology Laboratory (DOE/NETL)
1211.  Department of Transportation/National Highway Traffic Safety Administration (DOT/NHTSA)
1212.  DPL Energy Resources, Inc.
1213.  DTE Energy MI
1214.  El Paso Electric Co. TX
1215.  Electricore Aerovironment
1216.  Emtech
1217.  Entergy (MS Power & Light) USA
1218.  EQ-Heritage USA
1219.  Erie Cnty. Dept. Environ Serv. OH
1220.  Fitzgerald Wtr. Lgt. Bond Com GA
1221.  Flint (City of) MI
1222.  Georgia Power Company
1223.  Henry County REMC IN
1224.  Heritage Interactive Services USA
1225.  HESCO Houston Energy Srvs Co.
1226.  Honeywell International
1227.  Indiana University:  Purdue University Indianapolis (IUPUI)
1228.  Indiana Michigan Power Comp IN
1229.  Indiana-American Water Company
1230.  Indianapolis Power & Light Co.
1231.  Industrial Energy Users - Ohio
1232.  Intercall
1233.  Johns Hopkins University
1234.  Kokomo Gas & Fuel Company IN
1235.  Kokomo Wastewater (City of) IN
1236.  KPL (Western Resources) KS

1237. Limestone County Commission AL
1238. Limestone County Wtr & Swr AL
1239. Lockport (City of) NY
1240. Lockport Energy Associates NY
1241. Magic Valley Electric Coop USA
1242. Mississippi Power Company
1243. Monroe Cnty Water Authority NY
1244. Montgomery City San Eng Dept OH
1245. MRI Connectivity Solutions
1246. NASA
1247. New Brunswick (City of) NJ
1248. New York Power Authority
1249. New York State Electric & Gas NY
1250. Nextel Coomunications
1251. Niagra Mohawk NY
1252. North Alabama Gas District AL
1253. Oak Creek (City of) WI
1254. Ohio Edison Company
1255. Oil Chem Inc. USA
1256. Olathe (City of) KS
1257. OneOK Energy Energy Marketing OK
1258. Pepco Energy Services, Inc.
1259. Portage Cnty Wir Resources OH
1260. PSE&G NJ
1261. Purdue University
1262. Rineco Chemical Industries USA
1263. Rochester (City of) NY USA
1264. Rochester Gas & Electric NY
1265. SBC Ameritech
1266. SBC Global Services, Inc.
1267. SkyTel
1268. Southern California Edison
1269. Sprint United
1270. State of Indiana
1271. TechSolve
1272. Tennessee Valley Authority
1273. Time Warner
1274. Troy (City of) MI
1275. Tulsa Utils Svc (City of) OK
1276. TXU Energy Retail Company LP
1277. USAF/AFRL
1278. Vandalia (City of) OH
1279. Verizon
1280. Warren (City of) Util Srvs OH

1281. Warren City of Pollution Control
1282. Wisconsin Electric Power Co. WI
1283. Wyoming (City of) MI
1284. Zoe Medical, Inc.
1285. Alexander Long, III
1286. Anxebusiness Corp.
1287. Bell South
1288. Bluetooth
1289. Caretools, Inc.
1290. Clifford Electronics, Inc.
1291. Compuware Corporation
1292. Cullmann GmbH
1293. Debiotech S.A.
1294. Direct Sourcing Solutions (DSSI)
1295. Dolby Digital
1296. DSSCSC China
1297. Embedded Technology
1298. Ericsson AB
1299. Firma Carl Freudenberg KG
1300. HTC Corp.
1301. IBM Corporation
1302. Ideal Technology Solutions U.S. Inc
1303. Inovise Medical, Inc.
1304. Integrated Therapeutics Group, Inc.
1305. Intel Corporation
1306. JSP International Ltd.
1307. LiveDevices Inc
1308. Logikos
1309. Lucent Technologies Inc.
1310. Magnavox Government and Industrial Electronics Company
1311. Matsushita Electric Corporation of America
1312. Miller Engineered Services, Incorporated
1313. MMT SA
1314. Moving Magnet Technologies SA
1315. MPEG LA, LLC
1316. NCMS
1317. Nokia Corporation
1318. North American Philips Corporation
1319. Premacare
1320. Sanden Corporation
1321. Satyam
1322. Scroll Laboratories, Inc.
1323. Standard Research Institute International (SRI Intl)
1324. TCS

1325.  The Whitaker Corporation
1326.  Thomas Giannulli Inc.
1327.  Toshiba Corporation
1328.  UBE Industries, Ltd.
1329.  UnitedGlobal Com Inc (UGC)
1330.  UGC "Europe"
1331.  Valence Technology Cayman Islands Inc.

## XIV.    <u>Lenders</u>

1332.  Banc One Capital Markets, Inc.
1333.  Falcon Asset Securitization Corporation
1334.  Jupiter Securitization Corporation
1335.  ABN AMRO Bank N.V.
1336.  Amsterdam Funding Corporation
1337.  The Bank of Tokyo-Mitsubishi, Ltd.
1338.  Gotham Funding Corporation
1339.  JPMorgan Bank, N.A.
1340.  Wachovia Bank, National Association
1341.  Blue Ridge Asset Funding Corporation
1342.  City of Saginaw, Michigan
1343.  Michigan Strategic Fund
1344.  Whitney National Bank
1345.  Citicorp Securities, Inc.
1346.  First Chicago Capital Markets, Inc.
1347.  Dai-Ichi Kangyo Trust Company of New York
1348.  Cede & Co.
1349.  Ohio Water Development Authority
1350.  Cleveland Trust Company
1351.  Deposit Guaranty National Bank
1352.  Regions Bank
1353.  Lord Corporation
1354.  A3 Funding LP
1355.  Ableco Finance LLC
1356.  Agricultural Bank of China
1357.  Amaranth Partners LLC
1358.  Apollo Distressed Investment Fund
1359.  Appaloosa Invest Ltd. Partnership I
1360.  Australia and New Zealand Bank Group
1361.  Banco Bilbao Vizcaya Argentaria, S
1362.  Banca Nazionale Del Lavoro SpA, New
1363.  Banco Santander Central Hispano S.A.
1364.  Bank of America, N.A.
1365.  Bank of China Luxembourg SA
1366.  Bank of New York

