WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Michael P. Kessler, Esq. (MK 7134)
Jeffrey L. Tanenbaum, Esq. (JT 9797)

- and -

HONIGMAN MILLER SCHWARTZ
AND COHN LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
Telephone: (313) 465-7000
Facsimile: (313) 465-8000
Robert B. Weiss, Esq.
Frank L. Gorman, Esq.

Attorneys for General Motors Corporation

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
**In re**                                    :
                                             :  **Chapter 11 Case No.**
                                             :
**DELPHI CORPORATION, et al.,**              :  **05-44481 (RDD)**
                                             :
            Debtors.                         :  **(Jointly Administered)**
                                             :
------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

State of New York    )
                     )  ss.:
County of New York   )

      Kathleen Lee, being duly sworn, hereby deposes and says:

      1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Weil, Gotshal & Manges LLP, having offices at 767 Fifth Avenue, New York, New York 10153.

      2.    On the 21st day of April 2006, I caused a true and correct copy of

2

the following pleading to be served (i) upon the parties listed on **Exhibit A** at the addresses set forth therein by electronic mail and hand delivery, (ii) upon the parties listed on **Exhibit B** at the addresses set forth therein by electronic mail, facsimile and FedEx overnight delivery and (iii) upon the parties listed on **Exhibit C** at the addresses set forth therein by hand delivery:

- ✓ Preliminary Response of General Motors Corporation to Debtors' Motion for Order Under 11 U.S.C. Section 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. Section 1114(g) Authorizing Modification of Retiree Welfare Benefits with notice of electronic filing receipt.

/s/ Kathleen Lee
Kathleen Lee

Sworn to before me this
   21st day of April 2006

/s/ Angela M. Williams
         Notary Public

   ANGELA M. WILLIAMS
Notary Public, State of New York
   NO. 01WI4917470
Qualified in Nassau County
Expires Jan 19, 2010

# EXHIBIT A

**By Electronic Mail and Hand Delivery**

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
Four Times Square
New York, NY 10036
Attn.: Kayalyn A. Marafioti, Esq.
         Thomas J. Matz, Esq.
kmarafio@skadden.com
tmatz@skadden.com

Simpson Thacher & Bartlett LLP
Attorneys for the Pre-Petition Agent
425 Lexington Avenue
New York, New York 10017
Att'n: Kenneth S. Ziman, Esq.,
         Robert H. Trust, Esq.,
         Marissa Wesely, Esq.
         Williamd T. Russell, Esq.
kziman@stblaw.com
rtrust@stblaw.com
mwesely@stblaw.com
wrussell@stblaw.com

Davis Polk & Wardwell
Attorneys for the Agent and the Joint Lead Arrangers
450 Lexington Avenue
New York, NY 10017
Att'n: Donald Bernstein, Esq.
         Marlane Melican, Esq.,
marlane.melican@dpw.com
Donald.bernstein@dpw.com

Latham & Watkins LLP
Counsel to Creditors' Committee
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Attn.: Robert J. Rosenberg, Esq.
         Mark A. Broude, Esq.
         Mitchell A. Seider, Esq.
robert.rosenberg@lw.com
mark.broude@lw.com
Mitchell.seider@lw.com

Shearman & Sterling LLP
Special Counsel for the Debtors
599 Lexington Avenue
New York, New York 10022
Att'n: Douglas P. Bartner, Esq.
         Jill Frizzley, Esq.
dbartner@shearman.com
jfrizzley@shearman.com

## EXHIBIT B

**By Electronic Mail, Facsimile and FedEx**

Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815
Att'n General Counsel
sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com
Fax: 248-813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
Attorneys for the Debtors
333 West Wacker Drive
Chicago, Illinois 60606,
Att'n: John Wm. Butler, Jr., Esq.
        John K. Lyons, Esq.
          Ron E. Meisler, Esq.
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com"
Fax:  312-407-0411

O'Melveny & Meyer LLP
Special Labor Counsel
1625 Eye Street, NW
Washington, DC 20006
Attn.:  Tom A. Jerman
        Rachel Janger
(p) 202-383-5300
(f) 202-383-5414
tjerman@omm.com
rjanger@omm.com
Fax:  202-383-5414

O'Melveny & Meyer LLP
Special Labor Counsel
Attn.:  Robert Siegel
400 South Hope Street
Los Angeles, CA 90071
Attn.:   rsiegel@omm.com
Fax:  213-430-6407

Groom Law Group
Counsel for Employee Benefits
1701 Pennsylvania Avenue, NW
Washington, DC 20006
Attn.:  Lonie A. Hassel
202 659-4503
lhassel@groom.com

NY2:\1636860\01\Z30C01!.DOC\72240.5726

## EXHIBIT C

**By Hand Delivery**

The Office of the United States Trustee
for the Southern District of New York
Att'n: Alicia M. Leonard, Esq.
33 Whitehall Street, 21st floor
New York, NY 10004

Honorable Robert D. Drain
United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, NY 10004