# File a Notice:
05-44481-rdd Delphi Corporation

## U.S. Bankruptcy Court

## Southern District of New York

Notice of Electronic Filing

The following transaction was received from Graham, Warren R. entered on 10/14/2005 at 4:17 PM and filed on 10/14/2005
**Case Name:**       Delphi Corporation
**Case Number:**   05-44481-rdd
**Document Number:** 259

**Docket Text:**
Notice of Hearing --*Notice of Reclamation Demand Or, Alternatively, Request For Priority Claim Or Lien Treatment Of Tal-Port Industries, LLC* filed by Warren R. Graham on behalf of Tal-Port Industries, LLC. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7)(Graham, Warren)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** x:\cfs\mo\00333645.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-0]
[1b5b12904ff76b38aa9cf898ee34c9a1951bebe6d31f8d60f95fa6e8d401b3ffc64b
ff4b8fc854a8fb884947d7c53e8a3c016252cab2f09efd044f274c39fbd0]]
**Document description:** Exhibit 1
**Original filename:** c:\documents and settings\cfs\local settings\temp\worldox\open\0001\exhibi~1.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-1]
[40c8324d5244d770f5e9ae8fbf3ae4137cd0aec562701e15f73f99221bf9a9f6755d
000eabc16831d604f7c7a4deb8b54a07db88411710c2e8861f21ad83e4b3]]
**Document description:** Exhibit 2
**Original filename:** c:\documents and settings\cfs\local settings\temp\worldox\open\0001\exhibi~2.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-2]
[2e4dc8eca1cf248469743bef24def438bc65297d9cfda686f08c0c708a18fe5c3a82
b28b2c5d68ce719078b552a75f4444bc7f97368996c75de349d4060f2bca]]
**Document description:** Exhibit 3
**Original filename:** c:\documents and settings\cfs\local settings\temp\worldox\open\0001\exhibi~3.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-3]
[2433f5d114fba0c48cccdbab29b8ba1f35a3c0182f06d6503a081ea9236be9cf4b42
ccffbb4fac1ff75c10be24472426369359598abc790900d852e7ccf5321f]]
**Document description:** Exhibit 4
**Original filename:** c:\documents and settings\cfs\local settings\temp\worldox\open\0001\exhibi~4.pdf

**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-4]
[612d229d250a7fbc8d311e6a08e08c55b1703b89101efc8db9f317176e9ed1b58536
b2e11a807ac5179d6b634253d5f4ca02a55c60452217b6e64d4091c74c56]]
**Document description:** Exhibit 5
**Original filename:**c:\documents and settings\cfs\local settings\temp\worldox\open\0001\ex4199~1.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-5]
[5fd8fced7b4e9cfd9ec446958b183321957cf8548f679bd7e2a05c70f6313283f529
5ab1924493258018d0f561bfef4c5f3c9c56ddf7a00af0aabe428d9b7139]]
**Document description:** Exhibit 6
**Original filename:**c:\documents and settings\cfs\local settings\temp\worldox\open\0001\ex4589~1.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-6]
[5d822d21756378ed4c90432ef12f0c69d2a04f39fe23e9d8be26465a3fe05c12b72c
644c04fbf067e826ef7d94b9f36be524b79c7a21446f23b030be67715a2f]]
**Document description:** Exhibit 7
**Original filename:**c:\documents and settings\cfs\local settings\temp\worldox\open\0001\ex49b9~1.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=10/14/2005] [FileNumber=4479600-7]
[1e8fbb3c3b7720cee7e4b08bfe28cf273b90d090c2512bc5ef3967ff7348e06516ae
3d6af74f5ea5caed51f329b2c9a7c4389027306c1546c13544ab4c4672c4]]

### 05-44481-rdd Notice will be electronically mailed to:

David B. Aaronson    david.aaronson@dbr.com,

Elizabeth Abdelmasieh    eabdelmasieh@nmmlaw.com

Jason R. Adams    jadams@torys.com,

Jennifer L. Adamy    bankruptcy@goodwin.com,

David S. Barritt    barritt@chapman.com,

W. Robinson Beard    jkirk@stites.com,

Jeffrey Bernstein    jb@carpben.com, ssolazzo@carpben.com

Charles E. Boulbol    rtrack@msn.com,

Wendy D. Brewer    wendy.brewer@btlaw.com, bankruptcyindy@btlaw.com

Timothy W. Brink    tbrink@lordbissell.com,

James L. Bromley    maofiling@cgsh.com

John Wm. Butler    jbutler@skadden.com

Madison L. Cashman    nashvillebankruptcyfilings@stites.com,

Maria E. Chavez-Ruark    maria.ruark@dlapiper.com, richard.kremen@dlapiper.com

Michael G. Cruse    mcruse@wnj.com,

Jeffry A. Davis    jeffdavis@graycary.com,

Gerard DiConza    gdiconza@dlawpc.com

Robert W. Dremluk    rdremluk@seyfarth.com, rlauter@seyfarth.com,etrybantelser@cityofchicago.org,pbaisier@seyfarth.com

