DAVIDOFF MALITO & HUTCHER LLP
Attorneys for Tal-Port Industries, LLC
WARREN R. GRAHAM, ESQ. (WG-7415)
605 Third Avenue
New York, New York 10158
(212) 557-7200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                         Case No. 05-44481(RDD)
                                                               Chapter 11 Cases
      DELPHI CORPORATION, et al                       Jointly Administered

                              Debtors
------------------------------------------------------------X

### NOTICE OF RECLAMATION DEMAND OR, ALTERNATIVELY, REQUEST FOR PRIORITY CLAIM OR LIEN TREATMENT OF TAL-PORT INDUSTRIES, LLC

Tal-Port Industries, LLC ("Tal-Port"), by its attorneys Davidoff Malito & Hutcher LLP, submits this Notice of Reclamation Demand, or Alternatively, Request for Priority Claim or Lien Treatment, and respectfully states:

      1.      On October 8, 2005 (the "Petition Date"), Delphi Corporation and certain of its affiliates and subsidiaries (collectively, the "Debtors or Delphi") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §101 *et. seq.* (the "Bankruptcy Code").

      2.      Prior to the Petition Date, Tal-Port supplied certain of the Debtors with goods and products used by the Debtors in their business. The amount due from Delphi to Tal-Port for goods received by Delphi within the ten days prior to the Petition Date is $76,952,04. Copies of

invoices identifying the goods subject to Tal-Port's right of reclamation are attached hereto as Exhibits "1" through "7."

    3.    Without waiving any other rights it may have, Tal-Port hereby demands reclamation of the goods identified on Exhibits "1" through "7," pursuant to Section 2-702 of the Uniform Commercial Code and Section 546(c) of the Bankruptcy Code. In the alternative, Tal-Port demands a priority claim or lien in the amount of $76,952.04.

Dated: New York, New York
October 14, 2005

                DAVIDOFF MALITO & HUTCHER LLP

                By:   /s/Warren R. Graham
                      Warren R. Graham (WG-7415)
                      A Member of the Firm
                      Counsel for Tal-Port Industries, LLC
                      605 Third Avenue, 34th Floor
                      New York, New York 10158
                      (212) 557-7200

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                              Case No. 05-44481(RDD)
                                                    Chapter 11 Cases
    DELPHI CORPORATION, et al          Jointly Administered

                      Debtors
------------------------------------------------------------X

### CERTIFICATE OF SERVICE

    The undersigned, being duly admitted to practice before the District Court for the Southern District of New York, certifies that on October 14, 2005, a true and correct copy of the foregoing was served, by overnight mail, upon the following:

John Wm. Butler, Jr., Esq.
John K. Lyons, Esq.
Ron E. Meisler, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100 Chicago, Illinois 60606

Kayalyn A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP Four
Times Square
New York, New York 10036

Delphi Corporation 5725
Delphi Drive Troy, MI
48098 Attn: President

Dated: New York, New York
       October 14, 2005
                                     /s/ Warren R. Graham

00333639

Warren R. Graham (WG-7415)

OCT-14-2005 06:53   FROM:HOOD CABLE   6019524309   TO:16013555850704   P.2

Page: 1

# Invoice

| | |
|---|---|
| Invoice No: | 00101102 |
| Date: | 09/26/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001168 |
| SID#: | 0000001131 |

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900
48 WALTER JONES
EL PASO TX 79906
United States

