UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
:
In re:                                                              :     Index No.: 05-44481
:
DELPHI CORPORATION                            :     AFFIDAVIT OF SERVICE
:
Debtors.              :
------------------------------------------------------------X

I, Miguel Pakalns hereby affirm the following under penalty of perjury:

1. That I am over eighteen (18) years of age and reside in Brooklyn, New York.

2. That on the 20th day of April, 2006, I delivered and deposited complete and true copies of the Opposition of IUOE Locals 18, 101, and 832 to Debtor's Motion to Reject Collective Bargaining Agreements and to Modify Retiree Benefits and of the Memorandum of Law in Support of the Opposition of IUOE Locals 18, 101, and 832 to Debtor's Motion to Reject Collective Bargaining Agreements and to Modify Retiree Benefits to United Parcel Service for delivery to the following:

Brown, Rudnick, Burlack, Israels LLP
Attn: Robert J. Stark
Seven Times Square
New York, New York 10036

Capital Research and Management Company
Attn: Michelle Robson
11100 Santa Monica Blvd., 15th Floor
Los Angeles, California 90025

Cohen, Weiss & Simon
Attn: Bruce Simon
330 W. 42nd Street
New York, New York 10036

Curtis, Mallet-Prevost, Colt & Mosle, LLP
Attn: Steven J. Reisman
101 Park Avenue
New York, New York 10178-0061

Davis Polk & Wardwell
Attn: Donald Bernstein, Marlene Melican
450 Lexington Avenue
New York, New York 10017

Delphi Corporation
Attn: Sean Corcoran, Karen Craft
5725 Delphi Drive
Troy, Michigan 48098

Electronic Data Systems Corp.
Attn: Michael Nefkens
5505 Corporate Drive MSIA
Troy, Michigan 48098

Flextronics International
Attn: Carrie L. Schiff
305 Interlocken Parkway
Broomfield, Colorado 80021

Flextronics International USA, Inc.
Attn: Paul W. Anderson
2090 Fortune Drive
San Jose, California 95131

Freescale Semiconductor, Inc.
Attn: Richard Lee Chambers, III
6501 William Cannon Drive West
MD: OE16
Austin, Texas 78735

FTI Consulting, Inc.
Attn: Randall S. Eisenberg
3 Times Square, 11th Floor
New York, New York 10036

General Electric Company
Attn: Valerie Venable
9930 Kincey Avenue
Huntersville, North Carolina 28078

Groom Law Group
Attn: Lonie A. Hassel
1701 Pennsylvania Avenue, NW
Washington DC 20006

Hodgson Russ, LLP
Attn: Stephen H. Gross
230 Park Avenue
New York, New York 10169

Honigman, Miller, Schwartz and Cohn LLP
Attn: Frank L. Gorman, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3583

Honigman, Miller, Schwartz and Cohn LLP
Attn: Robert B. Weiss, Esq.
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3583

Internal Revenue Service
Attn: Insolvency Department, Maria Valeria
290 Broadway, 5th Floor
New York, New York 10007

Internal Revenue Service
Attn: Insolvency Department
477 Michigan Avenue, Mail Stop 15
Detroit, Michigan 48226

IUE-CWA
Attn: Henry Reichard
2360 W. Dorothy Lane, Suite 201
Dayton, Ohio 45439

Jeffries & Company, Inc.
Attn: William Q. Derrough
520 Madison Avenue, 12th Floor
New York, New York 10022

JPMorgan Chase Bank, NA
Attn: Thomas F. Maher, Richard Duker
270 Park Avenue
New York, New York 10017

JPMorgan Chase Bank, NA
Attn: Vilma Frances
270 Park Avenue
New York, New York 10017

Kramer, Levin, Naftalis & Frankel LLP
Attn: Gordon Z. Novod
1177 Avenue of the Americas
New York, New York 10036

Kramer, Levin, Naftalis & Frankel LLP
Attn: Thomas Moers Mayer
1177 Avenue of the Americas
New York, New York 10036

Kurtzman Carson Consultants
Attn: James Le
12910 Culver Blvd., Suite I
Los Angeles, California 90066

Latham & Watkins, LLP
Attn: Robert J. Rosenberg, Mark A. Bronde
885 Third Avenue
New York, New York 10022

Law Debenture Trust of New York
Attn: Patrick J. Healy
767 Third Avenue, 31st Floor
New York, New York 10017

Law Debenture Trust of New York
Attn: Daniel R. Fisher
767 Third Avenue, 31st Floor
New York, New York 10017

McDermott Will & Emery LLP
Attn: David D. Cleary
227 West Monroe Street
Chicago, Illinois 60606

