From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

SHIP TO: (248)813-2000    BILL SENDER
**General Counsel**
**Delphi Corporation**
**5725 Delphi Drive**

**Troy, MI 48098**

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code



PRIORITY OVERNIGHT                    MON
                                       Deliver By:
TRK#  7908 9529 1146   FORM            24APR06
                       0201    DTW     A2

48098   -MI-US
                          NS MTCA

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (312)407-0700    BILL SENDER
John Wm. Butler, Jr.
Skadden, Arps, Slate, Meagher & Flo
333 West Wacker Drive
Suite 2100
Chicago, IL 60606



**PRIORITY OVERNIGHT**     **MON**
Deliver By:
TRK# 7919 2200 7203   FORM 0201    24APR06

ORD    A1

60606    -IL-US

**NC LOTA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

**FedEx Express**

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (202)383-5300    BILL SENDER
**Tom A. Jerman**
**O'Melveny & Myers LLP**
**1625 Eye Street, NW**

**Washington, DC 20006**

**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK#  7920 7774 4981    FORM 0201    24APR06
IAD    A1

20006    -DC-US    **ZM BZSA**

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (202)857-0620      BILL SENDER
Lonie Hassel
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006



Delivery Address Bar Code

**PRIORITY OVERNIGHT**         **MON**
                              Deliver By:
TRK#  **7927 2084 1654**  FORM  24APR06
                          0201
                                IAD  A1

**20006**  -DC-US



ZM BZSA

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202



Delivery Address Bar Code

SHIP TO: (212)455-2000    BILL SENDER
**Kenneth S. Ziman**
**Simpson Thatcher & Bartlett LLP**
**425 Lexington Avenue**

**New York, NY 10017**

**PRIORITY OVERNIGHT**  **MON**
Deliver By:
TRK# 7908 9531 7253  FORM 0201  24APR06

EWR  A1

10017  -NY-US

Z2 OGSA



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/4DaUu9EiWu3DeYq2FcTx7BaTu1EeUu6G...  04/21/2006

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (212)450-4000      BILL SENDER

**Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue**

**New York, NY 10017**



Delivery Address Bar Code



**PRIORITY OVERNIGHT**                    **MON**
                                          Deliver By:
TRK#  7908 9532 0801   FORM               24APR06
                       0201
                                          EWR   A1
10017    -NY-US
                              Z2 OGSA

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (212)906-1370    BILL SENDER
**Robert J. Rosenberg**
**Lathan & Watkins LLP**
**885 Third Avenue**

**New York, NY 10022**

Delivery Address Bar Code

PRIORITY OVERNIGHT    MON
Deliver By:
TRK# 7908 9532 5273   FORM 0201    24APR06
                                    EWR    A1
10022    -NY-US
                              Z2 JRBA



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

FedEx Ship Manager | Federal Express service list    Pg 8 of 8

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 21APR06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202



Delivery Address Bar Code

SHIP TO: (212)756-2000    BILL SENDER
**Alicia M. Leonhard**
**Office of the U.S. Trustee**
**Southern District of New York**
**33 Whitehall Street, Suite 2100**
**New York, NY 10004**



**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK#  7904 0335 1740   FORM 0201    24APR06

EWR   A1

10004   -NY-US        **Z1 SXYA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/9GcYx5BfSq4CcUr6FgZs4ChVs3CaXv9D...    04/21/2006