United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $11,912.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

GRAPHITE SALES INC
PO BOX 951814
CLEVELAND, OH 44193

The transfer of your claim as shown above in the amount of $11,912.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

779926

------(CUT HERE)------
**TRANSFER NOTICE**

GRAPHITE SALES INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the GRAPHITE SALES INC Claims of Assignor in the aggregate amount of **$11,912.00** representing all claims against: **DELPHI AUTOMOTIVE SYSTEMS LLC** in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 15 day of FEBRUARY 2006

GRAPHITE SALES INC

_____
(Signature)

FRENCH E. WALTON JR.
(Print Name and Title)
TREASURER

REVENUE MANAGEMENT

_____
(Signature)

MIKE RICHARDS
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
GRAPHITE SALES INC

779926