E. Todd Sable (P54956)
Jordan M. Sickman
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Switches & Detection Systems, Inc
2290 First National Building
660 Woodward Ave.
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 Case |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF RESPONSE TO THE STATEMENT OF RECLAMATION
RE: CLAIM NO. 57 OF VALEO SWITCHES & DETECTION SYSTEMS, INC.**

  Please be advised that pursuant to the Amended Final Reclamation Order (Docket No. 881) a Response to the Statement of Reclamation Re: Claim No. 57 on behalf of Valeo Switches & Detection Systems, Inc. was served, via Federal Express, on April 20, 2006 on Christina Cattell, Re: Delphi Reclamations, Mail Code # 483-400-216, 5725 Delphi Drive, Troy, Michigan 48098 and Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Matthew J. Micheli, Re: Delphi Reclamations, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606.

            Respectfully submitted,

            HONIGMAN MILLER SCHWARTZ AND COHN LLP
            Attorneys for Valeo Switches & Detection Systems, Inc.

Dated:  April 25, 2006    By:  /s/ E. Todd Sable
            E. Todd Sable (P54956)
            Jordan M. Sickman
          2290 First National Building
          660 Woodward Ave.
          Detroit, MI  48226
          Telephone: (313) 465-7548
          Facsimile: (313) 465-7549
          Email: tsable@honigman.com