UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK           X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Schlemmer SA de CV
              Gurber Strasse 48
              D-85586 Poing
              Germany
              Attn: Danilo Rausl

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Schlemmer SA de CV (the "Transferor") in the amount of **$2,651.60** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                          _____
                                          Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Schlemmer GmbH, for itself and its Ningo Schlemmer Automotice Parts, Ltd. and Schlemmer SA de CV divisions, a German corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 12, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ___ day of 12, April 2006.

(Assignor)
Schlemmer GmbH, for itself and its
NINGBO SCHLEMMER AUTOMOTICE
PARTS, LTD. and SCHLEMMER SA
de CV divisions
By: _____
Name: Jürgen Oestereich
Title: MD/CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager
By: _____
Name: Janice Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: Danilo Rausi
Title: Credit Manager

KL2:2394444.1

# Schedule A

| Debtor | Creditor | Case Number | Scheduled Amount | Outstanding Amount | Proof of Claim |
|---|---|---|---|---|---|
| Delphi Automotive Systems LLC | Ningbo Schlemmer | 05-46640 | 56 926,70 | 56 625,90 | |
| Delphi Automotive Systems LLC | Josef Schlemmer GmbH | 05-44640 | 12 706,69 | 12 706,69 | |
| Delphi Automotive Systems LLC | Schlemmer SA de CV | 05-44640 | 2 651,60 | 2 650,60 | |
| Delphi Automotive Systems LLC | Schlemmer GmbH Germany | 05-44640 | | | Euro 23,708.5 |
| | | | 71 983,19 | | |

Initials:
Seller  DR/ /30 747/
Buyer