E. Todd Sable (P54956)
Jordan M. Sickman
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Switches & Detection Systems, Inc
2290 First National Building
660 Woodward Ave.
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, et al. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

**NOTICE OF RESPONSE TO THE STATEMENT OF RECLAMATION RE: CLAIM NO. 124 OF VALEO ELECTRICAL SYSTEMS, INC., WIPERS DIVISION**

Please be advised that pursuant to the Amended Final Reclamation Order (Docket No. 881) a Response to the Statement of Reclamation Re: Claim No. 124 on behalf of Valeo Electrical Systems, Inc., Wipers Division was served, via Federal Express, on April 20, 2006 on Christina Cattell, Re: Delphi Reclamations, Mail Code # 483-400-216, 5725 Delphi Drive, Troy, Michigan 48098 and Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Matthew J. Micheli, Re: Delphi Reclamations, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606.

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Attorneys for Valeo Switches & Detection Systems, Inc.

Dated:  April 25, 2006          By:     /s/ E. Todd Sable
                                   E. Todd Sable (P54956)
                                   Jordan M. Sickman
                                2290 First National Building
                                660 Woodward Ave.
                                Detroit, MI  48226
                                Telephone: (313) 465-7548
                                Facsimile: (313) 465-7549
                                Email: tsable@honigman.com

DETROIT.2135620.1