E. Todd Sable (P54956)
Jordan M. Sickman
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Switches & Detection Systems, Inc
2290 First National Building
660 Woodward Ave.
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case |
| DELPHI CORPORATION, et al. | No. 05-44481 |
| Debtors. | (Jointly Administered) |

**NOTICE OF RESPONSE TO THE STATEMENT OF**
**RECLAMATION RE: CLAIM NO. 346 OF VALEO ELECTRICAL**
**SYSTEMS, INC., MOTORS AND ACTUATORS DIVISION**

　　　　Please be advised that pursuant to the Amended Final Reclamation Order (Docket No. 881) a of Response to the Statement of Reclamation Re: Claim No. 346 on behalf of Valeo Electrical Systems, Inc., Motors and Actuators Division was served, via Federal Express, on April 20, 2006 on Christina Cattell, Re: Delphi Reclamations, Mail Code # 483-400-216, 5725 Delphi Drive, Troy, Michigan 48098 and Skadden, Arps, Slate, Meagher & Flom LLP, Attn: Matthew J. Micheli, Re: Delphi Reclamations, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　HONIGMAN MILLER SCHWARTZ AND COHN LLP
　　　　　　　　　　　　　　　　　Attorneys for Valeo Switches & Detection Systems, Inc.

Dated:  April 25, 2006　　　　　　By:    /s/ E. Todd Sable
　　　　　　　　　　　　　　　　　　　E. Todd Sable (P54956)
　　　　　　　　　　　　　　　　　　　Jordan M. Sickman
　　　　　　　　　　　　　　　　　2290 First National Building
　　　　　　　　　　　　　　　　　660 Woodward Ave.
　　　　　　　　　　　　　　　　　Detroit, MI  48226
　　　　　　　　　　　　　　　　　Telephone: (313) 465-7548
　　　　　　　　　　　　　　　　　Facsimile: (313) 465-7549
　　　　　　　　　　　　　　　　　Email: tsable@honigman.com

DETROIT.2135614.1