UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK _____X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Josef Schlemmer GmbH
               Gurber Strasse 48
               D-85586 Poing
               Germany
               Attn: Danilo Rausl

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Josef Schlemmer GmbH (the "Transferor") in the amount of **$12,706.69** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

      United States Bankruptcy Court
      Alexander Hamilton Custom House
      Attn: Bankruptcy Clerk
      One Bowling Green
      New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
      Refer to INTERNAL CONTROL No. _____ in your objection.
      If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____


                                      _____
                                            Deputy Clerk

13. APR. 2006 13:23    Schlemmer GmbH/Debterenbuchh.    NR. 341    S. 8

## EVIDENCE OF TRANSFER OF CLAIM

Schlemmer GmbH, for itself and its Ningo Schlemmer Automotice Parts, Ltd. and Schlemmer SA de CV divisions, a German corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 12, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached here, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this ____ day of 12, April 2006.

(Assignor)
Schlemmer GmbH, for itself and its
NINGBO SCHLEMMER AUTOMOTICE
PARTS, LTD. and SCHLEMMER SA
de CV divisions

By: _____

Name: Jürgen Oesterreich

Title: MD/CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____

Name: Janice Stanton

Title: Member

(Assignor)
WITNESS:

By: _____

Name: Danilo Raus?

Title: Credit Manager

KL2:2394444.1

# Schedule A

| Debtor | Creditor | Case Numb. | Scheduled Amount | Outstanding Amount | Proof of Claim |
|---|---|---|---|---|---|
| Delphi Automotive Systems LLC | Ningbo Schlemmer | 05-46640 | 56 926,70 | 56 625,90 | |
| Delphi Automotive Systems LLC | Josef Schlemmer GmbH | 05-44640 | 12 706,69 | 12 706,69 | |
| Delphi Automotive Systems LLC | Schlemmer SA de CV | 05-44640 | 2.651,60 | 2 650,60 | |
| Delphi Automotive Systems LLC | Schlemmer GmbH Germany | 05-44640 | | | |
| | | | 71 983,19 | Euro 23,708.5 | |

**Initials:**

Seller  DR/ 130347 / 

Buyer  ЦM.