E. Todd Sable (P54956)
Jordan M. Sickman
Honigman Miller Schwartz and Cohn LLP
Attorneys for Valeo Switches & Detection Systems, Inc
2290 First National Building
660 Woodward Ave.
Detroit, MI  48226
Telephone: (313) 465-7548
Facsimile: (313) 465-7549

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies and declares that he caused copies to be served as follows:

1. Documents Served: a.) Notice of Response to the Statement of Reclamation Re: Claim No. 57 of Valeo Switches & Detection Systems, Inc.; b.) Notice of Response to the Statement of Reclamation Re: Claim No. 124 of Valeo Electrical Systems, Inc., Wipers Division; c.) Notice of Response to the Statement of Reclamation Re: Claim No. 125 of Valeo Climate Control Corporation; and d.) Notice of Response to the Statement of Reclamation Re: Claim No. 346 of Valeo Electrical Systems, Inc., Motors and Actuators Division.

2. Served Upon:       See Attached Service List.

3. Method of Service: Via U.S. Mail

4. Date Served:       April 25, 2006

I certify and declare under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2006         By:     /s/ E. Todd Sable
                                              E. Todd Sable (P54956)
                                              Jordan M. Sickman
                                       2290 First National Building
                                       660 Woodward Ave.
                                       Detroit, MI  48226
                                       Telephone: (313) 465-7548

DETROIT.1964791.1

| | | |
|---|---|---|
| Capital Research and Management Co.<br>Michelle Robson<br>11100 Santa Monica Blvd 15th Floor<br>Los Angeles, CA  90025 | Cohen Weiss & Simon<br>Bruce Simon<br>330 W. 42nd Street<br>New York, NY  10036 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>Steven J. Reisman<br>101 Park Avenue<br>New York, NY  10178-0061 |
| Davis Polk & Wardwell<br>Donald Bernstein<br>450 Lexington Avenue<br>New York, NY  10017 | Delphi Corporation<br>Sean Corcoran, and Karen Craft<br>5725 Delphi Drive<br>Troy, MI  48098 | Electronic Data Systems Corp<br>Michael Nefkens<br>5505 Corporate Drive MSIA<br>Troy, MI  48098 |
| Flextronics International Asia-Pacific, Ltd.<br>c/o Flextronics International USA, Inc.<br>Paul W. Anderson<br>2090 Fourtune Drive<br>San Jose, CA  95131 | Freescale Semiconductor, Inc.<br>Richard Lee Chambers, III<br>6501 William Cannon Drive West<br>MD: OE16<br>Austin, TX  78735 | FTI Consulting, Inc.<br>Randall S. Eisenberg<br>3 Times Square, 11th Floor<br>New York, NY  10036 |
| General Electric Company<br>Valerie Venable<br>One Plastics Avenue<br>Pittsfield, MA  01201 | General Motors Corporation<br>John Devine<br>300 Renaissance Center, P.O. Box 300<br>Detroit, MI  48265 | Groom Law Group<br>Lonie A. Hassel<br>1701 Pennsylvania Avenue, NW<br>Washington, DC  20006 |
| IUE-CWA<br>Henry Reichard<br>2360 W. Dorothy Lane, Suite 201<br>Dayton, OH  45439 | Internal Revenue Service<br>Attn: Insolvency Department<br>290 Broadway, 5th Floor<br>New York, NY  10007 | Internal Revenue Service<br>Attn: Insolvency Department<br>477 Michigan Ave, Mail Stop 15<br>Detroit, MI  48226 |
| JP Morgan Chase Bank, N.A.<br>Thomas F. Maher, Richard Duker,<br>Gianni Russello and Vilma Francis<br>270 Park Avenue<br>New York, NY  10017 | Jefferies & Company, Inc.,<br>William Q. Derrough<br>520 Madison Avenue, 12th Floor<br>New York, NY  10022 | JP Morgan Chase Bank, N.A.<br>Clifford Trapani, and Khuyen Ta<br>1111 Fannin, 10th Floor<br>Houston, TX  77002 |
| Mesirow Financial<br>Melissa Knolls<br>321 N. Clark St, 13th Floor<br>Chicago, IL  60601 | Kurtzman Carson Consultants<br>James Le<br>12910 Culver Blvd, Suite 1<br>Los Angeles, CA  90066 | Latham & Watkins LLP<br>R. Rosenberg, M. Seider, M. Broude<br>H. Baer, J. Weiss, M. Rieila, E. Ruiz<br>885 Third Avenue<br>New York, NY  10022 |
| O'Melveny & Meyer LLP<br>Robert Siegel<br>400 South Hope Street<br>Los Angeles, CA  90071 | Morrison Cohen LLP<br>Joseph T. Moldovan, Esq.<br>909 Third Avenue<br>New York, NY  10022 | Office of New York State<br>Attorney General Eliot Spitzer<br>120 Broadway<br>New York City, NY  10271 |
| Phillips Nizer LLP<br>Sandra A. Riemer<br>666 Fifth Avenue<br>New York, NY  10103 | O'Melveny & Meyer LLP<br>Tom A. Jerman, and Rachel Janger<br>1625 Eye Street, NW<br>Washington, DC  20006 | Pension Benefit Guaranty Corporation<br>Jeffrey Cohen, and Ralph L. Landy<br>1200 K Street, N.W., Suite 340<br>Washington, DC  20005 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk<br>1270 Avenue of the Americas, Ste 2500<br>New York, NY  10020-1801 | Rothchild, Inc.<br>David L. Resnick<br>1251 Avenue of Americas<br>New York, NY  10020 | Securities and Exchange Commission<br>Reorganization Branch<br>233 Broadway<br>New York, NY  10279 |

Skadden, Arps, Slate, Meagher &: Flom
John Wm. Butler, John K. Lyons, and Ron E. Meisler
333 W. Wacher Dr., Suite 2100
Chicago, IL  60606

Shearman & Sterlilng LLP
Douglas Bartner, and Jill Frizzley
599 Lexington Avenue
New York, NY  10022

Simpson Thatcher & Bartlett LLP
Kenneth S. Ziman, Robert H. Trust, and William T. Russell, Jr.
425 Lexington Avenue
New York, NY  10017

Togut, Segal & Segal LLP
Albert Togut
One Penn Plaza, Suite 3335
New York, NY  10119

