**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____
                                        )    **Chapter 11**
**In re:**                              )
                                        )    **Case No. 05-44481 (RDD)**
                                        )
**DELPHI CORPORATION,** *et al.***,**   )
                                        )    **(Jointly Administered)**
                    **Debtors.**        )
_____)

**CERTIFICATE OF SERVICE**

      On April 25, 2006, I caused to be served the Notice of Presentment of Stipulation and Order Regarding Section 1113 Proceedings upon all those parties listed on the Master Service List and the 2002 Service List as maintained by Kurtzman Carson Consultants LLC.  Service was made by United States First Class Mail.

      */s/ Benjamin Blaustein*
      Benjamin Blaustein

      KELLEY DRYE & WARREN LLP
      101 Park Avenue
      New York, New York 110178
      212-808-7800

      Attorneys for Pension Benefit Guaranty Corporation