UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:

**DELPHI CORPORATION,**
et al.,

Debtors.

Chapter 11

Case No. 0544481 (RDD)
Jointly Administered

---

MOTION FOR ADMISSION TO PRACTICE
PRO HAC VICE

---

I, MARIANNE GOLDSTEIN ROBBINS, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the International Brotherhood of Electrical Workers Local 663 and the International Association of Machinists and Aerospace Workers, District 10 and its members employed at and retirees from Debtors' facilities in Milwaukee, Wisconsin, in the above-referenced cases.

I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 21, 2006

MARIANNE GOLDSTEIN ROBBINS
(Wisconsin State Bar No. 1015168)
PREVIANT, GOLDBERG, UELMEN,
GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, s. 202
P. O. Box 12993
Milwaukee, WI  53212
414/271-4500  FAX414/271-6308
mgr@previant.com

ATTORNEYS FOR INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 663 AND INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT 10

