UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                             Chapter 11
DELPHI CORPORATION, et al.,                        Case No. 05-44481
                                                   (Jointly Administered)
                    Debtors.
_____X


NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Cadillac Rubber & Plastics, Inc.
               c/o Avon Rubber & Plastic, Inc.
               805 West 13th Street
               Cadillac, MI 49601
               Attn: Scott Maresh

               CADILLAC RUBBER
               OTE 12 NO 1151 COL CENTRO
               ORIZABA VERACRUZ
               MEXICO

Transferee:    Contrarian Funds, LLC
               411 West Putnam Avenue, S-225
               Greenwich, CT 06830
               Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Cadillac Rubber & Plastics, Inc.(the "Transferor") in the amount of **$971,055.17** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                            _____
                                            Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Cadillac Rubber & Plastics, Inc., a **MI** corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February __, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _17_ day of February 2006.

**(Assignor)**
**Cadillac Rubber & Plastics, Inc.**

By: _/s/ Scott C. Maresh_
Name: Scott A. Maresh
Title: VP Finance

**(Assignee)**
**Contrarian Funds, LLC**
By: Contrarian Capital Management, LLC, as manager

By: _/s/ Janice Stanton_
Name: Janice Stanton
Title: Member

**(Assignor)**
**WITNESS:**

By: _/s/ Susan K. Peterson_
Name: Susan K. Peterson
Title: Senior Corporate Acct.

KL2 2432807.2

## EVIDENCE OF TRANSFER OF RECLAMATION CLAIM

Cadillac Rubber & Plastics, Inc., a __MI__ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February__, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this __17__ day of February 2006.

(Assignor)
**Cadillac Rubber & Plastics, Inc.**

By: _[signature]_
Name: SCOTT A. MARGSH
Title: VP FINANCE

(Assignee)
**Contrarian Funds, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: Janice Stanton
Title: Member

(Assignor)
**WITNESS:**

By: _[signature]_
Name: Susan K. Peterson
Title: Sr. Corp. Accountant

KL2 2432007 2

## Schedule A
## Cadillac Rubber & Plastics, Inc.

| Debtor | Creditor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | Cadillac Rubber | 05-44640 | 971,055.17 | |
| Delphi Automotive Systems LLC (Unsecured) | | | | 484,472.06 |
| Delphi Automotive Systems LLC (Reclamation) | | | | 486,583.11 |
| Total | | | 971,055.17 | 971,055.17 |

**Initials:**

Seller _SM_

Buyer _JMM_

KL2 2432007 2