UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK                    X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### OMNIBUS NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Avon Rubber & Plastic, Inc. d.b.a. Avon Automotive
              805 West 13th Street
              Cadillac, MI 49601
              Attn: Scott Maresh

              Avon Automotive            Avon Automotive
              GPO Drawer 67797           GPO Drawer 67796
              Detroit, MI  48267         Detroit, MI  48267

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Avon Rubber & Plastic, Inc. d.b.a. Avon Automotive (the "Transferor") in the amount of **$4,655.61 and $789,956.62** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                                    _____
                                                    Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

Avon Rubber & Plastics, Inc. d.b.a. Avon Automotive, a __DELAWARE__ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February __, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this __17__ day of February 2006.

(Assignor)
**AVON RUBBER & PLASTICS, INC.**
**d.b.a AVON AUTOMOTIVE**

By: _/s/_
Name: SCOTT A. MARESH
Title: VP. Finance

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _/s/_
Name: Janice Stanton
Title: Member

(Assignor)
**WITNESS:**

By: _/s/_
Name: Susan K. Peterson
Title: Sr. Corp. Accountant

KL2.2412007.2

## EVIDENCE OF TRANSFER OF RECLAMATION CLAIM

Avon Rubber & Plastics, Inc. d.b.a. Avon Automotive, a _DELAWARE_ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February __, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the reclamation claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _17_ day of February 2006.

(Assignor)
**AVON RUBBER & PLASTICS, INC.**
**d.b.a AVON AUTOMOTIVE**

By: _[signature]_
Name: _Scott A. Maneen_
Title: _VP Finance_

(Assignee)
**CONTRARIAN FUNDS, LLC**
By: Contrarian Capital Management, LLC,
as manager

By: _[signature]_
Name: _Janice Stanton_
Title: _Member_

(Assignor)
**WITNESS:**

By: _[signature]_
Name: _Susan K. Peterson_
Title: _Sr. Corp Accountant_

KL2 2432007 2

## Schedule A
## Avon Automotive, Inc.

| Debtor | Creditor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|---|
| Delphi Automotive Systems LLC | Avon Automotive | 05-44640 | 4,655.61 | |
| Delphi Automotive Systems LLC | Avon Automotive, Inc. | 05-44640 | 789,956.62 | |
| Delphi Automotive Systems LLC (Unsecured) | | | | 565,609.90 |
| Delphi Automotive Systems LLC (Reclamation) | | | | 229,002.33 |
| Total | | | 794,612.23 | 794,612.23 |

Initials:

Seller _SU_

Buyer _JM_

KL2 2432007 2