April 8, 2006

Office of Kathleen Farrell-Willoughby, Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

                        Re: Delphi Corporation
                            Chapter 11
                            Case No. 05-44481 (RDD)

Ladies/Gentlemen:

I hold 100 shares of Delphi stock and want to file a Proof of Claim Form with your office. Is this form available from your office, if not where can it be obtained.

A stamped self addressed envelope is enclosed for your convenience in forwarding the Proof of Claim form, if it is available via your office.

Thank you for any assistance you can offer.

Sincerely,

*Evelyn R. Williams*

Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

(408)-356-4550
WWilliamsER@aol.com


RECEIVED APR 13 2006 U.S. BANKRUPTCY COURT



Evelyn R. Williams
4861 Kinghurst Dr.
San Jose, CA 95124

SAN JOSE CA 951
10 APR 2006 PM 1 L

Office of Kathleen Farrell-Willoughby, Clerk of Court
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

APR 13 2006