PAUL RYAN
1ST DISTRICT, WISCONSIN

WASHINGTON OFFICE:
1113 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4901
(202) 225-3031
FAX: (202) 225-3393

TOLL-FREE: 1-888-909-RYAN
INTERNET: WWW.HOUSE.GOV/RYAN

# Congress of the United States
## House of Representatives
### Washington, DC 20515-4901

COMMITTEE ON
WAYS AND MEANS
SUBCOMMITTEE ON SOCIAL SECURITY

COMMITTEE ON THE BUDGET

JOINT ECONOMIC COMMITTEE

March 10, 2006

U.S. Bankruptcy Court
Southern District of New York
1 Bowling Green
Room 534
New York, NY 10004-1408

Attention: Delphi Docket

Dear Judge Drain:

    I am writing to ask that you take into full consideration the vital role Delphi workers will play in Delphi's emergence from bankruptcy as well as the critical need to keep open the Delphi plant in Oak Creek, Wisconsin in order to meet the goals of Delphi's financial recovery.

    As you may know, the Delphi plant in Oak Creek, Wisconsin, which is located in the Congressional District I serve, employs approximately 1,450 workers. There are two factories at the Delphi plant with 900 employees in the electronics and safety division, producing anti-lock brake assemblies and transmission control modules, and another 550 employees in the energy and chassis division which manufactures catalytic converters.

    The Oak Creek plant is currently building body computers for Toyota. Furthermore, General Motors (GM) has an invested commitment to the Oak Creek plant for the new GMT 900. In addition to being critical to the survival of Delphi, the Oak Creek plant is an important part of GM's future recovery and success.

    Another component to Delphi's recovery is the need for fair treatment and protection of its workers. It troubled me deeply to read news reports that one of the changes being reviewed by the company was to lower wages to $10 to $12 an hour. I am also very concerned about the fate of the workers pensions and how the pension fund may be in danger of being turned over to the Pension Benefits Guarantee Corporation (PBGC). As previous examples of PBGC takeovers of pension plans have proven, once a pension fund is turned over to the PBGC, the amount of pension benefits that workers can expect to receive when they retire decreases significantly.

    Congress is in the midst of finalizing pension reform legislation that would ensure that the pension benefits workers earned throughout their years of service will be there for them when they retire. Turning the Delphi employee pension plan over to PBGC

JANESVILLE
CONSTITUENT SERVICES CENTER
20 SOUTH MAIN STREET, SUITE 10
JANESVILLE, WI 53545
(608) 752-4050 . FAX: (608) 752-4711

KENOSHA
CONSTITUENT SERVICES CENTER
5712 7TH AVENUE
KENOSHA, WI 53140
(262) 654-1901 . FAX: (262) 654-2166

RACINE
CONSTITUENT SERVICES CENTER
304 6TH STREET
RACINE, WI 53403
(262) 637-0510 . FAX: (262) 637-5689

PRINTED ON RECYCLED PAPER

would not only put workers' retirement future at risk, it would prematurely prevent them from receiving the pension protections currently under discussion with the pending pension reform legislation in Congress.

The dedicated employees of the Oak Creek plant are committed to continuing their work to be a part of Delphi's recovery from bankruptcy as well as Delphi's future success. I realize you have many difficult decisions ahead of you in the Delphi case and many factors to take into account. I ask that you include the Oak Creek plant, the Delphi employees and the pension benefits among the factors you weigh in your decisions for Delphi. If you have any questions or require additional information from me, please contact me at (202) 225-3031. Thank you in advance for your consideration.

Sincerely,

Paul Ryan
Member of Congress