March 24, 2006

Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606-1285


Re: Delphi Corporation
Stockholder


Please change the address for the following:

Leonard J. Rachwal
26800 Cecile St.
Dearborn Heights, MI 48127
Home: 313-278-6972



Thank you,

Leonard J. Rachwal





3-20-06

To SAM&F LLP

From    WILLIAM SHELLEY
        1012 LANGER WAY
        DELRAY BEACH FL 33483-6714

RECEIVED
BY MAIL ☐
BY HAND ☐
MAR 2 7 2006
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Subject : Delphi Corp et al

Please prepared documents for
my claim

William Shelley

# L EWIS & L EWIS, P.C.

Attorneys and Counselors at Law

R E C E I V E D
BY MAIL ☐
BY HAND ☐

MAR 2 7 2006

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM

Allan M. Lewis

Jack G. Stiefel

Lawrence S. Lewis

Arnold H. Soeder

Michael J. Skoney

Dean P. Smith

George Panebianco

D. Jeffrey Buckley

Emily L. Downing

Peter J. Eisenhauer

Sheri N. DeFazio

Matthew T. Mosher

Kristin M. Vourlias

Norman B. Lewis
(1919-1986)

Leonard Giarrano
(1931-1997)

Christopher J. Moriarity
(1955-1999)

March 22, 2006

Hon. Robert D. Drain, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

RE:   *CONRAD VS. DELPHI CORPORATION, et al*
      BK Case No: 05-44481(RDD)
      Our File :   18-0-04-1635-D-8

Dear Justice Drain:

   Enclosed please find a copy of the March 14, 2006 Order of Magistrate Schroeder of the Western District of New York, granting this office permission to withdraw as counsel in the matter of Dean Conrad vs. Delphi Corporation, et al.

   At this time, Mr. Conrad has not retained new counsel. Further correspondence regarding the Delphi Bankruptcy can be sent to him directly at 2553 Sawyer Road, Kent, NY 14477.

                                   Very truly yours,

                                   LEWIS & LEWIS, P.C.

                                   *Emily L. Downing*

                                   EMILY LEACH DOWNING

Enclosure

cc:   Mr. Dean Conrad
      John Wm. Butler, Jr., Esq.
      Kayalyn A. Marfioti, Esq.

Offices

Niagara Falls
716.284.7126

Batavia
585.343.3218

Jamestown
716.664.7354

Olean
716.372.1890

Corning
607.936.3166

## Emily Leach-Downing

**From:** webmaster@nywd.uscourts.gov
**Sent:** Tuesday, March 14, 2006 3:45 PM
**To:** Courtmail@nywd.uscourts.gov
**Subject:** Activity in Case 1:05-cv-00695-RJA-HKS Conrad v. Toyota Motor Manufacturing et al "Order on Motion to Withdraw as Attorney"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. DISTRICT COURT

## WESTERN DISTRICT OF NEW YORK [LIVE]

Notice of Electronic Filing

The following transaction was received from LMG, entered on 3/14/2006 at 3:45 PM EST and filed on 3/14/2006

**Case Name:**      Conrad v. Toyota Motor Manufacturing et al
**Case Number:**   1:05-cv-695
**Filer:**
**Document Number:** 20

**Docket Text:**
TEXT ORDER granting [18] Motion to Withdraw as Attorney. Attorney Emily L. Downing terminated. Plaintiff should either retain a new attorney to appear at the status conference scheduled to be held with the Hon. H. Kenneth Schroeder, Jr. on 5/22/2006 at 2:00 PM or is to appear at the conference pro se. Issued by Judge H. Kenneth Schroeder Jr. on 3/14/06. (LMG)

The following document(s) are associated with this transaction:

**1:05-cv-695 Notice will be electronically mailed to:**

Emily L. Downing    edowning@lewislaw.com

Samuel Goldblatt    sgoldblatt@nixonpeabody.com, ldaly@nixonpeabody.com; klovejoy@nixonpeabody.com

Todd H. Hesekiel    thesekiel@londonfischer.com

Victor Alan Oliveri    voliveri@gmclaw.com, bwooten@gmclaw.com; aorlowski@gmclaw.com

Gregory John Rodriguez    greg.rodriguez@tglawyers.com

**1:05-cv-695 Notice will be delivered by other means to:**

Dean F. Conrad

3/14/2006

London Fischer
59 Maiden Lane
New York, NY 10038

3/14/2006