April 12, 2006



Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Honorable Judge Drain,

I continue to feel the responsibility to get the "Small Investor", the "Non Substantial equity holders" voice heard and lobby for the current stockholders to receive full stock rights in the reorganized company. I, as all stockholders purchased the rights to the profitable and the unprofitable operations. I believe that the stockholders rights to profits should be protected as Delphi has protected its profitable operations by not including them in the bankruptcy.

I am very angry that GM, after the fact, is now offering a tremendous amount of financial help to Delphi. GM representative Bo Andersson recently stated that "We are willing to spend a lot of money to get a deal with Delphi, the UAW and ourselves". I want to ask the question '**Why Now"**. Mr. Miller clearly stated that if GM would negotiate a deal with Delphi regarding the legacy costs from the 1999 spin off, bankruptcy would be avoided. Should the bankruptcy motion now be "Declined" since Delphi is receiving the help it requested from GM to avoid filing for bankruptcy?

I would like to ask Mr. Miller two questions: 1). Did stockholders only buy rights to the unprofitable operations? 2) How do you justify making the statement "The stock is worthless" when other than gross revenue, you have kept the larger portion of Delphi's operations and employees, the profitable portions, out of the bankruptcy.

I will continue to lobby for the current stockholders to be given full stock rights in the "Reorganized" entity. I have included a copy of my first correspondence.

Sincerely,

*Matthew Oddy*
Matthew Oddy
Stockholder

RECEIVED APR 17 2006 USBC-SDNY RDD

April 12, 2006

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

Dear Honorable Judge Drain,

I am contacting you regarding the Delphi Corporation. Although I am not a "Substantial Equity Holder" by Delphi's definition, I own a "Substantial" amount of stock at 23,800 shares.

I am asking that you consider the following before allowing Delphi to dissolve any rights of "Non Substantial Equity Holders" of common stock.

Delphi bankrupted approximately 50% of its revenue operations. The filing did not include the **"Profitable Operations"** of Delphi, **which employs 73% of its total workforce.** As a stockholder, I purchased the rights to profits, the good and the bad. Mr. Miller made the statement that in his opinion the stock is "Worthless". I disagree, the profitable portion of Delphi that employs 73% of its work force gives the stock "Current and Future Value". A stockholder, owning one share or a million shares should have a claim on the profits from the "Substantial" amount of operations that were not included in the bankruptcy.

Although Delphi may be using the current laws to their advantage, it can be better stated that they are "Abusing" the laws. A company should not be able to take this "Substantial" amount of profitable operations, tuck them away nice and safe, and leave its creditors and stockholders out to dry.

Sincerely,

Matthew Oddy
Stockholder



17638 Odyssey
Belleville MI 48111

**CERTIFIED MAIL**

7005 0390 0002 1377 3191

RETURN RECEIPT REQUESTED

Honorable Robert D. Drain
United States Bankruptcy Court
One Bowling Green
New York, NY 10004

U.S. POSTAGE PAID
TAYLOR, MI
48180
APR 12 '06
AMOUNT
$4.64
00051594-18

APR 17 2006

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE