Judge Drain
One Bowling Green
NY,NY 10004

Kenneth and Donna Ondash
2565 Arrowae Drive
Youngstown, Ohio  44511

Dear Judge Drain,

I' m a Delphi worker who has 34 years with this company.  I am appalled that you would give raises to all the executives who drug us into bankruptcy and yet you are letting him ask to void our contracts and pensions and health care.   How could you do this? How would you like it if a life decision was put in your lap and some one crammed it down your throat?  You remember one thing for you and all of yours.  It is our taxes that pay your wages and with a lot less of them going around you need to think of your own pension.  These things have a chance of running away from you when there is not the wages and taxes to carry these elaborate pensions.  Think of your self down the road.  How would you like the shoe on the other foot?  We need people who will stand for the working man and not tear him down.  All of these things have a trickle down effect that could some day be your own fate.  We need consideration on this issue and we are asking for some sort of decency on your part and the part of the American working people.

Sincerely Yours,

Kenneth Ondash

Donna Ondash



RECEIVED APR 17 2006 USBC-SDNY