## AFFIDAVIT OF SERVICE

State of New York       )
                        ) ss.:
County of New York      )

Alexandra Miller, being duly sworn, deposes and says that: I am not a party to the action, am over 18 years of age, and reside in Kings County, New York. On April 21, 2006, I served the within Objection and Memorandum of Law in Support of Objection of IUE-CWA to Motion for Order under §§ 1113 and 1114, and Declarations of H. Reichard , K. Bailey, D.O. Arbogast, M. Palmer, B. Gilson, H. Newman, T. Williams, F. Allen, and R. Ruffin in Opposition to Delphi's Motion for Authority to Reject Collective Bargaining Agreements under 11 U.S.C. § 113(c) and Modify Retiree Welfare Benefits under 11 U.S.C. § 1114(g),  by delivering a copy of each by hand to the following:

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, New York 10022-4834


Alicia Leonhard, Esq.
U.S. Department of Justice
Office of the United States Trustee
33 Whitehall Street, 21st Floor
New York, New York 10004-2111

Kayalan A. Marafioti, Esq.
Thomas J. Matz, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
4 Times Square
New York, New York 10036

and by mailing a copy of each via overnight mail to the following:

Delphi Corporation
c/o Sean Corcoran and Karen Craft
5725 Delphi Drive
Troy, MI 48098-2815



RECEIVED
APR 21 2006
U.S. ...

John W. Butler, Jr.
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

ALEXANDRA MILLER

Sworn to before me this
21st day of April, 2006.

Notary Public

LARRY MAGARIK
NOTARY PUBLIC, State of New York
No. 02MA5082506
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires July 28, 2007