

# Region 1-D
# Worker-to-Worker



RECEIVED
APR 21 2006
USBC-SDNY
ROD

The Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good-paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce as fair and binding.

Therefore, as we stand together in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American Industry. We pray you use your power wisely.

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Bonnie J. Lauria | 3913 Macs Rd | West Branch | 48661 |
| Frank J Karpen | 11792 W. M-72 | Grayling | Mi 49738 |
| Pat Karper | 11792 W m 72 | Grayling | 49738 |
| Milford D. Tarrant | 7747 E Houghton LK. Dr. | Houghton LK. Mi. | Mi 48629 |
| Betty L Tarrant | 7747 E Houghton LK Dr. | Houghton Lake Mi | 48629 |
| Dale L Barrett | 3841 Miller Dr. | West Branch Mi | 48661 |
| Dory J Barrett | 3841 Miller Dr. | West Branch Mi | 48661 |
| Mark J. Lehman | 236 Hillsdale Dr. | Roscommon Mi | 48653 |
| Mark Kryn | P.o. Box 271 | Rose City | 48654 |
| Morocyn Meyer | P.o Box 271 | Rose City | 48654 |
| Leonard Bright | 10377 Oakdale Dr | Grayling | 49738 |
| Diane Bright | 10377 Oakdale | Grayling | 49738 |
| DOUG CRAVEN | 12-120 E. HTN. LK. DR. | HTN. LK. | 48629 |
| Karen Craven | 12420 E Houghton LK D.R. | Houghton LK | 48629 |
| Pauline Stroud | 4896 River Rd | Houghton Lake | 48629 |

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Richard Stroll | 4898 River Rd | Houghton Lake | MI 48629 |
| Wm Sederlund | 450 OGEMAW | Rose City | MI 48654 |
| Donald Riker | 8073 Hill St | South BRANCH | 48761 |
| SANDRA Riker | 8073 Hill St | South BRANCH | 48761 |
| Mildred Hatton | 3059 Rose St | South Branch | 48761 |
| Judith Sederlund | 450 Ogemaw Rd. | Rose City | 48654 |
| Evan D Cleghorn | 2141 Geraldine St | Prescott | 48756 |
| George Hatton | 3059 Rose St | So. Branch | 48761 |
| Robert Rose | 5941 Maple Rd | St. Helen | 48656 |
| Dolores Engle | 1710 Lake James | Prudenville | 48657 |
| Nora Brinkman | 318 Timberdale | Prudenville | 48651 |
| Gwaldeen Ayling | 8150 S Grayling | Grayling | 49738 |
| Margaret Short | 5936 W 7 Mi Rd | Grayling | 49738 |
| Robert Short | 5936 W. 7 Mill Rd | Grayling | 49738 |
| Harold Rose | 5941 S. Marlvey St. | St. Helen | 48656 |
| Marian Snider | 2977 Wnn Rd | St Helen | 48656 |
| William Snider | 2977 Wnn Rd | St. Helen | 48656 |
| Hazel Cleghorn | 2124 Geraldine | Prescott | 48756 |
| Theresa Rose | 8812 Spring Lake Rd | St Helen | 48656 |
| S.J. Beaubien | 5820 Wildwood Algor | Alger | 48610 |
| Sandy Beaubien | 5820 Wildwood Rd. # | Alger | 48610 |
| Lynda Klaus | 8812 Spring Lake Rd St | St. Helen | MI 48656 |
|  | 8812 Spring Lake Rd. | St. Helen | MI 48656 |
| Larrey Sorenson | 110 Marlette ave | Houghton Lake | MI 48629 |
| Margaret J. Sorenson | 110 Marlette ave | Houghton Lake | MI 48629 |
| Rose Bryant | 105 Evergreen | Houghton Lake | MI 48629 |
| George Williams | 5836 Butler Rd St. Helen | 48650 |  |
| Barb Williams | 5836 Butler Rd | St. Helen | 48656 |
| Marge McKinnon | 10601 Ina Lee Ct | St Helen | 48656 |
| Jerry Sheatron | 10601 Ina Lee Ct | St Helen | 48656 |
| Sam Carter | P.O. Box 671 | St Helen | 48656 |
| Pauline Carter | P.O. Box 67 | St Helen | 48656 |
| Joe Rooks | P.O. Box 547 | St Helen | 48656 |
| Dot Rooks | P.O. Box 547 | St. Helen | 48656 |
| Edd Ladd | 308 Paradise | Grayling | 49738 |
| Dennis Wiebert | 210 Weaver | Houghton Lake | 48629 |
| Carol Wiebert | 210 Weaver | Oxford | 48629 |
| Robert B. McKearny | 3285 Trillium Ln | Oxford | 48371 |
| Judy K. McKearny | 3285 Trillium Ln. | Oxford | 48371 |

