Richard F. Thiry
5819 Oak Hill Dr.
W. Farmington, Ohio 44491

Honorable Judge Drain,

    I am writing this letter in regards to the bankruptcy case of Delphi Automotive. I have been with Packard Electric which is now called Delphi Packard Electric for almost 39 years. I started in 1967 when it had only around 7,000 employees and it continued to grow into the 1980's with as many as 14,500 employees. That is when "North America" began shipping our jobs to Mexico. Fast forward if you will to present day where we currently have 3,800 employees in North America and 35,000 Mexican employees working for just over $1.00 an hour. What year was it when a North American factory worker was making a dollar an hour? Is General Motors going to lower their car prices to that year also?

    When Packard Electric was flourishing in the 1980's with the 14,500 employees, we, the workers, made enough money that everybody in the company got a profit sharing check. Now, our top executives say that our company of 3,800 is going to have to file for bankruptcy and take pay cuts. How does this make sense?

    It must be said that Delphi Packard Electric in Warren, Ohio, Brookhaven, Mississippi, and Clinton, Mississippi are making money! But somehow our top executives are transferring OUR factory jobs out to China, Mexico and Europe. In 1996, we had 80,000 employees at 191 locations in 35 countries around the world. This has gotten to the point where it is making us, as Americans and employees of Delphi look bad, and to point out, not due to our fault.

    This is an example of what is going on behind the doors of Delphi. In 1980, we were making top wages in my geographical area, plus profit sharing checks. Our molding plants in Department 304 were running 1 operator to 3 molding machines. This was the largest molding facility in the world under one roof of 500 molding machines. I continue to be a mold setter, and currently, I am in Plant 45 which is 1 of the 4 largest molding facilities under Delphi. In Plant 45 in Cortland, Ohio we run a 24/7 continuous run of molds with only a total of 130 people working in the whole entire plant. When looking at it statistically, it means that there is only 1 operator per 15 molding machines.

RECEIVED APR 21 2006 USBC-SDNY

05-44481-rdd    Doc 3430    Filed 04/21/06    Entered 04/26/06 12:20:22    Main Document
Pg 2 of 4

During the month of February, 2006, Plant 45 made almost 80,000,000 plastic parts, and 190,000,000 plastic parts in January and February combined. This is coming from the plant that paid for itself in 2 years since it has opened!

******* (Please see attached documentation I have provided.)*******

Now I must ask you, what kind of management does Delphi have, for them to say, that all workers must take a pay cut? Obviously their actions are shouting out to the public that we, the workers, are not worth what we are getting.

Our Delphi business sector made 133 Million dollars on revenue of 13.4 Billion; yet, management is trying to reduce our wages and benefits drastically. Your Honor, please ask yourself one important question. Is this corporate greed? No, this is EXCESSIVE corporate greed!

I would like to say that I am proud to hear that management thinks that the Warren, Ohio Delphi Packard Electric, is profitable enough to stay one of the top eight plants of Delphi. But I am also sadden to know we have the same top executives who have failed miserably and are now using bankruptcy laws to line their own pockets. The exception in this case is J.T. Batenberg and Alan Daines, who are now under federal indictment.

In closing, I would like to share yet another crooked way of Delphi executives. How can Delphi take my stocks and sell them at $.30 a share, when I bought them at $13.48 a share? Fidelity Investments has said that they sold them to protect the employees' money. I wanted to leave them in the market so when Delphi gets out of bankruptcy, my 401k will grow with it. But we, the workers, are not allowed to get back into our personal savings plan. WHY? This has taken away my right to vote on our proxy.

I thank you for your time, and hope that my letter has given you a look into what many of the employees of Delphi are facing, our uncertain futures.

Sincerely,

Richard Thiry