# February Plant 45 Communication

**Name:** <u>**Rich Thiry**</u>                                      **Date:** <u>**04-01-06**</u>

## Safety:  Lost Work Days: __0__          Recordables: __0__

## Quality:  RRPPM's: Month__0__ YTD: __0__ Goal: __1__

    **First Time Quality:**     **Monthly_3,826__**      **YTD_4,231_**
    **Dock Audits**          **Monthly: __0____**      **YTD:__0__**

### Customer Complaints

    **Internal Monthly: __2__**      **YTD: __3____**

    **External Monthly: __0____**      **YTD: __0____**

  **Containers returned from Distribution:    Monthly_ 72 _ Returned to DC__43__**
                                      **Scrapped__29__**

## Production:

    **Good Parts Made:**     **Monthly_79,583,318__ YTD _190,888,556_**

    **Scrap:**          **Monthly _299,919__     YTD _602,103_**

    **Schedule Utilization:**   **Monthly_98.28__      YTD__98.57___**

    **Average Mold Change Time: Monthly_19.04_ YTD_19.13__ Goal_20_**

**Premium Shipments    Monthly_657_        YTD_1,001__**

**Average Machines Running    ___95.41___    YTD__100.35__**

## Individual Employee Information:

        △ **Absenteeism** _____<u>**No Absenteeism problems**</u>
        △ **Line Utilization** _____<u>**Not Applicable**</u>
        △ **Housekeeping** ___<u>**Workstations are kept neat and orderly**</u>
        △ **Job Assignment** _____<u>**Mold Setter**</u>
        △ **Performance** ____<u>**Your doing a good job, keep it up!!!!**</u>

**Plant Info: (ie. Upcoming tours, agreements, etc.)**

**Employee Feedback and Comments**_____

RECEIVED
APR 2 1 2006
USBC-SDNY
RDD

February 2006

# DELPHI

## Cell / Process FTQ Tracker



### 2006 CY FTQ Performance

FTQ Value (PPM)

Legend: FTQ — Goal = 3782 — Projection

| Period | FTQ Value (PPM) |
|---|---|
| 2001 | 9310 |
| 2002 | 6592 |
| 2003 | 5503 |
| 2004 | 5404 |
| 2005 | 4754 |
| Jan | 4579 |
| Feb | 3826 |
| Mar | |
| Apr | |
| May | |
| Jun | |
| Jul | |
| Aug | |
| Sep | |
| Oct | |
| Nov | |
| Dec | |
| YTD | 4231 |

### FTQ Top Pareto — Cell/Process

PPM

| Category | PPM |
|---|---|
| Part Discriminator | 2484 |
| Floater / Operator Detected Rejects | 945 |
| Set Up Scrap | 398 |

| Issue | Problem Discription | Corrective Action Planned | Start Date | Target Date | Status | Process Tech. | FTQ Impact | Owner(s) |
|---|---|---|---|---|---|---|---|---|
| Disc. | Part discriminator is rejecting good pieces. | Revised NAMS system will center QC window limits based upon the actual values of ten consecutive good shots. | In effect in Plant 47 | End of first quarter 2006 | ◯ | Plastic Molding | Estimated during initial six sigma study to be 700 PPM. | Ken Ellsworth is FTQ champion. |
| Set Up | There are currently no clear product standards for attribute defects. As a result, there are multiple process adjustments attempted to eliminate items that may be acceptable. The result is that there are other problems are created by these adjustments and go undetected. | Develop a set of product standards that will become part of the official design record. | 11/9/2004 | TBD by Component engineering | On Hold by Component Engineering due to manpower issues. | Plastic Molding | TBD | Dave Hatalsky to represent Plant 45; Joe Wilson to be overall champion. |
| Operator / Floater Rejections | Process variation associated with natural colored material. | Component Engineering converting all natural parts to cream. | 4/27/2005 | TBD by Component Engineering | ✕ Behind schedule due to issue with PTRs. | Plastic Molding | TBD | Gary Harrah responsible for Plant 45 execution; Joe Wilson is overall champion. |
| | Some existing tooling has deteriorated to the point that they are unable to produce consistent quality parts. | Execute the 2006 Replacement Tooling Plan. | 3/1/2005 | This is an ongoing plan | ◯ | Plastic Molding | 55 | Stan Mickey |
| | Resolve specks and flecks contamination issue. | As developed by the Shramin Red X Team. | 9/29/2004 | Revised to 6/1/2006 | ◯ | Plastic Molding | 100 | Hatalsky / Mickey |



Customer Complaints - 2006

INTERNAL COMPLAINTS

EXTERNAL COMPLAINTS

# COMPLAINT DEFECTS - 2006

| DEFECT | MONTH | | YTD | |
|---|---|---|---|---|
| | INTERNAL | EXTERNAL | INTERNAL | EXTERNAL |
| Flash | | | | |
| NFO | 1 | | | |
| Damaged / Deformed | 1 | | 2 | |
| Burns | | | | |
| Brittle / Breaking | | | | |
| Specks & Flecks | | | | |
| Grease | | | | |
| Undersized Dimension | | | | |
| Oversize Dimension | | | | |
| Chipped / Broken core | | | | |
| Runners In Tote | | | | |
| Incorrect Quantity | | | | |
| Ejector Pin Damage | | | | |
| Reversed Core | | | | |
| Bubbles | | | | |
| Bowed / Warped | | | | |
| Mixed Parts | | | | |
| Incorrect Tool Core | | | | |
| Incorrect ECL on Label | | | | |
| Misidentified | | | | |