UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                     :    Chapter 11
                                                           :    Case No. 05-44640 (RDD)
DELPHI AUTOMOTIVE SYSTEMS LLC                              :
                                                           :
                              Debtors.                     :
                                                           :
                                                           :
-----------------------------------------------------------X

### AMENDED[1] NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

TO:    ALCAN ROLLED PRODUCTS-
       RAVENSWOOD, L.L.C. (F/K/A
       PECHINEY ROLLED PRODUCTS,
       L.L.C.) ("Assignor")

| Address Pursuant to Debtor's Schedules | Address Pursuant to Proof of Claim |
|---|---|
| Pechiney Rolled Products<br>Rt 68 Century Road<br>Ravenswood WV 26180 | Alcan Rolled Products-Ravenswood, LLC<br>c/o Andrew S. Nicoll<br>Jenner & Block LLP<br>One IBM Plaza<br>Chicago, IL 60611 |

As of March 31, 2006, Assignor's Claim against Debtors in the principal amount of $3,648,422.17 has been transferred to the following Assignee:

> JPMorgan Chase Bank, N.A.
> 270 Park Avenue, 17th Floor
> New York, New York 10017
> Attention:    Stanley Lim
> Telephone:    (212) 270-4421
> Fascimile:    (212) 270-2157
> E-mail:       stanley.lim@jpmorgan.com

---

[1] For purposes of clarity, this Amended Notice of Transfer of Claim (the "Amended Notice") is being filed to replace the Notice of Transfer of Claim (the "Original Notice") previously filed with the Bankruptcy Court with respect to the transfer of Assignor's Claim to Assignee on March 31, 2006 (Docket no. 3040). Per a request received from Kurtzman Carson Associates LLC, the court-appointed Claims Agent in the Bankruptcy Case, the Amended Notice (i) revises Assignor's address to match the information in the Alcan Rolled Products-Ravenswood, L.L.C.(f/k/a/ Pechiney Rolled Products) Proof of Claim and (ii) changes the caption to indicate the specific Debtor owing the Claim as Delphi Automotive Systems LLC. No other information has been changed from the Original Notice.

#: 434986

The Evidence of Transfer of Claim is attached as Exhibit A and the Transferee's payment and delivery instructions are attached as Exhibit B. The Proof of Claim is attached hereto as Exhibit C. No action is required if you do not object to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN TWENTY (20) DAYS OF THE DATE OF THIS NOTICE, YOU MUST FILE A WRITTEN OBJECTION TO THE TRANSFER:**

| Mailing Address: | Physical Address: |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>Delphi Corporation Claim Docketing Center<br>Bowling Green Station, PO Box 5058<br>New York, NY 10274-5058 | United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 |

PLEASE SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE AT THE FOLLOWING ADDRESS:

JPMorgan Chase Bank, N.A.
270 Park Avenue, 17th Floor
New York, New York 10017
Attention:    Stanley Lim
Telephone:   (212) 270-4421
Fascimile:    (212) 270-2157
E-mail:       stanley.lim@jpmorgan.com

WITH A COPY TO :

Kirkpatrick & Lockhart Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attention:    Steven H. Epstein
Telephone:   (212) 536-4830
Fascimile:    (212) 536-4001
E-mail :      sepstein@klng.com

If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON THE BANKRUPTCY COURT RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

Dated: April 26, 2006

JPMORGAN CHASE BANK, N.A.

By: _____
Name: ANDREW OPEL
Title: AUTHORIZED SIGNATORY

3

# EXHIBIT A

## Evidence of Transfer of Claim

## EVIDENCE OF TRANSFER OF CLAIM

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                  :         Chapter 11
                                                                             :         Case No. 05-44640 (RDD)
DELPHI AUTOMOTIVE SYSTEMS LLC        :

                                    Debtors.                       :
                                                                             :
                                                                             :
------------------------------------------------------------

**ALCAN ROLLED PRODUCTS-RAVENSWOOD, L.L.C. (F/K/A PECHINEY ROLLED PRODUCTS, L.L.C.)** (the "Assignor"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **JPMorgan Chase Bank, N.A.**, its respective successors and assigns ("Assignee") all rights, title and interest in and to the general unsecured claims of Assignor in the principal amount of $3,648,422.17 plus all interest, fees and other amounts related thereto (the "Claim") against Delphi Corporation et al. (the "Debtors") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court, Southern District of New York, or any other court with jurisdiction over the bankruptcy proceedings ("Bankruptcy Court"), Case No. 05-44481 (RDD) (Jointly Administered).

The claim transferred hereby constitutes the claim described in the true copy of the Proof of Claim dated March 15, 2006, which is attached hereto as Exhibit C. Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, dated the 26th day of April, 2006.

JPMORGAN CHASE BANK, N.A.,
as Assignee

By _____
   Name:   ANDREW OPEL
   Title:   AUTHORIZED SIGNATORY

Accepted and agreed to as of this
date of April, 2006

ALCAN ROLLED PRODUCTS-
RAVENSWOOD, L.L.C. (F/K/A
PECHINEY ROLLED PRODUCTS,
L.L.C.)
as Assignor

By _____
   Name:
   Title:

6

IN WITNESS WHEREOF, dated the _____ day of April, 2006.

                JPMORGAN CHASE BANK, N.A.,
                as Assignee

                By _____
                    Name:
                    Title:

Accepted and agreed to as of this 26th date of April, 2006

ALCAN ROLLED PRODUCTS-
RAVENSWOOD, L.L.C. (F/K/A
PECHINEY ROLLED PRODUCTS,
L.L.C.)
as Assignor

By *[signature]*
Name: John H. Ferguson
Title: Chief Financial Officer

6

## EXHIBIT B

<u>Transferee's Payment and Delivery Instructions</u>:

<u>Notice</u>:
| | |
|---|---|
| Primary Contact: | Stanley Lim |
| Street Address: | 270 Park Avenue, 17th Floor |
| City, State, Zip Code: | New York, NY 10017 |
| Phone Number: | (212) 270-4421 |
| Fax Number: | (212) 270-2157 |
| | |
| Backup Contact: | Karoline Kane |
| Phone Number: | (212) 270-0033 |
| Fax Number: | (212) 270-5347 |

