# EXHIBIT "1"

## TOGUT, SEGAL & SEGAL LLP

### Conflicts Counsel for Delphi Corporation, *et al.*
### Debtors and Debtors in Possession

### Fee Summary for the Period October 8, 2005 through January 31, 2006

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| Albert Togut[1] | 1975 | 2005 | $765 | 200.3 | $153,247.50 |
|  |  | 2006 | $795 | 33.3 | 26,473.50 |
| Frank A. Oswald[1] | 1986 | 2005 | $640 | 31.7 | 20,343.00 |
|  |  | 2006 | $675 | 27.4 | 18,495.00 |
| Neil Berger[1] | 1986 | 2005 | $635 | 212.0 | 134,658.50 |
|  |  | 2006 | $670 | 125.6 | 84,152.00 |
| Scott E. Ratner[1] | 1987 | 2005 | $630 | 23.4 | 14,766.50 |
| Howard P. Magaliff[2] | 1985 | 2005 | $545 | 76.6 | 41,759.00 |
|  |  | 2006 | $585 | 33.1 | 19,363.50 |
| Sean McGrath[3] | 1992 | 2005 | $500 | 52.6 | 26,300.00 |
|  |  | 2006 | $540 | 33.5 | 18,090.00 |
| Anthony Vassallo[3] | 1994 | 2005 | $445 | 109.8 | 48,868.00 |
|  |  | 2006 | $480 | 64.2 | 30,816.00 |
| Daniel F. X. Geoghan[2] | 1999 | 2005 | $310 | 32.5 | 10,081.00 |
| Tally Wiener[3] | 2002 | 2005 | $290 | 24.5 | 7,105.00 |
|  |  | 2006 | $310 | 47.5 | 14,725.00 |
| Jayme Goldstein[3] | 2003 | 2005 | $255 | 123.6 | 31,540.50 |
|  |  | 2006 | $280 | 36.2 | 10,136.00 |
| Renee Randazzo[3] | 2005 | 2005 | $190 | 92.1 | 17,517.00 |
|  |  | 2006 | $210 | 38.5 | 8,085.00 |
| Dawn Person[5] | N/A | 2005 | $190 | 16.8 | 3,201.00 |
|  |  | 2006 | $205 | 6.9 | 1,414.50 |
| James Lee[4] | N/A | 2005 | $175 | 70.7 | 12,378.50 |
|  |  | 2006 | $195 | 21.8 | 4,251.00 |
| Marianne Mortimer[4] | N/A | 2005 | $175 | 66.8 | 11,690.00 |
|  |  | 2006 | $195 | 18.7 | 3,646.50 |
| Brenna McDonough[5] | N/A | 2005 | $135 | 72.3 | 9,763.50 |
| Matthew Goren[4] | N/A | 2005 | $125 | 1.2 | 150.00 |
|  |  | 2006 | $125 | 6.8 | 850.00 |
| Scott Passet[4] | N/A | 2005 | $125 | 5.7 | 712.50 |
|  |  | 2006 | $125 | 8.6 | 1,075.00 |
| Denise Cahir[5] | N/A | 2005 | $125 | .3 | 37.50 |
|  |  | 2006 | $140 | 11.8 | 1,652.00 |

| Shari Virag[5] | N/A | 2005 | $115 | 1.2 | 138.00 |
|---|---|---|---|---|---|
| Ashleigh Brogan[5] | N/A | 2006 | $115 | 20.8 | 2,392.00 |
| **TOTAL:** | | | | **1,748.8** | **$789,874.00** |

---

1   Partner
2   Of Counsel
3   Associate
4   Law Clerk
5   Paralegal