# EXHIBIT "2"

## TOGUT, SEGAL & SEGAL LLP

**Conflicts Counsel for Delphi Corporation, *et al.*
Debtors and Debtors in Possession**

## Expense Summary for the Period October 8, 2005 through January 31, 2006

| **Expense** | **Amount** |
|---|---|
| Fax | $0.20 |
| Long-Distance Telephone | $83.50 |
| Working Meals | $177.99 |
| Lodging | $847.20 |
| Messenger | $72.78 |
| Online Research | $1,518.10 |
| Overnight Courier | $232.43 |
| Photocopies | $2,578.40 |
| Travel-airfare | $5,469.50 |
| Travel-ground | $3,551.05 |
| **TOTAL:** | **$14,531.15** |