| | |
|---|---|
| **Name of Applicant:** | **HEARING DATE:** 6/20/06 |
| TOGUT, SEGAL & SEGAL LLP | **AT:** 10:00 a.m. |
| Conflicts Counsel for | |
| Debtors and Debtors in Possession | 1st Interim Fees Sought: $789,874.00 |
| One Penn Plaza, Suite 3335 | 1st Interim Expenses Sought: $ 14,531.15 |
| New York, New York 10119 | 1st Interim Aggregate Fees |
| (212) 594-5000 | and Expenses Sought: $804,405.15 |
| Albert Togut (AT-9759) | |
| Neil Berger (NB-3599) | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re                                                        :    Chapter 11
                                                             :
    DELPHI CORPORATION, et al.,                              :    Case No. 05-44481 (RDD)
                                                             :
              Debtors.                                       :    (Jointly Administered)
                                                             :
-------------------------------------------------------------X

**Schedule of Fees for the Period October 8, 2005 through January 31, 2006.**

| Name of Professional(s) | Year Admitted | Year Fee Incurred | Hourly Rate | Hours Engaged | Total Value(s) |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| Albert Togut | 1975 | 2005 | $765 | 200.3 | $153,247.50 |
| | | 2006 | $795 | 33.3 | 26,473.50 |
| Frank A. Oswald | 1986 | 2005 | $640 | 31.7 | 20,343.00 |
| | | 2006 | $675 | 27.4 | 18,495.00 |
| Neil Berger | 1986 | 2005 | $635 | 212.0 | 134,658.50 |
| | | 2006 | $670 | 125.6 | 84,152.00 |
| Scott E. Ratner | 1987 | 2005 | $630 | 23.4 | 14,766.50 |
| **OF COUNSEL** | | | | | |
| Howard P. Magaliff | 1985 | 2005 | $545 | 76.6 | 41,759.00 |
| | | 2006 | $585 | 33.1 | 19,363.50 |
| **ASSOCIATES** | | | | | |
| Sean McGrath | 1992 | 2005 | $500 | 52.6 | 26,300.00 |
| | | 2006 | $540 | 33.5 | 18,090.00 |
| Anthony Vassallo | 1994 | 2005 | $445 | 109.8 | 48,868.00 |
| | | 2006 | $480 | 64.2 | 30,816.00 |
| Daniel F. X. Geoghan | 1999 | 2005 | $310 | 32.5 | 10,081.00 |
| Tally Wiener | 2002 | 2005 | $290 | 24.5 | 7,105.00 |
| | | 2006 | $310 | 47.5 | 14,725.00 |
| Jayme Goldstein | 2003 | 2005 | $255 | 123.6 | 31,540.50 |
| | | 2006 | $280 | 36.2 | 10,136.00 |
| Renee Randazzo | 2005 | 2005 | $190 | 92.1 | 17,517.00 |
| | | 2006 | $210 | 38.5 | 8,085.00 |
| **LAW CLERKS** | | | | | |
| James Lee | N/A | 2005 | $175 | 70.7 | 12,378.50 |
| | | 2006 | $195 | 21.8 | 4,251.00 |
| Marianne Mortimer | N/A | 2005 | $175 | 66.8 | 11,690.00 |
| | | 2006 | $195 | 18.7 | 3,646.50 |

| Matthew Goren | N/A | 2005 | $125 | 1.2 | 150.00 |
|---|---|---|---|---|---|
| | | 2006 | $125 | 6.8 | 850.00 |
| Scott Passet | N/A | 2005 | $125 | 5.7 | 712.50 |
| | | 2006 | $125 | 8.6 | 1,075.00 |
| **PARALEGALS** | | | | | |
| Dawn Person | N/A | 2005 | $190 | 16.8 | 3,201.00 |
| | | 2006 | $205 | 6.9 | 1,414.50 |
| Brenna McDonough | N/A | 2005 | $135 | 72.3 | 9,763.50 |
| Denise Cahir | N/A | 2005 | $125 | 0.3 | 37.50 |
| | | 2006 | $140 | 11.8 | 1,652.00 |
| Shari Virag | N/A | 2005 | $115 | 1.2 | 138.00 |
| Ashleigh Brogan | N/A | 2006 | $115 | <u>20.8</u> | <u>2,392.00</u> |
| **TOTAL** | | | | **<u>1,748.8</u>** | **<u>$789,874.00</u>** |

---

1    The rates charged herein are the same rates charged in all other cases on which this firm is engaged.