## **EXHIBIT B**

## **SUMMARY SHEET**

*In re: Delphi Corporation*

**CASE NO. 05-44481 (RDD) (CHAPTER 11)**

**Name of Applicant: Dickinson Wright PLLC**

**Role: A Key Ordinary Course Counsel to the Debtors**

**Current Application:**                Fees Requested:        $8,973.50
                                        Expenses Requested: $0

**RETAINER PAID: $0**

    **A.**    **Summary of Timekeepers**

| Timekeeper | Year Admitted | Dept. | Rate | Hours | Amount |
|---|---|---|---|---|---|
| <u>Attorneys</u> | | | | | |
| Edgar C. Howbert | 1966 | Bankruptcy | $ 425 | 5.3 | $ 2,252.50 |
| Bruce C. Thelen | 1978 | Corporate | $ 385 | 14.6 | $ 5,621.00 |
| Christopher C. Maeso | 1995 | Corporate | $ 220 | 5.0 | $ 1,100.00 |
| | | | | | |
| **Total Hours** | | | | 24.9 | |
| **Attorney Totals** | | | | | $ 8,973.50 |
| **Attorney Blended Rate** | | | | | $ 343.30 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DETROIT 25980-99 932468v1