# EXHIBIT C

## INDEX OF INVOICES BY MATTER NUMBER

1.  G&B Distribution, L.L.C. (25980-87)
2.  Medem, Inc. (25980-90)
3.  Motorola Corporation (25980-92)
4.  Motion Computing, Inc. (25980-95)
5.  Professional Retention/Fee Application (25980-99)

DETROIT 25980-99 933316

# EXHIBIT C

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                          Invoice No. 528035
LEGAL DEPARTMENT - M/C 483-400-603          March 29, 2006
5725 DELPHI DRIVE                           Page    1
TROY, MI 48098-2815

ATTN: MICHELE PISCITELLI


DW Attorney:   C C MAESO
Our File No.:  025980-00087


            Re:  G&B DISTRIBUTION, L.L.C.


    For Legal Services from Jan 25, 2006 through Jan 31, 2006

    Date     Professional Services     Professional      Hours Rate   Charge
    ----     ---------------------     ------------      ----- ----   ------


         B200 - OPERATIONS

              B210 -

01/25/06 Reviewed comments of G&B's    C C MAESO           .60 $220   $132.00
         attorney to guaranty;
         revised and distributed
         Delphi guaranty; call with
         J. Willis
     A104

                                       Task Subtotal                  $132.00

                                       Phase Subtotal                 $132.00

                    Fee Subtotal                                      $132.00

                                       Total Hours         .60



                    Grand Total                                       $132.00

Summary:
--------

   C C MAESO            MEMBER             .6 hours at $220           $132.00
```

**EXHIBIT C**

IN ACCOUNT WITH



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                         Invoice No.  524979
LEGAL DEPARTMENT - M/C 483-400-603         April 24, 2006
5725 DELPHI DRIVE                          Page    1
TROY, MI  48098-2815

ATTN: MICHELE PISCITELLI


DW Attorney:    B C THELEN
Our File No.:   025980-00090


           Re:  DELPHI MEDICAL SYSTEMS - MEDEM, INC.


     For Legal Services from Jan 20, 2006 through Jan 23, 2006


     Date     Professional Services         Professional     Hours Rate    Charge
     ----     ---------------------         ------------     ----- ----    ------



              B200 - OPERATIONS

                 B210 -

     01/20/06 Memos from and to Sevrain;    B C THELEN       1.00 $385    $385.00
              work on outline of
              revisions of draft a
              agreement with Medem
        A103

     01/22/06 Extensive work on revision    B C THELEN       7.70 $385    $2964.50
              of draft internet
              collaboration agreement;
              related review of prior
              drafts and correspondence;
              memo to Sevrain re same
        A103

     01/23/06 Further review and revision   B C THELEN       5.90 $425    $2271.50
              of draft internet
              collaboration agreement;
              detailed review of Medem
              information regarding iHealth
              Service Records and related
              matters; review related
              correspondence; review descriptive
              materials regarding iHealth and
              Pocket Chart; prepare draft of
              iHealth/Pocket Chart integration
              text; memo to Sevrain re same
        A103
```

**EXHIBIT C**

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

```
025980-00099                                       Invoice No.   524979
DELPHI CORPORATION                                 April 24, 2006
RETENTION AND FEE APPLICATION WORK                 Page    2


             Fee Subtotal                                    $5,621.00

                           Total Hours   14.60


             Grand Total                                     $5,621.00

Summary:
--------

   B C THELEN        MEMBER         14.6 hours at $385   $5,621.00
```

DETROIT 25980-99 933183

**EXHIBIT C**



IN ACCOUNT WITH
DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                              Invoice No.  528036
LEGAL DEPARTMENT - M/C 483-400-603              March 29, 2006
5725 DELPHI DRIVE                               Page     1
TROY, MI  48098-2815

ATTN: MICHELE PISCITELLI


DW Attorney:   C C MAESO
Our File No.:  025980-00092


            Re:  MOTOROLA CORPORATION


     For Legal Services from Jan 26, 2006 through Jan 31, 2006


     Date      Professional Services       Professional      Hours Rate   Charge
     ----      ---------------------       ------------      ----- ----   ------



           B200 - OPERATIONS

              B210 -

 01/26/06  Reviewed and commented on       C C MAESO          .50  $220   $110.00
           Motorola Licensing
           Agreement
    A104

 01/27/06  Call with B. Werner on          C C MAESO         1.10  $220   $242.00
           Motorola term sheet;
           reviewed, revised and
           drafted revisions to terms
           sheet and Delphi's issues
           document
    A103

 01/31/06  Call and correspondence         C C MAESO          .60  $220   $132.00
           with B. Werner;
           distributed draft of
           Delphi's comments
    A104

                                          Task Subtotal              $484.00

                                          Phase Subtotal             $484.00
```

**EXHIBIT C**

IN ACCOUNT WITH



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
025980-00092                                   Invoice No.  528036
DELPHI CORPORATION                             March 29, 2006
MOTOROLA CORPORATION                           Page    2

Date      Professional Services    Professional    Hours Rate   Charge
----      ---------------------    ------------    ----- ----   ------

                       Fee Subtotal                              $484.00

                              Total Hours          2.20


                              Grand Total                        $484.00

Summary:
--------

   C C MAESO            MEMBER          2.2 hours at $220     $484.00
```

**EXHIBIT C**

IN ACCOUNT WITH


DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                         Invoice No. 528034
LEGAL DEPARTMENT - M/C 483-400-603         March 29, 2006
5725 DELPHI DRIVE                          Page    1
TROY, MI  48098-2815

ATTN: MICHELE PISCITELLI


DW Attorney:   C C MAESO
Our File No.:  025980-00095


          Re:  MOTION COMPUTING. INC.


