# DICKINSON WRIGHT PLLC

## Edgar C. Howbert

**MEMBER**

### Areas of Practice Emphasis

- Banking and Financial Services
- Bankruptcy
- Mergers and Acquisitions

### Representative Clients

- JP Morgan Chase Bank, N.A.
- Altarum Institute (formerly Environmental Research Institute of Michigan)
- Borders Group, Inc.

### Significant Assignments

- Counsel to Bank One's Business Finance Group in numerous credit-based and asset-based loan transactions
- Counsel to JP Morgan Chase Bank, N.A. as Agent in the Chapter 11 proceedings of Aetna Industries, Inc, Zenith Industrial Corporation, The Ingersoll Milling Machine Company, Fleming Packaging Corporation, and others
- Counsel to Debtors and Creditors Committees in Chapter 11 proceedings
- Counsel to Borders Group, Inc. in connection with its borrowing transactions
- Counsel to various corporations, e.g., Fred Sanders, Weaver Exploration Company, Palace Quality Service Industries, Inc. on general corporate matters, including both public and private offerings of stock
- Counsel to Visteon Corporation in connection with its commercial paper program

### Education

- L.L.B. (*cum laude*), Harvard Law School, 1965
- A.B. (*cum laude*), Princeton University, 1959

### Admitted to Practice

- Michigan, 1966

### Professional and Community Involvement

- Former Member of Board of Directors and General Counsel, Turnaround Management Association
- General Counsel, Association of Certified Turnaround Professionals, Inc.
- Member, Debtor and Creditor Section of Metropolitan Detroit Bar Association
- Member, American Bankruptcy Institute
- Former President, Board of Trustees, Franklin-Wright Settlements, Inc.
- Former President, Board of Trustees, Friends School in Detroit
- Former member, Board of Trustees, University Liggett School
- Director, Detroit Youth Foundation

### Publications

- *Digest of Commercial Laws of the World*, "State Variations of Commercial Law for Michigan"
- Co-author of book, *Strategies for Secured Creditors in Workouts and Foreclosures*, American Law Institute and American Bar Association, 2004

### Acknowledgements

- 2005-2006 Edition of the Best Lawyers in America

**Detroit:** Phone: 313-223-3517 • Fax: 313-223-3598 • E-mail: ehowbert@dickinsonwright.com



# DICKINSON WRIGHT PLLC

## ▶ Bruce C. Thelen

**MEMBER**

### Areas of Practice Emphasis

- Banking and Financial Services
- Corporate
- Corporate Finance
- International
- Mergers and Acquisitions

### Prominent Assignments

- International business:
  - Export, import, customs and international trade
  - Distribution, marketing and licensing arrangements
  - Establishment of subsidiaries, branch offices and facilities
  - Joint ventures and strategic alliances
  - Acquisitions and direct investments
  - Litigation abroad
- Banking and finance:
  - Crossborder financing
  - Letters of credit and trade finance
  - Interest rate and currency swaps and derivatives
- Geographic scope extends to all regions of the world

### Education

- J.D. (*cum laude*), University of Michigan Law School, 1977
- B.A. (high honors), Michigan State University, 1973

### Admitted to Practice

- Michigan
- New York
- Illinois
- U.S. Court of International Trade

### Professional and Community Involvement

- Chairman, International Law Section, State Bar of Michigan, 1990-91
- Chair, Subcommittee on Financial Aspects of International Sales, International Bar Association, London
- Appointed to four-year terms on Michigan District Export Council by U.S. Secretary of Commerce, 1995, 1999 and 2003
- Chairman, German American Chamber of Commerce, Michigan Chapter
- Board of Directors, German American Chamber of Commerce of the Midwest, Chicago
- Detroit Regional Chamber of Commerce— Executive Committee, World Trade Club and International Business Council 1992-2004; Chairman, European Mission Committee 1991, 1992 and 1995; Leadership Detroit Program 1986-87
- Global Partnership Member, Michigan Economic Development Corporation
- Advisory Council, Center for International Business Education, University of Michigan Business School
- Advisory Board, International Institute of Metropolitan Detroit
- Honorary Board of Directors, World Bridge, Wayne State University
- United Way Community Services, Southeast Michigan— Community Leaders Council, Strategic Planning Committee, Chairman, Research and Information Services Committee 1996-2003, Fund Allocation Panel 1987-95

### Honors

- Order of Merit (*Bundesverdienstkreuz*) awarded in December, 2000 by President of Federal Republic of Germany

**Detroit:**  Phone: 313-223-3624  •  Fax: 313-223-3598  •  E-mail: bthelen@dickinsonwright.com



# DICKINSON WRIGHT PLLC

## ▶ Christopher C. Maeso

**MEMBER**

### Areas of Practice Emphasis

- Corporate
- Securities

### Representative Clients

- Delphi Corporation
- Crestmark Bank
- Olga's Kitchen, Inc.
- Seligman & Associates
- LaSalle Bank Midwest, N.A.
- Midelem Companies

### Prominent Assignments

- Borrower's counsel on a $2.8 billion financing
- Representation of a NYSE listed company in all of their securities law matters
- Chief counsel for a local bank on all corporate and commercial issues
- Corporate and acquisition counsel for major companies in the automotive supply, manufacturing, toy, restaurant, banking, technology and other industries
- Drafting master form commercial documents for a Tier One automotive supplier and Fortune 100 company
- Negotiating and closing a complex joint venture arrangement between an Internet start-up and Fortune 100 company
- Acting as primary counsel for a real estate developer in the acquisition, financing and development of office buildings and vacant land
- Representation of a NYSE listed target company in a hostile tender offer
- Representation of a separate NYSE listed target company in a hostile proxy contest

### Education

- B.A., University of Michigan
- J.D., University of Michigan Law School

### Admitted to Practice

- Michigan, 1995
- Illinois, 1995

### Professional and Community Involvement

- Member of the State Bar of Michigan
- Member of the Illinois State Bar Association
- Member of the American Bar Association
- Former Member of the Board of Directors for the Michigan Hispanic Bar Association
- Member of the Board of Directors of the Technology Law and Training Advisory Board for the Institute of Continuing Legal Education

### Publications and Presentations

- Guest Lecturer at Hillsdale College undergraduate entrepreneur's course – Spring 2005
- Privacy Policies—Don't Draft Away One of Your Client's Most Valuable Assets, Michigan Business Law Journal—Fall 2001

**Bloomfield Hills:** Phone: 248-433-7501 • Fax: 248-433-7274 • E-mail: cmaeso@dickinsonwright.com