Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
                                               :
In re:                                         :       Chapter 11
                                               :
DELPHI CORPORATION, et al.,                    :
                                               :       Case No. 05-44481 (RDD)
                        Debtors.               :       (Jointly Administered)
                                               :
------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006 I caused a true and correct copy of the

**Notice of Motion and Motion of International Union, United Automobile, Aerospace and Implement Workers of America (UAW) to Limit Participation in the Hearing On Delphi's Section 1113 and Section 1114 Motion** to be duly served on the Master Service List parties by overnight mail and the 2002 Service List parties by Email (to those parties with an email address) or First-Class mail on the remaining parties, which were downloaded on April 25, 2006.

   /s/ Babette Ceccotti
Babette A. Ceccotti (BC 2690)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

00089880.DOC.1

## Master Service List

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Robert J. Stark | Brown Rudnick Berlack Israels LLP | Seven Times Square | | New York | NY | 10036 |
| Michelle Robson | Capital Research and Management Company | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran, Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Michael Nefkens | Electronic Data Systems Corp. | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Carrie L. Schiff | Flextronics International | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Paul W. Anderson | Flextronics International USA, Inc. | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Richard Lee Chambers, III | Freescale Semiconductor, Inc. | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Randall S. Eisenberg | FTI Consulting, Inc. | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Valerie Venable | General Electric Company | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Stephen H. Gross | Hodgson Russ LLP | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Frank L. Gorman, Esq. Robert B. Weiss, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Attn: Insolvency Department, Maria Valerio | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Attn: Insolvency Department | Internal Revenue Service | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Henry Reichard | IUE-CWA | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| William Q. Derrough | Jefferies & Company, Inc, | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| Thomas F. Maher, Richard Duker, Gianni Russello, Vilma Francis | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |
| Gordon Z. Novod, Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |
| Patrick J. Healy, Daniel R. Fisher | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| David D. Cleary, Mohsin N. Khambati | McDermott Will & Emery LLP | 227 West Monroe Street | | Chicago | IL | 60606 |
| J. Brian McTigue, Cornish F. Hitchcock | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Leon Szlezinger | Mesirow Financial | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Joseph T. Moldovan, | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 |

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---------|---------|----------|----------|------|-----|-----|
| Esq. | | | | | | |
| Mark Schonfeld, Regional Director | Northeast Regional Office | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 |
| Robert Siegel | O'Melveny & Meyer LLP | 400 South Hope Street | | Los Angeles | CA | 90071 |
| Tom A. Jerman, Rachel Janger | O'Melveny & Meyer LLP | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Jeffrey Cohen, Ralph L. Landy | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Sandra A. Riemer | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 |
| David L. Resnick | Rothchild Inc. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Robert W. Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Douglas Bartner, Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler, John K. Lyons, Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| Kayalyn A. Marafioti, Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Daniel D. Doyle, Nicholas Franke | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Chester B. Salomon, Constantine D. Pourakis | Stevens & Lee, P.C. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| MaryAnn Brereton, Assistant General Counsel | Tyco Electronics Corporation | 60 Columbia Road | | Morristown | NJ | 7960 |
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Jeffrey L. Tanenbaum, Martin J. Bienenstock, Michael P. Kessler | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Steven M. Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |
| Edward M. Fox | Kirkpatrick & Lockhart Nicholas Graham LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Glenn M. Kurtz Gerard Uzzi Douglas P. Baumstein | White & Case LLP | 1155 Avenue of the Americas | | New York | NY | 10036-2787 |

## 2002 Service List

David Boyle
Airgas, Inc.
david.boyle@airgas.com

Wallace A. Showman
Ajamie LLP
wshowman@ajamie.com

Thomas A. Ajamie
Ajamie LLP
tajamie@ajamie.com

Alan Swiech
Akebono Corporation (North America)
aswiech@akebono-usa.com

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
pgurfein@akingump.com

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
mgreger@allenmatkins.com

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
dconnolly@alston.com; dwender@alston.com

