IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | | |
| A wholly owned subsidiary of DELPHI CORP.., | ) | Case No. 05-44481 |
| | ) | |
| Debtor. | ) | Schedule No. 1598934 |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:   Beaver Manufacturing Co.
PO BOX 101538
Atlanta, GA 30392
Attention: Jim Wilson

**Your total general unsecured claim against the Debtor, known as Schedule Number 1598934 in the amount of $266,494.16 has been transferred to:**

Transferee:   SPCP GROUP, L.L.C.
2 Greenwich Plaza
Greenwich, CT 06830
Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY 10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____   Transferee _____   Debtor's Attorney _____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Beaver Manufacturing Co. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to SPCP GROUP, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $266,494.16 (the "Assigned Claim"), against Delphi Automotive Systems, LLC, a wholly-owned subsidiary of Delphi Corp. ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on February 16, 2006.

BEAVER MANUFACTURING CO.

By: _____
Name: Bryan Needham
Title: CFO

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1598926 - 10396584<br>BEAU-T-LAWN LLC<br>PO BOX 26449<br>INDIANAPOLIS    IN    46226 | ACCOUNTS PAYABLE | | $12,095.11 |
| 1598929 - 10396585<br>BEAUMONT EXECUTIVE HEALTH SERVICES PLC<br>3535 W 13 MILE RD STE 140<br>ROYAL OAK    MI    480736710 | ACCOUNTS PAYABLE | | $6,095.00 |
| 1598930 - 10396586<br>BEAUMONT RUNNER TECHNOLOGIES INC<br>5091 STATION RD<br>ERIE    PA    165631702 | ACCOUNTS PAYABLE | | $9,800.00 |
| 1598934 - 10396587<br>BEAVER MANUFACTURING CO<br>PO BOX 101538<br>ATLANTA    GA    303921538 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $266,494.16 |
| 1598937 - 10396588<br>BEAVER VALLEY MFG INC<br>781 FACTORY RD<br>BEAVERCREEK    OH    45434 | ACCOUNTS PAYABLE | | $120,577.39 |
| 1560497 - 10106751<br>BEAVERCREEK BOARD OF EDUCATION<br>Attn DENNIS A MORRISON<br>3040 KEMP RD<br>BEAVERCREEK    OH    45431 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT LANDFILL OU PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1002621 - 10004736<br>BEAVERS CHERYL<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 00-554189 | Contingent, Disputed, Unliquidated | Unknown |
| 1560498 - 10106752<br>BEAZER EAST INC<br>205 ARGYLE<br>PETROLIA    PA    16050-9702 | ENVIRONMENTAL CLAIMS<br>CERCLA: MERCURY REFINING SUPERFUND SITE PRP | Contingent, Disputed, Unliquidated | Unknown |
| 1002635 - 10004737<br>BECK ALBERT<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 2004113014432610000000 | Contingent, Disputed, Unliquidated | Unknown |
| 1002635 - 10004738<br>BECK ALBERT<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 2005020719341160000000 | Contingent, Disputed, Unliquidated | Unknown |
| 1594010 - 10385235<br>BECK, BOBBY AND PATRICIA<br>c/o SIMMONSCOOPER, LLC.<br>Attn TIM THOMPSON, ESQ.<br>707 BERKSHIRE BLVD.<br>P.O. BOX 521<br>EAST ALTON    IL | LITIGATION<br>CASE NUMBER: 49D02-9801-M1-0001-019, JURISDICTION: SUPERIOR COURT - MARION COUNTY, IN | Contingent, Disputed, Unliquidated | Unknown |
| 1002659 - 10004739<br>BECKER JR DONALD<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |