**LATHAM&WATKINS**LLP

53rd at Third
885 Third Avenue
New York, New York 10022-4834
Tel: (212) 906-1200 Fax: (212) 751-4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 042036-0001

April 24, 2006

**VIA FACSIMILE**

Thomas M. Kennedy
Kennedy, Jennik & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003

Bruce H. Simon
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Babette A. Ceccotti
Cohen, Weiss and Simon LLP
330 West 42nd Street
New York, NY 10036

Tom Jerman
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, DC 20006-4001

　　　　Re:　　Discovery Relating To Section 1113 and 1114 Motion

Dear Mr. Kennedy, Mr. Simon, Ms. Ceccotti, Mr. Jerman:

　　　　The Official Committee of Unsecured Creditors (the "Committee") intends to be involved in the discovery process relating to the Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits (the "Motion") filed by Delphi Corporation and its affiliated debtors (collectively, the "Debtors").

The Committee is currently aware of the following depositions that have been scheduled. Please notify the Committee immediately of any changes or additions to the schedule set forth below.

NY\1138937.1

Thomas M. Kennedy
April 24, 2006
Page 2

LATHAM&WATKINS LLP

## IUE-CWA WITNESSES:

| Date & Time | Deponent | Location | Party Taking Deposition |
|---|---|---|---|
| April 26 at 8:30 a.m. | Keith Bailey | Troy (Somerset Inn) | Debtors |
| April 26 at 12:30 p.m. | Donald Abrogast | Troy (Somerset Inn) | Debtors |
| April 26 at 3:30 p.m. | Frank Allen | Troy (Somerset Inn) | Debtors |
| April 27 at 8:30 a.m. | Rochone Ruffin | Troy (Somerset Inn) | Debtors |
| April 27 at 12:30 p.m. | Brian Gilson | Troy (Somerset Inn) | Debtors |
| April 27 at 3:30 p.m. | Henry Newman | Troy (Somerset Inn) | Debtors |
| April 28 at 8:30 a.m. | Henry Reichard | Troy (Somerset Inn) | Debtors |
| April 28 at 12:30 p.m. | Michael Palmer | Troy (Somerset Inn) | Debtors |
| April 28 at 3:30 p.m. | Ted Williams | Troy (Somerset Inn) | Debtors |

## UAW WITNESSES:

| Date & Time | Deponent | Location | Party Taking Deposition |
|---|---|---|---|
| April 28 at 9:00 a.m. | Richard Ruppert | Troy | Debtors |
| May 1 at 9:00 a.m. | Andrew Yearley | New York | Debtors |

## IBEW WITNESSES:

| Date & Time | Deponent | Location | Party Taking Deposition |
|---|---|---|---|
| April 27 at 2:30 p.m. | Randal Middleton | Milwaukee | Debtors |

## DELPHI WITNESSES:

| Date & Time | Deponent | Location | Party Taking Deposition |
|---|---|---|---|
| April 27 at 9:00 a.m. | Kevin Butler | Troy (Somerset Inn) | IUE-CWA |
| April 27 at 1:00 p.m. | Bernard Quick | Troy (Somerset Inn) | IUE-CWA |

NY\1138937.1

Thomas M. Kennedy
April 24, 2006
Page 3

# LATHAM&WATKINS LLP

**IUOE WITNESSES:**

| Date & Time | Deponent | Location | Party Taking Deposition |
|---|---|---|---|
| April 27 at 10:00 a.m. | Charles Scherer | Troy | Debtors |
| April 27 at 2:00 p.m. | Jim Glathar | Troy | Debtors |

Very truly yours,

*Mitchell Seider / EK*

Mitchell Seider
of LATHAM & WATKINS LLP

cc:    John Wm. Butler Jr.
       David Springer

NY\1138937.1