**EXHIBIT A**

**DELPHI CORPORATION et al.**

**CERTIFICATION OF RANDALL S. EISENBERG**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
:
:
In re                              :   Chapter 11
:
DELPHI CORPORATION, et al.,        :   Case No. 05-44481 (RDD)
:
Debtors.                  :   (Jointly Administered)
:
------------------------------------------------------x

## CERTIFICATION UNDER GUIDELINES FOR
## FEES AND DISBURSEMENTS FOR PROFESSIONALS

Randall S. Eisenberg, as and for his certification pursuant to and in accordance with the Court's General Order M-151: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("SDNY Guidelines"), hereby respectfully certifies as follows:

1.  I am a Senior Managing Director with FTI Consulting, Inc. I have been designated with responsibility for compliance with the SDNY Guidelines and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, adopted on January 30, 1996 (the "UST Guidelines") in these Chapter 11 cases of Delphi Corporation, et al. (the "Debtors").

2.  I submit this certification in connection with the First Interim Fee Application of FTI Consulting, Inc., As Restructuring and Financial Advisor To The Debtors and Debtors-in-Possession For Interim Allowance of Compensation For Professional Services Rendered and Reimbursement of Actual and Necessary Expenses For The Period October 8, 2005 Through January 31, 2006 (the "Application").

1

3. I have read the Application.

4. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought fall within the SDNY Guidelines, the UST Guidelines, the Final Order dated November 4, 2005 Authorizing the Employment and Retention of FTI as Restructuring and Financial Advisor to the Debtors as of October 8, 2005, and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (the "Administrative Order").

5. To the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by FTI during the time period covered by the Application and generally accepted by FTI's clients during that time period.

6. To the best of my knowledge, information and belief formed after reasonable inquiry, in incurring the reimbursable expenses to the Debtors that are the subject of the Application, with the exception of usage, storage and set-up charges for the virtual Data Room, FTI did not make a profit on that expense whether the expense was performed by FTI in-house or through a third party.

7. FTI previously provided to the Debtors, the United States Trustee, the Official Committee of Unsecured Creditors, Debtors' Counsel, Counsel for the Official Committee of Unsecured Creditors, Counsel for the Agent under the Debtors' pre-petition credit facility; and Counsel for the Agent under the Debtors' post-petition credit facility, as directed by the Administrative Order of this Court, statements of FTI's fees and disbursements that accrued periodically within the time period of this Application.

Dated:   New York, New York
April 26, 2006

/s/ Randall S. Eisenberg
Randall S. Eisenberg
Senior Managing Director
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, New York 10036
(212) 499-3614
(212) 841-9350 facsimile

Restructuring and Financial Advisor for the Debtors
and Debtors-in-Possession