**EXHIBIT B**

**DELPHI CORPORATION et al.**

**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Eisenberg, Randall | Senior Managing Director for 7.6 years; 8.0 years of prior relevant experience; CPA-NY-1998; CPA-CA-1989; CTP; Corporate Finance. | $625 | 803.3 | $ 502,062.50 |
| O'Connor, Finbarr | Senior Managing Director for 3.0 years; 16.0 years of prior relevant experience; CIRA; CFA; Corporate Finance. | $585 | 57.9 | $ 33,871.50 |
| Caruso, Robert | Senior Managing Director for 5.6 years; 10.0 years of prior relevant experience; CPA-IL-1984: CIRA; Corporate Finance. | $580 | 576.2 | $ 334,196.00 |
| King, Scott | Senior Managing Director for 8.6 years; 10.0 years of prior relevant experience; CPA-PA-1986; CPA-OH-1997; CIRA; JD-PA-1991; Corporate Finance. | $580 | 758.7 | $ 440,046.00 |
| Ho, Rocky | Senior Managing Director for 2.6 years; 10.0 years of prior relevant experience; CIRA; Corporate Finance. | $560 | 134.4 | $ 75,264.00 |
| Frankum, Adrian | Managing Director for 4.5 years; 12.1 years of prior relevant experience; CPA-NY-1994; Corporate Finance. | $560 | 1,019.3 | $ 570,808.00 |
| Behnke, Thomas | Managing Director for 12.6 years; 5.1 years of prior relevant experience; CPA-TX-1989; Claims Management / Corporate Finance. | $540 | 838.1 | $ 452,574.00 |
| Guglielmo, James | Managing Director for 4.4 years; 9.0 years of prior relevant experience; CIRA; Corporate Finance. | $540 | 806.7 | $ 435,618.00 |
| Kuby, Kevin | Managing Director for 3.5 years; 4.1 years of prior relevant experience; CTP; Corporate Finance. | $540 | 155.1 | $ 83,754.00 |
| Daversa, Aileen | Managing Director for 1.0 year; 9.5 years of prior relevant experience; CPA-MA; Corporate Finance. | $520 | 38.2 | $ 19,864.00 |
| Schlater, Benjamin | Managing Director for 1.1 years; 6.1 years of prior relevant experience; CPA-OH-2002; CIRA; Corporate Finance. | $520 | 597.8 | $ 310,856.00 |
| Wehrle, David | Director for 6.0 years; no prior relevant experience; CIRA; CFA; Corporate Finance. | $495 | 826.9 | $ 409,315.50 |
| Emrikian, Armen | Director for 1.2 years; 8.0 years prior relevant experience; no licenses held; Corporate Finance. | $445 | 560.3 | $ 249,333.50 |
| Mack, Chris | Director for 1.6 years; 7.7 years of prior relevant experience; CIRA; Corporate Finance. | $445 | 574.3 | $ 255,563.50 |
| Santos, Dominic | Director for 1.5 years; 5.0 years of prior relevant experience; CFA; Corporate Finance. | $445 | 350.4 | $ 155,928.00 |
| Wada, Jarod | Director for 3.4 years; 8.4 years of prior relevant experince; no licenses held; Corporate Finance. | $445 | 927.3 | $ 412,648.50 |
| Ehrenhofer, Jodi | Director for 1.1 years; 4.0 years prior relevant experience; no licenses held; Corporate Finance. | $415 | 300.5 | $ 124,707.50 |
| Frishberg, Rachel | Director for 1.1 years; 6.5 years of prior relevant experience; no licenses held; Corporate Finance. | $415 | - | $ - |
| Goad, Charles | Director for .3 years; 9.8 years of prior relevant experience; CPA-NY-1998; CIRA; Corporate Finance. | $415 | 272.8 | $ 113,212.00 |
| Manalo, Caroline | Consultant for 4.5 years; no prior relevant experience; no licenses held; Corporate Finance. | $385 | 248.6 | $ 95,711.00 |
| Busse, Carl | Consultant for 5.0 years; no prior relevant experience; no licenses held; Corporate Finance. | $365 | 9.3 | $ 3,394.50 |
| Karamanos, Stacy | Consultant for .1 years; 6.3 years of prior relevant experience; no licenses held; Corporate Finance. | $365 | 111.9 | $ 40,843.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Pokrassa, Michael | Consultant for 3.3 years; 2 years of prior relevant experience; CPA-NY-2005; Corporate Finance. | $365 | 1,128.6 | $ 411,939.00 |
| Ubelhor, Julia | Consultant for 3.0 years; 3.4 years of prior relevant experience; no licenses held; Corporate Finance. | $365 | 340.3 | $ 124,209.50 |
| Pfromer, Edward | Managing Director for .6 years; 17.4 years of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $350 | 49.8 | $ 17,430.00 |
| Dana, Steven | Consultant for 1.1 years; 3.3 years of prior relevant experience; no licenses held; Corporate Finance. | $340 | 917.9 | $ 312,086.00 |
| Fletemeyer, Ryan | Consultant for 1.3 years; 6.1 years of prior relevant experience; no licenses held; Corporate Finance. | $340 | 616.3 | $ 209,542.00 |
| Lawand, Gilbert | Consultant for .7 years; 4.5 years of prior relevant experience; CPA-GA-2000; Corporate Finance. | $340 | 216.8 | $ 73,712.00 |
| Marbury, Aaron | Consultant for 4.5 years; no prior relevant experience; no licenses held; Corporate Finance. | $340 | 635.5 | $ 216,070.00 |
| Robinson, Josh | Consultant for 2.5 years; 2.0 years of prior relevant experience; no licenses held; Claims Management/ Corporate Finance. | $340 | 514.2 | $ 174,828.00 |
