IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| DELPHI AUTOMOTIVE SYSTEMS, LLC | |
| A wholly owned subsidiary of DELPHI CORP.., ) | Case No. 05-44481 |
| ) | |
| Debtor.          ) | Schedule No. 1630024 |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:   Transferor:   Precision Die and Stamping, Inc.
1704 West 10th Street
Tempe, AZ 85281
Attention: Chris

**Your total general unsecured claim against the Debtor, known as Schedule Number 1630024 in the amount of $312,328.50 has been transferred to:**

Transferee:   SPCP GROUP, L.L.C.
2 Greenwich Plaza
Greenwich, CT  06830
Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY  10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

_____
Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____   Transferee _____   Debtor's Attorney _____

_____
Deputy Clerk

EXHIBIT A TO
ASSIGNMENT OF CLAIM

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **PRECISION DIE AND STAMPING, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $318,962.58 (the "Assigned Claim"), against Delphi Automotive Systems, LLC ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on January____, 2006.

PRECISION DIE AND STAMPING, INC.

By: _____
Name:
Title:

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640    Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1630003 - 10400657<br>PRECISE PLASTICS MACHINERY INC | ACCOUNTS PAYABLE | | $9,030.00 |
| 1630015 - 10400658<br>PRECISION CNC SERVICE LLC<br>200 SOUTH OXFORD CIRCLE<br>MERIDIANVILLE   AL   35759 | ACCOUNTS PAYABLE | | $3,305.90 |
| 1630018 - 10400659<br>PRECISION CONCEPTS GROUP LLC | ACCOUNTS PAYABLE | | $237.50 |
| 1630024 - 10400660<br>PRECISION DIE & STAMPING INC<br>1704 W 10TH ST<br>TEMPE   AZ   85281 | ACCOUNTS PAYABLE | | $312,328.50 |
| 1630028 - 10400661<br>PRECISION ENVIRONMENTAL CO<br>5722 SCHAAF RD<br>INDEPENDENCE   OH   44131 | ACCOUNTS PAYABLE | | $2,274.00 |
| 1630033 - 10400662<br>PRECISION GRINDING & MFG INC<br>PGM CORP<br>1305 EMERSON ST<br>ROCHESTER   NY   14606 | ACCOUNTS PAYABLE | | $14,736.25 |
| 1630035 - 10400663<br>PRECISION HARNESS INC<br>340 TRANSFER DRIVE SUITE A<br>INDIANAPOLIS   IN   46214 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $81,981.82 |
| 1630037 - 10404251<br>PRECISION INDUSTRIAL AUTOMATION INC<br>PO BOX 67000 DEPT #207801<br>DETROIT   MI   482672078 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1630041 - 10400664<br>PRECISION INTERNATIONAL CORPORATION<br>PO BOX 605<br>BLOOMFIELD   CT   06002 | ACCOUNTS PAYABLE | | $872.40 |
| 1630042 - 10400665<br>PRECISION JHESA SA DE CV<br>3339 LIMERICK RD<br>EL PASO   TX   79925 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $4,538.00 |
| 1630043 - 10400666<br>PRECISION JOINING TECHNOLOGIES INC<br>ATTN JOSEPH J KWIATKOWSKI<br>PO BOX 531<br>MIAMISBURG   OH   453430531 | ACCOUNTS PAYABLE | | $15,000.00 |
| 1630050 - 10400667<br>PRECISION METALS PARTS<br>4725 28TH ST N<br>ST PETERSBURG   FL   33714 | ACCOUNTS PAYABLE | | $28,300.25 |