WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT L.P. AND WEXFORD
CAPITAL LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| In re | : | Chapter 11 |
|---|---|---|
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | Jointly Administered |
|  | : |  |
-----------------------------------------------------------------x

## MOTION FOR ADMISSION OF ILEANA A. CRUZ TO PRACTICE, *Pro Hac Vice*

TO:   THE HONORABLE ROBERT D. DRAIN
      UNITED STATES BANKRUPTCY JUDGE

I, Ileana A. Cruz, a member in good standing of the Bar of the state of Florida, and admitted to practice before the Southern District of Florida, move for admission, ***pro hac vice,*** before the Honorable Robert D. Drain, to represent Appaloosa Management, L.P., and Wexford Capital LLC, shareholders in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code.

MIAMI 650658 v1 (2K)

My address is White & Case LLP, Wachovia Financial Center, Suite 4900, 200 South Biscayne Boulevard, Miami, Florida 33131; my e-mail address is icruz@whitecase.com and my telephone number is (305) 371-2700.

I agree to pay the fee of $25 upon approval by the Court admitting me to practice *pro hac vice*.

Dated:  April 27, 2006
        Miami, Florida

/s/      *Ileana A. Cruz*
Ileana A. Cruz, Esq.
WHITE & CASE LLP
Wachovia Financial Center
Suite 4900
200 South Biscayne Blvd.
Miami, Florida 33131-2352
Telephone: (305) 371-2700