UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-----------------------------------------------------------------x

**ORDER OF ADMISSION OF ILEANA A. CRUZ TO PRACTICE,** *Pro Hac Vice*

Upon the motion, dated April 27, 2006 (the "Motion") of Ileana A. Cruz, a member in good standing of the Bar of the state of Florida, and who is admitted to practice before the Southern District of Florida, for admission ***pro hac vice*** to represent Appaloosa Management, L.P. and Wexford Capital LLC in the above-captioned proceedings pursuant to chapter 11 of the Bankruptcy Code; it is hereby

**ORDERED**, that Ileana A. Cruz, Esq., is admitted to practice, ***pro hac vice***, in the above referenced chapter 11 case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____
       New York, New York

                                            _____
                                            UNITED STATES BANKRUPTCY JUDGE