IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re: )
    )  Chapter 11
DELPHI AUTOMOTIVE SYSTEMS, LLC
A wholly owned subsidiary of DELPHI CORP.., )  Case No. 05-44481
    )
    Debtor.  )  Schedule No. 1606773

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO BANKRUPTCY RULE 3001(e) (1)

To:    Transferor:    Die-Namic, Inc.
        42001 Koppernick Road
        Canton, MI 48187
        Attention: Robert Bologna or Chris Hayes

**Your total general unsecured claim against the Debtor, known as Schedule Number 1606773 in the amount of $314,208.67 has been transferred to:**

Transferee:    SPCP GROUP, L.L.C.
        2 Greenwich Plaza
        Greenwich, CT 06830
        Attention: Brian Jarmain

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
  Clerk of the Court
  United States Bankruptcy Court for the
  Southern District of New York
  One Bowling Green
  New York, NY 10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                _____
                Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy: (check) Claims Agent_____ Transferee_____ Debtor's Attorney_____

                _____
                Deputy Clerk

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **DIE-NAMIC, INC.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.**, as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $306,583 (the "Assigned Claim"), against Delphi Automotive Systems ("Debtor"), the debtor-in-possession in Case No. 05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 14, 2005.

DIE-NAMIC, INC.

By: _____
Robert Bologna
Its: Vice-President

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640     Entity #39

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1527611 - 10108065<br>DICKERSON, BRIAN<br>BLACK LAW OFFICE<br>1422 WEST SAGINAW STREET<br>EAST LANSING   MI   48823 | EMPLOYMENT LITIGATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1606748 - 10397609<br>DICKEY & SON MACHINE TOOL CO INC<br>PO BOX 22478<br>INDIANAPOLIS   IN   46222 | ACCOUNTS PAYABLE | | $9,885.75 |
| 1010306 - 10005286<br>DICKEY AUDREY<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1606749 - 10397610<br>DICKEY GRABLER CO<br>10302 MADISON<br>CLEVELAND   OH   44102 | ACCOUNTS PAYABLE | | $25,725.58 |
| 1606751 - 10397611<br>DICKEY-JOHN CORP<br>PO BOX 10<br>AUBURN   IL   62615 | ACCOUNTS PAYABLE | | $430.00 |
| 1010315 - 10005287<br>DICKSON DEBRA<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1010318 - 10005288<br>DICKY GARY<br>(Address on File) | WORKERS COMPENSATION<br>CLAIM NUMBER: 80413541 | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1010318 - 10005289<br>DICKY GARY<br>(Address on File) | WORKERS COMPENSATION | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1606771 - 10397612<br>DIE CUT TECHNOLOGIES<br>PO BOX 30750<br>SALT LAKE CITY   UT   84189 | ACCOUNTS PAYABLE | | $250.00 |
| 1606773 - 10397613<br>DIE- NAMIC INC/ HABER TOOL EFT<br>1895 RELIABLE PARKWAY<br>CHICAGO   IL   606860018 | ACCOUNTS PAYABLE | Disputed,<br>Unliquidated | $314,208.67 |
| 1560614 - 10106873<br>DIEBOLD, INC., & MOSLER SAFE COMPANY<br>c/o TAFT, STETTINIUS & HOLLISTER LLP<br>Attn J. STEVEN JUSTICE<br>110 NORTH MAIN STREET<br>SUITE 900<br>DAYTON   OH   45402-1786 | ENVIRONMENTAL CLAIMS<br>CERCLA: TREMONT BARREL FILL PRP | Contingent,<br>Disputed,<br>Unliquidated | Unknown |
| 1606776 - 10397614<br>DIEFFENBACHER MASCHINENFABRIK J GMBH & CO<br>HEILBRONNER STRABE<br>D 75031 EPPINGEN<br>GERMANY | ACCOUNTS PAYABLE | | $4,388.17 |