UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK            X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    LLOYDS TSB COMMERCIAL FINANCE LTD.
               PO BOX 100
               BANBURY, OXFORDSHIRE
               UNITED KINGDOM 0X16 1SG
               ATTN: ELAINE WATTS

Transferee:    PML FLIGHTLINK LTD.
               NEWMAN LANE
               ALTON, HAMPSHIRE
               UNITED KINGDOM GU34 2QW
               ATTN: CLIFF JARVIS

A transfer of all right, title and interest in and to the schedule amount held by LLOYDS TSB COMMERCIAL FINANCE LTD. (the "Transferor") in the amount of **$28,746.00** against **Delphi Automotive Systems LLC** and its affiliates.

No action is required if you do not object to the transfer of your claim. However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

_____
Deputy Clerk

## QUIT CLAIM

KNOW ALL MEN BY THESE PRESENTS, that

LLOYDS TSB COMMERCIAL FINANCE LTD. ("Assignor"), for good and valuable consideration paid by PML FLIGHTLINK LTD., the receipt whereof is hereby acknowledged, does hereby assign, transfer, give, grant and convey unto the said Assignee, its successors and assigns and forever quit-claim to Assignee all right, title and interest in and to (1) the pre-petition claim (the "Claim") of Assignor (including, without limitation, "claims" as defined in Section 101(5) of the Bankruptcy Code) against Delphi Automotive Systems, LLC (the "Debtor") in the Chapter 11 case relating thereto (the "Case"), including, without limitation, any and all right to receive principal, interest and other amounts in respect of such Claim; (2) all causes of action or other rights held by Assignor, whether against the Debtor or against any other party, in connection with the Claim arising under or in connection with all agreements, invoices, purchase orders or other documents executed or delivered in connection with such Claim; (3) all causes of action held by Assignor in connection with the Claim against the Debtor or any other person or entity arising under any law, including without limitation causes of action for negligence, fraud or fraudulent transfers; and (4) all cash, proceeds, securities or other property distributed or received on account of, or exchanged in return for, any of the foregoing, including, without limitation, any and all right, title and interest Assignor has or may have had in and to the accounts assigned to Assignor pursuant to that certain factoring agreement dated as of MAY 5, 2004 between Assignor and Assignee (all of the foregoing, collectively, the "Transferred Rights").

TO HAVE AND TO HOLD the Transferred Rights unto Assignee, so that neither Assignor, nor any other person or persons claiming under Assignor, shall at anytime claim or demand any right, title or interest in or to the Transferred Rights.

Assignor represents and warrants that it has not in any way (i) previously assigned or transferred the Transferred Rights or any portion thereof or any right, title or interest therein to any other person or entity or (ii) created any adverse claim with respect to the Transferred Rights or any portion thereof.

IN WITNESS WHEREOF, the said Lloyds TSB Commercial Finance Ltd. has hereunto set its hand and seal this 27 day of April, 2006.

Signed, sealed and delivered in the presence of:

LOUISE STANBRIDGE
27.4.06

LLOYDS TSB COMMERCIAL FINANCE LTD.

By: _____
Name: ELAINE WATTS
Title: CLIENT SERVICE CONTROLLER

KL2-2187730.3

26-APR-2006 14:01 From:PML FLIGHTLINK 01420893930 To:Contrarian Capital P.15/15
10/04 '06 WED 11:55 FAX @001

 **Commercial Finance**

Lloyds TSB Commercial Finance Ltd
No.1
Brookhill Way
Banbury
Oxon
OX16 3EL
England

Tel.:     01295 202128
Fax:      01295 702082
e-mail:   elaine.watts@ltsbcf.co.uk
website:  www.ltsbcf.co.uk

Delphi Automotive Systems Ltd
One Corporate Centre
PO Box 9005
Kokomo
IN 46905 – 9005
USA

30th March 2006

Notice of Assignment

Dear Sirs,

| | |
|---|---|
| **YOUR SUPPLIER** | PML Flightlink Ltd |
| Our Reference | 76242/006506  Elaine Watts |

We have today assigned to your supplier the balance(s) outstanding in respect of the invoice(s) listed below. All future payments and correspondence relating to these should be directed to:-

PML Flightlink Ltd
at:-   Newman Lane
       Alton
       Hampshire
       GU34 2QW

Please ensure that payments continue to be forwarded to Lloyds TSB Commercial Finance Ltd in respect of all other invoices.

| INVOICE DATE | INVOICE NUMBER | INVOICE VALUE |
|---|---|---|
| 25/08/05 | 26246 | $12,776.00 |
| 20/09/05 | 26274 | $15,970.00 |

Yours faithfully

*[signature]*

Elaine Watts
Client Service Controller
Direct Phone   01295 202128
Direct Fax     01295 702082



Lloyds TSB Commercial Finance Ltd. Registered in England No. 73 011. Registered Office: Boston House, The Little Green, Richmond, Surrey TW9 1QE
As Agent for LTSBCF Limited and Alex Lawrie Receivables Finance Limited