Hearing Date: June 20, 2006 at 10:00 A.M.
Objections Deadline: June 13, 2006 at 4:00 P.M.

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C. 20006
Telephone: (202) 857-0620
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors In Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------------------------------------------x
| |  |
|---|---|
| **In re:** | **Chapter 11** |
| **DELPHI CORPORATION, et al.,** | **Case No. 05-44481 (RDD)** |
| Debtors. | **(Jointly Administered)** |

---------------------------------------------------------------------------------------------------------------------x

### NOTICE OF FIRST INTERIM APPLICATION OF GROOM LAW GROUP, CHARTERED, AS SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, SEEKING ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

PLEASE TAKE NOTICE that on April 27, 2006, Groom Law Group, Chartered ("Groom") filed the First Interim Application of Groom Law Group, Chartered, as Special Employee Benefit Counsel for Debtors, Seeking Allowance of Fees for Professional Services Rendered and Disbursements Incurred for the Period from October 8, 2005 through January 31, 2006 (the "First Interim Fee Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of Groom's First Interim Fee Application will be held on **June 20, 2006** at **10:00 A.M.** (Prevailing Eastern Standard Time) before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that responses to Groom's First Interim Fee Application, if any, must (a) be in writing, (b) conform to all applicable Rules and Orders, (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Documents Format (PDF), Word-Perfect, or any other Windows-based work processing format, (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Court Judge, and (e) be served upon (i) Groom Law Group, Chartered, 1701 Pennsylvania Avenue, NW, Washington, D.C. 20006 (Attention: Lonie A. Hassel, Esq.), (ii) Delphi Corporation , 5725 Delphi Drive, Troy Michigan 48098 (Att'n: General Counsel), (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n John Wm. Butler, Jr.), (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later then **4:00 P.M**. (Prevailing Eastern Standard Time) on **June 13, 2006**.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court

at the Hearing. If no objections to Groom's First Interim Fee Application are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the First Interim Fee Application without further notice.

Dated: Washington, D.C.
      April 27, 2006

                                      Respectfully submitted,

                                      */s/ Katherine S. Kamen*
                                      Katherine S. Kamen
                                      Lonie A Hassel
                                      GOOM LAW GROUP, CHARTERED
                                      1701 Pennsylvania Avenue N.W., Suite 1200
                                      Washington, D.C. 20006
                                      Telephone: (202) 857-0620
                                      Facsimile: (202) 659-4503

                                      SPECIAL EMPLOYEE BENEFITS COUNSEL
                                      FOR THE DEBTORS AND DEBTORS-IN-
                                      POSSESSION

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, a true and correct copy of the foregoing Notice of First Interim Fee Application of Groom Law Group, Chartered was served via overnight delivery service, to:

David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

John Wm. Butler, JR.
Skaddan, Arps, Slate, Meagher & Flom, LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606

**Counsel for Debtors**

Alicia M. Leohard
The Office of the U.S. Trustee for the Southern District of New York
33 Whitehall, Ste. 2100
New York, NY 10004

**United States Trustee**

Robert J. Rosenberg
Latham & Watkins, LLP
885 Third Avenue
New York, NY 10022-4802

**Counsel for the Official Committee of Unsecured Creditors**

Marissa Wesley
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors' Prepetition Credit Facility**

Marlene Melican
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017

**Counsel for the Agent Under the Debtors' Postpetition Credit Facility**

I hereby certify that on April 27, 2006, a notice of the foregoing Notice of First Interim Fee Application of Groom Law Group, Chartered was served via electronic notice to the persons listed on the Delphi Corporation Master Service List and the Delphi Corporation 2002 List.

*/s/ Lonie A. Hassel*
Lonie A. Hassel, Esq.
GROOM LAW GROUP, CHARTERED