# EXHIBIT A

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W., Suite 1200
Washington, D.C.  20006
Telephone:  (202) 857-0620
Facsimile:  (202) 659-4503
Lonie A. Hassel
Special Employee Benefits Counsel for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------------------------------------------x
| | |
|---|---|
| **In re:** | : Chapter 11 |
| **DELPHI CORPORATION, et al.,** | : Case No. 05-44481 (RDD) |
| Debtors. | : Jointly Administered |

---------------------------------------------------------------------------------------------------------------------x

**CERTIFICATION UNDER GUIDELINES FOR FEES AND
DISBURSEMENTS FOR PROFESSIONALS IN SUPPORT OF FIRST
INTERIM FEE APPLICATION OF GROOM LAW GROUP, CHARTERED FOR
INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Lonie A. Hassel, hereby certify that:

1. I am a principal with the applicant firm, Groom Law Group, Chartered ("Groom"), and I am the attorney with responsibility for the engagement of Groom as special employee benefits counsel to Delphi Corporation and certain of its direct and indirect subsidiaries, as debtors-and-debtors-in-possession (collectively, the "Debtors"), and, in that capacity, I am responsible for compliance with the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases adopted by the Court on April 19, 1995 (the "Local Guidelines"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under

11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines"), and the Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Committee Members (the "Administrative Order," collectively with the Local Guidelines and UST Guidelines, the "Guidelines").

2. This certification is made in respect of Groom's First Interim Fee Application, dated April 27, 2006 (the "First Interim Fee Application"), for interim compensation and reimbursement of expenses for the period commencing October 8, 2005, through and including January 31, 2006 (the "First Interim Period") in accordance with the Guidelines.

3. In respect of section B.1 of the Local Guidelines, I certify that:

   a. I have read the First Interim Fee Application;

   b. to the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought fall within the Guidelines;

   c. the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Groom and generally accepted by Groom's clients; and

   d. in providing a reimbursable service, Groom does not make a profit on that service, whether the service is performed by Groom in-house or through a third party.

4. In respect of section B.2 of the Local Guidelines, and as required by the Administrative Order, I certify that Groom has complied with these provisions requiring it to provide the Debtors, counsel for the statutory committee of unsecured creditors appointed in these cases (the "Committee"), and the United States Trustee for the Southern District of New York (the "United States Trustee") with, on a monthly basis, a statement of Groom's fees and disbursements accrued during the previous month.

5.    In respect of section B.3 of the Local Guidelines, I certify that the Debtors, counsel for the Committee, and the United States Trustee are each being provided with a copy of the First Interim Fee Application.

Dated:    Washington, D.C.
           April 27, 2006

                                    Respectfully submitted,


                                    */s/ Lonie A. Hassel*
                                    Lonie A. Hassel
                                    GROOM LAW GROUP, CHARTERED
                                    1701 Pennsylvania Avenue N.W., Suite 1200
                                    Washington, D.C. 20006
                                    Telephone: (202) 857-0620
                                    Facsimile: (202) 659-4503


                                    SPECIAL EMPLOYEE BENEFITS COUNSEL
                                    FOR THE DEBTORS AND DEBTORS-IN-
                                    POSSESSION