# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

February 24, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

      Re:    Statement for Professional Services Rendered During
             the Period Ending January 31, 2006

Dear Mr. Sherbin:

      Enclosed is our statement for professional services rendered to Delphi Corporation ("Delphi") from January 1, 2006 through January 31, 2006. Pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees ($27,666.56) and 100% of the expenses ($273.85) in this monthly statement to which no objection has been served in accordance with paragraph 2(d) of the Order.

      I would be happy to discuss any questions you may have about the bill.

                        Sincerely,

                        Lonie A. Hassel

Enclosures

cc:    John Wm. Butler, Jr., Esq.
        Alicia M. Leonhard, Esq.
        Robert J. Rosenberg, Esq.
        Marissa Wesley, Esq.
        Marlane Melican, Esq.

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

# GROOM LAW GROUP, CHARTERED

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006-5811
FEI #52-1219029

February 13, 2006

Bill Number 10029062
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Professional services rendered for the period ending January 31, 2006.

| | | |
|---|---|---|
| DEBTOR REPRESENTATION | $ 37,228.00 | |
| Less 10 Percent | $ -3,722.80 | |
| BANKRUPTCY ADMINISTRATION | $ 415.00 | |
| Less 10 Percent | $ -41.50 | |
| Total Fees | | $ 33,878.70 |
| DEBTOR REPRESENTATION | $ 273.85 | |
| Total Disbursements | | $ 273.85 |
| Total | | $ 34,152.55 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C. 20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC 20073-0589 |

# GROOM LAW GROUP, CHARTERED

1701 Pennsylvania Avenue, N.W.

Suite 1200

Washington, D.C. 20006

FEI #52-1219029

February 13, 2006

Bill Number 10029062
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:   DEBTOR REPRESENTATION

File Number 013580-00004

Through January 31, 2006

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 01/04/06 | AMC | Research regarding contribution filings in bankruptcy. | 0.50 Hrs |
| 01/05/06 | LAH | Telephone call from R. Landy (PBGC) regarding plan information request. | 0.10 Hrs |
| 01/06/06 | LAH | Telephone calls to and from F. Kuplicki regarding PBGC request, IF interviews. | 0.50 Hrs |
| 01/09/06 | LAH | Review materials regarding Form 200 filing. | 0.30 Hrs |
| 01/09/06 | LAH | Telephone call with K. Cobb et al. regarding Form 200 filing. | 0.30 Hrs |
| 01/09/06 | LAH | Review and revise Q&A regarding plan contributions. | 1.00 Hrs |
| 01/09/06 | LAH | Telephone calls with F. Kuplicki regarding plan contributions. | 1.00 Hrs |
| 01/09/06 | LAH | Review and revise Q&A regarding pension plans. | 1.00 Hrs |
| 01/09/06 | TSG | Review and revise Q&A regarding contributions. | 0.40 Hrs |
| 01/10/06 | TSG | Conference with LAH regarding quarterly contribution issue. | 0.50 Hrs |
| 01/10/06 | LAH | Research regarding plan contribution issue. | 1.50 Hrs |
| 01/10/06 | LAH | Telephone calls with K. Cobb regarding Form 200. | 0.20 Hrs |
| 01/10/06 | LAH | Research regarding Form 200 requirements. | 0.50 Hrs |
| 01/10/06 | LAH | Telephone calls with F. Kuplicki regarding plan contribution. | 0.30 Hrs |
| 01/10/06 | LAH | Review and revise IF contract. | 1.00 Hrs |
| 01/10/06 | RKM | Discuss IF agreement with LAH. | 0.30 Hrs |
| 01/10/06 | RKM | Review and comment on IF agreement. | 1.70 Hrs |
| 01/11/06 | GMF | Review contribution issue. | 0.10 Hrs |
| 01/11/06 | LAH | Research regarding and revise IF contract. | 2.00 Hrs |
| 01/11/06 | LAH | Review and revise outline regarding contributions. | 0.30 Hrs |
| 01/11/06 | LAH | Telephone call with actuary, client, TSG regarding plan contributions. | 0.50 Hrs |
| 01/11/06 | LAH | Review information for Form 200 filing. | 0.20 Hrs |
| 01/11/06 | LAH | Telephone calls with F. Kuplicki regarding contribution issues, IF contract. | 0.20 Hrs |
| 01/11/06 | LAH | Research regarding quarterly contribution issue. | 0.70 Hrs |
| 01/11/06 | TSG | Multiple telephone calls with client and actuary regarding contribution issue. | 1.00 Hrs |
| 01/11/06 | TSG | Analyze quarterly contributions issue. | 2.00 Hrs |
| 01/11/06 | RKM | Follow-up issues to IF agreement. | 0.20 Hrs |
| 01/11/06 | RJU | Review and comment on independent fiduciary agreement. | 1.00 Hrs |
| 01/11/06 | RJU | Conference with LAH regarding independent fiduciary issues. | 0.50 Hrs |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C.  20006**
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 01/11/06 | DEC | Obtain necessary form 200 SEC filings. | 2.00 Hrs |
| 01/12/06 | TSG | Analyze Quarterly Contribution issue. | 1.50 Hrs |
| 01/12/06 | LAH | Labor strategy meeting. | 1.50 Hrs |
| 01/12/06 | LAH | Review and revise IF contract. | 0.50 Hrs |
| 01/12/06 | LAH | Telephone calls with F. Kuplicki regarding IF contract. | 0.50 Hrs |
| 01/12/06 | LAH | Review communications regarding pension contribution. | 0.50 Hrs |
| 01/12/06 | LAH | Arrange for collection of documents on CD-ROM. | 0.30 Hrs |
| 01/12/06 | RJU | Conference with LAH re: indemnification clause in agreement. | 0.30 Hrs |
| 01/12/06 | DEC | Update Form 200 filings CD content. | 0.30 Hrs |
| 01/13/06 | LAH | Telephone calls with K. Cobb regarding Form 200. | 0.30 Hrs |
| 01/13/06 | LAH | Review materials for CD-ROM. | 0.50 Hrs |
| 01/13/06 | DEC | Update and revise form 200 filings CD content. | 1.30 Hrs |
| 01/17/06 | LAH | E-mails from and to F. Kuplicki regarding QDROs. | 0.20 Hrs |
| 01/17/06 | LAH | E-mails from and to K. Cobb regarding Form 200. | 0.10 Hrs |
| 01/17/06 | LAH | Review completed Forms 200. | 0.20 Hrs |
| 01/18/06 | LAH | E-mails from and to K. Cobb regarding Form 200. | 0.10 Hrs |
| 01/19/06 | LAH | Draft cover letters to PBGC and K. Cobb regarding Forms 200. | 0.30 Hrs |
| 01/19/06 | LAH | Review final package and arrange for filing Forms 200. | 0.20 Hrs |
| 01/19/06 | LAH | Telephone calls from and to F. Kuplicki regarding preemption issue. | 0.10 Hrs |
| 01/19/06 | LAH | Research regarding preemption issue. | 0.90 Hrs |
| 01/19/06 | CLK | Respond to question from LAH regarding SB-51 law in Texas. | 0.30 Hrs |
| 01/19/06 | DEC | Prepare and file Form 200 with PBGC. | 1.30 Hrs |
| 01/20/06 | LAH | Telephone call with F. Kuplicki regarding preemption issue. | 0.10 Hrs |
| 01/20/06 | LAH | E-mails from and to F. Kuplicki regarding plan liability issue. | 0.30 Hrs |
| 01/23/06 | LAH | Telephone call with F. Kuplicki regarding contribution issue. | 0.10 Hrs |
| 01/23/06 | LAH | Telephone call from OMM regarding 1113/1114 declarations. | 0.10 Hrs |
| 01/23/06 | LAH | Research regarding DB contribution issue. | 0.50 Hrs |
| 01/24/06 | LAH | Attend labor strategy meeting (by conference call). | 1.00 Hrs |
| 01/24/06 | LAH | Telephone calls with F. Kuplicki regarding reportable event, contribution issue. | 0.30 Hrs |
| 01/24/06 | LAH | Research regarding plan funding issue. | 2.70 Hrs |
| 01/24/06 | LAH | Review requirements regarding reportable event filing and facts regarding DMS plan. | 0.30 Hrs |
| 01/24/06 | BLW | Conversation with LAH regarding status of pension legislation and possible legislative options. | 0.30 Hrs |
| 01/24/06 | CLK | Speak to F. Kulplicki re: SB-51 law. | 0.30 Hrs |
| 01/24/06 | RDV | Legal research regarding funding waivers. | 1.00 Hrs |
| 01/24/06 | RDV | Conferences with and messages to LAH regarding funding waivers. | 0.30 Hrs |
| 01/24/06 | DEC | Update IRS Private Letter Ruling table. | 2.00 Hrs |
| 01/24/06 | AMC | Create table of IRS Private Letter Rulings. | 2.00 Hrs |
| 01/25/06 | LAH | Review and revise chart regarding funding waivers. | 3.00 Hrs |
| 01/25/06 | DEC | Complete Private Letter Rulings table. | 1.80 Hrs |
| 01/26/06 | LAH | Review 1113 brief regarding benefits issues. | 1.50 Hrs |
| 01/26/06 | LAH | Prepare for and conference call with A. Pasricha et al. regarding DB plans. | 0.80 Hrs |
| 01/26/06 | LAH | Telephone call with F. Kuplicki regarding waiver, notice issues. | 0.30 Hrs |
| 01/27/06 | LAH | Research regarding contribution issue. | 2.50 Hrs |
| 01/27/06 | LAH | E-mail and telephone call with F. Kuplicki regarding SPD and DB plan issues. | 0.50 Hrs |
| 01/27/06 | LAH | Review and revise Form 10. | 0.30 Hrs |

