BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Wendy D. Brewer, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Universal Tool &
 Engineering Co., Inc.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x
                                       :
In re                                  :    Chapter 11
                                       :
DELPHI CORPORATION, et al.,            :    Case No. 05-44481(RDD)
                                       :
            Debtors.                   :    (Jointly Administered)
_____ x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of April, 2006, a copy of the Objection of Universal Tool & Engineering Co., Inc. to Debtors' Notice of Rejection of Unexpired Leases and Abandonment of Personal Property [RE: Docket No. 3222] (the "Objection") was filed electronically and served Federal Express on the entities identified on the attached service list. The Objection was also served via facsimile upon the entities on the attached service list, except the Office of the U.S. Trustee.

Dated: April 27, 2006                       Respectfully submitted,

                                            /s/ Mark R. Owens
                                            Michael K. McCrory, Esq.
                                            Wendy D. Brewer, Esq.
                                            Mark R. Owens, (MO 9742)
                                            BARNES & THORNBURG LLP
                                            11 South Meridian Street
                                            Indianapolis, IN 46204
                                            Phone: (317) 236-1313
                                            Facsimile: (317) 231-7433

INDS01 MOWENS 828162v1

# SERVICE LIST

Delphi Corporation
5725 Delphi Drive
Troy MI 48098
Attention: General Counsel
Fax: (248) 813-2670

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Attention: John Wm. Butler, Jr.
 & Ron E. Meisler
Fax: (312) 407-0411

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attention: Kenneth S. Ziman
Fax: (212) 455-2502

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attention: Donald S. Bernstein
 & Marlane Melican
Fax: (212) 450-3092

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attention: Mark A. Broude
Fax: (212) 751-4864

Office of the U.S. Trustee for
 the Southern District of New York
33 Whitehall Street
Suite 2100
New York, NY 10004
Attention: Alicia M. Leonhard