Hearing Date and Time: June 20, 2006 at 10:00 a.m.
Objection Deadline: June 13, 2006 at 4:00 p.m.

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
Douglas P. Bartner (DB-2301)
Andrew V. Tenzer (AT-2263)

Special Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x
                                                       :
                                                       :
                                                       :
In re:                                                 :    Chapter 11
                                                       :
DELPHI CORPORATION, et al.,                            :    Case No. 05 – 44481 (RDD)
                                                       :
              Debtors.                                 :    (Jointly Administered)
                                                       :
                                                       :
                                                       :
-------------------------------------------------------x

**NOTICE OF FIRST APPLICATION OF SHEARMAN & STERLING LLP,**
**AS SPECIAL COUNSEL TO THE DEBTORS, FOR ALLOWANCE OF INTERIM**
**COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES**
**INCURRED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006**

PLEASE TAKE NOTICE that the **First Application Of Shearman & Sterling LLP, As Special Counsel To The Debtors, For Allowance Of Interim Compensation For Professional Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006** (the "Application") was filed with the United States Bankruptcy Court for the Southern District of New York on April 27, 2006. The Application seeks approval of reasonable compensation for professional legal services rendered and expenses related thereto incurred by Shearman & Sterling LLP, special counsel to Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-

NYDOCS03/798868.5

in-possession in the above-captioned cases (collectively, the "Debtors"), for the period commencing October 8, 2005 through and including January 31, 2006 (the "Compensation Period"), in the amount of $2,201,891.11, (which is comprised of (i) $2,097,867.55 for fees and (ii) $103,201.56 for expenses).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an Order granting the Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(l) And 105 And Fed. R. Bank. P. 2002(m), 9006, 9007, And 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, And Administrative Procedures, And (III) Scheduling An Initial Case Conference In Accordance With Local Bankr. R. 1007-2(e) (Docket No. 245) (the "Case Management Order"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (e) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) special counsel for Debtors, Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, Attn: Douglas P. Bartner, Esq., and (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case **so as to be received on or before June 13, 2006 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline").

NYDOCS03/798868.5

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON FINAL APPROVAL OF THE APPLICATION WILL BE HELD ON June 20, 2006 AT 10:00 A.M.

A copy of the Application can be obtained either by (a) accessing the document on the Bankruptcy Court's website at the above-mentioned address, or (b) contacting Erin Reilly of Shearman & Sterling LLP at (212) 848-8662.

Dated:  New York, New York
        April 27, 2006

By: _____
Douglas P. Bartner (DB-2301)
Andrew V. Tenzer (AT-2263)

SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York  10022
Telephone: (212) 848-4000
Facsimile:  (212) 848-7179

Special Counsel to the Debtors and
Debtors in Possession