**EXHIBIT C**

**SHEARMAN & STERLING LLP**

October 8, 2005 –
January 31, 2006

| DISBURSEMENTS | LITIGATION | BANKRUPTCY |
|---|---|---|
| Offsite Client Meals | | $20.19 |
| Inhouse Photocopies | $2,333.85 | $35,024.94 |
| Court Reporting and Transcripts | | $4,079.75 |
| Conference Room Dining | $442.17 | $1,280.46 |
| Facsimile Transmission | | $380.00 |
| Federal Express | $190.01 | $588.20 |
| Filing Fees | | $4,420.50 |
| Lexis Research | $11,058.18 | $3,302.39 |
| Messengers | $26.00 | $396.00 |
| Night Secretarial Service | | $2,565.00 |
| Other Information Services | $260.62 | $807.45 |
| Other Outside Services | $1,518.05 | $5,289.20 |
| Overtime Taxis | $477.40 | $575.00 |
| Secretarial Overtime | | $1,541.25 |
| Parking Costs for Clients | | $94.00 |
| Postage & Courier | $190.60 | $284.49 |
| Printing | | $85.00 |
| Telephone Charges | $26.71 | $1,080.85 |
| Travel & Incidental | $1,406.49 | $994.90 |
| Travel Meals | $52.63 | $40.12 |
| Radio Taxis | $40.29 | $6,607.88 |
| Local Taxi | $35.00 | $33.00 |
| Velo Binding | $18.00 | $156.00 |
| WestLaw | $4,345.56 | $7,702.18 |
| Word Processing | | $3,431.25 |
| **SUBTOTALS:** | **$22,421.56** | **$80,780.00** |
| **TOTAL DISBURSEMENTS:** | | **$103,201.56** |