# EXHIBIT D

# PROJECT SUMMARY

**SHEARMAN & STERLING LLP**                                    October 8, 2005 –
                                                               January 31, 2006

| PROJECT CATEGORY | HOURS | FEES |
|---|---|---|
| Matter 20 – Securities Class Action | 854.2 | $258,877.35 |
| Matter 21 – Derivate Lawsuits | 65.2 | $17,137.80 |
| Matter 22 – ERISA Class Action Litigation | 108.9 | $27,593.10 |
| Matter 23 – SEC OPEB Investigation | 130.6 | $38,852.55 |
| Matter 25 – Business Issues/Operations | 67.7 | $33,786.00 |
| Matter 26 – Case Administration | 43.2 | $11,302.00 |
| Matter 27 – Claims Administration & Objections | 2.1 | $913.50 |
| Matter 28 – DIP Financing | 1,481.0 | $742,570.00 |
| Matter 30 – Employee Benefits/Pensions | 4.7 | $2,266.00 |
| Matter 31 – Employment Applications & Objections | 1,198.7 | $549,904.00 |
| Matter 32 – Executory Contracts/Leases | 71.1 | $24,284.50 |
| Matter 33 – Fee Applications & Objections | 146.1 | $30,161.50 |
| Matter 34 – First Day Matters | 438.6 | $189,174.50 |
| Matter 36 – Litigation | 0.8 | $308.00 |
| Matter 37- Meetings of Creditors | 2.6 | $1,298.50 |
| Matter 38 – Non-Working Travel | 41.4 | $12,171.75 |
| Matter 40 – Relief From Stay | 1.8 | $609.00 |
| Matter 41 – Relief from Stay Proceedings | 9.2 | $4,839.00 |
| Matter 42 – Tax Issues | 1.2 | $604.50 |
| Matter 43 – Utilities Matters | 36.9 | $18,423.50 |
| Matter 44 – Strategic Planning | 180.4 | $99,263.00 |
| Matter 45 – European Financing Matters | 18.2 | $10,022.50 |
| Matter 47 – Intellectual Property | 52.9 | $22,869.00 |
| Matter 48 – Securities Advice | 0.8 | $636.00 |
| **TOTAL:** | **4,958.3** | **$2,097,867.55** |