Garry M. Graber
*Co-Counsel for Jideco of Bardstown, Inc.*
Hodgson Russ LLP
One M & T Plaza, Suite 2000
Buffalo, New York 14203-2391
Telephone: (716) 856-4000

**UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 Case |
|  | ) |  |
| DELPHI CORPORATION, et al. | ) | No. 05-44481 |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF RESPONSE TO THE STATEMENT OF RECLAMATION
RE: CLAIM NO. 466 OF JIDECO OF BARDSTOWN, INC.**

     Please be advised that pursuant to the Amended Final Reclamation Order (Docket No. 881) a Response to the Statement of Reclamation Re: Claim No. 466 on behalf of Jideco of Bardstown, Inc. was served, via U.S. Mail Service, on April 18, 2006 on the following parties: Christina Cattell, Mail Code No. 483-400-216, 5725 Delphi Drive, Troy, Michigan 48098, Matthew J. Micheli, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Ste. 2100, Chicago, IL 60606, John K. Lyons, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Allison Verderber Herriott, Esq., Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036.

                                    Respectfully submitted,

                                    JIDECO OF BARDSTOWN, INC., Defendant

                                    By their Co-Counsel,

Dated: April 27, 2006              /s/ Garry M. Graber
                                    HODGSON RUSS LLP
                                    Garry M. Graber
                                    One M&T Plaza, Suite 2000
                                    Buffalo, New York 14203-2391
                                    (716) 856-4000

                                    and

FROST BROWN TODD LLC
Charles R. Keeton
Sara L. Abner
400 West Market Street, 32nd Floor
(502) 589-5400

*Co-Counsel for Jideco of Bardstown, Inc.*

000160/00623 GBDOCS 571613v1