# EXHIBIT B

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|------------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

April 11, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 10/8/05 through 10/31/05 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $6,747.00 |
| Disbursements and Charges | 918.03 |
| Total Fees, Disbursements and Charges invoiced | $7,665.03 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $5,397.60 |
| Disbursements and Charges (100%) | 918.03 |
| **Total Fees, Disbursements and Charges due** | **$6,315.63***  |

\*    The holdback amount (20% of the professional fees billed for this period) of $1,349.40 will be due
upon Court approval of Thompson Hine's Fee Application.

---

THOMPSON HINE LLP         2000 Courthouse Plaza, N E      www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801                   Phone  937 443 6600
                          Dayton, Ohio 45401-8801         Fax  937 443 6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00092 | 10/08/05 - 10/31/05 | 2147098 | $1,828.50 | $9.40 | $1,837.90 |
| 00165 | 10/08/05 - 10/31/05 | 2147101 | $94.00 | $0.00 | $94.00 |
| 00173 | 10/08/05 - 10/31/05 | 2147102 | $47.00 | $8.60 | $55.60 |
| 00185 | 10/08/05 - 10/31/05 | 2147103 | $170.00 | $0.00 | $170.00 |
| 00202 | 10/08/05 - 10/31/05 | 2147104 | $399.50 | $0.00 | $399.50 |
| 00204 | 10/08/05 - 10/31/05 | 2147106 | $164.50 | $602.40 | $766.90 |
| 00206 | 10/08/05 - 10/31/05 | 2147107 | $2,479.50 | $0.00 | $2,479.50 |
| 00209 | 10/08/05 - 10/31/05 | 2147108 | $544.00 | $0.00 | $544.00 |
| 00211 | 10/08/05 - 10/31/05 | 2147109 | $340.00 | $113.79 | $453.79 |
| 00212 | 10/08/05 - 10/31/05 | 2147110 | $425.00 | $82.04 | $507.04 |
| 00213 | 10/08/05 - 10/31/05 | 2147112 | $255.00 | $101.80 | $356.80 |
| Total Amount Invoiced | | | $6,747.00 | $918.03 | $7,665.03 |



THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
         BRUSSELS          CLEVELAND          DAYTON          WASHINGTON D.C.

February 24, 2006

Delphi Technologies, Inc.                    Invoice No. 2147098
Legal Staff-M/C 480-410-202                  Our File No. 444859.00092
P.O. Box 5052
Troy, MI 48007-5052

**DP-310121-Controlled Truck Cab Suspension Using**   Federal I.D. No. 34-0575300
**an Inverted Strut**

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,828.50 |
| Disbursements and Charges | $ | 9.40 |
| Total Fees, Disbursements and Charges | $ | 1,837.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,837.90 |

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.       www.ThompsonHine.com
ATTORNEYS AT LAW                P.O. Box 8801                     Phone  937 443 6600
                                Dayton, Ohio 45401-8801           Fax  937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00092
Delphi Technologies, Inc.

February 24, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/31/05 | Prepare amendment; file amendment. | | |
| | Theodore D. Lienesch | 5.30 | 1,828.50 |
| | Fee for Professional Services | | $1,828.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 5.30 | 345.00 |
| | Fee for Professional Services | | $1,828.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 9.40 |
| Total Disbursements and Charges | 9.40 |



| | | |
|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 13, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147101
Our File No. 444859 00165

**DP-312617 PATENT: AUTONOMOUS BRAKE
APPLY**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 94 00 |
| Total Fees, Disbursements and Charges | $ | 94.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 94.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                February 13, 2006
Our File No. 444859.00165
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/18/05 | Prepare patent Application | | |
| | Douglas E. Erickson | 0.20 | 47.00 |
| 10/28/05 | Review file; telephone discussion with M. Smith concerning the certified copy of the EP application not yet received but desired for filing with the US application which must be filed by 11/4/2005 | | |
| | Douglas E. Erickson | 0.20 | 47.00 |
| | Fee for Professional Services | | $94.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.40 | 235.00 |
| | Fee for Professional Services | | $94.00 |



| | | | | |
|---|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK | |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C | |

February 13, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147102
Our File No. 444859.00173

