# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D C |

April 11, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 11/1/05 through 11/30/05 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $22,413.00 |
| Disbursements and Charges | 2,309.55 |
| Total Fees, Disbursements and Charges invoiced | $24,722.55 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $17,930.40 |
| Disbursements and Charges (100%) | 2,309.55 |
| ***Total Fees, Disbursements and Charges due*** | ***$20,239.95*** * |

\*    The holdback amount (20% of the professional fees billed for this period) of $4,482.60 will be due upon Court approval of Thompson Hine's Fee Application.

Larry.Burick@ThompsonHine.com    Phone 937.443.6625    Fax 937.443.6635    mah  427806.1

THOMPSON HINE LLP    2000 Courthouse Plaza, N.E.    www.ThompsonHine.com
ATTORNEYS AT LAW    P.O. Box 8801    Phone 937 443 6600
    Dayton, Ohio 45401-8801    Fax 937 443 6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00092 | 11/01/05 - 11/30/05 | 2148863 | $0.00 | $400.00 | $400.00 |
| 00124 | 11/01/05 - 11/30/05 | 2148864 | $966.00 | $223.45 | $1,189.45 |
| 00129 | 11/01/05 - 11/30/05 | 2148865 | $75.00 | $0.00 | $75.00 |
| 00148 | 11/01/05 - 11/30/05 | 2148866 | $470.00 | $6.20 | $476.20 |
| 00165 | 11/01/05 - 11/30/05 | 2148867 | $117.50 | $1,346.85 | $1,464.35 |
| 00176 | 11/01/05 - 11/30/05 | 2148869 | $1,700.00 | $0.00 | $1,700.00 |
| 00179 | 11/01/05 - 11/30/05 | 2148870 | $54.00 | $0.00 | $54.00 |
| 00180 | 11/01/05 - 11/30/05 | 2148871 | $54.00 | $0.00 | $54.00 |
| 00197 | 11/01/05 - 11/30/05 | 2148872 | $4,165.00 | $0.80 | $4,165.80 |
| 00201 | 11/01/05 - 11/30/05 | 2148873 | $3,689.50 | $0.00 | $3,689.50 |
| 00208 | 11/01/05 - 11/30/05 | 2148874 | $6,753.00 | $3.20 | $6,756.20 |
| 00209 | 11/01/05 - 11/30/05 | 2148875 | $1,785.00 | $239.05 | $2,024.05 |
| 00211 | 11/01/05 - 11/30/05 | 2148876 | $2,584.00 | $0.00 | $2,584.00 |
| 00212 | 11/01/05 - 11/30/05 | 2148877 | $0.00 | $32.00 | $32.00 |
| 00213 | 11/01/05 - 11/30/05 | 2148878 | $0.00 | $44.00 | $44.00 |
| 00215 | 11/01/05 - 11/30/05 | 2148879 | $0.00 | $14.00 | $14.00 |
| Total Amount Invoiced | | | $22,413.00 | $2,309.55 | $24,722.55 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148863
Our File No. 444859.00092

**DP-310121-Controlled Truck Cab Suspension Using** Federal I.D. No. 34-0575300
**an Inverted Strut**

---

*For professional services rendered for your account through 11/30/05*

| | |
|---|---|
| Disbursements and Charges | $ 400.00 |
| Total Fees, Disbursements and Charges | $ 400.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ 400.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00092
Delphi Technologies, Inc

February 24, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
|  | Fee for Professional Services |  | $0.00 |
|  | Fee for Professional Services |  | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - filing amendment with five total independent claims | 400.00 |
| Total Disbursements and Charges | 400.00 |



THOMPSON HINE   ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148864
Our File No. 444859 00124

**DP-310788 Patent REVERSED DECOUPLER
ASSEMBLY FOR MR MOUNT**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 966 00 |
| Disbursements and Charges | $ | 223.45 |
| Total Fees, Disbursements and Charges | $ | 1,189.45 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,189.45 |

