# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

April 11, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

### Summary of professional services rendered by Thompson Hine LLP
### for the period 12/1/05 through 12/31/05 (invoice detail attached)

| | |
|---|---|
| Fees for Professional Services | $21,290.00 |
| Disbursements and Charges | 8,324.70 |
| Total Fees, Disbursements and Charges invoiced | $29,614.70 |

### Amount due upon receipt of attached invoices (per Retention order)

| | |
|---|---|
| Fees for Professional Services (80%) | $17,032.00 |
| Disbursements and Charges (100%) | 8,324.70 |
| **Total Fees, Disbursements and Charges due** | **$25,356.70**\* |

\*   The holdback amount (20% of the professional fees billed for this period) of $4,258.00 will be due upon Court approval of Thompson Hine's Fee Application.

Larry.Burick@ThompsonHine.com  Phone 937.443.6625  Fax 937.443.6635            mah  427807.1

THOMPSON HINE LLP          2000 Courthouse Plaza, N.E.     www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone  937.443.6600
                           Dayton, Ohio 45401-8801         Fax  937.443.6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00034 | 12/01/05 - 12/31/05 | 2149302 | $1,005.00 | $0.00 | $1,005.00 |
| 00101 | 12/01/05 - 12/31/05 | 2149303 | $1,872.00 | $8.60 | $1,880.60 |
| 00131 | 12/01/05 - 12/31/05 | 2149304 | $2,808.00 | $21.80 | $2,829.80 |
| 00154 | 12/01/05 - 12/31/05 | 2149305 | $605.50 | $2.00 | $607.50 |
| 00155 | 12/01/05 - 12/31/05 | 2149306 | $216.00 | $2,187.45 | $2,403.45 |
| 00176 | 12/01/05 - 12/31/05 | 2149308 | $595.00 | $1,041.45 | $1,636.45 |
| 00179 | 12/01/05 - 12/31/05 | 2149309 | $135.00 | $0.00 | $135.00 |
| 00180 | 12/01/05 - 12/31/05 | 2149310 | $1,161.00 | $0.00 | $1,161.00 |
| 00185 | 12/01/05 - 12/31/05 | 2149311 | $791.00 | $1,083.85 | $1,874.85 |
| 00190 | 12/01/05 - 12/31/05 | 2149312 | $216.00 | $0.00 | $216.00 |
| 00197 | 12/01/05 - 12/31/05 | 2149313 | $306.00 | $1,130.45 | $1,436.45 |
| 00200 | 12/01/05 - 12/31/05 | 2149314 | $1,360.00 | $8.00 | $1,368.00 |
| 00201 | 12/01/05 - 12/31/05 | 2149315 | $893.00 | $1,093.65 | $1,986.65 |
| 00206 | 12/01/05 - 12/31/05 | 2149316 | $1,425.00 | $0.00 | $1,425.00 |
| 00207 | 12/01/05 - 12/31/05 | 2149317 | $2,210.00 | $0.00 | $2,210.00 |
| 00208 | 12/01/05 - 12/31/05 | 2149318 | $1,981.50 | $0.00 | $1,981.50 |
| 00211 | 12/01/05 - 12/31/05 | 2149320 | $816.00 | $1,092.65 | $1,908.65 |
| 00214 | 12/01/05 - 12/31/05 | 2149321 | $1,954.00 | $1.80 | $1,955.80 |
| 00216 | 12/01/05 - 12/31/05 | 2149322 | $352.50 | $653.00 | $1,005.50 |
| 00217 | 12/01/05 - 12/31/05 | 2149323 | $587.50 | $0.00 | $587.50 |
| Total Amount Invoiced | | | $21,290.00 | $8,324.70 | $29,614.70 |



**THOMPSON HINE**

ATLANTA   CINCINNATI   COLUMBUS   NEW YORK
BRUSSELS   CLEVELAND   DAYTON   WASHINGTON, D.C.

