# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|------------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

April 11, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P. O. Box 5052
Troy, MI 48007-5052

Invoice Ref: Delphi Technologies, Inc.

Federal I.D. No. 34-0575300

---

*Summary of professional services rendered by Thompson Hine LLP*
*for the period 1/1/06 through 1/31/06 (invoice detail attached)*

| | |
|---|---|
| Fees for Professional Services | $32,283.00 |
| Disbursements and Charges | 4,529.30 |
| Total Fees, Disbursements and Charges invoiced | $36,812.30 |

*Amount due upon receipt of attached invoices (per Retention order)*

| | |
|---|---|
| Fees for Professional Services (80%) | $ 25,826.40 |
| Disbursements and Charges (100%) | 4,529.30 |
| **Total Fees, Disbursements and Charges due** | **$30,355.70**\* |

\*    The holdback amount (20% of the professional fees billed for this period) of $6,456.60 will be due upon Court approval of Thompson Hine's Fee Application.

Larry.Burick@ThompsonHine.com  Phone 937.443.6625  Fax 937.443.6635                                    mah  427810.1

THOMPSON HINE LLP          2000 Courthouse Plaza, N E      www.ThompsonHine.com
ATTORNEYS AT LAW           P.O. Box 8801                   Phone  937 443 6600
                           Dayton, Ohio 45401-8801         Fax  937 443 6635

## SUMMARY OF INVOICES FOR PERIOD (ITEMIZED BY THOMPSON HINE MATTER #)

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00029 | 01/01/06 - 01/31/06 | 2149396 | $0.00 | $38.91 | $38.91 |
| 00034 | 01/01/06 - 01/31/06 | 2149397 | $1,040.00 | $6.60 | $1,046.60 |
| 00110 | 01/01/06 - 01/31/06 | 2149399 | $2,065.00 | $0.00 | $2,065.00 |
| 00117 | 01/01/06 - 01/31/06 | 2149400 | $338.00 | $618.00 | $956.00 |
| 00129 | 01/01/06 - 01/31/06 | 2149401 | $1,760.00 | $17.00 | $1,777.00 |
| 00131 | 01/01/06 - 01/31/06 | 2149402 | $82.50 | $10.40 | $92.90 |
| 00154 | 01/01/06 - 01/31/06 | 2149403 | $1,560.00 | $10.20 | $1,570.20 |
| 00166 | 01/01/06 - 01/31/06 | 2149404 | $72.50 | $0.00 | $72.50 |
| 00168 | 01/01/06 - 01/31/06 | 2149405 | $36.00 | $0.00 | $36.00 |
| 00172 | 01/01/06 - 01/31/06 | 2149406 | $1,840.50 | $7.40 | $1,847.90 |
| 00179 | 01/01/06 - 01/31/06 | 2149407 | $1,669.50 | $0.00 | $1,669.50 |
| 00182 | 01/01/06 - 01/31/06 | 2149408 | $1,248.00 | $616.80 | $1,864.80 |
| 00205 | 01/01/06 - 01/31/06 | 2149409 | $1,350.50 | $22.00 | $1,372.50 |
| 00206 | 01/01/06 - 01/31/06 | 2149410 | $162.50 | $0.00 | $162.50 |
| 00207 | 01/01/06 - 01/31/06 | 2149411 | $1,757.50 | $1,077.60 | $2,835.10 |
| 00208 | 01/01/06 - 01/31/06 | 2149412 | $562.50 | $0.00 | $562.50 |
| 00210 | 01/01/06 - 01/31/06 | 2149413 | $2,496.00 | $779.40 | $3,275.40 |
| 00213 | 01/01/06 - 01/31/06 | 2149414 | $555.00 | $0.00 | $555.00 |
| 00214 | 01/01/06 - 01/31/06 | 2149415 | $1,335.00 | $226.60 | $1,561.60 |
| 00215 | 01/01/06 - 01/31/06 | 2149416 | $780.00 | $0.00 | $780.00 |
| 00216 | 01/01/06 - 01/31/06 | 2149417 | $1,430.00 | $1.80 | $1,431.80 |
| 00217 | 01/01/06 - 01/31/06 | 2149418 | $4,498.00 | $227.80 | $4,725.80 |
| 00218 | 01/01/06 - 01/31/06 | 2149419 | $3,086.00 | $244.80 | $3,330.80 |
| 00219 | 01/01/06 - 01/31/06 | 2149420 | $1,295.00 | $0.00 | $1,295.00 |
| 00220 | 01/01/06 - 01/31/06 | 2149421 | $338.00 | $616.80 | $954.80 |
| 00224 | 01/01/06 - 01/31/06 | 2149422 | $925.00 | $7.19 | $932.19 |
| *Total Amount Invoiced* | | | $32,283.00 | $4,529.30 | $36,812.30 |
| | | | | | |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| --- | --- | --- | --- |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D C |

