# EXHIBIT C

<u>Schedule A</u>

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
|  | **SUMMARY OF INVOICES ITEMIZED BY MATTER #** | | | | |
| 00029 | 01/01/06 - 01/31/06 | 2149396 | $0.00 | $38.91 | $38.91 |
| **00029 Total** | | | $0.00 | $38.91 | $38.91 |
| 00034 | 01/01/06 - 01/31/06 | 2149397 | $1,040.00 | $6.60 | $1,046.60 |
| 00034 | 12/01/05 - 12/31/05 | 2149302 | $1,005.00 | $0.00 | $1,005.00 |
| **00034 Total** | | | $2,045.00 | $6.60 | $2,051.60 |
| 00092 | 10/08/05 - 10/31/05 | 2147098 | $1,828.50 | $9.40 | $1,837.90 |
| 00092 | 11/01/05 - 11/30/05 | 2148863 | $0.00 | $400.00 | $400.00 |
| **00092 Total** | | | $1,828.50 | $409.40 | $2,237.90 |
| 00101 | 12/01/05 - 12/31/05 | 2149303 | $1,872.00 | $8.60 | $1,880.60 |
| **00101 Total** | | | $1,872.00 | $8.60 | $1,880.60 |
| 00110 | 01/01/06 - 01/31/06 | 2149399 | $2,065.00 | $0.00 | $2,065.00 |
| **00110 Total** | | | $2,065.00 | $0.00 | $2,065.00 |
| 00117 | 01/01/06 - 01/31/06 | 2149400 | $338.00 | $618.00 | $956.00 |
| **00117 Total** | | | $338.00 | $618.00 | $956.00 |
| 00124 | 11/01/05 - 11/30/05 | 2148864 | $966.00 | $223.45 | $1,189.45 |
| **00124 Total** | | | $966.00 | $223.45 | $1,189.45 |
| 00129 | 01/01/06 - 01/31/06 | 2149401 | $1,760.00 | $17.00 | $1,777.00 |
| 00129 | 11/01/05 - 11/30/05 | 2148865 | $75.00 | $0.00 | $75.00 |
| **00129 Total** | | | $1,835.00 | $17.00 | $1,852.00 |
| 00131 | 01/01/06 - 01/31/06 | 2149402 | $82.50 | $10.40 | $92.90 |
| 00131 | 12/01/05 - 12/31/05 | 2149304 | $2,808.00 | $21.80 | $2,829.80 |
| **00131 Total** | | | $2,890.50 | $32.20 | $2,922.70 |
| 00148 | 11/01/05 - 11/30/05 | 2148866 | $470.00 | $6.20 | $476.20 |
| **00148 Total** | | | $470.00 | $6.20 | $476.20 |
| 00154 | 01/01/06 - 01/31/06 | 2149403 | $1,560.00 | $10.20 | $1,570.20 |
| 00154 | 12/01/05 - 12/31/05 | 2149305 | $605.50 | $2.00 | $607.50 |
| **00154 Total** | | | $2,165.50 | $12.20 | $2,177.70 |
| 00155 | 12/01/05 - 12/31/05 | 2149306 | $216.00 | $2,187.45 | $2,403.45 |
| **00155 Total** | | | $216.00 | $2,187.45 | $2,403.45 |
| 00165 | 10/08/05 - 10/31/05 | 2147101 | $94.00 | $0.00 | $94.00 |
| 00165 | 11/01/05 - 11/30/05 | 2148867 | $117.50 | $1,346.85 | $1,464.35 |
| **00165 Total** | | | $211.50 | $1,346.85 | $1,558.35 |
| 00166 | 01/01/06 - 01/31/06 | 2149404 | $72.50 | $0.00 | $72.50 |
| **00166 Total** | | | $72.50 | $0.00 | $72.50 |
| 00168 | 01/01/06 - 01/31/06 | 2149405 | $36.00 | $0.00 | $36.00 |
| **00168 Total** | | | $36.00 | $0.00 | $36.00 |
| 00172 | 01/01/06 - 01/31/06 | 2149406 | $1,840.50 | $7.40 | $1,847.90 |
| **00172 Total** | | | $1,840.50 | $7.40 | $1,847.90 |
| 00173 | 10/08/05 - 10/31/05 | 2147102 | $47.00 | $8.60 | $55.60 |
| **00173 Total** | | | $47.00 | $8.60 | $55.60 |
| 00176 | 11/01/05 - 11/30/05 | 2148869 | $1,700.00 | $0.00 | $1,700.00 |
| 00176 | 12/01/05 - 12/31/05 | 2149308 | $595.00 | $1,041.45 | $1,636.45 |
| **00176 Total** | | | $2,295.00 | $1,041.45 | $3,336.45 |
| 00179 | 01/01/06 - 01/31/06 | 2149407 | $1,669.50 | $0.00 | $1,669.50 |
| 00179 | 11/01/05 - 11/30/05 | 2148870 | $54.00 | $0.00 | $54.00 |
| 00179 | 12/01/05 - 12/31/05 | 2149309 | $135.00 | $0.00 | $135.00 |
| **00179 Total** | | | $1,858.50 | $0.00 | $1,858.50 |
| 00180 | 11/01/05 - 11/30/05 | 2148871 | $54.00 | $0.00 | $54.00 |

