# EXHIBIT D

THOMPSON HINE LLP
An Ohio Limited Liability Partnership
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

| | |
|---|---|
| **Hearing Date:** | **June 20, 2006** |
| | **10:00 a.m.** |
| | **(Prevailing Eastern Time)** |
| **Response Deadline:** | **June 13, 2006** |
| | **4:00 p.m.** |
| | **(Prevailing Eastern Time)** |

    and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio 45402-1758
Phone: 937.443.6625
Fax No.: 937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors | : | (Jointly administered) |

---

## CERTIFICATION UNDER GUIDELINES FOR FEES
## AND DISBURSEMENTS FOR PROFESSIONALS IN RESPECT
## OF FIRST INTERIM APPLICATION OF THOMPSON HINE LLP
## FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

I, Lawrence T. Burick, hereby certify that:

1.    This certification is made in connection with the First Interim Application (the

"First Application") of Thompson Hine LLP ("Thompson Hine"), Special Counsel to Debtors for

intellectual property matters, seeking compensation and reimbursement of expenses for the

period commencing October 8, 2005, through and including January 31, 2006, (the "First

Application Period") in accordance with the Amended Guidelines for fees and disbursements for professionals in Southern District of New York bankruptcy cases adopted on April 19, 1995 ("Guidelines") and the United States Trustee Guidelines for reviewing first interim applications for compensation and reimbursement of expenses filed under U.S.C. §330 adopted on January 30, 1996.

2.  Pursuant to Section B.1 of the Guidelines, I certify that:

a.  I prepared the First Application;

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and disbursements sought in the First Application fall within the Guidelines;

c.  The fees and disbursements sought are billed at rates in accordance with practices customarily employed by Thompson Hine and generally accepted by Thompson Hine clients; and

d.  In providing a reimbursable service, Thompson Hine does not make a profit on that service, whether the service is performed by Thompson Hine or through a third party.

3.  Pursuant to Section B.2 of the Guidelines, as modified by the Order entered November 4, 2005 establishing procedures regarding fee/expense applications (Doc. #869) ("Procedures Order"), I certify that, when Thompson Hine requested monthly compensation, Thompson Hine complied with the provision requiring it to provide (i) the Debtors, (ii) counsel for the Official Committee of Unsecured Creditors, (iii) the United States Trustee for the Southern District of New York, (iv) Skadden, Arps, Slate, Meagher & Flom LLP, (v) counsel for the agent under Debtors' pre-petition facility, and (vi) counsel for the agent under the Debtors'

2

post-petition credit facility[1], following each calendar month for which compensation is sought, with invoices detailing fees and disbursements accrued during the previous month. As required by the Procedures Order, each such monthly fee statement contains a list of professionals providing services, their respective billing rates, the aggregate hours spent by each professional, a reasonably detailed breakdown of the disbursements incurred and contemporaneously maintained time entries for each individual in increments of tenths of an hour.

4.     Pursuant to Section B.3 of the Guidelines, as modified by the Procedures Order, I certify that Thompson Hine served a copy of the First Application upon the Notice Parties as defined in the Procedures Order (including the United States Trustee for the Southern District of New York and the Debtors).

/s/ Lawrence T. Burick
Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

430029 1

---

[1] As of the date of the filing of this First Application, Thompson Hine is unaware of the appointment of any committee in the cases for the purpose of reviewing fees and expenses.