# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.* | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors | : | (Jointly administered) |

_____

## ORDER APPROVING FIRST INTERIM APPLICATION OF THOMPSON HINE LLP AS SPECIAL COUNSEL FOR DEBTORS FOR INTERIM COURT APPROVAL, ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED AND EXPENSES ADVANCED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

_____

This matter comes before the Court upon the First Interim Application ("First Application") of Thompson Hine LLP ("Thompson Hine") as Special Counsel to Debtors for intellectual property matters, seeking compensation and for reimbursement of expenses for the period from October 8, 2005 through January 31, 2006 (the "First Application Period").

This Court having reviewed the First Application; and no objections or comments to the First Application having been filed; and this Court having determined that the legal and factual bases set forth in the First Application establish just cause for the relief granted herein,

THIS COURT HEREBY FINDS THAT:

(1)    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Venue of this Chapter 11 case and First Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules.

(2)     Thompson Hine is a duly appointed professional in the above-captioned Debtors'
Chapter 11 cases.

(3)     Thompson Hine served the First Application with all exhibits by overnight mail to
all Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures
(Doc. #869).  Thompson Hine served a Notice of filing and objection/hearing dates by electronic
mail (or by fax when no email address provided) upon all persons on the Master Service List and
the 2002 List.

(4)     No objections were filed.

(5)     Based upon this Court's review of the Application and the schedules attached
thereto, the fees and expenses are reasonable, actual and necessary.

IT IS, THEREFORE, ORDERED, that:

1.     The First Application is APPROVED AND GRANTED.

2.     The fees and reimbursable expenses for the First Application Period are approved
and allowed in the following amounts, and Debtors may pay Thompson Hine such amounts to
the extent not already paid:

| | |
|---|---|
| Fees (80%) | $66,186.40 |
| Holdback Amount (20%) | $16,546.60 |
| | $82,733.00 |
| Expenses (100%) | $ 16,081.58 |
| Total | $98,814.58 |

Dated:     New York, New York
                 _____, 2006
                                                        _____
                                                        United States Bankruptcy Judge

430395 1