THOMPSON HINE LLP
An Ohio Limited Liability Partnership
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

and

Lawrence T. Burick (0010404)
10 West Second Street
2000 Courthouse Plaza N.E.
Dayton, Ohio  45402-1758
Phone:  937.443.6625
Fax No.: 937.443.6635
larry.burick@thompsonhine.com

Special Counsel to Debtors

**Hearing Date:** June 20, 2006
10:00 a.m.
(Prevailing Eastern Time)

**Response Deadline:** June 13, 2006
4:00 p.m.
(Prevailing Eastern Time)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| DELPHI CORPORATION, *et al.* | : Case No. 05-44481 (RDD) |
| | : |
| Debtors | : (Jointly administered) |

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 27, 2006, I served the following documents:

1. First Interim Application of Thompson Hine LLP as Special Counsel for intellectual property matters for Debtors for interim court approval, allowance and payment of

compensation for services rendered and expenses advanced from October 8, 2005 through January 31, 2006, with exhibits ("First Application").

    2. Notice of filing of First Application and objection and hearing dates ("Notice").

I further certify that, on April 27, 2006, I served copies of the First Application and Notice by overnight mail upon the following Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures (Doc. #869):

    Delphi Corporation
    5725 Delphi Drive
    Troy, Michigan 48098
    (Att'n: General Counsel)

    Counsel to the Debtors
    Skadden, Arps, Slate, Meagher & Flom LLP
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (Attt'n: John Wm. Butler, Jr., Esq.)

    Counsel for the agent under the Debtors' prepetition credit facility
    Simpson Thacher & Bartlett LLP
    425 Lexington Avenue
    New York, New York 10017
    (Att'n:  Marissa Wesley, Esq.)

    Counsel for the agent under the Debtors' postpetition credit facility
    Davis Polk & Wardwell
    450 Lexington Avenue
    New York, New York 10017
    (Att'n: Marlane Melican, Esq.)

    Counsel for the Official Committee of Unsecured Creditors ("Committee")
    Latham & Watkins LLP
    885 Third Avenue
    New York, New York 10022-4802
    (Att'n: Robert J. Rosenberg, Esq.)

The Office of the United States Trustee
  for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004
(Att'n:  Alicia M. Leonhard, Esq.)

I further certify that, on April 27, 2006, I served a copy of the Notice by electronic mail or by fax (when no email address is provided) upon all persons on the Master Service List and the 2002 List (attached).

Dated:  April 27, 2006

/s/ Robert T. Barnard
Robert T. Barnard (RB 6157)
Joseph B. Koczko (JK 7259)
One Chase Manhattan Plaza, 58th Floor
New York, New York 10005-1401
robert.barnard@thompsonhine.com
joseph.koczko@thompsonhine.com
212.344.5680 (telephone)
212.809.6890 (facsimile)

and

Lawrence T. Burick (#0010404)
THOMPSON HINE LLP
2000 Courthouse Plaza N.E.
10 West Second Street
Dayton, Ohio 45402
937.443.6625 (telephone)
937.443.6635 (facsimile)
larry.burick@thompsonhine.com

Attorney for Thompson Hine LLP,
Special Counsel to Debtors

430030.1