Exhibit "E"

## Summary Chart

*In re: Delphi Corporation, et al.*

**CASE NO. 05-44481 (CHAPTER 11)**

**Name of Applicant: O'Melveny & Myers LLP**

**Role: Special Labor Counsel to Debtors**

**Current Application:**  Fees Requested: $1,322,746.50
Expenses Requested: $ 90,169.23

**RETAINER PAID: $300,000.00**

A. Summary of Timekeepers[1]

| **Timekeeper** | **Year Admitted** | **Dept.** | **Rate Hours** | **Hours**[2] | **Amount** |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 795.00 | 20.10 | $ 15,979.50 |
| Jeffrey Kohn | 1985 | Adversarial/Labor | $ 755.00 | 33.30 | $ 25,141.50 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 735.00 | 44.25 | $ 32,523.75 |
| Robert Siegel | 1975 | Adversarial/Labor | $ 690.00 | 52.00 | $ 35,880.00 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 725.00 | 209.10 | $ 151,597.50 |
| Tom A. Jerman | 1981 | Adversarial/Labor | $ 680.00 | 603.10 | $ 410,108.00 |
| Gordon E. Krischer | 1972 | Adversarial/Labor | $ 690.00 | 1.00 | $ 690.00 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 495.00 | 85.50 | $ 42,322.50 |
| Rachel S. Janger | 1999 | Adversarial/Labor | $ 460.00 | 235.25 | $ 108,215.00 |
| Lani Miller | 1996 | Adversarial | $ 485.00 | 0.70 | $ 339.50 |
| Lani Miller | 1996 | Adversarial | $ 440.00 | 38.10 | $ 16,764.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 495.00 | 131.60 | $ 65,142.00 |
| Jessica Kastin | 2002 | Adversarial/Labor | $ 465.00 | 271.45 | $ 126,224.25 |
| Heejung Son | 2001 | Adversarial/Labor | $ 400.00 | 52.10 | $ 20,840.00 |
| Kyra Grundeman | 2004 | Adversarial | $ 270.00 | 41.60 | $ 11,232.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 310.00 | 38.60 | $ 11,966.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 300.00 | 55.10 | $ 16,530.00 |
| Deepa Ambekar | 2005 | Adversarial/Labor | $ 235.00 | 95.80 | $ 22,513.00 |
| Melissa Janiak-Oliver | Not Yet Admitted | Adversarial/Labor | $ 310.00 | 50.40 | $ 15,624.00 |
| Melissa Janiak-Oliver | Not Yet Admitted | Adversarial/Labor | $ 300.00 | 31.90 | $ 9,570.00 |
| Stacy Hauf | 2006 | Adversarial | $ 280.00 | 11.20 | $ 3,136.00 |
| Stacy Hauf | 2006 | Adversarial | $ 205.00 | 128.80 | $ 26,404.00 |

---

[1] As disclosed in its Engagement Letter, the hourly rates of all O'Melveny professionals and legal assistants change from time to time based on, among other variables, changes in attorney seniority or status and changes in our rates generally. These adjustments, where applicable, are noted accordingly.

[2] Although all professionals record time in increments of one-tenth of an hour, due to O'Melveny's voluntary write-off of one-half of travel time, the total hours billed for certain professionals are expressed in one-hundredths of an hour.

| Timekeeper | Year Admitted | Dept. | Rate Hours | Hours | Amount |
|---|---|---|---|---|---|
| Adam Hellman | Not Yet Admitted | Adversarial/Labor | $ 280.00 | 15.90 | $ 4,452.00 |
| Adam Hellman | Not Yet Admitted | Adversarial/Labor | $ 270.00 | 30.70 | $ 8,289.00 |
| Adam Hellman | Not Yet Admitted | Adversarial/Labor | $ 205.00 | 119.40 | $ 24,477.00 |
| David Booher | 2004 | Adversarial/Labor | $ 270.00 | 2.40 | $ 648.00 |
| **Attorney Total** | | | | 2,592.95 | **$1,253,189.50** |
| **Attorney Blended Rate** | | | | | **$ 483.31** |
| | | | | | |
| **Paraprofessionals**[3] | | | | | |
| Steve Mauriello | | Adversarial | $ 230.00 | 6.60 | $ 1,518.00 |
| Steve Mauriello | | Adversarial | $ 220.00 | 101.80 | $ 22,396.00 |
| Heide-Marie Bliss | | Library | $ 225.00 | 0.70 | $ 157.50 |
| Ritvik Purohit | | Practice Support | $ 210.00 | 4.50 | $ 945.00 |
| Ben Holmes | | Practice Support | $ 200.00 | 0.10 | $ 20.00 |
| Ross Neglia | | Adversarial | $ 180.00 | 1.10 | $ 198.00 |
| Martha A. Cocker | | Library | $ 175.00 | 0.20 | $ 35.00 |
| Michelle Woo | | Adversarial | $ 160.00 | 38.00 | $ 6,080.00 |
| Michelle Woo | | Adversarial | $ 150.00 | 178.70 | $ 26,805.00 |
| Kelley Kasischke | | Adversarial | $ 160.00 | 1.00 | $ 160.00 |
| Kelley Kasischke | | Adversarial | $ 150.00 | 74.70 | $ 11,205.00 |
| Celieta Shinn | | Library | $ 125.00 | 0.30 | $ 37.50 |
| **Paraprofessional Total** | | | | 407.70 | **$ 69,557.00** |
| **Paraprofessional Blended Rate** | | | | | **$ 170.61** |
| **Attorney and Paraprofessional Total** | | | | 3,000.65 | **$1,322,746.50** |
| **Blended Hourly Rate of Attorneys and Paraprofessionals** | | | | | **$ 440.82** |

---

[3]    O'Melveny has voluntarily written off $105.00 in fees billed by secretarial assistants and inadvertently charged to the Debtors.  This write-off is reflected in the figures shown here.

3