Exhibit "F"

**Expenses By Type**

| Cost Code | Billed Amount | Category[1] |
|---|---|---|
| E101E | $ 10,608.15 | Copying (Equitrac - Internal) |
| E102A | $ 5,686.64 | Outside Printing/Reproduction |
| E105A | $ 1,422.54 | Telephone (Accounts Payable) |
| E106W | $ 1,725.31 | Online Research (Westlaw) |
| E106L | $ 80.74 | Online Research (Lexis-Nexis) |
| E106M | $ 9.96 | Online Research (Miscellaneous) |
| E107 | $ 1,144.66 | Delivery Services/Messengers |
| E109TX | $ 750.31 | Local Travel (Taxi) |
| E109A | $ 331.30 | Local Travel (Accounts Payable) |
| E110 | $ 26,944.54 | Expense Report Other - Include Out of Town |
| E110EM | $ 4,170.32 | Out of Town Travel (Expense Report-Meals) |
| E110T | $ 26,919.78 | Out of Town Travel (Direct Bill Firm-Airfare) |
| E123A | $ 9,692.50 | Other Professionals |
| E111A | $ 291.73 | Meals (Business Meeting Meals) |
| E130S | $ 390.75 | Scanning Services |
| | | |
| Totals | $ 90,169.23 | |

---

[1]    O'Melveny has voluntarily written off $3.75 in outgoing facsimile expenses inadvertently charged to the Debtors in the January 2006 invoice. This write-off is reflected in the figures in this chart.