EXHIBIT "G"

# **Attorney Biographies**[1]

**Jeffrey Kohn**

Jeff Kohn is a partner in O'Melveny & Myers LLP's New York office.  Jeff focuses on the litigation and arbitration of a broad range of employment and labor disputes, including sexual harassment, employment discrimination, executive contract disputes, and trade secret litigation.  He has handled National Labor Relations Board and collective bargaining matters for a broad range of clients.  Jeff also has broad experience in executive compensation and has handled labor and employment law matters for many of the firm's foreign clients.

Jeff represents numerous clients in a variety of industries including the airline industry; theme park and entertainment industry; financial and professional services; construction; manufacturing; technology; and in the telecommunications industry.

**Illustrative Professional Experience**

- Served as lead counsel in the defense of over 400 race discrimination claims brought to binding mediation/arbitration against a major U.S. corporation
- Obtained summary judgment for a major airline in a multi-plaintiff, multi-district litigation in which plaintiffs alleged failure to hire claims under the Airline Deregulation Act
- Successfully represented a major airline in a 300-person class action brought under the Fair Labor Standards Act
- Successfully obtained summary judgment, affirmed on appeal by the Second Circuit, in a precedent-setting decision under the Age Discrimination in Employment Act
- Served as the chief negotiator for one of the largest regional theme parks in the U.S., employing over 4,000 people
- Successfully defended a financial services company in a major employment discrimination federal jury trial that lead to a precedent-setting decision striking punitive damages as a remedy under the New York Human Rights Law
- Successfully defended a well-known film star and major motion picture company in a $375 million sexual harassment lawsuit brought by an actress terminated during the filming of a major motion picture
- Successfully represented a major airline in a very significant pension dispute with one of its unions that saved the airline $30 million in past contributions and $6 million/year in future pension contributions
- Successfully handled many class action and multi-plaintiff lawsuits and injunction actions against clients

**Education**
**George Washington University,** J.D., 1984: Order of the Coif; Managing Editor, *The George Washington Law Review*
**Cornell University,** B.S., 1981: with honors

**Professional Activities**
**Admitted,** New York; New Jersey
**Admitted to Practice,** U.S. Court of Appeals, Second and Third Circuits; U.S. District Court, Eastern, Northern, and Southern Districts of New York and District of New Jersey; U.S. Supreme Court
**Co-Chair,** American Bar Association, Employment and Labor Relations Law Committee (over 2,000 members)
**Board of Directors,** New York Lawyers for the Public Interest
**Speaker,** Many speaking engagements, including:  American Bar Association events; Matthew Bender Conference; Wall Street Executive Conference; NYU Law School; NYU Annual Conference on Labor; and NYU Center for Labor and Employment Law

---

[1] Biographies are provided for only those primary attorneys employed by O'Melveny who billed more than $10,000 in fees to the Debtors during the First Interim Period.

**Adjunct Professor,** New York Law School
**Community Legal Services,** Serves as General Counsel to many non-profit organizations, including New York Lawyers for the Public Interest and Safe Horizon
**Former Editor-in-Chief,** ABA, Employment and Labor Relations Law Committee, quarterly newsletter, 1997-2001
**Media Resource,** CNBC-TV (commentator on employment discrimination law); Bloomberg Television (commentator on disputes on airline industry)
**Contributing Writer,** Many publications, including *Matthew Bender's NLRA Law and Practice*

## Robert Siegel

Bob Siegel is a partner in O'Melveny & Myers LLP's Los Angeles office. Bob is Vice-Chair of O'Melveny & Myers, a member of the firm's Office of the Chair, and Co-Chair of the firm's Adversarial Department.

Bob is a labor lawyer who specializes in representing airlines. He has represented United Airlines, US Airways, Alaska Air, Pan Am, America West, Northwest, AMR Eagle, American Airlines, Atlas Air, Flying Tigers, Federal Express, PSA, Polar Air, Astar Air Cargo, Mesa, and StatesWest in employment law litigation and counseling, and also in labor negotiations, National Mediation Board matters, arbitrations, and litigation under the *Railway Labor Act.* Bob has also been labor counsel to several airlines regarding mergers, asset acquisitions, and ESOP transactions. Bob is a past Co-Chairman of the American Bar Association's Railway and Airline Labor Law Committee, and is a Senior Editor of *The Railway Labor Act* (BNA).

