1  BILL LOCKYER
   Attorney General of the State of California
2  TOM GREENE
   Chief Assistant Attorney General
3  THEODORA BERGER
   Senior Assistant Attorney General
4  SARAH E. MORRISON, State Bar No. 143459
   Deputy Attorney General
5   300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
6   Telephone:  (213) 897-2640
    Fax:  (213) 897-2802
7   E-mail: sarah.morrison@doj.ca.gov

8  Attorneys for State of California Department of Toxic
   Substances Control
9

10

11              IN THE UNITED STATES BANKRUPTCY COURT

12              FOR THE SOUTHERN DISTRICT OF NEW YORK

13

14
   In re                                    Case No. 05-44481 (RDD)
15                                          Chapter 11
   **DELPHI CORPORATION, et al.,**
16                                          **MOTION FOR ADMISSION TO**
                                   Debtor.  **PRACTICE, PRO HAC VICE**
17

18

19

20      I, Sarah E. Morrison, a member in good standing of the bar in the State of California,

21 or of the bar of the U.S. District Court for the Central District of California, request admission,

22 *pro hac vice,* before the Honorable Robert D. Drain, to represent the State of California

23 Department of Toxic Substances Control, a Creditor in the above referenced case.  My address is

24 300 South Spring Street, Ste. 1702, Los Angeles, CA  90013; E-mail address is

25 sarah.morrison@doj.ca.gov; telephone number is (213) 897-2640.

26 ///

27 ///

28 ///

05-44481 (RDD)

1

1 | I agree to pay the fee of $25 upon approval by the Court admitting me to practice ***pro***
2 | ***hac vice***.
3 | Dated: _____
4 |                         Respectfully submitted,

SARAH E. MORRISON
Deputy Attorney General
Attorneys for State of California Department of
Toxic Substances Control

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **In re Delphi Corporation, et al.,**
No.: **USBC, Southern District of New York, Case No. 05-44481 (RDD)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 5, 2006, I served the attached, **MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 300 South Spring Street, Suite 1702, Los Angeles, CA 90013, addressed as follows:

| | |
|---|---|
| John William Butler, Jr.<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>333 West Wacker Drive, Suite 2100<br>Chicago, Illinois 60606 | Deirdre A. Martini<br>**United States Trustee**<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004-2121<br>**Attn:** Alicia M. Leonhard, Attorney |
| Kayalyn A. Marafioti<br>**Skadden, Arps, Slate, Meagher & Flom LLP**<br>Four Times Square<br>New York, NY 10036-6522 | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 5, 2006, at Los Angeles, California.

Gwen Blanchard
———————————————————           ———————————————————
Declarant                                                                                                Signature

Motion for Admission to Practice, Pro Hac Vice 60134993.2.wpd

05-44481 (RDD)

3