Hearing Date and Time: June 15, 2006, 10:00 a.m.
Objection Deadline: June 8, 2006

HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
                                :
    In re                       :   Chapter 11
                                :
DELPHI CORPORATION, et al.,     :   Case No. 05-44481 (RDD)
                                :
                    Debtors.    :   (Jointly Administered)
                                :
------------------------------- x

## NOTICE OF FILING OF FIRST INTERIM APPLICATION OF HOWARD AND HOWARD ATTORNEYS, P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES

PLEASE TAKE NOTICE that on March 16, 2006, Howard and Howard & Howard Attorneys P.C. ("Howard & Howard"), Intellectual Property Counsel to the Debtor and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed its First Interim Fee Application for Allowance of Compensation and Reimbursement of Expenses (the "Fee Application").

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Fee Application will be held on June 15, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

RECEIVED
APR 17 2006
U.S. BANKRUPTCY

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fee Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Guidelines") (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be **received** no later than **4:00 p.m. (Prevailing Eastern Time) on June 8, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Guidelines will be considered by the Bankruptcy Court at the Hearing. If no objections to the Fee Application are timely filed and served in accordance with the procedures set forth herein and in the Guidelines, the Bankruptcy Court may enter an order granting Howard & Howard's request for compensation for services rendered and reimbursement of expenses without further notice.

Dated: April 12, 2006

                                                          Howard & Howard Attorneys P.C.

                                                          By:  */s/ Tamika A. Bryant*
                                                          Jeff A. Sadowski (P28163)
                                                          Tamika A. Bryant (P62641)
                                                          39400 Woodward Avenue, Suite 101
                                                          Bloomfield Hills, MI 48304
                                                          (248) 645-1483

                                                          Intellectual Property Counsel for Debtors
                                                          and Debtors-in-Possession

G:\D\Delphi Bankruptcy\First Interim Fee App\Notice of Fee App.doc

# EXHIBIT LIST

Exhibit A – Certification regarding compliance with the Local Guidelines

Exhibit B – Schedule of professionals and interns who have performed services in the cases including capacity, hourly billing rate, aggregate number of hours, year in which each professional was licensed to practice law and year each professional graduated from law school

Exhibit C – Summary by project category of the fees generated by the services performed by Howard & Howard during the Compensation Period

Exhibit D – Schedule specifying the categories of expenses for which Howard & Howard seeks reimbursement

G:\D\Delphi Bankruptcy\EXHIBIT LIST.doc