HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
    In re                             :   Chapter 11
                                      :
DELPHI CORPORATION, et al.,           :   Case No. 05-44481 (RDD)
                                      :
              Debtors.                :   (Jointly Administered)
                                      :
------------------------------------- x

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2006, I forwarded, via first class mail, a copy of 1) Notice of Filing of First Interim Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; 2) Exhibit List; and 3) Certificate of Service upon the interested parties named on the attached list.

                            **HOWARD AND HOWARD ATTORNEYS, P.C.**

                            By:  /s/Tamika A. Bryant
                                Jeff A. Sadowski (P28163)
                                Tamika A. Bryant (P62641)
                                39400 Woodward Avenue, Suite 101
                                Bloomfield Hills, Michigan 48304-5151
                                Phone: (248) 645-1483
                                Email: tabryant@howardandhoward.com

Dated: April 12, 2006

Robert J. Stark
Brown Rudnick Berlack Israels LLP
Seven Times Square
New York, NY 10036

Michelle Robson
Capital Research and
Management Company
11100 Santa Monica Blvd, 15th Floor
Los Angeles, CA 90025

Bruce Simon
Cohen Weiss & Simon
330 W. 42nd Street
New York, NY 10036

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Donald Bernstein
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Sean Corcoran, Karen Craft
Delphi Corporation
5725 Delphi Drive
Troy, MI 48098

Michael Nefkens
Electronic Data Systems Corp.
5505 Corporate Drive MSIA
Troy, MI 48098

Carrie L. Schiff
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Terry Zale
Flextronics International
6328 Monarch Park Place
Niwot, CO 80503

Richard Lee Chambers, III
Freescale Semiconductor, Inc.
6501 William Cannon Drive West
MD: OE16
Austin, TX 78735

Randall S. Eisenberg
FTI Consulting, Inc.
3 Times Square, 11th Floor
New York, NY 10036

Valerie Venable
General Electric Company
9930 Kincey Avenue
Huntersville, NC 28078

Lonie A. Hassel
Groom Law Group
1701 Pennsylvania Avenue, NW
Washington, DC 20006

Stephen H. Gross
Hodgson Russ LLP
152 West 57th Street, 35th Floor
New York, NY 10019

Frank L. Gorman, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Robert B. Weiss, Esq.
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Attn: Insolvency Department,
Mario Valerio
Internal Revenue Service
290 Broadway, 5th Floor
New York, NY 10007

Attn: Insolvency Department
Internal Revenue Service
477 Michigan Ave
Mail Stop 15
Detroit, MI 48226

Henry Reichard
IUE-CWA
2360 W. Dorothy Lane, Suite 201
Dayton, OH 45439

William Q. Derrough
Jefferies & Company, Inc,
520 Madison Avenue, 12th Floor
New York, NY 10022

Thomas F. Maher,
Richard Duker, Gianni Russello
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Vilma Francis
JPMorgan Chase Bank, N.A.
270 Park Avenue
New York, NY 10017

Gordon Z. Novod
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Thomas Moers Mayer
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

James Le
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066

Robert J. Rosenberg
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022

Patrick J. Healy
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

Daniel R. Fisher
Law Debenture Trust of New York
767 Third Ave., 31st Floor
New York, NY 10017

David D. Cleary
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

Mohsin N. Khambati
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606

J. Brian McTigue
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

Cornish F. Hitchcock
McTigue Law Firm
5301 Wisconsin Ave. N.W., Suite 350
Washington, DC 20015

Melissa Knolls
Mesirow Financial
321 N. Clark St., 13th Floor
Chicago, IL 60601

Joseph T. Moldovan, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Mark Schonfeld, Regional Director
Northeast Regional Office
3 World Financial Center, Room 4300
New York, NY 10281

Attorney General Eliot Spitzer
Office of New York State
120 Broadway
New York City, NY 10271

Robert Siegel
O'Melveny & Meyer LLP
400 South Hope Street
Los Angeles, CA 90071

Tom A. Jerman, Rachel Janger
O'Melveny & Meyer LLP
1625 Eye Street, NW
Washington, DC 20006

Jeffrey Cohen
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005

Ralph L. Landy
Pension Benefit Guaranty Corporation
1200 K Street, N.W., Suite 340
Washington, DC 20005-4026

Sandra A. Riemer
Phillips Nizer LLP
666 Fifth Avenue
New York, NY 10103

David L. Resnick
Rothchild Inc.
1251 Avenue of the Americas
New York, NY 10020

Robert W. Dremluk
Seyfarth Shaw LLP
1270 Avenue of the Americas
Suite 2500
New York, NY 10020-1801

