**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| DELPHI CORPORATION, et al., ) | Case No. 05-44481(RDD) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

**SUMMARY OF FIRST INTERIM FEE APPLICATION FOR REIMBURSEMENT
OF EXPENSES OF WARNER STEVENS, L.L.P., AS CONFLICTS COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF NOVEMBER 10, 2005 THROUGH JANUARY 31, 2006**

Applicant:              Warner Stevens, L.L.P.
Role in Case:           Conflicts Counsel to the Official Committee of Unsecured Creditors
Date of Retention:      January 6, 2006 (nunc pro tunc to November 10, 2005)
Compensation Period:    November 10, 2005 – January 31, 2006

**Current Application -**

First Interim (November 10, 2005 – January 31, 2006):

| | |
|---|---|
| Compensation Requested | $322,376.00 |
| Expenses Requested | $14,929.31 |
| Total Requested | $337,305.31 |
| Less Amount Received to Date | $272,830.11 |
| Unpaid Amount | $64,475.20 |
| | |
| Blended Hourly Rate of Professionals | $426.97 |
| Blended Hourly Rate of Paraprofessionals | $154.53 |

**Previous Application(s) –** None