# EXHIBIT "B"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| ———————————————————— | ) | |

## APPLICATION FOR ORDER PURSUANT TO SECTIONS 327, 328 AND 1103 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 2014 APPROVING RETENTION OF WARNER STEVENS, L.L.P., AS CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

### ("WARNER STEVENS RETENTION APPLICATION")

The duly-appointed Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (collectively, the "Debtors")[1] hereby applies for an order, pursuant to sections 327, 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), authorizing it to retain Warner Stevens, L.L.P. ("Warner Stevens"), as conflicts counsel for the Committee in connection with the above captioned chapter 11 cases (the "Chapter 11 Cases") effective as of November 10, 2005.  In support of this Application, the Committee relies on the Declaration of Michael D. Warner, sworn to on November 15, 2005 (the "Warner Declaration"),

---

[1]      In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems (Holding) Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Delphi Automotive Systems LLC,  Delphi Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc., DREAL INC., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty Electronics, Inc., and Specialty Electronics International, Ltd.

---

attached hereto as <u>Exhibit A</u>.  In further support of this Application, the Committee respectfully represents as follows:

<strong><u>Background</u></strong>

1.      On October 8, 2005 (the "Petition Date"), Delphi Corporation ("Dephi") and certain of its subsidiaries and affiliates filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their property as debtors in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  On October 8, 2005, the Court entered an order substantively consolidating the Debtors into Dephi.

2.      On October 17, 2005, the United States Trustee for the Southern District of New York, pursuant to section 1102 of the Bankruptcy Code, appointed the Committee to represent the interests of all unsecured creditors in these Chapter 11 Cases.  The Committee is comprised of the following members: Flextronics International Asia – Pacific, Ltd., Capital Research and Management Company, Electronic Data Systems Corporation, General Electric Company, IUE-CWA, Wilmington Trust Company as Indenture Trustee and Freescale Semiconductor, Inc.

3.      Thereafter, at a scheduled meeting of the Committee held on October 17, 2005, the Committee retained Latham & Watkins LLP ("Latham") as its principal bankruptcy counsel.  In addition to the retention of Latham, the Committee determined it would be necessary to employ additional counsel to represent the Committee in matters which it may encounter that cannot be appropriately handled by Latham due to potential conflict issues.  At a scheduled meeting of the Committee held on November 10, 2005, the Committee moved to retain Warner Stevens as its conflicts counsel. Accordingly, this Application is made by the Committee for an order, pursuant to sections , 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing the Committee to retain Warner Stevens as its conflicts counsel, effective as of November 10, 2005.

## Jurisdiction and Venue

4.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).  Venue of these proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## Relief Requested

5.    This Application is made by the Committee for an order, pursuant to sections 327, 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, authorizing it to retain and employ Warner Stevens as its conflicts counsel, effective as of November 10, 2005.

## Basis for Relief Requested - Qualification of Professional

6.    The Committee has selected Warner Stevens to serve as its conflicts counsel to perform certain duties that are not appropriately handled by Latham because of potential conflicts of interest or that the Committee chooses Warner Stevens to handle.  In each case, Warner Stevens and Latham will work together to prevent unnecessary duplication of efforts.

7.    The Committee selected Warner Stevens primarily because Warner Stevens has extensive experience in the fields of bankruptcy and creditors' rights.  Warner Stevens' past unsecured creditors committee representations include In re Lucerne Products, Inc. (N.D. Ohio), In re Jayhawk Acceptance Corp. (N.D.Tex.), In re Hiuka Steel Co. (C.D.Cal.), In re Bayou Steel, Inc., et al. (N.D.Tex.), In re Tokheim Corporation (D.Del.), In re Georgetown Steel (D.S.C.), In re Orion Refining Corporation (D. Del.) and In re enivid, inc., et al. (D. Mass.).  Warner Stevens also represented a member of the Unsecured Creditors Committee in In re U.S. Airways (Two) (E.D. Va.) and the co-chair of the Unsecured Creditors Committee in In re Bethlehem Steel (S.D.N.Y.). Furthermore, Warner Stevens' practice, which also includes the areas of corporate and commercial law, litigation, and real estate, will permit it to fully represent the interests of the Committee in an

efficient and effective manner. As a result of this experience, the Committee is confident that the assignment of tasks will be maintained efficiently with a clear delegation of duties to prevent duplication of work. The Committee believes that the efficient coordination of efforts between Latham and Warner Stevens will add to the effective administration in these Chapter 11 Cases.

8.      Warner Stevens has appeared numerous times in bankruptcy cases pending in the Second Circuit.  Moreover, Jeff Resler, a partner of Warner Stevens, is admitted to practice in the State of New York.  The other professionals of Warner Stevens who will be working on this matter have filed separate requests for admission to the Court pro hac vice concurrently with this Application.

9.      In addition to the qualities described above, the Committee has selected Michael D. Warner and Warner Stevens as its conflicts counsel because they possess considerable experience in matters of this nature and are well-qualified to represent the Committee.  Mr. Warner has over 21 years of experience in the practice of bankruptcy law and creditors' rights.

<u>**Services to be Rendered**</u>

10.      Warner Stevens is expected to render legal services in matters that may not be handled by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle.  Those matters will include any legal services that the Committee may consider desirable to discharge the Committee's responsibilities and further the interests of the Committee's constituents in these Chapter 11 Cases.  In addition, it is expected that Warner Stevens' services may include, without limitation, assisting, advising and representing the Committee with respect to certain matters of the following not handled by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle:

a.      The administration of these cases and the exercise of oversight with respect to the Debtors' affairs including all issues arising from the Debtors, the Committee or these Chapter 11 Cases;

b.      The preparation on behalf of the Committee of necessary applications, motions, memoranda, orders, reports and other legal papers;

c.      Appearances in Court and at statutory meetings of creditors to represent the interests of the Committee;

d.      The negotiation, formulation, drafting and confirmation of a plan or plans of reorganization and matters related thereto;

e.      Such investigation, if any, as the Committee may desire concerning, among other things, the assets, liabilities, financial condition and operating issues concerning the Debtors that may be relevant to these Chapter 11 Cases;

f.      Such communication with the Committee's constituents and others as the Committee may consider desirable in furtherance of its responsibilities; and

g.      The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

As detailed above, Latham and Warner Stevens have informed the Committee that they will coordinate their respective tasks to avoid duplication of effort between the firms.

### **Professional Compensation**

11.     Warner Stevens has indicated its willingness to serve as conflicts counsel to the Committee and to receive compensation and reimbursement in accordance with its standard billing practices for services rendered and expenses incurred on behalf of the Committee, in accordance with the provisions of sections 328, 330 and 331 of the Bankruptcy Code or as otherwise ordered by the Court.  Warner Stevens' billing practices and rates are summarized below and are consistent with those generally governing Warner Stevens' representation of its other clients.

12.     The principal attorneys expected to represent the Committee in this matter and their current hourly rates are: Michael D. Warner, Esq. ($475 per hour), Jeffrey A. Resler, Esq. ($475 per hour), and Emily S. Chou, Esq. ($300 per hour).  In addition, other attorneys and para-professionals

may, from time to time, provide services to the Committee in connection with these Chapter 11 Cases.  The range of Warner Stevens' hourly rates for its attorneys and paralegals is as follows:

| | |
|---|---|
| Partners | $475 - $485 |
| Associates | $225 - $400 |
| Paralegals | $125 - $160 |

Warner Stevens' hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  Such changes will be noticed.

13.     Warner Stevens' hourly billing rates for professionals are not intended to cover out of pocket expenses that are typically billed separately.  Accordingly, Warner Stevens regularly charges its clients for the expenses and disbursements incurred in connection with the client's case, including, *inter alia*, package delivery / courier charges, court fees, transcript costs, travel expenses and computer-aided research, all without mark-up.  Warner Stevens does not, however, charge clients for telecommunications, photocopying and postage, a significant cost savings to the Debtors and their creditors. Warner Stevens also will not charge the Committee for travel time, unless its professionals are performing billable services for the Committee during said travel.  With regard to all expenses for which reimbursement will be sought, Warner Stevens will comply with all rules and orders applicable to the Chapter 11 Cases.

## **Disinterestedness of Professionals**

14.     The Committee believes that Warner Stevens does not hold or represent an interest that is adverse to the Committee and the Debtors' estate and does not hold or represent any interest adverse to and has no connection with the Committee, Debtors herein, their creditors or any party-in-interest herein in the matters upon which Warner Stevens is to be retained, except as set forth in the Warner Declaration. Therefore, to the best of the Committee's knowledge, Warner Stevens is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

15.     Based upon all of the foregoing, the Committee believes that the employment of Warner Stevens as conflicts counsel to the Committee is appropriate and in the best interest of the Committee.

## No Prior Request

16.     No prior request for the relief sought herein has been made to this or any other Court.

## Waiver of Memorandum of Law

17.     This Application does not raise any novel issues of law and is otherwise supported by citations to authorities. Accordingly, the Committee respectfully requests that the Court waive the requirement contained in Rule 9013-1(b) of the Local Bankruptcy Rules for the Southern District of New York that a separate memorandum of law be submitted.

## Notice

18.     Notice of this Application has been provided in accordance with the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007 and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management and Administrative Procedure, and (iii) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) entered by this Court on October 14, 2005 [Docket No. 245].  Because of the nature of the relief requested, the Committee submits that such notice is sufficient and that no further notice of the relief requested in the Application need be given to any party.

WHEREFORE, the Committee respectfully requests that the Court enter an order authorizing (i) the Committee's retention of Warner Stevens as its conflicts counsel effective as of November 10, 2005, (ii) the payment and reimbursement of Warner Stevens' fees and disbursements, subject to interim and final allowance thereof in accordance with sections 330 and 331 of the Bankruptcy Code

or as otherwise ordered by the Court, and (iii) granting such other and further relief as may be just

and proper.

Dated: November 23, 2005

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF
DELPHI CORPORATION, et al.

By: /s/ Terry Zale
Terry Zale – Flextronics International Asia-
Pacific, Ltd. in his capacity as Co-Chair of the
Official Committee of Unsecured Creditors

-and-

By: /s/ David Daigle
David Daigle – Capital Research and Management
Company in his capacity as Co-Chair of the
Official Committee of Unsecured Creditors

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| _____ | ) | |

### DECLARATION OF MICHAEL D. WARNER IN SUPPORT OF APPLICATION FOR ORDER APPROVING RETENTION OF WARNER STEVENS, L.L.P. AS CONFLICTS COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS

I, MICHAEL D. WARNER, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1.      I am an attorney at law admitted to practice in the State of Texas, the State of California, and before the United States District Court for the Northern, Eastern and Western Districts of Texas, the Northern, Eastern, Southern and Central Districts of California, the United States Court of Appeals for the 5th and 9th Circuits, and the Supreme Court of the United States. I am a partner of the law firm of Warner Stevens, L.L.P. ("Warner Stevens"), which is located at 301 Commerce Street, Suite 1700, Fort Worth, Texas, 76102. I make this declaration (the "Declaration") in support of the application dated November 15, 2005 (the "Application") of the Official Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases (the "Chapter 11

Cases") of the above-captioned debtors and debtors in possession (collectively the "Debtors")[1]

seeking an order authorizing the retention of Warner Stevens as conflicts counsel to the Committee

in compliance with sections 327, 328 and 1103 of title 11 of the United States Code (the

"Bankruptcy Code") and to provide the disclosure required under Rule 2014 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules").  Unless otherwise stated in this Declaration, I have

personal knowledge of the facts hereinafter set forth.  To the extent that any information disclosed

herein requires subsequent amendment or modification upon Warner Stevens' completion of further

analysis or as additional information becomes available to it, one or more supplemental declarations

will be submitted to the Court reflecting the same.

## Qualification of Professionals

2.      The Committee has selected Warner Stevens to serve as its conflicts counsel to

perform certain duties that are not appropriately handled by Latham because of potential conflicts of

interest or that the Committee chooses Warner Stevens to handle.  In each case, Warner Stevens and

Latham will work together to prevent unnecessary duplication of efforts.

3.      The Committee selected Warner Stevens primarily because Warner Stevens has

extensive experience in the fields of bankruptcy and creditors' rights.  Warner Stevens' past

unsecured creditors committee representations include In re Lucerne Products, Inc. (N.D. Ohio), In

re Jayhawk Acceptance Corp. (N.D.Tex.), In re Hiuka Steel Co. (C.D.Cal.), In re Bayou Steel, Inc.,

---

[1]      In addition to Delphi Corporation, the following entities are debtors in these related cases: ASEC Manufacturing General
Partnership, ASEC Sales General Partnership, Aspire, Inc., Delco Electronics Overseas Corporation, Delphi Automotive Systems
(Holding) Inc., Delphi Automotive Systems Global (Holding), Inc., Delphi Automotive Systems Human Resources LLC, Delphi
Automotive Systems International, Inc., Delphi Automotive Systems Korea, Inc., Dephi Automotive Systems LLC,  Delphi
Automotive Systems Overseas Corporation, Delphi Automotive Systems Risk Management Corp., Delphi Automotive Systems
Tennessee, Inc., Delphi Automotive Systems Thailand, Inc., Delphi China LLC, Delphi Connection Systems, Delphi Diesel Systems
Corp., Delphi Electronics (Holding) LLC, Delphi Foreign Sales Corporation, Delphi Integrated Services Solutions, Inc., Delphi
International Holdings Corp., Delphi International Services, Inc., Delphi Liquidation Holding Company, Delphi LLC, Delphi
Mechatronic Systems, Inc., Delphi Medical Systems Colorado Corporation, Delphi Medical Systems Corporation, Delphi Medical
Systems Texas Corporation, Delphi NY Holdings Corporation, Delphi Services Holding Corporation, Delphi Technologies, Inc.,
DREAL INC., Environmental Catalysts, LLC, Exhaust Systems Corporation, Packard Hughes Interconnect Company, Specialty
Electronics, Inc., and Specialty Electronics International, Ltd.

---

**DECLARATION OF MICHAEL D. WARNER IN SUPPORT OF APPLICATION**
**FOR ORDER APPROVING RETENTION OF WARNER STEVENS, L.L.P.**                    **Page 2 of 9**

et al. (N.D.Tex.), In re Tokheim Corporation (D.Del.), In re Georgetown Steel (D.S.C.), In re Orion Refining Corporation (D. Del.) and In re enivid, inc., et al. (D. Mass).  Warner Stevens also represented a member of the Unsecured Creditors Committee in In re U.S. Airways (Two) (E.D. Va.) and the co-chair of the Unsecured Creditors Committee in In re Bethlehem Steel (S.D.N.Y.). Furthermore, Warner Stevens' practice, which also includes the areas of corporate and commercial law, litigation, and real estate, will permit it to fully represent the interests of the Committee in an efficient and effective manner.

4.      Warner Stevens has appeared numerous times in bankruptcy cases pending in the Second Circuit.  Moreover, Jeff Resler, a partner of Warner Stevens, is admitted to practice in the State of New York.  The other professionals of Warner Stevens who will be working on this matter have filed separate requests for admission to the Court pro hac vice concurrently with this Application.

5.      In addition to the qualities described above, the Committee has selected me and Warner Stevens as its conflicts counsel because we possess considerable experience in matters of this nature and are well-qualified to represent the Committee.  I personally have over 21 years of experience in the practice of bankruptcy law and creditors' rights.

### Services to be Rendered

6.      Warner Stevens is expected to render legal services in matters that may not be handled by Latham due to conflicts of interest or as the Committee chooses Warner Stevens to handle.  Those matters will include any legal services that the Committee may consider desirable to discharge the Committee's responsibilities and further the interests of the Committee's constituents in these Chapter 11 Cases.  In addition, it is expected that Warner Stevens' services may include, without limitation, assisting, advising and representing the Committee with respect to certain matters of the

following not handled by Latham due to conflicts of interest or as the Committee chooses Warner

Stevens to handle:

      a.      The administration of these cases and the exercise of oversight with respect to the Debtors' affairs including all issues arising from the Debtors, the Committee or these Chapter 11 Cases;

      b.      The preparation on behalf of the Committee of necessary applications, motions, memoranda, orders, reports and other legal papers;

      c.      Appearances in Court and at statutory meetings of creditors to represent the interests of the Committee;

      d.      The negotiation, formulation, drafting and confirmation of a plan or plans of reorganization and matters related thereto;

      e.      Such investigation, if any, as the Committee may desire concerning, among other things, the assets, liabilities, financial condition and operating issues concerning the Debtors that may be relevant to these Chapter 11 Cases;

      f.      Such communication with the Committee's constituents and others as the Committee may consider desirable in furtherance of its responsibilities; and

      g.      The performance of all of the Committee's duties and powers under the Bankruptcy Code and the Bankruptcy Rules and the performance of such other services as are in the interests of those represented by the Committee.

As detailed above, Latham and Warner Stevens have informed the Committee that they will

coordinate their respective tasks to avoid duplication of effort between the firms.

## Professional Compensation

7.      Warner Stevens has indicated its willingness to serve as conflicts counsel to the

Committee and to receive compensation and reimbursement in accordance with its standard billing

practices for services rendered and expenses incurred on behalf of the Committee, in accordance

with the provisions of sections 328, 330 and 331 of the Bankruptcy Code or as otherwise ordered by

the Court. Warner Stevens' billing practices and rates are summarized below and are consistent with

those generally governing Warner Stevens' representation of its other clients.

8.     The principal attorneys expected to represent the Committee in this matter and their current hourly rates are: Michael D. Warner, Esq. ($475 per hour), Jeffrey A. Resler, Esq. ($475 per hour), and Emily S. Chou, Esq. ($300 per hour).  In addition, other attorneys and para-professionals may, from time to time, provide services to the Committee in connection with these Chapter 11 Cases.  The range of Warner Stevens' hourly rates for its attorneys and paralegals is as follows:

| | |
|---|---|
| Partners | $475 - $485 |
| Associates | $225 - $400 |
| Paralegals | $125 - $160 |

Warner Stevens' hourly billing rates are subject to periodic adjustments to reflect economic and other conditions.  Such changes will be noticed.

9.     Warner Stevens' hourly billing rates for professionals are not intended to cover out of pocket expenses that are typically billed separately.  Accordingly, Warner Stevens regularly charges its clients for the expenses and disbursements incurred in connection with the client's case, including, *inter alia*, package delivery / courier charges, court fees, transcript costs, travel expenses and computer-aided research, all without mark-up.  Warner Stevens does not, however, charge clients for telecommunications, photocopying and postage, a significant cost savings to the Debtors and their creditors. Warner Stevens also will not charge the Committee for travel time, unless its professionals are performing billable services for the Committee during said travel.  With regard to all expenses for which reimbursement will be sought, Warner Stevens will comply with all rules and orders applicable to the Chapter 11 Cases.

## Disinterestedness of Professionals

10.     Although section 1103 of the Bankruptcy Code does not require professionals employed by the Committee to meet the "disinterested person" standard set forth in section 101(4) of the Bankruptcy Code, Warner Stevens has nonetheless, in connection with this proposed retention

and for the purpose of confirming that Warner Stevens has no conflicts, reviewed the names of the

Debtors, their fifty (50) largest unsecured creditors, their pre and post-petition lenders and other

significant parties and compared the information to Warner Stevens' conflict check database to

determine whether Warner Stevens has connections to such parties and if so, whether such

connections relate in any way to the proposed representation of the Committee in the Chapter 11

Cases.  The list of such parties was also circulated to all Warner Stevens' attorneys and management

team to determine whether any attorney has any relationship with any such party.  Based on this

review process, it appears that Warner Stevens does not hold or represent an interest that is adverse

to the Committee and the Debtors' estate and does not hold or represent any interest adverse to and

has no connection with the Committee, Debtors herein, their creditors or any party-in-interest herein

in the matters upon which Warner Stevens is to be retained, except as set forth below and in the

Warner Declaration. Therefore, to the best of the Committee's knowledge, Warner Stevens is a

"disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.

   11.  As noted above, Warner Stevens represents many committees in other unrelated

bankruptcy cases, the members of which (or creditors of those cases) may be creditors or interested

parties in these Chapter 11 Cases. Warner Stevens, however, will not represent any members of

those committees collectively or individually against the Debtors.  In addition, Warner Stevens may

represent (or may have represented in the past) debtors, committees or trustees in adversary

proceedings brought against creditors and interested parties of the Debtors in other unrelated cases.

   12.  In addition, as disclosed in the Warner Declaration, Warner Stevens has represented

Electronic Data Systems Corporation ("EDS") over the past four (4) years, strictly with respect to

bankruptcy matters.  From the Petition Date of these Chapter 11 Cases, Warner Stevens served as

co-counsel for EDS along with Kramer Levin Naftalis & Frankel LLP ("Kramer Levin").  In

conjunction with their representation of EDS, Warner Stevens and Kramer Levin assisted EDS in first day matters, its membership on the Committee and in reclamation matters. As of October 25, 2005, however, Warner Stevens is no longer representing or advising EDS in these Chapter 11 Cases, and Kramer Levin has independently represented EDS' interests from said point forward. Moreover, while representing the Committee, Warner Stevens will not represent EDS in matters in connection with General Motors Corporation.

13.    Warner Stevens continues to represent EDS in bankruptcy matters wholly unrelated to these Chapter 11 Cases. Warner Stevens does not believe that the unrelated representation of EDS presents a conflict of interest. Moreover, Warner Stevens' representation of EDS has been fully disclosed to both EDS and the Committee.

