# EXHIBIT "C"

**EXHIBIT "C"**
**Warner Stevens, L.L.P. - Professional and Paraprofessional Summary**
**For the Billing Period November 10, 2005 through January 1-31, 2006**

| Timekeeper | Initials | Position | Year Admitted | Hours | Hourly Rate | Amount |
|---|---|---|---|---|---|---|
| Stevens, Lewis T. | LTS | Partner | 1975 | 19.3 | $550 | $9,680.00 |
| Stevens, Lewis T. | LTS | Partner | 1975 | 6.9 | $485 | $3,346.50 |
| Cohen, David T. | DTC | Partner | 1984 | 25.6 | $525 | $12,915.00 |
| Cohen, David T. | DTC | Partner | 1984 | 42.7 | $475 | $20,282.50 |
| Resler, Jeffrey A. | JAR | Partner | 1988 | 59.8 | $525 | $30,870.00 |
| Resler, Jeffrey A. | JAR | Partner | 1988 | 164.6 | $475 | $78,185.00 |
| Warner, Michael D. | MDW | Partner | 1984 | 58.3 | $525 | $30,607.50 |
| Warner, Michael D. | MDW | Partner | 1984 | 70.9 | $475 | $33,677.50 |
| Erler, Jeffrey R. | JRE | Partner | 1996 | 21.2 | $440 | $9,328.00 |
| Erler, Jeffrey R. | JRE | Partner | 1996 | 4.7 | $400 | $1,880.00 |
| Greene, Kenneth C. | KCG | Associate | 1993 | 1.3 | $440 | $132.00 |
| Chou, Emily S. | ESC | Partner | 1998 | 15.3 | $415 | $6,349.50 |
| Chou, Emily S. | ESC | Partner | 1998 | 39.2 | $350 | $12,180.00 |
| Olenczuk, Alexandra P. | APO | Associate | 1994 | 6.9 | $350 | $2,415.00 |
| Scurlock, Laura G. | LGS | Associate | 2001 | 55.6 | $340 | $18,564.00 |
| Scurlock, Laura G. | LGS | Associate | 2001 | 121.1 | $300 | $35,610.00 |
| Key, J. Todd | JTK | Associate | 2000 | 11.1 | $340 | $3,774.00 |
| Key, J. Todd | JTK | Associate | 2000 | 2.6 | $250 | $650.00 |
| Reid, Christine M. | CR | Sr. Paralegal | | 69.7 | $160 | $10,992.00 |
| LaBrada, Kerri L. | KLL | Paralegal | | 7.5 | $125 | $937.50 |
| **TOTALS** | | | | **804.3** | | **$322,376.00** |