# EXHIBIT "E"

**EXHIBIT "E"**
**Warner Stevens, L.L.P. - Billing Task Code Summary**
**For the Reporting Period November 10, 2005 through January 31, 2006**

| Task Description | Task Code | Hours | Aggregate Fees |
|---|---|---|---|
| Bank of America Lien Review | BA | 66.8 | $24,022.00 |
| Deloitte & Touche Employment Review | DT | 60.2 | $25,629.50 |
| Employment Application | EA | 29.5 | $8,232.50 |
| Fee Application | FA | 11.5 | $3,884.00 |
| General Committee Operations & Issues | GC | 152.1 | $61,558.00 |
| Secured Lender Lien Review | LR | 484.2 | $199,050.00 |
| | | | |
| **TOTALS** | | **804.3** | **$322,376.00** |