# EXHIBIT "F"

**EXHIBIT "F"**
**Warner Stevens, L.L.P. - Expense & Disbursements Summary**
**For the Reporting Period November 10, 2005 through January 31, 2006**

| Description | Nov 10–Dec 31, 2005 | January 2006 | Reporting Period |
|---|---|---|---|
| Courier Service | $84.90 | $1,182.97 | $1,267.87 |
| Electronic Legal Research | $639.60 | $6,494.29 | $7,133.89 |
| Lien Research / Retrieval Fees | $0.00 | $128.68 | $ 128.68 |
| Photocopy & Printing | $518.80 | $0.00 | $ 518.80 |
| Travel - Airfare | $0.00 | $3,944.50 | $3,944.50 |
| Travel - Ground Transportation | $294.72 | $773.28 | $1,068.00 |
| Travel - Lodging | $0.00 | $867.57 | $ 867.57 |
| **TOTAL EXPENSES** | **$1,538.02** | **$13,391.29** | **$14,929.31** |