UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re: Delphi Automotive Systems LLC<br><br>Debtor. | Chapter 11<br>Case Nos. 05-44481<br><br>Claim No. |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1. TO: __WRIGHT STATE UNIVERSITY__ ("Transferor")
   [TRANSFEROR NAME & ADDRESS]
   __143 ALLYN HALL 3640 COL GLEN H__

   __Attn BURSAR OFFICE__
   __DAYTON, OH 454350001__

2. Please take notice of the transfer of $ __17,720.20__ of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   **Transfer $17,720.20 to:**
   __Madison Investment Trust - Series 38__ ("Transferee")
   [TRANSFEREE NAME & ADDRESS]
   __6310 Lamar Avenue, Suite 120__

   __Overland Park, KS    66202__

No action is required if you do not object to the transfer of your claim.

_Sally Meyer_
Sally Meyer
Madison Liquidity Investors, LLC.
(800) 896-8913

999-000/Forms/27475.1

EVIDENCE OF TRANSFER OF CLAIM

TO: New York Southern Bankruptcy Court
AND TO: Madison Liquidity Investors, LLC.
6310 Lamar Ave, Suite 120
Overland Park, KS 66202

_____Wright State University_____, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Madison Liquidity Investors, LLC., its successors, with offices at 6310 Lamar Ave, Suite 120, Overland Park, KS 66202, and assigns all right, title and interest in and to the Claim(s) of Claimant against Delphi Automotive Systems LLC in the New York Southern Bankruptcy Court, The case entitled In re Delphi Automotive Systems LLC, with a Case Number of 05-44481 pending in the Court., including without limitation those receivables of Claimant.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHERE OF, dated as of the _April 25, 2006_

Name: ___Wright State University___
By: _[signature]_
(Signature of Claimant)

04-28-06A09:19 RCVD

Print Name: ___Matthew V. Filipic___
___Vice President for Business and Fiscal Affairs___
___Wright State University___
(Address)
___328 University Hall, Dayton, OH  45435___
(Address)
___31-0732831___
(SS#/Tax ID)


By: _____
(Signature of Co-Claimant)

Print Name: _____

_____
(Address)

_____
(Address)

_____
(SS#/Tax ID)

Transfer Agreement Number: 102405239

Accepted: Madison Liquidity Investors, LLC

By: _[signature]_