HEARING DATE & TIME:  JUNE 20, 2006 AT 10:00 A.M. (Eastern)
OBJECTIONS DUE:  JUNE 13, 2006, AT 4:00 P.M. (Eastern)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481(RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| ———————————————————— | ) | |

**NOTICE OF FILING FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF WARNER STEVENS, L.L.P., AS CONFLICTS
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD OF NOVEMBER 10, 2005 THROUGH JANUARY 31, 2006**

PLEASE TAKE NOTICE that on April 28, 2006, Warner Stevens, L.L.P., as Conflicts Counsel to the Official Committee of Unsecured Creditors (the "Committee") of Delphi Corporation and its affiliated debtors in the above-captioned cases (collectively, "Delphi" or the "Debtors"), filed its First Interim Application for Compensation and Reimbursement of Expenses for the Period of November 10, 2005 through January 31, 2006 (the "Application"), with the United States Bankruptcy Court for the Southern District of New York.

PLEASE TAKE FURTHER NOTICE that the Application requests interim approval of compensation for professional fees in the amount of $322,376 and reimbursement of expenses incurred in the amount of $14,929.31 for the period of November 10, 2005 through January 31, 2006.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on June 20, 2006, at 10:00 a.m. (Eastern) (the "Hearing") before the Honorable Robert D. Drain, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York, 10004.

PLEASE TAKE FURTHER NOTICE that the Application may be (1) examined and inspected by interested parties between the hours of 9 a.m. and 4:30 p.m. (Eastern) during the

days when the Court is in session, at the offices of the Clerk of the Bankruptcy Court, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York, 10004-1408, (2) viewed online at http://www.nysb.uscourts.gov or

http://www.delphidocket.com, or (3) obtained by providing written request to Warner Stevens,

L.L.P., at the address listed below.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the compensation and

expenses described in the Application must comply with the Federal Rules of Bankruptcy

Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of

New York, must be set forth in writing describing the basis for such objection and must be filed

with the Court electronically in accordance with General Orders M-182 and M-193, as amended,

by registered users of the Bankruptcy Court's electronic case filing system and, by all other

parties in interest, on a 3½ inch disk, preferably in Portable Document Format (pdf),

WordPerfect or any other Windows-based word processing format (with a hard copy delivered

directly to Chambers) and served in accordance with General Order M-182, as amended, or by

first-class mail upon each of the following: (i) Delphi corporation, 5725 Delphi Drive, Troy,

Michigan, 48098, Attn: General Counsel; (ii) Skadden Arps Slate Meagher & Flom LLP, 333

West Wacker Drive, Suite 2100, Chicago, Illinois, 60606, Attn: John Wm. Butler, Jr., Esq.; (iii)

Office of the United States Trustee, 33 Whitehall Street, Suite 2100, New York, New York,

10004, Attn: Alicia M. Leonhard, Esq.; (iv) Latham & Watkins LLP, 885 Third Avenue, New

York, New York, 10022-4802, Attn: Robert J. Rosenberg, Esq., (v) Simpson Thacher & Bartlett

LLP, 425 Lexington Avenue, New York, New York, 10017, Attn: Marissa Wesley, Esq.; (vi)

Davis Polk & Wardell, 450 Lexington Avenue, New York, New York, 10017, Attn: Marlane

Melican, Esq.; and (vii) Warner Stevens, LLP, 301 Commerce, Suite 1700, Fort Worth, Texas,

76102, Attn: Michael D. Warner, so as to be **received no later than 4:00 p.m. (Eastern) on June 13, 2006**.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the Hearing.  If no objections to the Application are timely filed and served in accordance with the procedures set forth herein and in the Case Management Order, the Bankruptcy Court may enter an order granting the Application without further notice.

Dated: April 28, 2006

*/s/ Michael D. Warner*

Michael D. Warner (MW-3381)
WARNER STEVENS, L.L.P.
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
Telephone:  817.810.5250
Facsimile:  817.810.5255
Email:  mwarner@warnerstevens.com

CONFLICTS COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS