United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| Delphi Automotive Systems, Llc | } Chapter 11 |
| | } |
| | } Case No. 05-44640 |
| Debtor | } |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **EATON CORP (related document [2732])** in the amount of **$392,204.05** is hereby withdrawn by Liquidity Solutions, Inc dba Revenue Management

By/s/Mike Richards
Liquidity Solutions, Inc
Dba Revenue Management
201-968-0001