United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $6,018.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

NORMAN STEIN & ASSOC INC
PO BOX 331
NEW HAVEN, IN 46774

The transfer of your claim as shown above in the amount of $6,018.00 has been transferred to:

> Liquidity Solutions, Inc.
> Dba Revenue Management
> One University Plaza
> Suite 312
> Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

796410

05-44481-rdd    Doc 3483    Filed 04/28/06    Entered 04/28/06 12:26:52    Main Document    Pg 2 of 2

APR-11-2006 TUE 02:54 PM    NORMAN STEIN& ASSO    FAX No. 2604204100    P. 005
From: Isi To: Kristin Stein    Date: 4/11/2006 Time: 2:08:46 PM    Page 5 of 5

## Transfer Notice

NORMAN STEIN & ASSOC. INC. ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **Coupled Products, Inc.** (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the Claims of Assignor in the aggregate amount of $6,018.00 representing all claims against the Debtor in the United States Bankruptcy Court, **Southern District of New York**, administered as Case No. 06-10359.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of April, 2006.

WITNESS:
NORMAN STEIN & ASSOC. INC.

By: _____
(Signature)

Norman Stein - Owner
(Print Name and Title)

REVENUE MANAGEMENT

By: _____
(Signature)

Chris Oh
(Print Name and Title)