# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Corporation**
Case No. 03-44481
(Related Docket No. 3214)

Court ID (Court Use Only)_____

## NOTICE OF AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

CAPITAL MARKETS
Name of Transferee

WESTERN NEW YORK FLUID
Name of Transferor

Name and Address where notices and payments to transferee should be sent
CAPITAL MARKETS
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone: (201) 968-0001

Court Record Address of Transferor
(Court Use Only)
Name and Current Address of Transferor
WESTERN NEW YORK FLUID
245 SUMMIT POINT DR STE 7
HENRIETTA, NY 14467

| CLAIM NO. | PRIORITY | GENERAL UNSECURED |
|---|---|---|
| 696 | $41.47 | $244.53 |
| 701 | $102.31 | $603.29 |
| 705 | $26.06 | $153.64 |
| 699 | $374.56 | $2,208.64 |
| 695 | $102.35 | $603.54 |
| 698 | $37.47 | $220.93 |
| 706 | $36.48 | $215.10 |
| 702 | $167.27 | $986.33 |
| 709 | $104.52 | $616.28 |
| 694 | $71.17 | $419.63 |
| 704 | $33.71 | $198.79 |
| 703 | $6.96 | $41.04 |
| 697 | $78.71 | $464.09 |
| 707 | $64.08 | $377.88 |
| 693 | $65.44 | $385.86 |
| 710 | $30.76 | $181.40 |
| 708 | $453.78 | $2,675.74 |
| 700 | $57.48 | $338.92 |
| DATE FILED: 11/21/2005 | TOTAL | $12,790.21 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief
By:/s/Jim Yenzer
Transferee/Transferee's Agent

Date: 4/28/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
CLERK OF THE COURT
496514

From: David   To: Peter Jobling                                   Date: 1/3/2006   Time: 11:50:20 AM

## TRANSFER NOTICE

WESTERN NY FLUID SYST TECH INC ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT **Delphi Corporation et al**,. (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the WESTERN NY FLUID SYST TECH INC Claims of Assignor in the aggregate amount of $12,790.21 representing all claims against Delphia Corporation et al., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern **District of New York** administered as **Case Number 05-44481**

IN WITNESS WHEREOF, Assignor has signed below as of the  3  day of  JAN , 2005. 2006

WESTERN NY FLUID SYST TECH INC

WITNESS:

Sharon L. Arena                                    By: Susan Campbell
(Signature)                                            (Signature)

Sharon L. Arena                                    Susan Campbell
(Print Name of Witness)                                (Print Name and Title)

JAN-03-2006 TUE 01:46 PM        FAX NO.        P. 05