# Delphi Corporation, et al.
# Chapter 11 Case 05-44481 (RDD)
# Deloitte and Touche LLP
# First Interim Application
# (10/08/05 - 01/31/06)
# Exhibit A

| | | |
|---|---|---:|
| Total Fees | $ | 5,164,382.60 |
| Discount [1] | | (1,032,876.52) |
| Adjusted Total Fees | | 4,131,506.08 |
| | | |
| Total Expenses [2] | | 4,660.98 |
| | | |
| **Total Due** [3] | $ | **4,136,167.06** |

(1) The discount above reflects a reduction in fees for the period covered by this interim application, consistent with the engagement letter dated August 29, 2005, and the retention affidavit of Brock E. Plumb.

(2) This interim application excludes the majority of expenses incurred by Deloitte & Touche LLP personnel while providing professional services to Delphi, during the period encompassed by this interim application. Deloitte & Touche LLP is voluntarily waiving the collection of the majority of its expenses for the period encompassed by this interim application.

**(3) PLEASE NOTE - this application does not constitute an invoice and Debtor personnel should not issue any payment related to this application at this time.**