**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Partner/Principal/Director** | | | |
| Aughton, Jeffery S | $ 650.00 | 247.5 | $ 160,875.00 |
| Aukerman, Jeffrey A | $ 650.00 | 9.5 | 6,175.00 |
| Colin, Robert L | $ 650.00 | 5.0 | 3,250.00 |
| Coulter, Stephen J | $ 670.00 | 30.0 | 20,100.00 |
| Crowley, Mark J | $ 650.00 | 368.4 | 239,460.00 |
| Flynn, Jason T | $ 710.00 | 6.0 | 4,260.00 |
| Garrett, George N | $ 650.00 | 8.0 | 5,200.00 |
| Gilkes, John G | $ 750.00 | 8.0 | 6,000.00 |
| Jain, Ashok K | $ 750.00 | 5.0 | 3,750.00 |
| Lane, Carl S | $ 750.00 | 2.3 | 1,725.00 |
| Maher, Daniel C | $ 750.00 | 13.1 | 9,825.00 |
| Mcgowan, Todd M | $ 650.00 | 103.2 | 67,080.00 |
| Neuenschwander, Jeffry A | $ 750.00 | 1.9 | 1,425.00 |
| Plumb, Brock E | $ 650.00 | 401.0 | 260,650.00 |
| Sasso, Anthony V | $ 670.00 | 20.6 | 13,802.00 |
| Schnurr, James V | $ 700.00 | 8.5 | 5,950.00 |
| Setola, Orlando | $ 750.00 | 12.3 | 9,225.00 |
| Shaffer, Scott Ian | $ 750.00 | 5.1 | 3,825.00 |
| Shapiro, Alan M | $ 730.00 | 1.1 | 803.00 |
| Steiner, Robert C Jr | $ 670.00 | 44.0 | 29,480.00 |
| Swormstedt, Jeffrey Allan | $ 620.00 | 8.0 | 4,960.00 |
| Van Arsdell, Stephen C | $ 620.00 | 43.4 | 26,908.00 |
| **Senior Manager** | | | |
| Buck, David A | $ 525.00 | 6.0 | 3,150.00 |
| Cheadle, Carrie M | $ 475.00 | 10.3 | 4,892.50 |
| Dehart, Laura A | $ 525.00 | 8.6 | 4,515.00 |
| Favor, Richard A | $ 525.00 | 102.3 | 53,707.50 |
| Foster, Christopher Wesley | $ 500.00 | 1.0 | 500.00 |
| Hurley, Timothy R | $ 525.00 | 27.1 | 14,227.50 |
| Kosonog, Michael S | $ 525.00 | 54.8 | 28,770.00 |
| Krupitzer, Holly A | $ 440.00 | 57.9 | 25,476.00 |
| Livorsi, Thomas J | $ 525.00 | 1.0 | 525.00 |
| Moyer, Denny L | $ 490.00 | 461.8 | 226,282.00 |
| Olmore, David S | $ 350.00 | 27.0 | 9,450.00 |
| Pena, Salvador | $ 525.00 | 1.0 | 525.00 |
| Snyder, Bill L | $ 490.00 | 36.2 | 17,738.00 |
| Szalony, Scott P | $ 440.00 | 383.2 | 168,608.00 |
| Tropea, Leonard A | $ 525.00 | 427.9 | 224,647.50 |
| Wichard, John E Jr | $ 525.00 | 19.5 | 10,237.50 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | Hours | Total |
|---|---|---|---|
| **Manager** | | | |
| Bahan, Natalie J | $ 390.00 | 23.0 | 8,970.00 |
| Beatty, Jack W | $ 340.00 | 166.6 | 56,644.00 |
| Clark, Jill M | $ 390.00 | 224.5 | 87,555.00 |
| Ferrer, Kim Ann G | $ 390.00 | 7.7 | 3,003.00 |
| Fleming, Katherine Evelyn | $ 390.00 | 383.6 | 149,604.00 |
| Graham, Scott R | $ 500.00 | 41.8 | 20,875.00 |
| Lehner, Joanna C | $ 390.00 | 1.5 | 585.00 |
| Oonk, Michael P | $ 400.00 | 1.6 | 640.00 |
| Pang, Rita Y | $ 490.00 | 7.0 | 3,430.00 |
| Patel, Bhavesh A | $ 390.00 | 1.6 | 624.00 |
| Peterson, John D G | $ 500.00 | 12.6 | 6,300.00 |
| Shah, Shahid A | $ 340.00 | 4.6 | 1,564.00 |
| Snyder, Clayton A | $ 480.00 | 334.4 | 160,512.00 |
| Sticklinski, Patricia A | $ 450.00 | 58.5 | 26,325.00 |
| Tenkman, Christopher A | $ 390.00 | 70.8 | 27,612.00 |
| Thomas, Daniel Joseph | $ 490.00 | 21.5 | 10,535.00 |
| Urbaniak, Julie Johnson | $ 525.00 | 83.1 | 43,627.50 |
| Ziemke, Valerie Lea | $ 480.00 | 385.2 | 184,896.00 |
| **Senior Associate** | | | |
| Alsager, Christina C | $ 270.00 | 543.0 | 146,610.00 |
| Bacarella, Angela M | $ 270.00 | 490.9 | 132,543.00 |
| Badie, Jermaine N | $ 270.00 | 335.6 | 90,606.60 |
| Belen, Jeffrey Scott | $ 390.00 | 0.5 | 195.00 |
| Brenman, Milana | $ 240.00 | 422.9 | 101,496.00 |
| Butt, Waqar A | $ 375.00 | 84.4 | 31,650.00 |
