**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit D**

| CATEGORY DESCRIPTION | HOURS |
|---|---:|
| AUDIT PROCEDURES FOR AHG | 355.2 |
| AUDIT PROCEDURES FOR ASEC TULSA | 9.8 |
| AUDIT PROCEDURES FOR DELPHI HEADQUARTERS | 1,373.5 |
| AUDIT PROCEDURES FOR DPSS | 737.0 |
| AUDIT PROCEDURES FOR ELECTRONICS & SAFETY | 979.6 |
| AUDIT PROCEDURES FOR EMPLOYEE BENEFIT OBLIGATIONS | 114.5 |
| AUDIT PROCEDURES FOR ENERGY & CHASSIS | 1,082.6 |
| AUDIT PROCEDURES FOR PACKARD | 1,331.7 |
| AUDIT PROCEDURES FOR REPORTING AND AUDIT SUMMARY | 25.2 |
| AUDIT PROCEDURES FOR STEERING | 1,022.9 |
| AUDIT PROCEDURES FOR THERMAL & INTERIOR | 735.7 |
| AUDIT PROCEDURES ON INCOME TAXES | 348.4 |
| AUDIT PROCEDURES PLANNING AND DEVELOPMENT | 757.8 |
| ENGAGEMENT ADMINISTRATION, PLANNING, AND MANAGEMENT | 1,109.8 |
| INTERNAL CONTROL TESTING | 2,346.9 |
| PREPARATION OF FEE/EXPENSE APPLICATIONS | 148.3 |
| REVIEW OF AUDIT WORKPAPERS AND SUPERVISION | 532.0 |
| REVIEW PROCEDURES FOR FIRST QUARTER | 0.2 |
| REVIEW PROCEDURES FOR SECOND QUARTER | 38.4 |
| REVIEW PROCEDURES FOR THIRD QUARTER | 1,756.6 |
| SAS 99 / JOURNAL ENTRY TESTING | 440.1 |
| TECHNICAL AUDIT ASSISTANCE AND CONSULTATIONS | 59.3 |
| TRAVEL TIME | 28.1 |
| **Grand Total** | **15,333.5** |