**Delphi Corporation, et al.**
**Chapter 11 Case 05-44481 (RDD)**
**Deloitte and Touche LLP**
**First Interim Application**
**(10/08/05 - 01/31/06)**
**Exhibit F**

| Category | Amount |
|---|---:|
| Accomodations | 1,261.58 |
| Airfare | 2,648.98 |
| Meals | 276.29 |
| Mileage | 22.26 |
| Parking | 178.00 |
| Taxi & Public Transit | 273.87 |
| **Total** | **$ 4,660.98** |

| Date | Name | Expense Description | Amount |
|---|---|---|---:|
| 12/10/05 | AUGHTON, JEFFERY S | Parking | 30.00 |
| 12/10/05 | AUGHTON, JEFFERY S | Airfare from Michigan to New York for court | 607.82 |
| 12/10/05 | AUGHTON, JEFFERY S | Hotel accommodations in New York for court | 251.79 |
| 01/01/06 | CROWLEY, MARK J | Airfare to New York for bankruptcy hearing | 360.95 |
| 01/01/06 | CROWLEY, MARK J | Mileage related to Delphi bankruptcy hearing meetings in New York | 11.13 |
| 01/03/06 | CROWLEY, MARK J | Hotel tax for New York court hearing | 31.29 |
| 01/03/06 | CROWLEY, MARK J | Mileage related to Delphi bankruptcy hearing meetings in New York | 11.13 |
| 01/03/06 | CROWLEY, MARK J | Dinner for J.Aughton and M.Crowley | 84.97 |
| 01/03/06 | AUGHTON, JEFFERY S | Taxi | 66.00 |
| 01/03/06 | CROWLEY, MARK J | Hotel in New York City | 220.50 |
| 01/04/06 | AUGHTON, JEFFERY S | Taxi | 57.44 |
| 01/04/06 | PLUMB, BROCK E | Airfare to New York | 1,145.58 |
| 01/04/06 | CROWLEY, MARK J | Parking at the airport | 30.00 |
| 01/04/06 | PLUMB, BROCK E | Airport Parking - McNamara Terminal Garage | 31.00 |
| 01/04/06 | CROWLEY, MARK J | Dinner at airport | 10.00 |
| 01/04/06 | PLUMB, BROCK E | Taxi from airport | 57.43 |
| 01/04/06 | CROWLEY, MARK J | Breakfast | 8.00 |
| 01/11/06 | PLUMB, BROCK E | Luggage Handling | 5.00 |
| 01/11/06 | PLUMB, BROCK E | Airfare | 205.33 |
| 01/11/06 | PLUMB, BROCK E | Hotel accomodations in New York | 329.00 |
| 01/11/06 | PLUMB, BROCK E | Dinner | 39.01 |
| 01/11/06 | PLUMB, BROCK E | Hotel tax in New York | 47.50 |
| 01/12/06 | PLUMB, BROCK E | Hotel accomodations in New York | 329.00 |
| 01/12/06 | PLUMB, BROCK E | Hotel tax in New York | 47.50 |
| 01/12/06 | PLUMB, BROCK E | Dinner | 21.54 |
| 01/12/06 | PLUMB, BROCK E | Dinner | 94.95 |
| 01/13/06 | PLUMB, BROCK E | Taxi | 70.00 |
| 01/13/06 | PLUMB, BROCK E | Airport Parking - Detroit McNamara Terminal | 87.00 |
| 01/13/06 | PLUMB, BROCK E | Meal | 17.82 |
| 01/13/06 | PLUMB, BROCK E | Airfare | 329.30 |
| 01/13/06 | PLUMB, BROCK E | Taxi | 23.00 |
| | | **Total** | **$ 4,660.98** |