**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re:                                              Chapter 11

                                                                              Case No. 05-44481(RDD)

DELPHI CORPORATION, et al.,                          Jointly Administered

                         Debtors

------------------------------------------------------------x

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Sarah E. Morrison for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Sarah E. Morrison is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: April 27, 2005
      New York, New York

                                                    /s/Robert D. Drain
                                                 UNITED STATES BANKRUPTCY JUDGE