# EXHIBIT C

## EXHIBIT C

**Summary of Hours Billed by Attorneys and Paraprofessionals for the Period October 8, 2005 through January 31, 2006**

| Name | Position | Year Admitted to Bar | Hourly Rate | Hours Billed | Total |
|------|----------|----------------------|-------------|--------------|-------|
| | | | | | |
| **Attorneys** | | | | | |
| | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 418.90 | $104,725.00 |
| Thomas B. Radom | Shareholder | 1974 | $230.00 | 8.90 | $2,047.00 |
| Matthew E. Wilkins | Shareholder | 1983 | $250.00 | 308.70 | $77,175.00 |
| James G. Derian | Shareholder | 1981 | $200.00 | 1.90 | $380.00 |
| James G. Derian | Shareholder | 1981 | $212.00 | 98.55 | $20,892.60 |
| James G. Derian | Shareholder | 1981 | $220.00 | 25.90 | $5,698.00 |
| Daniel N. Sharkey | Shareholder | 1995 | $212.00 | 4.40 | $932.80 |
| Paula Hall | Associate | 2000 | $180.00 | 7.90 | $1,422.00 |
| Paula Hall | Associate | 2000 | $202.50 | 1.30 | $263.25 |
| Paula Hall | Associate | 2000 | $216.00 | 1.70 | $367.20 |
| Charlotte A. Garry | Associate | 1998 | $172.00 | 237.00 | $41,340.00 |
| Sara B. Keough | Sr. Atty. | 1996 | $168.00 | 24.00 | $4,032.00 |
| Christopher Taylor | Associate | 1999 | $108.00 | 5.10 | $958.80 |
| | | | | | |
| **Paraprofessionals** | | | | | |
| | | | | | |
| Christine Scurto | Paralegal | | $108.00 | .20 | $21.60 |
| Leonor Hendricksen | Paralegal | | $96.00 | .80 | $76.80 |
| Vanessa Lozzi | Paralegal | | $88.00 | .50 | $44.00 |
| | | | | | |
| | | | | | |
| **Grand Total** | | | | **1,145.75** | **$260,376.05** |