# EXHIBIT D

## EXHIBIT D

### Summary of Hours Billed by Attorneys and Paraprofessionals
### for the Period October 8, 2005 through January 31, 2006

| Matter Description | Hours | Amount |
| --- | --- | --- |
| Business Operations | 1.80 | $384.80 |
| Case Administration | 10.00 | $2,124.80 |
| Employee Benefits/Pensions/Labor | 237.00 | $41,340.00 |
| Fee/Employment Applications/Objections | 2.10 | 525.00 |
| Litigation | 142.25 | $29,205.80 |
| Vendor/Supplier Matters | 752.60 | $186,795.65 |
| **Total:** | **1,145.75** | **$260,376.05** |