05-44481-rdd    Doc 3489-5    Filed 04/28/06    Entered 04/28/06 14:06:53    Exhibit E - Disbursement Chart    Pg 1 of 2

# EXHIBIT E

# EXHIBIT E

## Summary of Disbursements
## for the Period October 8, 2005 through January 31, 2006

| Disbursement | Amount |
|---|---|
| Express Delivery Charges | $11.88 |
| Court Record Copies | $6.00 |
| Filing Fees | $20.00 |
| Delivery – Car Messenger | $104.45 |
| Long Distance – Telecopy Charges | $4.50 |
| Travel Expenses | $1,575.43 |
| CT Corporation Services | $135.25 |
|  |  |
| **Total:** | **$1,857.51** |