# EXHIBIT F

# BUTZEL LONG
### ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
butzel.com

February  6, 2006

To:    David Sherbin, Esq., Delphi Corp.
       John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
       Alicia M. Leonhard, Esq., Office of the United States Trustee
       Robert J. Rosenberg, Esq., Latham & Watkins, LLP
       Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
       Marlane Melican, Esq., Davis Polk & Wardell

## Summary of Total Billable Hours by Category
### for the Period December 1, 2005 through December 31, 2005

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | 1.40 | $296.80 |
| Case Administration | 6.60 | $1,399.20 |
| Employee Benefits/Pensions/Labor | 48.00 | $8,256.00 |
| Fee/Employment Applications/Objections | 1.40 | $350.00 |
| Litigation | 27.10 | $5,729.40 |
| Vendor/Supplier Matters | 152.20 | $37,987.00 |
| Totals: | 236.70 | $54,018.40 |

February 6, 2006
Page 2

## Summary of Disbursements
### for the Period December 1, 2005 through December 31, 2005

| Disbursement | Amount |
|---|---|
| Delivery – Car Messenger | $28.13 |
| Travel Expenses | $1,466.85 |
| CT Corporation Services | $135.25 |
| Totals: | $1,630.23 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period December 1, 2005 through December 31, 2005

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 71.40 | $17,850.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 81.80 | $20,450.00 |
| James G. Derian | Shareholder | 1981 | $212.00 | 34.30 | $7,271.60 |
| Paula A. Hall | Associate | 2000 | $180.00 | .90 | $162.00 |
| Charlotte A. Garry | Associate | 1998 | $172.00 | 48.00 | $8,256.00 |
| Leonor Hendricksen | Paralegal | | $96.00 | .30 | $28.80 |
| Grand Total: | | | | 236.70 | $54,018.40 |

*-----MATTER DESCRIPTION-----*

TUBE TECH


*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | Matthew E. Wilkins | BCC19 | Work throughout day to negotiate and finalize agreement with Tube Tech, Tube Tech's lenders; numerous calls with Delphi consultant, BBK, Tube Tech counsel, bank counsel and Delphi team; make further revisions to documents per Tube Tech, M&T Bank request. | 5.50 | 1,375.00 |
| 12/02/05 | Matthew E. Wilkins | BCC19 | Conference with T. Monahan regarding lender discussion; call to lender counsel regarding current status of transaction; conference with T. Monahan regarding status; second call to bank's counsel regarding status; call to W. Mazzola regarding status; telephone to Tube Tech counsel regarding discussions with lender; review documents; review private sale possibility. | 3.50 | 875.00 |
| 12/02/05 | Matthew E. Wilkins | BCC19 | Ongoing work with Delphi team, bank's counsel; attention to UCC foreclosure as means to acquire assets. | 2.50 | 625.00 |
| 12/05/05 | Matthew E. Wilkins | BCC19 | Conferences with Adam Leyens (Tube Tech counsel), Paul Groschadl (M&T counsel), Adam Leyens regarding structure of transaction, finalization of documents. | .90 | 225.00 |
| 12/05/05 | Matthew E. Wilkins | BCC19 | Attention to restructure of transaction for UCC sale; review existing documents. | 1.40 | 350.00 |
| 12/06/05 | Matthew E. Wilkins | BCC19 | Attention to tooling to be purchased (1.2); conferences with Tube Tech counsel re: terms of Access and Accommodation Agreements and discuss Metzger comments with Tim Murahon (1.1); review outline of steps to complete transaction and participate in internal call re: completing transaction (.9); attention to payment of purchase price to bank and communications with Tim Murahon (.6). | 3.80 | 950.00 |
| 12/07/05 | Matthew E. Wilkins | BCC19 | Conferences/communications with Tim Murahon, T & T counsel re: form of invoice and payment to M & T (1.1); email from M & T counsel re: structure of transaction and review UCC documents (1.2); work throughout day to finalize documents/payment terms (.8); draft invoice for Bank and circulate (1.0). | 4.10 | 1,025.00 |
| 12/08/05 | Matthew E. Wilkins | BCC19 | Review and revise Access and Security Agreement and Accommodation Agreement for final comments; (1.8); conferences with T. Monahan re: payment status (.4). | 2.20 | 550.00 |
| 12/08/05 | Matthew E. Wilkins | BCC19 | Review comments to Agreements from counsel (.5); Delphi team call to discuss documents; payment status (.7); conferences with bank | 2.70 | 675.00 |

