# EXHIBIT F

# BUTZEL LONG
## ATTORNEYS AND COUNSELORS

Tax I.D. No 38-2384883

Suite 100   150 West Jefferson
Detroit, Michigan 48226
T: 313 225 7000  F: 313 225 7080
**butzel.com**

March 3, 2006

To:    David Sherbin, Esq., Delphi Corp.
John Wm. Butler, Jr., Esq., Skadden, Arps, Slate, Meagher & Flom, LLP
Alicia M. Leonhard, Esq., Office of the United States Trustee
Robert J. Rosenberg, Esq., Latham & Watkins, LLP
Marissa Wesley, Esq., Simpson Thacher & Bartlett, LLP
Marlane Melican, Esq., Davis Polk & Wardell

### Summary of Total Billable Hours by Category
### for the Period January 1, 2006 through January 31, 2006

| Matter Description | Hours | Amount |
|---|---|---|
| Business Operations | .40 | $88.00 |
| Case Administration | .60 | $132.00 |
| Employee Benefits/Pensions/Labor | 72.00 | $12,960.00 |
| Fee/Employment Applications/Objections | .70 | $175.00 |
| Litigation | 26.60 | 5,762.00 |
| Vendor/Supplier Matters | 231.00 | $57,692.20 |
| Totals: | 331.30 | $76,809.20 |

March 3, 2006
Page 2

## Summary of Disbursements
### for the Period January 1, 2006 through January 31, 2006

| Disbursement | Amount |
|---|---|
| Delivery – Car Messenger | $27.82 |
| Travel Expenses | $108.58 |
| Totals: | $136.40 |

## Summary of Total Billable Hours by Attorneys and Paraprofessionals
### for the Period January 1, 2006 through January 31, 2006

| Name | Position | Admitted | Rate | Hours | Totals |
|---|---|---|---|---|---|
| **Attorneys** | | | | | |
| Thomas B. Radom | Shareholder | 1974 | $250.00 | 137.80 | $34,450.00 |
| Matthew Wilkins | Shareholder | 1983 | $250.00 | 92.20 | $23,050.00 |
| James G. Derian | Shareholder | 1981 | $200.00 | 1.20 | $240.00 |
| James G. Derian | Shareholder | 1981 | $220.00 | 25.90 | $5,698.00 |
| Paula A. Hall | Associate | 2000 | $216.00 | 1.70 | $367.20 |
| Charlotte A. Garry | Associate | 1998 | $172.00 | 72.00 | $12,960.00 |
| Vanessa Lozzi | Paralegal | | $88.00 | .50 | $44.00 |
| Grand Total: | | | | 331.30 | $76,809.20 |

```
*-----MATTER DESCRIPTION-----*
EMPLOYMENT SECONDMENT


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*
```

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | Charlotte A. Garry | BCC 6 | Worked on both Swindell Charges. | 8.00 | 1,440.00 |
| 01/04/06 | Charlotte A. Garry | BCC 6 | Worked on both Swindell charges. | 8.00 | 1,440.00 |
| 01/10/06 | Charlotte A. Garry | BCC 6 | Attention to Gaddis Reconsideration; answered questions from Investigator Brower. | 8.00 | 1,440.00 |
| 01/11/06 | Charlotte A. Garry | BCC 6 | Attention to Gaddis Reconsideration; phone conference with Investigator Brower. | 8.00 | 1,440.00 |
| 01/17/06 | Charlotte A. Garry | BCC 6 | Attention to FMLA issues. | 8.00 | 1,440.00 |
| 01/18/06 | Charlotte A. Garry | BCC 6 | Attention to FMLA issues. | 8.00 | 1,440.00 |
| 01/24/06 | Charlotte A. Garry | BCC 6 | Research regarding Fair Labor Standards Act issues. | 8.00 | 1,440.00 |
| 01/25/06 | Charlotte A. Garry | BCC 6 | Attention to Andre Allie Ohio Civil Rights Comission Charge. | 8.00 | 1,440.00 |
| 01/31/06 | Charlotte A. Garry | BCC 6 | Research regarding USERRA and military leave; drafted letter to Dale Smith regarding re-employment after military leave; attentio Allie charge; letter for extention of time on Allie charge. | 8.00 | 1,440.00 |

```
                                              ----------
                        TOTAL BILLABLE FEES    12,960.00
```

*-----MATTER DESCRIPTION-----*
U.S. AEROTEAM, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/04/06 | Thomas B. Radom | BCC19 | Review M. Walter e-mail regarding new P.O. | .20 | 50.00 |
| 01/06/06 | Thomas B. Radom | BCC19 | Telephone conferences with M. Walter, USAT representative, regarding new business (.30); e-mail to Delphi team regarding status of new company (.20). | .50 | 125.00 |
| 01/30/06 | James G. Derian | BCC10 | Review Summation spreadsheets of Delphi documents that have been processed and categorized to date and begin identifying and processing the boxes of un-Bates stamped Delphi documents. | 1.20 | 240.00 |
| 01/30/06 | Vanessa Lozzi | BCC10 | Assist Mr. Derian with file/document indexing and organization. | .50 | 44.00 |

```
                                                          -----------
                              TOTAL BILLABLE FEES            459.00
```

*-----MATTER DESCRIPTION-----*
LANERO ENGINEERING

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT | STAT | INDEX |
|------|------|------|-------------|-------|--------|------|-------|
| 01/19/06 | James G. Derian | BCC 4 | Telephone call from Judge Clealand docket clerk regarding status of the parties dismissal order. | .20 | 44.00 | B | 4713160 |
| 01/20/06 | James G. Derian | BCC 3 | Telephone call from Judge Cleland's law clerk regarding status of dismissal order. | .20 | 44.00 | B | 4720800 |
| 01/24/06 | James G. Derian | BCC 3 | Telephone conference with C. Brown of Delphi regarding options for resolution of the current stalemate with Laneko over dismissal of the US District Court action. | .20 | 44.00 | B | 4722071 |
| 01/25/06 | James G. Derian | BCC 4 | Telephone call from Judge Cleland's law clerk regarding dismissal order. | .20 | 44.00 | B | 4722394 |
| 01/26/06 | James G. Derian | BCC 4 | Telephone call to Judge Cleland's law clerk regarding the parties' current stalemate over entry of a dismissal order. | .20 | 44.00 | B | 4722892 |

```
                                        -----------
                TOTAL BILLABLE FEES         220.00
```

