Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper,
   DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan 49501
(616) 949-9610
Intellectual Property Counsel to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## MOTION FOR *PRO HAC VICE* ADMISSION OF KEVIN T. GRZELAK ON BEHALF OF PRICE, HENEVELD, COOPER, DeWITT & LITTON, LLP

Pursuant to Local Rule 2090-1, Kevin T. Grzelak ("Mr. Grzelak") herein moves, on behalf of Price, Heneveld, Cooper, DeWitt & Litton, LLP ("Creditor"), for his admission *pro hac vice* in this action. In support of this Motion, Mr. Grzelak states that he is an attorney at Price, Heneveld, Cooper, DeWitt & Litton, LLP, is a member in good standing at Price, Heneveld, Cooper, DeWitt & Litton, LLP, and is a member in good standing of the Michigan bar and of the federal courts of Michigan. In further support of this Motion, attached as Exhibit 1 is Mr. Grzelak's Declaration in Support of Motion for *Pro Hac Vice* Admission, attesting as follows: (1) that he is a member in good standing in every jurisdiction in which he has been admitted to practice; (2) that there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) that he

is generally familiar with the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

WHEREFORE, it is respectfully requested that Mr. Grzelak be admitted *pro hac vice* in this case.

    Respectfully submitted,

    /s/ Kevin T. Grzelak
    Kevin T. Grzelak (P48803)
    Price, Heneveld, Cooper, DeWitt & Litton, LLP
    695 Kenmoor Avenue, S.E.
    Post Office Box 2567
    Grand Rapids, Michigan 49501
    (616) 949-9610 (office)
    (616) 957-8196 (fax)
    Intellectual Property Counsel/Chapter 11 Professionals

**EXHIBIT 1**

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper,
    DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan 49501
(616) 949-9610
Intellectual Property Counsel to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**DECLARATION IN SUPPORT OF MOTION FOR *PRO HAC VICE*
ADMISSION OF KEVIN T. GRZELAK ON BEHALF OF PRICE,
HENEVELD, COOPER, DeWITT & LITTON, LLP**

I, Kevin T. Grzelak, on oath do declare as follows:

1. I am a partner in the Grand Rapids, Michigan, law firm of Price, Heneveld, Cooper, DeWitt & Litton, LLP, a Creditor of the Debtors.

2. I am submitting this Declaration in support of my Motion for Admission *Pro Hac Vice* to practice before this Court in connection with the above-captioned case.

3. I am a member in good standing of the bar of each and every state to which I am admitted to practice, including the State of Michigan, the Eastern and Western Districts of Michigan.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I am generally familiar with the Local Rules of this Court. I declare under the pains and penalties of perjury that the foregoing is true and correct. Executed this 26th day of April, 2006.

_____
Kevin T. Grzelak