BUTZEL LONG, P.C.
100 Bloomfield Hills Parkway
Suite 200
Bloomfield Hills, MI 48304
(248) 258-1616
Thomas B. Radom (P24631)
Matthew E. Wilkins (P56697)

Commercial and Litigation Counsel to
Delphi Corporation, et al., Debtors and
Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                            :
       In re                                :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
              Debtors.                      :    (Jointly Administered)
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned herein certifies that copies of:

- Notice of First Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 and 331;

- First Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 and 331; and

- Certificate of Service

was served on April 28, 2006 via Federal Express upon the following:

000115900\0015\692331-1

| | |
|---|---|
| Marlane Melican, Esq.<br>Davis Polk & Wardell<br>450 Lexington Avenue<br>New York, NY  10017 | Marissa Wesley, Esq.<br>Simpson Thacher & Barlett, LLP<br>425 Lexington Avenue<br>New York, NY  10017 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins, LLP<br>885 Third Avenue<br>New York, NY  10022-4802 | Alicia M. Leonhard, Esq.<br>Office of the US Trustee<br>for the District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY  10004 |
| John Wm. Butler, Jr., Esq.<br>Skadden Arps Slate Meagher & Flom<br>333 West Wacker Drive<br>Suite 2100<br>Chicago, IL  60606 | David Sherbin, Esq.<br>Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098 |

The undersigned herein further certifies that a copy of the Notice of First Interim Application of Butzel Long, P.C., Commercial and Litigation Counsel to Debtors and Debtors-in-Possession, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 8, 2005 Through January 31, 2006 Under 11 U.S.C. §§ 330 and 331 was served via electronic mail upon the parties listed on the attached Master Service List and 2002 List.

Dated: Bloomfield Hills, Michigan
       April 28, 2006

By   /s/  Thomas B. Radom
     Thomas B. Radom (P24631)
     100 Bloomfield Hills Parkway, Suite 200
     Bloomfield Hills, MI 48304
     Telephone:  (248) 258-1416

     Commercial and Litigation Counsel to
     Delphi Corporation, et al., Debtors and
     Debtors-in-Possession