Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- x
                                            :
In re:                                      :      Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :
                                            :      Case No. 05-44481 (RDD)
                          Debtors.          :      (Jointly Administered)
                                            :
                                            :
-------------------------------------------------------------- x
```

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006 I caused a true and correct copy of the

**Notice of Motion and Motion of International Union, United Automobile, Aerospace and**

**Implement Workers of America (UAW) to Limit Participation in the Hearing On Delphi's**

**Section 1113 and Section 1114 Motion *CORRECTED to Add an Exhibit* [Docket No. 3453]** to

be duly served on the Affected Parties by hand, on the Master Service List by first-class mail and

the 2002 Service List by email (to those parties with an email address) or first-class mail on the

remaining parties, which were downloaded on April 25, 2006.

 /s/ Babette Ceccotti
Babette A. Ceccotti (BC 2690)
COHEN, WEISS and SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

00090112.doc

## Affected Parties

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Edward M. Fox | Kirkpatrick & Lockhart Nicholas Graham LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Robert J. Rosenberg | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |
| Kayalyn A. Marafioti, Thomas J. Matz | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Glenn M. Kurtz Gerard Uzzi Douglas P. Baumstein | White & Case LLP | 1155 Avenue of the Americas | | New York | NY | 10036-2787 |

## Master Service List

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Robert J. Stark | Brown Rudnick Berlack Israels LLP | Seven Times Square | | New York | NY | 10036 |
| Michelle Robson | Capital Research and Management Company | 11100 Santa Monica Blvd | 15th Floor | Los Angeles | CA | 90025 |
| Steven J. Reisman | Curtis, Mallet-Prevost, Colt & Mosle LLP | 101 Park Avenue | | New York | NY | 10178-0061 |
| Donald Bernstein | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| Sean Corcoran, Karen Craft | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Michael Nefkens | Electronic Data Systems Corp. | 5505 Corporate Drive MSIA | | Troy | MI | 48098 |
| Carrie L. Schiff | Flextronics International | 305 Interlocken Parkway | | Broomfield | CO | 80021 |
| Paul W. Anderson | Flextronics International USA, Inc. | 2090 Fortune Drive | | San Jose | CA | 95131 |
| Richard Lee Chambers, III | Freescale Semiconductor, Inc. | 6501 William Cannon Drive West | MD: OE16 | Austin | TX | 78735 |
| Randall S. Eisenberg | FTI Consulting, Inc. | 3 Times Square | 11th Floor | New York | NY | 10036 |
| Valerie Venable | General Electric Company | 9930 Kincey Avenue | | Huntersville | NC | 28078 |
| Lonie A. Hassel | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| Stephen H. Gross | Hodgson Russ LLP | 152 West 57th Street | 35th Floor | New York | NY | 10019 |
| Frank L. Gorman, Esq. Robert B. Weiss, Esq. | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building | 660 Woodward Avenue | Detroit | MI | 48226-3583 |
| Attn: Insolvency Department, Maria Valerio | Internal Revenue Service | 290 Broadway | 5th Floor | New York | NY | 10007 |
| Attn: Insolvency Department | Internal Revenue Service | 477 Michigan Ave | Mail Stop 15 | Detroit | MI | 48226 |
| Henry Reichard | IUE-CWA | 2360 W. Dorothy Lane | Suite 201 | Dayton | OH | 45439 |
| William Q. Derrough | Jefferies & Company, Inc, | 520 Madison Avenue | 12th Floor | New York | NY | 10022 |
| Thomas F. Maher, Richard Duker, Gianni Russello, Vilma Francis | JPMorgan Chase Bank, N.A. | 270 Park Avenue | | New York | NY | 10017 |

| CONTACT | COMPANY | ADDRESS1 | ADDRESS2 | CITY | ST | ZIP |
|---|---|---|---|---|---|---|
| Gordon Z. Novod, Thomas Moers Mayer | Kramer Levin Naftalis & Frankel LLP | 1177 Avenue of the Americas | | New York | NY | 10036 |
| James Le | Kurtzman Carson Consultants | 12910 Culver Blvd. | Suite I | Los Angeles | CA | 90066 |
| Patrick J. Healy, Daniel R. Fisher | Law Debenture Trust of New York | 767 Third Ave. | 31st Floor | New York | NY | 10017 |
| David D. Cleary, Mohsin N. Khambati | McDermott Will & Emery LLP | 227 West Monroe Street | | Chicago | IL | 60606 |
| J. Brian McTigue, Cornish F. Hitchcock | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Leon Szlezinger | Mesirow Financial | 666 Third Ave | 21st Floor | New York | NY | 10017 |
| Joseph T. Moldovan, Esq. | Morrison Cohen LLP | 909 Third Avenue | | New York | NY | 10022 |
| Mark Schonfeld, Regional Director | Northeast Regional Office | 3 World Financial Center | Room 4300 | New York | NY | 10281 |
| Attorney General Eliot Spitzer | Office of New York State | 120 Broadway | | New York City | NY | 10271 |
| Robert Siegel | O'Melveny & Meyer LLP | 400 South Hope Street | | Los Angeles | CA | 90071 |
| Tom A. Jerman, Rachel Janger | O'Melveny & Meyer LLP | 1625 Eye Street, NW | | Washington | DC | 20006 |
| Jeffrey Cohen, Ralph L. Landy | Pension Benefit Guaranty Corporation | 1200 K Street, N.W. | Suite 340 | Washington | DC | 20005 |
| Sandra A. Riemer | Phillips Nizer LLP | 666 Fifth Avenue | | New York | NY | 10103 |
| David L. Resnick | Rothchild Inc. | 1251 Avenue of the Americas | | New York | NY | 10020 |
| Robert W. Dremluk | Seyfarth Shaw LLP | 1270 Avenue of the Americas | Suite 2500 | New York | NY | 10020-1801 |
| Douglas Bartner, Jill Frizzley | Shearman & Sterling LLP | 599 Lexington Avenue | | New York | NY | 10022 |
| Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| John Wm. Butler, John K. Lyons, Ron E. Meisler | Skadden, Arps, Slate, Meagher & Flom LLP | 333 West Wacker Drive | Suite 2100 | Chicago | IL | 60606 |
| Daniel D. Doyle, Nicholas Franke | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Chester B. Salomon, Constantine D. Pourakis | Stevens & Lee, P.C. | 485 Madison Avenue | 20th Floor | New York | NY | 10022 |
| Albert Togut | Togut, Segal & Segal LLP | One Penn Plaza | Suite 3335 | New York | NY | 10119 |
| MaryAnn Brereton, Assistant General Counsel | Tyco Electronics Corporation | 60 Columbia Road | | Morristown | NJ | 7960 |
| Alicia M. Leonhard | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Michael D. Warner | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| Jeffrey L. Tanenbaum, Martin J. Bienenstock, Michael P. Kessler | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | | New York | NY | 10153 |
| Steven M. Cimalore | Wilmington Trust Company | Rodney Square North | 1100 North Market Street | Wilmington | DE | 19890 |

## 2002 Service List

David Boyle
Airgas, Inc.
