Kevin T. Grzelak, (P48803)
Price Heneveld Cooper
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel
  To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Case No. 05-44481-RDD |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Chapter 11 |

**FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD,
COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, FOR
SERVICES RENDERED FROM
OCTOBER 9, 2005, THROUGH JANUARY 31, 2006**

Price, Heneveld, Cooper, DeWitt & Litton, LLP (the "Applicant" or

"Price, Heneveld"), Intellectual Property Counsel, Chapter 11 Professionals

to Delphi Corporation and certain of its subsidiaries and affiliates, debtors

and debtors-in-possession in the above-captioned case (collectively, the

"Debtors"),  submits its first interim application (the "Interim Application")

seeking interim allowance and payment of compensation and

reimbursement of expenses under 11 U.S.C. §§ 330 and 331 for the period

RECEIVED
APR 2 7 2006

from October 9, 2005, through January 31, 2006 (the "Application Period"). Price, Heneveld submits this Interim Application for (a) allowance of compensation for professional services rendered by Price, Heneveld to the Debtors, and (b) reimbursement of actual and necessary charges and disbursements incurred by Price, Heneveld in the rendition of required professional services on behalf of the Debtors. In support of this Interim Application, Price, Heneveld represents as follows:

## BACKGROUND

### A. The Chapter 11 Filings

1. On October 8, 2005 (the "Petition Date"), the Debtors filed a voluntary petition in this Court for reorganization relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Debtors have moved this Court for an order authorizing joint administration of these Chapter 11 cases.

2. On October 17, 2005, the United States Trustee appointed an official Committee of Unsecured Creditors (the "Committee") in this case.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2).

4. The statutory predicates for the relief requested herein are sections 327(a), 330, and 331 of the Bankruptcy Code.

## RETENTION OF PRICE, HENEVELD

5. On December 6, 2005, the Debtors applied to this Court for an order approving the retention of Price, Heneveld as Intellectual Property Counsel to Debtors (the "Retention Application").

6. On January 3, 2006, this Court entered an order (the "Price, Heneveld Retention Order"), authorizing the Debtors to employ Price, Heneveld as Intellectual Property Counsel under the terms set forth in the Retention Application.

7. In the Price Retention Application filed December 6, 2005, the Debtors disclosed that Price, Heneveld's fees for professional services is based on hourly rates, which are periodically adjusted, and reimbursement of expenses.

8. Price, Heneveld has no agreement of any kind, express or implied, to divide with any other person or entity (other than among members of the firm) any portion of the compensation sought or to be received by it in this case.

## FEE PROCEDURES AND MONTHLY FEE STATEMENTS

9. On October 8, 2005, this Court entered an Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Order"). Pursuant to paragraph 2(a) of the Order, Price, Heneveld is submitting this Interim Application to the Debtors, to the Creditors' Committee, the Trustee and the members of any other Committee appointed in this case for the purpose of reviewing fees and expenses, to the extent not duplicative of the parties listed above (collectively, the "Notice Parties").

10. Pursuant to the Order, on or before the last day of each month following the month for which compensation is sought, Price, Heneveld submitted a monthly statement to the parties described in the Order. The parties had at least fifteen (15) days to review any such statement. If there were no objections at the expiration of forty-five (45) days after service of the Statements, the Debtors are authorized to pay 80% of the fees requested (with the remaining 20% of the fees requested (the "Holdback") and 100% of the charges and disbursements requested. In accordance with the Order, Price, Heneveld has submitted Monthly Fee Statements for each of the months covered by the Application Period.

## REQUESTED FEES AND REIMBURSEMENT OF EXPENSES

11 . Price, Heneveld has provided legal services in regards to intellectual property matters for the Debtor. As a result of its efforts during

the Application Period, Price, Heneveld now seeks interim allowance of $46,233.50 in fees calculated at the hourly billing rates of the firm's personnel who have worked on the intellectual property matters and $4,368.56 in charges and disbursements actually and necessarily incurred by Price Heneveld while providing services to the Debtors during the Application Period. Exhibit A.

12. In accordance with the Order, Price Heneveld has submitted Monthly Fee Statements for the period from October 9, 2005, through January 31, 2006, copies of which are attached in Exhibit D, and now submits this Interim Application covering the Application Period.

13. No party has filed an objection to Price Heneveld's Monthly Fee Statements. Accordingly, with respect to the Monthly Fee Statements covering the Application Period, Price Heneveld will have received $36,986.80 on account of billed fees, $4,368.56 on account of billed charges and disbursements, and will have accrued a Holdback in the amount of $9,246.70. Price Heneveld is requesting $9,246.70 in full settlement of the Holdback accrued through January 31, 2006. Exhibit B.

14. Exhibit C outlines professional hours incurred, by individual, along with the individual's billing rate and by category of work performed. Also included in Exhibit C are the total hours billed and total compensation. Detailed descriptions of services rendered are included in

the monthly fee statements (which are redacted to preserve client confidentially) copies of which are attached as Exhibit D.

## NOTICE

15.  Price Heneveld has served copies of the Application on the Debtors, the Notice Parties and the 2002 Notice List.  The Debtors submit that no other or further notice need be given.

## CONCLUSION

WHEREFORE, Price Heneveld respectfully requests that the Court enter an Order, substantially in the form attached hereto as Exhibit E approving the compensation and reimbursement of fees requested herein on an interim basis, authorizing and directing the Debtors to pay such amounts, and for such other and further relief as the Court deems appropriate.


Dated:      April 26, 2006          Respectfully submitted,


Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt
    & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel,
  Chapter 11 Professionals

**Exhibit A**
**Summary of Monthly Fee Statements**

| Period Covered | Fees Incurred | Fees Paid | Expenses Incurred | Expenses Paid |
|---|---|---|---|---|
| 10/8 - 10/31/05 | 15,989.00 | 12,791.20 | 1,601.07 | 1,601.07 |
| 10/8 - 11/30/05 | 15,008.50 | 12,006.80 | 286.20 | 286.20 |
| 10/8 - 12/31/05 | 4,418.00 | 3,534.40 | 1,630.63 | 1,630.63 |
| 10/8 - 1/31/06 | 10,818.00 | 8,654.40 | 850.66 | 850.66 |
| **Total** | 46,233.50 | 36,986.80 | 4,368.56 | 4,368.56 |

**Exhibit B**
**Summary of Legal Services Rendered**

|  | 11-05 Invoice | 12-05 Invoice | 1-06 Invoice | Total |
|---|---|---|---|---|
| **Patent Preparation** | 29.2 | 64.3 | 33.6 | 127.1 |
| **Patent Prosecution** | 47.9 | 31.9 | 22.4 | 102.2 |
| **Total Hours** | 77.1 | 96.2 | 56.0 | 229.3 |
| **Total Fees Billed** | 15,989.00 | 19,426.50 | 10,818.00 | 46,233.50 |
| **Total Payments Received** | 12,791.20 | 15,541.20 | 8,654.40 | 36,986.80 |
| **Total Fee 20% Holdback** | 3,197.80 | 3,885.30 | 2,163.60 | 9,246.70 |

**Reimbursement Request for Period October 8, 2005 - January 31, 2006**          $9,246.70

**Exhibit C**
**Summary of Professional Hours**

| Name of Professional Person | Position of Professional Person | Current Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **Patent Preparation** | | | | |
| Kevin T. Grzelak | Partner | 275.00 | 49.5 | 13,612.50 |
| Jeffrey S. Kapteyn | Associate | 220.00 | 19.7 | 4,334.00 |
| Jeffrey W. Johnson | Associate | 130.00 | 56.7 | 7,371.00 |
| Pamela D. Lucas | Paralegal | 70.00 | 1.2 | 84.00 |
| **Subtotal** | | 695.00 | 127.1 | $25,401.50 |
| | | | | |
| **Patent Prosecution** | | | | |
| Gunther J. Evanina | Partner | 280.00 | 4.0 | 1,120.00 |
| Kevin T. Grzelak | Partner | 275.00 | 42.4 | 11,660.00 |
| Jeffrey S. Kapteyn | Associate | 220.00 | 6.8 | 1,496.00 |
| Brian R. Cheslek | Associate | 145.00 | 12.4 | 1,798.00 |
| Jeffrey W. Johnson | Associate | 130.00 | 36.6 | 4,758.00 |
| **Subtotal** | | 1,050.00 | 102.2 | $20,832.00 |
| | | | | |
| **Total** | | 1,745.00 | 229.3 | $46,233.50 |
| | | | | |
| **Total Fees Incurred** | | | | $46,233.50 |

**Exhibit D**

**Copies of invoices submitted for services rendered during the fee application
time period of October 9, 2005 through January 31, 2006**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  2
Invoice      82137

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH October 31, 2005 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P372

DP-303443
SN 911,087

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/11/05 | JWJ | 0.70 | Work on preparation of response. | 91.00 |
| 10/12/05 | JWJ | 0.80 | Work on preparation of response. | 104.00 |
| 10/13/05 | JWJ | 0.30 | Work on preparation of response. | 39.00 |
| 10/17/05 | JWJ | 0.40 | Work on preparation of response. | 52.00 |
| 10/17/05 | KTG | 1.00 | Work on preparation of response. | 275.00 |
| 10/18/05 | JWJ | 3.60 | Work on preparation of response. | 468.00 |
| 10/24/05 | JWJ | 1.30 | Work on preparation of response. | 169.00 |
| 10/25/05 | JWJ | 3.60 | Work on preparation of response. | 468.00 |
| 10/27/05 | KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 137.50 |

| | | | |
|---|---|---|---|
| PROFESSIONAL SERVICES | | | 1,803.50 |
| KTG | 1.50 | 275.00 | 412.50 |
| JWJ | 10.70 | 130.00 | 1,391.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/05  Copies | 28.35 | |

TOTAL COSTS ADVANCED                                            28.35

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
##   COOPER,
# DEWITT &
##   LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  3
Invoice      82137

MATTER TOTAL                                                    1,831.85

(FEES BILLED       10,709.00 )
(EXPENSES BILLED      57.15 )

                                              MATTER NUMBER - P384

     DP-304988
     SN 10/075,974

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 10/13/05 | JWJ | 0.30 | Work on preparation of response. | 39.00 |
| 10/14/05 | JWJ | 0.80 | Work on preparation of response. | 104.00 |
| 10/18/05 | JWJ | 1.20 | Work on preparation of response. | 156.00 |
| 10/27/05 | JWJ | 0.20 | Work on preparation of response. | 26.00 |
| 10/28/05 | JWJ | 0.50 | Work on preparation of response. | 65.00 |
| 10/28/05 | KTG | 1.00 | Work on preparation of response. | 275.00 |
| 10/31/05 | JWJ | 0.80 | Work on preparation of response. | 104.00 |

