# EXHIBIT B

DELPHI CORPORATION, *ET AL*
PROFESSIONAL SERVICES RENDERED
BY JAECKLE FLEISCHMANN & MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
OCTOBER 8, 2005 - FEBRUARY 28, 2006

## ATTORNEYS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Partner: | | | | | |
| Ronald J. Kisicki | 1986 | 1986 | $230.00 | 213.7 | $49,151.00 |
| Ronald J. Kisicki - 1/01/06 | 1986 | 1986 | $250.00 | 134.8 | $33,700.00 |
| Total (Partner): | | | | 348.5 | $82,851.00 |
| | | | | | |
| Associates: | | | | | |
| Dennis B. Danella | 2000 | 2000 | $185.00 | 312.6 | $57,831.00 |
| Katherine H. McGuire | 1989 | 1989 | $200.00 | 121.4 | $24,280.00 |
| Total (Associates) | | | | 434 | $82,111.00 |

## PATENT AGENTS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Lee J. Fleckenstein | 1992 | | $175.00 | 85 | $14,875.00 |
| Robert C. Brown | 1993 | | $160.00 | 323.8 | $51,808.00 |
| Total (Patent Agents) | | | | 408.8 | $66,683.00 |

## LEGAL ASSISTANT

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Margaret I Hults | | | $80.00 | 13.9 | $1,112.00 |
| Total (Legal Assistant) | | | | 13.9 | $1,112.00 |

Total (Attorneys, Patent Agent & Legal Asst):    1205.2 Hours -    $232,757.00