# EXHIBIT C

## DELPHI CORPORATION, *ET AL*
## SUMMARY OF SERVICES RENDERED
## BY JAECKLE FLEISCHMANN & MUGEL, LLP
## AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
## OCTOBER 8, 2005 - FEBRUARY 28, 2006

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application drafting & Prosecution | Ronald J. Kisicki | $230.00 | 189.8 | $43,654.00 |
| Patent Application drafting & Prosecution | Ronald J. Kisicki - 1/01/06 | $250.00 | 109.4 | $27,350.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella | $185.00 | 312.6 | $57,831.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire | $200.00 | 121.2 | $24,240.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein | $175.00 | 85 | $14,875.00 |
| Patent Application drafting & Prosecution | Robert C. Brown | $160.00 | 323.8 | $51,808.00 |
| Patent Application drafting & Prosecution | Margaret I Hults | $80.00 | 13.9 | $1,112.00 |
| | | | | |
| Intellectual Property Counseling | Ronald J. Kisicki | $230.00 | 23.9 | $5,497.00 |
| Intellectual Property Counseling | Ronald J. Kisicki - 1/01/06 | $250.00 | 25.4 | $6,350.00 |
| Intellectual Property Counseling | Katherine H. McGuire | $200.00 | 0.2 | $40.00 |
| | | | | |
| | | Total Services Rendered: | 1205.2 | $232,757.00 |