EXHIBIT D

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

OCTOBER 8, 2005 - FEBRUARY 28, 2006

| Expenses | Amount |
|---|---|
| Filing Fees | $41,490.00 |
| Mailing Charges | $739.14 |
| Patent Searching & File Historys | $3,988.93 |
| Drawing Fees | $5,245.00 |
| | |
| TOTAL DISBURSEMENTS | $51,463.07 |