IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

December 21, 2005
I.D.  89190
Invoice # 126450

Delphi Technologies, Inc.
PATRICK M. GRIFFIN, ESQ.
M/C 480.410.202
5825 DELPHI DRIVE
Troy, MI 48007

For Services Rendered Through October 31, 2005

Total Fees

| | |
|---|---:|
| 80% of total amount = | 14,407.20 |
| 20% of total amount = | 3,601.80 |
| | 18,009.00 |

Total Disbursements                9,924.22

Total This Invoice        $     27,933.22
                          -------------------

CLIENT TOTAL AMOUNT DUE  SERVICES THROUGH 10/31/06        $     27,933.22
                                                          ===================

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies, Inc.
December 21, 2005
Page 2


RE: PIEZO ELECTRONIC THROTTLE CONTROL ACTUATOR (DP-313541)
I.D. 89190-026705


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-13-05 | KHM | Begin drafting patent application. | 5.0 | 1,000.00 |
| 10-13-05 | KHM | Review drawings in ROI. Determine needed views and changes. Request CAD drawings from Delphi designer John Grein. | 1.0 | 200.00 |
| 10-13-05 | RJK | Review draft application. | 0.4 | 92.00 |
| 10-14-05 | KHM | Finish drafting patent application. Forward to inventor for review. | 9.0 | 1,800.00 |
| 10-21-05 | RJK | Review changes suggested by inventor. | 0.5 | 115.00 |
| 10-27-05 | KHM | Review papers; obtain R. Garrick's signature on Declaration and Assignment documents. | 1.0 | 200.00 |
| 10-28-05 | KHM | Final review of application and formal papers. File patent application. | 1.0 | 200.00 |

Total Matter Services          $      3,607.00
                                      ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Basic Utility Filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search Fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility Examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Agent charges for services/disbursements; Preparation of formal ink drawings; Fitch Patent Drafting Service, Inc. | 135.00 |
| Delivery charge | 13.65 |

Total Matter Disbursements     $      1,188.65
                                      ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 3


RE: Temperature Zones in a Solid Oxide Fuel Cell Auxiliary
    Power Unit (DP-304959)(Response to Office Action)
I.D. 89190-042505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10-20-05 | DBD | Review patent application, Office Action and cited references. | 1.2 | 222.00 |
| 10-21-05 | DBD | Prepare response to Office Action. | 3.5 | 647.50 |
| 10-24-05 | DBD | Prepare response to Final Office Action. | 5.0 | 925.00 |
| 10-24-05 | RJK | Review/revise response to office action. | 0.9 | 207.00 |

Total Matter Services      $      2,001.50
                                  ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 4


RE: Through Rail Bolt Down - DP-313728
I.D. 89190-048605

DISBURSEMENT DESCRIPTION                                    AMOUNT

          USPTO fees; Basic Utility Filing Fee;
          U.S. Patent & Trademark Office              300.00
          USPTO fees; Utility Search Fee; U.S.
          Patent & Trademark Office                   500.00
          USPTO fees; Utility Examination Fee;
          U.S. Patent & Trademark Office              200.00
          USPTO fees; Claims in excess of 20;
          U.S. Patent & Trademark Office              100.00
          USPTO fees; Recording each patent
          assignment; U.S. Patent & Trademark
          Office                                       40.00
          Agent charges for
          services/disbursements;  Additions to
          Formal Ink Drawings; Fitch Patent
          Drafting Service, Inc.                       30.00
          Delivery charge                              13.65

                    Total Matter Disbursements    $      1,183.65
                                                  ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 5

RE: SOFC Assembly, Joint Spacing Alternative for Silver
    Brazing Cell - DP-313712
I.D. 89190-048805

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-11-05 | KHM | Proof-read final application and make revisions to drawing. Send to draftsman for revision. | 1.0 | 200.00 |
| 10-11-05 | RJK | Review draft of application; file. | 0.5 | 115.00 |

Total Matter Services        $        315.00
                                ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of Informal Drawings; Fitch Patent Drafting Service, Inc. | 80.00 |
| Agent charges for services/disbursements; Preparation of Formal Drawings; CROSSETT DRAFTING | 65.00 |
| USPTO fees; Basic Utility Filing Fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search Fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility Examination Fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 100.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Agent charges for services/disbursements; Additions and revisions to formal drawings; Fitch Patent Drafting Service, Inc. | 35.00 |
| Express Mail | 13.65 |

