IN ACCOUNT WITH

# JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

January 31, 2006
I.D. 89190
Invoice # 127542

Delphi Technologies, Inc.
PATRICK M. GRIFFIN, ESQ.
M/C 480.410.202
5825 DELPHI DRIVE
Troy, MI 48007


For Services Rendered Through December 31, 2005


Total Fees

| | | |
|---|---|---|
| 80% of total amount = | | 33,858.40 |
| 20% of total amount = | | 8,464.60 |
| | | 42,323.00 |


Total Disbursements          11,310.31

Total This Invoice          $          53,633.31
------------------


CLIENT TOTAL AMOUNT DUE          $          53,430.31
==================


ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies, Inc.
January 31, 2006
Page 2

Invoice # 127542-1

RE: (DP311378)MULTIPLE NOZZLE ATOMIZER W/INDIVIDUAL
    GENERATING FLOW PASSAGES - PATENT APP
I.D. 89190-030404

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 12-20-05 | DBD | Review patent application, Office Action, and cited references. | 1.9 | 351.50 |
| 12-21-05 | DBD | Prepare response to Office Action. | 6.0 | 1,110.00 |
| 12-22-05 | DBD | Prepare and file response to Office Action. | 1.2 | 222.00 |
| 12-22-05 | RJK | Review/revise response to Office Action; file. | 0.9 | 207.00 |

Total Matter Services          $          1,890.50
                                          ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Total Matter Disbursements    $          200.00
                                          ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 3

Invoice # 127542-2

RE: (DP307308) SCREEN PRINTED SILICONE GASKET FOR BI-POLAR
    PLATES
I.D. 89190-031002

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-16-05 | DBD | Review Office Action, patent application, and cited references. | 4.0 | 740.00 |
| 12-20-05 | DBD | Prepare response to Office Action. | 4.5 | 832.50 |
| 12-21-05 | DBD | Prepare and file response to Office Action. | 0.2 | 37.00 |
| 12-21-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services          $     1,816.50
                                    ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Additional claims in excess of 20; U.S. Patent & Trademark Office | 150.00 |

Total Matter Disbursements     $       150.00
                                    ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 4

Invoice # 127542-3

RE: CASCADED FUEL CELLS FOR FAST APU START-UP (DP310118 and
    DP310424)
I.D. 89190-054803

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-13-05 | DBD | Review patent application, Office Action, and cited references; prepare response to Office Action. | 5.7 | 1,054.50 |
| 12-14-05 | DBD | Prepare response to Office Action. | 3.3 | 610.50 |
| 12-15-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services          $        1,872.00
                                  ------------------


DISBURSEMENT DESCRIPTION                      AMOUNT

     USPTO fees; Additional claims and additional
     Independent claims                      450.00

                         Total Matter Disbursements   $        450.00
                                                         ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 5

Invoice # 127542-5

RE: (DP308125) CURRENT COLLECTORS UNDER COVER
I.D. 89190-078002

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-28-05 | DBD | Review patent application, Final Office Action and cited references; discuss with R. Kisicki. | 2.3 | 425.50 |
| 12-05-05 | DBD | Review patent application, Final Office Action, and cited references. | 1.0 | 185.00 |
| 12-05-05 | RJK | Advise P Marshall of response strategy. | 0.5 | 115.00 |
| 12-06-05 | DBD | Prepare response to Final Office Action. | 5.3 | 980.50 |
| 12-06-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services        $       1,913.00
                                      ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 6

Invoice # 127542-6

RE: Air Filer Air Flow Segregation Feature (DP-313995)
I.D. 89190-078605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-01-05 | RJK | Follow-up on initiating application. | 0.3 | 69.00 |
| 11-02-05 | KHM | Begin drafting patent application. | 5.1 | 1,020.00 |
| 11-02-05 | RJK | Review draft application. | 0.5 | 115.00 |
| 11-03-05 | KHM | Draft patent application. | 3.1 | 620.00 |
| 11-11-05 | KHM | Draft patent application. | 2.9 | 580.00 |
| 11-21-05 | KHM | Study photos of Lacross and Cobalt air filter housings. Consult with Bill Keller regarding the same. | 1.0 | 200.00 |
| 12-12-05 | KHM | Continue drafting patent application. | 2.9 | 580.00 |
| 12-13-05 | KHM | Finish preparing patent application and forward to inventors Keller and Rodabaugh for review and comment. Confer with draftsman to formalize drawing figures. | 6.2 | 1,240.00 |
| 12-14-05 | KHM | Receive and review comments back from inventors. Make revisions to specification. Instruct draftsman to make revision and finalize patent drawings. | 1.0 | 200.00 |
| 12-21-05 | RJK | Review application before filing. | 0.5 | 115.00 |
| 12-22-05 | KHM | Final review of formal papers for filing. File application with U.S. Patent Office. | 0.5 | 100.00 |

