IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600 FAX 716.856.0432

Tax I.D.  16-0774920

March 31, 2006
I.D.  89190
Invoice # 129045

Delphi Technologies
Patrick  M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through February 28, 2006

Total Fees

| | |
|---|---|
| 80% of total amount = | 36,650.80 |
| 20% of total amount = | 9,162.70 |
| | 45,813.50 |

Total Disbursements                     13,307.45

Total This Invoice        $        59,120.95
------------------

CLIENT TOTAL AMOUNT DUE                 $        59,120.95
==================

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies
March 31, 2006
Page 2

Invoice # 129045-1

RE: FUEL CELL A & M, JOINT SPACERS FOR SILVER BRAZE
    APPLICATIONS - PATENT APP. FOR - DP-310952
I.D. 89190-030204

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-27-06 | DBD | Review patent application, Office Action and cited reference. | 1.0 | 185.00 |
| 02-28-06 | DBD | Prepare response to Office Action. | 3.0 | 555.00 |
| 02-28-06 | RJK | Review and revise response to Office Action; file. | 0.9 | 225.00 |

Total Matter Services    $    965.00
                            ------------------

Delphi Technologies
March 31, 2006
Page 3

Invoice # 129045-2

RE: PLEATED SHEET METAL FUEL DELIVERY UNIT (DP-313587)
I.D. 89190-033605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-21-05 | RJK | Make changes to application; send to inventor for review. | 2.7 | 621.00 |
| 01-20-06 | RJK | Follow-up with inventor regarding inventor's review. | 0.3 | 75.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.5 | 375.00 |
| 02-01-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 02-06-06 | MIH | Review formal drawings received from draftsman. | 0.5 | 40.00 |
| 02-07-06 | DBD | Note drawing corrections and have drawings sent back to Josh Crosset for corrections. | 0.3 | 55.50 |
| 02-08-06 | DBD | Make minor drawing corrections to formal drawings; prepare and file patent application with USPTO. | 0.5 | 92.50 |

Total Matter Services        $        1,299.00
                                 ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Express mail; Commissioner for Patents 2/8/06 | 14.40 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |

Delphi Technologies
March 31, 2006
Page 4

Invoice # 129045-2

RE: PLEATED SHEET METAL FUEL DELIVERY UNIT (DP-313587)
I.D. 89190-033605

DISBURSEMENT DESCRIPTION                                AMOUNT

      USPTO fees; Recording each patent
      assignment; U.S. Patent & Trademark
      Office                                         40.00
      Agent charges for
      services/disbursements; Prepare formal
      drawings; CROSSETT DRAFTING                   180.00

        Total Matter Disbursements    $      1,434.40
                                        ------------------

Delphi Technologies
March 31, 2006
Page 5

Invoice # 129045-3

RE: Fuel Reformer with System Start-Up and Heat
    Recuperation (DP-313588)
I.D. 89190-042105

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-21-05 | RJK | Make changes to application; send to inventor for review. | 2.2 | 506.00 |
| 01-20-06 | RJK | Follow-up with inventor regarding inventor's review. | 0.3 | 75.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.4 | 350.00 |
| 02-01-06 | RJK | Discuss further corrections to application with MIH. | 0.2 | 50.00 |
| 02-10-06 | MIH | Review formal drawings received from draftsman. | 0.5 | 40.00 |
| 02-10-06 | DBD | File patent application with USPTO. | 0.3 | 55.50 |

Total Matter Services    $    1,076.50
                              ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings; CROSSETT DRAFTING | 325.00 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Delphi Technologies
March 31, 2006
Page 6

Invoice # 129045-3

RE: Fuel Reformer with System Start-Up and Heat
    Recuperation (DP-313588)
I.D. 89190-042105

DISBURSEMENT DESCRIPTION                          AMOUNT

        Express mail ; Commissioner for
        Patents 2/10/06                            14.40
        Agent charges for
        services/disbursements; Prepare formal
        drawings; CROSSETT DRAFTING               180.00

                Total Matter Disbursements      $      1,759.40
                                                ------------------

Delphi Technologies
March 31, 2006
Page 7

Invoice # 129045-4

RE: (DP307613) KOH PROMOTED FUEL CELL PROX REFORMER
I.D. 89190-071802

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-08-06 | DBD | Review 3rd Office Action, patent application and cited references; formulate arguments for response. | 5.2 | 962.00 |
| 02-17-06 | LJF | Review and revise response to office action. | 3.5 | 612.50 |
| 02-17-06 | RJK | Final review/revise response to Office Action. | 0.9 | 225.00 |

