IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP

### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

April 18, 2006
I.D. 89190
Invoice # 129847

Delphi Technologies
Patrick  M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

## SUPPLEMENTAL BILLING - Oct 8, 2005 thru Feb 28, 2006

Total Fees

| | | |
|---|---|---|
| 80% of total amount = | | 53,894.00 |
| 20% of total amount = | | 13,473.50 |
| | | 67,367.50 |

Total Disbursements          1,015.87

Total This Invoice          $          68,383.37
------------------

CLIENT TOTAL AMOUNT DUE          $          68,383.37
==================

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies
April 18, 2006
Page 2

                                              Invoice # 129847-1

RE: Circuit to Increase Peak Motor Torque in Electronic
    Throttle Control for Ice Breaking (DP-314895)
I.D. 89190-001506


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-12-06 | RJK | Review earlier filed application for relevance. | 0.4 | 100.00 |
| 02-01-06 | RJK | Review additional disclosure material received from J Haines. | 0.5 | 125.00 |

                          Total Matter Services     $      225.00
                                                    ------------------

Delphi Technologies
April 18, 2006
Page 3

Invoice # 129847-2

RE: Multi-Function Fuel Sensor (DP-314925)
I.D. 89190-017706

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-23-06 | RJK | Preliminary review of disclosure; notes to file. | 0.4 | 100.00 |

Total Matter Services          $          100.00
                               --------------------

Delphi Technologies
April 18, 2006
Page 4

Invoice # 129847-3

RE: Fuel Shutoff Valve for an Auxiliary Transfer Pump
    (DP-315080)
I.D. 89190-017806

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-23-06 | RJK | Preliminary review of disclosure; notes to file. | 0.5 | 125.00 |

Total Matter Services    $    125.00
--------------------

Delphi Technologies
April 18, 2006
Page 5

Invoice # 129847-4

RE: Secondary Air Injection Port Location for Induction
    System using Air Meters (DP-314940)
I.D. 89190-017906

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-23-06 | RJK | Preliminary review of disclosure; notes to file. | 0.6 | 150.00 |

Total Matter Services $ 150.00
-------------------

Delphi Technologies
April 18, 2006
Page 6

Invoice # 129847-5

RE: Clad Current Rods for Sof Stack (DP-314897)
I.D. 89190-024206

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-08-06 | RJK | Review disclosure for patentable features; advise J Haines. | 0.7 | 175.00 |
| | | Total Matter Services | $ | 175.00 |

Delphi Technologies
April 18, 2006
Page 7

Invoice # 129847-6

RE: (DP311378)MULTIPLE NOZZLE ATOMIZER W/INDIVIDUAL
    GENERATING FLOW PASSAGES - PATENT APP
I.D. 89190-030404

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-09-05 | RJK | Review office action and references received for expedited response by December 22. | 0.5 | 115.00 |

Total Matter Services    $    115.00
------------------

Delphi Technologies
April 18, 2006
Page 8

Invoice # 129847-7

RE: Staged Fuel Reformer with Internal Temperature Control
    (DP-312256)
I.D. 89190-041905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-11-05 | RJK | Review reference; discuss patentability features with R. Brown. | 0.8 | 184.00 |
| 01-03-06 | RCB | Start draft of patent application. | 7.0 | 1,120.00 |
| 01-04-06 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 01-06-06 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 01-12-06 | RJK | Review/revise draft. | 2.8 | 700.00 |

Total Matter Services    $    3,604.00
-------------------

Delphi Technologies
April 18, 2006
Page 9

Invoice # 129847-8

RE: Temperature Zones in a Solid Oxide Fuel Cell Auxiliary
    Power Unit (DP-304959)
I.D. 89190-042505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-28-05 | DBD | Phone conference with Examiner regarding proposed Examiner's amendment; review Final Office Action and first response to Final Office Action; conference with R. Kisicki regarding  recommendations on proceeding. | 0.7 | 129.50 |
| 11-28-05 | RJK | Discuss request for examiner's amendment with associate. | 0.3 | 69.00 |
| 11-29-05 | RJK | Obtain approval from client to accept examiner's amendment. | 0.3 | 69.00 |
| 11-30-05 | DBD | Phone conference with Examiner regarding proposed Examiner's amendment; prepare memo to file. | 0.4 | 74.00 |

                    Total Matter Services        $        341.50
                                          ------------------

