JAECKLE FLEISCHMANN & MUGEL, LLP
12 Fountain Plaza
Buffalo, New York 14202-2292
(716) 856-0600
Ronald J. Kisicki
Joseph W. Allen (JA-4311)

*Intellectual Property Counsel for Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                           :
In re:                                                     :     Chapter 11
                                                           :
DELPHI CORPORATION et al.,                                 :     Case No. 05-44481 (RDD)
                                                           :
                              Debtors.                     :     (Jointly Administered)
                                                           :
-----------------------------------------------------------x

**ORDER APPROVING FIRST INTERIM APPLICATION
OF JAECKLE FLEISCHMANN & MUGEL, LLP
AS INTELLECTUAL PROPERTY COUNSEL FOR
DEBTORS FOR INTERIM COURT APPROVAL,
ALLOWANCE AND PAYMENT OF COMPENSATION
FOR SERVICES RENDERED AND EXPENSES ADVANCED
FROM OCTOBER 8, 2005 THROUGH FEBRUARY 28, 2006**

This matter comes before the Court upon the First Interim Application ("First Application") of Jaeckle Fleischmann & Mugel, LLP ("JF&M") as Special Counsel to Debtors for intellectual property matters, seeking compensation and for reimbursement of expenses for the period from October 8, 2005 through February 28, 2006 (the "First Application Period").

This Court having reviewed the First Application; and no objections or comments to the First Application having been filed; and this Court having determined that the legal and factual bases set forth in the First Application establish just cause for the relief granted herein,

THIS COURT HEREBY FINDS THAT:

(1)     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(B). Venue of this Chapter 11 case and First Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and the Local Bankruptcy Rules.

(2)     JF&M is a duly appointed professional in the above-captioned Debtors' Chapter 11 cases.

(3)     JF&M served the First Application with all exhibits by overnight mail to all Notice Parties referenced at Paragraph 2.a of the Order establishing compensation procedures. JF&M served a Notice of filing and objection/hearing dates by electronic mail (or by fax or overnight mail when no email address provided) upon all persons on the Master Service List and the 2002 List.

(4)     No objections were filed.

(5)     Based upon this Court's review of the Application and the schedules attached thereto, the fees and expenses are reasonable, actual and necessary.

IT IS, THEREFORE, ORDERED, that:

1.     The First Application is APPROVED AND GRANTED.

2.     The fees and reimbursable expenses for the First Application Period are approved and allowed in the following amounts, and Debtors may pay JF&M such amounts to the extent not already paid:

2

|  |  |
|---|---|
| Fees (80%) | $186,205.00 |
| Holdback Amount (20%) | $ 46,551.40 |
|  | $232,757.00 |
| Expenses (100%) | $ 51,463.07 |
| Total | $284,220.07 |

Dated:   New York, New York
         _____, 2006

_____
United States Bankruptcy Judge

803876