MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
Attorneys for United Steelworkers
1350 Broadway, Suite 501
New York, New York 10018
212 239 4999
Lowell Peterson (LP 5405)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

DELPHI CORPORATION, et al.                    Case Nos. 05-44481 (RDD)
                                              Jointly Administered

                    Debtors.
---------------------------------------------------------------x

### RESPONSE OF USW TO MOTION OF INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) TO LIMIT PARTICIPATION IN THE HEARING ON DELPHI'S SECTION 1113 AND SECTION 1114 MOTION

The United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers, International Union (USW), AFL-CIO (the "USW" or "United Steelworkers") supports the Motion of International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW) to Limit Participation in the Hearing on Delphi's Section 1113 and Section 1114 Motion dated April 26, 2006 for the reasons stated therein. The USW reiterates its position that the focus of any 1113/1114 proceeding should, by operation of the statute and in the interest of efficiency, be on the bargaining between the Debtors and the respective unions and retiree representatives, not on the litigation.

Dated:  April 28, 2006

        MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

        By:  /s/ LOWELL PETERSON
        Lowell Peterson (LP 5405)

        1350 Broadway, Suite 501
        New York, New York 10018
        212 239 4999
        212 239 1311 (fax)
        lpeterson@msek.com

        David R. Jury
        Assistant General Counsel
        United Steelworkers
        Five Gateway Center, Room 807
        Pittsburgh, Pennsylvania 15222
        (412) 562-2545
        (412) 562-2429 (fax)
        djury@usw.org

        Attorneys for United Steelworkers

76378