UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------  x

In re:                                                          :       Chapter 11
                                                                  :
DELPHI CORP., *et al.*,                                  :       Case No. 05 B 44481 (RDD)
                                                                  :
                                         Debtors.        :       (Jointly Administered)

-------------------------------------------------------  x

**NOTICE OF APPOINTMENT OF COMMITTEE OF EQUITY SECURITY HOLDERS**

The United States Trustee for Region 2 hereby appoints the following seven equity

security holders of Delphi Corporation to the Committee of Equity Security Holders in the

Delphi Cases pursuant to 11 U.S.C. § 1102:


1.      Brandes Investment Partners, L.P.
        11988 El Camino Real, Suite 500
        San Diego, CA 92103

2.      Luqman Yacub
        P. O. Box 1026
        Hartville, Ohio 44632

3.      James E. Bishop, Sr.
        502 Shiloh Dr. # 9
        Laredo, Texas 78045

4.      D.C. Capital Partners, L.P.
        800 Third Avenue 40th Floor
        New York, NY 10022

5.      James N. Koury, trustee of the Koury Family Trust
        410 Reposado Dr.
        La Habra Heights, California 90631

- 1 -

6.      James H. Kelly
        P. O. Box 4426
        Boulder, Colorado 80306

7.      Dr. Betty Anne Jacoby
        18 Fox Hill Drive
        Little Silver, New Jersey

Dated: New York, New York
       April 28, 2006

                                        DIANA G. ADAMS
                                        ACTING UNITED STATES TRUSTEE

                                By:     /s/ Alicia M. Leonhard
                                        Alicia M. Leonhard (AML-6060)
                                        Attorney

                                        33 Whitehall Street
                                        21st Floor
                                        New York, New York 10004-2112
                                        Tel. No. (212) 510-0500
                                        Fax. No. (212) 668-2255