BANNER & WITCOFF, LTD.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
312-463-5000
Charles W. Shifley
Binal J. Patel

Intellectual Property Attorneys for Delphi Corporation, et al.,
Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
        In re                 :    Chapter 11
                              :
DELPHI CORPORATION, et al.    :    Case No. 05-44481 (RDD)
                              :
              Debtors.        :    (Jointly Administered)
                              :
------------------------------X

## FILED UNDER SEAL

The materials herein are filed pursuant to the Joint Interest Agreement Order, entered by this Court April 18, 2006 (the "Order"). Pursuant to the Order, the attached materials contain confidential information and may be viewed only by the Chambers of the Honorable Robert D. Drain, the Debtors' counsel, the United States Trustee, and other Designated Recipients. Copies of the attached materials are available solely under the procedures set forth in the Order.

Respectfully submitted,

*/s/ Charles W. Shifley/*
Charles W. Shifley
Binal J. Patel
Banner & Witcoff, Ltd.
10 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001