# EXHIBIT B

# EXHIBIT B

# EXHIBIT B

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professional
October 8, 2005 through January 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Cvach, Gary | Partner | $ 760 | 1.3 | $ 988.00 |
| Klasing, Martha | Partner | $ 760 | 2.9 | $ 2,204.00 |
| Silberg, Gary | Partner | $ 435 | 7.3 | $ 3,175.50 |
| Van Orden, Len | Partner | $ 435 | 1.0 | $ 435.00 |
| Advani, Vikram | Partner | $ 425 | 4.0 | $ 1,700.00 |
| Alexandrou, Anthony | Partner | $ 425 | 61.4 | $ 26,095.00 |
| Andrade, Rogerio V | Partner | $ 425 | 5.5 | $ 2,337.50 |
| Bacon, Michael | Partner | $ 425 | 7.8 | $ 3,315.00 |
| Chung, S. M. | Partner | $ 425 | 0.5 | $ 212.50 |
| Des Places, Laurent | Partner | $ 425 | 5.8 | $ 2,465.00 |
| Forbes, Andrew | Partner | $ 425 | 5.0 | $ 2,125.00 |
| Gajdziński, Marek | Partner | $ 425 | 5.3 | $ 2,252.50 |
| Hernandez, Mario A. | Partner | $ 425 | 33.9 | $ 14,407.50 |
| Jo, Ja Young | Partner | $ 425 | 5.0 | $ 2,125.00 |
| Karpen, Patrick | Partner | $ 425 | 16.0 | $ 6,800.00 |
| Kerschbaumer, Helmut | Partner | $ 425 | 1.0 | $ 425.00 |
| Kratz, Johan | Partner | $ 425 | 6.2 | $ 2,635.00 |
| Meyring, Norbert | Partner | $ 425 | 20.1 | $ 8,542.50 |
| Moemken, Bernhard | Partner | $ 425 | 37.0 | $ 15,725.00 |
| Murray, Peter | Partner | $ 425 | 3.4 | $ 1,445.00 |
| Nink, Gabriella | Partner | $ 425 | 3.0 | $ 1,275.00 |
| Rinaldi, Michele | Partner | $ 425 | 1.0 | $ 425.00 |
| Serrate, Fernando | Partner | $ 425 | 5.0 | $ 2,125.00 |
| Viegas, Ines | Partner | $ 425 | 15.6 | $ 6,630.00 |
| Wallace, David | Partner | $ 425 | 2.0 | $ 850.00 |
| Yong, Doyoung | Sr. Manager | $ 520 | 116.5 | $ 60,580.00 |
| Cheung, Anita | Sr. Manager | $ 375 | 11.0 | $ 4,125.00 |
| Chiu, W. H. | Sr. Manager | $ 375 | 5.0 | $ 1,875.00 |
| Frucci, Jay | Sr. Manager | $ 375 | 12.5 | $ 4,687.50 |
| Hwang, Andrew | Sr. Manager | $ 375 | 168.5 | $ 63,187.50 |
| Brickley, Douglas | Director | $ 345 | 2.1 | $ 724.50 |
| Khan, Adil | Director | $ 345 | 27.9 | $ 9,625.50 |
| Nandy, Robin | Manager | $ 405 | 36.8 | $ 14,904.00 |
| Avenale, Fabio | Manager | $ 325 | 3.0 | $ 975.00 |
| Azevedo, Paulo | Manager | $ 325 | 3.1 | $ 1,007.50 |
| Balzar, Christoph | Manager | $ 325 | 20.7 | $ 6,727.50 |
| Barquero Royo, Miguel | Manager | $ 325 | 40.0 | $ 13,000.00 |
| Beer, Gabor | Manager | $ 325 | 10.0 | $ 3,250.00 |
| Bourke, Peter | Manager | $ 325 | 13.8 | $ 4,485.00 |
| Doogar, Disha | Manager | $ 325 | 25.2 | $ 8,190.00 |
| Fagundes, Leandro | Manager | $ 325 | 7.5 | $ 2,437.50 |
| Gulati, Rohit | Manager | $ 325 | 13.0 | $ 4,225.00 |
| Hwang, Joe Nam | Manager | $ 325 | 27.7 | $ 9,002.50 |
| Khetan, Sandip | Manager | $ 325 | 8.0 | $ 2,600.00 |
| Lespron, Fernando | Manager | $ 325 | 34.1 | $ 11,082.50 |
| Lim, Dongjin | Manager | $ 325 | 398.0 | $ 129,350.00 |
| Massey, Leanne | Manager | $ 325 | 27.9 | $ 9,067.50 |
| Miotto, Federico | Manager | $ 325 | 5.0 | $ 1,625.00 |
| Modicom, Helene | Manager | $ 325 | 2.9 | $ 942.50 |
| Muehlenbrock, Sven | Manager | $ 325 | 10.0 | $ 3,250.00 |
| Nagórko, Katarzyna | Manager | $ 325 | 31.7 | $ 10,302.50 |
| Neto, Nuno | Manager | $ 325 | 51.6 | $ 16,770.00 |

