# EXHIBIT C

# EXHIBIT C

Delphi Corporation, et al.
Summary of Out of Pocket Expenses
October 8, 2005 through January 31, 2006

| Category | | Amount |
|---|---|---|
| Airfare | F1 | $ 10,411.00 |
| Ground Transportation | F1 | $ 3,816.00 |
| Lodging | F1 | $ 2,732.00 |
| Meals | F1 | $ 672.00 |
| Other | F1 | $ - |
| **Total expenses** | | $ 17,631.00 |