# EXHIBIT D

# EXHIBIT D

Delphi Corporation, et al.
Compensation by Project Category
October 8, 2005 through January 31, 2006

| Category | Attachment | Hours | Amount |
|---|---|---|---|
| Tax - International Tax Process Improvement | E1 | 1,590.9 | $ 548,432.50 |
| Tax - International Executive Services | E2 | 246.7 [1] | $ 958,715.00 |
| Fee Statements and Fee Applications | E3 | 51.7 | $ 15,411.50 |
| Travel Time | E4 | 13.2 | $ 1,965.00 |
| Transaction Services - Project Rhoades | E5 | 100.6 | $ 26,403.00 |
| Total hours and fees | | **2,003.1** | **$ 1,550,927.00** |

---

[1] These hours relate to billings totalling $106,140.00. The remaining compensation charges are based on tax return rates.