## Exhibit C

### Timekeeper Summary

| Timekeeper | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Aaron Marcu | Partner | 720.00 | 84.80 | $61,056.00 |
| Michael B. Hopkins | Partner | 720.00 | 0.30 | $216.00 |
| Peter Trooboff | Partner | 580.00 | 1.20 | $696.00 |
| Alan Pemberton | Partner | 550.00 | 0.20 | $110.00 |
| Adam B. Siegel | Partner | 540.00 | 36.10 | $19,494.00 |
| Peter L. Flanagan | Partner | 520.00 | 0.30 | $156.00 |
| Jennifer A. Johnson | Partner | 440.00 | 0.80 | $352.00 |
| Barbara Hoffman | Of Counsel | 490.00 | 111.40 | $54,586.00 |
| Susan Power Johnston | Of Counsel | 490.00 | 13.30 | $6,517.00 |
| Keith L. Lieberthal | Associate | 430.00 | 15.00 | $6,450.00 |
| Michael J. Naft | Associate | 390.00 | 521.80 | $203,502.00 |
| Kimberly A. Strosnider | Associate | 365.00 | 8.20 | $2,993.00 |
| Gina Renee Merrill | Associate | 250.00 | 375.80 | $93,950.00 |
| Michelle R. Julian | Paralegal | 185.00 | 1.30 | $240.50 |
| Christa M. Cavaluchi | Paralegal | 175.00 | 1.90 | $332.50 |
| Christopher M. Lynch | Paralegal | 175.00 | 20.90 | $3,657.50 |
| Troy Robillos | Paralegal | 175.00 | 0.20 | $35.00 |
| Michael W. Gramer | Paralegal | 170.00 | 0.20 | $34.00 |
| Meredith I. Friedman | Paralegal | 165.00 | 96.40 | $15,906.00 |
| Carolyn Chan | Paralegal | 160.00 | 11.50 | $1,840.00 |
| Charlotte Wong | Paralegal | 160.00 | 1.00 | $160.00 |
| Lisa A. Passanante | Paralegal | 160.00 | 2.50 | $400.00 |
| Rachel Rosenthal | Paralegal | 160.00 | 28.00 | $4,480.00 |
| Samuel D. Brotman | Paralegal | 160.00 | 80.00 | $12,800.00 |
| Karen Schubart | Library Staff | 140.00 | 1.50 | $210.00 |
| Elizabeth B. LeDoux | Library Staff | 125.00 | 0.50 | $62.50 |
| Felicia D. Maynard | Library Staff | 90.00 | 0.50 | $45.00 |
| TOTAL | | | 1,415.60 | $490,281.00 |
| **Blended Hourly Rate** | | **$334.00** | | |

NY: 506709-1

## Matter Summary

| Matter | Description | Hours | Amount |
|---|---|---|---|
| 30175.00002 | Special Committee | 1294.80 | $ 435,895.00 |
| 30175.00003 | Auditor Selection | 110.90 | $ 50,431.00 |
| 26186.06101 | General Foreign Trade Controls | 9.90 | $ 3,955.00 |
| | | 1415.60 | $490,281.00 |