## Exhibit D

## Summary of Disbursements

## October 2005

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/05 | Scanning | 0.30 |
| 10/10/05 | Scanning | 0.15 |
| 10/10/05 | Scanning | 0.30 |
| 10/10/05 | Scanning | 0.15 |
| | **TOTAL FOR COST CODE: 020** | **0.90** |

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/05 | Duplicating Copies:  2 | 0.20 |
| 10/09/05 | Duplicating Copies:  6 | 0.60 |
| 10/09/05 | Duplicating Copies:  4 | 0.40 |
| 10/09/05 | Duplicating Copies:  2 | 0.20 |
| 10/11/05 | Duplicating Copies:  6 | 0.60 |
| 10/11/05 | Duplicating Copies:  145 | 14.50 |
| 10/11/05 | Duplicating Copies:  2 | 0.20 |
| 10/12/05 | Duplicating Copies:  7 | 0.70 |
| 10/12/05 | Duplicating Copies:  3 | 0.30 |
| 10/21/05 | Duplicating Copies:  59 | 5.90 |
| | **TOTAL FOR COST CODE: 021** | **23.60** |

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/05 | Westlaw Research User: NAFT,MICHAEL | 183.66 |
| 10/21/05 | Westlaw Research User: MERRILL,GINA R | 103.39 |
| 10/20/05 | Westlaw Research User: NAFT,MICHAEL | 31.36 |
| 10/23/05 | Westlaw Research User: MERRILL,GINA R | 56.23 |
| 10/24/05 | Westlaw Research User: NAFT,MICHAEL | 204.49 |
| 10/24/05 | Westlaw Research User: MERRILL,GINA R | 28.86 |
| 10/25/05 | Westlaw Research User: MERRILL,GINA R | 6.25 |
| 10/09/05 | Westlaw Research User: MERRILL,GINA R | 118.41 |
| 10/10/05 | Lexis Research User: MERRILL, GINA RENEE | 2.44 |
| 10/28/05 | Computer Research GLOBAL SECURITIES INFORMATION, INC. - September 2005 LIVEDGAR Contract. Approved by J. Harbison. - (klc) | 62.90 |
| 10/31/05 | Westlaw Research User: NAFT,MICHAEL | 254.37 |
| 10/31/05 | Westlaw Research User: MERRILL,GINA R | 14.75 |
| | **TOTAL FOR COST CODE: 058** | **1,067.11** |

| Date | Description | Amount |
|---|---|---|
| 10/31/05 | INTABORO CAR Voucher: 324833 Invoice #: 1063708      For: MERRILL,GINA From: M,1330 6 AVE      To: QU, 11102 | 38.76 |
| 10/11/05 | INTABORO CAR Voucher: 44046 Invoice #: 1062259      For: MARCU, From: M,401 7 AVE      To: M,1330 6 AVE | 22.44 |
| 10/11/05 | INTABORO CAR Voucher: 98624 Invoice #: 1062439      For: LIEBDERTHAL, From: M,401 7 AVE      To: M, W 10 ST | 22.44 |
| 10/11/05 | INTABORO CAR Voucher: 50724 Invoice #: 1062439      For: MARCU,AARON From: BK, 11201      To: M,111 E 71 ST | 122.40 |
| 10/11/05 | INTABORO CAR Voucher: 45867 Invoice #: 1062439      For: MARCU,ALLEN From: M,1330 6 AVE      To: M, W 33 ST | 22.65 |
| | **TOTAL FOR COST CODE: 061** | **228.69** |

| Date | Description | Amount |
|---|---|---|
| 10/10/05 | Business Meals MICHAEL J. NAFT/ REIMB. EXP. (WILMINGTON, DE 10/10/05 - CLIENT MEETING) MEAL (ma) | 9.00 |
| 10/11/05 | Business Meals AARON R. MARCU/ RREIMB. EXP. (WILMINGTON, DE TRIP 10/11/05 - CLIENT MEETING) MEAL FOR MARCU, NAFT, LIEBERTHAL  (ma) | 31.00 |
| 10/31/05 | Seamless Web food Services. Inv #: 94496 Order Date: 10/31/2005 By: Merrill Gina R Order #: 26033199      By: Merrill Gina Office ID: NYC | 20.00 |
| | **TOTAL FOR COST CODE: 101** | **60.00** |

| Date | Description | Amount |
|---|---|---|
| 10/14/05 | Overtime Transportation CASH, PCM3 10/21/05 Various (mv) | 39.00 |
| 10/12/05 | Overtime Transportation CASH, PCM3 10/21/05 Various (mv) | 83.00 |
| | **TOTAL FOR COST CODE: 105** | **122.00** |

| Date | Description | Amount |
|---|---|---|
| 10/10/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 10/19/05 | Long Distance Calls Extension: 11078 | 3.60 |
| 10/21/05 | Long Distance Calls Extension: 11078 | 0.18 |
| 10/26/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 10/27/05 | Long Distance Calls Extension: 00000 | 1.62 |
| 10/28/05 | Long Distance Calls Extension: 11078 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **6.12** |

| Date | Description | Amount |
|---|---|---|
| 10/11/05 | Travel AARON R. MARCU/ RREIMB. EXP. (WILMINGTON, DE TRIP 10/11/05 - CLIENT MEETING) TAXIS (ma) | 173.60 |
| | **TOTAL FOR COST CODE: 152** | **173.60** |

| Date | Description | Amount |
|---|---|---|
| 10/11/05 | Air Rail Travel AARON R. MARCU/ RREIMB. EXP. (WILMINGTON, DE TRIP 10/11/05 - CLIENT MEETING) AMTRACK FOR MARCU, NAFT, LIEBERTAL (ma) | 687.00 |
| | **TOTAL FOR COST CODE: 156** | **687.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/05 | Telephone Calls GEOCONFERENCE LTD. - Conference call charge on 9/6/05 by A. Marcu -  (klc) | 14.00 |
| | **TOTAL FOR COST CODE: 158** | **14.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/05 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **22.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 10/21/05 | Metered Mail | 1.06 |
| 10/21/05 | Metered Mail | 1.66 |
| | **TOTAL FOR COST CODE: 714** | **2.72** |

## Total Client Charges:                                   $ 2,408.24

## November 2005

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/05 | Scanning | 4.20 |
| 11/15/05 | Scanning | 0.30 |
| 11/16/05 | Scanning | 4.50 |
| 11/22/05 | Scanning | 1.20 |
| | **TOTAL FOR COST CODE: 020** | **10.20** |

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/05 | Duplicating Copies:  11 | 1.65 |
| 11/21/05 | Duplicating Copies:  103 | 15.45 |
| 11/21/05 | Duplicating Copies:  109 | 16.35 |
| 11/22/05 | Duplicating Copies:  73 | 10.95 |
| 11/29/05 | Duplicating Copies:  3 | 0.45 |
| 11/03/05 | Duplicating Copies:  2 | 0.30 |
| 11/07/05 | Duplicating Copies:  201 | 30.15 |
| 11/11/05 | Duplicating Copies:  1 | 0.15 |
| 11/14/05 | Duplicating Copies:  35 | 5.25 |
| 11/14/05 | Duplicating Copies:  7 | 1.05 |
| 11/14/05 | Duplicating Copies:  4 | 0.60 |
| 11/14/05 | Duplicating Copies:  9 | 1.35 |
| 11/16/05 | Duplicating Copies:  109 | 16.35 |
| 11/16/05 | Duplicating Copies:  30 | 4.50 |
| | **TOTAL FOR COST CODE: 021** | **104.55** |

