Hearing Date and Time: June 20, 2006, at 10:00 am (prevailing Eastern Time)
Objection Deadline: June 13, 2006, at 4:00 pm (prevailing Eastern Time)

KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
H. Slayton Dabney, Jr., Esq. (HD - 4311)
Samuel S. Kohn, Esq. (SK - 3289)

Attorneys for KPMG LLP,
Tax and Transaction Services
Advisors to Debtors

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re:                                                       :    Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :    Case No. 05-44481 (RDD)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------ x

### NOTICE OF FIRST APPLICATION OF KPMG LLP, AS TAX AND TRANSACTION SERVICES ADVISORS TO THE DEBTORS, FOR INTERIM ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

**PLEASE TAKE NOTICE** that the First Application of KPMG LLP, as Tax and

Transaction Services Advisors to the Debtors, for Interim Allowance of Compensation for

Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred

From October 8, 2005 Through January 31, 2006 (the "Application") was filed with the United

States Bankruptcy Court for the Southern District of New York on April 28, 2006. The

Application seeks approval of reasonable compensation for professional legal services rendered

775577 v1

and expenses related thereto incurred by KPMG LLP, tax and transaction services advisors to Delphi Corporation ("Delphi") and certain of its subsidiaries and affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), for the period commencing October 8, 2005 through and including January 31, 2006 (the "Compensation Period"), in the amount of $1,456,753.50, (which is comprised of (i) $1,439,122.50 for fees and (ii) $17,631.00 for expenses).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the approval of the Application will be held on June 20, 2006 at 10:00 am (prevailing Eastern Time) in the Courtroom of the Hon. Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, Room 610, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an Order granting the Application (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bank. P. 2002(m), 9006, 9007, and 9014 Establishing (I) Omnibus Hearing Dates, (II) Certain Notice, Case Management, and Administrative Procedures, and (III) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 245) (the "Case Management Order"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) - registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (e) must be submitted in

hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn.: General Counsel), (ii) Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn: John Wm. Butler, Jr.); (iii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn.: Alicia M. Leonhard), and (iv) King & Spalding LLP, 1185 Avenue of the Americas, New York, New York 10036 (Attn.: Samuel S. Kohn), in each case so as to be, received on or before June 13, 2006, at 4:00 p.m. (prevailing Eastern Time).

Dated:   New York, New York
         April 28, 2006

                                        KING & SPALDING LLP

                                        By:/s/ Samuel S. Kohn
                                            H. Slayton Dabney, Jr., Esq.
                                            Samuel S. Kohn, Esq.

                                        1185 Avenue of the Americas
                                        New York, NY  10036-4003
                                        Tel:  (212) 556-2100
                                        Fax:  (212) 556-2222

                                        Attorneys for KPMG LLP