Hearing Date and Time: June 20, 2006, 10:00 a.m.
Objection Deadline: June 13, 2006, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
                                   :
    In re                          :    Chapter 11
                                   :
DELPHI CORPORATION, et al.,        :    Case No. 05-44481 (RDD)
                                   :
                     Debtors.      :    (Jointly Administered)
                                   :
---------------------------------- x

**NOTICE OF FILING OF FIRST INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331**

PLEASE TAKE NOTICE that on April 28, 2006, Cantor Colburn LLP (Cantor Colburn"), patent counsel to Delphi Corporation, debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), filed the First Interim Application of Cantor Colburn LLP For Allowance of Compensation For Services Rendered and Reimbursement of Expenses, all pursuant to 11 U.S.C. §§ 330 and 331 (the "Application")

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Application will be held on June 20, 2006, at 10:00 a.m. (Prevailing Eastern Time) (the "Hearing") before the Honorable Robert D. Drain, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 610, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application must (a) be in writing, (b) conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Order Under 11 U.S.C. §§ 330 and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Guidelines") (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, (e) be served upon Daniel E. Bruso, Esq., Cantor Colburn LLP, 55 Griffin Road South, Bloomfield, CT 06002; and (f) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Att'n: General Counsel), (ii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Att'n: John Wm. Butler, Jr.), (iii) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Att'n: Kenneth S. Ziman), (iv) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Att'n: Marlane Melican), (v) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022

(Att'n: Robert J. Rosenberg and Mark A. Broude), and (vi) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Att'n: Alicia M. Leonhard), in each case so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) onJue 13, 2006 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Guidelines will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein and in the Guidelines, the Bankruptcy Court may enter an order granting the Motion without further notice.

Dated: April 28, 2006

                                       RESPECTFULLY SUBMITTED,
                                       CANTOR COLBURN LLP


                              By:  /s/Daniel E. Bruso
                                  Daniel E. Bruso (DB-5232)
                                  Cantor Colburn LLP
                                  55 Griffin Road South
                                  Bloomfield, CT 06002
                                  (860) 286-2929 (Telephone)
                                  (860) 2986-0115 (Facsimile)
                                  Dbruso@cantorcolburn.com (e-mail)

                                  Patent Counsel to Delphi Corporation *et al.*,
                                  Debtors and Debtors-in-Possession