IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
      In re                           :    Chapter 11
                                              :
DELPHI CORPORATION, et al.,                   :    Case No. 05-44481 (RDD)
                                              :
                              Debtors.    :    (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# AFFIDAVIT OF PUBLICATION OF JACQUELYN WHITE IN THE DAILY NEWS

Proof of Publication of

United States Bankruptcy Court

**PROOF OF PUBLICATION AFFIDAVIT**
**(2015.5 C.C.P.)**

**STATE OF CALIFORNIA,**
**County of Los Angeles,**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of the

**Daily News**

a newspaper of general circulation, printed and published 7 times weekly in the Cities of Los Angeles, Burbank & San Fernando, County of Los Angeles, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Los Angeles, State of California, under the date of May 26, 1983, Case Number Adjudication #C349217; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil). has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

April 18,

all in the year 20 06

I certify (or declare) under penalty of perjury that the forgoing is true and correct.

Dated at Woodland Hills,

California, this 18th day of April, 20 06

_____
Signature

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re                          ) Chapter 11
DELPHI CORPORATION, et al.,    ) Case No. 05-44481 (RDD)
Debtors.                       ) (Jointly Administered)

**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM**

TO ALL CREDITORS OF THE DEBTORS, AND OTHER PARTIES-IN-INTEREST:
PLEASE TAKE NOTICE THAT:

In accordance with an order entered on April 12, 2006 by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned chapter 11 cases (the "Bar Date Order"), 5:00 p.m. Eastern Time on July 31, 2006 (the "General Bar Date") has been established as the last date for each person or entity (including individuals, partnerships, corporations, limited liability companies, estates, trusts, unions, indenture trustees, the United States Trustee, and governmental units) (individually, a "Person" or "Entity," and collectively, "Persons" or "Entities") to file a proof of claim in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). A list of all Debtors in these chapter 11 cases is attached hereto as Exhibit A.

On October 8, 2005, Delphi and certain of its U.S. subsidiaries filed voluntary petitions in the Bankruptcy Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). On October 14, 2005, three additional U.S. subsidiaries of Delphi filed voluntary petitions in the Bankruptcy Court for reorganization relief under the Bankruptcy Code. The term "Petition Date" shall mean the date on which each Debtor filed its chapter 11 bankruptcy petition as set forth on Exhibit A attached hereto. The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose before the applicable Petition Date, except for those holders of the claims listed in Section 4 below which are specifically excluded from the General Bar Date filing requirement.

**1. Who Must File A Proof Of Claim.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim against any of the Debtors that arose prior to the applicable Petition Date, and such claim is not one of the types of claim described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the applicable Petition Date must be filed on or prior to the General Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the applicable Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. What To File.** The Debtors are enclosing a proof of claim form which you may use to file any claim you may have in these cases. If the Debtors scheduled you as a creditor in any of the Debtors' schedules of assets and liabilities (as amended from time to time, the "Schedules"), the form sets forth the amount of your claim as scheduled and whether the claim is scheduled as disputed, contingent, or unliquidated. Additional proof of claim forms may be obtained at http://www.uscourts.gov/bkforms/index.html or at http://www.delphidocket.com.

All proofs of claim must be signed by the claimant or, if the claimant is not an individual, by a claimant's authorized agent. All proofs of claim must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

If any supporting documentation provided with any proof of claim contains confidential information, such documentation will be subject to examination only by the party asserting the claim, the Debtors, the Debtors' counsel and advisers, the United States Trustee, counsel and advisers to the official committee of unsecured creditors appointed in these chapter 11 cases, Kurtzman Carson Consultants, LLC, the claims and noticing agent in these chapter 11 cases, and any personnel of the United States Bankruptcy Court for the Southern District of New York in the performance of their official duties, and such entities have been ordered to maintain the confidentiality of all supporting documentation to any proof of claim and the information contained therein.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and each holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's reorganization case. A list of the names of the Debtors and their reorganization case numbers is attached hereto as Exhibit A.

