# EXHIBIT B

# Exhibit B

**NAME AND APPLICABLE BILLING RATE FOR EACH PERSON WHO BILLED TIME DURING THE FIRST FEE PERIOD**

TOTAL COMPENSATION REQUESTED $281,805.50

TOTAL COMPENSATION PREVIOUSLY REQUESTED $0.00

| Attorney Name | Initials | Title | Date Admitted | Billing Rate Old Rate*** | Hours Old Rate | Billed Old Rate | Billing Rate New Rate | Hours New Rate | Billed New Rate | Total Hours | Total Billed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Philmore Colburn | PHC | Attorney | Jun-91 | $375.00 | 30.30 | $11,362.50 | $0.00 | $0.00 | $0.00 | 30.30 | $11,362.50 |
| David Fox | DAF | Attorney | Nov-95 | $320.00 | 1.20 | $384.00 | $0.00 | $0.00 | $0.00 | 1.20 | $384.00 |
| Keith Murphy | KJM | Attorney | Jan-94 | $315.00 | 13.00 | $4,095.00 | $320.00 | 5.20 | $1,664.00 | 18.20 | $5,759.00 |
| Pamela Curbelo | PJC | Attorney | Dec-91 | $315.00 | 100.00 | $31,500.00 | $320.00 | 15.10 | $4,832.00 | 115.10 | $36,332.00 |
| Christopher Boehm | CCB | Attorney | Apr-98 | $300.00 | 140.00 | $42,000.00 | $310.00 | 133.60 | $41,416.00 | 273.60 | $83,416.00 |
| Steven Bartholomew | SRB | Attorney | Jan-89 | $270.00 | 23.10 | $6,237.00 | $0.00 | $0.00 | $0.00 | 23.10 | $6,237.00 |
| Mary Golota | MEG | Attorney | Nov-91 | $265.00 | 12.50 | $3,312.50 | $275.00 | 36.00 | $9,900.00 | 48.50 | $13,212.50 |
| Daniel Lent | DPL | Attorney | Nov-95 | $260.00 | 4.20 | $1,092.00 | $280.00 | 7.50 | $2,100.00 | 11.70 | $3,192.00 |
| John Buckert | JFB | Attorney | May-98 | $250.00 | 94.60 | $23,650.00 | $260.00 | 116.50 | $30,290.00 | 211.10 | $53,940.00 |
| Daniel Bruso | DEB | Attorney | Jun-96 | $245.00 | 20.20 | $4,949.00 | $255.00 | 5.20 | $1,326.00 | 25.40 | $6,275.00 |
| Marisa Dubuc | MJD | Attorney | Jun-01 | $205.00 | 15.50 | $3,177.50 | $235.00 | 50.50 | $11,867.50 | 66.00 | $15,045.00 |
| Lisa Turner | IMT | Attorney | Nov-00 | $185.00 | 20.30 | $3,755.50 | $0.00 | $0.00 | $0.00 | 20.30 | $3,755.50 |
| Jeff Waters | JLW | Attorney | Jun-03 | $160.00 | 6.50 | $1,040.00 | $170.00 | 2.00 | $340.00 | 8.50 | $1,380.00 |
| Theodosis Kountoisis | TK | Agent | Apr-03 | $160.00 | 108.00 | $17,280.00 | $0.00 | $0.00 | $0.00 | 108.00 | $17,280.00 |
| Fred Krieger | FAK | Attorney | Jun-03 | $160.00 | 60.00 | $9,600.00 | $170.00 | 142.00 | $24,140.00 | 202.00 | $33,740.00 |
| Robert Svoboda | RJS | Attorney | Nov-05 | $160.00 | 150.20 | $24,032.00 | $170.00 | 119.00 | $20,230.00 | 269.20 | $44,262.00 |
| Juan Juan | JJJ | Tech. Expert | n/a | $160.00 | 2.00 | $320.00 | $0.00 | $0.00 | $0.00 | 2.00 | $320.00 |
| Michael Sansoucy | MRS | Agent | Dec-05 | $150.00 | 70.80 | $10,620.00 | $155.00 | 11.00 | $1,705.00 | 81.80 | $12,325.00 |
| Daniel Gilmour | DG | Tech. Expert | n/a | $130.00 | 54.20 | $7,046.00 | $0.00 | $0.00 | $0.00 | 54.20 | $7,046.00 |
| James Larsen | JLL | Tech. Expert | n/a | $120.00 | 17.00 | $2,040.00 | $0.00 | $0.00 | $0.00 | 17.00 | $2,040.00 |
| Sandy McLaughlin | SEM | Paraprof. | n/a | $100.00 | 0.40 | $40.00 | $0.00 | $0.00 | $0.00 | 0.40 | $40.00 |
| Linda Gould | LCG | Paraprof. | n/a | $70.00 | 1.50 | $105.00 | $0.00 | $0.00 | $0.00 | 1.50 | $105.00 |
| Karey Congdon | KC | Paraprof. | n/a | $70.00 | 0.50 | $35.00 | $0.00 | $0.00 | $0.00 | 0.50 | $35.00 |

**TOTAL HOURS** 2535.60

**TOTAL BILLED** $357,483.50

**ADJUSTMENT** ($75,682.00)

**TOTAL COMPENSATION SOUGHT** $281,801.50

**BLENDED PROFESSIONAL HOURLY RATE** $141.18

*** Billing Rates Were Adjusted Effective December 1, 2005