# EXHIBIT C

# Exhibit C

| Debtors' Reference/Title | Cantor Colburn Reference Number | Total Hours | Total Compensation | Total Expenses | Total |
|---|---|---|---|---|---|
| Retention and Fee Applications | D20-0002GA | 25.40 | 6,275.00 | 282.89 | 6,557.89 |
| 2003-000679 | DE4-0061AN | 0.30 | 93.00 | 0.00 | 93.00 |
| 2003-001097 | DE4-0082AN | 6.20 | 1,860.00 | 0.00 | 1,860.00 |
| 2005-000073 | DE4-0123AN | 0.50 | 150.00 | 0.00 | 150.00 |
| Analysis of Patents | DE4-0131AN | 2.00 | 603.00 | 0.00 | 603.00 |
| 2003-001203 | DE4-0137I | 0.50 | 150.00 | 0.00 | 150.00 |
| 2003-001203 | DE4-0138I | 5.90 | 1,770.00 | 0.00 | 1,770.00 |
| DP-311883 | DE4-0139I | 1.40 | 422.00 | 0.00 | 422.00 |
| DP-312085 | DE4-0140I | 0.50 | 150.00 | 0.00 | 150.00 |
| DP-312085 | DE4-0141I | 0.50 | 150.00 | 0.00 | 150.00 |
| DP-312085 | DE4-0142I | 0.50 | 150.00 | 0.00 | 150.00 |
| DP-312085 | DE4-0143I | 0.50 | 150.00 | 0.00 | 150.00 |
| 2005-000715 | DE4-0146AN | 15.50 | 4,784.00 | 0.00 | 4,784.00 |
| Analysis of Patent | DE4-0160AN | 1.10 | 330.00 | 0.00 | 330.00 |
| Analysis of Instrument Panels | DE4-0161AN | 27.80 | 8,431.00 | 775.27 | 9,206.27 |
| | DE4-0161AN | | | | |
| DP-312727 | D21-0009 | 1.00 | 300.00 | 1,177.69 | 1,477.69 |
| DP-312271 | D21-0010 | 1.00 | 300.00 | 1,566.04 | 1,866.04 |
| DP-312723 | D21-0011 | 1.00 | 300.00 | 1,194.67 | 1,494.67 |
| DP-313924 | D22-0001 | 17.90 | 5,000.00 | 170.39 | 5,170.39 |
| DP-314951 | D22-0002 | 24.10 | 5,000.00 | 0.00 | 5,000.00 |
| DP-306878 | DE1-0132F | 2.70 | 485.00 | 0.00 | 485.00 |
| DP-304449 | DE1-0147 | 7.50 | 1,875.00 | 533.45 | 2,408.45 |
| DP-305014 | DE2-0085 | 0.20 | 62.00 | 0.00 | 62.00 |
| DP-309107 | DE2-0096 | 0.90 | 229.00 | 911.20 | 1,140.20 |
| DP-301245 | DE3-0025 | 7.00 | 1,650.00 | 130.00 | 1,780.00 |
| DP-301063 | DE3-0124D | 2.00 | 320.00 | 205.63 | 525.63 |
| DP-302055 | DE3-0155 | 8.00 | 1,650.00 | 790.00 | 2,440.00 |
| DP-303057 | DE3-0176 | 7.20 | 1,492.50 | 10.14 | 1,502.64 |
| DP-304335 | DE3-0185 | 6.20 | 1,650.00 | 1.66 | 1,651.66 |
| DP-304037 | DE3-0203 | 10.00 | 1,650.00 | 131.52 | 1,781.52 |
| DP-304139 | DE3-0206 | 8.00 | 1,650.00 | 145.17 | 1,795.17 |
| DP-304136 | DE3-0208 | 16.60 | 1,650.00 | 131.06 | 1,781.06 |
| DP-301830 | DE3-0209 | 3.70 | 684.50 | 132.21 | 816.71 |
| DP-304592 | DE3-0214 | 7.50 | 1,650.00 | 0.00 | 1,650.00 |
| DP-305015/DP305016 | DE3-0228 | 9.00 | 1,650.00 | 500.00 | 2,150.00 |
| DP-305828 | DE3-0239 | 13.90 | 1,650.00 | 11.90 | 1,661.90 |
| DP-306554 | DE3-0257 | 8.00 | 1,650.00 | 0.00 | 1,650.00 |