1367. Bank of Nova Scotia
1368. Bank of Toyko Mitsubishi Company
1369. Barclays Bank PLC
1370. BNP Paribas
1371. BrenCourt Distress Securities Maste
1372. Calyon New York Branch [f/k/a] Credit Lyonnais
1373. CapitalSource Finance LLC
1374. Cargill Financial Services Intl. Inc.
1375. Citibank N.A.
1376. Citigroup Financial Products Inc.
1377. Comerica Bank Michigan
1378. Commerzbank Aktiengesellschaft New
1379. Credit Industriel et Commercial
1380. Deutshce Bank AG
1381. Deutsche Bank Trust Company America
1382. Dymas Funding Company LLC
1383. Event Partners Debt Acquisition, LLC
1384. Fifth Third Bank, Eastern Michigan
1385. Goldman Sachs Credit Partners L.P.
1386. Gulf Stream - Compass CLO 2004-1, Ltd.
1387. Gulf Stream - Compass CLO 2005-1, Ltd.
1388. HBK Master Fund L.P.
1389. HSBC Bank USA, National Association
1390. KeyBank National Association
1391. Lehman Commercial Paper, Inc.
1392. Mizuho Corporate Bank Ltd. fka DKB
1393. Morgan Stanley Senior Fundings, Inc.
1394. Protective Life Insurance Company
1395. Sequils Ing I, Ltd.
1396. Severn River Master Fund Ltd.
1397. Societe Generale SA New York
1398. Special Situations Investing Group
1399. Sumitomo Mitsui Banking Corporation
1400. Trilogy Portfolio Company, LLC
1401. TRS Callisto LLC
1402. TRS Leda LLC
1403. TRS Thebe LLC
1404. UBS AG, Stamford Branch
1405. UBS Loan Finance LLC
1406. UFJ Bank Limited
1407. Windmill Master Fund LP
1408. Grand Central Asset Trust, SIL Series
1409. Sea Pines Funding LLC
1410. Tenor Opportunity Master Fund, Ltd.

1411.  Citicorp Vendor Finance, Inc.
1412.  Compaq Financial Services Corporation
1413.  Crown Credit Company
1414.  Sentry Financial Corporation
1415.  The Peltz Group, Inc.
1416.  Whitney Private Debt Fund LP
1417.  Bear Stearns Investment Products
1418.  Secondary Loan and Distressed Credit
1419.  ACA CLO 2005-1, Ltd.
1420.  Access Institutional Loan Fund
1421.  ADAR Investment Fund Ltd.
1422.  Addison CDO, Limited
1423.  AG Alpha Credit Master, Ltd.
1424.  Ahab Partners, L.P.
1425.  Airlie Opportunity Master Fund, Ltd
1426.  American Express Certificate Company
1427.  AMMC CLO
1428.  Archimedes Funding IV, Ltd.
1429.  ARX Global High Yield Securities
1430.  Aslan Capital Master Fund, LP
1431.  Atlas Capital Funding, Ltd.
1432.  Atrium
1433.  Avenue CLO
1434.  Avery Point CLO, Ltd.
1435.  Balboa CDO I, Limited
1436.  BDC Finance LLC
1437.  Black Diamond Offshore Limited
1438.  Blue Square Funding Ltd. Series 3
1439.  Boldwater CBNA Loan Funding LLC
1440.  Boldwater Credit Opportunities
1441.  Boston Harbor CLO 2004-1, Ltd
1442.  Boston Income Portfolio
1443.  Brookville Capital Master Fund, L.P.
1444.  Brun Mawr CLO, Ltd.
1445.  Callidus Debt Partners CDO Fund I
1446.  Candlewood Capital Partners LLC
1447.  Canpartners Investments IV LLC
1448.  Canyon Capital Partners
1449.  Castle Garden Funding
1450.  Castle Hill
1451.  CDL Loan Funding LLC
1452.  Cedarview Opportunities Master Fund
1453.  Celerity CLO Ltd
1454.  Centurion CDO

1455.  Chatham Light II CLO, Limited
1456.  Citadel Hill 2000 Ltd.
1457.  Colonial Funding LLC
1458.  CSAM Funding IV
1459.  C-Squared CDO Ltd.
1460.  Cumberland II CLO Ltd.
1461.  Cypresstree Claif Funding LLC
1462.  D.K. Acquisition Partners, L.P.
1463.  Debt Strategies Fund, Inc.
1464.  Delaware Corp Bond Fund
1465.  Delaware Delchester Fund
1466.  Desjardins Financial Security Life
1467.  Diversified Income Strategies
1468.  Diversified Investors High Yield
1469.  Dryden Leveraged Loan
1470.  Duane Street CLO 1, Ltd.
1471.  Duma Master Fund LP
1472.  Dunes Funding LLC
1473.  ELF Funding Trust I
1474.  Employers Insurance of Wausau
1475.  Empyrean Investments, LLC
1476.  Endurance CLO I Ltd.
1477.  Excess Book
1478.  Feingold O'Keefe Credit Fund CBNA
1479.  First Trust Highland Capital
1480.  Flagship CLO
1481.  Forest Creek CLO, Ltd.
1482.  Fortis Bank SA NV Cayman Island Branch
1483.  Forstress Credit Funding
1484.  Lightspeed CLO
1485.  Galaxy
1486.  Gleneagles CLO Ltd.
1487.  Global Enhanced Loan Fund S.A.
1488.  Global StocksPLUS Income Fund
1489.  Gracie Capital L.P.
1490.  Greywolf Loan Participation LLC
1491.  Guggenheim Portfolio Company XII
1492.  Hammerman
1493.  Harbour Town Funding LLC
1494.  High Income Portfolio
1495.  Highland Floating Rate
1496.  Horizon Income Fund, Ltd.
1497.  IDS Life Insurance Company
1498.  ING Investment Management