Alyssa Englund    aenglund@orrick.com,

Charles J. Filardi    cfilardi@pepehazard.com

Edward M. Fox    efox@klng.com

Yann Geron    nybkfilings@foxrothschild.com, ygeron@foxrothschild.com

Robert C. Goodrich    nashvillebankruptcyfilings@stites.com,

Warren R. Graham    wrg@dmlegal.com, ak@dmlegal.com;cfs@dmlegal.com

John T. Gregg    jgregg@btlaw.com,

Alan D. Halperin    ahalperin@halperinlaw.net, cbattaglia@halperinlaw.net;eganc@halperinlaw.net;cmitchell@halperinlaw.net

Brian W. Harvey    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com

William Heuer    wheuer@morganlewis.com,

Jeannette Eisan Hinshaw    jhinshaw@boselaw.com, pdidandeh@boselaw.com

Shannon E. Hoff    shoff@burr.com

Hilary Jewett    hjewett@foley.com,

Andrew C. Kassner    andrew.kassner@dbr.com

Lawrence J. Kotler    ljkotler@duanemorris.com,

Darryl S. Laddin    bkrfilings@agg.com

David E. Lemke    david.lemke@wallerlaw.com, cathy.thomas@wallerlaw.com;chris.cronk@wallerlaw.com;robert.welhoelter@wallerlaw.com;wallerban

Jeffrey M. Levinson    jml@ml-legal.com,

John S. Mairo    jsmairo@pbnlaw.com

Kayalyn A. Marafioti    kmarafio@skadden.com, jharring@skadden.com

Thomas J. Matz    tmatz@skadden.com

Austin L. McMullen    amcmulle@bccb.com,

Patrick E. Mears    patrick.mears@btlaw.com

Derek F. Meek    dmeek@burr.com

Robert N. Michaelson    rmichaelson@kl.com

Kathleen M. Miller    kmm@skfdelaware.com, tlc@skfdelaware.com

Joseph Thomas Moldovan    bankruptcy@morrisoncohen.com, mdallago@morrisoncohen.com

Brian F. Moore    bmoore@mccarter.com,

Alisa Mumola    alisa@contrariancapital.com,

Constantine Pourakis    cp@stevenslee.com

Steven J. Reisman    sreisman@cm-p.com, athau@cm-p.com;jdecristofaro@cm-p.com;jbarucha@cm-p.com;webmaster@docketware.com;mharwood@cm-p.com;kparker@cm-p.com

Craig Philip Rieders    crieders@gjb-law.com;gisabelle@gjb-law.com, gisabelle@gjb-law.com;bamron@gjb-law.com

Sandra A. Riemer    sriemer@phillipsnizer.com, mfay@phillipsnizer.com

Scott D. Rosen    srosen@cb-shea.com,

Robert B. Rubin    brubin@burr.com,

Diane W. Sanders    austin.bankruptcy@publicans.com,

Thomas P. Sarb    ecfsarbt@millerjohnson.com

Mark A. Shaiken    mshaiken@stinsonmoheck.com, dcurran@stinsonmoheck.com;mjerde@stinsonmoheck.com;mleahy@stinsonmoheck.com;bpryor@stinsc

Andrea Sheehan    sheehan@txschoollaw.com, greiner@txschoollaw.com;ashee1@yahoo.com

Sam O. Simmerman    sosimmerman@kwgd.com, mhelmick@kwgd.com

Marc P. Solomon    msolomon@burr.com

Brian D. Spector    bspector@selawfirm.com, kdillon@selawfirm.com

James M. Sullivan    jmsullivan@mwe.com, llopez@mwe.com

Gordon J. Toering    gtoering@wnj.com

Laura L. Torrado    ltorrado@bear.com, msussman@bear.com

Raymond J. Urbanik    rurbanik@munsch.com,

Robert Usadi    rusadi@cahill.com,

Joseph J. Vitale    jvitale@cwsny.com,

Michael D. Warner    bankruptcy@warnerstevens.com

Elizabeth Weller    dallas.bankruptcy@publicans.com

**05-44481-rdd Notice will not be electronically mailed to:**

Mark I Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178
mbane@kelleydrye.com

Stuart F. Cheney
,

Gary H. Cunningham
Kramer Mellen, P.C.
3000 Town Center, Ste. 1700
Southfield, MI 48075-1277

Stephen H. Gross
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Floor
New York, NY 10019
sgross@hodgsonruss.com, mramos@hodgsonruss.com

Steve Kieselstein
Kieselstein LawFirm, PLLC
43 British American Boulevard
Latham, NY 12110

Alicia M. Leonhard
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

Jill Levi

Todd & Levi, LLP
444 Madison Avenue
New York, NY 10022
jlevi@toddlevi.com, drosenberg@toddlevi.com

Timothy S. McFadden
Lord, Bissell & Brook
115 S. LaSalle Street
Chicago, IL 60603
tmcfadden@lordbissell.com, mklepper@lordbissell.com

Robert J. Sidman
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
Columbus, OH 43216-1008
rjsidman@vssp.com, bkbowers@vssp.com;eplitfin@vssp.com;cdfricke@vssp.com