| VAT#: | | | | F.O.B./Terms | |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX | |
| 00101102 | P5250023 | CTII | 09/26/2005 | NET 30 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 71280 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 1556280 (Cum including this shipment)<br>SERIAL NUMBERS<br>62083 62110 60973 61987 62024 62299<br>62084 62111 60974 61988 62025 62300<br>62085 62112 60975 61989 62026 62301<br>62086 62113 60976 61990 62027 62302<br>62087 62114 60977 61991 62028 62303<br>62088 62115 60978 61992 62029 62304<br>62089 62116 60979 61993 62030 62305<br>62090 62117 60980 61994 62031 62306<br>62091 62118 60981 61995 62032 62307<br>62092 62119 60982 61996 62033 62308<br>62093 62120 60983 61997 62034 62309<br>62094 62121 60984 61998 62035 62310<br>62095 62122 60985 61999 62036 62311<br>62096 62123 60986 62000 62037 62312<br>62097 62124 60987 62001 62038 62313<br>62098 62125 60988 62002 62039 62314<br>62099 62126 60989 62003 62040 62315<br>62100 62127 60990 62004 62041 62316<br>62101 62128 60991 62005 62042 62317<br>62102 62129 60992 62006 62043 62318<br>62103 62130 60993 62007 62044 62319<br>62104 62131 60994 62008 62045 62320<br>62105 62132 60995 62009 62046 62321<br>62106 62133 60996 62010 62047 62322<br>62107 62134 60997 62011 62048 62323<br>62108 62135 60998 62012 62049 62324<br>62109 62136 60999 62013 62050 62325<br>Serial Numbers<br>62164 62458 62357 61927 61954 62512<br>62165 62459 62358 61928 61955 62513<br>62166 62460 62359 61929 61956 62514 | | 71280 | 0.60100 | 42,839.28 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

ORIGINAL

| | |
|---|---|
| | Invoice Total |
| | |

05-44481-rdd    Doc 3376-3    Filed 04/24/06    Entered 04/24/06 15:49:10    Exhibit C
Pg 6 of 13
OCT-14-2005 06:53  FROM:HOOD CABLE       6017924309       TO:16013555850704       P.3

Page: 2

# Invoice

| | |
|---|---|
| **Remit To:** Tel-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax:    601-792-4309 | **Invoice No:** 00101102<br>**Date:** 09/26/2005<br>**Customer No:** 100<br>**Supplier No:** IC7<br>**Sales Agent:**<br>**GST#:**<br>**BOL#:** 000000001168<br>**SID#:** 0000001131 |
| **Bill To:** AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | **Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900<br>48 WALTER JONES<br>EL PASO TX 79906<br>United States |

**VAT#:**  **F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101102 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | 62167 62461 62360 61930 61957 62515<br>62168 62462 62361 61931 61958 62516<br>62169 62463 62362 61932 61959 62517<br>62170 62464 62363 61933 61960 62518<br>62171 62465 62364 61934 61961 62519<br>62172 62466 62365 61935 61962 62520<br>62173 62467 62366 61936 61963 62521<br>62174 62468 62367 61937 61964 62522<br>62175 62469 62368 61938 61965 62523<br>62176 62470 62369 61939 61966 62524<br>62177 62471 62370 61940 61967 62525<br>62178 62472 62371 61941 61968 62526<br>62179 62473 62372 61942 61969 62527<br>62180 62474 62373 61943 61970 62528<br>62181 62475 62374 61944 61971 62529<br>62182 62476 62375 61945 61972 62530<br>62183 62477 62376 61946 61973 62531<br>62184 62478 62377 61947 61974 62532<br>62185 62479 62378 61948 61975 62533<br>62186 62480 62379 61949 61976 62534<br>62187 62481 62380 61950 61977 62535<br>62188 62482 62381 61951 61978 62536<br>62189 62483 62382 61952 61979 62537<br>62190 62484 62383 61953 61980 62538<br>Bill of Lading #785-361120-9<br>Packing List #0151/5900 | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 42,839.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 42,839.28 |

Page: 1

# Invoice

| | |
|---|---|
| **Remit To:** Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax: 601-792-4309 | **Invoice No:** 00101103<br>**Date:** 09/26/2005<br>**Customer No:** 100<br>**Supplier No:** IC7<br>**Sales Agent:**<br>**GST#:**<br>**BOL#:** 000000001169<br>**SID#:** 0000001132 |
| **Bill To:** AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | **Ship To:** DELPHI AUTOMOTIVE- CONDUMEX<br>3049<br>48 WALTER JONES<br>EL PASO TX 79906<br>United States |