McDermott Will & Emery LLP
Attn: Mohsin N. Khambati
227 West Monroe Street
Chicago, Illinois 60606

McTigue Law Firm
Attn: J. Brian McTigue
5301 Wisconsin Avenue, N.W., Suite 350
Washington DC 20015

McTigue Law Firm
Attn: Cornish F. Hitchcock
5301 Wisconsin Avenue, N.W., Suite 350
Washington DC 20015

Mesirow Financial
Attn: Leon Szlezinger
666 Third Avenue, 21st Floor
New York, New York 10017

Morrison Cohen LLP
Attn: Joseph T. Moldovan, Esq.
909 Third Avenue
New York, New York 10022

Northeast Regional Office
Attn: Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, New York 10281

NYS Attorney General Elliot Spitzer
120 Broadway
New York, New York 10271

O'Melveny & Meyer, LLP
Attn: Robert Siegel
400 South Hope Street
Los Angeles, California 90071

O'Melveny & Meyer, LLP
Attn: Tom A. Jerman, Rachel Janger
1625 Eye Street, N.W.
Washington DC 20006

Pension Benefit Guaranty Corporation
Attn: Jeffrey Cohen
1200 K Street, N.W., Suite 340
Washington DC 20005

Pension Benefit Guaranty Corporation
Attn: Ralph L. Landy
1200 K. Street, N.W., Suite 340
Washington DC 20005-4026

Phillips Nizer LLP
Attn: Sandra A. Riemer
666 Fifth Avenue
New York, New York 10103

Rothchild, Inc.
Attn: David L. Resnick
1251 Avenue of the Americas
New York, New York 10020

Seyfarth Shaw, LLP
Attn: Robert W. Dremluk
1270 Avenue of the Americas, Suite 2500
New York, New York 10020-1801

Shearman & Sterling, LLP
Attn: Douglas Bartner, Jill Frizzley
599 Lexington Avenue
New York, New York 10022

Simpson, Thatcher & Bartlett LLP
Attn: Kenneth S. Ziman, Robert H. Trust
425 Lexington Avenue
New York, New York 10017

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: John William Butler, David E. Springer
333 W. Wacker Drive, Suite 2100
Chicago, Illinois 60606

Skadden, Arps, Slate, Meagher & Flom LLP
Attn: Kayalyn A. Marafioti, Thomas J. Matz
4 Times Square,
P.O. Box 300
New York, New York 10036

Spencer, Fane, Britt & Browne LLP
Attn: Daniel D. Doyle
1 North Brentwood Boulevard, Tenth Floor
St. Louis, Missouri 63105

Spencer, Fane, Britt & Brown LLP
Attn: Nicholas Franke
1 North Brentwood Boulevard, Tenth Floor
St. Louis, Missouri 63105

Stevens & Lee, P.C.
Attn: Chester B. Salomon,
Constantine D. Pourakis
485 Madison Avenue, 20th Floor
New York, New York 10022

Togut, Segal & Segal LLP
Attn: Albert Togut
One Penn Plaza, Suite 3335
New York, New York 10119

Tyco Electronics Corporation
Attn: MaryAnn Brereton, Asst. Gen. Counsel
60 Columbia Road
Morristown, New Jersey 07960

United States Bankruptcy Court
Attn: Honorable Robert D. Drain
Southern District of New York
One Bowling Green
New York, New York 10004

United States Trustee
Attn: Alicia M. Leonard
33 Whitehall Street, 21st Floor
New York, New York 10004-2112

United States Trustee
Attn: Deirdre A. Martini
33 Whitehall Street, Suite 2100
New York, New York 10004

Warner Stevens, LLP
Attn: Michael D. Warner
1700 City Center Tower II
301 Commerce Street
Forth Worth, Texas 76102

Weil, Gotshal & Manges LLP
Attn: Jeffrey L. Tanenbaum, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Martin J. Bienenstock, Esq.
767 Fifth Avenue
New York, New York 10153

Weil, Gotshal & Manges LLP
Attn: Michael P. Kessler, Esq.
767 Fifth Avenue
New York, New York 10153

Wilmington Trust Company
Attn: Steven M. Cimalore
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890

I have received confirmation from UPS of successful delivery to all of the above.

Dated: New York, New York
April 24, 2006

Sworn to before me this
24th day of April, 2006.

_____
Notary Public

DENNIS E. TOREGGIANI
Notary Public, State of New York
No. 02TO6119910
Qualified in Kings County
Commission Expires December 6, 2008

_____
Miguel Pakalns