Skadden, Arps, Slate, Meagher &: Flom
Kayalyn A. Marafioti, and Thomas J. Matz
4 Times Square
P.O. Box 300
New York, NY  10036

Stevens & Lee, P.C.
C. Salomon, and C. Pourakis
485 Madison Avenue, 20th Floor
New York, NY  10022

Airgas, Inc.
David Boyle
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA  19087-8675

United States Trustee
Alicia M. Leonard, and Deidre A. Martini
33 Whitehall Street, Suite 2100
New York, NY  10004

Ajamie LLP
Thomas A. Ajamine
711 Louisiana, Suite 2150
Houston, TX  77002

Angelo, Gordon & Co.
Leigh Walzer
245 Park Avenue, 26th Floor
New York, NY  10167

Ajamie LLP
Wallace A. Showman
1350 Avenue of the Americas, 29th Floor
New York, NY  10019

Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg
W. Barrett and K. Robinson
333 West Wacker Drive, Suite 2700
Chicago, IL  60606

Barnes & Thomburg LLP
Michael K. McCrory, Wendy D. Brewer, and Alan K. Mills
11 S. Meridian Street
Indianapolis, IN  46204

Amall Golden Gregory LLP
Darryl S. Laddin, and Heath J. Vicente
171 17th Street NW, Suite 2100
Atlanta, GA  30363-1031

Bernstein Litowitz Berger & Grossman
John P. Coffey, Hannah E. Greenwald and Mark D. Debrowski
1285 Avenue of the Americas
New York, NY  10019

Bialson, Bergen & Schwab
Kenneth T. Law, Esq, Lawrence M. Schwab, Esq., and Thomas M. Gaa
2600 El Camino Real, Suite 300
Palo Alto, CA  94306

Barnes & Thormburg LLP
John T. Gregg, and Patrick E. Mears
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI  49503

Boult, Cummings, Conners & Berry, PLC
Roger G. Jones, and Austin L. McMullen
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN  37203

Burr & Forman LLP
Michael Leo Hall
420 North Twentieth Street, Suite 3100
Birmingham, AL  35203

Bose McKinney & Evans LLP
Jeannette Eisan Hinshaw
135 N. Pennsylvania Street, Suite 2700
Indianapolis, IN  46204

Carter Ledyard & Milbum LLP
Aaron R. Cahn
2 Wall Street
New York, NY  10005

Cleary Gottlieb Steen & Hamilton LLP
Deborah M. Buell
One Liberty Plaza
New York, NY  10006

Cahill Gordon & Reindel LLP
Jonathan Greenberg, and Robert Usadi
80 Pine Street
New York, NY  10005

Cohn Bimbaum & Shea P.C.
Scott D. Rosen, Esq.
100 Pearl Street, 12th Floor
Hartford, CT  06103

Connolly Bove Lodge & Hutz LLP
Jeffrey C. Wisler, Esq.
1007 N. Orange Street
PO Box 2207
Wilmington, DE  19899

Cohen, Weiss & Simon, LLP
Joseph J. Vitale
330 West 42nd Street
New York, NY  10036

Curtin & Heefner, LLP
Robert Szwajkos, and Daniel P. Mazo
250 N. Pennslyvania Avenue
Morrisville, PA  19067

Curtis Mallet-Prevost, Colt & Mosle LLP
A. Thaw, S. Reisman, and D. Karp
101 Park Avenue
New York, NY  10178-0061

Contrarian Capital Management, L.L.C.
Mark Lee, Janice Stanton
Bill Raine, Seth Lax
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

Denso International America, Inc.
Carol Sowa
24777 Denso Drive
Southfield, MI  48086

| | | |
|---|---|---|
| DiConza Law, P.C.<br>Gerard DiConza, Esq.<br>630 Third Avenue, 7th Floor<br>New York, NY  10017 | Damon & Morey LLP<br>William F. Savino<br>1000 Cathedral Place<br>298 Main Street<br>Buffalo, NY  14202-4096 | Drinker Biddle & Reath LLP<br>A.ndrew Kassner and David Aaronson<br>18th and Cherry Streets<br>Philadelphia, PA  19103 |
| Duane Morris LLP<br>Margery Reed and Wendy Simkulak<br>30 South 17th Street<br>Philadelphia, PA  19103-4196 | DLA Piper Rudrick Gray Cary US LLP<br>R. Kreman, and M. Chavez-Ruark<br>The Marbury Building<br>6225 Smith Avenue<br>Baltimore, MD  21209-3600 | Fox Rothschild LLP<br>Michael J. Viscount, Jr.<br>1301 Atlantic Avenue<br>Boston, MA  02110-333 |
| Fox Rothschild LLP<br>Fred Stevens<br>13 East 37th Street, Suite 800<br>New York, NY  10016 | Fagel Haber LLC<br>Gary E. Green and Lauren Newman<br>55 East Monroe, 40th Floor<br>Chicago, IL  60603 | Genovese Joblove & Battista, P.A.<br>Craig P. Rieders, Esq.<br>100 S.E. 2nd Street, Suite 4400<br>Miami, FL  33131 |
| Goulston & Storrs, P.C.<br>Peter D. Bilowz<br>400 Atlantic Avenue<br>Boston, MA  02110-333 | Gazes LLC<br>Eric Wainer, and Ian J. Gazes<br>32 Avenue of the Americas, Suite 1800<br>New York, NY  10013 | Greensfelder, Hemker & Gale, P.C.<br>Cherie Macdonald, and J. Patrick Bradley<br>10 S. Broadway, Suite 200<br>St. Louis, MO  63102 |
| HAL/ERC-Legal<br>Tillie Lim, Esq.<br>50 Prospect Avenue<br>Tarrytown, NY  10591 | Grant & Eisenhofer P.A.<br>Geoffrey C. Jarvis, and Sharan Nimul<br>1201 North Market Street, Suite 2100<br>Wilimgton DE  19801 | Hewlett-Packard Company<br>Ann Marie Kennelly<br>3000 Hanover St., M/S 1050<br>Palo Alto, CA  94304 |
| Hewlett-Packard Company<br>Kenneth F. Higman<br>2125 E. Katella Avenue, Suite 400<br>Anaheim, CA  92806 | Halperin Battaglia Raicht, LLP<br>Alan Halperin, and Christopher Battaglia<br>555 Madison Avenue, 9th Floor<br>New York, NY  10022 | Hodgson Russ LLP<br>Cheryl R. Storie<br>One M&T Plaza, Suite 2000<br>Buffalo, NY  14203 |
| Hodgson Russ LLP<br>Stephen H. Gross, Esq.<br>230 Park Avenue, 17th Floor<br>New York, NY  10169 | Hewlett-Packard Company<br>Sharon Petrosino, and Glen Dumont<br>420 Mountain Avenue<br>Murray Hill, NJ  07974 | Holme Roberts & Owen, LLP<br>Elizabeth K. Flaagan<br>1700 Lincoln, Suite 4100<br>Denver, CO  80203 |
| Katten Muchin Rosenman LLP<br>John P. Sieger, Esq.<br>525 West Monroe Street<br>Chicago, IL  60661 | Holland & Knight LLP<br>Peter A. Zisser<br>195 Broadway<br>New York, NY  10007 | Kirkland & Ellis LLP<br>Geoffrey A. Richards<br>200 Ease Randolph Drive<br>Chicago, IL  60601 |
| Kirkpatrick & Lockhart Nicholson Graham LLP<br>Edward M. Fox<br>599 Lexington Avenue<br>New York, NY  10022 | Kieselstein Lawfirm PLLC<br>Steve Kieselstein<br>43 British American Boulevard<br>Latham, NY  12110 | Lewis and Roca LLP<br>Rob Charles, Esq.<br>One South Church Street, Suite 700<br>Tucson, AZ  85701 |
| Lewis and Roca LLP<br>Susan M. Freeman, Esq.<br>40 North Central Avenue, Suite 1900<br>Phoenix, AZ  85004-4429 | Krugliak, Wilkins, Griffiths & Dougherty<br>Sam O. Simmerman<br>4775 Munson Street N.W.<br>PO Box 36963<br>Canton, OH  44735-6963 | Linebarger Goggan Blair & Sampson<br>Diane W. Sanders<br>1949 South IH 35 (78741)<br>PO Box 17428<br>Austin, TX  78760-7428 |