Return to:
Michigan North Central Lower Peninsula
UAW International Retired Workers Council #31411
3913 Maes Road
West Branch, MI 48661

rc/opeiu494aflcio

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Mary Jo Bone | 2833 W. 4 Mill Rd. | Grayley | 49738 |
| Paul Osborne | " " | " " | " " |
| Tom Dennis | 234 Clearview Dr. | Houghton Lake | 48629 |
| Margaret Dennis | 234 Clearview Dr. | Houghton Lake | 48629 |
| Peggy Williams | 1746 Springwood | Prudenville | 48651 |
| Russell Williams | 1746 Spring wood | Prudenville | 48651 |
| Donald Carter | 102 PEFFERELL | Houghton Lake | 48629 |
| Rose Carter | 102 PEFFERELL | Houghton Lake | 48629 |
| Royal Waltz | 505 Deer Run Blvd. | Prudenville | 48651 |
| Joyce Waltz | " " " | Prudenville | 48651 |
| Richard Woodworth | 136 Winding Dr. | Houghton Lk. | 48629 |
| Kathleen Woodworth | 136 Winding Dr. | Houghton Lk. | 48629 |
| Paula Bonzo | 104 Swift Deer Trl. | Prudenville | 48651 |
| Lloyd E. Bonzo | 104 Swift Deer Trl. | Prudenville | 48651 |
| Charles E. Fredette | 209 Radcliff Drive | Houghton Lk. | 48629 |
| Nancy Fredette | 209 Radcliff Drive | Houghton Lk. | 48629 |
| Frank Hussey | 10070 Pinedale | Roscommon Mi | 48653 |
| Jerry Hussey | 10070 Pinedale | Roscommon Mi | 48653 |
| Jim Townley | 143 N. Scott | Farwell Mi | 48622 |
| Frances Townley | 143 N. Scott | Farwell Mi | 48622 |
| Leon B. Wakabet | 301 Country Ct | Houghton lake Mi | 48629 |
| Mary A. Stark | 226 Courtage St | Roscommon | 48653 |
| Erich I. Stark | 226 Cottage St | Roscommon | 48653 |
| Janet Terry | 7850 Leverett Rd. | Roscommon | 48653 |
| Donald Terry | 7850 Leverett Rd. | Roscommon | 48653 |
| Ernie Daigel | 5714 Deer Acres Rd. | St. Helen Mi | 48656 |
| Carol Joyer | " " | " " | " " |
| Vernon Revell | 7332 No. Chain Lk. Dr | So. Branch M | 48761 |
| Kathryn Revell | 7332 No. Chain Lk Dr. | So. Branch M | 48761 |
| John Gotschling | 202 Robin Hood | Roscommon M | 48653 |
| Jan M. Albe | 10146 Airport | Roscommon | 48653 |
| Jim Albe | 10146 Airport | Roscommon | 48653 |
| Bob Mrozinski | 9485 N. Nelson Rd. | Lake City | 49651 |
| Barb Mrozinski | 9485 N. Nelson Rd. | Lake City | 49651 |
| Pearl West | 670 N. M-65 | Whittemore | 48770 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Return to:
Michigan North Central Lower Peninsula
UAW International Retired Workers Council #31411
3913 Maes Road
West Branch, MI 48661

rc/opeiu494aflcio



# *Region 9*

# Worker-to-Worker

35 George Karl Blvd, Suite 100 ♦ Amherst, New York 14221 ♦ (716) 632-1540 ♦ Fax (716) 632-1797

**GERI OCHOCINSKA**
Director

**JOE ASHTON**
Assistant Director

To: The Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce as fair and binding.