<u>Wire</u>:
| | |
|---|---|
| Name of Bank: | JPMorgan Chase Bank, N.A. |
| Routing Transit/ABA number: | 021000021 |
| Name of Account: | SPS High Yield Loan Trading |
| Account Number: | 544-7-94742 |

# EXHIBIT C

## Proof of Claim

☐ Date Stamped Copy Returned
☒ No self addressed stamped envelope
☒ No copy to return

FORM B10 (Official Form 10)(04/05)

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|
| Name of Debtor: **DELPHI AUTOMOTIVE SYSTEMS LLC** — Case Number: Case No. 05-44640 (RDD) | Claim #02296 USBC SDNY Delphi Corporation, et al. 05-44481 (RDD) |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC)

**Name and address where notices should be sent:**
Alcan Rolled Products-Ravenswood, LLC
c/o Andrew S. Nicoll
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611
Telephone Number: 312-840-7624

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED
MAR 17 2006
KURTZMAN CARSON

Account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces / ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
X Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C.§ 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of SS #: _____
Unpaid compensation for services performed
from _____ to _____ (date) (date)

**2. Date debt was incurred:** March 2003 through October 2005

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $3,648,422.17 (unsecured)  $_____ (secured)  $_____ (priority)  $3,648,422.17 (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☐ Other _____
Value of Collateral: $_____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim** $_____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4).
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. $10,000 and 180 days limit apply to cases filed on or after 4/20/05. Pub. L. 109-8

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting documents:** *Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.*

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 3/10/06 | [signature] John A. Ferguson CFO |

Penalty for presenting fraudulent claim: Fine up to $500,000 or imprisonment for up to 5 years

0544640060315000000000003

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

Alcan Rolled Products-Ravenswood, LLC (f/k/a Pechiney Rolled Products, LLC) ("Alcan") asserts its claims based upon the following invoices. By this proof of claim, Alcan is not asserting a claim for certain amounts for which Alcan believes it is entitle to a valid reclamation claim. Certain invoices for which Alcan believes it is entitled to a reclamation claim have been reduced to exclude the amount Alcan may be entitled to as a reclamation claim. Alcan has asserted its reclamation claim pursuant to the Court's Amended Final Reclamation Order, dated November 4, 2005.

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550053317 | 174-3383-03 | 45265 | $ 4,744.23 | 4/7/2005 | | $ 4,744.23 |
| 550053317 | 174-3384-45 | 45270 | $ 38,384.43 | 4/7/2005 | | $ 38,384.43 |
| 550053317 | 174-3387-67 | 48065 | $ 59,945.58 | 5/6/2005 | | $ 59,945.58 |
| 550053317 | 174-3387-67 | 49981 | $ 2,071.14 | 5/25/2005 | | $ 2,071.14 |
| 550075036 | 174-3395-93 | 52087 | $ 119.38 | 6/16/2005 | | $ 119.38 |
| 550075036 | 174-3395-95 | 52755 | $ 105.44 | 6/23/2005 | | $ 105.44 |
| 450103368 | 174-3398-23 | 53304 | $ 22,920.86 | 6/29/2005 | | $ 22,920.86 |
| LPS 95768 | 174-3398-33 | 53305 | $ 17,114.53 | 6/29/2005 | | $ 17,114.53 |
| 550028871 | 174-3395-33 | 56116 | $ (380.45) | 8/2/2005 | | $ (380.45) |
| 550028871 | 174-3391-91 | 58881 | $ (215.56) | 8/31/2005 | | $ (215.56) |
| 550028864 | 174-3391-97 | 58882 | $ 5,866.48 | 8/31/2005 | | $ 5,866.48 |
| 550028871 | 174-3393-85 | 58883 | $ (142.47) | 8/31/2005 | | $ (142.47) |
| 550028871 | 174-3393-87 | 58884 | $ 23,652.18 | 8/31/2005 | | $ 23,652.18 |
| 550028871 | 174-3393-89 | 58885 | $ 16,977.79 | 8/31/2005 | | $ 16,977.79 |
| 550028871 | 174-3394-13 | 58886 | $ (400.81) | 8/31/2005 | | $ (400.81) |
| 550028891 | 174-3394-87 | 58887 | $ (235.65) | 8/31/2005 | | $ (235.65) |
| 550028857 | 174-3394-93 | 58889 | $ 8,537.60 | 8/31/2005 | | $ 8,537.60 |
| 550028857 | 174-3395-01 | 58890 | $ 8,730.18 | 8/31/2005 | | $ 8,730.18 |
| 550028857 | 174-3395-07 | 58891 | $ 6,447.78 | 8/31/2005 | | $ 6,447.78 |
| 550028857 | 174-3395-37 | 58893 | $ 2,553.44 | 8/31/2005 | | $ 2,553.44 |
| 550028871 | 174-3391-91 | 59022 | $ 10,144.80 | 9/1/2005 | | $ 10,144.80 |
| 550028871 | 174-3393-79 | 59023 | $ 11,628.84 | 9/1/2005 | | $ 11,628.84 |
| 550028871 | 174-3393-85 | 59024 | $ 7,800.76 | 9/1/2005 | | $ 7,800.76 |
| 550028871 | 174-3393-87 | 59025 | $ 49,346.48 | 9/1/2005 | | $ 49,346.48 |
| 550028871 | 174-3393-89 | 59026 | $ 18,280.42 | 9/1/2005 | | $ 18,280.42 |
| 550028871 | 174-3393-89 | 59027 | $ 14,657.82 | 9/1/2005 | | $ 14,657.82 |
| 550028871 | 174-3394-13 | 59028 | $ 24,863.50 | 9/1/2005 | | $ 24,863.50 |
| 550028864 | 174-3394-41 | 59029 | $ 7,667.09 | 9/1/2005 | | $ 7,667.09 |
| 550028864 | 174-3394-75 | 59030 | $ 9,075.63 | 9/1/2005 | | $ 9,075.63 |
| 550028857 | 174-3394-93 | 59031 | $ 4,193.91 | 9/1/2005 | | $ 4,193.91 |
| 550028871 | 174-3395-43 | 59032 | $ 5,532.83 | 9/1/2005 | | $ 5,532.83 |
| 550053317 | 174-3396-25 | 59034 | $ 64,719.69 | 9/1/2005 | | $ 64,719.69 |
| 550028857 | 174-3392-67 | 59237 | $ 8,349.58 | 9/6/2005 | | $ 8,349.58 |
| 550028871 | 174-3393-85 | 59239 | $ 16,240.81 | 9/6/2005 | | $ 16,240.81 |
| 550028871 | 174-3393-85 | 59238 | $ 15,555.86 | 9/6/2005 | | $ 15,555.86 |
| 550028871 | 174-3393-87 | 59241 | $ 6,803.79 | 9/6/2005 | | $ 6,803.79 |
| 550028871 | 174-3393-87 | 59240 | $ 33,714.52 | 9/6/2005 | | $ 33,714.52 |
| 550028871 | 174-3394-11 | 59242 | $ 23,615.38 | 9/6/2005 | | $ 23,615.38 |
| 550028871 | 174-3394-13 | 59243 | $ 23,295.74 | 9/6/2005 | | $ 23,295.74 |
| 550028871 | 174-3395-43 | 59245 | $ 4,391.26 | 9/6/2005 | | $ 4,391.26 |
| 550028871 | 174-3395-43 | 59244 | $ 5,532.83 | 9/6/2005 | | $ 5,532.83 |
| 550028871 | 174-3396-19 | 59248 | $ 33,752.57 | 9/6/2005 | | $ 33,752.57 |