     For Legal Services from Jan 26, 2006 through Jan 31, 2006

     Date      Professional Services      Professional    Hours Rate   Charge
     ----      ---------------------      ------------    ----- ----   ------


          B200 - OPERATIONS

             B210 -

    01/26/06 Reviewed and commented on    C C MAESO        .50 $220   $110.00
             Motion Computing Agreement
      A104

    01/27/06 Call with S. Brigolin;       C C MAESO       1.10 $220   $242.00
             reviewed, revised and
             distributed comments to
             Motion Computing Agreement
      A103

    01/31/06 Correspondence with S.       C C MAESO        .60 $220   $132.00
             Brigolin; reviewed revised
             agreement; distributed
             comments to revised
             agreement
      A106

                                          Task Subtotal              $484.00

                                          Phase Subtotal             $484.00
```

**EXHIBIT C**

IN ACCOUNT WITH



500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
025980-00095                                        Invoice No.  528034
DELPHI CORPORATION                                  March 29, 2006
MOTION COMPUTING. INC.                              Page    2

Date       Professional Services      Professional       Hours Rate    Charge
----       ---------------------      ------------       ----- ----    ------

                       Fee Subtotal                                    $484.00

                                      Total Hours        2.20


                       Grand Total                                     $484.00

Summary:
--------

   C C MAESO              MEMBER          2.2 hours at $220        $484.00
```

**EXHIBIT C**

IN ACCOUNT WITH


DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
DELPHI CORPORATION                              Invoice No. 528475
LEGAL DEPARTMENT - M/C 483-400-603              March 31, 2006
5725 DELPHI DRIVE                               Page    1
TROY, MI  48098-2815

ATTN:  MICHELE PISCITELLI


DW Attorney:   E C HOWBERT
Our File No.:  025980-00099


       Re:  RETENTION AND FEE APPLICATION WORK


    For Legal Services from Jan 13, 2006 through Jan 31, 2006


   Date     Professional Services      Professional    Hours Rate   Charge
   ----     ---------------------      ------------    ----- ----   ------


          B100 - ADMINISTRATION

              B160 -

01/13/06  Calls to honaker and maeso   E C HOWBERT      .40 $425    $170.00
          on facts for retention
          motion
   A105

01/13/06  Review motion and order,     E C HOWBERT     1.70 $425    $722.50
          prep of ordinary course
          affidavit.  review orders.
   A103

01/13/06  Email information to de      E C HOWBERT      .30 $425    $127.50
          elizalde at skadden, call
          from her.
   A107

01/16/06  Message to d.delizalde on    E C HOWBERT      .30 $425    $127.50
          provisions in motion for
          retention
   A107
```

## EXHIBIT C

IN ACCOUNT WITH

**DICKINSON WRIGHT** PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

| | |
|---|---|
| 025980-00099<br>DELPHI CORPORATION<br>RETENTION AND FEE APPLICATION WORK | Invoice No. 528475<br>March 31, 2006<br>Page    2 |

| Date | Professional Services | Professional | Hours | Rate | Charge |
|------|----------------------|--------------|-------|------|--------|
| 01/18/06<br>A105 | Confirm with Honaker intellectual property services for delphi retention | E C HOWBERT | .30 | $425 | $127.50 |
| 01/18/06<br>A107 | Call to skadden with information on motion to retain | E C HOWBERT | .20 | $425 | $85.00 |
| 01/19/06<br>A105 | Obtain information from honaker and maeso for the motion to retain | E C HOWBERT | .60 | $425 | $255.00 |
| 01/19/06<br>A107 | Call to de elizalde, call from zaltzman, send documents to him relating to motion to retain | E C HOWBERT | .60 | $425 | $255.00 |
| 01/20/06<br>A105 | Review information with honaker and maeso for the motion for retention | E C HOWBERT | .20 | $425 | $85.00 |
| 01/20/06<br>A107 | Emails from zaltzman, , forward emails to zaltzman relating to information on motion to retain | E C HOWBERT | .30 | $425 | $127.50 |
| 01/23/06<br>A107 | Resend exhibits to zaltzman | E C HOWBERT | .20 | $425 | $85.00 |
| 01/26/06<br>A107 | Email to zaltzman on status of motion for retention | E C HOWBERT | .20 | $425 | $85.00 |

|  |  |
|---|---|
| Task Subtotal | $2,252.50 |
| Phase Subtotal | $2,252.50 |

**EXHIBIT C**

IN ACCOUNT WITH

DICKINSON WRIGHT PLLC

500 WOODWARD AVENUE, SUITE 4000
DETROIT, MICHIGAN 48226-3425
TELEPHONE: (313) 223-3500
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

```
025980-00099                                    Invoice No.  528475
DELPHI CORPORATION                              March 31, 2006
RETENTION AND FEE APPLICATION WORK              Page    3

              Fee Subtotal                                  $2,252.50

                           Total Hours   5.30


              Grand Total                                   $2,252.50

Summary:
--------

    E C HOWBERT         MEMBER          5.3 hours at $425    $2,252.50
```