Craig E. Freeman
Alston & Bird, LLP
craig.freeman@alston.com

Ronald L. Jones
Ambrake Corporation
rjones@ambrake.com

Steven R. Keyes
American Axle & Manufacturing, Inc.
steven.keyes@aam.com

Monica S. Blacker
Andrews Kurth LLP
mblacker@andrewskurth.com

Gogi Malik
Andrews Kurth LLP
gogimalik@andrewskurth.com

Leigh Walzer
Angelo, Gordon & Co.
lwalzer@angelogordon.com

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten,
LLP
mtf@afrct.com

Andy Leinhoff
APS Clearing, Inc.
aleinoff@amph.com

Matthew Hamilton
APS Clearing, Inc.
mhamilton@ampn.com

Mitchell D. Cohen
Arent Fox PLLC
Cohen.Mitchell@arentfox.com

Robert M. Hirsh
Arent Fox PLLC
Hirsh.Robert@arentfox.com

Darryl S. Laddin
Arnall Golden Gregory LLP
dladdin@agg.com

Joel M. Gross
Arnold & Porter LLP
joel_gross@aporter.com

Carl Galloway
ATS Automation Tooling Systems Inc.
cgalloway@atsautomation.com

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
william.barrett@bfkpn.com

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
kim.robinson@bfkpn.com

John T. Gregg
Barnes & Thornburg LLP
john.gregg@btlaw.com

Michael K. McCrory
Barnes & Thornburg LLP
michael.mccrory@btlaw.com

Patrick E. Mears
Barnes & Thornburg LLP
pmears@btlaw.com

Alan K. Mills
Barnes & Thornburg LLP
alan.mills@btlaw.com

Wendy D. Brewer
Barnes & Thornburg LLP
wendy.brewer@btlaw.com

Mark R. Owens
Barnes & Thornburg LLP
mark.owens@btlaw.com

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
ffm@bostonbusinesslaw.com

John P. Coffey
Bernstein Litowitz Berger & Grossman
sean@blbglaw.com

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
hannah@blbglaw.com

Eileen McNerney
Bernstein Litowitz Berger & Grossman
eileen@blbglaw.com

James P. Murphy
Berry Moorman P.C.
murph@berrymoorman.com

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
klaw@bbslaw.com

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
lschwab@bbslaw.com

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
pcostello@bbslaw.com

Thomas M. Gaa
Bialson, Bergen & Schwab
tgaa@bbslaw.com

Bonnie Glantz Fatell
Blank Rome LLP
fatell@blankrome.com

Marc E. Richards
Blank Rome LLP
mrichards@blankrome.com

Ralph E. McDowell
Bodman LLP
rmcdowell@bodmanllp.com

Stephen A. Donato
Bond, Schoeneck & King, PLLC
sdonato@bsk.com

Camille W. Hill
Bond, Schoeneck & King, PLLC
chill@bsk.com

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
csullivan@bsk.com

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
jhinshaw@boselaw.com

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
rjones@bccb.com

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
amcmullen@bccb.com

Donald K. Ludman
Brown & Connery, LLP
dludman@brownconnery.com

Shawn M. Christianson
Buchalter Nemer, A Profesional  Corporation
schristianson@buchalter.com