| Stevning, Johnny | Consultant for 3.0 years; 1.4 years of prior relevant experience; no licenses held; Corporate Finance. | $340 | 17.1 | $ 5,814.00 |
| Summers, Joseph | Consultant for 1.5 years; 4.1 years of prior relevant experience; no licenses held; Claims Management / Corporate Finance. | $340 | 755.2 | $ 256,768.00 |
| Tandon, Vaibhav | Consultant for 5.3 years; no prior relevant experience; no licenses held; Corporate Finance. | $340 | 46.3 | $ 15,742.00 |
| Nathan, Robert | Consultant for 1.0 year; 3.0 years of prior relevant experience; no licenses held; Claims Management / Corporate Finance. | $310 | 5.1 | $ 1,581.00 |
| Tamm, Christopher | Consultant for 1.1 years; 2.3 years of prior relevant experience; no licenses held; Corporate Finance. | $310 | 929.4 | $ 288,114.00 |
| Weber, Eric | Consultant for .4 years; 4.7 years of prior relevant experience; CPA-IL-2002; Corporate Finance. | $310 | 753.7 | $ 233,647.00 |
| Hofstad, Ivo | Consultant for 1.4 years; 4.6 years of prior relevant experience; no licenses held; Corporate Finance. | $265 | 5.5 | $ 1,457.50 |
| Uhl, Michael | Associate for 3.1 years; no prior relevant experience; no licenses held; Corporate Finance. | $265 | 570.4 | $ 151,156.00 |
| Barach, Jonathan | Associate for 1.5 years; 1.2 years prior relevant experinence; CFA (Level III Candidate); Corporate Finance. | $235 | 12.0 | $ 2,820.00 |
| Concannon, Joseph | Associate for .7 years; 2.5 years of prior relevant experience; CPA-PA-2004; Corporate Finance. | $235 | 812.7 | $ 190,984.50 |
| Lewandowski, Douglas | Associate for 1.5 years; 1.5 years of prior relevant experience; no licenses held; Corporate Finance. | $235 | 20.9 | $ 4,911.50 |
| Lung, Jinny | Associate for 1.5 years; no prior relevant experience; no licenses held; Corporate Finance. | $235 | 29.5 | $ 6,932.50 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Zavo, Kristen | Associate for 1.0 year; 2.0 years of prior relevant experience; no licenses held; Corporate Finance. | $235 | 141.1 | $ 33,158.50 |
| Kem, Sothearith | Senior Consultant for .2 years; 2.3 years of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $225 | 5.9 | $ 1,327.50 |
| Nguyen, Liem | Consultant for 1.1 years; 1.0 year of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $225 | 4.2 | $ 945.00 |
| Phan, Minh-Thu | Consultant for 1.8 years; no prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $225 | 4.5 | $ 1,012.50 |
| Amico, Marc | Associate for .6 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 263.0 | $ 53,915.00 |
| Christu, Brian | Associate for .5 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 46.5 | $ 9,532.50 |
| Lee, Ernest | Associate for 1.3 years; 1.3 years of prior relevant experience; no licenses held; Corporate Finance. | $205 | 16.0 | $ 3,280.00 |
| McDonagh, Timothy | Associate for .8 years; .5 years of prior relevant experience; no licenses held; Corporate Finance. | $205 | 1,165.7 | $ 238,968.50 |
| Nentin, Sarosh | Associate for .5 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 77.8 | $ 15,949.00 |
| Ng, William | Associate for .5 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 75.2 | $ 15,416.00 |
| Panoff, Christopher | Associate for .7 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 777.7 | $ 159,428.50 |
| Park, Ji Yon | Associate for .5 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 1,092.9 | $ 224,044.50 |
| Schondelmeier, Kathryn | Associate for .5 years; no prior relevant experience; no licenses held; Corporate Finance. | $205 | 993.9 | $ 203,749.50 |
| Shah, Sanket | Associate for .5 years; no relevant prior experience; no licenses held; Corporate Finance. | $205 | 731.7 | $ 149,998.50 |
| Swanson, David | Associate for .5 years; no relevant prior experience; no licenses held; Corporate Finance. | $205 | 217.4 | $ 44,567.00 |
| Young, Robert | Associate for .2 years; 3.5 years of prior relevant experience; no licenses held; Corporate Finance. | $205 | 538.8 | $ 110,454.00 |
| Yi, Yun-Steve | Consultant for .3 years; 3.0 years of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $200 | 3.0 | $ 600.00 |
| Sivapathasekar, Balasubramanian | Consultant for .9 years; 4.0 years of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $175 | 5.3 | $ 927.50 |
| Johnston, Cheryl | Paraprofessional for 13.0 years; 18.0 years of prior relevant experience; no licenses held; Corporate Finance. | $168 | 327.8 | $ 55,070.40 |
| Napoliello, Mary | Paraprofessional for 16.8 years; no prior relevant experience; no licenses held; Corporate Finance. | $168 | 104.4 | $ 17,539.20 |
| Findley, William | Paraprofessional for .4 years; no licenses; Forensic & Litigation Consulting. | $150 | 0.8 | $ 120.00 |
| Withrow, Mary | Paraprofessional for .9 years; no prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $75 | 1.0 | $ 75.00 |