# GROOM LAW GROUP, CHARTERED

**1701 Pennsylvania Avenue, N.W.**
**Suite 1200**
**Washington, D.C. 20006**
FEI #52-1219029

DELPHI CORPORATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 01/29/06 | LAH | Review and revise 1113/1114 brief. | 1.00 Hrs |
| 01/30/06 | LAH | Draft actuaries' declaration for 1113/1114 brief. | 4.50 Hrs |
| 01/30/06 | LAH | Attend labor strategy meeting (conference call). | 1.70 Hrs |
| 01/30/06 | LAH | Research regarding actuaries' declaration for 1113 brief. | 0.50 Hrs |
| 01/30/06 | LAH | Telephone call wtih F. Kuplicki regarding COBRA, plan design issues. | 0.30 Hrs |
| 01/30/06 | LAH | Research regarding plan design issue. | 0.70 Hrs |
| 01/30/06 | LAH | Research regarding COBRA issue. | 0.30 Hrs |
| 01/31/06 | LAH | Research and draft outline regarding single stock funds. | 1.80 Hrs |
| 01/31/06 | LAH | Draft actuary's declaration regarding health costs for 1113 motion. | 2.80 Hrs |
| 01/31/06 | LAH | Review and revise COBRA slides. | 1.00 Hrs |
| 01/31/06 | LAH | Research and draft note to F. Kuplicki regarding ASEC plan issue. | 0.50 Hrs |
| 01/31/06 | WME | Telephone call with K. Cobb et al regarding freeze and benefit elimination issues. | 0.70 Hrs |
| 01/31/06 | WME | Review plan documents regarding amendment restrictions. | 1.00 Hrs |
| 01/31/06 | WME | Review K. Cobb communications regarding amendment restrictions. | 0.80 Hrs |
| 01/31/06 | WME | Telephone call with K. Cobb regarding amendment restrictions. | 0.30 Hrs |
| 01/31/06 | JFM | Discuss defined compensation plan materials with LAH. | 0.20 Hrs |
| 01/31/06 | JFM | Review defined compensation plan materials. | 0.30 Hrs |
| 01/31/06 | CLK | Review and comment on COBRA powerpoint. | 1.00 Hrs |
| 01/31/06 | CAT | Review COBRA bankruptcy slides. | 0.50 Hrs |

$ 37,228.00

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GARY M. FORD - Principal | 0.10 Hrs | 735/hr | $ 73.50 |
| THOMAS S. GIGOT - Principal | 5.40 Hrs | 565/hr | $ 3,051.00 |
| LONIE A. HASSEL - Principal | 47.20 Hrs | 565/hr | $ 26,668.00 |
| WILLIAM M. EVANS - Principal | 2.80 Hrs | 550/hr | $ 1,540.00 |
| RICHARD K. MATTA - Principal | 2.20 Hrs | 550/hr | $ 1,210.00 |
| ROBERTA J. UFFORD - Principal | 1.80 Hrs | 550/hr | $ 990.00 |
| BRIGEN L. WINTERS - Principal | 0.30 Hrs | 530/hr | $ 159.00 |
| JOHN F. McGUINESS - Principal | 0.50 Hrs | 520/hr | $ 260.00 |
| CHRISTINE L. KELLER - Principal | 1.60 Hrs | 495/hr | $ 792.00 |
| ROBERT D. VALER - Of Counsel | 1.30 Hrs | 485/hr | $ 630.50 |
| CHRISTY A. TINNES - Associate | 0.50 Hrs | 460/hr | $ 230.00 |
| A. MILLER . COCHRAN - Paralegal | 2.50 Hrs | 145/hr | $ 362.50 |
| DANIELLE E. COLLINS - Paralegal | 8.70 Hrs | 145/hr | $ 1,261.50 |
| | 74.90 Hrs | | $ 37,228.00 |

DISBURSEMENTS
Through January 31, 2006

| | |
|---|---|
| Duplication Services | $ 132.15 |
| Outside-Office Telephone | $ 10.27 |
| Postage | $ 4.05 |
| Shipping | $ 102.46 |
| Sprint Telecom | $ 24.92 |

# GROOM LAW GROUP, CHARTERED

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

TOTAL DISBURSEMENTS THIS MATTER $ 273.85

Re:   BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through January 31, 2006

| Date | | Description | Hours |
|---|---|---|---|
| 01/17/06 | SAH | Review and revise billing statement in conformance with SDNY Bankruptcy Court order. | 0.50 Hrs |
| 01/25/06 | SAH | Review fee application requirements. | 0.50 Hrs |

$ 415.00

| | Hours | Rate | Amount |
|---|---|---|---|
| SARAH A. HUCK - Associate | 1.00 Hrs | 415/hr | $ 415.00 |
| | 1.00 Hrs | | $ 415.00 |

| | |
|---|---|
| TOTAL FEES | $ 37,643.00 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 3,764.30 |
| TOTAL DISBURSEMENTS | $ 273.85 |
| TOTAL DUE THIS STATEMENT | $ 34,152.55 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 5,360.31 |
| 10028076 | 12/09/05 | 10,497.06 |
| 10028570 | 01/11/06 | 15,782.94 |
| TOTAL A/R | | $ 31,640.31 |

TOTAL DUE $ 65,792.86

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :
                                              :        Chapter 11
DELPHI CORPORATION, et al.,                   :        Case No. 05-44481 (RDD)
                                              :
            Debtors.                          :        Jointly Administered
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x


## SUMMARY OF PROFESSIONAL SERVICES RENDERED AND DISBURSEMENTS INCURRED BY GROOM LAW GROUP, CHARTERED, SPECIAL EMPLOYEE BENEFITS COUNSEL FOR THE DEBTORS, FOR THE PERIOD FROM JANUARY 1, 2006 THROUGH JANUARY 31, 2006

By Order dated November 4, 2005, the Bankruptcy Court authorized the employment

and retention of Groom Law Group, Chartered ("Groom") as special employee benefits counsel

to Debtors in the above-captioned action. Pursuant to that Order and in accordance with the

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Interim Compensation and Reimbursement of Expenses for Professionals and Committee

Members in the above-captioned action, Groom hereby provides certain summary information

regarding the professional services provided to Debtors by Groom for the period January 1, 2006

including January 31, 2006 (the "Compensation Period"). Additional detailed information

regarding the professional services rendered and disbursements incurred is contained in the

attached fee statements for the Compensation Period.

### BRIEF DESCRIPTION OF PROFESSIONAL SERVICES RENDERED

The following is a summary of the professional services rendered by Groom during the

Compensation Period. This summary is organized in accordance with Groom's internal system

of project or work codes.

- **0004 – Debtor Representation:** During the Compensation Period, Groom provided Debtors with analysis and advice regarding issues related to Form 200 filing with PBGC, plan contributions, funding waivers, and "COBRA" benefits.