**DP-312481 Patent: CONTROLLABLE MR
SHOCK ABSORBER FOR A WASHING
MACHINE V1/ DOOR BRAKE V2**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 47.00 |
| Disbursements and Charges | $ | 8.60 |
| Total Fees, Disbursements and Charges | $ | 55.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 55.60 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2                                                                  February 13, 2006
Our File No. 444859.00173
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/28/05 | Draft amendment after final; file amendment with USPTO. | | |
| | Douglas E. Erickson | 0.20 | 47.00 |
| | Fee for Professional Services | | $47.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.20 | 235.00 |
| | Fee for Professional Services | | $47.00 |

### Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 8.60 | |
| | Total Disbursements and Charges | | 8.60 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147103
Our File No. 444859 00185

**DP-313918 Patent: COOLING APPARATUS AND**   Federal I.D. No. 34-0575300
**METHOD USING LOW FLUID FLOW RATES**

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 170.00 |
| Total Fees, Disbursements and Charges | $ | 170.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 170.00 |

# THOMPSON HINE

Page 2                                                           February 24, 2006
Our File No. 444859.00185
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/31/05 | Revise application. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $170.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 1.00 | 170.00 |
| | Fee for Professional Services | | $170.00 |



ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D C

February 13, 2006

Delphi Technologies, Inc.                    Invoice No. 2147104
Legal Staff-M/C 480-410-202                  Our File No. 444859.00202
P.O. Box 5052
Troy, MI 48007-5052


**DP-312587: Patent HIGH EFFICIENCY DUAL**     Federal I.D. No. 34-0575300
**LEAD BALLSCREW WITH LOW EFFECTIVE**
**HELIX ANGLE**

---

*For professional services rendered for your account through 10/31/05*

| | |
|---|---:|
| Fees for Professional Services | $ 399.50 |
| Total Fees, Disbursements and Charges | $ 399.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ 399.50 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N E          www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                        Phone 937 443 6600
                           Dayton, Ohio 45401-8801              Fax 937 443 6635

# THOMPSON HINE

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/10/05 | Preliminary clearance (verbal) study | | |
| | Douglas E. Erickson | 0.70 | 164.50 |
| 10/28/05 | Preliminary clearance of two GM patents; email results (patentability study which resulted in no application being drafted and preliminary clearance study) | | |
| | Douglas E. Erickson | 1.00 | 235.00 |
| | Fee for Professional Services | | $399.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.70 | 235.00 |

| | | | |
|--|--|--|--|
| | Fee for Professional Services | | $399.50 |



| THOMPSON HINE | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 13, 2006

Delphi Technologies, Inc              Invoice No. 2147106
Legal Staff-M/C 480-410-202           Our File No. 444859 00204
P.O. Box 5052
Troy, MI 48007-5052

**DP-314410: Patent: FOUR QUADRANT PULSE**     Federal I.D. No. 34-0575300
**WIDTH MODULATION CONTROL OF 3 PHASE**
**MOTORS**

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 164.50 |
| Disbursements and Charges | $ | 602.40 |
| Total Fees, Disbursements and Charges | $ | 766.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 766.90 |

# THOMPSON HINE

Page 2                                                                February 13, 2006
Our File No. 444859.00204
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/18/05 | Patentability and preliminary clearance (verbal) study. | | |
| | Douglas E. Erickson | 0.20 | 47.00 |
| 10/28/05 | Draft written patentability study; final written patentability study to Delphi; oral preliminary clearance study results telephoned to Delphi | | |
| | Douglas E. Erickson | 0.50 | 117.50 |
| | Fee for Professional Services | | $164.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.70 | 235.00 |
| | Fee for Professional Services | | $164.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: Woolcott & Company Inc, Invoice No. 2002-04344 - Services regarding conducting a novelty search regarding "Four Quadrant Pulse Width Modulation Control...." | 600.00 |
| Photocopy | 2.40 |
| Total Disbursements and Charges | 602.40 |



# THOMPSON HINE

| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147107
Our File No. 444859.00206

**DP-314492: Patent: THREE PHASE MOTOR DIAGNOSTICS AND PHASE VOLTAGE FEEDBACK**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,479.50 |
| Total Fees, Disbursements and Charges | $ | 2,479.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,479.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00206
Delphi Technologies, Inc.