THOMPSON HINE LLP
ATTORNEYS AT Law

2000 Courthouse Plaza, N E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00124
Delphi Technologies, Inc

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/17/05 | Prepare response to second Office action. Jeffrey C. Metzcar | 3.50 | 805.00 |
| 11/18/05 | Prepare and file Response to Office action. Jeffrey C. Metzcar | 0.70 | 161.00 |
| | Fee for Professional Services | | $966.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Jeffrey C. Metzcar | Associate | 4.20 | 230.00 |
| | Fee for Professional Services | | $966.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 7.60 |
| Lexis Charges | 215.85 |
| Total Disbursements and Charges | 223.45 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2148865
Our File No. 444859.00129

**DP-310948 Patent COMPACT ABS FOR
MOTORCYCLES AND POWERSPORTS**

Federal I D. No. 34-0575300

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 75.00 |
| Total Fees, Disbursements and Charges | $ | 75.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 75.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00129
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/05 | DP-310948 - Review and docket of Office action. Collette S. Crawford | 0.50 | 75.00 |
| | Fee for Professional Services | | $75.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 150.00 |
| | Fee for Professional Services | | $75.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2148866
Our File No. 444859.00148

**DP-311073 PATENT A NEW FAMILY OF
CONTROLLED BRAKE HYDRAULIC SYSTEMS
USING BRAKE RESPONSE VALVE (BRV)**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 470.00 |
| Disbursements and Charges | $ | 6.20 |
| Total Fees, Disbursements and Charges | $ | 476.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 476.20 |

THOMPSON HINE LLP
ATTORNEYS AT LAW
2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801
www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

February 27, 2006

Page 2
Our File No. 444859.00148
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/21/05 | DP-311073 - Review and docket 1-month Office action. | | |
| | Collette S. Crawford | 0.50 | 65.00 |
| 11/22/05 | Review Notice and amendment; prepare supplemental amendment and drawings. | | |
| | Steven J. Elleman | 1.00 | 270.00 |
| 11/23/05 | Continue drafting amendment; file amendment with USPTO and prepare reporting correspondence. | | |
| | Steven J. Elleman | 0.50 | 135.00 |
| | Fee for Professional Services | | $470.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 1.50 | 270.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 130.00 |
| | Fee for Professional Services | | $470.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 6.20 |
| | Total Disbursements and Charges | 6.20 |



# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK

BRUSSELS       CLEVELAND       DAYTON       WASHINGTON. D.C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2148867
Our File No. 444859 00165

**DP-312617 PATENT: AUTONOMOUS BRAKE APPLY**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 117.50 |
| Disbursements and Charges | $ | 1,346.85 |
| Total Fees, Disbursements and Charges | $ | 1,464.35 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,464.35 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859 00165
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/05 | DP-312617; prepare patent application; application filed with USPTO; project completed. | | |
| | Douglas E. Erickson | 0.50 | 117.50 |
| | Fee for Professional Services | | $117.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 0.50 | 235.00 |
| | Fee for Professional Services | | $117.50 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/03/05 | Payee:U.S. Patent and Trademark Office - filing fee for non-provisional utility patent application with extra claims | 1,290.00 |
| 11/30/05 | Payee:U.S. Postmaster, Express Mail EV300872363US - delivery to Commissioner for Patents and Trademarks, Alexandria, VA 11/2/05 | 13.65 |
| | Photocopy | 43.20 |
| | Total Disbursements and Charges | 1,346.85 |



THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
          BRUSSELS          CLEVELAND          DAYTON          WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.                    Invoice No. 2148869
Legal Staff-M/C 480-410-202                  Our File No. 444859 00176
P.O. Box 5052
Troy, MI 48007-5052

**DP - 313015 Patent: Combination of DP-31305 and**    Federal I D. No. 34-0575300
**DP-313016**

*For professional services rendered for your account through 11/30/05*

Fees for Professional Services                $        1,700.00

Total Fees, Disbursements and Charges         $        1,700.00

**TOTAL DUE FOR THIS INVOICE**                $        1,700.00

THOMPSON HINE LLP          2000 Courthouse Plaza, N E          www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                       Phone  937 443 6600
                           Dayton, Ohio 45401-8801             Fax  937 443 6635