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149302
Our File No. 444859.00034

**(DP-305907/DP-305908) PAT. APPL. - FUEL TANK** Federal I.D. No. 34-0575300
**COVER TO INLET/OUTLET TUBE**
**INTERFERENCES RESISTANCE WELD**

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,005.00 |
| Total Fees, Disbursements and Charges | $ | 1,005.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,005.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00034
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/21/05 | Review and docket 2-month Office action. (Reexamination) | | |
| | Collette S. Crawford | 0.50 | 65.00 |
| 12/30/05 | DP-305907; Re-exam; respond to Office action. | | |
| | Douglas E. Erickson | 4.00 | 940.00 |
| | Fee for Professional Services | | $1,005.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 4.00 | 235.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 130.00 |
| | Fee for Professional Services | | $1,005.00 |



# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149303
Our File No. 444859 00101

**DP-309395 Patent-Low Cost MR. Fluid Hydraulic**    Federal I.D. No. 34-0575300
**Mount With Improved High Frequency Tuning**

*For professional services rendered for your account through 12/31/05*

| | |
|---|---:|
| Fees for Professional Services | $    1,872.00 |
| Disbursements and Charges | $    8.60 |
| Total Fees, Disbursements and Charges | $    1,880.60 |
| **TOTAL DUE FOR THIS INVOICE** | $    1,880.60 |

# THOMPSON HINE

Page 2
Our File No. 444859.00101
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/20/05 | DP-309395; Prepare amendment. | | |
| | Douglas E. Erickson | 5.20 | 1,352.00 |
| 12/21/05 | DP-309395; Prepare amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| | Fee for Professional Services | | $1,872.00 |

## Summary of Fees for This Matter

| Name | Hours | Rate/Hr | Amount |
|------|-------|---------|--------|
| Douglas E. Erickson | 7.20 | 260.00 | 1,872.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 8.60 |
| Total Disbursements and Charges | 8.60 |

# THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D.C.

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149304
Our File No. 444859 00131

**DP-311119 Patent MAGNETORESTRICTIVE
PRESSURE SENSOR**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,808.00 |
| Disbursements and Charges | $ | 21.80 |
| Total Fees, Disbursements and Charges | $ | 2,829.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,829.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00131
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/01/05 | DP-311119; Prepare amendment | | |
| | Douglas E. Erickson | 3 30 | 858 00 |
| 12/02/05 | DP-31119; Prepare 12-page amendment for 15-page first Office action including responding to 3 objections and 4 rejections; the rejections combining between 3 and 5 references; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 7 50 | 1,950 00 |
| | Fee for Professional Services | | $2,808 00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 10.80 | 260 00 |
| | Fee for Professional Services | | $2,808.00 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|---|
| | Photocopy | 11 80 | |
| | Patent Download | 10.00 | |
| | Total Disbursements and Charges | | 21.80 |



ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON. D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149305
Our File No  444859 00154

**DP-311939 PATENT:**
**MAGNETORHEOLOGICAL POWERTRAIN**
**MOUNT SYSTEM**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | |
|---|---|
| Fees for Professional Services | $        605.50 |
| Disbursements and Charges | $        2.00 |
| Total Fees, Disbursements and Charges | $        607.50 |
| **TOTAL DUE FOR THIS INVOICE** | $        607.50 |

THOMPSON HINE LLP        2000 Courthouse Plaza. N E.        www.ThompsonHine.com
ATTORNEYS AT LAW        P.O. Box 8801        Phone  937 443 6600
Dayton, Ohio 45401-8801        Fax  937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00154
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/21/05 | Review and docket of final Office action | | |
| | Collette S. Crawford | 0.50 | 65.00 |
| 12/29/05 | DP-311939; Per Delphi's request, review final Office action to be able to advise Delphi on how to proceed | | |
| | Douglas E. Erickson | 2.30 | 540.50 |
| | Fee for Professional Services | | $605.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.30 | 235.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 130.00 |
| | Fee for Professional Services | | $605.50 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Patent Download | 2.00 |
| | Total Disbursements and Charges | 2.00 |



THOMPSON HINE

ATLANTA     CINCINNATI     COLUMBUS     NEW YORK
BRUSSELS     CLEVELAND     DAYTON     WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.                  Invoice No. 2149306
Legal Staff-M/C 480-410-202                Our File No. 444859.00155
P.O. Box 5052
Troy, MI  48007-5052

**DP-312058 PATENT:  FAIL-SILENT NODE**      Federal I.D. No. 34-0575300
**ARCHITECTURES FOR TIME-TRIGGERED**
**BUSSES**

---

*For professional services rendered for your account through 12/31/05*

| | |
|---|---:|
| Fees for Professional Services | $    216.00 |
| Disbursements and Charges | $    2,187.45 |
| Total Fees, Disbursements and Charges | $    2,403.45 |
| **TOTAL DUE FOR THIS INVOICE** | $    2,403.45 |