February 28, 2006

Delphi Technologies, Inc
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149396
Our File No. 444859.00029

**(DP-304585) - CIP APPLICATION - PISTON
ROTARY DAMPER WITH CASE TYPE
CONSTRUCTION**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | |
| --- | --- |
| Disbursements and Charges | $        38.91 |
| Total Fees, Disbursements and Charges | $        38.91 |
| **TOTAL DUE FOR THIS INVOICE** | $        38.91 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                 February 28, 2006
Our File No. 444859.00029
Delphi Technologies, Inc.


## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| | Fee for Professional Services | | $0.00 |
| | Fee for Professional Services | | $0.00 |


## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Facsimile Charges | 38.91 | |
| Total Disbursements and Charges | | 38.91 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149397
Our File No. 444859 00034

**(DP-305907/DP-305908) PAT. APPL. - FUEL TANK**  Federal I.D. No. 34-0575300
**COVER TO INLET/OUTLET TUBE**
**INTERFERENCES RESISTANCE WELD**

---

*For professional services rendered for your account through 01/31/06.*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,040.00 |
| Disbursements and Charges | $ | 6.60 |
| Total Fees, Disbursements and Charges | $ | 1,046.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,046.60 |

---

# THOMPSON HINE

Page 2                                                                                          February 28, 2006
Our File No. 444859.00034
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/03/06 | DP-305907; Prepare amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 4.00 | 1,040.00 |
| | Fee for Professional Services | | $1,040.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 4.00 | 260.00 |
| | Fee for Professional Services | | $1,040.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|---|
| Photocopy | 6.60 | |
| Total Disbursements and Charges | | 6.60 |



ATLANTA       CINCINNATI       COLUMBUS       NEW YORK
          BRUSSELS       CLEVELAND       DAYTON       WASHINGTON D C

February 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2149399
Legal Staff-M/C 480-410-202                  Our File No. 444859 00110
P.O. Box 5052
Troy, MI 48007-5052


**DP-309805 Patent PERCOLATION BRAKE**          Federal I.D. No. 34-0575300
**FORCE SENSOR**

---

*For professional services rendered for your account through 01/31/06*

   Fees for Professional Services                    $      2,065.00

Total Fees, Disbursements and Charges               $      2,065.00

**TOTAL DUE FOR THIS INVOICE**                      $      2,065.00

---

# THOMPSON HINE

Page 2                                                                        February 28, 2006
Our File No. 444859 00110
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/02/06 | Review application, Office action and cited art. | | |
| | Steven J. Elleman | 1.50 | 525.00 |
| 01/03/06 | Continue to review Office action and cited art; outline response strategy. | | |
| | Steven J. Elleman | 1.30 | 455.00 |
| 01/04/06 | Continue to review prior art; telephone conference with Mr. Thrush. | | |
| | Steven J. Elleman | 1.30 | 455.00 |
| 01/09/06 | Research regarding piezoceramic materials. | | |
| | Steven J. Elleman | 0.50 | 175.00 |
| 01/13/06 | Prepare for telephone conference with Examiner; continue drafting response. | | |
| | Steven J. Elleman | 0.80 | 280.00 |
| 01/26/06 | Review Office action and cited references; telephone call to Examiner. | | |
| | Steven J. Elleman | 0.50 | 175.00 |
| | Fee for Professional Services | | $2,065.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 5.90 | 350.00 |
| | Fee for Professional Services | | $2,065.00 |



| | | | | |
|---|---|---|---|---|
| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK | |
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149400
Our File No  444859.00117

**DP-310452 Patent GROOVED DEFORMATION
RESISTANCE SEAM WELDING OF CAST IRON
TO STEEL TUBING**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 338.00 |
| Disbursements and Charges | $ | 618.00 |
| Total Fees, Disbursements and Charges | $ | 956.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 956.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/23/06 | DP-310452; Prepare search request letter for patentability study. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| | Fee for Professional Services | | $338.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.30 | 260.00 |
| | Fee for Professional Services | | $338.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: Woolcott & Company Inc, Invoice No. 2002-04584 - Services regarding conducting a novelty search regarding "Method for Joining a Tube to a Member Using Deformation Resistance. " | 616.80 |
| Photocopy | 1.20 |
| Total Disbursements and Charges | 618.00 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|------------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149401
Our File No. 444859.00129