*427157.1*

<u>Schedule A</u>

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---:|---:|---:|
| 00180 | 12/01/05 - 12/31/05 | 2149310 | $1,161.00 | $0.00 | $1,161.00 |
| **00180 Total** | | | $1,215.00 | $0.00 | $1,215.00 |
| 00182 | 01/01/06 - 01/31/06 | 2149408 | $1,248.00 | $616.80 | $1,864.80 |
| **00182 Total** | | | $1,248.00 | $616.80 | $1,864.80 |
| 00185 | 10/08/05 - 10/31/05 | 2147103 | $170.00 | $0.00 | $170.00 |
| 00185 | 12/01/05 - 12/31/05 | 2149311 | $791.00 | $1,083.85 | $1,874.85 |
| **00185 Total** | | | $961.00 | $1,083.85 | $2,044.85 |
| 00190 | 12/01/05 - 12/31/05 | 2149312 | $216.00 | $0.00 | $216.00 |
| **00190 Total** | | | $216.00 | $0.00 | $216.00 |
| 00197 | 11/01/05 - 11/30/05 | 2148872 | $4,165.00 | $0.80 | $4,165.80 |
| 00197 | 12/01/05 - 12/31/05 | 2149313 | $306.00 | $1,130.45 | $1,436.45 |
| **00197 Total** | | | $4,471.00 | $1,131.25 | $5,602.25 |
| 00200 | 12/01/05 - 12/31/05 | 2149314 | $1,360.00 | $8.00 | $1,368.00 |
| **00200 Total** | | | $1,360.00 | $8.00 | $1,368.00 |
| 00201 | 11/01/05 - 11/30/05 | 2148873 | $3,689.50 | $0.00 | $3,689.50 |
| 00201 | 12/01/05 - 12/31/05 | 2149315 | $893.00 | $1,093.65 | $1,986.65 |
| **00201 Total** | | | $4,582.50 | $1,093.65 | $5,676.15 |
| 00202 | 10/08/05 - 10/31/05 | 2147104 | $399.50 | $0.00 | $399.50 |
| **00202 Total** | | | $399.50 | $0.00 | $399.50 |
| 00204 | 10/08/05 - 10/31/05 | 2147106 | $164.50 | $602.40 | $766.90 |
| **00204 Total** | | | $164.50 | $602.40 | $766.90 |
| 00205 | 01/01/06 - 01/31/06 | 2149409 | $1,350.50 | $22.00 | $1,372.50 |
| **00205 Total** | | | $1,350.50 | $22.00 | $1,372.50 |
| 00206 | 01/01/06 - 01/31/06 | 2149410 | $162.50 | $0.00 | $162.50 |
| 00206 | 10/08/05 - 10/31/05 | 2147107 | $2,479.50 | $0.00 | $2,479.50 |
| 00206 | 12/01/05 - 12/31/05 | 2149316 | $1,425.00 | $0.00 | $1,425.00 |
| **00206 Total** | | | $4,067.00 | $0.00 | $4,067.00 |
| 00207 | 01/01/06 - 01/31/06 | 2149411 | $1,757.50 | $1,077.60 | $2,835.10 |
| 00207 | 12/01/05 - 12/31/05 | 2149317 | $2,210.00 | $0.00 | $2,210.00 |
| **00207 Total** | | | $3,967.50 | $1,077.60 | $5,045.10 |
| 00208 | 01/01/06 - 01/31/06 | 2149412 | $562.50 | $0.00 | $562.50 |
| 00208 | 11/01/05 - 11/30/05 | 2148874 | $6,753.00 | $3.20 | $6,756.20 |
| 00208 | 12/01/05 - 12/31/05 | 2149318 | $1,981.50 | $0.00 | $1,981.50 |
| **00208 Total** | | | $9,297.00 | $3.20 | $9,300.20 |
| 00209 | 10/08/05 - 10/31/05 | 2147108 | $544.00 | $0.00 | $544.00 |
| 00209 | 11/01/05 - 11/30/05 | 2148875 | $1,785.00 | $239.05 | $2,024.05 |
| **00209 Total** | | | $2,329.00 | $239.05 | $2,568.05 |
| 00210 | 01/01/06 - 01/31/06 | 2149413 | $2,496.00 | $779.40 | $3,275.40 |
| **00210 Total** | | | $2,496.00 | $779.40 | $3,275.40 |
| 00211 | 10/08/05 - 10/31/05 | 2147109 | $340.00 | $113.79 | $453.79 |
| 00211 | 11/01/05 - 11/30/05 | 2148876 | $2,584.00 | $0.00 | $2,584.00 |
| 00211 | 12/01/05 - 12/31/05 | 2149320 | $816.00 | $1,092.65 | $1,908.65 |
| **00211 Total** | | | $3,740.00 | $1,206.44 | $4,946.44 |
| 00212 | 10/08/05 - 10/31/05 | 2147110 | $425.00 | $82.04 | $507.04 |
| 00212 | 11/01/05 - 11/30/05 | 2148877 | $0.00 | $32.00 | $32.00 |
| **00212 Total** | | | $425.00 | $114.04 | $539.04 |
| 00213 | 01/01/06 - 01/31/06 | 2149414 | $555.00 | $0.00 | $555.00 |
| 00213 | 10/08/05 - 10/31/05 | 2147112 | $255.00 | $101.80 | $356.80 |
| 00213 | 11/01/05 - 11/30/05 | 2148878 | $0.00 | $44.00 | $44.00 |
| **00213 Total** | | | $810.00 | $145.80 | $955.80 |