Bob has argued significant labor law cases before the U.S. Second, Third, Seventh, Ninth, Tenth, Eleventh, and District of Columbia Court of Appeals, and the Colorado Supreme Court. During the 2001-2002 term, he represented US Airways before the U.S. Supreme Court in *US Airways, Inc. v. Barnett,* a case involving reasonable accommodation requirements under the *Americans with Disabilities Act.* He currently serves on the Board of Governors of The College of Labor and Employment Lawyers, Inc.

Principal cases handled include:

- *US Airways, Inc. v. Barnett*, 535 U.S. 391, 122 S.Ct. 1516, 152 L.Ed.2d 589 (U.S. Apr. 29, 2002) – Represented US Airways before the U.S. Supreme Court in a landmark action deciding that employers ordinarily have no obligation under the Americans With Disabilities Act to violate a seniority-based bidding system in order to accommodate an employee with a disability.
- *In re US Airways Group, Inc.* (Jan. 6, 2005) – Successfully represented US Airways in action under section 1113(c) of Bankruptcy Code for rejection of labor contracts (first time in airline industry).
- *International Ass'n of Machinists v. US Airways, Inc.*, 358 F.3d 255 (3rd Cir. 2004) – Successfully represented US Airways before the Third Circuit in an action alleging that the outsourcing of aircraft maintenance constituted a "major dispute" under the RLA.
- *In re US Airways Group, Inc.* (E.D. Va. 2002) – Represented US Airways in actions seeking rejection of collective bargaining agreements under the U.S. Bankruptcy Code, ultimately resulting in successful negotiations of restructured collective bargaining agreements for nine employee groups.
- *United Air Lines, Inc. v. International Ass'n of Machinists*, 243 F.3d 349 (7th Cir. 2001) – Successfully represented United before the Seventh Circuit in an action against its mechanics' union seeking injunctive relief under the RLA against a unlawful slowdown campaign by United mechanics.
- *Bishop v. Air Line Pilots Association*, 2000 U.S. App. Lexis 3270 (9th Cir. 2000) – Successfully represented American Eagle in the defense of a putative class action against the carrier and the pilots' union challenging a novel ratification procedure for a new collective bargaining agreement.
- *US Airways, Inc. v. National Mediation Board*, 177 F.3d 985 (D.C. Cir. 1999) – Successfully represented US Airways in the first case ever to invalidate a representation certificate issued by the NMB on the basis that the carrier had been denied its First Amendment rights during the organizing campaign. This case established two major legal precedents – the right of the federal courts to invalidate an NMB certificate on Constitutional grounds, and a carrier's right to engage in free speech during a representation election.