Douglas Bartner, Jill Frizzley
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Kenneth S. Ziman, Robert H. Trust,
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017

John Wm. Butler, John K. Lyons,
Ron E. Meisler
Skadden, Arps, Slate,
Meagher & Flom LLP
333 W. Wacker Dr., Suite 2100
Chicago, IL 60606

Kayalyn A. Marafioti, Thomas J. Matz
Skadden, Arps, Slate,
Meagher & Flom LLP
4 Times Square, P.O. Box 300
New York, NY 10036

Daniel D. Doyle
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105

Nicholas Franke
Spencer Fane Britt & Browne LLP
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105

Chester B. Salomon,
Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Alicia M. Leonard
United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004-2112

Deirdre A. Martini
United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004

Michael D. Warner
Warner Stevens, L.L.P.
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

Jeffrey L. Tanenbaum, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Martin J. Bienenstock, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael P. Kessler, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Steven M. Cimalore
Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P.O. Box 6675
Radnor, PA 19087-8675

Wallace A. Showman
Ajamie LLP
1350 Avenue of the Americas, 29th Floor
New York, NY 10019

Thomas A. Ajamie
Ajamie LLP
711 Louisiana, Suite 2150
Houston, TX 77002

Alan Swiech
Akebono Corporation (North America)
34385 Twelve Mile Road
Farminton Hills, MI 48331

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
2029 Centure Park East, Suite 2400
Los Angeles, CA 90067

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
1900 Main Street, Fifth Floor
Irvine, CA 92614-7321

Ronald L. Jones
Ambrake Corporation
300 Ring Road
Elizabethtown, KY 42701

Steven R. Keyes
American Axle & Manufacturing, Inc.
One Dauch Drive, Mail Code 6E-2-42
Detroit, MI 48243

Monica S. Blacker
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Gogi Malik
Andrews Kurth LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

Leigh Walzer
Angelo, Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP
199 South Los Robles Avenue, Suite 600
Pasadena, CA 91101-2459

Andy Leinhoff
APS Clearing, Inc.
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX 78746

Matthew Hamilton
APS Clearing, Inc.
1301 S. Capital of Texas Highway
Suite B-220
Austin, TX 78746

Mitchell D. Cohen
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Robert M. Hirsh
Arent Fox PLLC
1675 Broadway
New York, NY 10019

Darryl S. Laddin
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Heath J. Vicente
Arnall Golden Gregory LLP
171 17th Street NW, Suite 2100
Atlanta, GA 30363-1031

Joel M. Gross
Arnold & Porter LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206

Carl Galloway
ATS Automation Tooling Systems Inc.
250 Royal Oak Road
Cambridge, Ontario N3H 4R6

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, & Nagelberg LLP
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

John T. Gregg
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Michael K. McCrory
Wendy D. Brewer
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

Patrick E. Mears
Barnes & Thornburg LLP
300 Ottawa Avenue, NW, Suite 500
Grand Rapids, MI 49503

Alan K. Mills
Barnes & Thornburg LLP
11 S. Meridian Street
Indianapolis, IN 46204

John P. Coffey
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Mark D. Debrowski
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

Eileen McNerney
Bernstein Litowitz Berger & Grossman
1285 Avenue of the Americas
New York, NY 10019

James P. Murphy
Berry Moorman P.C.
535 Griswold, Suite 1900
Detroit, MI 48226

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Thomas M. Gaa
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306

Bonnie Glantz Fatell
Blank Rome LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE 19801

Marc E. Richards
Blank Rome LLP
The Chrylser Building
405 Lexington Avenue
New York, NY 10174

Ralph E. McDowell
Bodman LLP
100 Renaissance Center, 34th Floor
Detroit, MI 48243

David S. Lefere
Bolhouse, Vander Hulst, Risko & Baar P.C.
3996 Chicago Drive SW
Grandville, MI 49418

Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Camille W. Hill
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
One Lincoln Center, 18th Floor
Syracuse, NY 13202

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
135 N. Pennslyvania Street, Suite 2700
Indianapolis, IN 46204

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
1600 Division Street, Suite 700
PO Box 34005
Nashville, TN 37203

Donald K. Ludman
Brown & Connery, LLP
6 North Broad Street
Woodbury, NJ 08096

Shawn M. Christianson
Buchalter Nemer,
A Profesional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126

Michael Leo Hall
Burr & Forman LLP
420 North Twentieth Street, Suite 3100
Birmingham, AL 35203

Steven E. Abelman
Cage Williams & Abelman, P.C.
1433 Seventeenth Street
Denver, CO 80202