14.    In connection with this proposed retention and for the purpose of confirming that Warner Stevens has no conflicts, Warner Stevens' managing partner and accounting department also reviewed and submitted into its conflicts database, the names set forth in the schedule attached hereto as Exhibit A-1 as provided to Warner Stevens by Latham. Exhibit A-1 sets forth certain categories of parties in interest falling within certain materiality thresholds described in Exhibit A-1. Based upon its review of the attached Exhibit A-1, Warner Stevens has no connection to the parties listed thereon except as follows (or with respect to EDS as also set forth above). Warner Stevens does not believe that the unrelated representation of the parties noted below presents a conflict of interest.

a.    On the attached Exhibit A-1, "Towers Perrin" is listed as one of the "Counterparties to Major Contracts (over $100,000)," and "Collins and Aikman" is listed as a "Major Customer" and one of the "Parties to Litigation and Their Counsel (for claims of at least $500,000)." Warner Stevens currently represents ExcellerateHRO, a joint venture

between EDS and "Towers Perrin" that performs administrative services related to pension and defined benefit plans, in the bankruptcies of Collins & Aikman Corporation, et al. (E.D. Mich.), EaglePicher Holdings, Inc. (S.D. Ohio), et al. and U.S. Airways (Two) (E.D. Va.). Warner Stevens' representation of ExcellerateHRO relates to its enforcement of claims and executory contract issues. Warner Stevens only represents ExcellerateHRO and not Towers Perrin, who has its own independent counsel.

b.     On the attached <u>Exhibit A-1</u>, "Federal-Mogul Corporation D.I.P." is listed as a "Major Customer," and "Federal Mogul Corp" as a "Major Supplier." Warner Stevens represents EDS and A.T. Kearney (a wholly owned subsidiary of EDS) in the bankruptcy of Federal-Mogul Global, Inc., et al. (D. Del.). Warner Stevens' representations of EDS and A.T. Kearney in the Federal-Mogul bankruptcy case are limited to negotiations of post-petition contracts.

c.     On the attached <u>Exhibit A-1</u>, "Entergy (MS Power & Light) USA" is listed as one of the "Counterparties to Major Contracts (over $100,000)." Warner Stevens currently represents Entergy Corporation ("Entergy"), a utility service provider, in several unrelated bankruptcy cases. Warner Stevens' representation of Entergy relates to obtaining utility deposits, enforcement of claims, and the defense of preference actions brought under Section 547 of the Bankruptcy Code. Warner Stevens does not represent Entergy (or "Entergy (MS Power & Light) USA") in these Chapter 11 Cases.

d.     On the attached <u>Exhibit A-1</u>, "Safety Kleen Oil Services USA" is listed as listed as one of the "Counterparties to Major Contracts (over $100,000)." Warner Stevens has previously represented Safety Kleen Corporation ("Safety Kleen"), an industrial clean-up provider, in several unrelated bankruptcy cases. Warner Stevens' representation of Safety

Clean was limited to the defense of preference actions brought under Section 547 of the Bankruptcy Code. Warner Stevens does not currently represent Safety Kleen in any open matters, and does not represent Safety Kleen (or "Safety Kleen Oil Services USA") in these Chapter 11 Cases.

      e.      On the attached <u>Exhibit A-1</u>, "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC" are listed as one of the "Lenders (including current and former agents under credit facilities and their counsel and financial advisors)." Warner Stevens periodically provides general bankruptcy legal advice to Satellite Asset Management, Inc. ("Satellite"), who manages several funds, including (we presume) "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC;" Warner Stevens has not represented "Satellite Senior Income Fund II" and/or "Satellite Senior Income Fund, LLC" individually. Warner Stevens does not represent Satellite (or "Satellite Senior Income Fund II" and "Satellite Senior Income Fund, LLC") in these Chapter 11 Cases.

15.      In conclusion, insofar as I have been able to ascertain and subject to the disclosures herein contained, neither Warner Stevens, nor any member or associate thereof, represents any interest adverse to the Debtors herein, or their estates, in the matters upon which Warner Stevens is to be engaged. Accordingly, I believe Warner Stevens is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code.


Dated: November 23, 2005



                             /s/ Michael D. Warner
                             MICHAEL D. WARNER

# Exhibit A-1

## Debtor Entities

ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.
Delphi China LLC
Delphi Connection Systems
Delphi Corporation
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation

Delphi Furukawa Wiring Systems LLC
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Receivables LLC
Delphi Services Holding Corporation
Delphi Technologies, Inc.
DREAL, Inc.
Environmental Catalysts, LLC
Exhaust Systems Corporation
MobileAria, Inc.
Packard Hughes Interconnect Company
Specialty Electronics International Ltd.
Specialty Electronics, Inc.

## Affiliates and Non-Debtor Subsidiaries -Domestic Entities

AMBRAKE Corporation
Ambrake GP, Inc.
Ambrake Manufacturing, Ltd.
ASEC Manufacturing General Partnership
ASEC Sales General Partnership
Aspire, Inc.
CEI Co., Ltd.
Delco Electronics LLC
Delco Electronics Overseas Corporation
Delphi Automotive Systems (Holding), Inc.
Delphi Automotive Systems- Ashimori LLC
Delphi Automotive Systems Global (Holding), Inc.
Delphi Automotive Systems Human Resources LLC
Delphi Automotive Systems International, Inc.
Delphi Automotive Systems Korea, Inc.
Delphi Automotive Systems LLC
Delphi Automotive Systems Overseas Corporation
Delphi Automotive Systems Risk Management Corp.
Delphi Automotive Systems Services LLC
Delphi Automotive Systems Tennessee, Inc.
Delphi Automotive Systems Thailand, Inc.

Delphi China LLC
Delphi Connection Systems
Delphi Corporation
Delphi Diesel Systems Corp.
Delphi Electronics (Holding) LLC
Delphi Foreign Sales Corporation
Delphi Foundation, Inc.
Delphi Furukawa Wiring Systems LLC
Delphi Integrated Service Solutions, Inc.
Delphi International Holdings Corp.
Delphi International Services, Inc.
Delphi Liquidation Holding Company
Delphi LLC
Delphi Mechatronic Systems, Inc.
Delphi Medical Systems Colorado Corporation
Delphi Medical Systems Corporation
Delphi Medical Systems Texas Corporation
Delphi NY Holding Corporation
Delphi Receivables LLC
Delphi Services Holding Corporation
Delphi Technologies, Inc.
Delphi Trust I

Delphi Trust II

Delphi Trust III

Delphi Trust IV

DREAL, Inc.

EnerDel, Inc.

Environmental Catalysts, LLC

Exhaust Systems Corporation

HE Microwave LLC

InPlay Technologies, Inc.

MobileAria, Inc.

Packard Hughes Interconnect Company

PBR Knoxville L.L.C.

Specialty Electronics International Ltd.

Specialty Electronics, Inc.

## **Affiliates and Non-Debtor Subsidiaries -Foreign Subsidiaries**

Alambrados y Circuitos Eléctricos, S.A. de C.V.

Arcomex S.A. de C.V.

Arneses Eléctricos Automotrices, S.A. de C.V.

AS Catalizadores Ambientales S.A. de C.V.

ASEC Manufacturing (Thailand) Ltd.

ASEC Private Limited

Ashimori Industry Co., Ltd.

Autoensambles y Logistica, S.A. de C.V.

Beijing Delphi Technology Development Company, Ltd.

Beijing Delphi Wan Yuan Engine Management Systems Company, Ltd.

BGMD Servicos Automotivos Ltda.

BlueStar Battery Systems International Corp.

Bujias Mexicanas, S.A. de C.V.

Cablena, S.L.

Calsonic Harrison Co., Ltd.

Centro Técnico Herramental, S.A. de C.V.

Closed Joint Stock Company PES/SCC

Condura, S. de R.L.

Controladora Chihuahuense, S. de R.L. de C.V.

Controladora de Alambrados y Circuitos, S. de R.L. de C.V.

Controladora de Rio Bravo, S. de R.L. de C.V.

Controladora Vesfron, S. de R.L. de C.V.

Cordaflex Espana, S.A.

Cordaflex, S.A. de C.V.

Daehan Electronics Yantai Co., Ltd.

Daesung Electric Co., Ltd.

Daewoo Motor Co., Ltd.

Del Tech Co., Ltd.

Delphi (China) Technical Centre Co. Ltd.

Delphi Administración, S.A. de C.V.

Delphi Alambrados Automotrices, S.A. de C.V.

Delphi Automotive Systems – Portugal S.A.

Delphi Automotive Systems (China) Holding Company Limited

Delphi Automotive Systems (Netherlands) B.V.

Delphi Automotive Systems (Thailand) Ltd.

Delphi Automotive Systems Australia Ltd.

Delphi Automotive Systems Cinq SAS

Delphi Automotive Systems Deutschland

Delphi Automotive Systems do Brasil Ltda.

Delphi Automotive Systems Espana S.L.

Delphi Automotive Systems Holding GmbH

Delphi Automotive Systems Huit SAS

Delphi Automotive Systems Japan, Ltd.

Delphi Automotive Systems Limited Sirketi

Delphi Automotive Systems Luxembourg S.A.

Delphi Automotive Systems Maroc

Delphi Automotive Systems Neuf SAS

Delphi Automotive Systems Philippines, Inc.

Delphi Automotive Systems Private Ltd.

Delphi Automotive Systems Singapore Investments Pte Ltd.

Delphi Automotive Systems Singapore Pte Ltd.

Delphi Automotive Systems Sweden AB

Delphi Automotive Systems UK Limited

Delphi Automotive Systems Vienna GmbH

Delphi Automotive Systems, S.A. de C.V.

Delphi Automotive Systems/Ashimori de Mexico, S.A. de C.V.

Delphi Belgium N.V.

Delphi Cableados, S.A. de C.V.

Delphi Calsonic Compressors, S.A.S.

Delphi Canada Inc.

Delphi Catalyst South Africa (Proprietary) Limited

Delphi Connection Systems – Tijuana, S.A. de C.V.

Delphi Controladora, S.A. de C.V.

Delphi Czech Republic, k.s.

Delphi Daesung Wuxi Electronics Co., Ltd.

Delphi de Mexico, S.A. de C.V.

Delphi Delco Electronic Systems Suzhou Co., Ltd.

Delphi Delco Electronics de Mexico, S.A. de C.V.

Delphi Delco Electronics Europe GmbH

Delphi Deutschland GmbH

Delphi Deutschland Technologies GmbH

Delphi Diesel Body Systems Mexico, S.A. de C.V.

Delphi Diesel Systems Corporativo IDSA, S.A. de C.V.

Delphi Diesel Systems do Brasil Ltda.

Delphi Diesel Systems France SAS

Delphi Diesel Systems Korea Ltd.

Delphi Diesel Systems Limited

Delphi Diesel Systems Pakistan (Private) Limited

Delphi Diesel Systems Pension Trustees Limited

Delphi Diesel Systems S.L.

Delphi Diesel Systems Service Mexico, S.A. de C.V.

Delphi Diesel Systems, S.A. de C.V.

Delphi Electronic Suzhou Co. Ltd.

Delphi Ensamble de Cables y Componentes, S. de R.L. de C.V.

Delphi Foreign Sales Corporation

Delphi France Holding SAS

Delphi France SAS

Delphi Harrison Calsonic, S.A.

Delphi Holding GmbH

Delphi Holding Hungary Asset Management Limited Liability Company

Delphi Holdings Luxembourg S.ar.l.

Delphi Insurance Limited

Delphi Interior Systems de Mexico, S.A. de C.V.

Delphi International Holdings Corporation Luxembourg S.C.S.

Delphi Italia Automotive Systems S.r.l.

Delphi Korea Corporation

Delphi Lockheed Automotive Limited

Delphi Lockheed Automotive Pension Trustees Limited

Delphi Otomotiv Sistemleri Sanayi ve Ticaret Anonim Sirket

Delphi Packard Austria GmbH & Co. KG

Delphi Packard Electric (Malaysia) Sdn. Bhd.

Delphi Packard Electric Ceska Republika, S.R.O.

Delphi Packard Electric Sielin Argentina S.A.

Delphi Packard Electric Systems Company Ltd.

Delphi Packard España, SLU

Delphi Packard Hungary Kft

Delphi Packard Romania SRL

Delphi Poland S.A.

Delphi Polska Automotive Systems Sp z.o.o.

Delphi Saginaw Lingyun Drive Shaft Co., Ltd.

Delphi Saginaw Steering Systems UK Limited

Delphi Shangai Dynamics and Propulsion Systems Co., Ltd.

Delphi Sistemas de Energia, S.A. de C.V.

Delphi Slovensko s.r.o.

Delphi Tychy Sp. z.o.o.

Delphi-Calsonic Hungary Manufacturing Limited Liability Company

Delphi-TVS Diesel Systems Ltd.

DEOC Pension Trustees Limited

Diavia Aire, S.A.

Electrotecnica Famar S.A.C.I.I.E.

Famar do Brasil Comercio e Representacao Ltda.

Famar Fueguina, S.A.

FUBA Automotive GmbH & Co. KG

Gabriel de Mexico, S.A. de C.V.

Grundig Car InterMedia System GmbH

Grundig Sistemas de Electronica, Lda., Portugal

Holdcar S.A.

Inmobiliaria Marlis, S.A.

Inmuebles Wagon, S.A.

Interessengemeinschaft fur Rundfunkschutzrechte GmbH

Interessengemeinschaft fur Rundfunkschutzrechte GMBH Schutzrechtsverwertung & Co. KG

Katcon, S.A. de C.V.

KDAC (Thailand) Company Limited

KDS Company, Ltd.

Korea Delphi Automotive Systems Corporation

Korea Technology Bank Network

Mecel AB

Noteco Comércio e Participacoes Ltda.

NSK Ltd.

On Se Telecom Co., Ltd.

P.T. Delphi Automotive Systems Indonesia

Packard Korea Incorporated

Productos Delco de Chihuahua, S.A. de C.V.

Promotora de Partes Electricas Automotrices S.A. de C.V.

PROSTEP AG

Proveedora de Electricidad de Occidente, S.A. de C.V.

Qingdao Daesung Electronic

Rio Bravo Eléctricos, S.A. de C.V.

Shanghai Delco Electronics & Instrumentation Co., Ltd.

Shanghai Delphi Automotive Air-conditioning Systems Co., Ltd.

Shanghai Delphi Emission Control Systems Company, Ltd.

Shanghai-Delphi Automotive Door Systems Co., Ltd.

Shengyang Huali Automotive Air-conditioning Co. Ltd.

Sistemas Eléctricos y Conmutadores, S.A. de C.V.

Specialty Electronics (Singapore) Pte Ltd.

Specialty Electronics International Ltd.

TECCOM GmbH

TecDoc Information System GmbH

Termoelectrica del Golfo, S. de R.L. de C.V.

Unterstutzungsgesellschaft der Kabelwerke Reinshagen GmbH

Verwaltungs GmbH

Wuhan Shenlong Automotive Air-conditioning Co. Ltd.

Yeon Kyung Electronics Co., Ltd.

## Members of Official Committee of Unsecured Creditors

| | |
|---|---|
| Capital Research and Management Company | General Electric Company |
| Electronic Data Systems Corp | IUE-CWA |
| Flextronics International Asia-Pacific, Ltd | Wilmington Trust Company, as Indenture Trustee |
| Freescale Semiconductor, Inc. | |

## Professionals retained by Official Committee of Unsecured Creditors

| | |
|---|---|
| Jefferies & Company, Inc | Mesirow Financial Consulting |
| Latham & Watkins LLP | |

## Counsel to individual members of Official Committee of Unsecured Creditors

| | |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP | Meyer, Suozzi, English & Klein, PC |
| Kennedy, Jennik & Murray, PC | Phillips Nizer LLP |
| Kirkpatrick & Lockhart Nicholson Graham LLP | Warner Stevens LLP |
| Kramer Levin Naftalis & Frankel LLP | |
| Lewis and Roca LLP | |

## Indenture Trustees

| | |
|---|---|
| Bank One Trust Company | JP Morgan |
| Bank One Trust Company N.A. | JP Morgan Chase |
| First National Bank of Chicago | Wilmington Trust Company, as Indenture Trustee |
| J.P. Morgan Trust Company, N.A. | |

## All Lenders (including current and former agents under credit facilities and their counsel and financial advisors):

| | |
|---|---|
| Addison CDO, Limited | Citibank |
| AMMC CLO III, Limited | JP Morgan Chase |
| AMMC CLO IV, Limited | Simpson Thacher & Bartlett LLP |
| Banca Bilbao Vizcaya Argentaria, S.A | A3 Funding LP |
| Celerity CLO Ltd | Ableco Finance LLC |
| Delaware Corp Bond Fund | ACA CLO 2005-1, Ltd. |
| Delaware Delchester Fund | Access Institutional Loam Fund |
| Grand Central Asset Trust | ADAR Investment Fund Ltd |
| Grand Central Asset Trust, Single | AG Alpha Credit Master, Ltd. |
| Lightspeed CLO | Ahab Partners, L.P. |
| Lispenard Street Credit (Master) | Airlie Opportunity Master Fund, Ltd |
| Marathon Special Opportunity | Amaranth Partners LLC – Trading |
| Mizuho Corporate Bank Ltd. | American Express Certificate Company |
| Putnam Variable Trust High Yield Fund | AMMC CLO III, Limited |
| SEI Institutional Managed TST | AMMC CLO IV, Limited |
| Special Situations Investing Group | Apollo Distressed Investment Fund |
| Velocity CLO, Ltd. | Apollo Distressed Investment Offshore |
| Western Asset Floating Rate | Appaloosa Invest Ltd. Partnership I |
| Whitney Private Debt Fund LP | Archimedes Funding IV, Ltd. |

ARX Global High Yield Securities

Aslan Capital Master Fund, LP

Atlas Capital Funding, Ltd.

Atrium IV

Aurum CLO 2002-1 Ltd.

Avenue CLO Fund, Ltd.

Avenue CLO II, Ltd.

Avery Point CLO, Ltd.

Balboa CDO I, Limited

Bank of America, N.A.

BDC Finance LLC

Bear Stearns Investment Products, I

Black Diamond Offshore Limited

Blue Square Funding Ltd. Series 3

Boldwater CBNA Loan Funding LLC

Boldwater Credit Opportunities

Boston Harbor CLO 2004-1, Ltd

Boston Income Portfolio

Brencourt Distress Securities

Brookville Capital Master Fund, L.P.

Bryn Mawr CLO, Ltd.

Callidus Debt Partners CDO Fund I

Candlewood Capital Partners LLC

Canpartners Investments IV LLC

Canyon Capital CDO 2002-1 Ltd.

Canyon Capital CLO 2004-1 Ltd.

Cargill Financial Services Intl. Inc

Castle Garden Funding

Castle Hill III CLO, Limited

Castle Hill II-Ingots, Ltd.

Castle Hill I-Ingots, Ltd.

CDL Loan Funding LLC

Cedarview Opportunities Master Fund

Celerity CLO Ltd fka Lightspeed CLO

Centurion CDO 8, Limited

Centurion CDO 9, Limited

Centurion CDO II, Ltd.

Centurion CDO VI LTD

Centurion CDO VII Limited

Chatham Light II CLO, Limited

Citadel Hill 2000 Ltd.

Citibank N.A.

Citicorp USA Inc.

Citigroup Financial Products Inc.

Colonial Funding LLC

Credit Suisse Asset Managemnt

Credit Suisse, New York & Cayman

CSAM Funding IV

C-Squared CDO Ltd.

Cumberland II CLO Ltd

Cypresstree Claif Funding LLC

D.K. Acquisition Partners, L.P.

Debt Strategies Fund, Inc.

Delaware Corp Bond Fund, a Series

Delaware Delchester fund, a series

Desjardins Financial Security Life

Deutsche Bank AG

Deutsche Bank AG

Diversified Income Strategies

Diversified Investors High Yield

Double Black Diamond offshore LDC

Dryden III-Leveraged Loan CDO 2002

Dryden IV Leveraged Loan CDO 2003

Dryden Leveraged Loan CDO 2002-II

Dryden VIII - Leveraged Loan CDO

Duane Street CLO 1, Ltd.

Duma Master Fund LP

Dunes Funding LLC

ELF Funding Trust I

Employers Insurance Of Wausau

Empyrean Investments, LLC

Endurance CLO 1 Ltd.

Event Partners Debt Acquisition, LLC

Excess Book

Feingold O'Keeffe Credit Fund CBNA

First Trust Highland Capital

Flagship CLO 2001-1

Flagship CLO II

Flagship CLO III

Flagship CLO IV

Forest Creek CLO, Ltd.

Fortis Bank SA NV Cayman Island

Fortress Credit Funding I LP

Fortress Credit Funding II LP

Galaxy CLO 2003-1, Ltd.

Galaxy III CLO, Ltd.

Galaxy IV CLO, Ltd.

Galaxy V CLO, Ltd.

General Electric Capital Corporation

Gleneagles CLO Ltd.

Global Enhanced Loan Fund S.A.

Global StocksPLUS Income Fund

Goldman Sachs Credit Partners L.P.

Gracie Capital L.P.

Grand Central Asset Trust, Gaia

Grand Central Asset Trust, SIL

Grand Central Asset Trust, Single

Greywolf Loan Participation LLC

Guggenheim Portfolio Company XII

Gulf Stream - Compass CLO 2005-1

Gulf Stream Compass CLO 2002-1
Gulf Stream-Compass CLO 2004-1, Ltd
Hammerman Capital Master Fund LP
Hammerman Counterpoint Master Fund
Harbour Town Funding LLC
HBK Master Fund L.P.
High Income Portfolio
Highland Floating Rate Advantage
Highland Floating Rate LLC
Highland Offshore Partners, L.P.
Horizon Income Fund, LLC
IDS Life Insurance Company
ING Capital LLC
ING Investment Management CLO I
ING Prime Rate Trust
ING Senior Income Fund
Investors Bank and Trust Co
Jasper CLO Ltd.
JP Morgan Chase Bank, N.A.
Katonah II, Ltd.
Katonah III, Ltd.
Katonah IV, Ltd.
KIL Loan Funding LLC
Kingsland I, Ltd.
KKR Financial CLO 2005-1, Ltd.
KZH Pondview LLC
KZH Soleil LLC
KZH Soleil-2 LLC
Lehman Commercial Paper Inc.
Liberty CLO Ltd.
Liberty Mutual Fire Insurance Company
Liberty Mutual Ins Company
LibertyView Loan Fund, LLC
Lincoln National Life Insurance Co.
Lincoln Natl Life Insur Co, Sep Acc
Linden Capital LP
Lispenard Street Credit (Master) LT
Loan Funding I LLC
Loan Funding III LLC
Loan Funding V, LLC
Loan Funding XI LLC
Loan Star State Trust
Long Grove CLO, Limited
Madison Park Funding I, Ltd.
Marathon CLO I Ltd.
Marathon Special Opportunity Master
Market Square CLO Ltd.
Marquette Park CLO Ltd.
McDonnell Loan Opportunity Ltd.
Metropolitan West High Yield Bond

Metropolitan West Strategic Income
ML Global Investment Series Income
Mountain Capital CLO II Ltd.
Mountain Capital CLO IV, Ltd.
Muirfield Trading LLC
National City Bank
Nemean CLO, Ltd.
Oak Hill Credit Alpha Fund (Offshore)
Oak Hill Credit Alpha Fund LP
Oak Hill Credit Partners I, Limited
Oak Hill Credit Partners II, Limited
Oak Hill Credit Partners III, Limited
Oak Hill Credit Partners IV, Limited
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, L.P.
Ocm High Yield Plus Fund LP
Octagon Investment Partners IV, Ltd
Octagon Investment Partners V, Ltd.
Octagon Investment Partners VI, Ltd
Octagon Investment Partners VII, Ltd.
Panton Master Fund LP
Park Avenue Loan Trust
PIMCO Floating Income Fund
PIMCO Floating Rate Income Fund
PIMCO Floating Rate Strategy Fund
PIMCO High Yield Fund
Pinewood Credit Markets Master Fund
Pioneer Floating Rate Trust
PNC Bank, N.A.
Post Leveraged Loan Master Fund, LP
Post Opportunity Fund L.P.
Post Total Return Fund, L.P.
Principal Life Insurance Company
Prospect Funding I, LLC
Protective Life Insurance Company
Putnam Floating Rate Income Fund
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Variable Trust High Yield Fu
Q Funding III LP
Quadrangle Master Funding Ltd
Quattro Distressed Opportunity Fund
Quattro Fund Ltd
Quattro Multi-Strategy Master Fund
R2 Top Hat, Ltd.
Race Point CLO, Limited
Race Point II CLO, Limited
Race Point III CLO, Limited
Red Fox Funding LLC
Redwood Master Fund, Ltd.