| Cornejo, Lisa M | $ 390.00 | 40.0 | 15,600.00 |
| Darbro, Margaret J | $ 250.00 | 12.6 | 3,150.00 |
| Hall, Jennifer M | $ 275.00 | 8.8 | 2,420.00 |
| Hamilton, Brian J | $ 280.00 | 80.8 | 22,624.00 |
| Kargela, Michael W | $ 390.00 | 16.2 | 6,318.00 |
| Kossmeyer, Chase B | $ 375.00 | 10.5 | 3,937.50 |
| Miller, Ashley Elaine | $ 390.00 | 98.8 | 38,532.00 |
| Ncube, Wisdom | $ 250.00 | 262.5 | 65,625.00 |
| Ofori Mante, Richard K | $ 375.00 | 7.0 | 2,625.00 |
| Potter, Scott Alan | $ 390.00 | 326.1 | 127,179.00 |
| Ralbusky, Deanna M | $ 270.00 | 475.1 | 128,277.00 |
| Springer, Rick | $ 375.00 | 4.0 | 1,500.00 |
| Urek, Kyle M | $ 270.00 | 537.7 | 145,179.00 |
| Zimmer, Shawn Curtis | $ 270.00 | 20.4 | 5,508.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | | Rates | Hours | Total |
|---|---|---|---|---|
| **Associate** | | | | |
| Amarnani, Kashish | $ | 290.00 | 2.0 | 580.00 |
| Bellini, Robert Allen | $ | 200.00 | 466.9 | 93,380.00 |
| Blank, Marina Alexandrovna | $ | 240.00 | 213.4 | 51,216.00 |
| Brill, Lucas Michael | $ | 280.00 | 46.3 | 12,964.00 |
| Brown, Stephen Sommers | $ | 290.00 | 11.9 | 3,451.00 |
| Green, Jonathan David | $ | 280.00 | 363.0 | 101,640.00 |
| Grozdanovski, Natali | $ | 100.00 | 173.8 | 17,380.00 |
| Harding, David James | $ | 200.00 | 109.7 | 21,940.00 |
| Harrison, Joseph E Jr | $ | 200.00 | 47.4 | 9,480.00 |
| Hoch, Erin Nicole | $ | 240.00 | 535.6 | 128,544.00 |
| Jian, Shuling | $ | 280.00 | 278.9 | 78,092.00 |
| Kalakurthy, Deepa | $ | 180.00 | 10.5 | 1,890.00 |
| Kwok, Kaki | $ | 280.00 | 73.3 | 20,524.00 |
| Lakkadi, Sujatha | $ | 180.00 | 10.0 | 1,800.00 |
| Ludtke, Emily Irene | $ | 200.00 | 139.7 | 27,940.00 |
| Mccoy, Kathryn Anne | $ | 200.00 | 22.4 | 4,480.00 |
| Miffleton, Catherine Taylor | $ | 300.00 | 23.1 | 6,930.00 |
| Nellis, Amanda Marie | $ | 295.00 | 22.5 | 6,637.50 |
| Odueso, Adedayo Olubusola | $ | 280.00 | 422.9 | 118,412.00 |
| Pulis, Jason Alexander | $ | 290.00 | 281.8 | 81,722.00 |
| Rhoades, Daisha Kristi | $ | 280.00 | 443.5 | 124,180.00 |
| Savage, Russell Aaron | $ | 200.00 | 42.4 | 8,480.00 |
| Schill, Michael J | $ | 240.00 | 120.8 | 28,980.00 |
| Schrot, Erica Lynne | $ | 200.00 | 450.1 | 90,020.00 |
| Stieritz, Scott C | $ | 200.00 | 79.6 | 15,920.00 |
| Strzempek, Eric Matthew | $ | 280.00 | 404.7 | 113,316.00 |
| Surapaneni, Bhavani | $ | 180.00 | 13.0 | 2,340.00 |
| Tanielian, Kevork Krikor | $ | 290.00 | 55.2 | 16,008.00 |
| Tanno, Kelly K | $ | 200.00 | 285.1 | 57,020.00 |
| Tauro, Dimpi F | $ | 275.00 | 419.1 | 115,252.50 |
| Tomas, John Dimitri | $ | 240.00 | 390.7 | 93,756.00 |
| Wang, Ning | $ | 305.00 | 1.0 | 305.00 |
| Watson, Melissa Janette | $ | 200.00 | 254.6 | 50,920.00 |
| Watson, Patrick J | $ | 200.00 | 0.5 | 100.00 |
| Zmuda, Shaun Stanley | $ | 240.00 | 515.6 | 123,744.00 |

**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit C**

| Names Of Professionals/ Paraprofessionals | Rates | | Hours | Total |
|---|---|---|---|---|
| **Paraprofessional** | | | | |
| Adjei Panford, Mary | $ | 55.00 | 1.0 | 55.00 |
| Barron, Lisa A | $ | 65.00 | 3.0 | 195.00 |
| Dunn, Judith A | $ | 65.00 | 1.0 | 65.00 |
| Giorgi, Diane M | $ | 65.00 | 8.0 | 520.00 |
| Henry, Wesley D | $ | 100.00 | 1.0 | 100.00 |
| Veccia, Daria L | $ | 100.00 | 3.8 | 380.00 |
| | | | | |
| **Total** | | | 15,333.5 | $ 5,173,515.10 |
| Less Travel Time Reduction | | | | $ (9,132.50) |
| **Adjusted Total** | | | 15,333.5 | 5,164,382.60 |