*-----MATTER DESCRIPTION-----*
TUBE TECH

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | counsel, BBK re: removal of tooling (1.5). | | |
| 12/08/05 | Matthew E. Wilkins | BCC19 | Review and revise agreements to incorporate comments from lender and Tube Tech and circulate to counsel (1.4). | 1.40 | 350.00 |
| 12/09/05 | Matthew E. Wilkins | BCC19 | Internal conferences re: payment of purchase price (1.8); collect signature pages for agreements and compile (.3); conferences with M & T counsel re: execution of agreements; payment of purchase price (.9) | 3.00 | 750.00 |
| 12/12/05 | Matthew E. Wilkins | BCC19 | Attention to P.O. and payment status (.2); review, revise and forward transaction documents (.9). | 1.10 | 275.00 |
| 12/13/05 | Matthew E. Wilkins | BCC19 | Review and revise transaction documents and forward to bank counsel (1.2); conference with T. Monahan (BBK) and Bill Mazzola (Delphi) regarding status of payment of purchase price (.4); telephone from Bill Mazzola regarding payment status (.1). | 1.70 | 425.00 |
| 12/14/05 | Matthew E. Wilkins | BCC19 | Voicemail from and to Tim Monahan regarding bank's execution of documents, Delphi payment. | .20 | 50.00 |
| 12/14/05 | Matthew E. Wilkins | BCC19 | Review production information and internal status call (.6); emails to and from Bank counsel regarding removal of equipment (.2) | .80 | 200.00 |
| 12/15/05 | Matthew E. Wilkins | BCC19 | Attention to payment to bank for equipment. | .20 | 50.00 |
| 12/15/05 | Matthew E. Wilkins | BCC19 | Review, revise and draft Accommodation and Access Agreement to incorporate bank changes, Tube Tech changes. | 2.50 | 625.00 |
| 12/16/05 | Matthew E. Wilkins | BCC19 | Attention to finalization of asset acquisition, emails from BBK. | 1.00 | 250.00 |
| 12/19/05 | Matthew E. Wilkins | BCC19 | Conferences with Tim Monahan regarding payment status, removal of equipment (.5); conference with John Panek regarding payment and equipment removal (.4); conference with Bank and counsel regarding payment, equipment removal and email from bank authorizing removal (.5) | 1.40 | 350.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Telephone from lender regarding permission to remove equipment and conference with T. Monahan (.3); conference with T. Monahan, M. Fortunak regarding clearance of check (.3); emails and correspondence regarding check clearance, removal of equipment (.2); attention to IT provider issue, email from T. Monahan ( .3). | 1.10 | 275.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Work throughout afternoon on payment of purchase price and release of equipment, including conferences with T. Monahan, bank counsel, Delphi team members. | 2.00 | 500.00 |
| 12/21/05 | Matthew E. Wilkins | BCC19 | Attention to status of asset purchase transition and internal call to discuss (.8); conferences with BBK's Tim Monahan regarding moving first group of equipment (.6). | 1.40 | 350.00 |
| 12/22/05 | Matthew E. Wilkins | BCC19 | Attention to resolution of threatened production disruption by Tube Tech's IT | 1.50 | 375.00 |

*-----MATTER DESCRIPTION-----*
TUBE TECH


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT | STAT | INDEX |
|------|------|------|-------------|-------|--------|------|-------|
| | | | provider (conferences with BBK's Tim Monahan and provider Greg DuCote). | | | | |

|  |  | TOTAL BILLABLE FEES |  | 11,475.00 |
|--|--|---------------------|--|-----------|

*-----COST ENTRIES-----*


| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 12/29/05 | 028 | CT Corporation Services - - VENDOR: CT CORPORATION SYSTEM | 135.25 |
| | | COSTS SUBTOTAL | 135.25 |

*-----MATTER DESCRIPTION-----*
EMPLOYMENT SECONDMENT


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/06/05 | Charlotte A. Garry | BCC 6 | Defamation research. | 8.00 | 1,376.00 |
| 12/06/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 3.00 | .00 |
| 12/07/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 4.00 | .00 |
| 12/07/05 | Charlotte A. Garry | BCC 6 | Defamation research; started work on new Swindell charge, including reviewing file, calling plant, calling investigator regarding extension, drafting letter regarding extension. | 8.00 | 1,376.00 |
| 12/13/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 4.00 | .00 |
| 12/13/05 | Charlotte A. Garry | BCC 6 | Gaddis Request for Reconsideration (3.0); attention to Schlicher QUADRO matter (1.0); Swindell Charge No. 240-2005-08488 (4.0). | 8.00 | 1,376.00 |
| 12/14/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 4.00 | .00 |
| 12/14/05 | Charlotte A. Garry | BCC 6 | Gaddis Request for Reconsideration (2.0); attention to Schlicher QUADRO (2.0); Swindell Charge No. 240-2005-08488 (4.0). | 8.00 | 1,376.00 |
| 12/20/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 4.00 | .00 |
| 12/20/05 | Charlotte A. Garry | BCC 6 | Drafted Swindell Position Statement (6.0); started analysis of Gaddis's Request for Reconsideration and letter to EEOC (1.0); attention to Schlicher QUADRO (1.0). | 8.00 | 1,376.00 |
| 12/21/05 | Charlotte A. Garry | BCC 6 | Drive to and from Delphi. | 4.00 | .00 |
| 12/21/05 | Charlotte A. Garry | BCC 6 | Finalized Swindell Position Statement (4.0); finalized letter to EEOC regarding Gaddis's Request for Reconsideration (3.0); attention to Schlicher QUADRO (1.0). | 8.00 | 1,376.00 |

```
                                    -----------
             TOTAL BILLABLE FEES       8,256.00
```

*-----MATTER DESCRIPTION-----*
VENTURE INDUSTRIES

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT | STAT | INDEX |
|------|------|------|-------------|-------|--------|------|-------|
| 12/16/05 | Thomas B. Radom | BCC10 | Review Venture contempt motion against New Venture regarding preference action and e-mail to H. Mufson, attorney for Venture, regarding violation of automatic stay. | .50 | 125.00 | B | 4685080 |
| | | | TOTAL BILLABLE FEES | | 125.00 | | |