\*-----MATTER DESCRIPTION-----\*
DELPHI V EFTEC NORTH AMERICA, LLC

\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS

\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | James G. Derian | BCC10 | Telephone call from defendant EFTEC's attorney regarding revisions to the proposed Settlement Agreement and new problems that have arisen according to EFTEC's business people (.3); review the draft Settlement Agreement and make additional changes per discussion with defendant's counsel (.5). | .80 | 176.00 |
| 01/04/06 | James G. Derian | BCC10 | Proofread and revise Settlement Agreement per discussion with defendant's counsel and forward same with e-mail message to defendant's counsel (.3); prepare e-mail status report to client (.2). | .50 | 110.00 |
| 01/05/06 | James G. Derian | BCC10 | Receive and review e-mail from C. Brown of Delphi regarding approval of the latest proposed revisions to the Settlement Agreement. | .20 | 44.00 |
| 01/09/06 | James G. Derian | BCC10 | Telephone call from defendant EFTEC's attorney regarding his client's approval of the Settlement Agreement and preparation of a stipulated order of dismissal. | .20 | 44.00 |
| 01/10/06 | James G. Derian | BCC10 | Telephone conference with C. Brown of Delphi regarding execution of Settlement Agreement and entry of dismissal order. | .20 | 44.00 |
| 01/10/06 | James G. Derian | BCC10 | Receive and review letter from defendant EFTEC's attorney with four executed copies of the Settlement Agreement (.2); dictate proposed stipulation and order for dismissal with prejudice and without costs and letter to defendant's counsel regarding his approval of same (.3); dictate status letter to client regarding execution of Settlement Agreement and the stipulation and order for dismissal (.2). | .70 | 154.00 |
| 01/11/06 | James G. Derian | BCC10 | Telephone call from defendant EFTEC's attorney regarding permission to sign the stipulation and order for dismissal with prejudice. | .20 | 44.00 |
| 01/18/06 | James G. Derian | BCC10 | Telephone call from defendant EFTEC's attorney regarding status of the proposed dismissal order (.2); telephone call to Judge Goldsmith's law clerk regarding same (.2). | .40 | 88.00 |
| 01/25/06 | James G. Derian | BCC10 | Receive and review true copies of the stipulation and order for dismissal with prejudice entered with the court on January 23. | .20 | 44.00 |
| 01/27/06 | James G. Derian | BCC10 | Receive and review notification from the court regarding assessment of case evaluation fee. | .20 | 44.00 |
| 01/31/06 | James G. Derian | BCC10 | Receive and review letter from C. Brown of Delphi with two executed original copies of | .20 | 44.00 |

*-----MATTER DESCRIPTION-----*
DELPHI V EFTEC NORTH AMERICA, LLC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | the Settlement Agreement between Delphi and EFTEC. | | |

TOTAL BILLABLE FEES     836.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT | STAT | TKPER | VOUCHER | INDEX | BAT |
|------|------|-------------|--------|------|-------|---------|-------|-----|
| 01/04/06 | 001 | Photocopy Charges | .00 | B | 4211 | | 3755365 | 445 |
| 01/11/06 | 001 | Photocopy Charges | .00 | B | 4211 | | 3758621 | 445 |
| 01/11/06 | 012 | Local - Telecopy Charges | .00 | B | 4211 | | 3761203 | 445 |
| 01/11/06 | 105 | Delivery - Car Messenger 1/11 TROY | 9.22 | B | 4211 | | 3761244 | 445 |
| 01/18/06 | 001 | Photocopy Charges | .00 | B | 4211 | | 3765161 | 449 |
| 01/18/06 | 105 | Delivery - Car Messenger 1/18 O C C C | 8.90 | B | 4211 | | 3771668 | 449 |

COSTS SUBTOTAL     18.12

*-----MATTER DESCRIPTION-----*
BROCKWAY PRESSED METALS, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/04/06 | Matthew E. Wilkins | BCC19 | Status email from BBK with projected customer exposure. | .20 | 50.00 |
| 01/10/06 | Matthew E. Wilkins | BCC19 | Email from BBK and review summary customer exposure. | .20 | 50.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Attention to post-petition tooling payment issue and review schedule. | .30 | 75.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer call. | .70 | 175.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Review Second Amendment to Intercustomer Agreement (.3) and forward to M. Everett for signature (.1). | .40 | 100.00 |
| 01/18/06 | Matthew E. Wilkins | BCC19 | Attention to Bynon settlement status. | .10 | 25.00 |
| 01/31/06 | Matthew E. Wilkins | BCC19 | Conference with Aaron Silver regarding Bynon settlement, Delphi authority to approve. | .30 | 75.00 |

                                        -----------
                        TOTAL BILLABLE FEES         550.00

*-----MATTER DESCRIPTION-----*
HAYES LEMMERZ INTERNATIONAL, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | James G. Derian | BCC10 | Telephone conference with C. Brown of Delphi regarding the transcript for the hearing on Delphi's motion for preliminary injunction. | .20 | 44.00 |
| 01/05/06 | James G. Derian | BCC10 | Receive and review e-mail message from defendant's counsel regarding stipulation to a dismissal without prejudice (.2). | .20 | 44.00 |
| 01/10/06 | James G. Derian | BCC10 | Telephone call to C. Brown of Delphi regarding the upcoming scheduling order deadlines and defendant's proposal to dismiss the circuit court action without prejudice. | .20 | 44.00 |
| 01/11/06 | James G. Derian | BCC10 | Telephone call from C. Brown of Delphi regarding the pros and cons of continuing the circuit court litigation (.2); draft e-mail report to Mr. Brown with my analysis of the arguments for and against continuing vs. dismissing the circuit court action (.5). | .70 | 154.00 |
| 01/11/06 | James G. Derian | BCC10 | Receive and review pre-trial order dated January 9, 2006 from the Oakland Circuit Court and forward same with e-mail message to C. Brown of Delphi. | .30 | 66.00 |
| 01/11/06 | James G. Derian | BCC10 | Telephone call to defendant's attorney regarding a proposed stipulation for dismissal without prejudice. | .20 | 44.00 |
| 01/12/06 | James G. Derian | BCC10 | Receive and review e-mail message from defendant's counsel regarding his proposed stipulation and order for dismissal without prejudice and send e-mail reply regarding same. | .20 | 44.00 |
| 01/13/06 | James G. Derian | BCC10 | Telephone call from Defendant's counsel regarding discovery issues. | .20 | 44.00 |
| 01/16/06 | James G. Derian | BCC10 | Prepare email message to C. Brown of Delphi legal regarding upcoming discovery deadlines and the need to make a decision on whether to stipulate to defendant's requested dismissal without prejudice or continue the case. | .20 | 44.00 |
| 01/18/06 | James G. Derian | BCC10 | Telephone call from Charlie Brown of Delphi legal regarding his decision to dismiss the state court action without prejudice (.2); telephone call to defendant's attorney regarding Delphi's agreement to stipulate to a dismissal of the circuit court action without prejudice (.2); dictate proposed stipulation and order for dismissal without prejudice (.2); dictate letter to defendant's counsel regarding Delphi's proposed stipulation and warning to HLI that further attempts at supply disruption will result in bankruptcy court action (.2); prepare email status report to C. Brown of Delphi (.2). | 1.00 | 220.00 |
| 01/19/06 | James G. Derian | BCC10 | Receive and review faxed letter from | .40 | 88.00 |