david.boyle@airgas.com

Wallace A. Showman
Ajamie LLP
wshowman@ajamie.com

Thomas A. Ajamie
Ajamie LLP
tajamie@ajamie.com

Alan Swiech
Akebono Corporation (North America)
aswiech@akebono-usa.com

Peter J. Gurfein
Akin Gump Strauss Hauer & Feld, LLP
pgurfein@akingump.com

Michael S. Greger
Allen Matkins Leck Gamble & Mallory LLP
mgreger@allenmatkins.com

Dennis J. Connolly; David A. Wender
Alston & Bird, LLP
dconnolly@alston.com; dwender@alston.com

Craig E. Freeman
Alston & Bird, LLP
craig.freeman@alston.com

Ronald L. Jones
Ambrake Corporation
rjones@ambrake.com

Steven R. Keyes
American Axle & Manufacturing, Inc.
steven.keyes@aam.com

Monica S. Blacker
Andrews Kurth LLP
mblacker@andrewskurth.com

Gogi Malik
Andrews Kurth LLP
gogimalik@andrewskurth.com

Leigh Walzer
Angelo, Gordon & Co.
lwalzer@angelogordon.com

Mark T. Flewelling
Anglin, Flewelling, Rasmussen, Campbell & Trytten,
LLP
mtf@afrct.com

Andy Leinhoff
APS Clearing, Inc.
aleinoff@amph.com

Matthew Hamilton
APS Clearing, Inc.
mhamilton@ampn.com

Mitchell D. Cohen
Arent Fox PLLC
Cohen.Mitchell@arentfox.com

Robert M. Hirsh
Arent Fox PLLC
Hirsh.Robert@arentfox.com

Darryl S. Laddin
Arnall Golden Gregory LLP
dladdin@agg.com

Joel M. Gross
Arnold & Porter LLP
joel_gross@aporter.com

Carl Galloway
ATS Automation Tooling Systems Inc.
cgalloway@atsautomation.com

William J. Barrett
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
william.barrett@bfkpn.com

Kimberly J. Robinson
Barack, Ferrazzano, Kirschbaum Perlman, &
Nagelberg LLP
kim.robinson@bfkpn.com

John T. Gregg
Barnes & Thornburg LLP
john.gregg@btlaw.com

Michael K. McCrory
Barnes & Thornburg LLP
michael.mccrory@btlaw.com

Patrick E. Mears
Barnes & Thornburg LLP
pmears@btlaw.com

Alan K. Mills
Barnes & Thornburg LLP
alan.mills@btlaw.com

Wendy D. Brewer
Barnes & Thornburg LLP
wendy.brewer@btlaw.com

Mark R. Owens
Barnes & Thornburg LLP
mark.owens@btlaw.com

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
ffm@bostonbusinesslaw.com

John P. Coffey
Bernstein Litowitz Berger & Grossman
sean@blbglaw.com

Hannah E. Greenwald
Bernstein Litowitz Berger & Grossman
hannah@blbglaw.com

Eileen McNerney
Bernstein Litowitz Berger & Grossman
eileen@blbglaw.com

James P. Murphy
Berry Moorman P.C.
murph@berrymoorman.com

Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
klaw@bbslaw.com

Lawrence M. Schwab, Esq.
Bialson, Bergen & Schwab
lschwab@bbslaw.com

Patrick M. Costello, Esq.
Bialson, Bergen & Schwab
pcostello@bbslaw.com

Thomas M. Gaa
Bialson, Bergen & Schwab
tgaa@bbslaw.com

Bonnie Glantz Fatell
Blank Rome LLP
fatell@blankrome.com

Marc E. Richards
Blank Rome LLP
mrichards@blankrome.com

Ralph E. McDowell
Bodman LLP
rmcdowell@bodmanllp.com

Stephen A. Donato
Bond, Schoeneck & King, PLLC
sdonato@bsk.com

Camille W. Hill
Bond, Schoeneck & King, PLLC
chill@bsk.com

Charles J. Sullivan
Bond, Schoeneck & King, PLLC
csullivan@bsk.com

Jeannette Eisan Hinshaw
Bose McKinney & Evans LLP
jhinshaw@boselaw.com

Roger G. Jones
Boult, Cummings, Conners & Berry, PLC
rjones@bccb.com

Austin L. McMullen
Boult, Cummings, Conners & Berry, PLC
amcmullen@bccb.com

Donald K. Ludman
Brown & Connery, LLP
dludman@brownconnery.com

Shawn M. Christianson
Buchalter Nemer, A Profesional  Corporation
schristianson@buchalter.com

Michael Leo Hall
Burr & Forman LLP
mhall@burr.com

Steven E. Abelman
Cage Williams & Abelman, P.C.