     PROFESSIONAL SERVICES                                       769.00

| | | | |
|-----|------|--------|--------|
| KTG | 1.00 | 275.00 | 275.00 |
| JWJ | 3.80 | 130.00 | 494.00 |

     COSTS ADVANCED
10/31/05   Copies                                14.10

TOTAL COSTS ADVANCED                                             14.10

MATTER TOTAL                                                    783.10

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  4
Invoice      82137

(FEES BILLED       7,292.50 )
(EXPENSES BILLED     235.67 )

MATTER NUMBER – P448

DP-309847
S.N. 10/623,783

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 10/17/05 | KTG | 0.70 | Review Advisory Action and file history. | 192.50 |
| 10/18/05 | KTG | 0.50 | Evaluate Advisory Action and file history. Telephone conference with inventor and Brown on October 18. | 137.50 |
| 10/20/05 | KTG | 0.50 | Study correspondence re file history and advisory action. Telephone conference with Chmielewski on October 20. | 137.50 |
| 10/25/05 | KTG | 0.50 | Work on preparation of response. | 137.50 |
| 10/26/05 | KTG | 0.30 | Correspondence with Chmielewski re abandoning application. Correspondence with inventor and close file. | 82.50 |

PROFESSIONAL SERVICES                                              687.50

KTG                  2.50    275.00      687.50

COSTS ADVANCED

10/31/05   Copies                                        5.25

TOTAL COSTS ADVANCED                                     5.25

MATTER TOTAL                                            692.75

(FEES BILLED       8,955.50 )
(EXPENSES BILLED     424.39 )

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  5
Invoice      82137

MATTER NUMBER - P484

DP-308739 CIP
S.N. 10/804,741

| | | | |
|---|---|---|---|
| 10/25/05 KTG | 0.50 | Work on preparation of response. Telephone conference with inventor on October 25. | 137.50 |
| 10/26/05 KTG | 3.20 | Telephone conference with inventor on October 26. Telephone conference with Chmielewski on October 26. Correspondence with Chmielewski re abandoning application and close file. | 880.00 |

PROFESSIONAL SERVICES                                    1,017.50

KTG                         3.70    275.00    1,017.50

COSTS ADVANCED

10/31/05   Copies                                  22.50

TOTAL COSTS ADVANCED                                    22.50

MATTER TOTAL                                        1,040.00

(FEES BILLED       6,139.50 )
(EXPENSES BILLED    185.30 )

MATTER NUMBER - P485

DP-310833
S.N. 10/831,828

10/18/05 JSK  0.20  Telephone conference with Examiner on October      44.00
                    18.

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  6
Invoice      82137

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/20/05 | JSK | 0.30 | Telephone conference with Examiner on October 20. Review Examiner's proposed claim amendments. | 66.00 |
| 10/21/05 | JSK | 1.70 | Correspondence with inventor. | 374.00 |
| 10/24/05 | JSK | 2.60 | Work on preparation of declaration. Telephone conference with Examiner on October 24. | 572.00 |
| 10/26/05 | JSK | 1.60 | Completion and filing of 312 declaration. | 352.00 |
| 10/28/05 | JSK | 0.40 | Telephone conference with Examiner on October 28 re Information Disclosure Statement and Sec. 132 declaration. | 88.00 |

PROFESSIONAL SERVICES                                1,496.00

JSK                6.80    220.00    1,496.00

MATTER TOTAL                                         1,496.00

(FEES BILLED        8,474.00  )
(EXPENSES BILLED      694.01  )

MATTER NUMBER - P531

DP-312162
S.N. 11/099,074

| Date | Atty | Hours | Description | Amount |
|---|---|---|---|---|
| 10/10/05 | KTG | 0.80 | Study cited art. Inter office conference among attorneys. | 220.00 |
| 10/20/05 | KTG | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 137.50 |
| 10/20/05 | BRC | 7.00 | Work on preparation of response. | 1,015.00 |
| 10/25/05 | KTG | 0.50 | Work on preparation of response. Inter office conference among attorneys. | 137.50 |
| 10/26/05 | KTG | 0.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 192.50 |

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November  22, 2005
Page:  7
Invoice        82137

| PROFESSIONAL SERVICES | | | 1,702.50 |
|---|---|---|---|
| KTG | 2.50 | 275.00 | 687.50 |
| BRC | 7.00 | 145.00 | 1,015.00 |

COSTS ADVANCED

| 10/31/05 | Copies | 9.15 |
|---|---|---|

TOTAL COSTS ADVANCED                          9.15

MATTER TOTAL                              1,711.65

(FEES BILLED       6,888.50 )
(EXPENSES BILLED    226.94 )

MATTER NUMBER - P588

DP-307520

| 10/11/05 JWJ | 0.10 | Work on preparation of response. | 13.00 |
|---|---|---|---|
| 10/13/05 JWJ | 4.20 | Work on preparation of response. | 546.00 |
| 10/13/05 KTG | 0.50 | Study Office Action. Inter office conference among attorneys. | 137.50 |
| 10/17/05 JWJ | 0.50 | Work on preparation of response. | 65.00 |
| 10/18/05 JWJ | 0.60 | Work on preparation of response. | 78.00 |
| 10/26/05 JWJ | 0.60 | Work on preparation of response. | 78.00 |
| 10/28/05 KTG | 0.70 | Work on preparation of response. | 192.50 |
| 10/31/05 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 137.50 |
| 10/31/05 JWJ | 0.70 | Work on preparation of response. | 91.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX             616-957-8196

DELPHI

November  22, 2005
Page:  8
Invoice        82137

PROFESSIONAL SERVICES                                    1,338.50

| | | | |
|---|---|---|---|
| KTG | 1.70 | 275.00 | 467.50 |
| JWJ | 6.70 | 130.00 | 871.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/05  Copies | | 2.40 |

TOTAL COSTS ADVANCED                                        2.40

MATTER TOTAL                                              1,340.90

(FEES BILLED        4,198.50  )
(EXPENSES BILLED      14.85  )

MATTER NUMBER — P595

DP-314010
S.N. 11/387,834

| | | | |
|---|---|---|---|
| 10/10/05 KTG | 4.00 | Work on preparation of application. | 1,100.00 |
| 10/13/05 KTG | 2.50 | Work on preparation of application. | 687.50 |
| 10/18/05 KTG | 3.00 | Work on preparation of application and submission of draft to client. | 825.00 |
| 10/20/05 KTG | 2.80 | Work on preparation of application. Telephone conference with inventor on October 20. | 770.00 |
| 10/30/05 KTG | 1.50 | Work on preparation of foreign claims and abstract. | 412.50 |

PROFESSIONAL SERVICES                                    3,795.00

| | | | |
|---|---|---|---|
| KTG | 13.80 | 275.00 | 3,795.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 22, 2005
Page:  9
Invoice      82137

COSTS ADVANCED

| 10/31/05 | Copies | 21.30 |
| 10/19/05 | Express mail | 10.58 |
| 10/10/05 | Cost of drawings | 195.00 |

TOTAL COSTS ADVANCED                    226.88

MATTER TOTAL                          4,021.88

(FEES BILLED        4,757.50  )
(EXPENSES BILLED      226.88  )

MATTER NUMBER - P601

DP-312989

| 10/11/05 JWJ | 4.20 | Work on preparation of application. | 546.00 |
| 10/11/05 KTG | 0.30 | Work on preparation of patent claims for utility application. | 82.50 |
| 10/12/05 JWJ | 1.00 | Work on preparation of application. Telephone conference with client on October 12. | 130.00 |
| 10/12/05 KTG | 1.00 | Work on preparation of application. | 275.00 |
| 10/13/05 KTG | 0.70 | Correspondence with Brown. | 192.50 |
| 10/13/05 JWJ | 0.70 | Work on preparation of application. | 91.00 |

PROFESSIONAL SERVICES                 1,317.00

| KTG | 2.00 | 275.00 | 550.00 |
| JWJ | 5.90 | 130.00 | 767.00 |

COSTS ADVANCED

| 10/31/05 | Copies | 14.62 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

November  22, 2005
Page:  10
Invoice      82137

| | | |
|---|---|---|
| 10/19/05 | Express mail | 13.49 |
| 10/12/05 | Cost of drawings | 245.00 |
| 10/12/05 | Filing fee | 50.00 |

TOTAL COSTS ADVANCED                                323.11

MATTER TOTAL                                      1,640.11

(FEES BILLED        4,350.00  )
(EXPENSES BILLED     323.11  )

MATTER NUMBER - P602

DP-313066

| | | | | |
|---|---|---|---|---|
| 10/11/05 | KTG | 0.30 | Work on preparation of patent claims for utility application. | 82.50 |
| 10/12/05 | KTG | 1.50 | Work on preparation of application. | 412.50 |
| 10/13/05 | KTG | 0.70 | Correspondence with Brown. | 192.50 |

PROFESSIONAL SERVICES                                687.50

KTG                    2.50    275.00      687.50

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/05 | Copies | 14.62 |
| 10/19/05 | Express mail | 13.49 |
| 10/12/05 | Cost of drawings | 245.00 |
| 10/12/05 | Filing fee | 50.00 |

TOTAL COSTS ADVANCED                                323.11

# PRICE
## HENEVELD,
### COOPER,
### DEWITT &
#### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX    616-957-8196

DELPHI

November  22, 2005
Page:  11
Invoice    82137

MATTER TOTAL                                              1,010.61

(FEES BILLED       4,349.00 )
(EXPENSES BILLED     323.11 )

MATTER NUMBER - P603

DP-312987

| | | | |
|---|---|---|---|
| 10/11/05 KTG | 0.30 | Work on preparation of patent claims for utility application. | 82.50 |
| 10/12/05 KTG | 1.50 | Work on preparation of application. | 412.50 |
| 10/13/05 KTG | 0.70 | Correspondence with Brown. | 192.50 |

PROFESSIONAL SERVICES                                        687.50

KTG                2.50    275.00    687.50

COSTS ADVANCED

| | | |
|---|---|---|
| 10/31/05 | Copies | 14.62 |
| 10/19/05 | Express mail | 13.49 |
| 10/12/05 | Cost of drawings | 245.00 |
| 10/12/05 | Filing fee | 50.00 |

TOTAL COSTS ADVANCED                                         323.11

MATTER TOTAL                                              1,010.61

(FEES BILLED       4,349.00 )
(EXPENSES BILLED     323.11 )

MATTER NUMBER - P604

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

November 22, 2005
Page:  12
Invoice      82137

DP-312988

| | | | | |
|---|---|---|---|--:|
| 10/11/05 KTG | 0.30 | Work on preparation of patent claims for utility application. | | 82.50 |
| 10/12/05 KTG | 1.50 | Work on preparation of application. | | 412.50 |
| 10/13/05 KTG | 0.70 | Correspondence with Brown. | | 192.50 |

PROFESSIONAL SERVICES                                      687.50

KTG                     2.50    275.00      687.50

COSTS ADVANCED

| | | |
|---|---|--:|
| 10/31/05 | Copies | 14.62 |
| 10/19/05 | Express mail | 13.49 |
| 10/12/05 | Cost of drawings | 245.00 |
| 10/12/05 | Filing fee | 50.00 |