Total Matter Disbursements    $      1,333.65
                                ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 6


RE: Electro-Mechanical Default System (DP-314087)
I.D. 89190-075905


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-11-05 | KHM | Proof-read final application draft. Email inventors to get drawing CAD files and to set up time for obtaining signatures. | 1.0 | 200.00 |
| 10-17-05 | RJK | Final review of application. | 0.3 | 69.00 |
| 10-17-05 | KHM | Final review of application and formal papers. Sign papers and file application. | 0.8 | 160.00 |

Total Matter Services    $    429.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Basic Utility Filing Fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search Fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility Examination Fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Agent charges for services/disbursements; Additions to formal ink drawings; Fitch Patent Drafting Service, Inc. | 85.00 |
| Express Mail | 13.65 |

Total Matter Disbursements    $    1,138.65
------------------

Delphi Technologies, Inc.
December 21, 2005
Page 7


RE: (DP308129) MASS FLOW METERING AIR SUPPLY BLOWER FOR SOFC
    APU
I.D. 89190-078402

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-12-05 | DBD | Review patent application, Office Action, and cited references; prepare response to Office Action. | 2.1 | 388.50 |
| 10-13-05 | DBD | Review Office Action and prepare response to Office Action. | 4.9 | 906.50 |
| 10-17-05 | DBD | Prepare response to Office Action. | 2.3 | 425.50 |
| 10-17-05 | RJK | Review response to Office Action; revise. | 0.9 | 207.00 |

Total Matter Services          $     1,927.50
                              -------------------

Delphi Technologies, Inc.
December 21, 2005
Page 8


RE: (DP308131) EXHAUST GAS ROUTING AROUND STACKS FOR HEATING
    & COOLING
I.D. 89190-081902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-14-05 | DBD | Review advisory action and discuss potential appeal with R. Kisicki. | 0.7 | 129.50 |
| 10-14-05 | RJK | Review advisory action and advise P. Marshall need to appeal. | 0.5 | 115.00 |
| 10-17-05 | RJK | Discuss Notice of Appeal with associate. | 0.3 | 69.00 |
| 10-18-05 | DBD | Prepare and file notice of appeal. | 0.3 | 55.50 |
| 10-18-05 | RJK | Review Notice of Appeal. | 0.3 | 69.00 |

                    Total Matter Services          $      438.00
                                                   ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Notice of Appeal; U.S. Patent & Trademark Office | 500.00 |

                    Total Matter Disbursements     $      500.00
                                                   ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 9


RE: DPF Regeneration Management Using Reformer System
    (DP-314223)
I.D.  89190-097205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-20-05 | DBD | Prepare and file response to missing parts. | 0.5 | 92.50 |
| 10-20-05 | RJK | Review response to missing parts notice. | 0.2 | 46.00 |

Total Matter Services          $        138.50
                               ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Surcharge - late filing fee; U.S. Patent & Trademark Office | 130.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements     $        170.00
                               ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 10

RE: Diesel Fuel Dispersion and Vaporization in Diesel
    Reformers (DP-313737)
I.D.  89190-097505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-14-05 | RJK | Final review of application before filing. | 0.4 | 92.00 |

Total Matter Services          $          92.00
-------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal ink drawings; Fitch Patent Drafting Service, Inc. | 80.00 |
| USPTO fees; Basic Utility Filing Fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search Fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility Examination Fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Express Mail | 13.65 |

Total Matter Disbursements     $       1,171.89
-------------------

Delphi Technologies, Inc.
December 21, 2005
Page 11


RE: Desulfurization Strategy for Liquid Fuels (DP-314341)
I.D. 89190-105105

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-18-05 | RJK | Make changes to application. | 2.9 | 667.00 |
| 10-19-05 | MIH | Review drawings to be formalized; forward to J. Crossett for formalization. | 0.5 | 40.00 |
| 10-19-05 | RJK | Make further changes to application; review with inventors. | 3.2 | 736.00 |
| 10-21-05 | MIH | Review formal drawings from J. Crossett. | 0.3 | 24.00 |
| 10-21-05 | RJK | Final review of claims before filing. | 0.3 | 69.00 |

Total Matter Services          $          1,536.00
                                           ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings; CROSSETT DRAFTING | 150.00 |
| USPTO fees; Basic Utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Federal Express charges; RJK fedex from Kaushik Rajashekara 10/19/05; Federal Express Corp. | 13.07 |
| Federal Express charges; RJK fedex to Kaushik Rajashekara 10/18/05; Federal Express Corp. | 17.36 |
| Express Mail | 13.65 |