Total Matter Services          $      4,908.00
                                    ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 7

Invoice # 127542-6

RE: Air Filer Air Flow Segregation Feature (DP-313995)
I.D. 89190-078605

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Agent charges for services/disbursements; Formal drawings; Fitch Patent Drafting Service, Inc. | 215.00 |
| Express mail | 13.65 |
| Fedex - RJK fedex to William Keller/Delphi 12/15/05; Federal Express Corp. | 15.79 |
| Fedex - Katherine McGuire, fedex from William Keller/Delphi 12/19/05; Federal Express Corp. | 11.80 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |

Total Matter Disbursements    $    1,496.24
------------------

Delphi Technologies, Inc.
January 31, 2006
Page 8

Invoice # 127542-7

RE: (DP308131) EXHAUST GAS ROUTING AROUND STACKS FOR HEATING
     & COOLING
I.D. 89190-081902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-12-05 | DBD | Prepare appeal brief. | 5.9 | 1,091.50 |
| 12-13-05 | DBD | Prepare appeal brief. | 1.7 | 314.50 |
| 12-16-05 | RJK | Review/revise appeal brief. | 1.2 | 276.00 |
| 12-16-05 | DBD | Final revisions and file appeal brief. | 0.9 | 166.50 |

Total Matter Services       $       1,848.50
                                    ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Filing a brief in support of an appeal; U.S. Patent & Trademark Office | 500.00 |

Total Matter Disbursements   $        500.00
                                    ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 9

Invoice # 127542-8

RE: (DP306382) CONDUCTIVE COATINGS FOR PEM FUEL CELL
I.D. 89190-085502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-02-05 | RJK | Review Advisory Action. | 0.3 | 69.00 |
| 11-28-05 | DBD | Review Advisory Action; discuss with R. Kisicki. | 0.5 | 92.50 |
| 11-28-05 | RJK | Review file; discuss strategy with associate. | 0.9 | 207.00 |
| 11-29-05 | RJK | Discuss resolution of Advisory Action with P Marshall. | 0.3 | 69.00 |
| 12-01-05 | DBD | Prepare 2nd response to final office action. | 1.7 | 314.50 |
| 12-06-05 | RJK | Further discussions with inventor; advise P Marshall of need to file continuation. | 0.5 | 115.00 |

Total Matter Services   $   867.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Extension for response within first month; U.S. Patent & Trademark Office | 120.00 |

Total Matter Disbursements   $   120.00
------------------

Delphi Technologies, Inc.
January 31, 2006
Page 10

Invoice # 127542-9

RE: Environment Neutralization of PEM Bipolar Plate Fuel
    Cell Effluent in Situ (DP-303831)-Response to OA
I.D. 89190-087205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-21-05 | DED | Review patent application, Final Office Action, and cited references; discuss strategy with R. Kisicki. | 4.2 | 777.00 |
| 12-23-05 | DED | Prepare response to Final Office Action. | 4.0 | 740.00 |
| 12-23-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |
| 12-27-05 | RJK | Review/revise response to Office Action. | 0.5 | 115.00 |

Total Matter Services      $      1,839.00
                                  ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 11

Invoice # 127542-10

RE: Cam Phaser Issue
I.D. 89190-108005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-06-05 | RJK | Phone call with J Funke and D Cuatt regarding pending issues; conference with associate to initiate worldwide prior art search. | 1.2 | 276.00 |
| 12-07-05 | KHM | Review file and confer with R. Kisicki regarding further searching on USP 5,823,152. Contact Terry Kramer of Kramer & Adamo Patent Search Services in Washington, DC. | 1.3 | 260.00 |
| 12-07-05 | RJK | Review file histories and file references; begin drafting claims chart; discuss applicability of SuperGuide, 358 F 3d 870 with associate. | 4.3 | 989.00 |
| 12-08-05 | KHM | Confer with Terry Kramer of Kramer & Adamo patent research service regarding invalidity search of USP 5,823,152. | 1.1 | 220.00 |
| 12-08-05 | RJK | Work on claims chart; phone call with J Funke. | 1.7 | 391.00 |
| 12-09-05 | KHM | Teleconference with Terry Kramer scoping out search of Patents. Send file history to Terry. Update R. Kisicki; clarification of claims to be searched. | 1.5 | 300.00 |
| 12-09-05 | DBD | Review claim 1 of Patent in view of Superguide; discuss with R. Kisicki. | 1.7 | 314.50 |
| 12-09-05 | RJK | Phone calls with J Funke and D Cuatt regarding issues; identify ways of broadening Delphi's portfolio. | 2.5 | 575.00 |
| 12-16-05 | RJK | Discuss preliminary amendment and new claims (DP311742C1) with associate. | 0.6 | 138.00 |
| 12-19-05 | RJK | Discuss progress of study with D Cuatt. | 0.4 | 92.00 |
| 12-22-05 | RJK | Discuss prior art with D Cuatt. | 0.7 | 161.00 |
| 12-26-05 | RJK | Work on cam phaser claim analysis. | 5.3 | 1,219.00 |
| 12-27-05 | RJK | Work on cam phaser claim analysis. | 4.3 | 989.00 |