Total Matter Services     $     1,799.50
------------------

Delphi Technologies
March 31, 2006
Page 8

Invoice # 129045-5

RE: Control Stackelectrical Operating Conditions
    (DP-313844)
I.D. 89190-076005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-03-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 12-05-05 | RCB | Start draft of patent application. | 3.7 | 592.00 |
| 12-06-05 | RCB | Continue drafting patent application. | 5.1 | 816.00 |
| 12-07-05 | RCB | Complete draft of patent application. | 8.2 | 1,312.00 |
| 12-07-05 | RJK | Review/revise first draft. | 3.1 | 713.00 |
| 12-29-05 | RJK | Review/revise draft application for inventor's review. | 1.9 | 437.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-09-06 | MIH | Review formal drawings received from draftsman; send changes to draftsman. | 0.5 | 40.00 |
| 01-17-06 | RJK | Review further changes to application received from inventor. | 0.5 | 125.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 2.0 | 500.00 |
| 02-08-06 | DBD | Make minor drawing corrections to formal drawings; prepare and file patent application with USPTO. | 0.2 | 37.00 |
| 02-08-06 | RJK | Revise drawing as requested by inventor. | 0.3 | 75.00 |
| 02-09-06 | DBD | Make minor correction to formal drawings; file patent application with USPTO. | 0.6 | 111.00 |

Total Matter Services          $      4,959.00
                                ------------------

Delphi Technologies
March 31, 2006
Page 9

Invoice # 129045-5

RE: Control Stackelectrical Operating Conditions
    (DP-313844)
I.D. 89190-076005

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Agent charges for services/disbursements; Prepare formal drawing; CROSSETT DRAFTING | 350.00 |
| Express mail; Commissioner for Patents 2/9/06 | 14.40 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| RJK  fedex to John MacBain/Delphi 1/31/06; Federal Express Corp. | 17.68 |
| Federal Express charges; RJK  fedex to John Absmeier/MobilAria Inc. 2/2/06; Federal Express Corp. | 22.92 |
| Federal Express charges; RJK  fedex from John MacBain 2/2/06; Federal Express Corp. | 13.22 |
| Federal Express charges; RJK fedex from John Absmeier/MobileAria Inc. 2/3/06; Federal Express Corp. | 15.24 |

Total Matter Disbursements     $      1,673.46
-------------------

Delphi Technologies
March 31, 2006
Page 10

Invoice # 129045-6

RE: (DP308129) MASS FLOW METERING AIR SUPPLY BLOWER FOR SOFC
     APU
I.D. 89190-078402

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-23-05 | RJK | Review/revise response to office action. | 0.9 | 207.00 |
| 02-03-06 | DBD | Review patent application and Office Action. | 0.7 | 129.50 |
| 02-06-06 | DBD | Prepare response to Office Action. | 7.0 | 1,295.00 |
| 02-06-06 | RJK | Review/revise response to office action; file. | 0.9 | 225.00 |

Total Matter Services          $      1,856.50
                                     ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 400.00 |

Total Matter Disbursements     $        400.00
                                     ------------------

Delphi Technologies
March 31, 2006
Page 11

Invoice # 129045-7

RE: Self Positioning Strainer (DP-313977)
I.D. 89190-078705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-26-05 | RJK | Review ROI with associate. | 0.6 | 138.00 |
| 10-28-05 | KHM | Draft patent application. | 6.8 | 1,360.00 |
| 11-01-05 | KHM | Continue drafting patent application. | 4.4 | 880.00 |
| 11-10-05 | KHM | Telephone conference with inventors regarding draft application. Consider additional embodiments and broadening of claims beyond fuel systems. | 2.8 | 560.00 |
| 12-14-05 | KHM | Revise patent application to broaden basic invention and add additional embodiments. Consult with inventor S. Atwell regarding new embodiments and preliminary drawings. Instruct draftsman regarding changes to drawings. | 5.5 | 1,100.00 |
| 12-15-05 | KHM | Discuss alternate embodiments with S. Atwell and R. Kisicki. | 0.6 | 120.00 |
| 12-15-05 | RJK | Review draft application. | 0.5 | 115.00 |
| 01-09-06 | KHM | Review drawing from inventor on alternate embodiment. Forward to draftsman with instructions to prepare new figures. Forward new figures to inventors for approval. | 0.5 | 100.00 |
| 01-10-06 | KHM | Revise application to include new alternate embodiment. Request draftsman to add reference numerals to new figures. | 0.8 | 160.00 |
| 01-18-06 | KHM | Review email from inventors regarding draft application. Revise application accordingly. Email drawing revisions to draftsman. | 1.0 | 200.00 |
| 02-07-06 | KHM | File application. | 0.3 | 60.00 |