Delphi Technologies
April 18, 2006
Page 10

Invoice # 129847-9

RE: Electric Vehicle Having Multiple-Use SOFC System
   (DP-313832)
I.D. 89190-042605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-06-06 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 01-07-06 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 01-09-06 | RJK | Review/revise draft. | 2.5 | 625.00 |
| 01-17-06 | MIH | Review drawing to be formalized; send to draftsman. | 0.2 | 16.00 |
| 01-23-06 | MIH | Review formalized drawing from draftsman. | 0.2 | 16.00 |
| 02-27-06 | RJK | Make further revisions to draft application. | 2.7 | 675.00 |
| 02-28-06 | RJK | Complete review and revisions to application; send to inventor for first review. | 0.6 | 150.00 |

Total Matter Services    $   3,242.00
                 ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Prepare formal drawings; CROSSETT DRAFTING | 50.00 |

Total Matter Disbursements   $   50.00
                 ------------------

Delphi Technologies
April 18, 2006
Page 11

Invoice # 129847-10

RE: Anode Tail Gas Recycle Flow Determination Strategy for
    SOFC - DP-313695
I.D. 89190-048905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-28-05 | RJK | Review/revise draft application for inventor's review; send to inventors for review. | 1.8 | 414.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-17-06 | MIH | Review drawings received from draftsman; send changes to draftsman. | 0.5 | 40.00 |

                            Total Matter Services      $     494.00
                                                        -------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings for 89190-048905; CROSSETT DRAFTING | 300.00 |

                          Total Matter Disbursements    $     300.00
                                                        -------------------

Delphi Technologies
April 18, 2006
Page 12

Invoice # 129847-11

RE: Assembly Process to Reduce Valve Lift Variation for
    Deactivation Hydraulic Valve Lifters - DP-313014
I.D. 89190-049405

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-13-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 10-14-05 | RCB | Continue draft of patent application. | 6.0 | 960.00 |
| 10-15-05 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 10-18-05 | RJK | Preliminary review of application. | 2.4 | 552.00 |
| 10-25-05 | RJK | Review/revise draft application; call inventor to discuss. | 1.6 | 368.00 |
| 11-29-05 | RJK | Make further changes to application; send to inventor for review. | 2.3 | 529.00 |
| 01-24-06 | RJK | Review changes and additional drawings received from inventor. | 0.8 | 200.00 |

Total Matter Services        $      4,369.00
                             -------------------

Delphi Technologies
April 18, 2006
Page 13

Invoice # 129847-12

RE: Deactivation Lifter with Vented Lost Motion Spring -
    DP-313841
I.D. 89190-049605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-26-06 | RCB | Start draft of application. | 6.5 | 1,040.00 |
| 01-27-06 | RCB | Complete draft of application. | 7.6 | 1,216.00 |

Total Matter Services   $     2,256.00
                             ------------------

Delphi Technologies
April 18, 2006
Page 14

Invoice # 129847-13

RE: Deactivation Lifter with Vented Lost Motion Spring –
DP-313838/840
I.D. 89190-049705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-04-06 | RJK | Follow-up with M Spath regarding conversion of provisional. | 0.3 | 75.00 |
| 01-19-06 | RCB | Start draft of patent application. | 6.0 | 960.00 |
| 01-20-06 | RCB | Continue draft of patent application. | 6.5 | 1,040.00 |
| 01-23-06 | RCB | Complete draft of patent application. | 5.1 | 816.00 |
| 01-25-06 | RJK | Review/revise draft. | 2.9 | 725.00 |
| 01-27-06 | RJK | Complete revisions to draft application. | 2.8 | 700.00 |

Total Matter Services        $        4,316.00
                                        ------------------

Delphi Technologies
April 18, 2006
Page 15

Invoice # 129847-14

RE: A Method for Transient control of Dilution in Engines
   with Variable Cam Phasing - DP-312521
I.D. 89190-050505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-20-05 | RJK | Make further revisions to application; send to inventors for review. | 2.9 | 667.00 |
| 12-12-05 | RJK | Review further changes received from inventor and new embodiment. | 0.5 | 115.00 |
| 12-28-05 | RJK | Review suggested changes received from inventor; work on revisions; seek further clarification from inventor. | 0.7 | 161.00 |
| 02-24-06 | RJK | Review further comments from inventors. | 0.5 | 125.00 |

Total Matter Services          $      1,068.00
                                      ------------------