# EXHIBIT B

Delphi Corporation, et al.
Summary of Hours and Standard Fees Incurred By Professional
October 8, 2005 through January 31, 2006

| Name of Professional Person | Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Ng, C.W. | Manager | $ 325 | 10.0 | $ 3,250.00 |
| Poiron-Crocheton, Florence | Manager | $ 325 | 77.9 | $ 25,317.50 |
| Schaefer, Frank | Manager | $ 325 | 245.9 | $ 79,917.50 |
| Schlesinger, Agnes | Manager | $ 325 | 1.5 | $ 487.50 |
| Sim, S. L. | Manager | $ 325 | 6.0 | $ 1,950.00 |
| Wang, Jason | Manager | $ 325 | 79.2 | $ 25,740.00 |
| Wolniakowski, Karol | Manager | $ 325 | 10.7 | $ 3,477.50 |
| Larocca, Leonard | Manager | $ 290 | 24.9 | $ 7,221.00 |
| Froylan, Sandra | Sr. Associate | $ 320 | 71.2 | $ 22,784.00 |
| de Forges, Arielle | Staff Senior | $ 225 | 13.8 | $ 3,105.00 |
| Han, Jin Hee | Staff Senior | $ 225 | 5.8 | $ 1,305.00 |
| Jones, Kevin | Sr. Associate | $ 210 | 20.6 | $ 4,326.00 |
| Sellers, Monica | Sr. Associate | $ 210 | 14.2 | $ 2,982.00 |
| Uberoi, Sakshi | Staff Accountant | $ 175 | 5.0 | $ 875.00 |
| Darin, Mark | Associate | $ 260 | 18.0 | $ 4,680.00 |
| Sukurs, John | Associate | $ 150 | 27.9 | $ 4,185.00 |
| Less 50% Travel | | | | $ (1,965.00) |
| Subtotal Hours and Fees | | | 2,003.1 | $ 698,352.00 |

*TAX - International Executive Services*

| Category | Number of Employees | Cost per Tax Return | Tax Return In Progress | Tax Return Completed | Total Compensation |
|---|---|---|---|---|---|
| US Inbound Expatriates | 154 | $1,750 | 120 | 34 | $ 164,500.00 |
| US Outbound Expatriates | 294 | $1,750 | 259 | 33 | $ 284,375.00 |
| Mexico Border Employees | 549 | $750 | 165 | 384 | $ 349,875.00 |
| J-1 Trainees | 135 | $375 | 0 | 135 | $ 50,625.00 |
| US Outbound Expatriates (Amended Return) | 4 | $800 | 0 | 4 | $ 3,200.00 |
| | | | | | $ 852,575.00 |

| | | |
|---|---|---|
| Subtotal - Fees | | $ 1,550,927.00 |
| Agreed upon Rate Discount (per IES Engagement Letter) | | $ (31,842.00) |
| Adjusted Discounted Fees | | $ 1,519,085.00 |
| Less Unapplied Residual Retainer | | $ (79,962.50) |
| Total Hours and Fees | 2,003.1 | $ 1,439,122.50 |
| Out of Pocket Expenses | | $ 17,631.00 |
| **Net Requested Fees & Out of Pocket Expenses** | | **$ 1,456,753.50** |