| Date | Description | Amount |
|------|-------------|--------|
| 11/13/05 | Westlaw Research User: NAFT,MICHAEL | 85.66 |
| 11/14/05 | Westlaw Research User: MERRILL,GINA R | 39.23 |
| 11/15/05 | Westlaw Research User: MERRILL,GINA R | 19.13 |
| 11/15/05 | Westlaw Research User: NAFT,MICHAEL | 131.68 |
| 11/16/05 | Westlaw Research User: NAFT,MICHAEL | 97.36 |
| 11/16/05 | Westlaw Research User: MERRILL,GINA R | 80.95 |
| 11/17/05 | Westlaw Research User: MERRILL,GINA R | 3.13 |
| 11/01/05 | Westlaw Research User: MERRILL,GINA R | 85.56 |
| 11/02/05 | Westlaw Research User: NAFT,MICHAEL | 65.42 |
| 11/07/05 | Westlaw Research User: NAFT,MICHAEL | 288.36 |
| 11/07/05 | Westlaw Research User: MERRILL,GINA R | 20.08 |
| 11/09/05 | Westlaw Research User: MERRILL,GINA R | 22.47 |
| 11/28/05 | Westlaw Research User: MERRILL,GINA R | 4.63 |
| 11/29/05 | Westlaw Research User: MERRILL,GINA R | 6.25 |
| 11/30/05 | Westlaw Research User: MERRILL,GINA R | 6.26 |
| 11/22/05 | Westlaw Research User: JOHNSTON,SUSAN | 195.03 |
| 11/22/05 | Westlaw Research User: HOFFMAN,BARBARA | 81.36 |
| 11/23/05 | Westlaw Research User: MERRILL,GINA R | 81.03 |
| | **TOTAL FOR COST CODE: 058** | **1,313.59** |

| Date | Description | Amount |
|------|-------------|--------|
| 11/09/05 | INTABORO CAR Voucher: 324672 Invoice #: 1063861    For: NAFT,MICHEAL From: M,1330 6 AVE    To: M, MERCER ST | 29.07 |
| 11/10/05 | INTABORO CAR Voucher: 324661 Invoice #: 1063861    For: NAFT,MICHAEL From: M,1330 6 AVE    To: M,300 MERCER ST | 31.62 |
| 11/18/05 | INTABORO CAR Voucher: 324307 Invoice #: 1063999 For: HOFFMAN PKG, From: M,1330 6 AVE To: M,29 W 70 ST | 27.54 |
| 11/22/05 | INTABORO CAR Voucher: 324268 Invoice #: 1065046    For: NAFT,MICHEAL From: M,1330 6 AVE    To: M,107 RIVINGTON ST | 26.52 |
| 11/23/05 | INTABORO CAR Voucher: 1865 Invoice #: 1065046    For: MARCU, From: BK, 11201    To: M,1330 6 AVE | 35.70 |
| 11/29/05 | INTABORO CAR Voucher: 324432 Invoice #: 1065133    For: NAFT,MICHEAL From: M,1330 6 AVE    To: M, W 11 ST | 24.48 |
| | **TOTAL FOR COST CODE: 061** | **174.93** |

| Date | Description | Amount |
|------|-------------|--------|
| 11/29/05 | Seamless Web food Services. Inv #: 98330 Order Date: 11/29/2005 By: Naft Michael J Order #: 27148560    By: Naft Michael Office ID: NYC | 20.00 |
| 11/28/05 | Seamless Web food Services. Inv #: 98330 Order Date: 11/28/2005 By: Naft Michael J Order #: 27085827    By: Naft Michael Office ID: NYC | 18.91 |
| 11/15/05 | Seamless Web food Services. Inv #: 95940 Order Date: 11/15/2005 By: Naft Michael J Order #: 26676420    By: Naft Michael Office ID: NYC | 20.00 |
| 11/14/05 | Seamless Web food Services. Inv #: 95940 Order Date: 11/14/2005 By: Naft Michael J Order #: 26614251    By: Naft Michael Office ID: NYC | 18.11 |

| Date | Description | Amount |
|---|---|---|
| 11/21/05 | Seamless Web food Services. Inv #: 96318 Order Date: 11/21/2005 By: Naft Michael J Order #: 26891904    By: Naft Michael Office ID: NYC | 15.64 |
| 11/13/05 | Seamless Web food Services. Inv #: 95092 Order Date: 11/13/2005 By: Naft Michael J Order #: 26559246    By: Naft Michael Office ID: NYC | 19.37 |
| 11/07/05 | Seamless Web food Services. Inv #: 95092 Order Date: 11/07/2005 By: Naft Michael J Order #: 26307666    By: Naft Michael Office ID: NYC | 15.64 |
| 11/09/05 | Seamless Web food Services. Inv #: 95092 Order Date: 11/09/2005 By: Naft Michael J Order #: 26438037    By: Naft Michael Office ID: NYC | 15.11 |
| 11/10/05 | Seamless Web food Services. Inv #: 95092 Order Date: 11/10/2005 By: Naft Michael J Order #: 26489418    By: Naft Michael Office ID: NYC | 20.00 |
| 11/08/05 | Seamless Web food Services. Inv #: 95092 Order Date: 11/08/2005 By: Naft Michael J Order #: 26365938    By: Naft Michael Office ID: NYC | 20.00 |
| 11/05/05 | Seamless Web food Services. Inv #: 94496 Order Date: 11/05/2005 By: Worrell Myrna Order #: 26246457    By: Worrell Myrna Office ID: NYC | 20.00 |
| 11/01/05 | Seamless Web food Services. Inv #: 94496 Order Date: 11/01/2005 By: Naft Michael J Order #: 26098152    By: Naft Michael Office ID: NYC | 20.00 |
| | **TOTAL FOR COST CODE: 101** | **222.78** |

| Date | Description | Amount |
|---|---|---|
| 11/21/05 | Overtime Transportation CASH, PCM4 11/23/05 Various (mv) | 60.00 |
| | **TOTAL FOR COST CODE: 105** | **60.00** |

| Date | Description | Amount |
|---|---|---|
| 11/22/05 | Facsimile Pages:  23 Number: 13307962338 | 34.50 |
| | **TOTAL FOR COST CODE: 135** | **34.50** |

| Date | Description | Amount |
|---|---|---|
| 11/22/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 11/22/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 11/22/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/22/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/28/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/04/05 | Long Distance Calls Extension: 00000 | 0.90 |
| 11/16/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 11/16/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/16/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/17/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 11/17/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 11/17/05 | Long Distance Calls Extension: 00000 | 0.54 |
| | **TOTAL FOR COST CODE: 143** | **3.96** |

| Date | Description | Amount |
|---|---|---|
| 11/16/05 | Telephone Calls GEOCONFERENCE LTD. - Conference call charge on 10/21/5 by A. Marcu. (klc) | 3.52 |

**TOTAL FOR COST CODE: 158**                                                          **3.52**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 11/05/05 | OT Word Processing\Myrna Worrell | 450.00 |
| 11/10/05 | OT Word Processing\Mona Blumenreich | 22.50 |
| 11/15/05 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **495.00** |

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 11/21/05 | Outside Word Processing THE ALDAN TROY GROUP - NEW YORK Inv# 2111591 W/E 11/27/05 Nicola J. Moore (Temp) D. Lewis (mv) | 66.00 |
| 11/18/05 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1367 W/E 11/20/05 Deborah Health (Temp) S. Valentine (mv) | 28.50 |
| | **TOTAL FOR COST CODE: 165** | **94.50** |

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 11/22/05 | Fax Long Distance | 0.90 |
| | **TOTAL FOR COST CODE: 235** | **0.90** |

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 11/15/05 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 11/18/05, INV 12693 (PERIOD 11/11/05 TO 11/18/05) VOUCHER#715853 (ma) | 24.00 |
| 11/15/05 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 11/18/05, INV 12693 (PERIOD 11/11/05 TO 11/18/05) VOUCHER#713645 (ma) | 9.00 |
| 11/07/05 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 11/11/05, INV 12658 (PERIOD 11/07/05 TO 11/11/05) VOUCHER# 721455 - PAUL ROETHEL (ma) | 9.00 |
| 11/07/05 | Couriers and Messengers NEW YORK CORPORATE SERVICES, INC. 11/11/05, INV 12658 (PERIOD 11/07/05 TO 11/11/05) VOUCHER# 721456 - PAUL ROETHEL (ma) | 9.00 |
| | **TOTAL FOR COST CODE: 700** | **51.00** |