**3. When And Where To File.** Except as provided for herein, all proofs of claim must be filed so as to be received no later than 5:00 p.m. Eastern Time on July 31, 2006 at the following address:

If sent by mail:                          If sent by messenger or overnight courier:
United States Bankruptcy Court            United States Bankruptcy Court
Southern District of New York             Southern District of New York
Delphi Corporation Claims                 Delphi Corporation Claims
Bowling Green Station                     One Bowling Green
P.O. Box 5058                             Room 534
New York, New York 10274-5058             New York, New York 10004-1408

Proofs of claim will be deemed filed only when actually received at the addresses above on or before the General Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

Governmental units must file proofs of claims in these chapter 11 cases on or prior to the General Bar Date.

**4. Who Need Not File A Proof Of Claim.** You do not need to file a proof of claim on or prior to the General Bar Date if you are:

(a) Any Person or Entity (i) which agrees with the nature, classification, and amount of its Claim set forth in the Schedules and (ii) whose Claim against a Debtor is not listed as "disputed," "contingent," or "unliquidated" in the Schedules;

(b) Any Person or Entity which has already properly filed a proof of claim against the correct Debtor;

(c) Any Person or Entity which asserts a Claim allowable under sections 503(b) and 507(a)(1) of the [Bankruptcy Code as an administrative expense of] the Debtors' chapter 11 cases;

(d) Any Person or Entity wh[ich has a claim for] pension or other post-employ[ment benefits including] health care and life insurance [benefits] which wishes to assert a Cla[im on account of any claim] other than future pension or c[laim for retiree benefits must file a] claim on or prior to the Gener[al Bar Date];

(e) Any Debtor or any dire[ct or indirect subsidiary of a Debtor] which the Debtors in the aggr[egate have the] power to vote, 50 percent o[f the outstanding stock of such] subsidiary;

(f) Any Person or Entity w[hich holds a claim that has been] allowed by, or paid pursuant t[o an order of the Bankruptcy Court];

(g) Any holder of a Claim [relating to] issuances of Delphi Corporat[ion of (i) $500 million of notes] (each, a "Noteholder") (i) th[e 6.55% notes due 2006, (ii) the] interest at 6.55% and maturi[ng in 2006, (iii) the notes bearing] cured securities bearing inte[rest at 6.50% and maturing in 2013,] those certain senior unsecur[ed notes bearing interest and matur-] ing on August 15, 2013, (iv) [the notes bearing] interest at 7.125% and matu[ring in 2029, (v) the] subordinated notes due 20[33, and (vi) sub-] ordinated notes due 2033 (i[ndividually] the indenture trustees of the [foregoing, a] Noteholder who wishes to a[ssert a claim] solely upon the outstanding [principal amount of] its ownership of such Unsec[ured Notes must file a proof of claim prior] to the General Bar Date in re[spect of such claims];

(h) Any holder of equity s[ecurities of the Debtors solely] with respect to such holder[s ownership interest in such equity] securities, or other interes[ts; provided, however, that if any such holder] wishes to assert a Claim aga[inst any of the Debtors, including Claims relating to] its ownership of the Debtor[s equity securities, for] damages or recision based o[n the purchase or sale of such equity securities, a] proof of claim on or prior to t[he General Bar Date must be filed].

This notice is being sent t[o many persons and entities that have had some] relationship with or have do[ne business with the Debtors but may not have an] unpaid claim against the D[ebtors. The fact that you have received this notice] does not necessarily mean t[hat you have a claim or that the Debtors or the Bank-] ruptcy Court believe that yo[u have any claim against the Debtors].

**5. Executory Contracts** [and Unexpired Leases.] If you have a claim arising from the [rejection, as of] a claim on account of such [rejection must be filed on or before the later of] (a) the General Bar Date or [30 calendar days after the entry of an order of] rejection or such other date [as the Court may order for filing a claim in respect of such] rejection.