| DP-301377 | DE3-0260 | 3.20 | 889.00 | 0.00 | 889.00 |
| DP-305829 | DE3-0269 | 16.70 | 1,650.00 | 31.80 | 1,681.80 |
| DP-306725 | DE3-0274 | 9.00 | 1,810.00 | 0.60 | 1,810.60 |
| DP-306726 | DE3-0275 | 8.00 | 1,650.00 | 0.00 | 1,650.00 |
| DP-307007 | DE3-0276 | 9.00 | 1,650.00 | 0.00 | 1,650.00 |
| DP-306560 | DE3-0279 | 7.70 | 1,443.00 | 0.00 | 1,443.00 |
| DP-307993 | DE3-0289 | 14.80 | 1,650.00 | 0.00 | 1,650.00 |
| DP-307433 | DE3-0292P | 5.00 | 1,025.00 | 1.52 | 1,026.52 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| DP-307053 | DE3-0294 | 10.70 | 1,521.00 | 63.14 | 1,584.14 |
| DP-308200 | DE3-0297 | 0.50 | 35.00 | 0.60 | 35.60 |
| DP-307091 | DE3-0306 | 0.50 | 102.50 | 130.00 | 232.50 |
| DP-308143 | DE3-0307 | 9.00 | 2,115.00 | 500.00 | 2,615.00 |
| DP-309906 | DE3-0323 | 14.00 | 1,650.00 | 6.14 | 1,656.14 |
| DP-309666 | DE3-0324 | 28.20 | 1,650.00 | 0.00 | 1,650.00 |
| DP-309932 | DE3-0326 | 20.20 | 1,650.00 | 0.00 | 1,650.00 |
| DP-310838 | DE3-0335 | 0.50 | 35.00 | 0.37 | 35.37 |
| DP-312326 | DE3-0348 | 7.20 | 1,950.00 | 0.00 | 1,950.00 |
| DP-309972 | DE3-0351 | 13.80 | 3,508.00 | 13.65 | 3,521.65 |
| DP-310072 | DE3-0352 | 12.80 | 3,258.00 | 13.65 | 3,271.65 |
| DP-312124 | DE3-0355 | 3.30 | 830.00 | 1,053.65 | 1,883.65 |
| DP-312717 | DE3-0361 | 5.50 | 1,592.50 | 536.00 | 2,128.50 |
| DP-312324 | DE3-0362 | 0.50 | 35.00 | 0.83 | 35.83 |
| DP-310709 | DE3-0363 | 0.50 | 35.00 | 0.83 | 35.83 |
| DP-313387 | DE3-0367 | 3.90 | 545.00 | 0.00 | 545.00 |
| DP-307433CIP2/DP-313325 | DE3-0368 | 4.00 | 640.00 | 0.00 | 640.00 |
| DP-313866 | DE3-0371 | 13.70 | 3,562.00 | 0.00 | 3,562.00 |
| DP-313884 | DE3-0372 | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-314029 | DE3-0373 | 25.80 | 3,594.50 | 213.65 | 3,808.15 |
| DP-312664/DP312665 | DE3-0374 | 10.90 | 2,834.00 | 0.00 | 2,834.00 |
| DP-312657 | DE3-0375 | | 0.00 | 453.18 | 453.18 |
| DP-314404/DP-314503 | DE3-0376 | 18.80 | 2,906.50 | 0.00 | 2,906.50 |
| DP-314605 | DE3-0378 | 21.60 | 5,000.00 | 1,374.27 | 6,374.27 |
| DP-314483 | DE3-0379 | 1.00 | 315.00 | 20.17 | 335.17 |
| DP-314735 | DE3-0381 | 14.70 | 3,994.00 | 0.00 | 3,994.00 |
| DP-314169 | DE3-0382 | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-314869 | DE3-0383VA | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-312415 | DE3-0384 | 0.30 | 96.00 | 0.00 | 96.00 |
| DP-314868 | DE3-0385 | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-308641 | DE4-0029F | 2.00 | 620.00 | 0.00 | 620.00 |
| DP-308388 | DE4-0034 | 5.50 | 1,650.00 | 401.11 | 2,051.11 |
| DP-310488 | DE4-0066 | 0.20 | 60.00 | 0.00 | 60.00 |