1499.   Investment CBNA Loan Funding LLC
1500.   Investors Bank and Trust Co
1501.   Jasper CLO Ltd.
1502.   Katonah
1503.   KIL Loan Funding LLC
1504.   Kingsland I, Ltd.
1505.   KKR Financial CLO 2005-1, Ltd.
1506.   KZH
1507.   Liberty CLO Ltd.
1508.   LibertyView Loan Fund, LLC
1509.   Lincoln National Life Insurance Co.
1510.   Linden Capital LP
1511.   Lispenard Street Credit (Master)
1512.   Loan Funding LLC
1513.   Loan Star State Trust
1514.   Long Grove CLO, Limited
1515.   Madison Park Funding I, Ltd.
1516.   Marathon CLO I Ltd.
1517.   Marathon Special Opportunity
1518.   Market Square CLO Ltd.
1519.   Maquette Park CLO Ltd.
1520.   McDonnell Loan Opportunity Ltd.
1521.   Metropolitan West
1522.   ML Global Investment Series Income
1523.   Mountain Capital CLO
1524.   Muirfield Trading LLC
1525.   National City Bank
1526.   Nemean CLO, Ltd.
1527.   Oak Hill Credit
1528.   Oak Hill Securities Fund
1529.   OCM High Yield Plus Fund LP
1530.   Octagon Investment Partners
1531.   Panton Master Fund LP
1532.   Park Avenue Loan Trust
1533.   PIMCO Floating
1534.   Pinewood Credit Markets Master Fund
1535.   Pioneer Floating Rate Trust
1536.   PNC Bank, N.A.
1537.   Post Leveraged Loan Master Fund, LP
1538.   Post Opportunity Fund L.P.
1539.   Post Total Return Fund, L.P.
1540.   Principal Life Insurance Company
1541.   Prospect Funding I, LLC
1542.   Putnam Investments

1543.  Q Funding III LP
1544.  Quadrangle Master Funding Ltd
1545.  Quattro
1546.  R2 Top Hat, Ltd.
1547.  Race Point
1548.  Red Fox Funding LLC
1549.  Redwood Master Fund, Ltd.
1550.  Riviera Funding LLC
1551.  Robson Trust
1552.  Rockwall CDO Ltd.
1553.  Rosemont CLO, Ltd.
1554.  Salomon Brothers Variable Rate
1555.  Sankaty High Yield Partners
1556.  Satellite Senior Income Fund
1557.  Saturn Trust
1558.  Scoggin Worldwide Fund Ltd
1559.  Scottwood Partners LP
1560.  SEI Institutional Managed TST
1561.  Seneca Capital, L.P.
1562.  Sierra CLO I Ltd.
1563.  Silverado CLO 2006-1 Ltd.
1564.  Sky CBNA Loan Funding LLC
1565.  SMBC MVI SPC
1566.  SOF Investment, LP
1567.  Southport CLO, Limited
1568.  SRI Fund LP
1569.  Stanfield
1570.  SunTrust Bank Atlanta
1571.  TCW
1572.  The Drake Offshore Master Fund, Ltd
1573.  The Foothill Group Incorporated
1574.  The Hartford Floating Rate Fund
1575.  Thirvent High Yield
1576.  Velocity CLO, Ltd.
1577.  Venture CDO
1578.  Vista Leverage Income Fund
1579.  Vulcan Ventures, Inc.
1580.  Watershed Capital
1581.  Waterville Funding LLC
1582.  Waveland-Ingots, Ltd.
1583.  Wells Capital Management
1584.  Western Asset Floating Rate
1585.  Wind River CLO I, Ltd.
1586.  Wrigley CDO, Ltd.

## XV.   State and Other Governmental Authorities

1587.   Air Resources Board (ARB) California
1588.   Alabama Department of Environmental Management (ADEM)
1589.   Arizona Department of Environmental Quality (ADEQ)
1590.   California Environmental Protection Agency (Cal EPA)
1591.   Certified Unified Program Agencies (CUPA) (California)
1592.   Colorado Department of Public Health and Environment (DPHE)
1593.   Department of Toxic Substances Control (California)
1594.   Georgia Department of Natural Resources
1595.   Illinois Environmental Protection Agency ( EPA) (Illinois)
1596.   Indiana Department of Environmental Management (IDEM)
1597.   Integrated Waste Management Board (CIWMB) (California)
1598.   Kansas Department of Health & Environment
1599.   Kentucky Environmental and Public Protection Cabinet
1600.   Minnesota Pollution Control Agency
1601.   Mississippi Department of Environmental Quality
1602.   Missouri Department of Natural Resources
1603.   New Jersey Department of Environmental Protection
1604.   New York State Department of Environmental Conservation (NYSDEC)
1605.   Office of Environmental Health Hazard Assessment (OEHHA)
1606.   Ohio Department of Commerce (BUSTR)
1607.   Oklahoma Corporate Commission
1608.   Oklahoma Department of Environmental Quality
1609.   Pennsylvania Department of Environmental Protection
1610.   Regional Air Pollution Control Agency (RAPCA) (Ohio)
1611.   South Carolina Department of Health and Environmental Control
1612.   State Department of Health Services (California)
1613.   State Water Resources Control Board (SWRCB) (California)
1614.   Tennessee Department of Environmental and Conservation
1615.   Texas Commission on Environmental Quality
1616.   U.S. Department of Transportation
1617.   U.S. Environmental Protection Agency
1618.   Wisconsin Department of Natural Resources
1619.   Occupational Safety and Health Administration (OSHA)

## XVI.   Potential Interested Parties

1620.   Brittingham, Julie & David
1621.   Estate of Stella Demeniu
1622.   Grimes, Rita
1623.   Quinn, Larry
1624.   Shannon Shaw, Martin L.
1625.   Consumer Electronic Product Line
1626.   Vehicle Electronic Product Line

## XVII. Litigation Parties

1627. Adams Oil
1628. Alan Torabi
1629. Alfaro, Jose C.
1630. Allegheny Coatings
1631. Allegheny Rodney
1632. Allegre Dong AH
1633. Alternate Resource, Inc.
1634. American Electronics Components (AEC)
1635. Amy C. Bastien
1636. Bryan, Greyson
1637. Arbogast, Michael A.
1638. Asherbranner, Jennifer T.
1639. Associated Springs & Barnes Group, Inc.
1639. Austin Group, Ltd.
1640. Automotive Technologies International, Inc.
1641. Ayusa
1642. A&O Mold & Engineering, Inc.
1643. Barnes, Cleary
1644. Bartell, Greg
1645. Beck, Bobby
1646. Bedrin, John
1647. Bendix ABS Fires
1648. Bernadine Peace
1649. Betty J. Flora
1650. Beuke, Robert L.
1651. Bex, Russell
1652. Bishop, Sr., James Denson
1653. Blas, Cassandra E.
1654. Bradley, Phyllis Jean
1655. Brady, Billy W.
1656. Brewer, Mary M.
1657. Brian Dickerson
1658. Brian Mahle
1659. Brian Penley
1660. Bridget A. Neubauer
1661. Brown, James Lee
1662. Building Materials Holding Corporation
1663. Buis, James
1664. Bulk Terminals, Inc.
1665. Byron E. Hurst
1666. Canter, Richard
1667. Carl Allison