**VAT#:**   **F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101103 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 5940 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :    427680  (Cum including this shipment)<br>SERIAL NUMBERS<br>63301<br>63302<br>63303<br>63304<br>63305<br>63306<br>63307<br>63308<br>63309<br>63310<br>63311<br>63312<br>63313<br>63314<br>63315<br>63316<br>63317<br>63318<br>63319<br>63320<br>63321<br>63322<br>63323<br>63324<br>63325<br>63326<br>63327<br>Bill of Lading #785-361120-9<br>Packing List #D151/3049COND | | 5940 | 0.60170 | 3,574.10 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 3,574.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| | Invoice Total |
|---|---|
| | 3,574.10 |

Page: 1

# Invoice

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

**Invoice No:** 00101104
**Date:** 09/26/2005
**Customer No:** 100
**Supplier No:** IC7
**Sales Agent:**
**GST#:**
**BOL#:** 000000001170
**SID#:** 0000001133

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 3700
48 WALTER JONES BLVD
EL PASO TX 79906
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101104 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 220 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity : 4180 (Cum including this shipment)<br>SERIAL NUMBERS<br>63489<br>Bill of Lading #785-361120-9<br>Packing List #D151/3700 | | 220 | 0.60100 | 132.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 132.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

**Invoice Total**
132.22

Page: 1

# Invoice

| | |
|---|---|
| Invoice No: | **00101105** |
| Date: | 09/26/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001171 |
| SID#: | 0000001134 |

**Remit To:** Tel-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax:    601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 3900
48 WALTER JONES BLVD
EL PASO TX 79906
United States

VAT#:                                                     F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101105 | P5250023 | CTII | 09/26/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 220 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :  29260  (Cum including this shipment)<br>SERIAL NUMBERS<br>63490<br>Bill of Lading #785-361120-9<br>Packing List #0151/3900 | | 220 | 0.60100 | 132.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 132.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 132.22 |

Page: 1

# Invoice

| | |
|---|---|
| **Remit To:** Tal-Port Industries, LLC<br>P. O. BOX 1253<br>PRENTISS, MS 39474-1253<br>Phone: 601-792-0375<br>Fax:     601-792-4309 | **Invoice No:** 00101122<br>**Date:** 10/03/2005<br>**Customer No:** 100<br>**Supplier No:** IC7<br>**Sales Agent:**<br>**GST#:**<br>**BOL#:** 000000001189<br>**SID#:** 0000001152 |
| **Bill To:** AUTOMOTIVE COMPONENT GROUP<br>DISBURSEMENT ANALYSIS<br>P.O. BOX 436040<br>PONTIAC MI 48340-6040<br>United States | **Ship To:** DELPHI AUTOMOTIVE EL PASO - 3900<br>48 WALTER JONES BLVD<br>EL PASO TX 79906<br>United States |

| VAT#: | | | | | F.O.B./Terms |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX | |
| 00101122 | P5250023 | CTII | 10/03/2005 | NET 30 | |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| 220 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :   29480  (Cum including this shipment)<br>Serial Numbers<br>63850<br>Bill of Lading #785-361121-7<br>Packing List #0152/3900 | | 220 | 0.60100 | 132.22 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 132.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 132.22 |

Page: 1

# Invoice

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax:   601-792-4309

| | |
|---|---|
| Invoice No: | **00101123** |
| Date: | 10/03/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001190 |
| SID#: | 0000001153 |

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE- CONDUMEX
3049
48 WALTER JONES
EL PASO TX 79906
United States

| VAT#: | | | | F.O.B./Terms | |
|---|---|---|---|---|---|
| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX | |
| 00101123 | P5250023 | CTII | 10/03/2005 | NET 30 | |

| Qty Ordered | Item Number | Description | UOM Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|
| 2640 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :      430320   (Cum including this shipment)<br>Serial Numbers<br>62732<br>62733<br>62734<br>62753<br>62741<br>62758<br>62738<br>62739<br>62756<br>62757<br>62740<br>62735<br>Bill of Lading #785-361121-7<br>Packing List #D152/3049COND | 2640 | 0.60170 | 1,588.49 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 1,588.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| Invoice Total |
|---|
| 1,588.49 |

OCT-14-2005 06:55  FROM:HOOD CABLE          8007924309          TO:16013555850704       P.9

Page: 1

# Invoice

| Invoice No: | 00101124 |
|---|---|
| Date: | 10/03/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |

GST#:
BOL#: 000000001191
SID#: 0000001154

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax:    601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900
48 WALTER JONES
EL PASO TX 79906
United States

VAT#:

F.O.B./Terms

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101124 | P5250023 | CTII | 10/03/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|
| 47520 | 900231 | Aluminum Housing/Strain Assm<br>Customer PO. : P5250023<br>Customer Part: 12191275<br>CUM Quantity :   1603800  (Cum including this shipment)<br>SERIAL NUMBERS<br>61358 61819 61792 61385<br>61359 61820 61793 61386<br>61360 61821 61794 61387<br>61361 61822 61795 61388<br>61362 61823 61796 61389<br>61363 61824 61797 61390<br>61364 61825 61798 61391<br>61365 61826 61799 61392<br>61366 61827 61800 61393<br>61367 61828 61801 61394<br>61368 61829 61802 61395<br>61369 61830 61803 61396<br>61370 61831 61804 61397<br>61371 61832 61805 61398<br>61372 61833 61806 61399<br>61373 61834 61807 61400<br>61374 61835 61808 61401<br>61375 61836 61809 61402<br>61376 61837 61810 61403<br>61377 61838 61811 61404<br>61378 61839 61812 61405<br>61379 61840 61813 61406<br>61380 61841 61814 61407<br>61381 61842 61815 61408<br>61382 61843 61816 61409<br>61383 61844 61817 61410<br>61384 61845 61818 61411<br><br>Serial Numbers<br>61439 61621 61547 61165<br>61440 61622 61548 61166 | 47520 | 0.60100 | 28,559.52 |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| | | | | | |

ORIGINAL

Invoice Total

# Invoice

| | |
|---|---|
| Invoice No: | **00101124** |
| Date: | 10/03/2005 |
| Customer No: | 100 |
| Supplier No: | IC7 |
| Sales Agent: | |
| GST#: | |
| BOL#: | 000000001191 |
| SID#: | 0000001154 |

**Remit To:** Tal-Port Industries, LLC
P. O. BOX 1253
PRENTISS, MS 39474-1253
Phone: 601-792-0375
Fax: 601-792-4309

**Bill To:** AUTOMOTIVE COMPONENT GROUP
DISBURSEMENT ANALYSIS
P.O. BOX 436040
PONTIAC MI 48340-6040
United States

**Ship To:** DELPHI AUTOMOTIVE EL PASO - 5900
48 WALTER JONES
EL PASO TX 79906
United States

**VAT#:**

**F.O.B./Terms**

| Our Order No. | Customer Purchase Order No. | Shipped Via | Date Shipped | MISSION,TX |
|---|---|---|---|---|
| 00101124 | P5250023 | CTII | 10/03/2005 | NET 30 |

| Qty Ordered | Item Number | Description | UOM | Qty Shipped | Unit Price | Extension |
|---|---|---|---|---|---|---|
| | | 61441  61623  61549  61167<br>61442  61624  61550  61168<br>61443  61625  61551  61169<br>61444  61626  61552  61170<br>61445  61627  61553  61171<br>61446  61628  61554  61172<br>61447  61629  61555  61173<br>61448  61630  61556  61174<br>61449  61631  61557  61175<br>61450  61632  61558  61176<br>61451  61633  61559  61177<br>61452  61634  61560  61178<br>61453  61635  61561  61179<br>61454  61636  61562  61180<br>61455  61637  61563  61181<br>61456  61638  61564  61182<br>61457  61639  61565  61183<br>61458  61640  61566  61184<br>61459  61641  61567  61185<br>61460  61642  61568  61186<br>61461  61643  61569  61187<br>61462  61644  61570  61188<br>61463  61645  61571  61189<br>61464  61646  61572  61190<br>61465  61647  61573  61191<br>Bill of Lading #785-361121-7<br>Packing List #0152/5900 | | | | |

| Product Total | Discount | Freight | Taxable Amount | Tax Amount | Miscellaneous |
|---|---|---|---|---|---|
| 28,559.52 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

ORIGINAL

| | |
|---|---|
| **Invoice Total** | 28,559.52 |