Linebarger Goggan Blair & Sampson, LLP
Elizabeth Weller
2323 Bryan Street, Suite 1600
Dallas, TX 75201

Linear Technology Corporation
John England, Esq.
1630 McCarthy Blvd
Milpitas, CA 95035-7417

Lord, Bissel & Brook
Timothy S. McFadden
Timothy W. Brink
115 South LaSalle Street
Chicago, IL 60603

Lord, Bissel & Grook LLP
Kevin J. Walsh
Rocco N. Covino
885 Third Avenue, 26th Floor
New York, NY 10022-4802

Loeb & Loeb LLP
William M. Hawkins, P. Gregory Schwed
345 Park Avenue
New York, NY 10154

Lowenstein Sandler PC
Michael S. Etikin
Ira M. Levee
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

Margulies & Levinson, LLP
Jeffrey M. Levinson, Esq
Leah M. Caplan, Esq
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

Lowenstein Sandler PC
Michael S. Etikin, Ira M. Levee, Kenneth A. Rosen, and Scott Cargill
65 Livingston Avenue
Roseland, NJ 07068

McDermott Will & Emery LLP
James M. Sullivan, Stephen Selbst
50 Rockefeller Plaza
New York, NY 10020

McDonald Hopkins Co., LPA
Jean R. Robertson, Esq., Scott N. Opincar, Esq., and Shawn M. Riley, Esq.
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

McCarter & English, LLP
David J. Adler, Jr. Esq.
245 Park Avenue, 27th Floor
New York, NY 10167

Meyer, Suozzi, English & Klein, P.C.
Lowell Peterson, Hanan Kolko
1350 Broadway, Suite 501
New York, NY 10018

MI Department of Labor and Economic Growth, Worker's Compensation Agency
Dennis J. Ratemink, Michael Cox
PO Box 30736
Lansing, MI 48909-7717

McElroy, Deutsch, Mulvaney & Carpenter
Jeffrey Bernstein, Esq.
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102-4079

Miller, Canfield, Paddock and Stone
Timothy A. Fusco, Jonathan Green
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Molex Connector Corp
Jeff Ott
2222 Wellington Ct.
Lisle, IL 60532

Miller Johnson
Thomas P. Sarb, and Robert D. Wolford
250 Monroe Avenue, N.W., Suite 800
PO Box 306
Grand Rapids, MI 49501-0306

Morgan, Lewis & Bockius LLP
Andrew D. Gottfried, Menachem O. Zelmanovitz
101 Park Avenue
New York, NY 10178-0060

Morrison Cohen LLP
Joseph T. Moldovan
Michael R. Dal Lago
909 Third Avenue
New York, NY 10022

Morgan, Lewis & Bockius LLP
Richard W. Esterkin, Esq.
300 South Grand Avenue
Los Angeles, CA 90017

National City Commercial Capitol
Lisa M. Moore
995 Dalton Avenue
Cincinnati, OH 45203

Nix, Patterson & Roach, L.L.P.
Bradley E. Beckworth, Jeffrey J. Angelovich, and Susan Whatley
205 Linda Drive
Daingerfield, TX 75638

Munsch Hardt Kopf & Harr, P.C.
R. Urbanik, J. Wielebinski, D. Rukavina
3800 Lincoln Plaza
500 North Akard Street
Dallas, TX 75201-6659

Orrick, Herrington & Sutcliffe LLP
Frederick D. Holden, Jr., Esq.
405 Howard Street
San Francisco, CA 94105

Orrick, Herrington & Sutcliffe LLP
Alyssa Englund, Esq.
666 Fifth Avenue
New York, NY 10103

Norris, McLaughlin & Marcus
Elizabeth L. Abdeimasieh, Esq.
721 Route 202-206
Somerville, NJ 08876

Pepe & Hazard LLP
Charles J. Filardi, Jr., Esq.
30 Jelliff Lane
Southport, CT 06890

Pepper Hamilton LLP
Francis Lawall, Anne Marie Aaronson
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799