Therefore, as we stand together in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American Industry. We pray you use your power wisely.

| Name | Address | City | State/ZIP |
|---|---|---|---|
| Lou Edelman | 104 W. MAIN ST | Deyden | NY 13053 |
| Jim Mahony | 701 W State St | Ithaca | NY 14850 |
| Brian Boduff | 16 Dart Dr. | Ithaca | NY 14850 |
| Terry Sharp | 3 school St | mcLean | NY 13102 |
| Diane Tolen | 554 W GROTon Rd | GROTon | NY 13073 |
| Nancy Paul | 678 State Rd 79 | Richford | NY 13835 |
| Laura Williams | 389 Rt 224 | Van Etten | NY 14886 |
| MARK SACKETT | 275 Owl CReek Rd | SPENCER | N.Y. 14883 |
| Don Wilson | | Newfield | NY 14867 |
| Josie Knepp | 39½ Union St Cortland NY | Cortland | NY 13045 |

**(Reverse side has additional space for signatures.)**
**(Copy as needed.)**

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Ke-Ling Fang | 5 Highate NE | Ithaca | NY 1485 |
| Jason McGarrigle | 373 pool circle | Newfield | NY 14867 |
| Duane Milton | 68 SRotouCity Rd | Groton | NY 13073 |
| Don Shaffer | Freeville | | NY 13068 |
| Joan Kinney | 201 Gophell Rd | Lockwood | NY 14859 |
| Jamie Gereche | 72 Locke Rd Locke | Locke | NY 13088 |
| Mark Keith | 4588 Kinney GulfRD | Cortland | NY 13045 |
| Mark Joudin | 824 2nd St | Liverpool | NY 13088 |
| Charlotte Hawkins | 4077 Rte 281 | Cortland | NY 13045 |
| Richard L Bunell | 1767 NYS Rt - 13 | Cortland | NY 13045 |
| Lou Edelman | 104 W. Main St | Dryden | NY 13053 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Return to:
Region 9, UAW
Attn: Darcy Smith
35 George Karl Blvd., Suite 100
Amherst, NY 14221

dsopeiu494

*PLEASE SIGN* *Region 9*



# Worker-to-Worker

35 George Karl Blvd., Suite 100 ◆ Amherst, New York 14221 ◆ (716) 632-1540 ◆ Fax (716) 633-1797

**GERI OCHOCINSKA**
Director

**JOE ASHTON**
Assistant Director

*TURN OVER→*

To: The Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce as fair and binding.

Therefore, as we stand together in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American Industry. We pray you use your power wisely.

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Lori Reynolds | 111 Niagara St | Tonawanda | NY 14150 |
| Sue Miller | 436 Victoria Blvd | Kenmore | NY 14217 |
| Dave Miller | 436 Victoria Blvd. | Kenmore | N.Y. 14217 |
| Gary Burgin | 67 Erie St. | Tonawanda | N.Y. 14150 |
| Daniel McMaster | 94 Coshway Pl. | Tonawanda | N.Y. 14150 |
| Clint Cooper | 27 E. Hill St. | Tonawanda | NY 14150 |
| Roger Cooper | 25 E. Hill St. | Tonawanda | NY 14150 |
| Wil S McGlart | 49 Ellicott Crk Rd | Tonawanda | NY 14150 |
| Janet McMaster | 94 Coshway Pl. | Tonawanda | NY 14150 |
| Beicke R Doll | 180 E Niagara St | Tonawanda | NY 14150 |

**(Reverse side has additional space for signatures.)**
**(Copy as needed.)**

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Alan B. Corbett | 180 Tracey Lane | Grand Island | NY 14072 |
| Candace Gray | 109 Robert Dr | N. Ton | NY 14120 |
| Amy Swenson | 100 Irvington Dr | Tonawanda | NY 14150 |
| Kenneth F Barrett | 82-Mullen | Ton | NY 14150 |
| Ethel J Oswald | 65 Carney St | Ton N.Y. | 14150 |
| Hans O. Lehr | 285 Clark St | Kenmore NY | 14223 |
| Jessica Reynolds | 111 Niagara St. | Ton NY | 14150 |
| Amy Miller | 283 Main St | Tona | 14150 |
| Erik McGee | 283 Main St | Tona | 14150 |
| Janet Acheala | 383 Fletcher St. | Tona | 14150 |
| Mike Clifford | 32 Taylor | Ton NY | 14150 |
| Ken Mountain | 68 Oliver St | N. Ton, NY | 14120 |
| Ronald G Dooly | 193 Franklin | Tonawanda NY | 14150 |
| Brian C. Hudson | 137 Findlay | Tonawanda | 14150 |
| Greg Duranda Ho | 23 Wall Street | Tonawanda | 14150 |
| Sherry O'Connor | 100 Scott St. | Tonawanda | 14150 |
| Shirley J. Hall | 2218 River Rd | Nia Falls, N.Y. | 14.304-37 |
| Ralph Burtch | 212 Franklin | Tonawanda | 14150 |
| Carl B McMaster | 106 Castway Pl | Tonawanda | 14150 |
| Tim E— | 278 School St. | Tonawanda | 14150 |
| J Alexander | 39 Klinger | Tona | 14150 |
| Jon R Carl | 20 Oakridge Ave | Kenmore | 14150 |
| Arthur E. Hoffman | 54 The Commons | G. Island NY | 14072 |
| Ray V Winston | 346½ Delaware St. | Tonawanda NY | 14150 |
| Rosa Jenkins | 64 Legairs | Tonawa NY | 14150 |
| Robin Blevins | 3482 7th Ave 13 | Blasdell NY | 14124 |
| Jay McKenzie | 109 Robert Dr. | N Tona, NY | 14120 |