1 of 7

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOT | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-23 | 59250 | $ 24,970.05 | 9/6/2005 | | $ 24,970.05 |
| 550028871 | 174-3393-85 | 59371 | $ 6,651.38 | 9/7/2005 | | $ 6,651.38 |
| 550028871 | 174-3394-11 | 59372 | $ 5,000.10 | 9/7/2005 | | $ 5,000.10 |
| 550028871 | 174-3395-43 | 59373 | $ 5,532.83 | 9/7/2005 | | $ 5,532.83 |
| 550038402 | 174-3395-59 | 59374 | $ 7,100.77 | 9/7/2005 | | $ 7,100.77 |
| 550028871 | 174-3396-19 | 59377 | $ 24,117.67 | 9/7/2005 | | $ 24,117.67 |
| 550028871 | 174-3396-23 | 59378 | $ 12,214.85 | 9/7/2005 | | $ 12,214.85 |
| 550028871 | 174-3396-35 | 59380 | $ 7,633.33 | 9/7/2005 | | $ 7,633.33 |
| 550028864 | 174-3396-77 | 59382 | $ 9,983.19 | 9/7/2005 | | $ 9,983.19 |
| 550028864 | 174-3396-77 | 59383 | $ 5,474.42 | 9/7/2005 | | $ 5,474.42 |
| 550028864 | 174-3397-55 | 59384 | $ 4,893.58 | 9/7/2005 | | $ 4,893.58 |
| 550038402 | 174-3397-57 | 59385 | $ 4,378.08 | 9/7/2005 | | $ 4,378.08 |
| 550028857 | 174-3397-65 | 59386 | $ 5,808.40 | 9/7/2005 | | $ 5,808.40 |
| 550028857 | 174-3397-69 | 59387 | $ 6,309.37 | 9/7/2005 | | $ 6,309.37 |
| 550038402 | 174-3397-95 | 59389 | $ 13,867.56 | 9/7/2005 | | $ 13,867.56 |
| 550038402 | 174-3397-95 | 59390 | $ 9,888.80 | 9/7/2005 | | $ 9,888.80 |
| 550028871 | 174-3393-79 | 59471 | $ 5,236.02 | 9/8/2005 | | $ 5,236.02 |
| 550028871 | 174-3393-85 | 59472 | $ 6,621.14 | 9/8/2005 | | $ 6,621.14 |
| 550028864 | 174-3394-41 | 59473 | $ 11,529.67 | 9/8/2005 | | $ 11,529.67 |
| 550028857 | 174-3395-01 | 59474 | $ 4,501.51 | 9/8/2005 | | $ 4,501.51 |
| 550028857 | 174-3395-07 | 59475 | $ 3,281.75 | 9/8/2005 | | $ 3,281.75 |
| 550028871 | 174-3396-19 | 59477 | $ 18,204.32 | 9/8/2005 | | $ 18,204.32 |
| 550028871 | 174-3396-23 | 59479 | $ 12,367.06 | 9/8/2005 | | $ 12,367.06 |
| 550028871 | 174-3396-33 | 59480 | $ 14,254.47 | 9/8/2005 | | $ 14,254.47 |
| 550028871 | 174-3396-35 | 59482 | $ 16,826.82 | 9/8/2005 | | $ 16,826.82 |
| 550028857 | 174-3397-27 | 59485 | $ 8,814.25 | 9/8/2005 | | $ 8,814.25 |
| 550028857 | 174-3397-43 | 59487 | $ 3,528.60 | 9/8/2005 | | $ 3,528.60 |
| 550028871 | 174-3401-87 | 59489 | $ 6,187.34 | 9/8/2005 | | $ 6,187.34 |
| 550028857 | 174-3387-15 | 59647 | $ 3,347.09 | 9/9/2005 | | $ 3,347.09 |
| 550028857 | 174-3390-47 | 59648 | $ 3,432.30 | 9/9/2005 | | $ 3,432.30 |
| 550028871 | 174-3393-79 | 59649 | $ 6,362.38 | 9/9/2005 | | $ 6,362.38 |
| 550028864 | 174-3394-73 | 59650 | $ 5,881.01 | 9/9/2005 | | $ 5,881.01 |
| 550028891 | 174-3394-87 | 59651 | $ 6,890.21 | 9/9/2005 | | $ 6,890.21 |
| 550028871 | 174-3396-17 | 59653 | $ 8,683.58 | 9/9/2005 | | $ 8,683.58 |
| 550028871 | 174-3396-17 | 59652 | $ 7,968.19 | 9/9/2005 | | $ 7,968.19 |
| 550028871 | 174-3396-19 | 59656 | $ 17,945.56 | 9/9/2005 | | $ 17,945.56 |
| 550028871 | 174-3396-19 | 59655 | $ 44,361.60 | 9/9/2005 | | $ 44,361.60 |
| 550028871 | 174-3396-23 | 59659 | $ 16,377.80 | 9/9/2005 | | $ 16,377.80 |
| 550028871 | 174-3396-23 | 59658 | $ 14,817.64 | 9/9/2005 | | $ 14,817.64 |
| 550028871 | 174-3396-33 | 59662 | $ 20,297.20 | 9/9/2005 | | $ 20,297.20 |
| 550028871 | 174-3396-35 | 59663 | $ 9,132.60 | 9/9/2005 | | $ 9,132.60 |
| 550028871 | 174-3396-35 | 59664 | $ 8,812.96 | 9/9/2005 | | $ 8,812.96 |
| 550028864 | 174-3396-77 | 59665 | $ 5,365.51 | 9/9/2005 | | $ 5,365.51 |
| 550028891 | 174-3397-11 | 59667 | $ 13,373.84 | 9/9/2005 | | $ 13,373.84 |
| 550028857 | 174-3397-27 | 59669 | $ 11,762.01 | 9/9/2005 | | $ 11,762.01 |
| 550028857 | 174-3397-65 | 59671 | $ 6,214.99 | 9/9/2005 | | $ 6,214.99 |
| 550028871 | 174-3397-73 | 59673 | $ 3,546.49 | 9/9/2005 | | $ 3,546.49 |
| 550028871 | 174-3397-73 | 59674 | $ 4,459.75 | 9/9/2005 | | $ 4,459.75 |
| 550038402 | 174-3397-95 | 59675 | $ 17,751.92 | 9/9/2005 | | $ 17,751.92 |
| 550028864 | 174-3391-97 | 59834 | $ 5,910.05 | 9/12/2005 | | $ 5,910.05 |