Michael Leo Hall
Burr & Forman LLP
mhall@burr.com

Steven E. Abelman
Cage Williams & Abelman, P.C.
sabelman@cagewilliams.com

Jonathan Greenberg
Cahill Gordon & Reindel LLP
jonathan.greenberg@engelhard.com

Robert Usadi
Cahill Gordon & Reindel LLP
rusadi@cahill.com

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
driggio@candklaw.com

Robert A. Weisberg
Carson Fischer, P.L.C.
rweisberg@carsonfischer.com

Aaron R. Cahn
Carter Ledyard & Milburn LLP
cahn@clm.com

Seth A. Drucker
Clark Hill PLC
sdrucker@clarkhill.com

Joel D. Applebaum
Clark Hill PLC
japplebaum@clarkhill.com

Robert D. Gordon
Clark Hill PLLC
rgordon@clarkhill.com

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
maofiling@cgsh.com

Thomas D. Maxson
Cohen & Grigsby, P.C.
tmaxson@cohenlaw.com

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
srosen@cb-shea.com

Amy Wood Malone
Colbert & Winstead, P.C.
amalone@colwinlaw.com

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
Elliott@cmplaw.com

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
jwisler@cblh.com

Mark Lee, Janice Stanton; Bill Raine; Seth Lax
Contrarian Capital Management, L.L.C.
mlee@contrariancapital.com;
jstanton@contrariancapital.com;
wraine@contrariancapital.com;
solax@contrariancapital.com

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
Pretekin@coollaw.com

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
wachstein@coollaw.com

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
derrien@coollaw.com

Nancy H. Pagliaro
Cornell University
nhp4@cornell.edu

Susan Power Johnston
Covington & Burling
sjohnston@cov.com

Robert  Szwajkos
Curtin & Heefner, LLP
rsz@curtinheefner.com

Daniel P. Mazo
Curtin & Heefner, LLP
dpm@curtinheefner.com

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
athau@cm-p.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
sreisman@cm-p.com

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
dkarp@cm-p.com

Kim Kolb
DaimlerChrysler Corporation
krk4@daimlerchrysler.com

William F. Savino
Damon & Morey LLP
wsavino@damonmorey.com

Jay Selanders
Daniels & Kaplan, P.C.
selanders@danielsandkaplan.com

Carol Sowa
Denso International America, Inc.
carol_sowa@denso-diam.com

Amina Maddox
Deputy Attorney General
amina.maddox@dol.lps.state.nj.us

Gerard DiConza, Esq.
DiConza Law, P.C.
gdiconza@dlawpc.com

John Persiani
Dinsmore & Shohl LLP
john.persiani@dinslaw.com

Richard M. Kremen; Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
richard.kremen@dlapiper.com

Andrew C. Kassner
Drinker Biddle & Reath LLP
andrew.kassner@dbr.com

David B. Aaronson
Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Margery N. Reed, Esq.
Duane Morris LLP
dmdelphi@duanemorris.com

Wendy M. Simkulak, Esq.
Duane Morris LLP
wmsimkulak@duanemorris.com

Joseph H. Lemkin
Duane Morris LLP
jhlemkin@duanemorris.com

Ayala Hassell
Electronic Data Systems Corporation
ayala.hassell@eds.com

Alan H. Katz
Entergy Services, Inc.
akatz@entergy.com

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
dfreedman@ermanteicher.com

Gary Ettelman
Ettelman & Hochheiser, P.C.
gettelman@e-hlaw.com

Gary E. Green
Fagel Haber LLC
ggreen@fagelhaber.com

Lauren Newman
Fagel Haber LLC
lnewman@fagelhaber.com

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
tdonovan@finkgold.com

Jill L. Murch
Foley & Lardner LLP
jmurch@foley.com

Fred Stevens
Fox Rothschild LLP
fstevens@foxrothschild.com

Michael J. Viscount, Jr.
Fox Rothschild LLP
mviscount@foxrothschild.com

Frederick T. Rikkers
ftrikkers@rikkerslaw.com

Eric Wainer
Gazes LLC
office@gazesllc.com

Ian J. Gazes
Gazes LLC
ian@gazesllc.com

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
crieders@gjb-law.com

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
dcrapo@gibbonslaw.com

Merle C. Meyers
Goldberg, Stinnett, Meyers & Davis
mmeyers@gsmdlaw.com

Allan S. Brilliant
Goodwin Proctor LLP
abrilliant@goodwinproctor.com

Craig P. Druehl
Goodwin Proctor LLP
cdruehl@goodwinproctor.com

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com

Peter D. Bilowz
Goulston & Storrs, P.C.
pbilowz@goulstonstorrs.com

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
gjarvis@ggelaw.com

Sharan Nirmul
Grant & Eisenhofer P.A.
snirmul@gelaw.com

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
mrr@previant.com

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
tch@previant.com

J. Michael Debbler; Susan M. Argo
Graydon Head & Ritchey LLP
mdebbeler@graydon.com

Cherie Macdonald; J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
ckm@greensfelder.com; jpb@greensfelder.com