**EXHIBIT B**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**CREDENTIALS AND SUMMARY OF FEES BY PROFESSIONAL**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Name of Professional Person | Position of the Applicant, Number of Years in that Position[1], Years of Prior Relevant Experience, Licenses and Year Obtained, FTI Consulting Practice Area | Hourly Billing Rate | Total Billed Hours | Total Incurred Fees |
|---|---|---|---|---|
| Freeman, Brian | Paraprofessional for .4 years; no prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $65 | 0.6 | $ 39.00 |
| Tran, Kimberly | Technical Consultant for 1.1 years; 1.1 years of prior relevant experience; no licenses held; Forensic & Litigation Consulting. | $50 | 2.2 | $ 110.00 |
| **Sub-Total** | | | 24,942.6 | $ 9,159,543.60 |
| **Fee accommodations [2]** | | | | $ (657,100.00) |
| **Grand Total for all Professionals** | | | | $ 8,502,443.60 |

**Notes:**

[1] Years in current position include years at a prior firm if the professional was employed at a firm that was acquired by FTI Consulting, Inc.

[2] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period. Please refer to Exhibit D for additional details.

**EXHIBIT C**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES & EXPENSES BY MONTH**

**EXHIBIT C**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES & EXPENSES BY MONTH**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

|  | October 8, 2005 - November 30, 2005 | December 1, 2005 - December 31, 2005 | January 1, 2006 - January 31, 2006 | Total |
|---|---:|---:|---:|---:|
| **FEES** | | | | |
| Incurred | $ 4,233,392.50 | $ 2,088,018.00 | $ 2,838,133.10 | $ 9,159,543.60 |
| Fee accommodations [1] | (335,000.00) | (147,100.00) | (175,000.00) | (657,100.00) |
| Billed | $ 3,898,392.50 | $ 1,940,918.00 | $ 2,663,133.10 | $ 8,502,443.60 |
| Paid | (3,118,714.00) | (1,552,734.47) | (2,130,506.48) | $ (6,801,954.95) |
| Unpaid | $ 779,678.50 | $ 388,183.53 | $ 532,626.62 | $ 1,700,488.65 |
| *Holdback (Included in Unpaid Amount)* | *$ 779,678.50* | *$ 388,183.53* | *$ 532,626.62* | *$ 1,700,488.65* |
| **EXPENSES** | | | | |
| Incurred & Billed | $ 312,421.19 | $ 189,744.93 | $ 185,402.90 | $ 687,569.02 |
| Paid | (312,421.19) | (189,744.93) | (185,402.90) | (687,569.02) |
| Unpaid | $ - | $ - | $ - | $ - |
| **TOTAL** | | | | |
| Incurred | $ 4,545,813.69 | $ 2,277,762.93 | $ 3,023,536.00 | $ 9,847,112.62 |
| Total Fee accommodations | (335,000.00) | (147,100.00) | (175,000.00) | (657,100.00) |
| Billed | $ 4,210,813.69 | $ 2,130,662.93 | $ 2,848,536.00 | $ 9,190,012.62 |
| Paid | (3,431,135.19) | (1,742,479.40) | (2,315,909.38) | (7,489,523.97) |
| Unpaid | $ 779,678.50 | $ 388,183.53 | $ 532,626.62 | $ 1,700,488.65 |
| *Holdback (Included in Unpaid Amount)* | *$ 779,678.50* | *$ 388,183.53* | *$ 532,626.62* | *$ 1,700,488.65* |

**Notes:**
[1] FTI elected to make certain voluntary fee accommodations within several of the task categories in the Application Period. Please refer to Exhibit D for additional details.