- **0005 – Bankruptcy Administration:** During the Compensation Period, Groom professionals ensured compliance with the Bankruptcy Court's rules, orders and procedures, as well as applicable sections of the Bankruptcy Code and applicable Bankruptcy Rules, in conjunction with its retention as special employee benefits counsel to Debtors.

### SERVICES RENDERED BY GROOM LAW GROUP, CHARTERED
### COMMENCING JANUARY 1, 3006 THROUGH JANUARY 31, 2006

| NAME | YEAR OF ADMISSION | RATE | HOURS | AMOUNT |
|------|------|------|------|------|
| **PARTNERS** | | | | |
| Gary M. Ford | 1977 | $735 | .10 | 73.50 |
| Lonie A. Hassel | 1980 | $565 | 47.20 | 26,668.00 |
| Thomas S. Gigot | 1984 | $565 | 5.40 | 3,051.00 |
| William M. Evans | 1986 | $550 | 2.80 | 1,540.00 |
| Richard K. Matta | 1982 | $550 | 2.20 | 1,210.00 |
| Roberta J. Ufford | 1992 | $550 | 1.80 | 990.00 |
| John F. McGuiness | 1993 | $520 | .50 | 260.00 |
| Brigen L. Winters | 1994 | $530 | .30 | 159.00 |
| Christine L. Keller | 1996 | $495 | 1.60 | 792.00 |
| | **TOTAL PARTNERS** | | **61.90** | **$34,743.50** |
| | | | | |
| **COUNSEL** | | | | |
| Robert D. Valer | 1986 | $485 | 1.30 | 630.50 |

2

|  |  | TOTAL COUNSEL | 1.30 | $630.50 |
|---|---|---|---|---|
|  |  |  |  |  |
| **ASSOCIATES** |  |  |  |  |
| Christy A. Tinnes | 1998 | $460 | .50 | 230.00 |
| Sarah A. Huck | 2000 | $415 | 1.00 | 415.00 |
|  |  | **TOTAL ASSOCIATES** | **1.50** | **$ 645.00** |
|  |  |  |  |  |
| **PARAPROFESSIONALS** |  |  |  |  |
| A. Miller Cochran | N/A | $145 | 2.50 | 362.50 |
| Danielle E. Collins | N/A | $145 | 8.70 | 1,261.50 |
| **TOTAL PARA- PROFESSIONALS** |  |  | **11.20** | **$1,624.00** |
|  |  |  |  |  |
|  |  | **TOTAL** | **75.90** | **$37,643.00** |
| **TOTAL FEES AFTER 10% DISCOUNT** |  |  |  | **$33,878.70** |
| **80% OF FEES AFTER DISCOUNT** |  |  |  | **$27,102.96** |

ACTUAL AND NECESSARY DISBURSEMENTS INCURRED BY
GROOM LAW GROUP, CHARTERED
COMMENCING JANUARY 1, 2006 THROUGH JANUARY 31, 2006

| Disbursements | Amount |
|---|---|
|  |  |
|  |  |
| DUPLICATION | 132.15 |
| SHIPPING | 102.46 |
| OUTSIDE OFFICE TELEPHONE | 10.27 |
| TELEPHONE (SPRINT TELECOM) | 24.92 |
| POSTAGE | 4.05 |
| **TOTAL** | **$ 273.85** |

SUMMARY OF SERVICES BY MATTER CODE
FOR SERVICES RENDERED COMMENCING JANUARY 1, 2006 THROUGH JANUARY
31, 2006

| MATTER CODE | DESCRIPTION | HOURS | AMOUNT | AMOUNT LESS 10% DISCOUNT |
|---|---|---|---|---|
| 00004 | Debtor Representation | 74.90 | 37,228.00 | 33,505.20 |
| 00005 | Bankruptcy Administration | 1.00 | 415.00 | 373.50 |
| **TOTAL** | | **75.90** | **$37,643.00** | **$33,878.70** |

Lonie A. Hassel
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Avenue N.W.
Washington, DC 20006
Telephone:    (202) 857-0620
Facsimile:    (202) 659-4503
Special Employee Benefits Counsel for
Debtors

4

H:\013580\00005\SUMMARY OF PROF. SERVICES.DOC




From:  Origin ID: (202)857-0620
Lonie Hassel
GROOM LAW GROUP, CHARTERED
1701 PENNSYLVANIA AVENUE, NW
SUITE 1200
WASHINGTON, DC 20006

FedEx Express
**E**
CLS012288/14/18

Ship Date: 24FEB06
ActWgt: 1 LB
System#: 3502748/INET2400
Account#: S ********

REF: 13580-1   (lah)

Delivery Address Bar Code

SHIP TO:  (000)000-0000     BILL SENDER
**David Sherbin**
**Delphi Corporation**
**5725 Delphi Drive**

**Troy, MI 48098**

**PRIORITY OVERNIGHT**          **MON**
                                Deliver By:
TRK#  **7926 6933 5138**  FORM 0201   27FEB06
                                    **DTW**  A2
**48098**  -MI-US

## NS MTCA



Shipping Label: Your shipment is complete

1.  Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2.  Fold the printed page along the horizontal line.
3.  Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

January 27, 2006

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

> Re:   Statement for Professional Services Rendered During
>        the Period Ending December 31, 2005

Dear Mr. Sherbin:

Enclosed is our statement for professional services rendered to Delphi Corporation
("Delphi") from December 1, 2005 through December 31, 2005.  Pursuant to the Order
Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees
($11,467.80) and 100% of the expenses ($1,448.19) in this monthly statement to which
no objection has been served in accordance with paragraph 2(d) of the Order.

I would be happy to discuss any questions you may have about the bill.

Sincerely,

Lonie A. Hassel

Enclosures

cc:   John Wm. Butler, Jr., Esq.
      Alicia M. Leonhard, Esq.
      Robert J. Rosenberg, Esq.
      Marissa Wesley, Esq.
      Marlane Melican, Esq.

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C.  20006-5811
FEI #52-1219029

January 11, 2006

Bill Number 10028570
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI  48098

Professional services rendered for the period ending December 31, 2005.

| | | |
|---|---|---|
| DEBTOR REPRESENTATION | $ 15,661.50 | |
| Less 10 Percent | $ -1,566.15 | |
| BANKRUPTCY ADMINISTRATION | $ 266.00 | |
| Less 10 Percent | $ -26.60 | |
| Total Fees | | $ 14,334.75 |
| DEBTOR REPRESENTATION | $ 1,448.19 | |
| Total Disbursements | | $ 1,448.19 |
| Total | | $ 15,782.94 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C.  20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC  20073-0589 |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

January 11, 2006

Bill Number 10028570
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:   DEBTOR REPRESENTATION