February 24, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/20/05 | Telephone conference with inventor | | |
| | Michael J. Nieberding | 1.00 | 285.00 |
| 10/22/05 | Patentability database searching. | | |
| | Michael J. Nieberding | 1.50 | 427.50 |
| 10/24/05 | Review of prior art patents | | |
| | Michael J. Nieberding | 0.50 | 142.50 |
| 10/25/05 | Telephone conference with inventor regarding potential claim scope. | | |
| | Michael J. Nieberding | 0.50 | 142.50 |
| 10/26/05 | Draft patent application. | | |
| | Michael J. Nieberding | 1.50 | 427.50 |
| 10/27/05 | Draft patent application. | | |
| | Michael J. Nieberding | 0.70 | 199.50 |
| 10/29/05 | Draft patent application. | | |
| | Michael J. Nieberding | 0.50 | 142.50 |
| 10/30/05 | Draft patent application. | | |
| | Michael J. Nieberding | 2.50 | 712.50 |
| | Fee for Professional Services | | $2,479.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Michael J. Nieberding | Partner | 8.70 | 285.00 |
| | Fee for Professional Services | | $2,479.50 |



| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 13, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147108
Our File No 444859 00209

**DP-314543: Patent: A NEW DESIGN CONCEPT**    Federal I.D. No. 34-0575300
**FOR DAMPING FORCE AMPLIFICATION BY A**
**SLAVE MR DAMPER**

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 544.00 |
| Total Fees, Disbursements and Charges | $ | 544.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 544.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW
2000 Courthouse Plaza, N E
P.O Box 8801
Dayton, Ohio 45401-8801
www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                                    February 13, 2006
Our File No. 444859.00209
Delphi Technologies, Inc.

| Date | Services | Hours |
|------|----------|-------|
| 10/18/05 | Review Record of Invention; telephone conference with Mr. Kruckemeyer | |
| | Victor J. Wasylyna | 1.50 |
| 10/31/05 | Review record of invention; prepare provisional application. | |
| | Victor J. Wasylyna | 1.70 |
| | Fee for Professional Services | $544.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 3.20 | 170.00 |
| | Fee for Professional Services | | $544.00 |

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147109
Our File No. 444859 00211

**DP-312943: Patent: ELECTRIC CALIPER
POSITION CONTROL WITH ADAPTIVE
ESTIMATION**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 340.00 |
| Disbursements and Charges | $ | 113.79 |
| Total Fees, Disbursements and Charges | $ | 453.79 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 453.79 |

THOMPSON HINE LLP
Attorneys at Law

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859 00211
Delphi Technologies, Inc.

February 24, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 10/18/05 | Patentability search. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 10/21/05 | Review patentability search results. | | |
| | Victor J. Wasylyna | 0.50 | 85.00 |
| | Fee for Professional Services | | $340.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 2.00 | 170.00 |
| | Fee for Professional Services | | $340.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Lexis Charges | 101.79 | |
| Patent Download | 12.00 | |
| Total Disbursements and Charges | | 113.79 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147110
Our File No. 444859.00212

**DP-314552: Patent: POWERTRAIN MOUNT
PRESSURIZED BASE PLATE**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 425.00 |
| Disbursements and Charges | $ | 82.04 |
| Total Fees, Disbursements and Charges | $ | 507.04 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 507.04 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859 00212
Delphi Technologies, Inc.

February 24, 2006

| Date | Services | Hours |
|------|----------|-------|
| 10/19/05 | Review Record of Invention; search patent database | |
| | Victor J. Wasylyna | 2.50 |
| | Fee for Professional Services | $425.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 2.50 | 170.00 |
| | Fee for Professional Services | | $425.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Lexis Charges | 82.04 |
| Total Disbursements and Charges | 82.04 |



THOMPSON
HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2147112
Our File No. 444859 00213

**DP-314346: Patent: PIEZOELECTRIC**         Federal I D  No. 34-0575300
**COMPOSITE BRAKE PEDAL FEEL EMULATOR**

*For professional services rendered for your account through 10/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 255.00 |
| Disbursements and Charges | $ | 101.80 |
| Total Fees, Disbursements and Charges | $ | 356.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 356.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00213
Delphi Technologies, Inc.

February 24, 2006

| Date | Services | Hours |
|------|----------|-------|
| 10/18/05 | Patent search. | |
| | Victor J. Wasylyna | 1.50 |
| | Fee for Professional Services | $255.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 1.50 | 170.00 |
| | Fee for Professional Services | | $255.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Lexis Charges | 101.80 | |
| Total Disbursements and Charges | | 101.80 |