THOMPSON
HINE

Page 2                                                                    February 27, 2006
Our File No. 444859.00176
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/16/05 | Review provisional application; prepare utility patent application | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| 11/17/05 | Draft utility patent application. | | |
| | Victor J. Wasylyna | 9.00 | 1,530.00 |
| | Fee for Professional Services | | $1,700.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 10.00 | 170.00 |
| | Fee for Professional Services | | $1,700.00 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2148870
Our File No  444859.00179

**DP-313345 Patent:  FAUT-TOLERANT ECU**
**ARCHITECTURE FOR SMART ACTUATORS OF**
**DISTRIBUTED SYSTEMS**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 54.00 |
| Total Fees, Disbursements and Charges | $ | 54.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 54.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
PO Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                February 24, 2006
Our File No. 444859.00179
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/05 | Review application and office conference with Mr. Lienesch; prepare correspondence to inventor. | | |
| | Steven J. Elleman | 0.20 | 54.00 |
| | Fee for Professional Services | | $54.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 0.20 | 270.00 |
| | Fee for Professional Services | | $54.00 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2148871
Our File No. 444859.00180

**DP-313458 Patent:  FAIL-SILENT NODE
ARCHITECTURES FOR EVENT-TRIGGERED
COMMUNICATION BUSSES**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 54.00 |
| Total Fees, Disbursements and Charges | $ | 54.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 54.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2                                                                February 24, 2006
Our File No. 444859 00180
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/28/05 | Review application and office conference with Mr. Lienesch; prepare correspondence to inventor | | |
| | Steven J. Elleman | 0.20 | 54 00 |
| | Fee for Professional Services | | $54 00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 0.20 | 270.00 |
| | Fee for Professional Services | | $54 00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148872
Our File No. 444859 00197

**DP-313330 Patent: STRUCTURE AND METHOD FOR IMPROVING RELIABILITY FOR SURFACE MOUNT CERAMIC DUPLEXER (E&S)**     Federal I.D. No. 34-0575300

*For professional services rendered for your account through 11/30/05.*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,165.00 |
| Disbursements and Charges | $ | 0.80 |
| Total Fees, Disbursements and Charges | $ | 4,165.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,165.80 |

THOMPSON HINE LLP        2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
Attorneys at Law          P.O. Box 8801                     Phone 937 443 6600
                          Dayton, Ohio 45401-8801           Fax 937 443 6635

THOMPSON
HINE

Page 2                                                                    February 27, 2006
Our File No. 444859 00197
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/02/05 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 2.50 | 425.00 |
| 11/03/05 | Review record of invention; telephone conference with Mr. Ratell (inventor); draft patent application. | | |
| | Victor J. Wasylyna | 5.50 | 935.00 |
| 11/14/05 | Review record of invention; draft patent application. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 11/15/05 | Draft patent application. | | |
| | Victor J. Wasylyna | 7.50 | 1,275.00 |
| 11/16/05 | Draft patent application. | | |
| | Victor J. Wasylyna | 6.50 | 1,105.00 |
| 11/29/05 | Revise application per Mr. Ratell's comments. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $4,165.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 24.50 | 170.00 |
| | Fee for Professional Services | | $4,165.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 0.80 |
| | Total Disbursements and Charges | 0.80 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P O. Box 5052
Troy, MI 48007-5052

Invoice No  2148873
Our File No  444859.00201

**DP-314045: Patent MR MOUNT INTERNAL COIL**    Federal I D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,689 50 |
| Total Fees, Disbursements and Charges | $ | 3,689.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,689.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2                                                                    February 27, 2006
Our File No. 444859.00201
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/22/05 | DP-314045; draft patent application. | | |
| | Douglas E. Erickson | 2.70 | 634.50 |
| 11/28/05 | DP-314045; draft patent application. | | |
| | Douglas E. Erickson | 7.00 | 1,645.00 |
| 11/29/05 | DP-314045; draft patent application. | | |
| | Douglas E. Erickson | 3.50 | 822.50 |
| 11/30/05 | DP-314045; draft patent application. | | |
| | Douglas E. Erickson | 2.50 | 587.50 |
| | Fee for Professional Services | | $3,689.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 15.70 | 235.00 |

|  | Fee for Professional Services | | $3,689.50 |



THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 27, 2006

Delphi Technologies, Inc.                          Invoice No. 2148874
Legal Staff-M/C 480-410-202                         Our File No. 444859.00208
P.O. Box 5052
Troy, MI 48007-5052