# THOMPSON HINE

Page 2
Our File No. 444859.00155
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/16/05 | Prepare application for filing and file with U.S. Patent and Trademark Office; prepare reporting correspondence. | | |
| | Steven J. Elleman | 0.80 | 216.00 |
| | Fee for Professional Services | | $216.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 0.80 | 270.00 |
| | Fee for Professional Services | | $216.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/05 | Payee:U.S. Patent and Trademark Office - fee for filing utility application with assignment | 2,140.00 |
| 12/30/05 | Payee:U.S. Postmaster, Express Mail EV710397081US - delivery to Commissioner for Patents, Alexandria, VA 12/16/05 | 13.65 |
| | Photocopy | 33.80 |
| | Total Disbursements and Charges | 2,187.45 |



THOMPSON HINE    ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No  2149308
Our File No. 444859.00176

**DP - 313015 Patent: Combination of DP-31305 and**    Federal I.D. No. 34-0575300
**DP-313016**

*For professional services rendered for your account through 12/31/05*

| | |
|---|---:|
| Fees for Professional Services | $ 595.00 |
| Disbursements and Charges | $ 1,041.45 |
| Total Fees, Disbursements and Charges | $ 1,636.45 |
| **TOTAL DUE FOR THIS INVOICE** | $ 1,636.45 |

# THOMPSON HINE

Page 2                                                                February 27, 2006
Our File No. 444859.00176
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/19/05 | Review application; prepare claims and abstract for foreign filing; telephone conference with Mr. Smith; telephone conference with Mr. Rymoff. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 12/20/05 | Prepare application for filing. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| 12/21/05 | Review and file application; telephone conference with Mr. Klode. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $595.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 3.50 | 170.00 |
| | Fee for Professional Services | | $595.00 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/28/05 | Payee:U.S. Patent and Trademark Office - Filing fee for Utility Patent Applicaiton - Electric Park Brake | 1,000.00 |
| 12/30/05 | Payee:U.S. Postmaster, Express Mail EV709283705US - delivery to Commissioner for Patents, Alexandria, VA 12/21/05 | 13.65 |
| | Photocopy | 27.80 |
| | Total Disbursements and Charges | 1,041.45 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149309
Our File No. 444859.00179

**DP-313345 Patent:  FAUT-TOLERANT ECU**          Federal I.D. No. 34-0575300
**ARCHITECTURE FOR SMART ACTUATORS OF**
**DISTRIBUTED SYSTEMS**

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 135.00 |
| Total Fees, Disbursements and Charges | $ | 135.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 135.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00179
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/13/05 | Review disclosure and telephone call to Mr. Disser. Steven J. Elleman | 0.50 | 135.00 |
| | Fee for Professional Services | | $135.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 0.50 | 270.00 |
| | Fee for Professional Services | | $135.00 |



**THOMPSON HINE**

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.                    Invoice No. 2149310
Legal Staff-M/C 480-410-202                  Our File No. 444859 00180
P.O. Box 5052
Troy, MI 48007-5052

**DP-313458 Patent: FAIL-SILENT NODE**        Federal I D. No. 34-0575300
**ARCHITECTURES FOR EVENT-TRIGGERED**
**COMMUNICATION BUSSES**

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,161.00 |
| Total Fees, Disbursements and Charges | $ | 1,161.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,161.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00180
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/05/05 | Review inventor comments and incorporate into application; telephone conference with Mr Disser; prepare EU version of application. | | |
| | Steven J. Elleman | 1.50 | 405.00 |
| 12/06/05 | Office conference with Mr. Disser; review and revise application. | | |
| | Steven J. Elleman | 0.80 | 216.00 |
| 12/07/05 | Review and revise application; continue to prepare EU version; telephone conference with inventor. | | |
| | Steven J. Elleman | 2.00 | 540.00 |
| | Fee for Professional Services | | $1,161.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 4.30 | 270.00 |
| | Fee for Professional Services | | $1,161.00 |



THOMPSON HINE

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D.C.