**DP-310948 Patent COMPACT ABS FOR
MOTORCYCLES AND POWERSPORTS**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,760.00 |
| Disbursements and Charges | $ | 17.00 |
| Total Fees, Disbursements and Charges | $ | 1,777.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,777.00 |

# THOMPSON HINE

Page 2                                                                          February 28, 2006
Our File No. 444859.00129
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/13/06 | Review Office action and cited art; prepare response to Office action. | | |
| | Victor J. Wasylyna | 3.00 | 660.00 |
| 01/17/06 | Telephone call with Mr. Borgemenke; prepare response to Office action. | | |
| | Victor J. Wasylyna | 1.00 | 220.00 |
| 01/18/06 | Prepare response to Office action. | | |
| | Victor J. Wasylyna | 4.00 | 880.00 |
| | Fee for Professional Services | | $1,760.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 8.00 | 220.00 |
| | Fee for Professional Services | | $1,760.00 |

## Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Photocopy | 17.00 |
| Total Disbursements and Charges | 17.00 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149402
Our File No. 444859.00131

**DP-311119 Patent MAGNETORESTRICTIVE
PRESSURE SENSOR**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | |
|---|---|
| Fees for Professional Services | $      82.50 |
| Disbursements and Charges | $      10.40 |
| Total Fees, Disbursements and Charges | $      92.90 |
| **TOTAL DUE FOR THIS INVOICE** | $      92.90 |

# THOMPSON HINE

Page 2                                                                February 28, 2006
Our File No. 444859.00131
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/06 | DP-311119 - Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 82.50 |
| | Fee for Professional Services | | $82.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 165.00 |
| | Fee for Professional Services | | $82.50 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 10.40 | |
| | Total Disbursements and Charges | | 10.40 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149403
Our File No. 444859.00154

**DP-311939 PATENT:**
**MAGNETORHEOLOGICAL POWERTRAIN**
**MOUNT SYSTEM**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,560.00 |
| Disbursements and Charges | $ | 10.20 |
| Total Fees, Disbursements and Charges | $ | 1,570.20 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,570.20 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                February 28, 2006
Our File No. 444859.00154
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/03/06 | DP-311939; Prepare amendment after final; telephone conference with David Barta regarding DP-311939; telephone discussion with Thomas Baudendistel regarding his patent, which is cited against DP-311939. Draft Rule 132 declarations for David Barta and Thomas Baudendistel. | | |
| | Douglas E. Erickson | 4.00 | 1,040.00 |
| 01/09/06 | DP-311939; Prepare amendment after final. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| 01/18/06 | DP-311939; Prepare amendment after final; final amendment and two Rule 132 Declarations filed in USPTO. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $1,560.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.00 | 260.00 |
| | Fee for Professional Services | | $1,560.00 |

## Disbursements and Charges

| Date | Description | Amount | |
|------|-------------|--------|--|
| | Photocopy | 10.20 | |
| | Total Disbursements and Charges | | 10.20 |

# THOMPSON HINE

ATLANTA          CINCINNATI          COLUMBUS          NEW YORK
BRUSSELS          CLEVELAND          DAYTON          WASHINGTON D C

February 28, 2006

Delphi Technologies, Inc.                    Invoice No. 2149404
Legal Staff-M/C 480-410-202                  Our File No. 444859.00166
P.O. Box 5052
Troy, MI 48007-5052

**DP-312442 PATENT: EDDY CURRENT**          Federal I.D. No. 34-0575300
**QUANTUM TUNNELING COMPOSITE FORCE**

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 72.50 |
| Total Fees, Disbursements and Charges | $ | 72.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 72.50 |

# THOMPSON HINE

Page 2                                                                              February 28, 2006
Our File No. 444859.00166
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/17/06 | DP-312442 - Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| | Fee for Professional Services | | $72.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $72.50 |



# THOMPSON HINE

ATLANTA        CINCINNATI        COLUMBUS        NEW YORK
BRUSSELS        CLEVELAND        DAYTON        WASHINGTON, D C

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149405
Our File No. 444859.00168