*427157.1*

<u>Schedule A</u>

| TH matter # | Service dates | Invoice No. | Professional fees invoiced | Expenses invoiced | Total invoiced |
|---|---|---|---|---|---|
| 00214 | 01/01/06 - 01/31/06 | 2149415 | $1,335.00 | $226.60 | $1,561.60 |
| 00214 | 12/01/05 - 12/31/05 | 2149321 | $1,954.00 | $1.80 | $1,955.80 |
| **00214 Total** | | | $3,289.00 | $228.40 | $3,517.40 |
| 00215 | 01/01/06 - 01/31/06 | 2149416 | $780.00 | $0.00 | $780.00 |
| 00215 | 11/01/05 - 11/30/05 | 2148879 | $0.00 | $14.00 | $14.00 |
| **00215 Total** | | | $780.00 | $14.00 | $794.00 |
| 00216 | 01/01/06 - 01/31/06 | 2149417 | $1,430.00 | $1.80 | $1,431.80 |
| 00216 | 12/01/05 - 12/31/05 | 2149322 | $352.50 | $653.00 | $1,005.50 |
| **00216 Total** | | | $1,782.50 | $654.80 | $2,437.30 |
| 00217 | 01/01/06 - 01/31/06 | 2149418 | $4,498.00 | $227.80 | $4,725.80 |
| 00217 | 12/01/05 - 12/31/05 | 2149323 | $587.50 | $0.00 | $587.50 |
| **00217 Total** | | | $5,085.50 | $227.80 | $5,313.30 |
| 00218 | 01/01/06 - 01/31/06 | 2149419 | $3,086.00 | $244.80 | $3,330.80 |
| **00218 Total** | | | $3,086.00 | $244.80 | $3,330.80 |
| 00219 | 01/01/06 - 01/31/06 | 2149420 | $1,295.00 | $0.00 | $1,295.00 |
| **00219 Total** | | | $1,295.00 | $0.00 | $1,295.00 |
| 00220 | 01/01/06 - 01/31/06 | 2149421 | $338.00 | $616.80 | $954.80 |
| **00220 Total** | | | $338.00 | $616.80 | $954.80 |
| 00224 | 01/01/06 - 01/31/06 | 2149422 | $925.00 | $7.19 | $932.19 |
| **00224 Total** | | | $925.00 | $7.19 | $932.19 |
| **Grand Total** | | | $82,733.00 | $16,081.58 | $98,814.58 |