- *America West Airlines, Inc. v. National Mediation Board*, 119 F.3d 772 (9th Cir. 1997) – Represented America West Airlines in an effort to invalidate a certification issued by the NMB on the basis that the Board had allowed former employees to vote in the representation election.
- *Pilkington v. United Airlines, Inc.*, 112 F.3d 1532 (11th Cir. 1997) – Successfully represented United Airlines in the defense of a multiple-plaintiff lawsuit alleging that United had failed to protect pilots who worked during a 1985 strike from harassment by the pilots' union, extending the preemption doctrine established in the *Fry* decision discussed below to strike replacements.
- *Fry v. Air Line Pilots Association*, 88 F.3d 831 (10th Cir. 1996) – Successfully represented United Airlines in a multiple-plaintiff action similar to *Pilkington*, establishing that the doctrine of Railway Labor Act preemption bars a claim by cross-over pilots that the carrier took insufficient actions to protect them from post-strike harassment.
- *Pyles v. United Air Lines, Inc.*, 79 F. 3d 1046 (11th Cir. 1996) – Represented United Airlines in the successful defense of a claim that United unlawfully failed to hire a former Pan Am pilot because he had undergone eye surgery, establishing that the claims were preempted by the Railway Labor Act and federal Aviation Act.
- *Lancaster v. Air Line Pilots Association*, 76 F. 3d 1509 (10th Cir. 1996) – Represented United Airlines in a claim against United and the pilots' union alleging that the plaintiff had been unlawfully terminated for failure to pay union dues.
- *Association of Flight Attendants v. United Airlines, Inc.*, 71 F.3d 915 (D.C. Cir. 1995) – Represented United Airlines in a dispute over the application of United's flight attendant agreement to flight attendants employed by a subsidiary corporation.
- *Tee v. UAL Corp.*, 91 F.3d 163 (11th Cir. 1996) – Represented United Airlines in a class challenge by unrepresented employees to United's 1994 ESOP transaction, establishing that the employees had no standing to object to the terms of the agreement between United and its unions.
- *Long v. Flying Tiger Line, Inc.*, 994 F.2d 692 (9th Cir. 1993) – Successfully represented The Flying Tiger Line, Inc. in an ERISA dispute, establishing the legal principle that a grievance before the System Board of Adjustment was the exclusive method to challenge the carrier's calculation of pension benefits.
- *America West Airlines, Inc. v. National Mediation Board*, 986 F.2d 1252 (9th Cir. 1992) – Successfully represented America West Airlines in an action to enjoin the NMB from distributing a notice to the carrier's employees as a remedy in a carrier interference case, establishing the legal principle that NMB had no authority to adjudicate or remedy alleged violations of the Railway Labor Act.
- *Rakestraw v. United Airlines, Inc.*, 981 F.2d 1524 (7th Cir. 1992) – Successfully represented United Airlines in a multiple-plaintiff challenge to a collective bargaining agreement that altered the plaintiffs' seniority rights, establishing the legal standard for carrier liability in a duty of fair representation case.
- *Association of Flight Attendants v. United Airlines, Inc.*, 976 F.2d 102 (2nd Cir. 1992) – Successfully represented United Airlines in a dispute with the flight attendants' union over establishment of a Paris domicile, obtaining an expedited reversal of the district court's injunction on the ground that the carrier's actions constituted a "minor dispute" subject to arbitration under the Railway Labor Act.
- *Air Line Pilots Association v. UAL Corp.*, 897 F.2d 1394 (7th Cir. 1990) and 874 F.2d 439 (7th Cir. 1989) – Represented United Airlines in an action by the pilots' union regarding poison pill provisions in a labor contract.
- *Connors v. America West Airlines. Inc.* (D. Ariz. 1995) – Successfully defended America West Airlines in lawsuit by 400 former mechanics challenging their terminations in connection with subcontracting of maintenance operations.
- *Pollock v. Continental Airlines, Inc.* (W.D. Wash. 1995) – Defended America West Airlines in action by 200 former employees of Continental Airlines alleging that they were replaced by younger employees of America West at various stations throughout the U.S.
- *Gantchar v. United Airlines, Inc.* (N.D. Ill. 1993) – Represented United Airlines in lawsuit by 32 flight attendants alleging sex and national origin discrimination; obtained summary judgment on majority of claims, and settled remainder on highly favorable terms.
- *Judice v. United Airlines, Inc.* (C.D. Cal. 1993) – Successfully defended United Airlines in action by 222 former skycaps alleging that subcontracting of skycap work, and termination of skycaps, constituted discrimination.