Jonathan Greenberg
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Robert Usadi
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
140 East 45th Street, 17th Floor
New York, NY 10017

Robert A. Weisberg
Carson Fischer, P.L.C.
300 East Maple Road, Third Floor
Birmingham, MI 48009-6317

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

Seth A. Drucker
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Joel D. Applebaum
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Robert D. Gordon
Clark Hill PLLC
500 Woodward Avenue, Suite 3500
Detroit, MI 48226-3435

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Thomas D. Maxson
Cohen & Grigsby, P.C.
11 Stanwix Street, 15th Floor
Pittsburgh, PA 15222-1319

Joseph J. Vitale
Cohen, Weiss & Simon LLP
330 West 42nd Street
New York, NY 10036

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
350 South Main Street, Suite 400
Ann Arbor, MI 48104

Ronald S. Pretekin
Coolidge, Wall, Womsley &
Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Nancy H. Pagliaro
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Kim Kolb
DaimlerChrysler Corporation
CIMS 485-13-32
1000 Chrysler Drive
Auburn Hills, MI 48326-2766

Carol Sowa
Denso International America, Inc.
24777 Denso Drive
Southfield, MI 48086

Richard M. Kremen
Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
The Marbury Building
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Margery N. Reed, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Ayala Hassell
Electronic Data Systems Corporation
5400 Legacy Dr.
Mail Stop H3-3A-05
Plano, TX 75024

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899

Steven M. Wachstein
Coolidge, Wall, Womsley &
Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Robert Szwajkos
Curtin & Heefner, LLP
250 N. Pennslyvania Avenue
Morrisville, PA 19067

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

William F. Savino
Damon & Morey LLP
1000 Cathedral Place
298 Main Street
Buffalo, NY 14202-4096

Gerard DiConza, Esq.
DiConza Law, P.C.
630 Third Avenue, 7th Floor
New York, NY 10017

Andrew C. Kassner
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Wendy M. Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196

Earle I. Erman
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Amy Wood Malone
Colbert & Winstead, P.C.
1812 Broadway
Nashville, TN 37203

Mark Lee, Janice Stanton,
Bill Raine, Seth Lax
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

Sylvie J. Derrien
Coolidge, Wall, Womsley &
Lombard Co. LPA
33 West First Street, Suite 600
Dayton, OH 45402

Daniel P. Mazo
Curtin & Heefner, LLP
250 N. Pennsylvania Avenue
Morrisville, PA 19067

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

Jay Selanders
Daniels & Kaplan, P.C.
2405 Grand Boulevard, Suite 900
Kansas City, MO 64108-2519

John Persiani
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, OH 45202

David B. Aaronson
Drinker Biddle & Reath LLP
18th and Cherry Streets
Philadelphia, PA 19103

Joseph H. Lemkin
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102

David H. Freedman
Erman, Teicher, Miller,
Zucker & Freedman, P.C.
400 Galleria Officentre, Ste. 444
Southfield, MI 48034

Gary Ettelman
Ettelman & Hochheiser, P.C.
c/o Premium Cadillac
77 Main Street
New Rochelle, NY 10801

Gary E. Green
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603

Lauren Newman
Fagel Haber LLC
55 East Monroe, 40th Floor
Chicago, IL 60603

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
26 Broadway, Suite 711
New York, NY 10004

Jill L. Murch
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764

Fred Stevens
Fox Rothschild LLP
13 East 37th Street, Suite 800
New York, NY 10016

Michael J. Viscount, Jr.
Fox Rothschild LLP
1301 Atlantic Avenue, Suite 400
Atlantic City, NJ 08401-7212

Frederick T. Rikkers
419 Venture Court
P.O. Box 930555
Verona, WI 53593

Eric Wainer
Gazes LLC
32 Avenue of the Americas, Suite 1800
New York, NY 10013

Ian J. Gazes
Gazes LLC
32 Avenue of the Americas
New York, NY 10013

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
100 S.E. 2nd Street, Suite 4400
Miami, FL 33131

David N. Crapo
Gibbons, Del Deo, Dolan,
Griffinger & Vecchione
One Riverfront Plaza
Newark, NJ 07102-5497

Allan S. Brilliant
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Craig P. Druehl
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004

Peter D. Bilowz
Goulston & Storrs, P.C.
400 Atlantic Avenue
Boston, MA 02110-333

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
45 Rockefeller Center
650 Fifth Avenue
New York, NY 10111

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Sharan Nirmul
Grant & Eisenhofer P.A.
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Jill M. Hartley
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212

J. Michael Debbler, Susan M. Argo
Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202

Cherie Macdonald
J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 200
St. Louis, MO 63102