Riviera Funding LLC
Robson Trust
Rockwall CDO Ltd.
Rosemont CLO, Ltd.
Salomon Brothers Variable Rate
Sankaty High Yield Partners II
Sankaty High Yield Partners III, LP
Satellite Senior Income Fund II
Satellite Senior Income Fund, LLC
Saturn Trust
Scoggin Worldwide Fund Ltd.
Scottwood Partners LP
Sea Pines Funding LLC
Secondary Loan and Distressed Credi
SEI Institutional Managed TST High
Seneca Capital, L.P.
SEQUILS Centurion V, Ltd.
SEQUILS-Magnum, Ltd.
Severn River Master Fund Ltd
Sierra CLO I Ltd.
Silverado CLO 2006-I Ltd
Sky CBNA Loan Funding LLC
SMBC MVI SPC
SOF Investment, LP
Southport CLO, Limited
Special Situations Investing Group,
SRI Fund LP
Stanfield Arbitrage CDO, Ltd.
Stanfield Bristol CLO, LTD.
Stanfield Carrera CLO, Ltd.
Stanfield Vantage CLO Ltd.
SunTrust Bank Atlanta
TCW Select Loan Fund, Limited
TCW Senior Secured Loan Fund LP
Tenor Opportunity Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd
The Foothill Group Incorporated
The Hartford Floating Rate Fund
Thrivent High Yield Fund
Thrivent High Yield Fund II
Thrivent High Yield Portfolio
Thrivent High Yield Portfolio II
Trilogy Portfolio Company, LLC
TRS Callisto LLC
TRS Leda LLC
TRS THEBE LLC
UBS AG, Stamford Branch
Venture CDO 2002, Limited
Venture II CDO 2002, Limited
Venture III CDO, Limited

Venture IV CDO, Limited
Vista Leverage Income Fund
Vulcan Ventures, Inc.
Wachovia Bank National Association
Watershed Capital Institutional
Watershed Capital Partners (Offshore)
Watershed Capital Partners, L.P.
Waterville Funding LLC
Waveland-Ingots, Ltd.
Wells Capital Management-12831400
Wells Capital Management-13702900
Wells Capital Management-13823100
Wells Capital Management-13923602
Wells Capital Management-14945000
Wells Capital Management-16017000
Wells Capital Management-16463700
Wells Capital Management-16896700
Wells Capital Management-16959700
Wells Capital Management-17299500
Western Asset Floating Rate High
Whitney Private Debt Fund LP
Wind River CLO I Ltd.
Windmill Master Fund LP
Wrigley CDO, Ltd
ABN AMRO Bank N.V.
Agricultural Bank of China
Atrium IV
Australia and New Zealand Bank Group
Banca Nazionale Del Lavoro SpA
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Santander Central Hispano S.A
Bank of America, N.A.
Bank of China Luxembourg SA
Bank of New York
Bank of Nova Scotia
Bank of Tokyo Mitsubishi Trust Co
Barclays Bank PLC
BNP Paribas
Calyon New York Branch
Capitalsource Finance LLC
Citibank N.A.
Comerica Bank Michigan
Commerzbank Aktiengesellschaft
Credit Industriel et Commercial
Credit Suisse Asset Management
Credit Suisse, New York & Cayman Islands
Deutsche Bank AG
Deutsche Bank Trust Company America
Dymas Funding Company LLC
Fifth Third Bank, Eastern Michigan

| | |
|---|---|
| Goldman Sachs Credit Partners L.P. | National City Bank |
| Grand Central Asset Trust, SIL | Sea Pines Funding LLC |
| Gulf Stream – Compass CLO 2004-1, Ltd | Secondary Loan and Distressed Credit |
| Gulf Stream – Compass CLO 2005-1 | Sequils ING I (HBDGM), Ltd. |
| HSBC Bank USA, National Association | Societe Generale SA New York |
| Investment CBNA Loan Funding LLC | Sumitomo Mitsui Banking Corporation |
| JPMorgan Chase Bank, N.A. | The Royal Bank of Scotland PLC |
| KeyBank National Association | TRS Thebe LLC |
| KIL Loan Funding LLC | UBS AG, Stamford Branch |
| Lehman Commercial Paper Inc. | UBS Loan Finance LLC |
| Madison Park Funding I, Ltd. | UFJ Bank Limited |
| Mizhuo Corporate Bank Ltd fka DKB | Wachovia Bank National Association |
| Morgan Stanley Senior Funding, Inc. | |

## Lienholders and Other Significant Lenders

| | |
|---|---|
| CIT Systems Leasing | First Bank of Highland Park |
| Minolta Business Solutions, Inc. | First Bank of Highland Trust |
| Minolta Business Systems, Inc. | General Electric Capital Corp. |
| Citicorp Vendor Finance, Inc. | General Electric Capital Corporation |
| Crown Credit Company | Hitachi Credit America Corp. |
| Toyota Motor redit Corporation | Icon SPK 2023-A LLC |
| Delphi Automotive Systems Corp. | ICX Corporation |
| Michele D'Andrea | Information Leasing Corp. |
| Bank One Michigan | Kensington Capital Corporation |
| Delphi Automotive Systems Corporation | Miami Industrial Trucks Inc. |
| Michele D'Andrea | Milacron Marketing Company |
| Rave Financial Services Inc. | Milacron Marketing Company |
| Dell Financial Services LP | Murata Wiedemann Inc. |
| Bank One, NA | Sentry Financial Corp. |
| Bank One, NA (Main Office Chicago) | Sentry Financial Corporation |
| Computer Sales International Inc. | Sentry Financial, Inc. |
| Delphi Holdings Luxembourg S.A.R.L. | Southern Pacific Bancapital |
| LaSalle Bank National Association | Southern Pacific Bancapital A Division of Southern Pacific |
| LaSalle National Leasing Corporation | Bank 'SPBC' / Varilease Corp. |
| Magid Glove & Safety Mfg. Co. LLC | Southern Pacific Bank Capital |
| Motorola Credit Corp. | TCF Leasing Inc. |
| Motorola Credit Corp., et al. | Toshiba American Information Systems Inc. |
| Motorola Credit Corporation | Toyota Motor Credit Corporation |
| Motorola Inc. | Van Dorn Demag Corporation |
| Motorola Inc., et al | Varilease Corp. |
| Mori Seiki USA Inc. | Varilease Corporation |
| Applied Industrial Technologies-DBB, Inc. | Toyota Motor Credit Corporation |
| Canon Financial Services Inc. | AW Miller Technical Sales, Inc. |
| CIT Communications Finance Corporation | Applied Industrial Technologies, Inc. |
| CIT Technologies Corporation | Applied Industrial Technologies-ABC, Inc. |
| Computer Sales International, Inc. | Applied Industrial Technologies-Dixie, Inc. |
| Crown Credit Co. | Applied-Michigan, Ltd. |
| Crown Credit Company | Bank of Lincolnwood |
| Dell Financial Services LP | Bank One, NA (Main Office Chicago) |

CIT Communications Finance Corporation

Commercial Tool & Die Inc.

Compaq Financial Services Corp.

Computer Sales International, Inc.

Credit Lyonnais, S.A., Cayman Islands Branch

Delphi Holdings Luxembourg S.A.R.L.

DRE Depositor Corp.

General Electric Capital Corporation

Husky Injection Molding Systems, Inc.

Motorola Credit Corporation

Motorola, Inc.

Sentry Financial Corp.

Sentry Financial Corporation

Southern Pacific BankCapital

TCF Leasing Inc.

Tennant Financial Services

Tennessee Valley Authority

The Huntington National Bank

The Peltz Group, Inc.

Wells Fargo Bank Northwest, Trustee

Hubbard Supply Company

Northern Michigan Tool Company

Shaltz Fluid Power

Rutherford Cooke et al.

Charmilles Technologies

Commercial Tool & Die, Inc.

Crown Credit Co.

Dell Financial Services LP

Fifth Third Bank (Western Michigan)

Okuma America America Corporation

Oce-USA, Inc.

Air Liquide Industrial US LP

Ameritech Credit Corporation

Assembleon America Inc.

Bank One, NA (Main Office Chicago)

Cardinal Machine Company

CIT Communications Finance Corporation

CIT Technologies Corporation dba CIT Systems Leasing

Computer Sales International

Computer Sales International, Inc.

Cupertino National Bank c/o Greater Bay Capital

Daewoo Heavy Industries America Corporation

First Bank of Highland Park

GE Polymerland, Inc.

General Electric Capital Corp.

General Electric Capital Corporation

ICX Corporation

IOS Capital, LLC

Kensington Capital Corporation

Lease Plan USA, Inc.

Leasenet Group, Inc.

Makino Inc.

OCE Financial Services, Inc.

OCE North America, Inc.

OCE-USA Inc.

Omega Tool Corporation

Pacific Rim Capital, Inc.

Pullman Bank & Trust

Pullman Bank & Trust Company

Relational Funding Corporation

Renaissance Capital Alliance, LLC

Windsor Mold Inc.

CIT Communications Finance Corporation

*In re: Bobby's Kitchen*

OCE-USA, Inc.

Juki Automation Systems, Inc.

Bank One

Associates Leasing, Inc.

AGFA Corp.

American Equipment Leasing, a division of EAB Leasing Corp.

Bell Microproducts, Inc.

Cashcode Company, Inc.

Minolta Business Solutions, Inc. (fka Minolta Business Systems, Inc.)

Motion Industries Inc.

UMB Bank Colorado Downtown Banking Center

UMB Bank Colorado, N.A.

Xel Communications, Inc.

XPEDX

Centura Bank

General Electric Capital Asset Funding

Kyocera Mita America, Inc.

Metlife Capital LP

## Holders of 5% or More of Any Outstanding Equity Securities of the Company:

Brandes Investment Partners, LLC

State Street Global Advisors

Dodge & Cox

Capital Research & Management Company

Capital Group International, Inc.

State Street Bank and Trust Company, in various fiduciary capacities

## Record Noteholders Holding 5% or More of Any Outstanding Issuance of Notes of the Company

| | |
|---|---|
| Bear Sterns | Mellon Trust |
| Citigroup | ML Sfkpg |
| Frst Clear | MSDW Inc. |
| Goldman Sachs | NFS LLC |
| Investors Bank | Pershing |
| Lehman Brothers | SSB |

## Insurers

| | |
|---|---|
| ACE American Insurance Company | East Ohio Gas Co. |
| ACE Insurance Company | Endurance Specialty |
| ACE USA | Federal Ins. Co. (Chubb) |
| AIG Excess Casualty North America (Lexington) | General Star Indemnity Company |
| AIG Worldsource | GEP |
| AIU Inc. | Great American |
| Allianz | Gulf Underwriters Insurance Company |
| Allied World Assurance Co. Ltd. (AWAC) | Hannover Re |
| Allied World Assurance Company, Ltd | Hanseatic Insurance |
| Amerada Hess Corporation | Hanseatic Insurance Company (Bermuda) Ltd. |
| American Home Assurance Co. (AIMA) | Hartford |
| American International Insurance | HDI |
| American International Specialty Lines Insurance Company | Indiana Gas Company |
| | Ins. Co. of the State of Pennsylvania (AIG) |
| ANR Pipeline Company | IRI |
| Aon | Lexington |
| Aon Bermuda | Lexington Insurance Company (AIG American International Companies) |
| Aon UK | Liberty Mutual |
| Arch | Lloyds of London |
| Arch Insurance (Bermuda) Limited | Marsh USA, Inc. (Broker) |
| Arch Insurance Group | Marsh/Pentastar |
| AWAC | National Union (AIG) |
| AXIS | National Union Fire Ins. Co. (AIG) |
| Axis Reinsurance Company | National Union Fire Insurance Company of Pitts., PA (AIG American International Companies) |
| Bermuda Markets | |
| CAN | |
| Cananwill, Inc. | Pacific Employers Ins. Co. (ACE USA) |
| Chubb Custom Insurance | Panhandle Eastern Pipeline Company |
| Chubb Specialty Insurance | Seminole Energy Services |
| CNA Financial Insurance | Sequent Energy Services |
| CNA Insurance Companies | SR International Business Insurance Company Ltd. |
| Columbia Casualty Company (CNA) | SR International Business Insurance Company Ltd. [London, UK (Zurich Branch)] |
| Columbia Gas of Ohio | |
| Columbia Gas Transmission | St. Paul |
| Continental Casualty (C.N.A.) | St. Paul (Bermuda), Ltd. |
| Coral Energy Resources, L.P. | St. Paul Fire & Marine |

St. Paul Fire & Marine Insurance Company

St. Paul Mercury

St. Paul Surplus Lines Ins. Co.

Starr Excess Liability Insurance International Limited

Steadfast Insurance Company (Zurich)

Swiss Re Insurance Company Ltd.

Tokio Marine

Twin City Fire (Hartford)

U.S. Specialty Insurance Company

UGI Energy Services

Union Gas System, Inc.

United States Aviation Insurance Group (USAIG) and others

US Specialty/HCC

USAIG

Vectren Energy

XL U.S.

Zurich American Insurance Company

## Letter of Credit Issuers and Beneficiaries

Michigan Department of Environmental Quality

C.N.A.

Federal Environmental Protection Agency

Fraccionadora Industrial del Norte, S.A. de C.V.

GMACCM Asset Management de Mexico

Hub Group

Michigan Department of Environmental Quality [Multiple Beneficiaries – State and Federal EPA]

New Jersey Environmental Protection Agency

Ohio Environmental Protection Agency

Orange County Health Care Agency

Pacific Employers Insurance Co.

ProLogis-Juarez (2) Investment, LLC

Reliance Insurance Company

RLI Surety

Safeco Insurance

State of Alabama Dept of Industrial Relations

State of Georgia, Workers' Compensation Board

State of Kansas, Workers' Compensation Board

State of New York, Workers' Compensation Board

Toronto Dominion Bank

JP Morgan Chase

## Former Officers and Directors (for the past three years) and consolidated for all entities)

A.E. Billis

Alapont, José Maria

Alsagoff, Faris

Anderson, Carrie

Arkwright, Christopher P.

Arle, John P.

Bailey, R. Scott

Bailey, Russell W.H.

Balsei, Mike

Barth, Volker J.

Battenberg, J.T., III

Beckett, Michael

Belans II, Milan E.

Bellar, Fred J., III

Bernardes, Oscar de Paula

Berry, Roberto Edwin

Bertrand, James A.

Borzi, James W.

Bowers, William Steven

Brown, Jr., Andrew

Brown, Richard

Brust, Robert H.

Burgner, David Allen

Butler, Kevin M.

Chadwick, Jeffrey R.

Chen, Jimmy C.

Chen, Jinya

Clemons, Steve D.

Colbert, Virgis W.

Conlon, Martin

Conor-Freeman, Maria

Cooke, F.H.

Corcoran, Sean P.

Cornwell, William D.

Davey, Stephen L.

Dawes, Alan S.

Deak, Gabor Janos

Desnos, Philippe

Eichenlaub, Brian

Erwin, Richard E.

Farr, David N.

Feigenbaum, Haim

Flowers, Allen D.

Forbes, Timothy G.

Franzi, Richard A.

Fuerst, John M.

| | |
|---|---|
| Funke Esq., Jimmy L. | Miller, Robert S. |
| Gango, Frank | Naylor, Craig G. |
| Gardner, A.N. | Nelson, R. David |
| Geller, Pamela M. | Niekamp, Cynthia A. |
| Goodman, Thomas D. | O'Neal, Rodney |
| Gottschalk, Bernd | Olbrecht, Denise |
| Gray, Mary A. | O'Neill, Brian P. |
| Griffin, Patrick | Opie, John D. |
| Gruber, Douglas | Ordonez, Frank A. |
| Gumina, Joseph P. | Overly, Jeffrey M. |
| Hachey, Guy C. | Owens, Jeffrey J. |
| Hall Jr., Samuel H. | Parsons, Jeffrey |
| Hathaway, R.E. | Pasricha, Atul |
| Hayashida, Shuji | Passante, John A. |
| Healy, Karen L. | Penske, Roger S. |
| Heigel, Kevin R. | Petrie, John |
| Hermeling, Rainer | Pirtle, Ronald M. |
| Hindels, James H. | Pitsenbarger, Pam |
| Hotchkin, Nick | Rayne, Mike |
| Humbeck, Wolfgang | Reagan, Michael T. |
| Irimajiri, Shoichiro | Remenar, Robert J. |
| Jackson, Arthur Russell | Richards, F. Timothy |
| Jackson, J.E. | Richards, Gregory R. |
| Jacovides, Linos | Robinson Esq., Logan G. |
| Jaffurs, John A. | Rogers, Max |
| Janak, Peter H. | Roland Jr., John Robert . |
| Jensen, William | Runkle, Donald L. |
| Jobe, Ronald E. | Salrin, Sarah J. |
| Jok, Richard | Scheffler, Milton R. |
| Jones, David J. | Schuppe, Michael L. |
| Kamischke, Mark S. | Schwarting, Elizabeth M. |
| Katz, Robert Esq. | Scott, Ian |
| Kaye Esq., Diane L. | Shader, Michael A. |
| Knill, David | Sheehan, John D. |
| Knutson, Timothy J. | Short, John |
| Kolano, Derek | Sonnonstine, Jerry |
| Krause, Jeffrey M. | Sparks, Robert H. |
| Lee, Dae Un | Spencer, James A. |
| Lewis, Theodore H. | Springer, F. Thomas |
| Loeb, Marjorie Harris | Sprunger, F. Thomas |
| Lorenz, Mark C. | Sueltz, Patricia C. |
| Manocha, Charu | Sullivan, Henry A. |
| Manocha, Sandeep | Theriot, Mark |
| Marion, Laura | Tilton, Todd I. |
| Maschoff, David | Twomey, Thomas N. |
| McClain, Karen | Valanty, Burton J. |
| McGuire, Marc C. | Veeser, Lothar |
| McLaughlin, Susan A. | Walker, Bette M. |
| Milburn, Paul S. | Walker, Robert C. |
| Miller, Gail K. | Weber, Mark R. |

| | |
|---|---|
| Whitson, James P. | Jerry Sonnonstine |
| Williams, Derrick M. | Jinya Chen Esq. |
| Williamson, J.L. | Jobe, Ronald E. |
| Wohleen, David B. | John A. Passante |
| Yoon, Myung Hwan | John G. Blahnik |
| Young, R.A. | John M. Fuerst |
| Zablocki, Richard J. | John P. Arle |
| A.E. Billis | John Petrie |
| A.N. Gardner | José Maria Alapont |
| Alan S. Dawes | Joseph P. Gumina |
| Allen D. Flowers | Karen L. Healy |
| Alsagoff, Faris | Karen McClain |
| Arhtur Russell Jackson | Katz, Robert Esq. |
| Atul Pasricha | Kevin M. Butler |
| Bernd Gottschalk | Kevin R. Heigel |
| Berry, Roberto Edwin | Krause, Jeffrey M. |
| Bertrand, James A. | Laura Marion |
| Bette M. Walker | Logan G. Robinson Esq. |
| Brian Eichenlaub | Lothar Veeser |
| Brust, Robert H. | Marc C. McGuire Esq. |
| Burton J. Valanty | Maria Conor-Freeman |
| Charu Manocha | Marjorie Harris Loeb |
| Chen, Jimmy C. | Mark C. Lorenz |
| Choon T. Chon | Mark R. Weber |
| Cooke, F.H. | Martin Conlon |
| Craig G. Naylor | Mary A. Gray |
| Dae Un Lee | Max Rogers |
| David Allen Burgner | Michael A. Shader |
| David B. Wohleen | Michael Beckett |
| David J. Jones | Michael T. Reagan |
| David N. Farr | Mike Balsei |
| Denise Olbrecht | Mike Rayne |
| Derek Kolano | Milan E. Belans II |
| Derrick M. Williams | Myung Hwan Yoon |
| Diane L. Kaye Esq. | Niekamp, Cynthia A. |
| Donald L. Runkle | O'Neal, Rodney |
| Douglas Gruber | O'Neill, Brian P. |
| Elizabeth M. Schwarting | Opie, John D. |
| Funke Esq., Jimmy L. | Ordonez, Frank A. |
| Gabor Janos Deak | Oscar de Paula Bernardes |
| Gail K. Miller | Owens, Jeffrey J. |
| Gango, Frank | Pamela M. Geller |
| Guy C. Hachey | Parsons, Jeffrey |
| Haim Feigenbaum | Patricia C. Sueltz |
| Hotchkin, Nick | Paul S. Milburn |
| Ian Scott | Penske, Roger S. |
| J.T. Battenberg III | Peter H. Janak |
| Jackson, J.E. | Philippe Desnos |
| James P. Whitson | R. David Nelson |
| James W. Borzi | R. Scott Bailey |

| | |
|---|---|
| R.A. Young | Short, John |
| R.E. Hathaway | Shuji Hayashida |
| Rainer Hermeling | Sparks, Robert H. |
| Remenar, Robert J. | Stephen L. Davey |
| Richard A. Franzi | Steve D. Clemons |
| Richard Brown | Susan A. McLaughlin |
| Richard E. Erwin | Theodore H. Lewis |
| Richard J. Zablocki | Thomas D. Goodman |
| Richard Jok | Thomas N. Twomey |
| Richards, F. Timothy | Timothy J. Knutson |
| Robert S. Miller | Todd I. Tilton |
| Ronald M. Pirtle | Virgis W. Colbert |
| Russell W.H. Bailey | Volker J. Barth |
| Sandeep Manocha | William D. Cornwell |
| Sarah J. Salrin | William Jensen |
| Sean P. Corcoran | William Steven Bowers |
| Sheehan, John D. | Williamson, J.L. |
| Shoichiro Irimajiri | Wolfgang Humbeck |

## Top 50 Unsecured Creditors

| | |
|---|---|
| 3M Co | EI Dupont de Nemours & Co Inc |
| Abc Group Inc | Engelhard Corp |
| Aisin Seiki Co Ltd | Flextronics Intl Asia Pacific |
| Akebono Brake Industry Co Ltd | Freescale Semiconductor |
| Alcoa Inc | Freudenberg & Co KG |
| Alps Automotive Inc. | Fujitsu Ten Corporation |
| Alps Electric Co Ltd | Futasa Corp |
| American Axle & Mfg Holdings Inc | General Electric Co Inc |
| Autoliv Inc | General Motors Corp |
| AW Transmission Engineering | Hitachi Ltd |
| Beiersdorf Ag | Howard County, Indiana |
| Blackstone Capital Partners LLP | Illinois Tool Works Inc |
| Bosch, Robert Stiftung GmbH | Impala Platinum Holdings ltd |
| Buena Vista Township, Michigan | Industrial Molding Corp |
| Calsonic Kansei Corp | Infineon Technologies AG |
| Capri Capital Advisors LLC | Intermet Corp |
| Capital Research and Management Company | International Union of Electronic, Electrical, Salaried, Machine and Furniture Workers - Communications Workers of America |
| Carlisle Engineered Prods | |
| CIGNA Corporation | Johnson Electric Holdings Ltd |
| City of Flint, Michigan | Koninkluke Philips Electronics |
| Clarion Co Ltd | Leopold Kostal GmbH & Co KG |
| Commissariat a l'Energie Stomic | Limar Realty Corp. |
| Corning Inc | Linamar Corp |
| Dana Corp | Madison County, Indiana |
| Delta | Matsushita Electric Industrial |
| Draka Holding NV | Merk Medco |
| Dura Automotive Systems Inc | Metalyne Corp |
| E.on AG | Molex Inc |
| Electronic Data Systems Corp | Montgomery County, Ohio |

Motorola Inc

Nan Ya Plasics Corp

National Fire Insurance Company of Hartford

NEC Corp

Norsk Hydro ASA

Ogura Clutch Co Ltd

Osprey, S.A. Ltd.