*-----MATTER DESCRIPTION-----*
DELPHI V EFTEC NORTH AMERICA, LLC

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | James G. Derian | BCC10 | Receive and review Notice of Settlement Conference from the court. | .20 | 42.40 |
| 12/01/05 | James G. Derian | BCC10 | Telephone call from Defendant Eftec's attorney regarding settlement (.2); telephone call to Judge Goldsmith's law clerk regarding same (.2). | .40 | 84.80 |
| 12/02/05 | James G. Derian | BCC10 | Telephone call from Eftec attorney Abe Singer regarding attempting to adjourn next week's Civil Early Intervention Mediation session at circuit court (.2); telephone conference with Mr. Singer and Judge Goldsmith's law clerk regarding adjournment of the December 6 mediation and scheduling of a status conference (.2). | .40 | 84.80 |
| 12/05/05 | James G. Derian | BCC10 | Receive and review copy of letter from mediator Tom Brookover to Judge Goldsmith regarding the parties' settlement. | .20 | 42.40 |
| 12/08/05 | James G. Derian | BCC10 | Review file and draft proposed Settlement Agreement between Delphi and Eftec (1.8); prepare e-mail to C. Brown of Delphi regarding the draft Settlement Agreement (.2). | 2.00 | 424.00 |
| 12/09/05 | James G. Derian | BCC10 | Receive and review e-mail from C. Brown regarding his approval of the draft Settlement Agreement. | .20 | 42.40 |
| 12/12/05 | James G. Derian | BCC 4 | Telephone call to Defendant EFTEC's attorney regarding our draft Settlement Agreement (.2); prepare e-mail message to C. Brown of Delphi regarding same (.1). | .30 | 63.60 |
| 12/13/05 | James G. Derian | BCC 4 | Telephone call from Defendant EFTEC's attorney regarding his proposed revisions to the Settlement Agreement (.3); telephone conference with C. Brown of Delphi regarding same (.2). | .50 | 106.00 |
| 12/16/05 | James G. Derian | BCC 4 | Receive and review faxed letter from Defendant EFTEC's attorney regarding his requested revisions to the Settlement Agreement with attached copy of the June 7, 2005 interim Settlement Agreement. | .30 | 63.60 |
| 12/19/05 | James G. Derian | BCC 4 | Telephone call from Defendant EFTEC's attorney regarding tomorrow's status conference with Judge Goldsmith. | .20 | 42.40 |
| 12/19/05 | James G. Derian | BCC 3 | Review and revise the Settlement Agreement between Delphi and EFTEC in accordance with today's discussions with Defendant's attorney (.5); telephone call to Colin Studevan of Delphi to confirm the purchase orders that should be included in the Settlement Agreement (.2); telephone call to C. Brown of Delphi regarding Defendant's requested | 1.40 | 296.80 |

*-----MATTER DESCRIPTION-----*
DELPHI V EFTEC NORTH AMERICA, LLC

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | revisions to the Settlement Agreement (.2); prepare e-mail to C. Brown and J. Novak of Delphi regarding the revised Settlement Agreement (.2); telephone conference with C. Brown regarding approval of revised Settlement Agreement (.2); prepare e-mail to Defendant EFTEC's attorney with revised draft of Settlement Agreement (.1). | | |
| 12/20/05 | James G. Derian | BCC 4 | Receive e-mail from Charlie Brown and Colin Studevan of Delphi with confirmation that the revised Settlement Agreement appropriately reflects Delphi's understanding of the negotiated agreement. | .20 | 42.40 |
| 12/20/05 | James G. Derian | BCC 4 | Appear in court for status conference with Judge Goldsmith (2.5); conference with Defendant's counsel after the status conference regarding our proposed Settlement Agreement, etc. (.3). | 2.80 | 593.60 |
| 12/22/05 | James G. Derian | BCC 4 | Receive and review e-mail message from Defendant EFTEC's attorney regarding revision of the proposed Settlement Agreement to require bankruptcy court approval (.2); e-mail to Defendant's counsel regarding same with copies to C. Brown and J. Novak of Delphi (.2); revise the Settlement Agreement to add a paragraph requiring bankruptcy court approval (.3); prepare e-mail message to Defendant's attorney with the attached revised draft of the Settlement Agreement (.1). | .80 | 169.60 |

-----------

TOTAL BILLABLE FEES        2,098.80

*-----MATTER DESCRIPTION-----*
U.S. AEROTEAM, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/02/05 | Thomas B. Radom | BCC19 | Telephone conference with B. Andary regarding US Aeroteam, status of sale, extension of PO. | .30 | 75.00 |
| 12/14/05 | Thomas B. Radom | BCC19 | Review M. Walter e-mail regarding PO extension proposal (.20); telephone conference with M. Walter regarding same (.20). | .40 | 100.00 |

|  | TOTAL BILLABLE FEES | 175.00 |
|--|--|--|

*-----MATTER DESCRIPTION-----*
LANEKO ENGINEERING


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | James G. Derian | BCC10 | Receive and review letter from Laneko's local counsel confirming Laneko's refusal to agree to a dismissal of the pending litigation because of Delphi's supposed lack of compliance with the terms of the Settlement Agreement. | .20 | 42.40 |
| 12/02/05 | James G. Derian | BCC10 | Receive and review copy of e-mail to John Lyons of Skadden Arps regarding Laneko's insistence on a dismissal of the US District Court action with prejudice and Delphi's desire to void the settlement agreement with Laneko as a "fraudulent transfer" (.2); telephone call to C. Brown of Delphi regarding same (.2). | .40 | 84.80 |
| 12/07/05 | James G. Derian | BCC10 | Telephone conference with C. Brown of Delphi regarding Delphi's decision to have the bankruptcy court void the settlement agreement with Laneko and our present deadlock in the USDC Eastern District of Michigan. | .20 | 42.40 |
| 12/23/05 | James G. Derian | BCC 4 | Telephone call from Judge Cleland's law clerk regarding the stipulation for dismissal that the court is expecting to receive per the parties' Settlement Agreement. | .20 | 42.40 |

```
                                                                     -----------
                                       TOTAL BILLABLE FEES                212.00
```