*-----MATTER DESCRIPTION-----*
HAYES LEMMERZ INTERNATIONAL, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | defendant's counsel regarding his approval of our proposed dismissal without prejudice with attached signed stipulation (.2); review and sign the stipulation for dismissal without prejudice for submission to the court and dictate letter to Judge O'Brien's clerk regarding same (.2). | | |
| 01/25/06 | James G. Derian | BCC10 | Receive and review case evaluation notice and order for mandatory civil early intervention conference from the court (.2); receive and review true copies of stipulation and order for dismissal without prejudice (.2). | .40 | 88.00 |

-----------
TOTAL BILLABLE FEES          924.00

*-----MATTER DESCRIPTION-----*
KAUTEX, INC.

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/04/06 | James G. Derian | BCC10 | Dictate status report to Delphi enclosing true copies of the Order for Administration Closing Due to Bankruptcy Stay, etc. | .30 | 66.00 |
| | | | TOTAL BILLABLE FEES | | 66.00 |

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 11/04/05 | 001 | Photocopy Charges | .00 |
| 11/07/05 | 001 | Photocopy Charges | .00 |
| 11/07/05 | 001 | Photocopy Charges | .00 |
| 11/08/05 | 105 | Delivery - Car Messenger 11/7 O C C C | 9.70 |
| | | COSTS SUBTOTAL | 9.70 |

*-----MATTER DESCRIPTION-----*
TUBE TECH


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/04/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in team status call. | .80 | 200.00 |
| 01/05/06 | Matthew E. Wilkins | BCC19 | Email from N. Boland regarding Jonesville missing items (.2); email from N. Boland regarding leak tester (.1); email from BBK regarding leak tester issues (.1). | .40 | 100.00 |
| 01/09/06 | Matthew E. Wilkins | BCC19 | Correspondence from M & T Bank counsel regarding conditions for delivery of bill of sale. | .20 | 50.00 |
| 01/09/06 | Matthew E. Wilkins | BCC19 | Email from T. Monahan regarding M & T replacing $11,000. | .10 | 25.00 |
| 01/11/06 | Matthew E. Wilkins | BCC19 | Conference with T. Monahan regarding leak tester machine status and ownership and email from T. Monahan on subject. | .30 | 75.00 |
| 01/11/06 | Matthew E. Wilkins | BCC19 | Email to Tom Monahan regarding leak tester. | .10 | 25.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Review and compile documents for circulation. | .90 | 225.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Organize executed documents for distribution to parties in interest. | .70 | 175.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Correspondence regarding leak test machine (.2). | .20 | 50.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Correspondence from T. Monahan regarding return of $11,000 from M & T Bank and review response (.1); conference with T. Monahan - BBK regarding recovery of $11,000 (.3); conference with M & T counsel regarding return of $11,000 (.2); conference with T. Monahan regarding $11,000 (.2). | .80 | 200.00 |
| 01/18/06 | Matthew E. Wilkins | BCC19 | Review correspondence concerning purchase of leak test machine (.1); prepare for and participate in weekly status call (.4). | .50 | 125.00 |
| 01/18/06 | Matthew E. Wilkins | BCC19 | Attention to open issues in advance of 1/31/06 exit from Supplier. | 1.40 | 350.00 |
| 01/20/06 | Matthew E. Wilkins | BCC19 | Attention to final revisions of agreements and prepare letters to various counsel enclosing. | 2.50 | 625.00 |
| 01/23/06 | Matthew E. Wilkins | BCC19 | Organize and forward final executed documents to counsel, client. | 2.50 | 625.00 |
| 01/25/06 | Matthew E. Wilkins | BCC19 | Review open issues and agenda for internal call. | .20 | 50.00 |

                                                    -----------
                          TOTAL BILLABLE FEES          2,900.00

*-----MATTER DESCRIPTION-----*
DAYTON TOOL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/05/06 | Matthew E. Wilkins | BCC19 | Review production spreadsheets from BBK. | .60 | 150.00 |
| 01/06/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in status call with Delphi team. | .50 | 125.00 |
| 01/10/06 | Matthew E. Wilkins | BCC19 | Attention to debit and scrapped parts issue and email from Craig Archambault regarding same. | .20 | 50.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Review BBK email regarding open items to exit. | .20 | 50.00 |

TOTAL BILLABLE FEES                375.00

*-----MATTER DESCRIPTION-----*

PLASCO

*-----CLIENT INFORMATION-----*

DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/02/06 | Thomas B. Radom | BCC19 | Review and reply to M. Everett e-mail regarding January 3 conference call (.20); telephone conference with M. Everett regarding same (.20); review file regarding vendor issues (.50). | .90 | 225.00 |
| 01/03/06 | Thomas B. Radom | BCC19 | Prepare for and participate in conference call with Delphi team regarding vendor issues (1.0); review Plasco equipment, tooling lists and e-mail to Delphi team regarding same (.50). | 1.50 | 375.00 |
| 01/05/06 | Thomas B. Radom | BCC19 | Review and reply to M. Zimmer e-mail regarding vendor stop shipment issue (.30); e-mail to Delphi team regarding same (.20). | .50 | 125.00 |
| 01/06/06 | Thomas B. Radom | BCC19 | Review and reply to D. Wollschlager e-mail regarding Trust Agreement (.40); review M. Pizzorno e-mail regarding FCMP (.20); e-mail to T. Martin regarding vendor issue (.20); review file and draft extension to BBK trust agreement (.50); e-mail to D. Wollschlager regarding extension (.20). | 1.50 | 375.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Telephone conferences with T. Martin regarding vendor issues (.60); telephone conference with Delphi team regarding same (.30). | .90 | 225.00 |
| 01/11/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Martin regarding vendors (.20); review and reply to C. Archambault, M. Pizzorno e-mails regarding same (.50). | .70 | 175.00 |
| 01/12/06 | Thomas B. Radom | BCC19 | Review Metal Seal counterproposal (.20); telephone conferences with M. Pizzorno and C. Archambault regarding same, other vendor issues (.50). | .70 | 175.00 |
| 01/17/06 | Thomas B. Radom | BCC19 | Review and reply to M. Fortunak e-mail regarding December financials (.40); review National City fax regarding Second Partial Assignment (.20). | .60 | 150.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Review and reply to M. Pizzorno, C. Archambault e-mails regarding vendor agreements. | .50 | 125.00 |
| 01/31/06 | Thomas B. Radom | BCC19 | Telephone conference with C. Archambault regarding vendor issues. | .20 | 50.00 |