sabelman@cagewilliams.com

Jonathan Greenberg
Cahill Gordon & Reindel LLP
jonathan.greenberg@engelhard.com

Robert Usadi
Cahill Gordon & Reindel LLP
rusadi@cahill.com

Dorothy H. Marinis-Riggio
Calinoff & Katz, LLp
driggio@candklaw.com

Robert A. Weisberg
Carson Fischer, P.L.C.
rweisberg@carsonfischer.com

Aaron R. Cahn
Carter Ledyard & Milburn LLP
cahn@clm.com

Seth A. Drucker
Clark Hill PLC
sdrucker@clarkhill.com

Joel D. Applebaum
Clark Hill PLC
japplebaum@clarkhill.com

Robert D. Gordon
Clark Hill PLLC
rgordon@clarkhill.com

Deborah M. Buell
Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

James L. Bromley
Cleary, Gottlieb, Steen & Hamilton LLP
maofiling@cgsh.com

Thomas D. Maxson
Cohen & Grigsby, P.C.
tmaxson@cohenlaw.com

Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
srosen@cb-shea.com

Amy Wood Malone
Colbert & Winstead, P.C.
amalone@colwinlaw.com

Bruce N. Elliott
Conlin, McKenney & Philbrick, P.C.
Elliott@cmplaw.com

Jeffrey C. Wisler, Esq.
Connolly Bove Lodge & Hutz LLP
jwisler@cblh.com

Mark Lee, Janice Stanton; Bill Raine; Seth Lax
Contrarian Capital Management, L.L.C.
mlee@contrariancapital.com;
jstanton@contrariancapital.com;
wraine@contrariancapital.com;
solax@contrariancapital.com

Ronald S. Pretekin
Coolidge, Wall, Womsley & Lombard Co. LPA
Pretekin@coollaw.com

Steven M. Wachstein
Coolidge, Wall, Womsley & Lombard Co. LPA
wachstein@coollaw.com

Sylvie J. Derrien
Coolidge, Wall, Womsley & Lombard Co. LPA
derrien@coollaw.com

Nancy H. Pagliaro
Cornell University
nhp4@cornell.edu

Susan Power Johnston
Covington & Burling
sjohnston@cov.com

Robert  Szwajkos
Curtin & Heefner, LLP
rsz@curtinheefner.com

Daniel P. Mazo
Curtin & Heefner, LLP
dpm@curtinheefner.com

Andrew M. Thau
Curtis, Mallet-Prevost, Colt & Mosle LLP
athau@cm-p.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle LLP
sreisman@cm-p.com

David S. Karp
Curtis, Mallet-Prevost, Colt & Mosle LLP
dkarp@cm-p.com

Kim Kolb
DaimlerChrysler Corporation
krk4@daimlerchrysler.com

William F. Savino
Damon & Morey LLP
wsavino@damonmorey.com

Jay Selanders
Daniels & Kaplan, P.C.
selanders@danielsandkaplan.com

Carol Sowa
Denso International America, Inc.
carol_sowa@denso-diam.com

Amina Maddox
Deputy Attorney General
amina.maddox@dol.lps.state.nj.us

Gerard DiConza, Esq.
DiConza Law, P.C.
gdiconza@dlawpc.com

John Persiani
Dinsmore & Shohl LLP
john.persiani@dinslaw.com

Richard M. Kremen; Maria Ellena Chavez-Ruark
DLA Piper Rudnick Gray Cary US LLP
richard.kremen@dlapiper.com

Andrew C. Kassner
Drinker Biddle & Reath LLP
andrew.kassner@dbr.com

David B. Aaronson
Drinker Biddle & Reath LLP
david.aaronson@dbr.com

Margery N. Reed, Esq.
Duane Morris LLP
dmdelphi@duanemorris.com

Wendy M. Simkulak, Esq.
Duane Morris LLP
wmsimkulak@duanemorris.com

Joseph H. Lemkin
Duane Morris LLP
jhlemkin@duanemorris.com

Ayala Hassell
Electronic Data Systems Corporation
ayala.hassell@eds.com

Alan H. Katz
Entergy Services, Inc.
akatz@entergy.com

David H. Freedman
Erman, Teicher, Miller, Zucker & Freedman, P.C.
dfreedman@ermanteicher.com

Gary Ettelman
Ettelman & Hochheiser, P.C.
gettelman@e-hlaw.com

Gary E. Green
Fagel Haber LLC
ggreen@fagelhaber.com

Lauren Newman
Fagel Haber LLC
lnewman@fagelhaber.com

Ted J. Donovan
Finkel Goldstein Rosenbloom & Nash LLP
tdonovan@finkgold.com

Jill L. Murch
Foley & Lardner LLP
jmurch@foley.com

Fred Stevens
Fox Rothschild LLP
fstevens@foxrothschild.com

Michael J. Viscount, Jr.
Fox Rothschild LLP
mviscount@foxrothschild.com

Frederick T. Rikkers
ftrikkers@rikkerslaw.com

Eric Wainer
Gazes LLC
office@gazesllc.com

Ian J. Gazes
Gazes LLC
ian@gazesllc.com

Craig P. Rieders, Esq.