TOTAL COSTS ADVANCED                                    323.11

MATTER TOTAL                                           1,010.61

(FEES BILLED       4,349.00 )
(EXPENSES BILLED    323.11 )

CLIENT TOTAL                                          17,590.07
INVOICE TOTAL                                         17,590.07

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December  8, 2005
Page:   2
Invoice      82421

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2005 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P391

    DP-305945
    SN 10/075,980

| | | | |
|---|---|---|---:|
| 10/10/05 KTG | 0.50 | Study Office Action and cited art. | 137.50 |
| 10/17/05 KTG | 0.80 | Study Office Action. Inter office conference among attorneys. | 220.00 |
| 10/17/05 JWJ | 3.80 | Work on preparation of response. | 494.00 |
| 10/24/05 JWJ | 0.20 | Work on preparation of response. | 26.00 |
| 10/24/05 KTG | 0.70 | Work on preparation of response. Inter office conference among attorneys. Telephone conference with inventor on October 24. Study Office Action. Preparation and forwarding report and recommendations to client. | 192.50 |
| 11/10/05 KTG | 0.50 | Work on preparation of response. | 137.50 |
| 11/14/05 JWJ | 0.10 | Work on preparation of response. | 13.00 |
| 11/21/05 KTG | 0.50 | Evaluate Office Action and response. | 137.50 |
| 11/30/05 KTG | 0.50 | Telephone conference with inventor on November 30 re Office Action. Correspondence with Chmielewski re abandoning of application and close file. | 137.50 |

PROFESSIONAL SERVICES                                          1,495.50

| | | | |
|---|---|---|---|
| KTG | 3.50 | 275.00 | 962.50 |
| JWJ | 4.10 | 130.00 | 533.00 |

    COSTS ADVANCED
10/31/05   Copies                                         5.55

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December  8, 2005
Page:  3
Invoice      82421

TOTAL COSTS ADVANCED                                              5.55

MATTER TOTAL                                                 1,501.05

(FEES BILLED        5,995.50 )
(EXPENSES BILLED      15.75 )

MATTER NUMBER - P442

    DP-309231
    S.N. 10/608,702

10/27/05 GJE  4.00  Work on preparation of response.              1,120.00
11/01/05 KTG  0.40  Study Office Action and references.             110.00

    PROFESSIONAL SERVICES                                        1,230.00

    GJE                    4.00    280.00    1,120.00
    KTG                    0.40    275.00      110.00

      COSTS ADVANCED

11/30/05   Copies                                          12.30

TOTAL COSTS ADVANCED                                              12.30

MATTER TOTAL                                                 1,242.30

(FEES BILLED        13,196.50 )
(EXPENSES BILLED     1,166.19 )

MATTER NUMBER - P461

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

December  8, 2005
Page:  4
Invoice      82421

DP-309963
S.N. 10/683,009

| | | | | |
|---|---|---|---|---|
| 10/10/05 KTG | 0.50 | Study Office Action and cited art. | | 137.50 |
| 10/20/05 KTG | 0.60 | Work on preparation of response. Study Office Action. | | 165.00 |
| 10/28/05 KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | | 137.50 |
| 11/21/05 KTG | 0.20 | Correspondence with Brown and inventor re Office Action. | | 55.00 |

PROFESSIONAL SERVICES                                                495.00

KTG                        1.80    275.00    495.00

COSTS ADVANCED

10/31/05   Copies                                      11.40

TOTAL COSTS ADVANCED                                      11.40

MATTER TOTAL                                              506.40

(FEES BILLED        5,150.00 )
(EXPENSES BILLED      145.26 )

MATTER NUMBER - P478

DP-310587
S.N. 10/740,082

10/10/05 KTG  0.50  Study Office Action and cited art.        137.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December  8, 2005
Page:  5
Invoice      82421

| | | | |
|---|---|---|---|
| 10/21/05 KTG | 0.50 | Study Office Action. Inter office conference among attorneys. | 137.50 |
| 10/21/05 BRC | 2.50 | Work on preparation of response. | 362.50 |
| 10/24/05 BRC | 1.50 | Work on preparation of response. | 217.50 |
| 10/26/05 BRC | 1.10 | Inter office conference among attorneys. Study Office Action. | 159.50 |
| 10/26/05 KTG | 1.20 | Evaluate Office Action and prior art. Inter office conference among attorneys. Correspondence with inventor. Work on preparation of response. | 330.00 |
| 11/21/05 BRC | 0.30 | Telephone conference with inventor on November 21. Inter office conference among attorneys. | 43.50 |
| 11/21/05 KTG | 0.50 | Evaluate Office Action. Telephone conference with inventor on November 21. Inter office conference among attorneys. | 137.50 |
| 11/22/05 KTG | 0.50 | Telephone conference with Chmielewski on November 22 re decision to abandon application. Correspondence with client re same. | 137.50 |

PROFESSIONAL SERVICES                                    1,663.00

| | | | |
|---|---|---|---|
| KTG | 3.20 | 275.00 | 880.00 |
| BRC | 5.40 | 145.00 | 783.00 |

COSTS ADVANCED

10/31/05   Copies                                          4.80

TOTAL COSTS ADVANCED                                       4.80

MATTER TOTAL                                           1,667.80

(FEES BILLED        6,373.00  )
(EXPENSES BILLED      213.60  )

MATTER NUMBER - P560

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December  8, 2005
Page:  6
Invoice      82421

DP-313244
S.N. 11/107,083

| | | | |
|---|---|---|---:|
| 10/17/05 KTG | 1.00 | Study Office Action and cited art. | 275.00 |
| 11/11/05 KTG | 1.50 | Study Office Action. Inter office conference among attorneys. | 412.50 |
| 11/11/05 JWJ | 0.50 | Study Office Action. Work on preparation of response. | 65.00 |
| 11/27/05 KTG | 1.00 | Work on preparation of response. | 275.00 |
| 11/28/05 KTG | 1.00 | Work on preparation of response. Inter office conference among attorneys. | 275.00 |
| 11/28/05 JWJ | 0.70 | Work on preparation of response. | 91.00 |
| 11/29/05 JWJ | 0.30 | Work on preparation of response. | 39.00 |
| 11/30/05 JWJ | 1.10 | Work on preparation of response. | 143.00 |
| 11/30/05 KTG | 0.70 | Work on preparation of response. | 192.50 |

PROFESSIONAL SERVICES                                1,768.00

| KTG | 5.20 | 275.00 | 1,430.00 |
|-----|------|--------|----------|
| JWJ | 2.60 | 130.00 | 338.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 10/31/05 | Copies | 6.45 |
| 11/30/05 | Additional claims fee | 150.00 |

TOTAL COSTS ADVANCED                                   156.45

MATTER TOTAL                                         1,924.45

(FEES BILLED       7,375.00 )
(EXPENSES BILLED     400.40 )

MATTER NUMBER - P590

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

December  8, 2005
Page:  7
Invoice        82421

DP-313490
S.N. 11/315,655

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/25/05 | JWJ | 0.70 | Work on preparation of application. | 91.00 |
| 10/26/05 | JWJ | 0.10 | Work on preparation of application. | 13.00 |
| 10/27/05 | JWJ | 0.70 | Work on preparation of application. | 91.00 |
| 10/31/05 | JWJ | 0.70 | Work on preparation of application. | 91.00 |
| 11/01/05 | JWJ | 1.30 | Work on preparation of application. | 169.00 |
| 11/04/05 | JWJ | 2.60 | Work on preparation of application. | 338.00 |
| 11/17/05 | JWJ | 0.20 | Work on preparation of application. | 26.00 |
| 11/18/05 | JWJ | 1.10 | Work on preparation of application. | 143.00 |
| 11/20/05 | KTG | 2.50 | Work on preparation of application. | 687.50 |
| 11/21/05 | KTG | 0.50 | Work on preparation of application. | 137.50 |
| 11/22/05 | JWJ | 0.10 | Work on preparation of application. | 13.00 |
| 11/23/05 | JWJ | 1.70 | Work on preparation of application. | 221.00 |
| 11/27/05 | KTG | 1.00 | Work on preparation of patent application foreign claims. | 275.00 |
| 11/28/05 | KTG | 0.50 | Work on preparation of application. | 137.50 |
| 11/28/05 | JWJ | 1.80 | Work on preparation of application. | 234.00 |
| 11/29/05 | KTG | 0.50 | Complete and send finalized application with filing papers to client for filing. | 137.50 |

| PROFESSIONAL SERVICES | | | | 2,805.00 |
|---|---|---|---|---|
| KTG | 5.00 | 275.00 | 1,375.00 | |
| JWJ | 11.00 | 130.00 | 1,430.00 | |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 11/30/05 | Copies | 41.25 |
| 11/16/05 | Express mail | 20.89 |

TOTAL COSTS ADVANCED                                    62.14

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December  8, 2005
Page:  8
Invoice      82421

MATTER TOTAL                                           2,867.14

(FEES BILLED        5,443.50 )
(EXPENSES BILLED      62.14 )

MATTER NUMBER - P594

DP-313908
S.N. 11/198,444

11/23/05 KTG  1.70  Preparation and filing of supplemental        467.50
                    Information Disclosure Statement. Review prior
                    art and claims. Telephone conference with
                    inventor on November 23 re reference and claims.
                    Telephone conference with Brown on November 23.