Total Matter Disbursements     $          1,234.08
                                           ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 12


RE: Fuel Line Check Valve that Opens After Cool Down
    (DP-314116)
I.D. 89190-106505


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-21-05 | RJK | Follow-up on status of expedited application; review ROI with associate. | 2.0 | 460.00 |
| 10-24-05 | KHM | Begin drafting patent application. | 5.9 | 1,180.00 |
| 10-24-05 | KHM | Order and instruct draftsman on needed drawing figures; further work on application. | 3.5 | 700.00 |
| 10-25-05 | KHM | Continue drafting patent application. | 6.0 | 1,200.00 |
| 10-26-05 | KHM | Finish draft patent application. Forward to inventors for review. | 6.0 | 1,200.00 |
| 10/31/06 | KHM | Final review of application before filing. | .5 | 100.00 |

Total Matter Services        $    4,840.00
                             ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Utility Search Fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Independent claims; U.S. Patent & Trademark Office | 600.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| USPTO fees; Basic Utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| Agent charges for services/disbursements; Preparation of formal ink drawings; Fitch Patent Drafting Service, Inc. | 180.00 |
| Delivery charge | 13.65 |

Total Matter Disbursements    $    1,833.65
                              ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 13


RE: Cam Phaser Issue
I.D. 89190-108005


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-12-05 | KHM | Meeting with Dan Cuatt and R. Kisicki to discuss patents and plan for preparing and filing continuation applications. | 1.0 | 200.00 |
| 10-12-05 | RJK | Meeting with Dan Cuatt to review pending application and potential amended claims. | 1.0 | 230.00 |

Total Matter Services    $    430.00
------------------

Delphi Technologies, Inc.
December 21, 2005
Page 14


RE: Locking Pin Mechanism for a Vane-Type Cam Phaser
    (DP-314489)
I.D. 89190-115405


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-20-05 | DBD | Prepare and file response to missing parts. | 0.5 | 92.50 |
| 10-20-05 | RJK | Review response to missing parts notice. | 0.2 | 46.00 |

Total Matter Services    $    138.50
------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Surcharge - late filing fee; U.S. Patent & Trademark Office | 130.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements    $    170.00
------------------

Delphi Technologies, Inc.
December 21, 2005
Page 15


RE: GENERAL IP PATENT MATTERS
I.D.  89190-99R343

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-12-05 | RJK | Review new ROIs for next patent review meeting. | 1.7 | 391.00 |
| 10-13-05 | RJK | Attend patent review meeting at Delphi facility. | 7.1 | 1,633.00 |
| 10-14-05 | RJK | Review dispositions and supplemental material. | 0.4 | 92.00 |

Total Matter Services           $    2,116.00
-------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE OCTOBER 2005 | | | | |
|---|---|---|---|---|
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | 0 | $0.00 |
| Dennis B. Danella | Associate | $185.00 | 21 | $3,885.00 |
| Lee J. Fleckenstein | Patent Agent | $175.00 | 0 | $0.00 |
| Margaret I Hults | Legal Assistant | $80.00 | 0.8 | $64.00 |
| Ronald J. Kisicki | Partner | $230.00 | 24 | $5,520.00 |
| Katherine H. McGuire | Associate | $200.00 | 42.7 | $8,540.00 |
|  |  |  |  |  |
|  |  |  |  | $18,009.00 |

IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP

### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600 FAX 716.856.0432

Tax I.D.  16-0774920

December 21, 2005
I.D. 89190
Invoice # 126452

Delphi Technologies, Inc.
PATRICK M. GRIFFIN, ESQ.
M/C 480.410.202
5825 DELPHI DRIVE
Troy, MI 48007

For Services Rendered Through November 30, 2005

Total Fees

| | |
|---|---|
| 80% of total amount = | 22,793.60 |
| 20% of total amount = | 5,698.40 |
| | 28,492.00 |