Total Matter Services                5,924.50
                                   -------------------

Delphi Technologies, Inc.
January 31, 2006
Page 12

Invoice # 127542-10

RE: Cam Phaser Issue
I.D.  89190-108005

DISBURSEMENT DESCRIPTION                                    AMOUNT

     Agent charges for
services/disbursements; Prior art
search for US patent #'s 5,823,152 and
5,960,757; P.C. Kramer & Amado                3,988.93

               Total Matter Disbursements      $        3,988.93
                                                  ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 13

Invoice # 127542-11

RE: ROLLER LIFTER GUIDE SLEEVE (DP-310058)
I.D. 89190-116303

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-19-05 | RJK | Review Advisory Action; discuss with associate. | 0.5 | 115.00 |
| 12-20-05 | DBD | Prepare and file Request for Continued Examination (RCE). | 0.2 | 37.00 |
| 12-20-05 | RJK | Review RCE before filing. | 0.6 | 138.00 |

Total Matter Services          $          290.00
                                    ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Request for continued exam; U.S. Patent & Trademark Office | 790.00 |

Total Matter Disbursements          $          790.00
                                         ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 14

Invoice # 127542-12

RE: Delphi Gas Exchange Management System (DP 314540)
I.D. 89190-129305

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-04-05 | RJK | Review disclosure and discuss with associate. | 0.4 | 92.00 |
| 11-25-05 | RCB | Start draft of patent application. | 5.1 | 816.00 |
| 11-28-05 | RCB | Continue drafting patent application. | 4.9 | 784.00 |
| 11-29-05 | RCB | Continue drafting patent application. | 4.8 | 768.00 |
| 11-30-05 | RCB | Continue drafting patent application. | 5.2 | 832.00 |
| 11-30-05 | RJK | Preliminary review of draft specification. | 1.7 | 391.00 |
| 12-01-05 | RCB | Complete draft of patent application. | 3.1 | 496.00 |
| 12-02-05 | RJK | Review/revise application draft. | 2.0 | 460.00 |
| 12-05-05 | RJK | Complete application; file. | 0.7 | 161.00 |

Total Matter Services        $        4,800.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Express mail | 13.65 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements        $        1,253.65
------------------

Delphi Technologies, Inc.
January 31, 2006
Page 15

Invoice # 127542-13

RE: Marine Canister (DP-314443)
I.D. 89190-129605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-04-05 | RJK | Discuss claims with associate. | 0.9 | 207.00 |
| 11-17-05 | RCB | Start draft of patent application. | 5.9 | 944.00 |
| 11-18-05 | RCB | Continue draft of patent application. | 6.3 | 1008.00 |
| 11-21-05 | RCB | Complete draft of patent application. | 5.8 | 928.00 |
| 11-21-05 | RJK | First review of draft application. | 2.9 | 667.00 |
| 11-22-05 | MIH | Review drawings to be formalized; forward to draftsman for formalization. | 0.5 | 40.00 |
| 11-22-05 | RJK | Review revised draft. | 0.7 | 161.00 |
| 12-02-05 | MIH | Review drawings received from draftsman. | 0.3 | 24.00 |
| 12-02-05 | RJK | Final review of application and application package before filing. | 0.8 | 184.00 |

Total Matter Services                    $        4,232.00
                                          ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Agent charges for services/disbursements; Formal drawings.; CROSSETT DRAFTING | 65.00 |
| Express mail | 13.65 |

Total Matter Disbursements        $        1,118.65
                                  ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 16

Invoice # 127542-14

RE: Exhaust Combustion of Co and Hydrocarbons (DP-313768)
I.D. 89190-141505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-16-05 | RJK | Review new disclosure with associate. | 0.5 | 115.00 |
| 12-01-05 | RCB | Start draft of patent application. | 2.4 | 384.00 |
| 12-02-05 | RCB | Continue draft of patent application. | 5.6 | 896.00 |
| 12-03-05 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 12-04-05 | RJK | Review draft claims. | 1.6 | 368.00 |
| 12-05-05 | RCB | Complete draft of patent application. | 2.5 | 400.00 |
| 12-05-05 | RJK | Review/revisions to draft application. | 4.8 | 1,104.00 |
| 12-07-05 | RJK | Review further changes received from inventors. | 1.9 | 437.00 |
| 12-09-05 | DBD | Review and file patent application with USPTO. | 0.3 | 55.50 |