Total Matter Services        $        4,793.00
                             ------------------

Delphi Technologies
March 31, 2006
Page 12

Invoice # 129045-7

RE: Self Positioning Strainer (DP-313977)
I.D.  89190-078705

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Federal Express charges; RJK fedex to Scott Atwell 11/7/05; Federal Express Corp. | 22.50 |
| Agent charges for services/disbursements; Informal drawings; Fitch Patent Drafting Service, Inc. | 200.00 |
| Agent charges for services/disbursements; Formal ink drawings; Fitch Patent Drafting Service, Inc. | 70.00 |
| Federal Express charges; Katherine McGuire fedex to Scott Atwell/Delphi 1/19/06; Federal Express Corp. | 25.78 |
| USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 50.00 |
| USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |
| Federal Express charges; Katherine McGuire fedex from Scott Atwell/Delphi 2/4/06; Federal Express Corp. | 14.64 |
| Express Mail | 14.40 |

Total Matter Disbursements    $    1,437.32

Delphi Technologies
March 31, 2006
Page 13

Invoice # 129045-8

RE: Reformer-Assisted Premixed Diesel Combustion
    (DP-313874)
I.D. 89190-097305

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-15-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 11-17-05 | LJF | Review relevant prior art. | 5.0 | 875.00 |
| 11-18-05 | LJF | Review relevant prior art and begin drafting application. | 1.5 | 262.50 |
| 11-21-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 11-22-05 | LJF | Draft patent application. | 2.0 | 350.00 |
| 11-23-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 12-21-05 | LJF | Revise draft application. | 1.0 | 175.00 |
| 01-30-06 | LJF | Revise patent application; file. | 1.0 | 175.00 |
| 01-30-06 | RJK | Review disclosure with associate. | 0.5 | 125.00 |

Total Matter Services        $        3,629.50
                          ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Formal ink drawings; Fitch Patent Drafting Service, Inc. | 65.00 |
| Express mail; Commissioner for Patents 2/7/06 | 14.40 |
| USPTO Fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |

Delphi Technologies
March 31, 2006
Page 14

Invoice # 129045-8

RE: Reformer-Assisted Premixed Diesel Combustion
    (DP-313874)
I.D. 89190-097305

DISBURSEMENT DESCRIPTION                        AMOUNT

        USPTO Fees; Recording each patent
        assignment; U.S. Patent & Trademark
        Office                                   40.00
        Federal Express charges; RJK fedex to
        Mark Sellnau/Delphi 2/01/06; Federal
        Express Corp.                             16.88
        Federal Express charges; RJK fedex
        from Mark Sellnau 2/3/06; Federal
        Express Corp.                             11.27

                    Total Matter Disbursements   $       1,147.55
                                                 ------------------

Delphi Technologies
March 31, 2006
Page 15

Invoice # 129045-9

RE: Closed-Loop Control Method for Fuel Reformer
    (DP-313803)
I.D. 89190-097705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-03-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 11-04-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 11-07-05 | RCB | Continue draft of patent application. | 5.1 | 816.00 |
| 11-08-05 | RCB | Complete draft of patent application. | 3.4 | 544.00 |
| 12-28-05 | RJK | Review/revise draft application for inventor's review. | 1.7 | 391.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-30-06 | RJK | Review changes received from inventor. | 1.0 | 250.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.4 | 350.00 |
| 02-02-06 | MIH | Review formal drawings received from draftsman. | 0.5 | 40.00 |
| 02-02-06 | RJK | Review application for IDS needs before filing. | 0.3 | 75.00 |
| 02-08-06 | DBD | File patent application with USPTO. | 0.5 | 92.50 |

Total Matter Services       $       3,799.50
                                    ------------------