Delphi Technologies
April 18, 2006
Page 16

Invoice # 129847-15

RE: Self-Centering, Radial Forces Attenuating Bushing
    (DP-313996)
I.D. 89190-060605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 02-24-06 | RJK | Discuss drawings and review claims with associate. | 0.6 | 150.00 |

Total Matter Services       $       311.00
                            ------------------

Delphi Technologies
April 18, 2006
Page 17

Invoice # 129847-16

RE: Control Strategy for Hydraulically Switched Mechanisms
I.D.  89190-075705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI and identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |

Total Matter Services            $          161.00
                        ------------------

Delphi Technologies
April 18, 2006
Page 18

Invoice # 129847-17

RE: A Valve Lash Adjuster with Electro-Hydraulic
    Lost-Motion Capability (DP-313925) SEARCH
I.D. 89190-075805

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10-19-05 | RJK | Discuss drawings with associate. | 0.3 | 69.00 |
| 10-27-05 | RCB | Start drafting patent application. | 7.0 | 1,120.00 |
| 10-28-05 | RCB | Continue drafting patent application. | 7.0 | 1,120.00 |
| 10-31-05 | RCB | Complete draft of patent application. | 4.0 | 640.00 |
| 10-31-05 | RJK | First review of draft application. | 1.6 | 368.00 |
| 12-29-05 | RJK | Review/revise draft application for inventor's review. | 1.5 | 345.00 |
| 01-03-06 | RJK | Further review/revisions to draft application based on inventor's comments. | 1.9 | 475.00 |
| 01-17-06 | RJK | Review further changes to the application received from inventor. | 0.5 | 125.00 |
| 02-03-06 | RJK | Review/revise draft; discuss issues with inventor Dingel. | 1.4 | 350.00 |
| 02-07-06 | RJK | (NO CHARGE) Rework application. | 0.0 | 0.00 |
| 02-08-06 | RJK | (NO CHARGE) Make further changes to application. | 0.0 | 0.00 |
| 02-22-06 | MIH | Review formal drawings received from draftsman; send changes to draftsman. | 1.0 | 80.00 |
| 02-23-06 | RJK | (NO CHARGE) Review formal drawings; revise view. | 0.0 | 0.00 |

Total Matter Services        $        4,692.00
                                    ------------------

Delphi Technologies
April 18, 2006
Page 19

Invoice # 129847-17

RE: A Valve Lash Adjuster with Electro-Hydraulic
    Lost-Motion Capability (DP-313925) SEARCH
I.D. 89190-075805

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Federal Express charges; RJK fedex to Philip Dingle/Delphi  2/9/06; Federal Express Corp. | 15.87 |
| Agent charges for services/disbursements; Formal drawings; CROSSETT DRAFTING | 650.00 |

Total Matter Disbursements     $        665.87
                               -------------------

Delphi Technologies
April 18, 2006
Page 20

Invoice # 129847-18

RE: (DP308133) INTEGRATED FUEL CELL SYSTEM COMPONENT
    MANIFOLD (ICM)
I.D. 89190-078702

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-19-06 | RJK | Review examiner's response to brief on appeal. | 0.6 | 150.00 |

Total Matter Services        $        150.00
                                  -------------------

Delphi Technologies
April 18, 2006
Page 21

Invoice # 129847-19

RE: (DP308142) SOFC FOUR PIECE FLAT STAMPED
        INTERCONNECT/FRAME
I.D. 89190-079502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-14-05 | DBD | Review 3rd Office Action and cited references; formulate strategy for response. | 2.5 | 462.50 |
| 12-15-05 | DBD | Prepare response to Office Action. | 5.7 | 1,054.50 |
| 12-15-05 | RJK | Review/revise response to office action. | 0.9 | 207.00 |

Total Matter Services    $    1,724.00
-------------------

Delphi Technologies
April 18, 2006
Page 22

Invoice # 129847-20

RE: (DP306382CIP) CONDUCTIVE COATINGS FOR PEM FUEL CELL
I.D. 89190-085502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-16-06 | LJF | Phone discussion with inventor and review of documents in preparation for drafting CIP application. | 4.5 | 787.50 |
| 02-19-06 | LJF | Review prior art. | 3.0 | 525.00 |
| 02-20-06 | LJF | Draft application. | 6.0 | 1,050.00 |
| 02-21-06 | LJF | Draft application. | 3.0 | 525.00 |
| 02-22-06 | RJK | Review draft application. | 0.4 | 100.00 |
| 02-23-06 | LJF | Revise draft application. | 2.0 | 350.00 |
| 02-24-06 | LJF | Revise draft application. | 0.5 | 87.50 |
| 02-27-06 | LJF | Final revision of patent application. | 1.0 | 175.00 |
| 02-27-06 | RJK | Follow up on additional priority information relating to application. | 0.3 | 75.00 |
| 02-28-06 | RJK | Obtain information from Delphi re: sign-off by executor of deceased inventor. | 0.3 | 75.00 |