**Total Client Charges:**                                                          **$ 2,569.43**

# December 2005

| Date | Description | Amount |
| --- | --- | --- |
| 12/01/05 | Scanning | 0.15 |
| 12/01/05 | Scanning | 0.45 |
| 12/05/05 | Scanning | 2.40 |
| 12/12/05 | Scanning | 4.50 |
| | **TOTAL FOR COST CODE: 020** | **7.50** |

| Date | Description | Amount |
| --- | --- | --- |
| 12/01/05 | Duplicating Copies: 16 | 2.40 |
| 12/06/05 | Duplicating Copies: 60 | 9.00 |
| 12/07/05 | Duplicating Copies: 30 | 4.50 |
| 12/07/05 | Duplicating Copies: 57 | 8.55 |
| 12/07/05 | Duplicating Copies: 14 | 2.10 |
| 12/08/05 | Duplicating Copies: 155 | 23.25 |
| 12/08/05 | Duplicating Copies: 52 | 7.80 |
| 12/09/05 | Duplicating Copies: 44 | 6.60 |
| 12/09/05 | Duplicating Copies: 7 | 1.05 |
| 12/09/05 | Duplicating Copies: 64 | 9.60 |
| 12/12/05 | Duplicating Copies: 86 | 12.90 |
| 12/12/05 | Duplicating Copies: 109 | 16.35 |
| 12/12/05 | Duplicating Copies: 752 | 112.80 |
| 12/19/05 | Duplicating Copies: 24 | 3.60 |
| 12/19/05 | Duplicating Copies: 728 | 109.20 |
| 12/19/05 | Duplicating Copies: 250 | 37.50 |
| 12/20/05 | Duplicating Copies: 4 | 0.60 |
| 12/20/05 | Duplicating Copies: 12 | 1.80 |
| 12/20/05 | Duplicating Copies: 18 | 2.70 |
| 12/20/05 | Duplicating Copies: 18 | 2.70 |
| 12/20/05 | Duplicating Copies: 10 | 1.50 |
| 12/20/05 | Duplicating Copies: 8 | 1.20 |
| 12/20/05 | Duplicating Copies: 6 | 0.90 |
| 12/20/05 | Duplicating Copies: 2 | 0.30 |
| 12/20/05 | Duplicating Copies: 2 | 0.30 |
| 12/20/05 | Duplicating Copies: 6 | 0.90 |
| 12/20/05 | Duplicating Copies: 4 | 0.60 |
| 12/20/05 | Duplicating Copies: 10 | 1.50 |
| 12/20/05 | Duplicating Copies: 16 | 2.40 |
| 12/20/05 | Duplicating Copies: 24 | 3.60 |
| 12/21/05 | Duplicating Copies: 36 | 5.40 |
| 12/21/05 | Duplicating Copies: 2 | 0.30 |
| 12/21/05 | Duplicating Copies: 21 | 3.15 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/21/05 | Duplicating Copies: 5 | 0.75 |
| 12/21/05 | Duplicating Copies: 8 | 1.20 |
| 12/21/05 | Duplicating Copies: 4 | 0.60 |
| 12/21/05 | Duplicating Copies: 7 | 1.05 |
| | **TOTAL FOR COST CODE: 021** | **400.65** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/16/05 | Outside Printing DISCOVERY DOCUMENT SOLUTIONS, INC. 12/30/05, INV NY004888 (COPIES - 2 BINDERS 3X) MICHAEL NAFT (ma) | 431.70 |
| | **TOTAL FOR COST CODE: 026** | **431.70** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/07/05 | Computer Research GLOBAL SECURITIES INFORMATION, INC. - October 2005 LIVEDGAR Contract. Approved by J. Harbison. -  (klc) | 31.55 |
| 12/01/05 | Westlaw Research User: MERRILL,GINA R | 7.90 |
| 12/05/05 | Westlaw Research User: NAFT,MICHAEL | 224.14 |
| 12/14/05 | Westlaw Research User: MERRILL,GINA R | 129.58 |
| 12/15/05 | Westlaw Research User: MERRILL,GINA R | 25.43 |
| 12/16/05 | Westlaw Research User: MERRILL,GINA R | 7.74 |
| 12/18/05 | Westlaw Research User: MERRILL,GINA R | 218.63 |
| 12/21/05 | Westlaw Research User: MERRILL,GINA R | 14.37 |
| 12/27/05 | Westlaw Research User: MERRILL,GINA R | 4.99 |
| 12/28/05 | Westlaw Research User: MERRILL,GINA R | 184.73 |
| 12/29/05 | Westlaw Research User: MERRILL,GINA R | 341.68 |
| 12/30/05 | Westlaw Research User: MERRILL,GINA R | 70.73 |
| | **TOTAL FOR COST CODE: 058** | **1,261.47** |