**6. Amended Schedule** [Filings.] If, subsequent to the dissemination of this Notice, the Debtors amend their Schedules to [reduce the undisputed, noncontingent, and liquidated amount, to change the nature or classification of a] claim against a Debtor refle[cted therein, or to add a new claim to the Schedules, the affected claimant is required to file a proof of claim or amend any previously filed proof of claim in] respect of such amended c[laim on or before the later of (a) the General Bar Date] or (b) 30 calendar days af[ter the date that notice of the amendment to the Schedules is served on the claimant. In accordance with the Bar Date Order, any claimants who] have amended their Sched[ules] [claim will receive individualized notice of the changes to the Schedules].

**7. Consequences Of F[ailure to File Proof of Claim By General Bar] Date.** ANY HOLDER OF A C[LAIM WHO IS REQUIRED, BUT FAILS, TO FILE A PROOF OF SUCH CLAIM IN ACCORDANCE WITH THE BAR DATE ORDER ON OR BEFORE THE GENERAL BAR DATE SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS] MENTS OF THIS NOTICE, FAILS TO TIMELY FILE A P[ROOF OF SUCH CLAIM IS FOREVER] BARRED FROM ASSERTIN[G SUCH CLAIM AGAINST THE DEBTORS AND THEIR] CHAPTER 11 ESTATES, FR[OM VOTING ON ANY PLAN OF REORGANIZATION] IN THESE CASES, AND FRO[M PARTICIPATING IN ANY DISTRIBUTION IN THE DEBT-] ORS' CASES ON ACCOUNT [OF SUCH CLAIM].

**8. The Debtors' Sched[ules and Access Thereto.]** You may be listed as the holder of a claim against t[he Debtors in the Debtors' Schedules of Assets] and Liabilities and/or Sch[edules of Executory Contracts and Unexpired Leases].

To determine if and hov[v you are listed on] the Schedules, copies of v[vhich are available on the Debtor's website].

As set forth above, if y[ou rely on the Debtors' Schedules, it is your responsibility to determine that your] claim is listed in any of the [Schedules accurately]. as "disputed," "contingen[t," or "unliquidated."] Otherwise, or if you decide [to file a proof of claim, a proof of claim must be filed by the Gen-] eral Bar Date in accordan[ce with the procedures set forth in this notice].

Copies of any of the D[ebtors' Schedules may be examined by interested parties] at http://www.delphidoc[ket.com] //www.nysb.uscourts.go[v] Electronic Court Records [at] the Court's Internet Web [site and at the Office of the Clerk of the] Center at http://www.pa[cer.psc.uscourts.gov]. to access this informatio[n through the Court's ECF system, please contact the Clerk of the Court or visit] www.delphidocket.com] [directly] between the hours of 9:[00 a.m. and 4:30 p.m. at the Office of the Clerk of the U.S. Bankruptcy Court, Southern District of New York,] York, New York 10004-14[08].

A holder of a possible c[laim against the Debtors who has any ques-] ney regarding any matter [raised in this notice or who requires additional information] should file a proof of clai[m]. Dated: New York, New Yo[rk]

SKADDEN, [ARPS, SLATE, MEAGHER & FLOM LLP] John Wm. Butler, Jr., John [K. Lyons] E. Meisler, 333 West Wa[cker Drive] Suite 2100, Chicago, Illin[ois 60606] Attorneys for Delphi Co[rporation, et al., Debtors and Debtors-in-Possession]

Delphi Restructuring Inf[ormation] Toll Free: (866) 688-874[9] International: (248) 81[3-2601]

1. The bar date for the fili[ng of claims is subject to] modification to or termi[nation of the bar date and any such] efits will be determined [at a later hearing, notice of] such modification or ter[mination will be provided].

---

**EXHIBIT A**

| # | Entity | Tax / Federal ID Number | Case Number | |
|---|--------|--------------------------|-------------|---|
| 1. | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive, |
| 2. | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive, |
| 3. | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkwa |
| 4. | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkwa |
| 5. | Environmental Catalysts, LLC | | 05-44503 | 5725 Delphi Drive, |
| 6. | Delphi Medical Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18, Lo |