| DP-312084 | DE4-0095 | | 0.00 | 2,081.15 | 2,081.15 |
| DP-312085 | DE4-0096 | 0.80 | 240.00 | 95.10 | 335.10 |
| DP-311931 | DE4-0102 | 2.50 | 702.00 | 2,054.40 | 2,756.40 |
| DP-312563 | DE4-0104 | 0.80 | 240.00 | 1,270.83 | 1,510.83 |
| DP-313018 | DE4-0108 | 8.00 | 2,400.00 | 742.00 | 3,142.00 |
| DP-312965 | DE4-0111 | 12.50 | 2,265.00 | 193.84 | 2,458.84 |
| DP-313309 | DE4-0120 | 1.10 | 305.00 | 1,920.60 | 2,225.60 |
| DP-313225 | DE4-0121 | | 0.00 | 2,574.20 | 2,574.20 |
| DP-312863 | DE4-0122 | 8.50 | 2,225.00 | 640.60 | 2,865.60 |
| DP-312863 | DE4-0122F | 1.20 | 312.00 | 14.79 | 326.79 |
| DP-313602 | DE4-0124 | | 0.00 | 795.00 | 795.00 |
| DP-313710 | DE4-0129 | 5.30 | 1,605.00 | 250.00 | 1,855.00 |
| DP-313276 | DE4-0147 | 19.30 | 3,678.00 | 1,791.85 | 5,469.85 |
| DP-313277 | DE4-0148 | 34.30 | 5,000.00 | 1,355.37 | 6,355.37 |
| DP-314113 | DE4-0149 | 5.00 | 950.00 | 1,430.51 | 2,380.51 |
| DP-314400 | DE4-0150 | 12.00 | 3,600.00 | 200.00 | 3,800.00 |
| DP-314114 | DE4-0151 | 18.50 | 3,032.00 | 0.00 | 3,032.00 |
| DP-314115 | DE4-0152 | 18.50 | 3,032.00 | 0.00 | 3,032.00 |
| DP-314208 | DE4-0153 | 8.20 | 1,342.00 | 0.00 | 1,342.00 |

| | | | | | |
|---|---|---:|---:|---:|---:|
| DP-314380 | DE4-0154 | 20.90 | 4,985.00 | 200.00 | 5,185.00 |
| DP-313568 | DE4-0159 | 0.30 | 90.00 | 0.00 | 90.00 |
| DP-314792 | DE4-0162 | 7.10 | 2,201.00 | 212.80 | 2,413.80 |
| DP-312861 | DE4-0163 | 0.60 | 186.00 | 0.00 | 186.00 |
| DP-314167 | DE5-0006 | 21.00 | 5,000.00 | 0.00 | 5,000.00 |
| DP-314945 | DE5-0007 | 1.30 | 403.00 | 0.00 | 403.00 |
| DP-314779 | DE5-0008 | 0.50 | 155.00 | 0.00 | 155.00 |
| DP-314875 | DE5-0009 | 0.50 | 155.00 | 0.00 | 155.00 |
| DP-314131 | DE5-0010 | 0.50 | 155.00 | 0.00 | 155.00 |
| DP-310650 | DE8-0003 | 2.00 | 637.50 | 400.00 | 1,037.50 |
| DP-310842 | DE8-0011 | 0.20 | 62.00 | 0.00 | 62.00 |
| DP-312154 | DE8-0021 | 0.80 | 256.00 | 0.00 | 256.00 |
| DP-313965 | DE8-0023 | 9.70 | 3,060.50 | 1,055.86 | 4,116.36 |
| DP-311959 | DE9-0002P | 4.50 | 1,417.50 | 1,053.65 | 2,471.15 |
| DP-311224 | DE9-0015 | 24.00 | 5,223.50 | 1,921.65 | 7,145.15 |
| DP-312276 | DE9-0024 | 4.50 | 1,417.50 | 1,053.65 | 2,471.15 |
| DP-313012 | DE9-0036 | 6.20 | 1,590.00 | 1,053.65 | 2,643.65 |
| DP-313011 | DE9-0040 | 6.20 | 1,910.00 | 1,068.65 | 2,978.65 |
| DP-313340 | DE9-0043 | 1.20 | 384.00 | 1,053.65 | 1,437.65 |
| DP-312054 | DE9-0045 | 22.70 | 5,000.00 | 1,053.65 | 6,053.65 |
| DP-313503 | DE9-0046 | 0.40 | 124.00 | 0.00 | 124.00 |
| DP-313505 | DE9-0047 | 0.30 | 78.00 | 0.00 | 78.00 |