1668.  Central Bank of Brazil
1669.  Chad Dougherty
1670.  Chapa, Israel
1671.  Charles Francis Kulinec Jr.
1672.  Chase-Orr, Kimberly
1673.  Chris Wong
1674.  Cindy Lee Schlicher, n/k/a Cindy Lee Berthold
1675.  Circle Plastic Products, Inc.
1676.  City of DelRay Beach Police
1677.  Gimpex
1678.  Mano Gum
1679.  VEHVAC
1680.  Cloncs, Donald
1681.  Clorex S.A.
1682.  Columbus Plant Fire
1683.  Condutelli
1684.  Conrad, Dean F.
1685.  Cook, Sylvia
1686.  Cox, Jon C.
1687.  Crown City Plating Company
1688.  Custom Energy, L.L.C.
1689.  C&J Industries
1690.  Daniel A. Miller
1691.  Davis, Robert E., II
1692.  Vasquez, Joe R d/b/a/ Farmers' Marketing Service
1693.  Republic Waste Industries, Inc. a/k/a Autonation
1694.  Kelly Koszewski
1695.  INFONAVIT (Instituto del Fondo Nacoinal de la Vivienda para los Trabajadores)
1696.  Tolulene & Cloroethane
1697.  Solvent Chemicals
1698.  Opel Hungary/GMPT
1699.  IMSS (Instituto Mexicano del Seguro Social)
1700.  Demet
1701.  Dennis Sharp
1702.  Denso Corporation
1703.  Devlieg Boulevard II, Inc.
1704.  DHB-CA
1705.  Donna R. Wilson
1706.  DSL Net Inc.
1707.  Eaton Corporation
1708.  Edith C. James
1709.  Elco Textron Fastening Systems
1710.  Elmore, Jr., Arlis M.
1711.  Energy Conversions Systems (ECS) f/k/a Morganite

1712. Ennis, Donald
1713. ESSEDUE
1714. Estate of Lannon
1715. Ethylene Propylene Diene
1716. Eva M. Orlik
1717. Executive Loan Program - MI
1718. Farag Mohamed
1719. Felipe F. Gavia, Sr.
1720. Fiber Optic Fund
1721. Fiber Systems International, Inc.
1722. First Technology
1723. Fleming, Joseph A.
1724. Flex-Tech
1725. FLSA Investigation, Kettering
1726. Folck, Neal C.
1727. Freddie L. Johnson
1728. Gaines, Ira
1729. Gann, Robert Edwin
1730. Gary Whitney
1731. GfH
1732. Gillette, Edward A.
1733. Greystone & Co.
1734. Groce, Kelly R.
1735. Gualandi, Kevin
1736. Gulf Coast Bank & Trust Company
1737. Gutjahr, Michael
1738. Hammer, Edward
1739. Harold Woodson
1740. Hayes Brake
1741. Hillman, Robert
1742. Hirschmann Electronics GmbH & Co.
1743. Hoover Precision Plastics
1744. Hoyt, Arthur C.
1745. HPI
1746. Hubbard, Clarence E.
1747. Hunter, Clemie
1748. Hutchinson Seal Corp.
1749. H.E. Services Company
1750. ICG
1751. Diavia Belgian Distributor
1752. IUE Moraine Umpire
1753. James Burdette
1754. James H. Nguyen
1755. James Truscio

1756. Jason Mills
1757. Jeff Stoughton
1758. Jevicks, Teresa
1759. John Guevrra
1760. John Petrie
1761. Johnson, Jana C.
1762. Joseph Reno
1763. Judith Myers
1764. Karlin, Lawrence
1765. Kenneth J. Kumiega
1766. Key Plastics
1767. Kim Fouche
1768. Kim N. Khan
1769. Kimberly Y. Foster
1770. Kostal of America, Inc.
1771. Kramer, Steven
1772. Kraus, Jessica
1773. Laneko
1774. Lemon Bay Partners
1775. Leon Sammons
1776. Linda Osowki
1777. Linerboard Antitrust
1778. Litex, Inc.
1779. Lockheed Martin Corp.
1780. Lori Smith
1781. Lunt Manufacturing Co., Inc.
1782. Lynn Rowell
1783. L&W Stamping, Inc.
1784. Magnesium Aluminium Corporation
1785. Mansel Hagan vs Clyde Lee, Jr.
1786. Mark Heathco
1787. Martin J. Jordan
1788. Martina Clark
1789. Martinez, Jose Angel Mata
1790. Mary Smith
1791. Means Industrial, Inc.
1792. Merritt, James and Bonnie
1793. Michael A. Polito
1794. Michael K. Snider
1795. Michael S. Young
1796. Michelle Hyder
1797. Mike Birdyshaw
1798. Mike Leslie
1799. Milwaukee Design Center

1800.   Minnick, Ralph D.
1801.   Modine Manufacturing Company
1802.   Morrison, Thomas
1803.   Mortensen, Philip Bradley
1804.   Motorola Quadrasteer
1805.   NBR
1806.   Neal C. Folck
1807.   Newton, David
1808.   NGK Spark Plugs USA, Inc.
1809.   Norma Jean Torsky
1810.   Norman Jones
1811.   O'Brian, George M.
1812.   O'Brien, Michael L.
1813.   O'Neill, Mary P.
1814.   Orlick Industries, Ltd.
1815.   OSHA Recordables
1816.   P-K Tool & Manufacturing
1817.   Pamela K. Dotson
1818.   Paragon/CJR
1819.   Parkview Metal Products, Inc.
1820.   Partridge, Steve
1821.   Patent Holding Company
1822.   Paul J. Turinsky
1823.   Paul Kirsch
1824.   Automotive Applied Technologies Limited
1825.   Pennington, Jeff
1826.   Peter Yang
1827.   Petrie Household Goods Claim
1828.   Phelps, John W.
1829.   Phillips, Robert
1830.   Poitra, Tammie
1831.   Praxair Surface Technologies
1832.   Priest, Aaron
1833.   Pritchard, Deborah Brown
1834.   Proud, Douglas
1835.   Quake Global, Inc.
1836.   Quinn, Larry
1837.   Raphael, Naomi
1838.   Rebecca Lea Miles
1839.   Rebecca Rudzik
1840.   Reilly, Jr. Thomas A.
1841.   ASEC France
1842.   Richard Barner
1843.   Richard J. Jakupco