Philips Nizer LLP
Sandra A. Riemer, Esq
666 Fifth Avenue
New York, NY 10103

Porzio, Bromberg & Newman, P.C.
Brett S. Moore and John S. Mario
100 Southgate Parkway
PO Box 1997
Morristown, NJ 07960

| | | |
|---|---|---|
| QAD, Inc.<br>Jason Pickering, Esq.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 | Quadrangle Debt Recovery Advisors LLC<br>Andrew Herenstein<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Quadrangle Group LLC<br>Patrick Bartels<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| Quarles & Brady Streich Lang LLP<br>John A. Harris, and Scott R. Goldberg<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Republic Engineered Products, Inc.<br>Joseph Lapinsky<br>3770 Embassy Parkway<br>Akron, OH 44333 | Riddell Williams P.S.<br>Joseph E. Shickich, Jr.<br>1001 4th Ave., Suite 4500<br>Seattle, WA 98154-1195 |
| Russell Reynolds Associates, Inc.<br>Charles E. Boulbol, P.C.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Schiffrin & Barroway, LLP<br>Michael Yamoff, and Seam M. Handler<br>280 King of Prussia Road<br>Radnor, PA 19087 | Seyfarth Shaw LLP<br>Paul M. Baisier, Esq.<br>1545 Peachtree Street NE, Suite 700<br>Atlanta, GA 30309-2401 |
| Seyfarth Shaw LLP<br>Robert W. Dremluk, Esq.<br>1270 Avenue of the Americas, Ste 2500<br>New York, NY 10020-1801 | Shipman & Goodwin LLP<br>Jennifer L. Adamy<br>One Constitution Plaza<br>Hartford, CT 06103-1919 | Sills, Cummins Epstein & Gross, P.C.<br>Andres H. Sherman<br>Jack M. Zackin<br>30 Rockefeller Plaza<br>New York, NY 10112 |
| Simpson Thacher & Barlett LLP<br>Kenneth Ziman, William Russell, Jr.<br>425 Lexington<br>New York, NY 10017 | Smith, Katzenstein & Furlow LLP<br>Kathleen M. Miller<br>800 Delaware Avenue, 7th Floor<br>PO Box 410<br>Wilmington, DE 19899 | Sony Electronics Inc.<br>Lloyd B. Sarakin – Chief Counsel<br>1 Sony Drive, MD #1 E-4<br>Park Ridge, NJ 07656 |
| Spector & Ehrenworth, P.C.<br>Brian D. Spector, Esq.<br>30 Columbia Turnpike<br>Florham Park, NJ 07102 | Stevens & Lee, P.C.<br>Chester B. Salomon, Constantine D. Pourakis<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022 | Stinson Morrison Hecker LLP<br>Mark A. Shaiken<br>1201 Walnut Street<br>Kansas City, MI 64106 |
| Stites & Harbison PLLC<br>Madison Cashman, Robert Goodrich, Jr.<br>424 Church Street, Suite 1800<br>Nashville, TN 37219 | Stites & Harbison, PLLC<br>W. Robinson Beard, Esq.<br>400 West Market Street<br>Louisville, KY 40202 | Swidler Berlin LLP<br>J Guy, R Wyron, M Cheney, R Steinwurtzel, and R Frankel<br>The Washington Harbour<br>3000 K. Street, N.W. Suite 300<br>Washington, DC, 20007 |
| Taft, Stettinius & Hollister LLP<br>Richard L. Ferrell<br>425 Walnut Street, Suite 1800<br>Cincinnati, OH 45202-3957 | Thompson & Knight<br>Rhett G. Cambell<br>333 Clay Street, Suite 3300<br>Houston, TX 77002 | Todd & Levi, LLP<br>Jill Levi, Esq.<br>444 Madison Avenue, Suite 1202<br>New York, NY 10022 |
| Grant & Eisenhofer P.A.<br>Jay W. Eisenhofer<br>45 Rockefeller Center<br>650 Fifth Avenue<br>New York, NY 10111 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO<br>David Jury, Esq.<br>Five Gateway Center, Suite 807<br>Pittsburgh, PA 15222 | Vorys, Sater, Seymour and Pease LLP<br>Robert Sidman, Tiffany Cobb<br>52 East Gay Street<br>PO Box 1008<br>Columbus, OH 43216-1008 |
| Waller Lansden Dortch & Davis, PLLC<br>David Lemke, Robert Wellhoeller<br>511 Union Street, Suite 2700<br>Nashville, TN 37219 | Warner Norcross & Judd LLP<br>Gordon J. Toering, Stephen Grow<br>900 Fifth Third Center<br>111 Lyon Street, N.W.<br>Grand Rapids, MI 49503 | Warner Norcross & Judd LLP<br>Michael G. Cruse<br>2000 Town Center, Suite 2700<br>Southfield, MI 48075 |

Weil, Gotshal & Manges LLP
Jeffrey L. Tanenbaum, Esq., Martin J.
Bienenstock, Esq., Michael P. Kessler, Esq.
767 Fifth Avenue
New York, NY  10153

Flextronics International
Carrie L. Schiff
Terry Zale
6328 Monarch Park Place
Niwot, CO  80503

McDermott Will & Emery LLP
David D. Cleary
Mohsin N. Khambati
227 Wet Monroe Street
Chicago, IL  60606

Spencer Fane Britt & Browne LLP
Daniel D. Doyle, Nicholas Franke
1 North Brentwood Blvd., Tenth Floor
St. Louis, MO  63105

Allen Matkins Leck Gamble & Mallory
Michael S. Greger
1900 Main Street, Fifth Floor
Irvine, CA  92614-7321

Anglin, Flewelling, Rasmussen, Campbell
& Trytten, LLP
Mark T. Flewelling
199 South Los Robles Avenue, Suite 600
Pasadena, CA  91101-2459

Bodman LLP
Ralph E. McDowell
100 Renaissance Center, 34th Floor
Detroit, MI  48243

Coolidge, Wall, Womsley & Lombard Co.
Ronald S. Pretekin, Steven M. Wachstein
& Sylvie J. Derrien
33 West First Street, Suite 600
Dayton, OH  45402

Dinsmore & Shohl LLP
John Persiani
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH  45202

Frank D. Jones
158 New York Circle Cr.
Whitesburg, KY  41858-9122

Wilmington Trust Company
Steven M. Cimalore, Vice President
Rodney Square North
1100 North Market Street
Wilmington, DE  19890

Kramer Levin Naftalis & Frnkel
Gordon Z. Novod
Thomas Moers Mayer
1177 Avenue of the Americas
New York, NY  10036