Return to:
Region 9, UAW
Attn: Darcy Smith
35 George Karl Blvd., Suite 100
Amherst, NY 14221

dsopeiu494



# Region 9
# Worker-to-Worker

35 George Karl Blvd, Suite 100 ♦ Amherst, New York 14221 ♦ (716) 632-1540 ♦ Fax (716) 632-1797

### GERI OCHOCINSKA
Director

### JOE ASHTON
Assistant Director

To: The Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce as fair and binding.

Therefore, as we stand together in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American Industry. We pray you use your power wisely.

| Name | Address | City | State/ZIP |
|---|---|---|---|
| James Burns | 298 N. Willowlawn | Cheektowaga | N.Y. 14206 |
| Christine Burns | 298 N Willowlawn Pkwy | Cheektowaga | NY 14206 |
| Derrick Smith | 142 Willowbreeze | Tonawanda | N.Y. 14223 |
| Amy Smith | 142 Willowbreeze | Tonawanda | NY 14223 |
| Dylan N Green | 142 Willowbreeze | Tonawanda | NY 14223 |
| Linda Green | 1950 Sheridan Drive | Tonawanda | N.Y. 14223 |
| | | | |
| | | | |
| | | | |

**(Reverse side has additional space for signatures.)**
**(Copy as needed.)**

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |
|      |         |      |           |

Return to:
Region 9, UAW
Attn: Darcy Smith
35 George Karl Blvd., Suite 100
Amherst, NY  14221

dsopeiu494



# Region 9A

# Worker-to-Worker

DEC - 8 2005

The Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good-paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce as fair and binding.

Therefore, as we stand together in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American Industry. We pray you use your power wisely.

| Name | Address | City | State/ZIP |
|------|---------|------|-----------|
| Thomas J. Purcell | 18 Stone Road | Burlington | CT 06013 |
| James M. Griffin | 55 Oak Forest Dr | Manchester | Ct 06042 |
| GEORGE & CHARLENE Block | 188 Windsor Court | HAMPSTEAD | NC 28443 |
| Harold Bouchard | 490 Stafford Ave | Bristol | Ct 06010 |
| JOSEPH SOLLOCK | 30 BUCKLAND ST. | PLANTSVILLE | Ct 06479 |
| Michael J Vonova Jr. | 71 Dalton St | Oakville Ct | 06779 |
| CARL R MANCINI | 74 REGENCY Hill DRIVE | WATERTOWN Ct | 06795 |
| Edward Hennessy | 519 Second Ave. Apt #1 | TROY NY | 12818 |
| JOHN W. MALIK | 295 CENTRAL AVE | Cohoes, NY | 12047 |
| TONY GiuntA | 28 ARCH ST | GREEN ISLAND NY | 12183 |
| John Perry | 40 Mountain Ash Drive | Kingston, | MA 02364 |