United States Bankruptcy Court – Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P. O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028857 | 174-3395-01 | 59835 | $ 4,109.44 | 9/12/2005 | | $ 4,109.44 |
| 550028871 | 174-3396-19 | 59838 | $ 50,853.36 | 9/12/2005 | | $ 50,853.36 |
| 550028871 | 174-3396-23 | 59840 | $ 4,604.35 | 9/12/2005 | | $ 4,604.35 |
| 550028871 | 174-3396-33 | 59842 | $ 15,921.17 | 9/12/2005 | | $ 15,921.17 |
| 550028871 | 174-3396-35 | 59843 | $ 15,989.66 | 9/12/2005 | | $ 15,989.66 |
| 550028891 | 174-3397-11 | 59846 | $ 6,970.08 | 9/12/2005 | | $ 6,970.08 |
| 550028857 | 174-3397-27 | 59847 | $ 8,632.73 | 9/12/2005 | | $ 8,632.73 |
| 550038402 | 174-3397-57 | 59848 | $ 4,225.61 | 9/12/2005 | | $ 4,225.61 |
| 550028864 | 174-3388-61 | 59919 | $ 3,891.63 | 9/13/2005 | | $ 3,891.63 |
| 550028871 | 174-3396-13 | 59920 | $ 8,143.24 | 9/13/2005 | | $ 8,143.24 |
| 550028871 | 174-3396-17 | 59921 | $ 4,627.18 | 9/13/2005 | | $ 4,627.18 |
| 550028871 | 174-3396-19 | 59922 | $ 41,363.07 | 9/13/2005 | | $ 41,363.07 |
| 550028871 | 174-3396-23 | 59923 | $ 5,966.63 | 9/13/2005 | | $ 5,966.63 |
| 550028871 | 174-3396-33 | 59924 | $ 14,490.39 | 9/13/2005 | | $ 14,490.39 |
| 550028871 | 174-3396-35 | 59925 | $ 7,108.21 | 9/13/2005 | | $ 7,108.21 |
| 550028864 | 174-3397-39 | 59926 | $ 3,775.46 | 9/13/2005 | | $ 3,775.46 |
| 550028857 | 174-3397-43 | 59927 | $ 7,333.11 | 9/13/2005 | | $ 7,333.11 |
| 550038402 | 174-3397-95 | 59928 | $ 21,309.57 | 9/13/2005 | | $ 21,309.57 |
| 550028871 | 174-3396-13 | 60024 | $ 9,071.72 | 9/14/2005 | | $ 9,071.72 |
| 550028871 | 174-3396-17 | 60025 | $ 20,510.30 | 9/14/2005 | | $ 20,510.30 |
| 550028871 | 174-3396-19 | 60026 | $ 49,217.10 | 9/14/2005 | | $ 49,217.10 |
| 550028871 | 174-3396-23 | 60028 | $ 18,272.81 | 9/14/2005 | | $ 18,272.81 |
| 550028871 | 174-3396-33 | 60029 | $ 8,021.47 | 9/14/2005 | | $ 8,021.47 |
| 550028871 | 174-3396-35 | 60030 | $ 15,601.53 | 9/14/2005 | | $ 15,601.53 |
| 550028864 | 174-3396-77 | 60031 | $ 5,263.86 | 9/14/2005 | | $ 5,263.86 |
| 550028857 | 174-3397-43 | 60032 | $ 4,015.06 | 9/14/2005 | | $ 4,015.06 |
| 550028871 | 174-3391-91 | 60131 | $ 10,137.19 | 9/15/2005 | | $ 10,137.19 |
| 550028864 | 174-3392-01 | 60132 | $ 5,205.78 | 9/15/2005 | | $ 5,205.78 |
| 550028857 | 174-3395-39 | 60133 | $ 3,789.98 | 9/15/2005 | | $ 3,789.98 |
| 550028871 | 174-3396-17 | 60134 | $ 7,755.10 | 9/15/2005 | | $ 7,755.10 |
| 550028871 | 174-3396-19 | 60135 | $ 22,747.78 | 9/15/2005 | | $ 22,747.78 |
| 550028871 | 174-3396-23 | 60136 | $ 32,123.92 | 9/15/2005 | | $ 32,123.92 |
| 550053317 | 174-3396-25 | 60137 | $ 61,180.81 | 9/15/2005 | | $ 61,180.81 |
| 550028871 | 174-3396-31 | 60138 | $ 7,998.64 | 9/15/2005 | | $ 7,998.64 |
| 550028871 | 174-3396-33 | 60140 | $ 7,975.80 | 9/15/2005 | | $ 7,975.80 |
| 550028891 | 174-3397-11 | 60145 | $ 13,431.93 | 9/15/2005 | | $ 13,431.93 |
| 550028857 | 174-3397-27 | 60146 | $ 4,029.58 | 9/15/2005 | | $ 4,029.58 |
| 550028857 | 174-3397-69 | 60147 | $ 2,947.76 | 9/15/2005 | | $ 2,947.76 |
| 550028871 | 174-3397-73 | 60148 | $ 3,576.94 | 9/15/2005 | | $ 3,576.94 |
| 550038402 | 174-3398-01 | 60149 | $ 5,895.53 | 9/15/2005 | | $ 5,895.53 |
| 550038402 | 174-3398-01 | 60150 | $ 5,198.52 | 9/15/2005 | | $ 5,198.52 |
| 550028871 | 174-3401-87 | 60151 | $ 5,289.30 | 9/15/2005 | | $ 5,289.30 |
| 550028871 | 174-3396-17 | 60271 | $ 17,595.48 | 9/16/2005 | | $ 17,595.48 |
| 550028871 | 174-3396-17 | 60270 | $ 7,968.19 | 9/16/2005 | | $ 7,968.19 |
| 550028871 | 174-3396-19 | 60275 | $ 32,474.00 | 9/16/2005 | | $ 32,474.00 |
| 550028871 | 174-3396-19 | 60274 | $ 40,366.09 | 9/16/2005 | | $ 40,366.09 |
| 550028871 | 174-3396-23 | 60280 | $ 8,896.07 | 9/16/2005 | | $ 8,896.07 |
| 550028871 | 174-3396-23 | 60279 | $ 19,452.44 | 9/16/2005 | | $ 19,452.44 |
| 550028871 | 174-3396-23 | 60278 | $ 8,744.46 | 9/16/2005 | | $ 8,744.46 |