Herb Reiner
Guaranty Bank
herb.reiner@guarantygroup.com

Alan D. Halperin; Christopher J.Battaglia; Julie D. Dyas
Halperin Battaglia Raicht, LLP
cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; jdyas@halperinlaw.net

Harris D. Leinwand
hleinwand@aol.com

Paul Rubin
Herrick, Feinstein LLP
prubin@herrick.com

Anne Marie Kennelly
Hewlett-Packard Company
anne.kennelly@hp.com

Kenneth F. Higman
Hewlett-Packard Company
ken.higman@hp.com

Sharon Petrosino
Hewlett-Packard Company
sharon.petrosino@hp.com

Glen Dumont
Hewlett-Packard Company
glen.dumont@hp.com

J. Eric Charlton
Hiscock & Barclay, LLP
echarlton@hiscockbarclay.com

Cheryl R. Storie
Hodgson Russ LLP
cstorie@hodgsonruss.com

Stephen H. Gross, Esq.
Hodgson Russ LLP
sgross@hodgsonruss.com

Scott A. Golden
Hogan & Hartson L.L.P.
sagolden@hhlaw.com

Edward C. Dolan
Hogan & Hartson L.L.P.
ecdolan@hhlaw.com

Audrey Moog
Hogan & Hartson L.L.P.
amoog@hhlaw.com

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
elizabeth.flaagan@hro.com

Robert B. Weiss; Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
rweiss@honigman.com; fgorman@honigman.com

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
dbaty@honigman.com

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
tsable@honigman.com

Thomas J. Schank
Hunter & Schank Co. LPA
tomschank@hunterschank.com

John J. Hunter
Hunter & Schank Co. LPA
jrhunter@hunterschank.com

Michael P. Massad, Jr.
Hunton & Wiliams LLP
mmassad@hunton.com

Steven T. Holmes
Hunton & Wiliams LLP
sholmes@hunton.com

Ann E. Evanko
Hurwitz & Fine P.C.
aee@hurwitzfine.com

Ben T. Caughey
Ice Miller
Ben.Caughey@icemiller.com

Greg Bibbes
Infineon Technologies North America Corporation
greg.bibbes@infineon.com

Jeff Gillespie
Infineon Technologies North America Corporation
jeffery.gillispie@infineon.com

Richard Griffin
International Union of Operating Engineers
rgriffin@iuoe.org

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
pbarr@jaffelaw.com

Ronald R. Peterson
Jenner & Block LLP
rpeterson@jenner.com

Scott J. Friedman
Jones Day
sjfriedman@jonesday.com

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
john.sieger@kattenlaw.com

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
kcookson@keglerbrown.com

Lynn Lincoln Sarko; Cari Campen Laufenberg; Erin M. Rily
Keller Rohrback L.L.P.
lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com

Gary A. Gotto
Keller Rohrback P.L.C.
ggotto@kellerrohrback.com

Mark I. Bane
Kelley Drye & Warren, LLP
mbane@kelleydrye.com

Mark. R. Somerstein
Kelley Drye & Warren, LLP
msomerstein@kelleydrye.com

Thomas Kennedy
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com

Susan M. Jennik
Kennedy, Jennick & Murray
sjennik@kjmlabor.com

Larry Magarik
Kennedy, Jennick & Murray
lmagarik@kjmlabor.com

George B. South, III
King & Spalding, LLP
gsouth@kslaw.com

Alexandra B. Feldman
King & Spalding, LLP
afeldman@kslaw.com

Geoffrey A. Richards
Kirkland & Ellis LLP
grichards@kirkland.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
efox@klng.com

Eric L. Schnabel; DeWitt Brown
Klett Rooney Lieber & Schorling
schnabel@klettrooney.com;
dbrown@klettrooney.com

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO., L.P.A.
sosimmerman@kwgd.com