**EXHIBIT D**

**DELPHI CORPORATION et al.**

**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**

**EXHIBIT D**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF FEES AND HOURS BY PROJECT CATEGORY BY MONTH**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Category | Category Description | Oct. 8, 2005 - Nov. 30, 2005 Hours | Fees | December 1 - 31, 2005 Hours | Fees | January 1 - 31, 2006 Hours | Fees | Gross Total Hours | Fees | Fee accommodations | Net Total Hours | Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | Fulfill Information Requests and Participate in Meetings with Pre-petition Lenders and their Advisors | 166.0 | $ 72,986.00 | 17.1 | $ 9,207.00 | 15.6 | $ 5,558.50 | 198.7 | $ 87,751.50 | $ (1,000.00) | 198.7 | $ 86,751.50 |
| 02 | Cash Management & Reporting | 152.2 | $ 64,765.00 | 60.1 | $ 25,720.00 | 69.6 | $ 32,620.50 | 281.9 | $ 123,105.50 | $ (3,000.00) | 281.9 | $ 120,105.50 |
| 03 | DIP Financing/Treasury | 633.6 | $ 238,444.00 | 167.1 | $ 67,712.50 | 229.7 | $ 74,927.50 | 1,030.4 | $ 381,084.00 | $ (11,000.00) | 1,030.4 | $ 370,084.00 |
| 04 | Business Plan Modeling and Analysis | 1,540.1 | $ 602,866.00 | 860.4 | $ 334,189.50 | 630.9 | $ 234,146.00 | 3,031.4 | $ 1,171,201.50 | $ (40,000.00) | 3,031.4 | $ 1,131,201.50 |
| 19 | Key Employee Compensation Program | - | $ - | 19.8 | $ 6,768.00 | - | $ - | 19.8 | $ 6,768.00 | $ - | 19.8 | $ 6,768.00 |
| 20 | 1113/1114 Analysis and Negotiations Pertaining to Collective Bargaining Agreements | 71.4 | $ 36,382.00 | 21.7 | $ 10,996.00 | 36.6 | $ 18,965.50 | 129.7 | $ 66,343.50 | $ (1,000.00) | 129.7 | $ 65,343.50 |
| 22 | A/P Cutoff & Post-petition Operations | 32.6 | $ 16,708.50 | 0 | $ - | - | $ - | 32.6 | $ 16,708.50 | $ - | 32.6 | $ 16,708.50 |
| 25 | Court Attendance and Expert Witness Testimony | 351.8 | $ 188,611.00 | 8.2 | $ 5,102.50 | 20.9 | $ 13,062.50 | 380.9 | $ 206,776.00 | $ - | 380.9 | $ 206,776.00 |
| 26 | Creditor Matrix | 27.8 | $ 9,862.00 | 0 | $ - | - | $ - | 27.8 | $ 9,862.00 | $ - | 27.8 | $ 9,862.00 |
| 28 | First Day Orders related to Suppliers - Implementation and Compliance | 1,044.8 | $ 373,853.00 | 329.0 | $ 116,546.50 | 227.0 | $ 76,756.50 | 1,600.8 | $ 567,156.00 | $ (10,000.00) | 1,600.8 | $ 557,156.00 |
| 29 | First Day Orders related to all Other Motions (Non-Supplier) - Implementation and Compliance | 277.8 | $ 101,373.00 | 34.3 | $ 14,117.50 | 29.7 | $ 12,072.00 | 341.8 | $ 127,562.50 | $ (3,000.00) | 341.8 | $ 124,562.50 |
| 30 | Assistance with various Motions | - | $ - | - | $ - | 6.2 | $ 3,228.00 | 6.2 | $ 3,228.00 | $ - | 6.2 | $ 3,228.00 |
| 31 | Customer Contract Analysis | 77.6 | $ 33,224.00 | 13.6 | $ 8,143.00 | 304.1 | $ 150,433.50 | 395.3 | $ 191,800.50 | $ - | 395.3 | $ 191,800.50 |