File Number 013580-00004

Through December 31, 2005

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/01/05 | LAH | Review and revise 1113/1114 brief. | 1.00 Hrs |
| 12/01/05 | LAH | Conference call with client, other advisors regarding benefit claims. | 1.20 Hrs |
| 12/01/05 | LAH | Telephone calls with Skadden attorneys regarding controlled group issue. | 0.30 Hrs |
| 12/01/05 | LAH | E-mail to F. Kuplicki regarding controlled group, reportable event issues. | 0.30 Hrs |
| 12/01/05 | LAH | Research regarding and revise Q&A regarding pension issues. | 0.50 Hrs |
| 12/01/05 | LAH | Review information regarding benefit claims for conference call. | 0.50 Hrs |
| 12/01/05 | TSG | Revise Independent Fiduciary memorandum. | 0.20 Hrs |
| 12/02/05 | LAH | Conference call with A. Pasricha, F. Kuplicki, S. Salrin, S. Dameron Clarke regarding benefits issues. | 1.20 Hrs |
| 12/02/05 | LAH | Telephone call with and e-mail to S. Toussi regarding information requested by PBGC. | 0.30 Hrs |
| 12/02/05 | LAH | Analyze issues regarding pension for December 9 telephone call regarding same. | 0.70 Hrs |
| 12/05/05 | LAH | Research regarding RFP for independent fiduciary. | 1.00 Hrs |
| 12/05/05 | LAH | Labor strategy group meeting/conference call. | 2.00 Hrs |
| 12/06/05 | LAH | Draft response to union question regarding benefits. | 0.50 Hrs |
| 12/06/05 | LAH | Draft e-mail to client regarding pension plan options. | 0.50 Hrs |
| 12/06/05 | LAH | Telephone call with F. Kuplicki regarding benefit plan issues. | 0.30 Hrs |
| 12/06/05 | LAH | E-mails from and to T. Jerman regarding Watson Wyatt meeting. | 0.10 Hrs |
| 12/06/05 | LAH | Research regarding funding waiver issues. | 0.50 Hrs |
| 12/07/05 | LAH | Review plan amendments. | 0.20 Hrs |
| 12/08/05 | LAH | E-mail to K. Cobb regarding plan amendments. | 0.20 Hrs |
| 12/08/05 | LAH | Telephone call with F. Kuplicki regarding scheduling. | 0.10 Hrs |
| 12/09/05 | LAH | Telephone call with A. Pasricha, F. Kuplicki et al. regarding benefit issues. | 1.00 Hrs |
| 12/13/05 | LAH | Review and revise 1113 brief. | 2.50 Hrs |
| 12/13/05 | LAH | Telephone call with client, advisors regarding 1113 brief. | 0.50 Hrs |
| 12/13/05 | LAH | Telephone call with F. Kuplicki regarding stock funds, 1113 brief. | 0.50 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 12/13/05 | LAH | Research regarding stock fund issue. | 0.80 Hrs |
| 12/13/05 | RJU | Review GMIMC recommendation to Delphi. | 0.30 Hrs |
| 12/13/05 | RJU | Conference with LAH regarding GMIMC recommendation. | 0.40 Hrs |
| 12/14/05 | LAH | Review and revise 1113 brief. | 4.70 Hrs |
| 12/14/05 | LAH | Research regarding stock fund issue. | 1.00 Hrs |
| 12/14/05 | LAH | Telephone call with F. Kuplicki regarding pension issues. | 0.30 Hrs |
| 12/15/05 | LAH | Meet with Wyatt, OMM regarding benefits issues. | 2.00 Hrs |
| 12/15/05 | LAH | Draft e-mails to K. Cobb regarding contribution notice requirements. | 0.20 Hrs |
| 12/15/05 | LAH | Review and e-mail 1113 brief comments to T. Jerman. | 0.20 Hrs |
| 12/15/05 | LAH | Research regarding contribution notice requirements. | 0.20 Hrs |
| 12/16/05 | LAH | Review and revise health benefit outline. | 2.00 Hrs |
| 12/19/05 | LAH | Telephone call from creditors committee counsel regarding benefit plan information. | 0.10 Hrs |
| 12/19/05 | LAH | Telephone calls to F. Kuplicki, J. Lyon regarding creditors committee request. | 0.10 Hrs |
| 12/19/05 | LAH | Telephone call to F. Kuplicki regarding draft 1113 brief. | 0.20 Hrs |
| 12/29/05 | LAH | Draft response to K. Cobb's question regarding plan amendments. | 0.70 Hrs |

$ 15,661.50

| | | | |
|---|---|---|---|
| THOMAS S. GIGOT - Principal | 0.20 Hrs | 535/hr | $ 107.00 |
| LONIE A. HASSEL - Principal | 28.40 Hrs | 535/hr | $ 15,194.00 |
| ROBERTA J. UFFORD - Principal | 0.70 Hrs | 515/hr | $ 360.50 |
| | 29.30 Hrs | | $ 15,661.50 |

DISBURSEMENTS
Through December 31, 2005

| | |
|---|---|
| Duplication Services | $ 34.05 |
| Miscellaneous | $ 30.00 |
| Outside Duplication Services | $ 124.03 |
| Outside-Office Telephone | $ 53.47 |
| Research Services | $ 1,099.40 |
| Shipping | $ 92.94 |
| Sprint Telecom | $ 14.30 |

TOTAL DISBURSEMENTS THIS MATTER          $ 1,448.19

Re:   BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through December 31, 2005

| | | | |
|---|---|---|---|
| 12/13/05 | SAH | Review and revise bills to comply with order of the bankruptcy court. | 0.40 Hrs |
| 12/28/05 | SAH | Finalize December billing. | 0.30 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

$ 266.00

SARAH A. HUCK - Associate                    0.70 Hrs      380/hr      $ 266.00

                                             0.70 Hrs                  $ 266.00

| | | |
|---|---|---|
| TOTAL FEES | | $ 15,927.50 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | | $ - 1,592.75 |
| TOTAL DISBURSEMENTS | | $ 1,448.19 |
| TOTAL DUE THIS STATEMENT | | $ 15,782.94 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 23,905.41 |
| 10028076 | 12/09/05 | 54,450.16 |
| TOTAL A/R | | $ 78,355.57 |

TOTAL DUE          $ 94,138.51

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

December 28, 2005

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

      Re:    Statement for Professional Services Rendered During
              the Period Ending November 30, 2005

Dear Mr. Sherbin:

      Enclosed is our statement for professional services rendered to Delphi Corporation
("Delphi") from November 1, 2005 through November 30, 2005. Pursuant to the Order
Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees
($41,988.24) and 100% of the expenses ($2,766.46) in this monthly statement to which
no objection has been served in accordance with paragraph 2(d) of the Order. Also
enclosed is a copy of our new billing rates effective January 1, 2006.

      I would be happy to discuss any questions you may have about the bill.

                               Sincerely,

                               Lonie A. Hassel

Enclosures

cc:    John Wm. Butler, Jr., Esq.
       Alicia M. Leonhard, Esq.
       Robert J. Rosenberg, Esq.
       Marissa Wesley, Esq.
       Marlane Melican, Esq.

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006-5811
FEI #52-1219029

December 9, 2005

Bill Number 10028076
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Professional services rendered for the period ending November 30, 2005.

| | | |
|---|---:|---:|
| DEBTOR REPRESENTATION | $ 57,434.50 | |
| Less 10 Percent | $ -5,743.45 | |
| BANKRUPTCY ADMINISTRATION | $ 882.50 | |
| Less 10 Percent | $ -88.25 | |
| Total Fees | | $ 52,485.30 |
| DEBTOR REPRESENTATION | $ 2,759.11 | |
| BANKRUPTCY ADMINISTRATION | $ 7.35 | |
| Total Disbursements | | $ 2,766.46 |
| Total | | $ 55,251.76 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C. 20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC 20073-0589 |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

December 9, 2005

Bill Number 10028076
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:    DEBTOR REPRESENTATION

File Number 013580-00004

Through November 30, 2005

| | | | |
|---|---|---|---|
| 11/01/05 | LTM | Conversation with CWS re: in-kind payout of stock. | 0.20 Hrs |
| 11/01/05 | CWS | Analyze issues re: distribution in Delphi stock under Delphi 401(k) plan. | 1.00 Hrs |
| 11/01/05 | LAH | Review and analyze 9th Circuit case regarding termination issues. | 1.50 Hrs |
| 11/01/05 | LAH | Research regarding FSA issue. | 0.50 Hrs |
| 11/01/05 | LAH | Draft e-mail to F. Kuplicki regarding FSA issue. | 0.20 Hrs |
| 11/01/05 | LAH | Draft response to COBRA questions. | 2.00 Hrs |
| 11/01/05 | LAH | Telephone calls from and to F. Kuplicki regarding benefit distribution issue. | 0.20 Hrs |
| 11/01/05 | LAH | Research regarding benefit distribution issue. | 0.30 Hrs |
| 11/01/05 | AMS | Review in-kind stock distribution issue. | 0.50 Hrs |
| 11/01/05 | CLK | Draft email to LAH re: FSA question. | 0.80 Hrs |
| 11/02/05 | CWS | Further analysis of Delphi stock distribution issue and draft email to F. Kuplicki. | 2.00 Hrs |
| 11/02/05 | CWS | Conference call with F. Kuplicki, K. Cobb, et al, re: distribution issue. | 0.70 Hrs |
| 11/02/05 | LAH | Research regarding benefit distribution issue. | 0.50 Hrs |
| 11/02/05 | LAH | Telephone call with F. Kuplicki, K. Cobb, J. DiMarco, CWS, RJU regarding benefit distribution issue. | 0.70 Hrs |
| 11/02/05 | LAH | Review changes to DIP agreement for ERISA issues. | 0.30 Hrs |
| 11/02/05 | RJU | Conference call re: issue and potential concerns under ERISA and securities laws. | 0.70 Hrs |
| 11/02/05 | RJU | Review and reply to LAH email re: in-kind distribution issue. | 0.30 Hrs |
| 11/02/05 | KWD | Review regulations re: in-kind distributions in the form of employer securities. | 1.00 Hrs |
| 11/03/05 | LAH | Review 1113/1114 outline. | 0.50 Hrs |
| 11/03/05 | LAH | Conference call with J. Butler, T. Jerman, other advisors regarding 1113/1114 issues. | 2.30 Hrs |
| 11/03/05 | LAH | Review draft EBPC report. | 0.50 Hrs |
| 11/03/05 | RJU | Review memo re: closing of stock fund. | 0.20 Hrs |
| 11/03/05 | CLK | Review and comment on responses to COBRA questions per LAH's request. | 2.00 Hrs |
| 11/04/05 | LAH | Draft reportable event filing and arrange for collection of | 3.00 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