**Delphi Bankruptcy Matters**                       Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | |
|---|---|
| Fees for Professional Services | $        6,753 00 |
| Disbursements and Charges | $             3.20 |
| Total Fees, Disbursements and Charges | $       6,756.20 |
| **TOTAL DUE FOR THIS INVOICE** | $       6,756.20 |

---

THOMPSON HINE LLP                2000 Courthouse Plaza, N.E.        www.ThompsonHine.com
ATTORNEYS AT LAW                 P.O. Box 8801                      Phone 937 443 6600
                                 Dayton, Ohio 45401-8801            Fax 937 443 6635

THOMPSON
HINE

Page 2                                                                    February 27, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/11/05 | Attention to retention papers. | | |
| | Alan R. Lepene | 0.50 | 255.00 |
| 11/15/05 | Review retention papers. | | |
| | Theodore D. Lienesch | 1.00 | 345.00 |
| 11/16/05 | Prepare retention papers. | | |
| | Theodore D. Lienesch | 5.70 | 1,966.50 |
| 11/23/05 | Prepare retention papers. | | |
| | Theodore D. Lienesch | 3.70 | 1,276.50 |
| 11/29/05 | Prepare revised affidavits, motions. | | |
| | Theodore D. Lienesch | 5.70 | 1,966.50 |
| 11/30/05 | Review retention papers; suggest revisions. | | |
| | Alan R. Lepene | 0.70 | 357.00 |
| 11/30/05 | Prepare documents; telephone conference with Mr. Lepene; send Application for Order to Mr. Zaltzman. | | |
| | Theodore D. Lienesch | 1.70 | 586.50 |
| | Fee for Professional Services | | $6,753.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Alan R. Lepene | Partner | 1.20 | 510.00 |
| Theodore D. Lienesch | Partner | 17.80 | 345.00 |
| | Fee for Professional Services | | $6,753.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 3.20 |
| Total Disbursements and Charges | 3.20 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148875
Our File No  444859.00209

**DP-314543: Patent: A NEW DESIGN CONCEPT**     Federal I.D. No. 34-0575300
**FOR DAMPING FORCE AMPLIFICATION BY A**
**SLAVE MR DAMPER**

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,785.00 |
| Disbursements and Charges | $ | 239.05 |
| Total Fees, Disbursements and Charges | $ | 2,024.05 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,024.05 |

# THOMPSON HINE

Page 2                                                                February 27, 2006
Our File No. 444859 00209
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/01/05 | Review record of invention; prepare provisional application. | | |
| | Victor J. Wasylyna | 2.00 | 340.00 |
| 11/09/05 | Telephone conference with Mr. Kruckemeyer; prepare provisional application. | | |
| | Victor J. Wasylyna | 6.00 | 1,020.00 |
| 11/10/05 | Prepare provisional application. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 11/15/05 | Review/revise draft provisional patent application; telephone conference with inventors. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $1,785.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 10.50 | 170.00 |
| | Fee for Professional Services | | $1,785.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Payee:U.S. Patent and Trademark Office - Filing fee for Provisional Patent Application | 200.00 | |
| Payee:U.S. Postmaster, Express Mail EV709283745US - delivery to Commissioner for Patents, Alexandria, VA 11/16/05 | 13.65 | |
| Photocopy | 25.40 | |
| Total Disbursements and Charges | | 239.05 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON, D.C.