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149311
Our File No. 444859 00185

**DP-313918 Patent: COOLING APPARATUS AND
METHOD USING LOW FLUID FLOW RATES**
Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | |
|---|---|
| Fees for Professional Services | $        791.00 |
| Disbursements and Charges | $      1,083.85 |
| Total Fees, Disbursements and Charges | $      1,874.85 |
| **TOTAL DUE FOR THIS INVOICE** | $      1,874.85 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

THOMPSON
HINE

Page 2                                                                    February 27, 2006
Our File No. 444859.00185
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/21/05 | Prepare application. | | |
| | Theodore D. Lienesch | 1.80 | 621.00 |
| 12/27/05 | Revise patent application. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $791.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 1.80 | 345.00 |
| Victor J. Wasylyna | Associate | 1.00 | 170.00 |
| | Fee for Professional Services | | $791.00 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 12/30/05 | Payee:U.S. Patent and Trademark Office - Filing fee for utility patent application and assignment recordation fee | 1,040.00 |
| 12/30/05 | Payee:U.S. Postmaster, Express Mail EV709283674US - delivery to Commissioner for Patents, Alexandria, VA 12/28/05 | 13.65 |
| | Photocopy | 30.20 |
| | Total Disbursements and Charges | 1,083.85 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|-----------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149312
Our File No. 444859.00190

**DP-313577 Patent:  IMPROVED TWO-STAGE
CONTROLLED BRAKE PUMP**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 216.00 |
| Total Fees, Disbursements and Charges | $ | 216.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 216.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza. N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON
# HINE

Page 2
Our File No. 444859.00190                                    February 27, 2006
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/12/05 | Review disclosure and filing; office conference with Mr. Lilly; prepare correspondence confirming non-filing. | | |
| | Steven J. Elleman | 0.80 | 216.00 |
| | Fee for Professional Services | | $216.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 0.80 | 270.00 |
| | Fee for Professional Services | | $216.00 |



THOMPSON HINE

ATLANTA      CINCINNATI      COLUMBUS      NEW YORK
BRUSSELS      CLEVELAND      DAYTON      WASHINGTON D.C.

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149313
Our File No. 444859.00197

**DP-313330 Patent: STRUCTURE AND METHOD FOR IMPROVING RELIABILITY FOR SURFACE MOUNT CERAMIC DUPLEXER (E&S)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 306.00 |
| Disbursements and Charges | $ | 1,130.45 |
| Total Fees, Disbursements and Charges | $ | 1,436.45 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,436.45 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00197
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/08/05 | Review comments from Mr. Ratell; revise patent application. | | |
| | Victor J. Wasylyna | 0.80 | 136.00 |
| 12/20/05 | Prepare application for filing. | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| | Fee for Professional Services | | $306.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 1.80 | 170.00 |
| | Fee for Professional Services | | $306.00 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| 12/28/05 | Payee:U.S. Patent and Trademark Office - Filing and assignment recordation fees and fee for 1 excess claim over 20 | 1,090.00 | |
| 12/30/05 | Payee:U.S. Postmaster, Express Mail EV709283691US - delivery to Commissioner for Patents, Alexandria, 12/20/05 | 13.65 | |
| | Photocopy | 26.80 | |
| | Total Disbursements and Charges | | 1,130.45 |



# THOMPSON HINE

ATLANTA       CINCINNATI       COLUMBUS       NEW YORK
BRUSSELS       CLEVELAND       DAYTON       WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149314
Our File No. 444859.00200

**DP-313805 Patent ANGULAR RATE SENSOR TO**     Federal I D No. 34-0575300
**MEASURE WHEEL VELOCITY**

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,360 00 |
| Disbursements and Charges | $ | 8.00 |
| Total Fees, Disbursements and Charges | $ | 1,368.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,368.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00200
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/15/05 | Review record of invention; patent search. | | |
| | Victor J. Wasylyna | 3.50 | 595.00 |
| 12/19/05 | Patent search; review prior art search results. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 12/20/05 | Review prior art search results; telephone conference with Mr. Barlage | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 12/21/05 | Telephone conference with Mr. Barlage; review patent application. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| | Fee for Professional Services | | $1,360.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 8.00 | 170.00 |
| | Fee for Professional Services | | $1,360.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Patent Download | 8.00 |
| Total Disbursements and Charges | 8.00 |



THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149315
Our File No. 444859.00201

**DP-314045: Patent MR MOUNT INTERNAL COIL**   Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05.*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 893.00 |
| Disbursements and Charges | $ | 1,093.65 |
| Total Fees, Disbursements and Charges | $ | 1,986.65 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,986.65 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/07/05 | DP-314045; Draft patent application. | | |
| | Douglas E. Erickson | 1.50 | 352.50 |
| 12/19/05 | DP-314045; Draft patent application. | | |
| | Douglas E. Erickson | 1.00 | 235.00 |
| 12/21/05 | DP-314045; Draft patent application. | | |
| | Douglas E. Erickson | 0.30 | 70.50 |
| 12/27/05 | DP-314045; Draft patent application; final patent application filed in USPTO | | |
| | Douglas E. Erickson | 1.00 | 235.00 |
| | Fee for Professional Services | | $893.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 3.80 | 235.00 |
| | Fee for Professional Services | | $893.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - filing fee for Utility patent application | 1,040.00 |
| Payee:U.S. Postmaster, Express Mail EV710397325US - delivery to Commissioner for Patents, Alexandria, VA 12/27/05 | 13.65 |
| Photocopy | 40.00 |
| Total Disbursements and Charges | 1,093.65 |



THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
       BRUSSELS              CLEVELAND              DAYTON              WASHINGTON D C

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149316
Our File No. 444859 00206

**DP-314492: Patent: THREE PHASE MOTOR
DIAGNOSTICS AND PHASE VOLTAGE
FEEDBACK**

Federal I.D No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,425 00 |
| Total Fees, Disbursements and Charges | $ | 1,425.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,425.00 |

# THOMPSON
# HINE

Page 2
Our File No. 444859.00206
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/15/05 | Draft patent application. | | |
| | Michael J. Nieberding | 2.50 | 712.50 |
| 12/16/05 | Draft patent application and forward draft to inventor for review. | | |
| | Michael J. Nieberding | 2.50 | 712.50 |
| | Fee for Professional Services | | $1,425.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Michael J. Nieberding | Partner | 5.00 | 285.00 |
| | Fee for Professional Services | | $1,425.00 |



THOMPSON
HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
        BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D.C.

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149317
Our File No. 444859 00207

**DP-313740:  Patent:  PIEZO-ELECTRIC FORCE
SENSOR**          Federal I.D. No. 34-0575300

*For professional services rendered for your account through 12/31/05.*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 2,210.00 |
| Total Fees, Disbursements and Charges | $ | 2,210.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,210.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859 00207
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/19/05 | Patent search; review prior art search results. | | |
| | Victor J. Wasylyna | 1.50 | 255.00 |
| 12/27/05 | Patent search | | |
| | Victor J. Wasylyna | 1.00 | 170.00 |
| 12/28/05 | Draft patent application. | | |
| | Victor J. Wasylyna | 8.50 | 1,445.00 |
| 12/29/05 | Draft patent application. | | |
| | Victor J. Wasylyna | 2.00 | 340.00 |
| | Fee for Professional Services | | $2,210.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 13.00 | 170.00 |
| | Fee for Professional Services | | $2,210.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149318
Our File No. 444859 00208

**Delphi Bankruptcy Matters**                    Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,981.50 |
| Total Fees, Disbursements and Charges | $ | 1,981.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,981.50 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00208
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/02/05 | Revise affidavit of Theodore D. Lienesch; send to Mr. Zaltsman for approval. | | |
| | Theodore D. Lienesch | 2.50 | 862.50 |
| 12/05/05 | Review revised retention papers. | | |
| | Alan R. Lepene | 0.30 | 153.00 |
| 12/15/05 | Revise clause to motion and send to Mr. Zaltzman; telephone conference with Mr. Smith regarding status of Thompson Hine as special counsel. | | |
| | Theodore D. Lienesch | 2.80 | 966.00 |
| | Fee for Professional Services | | $1,981.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Alan R. Lepene | Partner | 0.30 | 510.00 |
| Theodore D. Lienesch | Partner | 5.30 | 345.00 |
| | Fee for Professional Services | | $1,981.50 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149320
Our File No. 444859.00211