**DP-312734 PATENT:  MAGNERIDE WHEEL HOP** Federal I.D. No. 34-0575300
**CONTROL ALGORITHM**

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 36.00 |
| Total Fees, Disbursements and Charges | $ | 36.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 36.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2                                                                February 28, 2006
Our File No. 444859.00168
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/23/06 | Review Ms. Britt's request; review file; and forward reply email to Ms. Britt providing electronic copies of the application and drawings. | | |
| | Ann M. Ison | 0.30 | 36.00 |
| | Fee for Professional Services | | $36.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Ann M. Ison | Document Analyst | 0.30 | 120.00 |
| | Fee for Professional Services | | $36.00 |



**THOMPSON HINE**

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|------------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149406
Our File No. 444859.00172

**DP-312839 Patent:  ELECTRIC PARK BRAKE**      Federal I.D. No. 34-0575300
**MOTOR DRIVE**

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,840.50 |
| Disbursements and Charges | $ | 7.40 |
| Total Fees, Disbursements and Charges | $ | 1,847.90 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,847.90 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                          February 28, 2006
Our File No. 444859.00172
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/05/06 | DP-312839 - Review and docket Office action. | | |
| | Collette S. Crawford | 0.50 | 72.50 |
| 01/09/06 | DP-312839; Prepare amendment. | | |
| | Douglas E. Erickson | 4.30 | 1,118.00 |
| 01/10/06 | DP-312839; Prepare amendment. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 01/10/06 | DP-312839; Prepare amendment; final amendment filed in USPTO. | | |
| | Douglas E. Erickson | 1.50 | 390.00 |
| | Fee for Professional Services | | $1,840.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 6.80 | 260.00 |
| Collette S. Crawford | Document Analyst | 0.50 | 145.00 |
| | Fee for Professional Services | | $1,840.50 |

### Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| | Photocopy | 7.40 |
| | Total Disbursements and Charges | 7.40 |



| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149407
Our File No. 444859.00179

**DP-313345 Patent: FAUT-TOLERANT ECU**        Federal I.D. No. 34-0575300
**ARCHITECTURE FOR SMART ACTUATORS OF**
**DISTRIBUTED SYSTEMS**

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,669.50 |
| Total Fees, Disbursements and Charges | $ | 1,669.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,669.50 |

# THOMPSON HINE

Page 2
Our File No. 444859.00179
Delphi Technologies, Inc.

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/20/06 | Review inventor comments; telephone conference with Mr Disser; review and revise application and claims. | | |
| | Steven J. Elleman | 2.00 | 630.00 |
| 01/27/06 | Review status of disclosure and foreign filing; prepare correspondence. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 01/30/06 | Telephone conference with Mr Disser; draft application; prepare foreign filing version of application and prepare correspondence. | | |
| | Steven J. Elleman | 2.30 | 724.50 |
| 01/31/06 | Prepare formal papers and correspondence. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| | Fee for Professional Services | | $1,669.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Steven J. Elleman | Partner | 5.30 | 315.00 |
| | Fee for Professional Services | | $1,669.50 |



**THOMPSON HINE**

ATLANTA    CINCINNATI    COLUMBUS    NEW YORK
BRUSSELS    CLEVELAND    DAYTON    WASHINGTON D.C.

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149408
Our File No. 444859.00182

**DP-313090 Patent: MR DAMPER PISTON CONFIGURATIONS FOR LOW FRICTION FORCE**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 01/31/06*

| | |
|---|---|
| Fees for Professional Services | $ 1,248.00 |
| Disbursements and Charges | $ 616.80 |
| Total Fees, Disbursements and Charges | $ 1,864.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ 1,864.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                    February 28, 2006
Our File No. 444859 00182
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/10/06 | DP-313090; Prepare search request letter for patentability study. | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| 01/31/06 | DP-313090; Complete patentability study. | | |
| | Douglas E. Erickson | 3.80 | 988.00 |
| | Fee for Professional Services | | $1,248.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 4.80 | 260.00 |
| | Fee for Professional Services | | $1,248.00 |

## Disbursements and Charges

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/06 | Payee: Woolcott & Company Inc, Invoice No. 2002-04579 - Services regarding conducting a patentability search regarding "MAGNETORHEOLOGICAL PISTON ASSEMBLY AND DAMPER" | 616.80 |
| | Total Disbursements and Charges | 616.80 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|------------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149409
Our File No. 444859 00205