*427157.1*

Schedule B

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

VALUE OF SERVICES ITEMIZED BY ATTORNEY/LEGAL ASSISTANT

| Name | Title | Date graduated law school | Date of Ohio Bar admission | Hours worked | Rate/Hour | Amount billed |
|---|---|---|---|---|---|---|
| Elleman, Steven J. | Partner | 1996 | 1996 | 10.50 | $270.00 | $2,835.00 |
| Elleman, Steven J. | Partner | 1996 | 1996 | 7.60 | $315.00 | $2,394.00 |
| Elleman, Steven J. | Partner | 1996 | 1996 | 5.90 | $350.00 | $2,065.00 |
| Elleman, Steven J. Total | | | | 24.00 | | $7,294.00 |
| Erickson, Douglas E. | Sr. Attorney | 1974 | 1989 | 33.30 | $235.00 | $7,825.50 |
| Erickson, Douglas E. | Sr. Attorney | 1974 | 1989 | 77.60 | $260.00 | $20,176.00 |
| Erickson, Douglas E. Total | | | | 110.90 | | $28,001.50 |
| Lepene, Alan R. | Partner | 1971 | 1971 | 1.50 | $510.00 | $765.00 |
| Lepene, Alan R. Total | | | | 1.50 | | $765.00 |
| Lienisch, Theodore D. | Partner | 1976 | 1980 | 30.20 | $345.00 | $10,419.00 |
| Lienisch, Theodore D. | Partner | 1976 | 1980 | 4.50 | $375.00 | $1,687.50 |
| Lienisch, Theodore D. Total | | | | 34.70 | | $12,106.50 |
| Metzcar, Jeffrey C. | Associate | 2000 | 2000 | 4.20 | $230.00 | $966.00 |
| Metzcar, Jeffrey C. Total | | | | 4.20 | | $966.00 |
| Nieberding, Michael J. | Partner | 1994 | 1994 | 13.70 | $285.00 | $3,904.50 |
| Nieberding, Michael J. | Partner | 1994 | 1994 | 0.50 | $325.00 | $162.50 |
| Nieberding, Michael J. Total | | | | 14.20 | | $4,067.00 |
| Wasylyna, Victor J. | Associate | 2003 | 2003 | 102.50 | $170.00 | $17,425.00 |
| Wasylyna, Victor J. | Associate | 2003 | 2003 | 37.40 | $185.00 | $6,919.00 |
| Wasylyna, Victor J. | Associate | 2003 | 2003 | 8.00 | $220.00 | $1,760.00 |
| Wasylyna, Victor J. Total | | | | 147.90 | | $26,104.00 |
| Lilly, Kenneth | Patent Agent | | n/a | 8.00 | $170.00 | $1,360.00 |
| Lilly, Kenneth | Patent Agent | | n/a | 8.30 | $185.00 | $1,535.50 |
| Lilly, Kenneth Total | | | | 16.30 | | $2,895.50 |
| Crawford, Collette S. | Document Analyst | | n/a | 0.50 | $150.00 | $75.00 |
| Crawford, Collette S. | Document Analyst | | n/a | 1.50 | $130.00 | $195.00 |
| Crawford, Collette S. | Document Analyst | | n/a | 1.00 | $145.00 | $145.00 |
| Crawford, Collette S. | Document Analyst | | n/a | 0.50 | $165.00 | $82.50 |
| Crawford, Collette S. Total | | | | 3.50 | | $497.50 |
| Ison, Ann M. | Document Analyst | | n/a | 0.30 | $120.00 | $36.00 |
| Ison, Ann M. Total | | | | 0.30 | | $36.00 |
| Grand Total | | | | 357.50 | | $82,733.00 |

**Schedule C**

## SUMMARY OF EXPENSES ADVANCED
## BY TYPE OF EXPENSE

| *Type of Expense* | *Amount* |
|---|---|
| U.S. Patent & Trademark Office | $10,880.00 |
| Photocopy | $489.80 |
| Wolcott & Company, Inc. | $3,833.20 |
| Facsimile Charges | $38.91 |
| Lexis Charges | $508.67 |
| Patent Download | $166.00 |
| Telephone | $12.60 |
| U.S. Postmaster, Express Mail | $152.40 |
| **Total** | ***$16,081.58*** |

*427157.1*

**Schedule D**

## DESCRIPTION OF SERVICES

*Delphi Fee Application Proposed Language:*

In the period between October 8, 2005 and January 31, 2006, Thompson Hine LLP ("Thompson Hine") attorneys and patent agents completed 25 matters – specifically three patentability searches, six provisional patent applications, eight utility patent applications and eight amendments to pending patent applications, all pertaining to Delphi records of invention ("ROI") and at the request of in-house attorneys at Delphi Technologies, Inc. In addition, 19 other such matters are in progress. A brief description of the nature of the legal work involved is set forth below.