**Education**
**University of Michigan Law School,** J.D., 1974: *magna cum laude*; Order of the Coif
**University of California at Berkeley,** B.A., 1971: Phi Beta Kappa*; with great distinction*

**Professional Activities**
**Admitted,** California
**Member,** ABA Labor and Employment Law Section, Equal Employment Opportunity Committee and Railway and Airline Labor Law Committee
**Teacher/Lecturer,** ALI-ABA, the American Arbitration Association; Practicing Law Institute

### Tom Jerman

Tom Jerman, head of the labor and employment law practice at O'Melveny & Myers' Washington, D.C. office, has extensive experience representing employers in all aspects of labor relations and employment law, including union organizing campaigns and representation proceedings, collective bargaining negotiations, wrongful discharge litigation, individual and class action employment discrimination claims, sexual harassment litigation, wage and hour cases, arbitrations, and advice regarding personnel policies, employee discipline and discharge, and labor relations. Tom has litigated matters throughout the United States, including district courts in D.C., Maryland, Virginia, New York, New Jersey, Pennsylvania, Florida, North Carolina, South Carolina, Georgia, Alabama, Kentucky, Texas, Colorado, Ohio, Kansas, California, Arizona, Illinois, Missouri and Minnesota, and appellate courts in the D.C., Second, Third, Fourth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Circuits.

Tom's representations include the defense of employment class actions or other multiple plaintiff cases, and the representation of air carriers under the Railway Labor Act. Tom has successfully defended numerous certified or putative class actions under Title VII, the Age Discrimination in Employment Act, the Americans with Disabilities Act, the Family and Medical Leave Act, the Labor-Management Relations Act, and ERISA.

Tom has represented seven airlines and air carriers. His airline experience includes: representation proceedings and carrier interference cases before the National Mediation Board; federal court litigation with unions, individuals and class action claims under the Railway Labor Act; system board of adjustment cases; collective bargaining negotiations; and advice regarding mergers, acquisitions and ESOP transactions.

**Education**
**University of Utah,** J.D., 1981: Order of the Coif; Executive Editor, *Utah Law Review*
**University of Utah,** B.S., 1978: *magna cum laude*

**Professional Activities**
**Admitted,** Washington, D.C.; California (inactive)
**Admitted to Practice,** U.S. District Court, District of Columbia; U.S. District Court, Central, Northern, Southern and Eastern Districts of California; U.S. District Court Arizona; U.S. District Court ,Maryland; U.S. Court of Appeals, District of Columbia, Second, Fourth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; U.S. Supreme Court
**Member,** ABA, Section of Labor and Employment Law, Section of Litigation; Fellow, American College of Labor and Employment Lawyers
**Management Co-Chair,** ABA Labor Section of Labor and Employment Law, Railway and Airline Labor Law Committee
**Fellow,** American College of Labor & Employment Lawyers
**Senior Editor,** *The Railway Labor Act* (BNA 1995)
**Speaker,** ALI-ABA Conferences on Railway and Airline Labor Law

### Rachel Janger

Rachel S. Janger is a counsel in O'Melveny & Myers LLP's Washington, D.C. office.  Rachel has had extensive involvement in all aspects of the firm's representation of clients in Title VII, Americans with Disabilities Act,

Family and Medical Leave Act, employee benefits and wrongful discharge litigation. In addition, she is involved in the firm's representation of employers in labor arbitrations and Railway Labor Act litigation. She has also counseled clients on compliance with the Worker Adjustment Retraining and Notification Act and state and federal anti-discrimination laws. Rachel regularly assists clients in handling termination and discipline decisions, drafts employment agreements and handbooks, and has conducted internal investigations of alleged discrimination.

**Education**
**New York University,** J.D., 1998: *cum laude*; Associate Editor, *New York University Law Review*
**University of Pennsylvania,** B.A., 1993: International Relations: *cum laude*

**Professional Activities**
**Clerkship,** Honorable Michael W. Farrell, U.S. Court of Appeals, District of Columbia
**Admitted,** Washington, D.C., New York

### Lani Miller

Lani Miller is a counsel in the Adversarial Department of O'Melveny & Myers LLP's Washington, D.C. office. Before coming to O'Melveny & Myers, Lani was a Commissioned Officer at the White House and served as Special Assistant to the President and Director of Press Advance. Prior to assuming her post at the White House, she was a Federal Prosecutor in the Fraud Unit at the U.S. Attorneys Office, Eastern District of Virginia. Lani also was Assistant to the Attorney General and Counsel to the Associate Attorney General at the U.S. Department of Justice.