Herb Reiner
Guaranty Bank
8333 Douglas Avenue
Dallas, TX 75225

Tillie Lim, Esq.
HAL/ERC-Legal
50 Prospect Avenue
Tarrytown, NY 10591

Alan D. Halperin
Christopher J. Battaglia
Halperin Battaglia Raicht, LLP
555 Madison Avenue, 9th Floor
New York, NY 10022

Harris D. Leinwand
Harris D. Leinwand
350 Fifth Avenue, Suite 2418
New York, NY 10118

Paul Rubin
Herrick, Feinstein LLP
2 Park Avenue
New York, NY 10016

Anne Marie Kennelly
Hewlett-Packard Company
3000 Hanover St., M/S 1050
Palo Alto, CA 94304

Kenneth F. Higman
Hewlett-Packard Company
2125 E. Katella Avenue, Suite 400
Anaheim, CA 92806

J. Eric Charlton
Hiscock & Barclay, LLP
300 South Salina Street
PO Box 4878
Syracuse, NY 13221-4878

Scott A. Golden
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
1700 Lincoln, Suite 4100
Denver, CO 80203

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Michael P. Massad, Jr.
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Ben T. Caughey
Ice Miller
One American Square, Box 82001
Indianapolis, IN 46282-0200

Richard Griffin
International Union of Operating Engineers
1125-17th Avenue, N.W.
Washington, DC 20036

Scott J. Friedman
Jones Day
222 East 41st Street
New York, NY 10017

Lynn Lincoln Sarko,
Cari Campen Laufenberg, Erin M. Rily
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Sharon Petrosino
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Cheryl R. Storie
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

Edward C. Dolan
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Robert B. Weiss, Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583

Thomas J. Schank
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Steven T. Holmes
Hunton & Wiliams LLP
Energy Plaza, 30th Floor
1601 Bryan Street
Dallas, TX 75201

Greg Bibbes
Infineon Technologies
North America Corporation
1730 North First Street, M/S 11305
San Jose, CA 95112

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
27777 Franklin Road, Suite 2500
Southfield, MI 48034

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661

Gary A. Grotto
Keller Rohrback P.L.C.
National Bank Plaza
3101 North Central Avenue, Suite 900
Phoenix, AZ 85012

Glen Dumont
Hewlett-Packard Company
420 Mountain Avenue
Murray Hill, NJ 07974

Stephen H. Gross, Esq.
Hodgson Russ LLP
Carnegie Hall Tower
152 West 57th Street, 35th Street
New York, NY 10019

Audrey Moog
Hogan & Hartson L.L.P.
Columbia Square
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

John J. Hunter
Hunter & Schank Co. LPA
One Canton Square
1700 Canton Avenue
Toledo, OH 43624

Ann E. Evanko
Hurwitz & Fine P.C.
1300 Liberty Building
Buffalo, NY 14202

Jeff Gillespie
Infineon Technologies
North America Corporation
2529 Commerce Drive, Suite H
Kokomo, IN 46902

Ronald R. Peterson
Jenner & Block LLP
One IBM Plaza
Chicago, IL 60611

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
65 East State Street, Suite 1800
Columbus, OH 43215