Pacific Group Ltd

Pioneer INDL Components

Progressive Moulded Product

Quexco Inc

Robert Bosch Corporation Automotive Group

Semiconductor Components

Sequa Corp

Sharp Electronics Corp

Siemens AG

Solectron Corp

State of Michigan

State of Ohio

State of Wisconsin

Stmicroelectronics NV

Swatch Group SA, The

TDK Corporation of America

Texas Instruments Inc

Textron Inc

Thyssenkrupp AG

Timken Co, Inc

Timken Co, The Inc

Toyota Motor Corp

Traxle Mfg Ltd

TT Electronics PLC

Tyco International LTD

UHC

United Auto Workers

Valeq SA

Viasystems Group Inc

Wilmington Trust Company, as Indenture Trustee

Worthington Industries Inc

## **Major Customers**

AASP – PA

Adam Opel AG

Aftermarket

AGco Parts Div-D7e50 Caterpillar

AGco-Jackson Operation

AGFA

Agfa Corporation

Agfa-Gevaert N.V.

Agilent Tech. (M) SDN BHD

Aksys, Ltd.

American Axle

American Discount Supply, Inc.

Applied Biosystems

ArvinMeritor

Autoliv

Automotive Traning Schools

AZ Automotive

Benteler

Best Buy Co. Inc.

BMW

BMW Group

Bosch

Brite Smile

Brite Smile – Chicago

Brite Smile Center

BriteSmile – Denver

BriteSmile – Phoenix

BriteSmile – San Diego

Calsonic Kansei

Cambrex Bio Science

Cami

Cannon Group Ltd

Cardinal

Cardinal Health

Cardinal Health Canada 301, Inc

Caterpillar

Caterpillar Engine Systems

Caterpillar-Joliet

Circuit City Stores Inc

Coinstar

Collins & Aikman

Cummins

Daewoo Motor

Daihatsu

Daimler Chrysler

DaimlerChrysler Corp. US

DBM Tech.

Delphi – Allied Sales

Denso

DK Packaging

Elgin Industries

Espackdis SA

Everest Biomedical Instruments

Federal-Mogul Corp D.I.P.

Fiat Automotives SA

Fiat Group

| | |
|---|---|
| Ford | Kautex |
| Ford Group | Key Safety |
| ForHealth Technologies, Inc. | KLA – Tencor |
| Fuji Heavy Industries | KLA Tencor Corp |
| GE Medical Systems | KLA-Tencor |
| General Motors | KLA-Tencor Integrate Metrology |
| General Motors de Mexico S de Rl | Koltec BV |
| General Motors de Mexico S Derlspom | KS Centoco |
| General Motors do Brasil Ltda | L-3 Communications |
| General Motors Powertrain | Lear |
| General Motors S Africa (Pty) Ltd | LeftHand Networks |
| GM – AC Delco | Magna Intier |
| GM de Argentina S A | Matco Tools |
| GM Espana SA | Medical Simulation Corporation |
| GM Holden Ltd | Medrad |
| GM Powertrain | Medtronic Navigation |
| GM SPO | Melling Tool Company |
| GMIO | Mercedes-Benz U.S. International, Inc. |
| GMNAO | Michael Baker, Inc. |
| GMSPO | Mitsubishi |
| Haemoscope Corporation | Modatek |
| Harley Davidson | Napa Dist Center |
| Helicor, Inc. | National Auto Radiator |
| Hewlett-Packard | Navistar |
| Hewlett-Packard Co.-Roseville | Navistar International |
| Hewlett-Packard Company | New Wave Enterprises (Belgium) NV |
| Hewlett-Packard GmbH | Nissan |
| Hewlett-Packard Singapore | Niton Corporation |
| Hewlett-Packard/San Jose | NuVasive, Inc. |
| HMH Group | Ophthonix, Inc. |
| Honda | Paccar |
| H-P Asia Pacific Pte. Ltd. | Particle Measuring Systems Inc |
| HP Financial Services Cntr. | Perkins Engines Company Ltd |
| HP International SARL (France) | Point 5 Technologies |
| HP Smartbuy | Power & Signal Group |
| HP-Colorado Springs | Precision Turbo & Engine Reb. |
| HP-FORT COLLINS | Promotora |
| HP-San Diego HID | PSA Group |
| Hyundai | Renault |
| IAPA | Rescue Technology |
| Inogen | Reviva |
| Inotherapeutics | Rover |
| Interamerican Trade Corp | S.E. Power Systems Orlando |
| International Truck & Engine | Saab Automobile AB |
| Isuzu Group | Saab Automobile Parts |
| Isuzu Motors Europe Ltd | Saturn |
| Isuzu Motors Polska Sp Zo O | Standard Motor Products Inc |
| JCI | Storage Tek |
| John Deere – Engine Works | Sun Refining & Marketing |
| Johnson Controls | Sunrise Medical |

| | |
|---|---|
| Sunrise Medical HHG, Inc. | Verilink Corporation |
| Sunrise Medical Ltd | Visteon |
| Suzuki Group | Volkswagen AG |
| Takata | Volvo Do Brazil Veiculos LTDA. |
| Tamsco, Inc. (US Gov't) | Volvo Parts North America, Inc. |
| Technologia Modificada SA de Caterpiller | Volvo Truck |
| Tenneco | VW Group |
| Tire Industry Foundation | Wal-Mart Stores CE |
| Toyota | Wheeler Brothers Inc. |
| TRW | XM Emall LLC |
| USA Technologies, Inc. | Yorozu |
| Vauxhall Motors Ltd | Zoe Medical, Inc. |

## **Major Suppliers**

| | |
|---|---|
| 3M | ASEC Manufacturing Sales |
| A Agrati SPA | Assembleon America Inc |
| AASP - PA | Austria Microsystems AG |
| AB SKF | Autocam Corp |
| Abc Group Inc | Autoliv ASP Inc |
| Aceralia Tubos SL | Automatizacion Y Disenos |
| Acome Societe Cooperative De Produc | Automotive Traning Schools |
| Advanced Micro Devices | B&A Enterprises |
| Affinia Group Holdings Inc | Bank One NA |
| AFX | BAX Global |
| Agfa Corporation | BBK Ltd |
| Agfa-Gevaert N.V. | Beiersoorf AG |
| Agilent Tech. (M) Sdn Bhd | Benteler Automotive |
| Aksys, Ltd. | Berger GmbH & Co Holding KG |
| Alcan Inc | Bing Metals Group Inc |
| Alcoa Inc | Binter SA |
| Allevard Springs Ltd | Bitron Industrie SpA |
| Alpine Group Inc, The | Blue Cross Blue Shield of |
| Alps Electric Co Ltd | Boco Pty Ltd |
| Aluminum Co of America | Bosch Automotive Systems Corp |
| Amak Brake LLC | Bosch, Robert Stiftung GmbH |
| Ambrake Corp | Brazeway Inc |
| American Axle & Mfg Holdings Inc | Brite Smile |
| American Discount Supply, Inc. | Brite Smile Center |
| American President Lines Ltd | British Vita PLC |
| Amphenol Corp | BTV Holding GmbH |
| Amtek Engineering Ltd | Bus Electronik Gmbh |
| Analog Devices GmbH | Calsonic Corp |
| Analog Devices Inc | Calsonic Kansei Corp |
| Android Industries LLC | Cambrex Bio Science |
| Aplicaciones De Metales Sinterizado | Cami |
| Applied Biosystems | Campbell Marshall E Co |
| ARC Automotive Inc | Cardinal Health |
| Arnold Transportation | Cardinal Health Canada 301, Inc |
| Asahi Glass Co | Carlisle Companies Inc |

Carringworth Ltd
Carter Group Canada Inc
Caterpillar Engine Systems
Centra Inc
CF Gomma SPA
CIE Automotive SA
Clarion Corp Of America
Coinstar
Commissariat a l'Energie Atomique
Compagnie Industrielle de Delle
Contech
Continental Gummi-Werke AG
Cordaflex SA de CV
Corning Inc
Corus LP
CTS Corp
Curiel Estrada Jorge
Cyro Industries
D&R Technology LLC
Daewoo Heavy Industry America
Dayco Products LLC
DBG Tool & Machine
Deloitte & Touche
Delphi Corp
Delphi de Mexico SA de CV
Denso Corp
Denso International America
DHL Danzas Air & Ocean
Direct Sourcing Solutions
DMC 2 Canada Corporation
Dove Equipment Co Inc
Dr Johannes Heidenhain-Stiftung GmbH
DTE Coal Services
Duluth Services
Dura Automotive Systems
Dura Automotive Systems Inc
E I Dupont de Nemours & Co Inc
Eco-Bat America LLC
EDS
Egelhof SA
EI Dupont de Nemours & Co Inc
Ekm-Knobloch GmbH
Elgin Industries
Engelhard Corp
Engelhard Corporation
Engineered Plastic Components Inc
Enricau Cesar Vuarchex Industries
Epcos AG
Essex Group Inc
Everest Biomedical Instruments

Federal Express Corporation
Federal Mogul Corp
Fedex Trade Networks
Feintool International Holding
Fernandez Racing LLC
Fibrax Ltd
Folketrygdfondet
ForHealth Technologies, Inc.
Fountain Construction Co
Freescale Semiconductor Inc
Freudenberg & Co KG
Fujitsu Ltd
Furukawa Electric Co Ltd
Furukawa Electric North
Futaba Corp
Gambari International
GE Medical Systems
General Electric Capital
General Electric Co Inc
General Motors Corp
General Motors Corporation
Georg Fischer AG
Giovanni Agnelli EC SAPA
GKN PLC
GM - AC Delco
GM Daewoo Auto & Technology Co
Great Lakes Tape Corp
Green, Ernie Industries Inc
Groupe Rencast
Haemoscope Corporation
Handy & Harman
Hanwha Corp Poun Plt
Hayes Lemmerz International Inc
Helicor, Inc.
Hella Kgaa Hueck & Co
Henkel KGAA
Hennessey Capital Solutions
Hewlett-Packard Co.-Roseville
Hewlett-Packard Company
Hewlett-Packard GmbH
Hewlett-Packard Singapore
Hewlett-Packard/San Jose
Hinojosa Ramos Jesus Alfredo
Hitachi Automotive
Hitachi Chemical Asia Pacific
Hitachi Ltd
Holden Ltd
H-P Asia Pacific Pte. Ltd.
HP Financial Services Cntr.
HP International SARL

HP Smartbuy
HPC Engineering PLC
HP-Colorado Springs
HP-FORT COLLINS
HP-San Diego HID
HSS LLC
Hub Group Associates Inc
Hubert Stueken GmbH
Hyo Seong Electric Co Ltd
IAPA
Illinois Tool Works Inc
Impala Platinum Holdings ITD
Ina-Schaeffler KG
Infineon Technologies
Infineon Technologies AG
Inogen
Inotherapeutics
Intec Group
Interamerican Trade Corp
Intermet Corp
Intermet Corporate
International Rectifier Corp
International Truck & Engine
Inzi Controls Co Ltd
ISI of Indiana Inc
Ispat International NV
ITW Shakeproof Automotive
ITW Tomco
JCI
Johann Albert Freund
John Deere
Johnson Electric Holdings Ltd
Johnson Matthey Plc
Jvs Eqtos P/Autom Indl Ltda
Kataman Metals Inc
Keller Group Inc
Kensington Capital
Key Safety Systems Inc
KLA Tencor Corp
Koa Speer Electronics Inc
Koninklijke Philips Electronics NV
Korea Delphi Automotive Sys Corp
Koyo Seiko Co Ltd
KPMG LLP
KS Centoco
L-3 Communications
Leaseway Transfer Pool
LeftHand Networks
Leoni AG
Leopold Kostal GmbH & Co KG

Lexington Connector Seals
Lexington Precision Corp
Linamar Corp
Littelfuse Inc
LS Cable Ltd
Lunal
M&Q Plastic Products Inc
Madison-Kipp Corp
Marian, Inc
Matco Tools
Mccann Erickson Inc
Meadwestvaco Corp
Mecaplast
Medical Simulation Corporation
Medrad
Medtronic Navigation
Melling Tool Company
Metal Blanc SA
Metaldyne Corp
Metaldyne Corporation
Methode Electronics Inc
Metropolitan Life Ins Co
Michael Baker, Inc.
Microchip Technology Inc
Microsoft Services
Minebea Co Ltd
Mitsubishi Electric
Molex Inc
Motorola Automotive
Motorola Inc
MSX International Inc
Muhr und Bender KG
Multitronics Inc
Murata Manufacturing Co Ltd
Nabco Inc
National Auto Radiator
National Logistics
National Semiconductor
NEC Corp
NEC Electronics Inc
Niles Co Ltd
Ningbo Huaxiang Electronic Co Ltd
Nissho Iwai American Corp
Niton Corporation
Noranda
Norandal USA INC
Norsk Hydro ASA
North American Operations
NSK Ltd
NuVasive, Inc.

Ogura Clutch Co Ltd
Ogura Corp
OKI Semiconductor
Olin Corp
Omega Automation Inc
Omron Corp
Onex Corp
Ontario Holding International Bv
Ophthonix, Inc.
Pacific Group Ltd
Paid Prescriptions LLC
Pam Dedicated Inc
Panasonic Automotive
Parker Hannifin Corp
Particle Measuring Systems Inc
PBR Automotive USA LLC
PBR Columbia LLC
PEK Co Ltd
Philips Semiconductors
Pioneer Corp
Pixley Richards Holding Inc
PJAX
Plansee Holding AG
Plasco Inc
Plymouth Rubber Co Inc
Point 5 Technologies
Point Dedicated Services
Pollak Engineered Products
Precision Turbo & Engine Reb.
Pressac
Prettl de Mexico SA de CV
Pricewaterhousecoopers LLP
Progressive Molded Prods
Progressive Moulded Products Ltd
Protrans International Inc
PT Infineon Technologies Batam
QEK Global Solutions
Quexco Inc
Republic Engineered Products Inc
Rescue Technology
Reviva
Robert Bosch Corporation
Robin Industries Inc
Rohm Co Ltd
RSR Corporation
Russell A Farrow Ltd
Ryder Integrated Logistics
S.E. Power Systems Orlando
SA Dehuit
Samtech

Sansho Giken Co Ltd
SAS Comte
Schulte & Co Gmbh
Securitas Security
Selectron Corp
Senko America Corporation
Sensus Precision Die Casting Inc
Sequa Corp
Serigraph Inc
Setech Inc
Setforge
SGS Thomson
Shanghai Ming Fang Autoparts Co Ltd
Siemens AG
Siemens Automotive Ltd
Sirva Relocation
Societe Industrielle de Sonceboz SA
Solectron Corp
Sony Ericsson Mobile
Spartech Corp
Spirent Plc
SPX Corp
Stelco GmbH Electronic Components
Stmicroelectronics Holding NV
Stoba Praezisionstechnik GmbH & Co
Storage Tek
Strattec Security Corp
Sumitomo Electric Industries Ltd
Sun Refining & Marketing
Sunrise Medical HHG, Inc.
Sunrise Medical Ltd
Syncron-Eifler Ipari Es Kereskedelm
Taigene Electric Machinery Co Ltd
Taiho Corporation Of Europe Kft
Tamsco, Inc. (US Gov't)
Tata America Intnl Corp
Tawas Industries Inc
Tech Central
Technitrol Inc
Technologia Modificada SA de Caterpiller
Teklas Kaucuk Sanayi Ve Ticaret AS
Teknia Manufacturing Group SL
Texas Instruments Inc
Textron Inc
The Furukawa Electric Co Ltd
The Swatch Group
The Timken Co, Inc
Thevenin (Fonderie)
Thyssenkrupp AG
Tire Industry Foundation

| | |
|---|---|
| Tokico Ltd | Valeo SA |
| Tomkins PLC | Valley Trucking Co Inc |
| Torrington Co | Vallourec |
| Total SA | Vanguard Distributors Inc |
| Toyo Clutch Co Inc | Verilink Corporation |
| Toyota Motor Corp | Viasystems Canada Inc |
| Toyota Tsusho Corp | Viasystems Group Inc |
| TPG Advisors Inc | Victory Packaging Inc |
| Trelleborg AB | Vishay Intertechnology |
| Trianon Industries Corp | Visteon Automotive Systems |
| TRW Automotive | Volvo do Brazil Veiculos Ltda. |
| TRW Automotive Holdings Corp | Volvo Parts North America, Inc. |
| TRW Automotive Holdings Corp | Wanxiang Group Corp |
| TT Electronics PLC | Waupaca Foundry Inc |
| Tyco Electronics Corp | Wheeler Brothers Inc. |
| Tyco Electronics Corp | WHX Corp |
| Tyco International Ltd | WHX Corp+A2537 |
| UBS AG | Wiederholt GmbH Vincenz |
| Umicore SA | Wieland Werke AG |
| Unigraphics Solutions Inc | Wilh Werhahn |
| US Steel Corporation | Worthington Industries Inc |
| USA Technologies, Inc. | Wren Industries Inc |
| UVA Machine Company | Yazaki Corp |
| Valeo Climate Control USA | Zeppelin-Stiftung |

## Counterparties to Major Contracts (over $100,000)

| | |
|---|---|
| Alexander Long, III | Ericsson AB |
| Ameritech Mobile Services, Inc. | Firma Carl Freudenberg KG |
| Anxebusiness Corp. | Giannulli, Thomas |
| AXNe | HTC |
| Bell South | IBM Corporation |
| Bluetooth | Ideal Technology Solutions U.S. Inc |
| BSH Industries | Inovise Medical, Inc. |
| Calsonic North America, Inc. | Integrated Therapeutics Group, Inc. |
| Cellco Partnership | Intel Corporation |
| CIA Industrial Armas | JSP America, Inc. |
| Clifford Electronics, Inc. | JSP International Ltd. |
| Compuware | JSP International s.a.r.l. |
| Consteltn NewEngy PA | JSP Trading, Inc. |
| Cullmann GmbH | Limestone County Wtr & Swr AL |
| DAS Deutschland GmbH | LiveDevices Inc |
| DAS Poland Spolka z.o.o | Lockport (City of) NY |
| Debiotech S.A. | Logikos |
| Delco Remy International, Inc | Lucent Technologies Inc. |
| Dolby Digital | Magnavox Government and Industrial Electronics Company |
| DSSCSC China | Manzai |
| DSSI | Matsushita Electric Corporation of America |
| Embedded Technology | MCI Worldcom Communications, Inc. |
| Empress Ca-Le de Tiaxcala | Miller Engineering Services, Incorporated |

| | |
|---|---|
| MMT SA | Davis Vision |
| Motores y Aparatos Electricos de Durango S.A. de C.V. | Delta Dental |
| Moving Magnet Technologies SA (MMT) | Green Shield Canada |
| MPEG LA | Health Plus Options Inc |
| Nextel West Corp. | Health Solutions Inc |
| Nokia Corporation | Hewitt Associates LLC |
| North American Philips Corporation | JLT Services Corporation |
| NY State Elec & Gas | Medco Health Solutions Inc |
| OneOK Energy Marketing OK | Medstat Group, Inc. |
| Premacare | Metlife |
| Remy International, Inc. | Metlife (Dental) |
| Satyam | Metropolitan Life Insurance Company |
| Scroll Laboratories, Inc. | M-Plan |
| Shanghai Automotive Brakes Corp. | National Foot Care Program, Inc |
| Sonceboz SA | NCQA (National Committee for Quality Assurance) |
| Sprint Spectrum, L.P. | SHPPS/Health International, Inc. |
| SRI International | TGI Direct |
| TCS | The Regents of the University of Michigan |
| The Whitaker Corporation | Towers Perrin |
| Tom Giannulli Inc., dba Caretools, Inc. | United Health Care Insurance Company |
| Toshiba Corporation | Value Options, Inc. (Value Behavioral Health) |
| Toyota Motor Corporation | Electricore |
| UBE Industries (America), Inc. | Electricore Aerovironment |
| UBE Industries, Ltd. | Emtech |
| UGC | Honeywell |
| Valence Technology Cayman Islands Inc. | I.U.P.U.I. |
| AFOSR | Johns Hopkins University |
| ARL | MRI |
| D.O.T. Volpe Center | NCMS |
| DOC/NIST | Purdue |
| DOD | Purdue University |
| DOD TACOM | TechSolve |
| DOE | Citibank, N.A. |
| DOE/NETL | Deutsche Bank AG |
| DOT NHTSA | Alltel |
| NASA | Ameritech |
| State of Indiana | ANXe |
| USAF/AFRL | AT&T |
| Constellation NewEnergy, Inc. | ATT |
| Consumers Power Company | ATT Wireless |
| DPL Energy Resources, Inc. dba DPL Energy | Avaya |
| Industrial Energy Users – Ohio | Avaya World Services |
| Pepco Energy Services, Inc. (PES) | Covad |
| TXU Energy Retail Company LP | EDS |
| Blue Cross Blue Shield | Insight Internet Services |
| C.E. Communications | Intercall |
| CIGNA Behavioral Health | LDMI Telecommunication/Ideal Technology |
| CIGNA Healthcare | MCI |
| Cole Managed Vision | Nextel |
| Connecticut General Life Insurance Company | Qwest |