*-----MATTER DESCRIPTION-----*
FLEX-N-GATE CORPORATION; VENTRA GROUP COMPANY, V
DIVISION

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

.*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/05/05 | James G. Derian | BCC 4 | Dictated proposed Stipulation and Order for Dismissal with prejudice and cover letter to the court re entry of same. | .30 | 63.60 |
| 12/23/05 | James G. Derian | BCC 4 | Receive and review true copies of a stipulation and order dismissal with prejudice and without costs from the US District Court.` | .20 | 42.40 |

TOTAL BILLABLE FEES    106.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 12/21/05 | 001 | Photocopy Charges | .00 |
| 12/21/05 | 001 | Photocopy Charges | .00 |
| 12/22/05 | 105 | Delivery - Car Messenger US DISTRICT,DET | 28.13 |

COSTS SUBTOTAL    28.13

*-----MATTER DESCRIPTION-----*
HAYES LEMMERZ INTERNATIONAL, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/07/05 | James G. Derian | BCC10 | Receive and review transcript of the November 2, 2005 hearing on Delphi's Motion for Preliminary Injunction. | .50 | 106.00 |
| 12/16/05 | James G. Derian | BCC 4 | Telephone call from Defendant Hayes Lemmerz' attorney regarding proposed dismissal of the circuit court proceedings without prejudice (.2); telephone call to C. Brown of Delphi regarding same (.2). | .40 | 84.80 |
| 12/20/05 | James G. Derian | BCC 4 | Telephone call from defense attorney Todd Mendel regarding proposed dismissal of the case without prejudice (.2); telephone call to C. Brown of Delphi regarding same (.2). | .40 | 84.80 |

                                           -----------
                        TOTAL BILLABLE FEES      275.60

```
*-----MATTER DESCRIPTION-----*
PLASCO


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | Thomas B. Radom | BCC19 | Completed revised draft Vendor Agreement and e-mail to parties regarding same (.50); review and respond to D. Wollschlager e-mail regarding vendor payments (.70); review spreadsheets on proposed vendor payments (.50); review and respond to M. Pizzorno e-mail regarding vendor issues (.40). | 2.10 | 525.00 |
| 12/02/05 | Thomas B. Radom | BCC19 | Telephone conference with D. Wollschlager regarding Vendor Agreement (.20); review and reply to M. Pizzorno regarding same (.30). | .50 | 125.00 |
| 12/06/05 | Thomas B. Radom | BCC19 | Telephone conference with T. Martin regarding vendor letter (.30). | .30 | 75.00 |
| 12/20/05 | Thomas B. Radom | BCC19 | Reviewed vendor agreement with FRCP and Plasco (.20); review and reply to M. Pizzorno and C. Archambault e-mails regarding same (.50); review file regarding draft vendor agreement (.20). | .90 | 225.00 |
| 12/21/05 | Thomas B. Radom | BCC19 | Review agreements regarding open items, vendor agreements (.50); telephone conference with C. Archambault and D. Wollschlager regarding vendor issues (.30). | .80 | 200.00 |
| 12/22/05 | Thomas B. Radom | BCC19 | E-mail to T. Martin regarding vendor letter, Accommodation Agreement (.20); review file regarding exhibits to Accommodation Agreement (.50); review Plasco non-financial statement and e-mail to Delphi team regarding same (.50). | 1.20 | 300.00 |
| 12/23/05 | Thomas B. Radom | BCC19 | Review and reply to M. Everett e-mail regarding vendor issues (.40); telephone conference with M. Everett regarding same (.20). | .40 | 100.00 |
| 12/30/05 | Thomas B. Radom | BCC19 | Review D. Wollschlager e-mail regarding vendor issues (.20); telephone conference with D. Wollschlager regarding same (.40); e-mail to Delphi team regarding January 3 conference call (.20). | .80 | 200.00 |

```
                                              -----------
                       TOTAL BILLABLE FEES       1,750.00
```

*-----MATTER DESCRIPTION-----*
JACOBS INDUSTRIES


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/05/05 | Thomas B. Radom | BCC19 | Review D. Baty e-mail regarding amended guaranty. | .20 | 50.00 |
| 12/12/05 | Thomas B. Radom | BCC19 | Review e-mails regarding professional fee allocation agreement, access agreements. | .50 | 125.00 |
| 12/13/05 | Thomas B. Radom | BCC19 | Review e-mails regarding proposed Visteon Agreements. | .50 | 125.00 |
| 12/20/05 | Thomas B. Radom | BCC19 | Review e-mails regarding Chapter 11 Plan (.30); review Plan (1.0). | 1.30 | 325.00 |
| 12/23/05 | Thomas B. Radom | BCC19 | Review and reply to W. Ranney e-mail regarding GM Resourcing (.40); review notice of GM Resourcing (.20). | .60 | 150.00 |