TOTAL BILLABLE FEES                 2,000.00

*-----MATTER DESCRIPTION-----*
JACOBS INDUSTRIES


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/02/06 | Thomas B. Radom | BCC19 | Review S. Eisenberg e-mail regarding January 3 conference call (.20); telephone conference with M. Everett regarding same (.20). | .40 | 100.00 |
| 01/03/06 | Thomas B. Radom | BCC19 | Review file for status and participate in Customer/Debtor conference call regarding operations, legal (1.0); review pleadings regarding Chapter 11 Plan, sales motion and procedures (.70). | 1.70 | 425.00 |
| 01/09/06 | Thomas B. Radom | BCC19 | Review M. Schumacher e-mail regarding Patriarch analysis | .30 | 75.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Customer, Debtor conference call (.70); review e-mails and analyses regarding Patriarch offer (1.0); telephone conference with B. Wildern, BBK, regarding same (.20); telephone conference with M. Everett regarding same (.20); telephone conference with K. Katsma regarding same (.20); e-mail to M. Everett, S. Oury, M. Portunak regarding same (.20). | 2.50 | 625.00 |
| 01/11/06 | Thomas B. Radom | BCC19 | Review Patriarch LOI and Customer Term Sheet (.50); e-mail to Delphi team regarding same (.20); e-mail to W. Ranney regarding Patriarch (.20). | .90 | 225.00 |
| 01/13/06 | Thomas B. Radom | BCC19 | Review e-mails regarding Patriarch LOI. | .50 | 125.00 |
| 01/15/06 | Thomas B. Radom | BCC19 | Review e-mail regarding Patriarch LOI. | .30 | 75.00 |
| 01/16/06 | Thomas B. Radom | BCC19 | Review e-mails regarding Patriarch offer. | .50 | 125.00 |
| 01/18/06 | Thomas B. Radom | BCC19 | Review Patriarch Asset Purchase Agreement. | 1.00 | 250.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Review e-mails regarding status of Patriarch offer. | .40 | 100.00 |
| 01/20/06 | Thomas B. Radom | BCC19 | Conference call with Customers regarding Patriarch offer. | .50 | 125.00 |
| 01/30/06 | Thomas B. Radom | BCC19 | Review e-mail from M. Schumacher regarding Amendment to Agreement (.20); telephone conference with W. Ranney regarding same (.20); e-mails to M. Schumacher, B. Mazzola, M. Everett regarding same (.40). | .80 | 200.00 |

TOTAL BILLABLE FEES          2,450.00

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/09/06 | Thomas B. Radom | BCC 7 | Telephone conferences with K. Bambach and D. de Elizalde regarding fee statement. | .70 | 175.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Telephone conference with I. Simplicean regarding proof of claim filings against vendors. | .50 | 125.00 |

|  |  |  | TOTAL BILLABLE FEES | | 300.00 |

\*-----MATTER DESCRIPTION-----\*
GRIFFIN THERMAL PRODUCTS, INC.


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman regarding inventory, factoring application (.30); Pacer search of court docket and review application to approve factoring (.50). | .80 | 200.00 |
| 01/04/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding inventory, overpayment claims. | .50 | 125.00 |
| 01/09/06 | Thomas B. Radom | BCC19 | E-mail to A. Bowman and M. Eglin regarding status. | .20 | 50.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Telephone conference with A. Bowman and M. Eglin regarding status on inventory. | .30 | 75.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Review inventory e-mail regarding inventory PO (.20); review inventory PO (.20); e-mail to M. Fortunak regarding same (.20). | .60 | 150.00 |
| 01/25/06 | Thomas B. Radom | BCC19 | Review R. Baxter e-mail regarding inventory purchase order (.20); telephone conference with R. Baxter regarding same (.20); telephone conference with M. Eglin regarding same (.20). | .60 | 150.00 |
| 01/26/06 | Thomas B. Radom | BCC19 | Review M. Eglin e-mail regarding inventory purchase order (.20); e-mail to M. Fortunak regarding same (.30). | .50 | 125.00 |
| 01/31/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Fortunak regarding inventory purchase order. | .20 | 50.00 |

```
                                                          -----------
                                                             925.00
```