Genovese Joblove & Battista, P.A.
crieders@gjb-law.com

David N. Crapo
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
dcrapo@gibbonslaw.com

Merle C. Meyers
Goldberg, Stinnett, Meyers & Davis
mmeyers@gsmdlaw.com

Allan S. Brilliant
Goodwin Proctor LLP
abrilliant@goodwinproctor.com

Craig P. Druehl
Goodwin Proctor LLP
cdruehl@goodwinproctor.com

Barbara S. Mehlsack
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com

Peter D. Bilowz
Goulston & Storrs, P.C.
pbilowz@goulstonstorrs.com

Jay W. Eisenhofer
Grant & Eisenhofer P.A.
jeisenhofer@gelaw.com

Geoffrey C. Jarvis
Grant & Eisenhofer P.A.
gjarvis@ggelaw.com

Sharan Nirmul
Grant & Eisenhofer P.A.
snirmul@gelaw.com

Matthew R. Robbins
Gratz, Miller & Brueggeman, S.C.
mrr@previant.com

Timothy C. Hall
Gratz, Miller & Brueggeman, S.C.
tch@previant.com

J. Michael Debbler; Susan M. Argo
Graydon Head & Ritchey LLP
mdebbeler@graydon.com

Cherie Macdonald; J. Patrick Bradley
Greensfelder, Hemker & Gale, P.C.
ckm@greensfelder.com; jpb@greensfelder.com

Herb Reiner
Guaranty Bank
herb.reiner@guarantygroup.com

Alan D. Halperin; Christopher J.Battaglia; Julie D.
Dyas
Halperin Battaglia Raicht, LLP
cbattaglia@halperinlaw.net;
ahalperin@halperinlaw.net; jdyas@halperinlaw.net

Harris D. Leinwand
hleinwand@aol.com

Paul Rubin
Herrick, Feinstein LLP
prubin@herrick.com

Anne Marie Kennelly
Hewlett-Packard Company
anne.kennelly@hp.com

Kenneth F. Higman
Hewlett-Packard Company
ken.higman@hp.com

Sharon Petrosino
Hewlett-Packard Company
sharon.petrosino@hp.com

Glen Dumont
Hewlett-Packard Company
glen.dumont@hp.com

J. Eric Charlton
Hiscock & Barclay, LLP
echarlton@hiscockbarclay.com

Cheryl R. Storie
Hodgson Russ LLP
cstorie@hodgsonruss.com

Stephen H. Gross, Esq.
Hodgson Russ LLP
sgross@hodgsonruss.com

Scott A. Golden
Hogan & Hartson L.L.P.
sagolden@hhlaw.com

Edward C. Dolan
Hogan & Hartson L.L.P.
ecdolan@hhlaw.com

Audrey Moog
Hogan & Hartson L.L.P.
amoog@hhlaw.com

Elizabeth K. Flaagan
Holme Roberts & Owen, LLP
elizabeth.flaagan@hro.com

Robert B. Weiss; Frank L. Gorman
Honigman, Miller, Schwartz and Cohn, LLP
rweiss@honigman.com; fgorman@honigman.com

Donald T. Baty, Jr.
Honigman, Miller, Schwartz and Cohn, LLP
dbaty@honigman.com

E. Todd Sable
Honigman, Miller, Schwartz and Cohn, LLP
tsable@honigman.com

Thomas J. Schank
Hunter & Schank Co. LPA
tomschank@hunterschank.com

John J. Hunter
Hunter & Schank Co. LPA
jrhunter@hunterschank.com

Michael P. Massad, Jr.
Hunton & Wiliams LLP
mmassad@hunton.com

Steven T. Holmes
Hunton & Wiliams LLP
sholmes@hunton.com

Ann E. Evanko
Hurwitz & Fine P.C.
aee@hurwitzfine.com

Ben T. Caughey
Ice Miller
Ben.Caughey@icemiller.com

Greg Bibbes
Infineon Technologies North America Corporation
greg.bibbes@infineon.com

Jeff Gillespie
Infineon Technologies North America Corporation
jeffery.gillispie@infineon.com

Richard Griffin
International Union of Operating Engineers
rgriffin@iuoe.org

Paige E. Barr
Jaffe, Raitt, Heuer & Weiss, P.C.
pbarr@jaffelaw.com

Ronald R. Peterson
Jenner & Block LLP
rpeterson@jenner.com

Scott J. Friedman
Jones Day
sjfriedman@jonesday.com

John P. Sieger, Esq.
Katten Muchin Rosenman LLP
john.sieger@kattenlaw.com

Kenneth R. Cookson
Kegler, Brown, Hill & Ritter Co., LPA
kcookson@keglerbrown.com

Lynn Lincoln Sarko; Cari Campen Laufenberg; Erin
M. Rily
Keller Rohrback L.L.P.
lsarko@kellerrohrback.com;
claufenberg@kellerrohrback.com;
eriley@kellerrohrback.com

Gary A. Gotto
Keller Rohrback P.L.C.
ggotto@kellerrohrback.com

Mark I. Bane
Kelley Drye & Warren, LLP
mbane@kelleydrye.com

Mark. R. Somerstein
Kelley Drye & Warren, LLP
msomerstein@kelleydrye.com

Thomas Kennedy
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com

Susan M. Jennik
Kennedy, Jennick & Murray
sjennik@kjmlabor.com

Larry Magarik
Kennedy, Jennick & Murray
lmagarik@kjmlabor.com

George B. South, III
King & Spalding, LLP
gsouth@kslaw.com

Alexandra B. Feldman
King & Spalding, LLP
afeldman@kslaw.com

Geoffrey A. Richards
Kirkland & Ellis LLP
grichards@kirkland.com

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
efox@klng.com

Eric L. Schnabel; DeWitt Brown
Klett Rooney Lieber & Schorling
schnabel@klettrooney.com;
dbrown@klettrooney.com

Sam O. Simmerman
Krugliak, Wilkins, Griffiths & Dougherty CO.,
L.P.A.
sosimmerman@kwgd.com

Edward D. Kutchin
Kutchin & Rufo, P.C.
ekutchin@kutchinrufo.com

Kerry R. Northrup
Kutchin & Rufo, P.C.
knorthup@kutchinrufo.com

Susan M. Cook
Lambert. Leser, Isackson, Cook & Guinta, P.C.
smcook@lambertleser.com

Mitchell A. Seider
Latham & Watkins
mitchell.seider@lw.com

Mark A. Broude
Latham & Watkins
mark.broude@lw.com

Robert Rosenberg
Latham & Watkins
robert.rosenberg@lw.com

Henry P. Baer, Jr.