PROFESSIONAL SERVICES                                   467.50

KTG                    1.70    275.00     467.50

COSTS ADVANCED

11/30/05   Copies                                 10.65
11/30/05   Postage                                 2.58

TOTAL COSTS ADVANCED                                     13.23

MATTER TOTAL                                            480.73

(FEES BILLED        5,197.50 )
(EXPENSES BILLED     221.85 )

MATTER NUMBER - P598

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

December  8, 2005
Page:  9
Invoice     82421

DP-313491

| | | | |
|---|---|---|---|
| 10/28/05 KTG | 2.50 | Work on preparation of application. Inter office conference among attorneys. | 687.50 |
| 10/31/05 JWJ | 3.60 | Work on preparation of application. | 468.00 |
| 11/01/05 JWJ | 2.30 | Work on preparation of application. Telephone conference with client on November 1. Inter office conference among attorneys. | 299.00 |
| 11/02/05 JWJ | 0.70 | Work on preparation of application. | 91.00 |
| 11/02/05 KTG | 1.50 | Work on preparation of application. | 412.50 |
| 11/03/05 KTG | 1.00 | Work on preparation of application. Inter office conference among attorneys. | 275.00 |
| 11/03/05 JWJ | 1.40 | Work on preparation of application. Inter office conference among attorneys. | 182.00 |
| 11/04/05 JWJ | 0.40 | Work on preparation of application. | 52.00 |
| 11/11/05 JWJ | 1.00 | Work on preparation of application. | 130.00 |
| 11/16/05 JWJ | 0.30 | Work on preparation of application. | 39.00 |
| 11/17/05 JWJ | 1.20 | Work on preparation of application. | 156.00 |
| 11/18/05 JWJ | 0.40 | Work on preparation of application. | 52.00 |
| 11/20/05 KTG | 2.50 | Work on preparation of application. | 687.50 |
| 11/21/05 KTG | 1.00 | Work on preparation of application. | 275.00 |
| 11/21/05 JWJ | 2.00 | Work on preparation of application. | 260.00 |
| 11/23/05 JWJ | 0.40 | Work on preparation of application. | 52.00 |
| 11/27/05 KTG | 1.00 | Work on preparation of patent application foreign claims. | 275.00 |
| 11/28/05 KTG | 0.50 | Work on preparation of application. | 137.50 |
| 11/28/05 KTG | 3.10 | Work on preparation of application. | 403.00 |
| 11/29/05 JWJ | 0.10 | Work on preparation of application. | 13.00 |
| 11/29/05 KTG | 0.50 | Complete and send finalized application with filing papers to client for filing. | 137.50 |

PROFESSIONAL SERVICES                                          5,084.50

| | | | |
|---|---|---|---|
| KTG | 10.50 | 275.00 | 2,887.50 |
| JWJ | 16.90 | 130.00 | 2,197.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
##    COOPER,
# DEWITT &
##    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX            616-957-8196

DELPHI

December  8, 2005
Page:  10
Invoice      82421

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/05 | Copies | 9.75 |
| 11/16/05 | Express mail | 10.58 |

TOTAL COSTS ADVANCED                          20.33

MATTER TOTAL                              5,104.83

(FEES BILLED      5,359.50 )
(EXPENSES BILLED     20.33 )

CLIENT TOTAL                           15,294.70
INVOICE TOTAL                          15,294.70

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

December  8, 2005
Page:  2
Invoice    82422

DELPHI

CLIENT NUMBER - DEL001
FOR PROFESSIONAL SERVICES RENDERED
  THROUGH November 30, 2005 IN CONNECTION
  WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P566

| | | | | |
|---|---|---|---|---|
| DP-313070 | | | | 264.00 |
| 10/09/05 JSK | 1.20 | Work on preparation of application. | | 1,628.00 |
| 10/11/05 JSK | 7.40 | Work on preparation of application. | | 1,474.00 |
| 10/12/05 JSK | 6.70 | Work on preparation of application. | | 35.00 |
| 10/18/05 PDL | 0.50 | Order Journal articles. | | 154.00 |
| 10/19/05 JSK | 0.70 | Work on preparation of application. Correspondence with inventor. | | 286.00 |
| 10/24/05 JSK | 1.30 | Work on preparation of application. | | 418.00 |
| 10/26/05 JSK | 1.90 | Work on preparation of application. Correspondence with inventor. | | 35.00 |
| 10/26/05 PDL | 0.50 | Attention to Journal orders. | | 14.00 |
| 10/28/05 PDL | 0.20 | Attention to Journal orders. | | 66.00 |
| 11/11/05 JSK | 0.30 | Work on preparation of application and submission of draft to client. | | 44.00 |
| 11/21/05 JSK | 0.20 | Completion and filing of application. Correspondence with client. NOTE: Cost approved by Mike Smith during telephone conference. | | |

4,418.00

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| JSK | 19.70 | 220.00 | 4,334.00 |
| PDL | 1.20 | 70.00 | 84.00 |

COSTS ADVANCED                                        63.00

10/31/05    Copies

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

December  8, 2005
Page:   3
Invoice      82422

| Date | Description | Amount | |
|------|-------------|--------|--|
| 11/30/05 | Express mail | 13.65 | |
| 11/30/05 | Postage | 6.98 | |
| 10/19/05 | Cost of drawings | 350.00 | |
| 10/27/05 | Cost of drawings | 75.00 | |
| 11/01/05 | Associate fee | 82.00 | |
| 11/21/05 | Filing fee | 1,000.00 | |
| 11/21/05 | Assignment fee | 40.00 | |

TOTAL COSTS ADVANCED                                    1,630.63

MATTER TOTAL                                            6,048.63

(FEES BILLED        8,328.50 )
(EXPENSES BILLED    1,643.60 )

CLIENT TOTAL                                            6,048.63
INVOICE TOTAL                                           6,048.63

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE      616-949-9610
FAX                616-957-8196

DELPHI

January  9, 2006
Page:   2
Invoice       82591

CLIENT NUMBER -  DEL001
FOR PROFESSIONAL SERVICES RENDERED
    THROUGH December 31, 2005 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P435

DP-309692
S.N. 10/775,262

| Date | | | Description | Amount |
|---|---|---|---|---|
| 10/27/05 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 137.50 |
| 10/28/05 | KTG | 0.50 | Study Office Action. Preparation and forwarding report and recommendations to client. | 137.50 |
| 12/05/05 | KTG | 3.50 | Study references. Preparation and filing of response. Correspondence with client. | 962.50 |

PROFESSIONAL SERVICES                                          1,512.50

KTG                    5.50    275.00    1,512.50

COSTS ADVANCED

10/31/05    Copies                                      8.55

TOTAL COSTS ADVANCED                                        8.55

MATTER TOTAL                                          1,521.05

(FEES BILLED        8,996.00  )
(EXPENSES BILLED     795.14  )

MATTER NUMBER - P439

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January  9, 2006
Page:  3
Invoice      82591

DP-309778
SN 10/427,599

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 11/07/05 | KTG | 1.20 | Work on preparation of response. Telephone conference with inventor on November 7. Correspondence with Chmielewski. | 330.00 |
| 11/30/05 | KTG | 1.00 | Telephone conference with inventor on November 30. Work on preparation of response. | 275.00 |
| 12/05/05 | KTG | 1.00 | Work on preparation of response. | 275.00 |
| 12/06/05 | KTG | 1.00 | Study references. Preparation and filing of response. Correspondence with client. | 275.00 |

PROFESSIONAL SERVICES                                1,155.00

KTG                    4.20    275.00    1,155.00

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 12/30/05 | Copies | 3.30 |
| 12/06/05 | Extension of time fee | 120.00 |

TOTAL COSTS ADVANCED                                  123.30

MATTER TOTAL                                        1,278.30

(FEES BILLED       15,826.00 )
(EXPENSES BILLED    2,266.55 )

MATTER NUMBER - P440

DP-309190
S.N. 10/624,063

10/10/05 KTG  0.50  Study Office Action and cited art.        137.50

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January 9, 2006
Page:  4
Invoice     82591

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 10/17/05 | KTG | 0.50 | Study Office Action. Inter office conference among attorneys. | 137.50 |
| 10/27/05 | JWJ | 1.50 | Work on preparation of response. | 195.00 |
| 10/31/05 | JWJ | 0.10 | Work on preparation of response. | 13.00 |
| 11/01/05 | KTG | 0.70 | Evaluate Office Action. Inter office conference among attorneys. Telephone conference with Examiner on November 1. | 192.50 |
| 11/02/05 | JWJ | 0.90 | Work on preparation of response. | 117.00 |
| 11/10/05 | JWJ | 0.10 | Work on preparation of response. | 13.00 |
| 11/15/05 | JWJ | 0.90 | Work on preparation of response. | 117.00 |
| 11/16/05 | JWJ | 0.90 | Work on preparation of response. | 117.00 |
| 12/08/05 | JWJ | 1.40 | Work on preparation of response. | 182.00 |
| 12/19/05 | JWJ | 1.30 | Work on preparation of response. | 169.00 |
| 12/20/05 | JWJ | 1.60 | Work on preparation of response. | 208.00 |
| 12/20/05 | KTG | 1.50 | Work on preparation of response. | 412.50 |
| 12/21/05 | KTG | 0.50 | Study references. Preparation and filing of response. Correspondence with client. NOTE: Costs approved by Stefan Chmielewski during telephone conference. | 137.50 |

PROFESSIONAL SERVICES                                          2,148.50

| | | | |
|---|---|---|---|
| KTG | 3.70 | 275.00 | 1,017.50 |
| JWJ | 8.70 | 130.00 | 1,131.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/31/05 | Copies | 18.75 |
| 12/07/05 | Cost of drawings | 90.00 |

TOTAL COSTS ADVANCED                                           108.75

MATTER TOTAL                                                 2,257.25

(FEES BILLED       7,141.00  )
(EXPENSES BILLED     664.94  )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

January  9, 2006
Page:  5
Invoice      82591

MATTER NUMBER - P588

DP-307520

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 12/06/05 | KTG | 0.30 | Telephone conference with Examiner on December 6 re reply after final. | 82.50 |

PROFESSIONAL SERVICES                                       82.50

KTG                    0.30    275.00        82.50

MATTER TOTAL                                                82.50

(FEES BILLED        5,866.00 )
(EXPENSES BILLED       17.25 )

MATTER NUMBER - P605

DP-314419

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 11/28/05 | JWJ | 0.20 | Work on preparation of application. | 26.00 |
| 11/28/05 | KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on November 28. Work on preparation of application. | 412.50 |
| 11/30/05 | KTG | 0.50 | Work on preparation of patent claims. Review claims. | 137.50 |
| 12/01/05 | KTG | 0.50 | Work on preparation of drawings. | 137.50 |
| 12/01/05 | JWJ | 3.10 | Telephone conference with inventor on December 1. | 403.00 |
| 12/02/05 | JWJ | 3.10 | Work on preparation of application. | 403.00 |
| 12/05/05 | JWJ | 1.30 | Work on preparation of application. | 169.00 |
| 12/05/05 | KTG | 1.50 | Work on preparation of application. | 412.50 |
| 12/06/05 | JWJ | 0.30 | Work on preparation of application. | 39.00 |
| 12/07/05 | JWJ | 1.80 | Work on preparation of application. | 234.00 |

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

January  9, 2006
Page:  6
Invoice       82591

| 12/07/05 | KTG | 2.50 | Work on preparation of application. | 687.50 |
| 12/09/05 | JWJ | 0.10 | Work on preparation of application. | 13.00 |
| 12/12/05 | JWJ | 5.40 | Work on preparation of application. | 702.00 |
| 12/12/05 | KTG | 0.50 | Work on preparation of application. | 137.50 |
| 12/13/05 | JWJ | 2.80 | Work on preparation of application. | 364.00 |
| 12/14/05 | JWJ | 4.10 | Work on preparation of application. | 533.00 |
| 12/14/05 | KTG | 1.20 | Work on preparation of application. | 330.00 |
| 12/15/05 | KTG | 2.50 | Telephone conference with inventors on December 15. Work on preparation of application. | 687.50 |
| 12/15/05 | JWJ | 0.70 | Prepare and send finalized application with filing papers to client for filing. NOTE: Costs approved by Stefan Chmielewski during telephone conference. | 91.00 |