Total Disbursements                4,163.65

Total This Invoice            $      32,655.65
-------------------

CLIENT TOTAL AMOUNT DUE          $      32,655.65
===================

Delphi Technologies, Inc.
December 21, 2005
Page 2


RE: (DP309241) PRESSURE CONTROL VALVE FOR PASSIVE GAS
    SPRING AS A FUNCTION OF TEMPERATURE
I.D. 89190-022003

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-09-05 | DBD | Review patent application, Office Action and cited reference; prepare response to Office Action. | 3.3 | 610.50 |
| 11-10-05 | DBD | Prepare response to Office Action. | 1.5 | 277.50 |
| 11-14-05 | DBD | Prepare response to Office Action; prepare terminal disclaimer. | 4.5 | 832.50 |
| 11-14-05 | RJK | Review/revise response to Office Action. | 1.1 | 253.00 |

                              Total Matter Services      $      1,973.50
                                                         ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Statutory disclaimer; U.S. Patent & Trademark Office | 130.00 |

                              Total Matter Disbursements   $       130.00
                                                         ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 3


RE: FUEL REFORMER SYSTEM (DP-302899)
I.D. 89190-027905


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-14-05 | RJK | Review advisory action. | 0.3 | 69.00 |
| 10-18-05 | DBD | Review advisory action and discuss with R.Kisicki; recommend proceeding with RCE. | 0.3 | 55.50 |
| 10-18-05 | RJK | Review advisory action with associate. | 0.3 | 69.00 |
| 11-11-05 | DBD | Prepare RCE. | 0.8 | 148.00 |
| 11-11-05 | RJK | Advise P. Marshall re: RCE. | 0.9 | 207.00 |
| 11-14-05 | RJK | Review RCE before filing. | 0.4 | 92.00 |

Total Matter Services    $    640.50
------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Request for continued exam; U.S. Patent & Trademark Office | 790.00 |
| USPTO fees; Extension for response within 1st month; U.S. Patent & Trademark Office | 120.00 |

Total Matter Disbursements    $    910.00
------------------

Delphi Technologies, Inc.
December 21, 2005
Page 4


RE: C1 HYDRAULIC LEAK PATH IN SINGLE ACTING LOCK PIN PATENT
    APP. FOR - (DP-311742)
I.D. 89190-029904


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-19-05 | DBD | Review file history of parent application; prepare preliminary amendment. | 7.0 | 1,295.00 |
| 10-19-05 | RJK | Review draft. | 0.7 | 161.00 |
| 11-07-05 | DBD | Revise preliminary amendment. | 1.0 | 185.00 |
| 11-07-05 | RJK | Discuss preliminary amendment claims with D. Danella; review/revise amendment. | 1.3 | 299.00 |

Total Matter Services     $     1,940.00
                                -------------------

Delphi Technologies, Inc.
December 21, 2005
Page 5


RE: (DP308340) MODULAR STACK ASSEMBLY FOR PEM FUEL CELL
I.D. 89190-070503


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-16-05 | DBD | Review patent application, Office Action, and cited references; prepare response to Office Action. | 6.0 | 1,110.00 |
| 11-17-05 | DBD | Prepare response to Office Action. | 2.5 | 462.50 |
| 11-21-05 | DBD | Review formal drawings sent by client; prepare response to Office Action. | 0.4 | 74.00 |
| 11-21-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services    $    1,853.50
                              ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|---------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Total Matter Disbursements   $     200.00
                                 ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 6


RE: (DP310346) RICH REFORMATE FUELING W/COMBINED REFORMER
    AIR DELIVERY
I.D. 89190-070603

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-04-05 | DBD | Review patent application, Office Action, and cited references. | 2.1 | 388.50 |
| 11-07-05 | DBD | Prepare response to Office Action. | 0.1 | 18.50 |
| 11-08-05 | DBD | Prepare response to Office Action. | 6.0 | 1,110.00 |
| 11-10-06 | RJK | Review/revise response to Office Action. | 1.4 | 322.00 |

Total Matter Services        $    1,839.00
                                  ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 7


RE: (DP308121) SOFC SYSTEM OXYGEN GETTERS
I.D. 89190-077602


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-02-05 | DBD | Prepare amended appeal brief. | 2.9 | 536.50 |
| 11-11-05 | RJK | Review/revise amendment to appeal brief. | 0.5 | 115.00 |
| 11-14-05 | DBD | Prepare amended appeal brief. | 0.3 | 55.50 |
| 11-14-05 | RJK | Review amended appeal brief before filing; identify means plus function structure. | 0.5 | 115.00 |