Total Matter Services        $        4,639.50
                                  ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Fedex - RJK to John McBain 12/07/05; Federal Express Corp. | 18.04 |
| Fedex - RJK  to Joseph Bonadies 12/07/05; Federal Express Corp. | 15.79 |
| Fedex - RJK from Joseph Bonadies 12/09/05; Federal Express Corp. | 11.80 |
| Fedex - RJK from John MacBain 12/8/05; Federal Express Corp. | 13.56 |
| Express mail | 13.65 |

Total Matter Disbursements        $        1,112.84
                                      ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 17

Invoice # 127542-15

RE: COMPLAINT CATHODE & ANODE CURRENT COLLECTOR DESIGN (DP
      308851)
I.D. 89190-143902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-02-05 | RJK | Review Office Action, discuss strategy of response with associate. | 0.4 | 92.00 |
| 12-04-05 | DBD | Review patent application, Office Action, and cited references. | 3.5 | 647.50 |
| 12-05-05 | DBD | Prepare response to Office Action. | 5.1 | 943.50 |
| 12-05-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services     $     1,890.00
                          ------------------

Delphi Technologies, Inc.
January 31, 2006
Page 18

Invoice # 127542-16

RE: DP-302200 HYDROCARBON BLEED EMISSION SCRUBBER WITH LOW
      RESTRICTION
I.D. 89190-145700

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-17-05 | DBD | Review patent application; Office Action, cited references, and prosecution history of parent case. | 2.6 | 481.00 |
| 12-19-05 | DBD | Prepare response to Office Action. | 4.0 | 740.00 |
| 12-20-05 | DBD | Prepare response to Office Action. | 2.1 | 388.50 |
| 12-22-05 | DBD | Prepare response to Office Action. | 0.4 | 74.00 |
| 12-22-05 | RJK | Review/revise response to Office Action. | 0.9 | 207.00 |

Total Matter Services    $    1,890.50
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Statutory disclaimer; U.S. Patent & Trademark Office | 130.00 |

Total Matter Disbursements    $    130.00
------------------

Delphi Technologies, Inc.
January 31, 2006
Page 19

Invoice # 127542-17

RE: GENERAL IP PATENT MATTERS
I.D. 89190-99R343

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-05-05 | RJK | (DP306382C1) Discuss allowed claims and whether to pursue continuation with inventor. | 0.5 | 115.00 |
| 12-06-05 | RJK | (DP302659) Follow-up on notice of abandonment received from PTO. | 0.3 | 69.00 |
| 12-12-05 | RJK | Review new ROIs received for patent review meeting. | 0.7 | 161.00 |
| 12-14-05 | RJK | Attend TCR patent review meeting. | 2.0 | 460.00 |
| 12-19-05 | RJK | Review disclosures for patent review meeting; compare DP314695 to previous filings. | 0.8 | 184.00 |
| 12-20-05 | RJK | Attend TCF patent review meetings. | 3.1 | 713.00 |

Total Matter Services     $     1,702.00
------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE | | | | |
|---|---|---|---|---|
| DECEMBER 2005 | | | | |
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | 57.1 | $9,136.00 |
| Dennis B. Danella | Associate | $185.00 | 74.2 | $13,727.00 |
| Lee J. Fleckenstein | Patent Agent | $175.00 | 0 | $0.00 |
| Margaret I Hults | Legal Assistant | $80.00 | 0.8 | $64.00 |
| Ronald J. Kisicki | Partner | $230.00 | 61.2 | $14,076.00 |
| Katherine H. McGuire | Associate | $200.00 | 26.6 | $5,320.00 |
|  |  |  |  |  |
|  |  |  |  | $42,323.00 |

IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

February 14, 2006
I.D. 89190
Invoice # 127869

Delphi Technologies, Inc.
PATRICK M. GRIFFIN, ESQ.
M/C 480.410.202
5825 DELPHI DRIVE
Troy, MI 48007

For Services Rendered Through January 31, 2006

Total Fees

|  |  |
|---|---|
| 80% of total amount = | 24,601.60 |
| 20% of total amount = | 6,150.40 |
|  | 30,752.00 |

Total Disbursements          11,741.57

Total This Invoice          $      42,494.07
------------------

CLIENT TOTAL AMOUNT DUE          $      42,343.57
====================

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies, Inc.
February 14, 2006
Page 2