Delphi Technologies
March 31, 2006
Page 16

Invoice # 129045-9

RE: Closed-Loop Control Method for Fuel Reformer
    (DP-313803)
I.D. 89190-097705

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Agent charges for services/disbursements; Formal drawings; CROSSETT DRAFTING | 150.00 |
| Express mail - Commissioner for Patents 2/8/06 | 14.40 |
| USPTO Fees - Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees - Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees - Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Assignment fee | 40.00 |
| Federal Express Charges; RJK  fedex to Joseph Bonadies 2/01/06; Federal Express Corp. | 15.80 |
| Federal Express Charges; RJK fedex from Joseph Bonadies 2/6/06; Federal Express Corp. | 11.32 |

Total Matter Disbursements    $       1,231.52
                                  ------------------

Delphi Technologies
March 31, 2006
Page 17

Invoice # 129045-10

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-06-06 | KHM | Study pending application serial no. 10/421,424, office actions, responses, and cited references in preparation for drafting continuation application. | 1.0 | 200.00 |
| 02-07-06 | KHM | Study parent application DP308154 and Patent No. 6619248 in preparation for filing continuation. | 2.0 | 400.00 |
| 02-08-06 | KHM | Study Patent 6,155,219 and Patent 5,960,757 with regard to Delphi pending application DP-308154 and consider possible claims for a continuation application. | 3.8 | 760.00 |
| 02-09-06 | RJK | Review drawings of competitor's external bias spring; discuss with KHM regarding DP308154 continuation. | 0.5 | 125.00 |
| 02-14-06 | KHM | Meet with R. Kisicki to discuss relevant art and possible claims. | 1.1 | 220.00 |
| 02-14-06 | RJK | Meeting with D Cuatt to review comments re: competitors products. | 1.6 | 400.00 |
| 02-15-06 | KHM | Draft new claims and provide to R. Kisicki. | 2.2 | 440.00 |
| 02-15-06 | RJK | Review draft claims for DP308154C; advise J Funke. | 0.6 | 150.00 |
| 02-16-06 | KHM | Draft additional claims. Prepare filing papers. File continuation application. | 3.0 | 600.00 |
| 02-16-06 | RJK | Revise amended claims before filing application. | 0.6 | 150.00 |
| 02-17-06 | RJK | Review and propose an additional claim for DP308154C as a preliminary amendment. | 0.6 | 150.00 |

Total Matter Services        $      3,595.00
                                   ------------------

Delphi Technologies
March 31, 2006
Page 18

Invoice # 129045-10

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Express mail; Commissioner for Patents 2/16/06 | 14.40 |
| USPTO fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO fees; Basic Utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| Total Matter Disbursements | $ 1,014.40 |

Delphi Technologies
March 31, 2006
Page 19

Invoice # 129045-11

RE: Utility Application for DP-312242 entitled, Acoustical
    Flow Meter for Measuring Exhaust Flow Rate
I.D. 89190-105305

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-24-06 | DBD | Review patent application, Office Action and cited references. | 1.3 | 240.50 |
| 02-27-06 | DBD | Prepare response to Office Action. | 7.0 | 1,295.00 |
| 02-27-06 | RJK | Review and revise response to office action. | 0.9 | 225.00 |

Total Matter Services          $          1,760.50
                                          ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Additional independent claims | 200.00 |

Total Matter Disbursements     $          200.00
                                          ------------------

Delphi Technologies
March 31, 2006
Page 20

Invoice # 129045-12

RE: Fuel Line Check Valve that Opens After Cool Down
   (DP-314116)
I.D.  89190-106505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-02-06 | KHM | Prepare and file Assignment documents. | 0.2 | 40.00 |
| 02-02-06 | KHM | Prepare and file response to Notice of Missing Parts. | 0.2 | 40.00 |

Total Matter Services     $     80.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO Fees; Surcharge - late filing fee; U.S. Patent & Trademark Office | 130.00 |
| USPTO Fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements     $     170.00
------------------

```
Delphi Technologies
March 31, 2006
Page 21
```