Total Matter Services    $    3,750.00
-------------------

Delphi Technologies
April 18, 2006
Page 23

Invoice # 129847-21

RE: (DP307633) CARRIER GASKET FOR PEM FUEL CELL
I.D. 89190-085902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-03-06 | RJK | Preliminary review of OA and cited references. | 0.4 | 100.00 |

Total Matter Services    $    100.00
------------------

Delphi Technologies
April 18, 2006
Page 24

Invoice # 129847-22

RE: In Exhaust Reformate Burner Device (DP-314248)
I.D. 89190-097405

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 02-24-06 | RCB | Start draft of application. | 4.5 | 720.00 |
| 02-27-06 | RCB | Continue draft of application. | 6.2 | 992.00 |
| 02-28-06 | RCB | Complete draft of application. | 2.3 | 368.00 |
| 02-28-06 | RJK | Preliminary review of draft application. | 2.7 | 675.00 |

Total Matter Services            $       2,916.00
                              ------------------

Delphi Technologies
April 18, 2006
Page 25

Invoice # 129847-23

RE: Close Loop Controls for a Diesel Reformer Using on O/C
    Sensor in the Reformate Gas Stream (DP-313939)
I.D. 89190-097605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-02-05 | RJK | Follow-up on receiving back up documents from Delphi. | 0.3 | 69.00 |
| 11-03-05 | RJK | Review disclosure materials with associate. | 0.4 | 92.00 |
| 11-10-05 | RCB | Start draft of patent application. | 6.0 | 960.00 |
| 11-11-05 | RCB | Continue draft of patent application. | 6.5 | 1,040.00 |
| 11-12-05 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 11-14-05 | RCB | Complete draft of patent application. | 2.0 | 320.00 |
| 12-29-05 | RJK | Review/revise draft application. | 1.7 | 391.00 |

Total Matter Services          $        3,821.00
                                      --------------------

Delphi Technologies
April 18, 2006
Page 26

Invoice # 129847-24

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D.  89190-103502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-12-05 | RJK | Meeting with Dan Cuatt to discuss strategy of seeking continuations to cover the biased spring and the bottoming locking pin; review strategies with associates; advise J Funke. | 1.6 | 368.00 |
| 02-07-06 | RJK | Discuss technology and strategy of filing continuation with associate. | 2.1 | 525.00 |
| 02-15-06 | RJK | Review draft claims of DP308154C re: external bias spring following review of competitor's product; advise J Funke. | 0.6 | 150.00 |

Total Matter Services    $    1,043.00
                        ------------------

Delphi Technologies
April 18, 2006
Page 27

Invoice # 129847-25

RE: Methods of Operating a Compression Ignition Engine and
    a Vehicle System (DP-312154)
I.D. 89190-103505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate; identify invention. | 0.3 | 69.00 |
| | | Total Matter Services | $ | 69.00 |

Delphi Technologies
April 18, 2006
Page 28

Invoice # 129847-26

RE: Non-Distortive Design for Effectively Securing an
    Armature to a Shaft in a Solenoid Actuator (DP-314201)
I.D. 89190-104905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-10-05 | RJK | Meeting with inventor to identify patentable features. | 1.5 | 345.00 |
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-04-05 | RJK | Discuss invention with associate. | 0.4 | 92.00 |