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/06/05 | INTABORO CAR Voucher: 324427 Invoice #: 1065210 From: M,1330 6 AVE    To: M,300 MERCER ST | For: NAFT,MICHEAL | 31.62 |
| 12/09/05 | INTABORO CAR Voucher: 106526 Invoice #: 1065210 From: M,1330 6 AVE    To: BK, 11201 | For: MARCU,AARON | 99.96 |
| 12/09/05 | INTABORO CAR Voucher: 34146 Invoice #: 1065210 From: M,1330 6 AVE    To: M,29 W 70 ST | For: HOFFMAN,BARB | 22.44 |
| 12/12/05 | INTABORO CAR Voucher: 324342 Invoice #: 1065210 From: M,1330 6 AVE    To: M,300 MERCER ST | For: NAFT,MICHEAL | 31.62 |
| 12/14/05 | INTABORO CAR Voucher: 325035 Invoice #: 1065405 From: M,300 MERCER ST   To: EWR, | For: NAFT,MICHEAL | 72.42 |
| 12/13/05 | INTABORO CAR Voucher: 324348 Invoice #: 1065405 From: M,1330 6 AVE    To: NJ,  SUMMIT | For: SIEGEL,ADAM | 82.62 |
| 12/13/05 | INTABORO CAR Voucher: 324349 Invoice #: 1065405 From: M,1330 6 AVE    To: M, MERCER ST | For: NAFT,MICHAEL | 23.46 |
| 12/14/05 | INTABORO CAR Voucher: 1845090 Invoice #: 1065405 From: EWR,        To: M, E 8 ST | For: NAFT,MICHAEL | 67.32 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/05 | INTABORO CAR Voucher: 325031 Invoice #: 1066473        For: MAFT,MIKE From: M,1330 6 AVE    To: M,300 MERCER ST | 22.72 |
| | **TOTAL FOR COST CODE: 061** | **454.18** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/05 | Seamless Web food Services. Inv #: 98820 Order Date: 12/06/2005 By: Naft Michael J Order #: 27448887        By: Naft Michael Office ID: NYC | 20.00 |
| 12/07/05 | Seamless Web food Services. Inv #: 98820 Order Date: 12/07/2005 By: Friedman Mered Order #: 27497382        By: Friedman Mere Office ID: NYC | 20.00 |
| 12/18/05 | Seamless Web food Services. Inv #: 99703 Order Date: 12/18/2005 By: Naft Michael J Order #: 27906648        By: Naft Michael Office ID: NYC | 20.00 |
| 12/12/05 | Seamless Web food Services. Inv #: 99703 Order Date: 12/12/2005 By: Naft Michael J Order #: 27684015        By: Naft Michael Office ID: NYC | 20.00 |
| 12/22/05 | Seamless Web food Services. Inv #: 100091 Order Date: 12/22/2005 By: Chan Carolyn Order #: 28085046        By: Chan Carolyn Office ID: NYC | 20.00 |
| 12/23/05 | Seamless Web food Services. Inv #: 100091 Order Date: 12/23/2005 By: Friedman Mered Order #: 28109070        By: Friedman Mere Office ID: NYC | 20.00 |
| 12/19/05 | Seamless Web food Services. Inv #: 100091 Order Date: 12/19/2005 By: Naft Michael J Order #: 27960840        By: Naft Michael Office ID: NYC | 20.00 |
| 12/19/05 | Seamless Web food Services. Inv #: 100091 Order Date: 12/19/2005 By: Naft Michael J Order #: 27915342        By: Naft Michael Office ID: NYC | 15.84 |
| 12/20/05 | Seamless Web food Services. Inv #: 100091 Order Date: 12/20/2005 By: Naft Michael J Order #: 28003947        By: Naft Michael Office ID: NYC | 19.37 |
| | **TOTAL FOR COST CODE: 101** | **175.21** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/05 | Overtime Transportation CASH PCM1 01/06/06 (mv) | 10.00 |
| 12/13/05 | Overtime Transportation CASH, PCM3 12/16/05 Various (mv) | 62.00 |
| | **TOTAL FOR COST CODE: 105** | **72.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/22/05 | Facsimile Pages:  7 Number: 17185968084 | 10.50 |
| 12/22/05 | Facsimile Pages:  11 Number: 17185968084 | 16.50 |
| 12/22/05 | Facsimile Pages:  34 Number: 16464419078# | 51.00 |
| | **TOTAL FOR COST CODE: 135** | **78.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/27/05 | Long Distance Calls Extension: 11259 | 0.18 |
| 12/27/05 | Long Distance Calls Extension: 11259 | 0.18 |
| 12/27/05 | Long Distance Calls Extension: 11259 | 0.18 |
| 12/27/05 | Long Distance Calls Extension: 11259 | 2.43 |
| 12/28/05 | Long Distance Calls Extension: 11259 | 0.54 |
| 12/16/05 | Long Distance Calls Extension: 11170 | 0.18 |
| 12/19/05 | Long Distance Calls Extension: 00000 | 1.80 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/20/05 | Long Distance Calls Extension: 12628 | 3.60 |
| 12/21/05 | Long Distance Calls Extension: 12628 | 1.26 |
| 12/21/05 | Long Distance Calls Extension: 12628 | 4.50 |
| 12/22/05 | Long Distance Calls Extension: 00000 | 0.36 |
| 12/02/05 | Long Distance Calls Extension: 11078 | 0.36 |
| 12/02/05 | Long Distance Calls Extension: 11078 | 1.26 |
| 12/02/05 | Long Distance Calls Extension: 11078 | 0.36 |
| 12/05/05 | Long Distance Calls Extension: 16799 | 3.60 |
| 12/06/05 | Long Distance Calls Extension: 16799 | 0.90 |
| 12/07/05 | Long Distance Calls Extension: 00000 | 1.62 |
| 12/07/05 | Long Distance Calls Extension: 11078 | 0.36 |
| 12/08/05 | Long Distance Calls Extension: 11078 | 0.18 |
| 12/09/05 | Long Distance Calls Extension: 11078 | 1.44 |
| 12/12/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 12/12/05 | Long Distance Calls Extension: 00000 | 1.08 |
| 12/12/05 | Long Distance Calls Extension: 11170 | 0.18 |
| 12/12/05 | Long Distance Calls Extension: 11143 | 4.14 |
| 12/13/05 | Long Distance Calls Extension: 00000 | 1.44 |
| 12/13/05 | Long Distance Calls Extension: 00000 | 2.88 |
| 12/13/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 12/13/05 | Long Distance Calls Extension: 00000 | 5.58 |
| 12/13/05 | Long Distance Calls Extension: 00000 | 0.18 |
| 12/13/05 | Long Distance Calls Extension: 11270 | 0.18 |
| 12/13/05 | Long Distance Calls Extension: 11270 | 0.36 |
| 12/13/05 | Long Distance Calls Extension: 11170 | 0.18 |
| 12/15/05 | Long Distance Calls Extension: 11170 | 2.70 |
| 12/15/05 | Long Distance Calls Extension: 11170 | 2.34 |
| 12/16/05 | Long Distance Calls Extension: 29121 | 3.42 |
| 12/16/05 | Long Distance Calls Extension: 29121 | 7.74 |
| 12/16/05 | Long Distance Calls Extension: 29121 | 2.52 |
| 12/16/05 | Long Distance Calls Extension: 11170 | 0.54 |
| | **TOTAL FOR COST CODE: 143** | **61.11** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/05 | Word Processing\Sarah Sears | 8.75 |
| 12/05/05 | Word Processing\Sarah Sears | 8.75 |
| | **TOTAL FOR COST CODE: 163** | **17.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/09/05 | OT Word Processing\Myrna Worrell | 33.75 |
| 12/09/05 | OT Word Processing\Myrna Worrell | 22.50 |
| 12/22/05 | OT Word Processing\Mona Blumenreich | 45.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 12/27/05 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **123.75** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/05/05 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1452 W/E 12/11/05 Deborah Heath (Temp) S. Valentine (mv) | 32.00 |
| 12/01/05 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1423 W/E 12/04/05 Deborah Health (Temp) S. Valentine (mv) | 95.00 |
| | **TOTAL FOR COST CODE: 165** | **127.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/05 | Document Retrieval Services PACER SERVICE CENTER 01/06/06, LOGIN ID# CB0860 (PERIOD 10/01/05 TO 12/31/05) KAREN SCHUBART (ma) | 4.88 |
| | **TOTAL FOR COST CODE: 202** | **4.88** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/05 | Metered Mail | 1.11 |
| | **TOTAL FOR COST CODE: 714** | **1.11** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/23/05 | FEDEX Meredith I Friedman Shipped: 12/23/2005 Inv:01/02/2006  # 32706170 Trk: 711042492093 Chicago Hilton CHICAGO IL US | 28.36 |
| 12/23/05 | FEDEX Michael J. Naft Shipped: 12/23/2005 Inv:01/02/2006  # 32706170 Trk: 711042492108 E.I. dePont de Nemou WILMINGTON DE US | 9.44 |
| 12/23/05 | FEDEX Michael J. Naft Shipped: 12/23/2005 Inv:01/02/2006  # 32706170 Trk: 711042492119 Emerson ST. LOUIS MO US | 14.64 |
| 12/01/05 | FEDEX Michael J. Naft Shipped: 12/01/2005 Inv:12/05/2005  # 32208544 Trk: 711042488517 Delphi Corporation TROY MI US | 11.93 |
| | **TOTAL FOR COST CODE: 720** | **64.37** |

**Total Client Charges:**                                            **$ 3,280.43**

## January 2006

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/06 | Scanning | 2.85 |
| 01/19/06 | Scanning | 0.60 |
| 01/19/06 | Scanning | 0.60 |
| 01/19/06 | Scanning | 0.45 |
| 01/19/06 | Scanning | 0.60 |
| 01/19/06 | Scanning | 0.45 |
| 01/19/06 | Scanning | 0.30 |
| 01/19/06 | Scanning | 0.60 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/06 | Scanning | 0.60 |
| 01/19/06 | Scanning | 0.75 |
| 01/19/06 | Scanning | 4.20 |
| 01/19/06 | Scanning | 0.45 |
| 01/19/06 | Scanning | 0.45 |
| 01/19/06 | Scanning | 1.20 |
| 01/19/06 | Scanning | 1.05 |
| 01/19/06 | Scanning | 1.35 |
| 01/19/06 | Scanning | 0.90 |
| 01/23/06 | Scanning | 2.25 |
| 01/23/06 | Scanning | 2.25 |
| 01/30/06 | Scanning USER DEFINED 1:  36 | 5.40 |
| 01/30/06 | Scanning USER DEFINED 1:  10 | 1.50 |
| 01/10/06 | Scanning | 0.30 |
| 01/11/06 | Scanning | 3.00 |
| 01/11/06 | Scanning | 2.85 |
| 01/12/06 | Scanning | 0.15 |
| 01/12/06 | Scanning | 7.95 |
| 01/13/06 | Scanning | 2.85 |
| 01/16/06 | Scanning | 0.15 |
| 01/17/06 | Scanning | 0.15 |
| 01/17/06 | Scanning | 0.30 |
| 01/18/06 | Scanning | 4.35 |
| 01/18/06 | Scanning | 7.95 |
| 01/18/06 | Scanning | 4.35 |
| 01/18/06 | Scanning | 8.10 |
| 01/19/06 | Scanning | 0.15 |
| 01/19/06 | Scanning | 9.15 |
| 01/19/06 | Scanning | 0.15 |
| 01/19/06 | Scanning | 1.35 |
| 01/19/06 | Scanning | 0.15 |
| 01/19/06 | Scanning | 0.75 |
| 01/19/06 | Scanning | 1.20 |
| 01/19/06 | Scanning | 0.15 |
| 01/19/06 | Scanning | 0.60 |
| 01/19/06 | Scanning | 0.15 |
| 01/19/06 | Scanning | 1.80 |
| 01/19/06 | Scanning | 1.20 |
| **TOTAL FOR COST CODE: 020** | | **88.05** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/19/06 | Duplicating Copies:  1 | 0.15 |