| DP-313504 | DE9-0048 | 15.30 | 2,328.00 | 0.00 | 2,328.00 |
| DP-313376 | DE9-0049 | 10.20 | 2,965.50 | 1,058.20 | 4,023.70 |
| DP-313356 | DE9-0051 | 5.20 | 1,275.00 | 1,053.65 | 2,328.65 |
| DP-313370 | DE9-0052 | 6.40 | 1,488.00 | 1,055.17 | 2,543.17 |
| DP-313543 | DE9-0053 | 26.20 | 5,000.00 | 0.00 | 5,000.00 |
| DP-313369 | DE9-0056 | 9.00 | 2,257.50 | 1,041.75 | 3,299.25 |
| DP-314028 | DE9-0057 | 27.50 | 5,000.00 | 84.45 | 5,084.45 |
| DP-313251 | DE9-0058 | 5.50 | 1,732.50 | 1,053.65 | 2,786.15 |
| DP-313534 | DE9-0059 | 5.50 | 1,320.00 | 1,053.65 | 2,373.65 |
| DP-314091 | DE9-0060 | 24.90 | 5,000.00 | 1,552.00 | 6,552.00 |
| DP-314175 | DE9-0061 | 60.90 | 5,000.00 | 0.00 | 5,000.00 |
| DP-314434 | DE9-0062 | 83.40 | 5,000.00 | 0.00 | 5,000.00 |
| DP-314402 | DE9-0063 | 19.30 | 3,485.50 | 1,255.17 | 4,740.67 |
| DP-314165 | DE9-0064 | 50.20 | 5,000.00 | 0.00 | 5,000.00 |
| DP-314453 | DE9-0065 | 3.00 | 765.00 | 0.00 | 765.00 |
| DP-314445 | DE9-0066 | 132.70 | 5,000.00 | 424.03 | 5,424.03 |
| DP-314757 | DE9-0067 | 10.20 | 3,157.00 | 0.00 | 3,157.00 |
| DP-312661 | DE9-0068 | 23.30 | 5,000.00 | 155.60 | 5,155.60 |
| DP-313599 | DE9-0069 | 35.10 | 5,000.00 | 0.00 | 5,000.00 |
| DP-313898 | DE9-0070 | 38.40 | 5,000.00 | 0.00 | 5,000.00 |
| DP-314518 | DE9-0071 | 2.90 | 899.00 | 0.00 | 899.00 |
| DP-314519 | DE9-0072 | 2.40 | 744.00 | 0.00 | 744.00 |
| DP-314520 | DE9-0073 | 2.90 | 899.00 | 0.00 | 899.00 |
| DP-314452 | DE9-0074 | 3.50 | 1,085.00 | 0.37 | 1,085.37 |
| DP-314600 | DE9-0075 | 29.30 | 5,000.00 | 130.00 | 5,130.00 |
| DP-314782 | DE9-0076 | 28.70 | 4,977.00 | 0.00 | 4,977.00 |
| DP-314851 | DE9-0077 | 2.30 | 713.00 | 0.00 | 713.00 |
| DP-314995 | DE9-0078 | 8.00 | 2,480.00 | 0.00 | 2,480.00 |
| DP-314523 | DE9-0079 | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-314511 | DE9-0080 | 0.50 | 160.00 | 0.00 | 160.00 |

| | | | | | |
|---|---|---|---|---|---|
| DP-314512 | DE9-0081 | 0.50 | 160.00 | 0.00 | 160.00 |
| DP-301244 | DEP-0133 | 5.00 | 1,575.00 | 400.00 | 1,975.00 |
| DP-302577 | DEP-0150 | 1.00 | 315.00 | 0.00 | 315.00 |
| DP-304209 | DEP-0280 | 0.50 | 150.00 | 1,025.02 | 1,175.02 |
| DP-304209 | DEP-0280P | 15.10 | 4,530.00 | 1,820.00 | 6,350.00 |
| DP-304209 | DEP-0280P2 | 2.70 | 837.00 | 1,060.80 | 1,897.80 |
| DP-308608 | DEP-0324 | 6.20 | 1,960.50 | 123.98 | 2,084.48 |
| DP-309198 | DEP-0338 | 13.00 | 1,650.00 | 0.00 | 1,650.00 |
| Impeller Design for Turbine | DEP-0350R | 3.50 | 1,107.50 | 0.00 | 1,107.50 |
| **TOTALS** | | | $281,801.50 | $55,500.99 | $337,302.49 |