1844.   Richard Kowalski
1845.   Richard W. Knisley, II
1846.   Rio Bravo Occupied Worker Housing
1847.   Robert Givens
1848.   Robin McCree
1849.   Rosalyn Motley
1850.   Rowley, Donald
1851.   Ruben J. Rosen
1852.   Russell Anderson, Jr.
1853.   Russell, Thomas
1854.   Sedberry, Joyce
1855.   Segway
1856.   Sharon Kelley
1857.   Sharyl Yvette Carter
1858.   Shawn VanAmburg
1859.   Shaw, Martin L.
1860.   Shontea Jenkins
1861.   Siemens VDO Automotive AG (SVDO)
1862.   Smith, James O.
1863.   Smith, Louis
1864.   Smolik, Lillie
1865.   Sonja Abernathy
1866.   SouthTrust Bank
1867.   Stansbury II, Robert L.
1868.   Stejakowski, Dennis
1869.   Stephen M. McKee
1870.   Steven Williams
1871.   Strategic Distribution Marketing De Mexico, S.A. DE C.V.
1872.   Strattec Security Corporation
1873.   Stuck, Ronald P.
1874.   SungWoo
1875.   Anglo Metals, Inc.
1876.   Takata-Petri AG
1877.   Talbot Case
1878.   Tammy A. Vandale
1879.   Tasha Kelely
1880.   Tenneco Automotive Inc.
1881.   Terazosin Hydrochloride
1882.   Terrence Evans
1883.   E&C-Sanko
1884.   The Chamberlain Group, Inc.
1885.   Theresa L. Spencer
1886.   Thomas York Jr.
1887.   Ticona

1888. Tina Newman
1889. Grundig Multimedia B.V.
1890. Trovan
1891. Tuthill, Rusty
1892. ESS, Inc.
1893. Delco Remy America, Inc. (DRA)
1894. Nabco
1895. Infratrol Cure Ovens
1896. U.S. Aeroteam, Inc.
1897. Valeo Electrical Systems, Inc.
1898. Valeo Switches and Detection Systems, Inc.
1899. Ventra - Tech
1900. Vincent J. Coletta
1901. Waldo, Richard L.
1902. Walter Keith Lawson
1903. Wheeler, Bruce C.
1904. Whitehead, Anthony
1905. Whitmire, Steven Lee
1906. William Ashburn
1907. William Blaesi
1908. William Jensen
1909. William P. Edwards
1910. Willis, Steven
1911. Woodward Diesel Pump
1912. Wood, Ralph
1913. Wright, Eugene A
1914. Yates, Dale A.
1915. Alex S. Stewart
1916. Anthony F. Budak
1917. Arnold, James Jr.
1918. Automotive Technologies, Inc.
1919. Avarette, Bessie
1920. Baxter, Daniel
1921. Bentley Rolls-Royce
1922. Berry, Doris
1923. Bhones, Diane
1924. BMC Holding Corporation d/b/a BMC West
1925. BorgWarner Inc.
1926. BorgWarner Turbo Systems, Inc.
1927. Brantley, Shalonda J.
1928. Brian Lyons
1929. Britt, Stephanie
1930. Brooks, Diane
1931. Brooks, Marvin

1932.   Brooks, Shameila
1933.   Brown, Celestia
1934.   Bryce Woodward
1935.   Buchanan, Rufus O.
1936.   Burch, Amy R.
1937.   Butler, Daisy J.
1938.   Campbell, John E.
1939.   Chivers, Kathy L.
1940.   Clyde Wilson
1941.   Cockrane, Ameatha
1942.   Colbert, John E.
1943.   Connie Fournier
1944.   Copeland, Huey G.
1945.   CWI
1946.   Daniel Lamb
1947.   Davis, Janetta
1948.   DCX
1949.   Diana B. McBride
1950.   DMS NA
1951.   Droman, Rick
1952.   Dukarski, Katherine
1953.   Dutton, William Boyd
1954.   Edward Joseph Greenwood
1955.   Elco Textron, Inc.
1956.   Enterprise Automotive Systems
1957.   Epsilon
1958.   Farmer, Darryl G.
1959.   Faurecia Exhaust Sys Inc.
1960.   Fieger, Fieger, Kenney and Johnson
1961.   Fields, Charlotte
1962.   Foster, Kim L.
1963.   Gaddis, Tracy
1964.   Garcia, Jessie L.
1965.   Gilyard, Jonnie
1966.   Glass, Coy
1967.   Glynn, Marcus
1968.   Gonzalez, Phillip
1969.   Gordon, Franklin
1970.   Gordon, Patricia
1971.   Gregory James Knighton
1972.   Harco Industries, Inc.
1973.   Harden, John W.
1974.   Hardy, William
1975.   Harold Aubert

1976. Hassel, Claudette M.
1977. Hernandez, Gloria
1978. Herndon, Laura V.
1979. Hills, Donald L., Sr.
1980. Honeywell ACS Sensing & Control
1981. Hood, Constance
1982. Hood, Kelli
1983. Howard, Mark
1984. International Truck
1985. IUE-CWA Local 755
1986. IUE-CWQ
1987. Johnson, Ruth
1988. Johnson, Shanellie
1989. Jones, David
1990. Jones, Lonnie
1991. Josey, Anita
1992. Joyce Walker
1993. Julias, Steven
1994. Kevin R. Walter
1995. Kowallek, Daniel E.
1996. Land Rover
1997. Larry Brady
1998. Larry C. Peters
1999. Latimore, John L.
2000. Lee Young
2001. Linda Hudson
2002. Lisa Gross
2003. Little, Robert W.
2004. Logistics Solution Group S.A. de C.V.
2005. Lumpkin, Robert J.
2006. Lunn, Richard
2007. Mahle Sistemas de Filtracion de Mexico
2008. Massey, Patricia
2009. Matter, Phillip
2010. MBUSI
2011. Teresa Hurst
2012. McCullough, Amy M.
2013. McDonald, Wilfred A.
2014. MCI Telecommunications Corporation
2015. McMillon, Anna
2016. Meyer and Williams
2017. Mulligan, Charles D.
2018. Ondo, Anthony C.
2019. Opel