McTigue Law Firm
J. Brian McTigue
Cornish F. Hitchcock
5301 Wisconsin Ave. N.W., Suite .350
Washington, DC  20015

Akebono Corporation (North America)
Alan Swiech
34385 Twelve Mile Road
Farmington Hills, MI  48331

Ambrake Corporation
Ronald L. Jones
300 Ring Road
Elizabethtown, KY  42701

Blank Rome LLP
Bonnie Glantz Fatell
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

Bolhouse, Vander Hulst, Risko & Baar
David S. Lefere
3996 Chicago Drive SW
Grandville, MI  49418

DaimlerChrysler Corporation
Kim Kolb
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI  48326-2766

Electronic Data Systems Corporation
Ayala Hassell
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX  75024

Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
David N. Crapo
One Riverfront Plaza
Newark, NJ  07102-5497

Zeichner Ellman & Krause LLP
Stuart Krause and Peter Janovsky
575 Lexington Avenue
New York, NY  10022

Brown Rudnick Berlack Isreals LLP
Robert J. Stark
Seven Times Square
New York, NY  10036

Law Debenture Trust of New York
Patrick J. Healy
Daniel R. Fisher
767 Third Ave, 31st Floor
New York, NY  10017

Northeast Regional Office
Mark Schonfeld, Regional Director
3 World Financial Center, Room 4300
New York, NY  10281

Akin Gump Strauss Hauer & Feld, LLP
Peter J. Gurfein
2029 Centure Park East, Suite 2400
Los Angeles, CA  90067

Andrews Kruth LLP
Monica S. Blacker
1717 Main Street, Suite 3700
Dallas, TX  75201

Blank Rome LLP
Marc E. Richards
The Chrysler Building
405 Lexington Avenue
New York, NY  10174

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

Daniels & Kaplan, P.C.
Jay Selanders
2405 Grand Boulevard, Suite 900
Kansas City, MO  64108-2519

Finkel Goldstein Rosenbloom & Nash
Ted J. Donovan
26 Broadway, Suite 711
New York, NY  10004

| | | |
|---|---|---|
| Guaranty Bank<br>Herb Reiner<br>8333 Douglas Avenue<br>Dallas, TX  75225 | Harris D. Leinwand<br>350 Fifth Avenue, Suite 2418<br>New York, NY  10118 | Graydon Head & Ritchey<br>J. Michael Debbler & Susan M. Argo<br>1900 Fifth Third Center<br>511 Walnut Street<br>Cincinnati, OH  45202 |
| Hiscock & Barclay, LLP<br>J. Eric Charlton<br>300 South Salina Street<br>PO Box 4878<br>Syracuse, NY  13221-4878 | Hogan & Hartson, L.L.P.<br>Scott A. Golden<br>875 Third Avenue<br>New York, NY  10022 | Herrick, Feinstein LLP<br>Paul Rubin<br>2 Park Avenue<br>New York, NY  10016 |
| Hunton & Willliams LLP<br>Michael Massad, Jr. & Steven Holmes<br>Energy Plaza, 30th Floor<br>1601 Bryan Street<br>Dallas, TX  75201 | Infineon Technologies<br>North America Corporation<br>Greg Bibbes - M/S 11305<br>1730 North First Street<br>San Jose, CA  95112 | Hunter & Schank Co. LPA<br>Thomas J. Schank & John J. Hunter<br>One Canton Square<br>1700 Canton Avenue<br>Toledo, OH  43624 |
| Jaffe, Raitt, Heuer & Weiss, P.C.<br>Paige E. Barr<br>27777 Franklin Road, Suite 2500<br>Southfield, MI  48034 | Kegler, Brown, Hill & Ritter Co., LPA<br>Kenneth R. Cookson<br>65 East State Street, Suite 1800<br>Columbus, OH  43215 | Infineon Technologies<br>North America Corporation<br>Jeff Gillespie<br>2529 Commerce Drive, Suite H<br>Kokomo, IN  46902 |
| Kennedy, Jennick & Murray<br>Thomas Kennedy, Susan M. Jennik &<br>Larry Magarik<br>113 University Place 7th Floor<br>New York, NY  10003 | King & Spalding, LLP<br>George South, III & Alexandra Feldman<br>1185 Avenue of the Americas<br>New York, NY  10036 | Kelley Drye & Warren, LLP<br>Mark I. Bane & Mark R. Somerstein<br>101 Park Avenue<br>New York, NY  10178 |
| Kutchin & Rufo, P.C.<br>Edward D. Kutchin<br>Kerry R. Northrup<br>155 Federal Street, 17th Floor<br>Boston, MA  02110-1727 | Lambert, Leser, Isackson, Cook and Guinta,  Susan M. Cook<br>309 Davidson Building<br>PO Box 935<br>Bay City, MI  48707-0835 | King & Spalding, LLP<br>James A. Pardo, Jr.<br>191 Peachtree Street, Suite 4900<br>Atlanta, GA  30303-1763 |
| Mintz, Levin, Cohn, Ferris<br>Glovsky and Pepco, P.C.<br>Stephanie Hoos<br>666 Third Avenue<br>New York, NY  10017 | Mitsubishi Electric & Electronics USA<br>John E. Cipriano<br>500 Corporate Woods Parkway<br>Vernon Hills, IL  60061 | McGuirewoods LLP<br>Elizabeth L. Gunn<br>One James Center<br>901 East Cary Street<br>Richmond, VA  23219-4030 |
| Nelson Mullins Riley & Scarborough<br>George B. Cauthen<br>1320 Main Street, 17th Floor<br>PO Box 11070<br>Columbia, SC  29201 | Noma Company and General Chemical Performance Products LLC<br>James Imbriaco<br>90 East Halsey Road<br>Parsippanny, NJ  07054 | Morris, Nichols, Arsht and Tunnell<br>Robert Dehney, Michael Busenkell<br>PO Box 1347<br>Wilmington DE  19899-1347 |
| Paul, Weiss, Rifkind, Wharton & Garrison<br>Stephen J. Shimshak, Curtis J. Weidler &<br>Douglas R. Davis<br>1285 Avenue of the Americas<br>New York, NY  10019-6064 | Pepper, Hamilton LLP<br>Henry Jaffe<br>1313 Two Logan Square<br>PO Box 1709<br>Wilmington, DE  19899-1709 | Otterbourg, Steindler, Houston & Rosen<br>Scott L. Hazan & Melissa Hager<br>230 Park Avenue<br>New York, NY  10169 |
| Pitney Hardin LLP<br>Ronald S. Beacher<br>7 Times Square<br>New York, NY  10036 | Pryor & Mandelup, LLP<br>A. Scott Mandelup & Kenneth Reynolds<br>675 Old Country Road<br>Westbury, NY  11590 | Pierce Atwood LLP<br>Jacob Manheimer & Keith Cunningham<br>One Monument Square<br>Portland, ME  04101 |