| Name | Address | City | State/ZIP |
|---|---|---|---|
| Juliet Desnoyers | 127 Acushnet Rd. | Mattapoisett | MA 02739 |
| Neil Desnoyers | 127 Acushnet Rd. | Mattapoisett | MA 02739 |
| Robert W. Mullaney | 84 West St. | Marlboro | MA 02260 |
| Mary Jane Passaro | 28 PASSARO DR. | E. HTFD, Ct | 06108 |
| Andra Passaro | 28 PASSARO DR. | E. HTFD, Ct. | 06108 |
| Edward V. Barth | 7 Stark Dr. S. Granby | | 06026 |
| Mary Snow | 33 Boulder Trail | Killingworth Ct | 06419 |
| Irving C Snow | 33 Boulder Trail | Killingworth Ct | 06419 |
| Paul Ruggett | 563 EAST ST. | WRENTHAM MA | 02093 |
| Jerry Hurley | 106 Richmond St. | Boston Ma. | 02124 |
| Mollie Henry | 71 Albany Ave. | New Britain | 06053 |
| Helen Farezyk | 139 Albany Ave. | New Britain | 06053 |
| Bernie McKinnon | 301 JUDE LANE | SOUTHINGTON CT | 06849 |
| Richard G. Day | 89 Winterbury Ave | Bloomfield Ct. | 06002 |
| John O'Connor | Room 315B, One Grave Place | New Britain, CT | 06053 |
| John LAPERLE | 843 OXFORD ST. SOUTH | Auburn, MA | 01501 |
| Rowena Lawrie | 57 Grove Rd Bristol | Bristol, CT | 06010 |
| Bob Tenerow | 1469 FARMINGTON, AVE. | BRISTOL, CT | 06010 |
| Dave Kelly | 25 Clinton St | Milford CT | 06460 |
| Richard Sharis | 227 3RD Ave. | Stratford, CT | 06615 |
| Bob Sims | 75 WASH AVE. 6-203 | HAMDEN CT | 06518 |
| Deborah De Parolis | 30 Rosemary Lane | Bristol, CT | 06010 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Return to:
UAW Region 9A
111 South Road
Farmington, Ct. 06032

rc/opeiu494aflcio

   

**Region 1-D**

APR 21 2006

USBC-SDNY
RDD

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| Sherry Debri | 3721 Cheyenne | Grandville | MI - 49418 |
| Thom Thomison | 2541 56th St | Wyoming | MI - 49579 |
| Terrence Wolford | 6130 Belrick | Belmont | MI 49306 |
| Barbara Morley | 4021 N. Pine Dell dr | Lansing | MI 48911 |
| Scott Wingler | 8945 Jenebe | Rockford | MI 49341 |
| Andy Westfield | 8192 E. Kiron | White Cloud | MI 49349 |
| Sam Huff | 5620 17 mile Rd | Cedar Springs | MI 49319 |
| David Everts | 4166 Litchfield | Dorr | MI 49323 |
| Joe Hamilton | 1791 Planters Row | Byron | MI 49315 |
| Jay Graves | 6032 Pottawatonic Dr | Hamilton | MI 49419 |
| Steven Allen | 597 Triann S.E. | Grand Rapids | MI 49548 |
| Dan Kelm | 13500 24th | Marne WI | MI 49435 |
| Lamar Reeves | 1144 Noble SE | Grand Rapids | Mich 49507 |
| John Kowalczyk | 8696 Luminac t | Jenison | Mich 49428 |
| Carrie Jackson | 4675 Grenadier Dr. | Wyoming | MI 49509 |
| Charles Erway | 14083 S M37 Hwy | Battle Creek | MI 49017 |

bls/opeiu494/aflcio

***Please return all petitions in care of:***
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI  49525**



 

# Region 1-D

 

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| Brian Berghmans | 4037 Imperial | Walker | 49534 |
| William Dowell | 1401 Alden Nash | Lowell, | MI 49331 |
| Gary Richard | 1802 Pine Hill Dr | Hastings | MI 49058 |
| Don Newton | 17633 Pine St. | Bailey | MI 49303 |
| Michael Dowdy | 895 Beauford Dr SE | Kentwood | MI 49508 |
| Joe Burough | 4650 Shearwood Ct | Grand Rapids | MI, 49525 |
| Duane Dow | 10543 8th Ave N.W. | Grand Rapids | MI. 49534 |
| Ronald Wood | 1115 Dunham SE | Grand Rapids | MI, 49506 |
| Ted Sterkenburg | 2665 Winesap Dr | Grand Rapids | MI, 49525 |
| Tim Terrell | 4245 Mohave Ct | Grandville | MI 49418 |
| Ed Chaplin | 3602 S Jones | Fowler | MI, 48835 |
| Martin Ten Mans | 18012 Trudy | Spring Lake | MI; 49456 |
| Benji Kay | 7050 Patterson | Caledonia | MI 49316 |
| Tim Mang | 3535 100th St | Caledonia | MI. 49316 |
| CR Locascio | 18545 W Spring Lk Rd | Spring Lake | MI 49456 |
| Juventino Casarez | 319 32nd SE | Grand Rapids | MI 49548 |

bls/opeiu494/aflcio

**Please return all petitions in care of:**
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**

 