| 550028871 | 174-3396-35 | 60281 | $ 16,773.54 | 9/16/2005 | | $ 16,773.54 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028864 | 174-3396-77 | 60284 | $ 10,774.58 | 9/16/2005 | | $ 10,774.58 |
| 550028857 | 174-3397-27 | 60286 | $ 14,949.37 | 9/16/2005 | | $ 14,949.37 |
| 550028857 | 174-3397-33 | 60287 | $ 11,863.66 | 9/16/2005 | | $ 11,863.66 |
| 550028857 | 174-3397-43 | 60288 | $ 3,528.60 | 9/16/2005 | | $ 3,528.60 |
| 550028864 | 174-3397-55 | 60289 | $ 5,888.27 | 9/16/2005 | | $ 5,888.27 |
| 550028857 | 174-3397-65 | 60290 | $ 3,310.79 | 9/16/2005 | | $ 3,310.79 |
| 550028857 | 174-3397-69 | 60291 | $ 3,092.97 | 9/16/2005 | | $ 3,092.97 |
| 550028871 | 174-3397-73 | 60294 | $ 4,459.75 | 9/16/2005 | | $ 4,459.75 |
| 550028871 | 174-3397-73 | 60295 | $ 8,546.59 | 9/16/2005 | | $ 8,546.59 |
| 550028871 | 174-3394-01 | 60448 | $ 7,207.14 | 9/19/2005 | | $ 7,207.14 |
| 550028871 | 174-3396-13 | 60450 | $ 9,109.77 | 9/19/2005 | | $ 9,109.77 |
| 550028871 | 174-3396-19 | 60452 | $ 24,170.95 | 9/19/2005 | | $ 24,170.95 |
| 550028871 | 174-3396-23 | 60454 | $ 8,896.67 | 9/19/2005 | | $ 8,896.67 |
| 550028871 | 174-3396-33 | 60456 | $ 7,991.03 | 9/19/2005 | | $ 7,991.03 |
| 550028864 | 174-3396-77 | 60458 | $ 5,104.13 | 9/19/2005 | | $ 5,104.13 |
| 550028857 | 174-3397-27 | 60459 | $ 3,710.12 | 9/19/2005 | | $ 3,710.12 |
| 550028857 | 174-3397-43 | 60460 | $ 3,441.48 | 9/19/2005 | | $ 3,441.48 |
| 550028871 | 174-3396-19 | 60572 | $ 24,178.56 | 9/20/2005 | | $ 24,178.56 |
| 550028871 | 174-3396-23 | 60573 | $ 4,368.43 | 9/20/2005 | | $ 4,368.43 |
| 550028871 | 174-3396-33 | 60574 | $ 14,543.67 | 9/20/2005 | | $ 14,543.67 |
| 550028871 | 174-3396-35 | 60575 | $ 12,694.31 | 9/20/2005 | | $ 12,694.31 |
| 550028891 | 174-3397-11 | 60577 | $ 13,787.69 | 9/20/2005 | | $ 13,787.69 |
| 550028857 | 174-3397-27 | 60578 | $ 12,778.48 | 9/20/2005 | | $ 12,778.48 |
| 550038402 | 174-3397-95 | 60581 | $ 18,376.33 | 9/20/2005 | | $ 18,376.33 |
| 550028864 | 174-3391-97 | 60673 | $ 6,135.12 | 9/21/2005 | | $ 6,135.12 |
| 550028894 | 174-3392-03 | 60674 | $ 9,024.80 | 9/21/2005 | | $ 9,024.80 |
| 550028871 | 174-3396-17 | 60675 | $ 12,077.86 | 9/21/2005 | | $ 12,077.86 |
| 550028871 | 174-3396-19 | 60677 | $ 59,719.59 | 9/21/2005 | | $ 59,719.59 |
| 550028871 | 174-3396-23 | 60679 | $ 20,959.32 | 9/21/2005 | | $ 20,959.32 |
| 550028871 | 174-3396-33 | 60681 | $ 15,776.57 | 9/21/2005 | | $ 15,776.57 |
| 550028864 | 174-3396-77 | 60684 | $ 8,770.68 | 9/21/2005 | | $ 8,770.68 |
| 550028857 | 174-3397-27 | 60686 | $ 4,160.27 | 9/21/2005 | | $ 4,160.27 |
| 550038402 | 174-3397-57 | 60689 | $ 9,533.04 | 9/21/2005 | | $ 9,533.04 |
| 550028857 | 174-3397-65 | 60690 | $ 3,310.79 | 9/21/2005 | | $ 3,310.79 |
| 550028857 | 174-3397-69 | 60691 | $ 3,143.80 | 9/21/2005 | | $ 3,143.80 |
| 550028871 | 174-3397-73 | 60692 | $ 6,035.13 | 9/21/2005 | | $ 6,035.13 |
| LP697948 | 174-3401-81 | 60693 | $ 1,386.90 | 9/21/2005 | | $ 1,386.90 |
| 550028871 | 174-3396-17 | 60782 | $ 9,642.50 | 9/22/2005 | | $ 9,642.50 |
| 550028871 | 174-3396-19 | 60783 | $ 33,607.97 | 9/22/2005 | | $ 33,607.97 |
| 550028871 | 174-3396-23 | 60785 | $ 9,505.51 | 9/22/2005 | | $ 9,505.51 |
| 550028871 | 174-3396-33 | 60786 | $ 32,146.75 | 9/22/2005 | | $ 32,146.75 |
| 550028871 | 174-3396-35 | 60788 | $ 7,572.45 | 9/22/2005 | | $ 7,572.45 |
| 550028857 | 174-3397-27 | 60792 | $ 8,349.58 | 9/22/2005 | | $ 8,349.58 |
| 550028857 | 174-3397-43 | 60793 | $ 3,637.51 | 9/22/2005 | | $ 3,637.51 |
| 550028857 | 174-3397-45 | 60794 | $ 4,341.78 | 9/22/2005 | | $ 4,341.78 |
| 550028864 | 174-3397-55 | 60795 | $ 5,786.62 | 9/22/2005 | | $ 5,786.62 |
| 550038402 | 174-3397-95 | 60796 | $ 11,522.41 | 9/22/2005 | | $ 11,522.41 |
| 550028871 | 174-3396-17 | 60950 | $ 8,904.29 | 9/23/2005 | | $ 8,904.29 |
| 550028871 | 174-3396-17 | 60952 | $ 11,370.09 | 9/23/2005 | | $ 11,370.09 |
| 550028871 | 174-3396-17 | 60951 | $ 8,927.12 | 9/23/2005 | | $ 8,927.12 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-19 | 60956 | $ 24,460.15 | 9/23/2005 | | $ 24,460.15 |