Edward D. Kutchin
Kutchin & Rufo, P.C.
ekutchin@kutchinrufo.com

Kerry R. Northrup
Kutchin & Rufo, P.C.
knorthup@kutchinrufo.com

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
smcook@lambertleser.com

Mitchell A. Seider
Latham & Watkins
mitchell.seider@lw.com

Mark A. Broude
Latham & Watkins
mark.broude@lw.com

Robert Rosenberg
Latham & Watkins
robert.rosenberg@lw.com

Henry P. Baer, Jr.
Latham & Watkins
henry.baer@lw.com

John W. Weiss
Latham & Watkins
john.weiss@lw.com

Michael J. Riela
Latham & Watkins
michael.riela@lw.com

Erika Ruiz
Latham & Watkins
erika.ruiz@lw.com

Rob Charles, Esq.
Lewis and Roca LLP
rcharles@lrlaw.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
sfreeman@lrlaw.com

John England, Esq.
Linear Technology Corporation
jengland@linear.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
austin.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
dallas.bankruptcy@publicans.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
houston_bankruptcy@publicans.com

William M. Hawkins
Loeb & Loeb LLP
whawkins@loeb.com

P. Gregory Schwed
Loeb & Loeb LLP
gschwed@loeb.com

Timothy S. McFadden
Lord, Bissel & Brook
tmcfadden@lordbissell.com

Timothy W. Brink
Lord, Bissel & Brook
tbrink@lordbissell.com

Kevin J. Walsh
Lord, Bissel & Brook LLP
kwalsh@lordbissell.com

Rocco N. Covino
Lord, Bissel & Brook LLP
rcovino@lordbissell.com

Michael S. Etikin
Lowenstein Sandler PC
metkin@lowenstein.com

Ira M. Levee
Lowenstein Sandler PC
ilevee@lowenstein.com

Kenneth A. Rosen
Lowenstein Sandler PC
krosen@lowenstein.com

Scott Cargill
Lowenstein Sandler PC
scargill@lowenstein.com

Vincent A. D'Agostino
Lowenstein Sandler PC
vdagostino@lowenstein.com

Bruce S. Nathan
Lowenstein Sandler PC
bnathan@lowenstein.com

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
egc@lydenlaw.com

Richard J. Parks
MacDonald, Illig, Jones & Britton LLP
rparks@mijb.com

Joe Landen
Madison Capital Management
jlanden@madisoncap.com

Jeffrey M. Levinson, Esq.; Leah M. Caplan, Esq.
Margulies & Levinson, LLP
jml@ml-legal.com; lmc@ml-legal.com

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
vmastromar@aol.com

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
gsantella@masudafunai.com

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
rdaversa@mayerbrown.com

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
jgtougas@mayerbrownrowe.com

David J. Adler, Jr. Esq.
McCarter & English, LLP
dadler@mccarter.com

John J. Salmas; Lorne P. Salzman
McCarthy Tetrault LLP
jsalmas@mccarthy.cal; salzman@mccarthy.ca

James M. Sullivan
McDermott Will & Emery LLP
jmsullivan@mwe.com

Stephen B. Selbst
McDermott Will & Emery LLP
sselbst@mwe.com

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
jrobertson@mcdonaldhopkins.com

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
sopincar@mcdonaldhopkins.com

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
sriley@mcdonaldhopkins.com

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
jbernstein@mdmc-law.com

Elizabeth L. Gunn
McGuirewoods LLP
egunn@mcguirewoods.com

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
hkolko@msek.com

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
rrosenbaum@mrrlaw.net

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
emeyers@mrrlaw.net

April Burch
Miami-Dade County, FL
aburch@miamidade.gov

Michael Cox
miag@michigan.gov

Dennis J. Raterink
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
raterinkd@michigan.gov

Michael Cox
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
miag@michigan.gov

Thomas D. Renda
Miles & Stockbridge, P.C.
trenda@milesstockbridge.com

Kerry Hopkins
Miles & Stockbridge, P.C.
khopkins@milesstockbridge.com

Thomas P. Sarb; Robert D. Wolford
Miller Johnson
sarbt@millerjohnson.com;
wolfordr@millerjohnson.com