| 34 | Restructuring Strategy | 49.8 | $ 30,286.50 | 72.9 | $ 41,567.50 | 89.4 | $ 49,731.00 | 212.1 | $ 121,585.00 | $ (5,000.00) | 212.1 | $ 116,585.00 |
| 35 | Monthly Operating Reports | 18.3 | $ 9,227.00 | 68.2 | $ 38,058.00 | 23.8 | $ 12,731.00 | 110.3 | $ 60,016.00 | $ - | 110.3 | $ 60,016.00 |
| 38 | Reclamations | 812.5 | $ 204,710.50 | 887.8 | $ 221,063.00 | 1,982.9 | $ 513,594.00 | 3,683.2 | $ 939,367.50 | $ (40,000.00) | 3,683.2 | $ 899,367.50 |
| 40 | SOFA/SOAL | 1,367.1 | $ 515,921.00 | 1,738.6 | $ 620,522.00 | 2,748.2 | $ 983,117.00 | 5,853.9 | $ 2,119,560.00 | $ (70,000.00) | 5,853.9 | $ 2,049,560.00 |
| 44 | Fulfill Information Requests and Participate in Meetings with Unsecured Creditors Committee ("UCC") and its Advisors | 787.1 | $ 373,335.00 | 320.1 | $ 147,943.00 | 431.1 | $ 192,503.50 | 1,538.3 | $ 713,781.50 | $ (5,000.00) | 1,538.3 | $ 708,781.50 |
| 48 | Set-off Analysis | 11.9 | $ 5,799.50 | 36.3 | $ 14,268.50 | 63.5 | $ 22,977.50 | 111.7 | $ 43,045.50 | $ (1,000.00) | 111.7 | $ 42,045.50 |
| 50 | Petitions and Fulfill Information Requests/ Requirements of the U.S. Trustee | 128.0 | $ 59,663.50 | 7.2 | $ 1,644.00 | 11.6 | $ 6,615.50 | 146.8 | $ 67,923.00 | $ (20,000.00) | 146.8 | $ 47,923.00 |
| 70 | Supplier Call Center | 1,516.2 | $ 469,271.50 | 43.0 | $ 14,434.00 | - | $ - | 1,559.2 | $ 483,705.50 | $ (11,000.00) | 1,559.2 | $ 472,705.50 |
| 71 | Call Center A/P Administration | 34.0 | $ 16,554.00 | 0.6 | $ 297.00 | - | $ - | 34.6 | $ 16,851.00 | $ - | 34.6 | $ 16,851.00 |
| 75 | Supplier Relations | 525.3 | $ 262,732.00 | 17.0 | $ 9,411.00 | 31.8 | $ 16,474.50 | 574.1 | $ 288,617.50 | $ (5,000.00) | 574.1 | $ 283,617.50 |
| 77 | Supplier Contract Assumption /Extension | 163.7 | $ 75,763.00 | 279.4 | $ 116,358.00 | 362.3 | $ 127,404.00 | 805.4 | $ 319,525.00 | $ (2,000.00) | 805.4 | $ 317,525.00 |
| 90 | Virtual Data Room | 16.9 | $ 5,177.50 | 43.7 | $ 11,601.50 | 12.6 | $ 4,372.50 | 73.2 | $ 21,151.50 | $ - | 73.2 | $ 21,151.50 |
| 97 | General Administration | 63.8 | $ 27,463.00 | 15.5 | $ 7,320.50 | 13.0 | $ 7,083.00 | 92.3 | $ 41,866.50 | $ (5,000.00) | 92.3 | $ 36,866.50 |
| 98 | Fee Application Process | 11.7 | $ 5,567.00 | 303.7 | $ 64,904.50 | 317.7 | $ 80,299.10 | 633.1 | $ 150,770.60 | $ (17,000.00) | 633.1 | $ 133,770.60 |
| 99 | Travel | 1,078.9 | $ 432,847.00 | 453.7 | $ 180,123.00 | 504.5 | $ 199,460.00 | 2,037.1 | $ 812,430.00 | $ (407,100.00) | 2,037.1 | $ 405,330.00 |
| | **Total** | **10,960.9** | **$ 4,233,392.50** | **5,819.0** | **$ 2,088,018.00** | **8,162.7** | **$ 2,838,133.10** | **24,942.6** | **$ 9,159,543.60** | **$ (657,100.00)** | **24,942.6** | **$ 8,502,443.60** |