|  |  |  |  |
|---|---|---|---|
|  |  | required documents. |  |
| 11/04/05 | LAH | Research regarding COBRA issues. | 1.50 Hrs |
| 11/04/05 | LAH | Telephone calls with F. Kuplicki regarding reportable event, PBGC issues. | 0.30 Hrs |
| 11/04/05 | LAH | Revise memorandum regarding COBRA issues. | 0.50 Hrs |
| 11/04/05 | CLK | Research re: COBRA issues. | 0.70 Hrs |
| 11/05/05 | LAH | E-mails from and to T. Jerman regarding work issues. | 0.50 Hrs |
| 11/05/05 | LAH | Review 1113/1114 documents, draft outline of memorandum. | 0.50 Hrs |
| 11/05/05 | LAH | Review and revise COBRA memorandum. | 0.30 Hrs |
| 11/06/05 | MAT | Review and revise LAH draft memorandum re: COBRA. | 0.60 Hrs |
| 11/07/05 | LAH | Final review and revise reportable event filing. | 0.70 Hrs |
| 11/07/05 | LAH | Research regarding PBGC termination liability calculation. | 1.00 Hrs |
| 11/07/05 | LAH | Conference call with F. Kuplicki, T. Jerman, J. Lyons, SAH regarding 1113 issues. | 1.70 Hrs |
| 11/07/05 | LAH | Review and revise memorandum regarding COBRA issues. | 0.80 Hrs |
| 11/07/05 | LAH | Research regarding termination issue. | 0.50 Hrs |
| 11/07/05 | TSG | Conference with LAH regarding PBGC issues. | 0.50 Hrs |
| 11/07/05 | CLK | Review and revise COBRA memo. | 1.00 Hrs |
| 11/07/05 | SAH | Conference call with LAH, T. Jerman, et al. re: 1113. | 1.70 Hrs |
| 11/08/05 | LAH | Review filings regarding retiree committees. | 0.30 Hrs |
| 11/08/05 | LAH | Assign research regarding PBGC claim. | 0.30 Hrs |
| 11/08/05 | LAH | Draft memorandum regarding COBRA limit. | 0.30 Hrs |
| 11/08/05 | CLK | Review COBRA memo. | 0.50 Hrs |
| 11/08/05 | SAH | Review order and proposed Chapter 11 filings; docket petition dates. | 0.60 Hrs |
| 11/08/05 | JWK | Conference with LAH regarding contingent pension liabilities. | 0.30 Hrs |
| 11/08/05 | JWK | Research regarding contingent pension liabilities. | 1.10 Hrs |
| 11/09/05 | TFF | Review COBRA memo and discuss with LAH. | 0.80 Hrs |
| 11/09/05 | LAH | Draft memorandum regarding COBRA limits. | 3.00 Hrs |
| 11/09/05 | LAH | Join telephone call with F. Kuplicki et al. regarding actuarial issues. | 0.30 Hrs |
| 11/09/05 | LAH | Research regarding COBRA issues. | 3.30 Hrs |
| 11/09/05 | LAH | Revise memorandum regarding COBRA questions. | 0.70 Hrs |
| 11/09/05 | TSG | Join client conference call regarding PBGC issues. | 1.20 Hrs |
| 11/09/05 | LAH | Draft memorandum regarding COBRA issues and COBRA questions. | 0.70 Hrs |
| 11/09/05 | CLK | Review COBRA memo. | 0.50 Hrs |
| 11/10/05 | JWB | Conference with LAH re: COBRA memo. | 0.40 Hrs |
| 11/10/05 | JWB | Review memo on COBRA obligations. | 0.40 Hrs |
| 11/10/05 | LAH | Telephone calls with F. Kuplicki, K. Cobb regarding plan expense issue. | 0.20 Hrs |
| 11/10/05 | LAH | Research regarding plan expense issue. | 0.30 Hrs |
| 11/10/05 | LAH | Research regarding COBRA issues. | 3.00 Hrs |
| 11/10/05 | LAH | Review and revise memoranda regarding COBRA issues. | 3.00 Hrs |
| 11/10/05 | MAT | Analyze COBRA issues for LAH. | 0.50 Hrs |
| 11/10/05 | JEE | Analyze plan expenses issues re: payment of investment manager. | 0.20 Hrs |
| 11/10/05 | JWK | Research regarding unfunded benefit liabilities. | 2.30 Hrs |
| 11/11/05 | CWS | Conversation with LAH re: effect of pay cuts on plan formula. | 0.30 Hrs |
| 11/11/05 | LAH | Research regarding and revise COBRA memorandum. | 5.00 Hrs |
| 11/11/05 | LAH | Telephone call with K. Cobb regarding waiver issues. | 0.10 Hrs |
| 11/11/05 | LAH | Research regarding health care tax credit issues. | 1.00 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 11/11/05 | LAH | Telephone call with F. Kupllicki regarding meeting issues. | 0.50 Hrs |
| 11/11/05 | LAH | Review and analyze 1113 materials regarding draft brief. | 0.40 Hrs |
| 11/11/05 | TSG | Review and revise memorandum regarding COBRA. | 1.00 Hrs |
| 11/11/05 | CLK | Review COBRA memo re: 12 month bankruptcy issue. | 0.30 Hrs |
| 11/11/05 | JWK | Conference with LAH regarding contingent pension liabilities. | 0.30 Hrs |
| 11/11/05 | MT | Research re: proposed COBRA regs. | 0.50 Hrs |
| 11/13/05 | LAH | Draft argument regarding plan issues for 1113 motion. | 2.00 Hrs |
| 11/14/05 | LAH | Prepare for labor summit meeting. | 3.50 Hrs |
| 11/14/05 | LAH | Attend labor summit meeting. | 2.50 Hrs |
| 11/14/05 | LAH | Meet with F. Kuplicki, other advisors regarding 1113 issues. | 3.00 Hrs |
| 11/14/05 | SAH | Research re COBRA qualifying events in bankruptcy context. | 0.80 Hrs |
| 11/15/05 | CLK | Review and comment on COBRA memo. | 1.00 Hrs |
| 11/16/05 | LAH | Telephone call with J. Sheehan, K. Cobb, S. Dameron-Clark, K. Williams regarding waiver issues. | 0.30 Hrs |
| 11/16/05 | LAH | Review case regarding plan termination and draft e-mail to F. Kuplicki regarding same. | 0.50 Hrs |
| 11/16/05 | LAH | E-mail from F. Kuplicki regarding future pension plan issue and draft response to same. | 1.00 Hrs |
| 11/17/05 | LAH | Review and analyze e-mail from T. Jerman regarding union request for pension information. | 0.20 Hrs |
| 11/17/05 | LAH | Telephone call with F. Kuplicki regarding union request for liability information, union request regarding new pension plan, other benefit issues. | 0.50 Hrs |
| 11/17/05 | LAH | Draft e-mail and review and revise note to union regarding allocation of liabilities. | 0.50 Hrs |
| 11/17/05 | LAH | Draft response to multiemployer plan question. | 1.20 Hrs |
| 11/18/05 | CWS | Analyze anti-cutback question from K. Cobb. | 0.20 Hrs |
| 11/18/05 | LAH | Telephone call with F. Kuplicki regarding voluntary compliance program completed for PSP. | 0.30 Hrs |
| 11/18/05 | LAH | Revise and e-mail memorandum regarding mutleimployer plan issues for response to union question. | 0.40 Hrs |
| 11/18/05 | LAH | E-mails from and to T. Jerman regarding proposed pension legislation. | 0.10 Hrs |
| 11/18/05 | LAH | Research regarding proposed pension legislation. | 0.20 Hrs |
| 11/18/05 | BLW | Emails with LAH re: status of pension funding reforms. | 0.30 Hrs |
| 11/21/05 | LAH | Participate in labor strategy meeting. | 1.50 Hrs |
| 11/21/05 | LAH | Telephone call with F. Kuplicki regarding benefit claim issue. | 0.20 Hrs |
| 11/21/05 | WME | Telephone call with K. Cobb re: lump sum restrictions. | 0.50 Hrs |
| 11/21/05 | WME | Revise memo re: lump sum restrictions. | 1.50 Hrs |
| 11/22/05 | CWS | Draft email to WME re: changes to anti-cutback opinion re: lump sums. | 0.40 Hrs |
| 11/22/05 | LAH | Research regarding benefit claim issue. | 0.50 Hrs |
| 11/22/05 | LAH | Telephone call with F. Kuplicki regarding 1113 issues, benefit claim issue. | 0.70 Hrs |
| 11/22/05 | LAH | Research regarding plan design issue. | 0.70 Hrs |
| 11/23/05 | LAH | Analyze actuarial information for 1113 filing. | 0.70 Hrs |
| 11/23/05 | LAH | E-mail to T. Jerman regarding use actuarial information in 1113 motion. | 0.30 Hrs |
| 11/23/05 | LAH | Research regarding plan design issue. | 0.20 Hrs |
| 11/27/05 | LAH | Review and revise first draft of 1113/1114 brief. | 3.00 Hrs |
| 11/28/05 | LAH | Draft outline regarding COBRA issues. | 2.50 Hrs |
| 11/28/05 | LAH | Review filings regarding benefit issues. | 0.50 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 11/28/05 | MAT | Review, analyze COBRA issues for LAH. | 0.50 Hrs |
| 11/28/05 | CLK | Review and comment on COBRA outline. | 0.80 Hrs |
| 11/29/05 | LAH | Telephone call with F. Kuplicki regarding COBRA, 1113 issues. | 0.20 Hrs |
| 11/29/05 | TSG | Review and revise brief on § 1113 relief. | 1.00 Hrs |
| 11/30/05 | LAH | Research regarding independent fiduciary issues. | 4.00 Hrs |
| 11/30/05 | LAH | Review and revise draft board resolution, bullet points regarding independent fiduciary. | 1.00 Hrs |
| 11/30/05 | LAH | Labor strategy meeting with K. Butler, B. Sax, F. Kuplicki et al. | 2.00 Hrs |
| 11/30/05 | LAH | Telephone calls with F. Kuplicki regarding independent fiduciary. | 0.30 Hrs |
| 11/30/05 | TSG | Review and revise 1113 brief's description of pension issues. | 0.50 Hrs |
| 11/30/05 | AMS | Review IF appointment issues with LAH. | 0.50 Hrs |