February 27, 2006

Delphi Technologies, Inc.                    Invoice No. 2148876
Legal Staff-M/C 480-410-202                  Our File No. 444859 00211
P.O. Box 5052
Troy, MI 48007-5052

**DP-312943: Patent: ELECTRIC CALIPER**          Federal I.D. No. 34-0575300
**POSITION CONTROL WITH ADAPTIVE**
**ESTIMATION**

---

*For professional services rendered for your account through 11/30/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,584.00 |
| Total Fees, Disbursements and Charges | $ | 2,584.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,584.00 |

THOMPSON
HINE

Page 2                                                          February 27, 2006
Our File No. 444859.00211
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 11/22/05 | Review record of invention. | | |
| | Victor J. Wasylyna | 0.70 | 119.00 |
| 11/29/05 | Review record of invention; telephone conference with Mr. Zumberge (inventor); prepare patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,020.00 |
| 11/30/05 | Draft patent application. | | |
| | Victor J. Wasylyna | 8.50 | 1,445.00 |
| | Fee for Professional Services | | $2,584.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 15.20 | 170.00 |
| | Fee for Professional Services | | $2,584.00 |



THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
        BRUSSELS          CLEVELAND          DAYTON          WASHINGTON D C

February 24, 2006

Delphi Technologies, Inc.                    Invoice No. 2148877
Legal Staff-M/C 480-410-202                  Our File No. 444859.00212
P.O. Box 5052
Troy, MI  48007-5052

**DP-314552: Patent: POWERTRAIN MOUNT**          Federal I.D. No. 34-0575300
**PRESSURIZED BASE PLATE**

---

*For professional services rendered for your account through 11/30/05*

| | |
|---|---:|
| Disbursements and Charges | $    32.00 |
| Total Fees, Disbursements and Charges | $    32.00 |
| **TOTAL DUE FOR THIS INVOICE** | $    32.00 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N E          www.ThompsonHine.com
ATTORNEYS AT LAW          P.O. Box 8801          Phone  937 443 6600
                          Dayton, Ohio  45401-8801          Fax  937 443 6635

# THOMPSON HINE

Page 2                                                    February 24, 2006
Our File No. 444859.00212
Delphi Technologies, Inc.

| Date | Services | Hours |
|------|----------|-------|
| | Fee for Professional Services | $0.00 |
| | Fee for Professional Services | $0.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Patent Download | 32.00 |
| Total Disbursements and Charges | 32.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148878
Our File No. 444859 00213

**DP-314346: Patent: PIEZOELECTRIC**          Federal I.D. No. 34-0575300
**COMPOSITE BRAKE PEDAL FEEL EMULATOR**

---

*For professional services rendered for your account through 11/30/05*

| | |
|---|---|
| Disbursements and Charges | $ 44.00 |
| Total Fees, Disbursements and Charges | $ 44.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ 44.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON
## HINE

Page 2                                                                    February 24, 2006
Our File No. 444859.00213
Delphi Technologies, Inc.

| Date | Services | Hours |
|------|----------|-------|
| | Fee for Professional Services | $0.00 |
| | Fee for Professional Services | $0.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Patent Download | 44.00 | |
| Total Disbursements and Charges | | 44.00 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- | --- |
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D C |

February 24, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2148879
Our File No. 444859.00215

**DP-314001: Patent: Conversion of U.S. Provisional**
**Application S/N 60/682784 (Combining DP-314001-**
**002-003)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 11/30/05*

| | | |
| --- | --- | --- |
| Disbursements and Charges | $ | 14.00 |
| Total Fees, Disbursements and Charges | $ | 14.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 14.00 |

THOMPSON HINE LLP          2000 Courthouse Plaza, N E        www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                      Phone 937 443 6600
                           Dayton, Ohio 45401-8801           Fax 937 443 6635

# THOMPSON
## HINE

Page 2
Our File No. 444859.00215                                    February 24, 2006
Delphi Technologies, Inc.

| Date | Services | Hours |
|------|----------|-------|
| | Fee for Professional Services | $0.00 |
| | Fee for Professional Services | $0.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 14.00 |
| Total Disbursements and Charges | 14.00 |