**DP-312943: Patent: ELECTRIC CALIPER
POSITION CONTROL WITH ADAPTIVE
ESTIMATION**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 816.00 |
| Disbursements and Charges | $ | 1,092.65 |
| Total Fees, Disbursements and Charges | $ | 1,908.65 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,908.65 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00211
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 12/01/05 | Prepare patent application. | | |
| | Victor J. Wasylyna | 3.50 | 595.00 |
| 12/05/05 | Revise/file patent application. | | |
| | Victor J. Wasylyna | 1.30 | 221.00 |
| | Fee for Professional Services | | $816.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Victor J. Wasylyna | Associate | 4.80 | 170.00 |
| | Fee for Professional Services | | $816.00 |

### Disbursements and Charges

| Description | Amount | |
|---|---|---|
| Payee:U.S. Patent and Trademark Office - filing fee for Utility patent application and Assignment Recordation fee | 1,040.00 | |
| Payee:U.S. Postmaster, Express Mail EV709283728US - deliveryt o Commissioner for Patents, Alexandria, VA 12/05/05 | 13.65 | |
| Photocopy | 39.00 | |
| Total Disbursements and Charges | | 1,092.65 |



**THOMPSON HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON, D.C.

March 23, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149321
Our File No. 444859 00214

**DP-314566 Patent: IMPROVED CONTROLLED**     Federal I.D. No. 34-0575300
**BRAKE HCU WITH SIX PISTON PUMP**

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,954.00 |
| Disbursements and Charges | $ | 1.80 |
| Total Fees, Disbursements and Charges | $ | 1,955.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,955.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00214
Delphi Technologies, Inc.

March 23, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/06/05 | Review invention record; analyze potential prior art. | | |
| | Kenneth Lilly | 1.00 | 170.00 |
| 12/21/05 | Review invention disclosure and draft provisional application. | | |
| | Steven J. Elleman | 1.50 | 405.00 |
| 12/22/05 | Revise provisional application. | | |
| | Steven J. Elleman | 0.70 | 189.00 |
| 12/22/05 | Revise provisional application. | | |
| | Kenneth Lilly | 5.00 | 850.00 |
| 12/29/05 | Discussion with inventor (David Reuter) regarding several technical questions. Revise provisional application. | | |
| | Kenneth Lilly | 2.00 | 340.00 |
| | Fee for Professional Services | | $1,954.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 2.20 | 270.00 |
| Kenneth Lilly | Patent Agent | 8.00 | 170.00 |
| | Fee for Professional Services | | $1,954.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 1.80 |
| Total Disbursements and Charges | 1.80 |

# THOMPSON HINE

| | | | |
|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149322
Our File No. 444859.00216

**DP-314622: Patent: ELECTRIC VICE**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 352.50 |
| Disbursements and Charges | $ | 653.00 |
| Total Fees, Disbursements and Charges | $ | 1,005.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,005.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00216
Delphi Technologies, Inc.

February 27, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/12/05 | DP-314622; telephone discussion with an inventor after review of invention disclosure and before preparation of search request letter. | | |
| | Douglas E. Erickson | 1.00 | 235.00 |
| 12/13/05 | DP-314622; Prepare search request letter. | | |
| | Douglas E. Erickson | 0.50 | 117.50 |
| | Fee for Professional Services | | $352.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.50 | 235.00 |
| | Fee for Professional Services | | $352.50 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: Woolcott & Company Inc, Invoice No. 2002-04508 - Services regarding conducting a patentability search regarding "E-Vise" | 616.00 |
| Photocopy | 1.00 |
| Patent Download | 36.00 |
| Total Disbursements and Charges | 653.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|-----------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 27, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149323
Our File No. 444859.00217

**DP-314842: Patent: MR Body Control Noise Reduction**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 12/31/05*

| | |
|---|---|
| Fees for Professional Services | $    587.50 |
| Total Fees, Disbursements and Charges | $    587.50 |
| **TOTAL DUE FOR THIS INVOICE** | $    587.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

# THOMPSON HINE

Page 2
Our File No. 444859.00217
Delphi Technologies, Inc.

February 27, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 12/29/05 | DP-314842; Prepare provisional application. | | |
| | Douglas E. Erickson | 2.50 | 587.50 |
| | Fee for Professional Services | | $587.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 2.50 | 235.00 |
| | Fee for Professional Services | | $587.50 |