**DP-314149:  Patent:  CRUISE CONTROL SAFETY · Federal I.D. No. 34-0575300
DISABLE/INTERLOCK**

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,350.50 |
| Disbursements and Charges | $ | 22.00 |
| Total Fees, Disbursements and Charges | $ | 1,372.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,372.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine com
Phone 937 443 6600
Fax 937 443 6635

THOMPSON
HINE

Page 2                                                                                    February 28, 2006
Our File No. 444859 00205
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/19/06 | Review record of invention; patent search. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 01/20/06 | Review prior art search results; telephone conference with Ms. Czerny. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 01/23/06 | Review U.S. Patent Pub. No. 2005/0171674 | | |
| | Victor J. Wasylyna | 1.30 | 240.50 |
| 01/24/06 | Telephone conference with Ms. Czerny. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $1,350.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 7.30 | 185.00 |
| | Fee for Professional Services | | $1,350.50 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Patent Download | 22.00 |
| Total Disbursements and Charges | 22.00 |



**THOMPSON HINE**

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149410
Our File No. 444859 00206

**DP-314492: Patent: THREE PHASE MOTOR DIAGNOSTICS AND PHASE VOLTAGE FEEDBACK**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 162.50 |
| Total Fees, Disbursements and Charges | $ | 162.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 162.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON
## HINE

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/30/06 | Revise patent application in view of inventor comments, correspondence with inventor regarding same. | | |
| | Michael J. Nieberding | 0.50 | 162.50 |
| | Fee for Professional Services | | $162.50 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Michael J. Nieberding | Partner | 0.50 | 325.00 |
| | Fee for Professional Services | | $162.50 |



| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc
Legal Staff-M/C 480-410-202
P.O Box 5052
Troy, MI 48007-5052

Invoice No. 2149411
Our File No  444859.00207

**DP-313740: Patent: PIEZO-ELECTRIC FORCE SENSOR**       Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,757.50 |
| Disbursements and Charges | $ | 1,077.60 |
| Total Fees, Disbursements and Charges | $ | 2,835.10 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 2,835.10 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza. N E
P.O Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2                                                                              February 28, 2006
Our File No. 444859.00207
Delphi Technologies, Inc

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/03/06 | Draft patent application. | | |
| | Victor J. Wasylyna | 6.00 | 1,110.00 |
| 01/09/06 | Revise application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 01/11/06 | Revise application and drawings; review formal papers; telephone conference with Mr. Zumberge | | |
| | Victor J. Wasylyna | 1.50 | 277.50 |
| | Fee for Professional Services | | $1,757.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 9.50 | 185.00 |
| | Fee for Professional Services | | $1,757.50 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee:U.S. Patent and Trademark Office - Filing fee and Assignment recordation fee | 1,040.00 | |
| Photocopy | 37.60 | |
| Total Disbursements and Charges | | 1,077.60 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149412
Our File No. 444859.00208

**Delphi Bankruptcy Matters**                    Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 562.50 |
| Total Fees, Disbursements and Charges | $ | 562.50 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 562.50 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937.443.6600
Fax 937.443.6635

THOMPSON
HINE

Page 2                                                February 28, 2006
Our File No. 444859.00208
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/04/06 | Prepare affidavit. | | |
| | Theodore D. Lienesch | 1.00 | 375.00 |
| 01/09/06 | Prepare engagement letter for affidavit. | | |
| | Theodore D. Lienesch | 0.50 | 187.50 |
| | Fee for Professional Services | | $562.50 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Theodore D. Lienesch | Partner | 1.50 | 375.00 |
| | Fee for Professional Services | | $562.50 |



THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D.C. |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No  2149413
Our File No  444859.00210

**DP-314531: Patent: INTEGRATED POSITION
AND VELOCITY SENSORS AND THEIR
CONTROL CIRCUITS FOR MR DAMPER**

Federal I.D. No  34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | |
|---|---|
| Fees for Professional Services | $        2,496.00 |
| Disbursements and Charges | $          779.40 |
| Total Fees, Disbursements and Charges | $        3,275.40 |
| **TOTAL DUE FOR THIS INVOICE** | $        3,275.40 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937.443.6600
Fax  937.443.6635

# THOMPSON HINE

February 28, 2006
Our File No. 444859.00210
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/10/06 | DP-314531; Telephone conference with inventor; draft search request letter for patentability study. | | |
| | Douglas E. Erickson | 1.30 | 338.00 |
| 01/30/06 | DP-314531; Review 30 references; patentability study completed. | | |
| | Douglas E. Erickson | 5.00 | 1,300.00 |
| 01/30/06 | DP-314531; Draft patent application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 01/31/06 | DP-314531; Draft patent application. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| | Fee for Professional Services | | $2,496.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 9.60 | 260.00 |
| | Fee for Professional Services | | $2,496.00 |

### Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Payee: Woolcott & Company, Inc, Invoice No. 2002-04565 - Services regarding conducting a novelty search regarding "Integrated Position and Velocity Sensors and their Control Circuits..." | 766.80 | |
| Telephone | 12.60 | |
| Total Disbursements and Charges | | 779.40 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149414
Our File No. 444859.00213

**DP-314346: Patent: PIEZOELECTRIC**          Federal I.D. No 34-0575300
**COMPOSITE BRAKE PEDAL FEEL EMULATOR**

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 555.00 |
| Total Fees, Disbursements and Charges | $ | 555.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 555.00 |

# THOMPSON HINE

Page 2
Our File No. 444859.00213
Delphi Technologies, Inc.

February 28, 2006

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/12/06 | Prepare provisional patent application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| | Fee for Professional Services | | $555.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 3.00 | 185.00 |

Fee for Professional Services          $555.00



THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No  2149415
Our File No  444859 00214

**DP-314566  Patent: IMPROVED CONTROLLED
BRAKE HCU WITH SIX PISTON PUMP**

Federal I.D. No. 34-0575300

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,335.00 |
| Disbursements and Charges | $ | 226.60 |
| Total Fees, Disbursements and Charges | $ | 1,561.60 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,561.60 |

# THOMPSON HINE

Page 2
Our File No. 444859.00214
Delphi Technologies, Inc.

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 01/03/06 | Revise provisional application. | | |
| | Steven J. Elleman | 1.80 | 567.00 |
| 01/05/06 | Revise provisional application. | | |
| | Steven J. Elleman | 0.50 | 157.50 |
| 01/10/06 | Further revise provisional patent application, obtain feedback from inventor (David Reuter) for technical accuracy. | | |
| | Kenneth Lilly | 2.50 | 462.50 |
| 01/12/06 | All modifications to provisional patent application completed, and ready to file with USPTO | | |
| | Kenneth Lilly | 0.80 | 148.00 |
| | Fee for Professional Services | | $1,335.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Steven J. Elleman | Partner | 2.30 | 315.00 |
| Kenneth Lilly | Patent Agent | 3.30 | 185.00 |
| | Fee for Professional Services | | $1,335.00 |

## Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:U.S. Patent and Trademark Office - Filing Provisional Application | 200.00 |
| Payee:U.S. Postmaster, Express Mail EV710397223US - delivery to Commissioner for Patents, Alexandria, VA, 1/13/06 | 14.40 |
| Photocopy | 12.20 |
| Total Disbursements and Charges | 226.60 |



THOMPSON
HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149416
Our File No. 444859.00215

**DP-314001: Patent: Conversion of U.S. Provisional**
**Application S/N 60/682784 (Combining DP-314001-**
**002-003)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 780.00 |
| Total Fees, Disbursements and Charges | $ | 780.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 780.00 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00215
Delphi Technologies, Inc.

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/10/06 | Prepare search request letter for patentability study regarding DP-314001, DP-314002, DP-314003 and DP-314003A. | | |
| | Douglas E. Erickson | 2.50 | 650.00 |
| 01/11/06 | Prepare search request letter for patentability study. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $780.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 3.00 | 260.00 |
| | Fee for Professional Services | | $780.00 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149417
Our File No. 444859.00216

**DP-314622: Patent: ELECTRIC VICE**        Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,430.00 |
| Disbursements and Charges | $ | 1.80 |
| Total Fees, Disbursements and Charges | $ | 1,431.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,431.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

3000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON HINE

Page 2
Our File No. 444859.00216
Delphi Technologies, Inc.