### Patentability Search

A patentability search is conducted to determine whether a Delphi invention is patentable; that is, that what Delphi considers to be a novel and non-obvious advancement in technology (i.e., an invention) is not, in reality, already known publicly. A good measure of what is publicly known is embodied in previously issued patents and published patent applications. Accordingly, in conducting a patentability search, the Thompson Hine attorney or patent agent first reviews the subject ROI to determine the nature of the purported invention and, if necessary, interviews the inventor. Next, a manual search is commissioned using a third-party search agency who searches the patent records of the United States Patent and Trademark Office ("USPTO") in Alexandria, Virginia.

The results of the search (typically, copies of issued patents and published patent applications) are sent to the assigned Thompson Hine attorney or agent who reviews each of the documents and from that review determines whether the Delphi invention is sufficiently novel to be patented. The Thompson Hine attorney or agent then either prepares a written opinion that is sent to Delphi or communicates an informal opinion to Delphi verbally or by email.

### Provisional Patent Application

A provisional patent application is a description of the invention contained in a Delphi ROI that is filed with the USPTO. A provisional patent application is effective for a period of one year from its filing date and serves as a basis for the filing of a utility application in that a utility application filed within twelve months from the filing date of a utility application will receive the benefit of the provisional application filing date, but only with respect to material common to both applications.

Accordingly, to prepare a provisional patent application it is necessary to include all information, in the form of written descriptions and illustrations, necessary to provide a complete description of the manner of making and using the invention. This requires that the Thompson Hine attorney or agent become intimately familiar with the subject invention and prepare an accurate and complete written description of it. In many instances, Thompson Hine staff also

prepares the formal documents necessary to file the provisional application with the USPTO and files the provisional application.

## Utility Patent Application

A utility patent application is similar to a provisional patent application in that it requires the creation of a complete and accurate written description of the invention by the assigned Thompson Hine attorney or agent, and typically includes drawings of the invention. In addition, a utility application requires the assigned attorney or agent to prepare a set of claims, each of which is a precise definition of the invention, and which is scrutinized by an examiner at the USPTO when the patent application is examined. In addition, a utility patent application includes a brief description of the background of the invention, which also must be prepared by the assigned attorney or agent of Thompson Hine.

To prepare a utility patent application, the assigned Thompson Hine attorney or agent must review the application with at least one of the inventors. In most cases, Thompson Hine staff prepares the formal papers and files the application with the USPTO. If requested by Delphi, the assigned Thompson Hine attorney or agent also will prepare a set of patent claims in a form suitable for filing with the European Patent Office.

## Amendment

In the course of the examination of a Delphi patent application by a patent examiner at the USPTO, the examiner may raise objections to one or more of (i) the form of the application, (ii) what is claimed as the invention in the claims or (iii) the scope of what is claimed in the claims. In the event that the examiner initially determines that the Delphi invention as defined in the claims is so broad that it impermissibly covers what is already known, the examiner will reference one or more issued patents or published patent applications in support of his or her contention. If an examiner raises any such objection, the examiner issues an Office action that sets forth the perceived infirmities in the application and lists any relevant patents or published patent applications.

When instructed by Delphi to respond to such an Office action, the assigned Thompson Hine attorney or agent prepares and files an amendment to the subject application. Such an amendment may direct the USPTO to amend the text of the specification of the application or amend, cancel or add claims to the application. In order to prepare such a response, it is therefore necessary to review thoroughly the Office action and any cited references, then prepare the amendment. Such an amendment not only amends the specification and claims, when needed, but must include argument to the effect either that the application is allowable without amendment, or that the amendments made to the application place it in allowable condition. Often, it is necessary to review the cited references with the inventor as well as the proposed changes to the claims and specification. Thompson Hine staff prepares the formal papers and handles the filing of the amendment with the USPTO. In addition, Thompson Hine staff dockets the matter with Thompson Hine's internal docketing software, which keeps track of filing dates and issues reminders if no subsequent response is timely received from the USPTO.

427322 1