**Education**
**Southwestern University,** J.D., 1996: Chair, Interscholastic Trial Advocacy Team
**University of California, Los Angeles,** B.A., Sociology, 1991: Vice President, Alpha Kappa Delta Honor Society

**Professional Activities**
**Admitted,** Washington, D.C.; California

### Jessica Kastin

Jessica Kastin is an associate in O'Melveny & Myers' New York office and a member of the Adversarial Department as part of its Labor and Employment practice. She is experienced in representing employers in a wide variety of labor and employment matters including defending against claims of discrimination and harassment, litigating restrictive covenant and breach of contract disputes and arbitrating employee and union grievances. In addition, Jessica regularly counsels clients on a broad range of employment issues such as terminations and hiring, reductions in force, implementation of employment policies, employee benefits, labor relations and other related issues arising in the context of corporate mergers and acquisitions and the bankruptcy of unionized employers. She also has extensive experience handling issues arising under the National Labor Relations Act, including union elections and representation proceedings, unfair labor practice charges and collective bargaining.

**Education**
**George Washington University,** J.D., 2001: *with honors*; Laurence E. Seibel Memorial Award for Excellence in Labor and Employment Law; Managing Editor, *George Washington University International Law Review*;
**Cornell University,** B.S., 1998: Industrial and Labor Relations

**Professional Activities**
**Admitted,** New York
**Member,** The Association of the Bar of the City of New York

**Heejung Heidi Son**

Heejung Heidi Son is an associate in O'Melveny & Myers LLP's Washington, D.C. office. Heidi's practice focuses on representation of clients on employment discrimination matters related to Title VII, Americans With Disability Act, Family and Medical Leave Act, and Age Discrimination In Employment Act. In addition, she has been involved in various ERISA-related matters.

**Education**
**Georgetown University,** J.D., 2001: *magna cum laude*; Member, *Law and Policy in International Business Journal*; Recipient, CALI-Excellence for the Future Award
**Duke University,** B.A., 1997: *magna cum laude*; Departmental Distinction

**Professional Activities**
**Judicial Extern,** The Honorable Colleen Kollar-Kotelly, U.S. District Court for the District of Columbia
**Admitted,** Washington, D.C.; California
**Languages,** Korean, knowledge of Japanese

**Kyra Grundeman**

Kyra Grundeman is an associate in the Adversarial Department of O'Melveny & Myers LLP's Washington, D.C. office.

**Education**
**George Mason University,** J.D., 2004: *summa cum laude*; Editor-in-Chief, *Federal Circuit Bar Journal;* Vice President, Student Bar Association Board of Governors; Member, American Inns of Court
**The College of William & Mary,** B.S., 1996: Geology

**Professional Activities**
**Admitted,** Washington, D.C.; Virginia

**Deepa Ambekar**

Deepa Ambekar is an associate in O'Melveny & Myers' New York office and a member of the firm's Adversarial Department.  Deepa's practice focuses on labor and employment matters.

**Education**
**Rutgers University**, J.D., 2005.
**University of Michigan**, B.A., 1999.

**Professional Activities**
**Admitted,**  New Jersey

**Melissa Oliver-Janiak**

Melissa Oliver-Janiak is an associate in O'Melveny & Myers' New York office and a member of the firm's Adversarial Department.  Melissa's practice focuses on labor and employment matters.

**Education**
**Harvard University**, J.D., 2005
**Stanford University**, A.B.

**Stacy Hauf**

Stacy Hauf is an associate in the Adversarial Department of O'Melveny & Myers LLP's Washington, D.C. office.

**Education**
**Duke University**, J.D., 2005.
**The College of William and Mary,** B.A., 2000.

**Professional Activities**
**Admitted,** New York

**Adam Hellman**

Adam Hellman is an associate in O'Melveny & Myers' Washington, D.C. office and a member of the firm's Adversarial Department.  Adam's practice focuses on labor and employment matters.

**Education**
**UC Berkeley**, J.D., 2005
**UCLA**, B.A., 2000