Mark I. Bane
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

| | | |
|---|---|---|
| Mark. R. Somerstein<br>Kelley Drye & Warren, LLP<br>101 Park Avenue<br>New York, NY 10178 | Thomas Kennedy<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 | Susan M. Jennik<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 |
| Larry Magarik<br>Kennedy, Jennick & Murray<br>113 University Place, 7th Floor<br>New York, NY 10003 | George B. South, III<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 | Alexandra B. Feldman<br>King & Spalding, LLP<br>1185 Avenue of the Americas<br>New York, NY 10036 |
| Geoffrey A. Richards<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601 | Edward M. Fox<br>Kirkpatrick & Lockhart<br>Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022 | Sam O. Simmerman<br>Krugliak, Wilkins, Griffiths &<br>Dougherty Co., L.P.A.<br>4775 Munson Street N.W.<br>P.O. Box 36963<br>Canton, OH 44735-6963 |
| Edward D. Kutchin<br>Kutchin & Rufo, P.C.<br>155 Federal Street, 17th Floor<br>Boston, MA 02110-1727 | Kerry R. Northrup<br>Kutchin & Rufo, P.C.<br>155 Federal Street, 17th Floor<br>Boston, MA 02110-1727 | Susan M. Cook<br>Lambert, Leser, Isackson,<br>Cook & Guinta, P.C.<br>309 Davidson Building, PO Box 835<br>Bay City, MI 48707-0835 |
| Mitchell A. Seider<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Mark A. Broude<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Robert Rosenberg<br>Latham & Watkins<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834 |
| Henry P. Baer, Jr.<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | John W. Weiss<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Michael J. Riela<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 |
| Erika Ruiz<br>Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022 | Rob Charles, Esq.<br>Lewis and Roca LLP<br>One South Church Street, Suite 700<br>Tucson, AZ 85701 | Susan M. Freeman, Esq.<br>Lewis and Roca LLP<br>40 North Central Avenue, Suite 1900<br>Phoenix, AZ 85004-4429 |
| John England, Esq.<br>Linear Technology Corporation<br>1630 McCarthy Blvd.<br>Milpitas, CA 95035-7417 | Diane W. Sanders<br>Linebarger Goggan Blair & Sampson, LLP<br>1949 South IH 35 (78741)<br>P.O. Box 17428<br>Austin, TX 78760-7428 | Elizabeth Weller<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street, Suite 1600<br>Dallas, TX 75201 |
| John P. Dillman<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253-3064 | William M. Hawkins<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY 10154 | Timothy S. McFadden<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 |
| Timothy W. Brink<br>Lord, Bissel & Brook<br>115 South LaSalle Street<br>Chicago, IL 60603 | Kevin J. Walsh<br>Rocco N. Covino<br>Lord, Bissel & Brook LLP<br>885 Third Avenue, 26th Floor<br>New York, NY 10022-4802 | Michael S. Etkin<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Floor<br>New York, NY 10020 |

Ira M. Levee
Lowenstein Sandler PC
1251 Avenue of the Americas, 18th Floor
New York, NY 10020

Kenneth A. Rosen
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Scott Cargill
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Vincent A. D'Agostino
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Bruce S. Nathan
Lowenstein Sandler PC
1251 Avenue of the Americas
New York, NY 10020

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
5565 Airport Highway, Suite 101
Toledo, OH 43615

Richard J. Parks
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, PA 16507-1459

Joe Landen
Madison Capital Management
6143 South Willow Drive, Suite 200
Greenwood Village, CO 80111

Jeffrey M. Levinson, Esq.
Leah M. Caplan, Esq.
Margulies & Levinson, LLP
30100 Chagrin Boulevard, Suite 250
Pepper Pike, OH 44124

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, IL 60601-1262

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
1675 Broadway
New York, NY 10019

David J. Adler, Jr. Esq.
McCarter & English, LLP
245 Park Avenue, 27th Floor
New York, NY 10167

James M. Sullivan
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Stephen B. Selbst
McDermott Will & Emery LLP
50 Rockefeller Plaza
New York, NY 10020

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, East, Suite 2100
Cleveland, OH 44114

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
600 Superior Avenue, E., Suite 2100
Cleveland, OH 44114

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center, 100 Mulberry Street
Newark, NJ 07102-4079

Elizabeth L. Gunn
McGuirewoods LLP
One James Center, 901 East Cary Street
Richmond, VA 23219-4030

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale Park, MD 20737-1385

April Burch
Miami-Dade County, FL
140 West Flagler Street, Suite 1403
Miami, FL 33130

Michael Cox
Cadillac Place
3030 W. Grand Blvd., Suite 10-200
Detroit, MI 48202

Dennis J. Raternink
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Michael Cox
Michigan Department of Labor and Economic Growth,
Worker's Compensation Agency
PO Box 30736
Lansing, MI 48909-7717

Thomas D. Renda
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Kerry Hopkins
Miles & Stockbridge, P.C.
10 Light Street
Baltimore, MD 21202

Thomas P. Sarb, Robert D. Wolford,
Miller Johnson
250 Monroe Avenue, N.W.
Suite 800, PO Box 306
Grand Rapids, MI 49501-0306

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226

Michael L. Schein
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
666 Third Avenue
New York, NY 10017

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
One Financial Center
Boston, MA 02111

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
The Chrysler Center
666 Third Avenue
New York, NY 10017

Jeff Ott
Molex Connector Corp
2222 Wellington Ct.
Lisle, IL 60532

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue
Los Angeles, CA 90017

William C. Heuer, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City, NY 11530

Robert J. Dehney
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE 19899-1347

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
PO Box 1347
Wilmington, DE 19899-1347

Joseph T. Moldovan
Michael R. Dal Lago
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022

Raymond J. Urbanik, Esq.,
Joseph J. Wielebinski, Esq. and
Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
3800 Lincoln Plaza, 500 North Akard Street
Dallas, TX 75201-6659