SBC
SBC Ameritech
SBC Pagers
SkyTel
Sprint
Sprint United
Time Warner
T-Mobile
Verizon
Verizon Wireless
Verizon Wireless Messaging
Ameritech Information Systems, Inc.
Applera Corporation
AT&T Corp.
AT&T Solutions, Inc.
Avaya World Services, Inc.
Cardinal Health 200, Inc.
Caretools, Inc.
Cellco Partnership d/b/a Verizon Wireless
Fernandez Racing (Indianapolis, IN)
General Motors Investment Management Corporation
Hendrick Motorsports (Charlotte, NC)
Lord Corporation
PriceWaterhouseCoopers
SBC Global Services, Inc.
Scantron
Sprint
State Street Bank and Trust Company
Techcentral LLC
Thomas Giannulli
Tom Kelley
Watson Wyatt
XM Satellite Radio, Inc.
Zoe Medical, Inc.
ABN Amro Bank N.V.
Amsterdam Funding Corporation
Bank One, NA (Main Office Chicago)
Blue Ridge Asset Funding Corporation
Falcon Asset Securitization Corporation
Gotham Funding Corporation
JPMorgan Chase Bank
Jupiter Securitization Corporation
The Bank of Tokyo-Mitsubishi, Ltd., New York Branch
Wachovia Bank, National Association
(KDAC) Daewoo Motor Company
3M
ACG Componentes
Advanced Casting Technologies
Aladdin Industries
Alma Products

Alpine Electronics
Ambrake Corporation
Antec Electric System Co. Ltd
ARC Automotive
ASEC Exhaust Systems
Autonova
Beijing Delphi Wanyuan Engine Management Systems Company, Ltd.
Beijing WY-GM Automotive Electric
Blue Totes – Atlantis
Borla Romcat
Bridgestone T.G. Australia Pty. Ltd
BSH Industries (agreement with FUBA)
Bujias Mexicanas (BUMEX)
CADPO
Calsonic (formed CEI)
Calsonic Kansei Corporation
Calsonic Kansei Hungary
Calsonic Kansel
Componentes Delfa
Componentes Delfa, C.A.
Compressor Works, Inc.
Daesung Electric
Daewoo Automotive Corporation
Daewoo Motor Company
DAS Deutschland GmbH
DAS Poland Spolka z.o.o
Delco Remy International, Inc (Remy International, Inc.-new name)
Delkor Corporation
Delph Lockheed Automotive S.A.
Delphi Aftermarket France
Delphi Auto Brazil – E&C
Delphi Auto Systems Australia
Delphi Auto Systems Brazil – Harrison
Delphi Auto Systems India Private Limited (DASPL)
Delphi Automotive Systems
Delphi Automotive Systems (Thailand)
Delphi Automotive Systems Australia
Delphi Automotive Systems Deutschland (Aftermarket)
Delphi Automotive Systems do Brasil (E&C)
Delphi Automotive Systems Espana (Logrono)
Delphi Automotive Systems Espana Cadiz
Delphi Automotive Systems France
Delphi Automotive Systems Italia Sri (Diavia)
Delphi Automotive Systems Japan (Aftermarket)
Delphi Automotive Systems Lockheed UK (Aftermarket)
Delphi Automotive Systems Netherlands (Aftermarket)
Delphi Automotive Systems Poland Sp. Z.o.o.
Delphi Automotive Systems Portugal (Ponte de Sor)
Delphi Automotive Systems Spain

Delphi Automotive Systems Sungwoo

Delphi Automotive Systems Vienna (Aspern)

Delphi Calsonic Compressors

Delphi Delco Electronics Europe, GmbH

Delphi Delco Electronics Suzhou

Delphi Delco Liverpool

Delphi Diesel Systems England

Delphi Diesel Systems France

Delphi Diesel Systems Korea

Delphi Diesel Systems Ltd

Delphi Diesel Systems Ltd England

Delphi Diesel Systems Spain

Delphi Diesel Systems Turkey

Delphi Diesel Systems UK

Delphi Diesel Systems, S. L. Spain

Delphi Harrison Calsonic (France)

Delphi Italia Automotive Systems S.r.l.

Delphi Lockheed Automotiove France (Aftermarket)

Delphi Mechatronic Systems

Delphi Otomotiv Sistemieri Sanayi ve Ticaret

Delphi Packard Balcheng, Limited

Delphi Packard Electric Co Ltd (Shanghai)

Delphi Packard Electric Malaysia Sdn Bhd

Delphi Packard Espana

Delphi Polska Automotive Systems

Delphi Saginaw Lingyun Brillance and Palio

Delphi Saginaw Lingyun Jinbel

Delphi Sistemas de Energia (Portugal)

Delphi TVS Diesel Systems Ltd India (Lucas)

Delphi-TVS Diesel Systems Ltd (India)

Delta Guc

Deltek

Denso

Design Solutions

Directed Electronics (formerly Clifford)

DuraSwitch

East Penn Manufacturing Company

Eaton

EBD Ventures (Savage Enterprise)

Electromotive

Empress Ca-Le de Tiaxcala

Exacto (Perfection Spring)

Fabrica De Aparatos De Air Acondicionado (FAACA)

Famar

Fitel USA Corp. (assigned to them by Lucent)

Flip Chip Technologies

Four Seasons License (Division of Standard Motor)

Fraenkische USA, LP

Freudenberg

Gasbarre Products

Gatewat Industries

General Bearings Corporation

General Motors

Girlock' – Delphi Technologies Intellectual Property License

GM do Brasil

GM France

GM License Exchange

Hubei Auto Motor Factory

Hubei Delphi Automotive Generator

Hyundai Motor Company

Intellectual Property Mining (IPM)

John Ross & Associates

JSP Affiliates

Kaiser Aluminum and Chemical

Kale Oto Radyator

KATCON

KDAC (magna steer)

KDAC (Sublicense) Shye Shyang Mechanical Industrial

KDS Company Limited

Kitco Fiber Optics

Korea Delphi Auto Systems (KDAC)

Korea Delphi Automotive Systems

Korea Delphi Automotive Systems Corp. (KDAC)

Kuo Yih Hsing Enterprise Co. Ltd (KYHE)

Kyungshin Industrial Company Ltd and Bolim

Lear Corporation

Level 9

Lockheed Martin Energy Systems (Oak Ridge Lab)

Lord Corporation Supply and Development Agreement

Magnetoelastic Devices

Manzai (a sub-licensee of KDAC)

Matsushita Electrical Industrial Company

Middle East Battery Company

Mikuni

Moldflow Corporation

Motores y Aparatos Electricos de Durango S.A. de C.V. (fka CIA Industrial Armas)

Moving Magnet Technologies SA (MMT) (France)

Navigation Technologies

NCC Liteflex Donation (National Composite Center)

NCMS Kinetic Spray

NCMS LAV

NSK Limited

Orbital Fluid Technologies

Peng Tan Settlement

R&D Enterprises

Raufoss ASA

Raytheon Company

Saginaw Deutschland

Saginaw Norinco Lingyun Drive Shaft

Saginaw Zhejiang Xiao Shan Steering

Samlip Industrial Company

Sanden Corporation

Sanden International

SDACC

Shanghai Automotive Brake Systems

Shanghai Delco Electronics and Instrumentation Company Ltd

Shanghai Delco International Battery Company Ltd

Shanghai Delphi Auto Air Conditioning Systems

Shanghai Delphi Automotive Air Conditioning Systems Co. Ltd.

Shanghai Delphi Automotive Door Latch

Shanghai Ek-Chor General Machinery

Shanghai Hezhong Automobile Company (Export & Import)

Shanghai Huizhong Automotive Mfg. Co.

Shanghai Saginaw Dongfeng Steering Gear

Societe Francaise Des Ammortisseurs (DeCarbon)

Stant Manufacturing (Gates)

Steward Inc.

Tai Yue

Takata

Teknit

Test Products, Inc.

TI Group

TI Group (Walboro)

Toyota Motor Company

Trilogy Plastics

Tripac International

UBE Machinery Sales

Unisia Jecs Corporation

Valence Technology Inc.

VDO Control Systems

VDO North America

Wayne State University

Whitaker (from Specialty Electronics)

Yubei Machine Factory

Zenith Fuel Systems

Zhejiang Delphi Asia Pacific Brake (Yatal)

Adrian (City of)  MI

AEP (Public Svc Co Oklahoma) OK

Alabama Gas Corporation

Alabama Power Co

Amherst Commerce Park    NY

Anderson City Utilities  IN

Brookhaven (City of) MS

Buena Vista Wtr & Swr Dept MI

Burton (City of) MI

CenterPoint Energy Entex MS

CenterPoint Energy Houston TX

Central Power & Light Co  TX

Chemical Reclamation Svcs Inc USA

Cinergy PSI IN

Citizens Gas & Coke Utility IN

Citizens Gas of Westfield  IN

Clinton (City of) MS

Colliers Turley Martin Tckr MO

Columbia Pwr & Wtr Systems  TN

Columbus (City of)  OH

Columbus Southern Power  OH

Commonwealth Edison IL

Constellation NewEnergy  TX

Constellation NewEnergy  WI

Constellation NewEnergy-Gas KY

Consteltn NewEngy Bx 642399 PA

Consumers Energy MI (Detroit)

Consumers Energy MI (Lansing)

Consumers Power  MI

Coopersville (City of)  MI

Cortland (City of)  OH

Dayton Power & Light Co  OH

Dayton Power & Light OH

Dayton Water Dept (City of) OH

Detroit Edison Co  MI

Dominion East Ohio OH

Downers Grove (Village of)  IL

Downers Grove Sanitary Dist  IL

DPL Energy Resources OH

DTE Energy MI

East Ohio Gas

El Paso Electric Co  TX

El Paso Water Utils Pub Svc TX

Entergy (MS Power & Light) USA

EQ-Heritage USA

Erie Cnty Dept Environ Serv OH

Erie Cnty Water Authority  NY

Fitzgerald Wtr Lgt&Bond Com

Flint (City of)  MI

General Motors (Delphi Brokered Gas)

General Oil Company Inc USA

Genesee County Drain Comm.

Georgia Power Company

Henrietta (Town of)  NY

Henry County REMC IN

Heritage Interactive Services USA

Heritage-Crystal Clean LLC USA

HESCO Houston Energy Svcs Co

Indiana-American Water Comp

Indiana-Michigan Power Comp IN

Indianapolis Power & Light Co

Indianapolis Water Company

Irvine Ranch Water District CA USA

Irwin Electric Membership Corp USA

Kokomo Gas & Fuel Company IN

Kokomo Wastewater (City of) IN

KPL (Western Resources) KS

Laredo Utilities (City of) TX

Laurel Pub Util (City of) MS

Lea Land Inc USA

Limestone County Commission AL

Lockport (City of) NY USA

Lockport (Town of) NY

Lockport Energy Associates NY

Magic Valley Electric Coop USA

Marquette (County of) MI

Michigan Gas Company MI

Military Highway WSC TX

Mississippi Power Company

Mississippi Valley Gas Co MS

Monroe Cnty Water Authority NY

Montgomery City San Eng Dept OH

NAO North American Operations USA

National Fuel Resources Inc NY

New Brunswick (City of) NJ

New Castle (City of) IN

New York Power Authority

New York State Elec & Gas NY

Niagara Mohawk  NY

NICOR Gas IL

North Alabama Gas District AL

NY State Elec & Gas

Oak Creek (City of) WI

Ohio Edison Company

Oil Chem Inc USA

Oklahoma Natural Gas Co USA

Olathe (City of) KS

OneOK Energy Marketing OK USA

Onyx Environmental Svcs LLC USA

Orion (Charter Township) MI

Pepco Energy Services  VA

Portage Cnty Wir Resources OH

PSE&G NJ

Ravena (City of) OH

Rineco Chemical Industries USA

Rochester (City of) NY USA

Rochester Gas & Electric NY

Roofstown Water Service Co OH

Safety Kleen Oil Services USA

Saginaw (City of) Wir & Swr MI

SemcoEnergy Gas Company

Shelby Twp Dept of Pub Wks MI

Southern California Edison

Tennessee Valley Authority

Teris LLC – dba Ensco USA

Texas Gas Service TX

The Water Works & Sewer Brd

Troy (City of) MI

Trumbull County Wtr & Swr OH

Tulsa Utils Svc (City of) OK

Tuscaloosa (City of) AL

TXU Energy Retail Company TX

TXU Energy TX

United Cities Gas Company TN

United Water TX USA

Upper Peninsula Power Co MI USA

Vandalia (City of) OH

Vectren Energy Delivery IN

Vectren Energy Delivery OH USA

Warren (City of)Util Srvcs OH

Warren City of Pollution Control

Waste Mgmt of Orange County AZ

Westar Energy KS

Westfield Public Works IN

Wichita Falls (City of) TX

Wisconsin Electric Power Co WI

Wyoming (City of) MI

Access

American Finance Group

ATEL Capital Group

Avaya

Citicorp

Comdoc

Crown Credit

CSA Financial Corp

CSI

Dell Financial

Elect

First American Capital

First American Capital Mgmt

General Electric Capital Corp

HP Finance

ICON Capital Corp

Kensington Capitol Corp

LGR Group/CIT

Optimal Leasing Co.

Pac Rim

QEK Global Solutions

RCA

Repros, Inc.

UMG Technologies, Inc.

1401 Troy Associates Limited Partnership

2574 E. River Rd. Bldg. 10 LLC

500 Commerce LLC

Amherst Commerce Park

Aspire Building, LLC

Barrister Executive Suites, Inc.

Cherokee North Kansas City, LLC

Cinergy Corp.

City of Laurel, Mississippi

City of Tulsa, Oklahoma

County of Marquette, Michigan

Crown Enterprises, Inc.

D.C. North, LLC

DCR Properties IA, LLC

Donald R. Sweeton and Sarah E. Sweeton

EnerDel, Inc.

First Industrial L.P.

Ford Motor Land Development Corporation

Fortune Avenue Partnership LLP

GAR Properties, LLC

GBG2, LLP

General Motors Corporation

Germain's Technology Group Custom Coating and Enhancements, Inc. d/b/a Germain's Technology Group (f/k/a Seed Systems, Inc.)

ITW Mortgage Investments IV, Inc.

JCR Investments, LLC

John E. Benz & Co.

Killam Industrial Development Partnership

Killam Industrial Development Partnership, Ltd.

Kilroy Realty, L.P. (successor in interest to Limar Realty

Corp. #19)

LaSalle National Bank, as Trustee under Trust No. 115897

Laurence Tippmann, Sr., Family Limited Partnership

Liberty Property Limited Partnership

Mike Hales Real Estate Limited

Nissan Technical Center North America, Inc.

North Renaissance Development LLC

Oil Well LLC

ORIX Warren, LLC / Orix GF Warren Venture

Osprey, S.A., Ltd.

Raytheon Company

Realty Investment II

Regus Business Centre Service Agreement

Regus Business Centres Corp.

Research Properties LLC

River Road Investments, Inc.

Saginaw Centre Development Company, LLC

Sealy RG Valley Buildings, L.P.

Shelby Industrial Investors-II, LLC

Tawas Industries

The Industrial Development Board of the City of Athens, Alabama

The Industrial Development Board of the City of Tuscaloosa, Alabama

TR Butterfield Trail Corp.

Universal Tool and Engineering Company, Inc.

Universal Tool and Engineering, Inc.

Visteon Corporation

Weingarten Realty Investors

Wells Operating Partnership, L.P.

## Counterparties to Major Leases

Germain's Technology Group

Germain's Technology Group Custom Coating and Enhancements, Inc.

Kilroy Realty, L.P.

Seed Systems, Inc.

## Other Miscellaneous Interested Parties

Consumer Electronic Product Line

Vehicle Electronic Product Line

## Parties to Litigation and Their Counsel (for claims of at least $500,000)

ABATE - CECo GM

Abernathy, Sonja

Abood, Andrew P.

Adams, Thomas E.

AEC

AFL CIO CLC

Aldridge, Brenda

Allison, Carl

Anderson, Russell, Jr.

Anglo Metals, Inc.

Apple

ARC CADH

Arnold & Porter

ASEC France
Ashburn, William
Aubert, Harold
Aziz, Salman
Bancomer et al
Barner, Richard
Bastien, Amy C.
Baxter, Rachel
Beck, Daniel P.
Bellis, Katherine
Bernstein, Sidney
Berthold, Cindy Lee
Birdyshaw, Mike
Blaesi, William
BMC Holding Corporation
BMC West
Bond, Donald W.
Bond, Teresa G.
Brady, Larry
Brittingham, David
Brittingham, Julie
Budak, Anthony F.
Burdette, James
California, Irvine
Central Bank of Brazil
Chilton, Alfred
Citibank Texas, National Association
Clark, Charles
Clark, Martina
Clash, Klemchuk, Roach & Powers LLP
Coleman, Michael
Coletta, Vincent J.
Conwell, Wayne
Corvette
Coy Glass
Daewoo
Dangerfield, Shawn
Delco Remy America (DRA)
Dickerson, Brian
Diniz, Mauro Lucio
Dolce, Frank J.
Dotson, Pamela K.
Dougherty, Chad
Drillock, Linda
DSSG
Dynamic Sciences International
Eaton Corporation
Edwards, William P.
Electrical Systems Motors
Emonds, Douglas J.

ESS, Inc.
Eton Corporation
Evans, Terrence
Executive Loan Program
Fabricated Metals
FAG Automotive Inc.
FAG Bearing Limited
Fague, Terence L.
Farmers' Marketing Service
Fiber Optic Fund Class Action (Litigation Group)
Fiber Systems International, Inc.
Fischbein, Peter D.
Fligstein, Michael
Flora, Betty J.
FLSA
Fosbre, Frank J. Jr.
Foster, Kimberly
Fouche, Kim
Fournier, Connie
Franklin, Gordon
Fromm, Pamela
Garvey, Robert F.
Garvin Glass
Gavia, Felipe F., Sr.
General Motors Daewoo Auto and Technology
Givens, Robert
GM & International
Greenwood, Edward Joseph
Gross, Lisa
Guevrra, John
Gum, Mano
Hagan, Mansel
Hanline, William D.
Hanners, Carolyn
Harley Brakes
Harper, William
Harris, John
Hassett & Donnelly, PC
Haveles, H.P.
Heathco, Mark
Howrey LLP
Howrey LLP
Hudson, Linda
Hurst, Bryon
Hurst, Teresa
Hyder, Michelle
ICG
In re Terazosin Hydrochloride Antitrust Litigation
Indiana, Kokomo
Invensys

Itabirito Plant

IUE CWQ

IUE - CWA

Jakupco, Richard J.

James, Edith C.

Jarzyniecki, Philip

Jeanniard

Jenkins, Shontea

Johnson, Freddie L.

Jolly, Norman

Jones, Norman

Jones, Vanessa

Jordan, Martin J.

Joyal Products, Inc.

Junkin, Harrison & Junkin, PC

Junkin, Samuel W.

Kelely, Tasha

Kelley, Charles (Estate of)

Kelley, Sharon

Kelly Koszewski et al

Kenna Technical Services

Kenna, William

Kessler, Thomas

Khan, Kim N.

Kirsch, Paul C.

Knighton, Gregory James

Knisley, Richard W., II

Kowalski, Richard

Krupp-Hoersch

Kucklemam, Karl

Kulinec, Charles Francis, Jr.

Kumiega, Kenneth J.

Laborsource 2000, Inc.

Lamb, Daniel

Lawson, Walter Keith

Lazor, Daniel

Lea Miles, Rebecca

Lee, Clyde, Jr.

Legorreta, Daniel

Leslie, Mike

Lewis, Robert

Lindberg, Matthew G.

Lisa J. Leebove

LoPrete, Kent

Lyon, Donald M.

Lyons, Brian

Mahle, Brian

McAleer, Adrian

McBride, Diana B.

McCree, Robin

McDermott, Jon E.

McKee, Stephen M.

McMillion, Anna

Merrick, Steven

Metaldyne 2005 Contract

Middleton, Randal A.

Miller, Daniel A.

Mills, Jason

Ministerio Publico

MIOSH

Mohamed, Farag

Moore, Gene T.

Moreira, Luiz Alberto

Moretti, Lucia V.

Morganite

Moser, Janet E.

Motley, Rosalyn

Mubea, Inc.

Multifunction Switch

Myers Gell, Judith

MyFi Battery Fires

Neubauer, Bridget A.

Newman, Tina

Nguyen, James H.

O'Bryan, George M.

Olson Tooling

O'Neill, Wallace & Doyle, P.C.

Orlik, Eva M.

Osowki, Linda

Padilla, Afredo Z.

Paula, Ana

Peace, Bernadine

Penley, Brian L.

Peters, Larry C.

PODS

Polito, Michael A.

Powertrain

Prusheik, Stacey

Reno, Joseph

Rhodia Patent Assertion

Rosen, Paul

Rosen, Ruben J.

Rowel, Lynn

Rudzik, Rebecca

Ruhenkamp, Nicole M.

Rule, Hilary

S "nia Aparecida da Silva

Sammons, Leon

Sanko

Savage, Darrin

| | |
|---|---|
| Sax, M. Beth | Wilson, Donna R. |
| Schlicher, Cindy Lee | Wilson, Mark |
| SEC | Wong, Chris |
| SEC-OPEB | Woodson, Harold |
| Segway Cancellation Claim | Woodward, Bryce |
| Seipke, Isabelle | Xandex, Inc. |
| Seldeen, William L. | Yang, Peter |
| Seskin, Lauren | York, Thomas, Jr. |
| Sharp, Dennis | Young, Lee |
| Sherbin, Joshua A. | Young, Michael S. |
| Short, Jodi Lynn | Yount, Loretta |
| Simons, R. Nicholas | Allied Material |
| Smibert, Jon R. | Amak Brake LLC |
| Smith, Erisha | American Axle & Mfg Inc |
| Smith, Lori | ArvinMeritor |
| Smith, Mary | Bentley-Rolls Royce |
| Snider, Michael K. | BMW |
| Sobel, Jonathan F. | Borg-Warner |
| Spahn, Jeff C., Jr. | BorgWarner Turbo Systems |
| Spencer, Theresa L. | Bosch |
| State of Minas Gerais | Bryce Woodward |
| State of New York Solvent Chemicals | Calsonics |
| Stec, Jennifer M. | Collins & Aikman |
| Stewart, Alex S. | Custom Energy |
| Stewart, Andrew | CWI |
| Stites & Harbison, PLLC | Daesung Relay |
| Stonehouse Rentals, Inc. | Daewoo International |
| Stoughton, Jeff | Daimler Chrysler |
| Strzebniok, Jan | Dana Corp Global Production WHS |
| SungWoo-GPS | Dana Corp Sealing Division |
| Tauzin, Vanessa | DCX |
| Taylor, Jonathan B. | DMS Eur |
| Torabi, Alan | DMS NA |
| Torsky, Norma Jean | Engelhard Corporation |
| Truscio, James | Engelhard/NGK |
| TRW Dispute | Enterprise Automotive Systems |
| Valeo North American Corporate | Epsilon |
| Van Dusen, Tom | Faurecia |
| VanAmburg, Shawn | Faurecia Exhaust Sys Inc |
| Vance, Richard | Ferro Electronics Material Systems |
| Vandale, Tammy A. | Ford |
| Vasquez, Joe R. | Ford Australia |
| Viviano, Joe | Freightliner |
| Walter, Kevin R. | General Motors |
| Walter, Stanley J. | GM |
| Warren M. Pulner | GM Daewoo |
| Weiler, William S. | GM DAT |
| Whitney, Gary | GM DAT Daewoo |
| Williams, Steven | GM DBC |
| Wilson, Clyde | GM do Brasil |

GM Epsilon

GM Europe Opel

GM Holden

GM Shanghai

GM SPO

GMDAT

GMNA

GMPT

GMSPO

GMSPO-CWI

GMT 201

Harco Industrial Supply Inc

Hitachi High Technologies

Honda

Honeywell ACS Sensing & Control

Hubert Steuken GmbH & Co KG

Hyundai

International

International Truck

Kautex

KIA

Korean Tech Center

Land Rover

Linamar Performance Center

Mahle Sistemas de Filtracion de Mex

MBUSI

Miniature Precision Components

Motorola

Nissan

Opel

PBR Automotive Pty Ltd

PBR Columbia LLC

Philips / Solectron

Pixley Richards Inc

PSA

Saginaw

Siemens

Siemens VDO Automotive Inc

Siemens VDO SA de CV

Switec

Tawas Industries

TI Automotive

Toyota

Toyota Motor Manufacturing NA Inc

Trelleborg Automotive

Triumph / Whirlaway

Volvo

Wabash Technologies Inc

A&O Mold & Engineering, Inc.