```
                                                    -----------
                            TOTAL BILLABLE FEES          775.00
```

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/14/05 | Thomas B. Radom | BCC 7 | Review proformas for first fee statement. | .50 | 125.00 |
| 12/19/05 | Thomas B. Radom | BCC 7 | Worked on first monthly fee statement. | .50 | 125.00 |
| 12/22/05 | Thomas B. Radom | BCC19 | Telephone conference with G. Eynon, attorney for Comerica Bank, regarding Taylor Machine bankruptcy (.30); telephone conference with M. Everett regarding same (.30). | .60 | 150.00 |
| 12/22/05 | Thomas B. Radom | BCC 7 | Further review of fee statement. | .40 | 100.00 |

                                              -----------
                         TOTAL BILLABLE FEES        500.00

\*-----MATTER DESCRIPTION-----\*
GRIFFIN THERMAL PRODUCTS, INC.


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | Thomas B. Radom | BCC19 | Telephone conference with M. Smith, Capital Partners Leasing, regarding Delphi-related equipment offer (.30); e-mail to M. Smith regarding same (.20); e-mails to Delphi team regarding December 6 meeting (.40); conference call with Delphi team (1.0); review proposed motion to recover tooling (.50). | 2.40 | 600.00 |
| 12/02/05 | Thomas B. Radom | BCC19 | Telephone conferences with A. Bowman, D. Mesler and P. Pappas regarding Griffin funding proposal, December 6 meeting in Columbus, South Carolina (1.50); review legal options for Delphi (.70). | 2.20 | 550.00 |
| 12/05/05 | Thomas B. Radom | BCC19 | Review draft sale order and telephone conference with M. Beal regarding same (.50); review Griffin's revised funding proposal (1.0); travel to Columbia, South Carolina for meetings with Delphi team and Griffin regarding funding proposal, Access Agreement and telephone conferences and meeting with Delphi team regarding preparation for same (6.50) | 8.00 | 2,000.00 |
| 12/06/05 | Thomas B. Radom | BCC19 | Final preparation for and attend meetings with Delphi team and Griffin team regarding funding proposal. | 10.00 | 2,500.00 |
| 12/07/05 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding update on Delphi review of Griffin funding proposal (.20); conference call with Delphi team regarding same (1.3); telephone conference with P. Pappas regarding no ship threat (.30); telephone conference with M. Beal and B. McCarthy regarding same (.20). | 2.00 | 500.00 |
| 12/08/05 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding call with McCarthy (.20); telephone conferences with P. Pappas regarding projections, insider payments (.50); review P. Pappas e-mail regarding Griffin projections (.20); e-mails to B. McCarthy, A. Bowman and D. Mesler regarding same (.50). | 1.40 | 350.00 |
| 12/09/05 | Thomas B. Radom | BCC19 | Telephone conference with P. Pappas regarding funding proposal (.20); telephone conference with D. Messler and M. Everett regarding same, exit strategy (.40); conference call with Delphi team regarding exit strategy (.70). | 1.30 | 325.00 |
| 12/12/05 | Thomas B. Radom | BCC19 | Review P. Pappas e-mails regarding production (.30); conference call with Delphi team regarding funding proposal, exit strategy | 2.20 | 550.00 |

*-----MATTER DESCRIPTION---*
GRIFFIN THERMAL PRODUCTS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | (1.5); review P. Pappas, M. Fortunak e-mails regarding funding (.40). | | |
| 12/13/05 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding status of exit strategy (.20); review P. Pappas e-mails regarding production (.40); research and drafted emergency motion for relief from stay regarding tooling (4.5); telephone conference and e-mail with M. Beal regarding stay motion (.50); conference call with Delphi team regarding exit strategy (.50). | 6.10 | 1,525.00 |
| 12/14/05 | Thomas B. Radom | BCC19 | Telephone conferences with M. Beal regarding exit decision, tooling motion (1.0); conference calls and e-mails with Delphi team regarding exit decision (3.5); e-mails to B. McCarthy regarding same, tooling motion (.70); conference call with M. Beal and B. McCarthy regarding same (.30); telephone conferences with P. Pappas regarding exit, tooling issues (.70); telephone conference with M. Everett and S. Corcoran regarding tooling issue (.30); e-mail to M. Everett and S. Corcoran regarding same (.30); e-mail to M. Fortunak regarding A/P (.20); review reply e-mail from M. Fortunak regarding same (.20). | 6.90 | 1,725.00 |