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | Matthew E. Wilkins | BCC19 | Email from BBK regarding status and with next meeting agenda and cash flow forecast (.8); attention to inventory forecast emails (.2). | 1.00 | 250.00 |
| 01/04/06 | Matthew E. Wilkins | BCC19 | Review supporting materials for Customer status call (.6); customer status call (1.2). | 1.80 | 450.00 |
| 01/04/06 | Matthew E. Wilkins | BCC19 | Review production update (.3); review funding amounts due (.2); email from A. Bowman regarding open issues (.2); review production schedule projected through 2/11/06 (.3). | 1.00 | 250.00 |
| 01/05/06 | Matthew E. Wilkins | BCC19 | Attention to customer over-advance request and summary (.2); attention to Parts Bank raw material needs, payment (.4). | .60 | 150.00 |
| 01/06/06 | Matthew E. Wilkins | BCC19 | Email from BBK regarding Delphi premium expense funding. | .10 | 25.00 |
| 01/10/06 | Matthew E. Wilkins | BCC19 | Email from A. Bowman regarding MRC unilateral decision to stop producing part (.1); email from BBK regarding possible work stoppage (.1); review production update (.3); emails regarding work stoppage issue (.3); review weekly progress report (.4); review issues to completing Book Build memo (.4). | 1.60 | 400.00 |
| 01/10/06 | Matthew E. Wilkins | BCC19 | Review agenda for 1/11 Customer call and cash flow summary. | .20 | 50.00 |
| 01/11/06 | Matthew E. Wilkins | BCC19 | Review current financial status and participate in Customer call. | 1.30 | 325.00 |
| 01/11/06 | Matthew E. Wilkins | BCC19 | Conferences with BBK and work throughout day regarding possible part shortage and MRC shutdown. | 1.60 | 400.00 |
| 01/11/06 | Matthew E. Wilkins | BCC19 | Delphi team call regarding production status (.9); attention to Delphi pre-petition payable issue (.4); attention to availability of China parts (.3); email from BBK regarding production status (.2). | 1.80 | 450.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Participate in follow-up Customer call and attention to parts shortage issue. | .70 | 175.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer call (.9); email from BBK with customer premium funding requirements (for additional weekend and overtime work) (.3). | 1.20 | 300.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Attention to setoff issues. | .40 | 100.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer call. | 1.00 | 250.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Conference calls regarding union issues (1.0); conference call regarding union issues, severance request (.5). | 1.50 | 375.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Review production update. | .30 | 75.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Attention to Delphi setoff rights (.3); email regarding status with union negotiations (.2). | .50 | 125.00 |
| 01/16/06 | Matthew E. Wilkins | BCC19 | Customer status call (.4); review Accommodation | .80 | 200.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | Agreement and email to M. Everett and A. Bowman regarding quarterly set-off issue(.4). | | |
| 01/16/06 | Matthew E. Wilkins | BCC19 | Attention to Delphi setoff rights in Accommodation Agreement and discuss with Todd Sable, GM counsel. | 1.20 | 300.00 |
| 01/16/06 | Matthew E. Wilkins | BCC19 | Email to Al Bowman, Marti Everett regarding setoff rights under Accommodation Agreement. | .20 | 50.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Review proposed letter agreements regarding payment of accrued and unused vacation to Union and review proposed customer funding breakdown (.9); participate in Customer status call (.4). | 1.30 | 325.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Internal production status call. | .80 | 200.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Review agenda for Customer Group meeting. | .10 | 25.00 |
| 01/18/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer Group call and follow-up calls (1.4); prepare for and participate in Delphi internal call regarding production and review production status (2.2). | 3.60 | 900.00 |
| 01/19/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer calls (.8); review current production report and participate in internal calls (1.8); attention to Delphi payable and debit issues (.5). | 3.10 | 775.00 |
| 01/20/06 | Matthew E. Wilkins | BCC19 | Review updated financial information (.2); Customer status call (.4); review setoff available to Delphi and discuss with D. Wohlschlager (.8). | 1.40 | 350.00 |
| 01/23/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer Group call and review agenda. | .80 | 200.00 |
| 01/23/06 | Matthew E. Wilkins | BCC19 | Review Delphi production update (.3); review final agreement with union regarding vacation pay (.2); email from BBK regarding revised budget (.1). | .60 | 150.00 |
| 01/24/06 | Matthew E. Wilkins | BCC19 | Review updated cash flow summary and participate in Customer Group call (.6); review weekly budget update (.3). | .90 | 225.00 |
| 01/24/06 | Matthew E. Wilkins | BCC19 | Review production update from BBK (.3); review email and proposed letter agreement regarding payment of accrued and unused employee vacation time (.3); attention to Delphi pre-petition payable to MRC (.2); BBK email regarding production schedule and issues impacting production (.2). | 1.00 | 250.00 |
| 01/25/06 | Matthew E. Wilkins | BCC19 | Email from customer counsel regarding denying BBK access to MRC (.1); email from MRC counsel regarding professional fees (.1); Customer call (.5) Delphi internal status call (.5). | 1.20 | 300.00 |
| 01/25/06 | Matthew E. Wilkins | BCC19 | Email from BBK regarding increasing funding cap and review cash flow summary and revised budget. | .50 | 125.00 |
| 01/26/06 | Matthew E. Wilkins | BCC19 | Customer call regarding matter status (.5); customer call regarding funding and | 2.00 | 500.00 |

*-----MATTER DESCRIPTION-----*
MRC INDUSTRIAL GROUP, INC.


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| | | | operational status (.5); customer call and conference with D. Wollschlager (BBK) regarding bank build, Debtor corporation, possible sale scenarios (1.0). | | |
| 01/30/06 | Matthew E. Wilkins | BCC19 | Customer call regarding operational and funding status. | 1.00 | 250.00 |
| 01/31/06 | Matthew E. Wilkins | BCC19 | Customer call regarding sale status, production status, funding needs. | .80 | 200.00 |

TOTAL BILLABLE FEES          9,475.00

*-----MATTER DESCRIPTION-----*
STEEL PARTS CORPORATION


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | Matthew E. Wilkins | BCC19 | Review and summarize Steel Parts proposed changes to Accommodation Agreement and Access and Security Agreement for call with M. Everett (1.1); emails from and to M. Everett regarding status (.1). | 1.20 | 300.00 |
| 01/04/06 | Matthew E. Wilkins | BCC19 | Draft Supplier Agreement. | .40 | 100.00 |
| 01/05/06 | Matthew E. Wilkins | BCC19 | Work towards mutually acceptable Accommodation Agreement and Access and Security Agreement. | 2.00 | 500.00 |
| 01/09/06 | Matthew E. Wilkins | BCC19 | Revisions to two agreements. | 1.00 | 250.00 |
| 01/10/06 | Matthew E. Wilkins | BCC19 | Review and revise Accommodation Agreement, Access and Security Agreement. | 1.50 | 375.00 |
| 01/12/06 | Matthew E. Wilkins | BCC19 | Analysis of changes requested by Steel Parts and prepare recommendation for client. | 1.60 | 400.00 |
| 01/13/06 | Matthew E. Wilkins | BCC19 | Review Steel Parts comments to our most recent drafts and discuss with Marti Everett. | 1.40 | 350.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Review Accommodation, Supplier and Access Agreement to incorporate Steel Parts' final changes. | 1.70 | 425.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Correspondence to and from Steel Parts counsel (.3); make final changes to Agreements and circulate for execution (.8). | 1.10 | 275.00 |
| 01/17/06 | Matthew E. Wilkins | BCC19 | Email from Steel Parts with signature pages (to be escrowed). | .10 | 25.00 |
| 01/19/06 | Matthew E. Wilkins | BCC19 | Review and revise Agreements and finalize. | 2.50 | 625.00 |