Latham & Watkins
henry.baer@lw.com

John W. Weiss
Latham & Watkins
john.weiss@lw.com

Michael J. Riela
Latham & Watkins
michael.riela@lw.com

Erika Ruiz
Latham & Watkins
erika.ruiz@lw.com

Rob Charles, Esq.
Lewis and Roca LLP
rcharles@lrlaw.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
sfreeman@lrlaw.com

John England, Esq.
Linear Technology Corporation
jengland@linear.com

Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
austin.bankruptcy@publicans.com

Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
dallas.bankruptcy@publicans.com

John P. Dillman
Linebarger Goggan Blair & Sampson, LLP
houston_bankruptcy@publicans.com

William M. Hawkins
Loeb & Loeb LLP
whawkins@loeb.com

P. Gregory Schwed
Loeb & Loeb LLP
gschwed@loeb.com

Timothy S. McFadden
Lord, Bissel & Brook
tmcfadden@lordbissell.com

Timothy W. Brink
Lord, Bissel & Brook
tbrink@lordbissell.com

Kevin J. Walsh
Lord, Bissel & Brook LLP
kwalsh@lordbissell.com

Rocco N. Covino
Lord, Bissel & Brook LLP
rcovino@lordbissell.com

Michael S. Etkin
Lowenstein Sandler PC
metkin@lowenstein.com

Ira M. Levee
Lowenstein Sandler PC
ilevee@lowenstein.com

Kenneth A. Rosen
Lowenstein Sandler PC
krosen@lowenstein.com

Scott Cargill
Lowenstein Sandler PC
scargill@lowenstein.com

Vincent A. D'Agostino
Lowenstein Sandler PC
vdagostino@lowenstein.com

Bruce S. Nathan
Lowenstein Sandler PC
bnathan@lowenstein.com

Erik G. Chappell
Lyden, Liebenthal & Chappell, Ltd.
egc@lydenlaw.com

Richard J. Parks
MacDonald, Illig, Jones & Britton LLP
rparks@mijb.com

Joe Landen
Madison Capital Management
jlanden@madisoncap.com

Jeffrey M. Levinson, Esq.; Leah M. Caplan, Esq.
Margulies & Levinson, LLP
jml@ml-legal.com; lmc@ml-legal.com

Victor J. Mastromarco, Jr.
Mastromarco & Jahn, P.C.
vmastromar@aol.com

Gary D. Santella
Masuda Funai Eifert & Mitchell, Ltd.
gsantella@masudafunai.com

Raniero D'Aversa, Jr.
Mayer, Brown, Rowe & Maw LLP
rdaversa@mayerbrown.com

Jeffrey G. Tougas
Mayer, Brown, Rowe & Maw LLP
jgtougas@mayerbrownrowe.com

David J. Adler, Jr. Esq.
McCarter & English, LLP
dadler@mccarter.com

John J. Salmas; Lorne P. Salzman
McCarthy Tetrault LLP
jsalmas@mccarthy.cal; salzman@mccarthy.ca

James M. Sullivan
McDermott Will & Emery LLP
jmsullivan@mwe.com

Stephen B. Selbst
McDermott Will & Emery LLP
sselbst@mwe.com

Jean R. Robertson, Esq.
McDonald Hopkins Co., LPA
jrobertson@mcdonaldhopkins.com

Scott N. Opincar, Esq.
McDonald Hopkins Co., LPA
sopincar@mcdonaldhopkins.com

Shawn M. Riley, Esq.
McDonald Hopkins Co., LPA
sriley@mcdonaldhopkins.com

Jeffrey Bernstein, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
jbernstein@mdmc-law.com

Elizabeth L. Gunn
McGuirewoods LLP
egunn@mcguirewoods.com

Lowell Peterson, Esq.
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Hanan Kolko
Meyer, Suozzi, English & Klein, P.C.
hkolko@msek.com

Robert H. Rosenbaum
Meyers, Rodbell & Rosenbaum, P.A.
rrosenbaum@mrrlaw.net

M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
emeyers@mrrlaw.net

April Burch
Miami-Dade County, FL
aburch@miamidade.gov

Michael Cox
miag@michigan.gov

Dennis J. Raterink
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
raterinkd@michigan.gov

Michael Cox
Michigan Department of Labor and Economic
Growth, Worker's Compensation Agency
miag@michigan.gov

Thomas D. Renda
Miles & Stockbridge, P.C.
trenda@milesstockbridge.com

Kerry Hopkins
Miles & Stockbridge, P.C.
khopkins@milesstockbridge.com

Thomas P. Sarb; Robert D. Wolford
Miller Johnson
sarbt@millerjohnson.com;
wolfordr@millerjohnson.com

Timothy A. Fusco
Miller, Canfield, Paddock and Stone, P.L.C.
fusco@millercanfield.com

Jonathan S. Green
Miller, Canfield, Paddock and Stone, P.L.C.
greenj@millercanfield.com

Paul J. Ricotta
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
pjricotta@mintz.com

Stephanie K. Hoos
Mintz, Levin, Cohn, Ferris Glovsky and Pepco, P.C.
skhoos@mintz.com

Jeff Ott
Molex Connector Corp
Jeff.Ott@molex.com

Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
lkrepto@mmwr.com

Richard W. Esterkin, Esq.