PROFESSIONAL SERVICES                                        5,919.50

| KTG | 10.70 | 275.00 | 2,942.50 |
| JWJ | 22.90 | 130.00 | 2,977.00 |

COSTS ADVANCED

| 11/30/05 | Copies | 19.20 |
| 12/30/05 | Express mail | 13.65 |
| 12/30/05 | Postage | 2.21 |
| 12/07/05 | Cost of drawings | 155.00 |
| 12/07/05 | Cost of drawings | 255.00 |
| 12/13/05 | Cost of drawings | 165.00 |

TOTAL COSTS ADVANCED                                          610.06

MATTER TOTAL                                               6,529.56

(FEES BILLED        5,919.50  )
(EXPENSES BILLED     610.06  )

CLIENT TOTAL                                             11,668.66

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

January  9, 2006
Page:  7
Invoice        82591

INVOICE TOTAL                    11,668.66

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:  2
Invoice       83117

CLIENT NUMBER -  DEL001

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH January 31, 2006 IN CONNECTION
    WITH THE FOLLOWING MATTERS -

MATTER NUMBER - P372

    DP-303443
    SN 911,087

| | | | | |
|---|---|---|---|---:|
| 01/19/06 KTG | 0.70 | Study Office Action and prior art. Inter office conference among attorneys. | | 203.00 |
| 01/19/06 JWJ | 0.60 | Work on preparation of response. | | 87.00 |
| 01/20/06 JWJ | 4.00 | Work on preparation of response. | | 580.00 |
| 01/24/06 JWJ | 0.60 | Work on preparation of response. | | 87.00 |
| 01/26/06 JWJ | 0.40 | Work on preparation of response. | | 58.00 |
| 01/26/06 JWJ | 0.50 | Work on preparation of response. | | 72.50 |
| 01/26/06 KTG | 1.30 | Work on preparation of response. | | 377.00 |
| 01/27/06 JWJ | 0.40 | Work on preparation of response. | | 58.00 |
| 01/31/06 JWJ | 0.10 | Work on preparation of response. | | 14.50 |
| 01/31/06 KTG | 0.50 | Study Office Action and references. Inter office conference among attorneys. Preparation and filing of response. Correspondence with client. | | 145.00 |

    PROFESSIONAL SERVICES                                      1,682.00

    KTG                    2.50    290.00      725.00
    JWJ                    6.60    145.00      957.00

    COSTS ADVANCED

01/31/06   Copies                                         4.50

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8195

DELPHI

February  13, 2006
Page:  3
Invoice     83117

TOTAL COSTS ADVANCED                                    4.50

MATTER TOTAL                                       1,686.50

(FEES BILLED      10,709.00 )
(EXPENSES BILLED      57.15 )

MATTER NUMBER – P435

DP-309692
S.N. 10/775,262

| | | | | |
|---|---|---|---|---|
| 01/10/06 KTG | 0.60 | Evaluate Advisory Action and file history for recommendation. | | 174.00 |
| 01/12/06 KTG | 1.30 | Evaluate Advisory Action and file history. Telephone conference with Chmielewski on January 12 re decision to abandon. Correspondence with Chmielewski and inventors re decision to abandon. Telephone conference with inventor on January 12. | | 377.00 |

PROFESSIONAL SERVICES                                  551.00

KTG                  1.90    290.00    551.00

MATTER TOTAL                                           551.00

(FEES BILLED       8,445.00 )
(EXPENSES BILLED     795.14 )

MATTER NUMBER – P468

DP-308423
S.N. 10/722,706

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:    4
Invoice      83117

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/06/05 | KTG | 1.00 | Study Office Action and cited prior art. Preparation and forwarding report and recommendations to client. | 275.00 |
| 12/12/05 | KTG | 0.50 | Telephone conference with inventor on December 12. Study Office Action. Preparation and forwarding report and recommendations to client. | 137.50 |
| 01/03/06 | KTG | 2.00 | Telephone conference with inventor on January 3. | 580.00 |
| 01/04/06 | KTG | 2.00 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | 580.00 |
| 01/25/06 | KTG | 0.80 | Evaluate Advisory Action and file history for appeal . Telephone conference with Chmielewski. on January 25. | 232.00 |

PROFESSIONAL SERVICES                                    1,804.50

| | | | |
|---|---|---|---|
| KTG | 4.80 | 290.00 | 1,392.00 |
| KTG | 1.50 | 275.00 | 412.50 |

COSTS ADVANCED

12/30/05    Copies                                  4.35

TOTAL COSTS ADVANCED                                     4.35

MATTER TOTAL                                         1,808.85

(FEES BILLED      6,339.00  )
(EXPENSES BILLED    579.13  )

MATTER NUMBER - P486

DP-310898
S.N. 10/832,666

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:   5
Invoice      83117

| | | | | |
|---|---|---|---|---|
| 11/03/05 KTG | 1.00 | Evaluate cited art. Telephone conference with inventor on November 3. Study Office Action. Preparation and forwarding report and recommendations to client. | | 275.00 |
| 11/11/05 KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on November 11. | | 412.50 |
| 11/22/05 KTG | 0.50 | Work on preparation of response. Telephone conference with inventor on November 22. | | 137.50 |
| 11/29/05 KTG | 2.20 | Prepare for and conduct telephone interview with Examiner on November 29. Work on preparation of response. | | 605.00 |
| 01/03/06 KTG | 1.50 | Preparation and filing of RCE and amendment. Correspondence with client re same. Telephone conference with Chmielewski on January 3. | | 435.00 |

PROFESSIONAL SERVICES                                    1,865.00

| | | | |
|---|---|---|---|
| KTG | 1.50 | 290.00 | 435.00 |
| KTG | 5.20 | 275.00 | 1,430.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 11/30/05 | Copies | 7.20 |
| 01/31/06 | Postage | 1.06 |
| 01/03/06 | Exam fee | 790.00 |

TOTAL COSTS ADVANCED                                      798.26

MATTER TOTAL                                            2,663.26

(FEES BILLED        7,030.50 )

(EXPENSES BILLED      819.14 )

MATTER NUMBER - P531

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 13, 2006
Page: 6
Invoice      83117

DP-312162
S.N. 11/099,074

| | | | | |
|---|---|---|---|---|
| 01/17/06 | KTG | 1.00 | Study Office Action and cited art. Inter office conference among attorneys. | 290.00 |
| 01/17/06 | BRC | 6.00 | Work on preparation of response to Office Action. | 960.00 |
| 01/18/06 | BRC | 2.50 | Work on preparation of response to Office Action. | 400.00 |
| 01/19/06 | BRC | 0.80 | Study Office Action and references. Inter office conference among attorneys. Preparation and filing of response. Correspondence with client. | 128.00 |

PROFESSIONAL SERVICES                                  1,778.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| BRC | 9.30 | 160.00 | 1,488.00 |

COSTS ADVANCED

01/31/06    Copies                                     7.05

TOTAL COSTS ADVANCED                                    7.05

MATTER TOTAL                                        1,785.05

(FEES BILLED      6,888.50 )
(EXPENSES BILLED    226.94 )

MATTER NUMBER - P579

DP-312982

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
##    COOPER,
# DEWITT &
##    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE          616-949-9610
FAX                      616-957-8196

DELPHI                                    February  13, 2006
                                          Page:    7
                                          Invoice      83117

| | | | | |
|---|---|---|---|---|
| 10/11/05 | KTG | 0.50 | Work on preparation of application. Review claims. | 137.50 |
| 12/28/05 | BRC | 0.80 | Work on preparation of application. | 116.00 |
| 12/29/05 | BRC | 0.40 | Work on preparation of application. | 58.00 |
| 12/30/05 | BRC | 0.50 | Work on preparation of application. | 72.50 |
| 01/06/06 | KTG | 2.00 | Work on preparation of application. Inter office conference among attorneys. | 580.00 |
| 01/17/06 | BRC | 1.50 | Work on preparation of application. | 240.00 |
| 01/19/06 | BRC | 1.10 | Work on preparation of application. | 176.00 |
| 01/20/06 | KTG | 1.00 | Work on preparation of application. | 290.00 |
| 01/23/06 | KTG | 0.50 | Work on preparation of application. Inter office conference among attorneys. | 145.00 |
| 01/25/06 | KTG | 0.30 | Work on preparation of application and submission of draft to client. | 87.00 |
| 01/25/06 | BRC | 0.20 | Work on preparation of application. Work on preparation of email to inventors. | 32.00 |

PROFESSIONAL SERVICES                                        1,934.00

| | | | |
|---|---|---|---|
| KTG | 3.80 | 290.00 | 1,102.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| BRC | 2.80 | 160.00 | 448.00 |
| BRC | 1.70 | 145.00 | 246.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 12/21/05 | Express mail | 18.26 |
| 12/01/05 | Associate fee | 45.00 |
| 12/07/05 | Cost of drawings | 255.00 |
| 01/05/06 | Cost of drawings | 140.00 |
| 01/31/06 | Cost of drawings | 45.00 |

TOTAL COSTS ADVANCED                                      503.26

MATTER TOTAL                                          2,437.26

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**PRICE**
**HENEVELD,**
**COOPER,**
**DEWITT &**
**LITTON, LLP**

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

February  13, 2006
Page:  8
Invoice      83117

(FEES BILLED      3,211.00 )
(EXPENSES BILLED    16.75 )

MATTER NUMBER - P585

DP-313776
S.N. 11/213,141

| Date | Atty | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/10/06 | KTG | 0.80 | Review prior art from another application. Preparation and filing of Information Disclosure Statement. Correspondence with Chmielewski. | 232.00 |

PROFESSIONAL SERVICES                                    232.00

KTG                      0.80    290.00    232.00

COSTS ADVANCED

01/31/06   Copies                                    1.05

TOTAL COSTS ADVANCED                                    1.05

MATTER TOTAL                                         233.05

(FEES BILLED      4,867.50 )
(EXPENSES BILLED    447.72 )

MATTER NUMBER - P586

DP-313247
S.N. 11/238,855

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 13, 2006
Page: 11
Invoice    83117

| | | | | |
|---|---|---|---|---|
| 01/31/06 KTG | 0.50 | Study Office Action and references. Preparation and filing of response. Correspondence with client. | | 145.00 |

PROFESSIONAL SERVICES                                          1,667.50

| | | | |
|---|---|---|---|
| KTG | 2.70 | 290.00 | 783.00 |
| JWJ | 6.10 | 145.00 | 884.50 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06 | Copies | 2.40 |

TOTAL COSTS ADVANCED                                          2.40

MATTER TOTAL                                                 1,669.90

(FEES BILLED       4,198.50 )
(EXPENSES BILLED      14.85 )

MATTER NUMBER - P596

DP-314056

| | | | |
|---|---|---|---|
| 10/13/05 KTG | 0.50 | Work on preparation of application. | 137.50 |
| 11/01/05 KTG | 0.50 | Work on preparation of application. | 137.50 |
| 01/13/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/15/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 01/24/06 KTG | 1.00 | Work on preparation of application. | 290.00 |
| 01/26/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/30/06 KTG | 3.20 | Work on preparation of application. | 928.00 |
| 01/31/06 KTG | 1.00 | Work on preparation of application and submission of draft to client. | 290.00 |