Total Matter Services        $        822.00
------------------

Delphi Technologies, Inc.
December 21, 2005
Page 8


RE: (DP308133) INTEGRATED FUEL CELL SYSTEM COMPONENT
    MANIFOLD (ICM)
I.D. 89190-078702

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | DBD | Prepare appeal brief. | 1.2 | 222.00 |
| 11-01-05 | DBD | Prepare appeal brief. | 7.2 | 1,332.00 |
| 11-04-05 | RJK | Review/revise appeal brief. | 0.9 | 207.00 |
| 11-07-05 | DBD | Prepare appeal brief. | 0.9 | 166.50 |
| 11-07-05 | RJK | Final review of appeal brief. | 0.3 | 69.00 |

Total Matter Services       $      1,996.50
                                 ------------------


DISBURSEMENT DESCRIPTION                     AMOUNT

       USPTO fees; Filing a brief in support
       of an appeal; U.S. Patent & Trademark
       Office                              500.00

                      Total Matter Disbursements   $        500.00
                                                      ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 9


RE: (DP308160) CONVECTIVE FLOW VENTED SOFC SYSTEM ENCLOSURE
I.D. 89190-079602


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-02-05 | DBD | Review patent application, Final Office Action, and cited references. | 1.5 | 277.50 |
| 11-03-05 | DBD | Prepare response to Final Office Action. | 1.4 | 259.00 |
| 11-04-05 | DBD | Prepare response to Final Office Action. | 6.4 | 1,184.00 |
| 11-04-05 | RJK | Review/revise response to Office Action. | 0.5 | 115.00 |
| 11-07-05 | DBD | Complete response to Office Action. | 0.5 | 92.50 |
| 11-07-05 | RJK | Final review of response. | 0.3 | 69.00 |

Total Matter Services      $      1,997.00
--------------------

Delphi Technologies, Inc.
December 21, 2005
Page 10

RE: Fast Light Off Nox Absorber System (DP-314352)
I.D. 89190-106605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-11-05 | LJF | Draft patent application. | 3.5 | 612.50 |
| 10-12-05 | LJF | Draft patent application. | 5.0 | 875.00 |
| 10-12-05 | RJK | Further review of application. | 0.3 | 69.00 |
| 10-14-06 | LJF | Further drafting of application | 4.0 | 700.00 |
| 10-26-05 | RJK | Review draft application. | 0.3 | 69.00 |
| 10-31-05 | LJF | Revise draft application and informal drawings. | 3.5 | 612.50 |
| 11-07-05 | RJK | Review application before filing. | 0.5 | 115.00 |

Total Matter Services                    $       3,053.00
                                         ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Basic Utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility Search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Agent charges for services/disbursements; Preparation of formal ink drawings; Fitch Patent Drafting Service, Inc. | 120.00 |
| Delivery charge | 13.65 |

Total Matter Disbursements    $       1,173.65
                             ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 11


RE: DEACTIVATION LIFTER - DP-301015C3 (CLAIMS COVERING OIL
    DRAIN APERTURE & LOCKING PIN STOP
I.D. 89190-113104


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-17-05 | DBD | Review patent application, Office Action and cited references. | 1.5 | 277.50 |
| 11-18-05 | DBD | Prepare response to Office Action. | 5.2 | 962.00 |
| 11-21-05 | DBD | Prepare response to Office Action. | 2.7 | 499.50 |
| 11-22-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services     $     1,946.00
                          ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Total Matter Disbursements     $     200.00
                               ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 12


RE: High Pressure Fuel Pump with Multiple Radial Plungers
    (DP-308410) Response to Office Action of 8/23/05
I.D. 89190-113605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-21-05 | DBD | Review patent application, Office Action and cited references; prepare response to Office Action. | 2.3 | 425.50 |
| 11-22-05 | DBD | Prepare response to Office Action. | 4.0 | 740.00 |
| 11-23-05 | DBD | Prepare response to Office Action. | 3.1 | 573.50 |
| 11-23-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services          $      1,946.00
                                     ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Total Matter Disbursements    $       200.00
                                     ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 13


RE: Method and System for Regenerating Nox Absorbers and/or
    Particulate Filters (DP-307939)
I.D. 89190-113905