RE: C1 HYDRAULIC LEAK PATH IN SINGLE ACTING LOCK PIN PATENT
    APP. FOR - (DP-311742)
I.D. 89190-029904


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-15-05 | DBD | Review Denso product materials for purposes of preliminary amendment to continuation application. | 2.0 | 370.00 |
| 12-16-05 | DBD | Prepare second preliminary amendment in view of Denso product. | 2.9 | 536.50 |
| 01-18-06 | DBD | Review second preliminary amendment; discuss with R. Kisicki. | 0.5 | 92.50 |
| 01-18-06 | RJK | Review/revise draft of new claims. | 0.8 | 200.00 |
| 01-19-06 | DBD | Revise second preliminary amendment. | 1.3 | 240.50 |
| 01-20-06 | RJK | Review second preliminary amendment; make further changes to claims of second preliminary amendment. | 0.8 | 200.00 |
| 01-20-06 | DBD | Revise second preliminary amendment; file. | 0.6 | 111.00 |

                        Total Matter Services      $      1,750.50
                                                   -------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 800.00 |
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 450.00 |

                        Total Matter Disbursements   $      1,250.00
                                                   -------------------

Delphi Technologies, Inc.
February 14, 2006
Page 3


RE: MICRO EJECTOR RECYCLE MIXER (DP-313583)
I.D. 89190-033505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-24-05 | RJK | Revise draft of application; send to inventors for review. | 2.9 | 667.00 |
| 10-25-05 | MIH | Review drawings for formalization; send to draftsman. | 0.5 | 40.00 |
| 11-02-05 | MIH | Review formal drawings received from draftsman. | 0.3 | 24.00 |
| 11-30-05 | RJK | Follow up on inventor's review of draft. | 0.3 | 69.00 |
| 11-30-05 | RJK | Add further embodiments to application; send to inventors for review. | 2.9 | 667.00 |
| 12-02-05 | RJK | Review/revise final draft; prepare for filing. | 1.7 | 391.00 |
| 01-09-06 | DBD | File patent application with USPTO. | 0.4 | 74.00 |

Total Matter Services       $     1,932.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings; CROSSETT DRAFTING | 295.00 |
| Express mail; Commissioner for Patents 1/9/06 | 14.40 |
| USPTO fees: Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees: Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees: Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees: Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements   $     1,349.40
------------------

Delphi Technologies, Inc.
February 14, 2006
Page 4


RE: METHOD AND APPARATUS FOR FUELING AN INTERNAL
    COMBUSTION ENGINE (DP-309564)
I.D. 89190-039403


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 1-03-06 | RJK | Review Office Action to Correct Amendment. | 0.3 | N/C |
| 1-09-06 | RJK | Prepare response to Office Action. | 0.6 | N/C |
| 1-27-06 | RJK | Review/revise response to Office Action. | 0.9 | N/C |

Total Matter Services     $     N/C
                            -------------------

Delphi Technologies, Inc.
February 14, 2006
Page 5


RE: Modular Fuel Reformer with Internal Temperature
    Management (DP-312255)
I.D. 89190-041805


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-24-05 | RJK | Make further revisions to application; send to inventors for review. | 2.7 | 621.00 |
| 10-28-05 | MIH | Review drawings for formalization; send to draftsman. | 0.5 | 40.00 |
| 11-07-05 | MIH | Review formal drawings received from draftsman. | 0.3 | 24.00 |
| 11-30-05 | RJK | Follow up on inventor's review of draft. | 0.3 | 69.00 |
| 12-02-05 | RJK | Review/revise final draft; prepare for filing. | 2.6 | 598.00 |
| 01-09-06 | DBD | Prepare and file patent application with USPTO. | 0.4 | 74.00 |

                          Total Matter Services    $    1,426.00
                                                   ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of Formal Drawings; CROSSETT DRAFTING | 200.00 |
| Express mail; Commissioner for Patents 1/9/06 | 14.40 |
| USPTO fees: Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees: Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees: Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees: Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

                          Total Matter Disbursements    $    1,254.40
                                                        ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 6


RE: Fuel Staged Reformer System (DP-313584)
I.D. 89190-042005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-24-05 | RJK | Work on further revisions to application received from inventor. | 1.5 | 345.00 |
| 10-25-05 | MIH | Review drawings for formalization; send to draftsman. | 0.5 | 40.00 |
| 11-02-05 | MIH | Review formal drawings received from draftsman; send back to draftsman for correction. | 0.5 | 40.00 |
| 12-20-05 | RJK | Make further revisions to application; send to inventor for review. | 0.9 | 207.00 |
| 01-09-06 | DBD | File patent application with USPTO. | 0.4 | 74.00 |