Invoice # 129045-13

RE: Cam Phaser Issue
I.D. 89190-108005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-01-06 | DBD | Review patents related to infringement analysis. | 3.2 | 592.00 |
| 02-01-06 | RJK | Review claims; discuss strategy with KHM for conducting foreign literature search. | 0.5 | 125.00 |
| 02-01-06 | RJK | Review file with DBD; discuss 103 issues regarding claim 1 of the '152 patent; discuss strategy of legal argument. | 0.6 | 150.00 |
| 02-02-06 | DBD | Further review patents of claim 1 of the '152 patent. | 2.6 | 481.00 |
| 02-07-06 | DBD | Prepare memo regarding analysis. | 4.4 | 814.00 |
| 02-07-06 | RJK | Discuss analysis with DBD. | 0.5 | 125.00 |
| 02-08-06 | RJK | Review file; phone call with J Funke to review issues. | 0.7 | 175.00 |
| 02-10-06 | RJK | Review, revise and send legal issue document to J Funke. | 1.0 | 250.00 |
| 02-13-06 | RJK | Review claims of second preliminary amendment (DP 311742C1); advise J Funke. | 0.5 | 125.00 |
| 02-16-06 | RJK | Review file; send J Funke requested information on priorities; discuss progress of prior art search with KHM. | 0.8 | 200.00 |
| 02-16-06 | KHM | Follow up on order of "Vaned Cam Phaser" non-patent literature search in Japan from associate. | 0.5 | 100.00 |

Total Matter Services        $        3,137.00
                             ------------------

Delphi Technologies
March 31, 2006
Page 22

Invoice # 129045-14

RE: SILVER BRAZE ALLOY MODIFICATION (DP-310953)
I.D. 89190-115303

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-23-05 | RJK | Preliminary review of office action and references. | 0.4 | 92.00 |
| 02-27-06 | LJF | Draft response to office action. | 1.5 | 262.50 |
| 02-28-06 | DBD | Revise response to Office Action. | 1.7 | 314.50 |
| 02-28-06 | LJF | Complete response to office action. | 3.5 | 612.50 |
| 02-28-06 | RJK | Review and revise response to office action. | 0.9 | 225.00 |

Total Matter Services          $          1,506.50
                               ------------------

Delphi Technologies
March 31, 2006
Page 23

Invoice # 129045-15

RE: EGR - Magnetic Flux Director - Primary Pole Piece
    (DP-314547)
I.D. 89190-129705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-04-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 12-21-05 | RJK | Discuss need to advance application with J Haines; review disclosure with associate. | 0.8 | 184.00 |
| 01-04-06 | RCB | Start draft of patent application. | 5.3 | 848.00 |
| 01-05-06 | RCB | Continue draft of application. | 6.1 | 976.00 |
| 01-06-06 | RCB | Complete draft of application. | 3.6 | 576.00 |
| 01-06-06 | RJK | Review/revise draft application. | 2.6 | 650.00 |
| 01-20-06 | RJK | Review/revise draft application; forward draft to inventors for review. | 2.8 | 700.00 |
| 01-23-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-27-06 | RJK | Review comments received from inventor. | 0.3 | 75.00 |
| 01-30-06 | MIH | Review formal drawings received from draftsman. | 0.5 | 40.00 |
| 02-02-06 | DBD | File patent application with U.S. Patent Office. | 0.3 | 55.50 |

Total Matter Services          $          4,305.50
                                          ------------------

Delphi Technologies
March 31, 2006
Page 24

Invoice # 129045-15

RE: EGR - Magnetic Flux Director - Primary Pole Piece
    (DP-314547)
I.D. 89190-129705

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Agent charges for services/disbursements; Prepare formal drawings; CROSSETT DRAFTING | 195.00 |
| Express mail; Commissioner for Patents 2/2/06 | 14.40 |
| USPTO Fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |
| USPTO Fees; Recording each patent assignment; U.S. Patent & Trademark Office | 40.00 |

Total Matter Disbursements    $        1,249.40
-------------------

Delphi Technologies
March 31, 2006
Page 25

Invoice # 129045-16

RE: COMPLAINT CATHODE & ANODE CURRENT COLLECTOR DESIGN (DP
    308851)
I.D. 89190-143902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-06-06 | DBD | Review advisory action; call Examiner regarding status of claims for appeal. | 0.5 | 92.50 |
| 02-02-06 | DBD | Review case for potential amendments for RCE; discuss with R. Kisicki. | 1.1 | 203.50 |
| 02-02-06 | RJK | Advise P Marshall regarding further prosecution. | 0.7 | 175.00 |
| 02-06-06 | DBD | Prepare response to Office Action and RCE. | 2.0 | 370.00 |
| 02-06-06 | RJK | Discuss RCE draft with DBD; review/revise. | 1.5 | 375.00 |