Total Matter Services    $    506.00
------------------

Delphi Technologies
April 18, 2006
Page 29

Invoice # 129847-27

RE: Control in Distributed SOFC APU Modules (DP-314295)
I.D. 89190-105005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-14-05 | RJK | Review disclosure and references; identify patentable features. | 0.7 | 161.00 |
| 12-15-05 | RJK | Further discussion with inventors to identify invention. | 0.3 | 69.00 |
| 01-17-06 | RJK | Review additional disclosure material received from inventor. | 0.5 | 125.00 |
| 01-19-06 | RJK | Review references received from P Griffin. | 0.3 | 75.00 |
| 01-19-06 | RJK | Review additional disclosure material with associate. | 0.3 | 75.00 |
| 01-30-06 | RJK | Discuss patentable features identified by inventors with associate. | 0.5 | 125.00 |
| 02-01-06 | RCB | Start draft of patent application. | 7.0 | 1,120.00 |
| 02-02-06 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 02-03-06 | RCB | Complete draft of patent application. | 5.5 | 880.00 |
| 02-03-06 | RJK | Further review/revisions to application. | 2.7 | 675.00 |
| 02-23-06 | RJK | Further review and revisions to application. | 2.4 | 600.00 |
| 02-28-06 | RJK | Review revisions received from inventors. | 0.6 | 150.00 |

Total Matter Services        $    4,935.00
                            ------------------

Delphi Technologies
April 18, 2006
Page 30

Invoice # 129847-28

RE: Dual Stroke Injector Using SMA (DP-314188)
I.D. 89190-105205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-03-05 | RJK | Review disclosure and discuss with associate. | 0.4 | 92.00 |
| 11-08-05 | KHM | Begin preparing patent application. | 2.0 | 400.00 |
| 02-24-06 | RJK | Discuss disclosure with associate. | 0.3 | 75.00 |

Total Matter Services      $      567.00
-------------------

Delphi Technologies
April 18, 2006
Page 31

Invoice # 129847-29

RE: Mixture Preparation by Metal Foam Vaporizer (DP-314345)
I.D. 89190-106405

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |

Total Matter Services $ 92.00
-------------------

Delphi Technologies
April 18, 2006
Page 32

Invoice # 129847-30

RE: Diesel Reservoir Ice Bypass Valve (DP-312202)
I.D. 89190-118605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-11-05 | RJK | Review disclosure; identify invention. | 0.5 | 115.00 |
| 11-03-05 | RJK | Review disclosure and discuss with associate. | 0.7 | 161.00 |
| 02-24-06 | KHM | Review ROI. Prepare e-mail to inventors requesting better drawings. | 1.0 | 200.00 |
| 02-24-06 | RJK | Follow up on completing application and filing; review draft. | 0.3 | 75.00 |
| 02-27-06 | KHM | Prepare patent application. Forward draft application to inventors for comment. Forward informal drawings to draftsman requesting preparation of formal drawings. | 7.0 | 1,400.00 |
| 02-28-06 | KHM | Revise application in accordance with inventors' comments. Review drawings from draftsman and forward to inventors for comment. Enter reference numerals on drawings and forward to draftsman for finalizing. E-mail revised application and drawings to inventors for review and comment. | 3.5 | 700.00 |

Total Matter Services          $      2,651.00
                                   ------------------

Delphi Technologies
April 18, 2006
Page 33

Invoice # 129847-31

RE: Algorithm for DPT Burnout Using DNT Catalyst with
    Reformate (DP-314378)
I.D. 89190-118805

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-03-05 | RJK | Review disclosure and identify invention; discuss combining DP-314378 and DP-314379 with associate. | 0.4 | 92.00 |
| 11-07-05 | LJF | Review disclosures and prior art. | 4.5 | 787.50 |
| 11-10-05 | LJF | Phone conference with inventor; draft patent application. | 3.5 | 612.50 |
| 11-11-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 11-30-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 12-02-05 | LJF | Draft patent application; review with inventor. | 4.0 | 700.00 |

Total Matter Services        $       3,767.00
                           -------------------

Delphi Technologies
April 18, 2006
Page 34

Invoice # 129847-32

RE: Face Seal Variable Cam Phaser (DP-314579)
I.D. 89190-129105

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 12-16-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 12-17-05 | RCB | Continue draft of patent application. | 4.5 | 720.00 |
| 12-19-05 | RCB | Complete draft of patent application. | 3.5 | 560.00 |
| 12-22-05 | RJK | Review/revise application. | 2.9 | 667.00 |
| 12-30-05 | RJK | Make further revisions to draft application for inventor's review. | 2.9 | 667.00 |

Total Matter Services   $   3,815.00
------------------

Delphi Technologies
April 18, 2006
Page 35

Invoice # 129847-33

RE: Spiral Wound Hydrocarbon Absorber (DP-314365)
I.D. 89190-129205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-18-05 | RJK | Review request from J Haines to determine whether invention can be included in DP312182. | 0.3 | 69.00 |
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 02-21-06 | RCB | Start draft of patent application. | 5.5 | 880.00 |
| 02-22-06 | RCB | Complete draft of patent application. | 3.5 | 560.00 |
| 02-22-06 | RJK | First review of application; revise. | 2.9 | 725.00 |