| Date | Description | Amount |
|------|-------------|-------:|
| 01/20/06 | Duplicating Copies: 24 | 3.60 |
| 01/20/06 | Duplicating Copies: 2 | 0.30 |
| 01/20/06 | Duplicating Copies: 63 | 9.45 |
| 01/23/06 | Duplicating Copies: 1 | 0.15 |
| 01/23/06 | Duplicating Copies: 6 | 0.90 |
| 01/23/06 | Duplicating Copies: 2 | 0.30 |
| 01/24/06 | Duplicating Copies: 1 | 0.15 |
| 01/24/06 | Duplicating Copies: 7 | 1.05 |
| 01/24/06 | Duplicating Copies: 6 | 0.90 |
| 01/25/06 | Duplicating Copies: 315 | 47.25 |
| 01/25/06 | Duplicating Copies: 2 | 0.30 |
| 01/25/06 | Duplicating Copies: 12 | 1.80 |
| 01/27/06 | Duplicating Copies: 74 | 11.10 |
| 01/27/06 | Duplicating Copies: 18 | 2.70 |
| 01/27/06 | Duplicating Copies: 26 | 3.90 |
| 01/30/06 | Duplicating Copies: 53 | 7.95 |
| 01/30/06 | Duplicating Copies: 32 | 4.80 |
| 01/31/06 | Duplicating Copies: 4 | 0.60 |
| 01/02/06 | Duplicating Copies: 80 | 12.00 |
| 01/03/06 | Duplicating Copies: 21 | 3.15 |
| 01/04/06 | Duplicating Copies: 1 | 0.15 |
| 01/04/06 | Duplicating Copies: 225 | 33.75 |
| 01/04/06 | Duplicating Copies: 402 | 60.30 |
| 01/05/06 | Duplicating Copies: 102 | 15.30 |
| 01/05/06 | Duplicating Copies: 4 | 0.60 |
| 01/05/06 | Duplicating Copies: 16 | 2.40 |
| 01/05/06 | Duplicating Copies: 251 | 37.65 |
| 01/05/06 | Duplicating Copies: 52 | 7.80 |
| 01/05/06 | Duplicating Copies: 3 | 0.45 |
| 01/05/06 | Duplicating Copies: 10 | 1.50 |
| 01/06/06 | Duplicating Copies: 454 | 68.10 |
| 01/06/06 | Duplicating Copies: 68 | 10.20 |
| 01/06/06 | Duplicating Copies: 48 | 7.20 |
| 01/06/06 | Duplicating Copies: 18 | 2.70 |
| 01/06/06 | Duplicating Copies: 6 | 0.90 |
| 01/06/06 | Duplicating Copies: 12 | 1.80 |
| 01/06/06 | Duplicating Copies: 42 | 6.30 |
| 01/09/06 | Duplicating Copies: 4 | 0.60 |
| 01/09/06 | Duplicating Copies: 16 | 2.40 |
| 01/09/06 | Duplicating Copies: 559 | 83.85 |
| 01/09/06 | Duplicating Copies: 24 | 3.60 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/09/06 | Duplicating Copies: 8 | 1.20 |
| 01/09/06 | Duplicating Copies: 110 | 16.50 |
| 01/09/06 | Duplicating Copies: 11 | 1.65 |
| 01/09/06 | Duplicating Copies: 28 | 4.20 |
| 01/09/06 | Duplicating Copies: 14 | 2.10 |
| 01/09/06 | Duplicating Copies: 6 | 0.90 |
| 01/09/06 | Duplicating Copies: 32 | 4.80 |
| 01/09/06 | Duplicating Copies: 25 | 3.75 |
| 01/09/06 | Duplicating Copies: 192 | 28.80 |
| 01/09/06 | Duplicating Copies: 414 | 62.10 |
| 01/09/06 | Duplicating Copies: 569 | 85.35 |
| 01/10/06 | Duplicating Copies: 513 | 76.95 |
| 01/10/06 | Duplicating Copies: 513 | 76.95 |
| 01/10/06 | Duplicating Copies: 150 | 22.50 |
| 01/10/06 | Duplicating Copies: 150 | 22.50 |
| 01/10/06 | Duplicating Copies: 14 | 2.10 |
| 01/10/06 | Duplicating Copies: 14 | 2.10 |
| 01/10/06 | Duplicating Copies: 164 | 24.60 |
| 01/10/06 | Duplicating Copies: 164 | 24.60 |
| 01/11/06 | Duplicating Copies: 12 | 1.80 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 3 | 0.45 |
| 01/11/06 | Duplicating Copies: 63 | 9.45 |
| 01/11/06 | Duplicating Copies: 63 | 9.45 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 3 | 0.45 |
| 01/11/06 | Duplicating Copies: 3 | 0.45 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 3 | 0.45 |
| 01/11/06 | Duplicating Copies: 19 | 2.85 |
| 01/11/06 | Duplicating Copies: 8 | 1.20 |
| 01/11/06 | Duplicating Copies: 5 | 0.75 |
| 01/11/06 | Duplicating Copies: 7 | 1.05 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/11/06 | Duplicating Copies: 2 | 0.30 |
| 01/12/06 | Duplicating Copies: 39 | 5.85 |
| 01/12/06 | Duplicating Copies: 1 | 0.15 |
| 01/12/06 | Duplicating Copies: 8 | 1.20 |
| 01/12/06 | Duplicating Copies: 11 | 1.65 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/12/06 | Duplicating Copies: 41 | 6.15 |
| 01/12/06 | Duplicating Copies: 84 | 12.60 |
| 01/12/06 | Duplicating Copies: 81 | 12.15 |
| 01/12/06 | Duplicating Copies: 20 | 3.00 |
| 01/12/06 | Duplicating Copies: 6 | 0.90 |
| 01/12/06 | Duplicating Copies: 3 | 0.45 |
| 01/12/06 | Duplicating Copies: 6 | 0.90 |
| 01/12/06 | Duplicating Copies: 14 | 2.10 |
| 01/12/06 | Duplicating Copies: 428 | 64.20 |
| 01/12/06 | Duplicating Copies: 42 | 6.30 |
| 01/12/06 | Duplicating Copies: 372 | 55.80 |
| 01/12/06 | Duplicating Copies: 188 | 28.20 |
| 01/12/06 | Duplicating Copies: 918 | 137.70 |
| 01/12/06 | Duplicating Copies: 8 | 1.20 |
| 01/12/06 | Duplicating Copies: 2 | 0.30 |
| 01/12/06 | Duplicating Copies: 6 | 0.90 |
| 01/12/06 | Duplicating Copies: 6 | 0.90 |
| 01/12/06 | Duplicating Copies: 1 | 0.15 |
| 01/13/06 | Duplicating Copies: 127 | 19.05 |
| 01/13/06 | Duplicating Copies: 122 | 18.30 |
| 01/13/06 | Duplicating Copies: 14 | 2.10 |
| 01/13/06 | Duplicating Copies: 8 | 1.20 |
| 01/13/06 | Duplicating Copies: 1 | 0.15 |
| 01/13/06 | Duplicating Copies: 20 | 3.00 |
| 01/13/06 | Duplicating Copies: 426 | 63.90 |
| 01/13/06 | Duplicating Copies: 459 | 68.85 |
| 01/17/06 | Duplicating Copies: 6 | 0.90 |
| 01/17/06 | Duplicating Copies: 4 | 0.60 |
| 01/17/06 | Duplicating Copies: 7 | 1.05 |
| 01/17/06 | Duplicating Copies: 16 | 2.40 |
| 01/17/06 | Duplicating Copies: 6 | 0.90 |
| 01/18/06 | Duplicating Copies: 19 | 2.85 |
| 01/18/06 | Duplicating Copies: 24 | 3.60 |
| 01/18/06 | Duplicating Copies: 22 | 3.30 |
| 01/18/06 | Duplicating Copies: 2 | 0.30 |
| 01/18/06 | Duplicating Copies: 64 | 9.60 |