2020.   Owens, Donna
2021.   Peters, Jerry
2022.   Philip Gonzalez
2023.   Pickett, Mary
2024.   Powell, Charlene
2025.   Qualls, Debbie L.
2026.   Randal A. Middleton
2027.   Reyes, Daniel
2028.   Robert Lewis
2029.   Samacki, Rachel
2030.   Shanks, Carol
2031.   Sherban, Daniel
2032.   Sherer Electric
2033.   State of New York
2034.   Surles, Brenda
2035.   Swain, Andrew
2036.   Taylor, Kenneth
2037.   Thomas, Demetrius
2038.   Thompson, Maria N.
2039.   Todd, William N.
2040.   Vincent, Leo J.
2041.   Walker, Joyce
2042.   Warner-Eno, Leslie A.
2043.   Wayne Conwell
2044.   West, Roleda
2045.   Whitaker, Samuel F.
2046.   William D. Hanline
2047.   Williams, Lester
2048.   Wilson, Loretta
2049.   Winbush, Meatha
2050.   Wisehart, Rhonda
2051.   Wolan, Lea
2052.   Woodard, Anthony
2053.   Young, Karl L.
2054.   Adams, Thomas E.
2055.   Aimtronics Corporation
2056.   Alternative Resource, Inc.
2057.   Ana Paula
2058.   Anorve, Juan
2059.   Apple Computer
2060.   Arnold & Porter
2061.   Aziz, Salman
2062.   Bernstein, Sidney
2063.   Brown, Jonathan

2064.   CDA Consulting
2065.   Celso Gon*alves Viana
2066.   Chilton, Alfred
2067.   Clark, Charles
2068.   Dactem, Inc.
2069.   Dangerfield, Shawn
2070.   Daniel Legorreta
2071.   Donald M. Lyon, Esq.
2072.   Dynamic Sciences International
2073.   Eftec North America, LLC
2074.   Electrical Systems Motors
2075.   Electronic Environmental Engineering
2076.   Electrospec Cost Recovery
2077.   Ellis, Peter
2078.   Fabricated Metals
2079.   Financial Services of America, LLC
2080.   Fosbre, Frank J. Jr.
2081.   Fromm, Pamela
2082.   Gabrielle, Lori J.
2083.   Glass, Garvin
2084.   H.P. Haveles, Esq.
2085.   Hahn Elastomer
2086.   Hanners, Carolyn
2087.   Harley Brakes
2088.   Hassett & Donnelly, PC
2089.   Howery Simon Arnold & White, LLP
2090.   INSS
2091.   Invensys
2092.   Itabirito Plant
2093.   Jan Strzebniok
2094.   Janet E. Moser, Esq.
2095.   Jarzyniecki, Philip
2096.   Jeanniard
2097.   Jeff C. Spahn, Jr., Esq.
2098.   Joe Viviano
2099.   Jon E. McDermott, Esq.
2100.   Jon R. Smibert, Esq.
2101.   Jonathan B. Taylor, Esq.
2102.   Jones, Leland
2103.   Jones, Rodger
2104.   Jones, Vanessa
2105.   Joshua A. Sherbin, Esq.
2106.   Joyal Products, Inc.
2107.   Junkin, Harrison & Junkin, PC

2108.   JV Products
2109.   Kenna Technical Services
2110.   Kenna, William
2111.   Kessler, Thomas
2112.   Kreegar, William C.
2113.   Krupp-Hoersch
2114.   Laborsource 2000, Inc.
2115.   Lazor, Daniel
2116.   LK Nagano Sistemas Automotivos Ltda.
2117.   Luiz Alberto Moreira
2118.   Manns, Debra A.
2119.   Matamoros
2120.   Matthew G. Lindberg, Esq.
2121.   Mauro Lucio Diniz
2122.   McAleer, Adrian
2123.   MetroCal, Inc.
2124.   Ministerio Publico
2125.   Missing Press Parts
2126.   Mubea, Inc.
2127.   MyFi Battery Fires
2128.   Nesco
2129.   Novo Rio Baterias Ltda.
2130.   Nu Tech Plastics Engineering, Inc.
2131.   Olson Tooling
2132.   Onsalma
2133.   Palmer, Cindie L.
2134.   Paul Rosen, Esq.
2135.   PODS
2136.   Power Outage
2137.   Public Lighting Authorities
2138.   Reynosa
2139.   Richard Vance, Esq.
2140.   Ross, Marion
2141.   Royal Freight, L.P.
2142.   S "nia Aparecida da Silva
2143.   Samuel W. Junkin, Esq.
2144.   SEC-MSC Software Corporation
2145.   Seskin, Lauren
2146.   Smith, Erisha
2147.   Sobel, Jonathan F.
2148.   State of Minas Gerais
2149.   Stewart, Andrew
2150.   Stites & Harbison, PLLC
2151.   Tom Van Dusen

5122460                                    Page 50

2152.  Valeo North American Corporate
2153.  Watkins Motor Lines
2154.  Weber, Herman
2155.  William L. Seldeen, Esq.
2156.  Williams, Modina
2157.  Xandex, Inc.
2158.  Yount, Loretta

## XVIII    Holders of 5% or More of Equity Security of Company

2159.  Capital Group International, Inc.
2160.  Capital Research & Management Company
2161.  Dodge & Cox
2162.  State Street Bank and Trust Company
2163.  Brandes Investment Partners, LLC

## XIX.    Noteholders Holding 5% or More of Insurance Notes of Company

2164.  First Clear
2165.  Investors Bank & Trust Co.
2166.  Lehman Brothers, Inc.
2167.  Mellon Trust
2168.  ML Sfkpg
2169.  NFS LLC
2170.  Pershing LLC
2171.  SSB Electronic USA

## XX.    Objecting/Adverse Parties/Postpetition Parties

2172.  A. Schulman, Inc.
2173.  Ai--Doraville, LLC
2174   Ai-Genesee, LLC
2175.  Autocam Corporation
2176.  Avenue Capital Group
2177.  Benteler Automotive Corp.
2178.  Concordia Advisors LLC
2179.  Cyrus Capital Partners
2180.  D.C. Capital Partners, L.P.
2181.  D.E. Shaw and Co.
2182.  DK Acquisition Partners LP
2183.  DOTT Industries, Inc.
2184.  Duraswitch Industries Inc.
2185.  Elliot & Associates
2186.  Flextronics Technology (M) SDN. BHD
2187.  Fujikura America, Inc.
2188.  Gibbs Die Casting Corporation
2189.  Kensington International Limited