| | | |
|---|---|---|
| Riemer & Braunstein LLP<br>Mark S. Scott<br>Three Center Plaza<br>Boston, MA  02108 | Ropers, Majeski, Kohn & Bentley<br>Christopher Norgarrd<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA  90071 | Reed Smith<br>Elena Lazarou<br>599 Lexington Avenue<br>29th Street<br>New York, NY  10022 |
| Schiff Hardin LLP<br>William I. Kohn<br>6600 Sears Tower<br>Chicago, IL  60066 | Schiff Hardin LLP<br>Michael Yetnikoff<br>623 Fifth Avenue, 28th Floor<br>New York, NY  10022 | Sachnoff & Weaver, Ltd.<br>Charles S. Schulman, Arlene N. Gelman<br>10 South Wacher Drive, 40th Floor<br>Chicago, IL  60606 |
| Smith, Gambrell & Russell, LLP<br>Barbara Ellis-Monro<br>1230 Peachtree Street, N.E., Suite 3100<br>Atlanta, GA  30309 | Sotiroff & Abamczyk, P.C.<br>Robert M. Goldi<br>30400 Telegraph Road, Suite 444<br>Bingham Farms, MI  48025 | Schulte Roth & Sabel LLP<br>Michael Cook, J. Bentley, C. Levy<br>919 Third Avenue<br>New York, NY  10022 |
| Stein, Rudser, Cohen & Magid LLP<br>Robert F. Kidd<br>825 Washington Street, Suite 200<br>Oakland, CA  94607 | Steinberg Shapiro & Clark<br>Mark H. Shapiro<br>24901 Northwestern Highway, Ste 611<br>Southfield, MI  48075 | Steel Technologies, Inc.<br>John M. Baumann<br>15415 Shelbyville Road<br>Louisville, KY  40245 |
| Thacher Proffitt & Wood LLP<br>Jonathan D. Forstot & Louis A. Curcio<br>Two World Financial Center<br>New York, NY  10281 | The Timpken Corporation BIC – 08<br>Robert Morris<br>1835 Dueber Ave. SW<br>PO Box 6927<br>Canton, OH  44706 | Sterns & Weinroth, P.C.<br>Jeffrey S. Posta<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ  08607-1298 |
| Thompson & Knight LLP<br>John S. Brannon<br>1700 Pacific Avenue, Suite 300<br>Dallas, TX  75201 | Thurman & Phillips, P.C.<br>Ed Phillips, Jr.<br>8000 IH 10 West, Suite 1000<br>San Antonio, TX  78230 | Thelen Reid & Preist LLP<br>David A. Lowenthal<br>875 Third Avenue<br>New York, NY  10022 |
| Underberg & Kessler, LLP<br>Helen Zamboni<br>3000 Bausch & Lomb Place<br>Rochester, NY  14604 | Wachtell, Lipton, Rosen & Katz<br>Richard G. Mason & Emil A. Kleinhaus<br>51 West 52nd Street<br>New York, NY  10019-6150 | Tyler, Cooper & Alcorn, LLP<br>W. Joe Wilson<br>City Place , 35th Floor<br>Hartford, CT  06103-3488 |
| Winstead Sechrest & Minick P.C.<br>Berry D. Spears<br>401 Congress Avenue, Suite 2100<br>Austin, TX  78701 | Winstead Sechrest & Minick P.C.<br>R. Michael Farquhar<br>5400 Renaissance Tower<br>1201 Elm Street<br>Dallas, TX  75270 | Whyte, Hirschboeck Dudek S.C.<br>Bruce G. Arnold<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI  53202-4894 |
| Flextronics International<br>Carrie L. Schiff<br>305 Interlocken Parkway<br>Broomfield, CO  80021 | Winthrop Couchot Professional Corp.<br>Marc J. Winthrop & Sean A. O'Keefe<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, VA  92660 | Mesirow Financial<br>Leon Szlezinger<br>666 Third Ave., 21st Floor<br>New York, NY  10017 |
| Tyco Electronics Corporation<br>Mary Ann Brereton, Asst. Gen. Counsel<br>60 Columbia Rd.<br>Morristown, NJ  07960 | Warner Stevens, L.L.P.<br>Michael D. Warner<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX  76102 | Alston & Bird, LLP<br>Dennis J. Connolly<br>David A. Wender<br>1201 West Peachtree Street<br>Atlanta, GA  30309 |

Alston & Bird, LLP
Craig E. Freeman
90 Park Avenue
New York, NY  10016

American Axle & Manufacturing, Inc.
Steven R. Keyes
One Dauch Drive
Mail Code 6E-2-42
Detroit, MI  48243

APS Clearing Inc.
Andy Leinhoff
Matthew Hamilton
1301 S Capital of Texas Hwy, Ste B-220
Austin, TX  78746

Arent Fox PLLC
Mitchell D. Cohen
Robert M. Hirsh
1675 Broadway
New York, NY  10019

Arnold & Porter LLP
Joel M. Gross
555 Twelfth Street, NW
Washington, DC  20004-1206

ATS Automation Tooling Systems, Inc.
Carl Galloway
250 Royal Oak Road
Cambridge, ON  N3H 4R6
**CANADA**

Bartlett Hackett Feinberg, P.C.
Frank F. McGinn
155 Federal Street, 9th Floor
Boston, MA  02110

Berry Moorman P.C.
James P. Murphy
535 Griswold, Suite 1900
Detroit, MI  48226

Bond, Schoeneck & King, PLLC
Stephen A. Donato, Camille W. Hill
Charles J. Sullivan
One Lincoln Center, 18th Floor
Syracuse, NY  13202