# Region 1-D

 

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| James Anthon | 3544 Briggs | G.R. | MI 49525 |
| Mike Rinard | 13620 92nd | Alto | 49302 |
| Rich Miliusis | 3870 Blackmerrd | Ravenna | 49451 |
| Scott DeVries | 59343 Whitewood | Mattawan | 49071 |
| W Wyant | 8184 Echesten | Byron Center | 49315 |
| John Lubbarts | 7413 Perry | Wyoming | 48519 |
| Les, Moore | 3785 oldelmpe | Kentwood | 49512 |
| Scot Tryant | 1627 Lookwood | Newaygo | 49337 |
| Robert Diden | 58 Indian Lks Rd | Sparta | 49345 |
| Sharon Shelar | 11450 20 mile Rd | Cedar Springs | 49319 |
| Jerry Zandbergen | 3260 Sunset Bluff | Rockford | 49341 |
| Keith Miller | 3125 N.26th St | Kalamazoo | 49048 |
| Rich Felker | 6830 Rex Rd | Rockford | 49341 |
| Clara Bourassa | 4841 Blackfoot Dr | Zeeland | 49418 |
| Marc Casarez | 1305 Meadow Green Ct | Caledonia | Mich 49316 |
| Bryan Paas | 5800 Scarsdale Dr. | Grandville, MI | 49418 |

bls/opeiu494/aflcio

**Please return all petitions in care of:**
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**



  # Region 1-D  

*For 2nd SHIFT*

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| Roy Modzelew | 9600 Trudlodge | G RT | MI 48584 |
| Gerald L Akestoffer | 2615 Sun Valley | Jenison | MI 49428 |
| Ed Stemal | 395 Anderson St | Battle Creek | MI 49017 |
| Arnold Delp Johnson | 250120 nd Rd | Kent City | MI 49330 |
| Dan O Churd | 1280 Northland Dr | Rock ford | 49341 |
| Mark Kingthamur | 5215 Bremerton Dr | Portage | MI 49002 |
| Joseph R Bumpa | 8741 Shannen Ave NE | Rockford | MI 49341 |
| Michele Bukent | 3628 Reeds LK Blvd | Grand Rapids | MI 49506 |
| Tamika Foster | 1116 Giddings SE | Grd Rapids | MI 49506 |
| Sandra Smith | 1760 32nd SW | Wyoming | MI 49519 |
| John Chester | 162 E 24th St | Holland | MI 49423 |
| Cora Marquez | 333 Lakewood #43 | Holland | MI 49424 |
| Joe J | 1425 44th St S.E | Grand Rapids | MI 49508 |
| Kathy Norman | 7535 Navajo Valley | Byron Center | MI 49315 |
| Craig Smith | 6406 Courtland Dr NE | Rockford | MI 49341 |

bls/opeiu494/aflcio

**Please return all petitions in care of:**
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**



 

# Region 1-D

 

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| David Ostyn | 6859-1B Marshwood Dr | Byron Center | MI 49315 |
| Orville Skipper | 355 68th ST | South Haven | MI 49080 |
| Christine M. Camp | 4265 W. Miss Hwy | Hastings | Mich. 49058 |
| Anai Dixon | 421 N. Dibble | Lansing | MI 48917 |
| Thomas Mican | 5581-234 St. | Kalamazoo | MI 49004 |
| Elbert A. Smith | 14589 24th Ave | Marne | MI 49435 |
| JOHARI GUEST | 1132 Carrier Creek | N.E. G.R. Mich | 49503 |
| John Bryan | 1305 Bristol N.W. | G.R. MI. | 49504 |
| Jane Colert | 3872 York Land Dr | G.R. Mi. | 49321 |
| Joyce Keister | 616 48th St. S.W. | Kentwood | 49548 |
| Josephine Robinson | 1040 Dickinson S.E. | Grand Rapids M | MI 49507 |
| DAVID E. RUIZ | 1116 GRAND PRE | KALAMAZOO MI | MI 49006-2131 |
| Adam Casares | 1305 Meadow Green Ct. | Caledonia | Mich 49316 |
| Judy M Poos | 5800 Scarsdale Dr | Grandville MI | MI 49518 |
| Pam Raats | 3740 Bennington | Cedar Springs | MI 49319 |
| Ellie Lawhorn, Jr. | 25 Lafayette Ave SE | Grand Rapids, MI | MI 49503 |

bls/opeiu494/aflcio

**Please return all petitions in care of:**
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**



 