| 550028871 | 174-3396-19 | 60955 | $ 22,412.92 | 9/23/2005 | | $ 22,412.92 |
| 550028871 | 174-3396-23 | 60958 | $ 23,402.29 | 9/23/2005 | | $ 23,402.29 |
| 550028871 | 174-3396-23 | 60957 | $ 17,146.46 | 9/23/2005 | | $ 17,146.46 |
| 550028871 | 174-3396-31 | 60959 | $ 9,132.60 | 9/23/2005 | | $ 9,132.60 |
| 550028871 | 174-3396-35 | 60960 | $ 22,534.69 | 9/23/2005 | | $ 22,534.69 |
| 550028871 | 174-3396-35 | 60961 | $ 23,219.64 | 9/23/2005 | | $ 23,219.64 |
| 550028857 | 174-3397-27 | 60962 | $ 3,935.19 | 9/23/2005 | | $ 3,935.19 |
| 550028857 | 174-3397-33 | 60963 | $ 8,806.99 | 9/23/2005 | | $ 8,806.99 |
| 550028864 | 174-3397-55 | 60964 | $ 5,968.13 | 9/23/2005 | | $ 5,968.13 |
| 550028871 | 174-3397-73 | 60967 | $ 7,268.03 | 9/23/2005 | | $ 7,268.03 |
| 550028871 | 174-3397-73 | 60966 | $ 7,146.26 | 9/23/2005 | | $ 7,146.26 |
| 550028871 | 174-3400-35 | 60968 | $ 6,697.24 | 9/23/2005 | | $ 6,697.24 |
| 550028871 | 174-3396-17 | 61091 | $ 5,783.98 | 9/26/2005 | | $ 5,783.98 |
| 550028871 | 174-3396-19 | 61092 | $ 14,254.47 | 9/26/2005 | | $ 14,254.47 |
| 550028871 | 174-3396-31 | 61093 | $ 8,013.86 | 9/26/2005 | | $ 8,013.86 |
| 550028871 | 174-3396-33 | 61094 | $ 7,808.37 | 9/26/2005 | | $ 7,808.37 |
| 550028871 | 174-3396-35 | 61095 | $ 8,219.34 | 9/26/2005 | | $ 8,219.34 |
| 550028857 | 174-3397-43 | 61096 | $ 3,441.48 | 9/26/2005 | | $ 3,441.48 |
| 550028857 | 174-3397-65 | 61097 | $ 9,409.61 | 9/26/2005 | | $ 9,409.61 |
| 550028857 | 174-3397-67 | 61098 | $ 2,693.65 | 9/26/2005 | | $ 2,693.65 |
| 550038402 | 174-3397-95 | 61099 | $ 16,996.83 | 9/26/2005 | | $ 16,996.83 |
| 550028871 | 174-3396-19 | 61223 | $ 23,973.08 | 9/27/2005 | | $ 23,973.08 |
| 550028871 | 174-3396-23 | 61225 | $ 13,759.78 | 9/27/2005 | | $ 13,759.78 |
| 550028871 | 174-3396-33 | 61226 | $ 29,247.15 | 9/27/2005 | | $ 29,247.15 |
| 550028864 | 174-3396-59 | 61227 | $ 10,898.01 | 9/27/2005 | | $ 10,898.01 |
| 550028864 | 174-3396-77 | 61229 | $ 8,770.68 | 9/27/2005 | | $ 8,770.68 |
| 550028857 | 174-3397-27 | 61231 | $ 8,603.69 | 9/27/2005 | | $ 8,603.69 |
| 550028875 | 174-3404-13 | 61234 | $ 29,285.20 | 9/27/2005 | | $ 29,285.20 |
| 550028891 | 174-3388-29 | 61358 | $ 5,387.29 | 9/28/2005 | $ 5,340.23 | $ 47.06 |
| 550028857 | 174-3388-77 | 61359 | $ 3,993.28 | 9/28/2005 | $ 3,987.50 | $ 5.78 |
| 550028864 | 174-3392-01 | 61360 | $ 5,009.75 | 9/28/2005 | $ 5,002.50 | $ 7.25 |
| 550028871 | 174-3396-17 | 61361 | $ 5,783.98 | 9/28/2005 | | $ 5,783.98 |
| 550028871 | 174-3396-19 | 61362 | $ 40,411.76 | 9/28/2005 | | $ 40,411.76 |
| 550028871 | 174-3396-33 | 61363 | $ 7,755.10 | 9/28/2005 | | $ 7,755.10 |
| 550028864 | 174-3396-77 | 61364 | $ 5,082.35 | 9/28/2005 | $ 330.25 | $ 4,752.10 |
| 550028891 | 174-3397-11 | 61365 | $ 20,402.01 | 9/28/2005 | $ 2,595.24 | $ 17,806.77 |
| 550028857 | 174-3397-27 | 61366 | $ 3,797.24 | 9/28/2005 | | $ 3,797.24 |
| 550028857 | 174-3397-43 | 61367 | $ 7,245.98 | 9/28/2005 | | $ 7,245.98 |
| 550028864 | 174-3397-55 | 61368 | $ 5,576.06 | 9/28/2005 | $ 5,568.00 | $ 8.06 |
| 550038402 | 174-3395-51 | 61530 | $ 3,971.49 | 9/29/2005 | | $ 3,971.49 |
| 550028871 | 174-3396-13 | 61531 | $ 5,251.25 | 9/29/2005 | | $ 5,251.25 |
| 550028871 | 174-3396-17 | 61532 | $ 10,959.12 | 9/29/2005 | | $ 10,959.12 |
| 550028871 | 174-3396-19 | 61535 | $ 38,950.54 | 9/29/2005 | | $ 38,950.54 |
| 550028871 | 174-3396-23 | 61537 | $ 21,750.81 | 9/29/2005 | | $ 21,750.81 |
| 550028871 | 174-3396-23 | 61536 | $ 22,260.71 | 9/29/2005 | | $ 22,260.71 |
| 550028871 | 174-3396-33 | 61539 | $ 7,937.75 | 9/29/2005 | | $ 7,937.75 |
| 550028871 | 174-3396-35 | 61540 | $ 16,073.38 | 9/29/2005 | | $ 16,073.38 |
| 550028857 | 174-3397-67 | 61542 | $ 10,411.56 | 9/29/2005 | $ 5,869.65 | $ 4,541.91 |
| 550038402 | 174-3397-95 | 61543 | $ 17,221.91 | 9/29/2005 | | $ 17,221.91 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC