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
fusco@millercanfield.com

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
greenj@millercanfield.com

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
pjricotta@mintz.com

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
skhoos@mintz.com

Jeff Ott
Molex Connector Corp
Jeff.Ott@molex.com

Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
lkrepto@mmwr.com

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
resterkin@morganlewis.com

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
agottfried@morganlewis.com

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
mzelmanovitz@morganlewis.com

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
lberkoff@morritthock.com

Robert J. Dehney
Morris, Nichols, Arsht and Tunnell
rdehney@mnat.com

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
mbusenkell@mnat.com

Joseph T. Moldovan; Michael R. Dal Lago
Morrison Cohen LLP
jmoldovan@morrisoncohen.com;
mdallago@morrisoncohen.com

Raymond J. Urbanik, Esq.; Joseph J. Wielebinski,
Esq.; Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
sandy@nlsg.com

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
Knathan@nathanneuman.com

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
sbrennan@nathanneuman.com

Lisa M. Moore
National City Commercial Capital
lisa.moore2@nationalcity.com

George B. Cauthen
Nelson Mullins Riley & Scarborough
george.cauthen@nelsonmullins.com

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
bbeckworth@nixlawfirm.com

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
jangelovich@nixlawfirm.com

Susan Whatley
Nix, Patterson & Roach, L.L.P.
susanwhatley@nixlawfirm.com

James Imbriaco
Noma Company and General Chemical Performance
Products LLC
jimbriaco@gentek-global.com

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
eabdelmasieh@nmmlaw.com

David G. Heiman
North Point
dgheiman@jonesday.com

Michelle M. Harner
North Point
mmharner@jonesday.com

Camille Hope
Office of the Chapter 13 Trustee
cahope@chapter13macon.com

Jay W. Hurst
Office of the Texas Attorney General
jay.hurst@oag.state.tx.us

Michael M. Zizza, Legal Manager
Orbotech, Inc.
michaelz@orbotech.com

Michael C. Moody
O'Rourke Katten & Moody
mmoody@okmlaw.com

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
aenglund@orrick.com

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
fholden@orrick.com

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
rwyron@orrick.com

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
jguy@orrick.com

Matthew W. Cheney
Orrick, Herrington & Sutcliffe LLP
mcheney@orrick.com

Scott L. Hazan
Otterbourg, Steindler, Houston & Rosen, P.C.
shazan@oshr.com

Melissa A. Hager
Otterbourg, Steindler, Houston & Rosen, P.C.
mhager@oshr.com

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
sshimshak@paulweiss.com

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
cweidler@paulweiss.com

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
ddavis@paulweiss.com

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
emccolm@paulweiss.com

Peggy Housner
housnerp@michigan.gov

Ralph L. Landy
Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
cfilardi@pepehazard.com

Francis J. Lawall
Pepper, Hamilton LLP
lawallf@pepperlaw.com

Anne Marie Aaronson
Pepper, Hamilton LLP
aaronsona@pepperlaw.com

Linda J. Casey
Pepper, Hamilton LLP
caseyl@pepperlaw.com

Henry Jaffe
Pepper, Hamilton LLP
jaffeh@pepperlaw.com

Sandra A. Riemer, Esq.
Phillips Nizer LLP
sriemer@phillipsnizer.com

Jacob A. Manheimer
Pierce Atwood LLP
jmanheimer@pierceatwood.com

Keith J. Cunningham
Pierce Atwood LLP
kcunningham@pierceatwood.com

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
mark.houle@pillsburylaw.com

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
karen.dine@pillsburylaw.com

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
richard.epling@pillsburylaw.com

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
robin.spear@pillsburylaw.com

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
margot.erlich@pillsburylaw.com

Ronald S. Beacher
Pitney Hardin LLP
rbeacher@pitneyhardin.com

Richard M. Meth
Pitney Hardin LLP
rmeth@pitneyhardin.com

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
bsmoore@pbnlaw.com

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
jsmairo@pbnlaw.com

Jill M. Hartley; Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller &
Brueggeman, S.C.
jh@previant.com; mgr@previant.com