**EXHIBIT E**

**DELPHI CORPORATION et al.**

**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**

**EXHIBIT E**
**DELPHI CORPORATION et al., CASE NO. 05 - 44481 - RDD**
**SUMMARY OF EXPENSES BY CATEGORY BY MONTH**
*FOR THE PERIOD OCTOBER 8, 2005 TO JANUARY 31, 2006*

| Expense Category | October 8, 2005 - November 30, 2005 | December 1, 2005 - December 31, 2005 | January 1, 2006 - January 31, 2006 | Total |
|---|---:|---:|---:|---:|
| Airfare [1] | $ 136,228.45 | $ 79,413.39 | $ 70,510.38 | $ 286,152.22 |
| Lodging | 87,151.85 | 53,530.23 | 65,193.12 | 205,875.20 |
| Meals [2] | 26,675.77 | 13,002.33 | 16,051.78 | 55,729.88 |
| Transportation [3] | 57,333.29 | 33,131.69 | 28,659.94 | 119,124.92 |
| Other | 5,031.83 | 10,667.29 | 4,987.68 | 20,686.80 |
| **Total Out-of-Pocket Expenses** | $ 312,421.19 | $ 189,744.93 | $ 185,402.90 | $ 687,569.02 |

**Notes:**

[1] All airplane travel is charged at the cost of coach airfare. To the extent that staff travel to locations other than their home destination for the weekend, travel expenses are limited to the lesser cost associated with the alternative destination or their home city.

[2] Meals have been limited to $40 per person per meal. FTI is not seeking reimbursement for lunches in this matter.

[3] Reimbursement for mileage is based on IRS mileage rates. For the period of October 8, 2005 through December 31, 2005, the rate was 48.5 cents-per-mile. Effective January 1, 2006, the rate decreased to 44.5 cents-per-mile.