$ 57,434.50

| | | | |
|---|---|---|---|
| LOUIS T. MAZAWEY - Principal | 0.20 Hrs | 605/hr | $ 121.00 |
| THOMAS F. FITZGERALD - Principal | 0.80 Hrs | 585/hr | $ 468.00 |
| JON W. BREYFOGLE - Principal | 0.80 Hrs | 570/hr | $ 456.00 |
| CHARLES W. SHERMAN - Principal | 4.60 Hrs | 570/hr | $ 2,622.00 |
| THOMAS S. GIGOT - Principal | 4.20 Hrs | 535/hr | $ 2,247.00 |
| LONIE A. HASSEL - Principal | 77.70 Hrs | 535/hr | $ 41,569.50 |
| ANDREE . ST.MARTIN - Principal | 1.00 Hrs | 535/hr | $ 535.00 |
| WILLIAM M. EVANS - Principal | 2.00 Hrs | 515/hr | $ 1,030.00 |
| MICHAEL A. THRASHER - Of Counsel | 1.60 Hrs | 515/hr | $ 824.00 |
| ROBERTA J. UFFORD - Principal | 1.20 Hrs | 515/hr | $ 618.00 |
| BRIGEN L. WINTERS - Principal | 0.30 Hrs | 480/hr | $ 144.00 |
| KENDALL W. DAINES - Of Counsel | 1.00 Hrs | 470/hr | $ 470.00 |
| CHRISTINE L. KELLER - Associate | 7.60 Hrs | 455/hr | $ 3,458.00 |
| JENNIFER E. ELLER - Associate | 0.20 Hrs | 445/hr | $ 89.00 |
| SARAH A. HUCK - Associate | 3.10 Hrs | 380/hr | $ 1,178.00 |
| JEFFREY W. KROH - Associate | 4.00 Hrs | 380/hr | $ 1,520.00 |
| MARK . THEBY - Paralegal | 0.50 Hrs | 170/hr | $ 85.00 |

110.80 Hrs               $ 57,434.50

DISBURSEMENTS
Through November 30, 2005

| | |
|---|---|
| Duplication Services | $ 778.05 |
| Outside-Office Telephone | $ 80.15 |
| Postage | $ 0.83 |
| Research Services | $ 1,254.07 |
| Shipping | $ 41.14 |
| Sprint Telecom | $ 18.12 |
| Travel | $ 586.75 |

TOTAL DISBURSEMENTS THIS MATTER               $ 2,759.11

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

File Number 013580-00005

Through November 30, 2005

| | | | | |
|---|---|---|---|---|
| 11/15/05 | LAH | Review bill for submission pursuant to court order. | 0.30 Hrs | |
| 11/15/05 | SAH | Review and revise bills to conform to retention order. | 0.50 Hrs | |
| 11/21/05 | SAH | Revise billing statements in accordance with interim order. | 0.50 Hrs | |
| 11/22/05 | SAH | Revise billing statements in accordance with Order. | 0.70 Hrs | |
| 11/28/05 | SAH | Finalize invoices and serve on required counsel. | 0.20 Hrs | |

$ 882.50

| | | | |
|---|---|---|---|
| LONIE A. HASSEL - Principal | 0.30 Hrs | 535/hr | $ 160.50 |
| SARAH A. HUCK - Associate | 1.90 Hrs | 380/hr | $ 722.00 |
| | 2.20 Hrs | | $ 882.50 |

DISBURSEMENTS
Through November 30, 2005

Duplication Services                                              $ 7.35

TOTAL DISBURSEMENTS THIS MATTER                    $ 7.35

| | |
|---|---|
| TOTAL FEES | $ 58,317.00 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 5,831.70 |
| TOTAL DISBURSEMENTS | $ 2,766.46 |
| TOTAL DUE THIS STATEMENT | $ 55,251.76 |

PREVIOUS BILLS OUTSTANDING

| | | |
|---|---|---|
| 10027562 | 11/10/05 | 27,401.01 |
| TOTAL A/R | | $ 27,401.01 |

TOTAL DUE                    $ 82,652.77

Billing Rates Effective January 1 2006
Standard Rates

### Principals

| | |
|---|---|
| Ford | 735 |
| Mazawey | 665 |
| Saxon | 665 |
| Ell | 665 |
| Fitzgerald | 655 |
| Scallet | 655 |
| Sweetnam | 655 |
| Groom | 635 |
| Gallagher | 635 |
| Sherman | 635 |
| Breyfogle | 635 |
| Lanoff | 635 |
| Gigot | 565 |
| Hassel | 565 |
| Powell | 565 |
| St. Martin | 565 |
| Lofgren | 550 |
| Ufford | 550 |
| Evans | 550 |
| Matta | 550 |
| Winters | 530 |
| Prame | 520 |
| Rillo | 520 |
| McGuiness | 520 |
| Dold | 495 |
| Keller | 495 |
| Levine | 495 |