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/04/06 | DP-314622; Patentability study | | |
| | Douglas E. Erickson | 3.50 | 910.00 |
| 01/09/06 | DP-314622; Patentability study; finalize patentability study and send to client. | | |
| | Douglas E. Erickson | 2.00 | 520.00 |
| | Fee for Professional Services | | $1,430.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 5.50 | 260.00 |
| | Fee for Professional Services | | $1,430.00 |

## Disbursements and Charges

| Description | Amount | |
|-------------|--------|--|
| Photocopy | 1.80 | |
| Total Disbursements and Charges | | 1.80 |



# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149418
Our File No. 444859.00217

**DP-314842:  Patent:  MR Body Control Noise
Reduction**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 4,498.00 |
| Disbursements and Charges | $ | 227.80 |
| Total Fees, Disbursements and Charges | $ | 4,725.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 4,725.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N E
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON HINE

Page 2                                                                February 28, 2006
Our File No. 444859.00217
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/04/06 | DP-314842; Meeting with US inventor at Delphi to try to understand complicated invention where record of invention was written by the co-inventor in France. | | |
| | Douglas E. Erickson | 3.50 | 910.00 |
| 01/05/06 | DP-314842; Prepare provisional patent application. | | |
| | Douglas E. Erickson | 0.70 | 182.00 |
| 01/06/06 | DP-314842; Draft provisional application. | | |
| | Douglas E. Erickson | 8.00 | 2,080.00 |
| 01/10/06 | DP-314842; Telephone conference with inventor; draft provisional application. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 01/11/06 | DP-314842; Draft provisional patent application. | | |
| | Douglas E. Erickson | 3.30 | 858.00 |
| 01/13/06 | DP-314842; Prepare provisional application; final provisional application filed in USPTO | | |
| | Douglas E. Erickson | 1.00 | 260.00 |
| | Fee for Professional Services | | $4,498.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 17.30 | 260.00 |
| | Fee for Professional Services | | $4,498.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee:U.S. Patent and Trademark Office - Filing fee - provisional application | 200.00 |
| Payee:U.S. Postmaster, Express Mail EV710397197US - delivery to Commissioner for Patents, Alexandria, VA 1/13/06 | 14.40 |
| Photocopy | 13.40 |

THOMPSON
HINE

Page 3                                                    February 28, 2006
Our File No. 444859.00217
Delphi Technologies, Inc.

Total Disbursements and Charges                    227.80

# THOMPSON HINE

| | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---|---|---|---|---|
| | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149419
Our File No. 444859.00218

**DP-314819: Patent: Anti-Judder Groove**          Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 3,086.00 |
| Disbursements and Charges | $ | 244.80 |
| Total Fees, Disbursements and Charges | $ | 3,330.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 3,330.80 |

# THOMPSON HINE

Page 2
Our File No. 444859.00218
Delphi Technologies, Inc.

February 28, 2006

## Professional Service Fees

| Date | Services | Hours | Charges |
|---|---|---|---|
| 01/03/06 | Review record of invention. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| 01/04/06 | Review record of invention; prepare provisional patent application. | | |
| | Victor J. Wasylyna | 3.00 | 555.00 |
| 01/05/06 | Prepare provisional application. | | |
| | Theodore D. Lienesch | 3.00 | 1,125.00 |
| 01/05/06 | Prepare provisional patent application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| 01/09/06 | Prepare patent application. | | |
| | Victor J. Wasylyna | 2.00 | 370.00 |
| 01/13/06 | Prepare provisional patent application. | | |
| | Victor J. Wasylyna | 3.50 | 647.50 |
| 01/17/06 | Telephone conference with Mr. Lee; revise application. | | |
| | Victor J. Wasylyna | 0.80 | 148.00 |
| | Fee for Professional Services | | $3,086.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|---|---|---|---|
| Theodore D. Lienesch | Partner | 3.00 | 375.00 |
| Victor J. Wasylyna | Associate | 10.60 | 185.00 |
| | Fee for Professional Services | | $3,086.00 |

## Disbursements and Charges

| Description | Amount |
|---|---|
| Payee:U.S. Patent and Trademark Office - Filing fee for provisional patent application | 200.00 |

# THOMPSON
## HINE

Page 3                                                                February 28, 2006
Our File No. 444859.00218
Delphi Technologies, Inc.

| | |
|---|---|
| Payee:U.S. Postmaster, Express Mail EV709283192US - delivery to Commissioner for Patents, Alexandria, VA 1/18/06 | 14.40 |
| Photocopy | 30.40 |

Total Disbursements and Charges                                   244.80

# THOMPSON HINE

|          | ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|----------|---------|------------|----------|----------|
| | | BRUSSELS | CLEVELAND | DAYTON | WASHINGTON. D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149420
Our File No. 444859.00219


**DP-314834: Patent: EHA/E-Cal Hybrid Brake
System With Hydraulic Failsafe**     Federal I.D No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 1,295.00 |
| Total Fees, Disbursements and Charges | $ | 1,295.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 1,295.00 |

---

THOMPSON HINE LLP
ATTORNEYS AT LAW              2000 Courthouse Plaza. N E       www.ThompsonHine.com
                             P.O. Box 8801                    Phone  937 443 6600
                             Dayton, Ohio 45401-8801          Fax  937 443 6635

# THOMPSON HINE

Page 2                                                                February 28, 2006
Our File No. 444859.00219
Delphi Technologies, Inc.

## Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/20/06 | Review record of invention and related material; telephone conference with Mr. Reuter. | | |
| | Victor J. Wasylyna | 2.50 | 462.50 |
| 01/23/06 | Prepare provisional patent application. | | |
| | Victor J. Wasylyna | 4.00 | 740.00 |
| 01/30/06 | Prepare provisional patent application. | | |
| | Victor J. Wasylyna | 0.50 | 92.50 |
| | Fee for Professional Services | | $1,295.00 |

## Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Victor J. Wasylyna | Associate | 7.00 | 185.00 |
| | Fee for Professional Services | | $1,295.00 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
|---------|-----------|----------|----------|
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON D C |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI  48007-5052

Invoice No. 2149421
Our File No. 444859.00220

**DP-303801: Patent: Magnetorheological Fluid Damper (Combination of DP-303801, 313204, 314824)**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 338.00 |
| Disbursements and Charges | $ | 616.80 |
| Total Fees, Disbursements and Charges | $ | 954.80 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 954.80 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone  937 443 6600
Fax  937 443 6635

# THOMPSON
## HINE

Page 2                                                           February 28, 2006
Our File No. 444859 00220
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/10/06 | DP-303801; Prepare search request letter for patentability study of the inventions of DP-303801, DP-303204 and DP-314824. | | |
| | Douglas E. Erickson | 0.80 | 208.00 |
| 01/11/06 | DP-303801; Prepare search request letter for patentability study. | | |
| | Douglas E. Erickson | 0.50 | 130.00 |
| | Fee for Professional Services | | $338.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Douglas E. Erickson | Senior Attorney | 1.30 | 260.00 |
| | Fee for Professional Services | | $338.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Payee: Woolcott & Company Inc, Invoice No. 2002-04582 - Services regarding conducting a patentability search regarding "Fixed Piston Magnetorheological Fluid Damper ...." | 616.80 |
| Total Disbursements and Charges | 616.80 |

# THOMPSON HINE

| ATLANTA | CINCINNATI | COLUMBUS | NEW YORK |
| BRUSSELS | CLEVELAND | DAYTON | WASHINGTON, D.C. |

February 28, 2006

Delphi Technologies, Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052

Invoice No. 2149422
Our File No. 444859.00224

**DP-314943: Patent: Brake Disc for Enhanced Cooling**

Federal I.D. No. 34-0575300

---

*For professional services rendered for your account through 01/31/06*

| | | |
|---|---|---|
| Fees for Professional Services | $ | 925.00 |
| Disbursements and Charges | $ | 7.19 |
| Total Fees, Disbursements and Charges | $ | 932.19 |
| **TOTAL DUE FOR THIS INVOICE** | $ | 932.19 |

THOMPSON HINE LLP
ATTORNEYS AT LAW

2000 Courthouse Plaza, N.E.
P.O. Box 8801
Dayton, Ohio 45401-8801

www.ThompsonHine.com
Phone 937 443 6600
Fax 937 443 6635

# THOMPSON
# HINE

Page 2
Our File No. 444859.00224                                February 28, 2006
Delphi Technologies, Inc.

### Professional Service Fees

| Date | Services | Hours | Charges |
|------|----------|-------|---------|
| 01/25/06 | Review Invention Record DP-314943 and presentation provided by Delphi. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 01/27/06 | Read and analyze 17 prior art US Patents. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| 01/30/06 | Draft provisional patent application | | |
| | Kenneth Lilly | 2.00 | 370.00 |
| 01/31/06 | Draft provisional patent application. | | |
| | Kenneth Lilly | 1.00 | 185.00 |
| | Fee for Professional Services | | $925.00 |

### Summary of Fees for This Matter

| Name | Title | Hours | Rate/Hr |
|------|-------|-------|---------|
| Kenneth Lilly | Patent Agent | 5.00 | 185.00 |
| | Fee for Professional Services | | $925.00 |

### Disbursements and Charges

| Description | Amount |
|-------------|--------|
| Lexis Charges | 7.19 |
| Total Disbursements and Charges | 7.19 |