Sandra S. Hamilton
Nantz, Litowich, Smith,
Girard & Hamilton, P.C.
2025 East Beltline, S.E., Suite 600
Grand Rapids, MI 49546

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway, Suite 260
Southfield, MI 48034

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
29100 Northwestern Highway, Suite 260
Southfield, MI 48034

Lisa M. Moore
National City Commercial Capital
995 Dalton Avenue
Cincinnati, OH 45203

George B. Cauthen
Nelson Mullins Riley & Scarborough
1320 Main Street, 17th Floor
PO Box 11070
Columbia, SC 29201

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

Susan Whatley
Nix, Patterson & Roach, L.L.P.
205 Linda Drive
Daingerfield, TX 75638

James Imbriaco
Noma Company and General Chemical Performance Products LLC
90 East Halsey Road
Parsippanny, NJ 07054

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876

David G. Heiman
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Michelle M. Harner
North Point
901 Lakeside Avenue
Cleveland, OH 44114

Camille Hope
Office of the Chapter 13 Trustee
P.O. Box 954
Macon, GA 31202

Jay W. Hurst
Office of the Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548

| | | |
|---|---|---|
| Michael M. Zizza, Legal Manager<br>Orbotech, Inc.<br>44 Manning Road<br>Billerica, MA 01821 | Alyssa Englund, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Frederick D. Holden, Jr., Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>405 Howard Street<br>San Francisco, CA 94105 |
| Richard H. Wyron<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 | Jonathan P. Guy<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 | Matthew W. Cheney<br>Orrick, Herrington & Sutcliffe LLP<br>The Washington Harbour<br>3050 K Street, N.W.<br>Washington, DC 20007 |
| Scott L. Hazan<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169 | Melissa A. Hager<br>Otterbourg, Steindler, Houston & Rosen, P.C.<br>230 Park Avenue<br>New York, NY 10169 | Stephen J. Shimshak<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Curtis J. Weidler<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Douglas R. Davis<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Elizabeth R. McColm<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Peggy Housner<br>Cadillac Place<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202 | Ralph L. Landy<br>Pension Benefit Guaranty Corporation<br>1200 K. Street, N.W.<br>Washington, DC 20005-4026 | Charles J. Filardi, Jr., Esq.<br>Pepe & Hazard LLP<br>30 Jelliff Lane<br>Southport, CT 06890 |
| Francis J. Lawall<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Anne Marie Aaronson<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 | Linda J. Casey<br>Pepper, Hamilton LLP<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA 19103-2799 |
| Henry Jaffe<br>Pepper, Hamilton LLP<br>1313 Market Street<br>PO Box 1709<br>Wilmington, DE 19899-1709 | Sandra A. Riemer, Esq.<br>Phillips Nizer LLP<br>666 Fifth Avenue<br>New York, NY 10103 | Jacob A. Manheimer<br>Pierce Atwood LLP<br>One Monument Square<br>Portland, ME 04101 |
| Keith J. Cunningham<br>Pierce Atwood LLP<br>One Monument Square<br>Portland, ME 04101 | Mark D. Houle<br>Pillsbury Winthrop Shaw Pittman LLP<br>650 Town Center Drive, 7th Floor<br>Costa Mesa, CA 92626-7122 | Karen B. Dine<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 |
| Richard L. Epling<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Robin L. Spear<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 | Margot P. Erlich<br>Pillsbury Winthrop Shaw Pittman LLP<br>1540 Broadway<br>New York, NY 10036-4039 |
| Ronald S. Beacher<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036 | Richard M. Meth<br>Pitney Hardin LLP<br>P.O. Box 1945<br>Morristown, NJ 07962-1945 | Brett S. Moore, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 |