Adams Oil

Aimtronics Corporation

Alfaro, Jos C.

Allegheny Rodney

Allegre Dong AH

Alumalsa

AM General Steering Gear

Ambrake

American Axle

American Electronics Components a/k/a AEC

Ana Paula C∫ndido

Anorve, Juan

APC and Sundram

Arbogast, Michael A.

ARC CADH ( Auto Ignition Issue)

Asherbranner, Jennifer T.

Associated Springs & Barnes Group, Inc.

Automotive Technologies International

Automotive Technologies International, Inc.

Ayusa

B & F Enterprises

Baldwin, Sandra L.

Bancomer

Barnes, Cleary

Bartell, Greg

Batson, Benjamin

Beck, Bobby

Bendix ABS Fires

Beuke, Robert L.

Bex, Russell

Bishop, Sr., James Denson

Blas, Cassandra E.

Boulden, Cristal

Bradley, Phyllis Jean

Brady, Billy W.

Brewer, Mary M.

Brown, James Lee

Brown, Jonathan

Buis, James

Cadillac

Campbell, Robert R.

Canter, Richard

Carlos Alberto Nogueira Marques

Celso Gonzalves Viana

Central Bank of Brazil Fine

Chapa, Israel

Chase-Orr, Kimberly

Chemetco

Chieftain Contract Services

City of DelRay Beach Police and Firefighters Retirement System

Clones, Donald

Clorex
Clorex S.A.
Condutelli
Cook, Sylvia
Corus S.EC./L.P
Corvette Steering Column Lock (Steering Column Lock '99-'04 Corvette)
Custom Energy, L.L.C.
DACTEM
Daewoo Cam Sensor
Daimler Chrysler
Daniel Legorreta
Datappli, Inc.
Davis, Robert E., II
Delphia
Delphia Produtos El, tricos Ltda.
Demet
DHB-CA
Diavia Belgian Distributor
Dotson, W. Douglas
DSL
DuraSwitch
Eaton Bi-State Valve Claim
Eaton Corporation (Defendant)
Eftec North America, LLC
Electrical Systems
Electronic Environmental Engineering
Electrospec Cost Recovery
Ellis, Peter
Elmore, Jr., Arlis M.
Energy Conversions Systems (ECS) formally known as Morganite
Ennis, Donald
Estate of Lannon
Ethanol Coolant
Ethylene Propylene Diene – Anti Trust Litigation
Eton Corporation (Defendant)
FAE
FAG Bearing Limited (a/k/a FAG Automotive Inc.)
Fiber Systems International, Inc. (Ernie Gonzalez)
Financial Services of America, L.L.C.
First Technology
Flasher Module (2004 Envoy)
Flex-Tech
Folck, Neal C.
Ford
Fractured Pitman Shaft (Humvee)
Full Circle Services
Furukawa Electric North America APD, Inc. (Defendant)
Gabriel v/ Delphi Catalyst France
Gabrielle, Lori J.

Gaines, Ira
Gillette, Edward A.
Glass, Garvin
Global Minerals and Metals Corporation
GM & International
GMT 800
GMT 900
Greystone
Groce, Kelly R.
Gualandi, Kevin
Gulf Coast Bank & Trust Company
H.E. Services Company
Hahn Elastomer
Hammer, Edward
Harco Industries, Inc.
Hillman, Robert
Hirschmann Electronics GmbH & Co.
Hoyt, Arthur C.
Hubbard, Clarence E.
Hummer
Hunter, Clemie
Hurley Packaging of Texas, Inc.
ICMS
Ignition Relay
Infonavit
INSS
Itabirito Plant (FEAM)
Jarzyniecki, Philip
Jevicks, Teresa
Jones, Leland
Jones, Rodger
JV Products
Katzkin Leather, Inc.
Kostal of America, Inc
Kramer, Steven
Kraus, Jessica
Kreegar, William C.
L&W Stamping, Inc.
Laneko
Lemon Bay Partners
Linerboard Antitrust Class Action
Litex Inc.
LK Nagano Sistemas Automotivos Ltda.
Luiz Alberto Moreira
Lunt Manufacturing Co., Inc.
MacDonald Industrial Products
Magnesium Aluminium Corporation
Manns, Debra A.
Manufactured Products Corporation (MPC)
Mariana Inˆs de Souza

Marsh & McLennan Cos.

Martinez, Javier

Martinez, Jose Angel Mata

Mauro L£cio Diniz

McPhall, Amber

Metaldyne

MetroCal, Inc.

MG Rover

Ministerio P£blico

Minnick, Ralph D.

Missing Press Parts

Mitchell, Margaret B.

Mochty, Ronald J.

Modine

Morganite Incorporated Class Action

Morrison, Thomas

Mortensen, Philip Bradley

Motorgil Distribuidora de Auto Pe‡as, Ltda.

MTD Technologies

NBR

Newton, David

NGK

Novakovic

Novo Rio Baterias Ltda

Nu Tech Plastics Engineering, Inc.

O'Neill, Mary P.

O'Brien, Michael L.

Onsalma

Opel Hungary/GMPT

Paragon/CJR

Parkview Metal Products

Partridge, Steve

Patent Holding Company

Pennington, Jeff

Phelps, John W.

Phillips, Robert

Power Outage

Priest, Aaron

Proud, Douglas

Quake Global, Inc.

Quinn, Larry

Raphael, Naomi

RBC Bremen Bearing, Inc.

Reilly, Jr. Thomas A.

Reliable Castings

Rhodia

Rio Bravo Occupied Worker Housing

Roberto Mageste de Abreu

Ross, Marion

Rowley, Donald

Royal Freight, L.P.

Russell, Thomas

S˝nia Aparecida da Silva

Saturn

Schunk Graphite Technology, Inc.

SCRC

SEC (EDS Contract)

SEC (MSC Software Corporation)

SEC (OPEB)

Sedberry, Joyce

Segway

Sharp, Daniel

Shaw, Martin L.

Siemens GEN III

Siemens VDO

Siemens VDO Automotive (SVDO)

Smith, James O.

Smith, Louis

Smolik, Lillie

South Trust Bank

Stafil

Stansbury II, Robert L.

Stejakowski, Dennis

Stone, Caylena

Stonehouse Rentals, Inc. (Teresa G. Bond)

Strategic Distribution Marketing De Mexico, S.A. de C.V.

Stuck, Ronald P.

Takata-Petri AG

Tatum, Jefferi

TCFA

Terazosin Hydrochloride

Textron (Kautex)

Thailand-E&C-Sanko Claim

Timken (Brazil)

Trovan

TRW

Tuthill, Rusty

U.S. Aeroteam, Inc.

Valeo Switches and Detection Systems, Inc.

Vasquez, Joe R. d/b/a Farmers' Marketing Service

Volvo

Waldo, Richard L.

Weber, Herman

Weyer, Frank

Wheeler, Bruce C.

Whitehead, Anthony

Whitmire, Steven Lee

Williams, Modina

Willis, Steven

Wilson, Steven E.

Woodward Diesel Pump

Wright, Eugene A.

Yates, Dale A.

Yount, Loretta

Zwick

Chapman, Lewis and Swan

Clifford Law Offices

Fieger, Fieger, Kenney and Johnson

Johnson, Rasmussen, Robinson & Allen

Meyer and Williams

Thomas, Garvey, Garvey and Sciotti

Abbey Gardy, LLP

Afredo Z. Padilla, Esq.

Alen J. Counard, P.C.

Alexander Logan & Hunt

Andrew P. Abood, Esq.

Archer & Greiner

Barry D. Adler, Esq., Adler & Associates

Beck, Redden & Secrest

Beers, Anderson, Jackson, Patty & Van Heest, P.C.

Berg Hill Greenleaf & Ruscitti LLP

Bleakley, Cypher, Parent, Warren & Quinn, P.C.

Blecher & Collins, P.C.

Bodman, Longley & Dahling, LLP

Cady, Mastromarco & Jahn, P.C.

Canales & Simonson, P.C.

Carrigan, McCloskey & Roberson, LLP

Casper & Casper

Cellino & Barnes, P.C.

Chadbourne & Parke LLP

Chapman, Lewis & Swan

Clash, Klemchuk, Roach & Powers LLP

Clifford Law Offices, P.C.

Clouse Dunn Hirsch LLP

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.

Cole, Cole & Easley, P.C.

Compliance Counsel, Lear Corporation

Coolidge, Wall, Womsley & Lombard, LPA

Couzens, Lansky, Fealk, Ellis & Lazar PC

Covington & Burling

David A. Hodges, Esq.

Davis & Davis

Dockins Turnage & Banks

Donald W. Bond, Esq.

Douglas J. Emonds, Esq.

Dyer, Garofalo, Mann & Schultz

Elwood S. Simon & Associates, P.C.

Everado Abrego, Esq.

Faruqi & Faruqi, LLP

Finklestein & Krinsk, LLP

Fire, Arndt & Danborn PC

Fitch, Even, Tabin & Flannery

Frank J. Dolce, Esquire

Franklin & Greenfield LLC

Gainey & McKenna

Gene T. Moore, Esq.

Gilardi & Co., Inc.

Gilbert, Frank, Ollanik & Komyatte, P.C.

Greak & Smith, P.C.

Guel, Mills, Nims & Pylman LLP

Hagens Berman Sobol Shapiro

Hardwick & Knoght

Hertz, Schram & Saretsky, P.C.

Hilary Rule

Hoagland, Longo, Moran, Dunst & Doukas

Holden, Kindwell, Hahn & Crapo, P.L.L.C.

Howard Langer, Esquire, Golumb Honik & Langer

Jenner & Block

Jennifer M. Stec, Intellectual Property Counsel, FGTL – Office of the General Counsel

Johnson, Rasmussen, Robinson & Allen, P.L.C.

Jolly, Esq. Norman

Kaplan Fox & Klisheimer LLP

Karl Kucklemam

Keller Rohrback, L.L.P.

Ker, Russell & Weber

Kimberley & Miles, P.C.

Langston Sweet & Freese

Laudig George Rutherford & Sipes

Law Office of Carlos E. Hernandez, Jr.

Law Office of Klari Neuwelt

Law Office of Leon Russell, P.C.

Law Offices of Brian M. Felgoise, PC

Law Offices of Charles J. Piven, P.A.

Law Offices of G. Lynn Shumway

Law Offices of Maloney & Campolo

Lerach Coughlin Stoia Geller Rudman & Robbins LLP

Lester, Schwab, Katz & Dwyer

Levin Simes & Kaiser LLP

Lewis & Lewis, P.C.

Lewis Brisbois Bisgaard & Smith LLP

Lieff, Cabraser, Heiman & Bernstein, LLP

Linda Drillock, Esq.

Lisa J. Leebove (Pro hac vice)

Liss & Shapero

Locke Liddell & Sapp, LLP

Lowey Dannenberg Bemporad & Selinger, P.C.

M. Beth Sax

Marian P. Rosner, Esq., Robert C. Finkel, Esq., Carl L. Stine, Esq.

Mark Wilson, Esq., Attorney At Law

Mastromarco & Jahn, PC

McTigue Law Firm

METLIFE, Michelle Constandse, Esq.

Miller Faucher and Cafferty LLP

Miller Shea P.C.

Miro, Weiner & Kramer

Moore, Walters, Thompson, Thomas, Papillion & Cullens

Morgan & Meyers PLC

Morris, Cantor, Lukasik, Dolce, Panepinto, P.C.

Much Shelist Freed Denenberg Ament & Rubenstein, P.C

NBR Antitrust Litigation (Crompton), c/o Gilardi & Co., LLC

O'Neill, Wallace & Doyle, P.C.

Parmenter O'Toole

Peter D. Fischbein, Esq.

Polsinelli Shalton Welte Suelthaus, PC

Price Potter Jackson & Mellowitz PC

Primary at Johnston Bartin is John Sheffield

Quinn Emanuel Urquhart Oliver & Hedges, LLP

Richard Hawkins & Young, LLP

Robert F. Garvey, Esq., Daniel P. Beck, Esq.

Robins, Kaplan, Miller & Ciresi LLP

Roetzel & Andress

Rogers County District Attorney, Assistant D.A. Patrick Abitbel

Sallee Law Firm

Schatz & Nobel, P.C.

Schwartz Law Firm, P.C.

Scott & Scott, LLC

Sheila M. Bossier PLLC

Sher Garner Cahill Richter Klein & Hilbert, L.L.C.

Sherrie Savett, Esq.

SimmonsCooper, LLC.

Smith, Spires & Peddy, P.C.

Spector Roseman & Kodroff, PC

Squitieri & Fearon, LLP

Stanley J. Walter, Esq.

Statman Harris Siegel & Eyrich LLC

Stephen F. Wasinger PLC

Stewart & Stewart

Terence L. Fague, Esq., Nicole M. Ruhenkamp, Esq.

Thacher Proffitt & Wood

The Ackerson Group

The Padberg & Corrigan Law Firm

The Roth Firm

Thomas, Garvey, Garvey & Sciotti, P.C.

Thompson & Knight

United States Attorney's Office, Southern District of Texas

Vanessa Tauzin, Paris Counsel

Varnum Ridderind Schmidt Howlett

Warren M. Pulner – Attny at Law

Weaver & Young

Wechsler Harwood LLP

Weitz & Luxenberg, P.C.

William Alcosta PLLC

William S. Weiler, Esq.

Wolf Halenstein Adler Freeman & Hertz LLP

Yaldo & Domestein, P.L.L.C.

Young & Susser, P.C.

Yzaguirre & Chapa

Zelle, Hormann, Voelbelm, Mason & Gette LLP

Bailey Cavalieri LLC

McCaslin, Imbus & McCaslin

McGuire Woods

Tucker Ellis & West

Arnold, James Jr.

Avarette, Bessie

Baxter, Daniel

Berry, Doris

Bhones, Diane

Brantley, Shalonda J.

Britt, Stephanie

Brooks, Diane

Brooks, Marvin

Brooks, Shameila

Brown, Celestia

Buchanan, Rufus O.

Burch, Amy R.

Butler, Daisy J.

Campbell, John E.

Chivers, Kathy L.

Cockrane, Ameatha

Colbert, John E.

Copeland, Huey G.

Davis, Janetta

Droman, Rick

Dukarski, Katherine

Dutton, William Boyd

Farmer, Darryl G.

Fields, Charlotte

Foster, Kim L.

Gaddis, Tracy

Garcia, Jessie L.

Gilyard, Jonnie

Glass, Coy

Glynn, Marcus

Gonzalez, Phillip

Gordon, Patricia

Harden, John W.

Hardy, William

Hassel, Claudette M.

Hernandez, Gloria
Herndon, Laura V.
Herndon, Laura V.
Hills, Donald L., Sr.
Hood, Constance
Hood, Kelli
Howard, Mark
Johnson, Ruth
Johnson, Shanellie
Jones, David
Jones, Lonnie
Josey, Anita
Julias, Steven
Kowallek, Daniel E.
Latimore, John L.
Little, Robert W.
Lumpkin, Robert J.
Lunn, Richard
Massey, Patricia
Matter, Phillip
McCullough, Amy M.
McDonald, Wilfred A.
McMillion, Anna
Mulligan, Charles D.
Ondo, Anthony C.
Owens, Donna
Peters, Jerry
Pickett, Mary
Powell, Charlene
Qualls, Debbie L.
Reyes, Daniel
Samacki, Rachel
Shanks, Carol
Sherban, Daniel
Surles, Brenda
Swain, Andrew
Taylor, Kenneth
Thomas, Demetrius
Thompson, Maria N.
Todd, William N.
Turinsky, Paul J.
Vincent, Leo J.
Walker, Joyce
Warner-Eno, Leslie A.
West, Roleda
Whitaker, Samuel F.
Williams, Lester
Wilson, Loretta
Winbush, Meatha
Wisehart, Rhonda

Wolan, Lea
Woodard, Anthony
Young, Karl L.
Young, Michael
Allstate Insurance
Brenda Aldridge
Brian Dickerson
Byron and Teresa Hurst
Carl Allison
Chad Dougherty
Darrin Savage
Donna R. Wilson
James, Edith C.
Orlik, Eva M.
Felipe Gavia, Sr.
Johnson, Freddie L.
Gary Whitney
Gwendolyn J.M. McCallum, fiduciary of the Estate of David B. McCallum
Harold Woodson
Burdette, James
Nguyen, James H.
Jodi Lynn Short
Joseph Reno
Judith Myers-Gell
Julie Brittingham and David Brittingham
Kenneth J. Kumiega
Foster, Kimberly
Lori Smith
Lynn Rowel
Mary Smith
Michael A. Polito
Coleman, Michael
Michelle Hyder
Folck, Neal C.
Jones, Norman
Paul C. Kirsch
Paul J. Turinsky
R. Nicholas Simons
Ralph Wood
Givens, Robert
Rosalyn Motley
Ruben J. Rosen
Russell Anderson, Jr.
Sharyl Carter
Sonja Abernathy
Stacey Prusheik
Stephen M. McKee
Terrence Evans

The Estate of Charles Kelley, by the executrix Sharon Kelley and Sharon Kelley individually and as next friend of Emily Kelley and Anna Marie Kelley, minor children

Theresa L. Spencer

Tina Newman

Vicki Lynn Marion, as Personal Representative of the Estate of Mark Marion

Walter Keith Lawson

Atul Pasricha

Blahnik, John

Catherine Rozanski

Dawes, Alan

Donald Runkle

Fligstein, Michael

Free, Paul

Gonzalez, Ernesto (Ernie)

Harris, John

Isabelle Seipke

J.T. Battenberg

Katherine Bellis

Kent LoPrete

Laura Marion

Mantese, Joseph Vito / Lease Plan USA

Margaret Fukuda

Milan Belans

Novak, Barbara Griffin

Peter Janak

Rachel Baxter

Sheehan, John

Steven Merrick

Tinell, Frankie

William Harper

Chemical Waste Management, Inc.

CSX Realty Development

Danis Environmental Industries, Inc.

Diversified Environmental Management Company

Fluor Corporation

The Danis Companies

Tremont Landfill Company

Waste Management, Inc.

ABATE - CECo

Adrian

Alan Torabi

Alice Aparecida Lima dos Santos

Allegheny Coatings

Alternate Resource, Inc.

Amy C. Bastien

ATT

Austin Group, LTD

Automotive Applied Technologies Limited

Automotive Technologies Inc.

Bedrin, John

Bernadine Peace

BMC Holding Corporation d/b/a BMC West and BMC West

Brian Mahle

Bridget A. Neubauer

Bryan, Greyson

Building Material Holding Corporation

Bulk Terminals, Inc.

C&J Industries

CDA Consulting, Inc.

CED, Inc. dba All-Phase Electric Supply

Charles Francis Kulinec Jr.

Chris Wong

Cindy Lee Schlicher, nka Cindy Lee Berthold

Circle Plastic Products, Inc.

Cloncs, Donald

Clyde Lee, Jr.

Conrad, Dean F.

Cox, Jon C.

Crown City Plating Company

CWA

da Silva, Rosa L£cia

DaimlerChrysler Corporation, et al.

Delco Remy America (DRA)

Dennis Sharp

Denso Corporation

Devlieg Boulevard II, Inc.

Djalma Pereira da Silva

Elco Textron Fastening Systems

Elco Textron, Inc.

Eli,rcio Aparecido de Souza

Erica Maria Martins Ribeiro

ESS, Inc.

Essedue

Eugene Wright

Executive Loan Program - MI

Farag Mohamed

Federal Mogul

Fleming, Joseph A.

Flora, Betty J.

FLSA Investigation, Kettering

Ford Motor Company

Fouche, Kim

Fournier, Connie

Freudenberg - Purge Valve Patent Litigation

Gann, Robert Edwin

General Motors' Discovery

GfH

Gimpex

Goben, Mirella

Grundig Multimedia B.V.

Gutjahr, Michael

H.E. Services Company

Hanna, Terry

Harco Industries, Inc.

Harold Aubert

Hayes Brake

Hayes Lemmerz International, Inc.

Hoover Precision Plastics

HPI

Hutchinson Seal

ICG - Bracket Shortfalls

IMSS

Infonavit

InfoServices, Inc.

Irvine

IUE

IUE Moraine Umpire Appeal

Jakupco, Richard J.

Jeanniard

John Guevrra

John Petrie

Johnson, Jana C.

Karlin, Lawrence

Kelly Koszewski

Key Plastics

Kim N. Khan

Knisley, Richard W. II

L&W Stamping, Inc.

Lear Corporation

Leon Sammons

Linda Osowki

Litex

Lockheed Martin

Logistics Solution Group S.A.de C.V.

Lucia V. Moretti

Luciana C. Colpas Leite

Mano Gum

Mansel Hagan

Maria Angela da Rocha

Maria Aparecida Silva

Maria Jos, Costa do Carmo

Mark Heathco

Martin J. Jordan

Martina Clark

Matamoros

McCree, Robin

MCI Telecommunicaitons Corporation

Means Industrial, Inc.

Merritt, James and Bonnie

Michael K. Snider

Michael S. Young

Mike Birdyshaw

Mike Leslie

Miller, Daniel A.

Mills, Jason

Milwaukee Design Center

MIOSH No. 125123380

Molex Cost Recovery Disputes

Motorola Quadrasteer

Nabco

Nesco

O'Bryan, George M.

Orlick Industries, LTD

OSHA Recordables

Palmer, Cindie L.

Pamela K. Dotson

Peter Yang

Petrie Household Goods Claim

Phelps, John W.