| 12/15/05 | Thomas B. Radom | BCC19 | Review final draft of tooling motion (.30); telephone conferences with P. Pappas regarding tooling, payroll (1.0); conference call with Delphi team regarding same (.70); telephone conferences with M. Everett and M. Fortunak regarding payroll (.50); telephone conference with S. Corcoran regarding payroll (.20); e-mail to S. Corcoran regarding tooling (.20); telephone conference with M. Beal and B. McCarthy regarding tooling, equipment (.30); telephone conference with M. Beal regarding same (.20). | 3.40 | 850.00 |
| 12/16/05 | Thomas B. Radom | BCC19 | Conference with Delphi team regarding exit, payroll, equipment (.70); telephone conferences with M. Beal regarding same (.70); telephone conferences with P. Pappas regarding same (.50); e-mails with Delphi team, M. Beal regarding Monte deal (.70). | 2.60 | 650.00 |
| 12/19/05 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding status (.30); e-mail to B. McCarthy regarding status of Monte deal (.20); telephone conference with P. Pappas regarding same (.20). | .70 | 175.00 |
| 12/20/05 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding status, inventory (.30); review A. Bowman e-mail regarding inventory (.20); telephone conference and e-mail to B. McCarthy regarding status of Monte deal (.30); e-mails to M. Beal regarding same (.30). | 1.10 | 275.00 |

*-----MATTER DESCRIPTION-----*
GRIFFIN THERMAL PRODUCTS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/21/05 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with M. Beal regarding status of Monte deal (.50); telephone conference with M. Beal and B. McCarthy regarding same, inventory purchase (.30); e-mail to S. Corcoran regarding status report (.30). | 1.10 | 275.00 |
| 12/22/05 | Thomas B. Radom | BCC19 | E-mail to M. Smith regarding equipment (.20); telephone conference with M. Smith regarding same (.40); telephone conference with A. Bowman regarding equipment, inventory (.20); conference call with Delphi team regarding same (.50); telephone conference with M. Everett regarding status (.20); worked on draft e-mail to McCarthy regarding inventory purchase offer (.20). | 1.70 | 425.00 |
| 12/23/05 | Thomas B. Radom | BCC19 | Review A. Bowman voicemail regarding inventory (.20); telephone conference with M. Everett regarding status (.20). | .40 | 100.00 |
| 12/30/05 | Thomas B. Radom | BCC19 | Review and reply to M. Beal e-mail regarding inventory. | .30 | 75.00 |

TOTAL BILLABLE FEES ........... 13,450.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 12/05/05 | 001 | Photocopy Charges | .00 |
| 12/05/05 | 001 | Photocopy Charges | .00 |
| 12/05/05 | 001 | Photocopy Charges | .00 |
| 12/09/05 | 108 | LD Telephone Charges (Office) 1(716)439-2560 LOCKPORT NY | .00 |
| 12/12/05 | 088 | Travel Expenses - - VENDOR: THOMAS B RADOM | 293.45 |
| 12/23/05 | 088 | Travel Expenses - - VENDOR: U.S. BANK RADOM COLUMBIA | 1,148.40 |
| 12/23/05 | 088 | Travel Expenses - - VENDOR: U.S. BANK RADOM COLUMBIA | 25.00 |

COSTS SUBTOTAL ........... 1,466.85

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT | STAT | INDEX |
|------|------|------|-------------|-------|--------|------|-------|
| 12/01/05 | Thomas B. Radom | BCC19 | Reviewed e-mails regarding supplier funding needs. | .50 | 125.00 | B | 4667735 |
| 12/12/05 | Thomas B. Radom | BCC19 | Prepare for and participate in conference call with Delphi team regarding exit strategy. | 1.00 | 250.00 | B | 4682948 |
| 12/20/05 | Thomas B. Radom | BCC19 | Review file regarding PO termination. | .50 | 125.00 | B | 4686238 |
| 12/21/05 | Thomas B. Radom | BCC19 | Drafted proposed termination letter (.60); e-mail to Delphi team regarding same (.20) review and reply to M. West e-mail regarding failed PPAP by replacement supplier (.40). | 1.20 | 300.00 | B | 4685144 |