TOTAL BILLABLE FEES 3,625.00

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/03/06 | Thomas B. Radom | BCC19 | Review and reply to M. Everett e-mail regarding legal status (.30); review court docket, bank motion for relief from stay, court transcript regarding same (.70); conference call with Delphi team regarding same, exit status (.50); telephone conferences with B. Shaw, attorney for Debtor, regarding Bank motion, future production (.70) | 2.20 | 550.00 |
| 01/04/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding production, legal issues. | .40 | 100.00 |
| 01/05/06 | Thomas B. Radom | BCC19 | E-mail to B. Shaw, attorney for Debtor, regarding exit plan (.20); telephone conference with M. Everett regarding same (.20). | .40 | 100.00 |
| 01/06/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett and M. Fortunak regarding production and exit issues, Bank stay order (.50); telephone conference with B. Shaw regarding Bank stay order (.20); telephone conference with D. Kubiak, Bank attorney, regarding forbearance proposal (.40). | 1.10 | 275.00 |
| 01/09/06 | Thomas B. Radom | BCC19 | E-mail to D. Kubiak regarding stay order, forbearance (.30); review and reply to D. Kubiak e-mail regarding forbearance proposal (.40); telephone conference with B. Shaw, attorney for Debtor, regarding same (.30); telephone conference with M. Everett regarding same (.20); e-mail to M. Everett and M. Fortunak regarding same (.20). | 1.40 | 350.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding proposal to Bank (.20); worked on same (1.0). | 1.20 | 300.00 |
| 01/11/06 | Thomas B. Radom | BCC19 | Worked on and completed proposal for Accommodation Agreement (2.50); telephone conferences and e-mails with Delphi team regarding same (.50); e-mail to D. Kubiak and B. Shaw regarding same (.20). | 3.20 | 800.00 |
| 01/12/06 | Thomas B. Radom | BCC19 | Conference call with Delphi team regarding proposal, strategy (.40); review and reply to D. Kubiak e-mails regarding proposal and Bank counterproposal (1.0); review and analyze Bank counterproposal (.70); e-mails to Delphi team regarding Bank counterproposal (.80); telephone conferences with M. Everett and M. Fortunak regarding same (.60). | 3.50 | 875.00 |
| 01/13/06 | Thomas B. Radom | BCC19 | Conference call with Paradigm and Delphi team regarding Bank counterproposal, agreement | 3.80 | 950.00 |

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT $ |
|------|------|------|-------------|-------|----------|
| | | | with Delphi, strategy (.50); e-mails with Delphi team regarding same (.70); drafted letter agreement with Paradigm and e-mail to B. Shaw regarding same (2.0); telephone conferences with M. Everett, M. Fortunak regarding counteroffer (.40); e-mail to D. Kubiak regarding counteroffer (.20). | | |
| 01/15/06 | Thomas B. Radom | BCC19 | Review and reply to B. Shaw e-mail regarding letter agreement. | .30 | 75.00 |
| 01/16/06 | Thomas B. Radom | BCC19 | E-mails and telephone conference with B. Shaw regarding letter agreement (.50); review and reply to A. Sabbani regarding same (.40). | .90 | 225.00 |
| 01/17/06 | Thomas B. Radom | BCC19 | E-mails and telephone conference with B. Shaw regarding letter agreement, Comerica (.70); review Comerica counterproposal and e-mail to Delphi Team regarding same (.50); review e-mails from Delphi Team regarding same (.50). | 1.70 | 425.00 |
| 01/18/06 | Thomas B. Radom | BCC19 | E-mails to B. Shaw regarding status of letter agreement (.40); review and reply to M. West e-mails regarding same (.50); review Paradigm changes to letter agreement (.40); telephone conference with Delphi Team regarding same (.40). | 1.70 | 425.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Telephone conferences, e-mails with Delphi Team regarding Paradigm counterproposal (.80); e-mail to B. Shaw regarding same (.20). | 1.00 | 250.00 |
| 01/20/06 | Thomas B. Radom | BCC19 | Review M. West e-mails regarding status of Delphi-Paradigm proposal (.40); telephone conferences with Delphi Team regarding same (.50); e-mail to B. Shaw regarding counterproposal (1.0). | 1.90 | 475.00 |
| 01/23/06 | Thomas B. Radom | BCC19 | Telephone conference, e-mails with M. West, M. Fortunak regarding letter agreement with Paradigm, production issues (1.5); telephone conference with B. Shaw regarding same (.30); revised letter agreement and e-mail to B. Shaw regarding same (1.0); reviewed Paradigm funding requirements, A/P reconciliation (.50). | 3.30 | 825.00 |
| 01/24/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Shaw regarding letter agreement (.30); review and reply to A. Sabbani e-mails regarding same (.60); telephone conferences and e-mails with Delphi team regarding same (.70); telephone conference with Calhoun County Court regarding Comerica filing (.20); e-mail to Delphi team, B. Shaw regarding same (.20). | 2.00 | 500.00 |
| 01/25/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Shaw regarding letter agreement (.20); revised letter agreement (.50); e-mail to parties regarding same (.20); e-mails and telephone conferences with M. West, M. Everett, M. Fortunak regarding same (.70); review A. Sabbani e-mails regarding letter agreement (.40). | 2.00 | 500.00 |

*-----MATTER DESCRIPTION-----*
PARADIGM SINTERED PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/26/06 | Thomas B. Radom | BCC19 | Telephone conference with T. Dunn regarding status (.20); e-mails with B. Shaw. | .20 | 50.00 |
| 01/27/06 | Thomas B. Radom | BCC19 | Telephone conference with B. Shaw regarding January 30 show cause hearing (.40); review e-mails regarding letter agreement (.50). | .90 | 225.00 |
| 01/30/06 | Thomas B. Radom | BCC19 | Attend court hearing on Comerica's Motion for Possession Pending Final Judgment (5.5); review B. Shaw e-mail regarding adjourned evidentiary hearing (.20); review A. Sabbani e-mail regarding E & L part (.20); telephone conference with M. Everett regarding same (.20). | 6.10 | 1,525.00 |
| 01/31/06 | Thomas B. Radom | BCC19 | E-mail to Delphi Team regarding results of January 30 hearing (.50); review reply e-mails regarding same (.40); telephone conference with B. Shaw regarding inventory purchase (.30); e-mails to Delphi Team regarding deferral of inventory purchase (.20). | 1.40 | 350.00 |

                                          -----------
                    TOTAL BILLABLE FEES    10,150.00

*-----COST ENTRIES-----*

| DATE | CODE | DESCRIPTION | AMOUNT |
|------|------|-------------|--------|
| 01/29/06 | 088 | Travel Expenses - - VENDOR: THOMAS B RADOM | 108.58 |