Morgan, Lewis & Bockius LLP
resterkin@morganlewis.com

Andrew D. Gottfried
Morgan, Lewis & Bockius LLP
agottfried@morganlewis.com

Menachem O. Zelmanovitz
Morgan, Lewis & Bockius LLP
mzelmanovitz@morganlewis.com

Leslie Ann Berkoff
Moritt Hock Hamroff & Horowitz LLP
lberkoff@moritthock.com

Robert J. Dehney
Morris, Nichols, Arsht and Tunnell
rdehney@mnat.com

Michael G. Busenkell
Morris, Nichols, Arsht and Tunnell
mbusenkell@mnat.com

Joseph T. Moldovan; Michael R. Dal Lago
Morrison Cohen LLP
jmoldovan@morrisoncohen.com;
mdallago@morrisoncohen.com

Raymond J. Urbanik, Esq.; Joseph J. Wielebinski,
Esq.; Davor Rukavina, Esq.
Munsch Hardt Kopf & Harr, P.C.
rurbanik@munsch.com; jwielebinski@munsch.com;
drukavina@munsch.com

Sandra S. Hamilton
Nantz, Litowich, Smith, Girard & Hamilton, P.C.
sandy@nlsg.com

Kenneth A. Nathan
Nathan, Neuman & Nathan, P.C.
Knathan@nathanneuman.com

Susanna C. Brennan
Nathan, Neuman & Nathan, P.C.
sbrennan@nathanneuman.com

Lisa M. Moore
National City Commercial Capital
lisa.moore2@nationalcity.com

George B. Cauthen
Nelson Mullins Riley & Scarborough
george.cauthen@nelsonmullins.com

Bradley E. Beckworth
Nix, Patterson & Roach, L.L.P.
bbeckworth@nixlawfirm.com

Jeffrey J. Angelovich
Nix, Patterson & Roach, L.L.P.
jangelovich@nixlawfirm.com

Susan Whatley
Nix, Patterson & Roach, L.L.P.
susanwhatley@nixlawfirm.com

James Imbriaco
Noma Company and General Chemical Performance
Products LLC
jimbriaco@gentek-global.com

Elizabeth L. Abdelmasieh, Esq
Norris, McLaughlin & Marcus
eabdelmasieh@nmmlaw.com

David G. Heiman
North Point
dgheiman@jonesday.com

Michelle M. Harner
North Point
mmharner@jonesday.com

Camille Hope
Office of the Chapter 13 Trustee
cahope@chapter13macon.com

Jay W. Hurst
Office of the Texas Attorney General
jay.hurst@oag.state.tx.us

Michael M. Zizza, Legal Manager
Orbotech, Inc.
michaelz@orbotech.com

Michael C. Moody
O'Rourke Katten & Moody
mmoody@okmlaw.com

Alyssa Englund, Esq.
Orrick, Herrington & Sutcliffe LLP
aenglund@orrick.com

Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe LLP
fholden@orrick.com

Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
rwyron@orrick.com

Jonathan P. Guy
Orrick, Herrington & Sutcliffe LLP
jguy@orrick.com

Matthew W. Cheney
Orrick, Herrington & Sutcliffe LLP
mcheney@orrick.com

Scott L. Hazan
Otterbourg, Steindler, Houston & Rosen, P.C.
shazan@oshr.com

Melissa A. Hager
Otterbourg, Steindler, Houston & Rosen, P.C.
mhager@oshr.com

Stephen J. Shimshak
Paul, Weiss, Rifkind, Wharton & Garrison
sshimshak@paulweiss.com

Curtis J. Weidler
Paul, Weiss, Rifkind, Wharton & Garrison
cweidler@paulweiss.com

Douglas R. Davis
Paul, Weiss, Rifkind, Wharton & Garrison
ddavis@paulweiss.com

Elizabeth R. McColm
Paul, Weiss, Rifkind, Wharton & Garrison
emccolm@paulweiss.com

Peggy Housner
housnerp@michigan.gov

Ralph L. Landy
Pension Benefit Guaranty Corporation
landy.ralph@pbgc.gov

Charles J. Filardi, Jr., Esq.
Pepe & Hazard LLP
cfilardi@pepehazard.com

Francis J. Lawall
Pepper, Hamilton LLP
lawallf@pepperlaw.com

Anne Marie Aaronson
Pepper, Hamilton LLP
aaronsona@pepperlaw.com

Linda J. Casey
Pepper, Hamilton LLP
caseyl@pepperlaw.com

Henry Jaffe
Pepper, Hamilton LLP
jaffeh@pepperlaw.com

Sandra A. Riemer, Esq.
Phillips Nizer LLP
sriemer@phillipsnizer.com

Jacob A. Manheimer
Pierce Atwood LLP
jmanheimer@pierceatwood.com

Keith J. Cunningham
Pierce Atwood LLP
kcunningham@pierceatwood.com

Mark D. Houle
Pillsbury Winthrop Shaw Pittman LLP
mark.houle@pillsburylaw.com

Karen B. Dine
Pillsbury Winthrop Shaw Pittman LLP
karen.dine@pillsburylaw.com

Richard L. Epling
Pillsbury Winthrop Shaw Pittman LLP
richard.epling@pillsburylaw.com

Robin L. Spear
Pillsbury Winthrop Shaw Pittman LLP
robin.spear@pillsburylaw.com

Margot P. Erlich
Pillsbury Winthrop Shaw Pittman LLP
margot.erlich@pillsburylaw.com

Ronald S. Beacher
Pitney Hardin LLP
rbeacher@pitneyhardin.com

Richard M. Meth
Pitney Hardin LLP
rmeth@pitneyhardin.com

Brett S. Moore, Esq.
Porzio, Bromberg & Newman, P.C.
bsmoore@pbnlaw.com

John S. Mairo, Esq.
Porzio, Bromberg & Newman, P.C.
jsmairo@pbnlaw.com

Jill M. Hartley; Marianne G. Robbins
Previant, Goldberg, Uelman, Gratz, Miller &
Brueggeman, S.C.
jh@previant.com; mgr@previant.com

John V. Gorman
Professional Technologies Services
P.O. Box #304
Frankenmuth, MI  48734

A. Scott Mandelup; Kenneth A. Reynolds
Pryor & Mandelup, LLP
asm@pryormandelup.com; kar@pryormandelup.com

Jason Pickering, Esq.