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February 13, 2006
Page:  12
Invoice      83117

PROFESSIONAL SERVICES                                          3,378.00

KTG              10.70    290.00    3,103.00
KTG               1.00    275.00      275.00

COSTS ADVANCED

01/31/06    Copies                                  3.15
10/20/05    Cost of drawings                      385.00

TOTAL COSTS ADVANCED                                          388.15

MATTER TOTAL                                                3,766.15

(FEES BILLED        1,512.50 )
(EXPENSES BILLED        0.00 )

MATTER NUMBER – P597

DP-314154

| | | | | |
|---|---|---|---|---|
| 11/01/05 KTG | 0.70 | Review invention disclosure. Work on preparation of application. Inter office conference among attorneys. | 192.50 |
| 11/02/05 JWJ | 2.60 | Work on preparation of application. | 338.00 |
| 11/03/05 JWJ | 2.10 | Work on preparation of application. | 273.00 |
| 11/03/05 KTG | 0.50 | Review invention disclosure. Telephone conference with inventor on November 3. | 137.50 |
| 11/04/05 KTG | 0.70 | Work on preparation of application. | 192.50 |
| 11/07/05 JWJ | 1.80 | Work on preparation of application. | 234.00 |
| 11/08/05 JWJ | 4.60 | Work on preparation of application. | 598.00 |
| 11/09/05 JWJ | 4.60 | Work on preparation of application. | 598.00 |
| 11/10/05 JWJ | 3.50 | Work on preparation of application. | 455.00 |
| 11/11/05 JWJ | 5.20 | Work on preparation of application. | 676.00 |

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February 13, 2006
Page: 13
Invoice     83117

| | | | | |
|---|---|---|---|---|
| 11/22/05 JWJ | 4.10 | Work on preparation of application. | | 533.00 |
| 11/22/05 KTG | 2.00 | Work on preparation of application. | | 550.00 |
| 11/23/05 JWJ | 3.20 | Work on preparation of application. | | 416.00 |
| 12/08/05 KTG | 1.30 | Work on preparation of application. | | 357.50 |
| 12/08/05 JWJ | 0.30 | Work on preparation of application. | | 39.00 |
| 01/12/06 KTG | 0.80 | Work on preparation of application. | | 232.00 |
| 01/12/06 JWJ | 0.40 | Work on preparation of application. | | 58.00 |
| 01/19/06 JWJ | 0.10 | Work on preparation of application. | | 14.50 |
| 01/25/06 JWJ | 0.70 | Work on preparation of application. | | 101.50 |
| 01/27/06 JWJ | 1.60 | Work on preparation of application. | | 232.00 |
| 01/27/06 KTG | 2.00 | Inter office conference among attorneys. Prepare and send finalized application with filing papers to client for filing. NOTE: Costs due to several embodiments approved by Stefan Chmielewski. | | 580.00 |
| 01/31/06 JWJ | 0.60 | Work on preparation of application. | | 87.00 |

PROFESSIONAL SERVICES                                        6,895.00

| | | | |
|---|---|---|---|
| KTG | 2.80 | 290.00 | 812.00 |
| KTG | 5.20 | 275.00 | 1,430.00 |
| JWJ | 3.40 | 145.00 | 493.00 |
| JWJ | 32.00 | 130.00 | 4,160.00 |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 01/31/06 | Copies | | 10.05 |
| 01/31/06 | Cost of drawings | | 550.00 |

TOTAL COSTS ADVANCED                                           560.05

MATTER TOTAL                                                 7,455.05

(FEES BILLED            )

(EXPENSES BILLED        )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE HENEVELD, COOPER, DEWITT & LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX                   616-957-8196

DELPHI

February   13, 2006
Page:   14
Invoice        83117

MATTER NUMBER – P600

DP-313208

| Date | Init | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/01/05 | KTG | 0.50 | Telephone conference with inventor on December 1. | 137.50 |
| 12/20/05 | KTG | 1.00 | Work on preparation of application. | 275.00 |
| 12/21/05 | KTG | 1.00 | Review invention disclosure.Telephone conference with inventor on December 21. | 275.00 |
| 12/29/05 | KTG | 0.50 | Work on preparation of application. | 137.50 |
| 12/30/05 | JWJ | 4.00 | Work on preparation of application. | 520.00 |
| 01/03/06 | KTG | 0.70 | Work on preparation of application. Inter office conference among attorneys. | 203.00 |
| 01/03/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 01/04/06 | JWJ | 4.30 | Work on preparation of application. | 623.50 |
| 01/05/06 | JWJ | 0.30 | Telephone conference with client on January 5. | 43.50 |
| 01/06/06 | JWJ | 3.20 | Work on preparation of application. | 464.00 |
| 01/09/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 01/10/06 | KTG | 0.50 | Work on preparation of application. | 145.00 |
| 01/11/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 01/12/06 | KTG | 0.80 | Work on preparation of application. | 232.00 |
| 01/12/06 | JWJ | 3.50 | Telephone conference with inventor on January 12. | 507.50 |
| 01/13/06 | JWJ | 0.30 | Work on preparation of application. | 43.50 |
| 01/19/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |
| 01/20/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 01/23/06 | KTG | 0.50 | Inter office conference among attorneys re patent application. Review inventors revisions. | 145.00 |
| 01/23/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |

PROFESSIONAL SERVICES                                                        4,984.50

| | | | |
|---|---|---|---|
| KTG | 3.70 | 290.00 | 1,073.00 |
| KTG | 3.00 | 275.00 | 825.00 |
| JWJ | 17.70 | 145.00 | 2,566.50 |

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:  15
Invoice      83117

| | | | | |
|---|---|---|---|---|
| JWJ | 4.00 | 130.00 | 520.00 | |

COSTS ADVANCED

| | | | |
|---|---|---|---|
| 01/31/06 | Copies | | 13.50 |
| 12/29/05 | Cost of drawings | | 225.00 |

TOTAL COSTS ADVANCED                           238.50

MATTER TOTAL                                 5,223.00

(FEES BILLED            )
(EXPENSES BILLED        )

MATTER NUMBER — P601

DP-312989

| | | | | |
|---|---|---|---|---|
| 12/07/05 | KTG | 0.20 | Telephone conference with Brown on December 7. | 55.00 |
| 12/19/05 | JWJ | 0.20 | Work on preparation of application. | 26.00 |
| 12/29/05 | KTG | 0.30 | Inter office conference among attorneys. Work on preparation of application. | 82.50 |
| 12/29/05 | JWJ | 2.20 | Work on preparation of application. | 286.00 |
| 01/10/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/13/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/18/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/23/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. | 87.00 |
| 01/24/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/25/06 | JWJ | 0.60 | Work on preparation of application. | 87.00 |
| 01/26/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 01/27/06 | JWJ | 1.80 | Work on preparation of application. | 261.00 |
| 01/30/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/30/06 | KTG | 0.70 | Work on preparation of application. | 203.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

February 13, 2006
Page:  16
Invoice        83117

01/31/06 JWJ  0.10  Work on preparation of application.                    14.50

   PROFESSIONAL SERVICES                                          1,493.50

   KTG                    1.00    290.00    290.00
   KTG                    0.50    275.00    137.50
   JWJ                    5.20    145.00    754.00
   JWJ                    2.40    130.00    312.00

MATTER TOTAL                                                     1,493.50

(FEES BILLED       4,350.00 )
(EXPENSES BILLED     323.11 )

                                              MATTER NUMBER - P602

      DETECTION SCHEME
      DP-313066

12/07/05 KTG  0.20  Telephone conference with Brown on December 7.        55.00
12/29/05 KTG  0.30  Work on preparation of application. Inter office      82.50
                    conference among attorneys.
01/23/06 KTG  0.30  Review inventor comments to draft application.        87.00
                    Inter office conference among attorneys.
01/23/06 JWJ  1.00  Work on preparation of application.                  145.00
01/24/06 JWJ  3.10  Work on preparation of application.                  449.50
01/25/06 JWJ  1.40  Work on preparation of application.                  203.00
01/26/06 JWJ  0.40  Work on preparation of application.                   58.00
01/27/06 JWJ  0.80  Work on preparation of application.                  116.00
01/30/06 JWJ  0.50  Work on preparation of application.                   72.50
01/30/06 KTG  0.70  Work on preparation of application.                  203.00
01/31/06 JWJ  0.20  Work on preparation of application.                   29.00

   PROFESSIONAL SERVICES                                          1,500.50

INVOICE COPY

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

| | | |
|---|---|---|
| TELEPHONE | 616-949-9610 |
| FAX | 616-957-8196 |

DELPHI

February  13, 2006
Page:  17
Invoice      83117

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 7.40 | 145.00 | 1,073.00 |

COSTS ADVANCED

| 01/31/06 | Copies | 30.00 |
|---|---|---|

TOTAL COSTS ADVANCED                                                30.00

MATTER TOTAL                                                     1,530.50

(FEES BILLED        4,349.00 )
(EXPENSES BILLED      323.11 )

MATTER NUMBER – P604

DP-312988

| 12/07/05 | KTG | 0.20 | Work on preparation of application. Telephone conference with Brown on December 7. | 55.00 |
|---|---|---|---|---|
| 12/29/05 | KTG | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 82.50 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. Inter office conference among attorneys. | 87.00 |
| 01/23/06 | JWJ | 1.00 | Work on preparation of application. | 145.00 |
| 01/25/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/26/06 | JWJ | 2.10 | Work on preparation of application. | 304.50 |
| 01/27/06 | JWJ | 0.70 | Work on preparation of application. | 101.50 |
| 01/30/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/30/06 | KTG | 0.70 | Work on preparation of application. | 203.00 |
| 01/31/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

February  13, 2006
Page:  18
Invoice    83117

PROFESSIONAL SERVICES                                    1,152.50

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 5.00 | 145.00 | 725.00 |

COSTS ADVANCED

| | | |
|---|---|---|
| 01/31/06 | Copies | 28.95 |
| 12/21/05 | Express mail | 25.08 |

TOTAL COSTS ADVANCED                                       54.03

MATTER TOTAL                                           1,206.53

(FEES BILLED     4,349.00 )
(EXPENSES BILLED   323.11 )

MATTER NUMBER - P609

DP-314339

| | | | |
|---|---|---|---|
| 01/15/06 KTG | 0.50 | Review invention disclosure. | 145.00 |
| 01/17/06 KTG | 1.00 | Review invention disclosure and draft application. Telephone conference with inventor Kady on January 17. Correspondence with Chmielewski. | 290.00 |
| 01/27/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 01/29/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/30/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 01/31/06 KTG | 4.70 | Telephone conference with inventor on January 31. Work on preparation of application and submission of draft to client. | 1,363.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX    616-957-8196