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-10-05 | DBD | Review Office Action and cited references. | 0.3 | 55.50 |
| 10-12-05 | DBD | Develop strategy for swearing behind reference; begin preparing declaration under 37 CFR 1.131; phone conference with inventor regarding evidence for declaration. | 5.5 | 1,017.50 |
| 10-13-05 | DBD | Gather and review evidence for declaration under 37 CFR 1.131. | 0.2 | 37.00 |
| 10-13-05 | RJK | Detail response strategy for J. Kupe. | 0.3 | 69.00 |
| 10-14-05 | DBD | Prepare declaration under 37 CFR 1.131. | 3.2 | 592.00 |
| 10-14-05 | RJK | First review of draft declaration and supporting documents. | 0.5 | 115.00 |
| 10-17-05 | DBD | Prepare Declaration Under 37 CFR 1.131; conduct phone conferences with Joachim Kupe regarding declaration. | 2.9 | 536.50 |
| 10-17-05 | RJK | Phone calls with inventors; discuss content of declaration with associate; revise declaration; discuss additional facts provided by inventor. | 2.8 | 644.00 |
| 11-01-05 | DBD | Review additional materials sent by client for declaration; prepare request to client for additional information. | 1.2 | 222.00 |
| 11-10-05 | DBD | Prepare declaration under 37 CFR 1.131. | 2.5 | 462.50 |
| 11-10-05 | RJK | Review declaration with D. Danella. | 0.5 | 115.00 |
| 11-11-05 | DBD | Prepare declaration and send to inventors; prepare supporting response to Office Action. | 2.1 | 388.50 |
| 11-11-05 | RJK | Further review of declaration. | 0.3 | 69.00 |
| 11-14-05 | DBD | Prepare Kupe, Zizelman and Botti declarations; prepare response to Office Action; conduct multiple phone conferences with J. Kupe. | 2.5 | 462.50 |
| 11-15-05 | DBD | Complete response to Office Action; file. | 0.7 | 129.50 |

                              Total Matter Services    $    4,915.50
                                                       ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 14

RE: Method and System for Regenerating Nox Absorbers and/or
    Particulate Filters
I.D. 89190-113905

DISBURSEMENT DESCRIPTION                                    AMOUNT

        USPTO fees; Independent claims in
        excess of 3; U.S. Patent & Trademark
        Office                                              400.00
        USPTO fees; Extension for response
        within 2nd month; U.S. Patent &
        Trademark Office                                    450.00

                        Total Matter Disbursements    $        850.00
                                                      ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 15


RE: ROLLER LIFTER GUIDE SLEEVE (DP-310058)
I.D. 89190-116303


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-23-05 | DBD | Review patent application, Final Office Action, and cited references; prepare response to Office Action. | 2.1 | 388.50 |
| 11-25-05 | DBD | Prepare response to Final Office Action. | 4.5 | 832.50 |
| 11-26-05 | DBD | Prepare response to Final Office Action. | 1.4 | 259.00 |
| 11-28-05 | DBD | Prepare response to Office Action. | 1.1 | 203.50 |
| 11-28-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services         $      1,890.50
                                    ------------------

Delphi Technologies, Inc.
December 21, 2005
Page 16


RE: GENERAL IP PATENT MATTERS
I.D.  89190-99R343


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-02-05 | RJK | Review tentative schedule for TCF PRM. | 0.3 | 69.00 |
| 11-09-05 | RJK | Review new disclosures for PRM; advise J. Haines re: DP-314541 and DP-314366. | 1.4 | 322.00 |
| 11-09-05 | RJK | (DP-314568) Search file for related applications; advise P. Griffin of prior art. | 0.3 | 69.00 |
| 11-10-05 | RJK | Attend TCR PRM. | 2.0 | 460.00 |
| 11-14-05 | RJK | Review ROIs for TCF PRM; search for related cases. | 0.7 | 161.00 |
| 11-15-05 | RJK | Prepare for and attend TCF patent review meeting. | 2.1 | 483.00 |
| 11-21-05 | RJK | Review additional disclosure material received from J Haines for patent review. | 0.5 | 115.00 |

Total Matter Services        $        1,679.00
------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE | | | | |
|---|---|---|---|---|
| NOVEMBER 2005 | | | | |
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | | $0.00 |
| Dennis B. Danella | Associate | $185.00 | 106.8 | $19,758.00 |
| Lee J. Fleckenstein | Patent Agent | $175.00 | 16 | $2,800.00 |
| Margaret I Hults | Legal Assistant | $80.00 | 0 | $0.00 |
| Ronald J. Kisicki | Partner | $230.00 | 25.8 | $5,934.00 |
| Katherine H. McGuire | Associate | $200.00 | | $0.00 |
| | | | | |
| | | | | $28,492.00 |