                          Total Matter Services        $        706.00
                                                        -------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings; CROSSETT DRAFTING Express mail ; Commissioner for Patents 1/9/06 | 450.00 |
| | 14.40 |
| USPTO Fees: Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees: Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees: Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO Fees: Claims in excess of 20; U.S. Patent & Trademark Office | 50.00 |
| USPTO Fees: Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |
| USPTO Fees: Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

                          Total Matter Disbursements   $      1,754.40
                                                        -------------------

Delphi Technologies, Inc.
February 14, 2006
Page 7


RE: SOFC System Using Oxygen - DP-313201
I.D. 89190-048705


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-22-05 | RJK | Review/revise draft application; send to inventors for review. | 2.9 | 667.00 |
| 10-24-05 | MIH | Review drawings to be formalized; forward to J. Crossett for formalization. | 0.5 | 40.00 |
| 10-28-05 | MIH | Review formalized drawings received from J. Crossett. | 0.3 | 24.00 |
| 11-30-05 | RJK | Follow up on inventor's review of draft. | 0.3 | 69.00 |
| 12-12-05 | RJK | Make further changes to application; send to inventors for review. | 1.7 | 391.00 |
| 12-19-05 | RJK | Review changes received from inventor. | 0.5 | 115.00 |
| 12-28-05 | RJK | Finalize application; forward to inventors for final review. | 1.3 | 299.00 |
| 01-03-06 | RJK | Follow up on obtaining signatures. | 0.3 | 75.00 |
| 01-06-06 | DBD | File patent application with USPTO. | 0.3 | 55.50 |

                              Total Matter Services        $        1,735.50
                                                           ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawing; CROSSETT DRAFTING | 50.00 |
| USPTO Fees: Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees: Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees: Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO Fees: Claims in excess of 20; U.S. Patent & Trademark Office | 250.00 |
| USPTO Fees: Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Express mail | 13.65 |

                              Total Matter Disbursements   $        1,353.65
                                                           ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 8

RE: Anti-Kickback Logic for Motor Cycle Application
    DP-313562
I.D. 89190-056505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-12-05 | RJK | Make further changes to application; send to inventors for review. | 1.9 | 437.00 |
| 12-13-05 | RJK | Review draft application for PCT filing. | 0.3 | 69.00 |
| 12-14-05 | RJK | Make further revisions to application; send to inventor for review. | 1.9 | 437.00 |
| 12-19-05 | RJK | Review changes received from inventor. | 0.6 | 138.00 |
| 12-28-05 | RJK | Finalize application for PCT filing by Delphi; correct drawings. | 1.7 | 391.00 |
| 12-30-05 | MIH | Review drawings to be formalized; forward to draftsman. | 0.5 | 40.00 |
| 12-31-05 | MIH | Review formalized drawings; send revisions to draftsman. | 0.5 | 40.00 |
| 12-31-05 | RJK | Make further changes to draft application. | 1.4 | 322.00 |
| 01-17-06 | RJK | Review further changes to application received from inventor; review formal drawings. | 0.8 | 200.00 |
| 01-19-06 | RJK | Make further changes to application based on inventor's input; forward revised application to Delphi for filing as a PCT. | 1.6 | 400.00 |

Total Matter Services       $     2,474.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Prepare formal drawings; CROSSETT DRAFTING | 100.00 |

Total Matter Disbursements    $      100.00
------------------

Delphi Technologies, Inc.
February 14, 2006
Page 9


RE: Rotary EGR Valve Seating Force Attenuator (DP-313833)
I.D. 89190-060505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-01-05 | RCB | Start draft of patent application. | 5.5 | 880.00 |
| 11-02-05 | RCB | Continue drafting application. | 6.4 | 1,024.00 |
| 11-03-05 | RCB | Complete draft of application. | 4.1 | 656.00 |
| 11-03-05 | RJK | First review of draft. | 2.8 | 644.00 |
| 12-29-05 | RJK | Review/revise draft application for inventor's review. | 3.1 | 713.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman for formalization. | 0.5 | 40.00 |
| 01-04-06 | RJK | Make further revisions in preparation for filing. | 1.3 | 325.00 |
| 01-11-06 | MIH | Review formal drawings received from draftsman; send corrections to draftsman. | 0.5 | 40.00 |
| 01-13-06 | DBD | File patent application with USPTO. | 0.2 | 37.00 |

Total Matter Services              $         4,359.00
                                             ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Prepare formal drawings for 89190-060505; CROSSETT DRAFTING | 195.00 |
| RJK  fedex to Joshua Haines 1/05/06; Federal Express Corp. | 19.05 |
| RJK fedex from Joshua Haines 1/09/06; Federal Express Corp. | 11.27 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Express Mail | 14.40 |

Total Matter Disbursements    $         1,279.72
                                        ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 10