Total Matter Services        $        1,216.00
                                   ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office | 150.00 |
| USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office | 400.00 |
| USPTO fees; Request for continued exam; U.S. Patent & Trademark Office | 790.00 |
| USPTO fees; Extension for response within first month; U.S. Patent & Trademark Office | 120.00 |

Total Matter Disbursements    $        1,460.00
                                   ------------------

Delphi Technologies
March 31, 2006
Page 26

Invoice # 129045-17

RE: (DP308139) PASSIVE GAS SPRING FOR SOLID-OXIDE FUEL CELL
    STACK LOADING - FULL APPLICATION
I.D. 89190-153802

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-02-06 | DBD | Review patent application, Office Action, and cited references. | 1.5 | 277.50 |
| 02-03-06 | DBD | Prepare response to Office Action and terminal disclaimer. | 6.8 | 1,258.00 |
| 02-03-06 | RJK | Review/revise response to Office Action. | 0.9 | 225.00 |

Total Matter Services          $     1,760.50
                                     ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Statutory disclaimer; U.S. Patent & Trademark Office | 130.00 |

Total Matter Disbursements     $       130.00
                                     ------------------

Delphi Technologies
March 31, 2006
Page 27

Invoice # 129045-18

RE: GENERAL IP PATENT MATTERS
I.D.  89190-99R343

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02-02-06 | RJK | Review final agenda for TCR PR meeting. | 0.3 | 75.00 |
| 02-08-06 | RJK | (DP314912) Review searched material; advise J Haines re: patentability in preparation for meeting. | 1.3 | 325.00 |
| 02-08-06 | RJK | Review disclosures in preparation for TCR patent review meeting. | 1.1 | 275.00 |
| 02-09-06 | RJK | Participate in TCR patent review meeting. | 2.8 | 700.00 |
| 02-10-06 | RJK | (Transmission module issue) - review documents received from J Funke. | 0.6 | 150.00 |
| 02-12-06 | RJK | (Transmission module issue) Review of additional references supplied by J Funke. | 1.2 | 300.00 |
| 02-12-06 | RJK | (DP315017) Review ROI; advise P Griffin re: meeting with J Lee to review invention. | 0.4 | 100.00 |
| 02-14-06 | RJK | (DP315017) Meeting with J Lee; report meeting to Delphi. | 1.3 | 325.00 |
| 02-15-06 | RJK | (Transmission module issue) Continue review of references received from J Funke. | 1.5 | 375.00 |
| 02-17-06 | RJK | (Transmission module issue) Review file; prepare for phone conference; attend phone conference with J Funke. | 1.7 | 425.00 |
| 02-17-06 | RJK | (DP315017) Phone call with J Haines to discuss meeting with J Lee. | 0.3 | 75.00 |
| 02-21-06 | RJK | Attend TCF patent review meeting. | 3.7 | 925.00 |
| 02-27-06 | RJK | (DP312518) In follow up to examiner's call, determine whether case was abandoned. | 0.3 | 75.00 |
| 02-28-06 | RJK | (DP310952) Advise P Marshall and J Haines re: inventors request to file a Divisional application. | 0.6 | 150.00 |

Delphi Technologies
March 31, 2006
Page 28

Invoice # 129045-18

RE: GENERAL IP PATENT MATTERS
I.D. 89190-99R343

DATE       ATTY   DESCRIPTION                                HOURS               AMOUNT

                               Total Matter Services          $          4,275.00
                                                              ------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE | | | | |
|---|---|---|---|---|
| February 2006 | | | | |
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | 47 | $7,520.00 |
| Dennis B. Danella | Associate | $185.00 | 51.7 | $9,564.50 |
| Margaret I Hults | Legal Assistant | $80.00 | 4.5 | $360.00 |
| Ronald J. Kisicki | Partner | $230.00 | 17.3 | $3,979.00 |
| Ronald J. Kisicki - 1/01/06 | Partner | $250.00 | 48.6 | $12,150.00 |
| Katherine H. McGuire | Associate | $200.00 | 36.7 | $7,340.00 |
| Lee J. Fleckenstein | Patent Agent | $175.00 | 28 | $4,900.00 |
|  |  |  |  |  |
|  |  |  |  | $45,813.50 |