Total Matter Services    $    2,395.00
------------------

Delphi Technologies
April 18, 2006
Page 36

Invoice # 129847-34

RE: Injector Fuel Filter with Built-in Orifice for Flow
    Restriction (DP-314200)
I.D. 89190-129505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-03-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 02-24-06 | KHM | E-mail inventors with questions concerning disclosure. | 1.0 | 200.00 |
| 02-24-06 | RJK | Discuss disclosure with associate. | 0.3 | 75.00 |

Total Matter Services    $    436.00
------------------

Delphi Technologies
April 18, 2006
Page 37

Invoice # 129847-35

RE: Cam Phasing System with Mid-Position Engine Shut Down
     (DP-313928)
I.D. 89190-132905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-25-05 | RJK | Review ROI and how it relates to DP314435; call P Griffin to discuss. | 1.0 | 230.00 |
| 10-26-05 | RJK | Discuss invention with D Cuatt; advise P Griffin. | 0.7 | 161.00 |
| 11-04-05 | RJK | Review disclosure; identify invention. | 0.4 | 92.00 |
| 02-17-06 | RCB | Start drafting application. | 4.0 | 640.00 |
| 02-18-06 | RCB | Continue drafting patent application. | 6.2 | 992.00 |
| 02-21-06 | RCB | Continue drafting patent application. | 3.5 | 560.00 |
| 02-22-06 | RCB | Complete draft of patent application. | 5.8 | 928.00 |
| 02-23-06 | RJK | Preliminary review of draft application. | 2.6 | 650.00 |

Total Matter Services     $     4,253.00
                                -------------------

Delphi Technologies
April 18, 2006
Page 38

Invoice # 129847-36

RE: Thick Septum Method (DP-314572)
I.D. 89190-140505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-19-05 | RCB | Start draft of patent application. | 3.0 | 480.00 |
| 12-20-05 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 12-21-05 | RCB | Complete draft of patent application. | 6.5 | 1,040.00 |
| 12-23-05 | RJK | First review of application/revise. | 2.9 | 667.00 |
| 12-30-05 | RJK | Review/revise draft application for inventor's review. | 2.8 | 644.00 |

Total Matter Services    $    3,711.00
------------------

Delphi Technologies
April 18, 2006
Page 39

Invoice # 129847-37

RE: Roller Finger Follower (H-204352EP) Re: Application No:
    99920002.5; Patent No: EP 1 157 193 B1
I.D. 89190-158905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-20-05 | RJK | Discuss Euro office action with P Griffin. | 0.2 | 46.00 |
| 12-30-05 | RJK | Review materials received from PG re: Euro opposition. | 1.2 | 276.00 |
| 01-09-06 | RJK | Review opposition; advise P Griffin. | 1.6 | 400.00 |

Total Matter Services        $        722.00
------------------

Delphi Technologies
April 18, 2006
Page 40

Invoice # 129847-38

RE: Deactivation Roller Finger Follower (DP-314781)
I.D. 89190-159005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-08-06 | RJK | Identify patentable features in view of DP310086. | 0.8 | 200.00 |
| | | Total Matter Services | $ | 200.00 |

------------------

| TIMEKEEPER RATE AND FEE SCHEDULE - DELPHI AUTOMOTIVE | | | | |
| :--- | :--- | :--- | :--- | :--- |
| Supplemental billing …. October 9, 2005 - February 28, 2006 | | | | |
| TIMEKEEPER | TITLE | RATE | TOTAL HOURS | FEES INCURRED |
| Robert C. Brown | Patent Agent | $160.00 | 203.7 | $32,592.00 |
| Dennis B. Danella | Associate | $185.00 | 9.3 | $1,720.50 |
| Margaret I Hults | Legal Assistant | $80.00 | 2.4 | $192.00 |
| Ronald J. Kisicki | Partner | $230.00 | 48.1 | $11,063.00 |
| Ronald J. Kisicki - 1/01/06 | Partner | $250.00 | 46.9 | $11,725.00 |
| Katherine H. McGuire | Associate | $200.00 | 14.5 | $2,900.00 |
| Lee J. Fleckenstein | Patent Agent | $175.00 | 41 | $7,175.00 |
| | | | | |
| | | | | $67,367.50 |