**TOTAL FOR COST CODE: 021**                                      **1,498.95**

| Date | Description | Amount |
|------|-------------|--------|
| 01/27/06 | Westlaw Research User: MERRILL,GINA R | 3.05 |

| Date | Description | Amount |
|---|---|---|
| 01/13/06 | Computer Research 10K WIZARD TECHNOLOGY, LLC – 12/9/05 – Pay Go Service/Logins – Term: December 2005 – period 12/01/05 – 12/31/05 – approved by John Harbison (mcg) | 5.00 |
| 01/06/06 | Lexis Research User: SCHUBART, KAREN | 606.86 |
| 01/06/06 | Lexis Research User: SCHUBART, KAREN | 4,214.28 |
| 01/06/06 | Lexis Research User: SCHUBART, KAREN | 189.66 |
| 01/06/06 | Lexis Research User: SCHUBART, KAREN | 405.32 |
| 01/25/06 | Westlaw Research User: HOFFMAN,BARBARA | 91.15 |
| 01/03/06 | Westlaw Research User: MERRILL,GINA R | 77.65 |
| 01/04/06 | Westlaw Research User: MERRILL,GINA R | 19.02 |
| 01/05/06 | Westlaw Research User: MERRILL,GINA R | 164.40 |
| 01/06/06 | Westlaw Research User: MERRILL,GINA R | 227.47 |
| 01/09/06 | Westlaw Research User: MERRILL,GINA R | 19.06 |
| 01/17/06 | Westlaw Research User: NAFT,MICHAEL | 158.18 |
| 01/19/06 | Westlaw Research User: HOFFMAN,BARBARA | 84.60 |
| | **TOTAL FOR COST CODE: 058** | **6,265.70** |

| Date | Description | Amount |
|---|---|---|
| 01/17/06 | Local Transportation CASH, PCM3 01/20/06 (mv) | 8.00 |
| 01/06/06 | INTABORO CAR Voucher: 36121 Invoice #: 1066615     For: HOFFMAN,BARB From: M,1330 6 AVE     To: M,29 W 70 ST | 20.40 |
| 01/03/06 | INTABORO CAR Voucher: 51205 Invoice #: 1066615     For: MARCU,ARRON From: BK, 11201     To: LGA, | 41.82 |
| 01/25/06 | LUXURY Car Voucher: 351717 Invoice #: 150580     For: Samuel Brotman From: 1330 6 Ave, NewY To: 400 E 12 ST, HOUS | 39.78 |
| 01/24/06 | INTABORO CAR Voucher: 28107 Invoice #: 1067960     For: HOFFMAN,BARB From: M,1330 6 AVE     To: M,29 W 70 ST | 21.42 |
| 01/31/06 | INTABORO CAR Voucher: 333179 Invoice #: 1068037     For: SPRESSART,JE From: M,1330 6 AVE     To: M,158 E 82 ST | 23.46 |
| 01/13/06 | INTABORO CAR Voucher: 324041 Invoice #: 1066800     For: NAFT,MICHAEL From: M,1330 6 AVE     To: M,300 MERCER ST | 23.46 |
| 01/13/06 | INTABORO CAR Voucher: 324054 Invoice #: 1066800 For: MARCU PKG, From: M,1330 6 AVE To: M,300 MERCER ST | 27.54 |
| 01/13/06 | INTABORO CAR Voucher: 33023 Invoice #: 1066871     For: HOFFMAN,BARB From: M,1330 6 AVE     To: M,29 W 70 ST | 20.40 |
| 01/24/06 | INTABORO CAR Voucher: 333097 Invoice #: 1066871     For: MERRIL,GINA From: M,1330 6 AVE     To: QU, 11103 | 35.70 |
| 01/12/06 | Local Transportation UTOG 2 WAY RADIO INC. Inv# 272745 Dated 01/17/06 (Transportation) Hoffman Voucher# 1183918 (mv) | 30.60 |
| | **TOTAL FOR COST CODE: 061** | **292.58** |

| Date | Description | Amount |
|---|---|---|
| 01/11/06 | Business Meals SODEXHO MARRIOTT SVS., INC - Inv. # 255359 catering charge on 1/03/06 - (klc | 123.46 |