2190.  L&W Engineering Co.
2191.  Lakeside Plastics Limited
2192.  Latigo Partners, LP
2193.  Longacre Fund Management LLC
2194.  Lorentson Manufacturing Company, Inc.
2195.  Mercedes-Benz International, Inc.
2196.  Multek Flexible Circuits, Inc.
2197.  National Molding Corp.
2198.  Neuman Aluminum
2199.  Northfield Acquisition Co.
2200.  Omega Tool Corp.
2201.  Osran Opto Semiconductors Inc.
2202.  Pension Benefit Guaranty Corporation
2203.  Pentastar Aviation, LLC
2204.  Pioneer Automotive Technologies, Inc.
2205.  SBC Communications Inc.
2206.  Security Plastics Division, NMC, LLC
2207.  Sheldahl de Mexico S.A. de C.V.
2208.  Southtec, LLC
2209.  Springfield Associates LLC
2210.  Venture Plastics, Inc.
2211.  Wilmington Trust Company
2212.  Worthington Steel Company
2213.  XM Satellite Radio, Inc.
2214.  Alcan Rolled Products-Ravenswood, LLC
2215.  Baker Hughes Incorporated
2216.  Baker Petrolite Corporation
2217.  BASF Corporation
2218.  Datwyler Inc.
2219.  Detroit Heading, LLC
2220.  GKN Sinter Metals, Inc.
2221.  Greer Stop Nut, Inc.
2222.  Hexcel Corporation
2223.  Hydro Aluminum
2224.  INA USA, Inc.
2225.  JAE Electronics
2226.  Kelsey-Hayes Company
2227.  Koyo Corporation
2228.  LBQ Foundry S.A. de C.V.
2229.  Le Belier
2230.  March Coatings, Inc.
2231.  Miniature Precision Components
2232.  NSS Technologies, Inc.
2233.  Public Employee's Retirement System of Mississippi

2234. Quasar Industries, Inc.
2235. Raiffeisen Kapitalanlage-Gesellschaft m.b.H.
2236. Roater Coaters International, Inc.
2237. Robin Industries, Inc.
2238. Rothrist Tube (USA) Inc.
2239. S & Z Tool & Die, Inc.
2240. Saturn Electronics
2241. Serigraph, Inc.
2242. Serma Coat Limited Liability Co.
2243. Southwire Company
2244. SPS Technologies Waterford Company
2245. SPS Technologies, LLC
2246. Stichting Pensioenfonds ABP
2247. Sumitomo Corporation of America
2248. Teacher's Retirement System of Oklahoma
2249. TRW Canada Limited
2250. TRW Electronica Ensambles S.A. de C.V.
2251. TRW Vehicle Safety Systems, Inc.
2252. Valeo Climate Control Corp.
2253. Wamco, Inc.
2254. Wren Industries, Inc.
2255. Alicia M. Leonhard
2256. Avon Automotive
2257. Barnes Group Inc.
2258. BEI Sensors & Systems Company
2259. BEI Technologies, Inc.
2260. Cadillac Rubber & Plastic
2261. Castrol Industrial North America Inc.
2262. Daewoo International (America) Corp.
2263. Hitachi Magnetics Corporation
2264. Hoover Precision Products, Inc.
2265. Motion Industries, Inc.
2266. OSRAM Opto Semiconductors Inc.
2267. Penn United Technology
2268. Pridgeon & Clay, Inc.
2269. Sojitz Corporation of America
2270. Sony Electronics, Inc.
2271. Trans Tron, Ltd., Inc.
2272. Trans-Matic Mfg. Co., Inc.
2273. Wellman, Inc.
2274. Pullman Bank and Trust Company
2275. Behr Industries Corporation
2276. Eclipse Tool & Die, Inc.
2277. Huntsville Radio Service, Inc.

2278.    MacAuto USA, Inc.
2279.    Specmo Enterprises
2280.    Susan M. Buttitta
2281.    The Lee Company
2282.    Tricon Industries, Inc.
2283.    CSX Transporation, Inc.
2284.    AMR Industries
2285.    Appaloosa Management L.P.
2286.    Earl Washington
2287.    ENTEK International, LLC
2288.    ESPEC North America, Inc.
2289.    Jon C. Cox
2290.    JST Manufacturing Co., Ltd.
2291.    Lafonza Earl Washington
2292.    Law Debenture Trust Company Of New York
2293.    Morrie Wayne Henry
2294.    Proto Manufacturing
2295.    Rafael De Paoli
2296.    Schmidt Technology GmbH
2297.    Sensus Precision Die Casting, Inc.
2298.    Thermo NITON Analyzers LLC
2299.    Cascade Die Casting Group, Inc.
2300.    Cherokee North Kansas City, LLC
2301.    Deutsch Dagan Ltd.
2302.    Martin L. Shannon Shaw
2303.    Flow Dry Technology Ltd.
2304.    Yoder Industries Inc.
2305.    Master Products Inc.

## XXI.    **Master Service List and 2002 List**

2306.    Airgas, Inc.
2307.    Aluminum International, Inc.
2308.    APL Co. Pte Ltd.
2309.    Armada Rubber Manufacturing Company
2310.    Bank of Lincolnwood
2311.    Bartech Group, Inc.
2312.    Brown Rudnick Berlack Israels LLP
2313.    Brush Engineered Materials
2314.    Calsonic Kansei North America, Inc.
2315.    Cameron County, Brownsville ISD
2316.    Capro, Ltd.
2317.    Cerberus Capital Management, L.P.
2318.    Chromalloy Gas Turbine Corporation
2319.    Cohen Weiss & Simon

2320. Coherent, Inc.
2321. Compuware Corporation
2322. Conceria Pasubio
2323. Contrarian Capital Management, L.L.C.
2324. CoorsTek, Inc.
2325. Curtis, Mallet-Prevost, Colt & Mosle LLP
2326. Daishinku (America) Corp.
2327. Dallas County
2328. Davis Polk & Wardwell
2329. Eikenberry & Associates, Inc.
2330. Federal Express Corporation
2331. Fischer Automotive Systems
2332. Floyd Manufacturing Co., Inc.
2333. Fortune Plastics Company
2334. Hewitt Tool & Die, Inc.
2335. Hodgson Russ LLP
2336. Honigman Miller Schwartz & Cohen LLP
2337. Industrial Ceramics Corporation
2338. Internal Revenue Service
2339. Jefferies & Company, Inc.
2340. KDS America
2341. Kramer Levin Naftalis & Frankel LLP
2342. Kurtzman Carson Consultants
2343. Latham & Watkins LLP
2344. Linear Technology Corporation
2345. Mays Chemical Company
2346. McDermott Will & Emery LLP
2347. McTigue Law Firm
2348. MEMC Electronic Materials, Inc.
2349. Millwood, Inc.
2350. Morrison Cohen LLP
2351. Motorola Semiconductor Systems
2352. National City Commercial Capital
2353. New Jersey Self-Insurers Guaranty Association
2354. Northeast Regional Office of Securities and Exchange Commission
2355. Pacific Gas Turbine Center, LLC
2356. Penske Truck Leasing Co., L.P.
2357. Phillips Nizer LLP
2358. Priority Health
2359. QAD, Inc.
2360. Quadrangle Debt Recovery Advisors, LLC
2361. Quadrangle Group LLC
2362. Quaker Chemical Corporation
2363. Rassini, S.A. de C.V.