Brown & Connery, LLP
Donald K. Ludman
6 North Broad Street
Woodbury, NJ  08096

Buchalter Nemer PC
Shawn M. Christianson
333 Market Street, 25th Floor
San Francisco, CA  94105-2126

Cage Williams & Abelman, P.C.
Steven E. Abelman
1433 Seventeenth Street
Denver, CO  80202

Calinoff & Katz LLP
Dorothy H. Marinis-Riggio
140 East 45th Street, 17th Floor
New York, NY  10017

Carson Fischer, PLC
Robert A. Weisberg
300 E. Maple Road, Third Floor
Birmingham, MI  48009-6317

Clark Hill PLC
Seth A. Drucker, Joel D. Applebaum
Robert D. Gordon
500 Woodward Ave., Suite 3500
Detroit, MI  48226-3435

Cohen & Grigsby, P.C.
Thomas D. Maxson
11 Stanwix Street, 15th Floor
Pittsburgh, PA  15222-1319

Colbert & Winstead, P.C.
Amy Wood Malone
1812 Broadway
Nashville, TN  37203

Conlin, McKenney & Philbrick, P.C.
Bruce N. Elliott
350 South Main Street, Suite 400
Ann Arbor, MI  48104

Coolidge, Wall, Womsley & Lombard
Ronald Pretekin, Steven Wachstein,
Sylvie J. Derrien
33 West First Street, Suite 600
Dayton, OH  45402

Cornell University
Nancy H. Pagliaro
Office of University Counsel
300 CCC Bldg., Garden Ave.
Ithaca, NY  14853-2601

Pillsbury Winthrop Shaw Pittman LLP
Mark Houle
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

Pillsbury Winthrop Shaw Pittman LLP
Karen Dine, Richard Epling
Robin Spear, Margot Erlich
1540 Broadway
New York, NY  10036-4039

Pitney Hardin LLP
Richard Meth
PO Box 1945
Morristown, NJ  07962-1945

Professional Technologies Services
John V. Gorman
PO Box 304
Frankenmuth, MI  48734

Quarles & Brady Streich Lang LLP
Kasey Nye
One South Church Street
Tucson, AZ  85701

Riverside Claims LLC
Holly Rogers
2109 Broadway, Suite 206
New York, NY  10023

Robinson, McFadden & Moore, PC
Annemarie Mathews
PO Box 944
Columbia, SC  29202

Ropes & Gray LLP
Gregory Kaden
One International Place
Boston, MA  02110

Ropes & Gray LLP
Marc Hirschfield
45 Rockefeller Plaza
New York, NY  10111

Rosen Siome Marder LLP
Thomas Siome
333 Earle Ovington Blvd., Suite 901
Uniondale, NY  11533

Satterlee Stephens Burke & Burke LLP
Christopher Belmonte
Pamela Bosswick
230 Park Avenue
New York, NY  10169

Sheehan Phinney Bass & Green PA
Steven Boyce
1000 Elm Street
PO Box 3701
Manchester, NH  03105

Sher, Garner, Cahill, Richter, Klein & Hilbert LLC
Robert Thibeaux
909 Poydras Street, 28th Floor
New Orleans, LA  70112

Sonnenschein Nath & Rosenthal LLP
Robert Richards
8000 Sears Tower
233 South Wacker Drive
Chicago, IL  60606

State of MI Dept of Labor & Economic Growth, Unemployment Ins. Agency
Roland Hwang, Asst. Atty. General
3030 W. Grand Blvd, Suite 9-600
Detroit, MI  48202

Terra Law LLP
David Draper
60 S. Market Street, Suite 200
San Jose, CA  95113

Varnum, Riddering, Schmidt & Howlett
Michael McElwee
Bridgewater Place
PO Box 353
Grand Rapids, MI  49501

Duane Morris LLP
Joseph H. Lemkin
744 Broad Street, Suite 1200
Newark, NJ  07102

Ettelman & Hochheiser, P.C.
Gary Ettelman
c/o Premium Cadillac
77 Main Street
New Rochelle, NY  10801

Goldberg, Stinnett, Meyers & Davis
Merle C. Meyers
44 Montgomery Street, Suite 2900
San Francisco, CA  94104

Schafer and Weiner PLLC
Howard Borin, Max Newman
Ryan Heilman, Daniel Weiner
40950 Woodward Ave, Suite 100
Bloomfield Hills, MI  48304

Sheldon S. Toll PLLC
Sheldon S. Toll
2000 Town Center, Suite 2550
Southfield, MI  48075

Silver Point Capital, LP
Chaim Fortgang
Two Greenwich Plaza, 1st Floor
Greenwich, CT  06830

Squire, Sanders & Dempsey LLP
Penn Ayers Butler
600 Hansen Way
Palo Alto, CA  94304

Stroock & Stroock & Lavan, LLP
Kristopher Hansen, Joseph Minias
180 Maiden Lane
New York, NY  10038

The Furukawa Electric Co, Ltd.
Mr. Tetsuhiro Niizeki
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo   100-8322
**JAPAN**

Covington & Burling
Susan Power Johnston
1330 Avenue of the Americas
New York, NY  10019

Entergy Services Inc.
Alan H. Katz
7411 Highway 51 North
Southhaven, MS  38671

Foley & Lardner LLP
Jill L. Murch
321 North Clark Street, Suite 2800
Chicago, IL  60610-4764

Goodwin Proctor LLP
Allan S. Brilliant
Craig P. Druehl
599 Lexington Avenue
New York, NY  10022

Seyfarth Shaw LLP
William Hanion
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA  02210

Sher, Garner, Cahill, Richter, Klein & Hilbert LLC
Robert Thibeaux
5353 Essen Lane, Suite 650
Baton Rouge, LA  70809

Sonnenschein Nath & Rosenthal LLP
D. Farrington Yates, Jo Christine Reed
1221 Avenue of the Americas, 24th Floor
New York, NY  10020

Squire, Sanders & Dempsey LLP
Eric Marcks
One Maritime Plaza, Suite 300
San Francisco, CA  94111

TN Dept of Revenue
Marvin Clements, Jr.
TN Atty General Office, Bank Division
PO Box 20207
Nashville, TN  37202

Union Pacific Railroad Company
Mary Ann Kilgore
1400 Douglas Street, MC 1580
Omaha, NE  68179