# Region 1-D

 

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|---|---|---|---|
| Keith Courtade | 1018 Floyd ct | Wyoming | mI. 49509 |
| Lloyd Bigney | 11510 19 mi | Cedar Springs | MI 49314 |
| Thomas Gordon | 1764 Millbanks.e. | Grand Rapids | Mich. 49508 |
| Steve Overholt | 2287 S Apache | Shelby, | Mi. 49455 |
| Gustavo Rodriguez | 3747 Chad Alan Dr. | Walker | mi. 49534 |
| Dan Juskiewicz | 2153 Daylor | Grand Rapids | Mi. 49525 |
| Ron Farmer | 1556 34th St | Allegan | MI 49010 |
| Jerry Weber | 1730 Tumbleweed Dr. | Dorr | MI. 49323 |
| Isaac Bell | 5126 madison | Kent | mi 49548 |
| James Boettcher | 2761 Still Valley | East Lansing | Mich. 48823 |
| Ruben Garna | 1703 Stonybrook | Jenison | MI. 49428 |
| James Fischer | 827 Menominee s.e. | Grand Rapids | MI 49506 |
| H. Ktreett | 611 Bon Air | Lansing Mi | 48917 |
| Louis Schafer | 4533 Lyons Road | Lyons | MI 48851 |
| Larry Forrester | 8775 Evan rd | Delton Mich | 49046 |
| Charles R Bowen | 1720 Andrew | Kentwood MI | 49508 |

bls/opeiu494/aflcio

**Please return all petitions in care of:**
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**

 

 

# Region 1-D

 

To the Honorable Judge Robert Drain:

We, the undersigned, ask you to give careful consideration to the Delphi Corporation bankruptcy petition. This is an unconscionable attempt to place the burden of bad business decisions on the backs of American workers. The taxpayers, along with thousands of ancillary businesses in the 13 states currently home to Delphi workers, will be adversely affected. Delphi Corporation is attempting to use the court system as a way to discard their American operations as well as their financial and moral obligations.

It is time to stop the bleeding of good paying American jobs in the manufacturing industry. We must hold accountable those who would take profits generated by the American consumer and invest them overseas, taking with them jobs that have contributed to our tax base and our American middle class. We also ask that you consider the bargaining agreement, entered into in good faith by the workforce, as fair and binding.

Therefore, as we stand in Solidarity, let it be known that your actions in this proceeding have the power to affect not only one company or one workforce, but the very fabric of American industry. We pray you use your power wisely.

| Name | Address | City | State/Zip |
|------|---------|------|-----------|
| Linda Hancock | 1853 Darwin | G.R. | MI 49507 |
| A.C. Witherspoon | 9728 Shaton | Wyoming | MI 49519 |
| Tam Collis | 11257 Tebeau | Sparta | MI 49345 |
| Edith Johnson | 2501 20 Mile Rd | Kent City | MI 49330 |
| Ron Parton | 6451 Sunflower Blvd | Byron Center | MI 49815 |
| Marilyn Hall | 1280 Northland Dr. | Rockford | MI 49341 |
| John R John | 3836 Tioga Dr | Wyoming | MI 49519 |
| Judi Courtney | 3836 Tioga Dr | Wyoming | MI 49519 |
| Marie Baird | 3179 Coolman | Wyoming | MI 49519 |
| Ted Rittersdorf | 10425 Poplar Dr | Rockford | MI 49341 |
| Bev Rittersdorf | 10425 Poplar Dr | Rockford | MI 49341 |
| Lynn Hendley | 8175 Island View Dr | Newaygo | MI 49337 |
| Kristie Lambright | 4153 Spruce | Dorr | MI 49323 |
| Robert D | 1273 Rohanoue | Ludington | MI 49498 |
| Mary Jones | 7184 Youngstown | Hudsonville | MI 49426 |
| Heather James | 934 McReynolds Apt1 | Grand Rapids | MI 49504 |

bls/opeiu494/aflcio

***Please return all petitions in care of:***
**Mary VanderHyde, UAW Region 1-D**
**3300 Leonard NE**
**Grand Rapids, MI 49525**