## (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3396-17 | 61792 | $ 16,598.50 | 9/30/2005 | | $ 16,598.50 |
| 550028871 | 174-3396-17 | 61791 | $ 5,654.60 | 9/30/2005 | | $ 5,654.60 |
| 550028871 | 174-3396-19 | 61794 | $ 44,437.71 | 9/30/2005 | | $ 44,437.71 |
| 550028871 | 174-3396-19 | 61793 | $ 55,693.64 | 9/30/2005 | | $ 55,693.64 |
| 550028871 | 174-3396-23 | 61796 | $ 15,084.01 | 9/30/2005 | | $ 15,084.01 |
| 550028871 | 174-3396-35 | 61797 | $ 24,345.99 | 9/30/2005 | | $ 24,345.99 |
| 550028871 | 174-3396-35 | 61798 | $ 16,727.88 | 9/30/2005 | | $ 16,727.88 |
| 550028857 | 174-3397-27 | 61800 | $ 3,797.24 | 9/30/2005 | | $ 3,797.24 |
| 550028857 | 174-3397-65 | 61801 | $ 10,934.31 | 9/30/2005 | $ 1,214.08 | $ 9,720.23 |
| 550028871 | 174-3397-73 | 61802 | $ 6,103.62 | 9/30/2005 | | $ 6,103.62 |
| 550028871 | 174-3397-73 | 61803 | $ 7,275.64 | 9/30/2005 | $ 4,341.21 | $ 2,934.43 |
| 550038402 | 174-3397-95 | 61804 | $ 17,817.27 | 9/30/2005 | | $ 17,817.27 |
| 550038402 | 174-3398-01 | 61805 | $ 11,899.96 | 9/30/2005 | $ 11,631.77 | $ 268.19 |
| 550028864 | 174-3391-97 | 61964 | $ 6,077.04 | 10/3/2005 | $ 6,068.25 | $ 8.79 |
| 550028871 | 174-3396-17 | 61965 | $ 5,724.97 | 10/3/2005 | | $ 5,724.97 |
| 550028871 | 174-3396-23 | 61966 | $ 18,809.51 | 10/3/2005 | | $ 18,809.51 |
| 550028871 | 174-3396-23 | 61967 | $ 8,798.63 | 10/3/2005 | | $ 8,798.63 |
| 550028871 | 174-3396-33 | 61968 | $ 8,102.56 | 10/3/2005 | | $ 8,102.56 |
| 550028871 | 174-3396-35 | 61969 | $ 8,446.68 | 10/3/2005 | $ 1,453.30 | $ 6,993.38 |
| 550028891 | 174-3397-11 | 61970 | $ 21,083.16 | 10/3/2005 | $ 19,401.62 | $ 1,681.54 |
| 550028857 | 174-3397-27 | 61971 | $ 4,370.54 | 10/3/2005 | | $ 4,370.54 |
| 550028857 | 174-3397-43 | 61972 | $ 7,142.28 | 10/3/2005 | | $ 7,142.28 |
| 550028857 | 174-3397-69 | 61973 | $ 7,082.51 | 10/3/2005 | $ 2,818.20 | $ 4,264.31 |
| 550028871 | 174-3398-59 | 61979 | $ 11,027.61 | 10/3/2005 | $ 1,453.30 | $ 9,574.31 |
| 550028871 | 174-3398-59 | 61980 | $ 6,499.25 | 10/3/2005 | | $ 6,499.25 |
| 550028857 | 174-3398-81 | 61981 | $ 2,930.90 | 10/3/2005 | $ 2,821.50 | $ 109.40 |
| 550028871 | 174-3396-13 | 62049 | $ 5,380.85 | 10/4/2005 | $ 839.55 | $ 4,541.30 |
| 550028871 | 174-3396-17 | 62050 | $ 7,273.53 | 10/4/2005 | | $ 7,273.53 |
| 550028871 | 174-3396-19 | 62051 | $ 25,316.58 | 10/4/2005 | | $ 25,316.58 |
| 550028871 | 174-3396-23 | 62052 | $ 9,831.00 | 10/4/2005 | | $ 9,831.00 |
| 550028871 | 174-3396-23 | 62053 | $ 8,587.46 | 10/4/2005 | | $ 8,587.46 |
| 550028871 | 174-3396-33 | 62054 | $ 7,953.96 | 10/4/2005 | | $ 7,953.96 |
| 550028864 | 174-3396-59 | 62055 | $ 14,971.88 | 10/4/2005 | | $ 14,971.88 |
| 550028864 | 174-3396-73 | 62056 | $ 5,715.32 | 10/4/2005 | $ 5,546.25 | $ 169.07 |
| 550028857 | 174-3397-33 | 62057 | $ 8,857.81 | 10/4/2005 | | $ 8,857.81 |
| 550028857 | 174-3397-67 | 62058 | $ 4,303.30 | 10/4/2005 | $ 4,176.00 | $ 127.30 |
| 550028871 | 174-3398-37 | 62059 | $ 12,380.64 | 10/4/2005 | | $ 12,380.64 |
| 550028857 | 174-3399-63 | 62061 | $ 8,023.85 | 10/4/2005 | $ 7,786.50 | $ 237.35 |
| 550028871 | 174-3400-35 | 62062 | $ 7,007.62 | 10/4/2005 | $ 1,335.58 | $ 5,672.04 |
| 550028864 | 174-3394-81 | 62148 | $ 11,669.70 | 10/5/2005 | $ 11,324.50 | $ 345.20 |
| 550028871 | 174-3396-19 | 62149 | $ 25,699.81 | 10/5/2005 | | $ 25,699.81 |
| 550028871 | 174-3396-33 | 62150 | $ 16,283.32 | 10/5/2005 | | $ 16,283.32 |
| 550028864 | 174-3396-41 | 62151 | $ 14,852.35 | 10/5/2005 | $ 14,413.00 | $ 439.35 |
| 550028864 | 174-3396-77 | 62152 | $ 5,214.76 | 10/5/2005 | $ 5,060.50 | $ 154.26 |
| 550028871 | 174-3398-45 | 62156 | $ 33,020.26 | 10/5/2005 | | $ 33,020.26 |
| 550028871 | 174-3396-23 | 62243 | $ 19,341.33 | 10/6/2005 | | $ 19,341.33 |
| 550028871 | 174-3396-33 | 62244 | $ 16,111.26 | 10/6/2005 | | $ 16,111.26 |
| 550028864 | 174-3397-35 | 62247 | $ 5,849.79 | 10/6/2005 | $ 5,676.75 | $ 173.04 |
| 550038402 | 174-3397-95 | 62249 | $ 7,067.57 | 10/6/2005 | | $ 7,067.57 |
| 550028871 | 174-3398-37 | 62250 | $ 18,058.69 | 10/6/2005 | | $ 18,058.69 |