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI  48734

A. Scott Mandelup; Kenneth A. Reynolds
Pryor & Mandelup, LLP
asm@pryormandelup.com; kar@pryormandelup.com

Jason Pickering, Esq.
QAD, Inc.
jkp@qad.com

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
andrew.herenstein@quadranglegroup.com

Patrick Bartels
Quadrangle Group LLC
patrick.bartels@quadranglegroup.com

John A. Harris
Quarles & Brady Streich Lang LLP
jharris@quarles.com

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
sgoldber@quarles.com

Kasey C. Nye
Quarles & Brady Streich Lang LLP
knye@quarles.com

Elena Lazarou
Reed Smith
elazarou@reedsmith.com

Joseph Lapinsky
Republic Engineered Products, Inc.
jlapinsky@republicengineered.com

Joseph E. Shickich, Jr.
Riddell Williams P.S.
jshickich@riddellwilliams.com

Mark S. Scott
Riemer & Braunstein LLP
mscott@riemerlaw.com

Holly Rogers
Riverside Claims LLC
holly@regencap.com

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
amathews@robinsonlaw.com

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
cnorgaard@ropers.com

Gregory O. Kaden
Ropes & Gray LLP
gregory.kaden@ropesgray.com

Marc E. Hirschfield
Ropes & Gray LLP
marc.hirschfield@ropesgray.com

Thomas R. Slome
Rosen Slome Marder LLP
tslome@rsmllp.com

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
rtrack@msn.com

13

Charles S. Schulman, Arlene N. Gelman
Sachnoff & Weaver, Ltd
cschulman@sachnoff.comagelman@sachnoff.com

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
pbosswick@ssbb.com

Howard Borin
Schafer and Weiner PLLC
hborin@schaferandweiner.com

Max Newman
Schafer and Weiner PLLC
mnewman@schaferandweiner.com

Ryan Heilman
Schafer and Weiner PLLC
rheilman@schaferandweiner.com

Daniel Weiner
Schafer and Weiner PLLC
dweiner@schaferandweiner.com

William I. Kohn
Schiff Hardin LLP
wkohn@schiffhardin.com

Michael Yetnikoff
Schiff Hardin LLP
myetnikoff@schiffhardin.com

Michael Yarnoff
Schiffrin & Barroway, LLP
myarnoff@sbclasslaw.com

Sean M. Handler
Schiffrin & Barroway, LLP
shandler@sbclasslaw.com

Michael L. Cook
Schulte Roth & Sabel LLP
michael.cook@srz.com

James T. Bentley
Schulte Roth & Sabel LLP
james.bentley@srz.com

Carol Weiner Levy
Schulte Roth & Zabel LLP
carol.weiner.levy@srz.com

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
pbaisier@seyfarth.com

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
rdremluk@seyfarth.com

William J. Hanlon
Seyfarth Shaw LLP
whanlon@seyfarth.com

Steven E. Boyce
Sheehan Phinney Bass + Green Professional
Association
sboyce@sheehan.com

Sheldon S. Toll
Sheldon S. Toll PLLC
lawtoll@comcast.net

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
rthibeaux@shergarner.com

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
rthibeaux@shergarner.com

Jennifer L. Adamy
Shipman & Goodwin LLP
bankruptcy@goodwin.com

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
asherman@sillscummis.com

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
jzackin@sillscummis.com

Chaim J. Fortgang
Silver Point Capital, L.P.
cfortgang@silverpointcapital.com

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
cfox@stblaw.com

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
cfox@stblaw.com

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
bellis-monro@sgrlaw.com

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
kmiller@skfdelaware.com

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
fyates@sonnenschein.com

Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
jcreed@sonnenschein.com

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
rrichards@sonnenschein.com

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
lloyd.sarakin@am.sony.com

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
rgoldi@sotablaw.com

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
pabutler@ssd.com

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
emarcks@ssd.com

Roland Hwang, Assistant Attorney General
State of Michigan Department of Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