### Non-Principals

| | |
|---|---|
| Hanrahan | 575 |
| Thrasher | 540 |
| Anillo | 485 |
| Valer | 485 |
| Daines | 485 |
| Kamen | 485 |
| Cole | 485 |
| Tinnes | 460 |
| Golumbic | 460 |
| Goodwin | 460 |
| Eller | 460 |
| Imholtz | 450 |
| Haas | 450 |
| Driggs | 425 |
| Nielsen | 425 |
| Bourgault | 415 |
| Huck | 415 |
| Kroh | 415 |
| Condeluci | 355 |
| Cerquitella | 335 |
| Meade | 285 |

### Other Professionals

| | |
|---|---|
| Klein | 205 |
| Paulson | 205 |
| Beckwith | 195 |
| Theby | 195 |
| Cochran | 145 |
| Collins | 145 |

Updated: 10/31/05

# GROOM LAW GROUP

Lonie A. Hassel
(202) 861-6634
lah@groom.com

November 28, 2005

**VIA FEDERAL EXPRESS**

David Sherbin, General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098

      Re:    Statement for Professional Services Rendered During
            the Period Ending October 31, 2005

Dear Mr. Sherbin:

Enclosed is our statement for professional services rendered to Delphi Corporation
("Delphi") from October 10, 2005 through October 31, 2005.  Pursuant to the Order
Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and
Reimbursement of Expenses of Professionals ("Order"), Delphi may pay 80% of the fees
($21,441.24) and 100% of the expenses ($599.46) in this monthly statement to which no
objection has been served in accordance with paragraph 2(d) of the Order.

I would be happy to discuss any questions you may have about the bill.

Sincerely,

Lonie A. Hassel

Enclosure
cc:    John Wm. Butler, Jr., Esq.
       Alicia M. Leonhard, Esq.
       Robert J. Rosenberg, Esq.
       Marissa Wesley, Esq.
       Marlane Melican, Esq.

GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W. • Washington, D.C. 20006-5811
202-857-0620 • Fax: 202-659-4503 • www.groom.com

O:\LAH\BILLS\DELPHI AUTOMOTIVE SYSTEMS.DOC

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006-5811
FEI #52-1219029

November 10, 2005

Bill Number 10027562
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Professional services rendered for the period ending October 31, 2005.

| | | |
|---|---|---|
| DEBTOR REPRESENTATION | $ 25,895.50 | |
| Less 10 Percent | $ -2,589.55 | |
| BANKRUPTCY ADMINISTRATION | $ 3,884.00 | |
| Less 10 Percent | $ -388.40 | |
| Total Fees | | $ 26,801.55 |
| DEBTOR REPRESENTATION | $ 599.46 | |
| Total Disbursements | | $ 599.46 |
| Total | | $ 27,401.01 |

| Payment may be made by wire transfer or ACH to: | Remittance address: |
|---|---|
| Groom Law Group, Chartered<br>PNC Financial Services Group, Inc.<br>Washington, D.C. 20006<br>ABA Transit Number 054000030 (ACH)<br>ABA Transit Number 031000053 (WIRE)<br>Account Number 5300759951 | Groom Law Group, Chartered<br>Department # 0589<br>Washington, DC 20073-0589 |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

November 10, 2005

Bill Number 10027562
File Number 013580

DELPHI CORPORATION
David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

FOR PROFESSIONAL SERVICES

Re:    DEBTOR REPRESENTATION

File Number 013580-00004

Through October 31, 2005

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 10/10/05 | LAH | Review and revise 1113/1114 documents. | 1.50 Hrs |
| 10/10/05 | TSG | Voicemail from and to B. Kaplan regarding PBGC issue. | 0.20 Hrs |
| 10/10/05 | TSG | Review authorities on PBGC issue for Bryan Kaplan. | 0.30 Hrs |
| 10/10/05 | LAH | E-mail to T. Jerman regarding 1113/1114 documents. | 0.20 Hrs |
| 10/10/05 | LAH | E-mails from and to counsel regarding lien issues. | 0.50 Hrs |
| 10/10/05 | LAH | Research regarding lien issue. | 0.50 Hrs |
| 10/10/05 | LAH | Telephone call with B. Kaplan regarding lien issue. | 0.10 Hrs |
| 10/11/05 | LAH | E-mails from and to T. Jerman regarding section 1113/1114 issues. | 0.30 Hrs |
| 10/11/05 | LAH | Telephone calls from and to F. Kuplicki regarding pension issues. | 0.30 Hrs |
| 10/11/05 | LAH | Review e-mails from B. Kaplan regarding filing issue. | 0.20 Hrs |
| 10/12/05 | LAH | Research regarding pension plan design issue. | 1.20 Hrs |
| 10/12/05 | LAH | Review and revise materials regarding 1113/1114 motion. | 1.00 Hrs |
| 10/12/05 | LAH | Two telephone calls with F. Kuplicki regarding first day order issue. | 0.30 Hrs |
| 10/12/05 | LAH | Telephone call with F. Kuplicki, AMS regarding first day order issue. | 0.30 Hrs |
| 10/12/05 | LAH | Research regarding first day order issue. | 1.40 Hrs |
| 10/12/05 | AMS | Review employer stock issues. | 0.80 Hrs |
| 10/12/05 | RJU | Conferences with LAH and AMS re: advice and analysis regarding stock sale issues. | 0.50 Hrs |
| 10/13/05 | LAH | Participate in telephone call regarding 1113/1114 issues. | 2.00 Hrs |
| 10/13/05 | LAH | Telephone call with M. Baker et al. regarding PBGC lien issue. | 0.30 Hrs |
| 10/13/05 | LAH | E-mail from F. Kuplicki regarding plan decisions. | 0.20 Hrs |
| 10/14/05 | LTM | Analyze Mercer DB proposal decision. | 1.00 Hrs |
| 10/14/05 | LAH | Conference call with other counsel regarding 1113 issues. | 1.50 Hrs |
| 10/14/05 | LAH | Research regarding 1113 issue. | 1.00 Hrs |
| 10/14/05 | LAH | Draft e-mail to F. Kuplicki regarding 1113 issue. | 0.50 Hrs |
| 10/14/05 | WME | Analyze in-service distribution issues. | 2.00 Hrs |
| 10/14/05 | ETD | Review employer classification/termination of employment issues. | 0.50 Hrs |
| 10/14/05 | ETD | Email and attend conference call re: employer classification/termination of employment issues. | 0.50 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| | | | |
|---|---|---|---|
| 10/16/05 | LAH | Telephone calls from and to T. Jerman regarding pension plan issue. | 0.20 Hrs |
| 10/16/05 | LAH | Research regarding plan distribution issue. | 0.30 Hrs |
| 10/17/05 | LTM | Conversation with LAH re: separation from service. | 0.20 Hrs |
| 10/17/05 | LTM | Review slides re: separation from service. | 0.30 Hrs |
| 10/17/05 | CWS | Review proposed filing with Bankruptcy Court re: changes to union contract. | 0.30 Hrs |
| 10/17/05 | LAH | Review and revise union proposal regarding pensions. | 1.50 Hrs |
| 10/17/05 | LAH | Revise slides regarding union proposal. | 1.00 Hrs |
| 10/17/05 | LAH | Telephone call with F. Kuplicki regarding State Street. | 0.30 Hrs |
| 10/17/05 | LAH | E-mails from and to B. Sax et al. regarding union proposal. | 0.20 Hrs |
| 10/17/05 | LAH | Review filings regarding first day orders. | 0.20 Hrs |
| 10/17/05 | LAH | E-mails from B. Kaplan et al. regarding additional Chapter 11 filings. | 0.20 Hrs |
| 10/18/05 | GMF | Review questions regarding PBGC meeting. | 0.20 Hrs |
| 10/18/05 | LAH | Research proposed changes to PBGC's work-out authority. | 0.50 Hrs |
| 10/18/05 | LAH | Telephone calls with K. Cobb regarding proposed changes to PBGC's workout authority. | 0.20 Hrs |
| 10/18/05 | LAH | Review and revise cover letters regarding 1113, 1114. | 1.00 Hrs |
| 10/18/05 | LAH | Review and revise term sheets regarding 1113, 1114. | 1.00 Hrs |
| 10/18/05 | BLW | Conversations with TSG and LAH re: client question amendments to Senate HELP Committee bill re: Delphi. | 0.30 Hrs |
| 10/19/05 | GMF | Review LAH e-mails regarding PBGC. | 0.10 Hrs |
| 10/19/05 | GMF | Review seminar e-mail regarding same. | 0.10 Hrs |
| 10/19/05 | LAH | E-mail to J. Kastin regarding term sheets. | 0.20 Hrs |
| 10/19/05 | LAH | E-mail to K. Cobb regarding PBGC premium proposal. | 0.20 Hrs |
| 10/19/05 | LAH | E-mails from and to F. Kuplicki regarding employer stock issue. | 0.20 Hrs |
| 10/20/05 | LAH | Research and draft response regarding COBRA, 1114 questions. | 0.50 Hrs |
| 10/20/05 | LAH | E-mails from and to T. Jerman regarding plan distribution, retiree health issues. | 0.50 Hrs |
| 10/20/05 | LAH | Telephone call with F. Kuplicki regarding benefit plan options. | 0.30 Hrs |
| 10/20/05 | LAH | Research regarding plan restructuring options. | 1.00 Hrs |
| 10/21/05 | GMF | E-mail from LAH regarding 1114 and draft reply to same. | 0.20 Hrs |
| 10/21/05 | LAH | Telephone call with K. Cobb et al. regarding legislative relief on retiree issue. | 0.50 Hrs |
| 10/21/05 | BLW | Conversation with LAH re: possible legislative relief proposal re: retiree issue. | 0.30 Hrs |
| 10/24/05 | LTM | Conference call with clients re: options for DB plan or replacements. | 1.00 Hrs |
| 10/24/05 | LTM | Conversation with LAH re: possible amendment regarding separation from service. | 0.30 Hrs |
| 10/24/05 | LTM | Revise possible amendment re: separation from employment. | 0.20 Hrs |
| 10/24/05 | LAH | Research regarding COBRA issue. | 2.00 Hrs |
| 10/24/05 | LAH | Research regarding severance of employment issue. | 1.00 Hrs |
| 10/24/05 | LAH | Telephone calls with K. Cobb regarding severance of employment issue. | 0.30 Hrs |
| 10/24/05 | LAH | Draft proposed language regarding severance of employment issue. | 0.70 Hrs |
| 10/24/05 | LAH | Telephone call with F. Kuplicki, LTM et al. regarding defined benefit plan issues. | 1.00 Hrs |
| 10/24/05 | LAH | Review and revise Q&A regarding benefits. | 0.50 Hrs |
| 10/24/05 | TSG | Analyze COBRA issue. | 0.60 Hrs |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