| | | |
|---|---|---|
| John S. Mairo, Esq.<br>Porzio, Bromberg & Newman, P.C.<br>100 Southgate Parkway<br>P.O. Box 1997<br>Morristown, NJ 07960 | John V. Gorman<br>Professional Technologies Services<br>P.O. Box #304<br>Frankenmuth, MI 48734 | A. Scott Mandelup, Kenneth A. Reynolds<br>Pryor & Mandelup, LLP<br>675 Old Country Road<br>Westbury, NY 11590 |
| Jason Pickering, Esq.<br>QAD, Inc.<br>10,000 Midlantic Drive<br>Mt. Laurel, NJ 08054 | Andrew Herenstein<br>Quadrangle Debt Recovery Advisors LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 | Patrick Bartels<br>Quadrangle Group LLC<br>375 Park Avenue, 14th Floor<br>New York, NY 10152 |
| John A. Harris<br>Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Scott R. Goldberg<br>Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391 | Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Street<br>Tucson, AZ 85701 |
| Elena Lazarou<br>Reed Smith<br>599 Lexington Avenue, 29th Street<br>New York, NY 10022 | Joseph Lapinsky<br>Republic Engineered Products, Inc.<br>3770 Embassy Parkway<br>Akron, OH 44333 | Joseph E. Shickich, Jr.<br>Riddell Williams P.S.<br>1001 4th Ave., Suite 4500<br>Seattle, WA 98154-1195 |
| Mark S. Scott<br>Riemer & Braunstein LLP<br>Three Center Plaza<br>Boston, MA 02108 | Holly Rogers<br>Riverside Claims LLC<br>2109 Broadway, Suite 206<br>New York, NY 10023 | Annemarie B. Mathews<br>Robinson, McFadden & Moore, P.C.<br>P.O. Box 944<br>Columbia, SC 29202 |
| Christopher Norgaard<br>Ropers, Majeski, Kohn & Bentley<br>515 South Flower Street, Suite 1100<br>Los Angeles, CA 90071 | Gregory O. Kaden<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110-2624 | Marc E. Hirschfield<br>Ropes & Gray LLP<br>45 Rockefeller Plaza<br>New York, NY 10111-0087 |
| Thomas R. Slome<br>Rosen Slome Marder LLp<br>333 Earle Ovington Boulevard, Suite 901<br>Uniondale, NY 11533 | Charles E. Boulbol, P.C.<br>Russell Reynolds Associates, Inc.<br>26 Broadway, 17th Floor<br>New York, NY 10004 | Charles S. Schulman, Arlene N. Gelman<br>Sachnoff & Weaver, Ltd<br>10 South Wacker Drive, 40th Floor<br>Chicago, IL 60606 |
| Christopher R. Belmonte<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 | Pamela A. Bosswick<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169 | Howard Borin<br>Schafer and Weiner PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304 |
| Max Newman<br>Schafer and Weiner PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304 | Ryan Heilman<br>Schafer and Weiner PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304 | Daniel Weiner<br>Schafer and Weiner PLLC<br>40950 Woodward Ave., Suite 100<br>Bloomfield Hills, MI 48304 |
| William I. Kohn<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60066 | Michael Yetnikoff<br>Schiff Hardin LLP<br>623 Fifth Avenue, 28th Floor<br>New York, NY 10022 | Michael Yarnoff<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |

| | | |
|---|---|---|
| Sean M. Handler<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | Michael L. Cook<br>Schulte Roth & Sabel LLP<br>919 Third Avenue<br>New York, NY 10022 | James T. Bentley<br>Schulte Roth & Sabel LLP<br>919 Third Avenue<br>New York, NY 10022 |
| Carol Weiner Levy<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022 | Paul M. Baisier, Esq.<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E., Suite 700<br>Atlanta, GA 30309-2401 | Robert W. Dremluk, Esq.<br>Seyfarth Shaw LLP<br>1270 Avenue of the Americas, Suite 2500<br>New York, NY 10020-1801 |
| William J. Hanlon<br>Seyfarth Shaw LLP<br>World Trade Center East<br>Two Seaport Lane, Suite 300<br>Boston, MA 02110 | Steven E. Boyce<br>Sheehan Phinney Bass +<br>Green Professional Association<br>1000 Elm Street, P.O. Box 3701<br>Manchester, NH 03105-2347 | Sheldon S. Toll<br>Sheldon S. Toll PLLC<br>2000 Town Center, Suite 2550<br>Southfield, MI 48075 |
| Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter,<br>Klein & Hilbert, LLC<br>5353 Essen Lane, Suite 650<br>Baton Rouge, LA 70809 | Robert P. Thibeaux<br>Sher, Garner, Cahill, Richter,<br>Klein & Hilbert, LLC<br>909 Poydras Street, 28th Floor<br>New Orleans, LA 70112-1033 | Jennifer L. Adamy<br>Shipman & Goodwin LLP<br>One Constitution Plaza<br>Hartford, CT 06103-1919 |
| Andrew H. Sherman<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Jack M. Zackin<br>Sills, Cummis Epstein & Gross, P.C.<br>30 Rockefeller Plaza<br>New York, NY 10112 | Chaim J. Fortgang<br>Silver Point Capital, L.P.<br>Two Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830 |
| Kenneth S. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | William T. Russell, Jr., Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017 | Barbara Ellis-Monro<br>Smith, Gambrell & Russell, LLP<br>1230 Peachtree Street, N.E., Suite 3100<br>Atlanta, GA 30309 |
| Kathleen M. Miller<br>Smith, Katzenstein & Furlow LLP<br>800 Delaware Avenue, 7th Floor<br>P.O. Box 410<br>Wilmington, DE 19899 | D. Farrington Yates<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas, 24th Floor<br>New York, NY 10020 | Jo Christine Reed<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas, 24th Floor<br>New York, NY 10020 |
| Robert E. Richards<br>Sonnenschein Nath & Rosenthal LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606 | Lloyd B. Sarakin - Chief Counsel, Finance and Credit<br>Sony Electronics Inc.<br>1 Sony Drive<br>MD #1 E-4<br>Park Ridge, NJ 07656 | Robert M. Goldi<br>Sotiroff & Abramczyk, P.C.<br>30400 Telegraph Road, Suite 444<br>Bingham Farms, MI 48025 |
| Penn Ayers Butler<br>Squire, Sanders & Dempsey L.L.P.<br>600 Hansen Way<br>Palo Alto, CA 94304 | Eric Marcks<br>Squire, Sanders & Dempsey L.L.P.<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492 | John M. Baumann<br>Steel Technologies, Inc.<br>15415 Shelbyville Road<br>Louisville, KY 40245 |
| Robert F. Kidd<br>Stein, Rudser, Cohen & Magid LLP<br>825 Washington Street, Suite 200<br>Oakland, CA 94607 | Mark H. Shapiro<br>Steinberg Shapiro & Clark<br>24901 Northwestern Highway, Suite 611<br>Southfield, MI 48075 | Jeffrey S. Posta<br>Sterns & Weinroth, P.C.<br>50 West State Street, Suite 1400<br>PO Box 1298<br>Trenton, NJ 06870-1298 |