P-K Tool & Manufacturing

Poitra, Tammie

Praxair (Flametal) Italian Litigation

Praxair Surface Technologies

Pritchard, Deborah Brown

Productivity Point International, Inc.

Public Lighting Authorities

Radiation Issue

Rebecca Lea Miles

Rebecca Rudzik

Republic Waste Industries, Inc.

Reynosa

Richard Barner

Richard Kowalski

Robinson Cartage Company

Sharon Kelley; (Estate of) Charles Kelley

Shawn VanAmburg

Sherer Electric

Shontea Jenkins

Sistemas El,ctricos y Conmutadores - Instituto Mexicano
del Seguro Social

Solvent Chemicals

State of New York

Steven Williams

Stoughton, Jeff

Strattec Security Corporation

SungWoo-GPS matter

Superfund - Anglo Metals, Inc.

Talbot Case

Tammy A. Vandale

Tasha Kelely

Tenneco Automotive

The Chamberlain Group, Inc.

Thomas York Jr.,

Ticona

Timken (Brazil)

Torsky, Norma Jean

Toyota Motor North America, Inc.

Trico

Truscio, James

TRW

TRW Automotive

TRW Automotive Products,

United States - DSSG Purchase Order Overpayment

United States - Infratrol Cure Ovens - Breach of Warranty

Valeo Electrical Systems, Inc.

Vasquez, Joe R d/b/a/ Farmers' Marketing Service

VEHVAC

Ventra - Tech

Vincent J. Coletta

Watkins Motor Lines

William Ashburn

William Blaesi

William Jensen

William P. Edwards

Wood, Ralph

AFL-CIO

AFL-CIO-CLC

Alex S. Stewart

Anthony F. Budak

Brian L. Penley

Brian Lyons

Clyde Wilson

Daniel Lamb

Diana B. McBride

Edward Joseph Greenwood

Franklin, Gordon

Gregory James Knighton

Industrial Div. of the Communications

International Brotherhood of Electrical Workers

IUE/CWA Local 755

IUE-CWQ

Joyce Walker

Kevin R. Walter

Larry Brady

Larry C. Peters

Lee Young

Lewis, Robert

Linda Hudson

Lisa Gross

Local 1097

Local 663

Local 663 Electrical Workers

Lonnie Jones

Philip Gonzalez

Randal A. Middleton

Wayne Conwell

William D. Hanline

Workers of America

Brittingham, Julie & David

Estate of Stella Demeniu

Grimes, Rita

O'Neill, Mary P.

Quinn, Larry

Shannon Shaw, Martin L.

## **Professionals of Debtors and Affiliates (attorneys, acountants, investment bankers, consultants for the past three years, excluding those Professionals that Charge less than $100,000.00 in Annual Fees)**

4GEN

A.S.K. Services, Inc. (Canton, MI)

a/k/a Danzas AEI Customs Brokerage Services a/k/a Danzas AEI Intercontinental (Southfield, MI)

Acton Corporation

Adam Opel

Adams & Adams

ADR Options, Inc.

Ahearn & Soper Co INC

Air Academy Associates

Air Academy Press & Assoc.

Airway Research, Inc.

Aisec United States Inc.

AIT Group

Akin, Gump Strauss, Hauer & Feld, L.L.P.

Alix Partners, L.L.C.

Allen J. Oh dba Law Office of Allen J. Oh

Alliance of Automobile

Alvarez, Notzon & Gutierrez, L.L.P. (Laredo, TX)

American Appraisal Associates

American Red Cross

American Supplier Institute

AmeriClerk Inc. dba Contract Counsel (Royal Oak, MI) (Contract Employees)

Anderson Economic Group (East Lansing, MI)

Anne Murphy Patent Services (Arlington, VA)

Antonelli Terry Stout & Krause, LLP

Aon

Arent, Fox, Kintner, Plotkin & Kahn (Washington, DC)

Argo

Ariane Ingenierie

Ariba

ASI (American Supplier Institute)

ASI Consulting Group LLC

ASI LLC

ASI, Shainin (ICIM)

Asset Management Resources, Inc.

Asset Mgt Resources Inc.

Association of Business Advocating Tariff Equity (A.B.A.T.E.)

AT Kearney

Audita

AVL NORTH AMERICA IN

Ayco Company LP

Baker & Daniels (Indianapolis, IN)

Baker & McKenzie Abogados, S.C.(MEXICO)

Baker & McKenzie LLP

Baker & McKenzie LLP (Chicago, Illinois)

Baker & McKenzie LLP (UK)

Baker & McKenzie LLP (Washington, D.C.)

Baker Botts LLP (Washington, DC)

Balch & Bingham LLP - AL (Birmingham, AL)

Banner & Witcoff, LTD (Chicago, IL)

Barnes & Thornburg (Indianapolis, IN)

Barnett Associates, Inc. (Garden City, NY)

BBK., Ltd.

BBK., Ltd. (Southfield, MI)

BDO Seidman, LLP

Bede & Associates

Bell Anderson & Sanders LLC (Lugana Beach, CA)

Bellinger Donald

Benson Engineering

Beusse, Brownlee, Wolter, Mora & Maire, P.A.

Bevco Solution Strategies

Bharat S. Raut and Co.

Bharatji Agrawal (Advocate)

Bickerstaff, Heath, Smiley,Pollan, Kever & McDaniel, L.L.P (Austin, TX)

Bliss McGlynn P.C. (Troy, MI)

BNP Paribas

Boehl Stopher & Graves

Booz-Allen Hamilton

Bowman and Brooke LLP - Troy (Troy, MI)

Brannon Rasberry & Associates, Inc. (El Paso, TX)

Braun Kendrick Finkbeiner

Brian Durfy (TSSC-Ohba-san)

British Standards Institute (BSI)

Britton & Associates

Brooks Roy

Brubaker & Associates, Inc. (St. Louis, MO)

Brunini Grantham Grower & Hewes PLLC

BSI

BSI America, Inc.

BSI Americas

BSI Management Systems

Bugbee & Conkle

Burkett Jeana

Burnside & Nauman Medical

Burson-Marsteller (Chicago, IL)

Business Engine

Butzel, Long (Detroit, MI)

C&S Patent and Law Office (Korea)

Cabinet Michel Poupon

Cabinet Regimbeau

Cadwalader Wickersham & Taft LLP (Washington, DC)

Cambridge Consultants

Cantor Colburn LLP (Bloomfield, CT)

CAPS Research

Cardelli Hebert P.C.

Cardinal Law Group

Carol F. Barry

Carreira Muller

Casalonga Josse D.A. (France)

Cattel, Tuyn & Rudzewicz, PLLC (Bloomfield Hills, MI)

CG&L Engineers

Changchun Ruide Accounting –Firm

Charles K. Veenstra (Bloomfield Hills, MI)

Chester Willcox & Saxbe LLP (Columbus, OH)

Chevez Abogados, S.C. (Mexico)

China Patent Agent (H.K.) Ltd.

Choicepoint Services

Christie, Parker & Hale, LLP - Pasadena, CA

Chuck Ondrick

Ciara Systems, Inc. (Huntington Woods, MI)

City-Yuwa Partners

Clark Consulting (Washington, D.C.)

Clark Hill P.L.C. (Detroit, MI)

Clark Patterson Associates

Clark, Linda L MD

Clark, Thomas & Winters, PC

CM2 Inc., dba The Medleh Group

Coble Taylor & Jones

Cochran Public Relations

Common Point Graphics

Communication Concepts

Conceptual Systems

Consortium Industriel Commercial & Maritime (Morocco)

Consultores Asociados

Conway Mackenzie & Dunleavy, Inc. (Birmingham, MI)

Coolidge Wall Womsley & Lombard Co. LPA (Dayton, OH)

Copesian Services

CoreBrand Corporate Branding LLC (Stamford, CT)

Corporate  Executive Board

Corporate Branding LLC

Couch White, LLP (Albany, NY)

Covington & Burling (Washington, DC)

Cramer & Laws (Germany)

Crane America Services

Creative Alliance

Crew & Buchanan (Dayton, OH)

Crew, Buchanan & Lowe

Crowell & Moring LLP

Crowley Stringer & Fenske LLP

CSFB

csm worldwide

CTA Consulting

CTG Auditors

CTJ Safety Associates, LLC (Cary, NC)

Customs Network Ltd., (United Kingdom)

Cyril & Crowley LLP

D J Lee & Associates

Dagongdatong Acct.

Darvin L. Weston dba ExportAlert

DASCO

Dave Trella/Menlo Logistics

David Cunnigham

Dayton Water Systems

Dechert LLP (New York, NY)

DecisionOne Corporation

Deloitte & Touche

Deloitte Touche Tohmatsu

Delphi Corporate India

Delphi Korea Phase 0 Tech Center

Delta College

Deneweth, Dugan & Parfitt

DePenning & DePenning

Det Norske Veritas

Detroit Translation Bureau

DeWitt Ross & Stevens

DeWitt, Balke & Vincent PLC (Detroit, MI)

Diamond Associates

Dickinson Wright P.L.L.C. (Detroit, MI)

Dierker & Associates, PC (Troy, MI)

Dinsmore & Shohl LLP (Cincinnati, OH)

Diola Carlos O MD

DJ Lee & Associates

Donald B. Scott

Donald Gober

Douglas Fekete

Drew & Napier (Singapore)

Drew, Eckl & Farnham, LLP

Driggers, Schultz & Herbst P.C. (Troy, MI)

Drinker Biddle & Reath - PA (Philadelphia, PA)

Due, Doyle, Fanning, Ewing & Metzger, LLP

Dykema Gossett P.L.L.C. - DET (Detroit, MI)

Earned Value

Edcor Data Services

EDS

ELCON (Washington, DC)

Eldridge Cooper Steichen & Leach, PLLC (Tulsa, OK)

Electricore Inc

Energy Engineering & Consulting Se

ENSR Corporation

En-Tech

Entech Utility Service Bureau Inc

EQ Heritage

Equis Corporation

Ernst & Young

Ernst & Young AG

Ernst & Young Consulting

Ernst & Young Corporate

Ernst & Young Tax Consultants

ESIS  - Chicago

Evans, Pletkoic & Rhodes, P.C.

Excel (Queretaro, Mexico)

Excise Consultant Associates

Excise Department

Exhibit Enterprises, Inc. (Rochester Hills, MI)

Exithum Consultoria em RH

EY Law Luther Menold

Eyster, Key, Tubb, Weaver & Roth

Falkowski PLLC (Novi, MI)

Fay Sharpe Fagan Minnich & McKee, LLP

FedEx Trade Networks Transport and Brokerage, Inc. (Romulus, MI)

Fidelity Employer Services Company, LLC

Fidelity Institutional Retirement Services Company

Fildes & Outland P.C.

Finger Lakes Occupational

Fish & Neave (New York, NY)

Fleishman Hillard Japan, Inc. (Tokyo, Japan)

Focus Business Services (Trenton, MI)

Foley & Lardner WI

Ford, Howard & Cornett, P.C. (Gasden, AL)

Foshee & Turner, Inc. f/k/a/ Legalink Southeast Corp (Birmingham, AL)

Foster, Swift, Collins & Smith, P.C. (Lansing, MI)

Frank J. Nawalanie

Frost Brown Todd LLC

FTI Consulting, Inc.

Fulbright & Jaworski LLP - NY

Fundação Vanzolini

Gable & Gotwals Law Firm (Tulsa, OK)

Garrigues

Gazzetta Tallent

Genzink Appraisal Company (Grand Rapids, MI)

Gibson, Dunn & Crutcher CA

Gide Loyrette Noyel

Gielowski & Steiner (Buffalo, NY)

Global Policy Group (Washington, D.C.)

Global Quality Institute

Global Water Solutions

Glover, John B

Goldberg Segalla LLP

Googasian Firm, P.C. (Bloomfield Hills, MI)

Gordon and Gordon, Lawyers (Claremore, OK)

Gowling Lafleur Henderson LLP

Grace Genson Cosgrove & Schirm P.C. (Los Angeles, CA)

Graham, Curtin & Sheridan, P.A. (Morristown, NJ)

Great Lakes Safety

Greenbaum, Rowe, Smith, Ravin, Davis & Himmel LLP (Iselin, NJ)

Greenwood Group

Groom Law Group, Chartered (Washington, DC)

Grupo Estrategia Politica (Mexico DF)

Gwinn & Roby (Dallas, TX)

Hack, Piro, O'Day, Merklinger, Wallace & McKenna, P.A.

Haley & Aldrich Inc

Haley & Aldrich of Michigan, Inc. (Plymouth, MI)

Hamberger & Weiss

Hana Accounting INC.

Hao Do

Hardy Lewis & Page P.C.

Harris Beach LLP (Pittsford, NY)

Harter, Secrest & Emery LLP

Hartman & Hartman P.C.

Hayes, Diana B Cashier

Heller Ehrman White & McAuliffe - NY (San Francisco, CA)

Helpnet Counselling

Herbert Herman

Heritage Interactive

Hewitt

Hewitt & Associates

Hickok Inc

Hill & Knowlton (Sydney, Australia)

Hill & Knowlton, Mexico (Mexico, DF)

Hill and Knowlton Brazil (Sao Paulo, Brazil)

Hill Rivkins & Hayden LLP

Hogan & Hartson, LLP (Washington, DC)

Holloway, Dobson, Bachman

Honigman Miller Schwartz and Cohn, LLP (Lansing, MI)

Honigman, Miller, Schwartz & Cohn LLP (Detroit, MI)

Horwood, Marcus & Berk Chartered (Chicago, IL)

Howard & Howard Attorneys, P.C. (Bloomfield Hills, MI)

Howard Varinsky Associates, Inc.

Hudson, Potts & Bernstein

Hunton & Williams LLP

Huron Consulting Services LLC (Chicago, IL)

I. Donald Penson, Shumaker, Loop & Kendrick, LLP (Columbus, OH)

I33 Communications LLC (New York, NY)

IBM

IESI TX Corporation

IM & C International

Imagine Company

IMAI

Improvement Partnership

INDIEC Indiana Industrial Energy Consumers, Inc. (Indianapolis, IN)

Industrial Energy Users - Ohio (Columbus, OH)

Information Specialists, Inc.

Institute of Configuration

Integrated Training Resources

Interchange Europe (Chalfont-St-Peter, United Kingdom)

Interim

Interim Healthcare Inc.

International Finacial Services Limited

International Licensing Network (New York, NY)

International Qualtiy

International SOS Assistance

ISO Project / Loy Register

ISO Project / Omnex

Isuppli

Ivins, Phillips & Barker Chartered (Washington, D.C.)

J&J Attorneys at Law (Taiwan)

J. Gordon Lewis dba J. Gordon Lewis, PLLC (Bloomfield Hills, MI)

J.M. Robertson Intellectual Property Services LLC

Jack C. Summers dba J.C. Summers & Associates

Jack Edward Tubbs dba Flint Patent Service

Jack W. Hunt & Associates

Jackson Walker LLP (San Antonio, TX)

Jaeckle Fleischmann & Mugel, LLP

Jaffe Raitt Heuer & Weiss P.C. (Southfield, MI)

James Holahan, Esq. (Rochester, NY)

Jefferson Wells

Jenner & Block

JLE Process Services, Inc.

John A. Artz P.C. (Southfield, MI)

John Huntington Crozier

John J. Coogan

John William Hoard

Johnston Barton Proctor & Powell LLP (Birmingham, AL)

Jones Day - Cleveland, OH (Cleveland, OH)

Jones Day - Washington (Washington, DC)

Jones Lang LaSalle (Chicago, IL)

Jones Lang Lasalle Americas Inc

Joseph Sandor

Judicial Arbiter Group, Inc.

Julio Garcia (Mexico)

Jung Mun Hyoung law firm

K K Anand

Kaizen

Karen Fordman

Keating, Muething & Klekamp, P.L.L. (Cincinnati, OH)

Keefe and Associates

Kenneth Mason

Kevin P. Hayes (Los Angeles, CA)

Kevin P. Weldon (Alexandria, VA)

Khanijo & Khanijo

Kim & Chang (Seoul, South Korea)

Kirton & McConkie

Klausner Group, Ltd., The

Koll & Lynch

KPMG

KPMG (Melbourne, Australia)

KPMG LLP

Kronish Lieb Weiner & Hellman LLP (New York, NY)

Ku Ja Hyoung

Kuffner & Associates

Kummer Kaempfer Bonner & Renshaw

L.C. Begin & Associates, PLLC

LaFollette Godfrey & Kahn (Madison, WI)

Lamothe & Hamilton, APLC

Landon & Starck Associates

Latham & Wise, P.C.

Lathrop & Gage (Kansas City, MO)

Laura D. Koesters Consulting, Inc.

Laura K Grandy, Trustee of the Bankruptcy Estate of Chemetco, Inc. (Belleville, IL)

Lavin O'Neil Ricci Cedrone & DiSipio – PA

Law Offices of Brian C. Pauls

Lawrence M. Elkus PLC

Lean Business Solutions

Lee Hecht Harrison

Leger Robic Richard, L.L.P.

Lehr Middlebrooks Price & Proctor

Leitner, Williams, Dooley & Napolitan, PLLC

Lenox, Socey, Wilgus, Formidoni, Brown, Giordano & Casey

Lenz & Staehehn

Letson, Griffith, Woodall, Lavelle & Rosenberg

Levasseur & Levasseur

Lewis & Kappes, P.C. (Indianapolis, IN)

Liebert Global Services

Linda Ballas dba Linda Ballas & Associates (Toledo, OH)

Linda S. Prather

Liniak, Berenato, Longaere & White

Link Testing Laboratories

Linklaters

Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. (Saginaw, MI)

LKF Associates

Locke Reynolds LLP (Indianapolis, IN)

Locker & Lee

Lord Bissell & Brook

Lori A. Sisk

Louis A Zarlenga dba Louis A. Zarlenga & Associates (Canfield, OH)

Lubecda Mary E

Lugthart Jay A MD

Maginot, Moore & Bowman

Makro Management Consulting (Prescott, AZ)

Manitz, Finsterwald & Partner (Germany)

Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Manual Industrial Property B.V.

Maria Luisa Flores Garciadiego (MEXICO)

Marilyn M. Jones & Associates, Ltd.

Mark A. Navarre (Urbana, OH)

Mark J. Kushner

Marsh USA Inc.

Marshall, Gerstein & Borun

Martin Brown & Sullivan Ltd. (Chicago, IL)

Marylou J. Lavoie

Mason Griffin & Pierson PC

Massiarelli & Setto Consulting

MathWorks, Inc.

Matkov, Salzman, Madoff & Gunn (Chicago, IL)

McAndrews Held & Malloy, Ltd. (Chicago, IL)

McCann-Erickson (Birmingham, MI)

McCarter & English (Philadelphia, PA)

McCarthy Tetrault LLP (Canada)

McCarthy, Lebit, Crystal & Liffman Co., L.P.A. (Cleveland, OH)

McDermott Will & Emery LLP (Boston, MA)

McGlynn & Luther

McKenna Long & Aldgidge LLP - LA

McKenna Long & Aldridge LLP - DC (Washington, DC)

McNees Wallace & Nurick LLC (Harrisburg, PA)

McTurnan & Turner PTR

MD Consulting/Teledynamics

Mediation Group, LLC

Meridian Resources Associates

Merrill Corp.

Mertitus Consulting Services

Meta IPACS Benchmarking

Michael D. Schloff, PLLC (Bloomfield Hills, MI)

Michael Page

Michael Shaffer

Michael, Best & Friedrich LLP (Milwaukee, WI)

Michigan State University

Micropatent dba 1790.COM

Miller Canfield Paddock & Stone, PLC - Detroit (Detroit, MI)

Miller Consulting Services

Milwaukee Metro

Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC (Boston, MA)

Miracle Software

MIT

MIT International Motor Vehicle Prog

Mitchell M. Musial II, PLLC

Molitor International

Momsen, Leonardos & Cia

Moore Hansen & Sumner

Morgan, Lewis & Bockius LLP - New York (New York, NY)

Morris, Nichols, Arsht & Tunnell

Mounce, Green, Myers, Safi & Galatzan (El Paso, TX)

Multiple Intervenors (Albany, NY)

Munro & Associates

MWH

Naciri & Associates (Morocco)

Nan Fang CPA Firm

Nanfang CPA Firm

Narvaez Law Firm, P.A.

Nationwide Advertising Service

Neal Gerber & Eisenberg, LLP (Chicago, IL)

Nelson Mullins Riley & Searborough L.L.P.

Nicholas Irene

Nicholas Positano

Noack & Associates, LLC (Washington, D.C.)

Noerr Stiefenhof

North American Turning

O.P. Bhatia

O.P. Tyagi

O'Banion & Richey LLP

O'Brien & Bails (Kalamazoo, MI)

Ogne, Alberts & Stuart, P.C. (Troy, MI)

Ohio State Univ.

Okabe

O'Melveny & Myers LLP - Los Angeles (Los Angeles, CA)

O'Melveny & Myers LLP - Washington DC (Washington, DC)

Omniture (Orem, UT)

Open Ratings

ORC Worldwide

Origin INTL INC

Panalpina, Inc. (Elk Grove Village, IL)

Parro & Parro Relacoes Governamentais S/C (Sao Bernardo do Campo, Brazil)

Parsons & Maxon Incorporated (Saginaw, MI)

Patty Y. Lerding

Paul E. Riegel, Esq.

Paul Elliott

Paul, Hastings, Janofsky & Walker LLP (GA) (Atlanta, GA)

PDXRO (Redford, MI)

Pearson Cynthia

Pedersen, Keenan, King, Wachsberg & Andrzejak, P.C. (Commerce Township, MI)

Pelaez Alonso, S.C. (Mexico)

Pellow Engineering Services, Inc.

Penn State-Dr. Joseph Dakerty

Pepper Hamilton LLP (Wilmington, DE)

Perecin Godoy Consulting

Personnel Decision Inc.

Phelps Dunbar LLP - New Orleans (New Orleans, LA)

Phifer & White, P.C.

Phillips Ormonde and Fitzpatrick

Pillsbury Winthrop Shaw Pittman LLP (Houston, TX)

Pinhiero Neto Advogados (Brazil)

Plews Shadley Racher & Braun (Indianapolis, IN)

Plunkett & Cooney, P.C.

Porter, Wright, Morris & Arthur (Columbus, OH)

Porterfield, Harper & Mills, P.A. (Birmingham, AL)

Potter Anderson & Corroon LLP (Wilmington, DE)

Pranjapee Associate

Price, Heneveld, Cooper, DeWitt & Litton (Grand Rapids, MI)

PricewaterhouseCoopers (Canada)

PricewaterhouseCoopers (China)

PricewaterhouseCoopers (Mexico)

PricewaterhouseCoopers (Washington, DC)

PriceWaterhouseCoopers LLP

Prichard, Hawkins, Davis & Young, LLP (San Antonio, TX)

Prism Business War Games Inc.