```
                                                          -----------
                          TOTAL BILLABLE FEES                 800.00
```

*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/07/05 | Matthew E. Wilkins | BCC19 | Email from A. Silver and attention to proof of claim, local counsel fees; extending Intercustomer Agreement. | .60 | 150.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Attention to possible amended Intercustomer Agreement. | .20 | 50.00 |
| 12/22/05 | Matthew E. Wilkins | BCC19 | Attention to joint Proof of Claim, ongoing litigation. | .40 | 100.00 |

|  |  |  |  |  | ----------- |
|  |  |  | TOTAL BILLABLE FEES |  | 300.00 |

*-----MATTER DESCRIPTION-----*
VENDOR SETTLEMENTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/13/05 | Paula A. Hall | BCC19 | Telephone conference with Bill Cohen re: Henckel Loctite payment terms; correspondence to Sean Corcoran re: same. | .70 | 126.00 |
| 12/15/05 | Paula A. Hall | BCC19 | Telephone call to Bill Cohen re: Henckel Technologies. | .20 | 36.00 |

```
                                                          -----------
                                    TOTAL BILLABLE FEES        162.00
```

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS



*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/05/05 | Matthew E. Wilkins | BCC19 | Review status(.50); Delphi team call regarding status, China, operational issues(1.2). | 1.70 | 425.00 |
| 12/05/05 | Matthew E. Wilkins | BCC19 | Second call regarding China production, payment of pre-petition receivables(.90); review vendor settlement agreement(.20). | 1.10 | 275.00 |
| 12/07/05 | Matthew E. Wilkins | BCC19 | Review agenda; prepare for and participate in customer call (1.0); conference with Dan Wollschlager (BBK) re: Delphi payable (.3); two conferences with Tom Dunn re: matter status (.3); draft supplier agreement to be signed by MRC (1.4); forward Supplier Agreement to MRC counsel and discussion with him (.2) internal call re: status (.4). | 3.60 | 900.00 |
| 12/09/05 | Matthew E. Wilkins | BCC19 | Email re: payment of payables (.1); email re: Delphi pre-petition payables (.1) attention to Supplier Agreement execution (.20). | .50 | 125.00 |
| 12/12/05 | Matthew E. Wilkins | BCC19 | Email from BBK advising Delphi not to pay pre-petition payables and attention to issues (.4). | .40 | 100.00 |
| 12/13/05 | Matthew E. Wilkins | BCC19 | Email from and telephone to M. Pizzorno (BBK) regarding Delphi payment of pre-petition payables (.3); voicemail from Marti Everett regarding payment of payables (.1) | .40 | 100.00 |
| 12/14/05 | Matthew E. Wilkins | BCC19 | Review current financial information (.3); Customer Group status call (.3); conference with Dan Wollschlager - BBK regarding MRC funding status (.3). | .90 | 225.00 |
| 12/15/05 | Matthew E. Wilkins | BCC19 | Attention to emails regarding dispute between Customer Group, MRC, LaSalle. | .30 | 75.00 |
| 12/15/05 | Thomas B. Radom | BCC19 | Review e-mails regarding funding issues. | .50 | 125.00 |
| 12/16/05 | Matthew E. Wilkins | BCC19 | Attention to matter status, operating cash shortfalls (.5); prepare for and participate in customer call, regarding operations (1.5). | 2.00 | 500.00 |
| 12/16/05 | Thomas B. Radom | BCC19 | Telephone conference with M. Wilkins regarding status with funding (.20); review e-mails regarding same (.20). | .40 | 100.00 |
| 12/19/05 | Matthew E. Wilkins | BCC19 | Email from BBK, attention to agenda for next customer call. | .20 | 50.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Status emails from and to Tom Dunn. | .20 | 50.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Email from and to Tom Dunn regarding payment of pre-petition payables. | .20 | 50.00 |
| 12/21/05 | Matthew E. Wilkins | BCC19 | Review agenda, open items, cash flow, cash needs and participate in customer call (1.3); follow-up call with Al Bowman regarding cash needs, set-off issues (.3). | 1.60 | 400.00 |
| 12/21/05 | Matthew E. Wilkins | BCC19 | Attention to LaSalle funding issues and negotiation (by GM counsel) of amendment to financing order throughout day. | 1.20 | 300.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/22/05 | Matthew E. Wilkins | BCC19 | Attention to emergency financing order amendment, changes proposed thereto and finalization of stipulated order amending borrowing limits. | 1.60 | 400.00 |
| 12/30/05 | Thomas B. Radom | BCC19 | Telephone conference with D. Wollschlager regarding status. | .20 | 50.00 |

TOTAL BILLABLE FEES         4,250.00

*-----MATTER DESCRIPTION-----
DAYTON TOOL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/02/05 | Matthew E. Wilkins | BCC19 | Telephone from M. Rowland regarding terms of KERP letter agreement; review agreement. | .30 | 75.00 |
| 12/05/05 | Matthew E. Wilkins | BCC19 | Attention to KERP agreements, tax issues. | .40 | 100.00 |
| 12/08/05 | Matthew E. Wilkins | BCC19 | Review status (.3); conference with Mac Rowland re: status, IRS issues; KERP issues (.3). | .60 | 150.00 |
| 12/09/05 | Matthew E. Wilkins | BCC19 | Email from BBK re: IRS contact (.10); attention to SRS/lien issue (.8). | .90 | 225.00 |
| 12/15/05 | Matthew E. Wilkins | BCC19 | Attention to current status for 12/16 internal call. | .30 | 75.00 |
| 12/16/05 | Matthew E. Wilkins | BCC19 | Prepare for and participate in team status call. | .50 | 125.00 |
| 12/22/05 | Matthew E. Wilkins | BCC19 | Review current status, need to extend wind-out period to 1/31/06, BBK status report. | .80 | 200.00 |
| 12/23/05 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Delphi team call regarding matter status and review operating results and projections. | 1.50 | 375.00 |
| 12/27/05 | Matthew E. Wilkins | BCC19 | Review update on operation status from BBK and participate in Delphi team call regarding operation status, need to stay at Dayton through 1/31/06 (1.0); review Accommodation Agreement and correspondence regarding extension of Initial Funding Period and letter to National City counsel notifying of extension (.7) | 1.70 | 425.00 |
| 12/29/05 | Matthew E. Wilkins | BCC19 | Telephone from/to National City counsel re: extension of Accommodation period, open items. | .30 | 75.00 |

                                                              -----------
                                      TOTAL BILLABLE FEES        1,825.00

\*-----MATTER DESCRIPTION-----\*
STEEL PARTS CORPORATION


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 12/01/05 | Matthew E. Wilkins | BCC19 | Status call with Delphi's Tom Dunn(.20); review drafts of Access and Security Agreement and Accommodation Agreement(.70); voicemail to Steel Parts counsel opening dialogue towards resolution(.10). | 1.00 | 250.00 |
| 12/02/05 | Matthew E. Wilkins | BCC19 | Conference with Steel Parts counsel Jack Pigman regarding Accommodation Agreement. | .30 | 75.00 |
| 12/08/05 | Matthew E. Wilkins | BCC19 | Status email to Tom Dunn. | .20 | 50.00 |
| 12/19/05 | Matthew E. Wilkins | BCC19 | Review Steel Parts comments and proposed revisions to Accommodation and Access and Security Agreements (1.2); discuss comments and open issues with Marti Everett (.7). | 1.90 | 475.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Status emails to and from Tom Dunn. | .20 | 50.00 |
| 12/20/05 | Matthew E. Wilkins | BCC19 | Make revisions to Accommodation Agreement, Access and Security Agreement. | 1.50 | 375.00 |
| 12/21/05 | Matthew E. Wilkins | BCC19 | Review Access and Accommodation Agreements; outline comments and changes. | 1.80 | 450.00 |
| 12/21/05 | Matthew E. Wilkins | BCC19 | Emails regarding status with Steel Parts counsel (.2); review his proposed changes for next conference with Marti Everett (.9). | 1.10 | 275.00 |
| 12/22/05 | Matthew E. Wilkins | BCC19 | Conference with Marti Everett regarding changes to agreements (.4); review, revise and draft Access and Security Agreement and Accommodation Agreement and forward to Steel Parts counsel Jack Pigman (3.1). | 3.50 | 875.00 |