                                 -----------
                   COSTS SUBTOTAL    108.58

*-----MATTER DESCRIPTION-----*
POST BANKRUPTCY GENERAL LITIGATION

*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 01/03/06 | James G. Derian | BCC10 | Telephone call to Haim Zaltzman of the Skadden firm regarding the status of order authorizing employment and retention of Butzel Long as commercial/litigation counsel (.2); receive and review e-mail from Mr. Zaltzman with copy of the January 3 Order issued by Judge Drain (.2). | .40 | 88.00 |
| 01/06/06 | James G. Derian | BCC10 | Telephone conference with Don Parshall of Delphi Legal regarding analysis of the Segway claim. | .20 | 44.00 |
| 01/10/06 | James G. Derian | BCC10 | Review Delphi's purchasing and product development records with respect to the battery development contract with Segway, Inc. | 1.50 | 330.00 |
| 01/11/06 | James G. Derian | BCC10 | Continue review of Delphi's purchasing and legal department records with respect to the Segway cancelation claim (1.0); telephone call to Don Parshall of Delphi Legal regarding same (.2). | 1.20 | 264.00 |
| 01/12/06 | James G. Derian | BCC10 | Continue review of Delphi purchasing and product development records of the Segway project for analysis of the cancellation claim. | 6.00 | 1,320.00 |
| 01/13/06 | James G. Derian | BCC10 | Complete review of Delphi's purchasing and product development records for the Segway battery development project in connection with analysis of cancellation claim (5.7); conference with Jim Wynne regarding Delphi's cancellation claim against Segway and possible defenses (.5); telephone call to Don Parshall of Delphi regarding the Segway cancellation claim (.2). | 6.40 | 1,408.00 |
| 01/17/06 | James G. Derian | BCC10 | Review Delphi documents regarding the Segway battery development project (.3); telephone call to Don Parshall of Delphi legal regarding same (.2). | .50 | 110.00 |
| 01/19/06 | James G. Derian | BCC10 | Telephone call from Don Parshall of Delphi legal regarding the cancellation claim against Segway, Inc. | .20 | 44.00 |
| 01/20/06 | James G. Derian | BCC10 | Telephone call from Don Parshall of Delphi Legal regarding the Segway claim. | .20 | 44.00 |
| 01/30/06 | James G. Derian | BCC10 | Preparation for and attendance at meeting with Don Parshall of Delphi Legal and Jim Wynne regarding our analysis and proposed handling of the Segway cancellation claim. | 3.50 | .00 |

|  |  |  | TOTAL BILLABLE FEES | | 3,652.00 |

*-----MATTER DESCRIPTION-----*
TAYLOR MACHINE PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/02/06 | Thomas B. Radom | BCC19 | Review M. Everett e-mails regarding status of production, exist issues (.40); telephone conference with M. Everett regarding same (.20). | .60 | 150.00 |
| 01/03/06 | Thomas B. Radom | BCC19 | Review M. Everett e-mails regarding production (.30); telephone conference with M. Everett regarding same (.20); review D. Norton e-mail regarding funding (.20). | .70 | 175.00 |
| 01/04/06 | Thomas B. Radom | BCC19 | Telephone conferences, e-mails regarding draft Second Amendment to Interim Financing Order (1.0); review revised drafts of Second Amendment (1.0); telephone conference with M. Everett, M. Fortunak regarding same (.50); review draft budget (.50). | 3.00 | 750.00 |
| 01/05/06 | Thomas B. Radom | BCC19 | Review drafts of Second Amendment to Interim Financing Order, telephone conferences and e-mails regarding same (2.50); telephone conferences and e-mails regarding payroll (.60). | 3.10 | 775.00 |
| 01/06/06 | Thomas B. Radom | BCC19 | Made further changes to draft extended financing order (.80); telephone conferences with G. Eynon, Bank attorney, regarding same (1.0); telephone conferences with K. Katsma, DCC attorney, regarding same (.50); telephone conferences with M. Everett and M. Fortunak regarding same (.50); review prior financing orders and e-mail to M. Fortunak regarding same (.50). | 3.30 | 825.00 |
| 01/09/06 | Thomas B. Radom | BCC19 | Review final drafts of Amendment to Financing Order and Stipulated Order for Entry (.50); review and reply to G. Eynon e-mails regarding same (.50); telephone conference with M. Everett regarding same (.20). | 1.20 | 300.00 |
| 01/10/06 | Thomas B. Radom | BCC19 | Telephone conference with M. Everett regarding raw material vendor issue (.40); telephone conference with G. Eynon regarding same (.20); review e-mails regarding status of entry of financing order (.40). | 1.00 | 250.00 |
| 01/11/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails regarding entry of financing order. | .50 | 125.00 |
| 01/12/06 | Thomas B. Radom | BCC19 | Review e-mails regarding status of financing order (.70); telephone conference with G. Eynon regarding future financing issues (.40); e-mail to Delphi team regarding financing order (.20); review e-mails regarding Delphi funding (.40); review e-mails regarding authorization to cover losses (.30). | 2.00 | 500.00 |

*-----MATTER DESCRIPTION-----*
TAYLOR MACHINE PRODUCTS


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/13/06 | Thomas B. Radom | BCC19 | Telephone conference with G. Eynon regarding Espana (.20); telephone conference with M. Everett regarding same, tooling inspection (.40); review draft final order approving financing and e-mail to parties regarding approval of same (.50). | 1.10 | 275.00 |
| 01/15/06 | Thomas B. Radom | BCC19 | E-mails to Customer Group regarding next financing extension (.20); review and reply to M. Everett e-mail regarding tooling inspection (.30); e-mail to D. Norton regarding tooling inspection (.20); review and reply to M. Everett e-mail regarding Espana (.30); e-mail to Taylor, Bank, Customers regarding authorization to cover losses (.20). | 1.20 | 300.00 |
| 01/16/06 | Thomas B. Radom | BCC19 | Drafted letter agreement regarding Delphi Espana (.40); e-mails with Bank, Debtor and Customers regarding same (.50); telephone conference with D. Norton regarding tooling inspection (.50); conference call with Customers, BBK regarding budget for extended financing (.50). | 1.90 | 475.00 |
| 01/17/06 | Thomas B. Radom | BCC19 | Telephone conferences with M. Everett regarding Espana, tooling (.70); telephone conference with P. Oakes regarding same (.20); telephone conferences with G. Eynon regarding Espana (.50); telephone conferences with D. Norton regarding Espana, tooling (.50); revised Agreement regarding Espana (.70); reviewed and replied to e-mails regarding same (.80); review e-mails regarding Committee's consent to validity of Bank liens (.40); review and reply to BBK e-mails regarding Espana shipments (.50). | 4.30 | 1,075.00 |
| 01/18/06 | Thomas B. Radom | BCC19 | Telephone conferences and e-mails with Delphi Team regarding budget issues (1.0); telephone conference with M. Hammer regarding Visteon (.20). | 1.20 | 300.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Review revised budget, e-mails regarding same (.80); e-mail to G. Eynon regarding DIP extension (.20); e-mails with P. Oakes regarding budget (.40). | 1.40 | 350.00 |
| 01/20/06 | Thomas B. Radom | BCC19 | Review and reply to e-mails regarding extension of DIP financing (.50). | .50 | 125.00 |
| 01/23/06 | Thomas B. Radom | BCC19 | Telephone conference with G. Eynon regarding DIP funding extension. | .30 | 75.00 |
| 01/31/06 | Thomas B. Radom | BCC19 | Review and respond to G. Eynon e-mail regarding final order approving Second Amendment to DIP Financing. | .30 | 75.00 |