QAD, Inc.
jkp@qad.com

Andrew Herenstein
Quadrangle Debt Recovery Advisors LLC
andrew.herenstein@quadranglegroup.com

Patrick Bartels
Quadrangle Group LLC
patrick.bartels@quadranglegroup.com

John A. Harris
Quarles & Brady Streich Lang LLP
jharris@quarles.com

Scott R. Goldberg
Quarles & Brady Streich Lang LLP
sgoldber@quarles.com

Kasey C. Nye
Quarles & Brady Streich Lang LLP
knye@quarles.com

Elena Lazarou
Reed Smith
elazarou@reedsmith.com

Joseph Lapinsky
Republic Engineered Products, Inc.
jlapinsky@republicengineered.com

Joseph E. Shickich, Jr.
Riddell Williams P.S.
jshickich@riddellwilliams.com

Mark S. Scott
Riemer & Braunstein LLP
mscott@riemerlaw.com

Holly Rogers
Riverside Claims LLC
holly@regencap.com

Annemarie B. Mathews
Robinson, McFadden & Moore, P.C.
amathews@robinsonlaw.com

Christopher Norgaard
Ropers, Majeski, Kohn & Bentley
cnorgaard@ropers.com

Gregory O. Kaden
Ropes & Gray LLP
gregory.kaden@ropesgray.com

Marc E. Hirschfield
Ropes & Gray LLP
marc.hirschfield@ropesgray.com

Thomas R. Slome
Rosen Slome Marder LLP
tslome@rsmllp.com

Charles E. Boulbol, P.C.
Russell Reynolds Associates, Inc.
rtrack@msn.com

14

Charles S. Schulman, Arlene N. Gelman
Sachnoff & Weaver, Ltd
cschulman@sachnoff.comagelman@sachnoff.com

Christopher R. Belmonte
Satterlee Stephens Burke & Burke LLP
cbelmonte@ssbb.com

Pamela A. Bosswick
Satterlee Stephens Burke & Burke LLP
pbosswick@ssbb.com

Howard Borin
Schafer and Weiner PLLC
hborin@schaferandweiner.com

Max Newman
Schafer and Weiner PLLC
mnewman@schaferandweiner.com

Ryan Heilman
Schafer and Weiner PLLC
rheilman@schaferandweiner.com

Daniel Weiner
Schafer and Weiner PLLC
dweiner@schaferandweiner.com

William I. Kohn
Schiff Hardin LLP
wkohn@schiffhardin.com

Michael Yetnikoff
Schiff Hardin LLP
myetnikoff@schiffhardin.com

Michael Yarnoff
Schiffrin & Barroway, LLP
myarnoff@sbclasslaw.com

Sean M. Handler
Schiffrin & Barroway, LLP
shandler@sbclasslaw.com

Michael L. Cook
Schulte Roth & Sabel LLP
michael.cook@srz.com

James T. Bentley
Schulte Roth & Sabel LLP
james.bentley@srz.com

Carol Weiner Levy
Schulte Roth & Zabel LLP
carol.weiner.levy@srz.com

Paul M. Baisier, Esq.
Seyfarth Shaw LLP
pbaisier@seyfarth.com

Robert W. Dremluk, Esq.
Seyfarth Shaw LLP
rdremluk@seyfarth.com

William J. Hanlon
Seyfarth Shaw LLP
whanlon@seyfarth.com

Steven E. Boyce
Sheehan Phinney Bass + Green Professional
Association
sboyce@sheehan.com

Sheldon S. Toll
Sheldon S. Toll PLLC
lawtoll@comcast.net

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
rthibeaux@shergarner.com

Robert P. Thibeaux
Sher, Garner, Cahill, Richter, Klein & Hilbert, LLC
rthibeaux@shergarner.com

Jennifer L. Adamy
Shipman & Goodwin LLP
bankruptcy@goodwin.com

Andrew H. Sherman
Sills, Cummis Epstein & Gross, P.C.
asherman@sillscummis.com

Jack M. Zackin
Sills, Cummis Epstein & Gross, P.C.
jzackin@sillscummis.com

Chaim J. Fortgang
Silver Point Capital, L.P.
cfortgang@silverpointcapital.com

Kenneth S. Ziman, Esq.
Simpson Thacher & Bartlett LLP
cfox@stblaw.com

William T. Russell, Jr., Esq.
Simpson Thacher & Bartlett LLP
cfox@stblaw.com

Barbara Ellis-Monro
Smith, Gambrell & Russell, LLP
bellis-monro@sgrlaw.com

Kathleen M. Miller
Smith, Katzenstein & Furlow LLP
kmiller@skfdelaware.com

D. Farrington Yates
Sonnenschein Nath & Rosenthal LLP
fyates@sonnenschein.com

Jo Christine Reed
Sonnenschein Nath & Rosenthal LLP
jcreed@sonnenschein.com

Robert E. Richards
Sonnenschein Nath & Rosenthal LLP
rrichards@sonnenschein.com

Lloyd B. Sarakin - Chief Counsel, Finance and Credit
Sony Electronics Inc.
lloyd.sarakin@am.sony.com

Robert M. Goldi
Sotiroff & Abramczyk, P.C.
rgoldi@sotablaw.com

Penn Ayers Butler
Squire, Sanders & Dempsey L.L.P.
pabutler@ssd.com

Eric Marcks
Squire, Sanders & Dempsey L.L.P.
emarcks@ssd.com

Roland Hwang, Assistant Attorney General
State of Michigan Department of Labor & Economic
Growth, Unemployment Insurance Agency
hwangr@michigan.gov

John M. Baumann
Steel Technologies, Inc.
jmbaumann@steeltechnologies.com

Robert F. Kidd
Stein, Rudser, Cohen & Magid LLP
rkidd@srcm-law.com

Mark H. Shapiro
Steinberg Shapiro & Clark
shapiro@steinbergshapiro.com

Jeffrey S. Posta
Sterns & Weinroth, P.C.
jposta@sternslaw.com

Chester B. Salomon, Esq.; Constantine D. Pourakis,
Esq.