DELPHI

February 13, 2006
Page: 19
Invoice    83117

| PROFESSIONAL SERVICES | | | | 3,248.00 |
|---|---|---|---|---|
| KTG | 11.20 | 290.00 | 3,248.00 | |

MATTER TOTAL    3,248.00

(FEES BILLED    )
(EXPENSES BILLED    )

MATTER NUMBER - P616

DP-313169

| 01/18/06 KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. Inter office conference among attorneys. | 435.00 |
|---|---|---|---|
| 01/23/06 KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 23. | 435.00 |
| 01/25/06 KTG | 2.30 | Evaluate invention and patent application. Telephone conference with Chmielewski and inventor on January 25 re decision to abandon application before filing. Prepare and send letter to Chmielewski re same and close file. | 667.00 |

| PROFESSIONAL SERVICES | | | | 1,537.00 |
|---|---|---|---|---|
| KTG | 5.30 | 290.00 | 1,537.00 | |

MATTER TOTAL    1,537.00

(FEES BILLED    )
(EXPENSES BILLED    )

MATTER NUMBER - P618

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX           616-957-8196

DELPHI

February  13, 2006
Page:  20
Invoice        83117

DP-311907

| | | | | |
|---|---|---|---|---|
| 01/19/06 KTG | 1.50 | Review invention disclosure and related application. Telephone conference with inventor on January 19. | | 435.00 |
| 01/24/06 KTG | 2.80 | Work on preparation of application. | | 812.00 |
| 01/25/06 KTG | 2.50 | Evaluate invention and patent application. Telephone conference with Chmielewski and inventor on January 25 re decision to abandon application before filing. Prepare and send letter to Chmielewski re same and close file. | | 725.00 |

PROFESSIONAL SERVICES                                    1,972.00

KTG                    6.80    290.00    1,972.00

MATTER TOTAL                                             1,972.00

(FEES BILLED              )
(EXPENSES BILLED          )

CLIENT TOTAL                                           40,679.36
INVOICE TOTAL                                          40,679.36

INVOICE COPY

# PRICE
## HENEVELD,
### COOPER,
DEWITT &
   LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:  2
Invoice      83378

CLIENT NUMBER – DEL001

FOR PROFESSIONAL SERVICES RENDERED
   THROUGH February 28, 2006 IN CONNECTION
   WITH THE FOLLOWING MATTERS –

MATTER NUMBER – A313

REF# 2001-000087

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 02/16/06 | KTG | 0.50 | Review notes and status of evaluation of patent. Evaluate patent. | 145.00 |
| 02/27/06 | KTG | 0.30 | Telephone conference with Chmielewski on February 27. Close file and prepare memorandum. | 87.00 |

PROFESSIONAL SERVICES                                      232.00

   KTG                0.80     290.00       232.00

MATTER TOTAL                                               232.00

(FEES BILLED      2,652.00 )
(EXPENSES BILLED    239.40 )

MATTER NUMBER – P424

DP-307279
SN 10/354,840

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 12/13/05 | KTG | 1.00 | Evaluate Office Action and prior art. Telephone conference with Brown on December 13. Telephone conference with Examiner on December 13. | 275.00 |
| 01/04/06 | KTG | 1.00 | Study Office Action. Preparation and forwarding report and recommendations to client. | 290.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:  3
Invoice     83378

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 02/09/06 | KTG | 0.70 | Work on preparation of response. Telephone conference with inventor on February 9. | 203.00 |
| 02/13/06 | KTG | 2.70 | Work on preparation of response. | 783.00 |
| 02/15/06 | KTG | 1.50 | Work on preparation of response. Telephone conference with inventor on February 15. | 435.00 |
| 02/16/06 | KTG | 1.70 | Study Office Action and references. Preparation and filing of response. Correspondence with client. NOTE: Cost appoved by Stefan Chmielewski. | 493.00 |

  PROFESSIONAL SERVICES                                       2,479.00

  KTG                    7.60    290.00    2,204.00
  KTG                    1.00    275.00      275.00

     COSTS ADVANCED

12/30/05   Copies                                    14.55

TOTAL COSTS ADVANCED                                 14.55

MATTER TOTAL                                        2,493.55

(FEES BILLED      7,745.00 )
(EXPENSES BILLED    237.52 )

                                    MATTER NUMBER - P442

    DP-309231
    S.N. 10/608,702

| Date | | Hours | Description | Amount |
|---|---|---|---|---|
| 01/03/06 | KTG | 0.60 | Evaluate Advisory Action and file history. Telephone conference with Chmielewski on January 3. | 174.00 |

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:  4
Invoice    83378

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 01/06/06 | KTG | 0.70 | Evaluate file history and Advisory Action. Telephone conference with Chmielewski on January 6. | 203.00 |
| 01/23/06 | GJE | 6.30 | Work on preparation of brief. | 1,858.50 |
| 01/25/06 | GJE | 3.30 | Work on preparation of brief. | 973.50 |
| 01/26/06 | GJE | 2.50 | Work on preparation of brief. | 737.50 |
| 02/20/06 | GJE | 2.30 | Completion and filing of appeal brief. | 678.50 |

PROFESSIONAL SERVICES                                      4,625.00

| | | | | |
|---|---|---|---|---|
| GJE | 14.40 | 295.00 | 4,248.00 | |
| KTG | 1.30 | 290.00 | 377.00 | |

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/06 | Copies | 10.35 |
| 02/28/06 | Postage | 2.70 |
| 01/19/06 | Notice of appeal fee | 500.00 |
| 01/19/06 | Extension of time fee | 120.00 |
| 02/20/06 | Appeal fee | 500.00 |

TOTAL COSTS ADVANCED                                       1,133.05

MATTER TOTAL                                              5,758.05

(FEES BILLED      13,196.50  )
(EXPENSES BILLED   1,166.19  )

MATTER NUMBER - P468

DP-308423
S.N. 10/722,706

| Date | Init | Hrs | Description | Amount |
|------|------|-----|-------------|--------|
| 02/04/06 | KTG | 2.50 | Evaluate file history and patent claims for RCE and amendment or appeal. | 725.00 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**INVOICE COPY**

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE   616-949-9610
FAX         616-957-8196

DELPHI

March  10, 2006
Page:  5
Invoice     83378

02/06/06 KTG  3.20  Evaluate claims and prior art. Telephone        928.00
                    conference with inventor, Chmielewski and
                    Examiner on February 6. Preparation and filing
                    of Notice of Appeal. Correspondence with client
                    re same.

  PROFESSIONAL SERVICES                                          1,653.00

  KTG                    5.70    290.00    1,653.00

    COSTS ADVANCED
02/28/06   Copies                                     1.50
02/06/06   Notice of appeal fee                     500.00

TOTAL COSTS ADVANCED                                            501.50

MATTER TOTAL                                                  2,154.50

(FEES BILLED       8,143.50  )
(EXPENSES BILLED    583.48  )

                                        MATTER NUMBER - P485

    DP-310833
    S.N. 10/831,828

02/01/06 JSK  0.20  Telephone conference with Examiner on February      46.00
                    1.
02/02/06 JSK  0.40  Review new prior art. Telephone conference with     92.00
                    inventor on February 2.
02/03/06 JSK  2.90  Telephone conference with Taylor on February 3.    667.00
                    Review prior art.
02/07/06 KTG  2.00  Work on preparation of response.                   580.00

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
#### DEWITT &
##### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:   6
Invoice      83378

02/09/06 JSK   1.20   Telephone conference with inventor on February       276.00
                      9. Telephone conference with Examiner on
                      February 9 re amended claims 1 and 17.

   PROFESSIONAL SERVICES                                                  1,661.00

   KTG                      2.00    290.00     580.00
   JSK                      4.70    230.00   1,081.00

MATTER TOTAL                                                              1,661.00

(FEES BILLED      8,474.00 )
(EXPENSES BILLED   694.01 )

                                                    MATTER NUMBER - P593

     DP-313904
     S.N. 11/233,147

02/08/06 KTG  0.70   Preparation and filing of supplemental               203.00
                     Information Disclosure Statement. Correspondence
                     with client re same.

   PROFESSIONAL SERVICES                                                    203.00

   KTG                      0.70    290.00     203.00

      COSTS ADVANCED

02/28/06   Copies                                            10.20
02/15/06   Express mail                                      19.10

TOTAL COSTS ADVANCED                                                        29.30

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
# HENEVELD,
#    COOPER,
# DEWITT &
#    LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9810
FAX          616-957-8196

DELPHI

March 10, 2006
Page:  7
Invoice      83378

MATTER TOTAL                                                      232.30

(FEES BILLED      4,757.50 )
(EXPENSES BILLED    307.31 )

MATTER NUMBER - P603

DP-312987

| Date | | | Description | Amount |
|---|---|---|---|---|
| 12/07/05 | KTG | 0.20 | Telephone conference with Brown on December 7. | 55.00 |
| 12/29/05 | KTG | 0.30 | Work on preparation of application. Inter office conference among attorneys. | 82.50 |
| 01/23/06 | KTG | 0.30 | Review inventor comments to draft application. | 87.00 |

PROFESSIONAL SERVICES                                          1,428.00

| | | | |
|---|---|---|---|
| KTG | 1.00 | 290.00 | 290.00 |
| KTG | 0.50 | 275.00 | 137.50 |
| JWJ | 6.90 | 145.00 | 1,000.50 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 01/31/06 | Copies | 28.95 |
| 02/15/06 | Express mail | 15.55 |

TOTAL COSTS ADVANCED                                              44.50

MATTER TOTAL                                                   1,472.50

(FEES BILLED      4,349.00 )
(EXPENSES BILLED    323.11 )

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE     616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:   8
Invoice        83378

MATTER NUMBER - P606

DP-313473

| Date | | Hrs | Description | Amount |
|---|---|---|---|---|
| 12/12/05 | KTG | 1.00 | Review invention disclosure for preparation of application. | 275.00 |
| 01/09/06 | KTG | 0.50 | Review invention disclosure. Inter office conference among attorneys. | 145.00 |
| 01/10/06 | GJE | 6.10 | Work on preparation of application. | 1,799.50 |
| 01/11/06 | GJE | 5.30 | Work on preparation of application. | 1,563.50 |
| 01/12/06 | GJE | 2.00 | Work on preparation of application. | 590.00 |
| 02/01/06 | GJE | 2.00 | Work on preparation of application. | 590.00 |

PROFESSIONAL SERVICES                                          4,963.00

| | | | |
|---|---|---|---|
| GJE | 15.40 | 295.00 | 4,543.00 |
| KTG | 0.50 | 290.00 | 145.00 |
| KTG | 1.00 | 275.00 | 275.00 |

COSTS ADVANCED

| 12/30/05 | Copies | 27.90 |
|---|---|---|
| 02/15/06 | Express mail | 22.48 |
| 02/06/06 | Cost of drawings | 85.00 |

TOTAL COSTS ADVANCED                                          135.38

MATTER TOTAL                                                 5,098.38

(FEES BILLED          )
(EXPENSES BILLED      )