RE: (DP303625) INTEGRATED MATERIAL AND INFORMATION FLOW
    SYSTEM
I.D. 89190-073301


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-24-06 | DBD | Review patent application, Office Action, and cited references; prepare response to Office Action. | 7.5 | 1,387.50 |
| 01-24-06 | RJK | Review/revise response to office action; file. | 0.9 | 225.00 |

Total Matter Services            $            1,612.50
                                      -------------------

Delphi Technologies, Inc.
February 14, 2006
Page 11


RE: (DP308123) SOFC STACK WITH SIXTY CELLS FOR AUTOMOTIVE
    ELECTRICAL SYSTEM
I.D. 89190-077802


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-09-06 | DBD | Prepare response to Office Action. | 1.6 | 296.00 |
| 01-17-06 | RJK | Review/revise response to office action; file. | 0.9 | 225.00 |

Total Matter Services    $    521.00
-------------------

Delphi Technologies, Inc.
February 14, 2006
Page 12

RE: (DP308128) DUAL FUEL CELL STACKS, CONNECTED IN
    ELECTRICAL SERIES, IN PARALLEL
I.D. 89190-078302

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-18-06 | DBD | Review patent application, Office Action, and cited reference. | 2.7 | 499.50 |
| 01-19-06 | DBD | Prepare response to Office Action. | 1.6 | 296.00 |
| 01-19-06 | RJK | Review/revise response to Office Action. | 0.9 | 225.00 |

Total Matter Services  $  1,020.50
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 400.00 |

Total Matter Disbursements  $   400.00
------------------

Delphi Technologies, Inc.
February 14, 2006
Page 13


RE: (DP308138) HEAT EXCHANGER OUTPUT TEMPERATURE CONTROL
I.D. 89190-079202

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-23-06 | DBD | Review patent application, Office Action, and cited references. | 1.9 | 351.50 |
| 01-23-06 | RJK | Discuss response strategy with D Danella. | 0.3 | 75.00 |
| 01-24-06 | DBD | Prepare response to Office Action. | 3.7 | 684.50 |
| 01-24-06 | RJK | Review/revise response to Office Action; file. | 0.9 | 225.00 |

Total Matter Services      $      1,336.00
                           ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Request for continued exam; U.S. Patent & Trademark Office | 790.00 |
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 50.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Total Matter Disbursements      $      1,040.00
                                ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 14


RE: (DP308160) CONVECTIVE FLOW VENTED SOFC SYSTEM ENCLOSURE
I.D. 89190-079602

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-14-05 | DBD | Review advisory action. | 0.3 | 55.50 |
| 12-14-05 | RJK | Preliminary review of advisory action; discuss strategy with associate. | 0.5 | 115.00 |
| 01-03-06 | RJK | Review RCE draft. | 0.4 | 100.00 |
| 01-04-06 | DBD | Complete and file RCE. | 0.6 | 111.00 |

Total Matter Services    $    381.50
-------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO Fees: Request for continued exam; U.S. Patent & Trademark Office | 790.00 |
| USPTO Fees: Extension for response within 1st Month; U.S. Patent & Trademark Office | 120.00 |

Total Matter Disbursements    $    910.00
-------------------

Delphi Technologies, Inc.
February 14, 2006
Page 15


RE: Environment Neutralization of PEM Bipolar Plate Fuel
    Cell Effluent in Situ (DP-303831)-Response to OA
I.D. 89190-087205


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-19-06 | RJK | Review advisory action. | 0.3 | 75.00 |
| 01-23-06 | DBD | Review advisory action; provide R. Kisicki with options on how to proceed. | 1.0 | 185.00 |
| 01-23-06 | RJK | Advise P Marshall re: further prosecution. | 1.1 | 275.00 |
| 01-24-06 | DBD | Revise and file RCE. | 0.3 | 55.50 |

Total Matter Services        $        590.50
                            ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Request for continued exam; U.S. Patent & Trademark Office | 790.00 |

Total Matter Disbursements    $        790.00
                             ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 16


RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-24-05 | RJK | Preliminary review of Office Action. | 0.3 | 69.00 |
| 01-13-06 | DBD | Review patent application, Office Action, and cited references; prepare response. | 2.9 | 536.50 |
| 01-17-06 | RJK | Review/revise response to Office Action. | 0.9 | 225.00 |
| 01-17-06 | DBD | Prepare response to Office Action. | 5.1 | 943.50 |

Total Matter Services        $       1,774.00
                                    ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 17