| Date | Description | Amount |
|------|-------------|--------|
| 01/03/06 | Seamless Web food Services. Inv #: 102493 Order Date: 01/03/2006 By: Brotman Samuel Order #: 28289982          By: Brotman Samue Office ID: NYC | 20.00 |
| 01/05/06 | Seamless Web food Services. Inv #: 102493 Order Date: 01/05/2006 By: Naft Michael J Order #: 28414980          By: Naft Michael Office ID: NYC | 20.00 |
| 01/04/06 | Seamless Web food Services. Inv #: 102493 Order Date: 01/04/2006 By: Naft Michael J Order #: 28361079          By: Naft Michael Office ID: NYC | 20.00 |
| 01/25/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/25/2006 By: Hoffman Barbar Order #: 29236236          By: Hoffman Barba Office ID: NYC | 17.36 |
| 01/24/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/24/2006 By: Hoffman Barbar Order #: 29168013          By: Hoffman Barba Office ID: NYC | 12.93 |
| 01/24/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/24/2006 By: Merrill Gina R Order #: 29165403          By: Merrill Gina Office ID: NYC | 20.00 |
| 01/25/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/25/2006 By: Mortley Arlene Order #: 29209800          By: Mortley Arlen Office ID: NYC Comments: Lunch for Barbara Hoffman | 17.09 |
| 01/24/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/24/2006 By: King Alissa Order #: 29171766          By: King Alissa Office ID: NYC | 20.00 |
| 01/25/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/25/2006 By: Brotman Samuel Order #: 29225958          By: Brotman Samue Office ID: NYC | 20.00 |
| 01/11/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/11/2006 By: Naft Michael J Order #: 28655346          By: Naft Michael Office ID: NYC | 20.00 |
| 01/11/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/11/2006 By: Frias Mallerly Order #: 28623366          By: Frias Mallerl Office ID: NYC Comments: M.Blumenreich | 14.59 |
| 01/09/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/09/2006 By: Naft Michael J Order #: 28537497          By: Naft Michael Office ID: NYC | 20.00 |
| 01/13/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/13/2006 By: Friedman Mered Order #: 28750638          By: Friedman Mere Office ID: NYC | 20.00 |
| 01/15/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/15/2006 By: Naft Michael J Order #: 28778685          By: Naft Michael Office ID: NYC | 20.00 |
| 01/13/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/13/2006 By: Naft Michael J Order #: 28747848          By: Naft Michael Office ID: NYC | 20.00 |
| 01/09/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/09/2006 By: Friedman Mered Order #: 28520919          By: Friedman Mere Office ID: NYC | 20.00 |
| 01/12/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/12/2006 By: Friedman Mered Order #: 28709268          By: Friedman Mere Office ID: NYC | 20.00 |
| 01/12/06 | Seamless Web food Services. Inv #: 103216 Order Date: 01/12/2006 By: Frias Mallerly Order #: 28682274          By: Frias Mallerl Office ID: NYC Comments: B.Hoffman/M.Blumenreich | 20.00 |
| 01/18/06 | Seamless Web food Services. Inv #: 103712 Order Date: 01/18/2006 By: Friedman Mered Order #: 28913517          By: Friedman Mere Office ID: NYC | 20.00 |
| 01/17/06 | Seamless Web food Services. Inv #: 103712 Order Date: 01/17/2006 By: Mortley Arlene Order #: 28832037          By: Mortley Arlen Office ID: NYC Comments: Barbara Hoffman's lunch | 12.10 |
| 01/18/06 | Seamless Web food Services. Inv #: 103712 Order Date: 01/18/2006 By: Frias Mallerly Order #: 28892625          By: Frias Mallerl Office ID: NYC Comments: B.Hoffman | 12.10 |
| **TOTAL FOR COST CODE: 101** | | **509.63** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/25/06 | Overtime Meals CASH, PCM4 01/27/06 (mv) | 7.38 |
| 01/31/06 | Overtime Meals CASH, PCM2 02/10/06 (mv) | 23.57 |
| 01/17/06 | Overtime Meals CASH, PCM3 01/20/06 (mv) | 6.99 |
| 01/19/06 | Overtime Meals CASH, PCM3 01/20/06 (mv) | 6.01 |
| | **TOTAL FOR COST CODE: 103** | **43.95** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/13/06 | Overtime Transportation CASH, PCM2 03/10/06 (mv | 10.00 |
| 01/11/06 | Overtime Transportation CASH, PCM2 03/10/06 (mv | 16.00 |
| 01/13/06 | Overtime Transportation CASH, PCM3 01/20/06 (mv | 9.00 |
| 01/12/06 | Overtime Transportation CASH, PCM3 01/20/06 (mv | 9.00 |
| 01/09/06 | Overtime Transportation CASH, PCM2 01/12/06 (mv | 8.00 |
| 01/11/06 | Overtime Transportation CASH, PCM2 01/12/06 (mv | 8.00 |
| 01/31/06 | Overtime Transportation CASH, PCM1 02/03/06 Various (mv) | 52.00 |
| | **TOTAL FOR COST CODE: 105** | **112.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/13/06 | Facsimile Pages:  9 Number: 011492212703333 | 13.50 |
| | **TOTAL FOR COST CODE: 135** | **13.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/24/06 | Long Distance Calls Extension: 11259 | 0.54 |
| 01/25/06 | Long Distance Calls Extension: 11259 | 0.36 |
| 01/26/06 | Long Distance Calls Extension: 15552 | 2.43 |
| 01/03/06 | Long Distance Calls Extension: 15855 | 0.18 |
| 01/03/06 | Long Distance Calls Extension: 15855 | 0.18 |
| 01/03/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/04/06 | Long Distance Calls Extension: 00000 | 1.80 |
| 01/04/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 01/04/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 01/04/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/04/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/04/06 | Long Distance Calls Extension: 11259 | 1.62 |
| 01/04/06 | Long Distance Calls Extension: 11259 | 0.54 |
| 01/04/06 | Long Distance Calls Extension: 11259 | 0.72 |
| 01/05/06 | Long Distance Calls Extension: 11259 | 1.44 |
| 01/05/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/05/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/06/06 | Long Distance Calls Extension: 11259 | 0.18 |
| 01/06/06 | Long Distance Calls Extension: 11259 | 0.72 |
| 01/09/06 | Long Distance Calls Extension: 00000 | 3.06 |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/09/06 | Long Distance Calls Extension: 00000 | 1.44 |
| 01/12/06 | Long Distance Calls Extension: 00000 | 0.18 |
| 01/13/06 | Long Distance Calls Extension: 11259 | 0.36 |
| 01/13/06 | Long Distance Calls Extension: 11259 | 0.36 |
| 01/17/06 | Long Distance Calls Extension: 11259 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **17.73** |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/11/06 | Travel CASH, PCM1 02/03/06 (mv) | 11.00 |
| | **TOTAL FOR COST CODE: 152** | **11.00** |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/02/06 | Air Rail Travel AMERICAN EXPRESS 01/02/06 J. Wollan/ A. Siegal Northwest NJ MI NJ 12/14/05 (mv) | 1,066.90 |
| 01/02/06 | Air Rail Travel AMERICAN EXPRESS 01/02/06 J. Wollan/ M. Naft Northwest NJ MI NJ 12/14/05 (mv | 1,066.90 |
| | **TOTAL FOR COST CODE: 156** | **2,133.80** |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/12/06 | Telephone Calls GEOCONFERENCE LTD. - Conference call charge by A. Marcu (11/23/05). -  (klc) | 2.88 |
| 01/31/06 | Telephone Calls AARON R. MARCU/ REIMB. EXP. 02/17/06 (TELEPHONE CALLS FOR JANUARY 2006) (ma | 18.81 |
| | **TOTAL FOR COST CODE: 158** | **21.69** |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/19/06 | Word Processing\Sarah Sears | 26.25 |
| 01/23/06 | Word Processing\Sarah Sears | 78.75 |
| 01/03/06 | Word Processing\Sarah Sears | 8.75 |
| 01/04/06 | Word Processing\Mona Blumenreich | 70.00 |
| 01/06/06 | Word Processing\Mona Blumenreich | 52.50 |
| 01/10/06 | Word Processing\Mona Blumenreich | 35.00 |
| 01/11/06 | Word Processing\Mona Blumenreich | 140.00 |
| 01/12/06 | Word Processing\Mona Blumenreich | 105.00 |
| 01/13/06 | Word Processing\Mona Blumenreich | 70.00 |
| | **TOTAL FOR COST CODE: 163** | **586.25** |

| **Date** | **Description** | **Amount** |
|---|---|---|
| 01/18/06 | OT Word Processing\Mona Blumenreich | 90.00 |
| 01/23/06 | OT Word Processing\Mona Blumenreich | 45.00 |
| 01/31/06 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **157.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/30/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1648 W/E 02/05/06 Deborah Heath (Temp) S. Valentine (mv) | 8.00 |
| 01/30/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1648 W/E 02/05/06 Deborah Heath (Temp) S. Valentine (mv) | 8.00 |
| 01/06/06 | Outside Word Processing THE ALDAN TROY GROUP - NEW YORK  Inv# 2201900 W/E 01/08/06 Jonathan A. Sorkowitz (Temps) D. Lewis (mv) | 15.00 |
| 01/11/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1576 W/E 01/15/06 Deborah Heath (Temp) S. Valentine (mv) | 24.00 |
| 01/12/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1576 W/E 01/15/06 Deborah Heath (Temp) S. Valentine (mv) | 9.50 |
| 01/26/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1623 W/E 02/01/06 Deborah Heath (Temp) S. Valentine (mv) | 8.00 |
| 01/27/06 | Outside Word Processing DELPHI STRATEGIC STAFFING Inv# 1623 W/E 02/01/06 Deborah Heath (Temp) S. Valentine (mv) | 8.00 |
| | **TOTAL FOR COST CODE: 165** | **80.50** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/13/06 | Fax Long Distance | 2.43 |
| | **TOTAL FOR COST CODE: 235** | **2.43** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/31/06 | Metered Mail | 1.02 |
| 01/11/06 | Metered Mail | 2.56 |
| | **TOTAL FOR COST CODE: 714** | **3.58** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/11/06 | FEDEX Gina Renee Merrill Shipped: 01/11/2006 Inv:01/16/2006  # 32931077 Trk: 711042494306 - THIENSVILLE WI US | 15.00 |
| 01/12/06 | FEDEX Gina Renee Merrill Shipped: 01/12/2006 Inv:01/16/2006  # 32931077 Trk: 711042494431 - WESTON CT US | 10.59 |
| | **TOTAL FOR COST CODE: 720** | **25.59** |

**Total Client Charges:**   **$ 11,864.43**

## February 2006

| Date | Description | Amount |
|------|-------------|--------|
| 02/13/06 | Scanning | 4.35 |
| 02/13/06 | Scanning | 4.35 |
| 02/23/06 | Scanning Credit | (144.60) |
| | **TOTAL FOR COST CODE: 020** | **(135.90)** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/06 | Duplicating Copies:  128 | 19.20 |