2364. Relco, Inc.
2365. Sanders Lead Co.
2366. SANLUIS Rassini International, Inc.
2367. Seyfarth Shaw LLP
2368. Simpson Thatcher & Bartlett LLP
2369. Solectron Corporation
2370. Solectron Invotronics
2371. Spencer Fane Britt & Browne LLP
2372. Stevens & Lee, P.C.
2373. Tarrant County
2374. Teleflex Automotive Manufacturing Corporation
2375. Teleflex Incorporated
2376. Teleflex Morse (Capro)
2377. The Durham Companies, Inc.
2378. Thermotech Company
2379. Thyssenkrupp Stahl Company
2380. Thyssenkrupp Waupaca, Inc.
2381. Togut, Segal & Segal LLP
2382. Tonolli Canada Ltd.
2383. Toyota Tsusho America, Inc.
2384. Tyz-All Plastics, Inc.
2385. Universal Metal Hose, Co.
2386. UPS Supply Chain Solutions, Inc.
2387. V.J. ElectroniX, Inc.
2388. Veritas Software Corporation
2389. VJ Technologies, Inc.
2390. Wako Electronics (USA), Inc.
2391. Ward Products, LLC
2392. Warner Stevens, L.L.P.
2393. Weil, Gotshal & Manges LLP
2394. Worker's Compensation Agency
2395. 975 Opdyke, L.P.
2396. Adell Plastics, Inc.
2397. America Online, Inc.
2398. American Aikoku Alpha, Inc.
2399. American Finance Group, Inc.
2400. AP Racing
2401. APS Clearing
2402. ATS Automation Tooling Systems, Inc.
2403. Averitt Express, Inc.
2404. Batesville Tool & Die
2405. Bibielle S.p.A.
2406. Bing Metals Group, Inc.
2407. Brazeway, Inc.

2408.  Brembo S.p.A.
2409.  Brighton Limited Partnership
2410.  Canon U.S.A. Inc.
2411.  Chicago Miniature Optoelectronic Technologies, Inc.
2412.  Computer Patent Annuities Limited Partnership
2413.  Cornell University
2414.  Crown Enterprises, Inc.
2415.  Dayton Supply & Tool Company
2416.  Diemolding Corporation
2417.  D-J, Inc.
2418.  Doosan Infracore America Corp.
2419.  DPS Information Services, Inc.
2420.  Economy Transport, Inc.
2421.  Emhart Technologies LLL
2422.  Etkin Equities, Inc.
2423.  Excel Global Logistics, Inc.
2424.  FCI Connect, Inc.
2425.  Flextech, Inc.
2426.  Foster Electric USA, Inc.
2427.  General Chemical Performance Products LLC
2428.  Gentral Transport International, Inc.
2429.  Grote Industries
2430.  Guaranty Capital Corporation
2431.  GW Plastics, Inc.
2432.  Hosiden American Corporation
2433.  IBJTC Business Credit Corporation
2434.  ICX Corporation
2435.  Ideal Tool Company, Inc.
2436.  ITT Industries, Inc.
2437.  ITW Mortgage Investments IV, Inc.
2438.  Jiffy-Tite Co., Inc.
2439.  Jon Ballin
2440.  Kamax L.P.
2441.  Kuss Corporation
2442.  Lankfer Diversified Industries, Inc.
2443.  Logistics Insight Corp (LINC)
2444.  Madison Capital Management
2445.  Maquilas Teta Kawi, S.A. de C.V.
2446.  Marquardt GmbH
2447.  Marquardt Switches, Inc.
2448.  Marshall E. Campbell Company
2449.  McAlpin Industries, Inc.
2450.  MeadWestvaco Corporation
2451.  Metal Surfaces, Inc.

2452. Metro Fibres, Inc.
2453. Miami-Dade County
2454. Michigan Heritage Bank
2455. Milwaukee Investment Company
2456. Moody's Investors Service
2457. National Instruments Corporation
2458. NDK America, Inc.
2459. NDK Crystal, Inc.
2460. Nichicon (America) Corporation
2461. Noma Company
2462. Norsk Hydro Canada, Inc.
2463. Nova Chemicals, Inc.
2464. Oasis SiliconSystems AG
2465. Offshore International, Inc.
2466. Oki Semiconductor Company
2467. Optrex America, Inc.
2468. Oracle Credit Corporation
2469. Oracle USA, Inc.
2470. Orbotech, Inc.
2471. Parlex Corporation
2472. PIA Group
2473. Pillarhouse (U.S.A.), Inc.
2474. Precision Mold and Tool Group
2475. Prince George County, Maryland
2476. Professional Technologies Services
2477. Reliable Castings
2478. RF Monolithics, Inc.
2479. Royberg, Inc.
2480. Sagami America, Ltd.
2481. SAP America, Inc.
2482. Schunk Graphite Technology
2483. Seven Seventeen Credit Union
2484. Siemens Logistics Assembly Systems, Inc.
2485. Silver Point Capital, L.P.
2486. SL America, Inc.
2487. SL Tennessee, LLC
2488. SMSC NA Automotive, LLC
2489. Solution Recovery Services
2490. Source Electronics, Inc.
2491. Southwest Metal Finishing, Inc.
2492. Special Devices, Inc.
2493. Standard Microsystems Corporation
2494. Stanley Electric Sales of America, Inc.
2495. Sumco, Inc.

2496.  Taiho Corporation of America
2497.  Taxing Authorities
2498.  Tessy Plastics Corp.
2499.  Texas Comptroller of Public Accounts
2500.  The Proctor & Gamble Company
2501.  Toshiba America Electronic Components, Inc
2502.  Trutron Corporation
2503.  UGS Corporation
2504.  Umicore Autocat Canada Corporation
2505.  United Power, Inc.
2506.  Universal Am-Can, Ltd.
2507.  Universal Truckload Services, Inc.
2508.  Vibracoustic de Mexico, S.A. de C.V.
2509.  Victory Packaging
2510.  WL. Ross & Co., LLC
2511.  ZF Group North America Operations, Inc.