Deputy Attorney General
Amina Maddox
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Erman, Teicher, Miller, Zucker & Freedman, P.C.
David H. Freedman
400 Galleria Officentre, Suite 444
Southfield, MI  48034

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI  53593

Gorlick, Kravitz & Listhaus, P.C.
Barbara S. Mehisack
17 State Street, 4th Floor
New York, NY  10004

Gratz, Miller & Brueggeman, S.C.
Jill M. Hartley, Matthew R. Robbins,
Timothy C. Hall
1555 N. RiverCenter Dr., Suite 202
Milwaukee, WI  53212

Ice Miller
Ben T. Caughey
One American Square
Box 82001
Indianapolis, IN  46282-0200

Jones Day
Scott J. Friedman
222 East 41st Street
New York, NY  10017

Klett Rooney Lieber & Schorling
Eric L. Schnabel, DeWitt Brown
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

MacDonald, Illig, Jones & Britton LLP
Richard J. Parks
100 State Street, Suite 700
Erie, PA  16507-1459

Masuda Funai Eifert & Mitchell, Ltd.
Gary D. Santella
203 North LaSalle St., Suite 2500
Chicago, IL  60601-1262

Meyers, Rodbell & Rosenbaum, P.A.
Robert H. Rosenbaum, M. Evan Meyers
Berkshire Building
6801 Kenilworth Ave., Suite 400
Riverdale Park, MD  20737-1385

MI Dept. of Labor & Economic Growth
Worker's Compensation Agency
Dennis J. Raterink, Michael Cox
P.O. Box 30736
Lansing, MI  48909-7717

Montgomery, McCracken, Walker
& Rhoads, LLP
Laurie A. Krepto
123 South Broad Street
Philadelphia, PA  19109

Nathan, Neuman & Nathan, P.C.
Kenneth A. Nathan, Susanna C. Brennan
29100 Northwestern Hwy., Suite 260
Southfield, MI  48034

Hogan & Hartson L.L.P.
Edward C. Dolan, Audrey Moog
555 Thirteenth St. NW
Columbia Square
Washington, D.C.  20004-1109

International Union of Operating
Engineers
Richard Griffin
1125 17th Avenue, NW
Washington, DC  20036

Keller Rohrback L.L.P.
Lynn Sarko, Cari Laufenberg
Erin M. Rily
1201 Third Ave., Suite 3200
Seattle, WA  98101

Linebarger Goggan Blair & Sampson LLP
John P. Dillman
P.O. Box 3064
Houston, TX  77253-3064

Madison Capital Management
Joe Landen
6143 South Willow Dr., Suite 200
Greenwood Village, CO  80111

Mayer, Brown, Rowe & Maw LLP
Raniero D'Aversa, Jr.
Jeffrey G. Tougas
1675 Broadway
New York, NY  10019

Miami-Dade County, FL
April Burch
140 West Flagler St., Suite 1403
Miami, FL  33130

Miles & Stockbridge, P.C.
Thomas D. Renda
Kerry Hopkins
10 Light Street
Baltimore, MD  21202

Moritt Hock Hamroff & Horowitz LLP
Leslie Ann Berkoff
400 Garden City Plaza
Garden City, NY  11530

North Point
David G. Heiman
Michelle M. Harner
901 Lakeside Ave.
Cleveland, OH  44114

Hurwitz & Fine, P.C.
Ann E. Evanko
1300 Liberty Bldg.
Buffalo, NY  14202

Jenner & Block LLP
Ronald R. Peterson
One IBM Plaza
Chicago, IL  60611

Keller Rohrback P.L.C.
Gary A. Gotto
National Bank Plaza
3101 North Central Ave., Suite 900
Phoenix, AZ  85012

Lyden, Liebenthal & Chappell, Ltd.
Erik G. Chappell
5565 Airport Hwy., Suite 101
Toledo, OH  43615

Mastromarco & Jahn P.C.
Victor J. Mastromarco, Jr.
1024 North Michigan Ave.
P.O. Box 3197
Saginaw, MI  48065-3197

McCarthy Tetrault LLP
John J. Salmas, Lorne P. Salzman
66 Wellington Street W, Suite 4700
Toronto, ON    M5K 1E6
**CANADA**

Michael Cox and Peggy Housner
Atty Gen for State of MI Dept of Treasury
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI  48202

Mintz, Levin, Cohn, Ferris, Glovsky
and Pepco, P.C.
Paul J. Ricotta
One Financial Center
Boston, MA  02111

Nantz, Litowich, Smith, Girard
& Hamilton, P.C.
Sandra S. Hamilton
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI  49546

Office of the Chapter 13 Trustee
Camille Hope
P.O. Box 954
Macon, GA  31202

Office of the Texas Attorney General
Jay W. Hurst
P.O. Box 12548
Austin, TX  78711-2548

Orbotech, Inc.
Michael M. Zizza, Legal Manager
44 Manning Rd.
Billerica, MA  01821

O'Rourke, Katten & Moody
Michael C. Moody
161 N. Clark Street, Suite. 2230
Chicago, IL  60601

Orrick, Herrington & Sutcliffe LLP
R. Wyron, J. Guy, M. Cheney
The Washington Harbour
3050 K. Street, NW
Washington, DC  20007

Weiland, Golden, Smiley, Wang,
Ekvall & Strok, LLP
Lei Lei Wang Ekvall
650 Town Center Drive, Suite 950
Costa Mesa, CA  92626

Weinstein, Eisen & Weiss LLP
Aram Ordubegian
1925 Century Park East, Suite 1150
Los Angeles, CA  90067

Weltman, Weinberg & Reiss Co., LPA
Geoffrey J. Peters
175 S. Third Street, Suite 900
Columbus, OH  43215

White & Case LLP
John Cunningham
1155 Avenue of the Americas
New York, NY  10036

White & Case LLP
Margarita Mesones-Mori
Wachovia Financial Center
200 S. Biscayne Blvd., Suite 4900
Miami, FL  33131

WL Ross & Co. LLC
Oscar Iglesias
600 Lexington Avenue, 19th Floor
New York, NY  10022

Womble Carlyle Sandridge & Rice PLLC
Lillian Pinto
300 N. Greene Street, Suite 1900
Greensboro, NC  27402

DETROIT.1964087.1