United States Bankruptcy Court - Southern District of New York
In re DELPHI AUTOMOTIVE SYSTEMS LLC,
Case No. 05-44640 (RDD)

## ATTACHMENT TO PROOF OF CLAIM OF ALCAN ROLLED PRODUCTS-RAVENSWOOD, LLC (f/k/a PECHINEY ROLLED PRODUCTS, LLC)

| P.O. # | DOI | Inv # | Amount | Inv Date | Less Reclamation Amount | Claimed Amount |
|---|---|---|---|---|---|---|
| 550028871 | 174-3398-37 | 62251 | $ 11,481.23 | 10/6/2005 | | $ 11,481.23 |
| 550028871 | 174-3398-45 | 62255 | $ 42,522.78 | 10/6/2005 | | $ 42,522.78 |
| 550028871 | 174-3398-45 | 62256 | $ 24,057.40 | 10/6/2005 | | $ 24,057.40 |
| 550028871 | 174-3398-59 | 62259 | $ 14,312.43 | 10/6/2005 | $ 13,908.00 | $ 404.43 |
| 550028864 | 174-3399-15 | 62260 | $ 9,891.60 | 10/6/2005 | $ 9,599.00 | $ 292.60 |
| | | | $ 3,788,825.56 | | $ 159,562.23 | $ 3,629,263.33 |

### ADJUSTMENTS AND DISCREPANCIES

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments | |
|---|---|---|---|---|---|---|
| 550028856 | 174-3382-45 | 44543 | $ (4,860.06) | 3/30/2005 | CLAIM CREDIT 3205# | |
| 550035844 | 174-3383-11 | 54924 | $ (1,354.57) | 7/20/2005 | CLAIM CREDIT 1307# | |
| 550035844 | 174-3383-11 | 54923 | $ (1,555.09) | 7/20/2005 | CLAIM CREDITS 450#&1080# | |
| 550028858 | 174-3384-55 | 54925 | $ (112.67) | 7/20/2005 | CLAIM CREDIT 110# | |
| | | | $ (7,882.39) | | | $ (7,882.39) |

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments | |
|---|---|---|---|---|---|---|
| | | 00-4/12 | $ (3,635.29) | 4/12/2005 | DUPLICATE PAYMENTS PER S.TRACY -AT DELPHI | |
| | | 00-6/2 | $ (20,157.01) | 6/2/2005 | DUPLICATE PAYMENTS PER S.TRACY -AT DELPHI | |
| | | | $ (23,792.30) | | | $ (23,792.30) |

| P.O. # | DOI | Inv # | Amount | Inv Date | Comments | |
|---|---|---|---|---|---|---|
| | | 1-N05916 | $ 16,285.50 | 6/17/2005 | DUPLICATE DEDUCTION TO BE PAYED BACK BY DELPHI PER S.SHAV | |
| | | 1-N05979 | $ 29,651.94 | 8/30/2005 | RESEARCH WEIGHT ERROR-- INVOICE 41989 | |
| | | 1-N05987 | $ 2,315.00 | 9/9/2005 | CLAIM 038208 WAITING FOR DISPUTE RESOLUTION | |
| | | 1-N06006 | $ 2,581.09 | 10/5/2005 | CLAIM 038208 DEDUCTION -DELPHI DEBIT NOTE DATED SEPT 2005 | |
| | | | $ 50,833.53 | | | $ 50,833.53 |

GRAND TOTAL $ 3,648,422.17