John M. Baumann
Steel Technologies, Inc.
jmbaumann@steeltechnologies.com

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
rkidd@srcm-law.com

Mark H. Shapiro
Steinberg Shapiro & Clark
shapiro@steinbergshapiro.com

Jeffrey S. Posta
Sterns & Weinroth, P.C.
jposta@sternslaw.com

Chester B. Salomon, Esq.; Constantine D. Pourakis,
Esq.
Stevens & Lee, P.C.
cs@stevenslee.com; cp@stevenslee.com

Mark A. Shaiken
Stinson Morrison Hecker LLP
mshaiken@stinsonmoheck.com

Madison L.Cashman
Stites & Harbison PLLC
robert.goodrich@stites.com

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
madison.cashman@stites.com

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
wbeard@stites.com

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
khansen@stroock.com

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
jminias@stroock.com

Robert N. Steinwurtzel
Swidler Berlin LLP
rnsteinwurtzel@swidlaw.com

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
ferrell@taftlaw.com

Marvin E. Clements, Jr.
Tennessee Department of Revenue
marvin.clements@state.tn.us

David B. Draper
Terra Law LLP
ddraper@terra-law.com

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
jforstot@tpw.com

Louis A. Curcio
Thacher Proffitt & Wood LLP
lcurcio@tpw.com

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
niizeki.tetsuhiro@furukawa.co.jp

Robert Morris
The Timpken Corporation BIC - 08
robert.morris@timken.com

David A. Lowenthal
Thelen Reid & Priest LLP
dlowenthal@thelenreid.com

Daniel A. Lowenthal
Thelen Reid & Priest LLP
dlowenthal@thelenreid.com

Rhett G. Cambell
Thompson & Knight
rhett.campbell@tklaw.com

John S. Brannon
Thompson & Knight LLP
john.brannon@tklaw.com

Ed Phillips, Jr.
Thurman & Phillips, P.C.
ephillips@thurman-phillips.com

Jill Levi, Esq.
Todd & Levi, LLP
jlevi@toddlevi.com

Albert Togut, Esq.
Togut, Segal & Segal LLP
bmcdonough@teamtogut.com

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
jwilson@tylercooper.com

Helen Zamboni
Underberg & Kessler, LLP
hzamboni@underbergkessler.com

Mary Ann Kilgore
Union Pacific Railroad Company
mkilgore@UP.com

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
djury@steelworkers-usw.org

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLP
msmcelwee@varnumlaw.com

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
rjsidman@vssp.com

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
tscobb@vssp.com

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
RGMason@wlrk.com

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
EAKleinhaus@wlrk.com

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
david.lemke@wallerlaw.com

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
robert.welhoelter@wallerlaw.com

Gordon J. Toering
Warner Norcross & Judd LLP
gtoering@wnj.com

Michael G. Cruse
Warner Norcross & Judd LLP
mcruse@wnj.com

Stephen B. Grow
Warner Norcross & Judd LLP
growsb@wnj.com

Michael D. Warner
Warner Stevens, L.L.P.
bankruptcy@warnerstevens.com

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok,
LLP
lekvall@wgllp.com

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
aordubegian@weineisen.com

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
gpeters@weltman.com

John K. Cunningham
White & Case LLP
jcunningham@whitecase.com

Margarita Mesones-Mori
White & Case LLP
mmesonesmori@whitecase.com

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
barnold@whdlaw.com

Berry D. Spears
Winstead Sechrest & Minick P.C.
bspears@winstead.com

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
mfarquhar@winstead.com

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
mwinthrop@winthropcouchot.com

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
sokeefe@winthropcouchot.com

Oscar Iglesias
WL Ross & Co., LLC
oiglesias@wlross.com

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
lpinto@wcsr.com

Stuart Krause
Zeichner Ellman & Krause LLP
skrause@zeklaw.com

Peter Janovsky
Zeichner Ellman & Krause LLP
pjanovsky@zeklaw.com