| Date | Init. | Description | Hours |
|---|---|---|---|
| 10/24/05 | MAT | Analyze COBRA issues. | 0.30 Hrs |
| 10/24/05 | BLW | Review, analyze and comment on draft legislative proposal re: payments on termination from employment. | 0.80 Hrs |
| 10/24/05 | AMC | Research re: DOL COBRA brief. | 1.00 Hrs |
| 10/25/05 | LAH | Research regarding treatment of FSA in bankrutpcy. | 0.50 Hrs |
| 10/25/05 | LAH | Prepare for and telephone call with T. Jerman, Delphi representatives regarding 1113 issues. | 1.70 Hrs |
| 10/25/05 | LAH | Review and revise Q&A regarding benefits. | 0.50 Hrs |
| 10/25/05 | AMS | Review FSA issue. | 0.30 Hrs |
| 10/26/05 | TSG | Review and revise questions and answers regarding benefit plans. | 0.20 Hrs |
| 10/26/05 | AMS | Review FSA Q&As. | 0.10 Hrs |
| 10/26/05 | LAH | Review and revise Q&A regarding benefits. | 0.70 Hrs |
| 10/26/05 | AMC | Review files for brief filed by DOL. | 0.50 Hrs |
| 10/27/05 | LTM | Phone call from P. Strella re: shares plan. | 0.30 Hrs |
| 10/27/05 | LAH | Telephone call with F. Kuplicki regarding PBGC, COBRA issues. | 0.50 Hrs |
| 10/27/05 | LAH | Review DIP response regarding PBGC objections. | 0.50 Hrs |
| 10/27/05 | MT | Research re: DOL COBRA filing. | 0.50 Hrs |
| 10/28/05 | LAH | Research regarding COBRA issues. | 0.70 Hrs |
| 10/28/05 | CLK | Discuss COBRA rules re: bankruptcy with LAH and review COBRA questions. | 0.50 Hrs |
| 10/28/05 | AMC | Reveiw files for brief by DOL. | 0.50 Hrs |
| 10/31/05 | LAH | Research regarding COBRA issues. | 0.80 Hrs |
| 10/31/05 | LAH | Telephone call with F. Kuplicki regarding employer stock, COBRA, DB plan issues. | 0.50 Hrs |

$ 25,895.50

| Name | Hours | Rate | Amount |
|---|---|---|---|
| GARY M. FORD - Principal | 0.60 Hrs | 695/hr | $ 417.00 |
| LOUIS T. MAZAWEY - Principal | 3.30 Hrs | 605/hr | $ 1,996.50 |
| CHARLES W. SHERMAN - Principal | 0.30 Hrs | 570/hr | $ 171.00 |
| THOMAS S. GIGOT - Principal | 1.30 Hrs | 535/hr | $ 695.50 |
| LONIE A. HASSEL - Principal | 35.20 Hrs | 535/hr | $ 18,832.00 |
| ANDREE . ST.MARTIN - Principal | 1.20 Hrs | 535/hr | $ 642.00 |
| WILLIAM M. EVANS - Principal | 2.00 Hrs | 515/hr | $ 1,030.00 |
| MICHAEL A. THRASHER - Of Counsel | 0.30 Hrs | 515/hr | $ 154.50 |
| ROBERTA J. UFFORD - Principal | 0.50 Hrs | 515/hr | $ 257.50 |
| BRIGEN L. WINTERS - Principal | 1.40 Hrs | 480/hr | $ 672.00 |
| ELIZABETH T. DOLD - Principal | 1.00 Hrs | 455/hr | $ 455.00 |
| CHRISTINE L. KELLER - Associate | 0.50 Hrs | 455/hr | $ 227.50 |
| MARK . THEBY - Paralegal | 0.50 Hrs | 170/hr | $ 85.00 |
| A. MILLER . COCHRAN - Paralegal | 2.00 Hrs | 130/hr | $ 260.00 |
| | 50.10 Hrs | | $ 25,895.50 |

DISBURSEMENTS
Through October 31, 2005

| | |
|---|---|
| Duplication Services | $ 586.65 |
| Sprint Telecom | $ 12.81 |

1701 Pennsylvania Avenue, N.W.
Suite 1200
Washington, D.C. 20006
FEI #52-1219029

DELPHI CORPORATION

TOTAL DISBURSEMENTS THIS MATTER               $ 599.46

Re:   BANKRUPTCY ADMINISTRATION

File Number 013580-00005

Through October 31, 2005

| | | | |
|---|---|---|---|
| 10/25/05 | LAH | Telephone calls from and to J. Frizzely, T. Matz regarding retention application. | 0.30 Hrs |
| 10/26/05 | GMF | Telephone call to Assistant U.S. Trustee regarding affidavit. | 0.20 Hrs |
| 10/26/05 | LAH | Research regarding and draft supplemental affidavit regarding retention. | 3.70 Hrs |
| 10/27/05 | LAH | Revise supplemental affidavit for retention application. | 0.50 Hrs |
| 10/28/05 | LAH | Review and revise retention affidavit. | 1.00 Hrs |
| 10/31/05 | LAH | Final review, revise, and sign supplemental affidavit regarding retention. | 1.50 Hrs |

$ 3,884.00

| | | | |
|---|---|---|---|
| GARY M. FORD - Principal | 0.20 Hrs | 695/hr | $ 139.00 |
| LONIE A. HASSEL - Principal | 7.00 Hrs | 535/hr | $ 3,745.00 |
| | 7.20 Hrs | | $ 3,884.00 |

| | |
|---|---|
| TOTAL FEES | $ 30,629.25 |
| FEES DISCOUNTED UNDER BILLING ARRANGEMENT | $ - 2,977.95 |
| TOTAL DISBURSEMENTS | $ 599.46 |
| TOTAL DUE THIS STATEMENT | $ 27,401.01 |

PREVIOUS BILLS OUTSTANDING

TOTAL A/R               $ 0.00

TOTAL DUE               $ 27,401.01