Chester B. Salomon, Esq.
Constantine D. Pourakis, Esq.
Stevens & Lee, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022

Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut Street
Kansas City, MO 64106

Madison L. Cashman
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
424 Church Street, Suite 1800
Nashville, TN 37219

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
400 West Market Street
Louisville, KY 40202

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038

Roger Frankel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Robert N. Steinwurtzel
Swidler Berlin LLP
The Washington Harbour
3000 K Street, N.W. Suite 300
Washington, DC 20007

Richard L. Ferrell
Taft, Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

Marvin E. Clements, Jr.
Tennessee Department of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Louis A. Curcio
Thacher Proffitt & Wood LLP
Two World Financial Center
New York, NY 10281

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
6-1 Marunouchi
2-Chrome, Chiyoda-ku
Tokyo, Japan 100-8322

Robert Morris
The Timpken Corporation BIC - 08
1835 Dueber Ave. SW
PO Box 6927
Canton, OH 44706

David A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Daniel A. Lowenthal
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022

Rhett G. Cambell
Thompson & Knight
333 Clay Street, Suite 3300
Houston, TX 77002

John S. Brannon
Thompson & Knight LLP
1700 Pacific Avenue, Suite 300
Dallas, TX 75201

Ed Phillips, Jr.
Thurman & Phillips, P.C.
8000 IH 10 West, Suite 1000
San Antonio, TX 78230

Jill Levi, Esq.
Todd & Levi, LLP
444 Madison Avenue, Suite 1202
New York, NY 10022

Albert Togut, Esq.
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
City Place, 35th Floor
Hartford, CT 06103-3488

Helen Zamboni
Underberg & Kessler, LLP
300 Bausch & Lomb Place
Rochester, NY 14604

David Jury, Esq.
United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO
Five Gateway Center, Suite 807
Pittsburgh, PA 15222

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLP
Bridgewater Place, P.O. Box 353
Grand Rapids, MI 49501-0352

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43215

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, OH 43215

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019-6150

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Michael G. Cruse
Warner Norcross & Judd LLP
2000 Town Center, Suite 2700
Southfield, MI 48075

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang
Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

John K. Cunningham
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787

Berry D. Spears
Winstead Sechrest & Minick P.C.
401 Congress Avenue, Suite 2100
Austin, TX 78701

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Stuart Krause
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
511 Union Street, Suite 2700
Nashville, TN 37219

Stephen B. Grow
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
1925 Century Park East, #1150
Los Angeles, CA 90067

Margarita Mesones-Mori
White & Case LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270

Oscar Iglesias
WL Ross & Co., LLC
600 Lexington Avenue, 19th Floor
New York, NY 10022

Peter Janovsky
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

Gordon J. Toering
Warner Norcross & Judd LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503

Michael D. Warner
Warner Stevens, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
175 South Third Street, Suite 900
Columbus, OH 43215

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-4894

Marc J. Winthrop
Winthrop Couchot Professional Corporation
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street, Suite 1900
Greensboro, NC 27402