Problem Solving Ad Hoc

Productivity Improvement

Productivity Systems

PSS Consulting E&Y

PT TUV International Indonesia
PWC/Sistomo Tax Consultants
QAD China Limited
Qiuxin Audit Firm
QS Servicos Tecnicos
Quadir Ahmed
Quarles & Brady LLP
Quattlebaum, Grooms, Tull & Burrow PLLC
Quinn Emanuel Urquhart Oliver & Hedges LLP (Los Angeles, CA)
R.C. Simpson, Inc.
R.L. Kalra
Rader, Fishman & Grauer PLLC (Bloomfield Hills, MI)
Radix Group International, Inc
Raichle Banning Weise, PLLC
Ralph L. Hensler (New York, NY)
Ray, Valdez, McCristian & Jeans, P.C.
Realtime Consultants
Recognition Resource Inc
Reising, Ethington, Barnes Kisselle, P.C. (Troy, MI)
Reynolds Mark E MD
Rhodes Hieronymus Jones Tucker & Gable P.L.L.C.
Rhonda L. McCoy-Pfau PLLC (Canton, MI)
Rickun James S
Rithc Heather Y. Mueller, S.C.
Riverfront Medical Services, P.C. (Liverpool, NY)
Robbins GIOIA
Robert Half
Robert Hughes Associates, Inc.
Robert M. Morgan (Detroit, MI)
Robertson & Mullinax, LLC (Greenville, SC)
Rochester Precicion
Rodriguez, Colvin & Chaney, L.L.P (Brownsville, TX)
Rogitz & Associates
Ruger, Barthelt & Ahel
Russell A. Farrow, Limited (Canada)
Rutledge Tonya R
SP Nagrath & Co.
Saarakshi Enterprises
Salomon Smith Barney
Sandler & Travis Trade Advisory Services, Inc (Farmington Hills, MI)
Sapient
Sarakashi Enterprises
Saul J. Faerstein, M.D. (Beverly Hills, CA)
Savety Innovations LTD
Scheuer Mackin & Breslin LLC
Schneble, Gass & Assoc. Co., L.P.A.
Schreck Brignone (Las Vegas, NV)
Scott T. Wakeman
Secrest, Wardle, Lynch, Hampton, Turex and Morley P.C.

– MI
Sedgwick Claims Management Services, Inc.
Seva Technologies
SGS Conrtoll CO MBH
Shaffer Environmental
Shainin
Shainin LLC
Shainin Services
Shaw E & I
Shawn Foster
Shearman & Sterling - NY (New York, NY)
Shearman & Sterling LLP
Sherin & Lodgen
Shlesinger Arkwright & Garvey L.L.P.
Shussei
Sidley Austin Brown & Wood LLP (Belgium)
Sigma Learning LLC
Sign Language Connection
Six Sigma Academy
Skadden, Arps, Slate, Meagher & Flom LLP (Washington, D.C.)
Slagle, Bernard & Gorman, P.C. (Kansas City, MO)
SLC Consultants
Smart Document Solutions
Smiley-Smith & Bright CPAs, LLC (Montgomery, AL)
Smith, Gambrell & Russell, L.L.P.
Smithers Scientific
Smithyman & Zakoura, Chartered (Overland Park, KS)
Snell & Wilmer LLP - AZ
Sofgen Computer Consultants
Software Systems / Sun System
Solution Strategies, Inc.
Sonnenschein Nath & Rosenthal LLP - DC (Washington, DC)
Sonye Engineering LLC (Rochester Hills, MI)
Southwest Research
Special Counsel (Troy, MI) (Contract Employees)
Specialized Topics
Spherion Corp
Spirax Sarco
Squire, Sanders & Dempsey, L.L.P. - DC (Washington, DC)
Stan J
Stanford D. Hanson dba Airbag Systems, Inc. (Farmington Hills, MI)
Stanton Park Group LLC (Washington, D.C.)
Stephen J. Spurr (Grosse Pointe Park, MI)
Stericycle
Steve Johnson
Storm consulting
Storm Water Consultants
Stout Risius Ross, Inc.

Studio Torta, S.r.l.

Summit Energy Services Inc

Sutherland Asbill & Brennan LLP (Washington, DC)

Suzuki Myers & Associates (Novi, MI)

Swift Currie McGhee & Hiers, LLP

Tailor Made Consulting

Tate & Tate (Medford, NJ)

Tatum Partners

Tawas Industries Components Management Services LLC (Brighton, MI)

Tax Consultancy Bureau

TBM

Tec Ease Inc

Tech Caliber

TechCentral

Tenant Co

TGI Direct (Flint, MI)

The Dickerman Group, Ltd

The Tax Veterans

Think Inc.

Thomas A. Bender, M.D.

Thomas J. Knopf Mediation Services, Inc. (Louisville, KY)

Thompson & Knight LLP (Dallas, TX)

Thompson, Hine & Flory, LLP (Dayton, OH)

Thorn Gershon Tyman and Bonanni, LLP (Albany, NY)

Towers Perrin

TPI

Training Services

Training Services & Solutions

Treasurer State of OH

Trigon Synergies P. Ltd.

Trigram Plus

Tsar and Tsai

TSSC

Turner Reid Duncan Loomer & Patton P.C. (Springfield, MO)

TUV Indonesia

TUV Rheinland Group

TWI

TWI – Chuck Ward, Dave Meiers

TWI - Sammy Obara

TWI Network

TWI Network Inc.

TWI Networking

UBS

UHY Mann Frankfort Stein & Lipp Advisors, Inc. (Houston, TX)

Unigraphics Solutions Inc

University health

Uria & Menendes

Urquhart-Dykes & Lord

URS Corporation

Value Analysis Corporation

Value Analysis Inc.

VCD Engg and Consultants

Venable LLP

Vercruysse Metz & Murray (Bingham Farms, MI)

Vereenigde

VK Wadhwan

von Kreisler Selting Werner

Vorys, Sater, Seymour & Pease LLP (Columbus, Ohio)

VTS

Wagner & Geyer

Ward Norris Heller & Reidy, LLP (Rochester, NY)

Washington Patent Services, Inc. (South Pasadena, FL)

Watkins Ludlam Winter & Stennis, P.A.

Watson Wyatt & Company

Wax Law Group

Wayne State Univ.

Webb Law Firm

Webb Ziesenheim Logsdon Orkin & Hanson, P.C. (Pittsburgh, PA)

Weingarten & Reid (Albany, NY)

Welch Consulting, LTD (Santa Monica, CA)

Wells, Anderson & Race, LLC (Denver, CO)

Wesley D. Pack Jr. (Gilbert, AZ)

White and Williams LLP

Whiteside Communication Management (Southfield, MI)

WIEG, Inc. (Madison, WI)

William L. Freeh

William R. Jentes P.C. (Chicago, IL)

Williams Mullen Clark & Dobbins (Richmond, VA)

Wilmer Cutler Pickering Hale and Dorr, LLP (Washington, District of Columbia)

Wilmer Law Offices, Inc.

Wilson, Elser, Moskowitz, Edelman & Dicker L.L.P.

Winship Rehabilitation, Inc. (Cheektawaga, NY)

Winston & Srawn LLP – NY

Wise, Carter, Child & Caraway

Wood, Herron & Evans, L.L.P.

Wooden & McLaughlin, LLP (Indianapolis, IN)

Woodward Hobson & Fulton (Louisville, KY)

Woolcott & Company

Workers Health

World Class Engineering

Wright Lindsey & Jennings LLP

Wyoming Public Schools

Xavier De Ryck (France)

Xpedex

Young & Basile P.C. (Troy, MI)

Young & Rubicam, Inc. Burson Marsteller (Chicago, IL)

Yuasa & Hara (Japan)

| | |
|---|---|
| Yudhveer Yadav | Lippert, Humphreys, Campbell, Dust & Humphreys, P.C. |
| Zaril Enterprises | Mark A. Navarre |
| Zeanah, Hust & Summerford | McCann-Erickson |
| Zimmermann & Associates | McCarthy Tetrault LLP |
| AJM | Miller Canfield Paddock & Stone, PLC |
| Asset Mfg Resources | N.A. Williams Co. |
| Baker & Daniels | NAPA Sales |
| Baker Botts LLP | Neal Gerber & Eisenberg, LLP |
| Balch & Bingham LLP | Northeastern Marketing |
| Banner & Witcoff, Ltd | O'Melveny & Myers LLP |
| Bedi Strategies, Inc. | On-Mark Sales |
| Bliss McGlynn P.C. | Orion Adv. Mktg |
| Brenda Veit | Panalpina, Inc. |
| Burson Marsteller | Parsons |
| Burson-Marsteller | Parsons & Maxon Incorporated |
| Butzel, Long | Paul Hastings Janofsky & Walker LLP |
| Calwest | PDXRO |
| Cantor Colburn LLP | Pepper Hamilton LLP |
| Cardoza | Phelps Dunbar LLP |
| Carquest | Pillsbury Winthrop Shaw Pittman LLP |
| Cattel, Tuyn & Rudzewicz, PLLC | Price, Heneveld, Cooper, DeWitt & Litton |
| Chris Kouri & Assoc. | Rader, Fishman & Grauer PLLC |
| Clark Consulting | Reising, Ethington, Barnes Kisselle, P.C. |
| Clark Hill P.L.C. | Rhonda L. McCoy-Pfau PLLC |
| Coe & Associates | Richards Spears Kibbe & Orbe LLP |
| Conway McKinsey and Dunlevy | Russell A. Farrow, Limited |
| CTJ Safety Associates | Russell Reynolds |
| Danzas AEI Customs Brokerage Services | Sandler & Travis Trade Advisory Services, Inc |
| Danzas AEI Intercontinental | SAP Consulting |
| Dickson Allen | Savety Innovations Ltd |
| Drinker Biddle & Reath - PA | Siskel Sales Company |
| Dykema Gossett P.L.L.C. | Smiley-Smith & Bright CPAs, LLC |
| E&Y | Squire, Sanders & Dempsey, L.L.P. |
| FedEx Trade Networks Transport and Brokerage, Inc. | SRS Marketing Co. |
| Fleishman Hillard Japan, Inc. | Stanton Park Group LLC |
| Foley & Lardner LLP | Stout Risius Ross |
| Hirsig-Frazier Co. | Suh & Assoc. |
| Howard & Howard Attorneys, P.C. | Suri & Company |
| Huron Consulting Services LLC | Thompson, Hine & Flory, LLP |
| I33 Communications LLC | UHY Mann Frankfort Stein & Lipp Advisors, Inc. |
| Interchange Europe | Ward Norris Heller & Reidy, LLP |
| J. Gordon Lewis, PLLC | Whiteside Communication Management |
| Johnston Barton Proctor & Powell LLP | Wilmer Cutler Pickering Hale and Dorr, LLP |
| Jones Day | Wooden & McLaughlin, LLP |
| Kim & Chang | Young & Rubicam, Inc. |
| Kitchin & Sons Inc. | Yuasa & Hara |
| Law Offices of Albert M. Gutierrez, P.C. | |

## State and Other Governmental Authorities With an Interest in the Company

Georgia Department of Natural Resources

IDEM - Office of Land Quality (Indiana)

Illinois Environmental Protection Agency

NYSDEC

Ohio Department of Commerce

Oklahoma Corporate Commission

Pension Benefit Guaranty Corporation (PBGC)

Internal Revenue Service

Pension Benefit Guaranty Corporation

U.S. Department of Transportation

U.S. Environmental Protection Agency

OHSA

ADEM – Water Division – Compliance Unit of Ground Water Branch [Alabama]

ADEQ Tanks Program Division – Inspection and Compliance Unit [Arizona]

Air Resources Board (ARB) [California]

Alabama Department of Environmental Management (ADEM)

Arizona Department of Environmental Quality (ADEQ)

California Environmental Protection Agency:  (Cal EPA)

Certified Unified Program Agencies (CUPA) [California]

Colorado Department of Public Health and Environment (DPHE)

Department of Toxic Substances Control [California]

Georgia Department of Natural Resources – Environmental Protection Division

Georgia DNR – Environmental Protection Division – Hazardous Waste Management – Land Protection Division

Illinois Environmental Protection Agency (Illinois EPA)

Illinois EPA – Bureau of Land – Leaking Underground Storage Tank Section

Indiana Department of Environmental Management (IDEM)

Integrated Waste Management Board (CIWMB) [California]

Kansas Department of Health & Environment

KDHE – Bureau of Environmental Remediation – Storage Tank Section [Kansas]

Kentucky Environmental and Public Protection Cabinet

Kentucky Environmental and Public Protection Cabinet – Division of Waste Management – Underground Storage

Tank Branch

Michigan Department of Environmental Quality

Michigan DEQ – Waste And Hazardous Materials – storage tanks

Minnesota Pollution Control Agency

Mississippi Department of Environmental Quality

Missouri Department of Natural Resources

Missouri Department of Natural Resources – Air and Land Protection Division – Hazardous Waste Program – Tanks Section

New Jersey Department of Environmental Protection

New York State Department of Environmental Conservation (NYSDEC)

NYSDEC – Division of Environmental Remediation – Petroleum and Chemical Bulk Storage Program [New York]

Office of Environmental Health Hazard Assessment (OEHHA) – Prop 65 [California]

Ohio Department of Commerce – State Fire Marshal Division – Bureau of Storage Tank Regulations (BUSTR)

Ohio Environmental Protection Agency

Oklahoma Corporate Commission; The Oklahoma DEQ

Oklahoma Department of Environmental Quality

Pennsylvania Department of Environmental Protection

Pennsylvania Department of Environmental Protection – Bureau of Waste Management – The Division of Storage Tanks

Regional Air Pollution Control Agency (RAPCA) [Ohio]

South Carolina Department of Health and Environmental Control

South Carolina Department of Health and Environmental Control – Office of Environmental Quality Control – Bureau of Land and Waste Management – Underground Storage Tank Program

State Department of Health Services, Office of Drinking Water [California]

State Regional Water Quality Control Boards [California]

State Water Resources Control Board (SWRCB) [California]

Tennessee Department of Environmental & Conservation

Texas Commission on Environmental Quality

Wisconsin Department of Natural Resources

## Underwriters of Securities Issued by the Company During the Past Three Years:

| | |
|---|---|
| Banc of America Securities LLC | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Barclays Capital Inc. | Mesirow Financial, Inc.[1] |
| BNP Paribas Securities Corp | Morgan Stanley & Co. Incorporated |
| Citigroup Global Markets Inc. | Oppenheimer & Co. Inc. |
| Credit Suisse First Boston LLC | Quick & Reilly, Inc. |
| Deutsche Bank Securities Inc. | RBC Dain Rauscher Inc. |
| HSBC Securities (USA) Inc. | Ryan Beck & Co. |
| J.P. Morgan Securities Inc | UBS Securities LLC |
| Morgan Stanley & Co. Incorporated | Utendahl Capital Partners, L.P. |
| Ramirez & Co., Inc. | Wachovia Capital Markets, LLC |
| The Royal Bank of Scotland plc | Wells Fargo Van Kasper LLC |
| Tokyo-Mitsubishi International plc | Banc of America Securities LLC |
| UBS Securities LLC | Barclays Capital Inc. |
| A.G. Edwards & Sons, Inc. | BNP Paribas Securities Corp |
| ABN AMRO Incorporated | Citigroup Global Markets Inc. |
| Advest, Inc. | Comerica Securities, Inc. |
| Banc of America Securities LLC | Credit Suisse First Boston LLC |
| BB&T Capital Markets, a division of Scott and Stringfellow, Inc. | Deutsche Bank Securities Inc. |
| C.L. King & Associated, Inc. | HSBC Securities (USA) Inc. |
| Comerica Securities | J.P. Morgan Securities Inc. |
| D.A. Davidson & Co. | McDonald Investments Inc., a KeyCorp Company |
| Deutsche Bank Securities Inc. | Merrill Lynch, Pierce, Fenner & Smith Incorporated |
| Ferris, Baker Watts, Incorporated | Morgan Stanley & Co. Incorporated |
| Janney Montgomery Scott LLC | SG Cowen Securities Corporation |
| McDonald Investments Inc., a KeyCorp Company | The Royal Bank of Scotland plc |
| Samuel A. Ramirez & Company, Inc. | UBS Securities LLC |
| Scotia Capital (USA) Inc. | Williams Capital Group, L.P. |
| Southwest Securities, Inc. | |
| Stifel, Nicolaus & Company, Incorporated | |
| U.S. Bancorp Piper Jaffray Inc. | |

---

[1] While the Debtors have listed Mesirow Financial, Inc. ("Mesirow") in their parties in interest list as an underwriter of securities issued by the Debtors over the past three years, Mesirow has confirmed that it was not an underwriter of any securities of the Debtors.

## Unions Representing Company Employees

AFL-CIO Local 755

AW Local 286

EAST – Electronic and Space Technicians

EAST Local 1553

Electronic and Space Technicians Local 1553

IAM & AW – International Association of Machinists and Aerospace Workers

IAM Local 78

IBEW – International Brotherhood of Electrical Workers

IBEW Local 663

International Association of Machinists, AFL-CIO Tool and Die Makers Lodge 78

International Brotherhood of Electrical Workers, AFL-CIO Local 663

International Union of Operating Engineers Local 101-S

International Union of Operating Engineers Local 18-S

International Union of Operating Engineers, Local No. 101

International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)

IUE Local 1111

IUE Local 416

IUE Local 698

IUE Local 709

IUE Local 711

IUE Local 717

IUE Local 718

IUE Local 755

IUE Local 801

IUE, AFL-CIO Local 698

IUE, AFL-CIO Local 711

IUE, AFL-CIO Local 718IUE

IUE-CWA – International Union of Electronic, Electrical, Salaried, Machine & Furniture Workers – Communications Workers of America

IUE-CWA Local 1111

IUE-CWA Local 416

IUE-CWA Local 709

IUE-CWA, AFL-CIO Local 801

IUE-CWA, AFL-CIO,CLC Local 717

IUE-CWA, the Industrial Division of the Communications Workers of America, AFL-CIO

IUE-CWA, The Industrial Division of the Communications Workers of America, AFL-CIO, CLC

IUOE – International Union of Operating Engineers

IUOE Local 832S

UAW – United Automobile, Aerospace and Agricultural Implement Workers of America

UAW Amalgamated Local 292

UAW Amalgamated Local 686

UAW Local 1021

UAW Local 1097

UAW Local 167

UAW Local 1866

UAW Local 2031

UAW Local 2083

UAW Local 2151

UAW Local 2157

UAW Local 2188

UAW Local 2190

UAW Local 2195

UAW Local 286

UAW Local 292

UAW Local 438

UAW Local 467

UAW Local 651

UAW Local 662

UAW Local 686

UAW Local 686, Unit 19

UAW Local 696

UAW Local 699

UAW Local 913

UAW Local 969

UAW, International Union, United Automobile, Aerospace and Agricultural Implement Workers of America

United Steelworkers of America

United Steelworkers of America AFL-CIO/CLC, Local Union 87

USW Local 87

USWA – United Steelworkers of America AFL-CIO/CLC

## United States Bankruptcy Judge in the Delphi cases

Honorable Robert D. Drain

## Courtroom Deputy for the Honorable Robert D. Drain

Dorothy Li

## Law Clerks for the Honorable Robert D. Drain

James M. Millerman                                    John Lucas

## U.S. Trustee for the Southern District of New York and Related Staff

Alicia M. Leonhard                                    Hector Soto
Andy Velez-Rivera                                     Hollie T. Elkins
Anna M. Martinez                                      Maria Catapano
Brian S. Masumoto                                     Marilyn Felton
Catletha Brooks                                       Mary Elizabeth Tom
Courtney Arso                                         Mary V. Moroney
Danny A. Choy                                         Myrna R. Fields
Darin L. Mobley                                       Nadkarni Joseph
Deirdre A. Martini                                    Pamela J. Lustrin
Delores Lord                                          Paul K. Schwartzberg
Elizabeth Austin                                      Richard C. Morrissey
Elizabeth C. Dub                                      Sylvester Sharp
Ercilia A. Mendoza                                    Tracy Hope Davis
Greg M. Zipes

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Case No. 05-44481 (RDD) |
| | ) | |
| DELPHI CORPORATION, et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Chapter 11 |
| ——————————————————— | ) | |

**FINAL ORDER UNDER 11 U.S.C. §§ 327(a), 328, AND 1103 AND**
**FED. R. BANKR. P. 2014(a) AUTHORIZING EMPLOYMENT**
**AND RETENTION OF WARNER STEVENS, L.L.P. AS CONFLICTS**
**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the application, dated November 15, 2005 (the "Application"), of the Official

Committee of Unsecured Creditors (the 'Committee") of the above-captioned debtors and

debtors in possession (collectively, the "Debtors"), for an order (the "Order"), pursuant to 11

U.S.C. §§ 327(a), 328 and 1103 and Fed. R. Bankr. P. 2014, authorizing the employment and

retention of Warner Stevens, L.L.P. ("Warner Stevens") as conflicts counsel to the Committee in

these chapter 11 cases; and upon the Declaration of Michael D. Warner in Support of the

Application for Order Authorizing Employment and Retention of Warner Stevens, L.L.P. as

Conflicts Counsel to the Official Committee of Unsecured Creditors; and this Court having

determined that the relief requested in the Application is in the best interests of the Debtors, their

estates, their creditors, and other parties-in-interest; and it appearing that proper and adequate

notice of the Application has been given and that no other further notice is necessary; and after

due deliberation thereon; and good and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted in all respects; and it is further

ORDERED that the Committee is authorized to retain Warner Stevens as its conflicts

counsel, pursuant to Bankruptcy Code §§ 327 (a), 328 and 1103, (a) to perform services on the

bankruptcy-related matters which Latham & Watkins ("Latham") cannot handle because such

matters involve Latham's respective clients and could present potential conflicts of interest for

Latham, and (b) to perform other discrete duties as are assigned by Latham to Warner Stevens, as

generally described in the Application and the Declaration of Michael D. Warner; and it is

further

ORDERED that payment of Warner Stevens' fees and expenses shall be made, subject to

Bankruptcy Court review and approval, pursuant to the terms described in the Application and

the Declaration of Michael D. Warner, in accordance with the applicable provisions of the

Bankruptcy Code (including sections 328, 330 and 331 of the Bankruptcy Code), the Bankruptcy

Rules, and the Local Rules and Orders of this Court; and it is further

ORDERED that the requirement under Rule 9013-1(b) of the Local Bankruptcy Rules for

the United States Bankruptcy Court for the Southern District of New York for the service and

filing of a separate memorandum of law is deemed satisfied by the Application.

ORDERED that the Committee shall serve a copy of this Order on the United States

Trustee and the Debtors by hand or overnight mail within five days from the date hereof.

Dated: January 6, 2006
       New York, New York


        _____/s/ Robert D. Drain_____
        UNITED STATES BANKRUPTCY JUDGE