```
                                                          -----------
                              TOTAL BILLABLE FEES            2,875.00
```

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL LITIGATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 12/01/05 | James G. Derian | BCC10 | Telephone call from Don Parshall of Delphi regarding preparation of legal memorandum analyzing Delphi's rights to demand increased requirements from "Supplier X" where Delphi bought the tooling and capacitized "Supplier X" for the requested levels despite significantly lower previous requirements (.3); review UCC 2.306 and the case law decided under it in preparation for drafting legal memorandum (5.5). | 5.80 | 1,229.60 |
| 12/02/05 | James G. Derian | BCC10 | Telephone conference with Don Parshall, Matt Arnold and Jerry Land of Delphi regarding legal analysis under the UCC of various factual scenarios involving suppliers who agreed to lower pricing for 2006, but did not sign off on the new purchase orders issued by Delphi. | .30 | 63.60 |
| 12/02/05 | James G. Derian | BCC10 | Complete legal research under UCC 2.306 and related case law regarding "Supplier X's" refusal to accept Delphi's increased requirements and draft memorandum of law to Don Parshall analyzing Delphi's rights and remedies against "Supplier X." | 6.00 | 1,272.00 |
| 12/02/05 | Leonor Hendricksen | BCC10 | Downloaded and printed cases for James Derian regarding the Delphi dispute with "Supplier X". | .30 | 28.80 |
| 12/05/05 | James G. Derian | BCC10 | Telephone call to Don Parshall of Delphi in follow up of legal memorandum analyzing requirements contract dispute with "Supplier X." | .20 | 42.40 |
| 12/06/05 | James G. Derian | BCC10 | Receive and review e-mail from Haim Zaltzman of Skadden Arps regarding presentment of 10-Day order for our approval as Delphi litigation counsel and the additional documentation needed (.2); review and execute the revised Affidavit of James G. Derian in support of Butzel Long's retention application (.5). | .70 | 148.40 |
| 12/07/05 | James G. Derian | BCC10 | Receive and review from the Skadden Arps firm copies of the finalized application for retention of Butzel Long as commercial and litigation counsel, Affidavit of James G. Derian in Support of Application and Proposed Order authorizing employment and retention of Butzel Long as commercial and litigation counsel to Delphi. | .70 | 148.40 |
| 12/07/05 | James G. Derian | BCC10 | Conference with Don Parshall of Delphi regarding analysis of the legal issues surrounding the current supply dispute | .30 | 63.60 |

POST BANKRUPTCY GENERAL LITIGATION

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | between Delphi Canada and Metaldyne over their requirements contract. | | |
| 12/12/05 | James G. Derian | BCC10 | Telephone call from Don Parshall of Delphi regarding mitigation of damage issues that would arise in Delphi Canada's attempt to obtain injunctive relief against Metaldyne over their current supply dispute. | .20 | 42.40 |
| 12/12/05 | James G. Derian | BCC10 | Telephone call from Don Parshall of Delphi regarding the contract dispute with Segway, Inc. over the cancellation of the battery development contract with Delphi (.3). | .30 | 63.60 |
| 12/13/05 | James G. Derian | BCC10 | Meet with Don Parshall of Delphi Legal regarding the contract dispute with Segway, Inc. (.5); begin review of Delphi purchasing records in connection with the Segway contracts (1.5). | 2.00 | 424.00 |
| 12/14/05 | James G. Derian | BCC10 | Continue review of Delphi purchasing records with Segway, Inc. in connection with analysis of the parties' contract dispute. | 2.20 | 466.40 |
| 12/16/05 | James G. Derian | BCC10 | Review Delphi purchase orders with Segway, Inc. and related legal and purchasing department records (1.5); telephone call to Don Parshall of Delphi with my analysis of Delphi's claims against Segway for payments of amounts billed under the parties' purchase orders (.2). | 1.70 | 360.40 |
| 12/19/05 | James G. Derian | BCC10 | Receive and review e-mail from Don Parshall of Delphi with attached additional purchasing and legal department records over the contract dispute with Segway, Inc. (.5); receive and review faxed letter from Don Parshall of Delphi with copies of internal e-mail and Power Point presentation records in connection with Delphi's first major presentation to Segway, Inc. in June 2002 (.5). | 1.00 | 212.00 |
| 12/21/05 | James G. Derian | BCC10 | Telephone call to attorney Haim Zaltzman of Skadden Arps regarding status of the proposed order authorizing employment and retention of Butzel Long as commercial and litigation counsel to Delphi (.2). | .20 | 42.40 |

TOTAL BILLABLE FEES    4,608.00