                                                          -----------
                                TOTAL BILLABLE FEES          6,900.00

\*-----MATTER DESCRIPTION-----\*
OLSON INTERNATIONAL CORPORATION


\*-----CLIENT INFORMATION-----\*
DELPHI AUTOMOTIVE SYSTEMS


\*-----TIME ENTRIES-----\*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/26/06 | Matthew E. Wilkins | BCC19 | Draft and revise Access Agreement, Accommodation Agreement and Supplier Agreement for review by Olson counsel. | 2.00 | 500.00 |
| 01/27/06 | Paula A. Hall | BCC19 | Revisions to Olson Accommodation and Access and Security Agreements(1.5); correspondence to Olson's counsel re: same(.2). | 1.70 | 367.20 |

|  |  |  |  | | ---------- |
|  |  |  | TOTAL BILLABLE FEES | | 867.20 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


*-----TIME ENTRIES-----*

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
| 01/18/06 | Thomas B. Radom | BCC19 | Review company financials, e-mails from M. Everett regarding background (1.0); telephone conference with M. Everett regarding resourcing issues (.40); attend MPC/Customer Group meeting (3.5); telephone conference with Delphi Team regarding follow up to Customer meeting (.50). | 5.40 | 1,350.00 |
| 01/19/06 | Matthew E. Wilkins | BCC19 | Review background materials from initial meeting with company and financial advisors. | 1.50 | 375.00 |
| 01/19/06 | Thomas B. Radom | BCC19 | Review e-mails regarding Customer contact list (.60); review and reply to D. Baty e-mail regarding Accommodation, Access Agreements (.40); telephone conferences with J. DeVito, T. Yaczik, TK-Budd, regarding agreements, meetings (.50); telephone conferences with M. Everett regarding production issues (.50). | 2.00 | 500.00 |
| 01/20/06 | Matthew E. Wilkins | BCC19 | Prepare for and participate in Customer Group call regarding immediate production and funding issues (.9); review company cash forecast through 3/31/06 (.6) | 1.50 | 375.00 |
| 01/20/06 | Matthew E. Wilkins | BCC19 | Draft Intercustomer Agreement (1.0); review letter agreement regarding premium for weekend work and discuss with Thomas Radom (.2). | 1.20 | 300.00 |
| 01/20/06 | Thomas B. Radom | BCC19 | Conference call with Customer Group (.70); draft Accommodation, Access Agreement, and e-mail to Customer Group regarding same (3.50); review and revise draft Intercustomer Agreement (.50); review and reply to S. Wybo e-mail regarding weekend Bank build commitments (1.0); telephone conferences, e-mails with Customers, BBK, Delphi regarding same (1.0); telephone conference with M. Everett regarding agreements (.20). | 6.90 | 1,725.00 |
| 01/23/06 | Thomas B. Radom | BCC19 | Telephone conference with G. Eynon, attorney for National City, regarding January 24 meeting (.20); telephone conference with D. Linna, attorney for GM, regarding agreements (.20); review and reply to D. Freedman e-mail regarding agreements (.40); review J. Harrington e-mail regarding agreements (.20); review BBK funding requirements (.20). | 1.20 | 300.00 |
| 01/24/06 | Matthew E. Wilkins | BCC19 | Participate in Customer Group meeting regarding financial crisis at MPC and meet with MPC, counsel and financial advisors (6.0); conference with Thomas Radom regarding Delphi position, documentation of agreements | 6.50 | 1,625.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS

| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | | with MPC, lender and customers (.5). | | |
| 01/24/06 | Thomas B. Radom | BCC19 | Prepared for and attended meeting with MPC, National City and Customer Group. | 8.00 | 2,000.00 |
| 01/25/06 | Matthew E. Wilkins | BCC19 | Review revised Accommodation Agreement (.8); review revised Access and Security Agreement (.5). | 1.30 | 325.00 |
| 01/25/06 | Thomas B. Radom | BCC19 | Worked on draft Access Agreement, redraft of Accommodation Agreement (3.0); conference call with MPC, Bank and Customers regarding same (1.3); telephone conferences with Delphi team regarding same (.50); e-mails to MPC, Bank and Customers regarding Agreements (.30); review MPC financials (.50); telephone conference with M. Wilkins regarding January 26 Customer meeting (.20). | 5.80 | 1,450.00 |
| 01/26/06 | Matthew E. Wilkins | BCC19 | Customer meeting to review and revise Accommodation Agreement, Access and Security Agreement, Subordination Agreement with Lender and MPC representatives. | 7.50 | 1,875.00 |
| 01/26/06 | Matthew E. Wilkins | BCC19 | Revise Accommodation Agreement and circulate to all parties. | 2.50 | 625.00 |
| 01/26/06 | Thomas B. Radom | BCC19 | Review e-mails regarding status of Agreements. | .50 | 125.00 |
| 01/27/06 | Thomas B. Radom | BCC19 | Reviewed revised drafts of Accommodation, Access Agreements, Subordinated Participation Agreement (1.5); conference call with MPC, National City and Customers regarding same (3.0). | 4.50 | 1,125.00 |
| 01/28/06 | Thomas B. Radom | BCC19 | Worked on revisions to Accommodation Agreement (1.5); review and reply to J. Applebaum, S. LaPlante e-mails regarding same (.50). | 2.00 | 500.00 |
| 01/29/06 | Thomas B. Radom | BCC19 | Continued work on revisions to Accommodation, Access Agreements (1.3); e-mail to Customer Group regarding same (.20); e-mails to M. Everett, M. Fortunak regarding Participation Agreement (.40); review final draft of Participation Agreement (.50). | 2.40 | 600.00 |
| 01/30/06 | Matthew E. Wilkins | BCC19 | Emails and conferences with Delphi management regarding Accommodation Agreement and Subordinate Participation Agreement. | .50 | 125.00 |
| 01/30/06 | Thomas B. Radom | BCC19 | Review draft Agreements (1.0); conference calls with Customer Group, MPC, National City regarding finalizing Agreements (2.0); e-mails and telephone conferences with Delphi Team regarding same (.70). | 3.70 | 925.00 |
| 01/31/06 | Thomas B. Radom | BCC19 | Review e-mails, further changes to Accommodation, Subordinated Participation, Access Agreements (1.0); e-mails to Delphi Team regarding same (.50); telephone conferences with MPC, National City, Customer Group regarding same, funding issues, budget (1.30); conference call with Customer Group and consultants regarding funding, production issues (.50); telephone conferences with M. | 3.80 | 950.00 |

*-----MATTER DESCRIPTION-----*
MPC


*-----CLIENT INFORMATION-----*
DELPHI AUTOMOTIVE SYSTEMS


| DATE | NAME | CODE | DESCRIPTION | HOURS | AMOUNT |
|------|------|------|-------------|-------|--------|
|      |      |      | Everett regarding same (.50). |       |        |

TOTAL BILLABLE FEES                17,175.00