Stevens & Lee, P.C.
cs@stevenslee.com; cp@stevenslee.com

Mark A. Shaiken
Stinson Morrison Hecker LLP
mshaiken@stinsonmoheck.com

Madison L.Cashman
Stites & Harbison PLLC
robert.goodrich@stites.com

Robert C. Goodrich, Jr.
Stites & Harbison PLLC
madison.cashman@stites.com

W. Robinson Beard, Esq.
Stites & Harbison, PLLC
wbeard@stites.com

Kristopher M. Hansen
Stroock & Stroock & Lavan, LLP
khansen@stroock.com

Joseph G. Minias
Stroock & Stroock & Lavan, LLP
jminias@stroock.com

Robert N. Steinwurtzel
Swidler Berlin LLP
rnsteinwurtzel@swidlaw.com

Richard L .Ferrell
Taft, Stettinius & Hollister LLP
ferrell@taftlaw.com

Marvin E. Clements, Jr.
Tennessee Department of Revenue
marvin.clements@state.tn.us

David B. Draper
Terra Law LLP
ddraper@terra-law.com

Jonathan D. Forstot
Thacher Proffitt & Wood LLP
jforstot@tpw.com

Louis A. Curcio
Thacher Proffitt & Wood LLP
lcurcio@tpw.com

Mr. Tetsuhiro Niizeki
The Furukawa Electric Co., Ltd.
niizeki.tetsuhiro@furukawa.co.jp

Robert Morris
The Timpken Corporation BIC - 08
robert.morris@timken.com

David A. Lowenthal
Thelen Reid & Priest LLP
dlowenthal@thelenreid.com

Daniel A. Lowenthal
Thelen Reid & Priest LLP
dlowenthal@thelenreid.com

Rhett G. Cambell
Thompson & Knight
rhett.campbell@tklaw.com

John S. Brannon
Thompson & Knight LLP
john.brannon@tklaw.com

Ed Phillips, Jr.
Thurman & Phillips, P.C.
ephillips@thurman-phillips.com

Jill Levi, Esq.
Todd & Levi, LLP
jlevi@toddlevi.com

Albert Togut, Esq.
Togut, Segal & Segal LLP
bmcdonough@teamtogut.com

W. Joe Wilson
Tyler, Cooper & Alcorn, LLP
jwilson@tylercooper.com

Helen Zamboni
Underberg & Kessler, LLP
hzamboni@underbergkessler.com

Mary Ann Kilgore
Union Pacific Railroad Company
mkilgore@UP.com

David Jury, Esq.
United Steel, Paper and Forestry, Rubber,
Manufacturing, Energy, Allied Industrial and Service
Workers, International Union (USW), AFL-CIO
djury@steelworkers-usw.org

Michael S. McElwee
Varnum, Riddering, Schmidt & Howlett LLP
msmcelwee@varnumlaw.com

Robert J. Sidman, Esq.
Vorys, Sater, Seymour and Pease LLP
rjsidman@vssp.com

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
tscobb@vssp.com

Richard G. Mason
Wachtell, Lipton, Rosen & Katz
RGMason@wlrk.com

Emil A. Kleinhaus
Wachtell, Lipton, Rosen & Katz
EAKleinhaus@wlrk.com

David E. Lemke, Esq.
Waller Lansden Dortch & Davis, PLLC
david.lemke@wallerlaw.com

Robert J. Welhoelter, Esq.
Waller Lansden Dortch & Davis, PLLC
robert.welhoelter@wallerlaw.com

Gordon J. Toering
Warner Norcross & Judd LLP
gtoering@wnj.com

Michael G. Cruse
Warner Norcross & Judd LLP
mcruse@wnj.com

Stephen B. Grow
Warner Norcross & Judd LLP
growsb@wnj.com

Michael D. Warner
Warner Stevens, L.L.P.
bankruptcy@warnerstevens.com

Lei Lei Wang Ekvall
Weiland, Golden, Smiley, Wang Ekvall & Strok,
LLP
lekvall@wgllp.com

Aram Ordubegian
Weinstein, Eisen & Weiss LLP
aordubegian@weineisen.com

Geoffrey J. Peters
Weltman, Weinberg & Reis Co., L.P.A.
gpeters@weltman.com

John K. Cunningham
White & Case LLP
jcunningham@whitecase.com

Margarita Mesones-Mori
White & Case LLP
mmesonesmori@whitecase.com

Bruce G. Arnold
Whyte, Hirschboeck Dudek S.C.
barnold@whdlaw.com

Berry D. Spears
Winstead Sechrest & Minick P.C.
bspears@winstead.com

R. Michael Farquhar
Winstead Sechrest & Minick P.C.
mfarquhar@winstead.com

Marc. J. Winthrop
Winthrop Couchot Professional Corporation
mwinthrop@winthropcouchot.com

Sean A. O'Keefe
Winthrop Couchot Professional Corporation
sokeefe@winthropcouchot.com

Oscar Iglesias
WL Ross & Co., LLC
oiglesias@wlross.com

Lillian H. Pinto
Womble Carlyle Sandridge & Rice, PLLC
lpinto@wcsr.com

Stuart Krause
Zeichner Ellman & Krause LLP
skrause@zeklaw.com

Peter Janovsky
Zeichner Ellman & Krause LLP
pjanovsky@zeklaw.com