MATTER NUMBER - P610

# PRICE
# HENEVELD,
## COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:  9
Invoice      83378

DP-313389

| | | | | |
|---|---|---|---|---:|
| 01/16/06 KTG | 0.50 | Review invention disclosure. | | 145.00 |
| 01/17/06 KTG | 1.00 | Review invention disclosure. Inter office conference among attorneys. Work on preparation of application. | | 290.00 |
| 01/17/06 GJE | 1.50 | Work on preparation of application. | | 442.50 |
| 01/18/06 GJE | 1.40 | Work on preparation of application. | | 413.00 |
| 01/20/06 GJE | 1.90 | Work on preparation of application. | | 560.50 |
| 01/24/06 GJE | 5.10 | Work on preparation of application. | | 1,504.50 |
| 01/27/06 GJE | 7.80 | Work on preparation of application. | | 2,301.00 |
| 02/01/06 GJE | 6.00 | Work on preparation of application. | | 1,770.00 |
| 02/02/06 GJE | 1.20 | Work on preparation of application. | | 354.00 |
| 02/16/06 KTG | 0.50 | Evaluate inventorship. Telephone conference with Brown on February 16. Correspondence with Brown. Inter office conference among attorneys. | | 145.00 |
| 02/27/06 KTG | 0.30 | Inter office conference among attorneys. Telephone conference with Brown on February 27 re foreign inventor, licensing and filing of application. NOTE: Cost approved by Stefan Chmielewski. | | 87.00 |

PROFESSIONAL SERVICES                                          8,012.50

| | | | |
|---|---:|---:|---:|
| GJE | 24.90 | 295.00 | 7,345.50 |
| KTG | 2.30 | 290.00 | 667.00 |

COSTS ADVANCED

| | | |
|---|---|---:|
| 02/15/06 | Express mail | 19.10 |
| 02/13/06 | Cost of drawings | 170.00 |

TOTAL COSTS ADVANCED                                             189.10

MATTER TOTAL                                                    8,201.60

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX          616-957-8196

DELPHI

March  10, 2006
Page:  10
Invoice      83378

(FEES BILLED                  )
(EXPENSES BILLED              )

MATTER NUMBER – P615

DP-314109

| Date | Init | Hours | Description | Amount |
|---|---|---|---|---|
| 01/18/06 | JWJ | 0.50 | Work on preparation of application. | 72.50 |
| 01/27/06 | JWJ | 0.40 | Work on preparation of application. | 58.00 |
| 01/30/06 | JWJ | 5.00 | Work on preparation of application. | 725.00 |
| 01/31/06 | JWJ | 2.70 | Work on preparation of application. | 391.50 |
| 02/01/06 | JWJ | 1.20 | Work on preparation of application. | 174.00 |
| 02/01/06 | KTG | 1.20 | Work on preparation of application. | 348.00 |
| 02/02/06 | JWJ | 4.50 | Work on preparation of application. | 652.50 |
| 02/03/06 | JWJ | 5.30 | Work on preparation of application. | 768.50 |
| 02/06/06 | JWJ | 1.90 | Work on preparation of application. | 275.50 |
| 02/06/06 | KTG | 0.30 | Inter office conference among attorneys re claims. | 87.00 |
| 02/07/06 | JWJ | 4.20 | Work on preparation of application. | 609.00 |
| 02/08/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 02/09/06 | JWJ | 1.40 | Work on preparation of application. | 203.00 |
| 02/09/06 | KTG | 1.80 | Work on preparation of application. Inter office conference among attorneys. | 522.00 |
| 02/10/06 | JWJ | 0.10 | Work on preparation of application. | 14.50 |
| 02/17/06 | JWJ | 0.20 | Work on preparation of application. | 29.00 |

PROFESSIONAL SERVICES                                          5,133.00

| | | | |
|---|---|---|---|
| KTG | 3.30 | 290.00 | 957.00 |
| JWJ | 28.80 | 145.00 | 4,176.00 |

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 02/28/06 | Copies | 22.50 |
| 02/15/06 | Express mail | 19.10 |

Payment due upon receipt. We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

# PRICE
## HENEVELD,
### COOPER,
# DEWITT &
## LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE    616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:  11
Invoice      83378

02/06/06    Cost of drawings                              205.00

TOTAL COSTS ADVANCED                                            246.60

MATTER TOTAL                                                  5,379.60

(FEES BILLED                    )
(EXPENSES BILLED                )

MATTER NUMBER - P617

DP-314375

| | | | | |
|---|---|---|---|---|
| 01/18/06 KTG | 1.50 | Review invention disclosure. Telephone conference with inventor on January 18. | 435.00 |
| 02/04/06 KTG | 1.50 | Work on preparation of application. | 435.00 |
| 02/06/06 KTG | 0.50 | Work on preparation of application. | 145.00 |
| 02/07/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 02/08/06 KTG | 2.00 | Work on preparation of application. | 580.00 |
| 02/10/06 KTG | 2.50 | Work on preparation of application. | 725.00 |
| 02/14/06 KTG | 3.00 | Work on preparation of application. | 870.00 |
| 02/15/06 KTG | 4.50 | Work on preparation of application and submission of draft to client. | 1,305.00 |
| 02/17/06 KTG | 0.50 | Work on preparation of foreign claims and abstract. | 145.00 |
| 02/28/06 KTG | 0.50 | Work on preparation of application. | 145.00 |

PROFESSIONAL SERVICES                                        5,365.00

KTG                    18.50    290.00    5,365.00

COSTS ADVANCED

01/31/06    Copies                                          15.90

**INVOICE COPY**

# PRICE
## HENEVELD,
### COOPER,
## DEWITT &
### LITTON, LLP

PO BOX 2567
GRAND RAPIDS MI 49501-2567

TELEPHONE        616-949-9610
FAX              616-957-8196

DELPHI

March  10, 2006
Page:  12
Invoice      83378

| | | |
|---|---|---|
| 02/15/06 | Express mail | 29.63 |
| 02/08/06 | Cost of drawings | 260.00 |

TOTAL COSTS ADVANCED                                    305.53

MATTER TOTAL                                         5,670.53

(FEES BILLED              )
(EXPENSES BILLED          )

CLIENT TOTAL                                        38,354.01
INVOICE TOTAL                                       38,354.01

Payment due upon receipt.  We reserve the right to charge a service
charge in the amount of 1 1/2% per month on accounts over 30 days past due.

**Exhibit E**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL PROPERTY COUNSEL TO DEBTORS, FOR SERVICES RENDERED FROM OCTOBER 9, 2005, THROUGH JANUARY 31, 2006

Upon consideration of the first interim application of Price, Heneveld, Cooper, DeWitt & Litton, LLP, for approval of compensation and reimbursement of expenses (the "First Interim Price, Heneveld Application") for professional services and expenses incurred during the period commencing October 9, 2005, through January 31, 2006; and a hearing having been held before this Court to consider the First Interim Price, Heneveld Application on June 20, 2006; and notice having been given pursuant to FED.R.BANKR.P. 2002(a)(7) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefore, it is hereby:

ORDERED that the First Interim Price, Heneveld Application is granted to the extent set forth in Exhibit B.

Dated: New York, New York
      June 20, 2006

_____
United States Bankruptcy Judge
Southern District of New York

Kevin T. Grzelak, (P48803)
Price, Heneveld, Cooper,
  DeWitt & Litton, LLP
695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610
Intellectual Property Counsel To Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| DELPHI CORPORATION, et al., | ) | Case No. 05-44481 (RDD) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |

**CERTIFICATION FOR FIRST INTERIM APPLICATION FOR APPROVAL
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PRICE,
HENEVELD, COOPER, DEWITT & LITTON, LLP, INTELLECTUAL
PROPERTY COUNSEL TO DEBTORS, UNDER 11 U.S.C. §§330 AND 331
FOR SERVICES RENDERED FROM
OCTOBER 9, 2005, THROUGH JANUARY 31, 2006**

I, Kevin T. Grzelak, as the "Certifying Professional" for Price, Heneveld,

Cooper, DeWitt & Litton, LLP ("Price, Heneveld"), intellectual property counsel

for Delphi Corporation ("Debtors"), and a Retained Professional, certify as

follows:

1.    I have read the First Interim Application For Approval Of

Compensation And Reimbursement Of Expenses of Price, Heneveld, Cooper,

DeWitt & Litton, LLP, Intellectual  Property Counsel to Debtors, Under 11 U.S.C.


RECEIVED
APR 2 7 2006
U.S. BANKRUPTCY COURT

§§330 And 331 For Services Rendered From October 9, 2005, Through January 31, 2006 ("the First Interim Price, Heneveld Application").

FURTHER CERTIFICATIONS PURSUANT TO THE AMENDED GUIDELINES
FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN
DISTRICT OF NEW YORK BANKRUPTCY CASES

2.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the First Interim Price, Heneveld Application fall within the Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases ("the Amended Guidelines") and the UST Guidelines, except as specifically noted in this certification and described in Price, Heneveld's fee application (there are no exceptions).

3.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, except to the extent that fees or disbursements are prohibited by the Amended Guidelines or the UST Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by the applicant, Price, Heneveld, and generally accepted by the applicant's clients.

4.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in providing reimbursable service, the applicant does not make a profit on the service, whether the service is performed by the applicant in-house or through a third party.

2

5.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided not later than twenty (20) days after the end of each month with a statement of fees and disbursements accrued during such month. The statements provided contain a list of professionals and paraprofessionals providing services, their respective billing rates, the aggregate hours spent by each professional and paraprofessional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred and an explanation of billing practices.

6.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the trustee, and in this Chapter 11 case, the chair of each official committee and the Debtors have all been provided with a copy of the relevant fee application at least ten (10) days before the date set by the Court or any applicable rules for filing fee applications.

### FURTHER CERTIFICATIONS PURSUANT TO THE GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN SOUTHERN DISTRICT OF NEW YORK BANKRUPTCY CASES

7.     To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, the First Interim Price, Heneveld Application complies with the mandatory guidelines set forth in the

3

Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases.

8.    The Certifying Professional is unable to certify that the trustee, Debtors, or chair of each official committee (as to each respective committee's professionals) has reviewed the fee application and has approved it. (There are no known objections.)

9.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in charging for a particular service, the applicant does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay.

10.    To the best of my, the Certifying Professional's knowledge, information and belief formed after reasonable inquiry, in seeking reimbursement for a service which the applicant justifiably purchased or contracted for from a third party (such as temporary paralegal or secretary services, or messenger service), the applicant requests reimbursement only for the amount billed to the applicant by the third-party vendor and paid by the applicant to such vendor.

Respectfully submitted,

Kevin T. Grzelak (P48803)
Price, Heneveld, Cooper, DeWitt & Litton, LLP

4

695 Kenmoor Avenue, S.E.
Post Office Box 2567
Grand Rapids, Michigan  49501
(616) 949-9610 (office)
(616) 957-8196 (fax)
Intellectual Property Counsel/Chapter 11
Professionals