RE: Cam Phaser Issue
I.D. 89190-108005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-03-06 | RJK | Work on claims chart. | 2.9 | 725.00 |
| 01-10-06 | RJK | Review search material and new references; make further changes to claims chart. | 5.3 | 1,325.00 |
| 01-11-06 | RJK | Complete claims chart. | 4.2 | 1,050.00 |
| 01-12-06 | DBD | Obtain patent abstracts of Japan for 7-147123; 7-268832 for U.S. Patent No. 5,823,152; discuss with R. Kisicki. | 0.4 | 74.00 |
| 01-17-06 | RJK | Review claims chart; telephone conference with J Funke to review chart. | 2.5 | 625.00 |
| 01-18-06 | RJK | Phone call with J Funke to discuss various issues; follow up on Continuation filings; review 103 invalidity position. | 0.8 | 200.00 |
| 01-18-06 | RJK | Discuss 103 defenses with D Danella to develop motivation argument; review comments added to chart by D Cuatt. | 1.7 | 425.00 |
| 01-20-06 | RJK | Discuss expanding prior art search to include Euro and Japan literature. | 0.5 | 125.00 |
| 01-27-06 | KHM | Consult with professional search firm Woolcott  for estimate on conducting literature searching in Europe and Japan. | 0.7 | 140.00 |

Total Matter Services          $      4,689.00
                                      ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 18


RE: Method and System for Regenerating Nox Absorbers and/or
    Particulate Filters (DP-307939CIP)
I.D. 89190-113905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-17-06 | DBD | Review patent application, Office Action, and cited reference; prepare response to Office Action. | 2.8 | 518.00 |
| 01-18-06 | RJK | Review file; follow-up with P Marshall re: power of attorney for terminal disclaimer. | 0.9 | 225.00 |
| 01-18-06 | DBD | Review patent application, Office Action, and cited reference; prepare response to Office Action, Statement Under 3.73(b), and Power of Attorney. | 6.1 | 1,128.50 |

Total Matter Services          $      1,871.50
                               -------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Statutory Disclaimer; U.S. Patent & Trademark Office | 130.00 |

Total Matter Disbursements     $        130.00
                               -------------------

Delphi Technologies, Inc.
February 14, 2006
Page 19


RE: THIN SHEET METAL SOLID OXIDE FUEL CELL SUPPORT CASSETTE
    (DP 313371)
I.D. 89190-142004


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-28-05 | DBD | Prepare petition to change inventorship. | 2.1 | 388.50 |
| 11-14-05 | RJK | Follow up on obtaining additional inventor signatures from Battelle. | 0.3 | 69.00 |

Total Matter Services          $          457.50
                                 ------------------


DISBURSEMENT DESCRIPTION                    AMOUNT

        USPTO Fees: Petition to
        the Director not specifically provided
        for; U.S. Patent & Trademark Office      130.00

                Total Matter Disbursements   $       130.00
                                               ------------------

Delphi Technologies, Inc.
February 14, 2006
Page 20


RE: GENERAL IP PATENT MATTERS
I.D. 89190-99R343


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-11-06 | RJK | Review disclosures for TCR PRM. | 1.7 | 425.00 |
| 01-12-06 | RJK | Attend TCR PRM. | 3.5 | 875.00 |
| 01-19-06 | RJK | Advise P. VanBocko re: his improvements over filed application DP312564 and whether improvements are covered. | 1.0 | 250.00 |
| 01-26-06 | KHM | (DP313048) Prepare and file Supplemental IDS citing Delphi USP 6454242. | 0.2 | 40.00 |
| 01-27-06 | RJK | (DP313048) Discuss prior art reference with Katie McGuire; advise Delphi of need to file IDS. | 0.5 | 125.00 |
| 01-30-06 | RJK | Telephone call and follow-up with P Griffin to discuss returnless vs return fuel systems. | 0.5 | 125.00 |
| 01-30-06 | RJK | (DP314540) Phone call with Jongmin Lee to discuss further improvements made to GEMS VVA invention. | 0.3 | 75.00 |
| 01-31-06 | RJK | (DP314540) Review content of previously filed application; phone call with Jongmin Lee to discuss inventive differences of improvement; advise J Haines of conversation. | 0.8 | 200.00 |

Total Matter Services          $          2,115.00
                                          -------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE | | | | |
|---|---|---|---|---|
| JANUARY 2006 | | | | |
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | 16 | $2,560.00 |
| Dennis B. Danella | Associate | $185.00 | 49.6 | $9,176.00 |
| Margaret I Hults | Legal Assistant | $80.00 | 5.4 | $432.00 |
| Ronald J. Kisicki | Partner | $230.00 | 37.3 | $8,579.00 |
| Ronald J. Kisicki - 1/01/06 | Partner | $250.00 | 39.3 | $9,825.00 |
| Katherine H. McGuire | Associate | $200.00 | 0.9 | $180.00 |
| | | | | |
| | | | | $30,752.00 |