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/06 | Duplicating Copies: 16 | 2.40 |
| 02/02/06 | Duplicating Copies: 2 | 0.30 |
| 02/02/06 | Duplicating Copies: 9 | 1.35 |
| 02/13/06 | Duplicating Copies: 27 | 4.05 |
| 02/15/06 | Duplicating Copies: 1 | 0.15 |
| 02/15/06 | Duplicating Copies: 56 | 8.40 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 2 | 0.30 |
| 02/15/06 | Duplicating Copies: 32 | 4.80 |
| 02/16/06 | Duplicating Copies: 126 | 18.90 |
| 02/22/06 | Duplicating Copies: 9 | 1.35 |
| 02/24/06 | Duplicating Copies: 7 | 1.05 |
| 02/28/06 | Duplicating Copies: 224 | 20.00 |
| 02/28/06 | Duplicating Copies: 1 | 0.15 |
| 02/28/06 | Duplicating Copies: 15 | 2.25 |
| | **TOTAL FOR COST CODE: 021** | **85.25** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/06 | Westlaw Research User: MERRILL,GINA R | 89.68 |
| 02/07/06 | Westlaw Research User: MERRILL,GINA R | 65.33 |
| 02/08/06 | Westlaw Research User: MERRILL,GINA R | 134.53 |
| 02/09/06 | Westlaw Research User: MERRILL,GINA R | 147.83 |
| 02/13/06 | Westlaw Research User: MERRILL,GINA R | 203.11 |
| 02/14/06 | Westlaw Research User: MERRILL,GINA R | 41.20 |
| 02/15/06 | Westlaw Research User: MERRILL,GINA R | 25.10 |
| | **TOTAL FOR COST CODE: 058** | **706.78** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/27/06 | INTABORO CAR Voucher: 345011 Invoice #: 1069366        For: NAFT,MICHEAL<br>From: M,1330 6 AVE    To: M,300 MERCER ST | 30.60 |
| | **TOTAL FOR COST CODE: 061** | **30.60** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/28/2006 By: Friedman Mered Order #: 30722541        By: Friedman Mere Office ID: NYC | 20.00 |
| 02/27/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/27/2006 By: Spressart Jess Order #: 30659052        By: Spressart Jes Office ID: NYC | 21.94 |
| 02/27/06 | Seamless Web food Services. Inv #: 110300 Order Date: 02/27/2006 By: Naft Michael J Order #: 30652380        By: Naft Michael Office ID: NYC | 21.76 |
| 02/07/06 | Seamless Web food Services. Inv #: 107185 Order Date: 02/07/2006 By: Spressart Jess Order #: 29810748        By: Spressart Jes Office ID: NYC | 20.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 02/21/06 | Seamless Web food Services. Inv #: 108483 Order Date: 02/21/2006 By: Thomison Jessa Order #: 30372885        By: Thomison Jess Office ID: NYC | 20.00 |
| 02/02/06 | Seamless Web food Services. Inv #: 106257 Order Date: 02/02/2006 By: Jagnandan Patr Order #: 29583939        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 2/2/06 | 12.93 |
| | **TOTAL FOR COST CODE: 101** | **116.63** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/06 | Overtime Meals CASH, PCM1 02/03/06 (mv) | 6.99 |
| | **TOTAL FOR COST CODE: 103** | **6.99** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/06/06 | Long Distance Calls Extension: 11224 | 0.36 |
| 02/07/06 | Long Distance Calls Extension: 11259 | 0.36 |
| 02/13/06 | Long Distance Calls Extension: 11259 | 0.54 |
| 02/24/06 | Long Distance Calls Extension: 11078 | 3.42 |
| 02/27/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 02/17/06 | Long Distance Calls Extension: 11078 | 0.18 |
| 02/22/06 | Long Distance Calls Extension: 11259 | 0.18 |
| | **TOTAL FOR COST CODE: 143** | **5.22** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/07/06 | OT Word Processing\Jessie Spressart | 168.75 |
| 02/15/06 | OT Word Processing\Mona Blumenreich | 22.50 |
| | **TOTAL FOR COST CODE: 164** | **191.25** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/06 | Outside Word Processing CUSTOM STAFFING Inv# 19988 W/E 03/05/06 David Phillips (Temp) S. Valentine (mv) | 108.00 |
| | **TOTAL FOR COST CODE: 165** | **108.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/16/06 | Metered Mail | 2.31 |
| | **TOTAL FOR COST CODE: 714** | **2.31** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/17/06 | FEDEX Michael J. Naft Shipped: 02/17/2006 Inv:02/27/2006  # 33662119 Trk: 711042500875 Skadden, Arps, Slate NEW YORK CITY NY US | 7.10 |
| | **TOTAL FOR COST CODE: 720** | **7.10** |

**Total Client Charges:**                                                                     **$ 1,124.23**

### 030175.00003
### Detailed Client Charges

### December 2005

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/05 | Business Meals ADAM SIEGEL/ REIMB. EXP. (DETROIT TRIP 12/14/05 - MEETING)  MEAL (ma) | 4.19 |
| 12/14/05 | Business Meals MICHAEL J. NAFT/ REIMB. EXP. (DETROIT, MI TRIP 12/14/05 - MEETING WITH CLIENT)  MEAL (ma) | 10.05 |
| | **TOTAL FOR COST CODE: 101** | **14.24** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/05 | Travel ADAM SIEGEL/ REIMB. EXP. (DETROIT TRIP 12/14/05 - MEETING) TAXIS (ma) | 318.00 |
| | **TOTAL FOR COST CODE: 152** | **318.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/05 | Air Rail Travel MICHAEL J. NAFT/ REIMB. EXP. (DETROIT, MI TRIP 12/14/05 - MEETING WITH CLIENT) AIRFARE (ma) | 40.00 |
| | **TOTAL FOR COST CODE: 156** | **40.00** |

**Total Client Charges:**                                         **$ 372.24**

### January 2006

| Date | Description | Amount |
|------|-------------|--------|
| 01/04/06 | Local Transportation MICHAEL J. NAFT/ REIMB. EXP 01/19/06 (TAXIS 12/19/05 & 01/04/06) (ma) | 20.00 |
| 01/10/06 | Local Transportation MICHAEL J. NAFT/ REIMB. EXP 01/19/06 (TAXIS 12/21/05 TO 01/10/06) (ma) | 61.00 |
| | **TOTAL FOR COST CODE: 061** | **81.00** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/23/06 | Seamless Web food Services. Inv #: 104492 Order Date: 01/23/2006 By: Naft Michael J Order #: 29115327        By: Naft Michael Office ID: NYC | 18.63 |
| | **TOTAL FOR COST CODE: 101** | **18.63** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/17/06 | Telephone Calls AARON R. MARCU/ REIMB. EXP. 02/21/06 (TELEPHONE CALLS) (ma) | 38.45 |
| | **TOTAL FOR COST CODE: 158** | **38.45** |

| Date | Description | Amount |
|------|-------------|--------|
| 01/11/06 | Word Processing\Mona Blumenreich | 17.50 |
| | **TOTAL FOR COST CODE: 163** | **17.50** |

**Total Client Charges:**                                        **$ 155.58**

## February 2006

| Date | Description | Amount |
|------|-------------|--------|
| 02/15/06 | Duplicating Copies:  81 | 12.15 |
| | **TOTAL FOR COST CODE: 021** | **12.15** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/06 | INTABORO CAR Voucher: 333388 Invoice #: 1068292        For: NAFT,MICHEAL From: M,1330 6 AVE      To: M,300 MERCER ST | 24.48 |
| 01/25/06 | Local Transportation AARON R. MARCU/ REIMB. EXP. 03/21/06 (TAXI) (ma) | 6.00 |
| | **TOTAL FOR COST CODE: 061** | **30.48** |

| Date | Description | Amount |
|------|-------------|--------|
| 02/14/06 | Seamless Web food Services. Inv #: 107711 Order Date: 02/14/2006 By: Naft Michael J Order #: 30119070        By: Naft Michael Office ID: NYC | 19.05 |
| 02/14/06 | Seamless Web food Services. Inv #: 107711 Order Date: 02/14/2006 By: Jagnandan Patr Order #: 30092049        By: Jagnandan Pat Office ID: NYC Comments: BHoffman lunch for 2/14/06 | 18.99 |
| | **TOTAL FOR COST CODE: 101** | **38.04** |

**Total Client Charges:**                                        **$ 80.67**

## 026186.101
## Detailed Client Charges

## October 2005

| Code | Description | | Amount |
|------|-------------|---|--------|
| 143 | Long Distance Calls | | 2.34 |
| **Total** | | $ | **2.34** |

### December 2005:

| Code | Description | | Amount |
|---|---|---|---|
| 143 | Long Distance Calls | | 0.54 |
| **Total** | | $ | **0.54** |

### February 2006:

| Code | Description | | Amount |
|---|---|---|---|
| 20 | Scanning | | 0.45 |
| 21 | Duplicating | | 1.95 |
| 58 | Computer Research | | 54.04 |
| 101 | Business Meals | | 12.12 |
| 143 | Long Distance Calls | | 17.46 |
| 152 | Travel | | 203.40 |
| 156 | Air Rail Travel | | 988.60 |
| 720 | Federal Express | | 9.00 |
| **Total** | | $ | **1,287.02** |