# EXHIBIT D
# (REDACTED)

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, MI 48007-5052
Attn: Thomas Twomey


Services Thru: 01/31/06

Our Reference D20-0002GA   Post-Petition Services


| Professional Services | Hours | Value |
|---|---|---|
| 10/11/2005 DEB Investigate regarding Delphi's proposed procedures for retaining ordinary course professionals; review proposed compensation procedures; meet with Attorney Colburn re: same ( $245.00/Hr) | 2.00 | 490.00 |
| 10/13/2005 DEB Review Delphi pleadings re: employment of professionals, DIP financing and payment of pre-petition balances; edit Affidavit of CC LLP re: employment ( $245.00/Hr) | 2.00 | 490.00 |
| 10/24/2005 DEB Telephone conference with Attorney Fizley re: OCP motion ( $245.00/Hr) | .50 | 122.50 |
| 10/31/2005 DEB Telephone conference with debtor's counsel re: OCP Motion ( $245.00/Hr) | .50 | 122.50 |
| 11/07/2005 DEB Telephone conference with debtor's counsel re: employment; begin drafting employment application ( $245.00/Hr) | 3.00 | 735.00 |
| 11/09/2005 DEB Revise Application to Employ Cantor Colburn, Notice of Motion, Order and Affidavit of Colburn; telephone conference with debtor's counsel regarding same; draft engagement letter to Thomas Twomey; coordinate and finalize conflict check ( $245.00/Hr) | 5.00 | 1,225.00 |
| 11/11/2005 DEB Review proposed changes to Application to Employ CC; confirm billing procedures; edit Application and finalize ( $245.00/Hr) | 1.20 | 294.00 |

D20-0002GA                                                Page    2

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/17/2005 | DEB | Draft Memorandum regarding billing procedure and fee application ( $245.00/Hr) | 2.00 | 490.00 |
| 11/18/2005 | DEB | Revise Edit Employment Application to address concerns raised by the U.S. Trustee; investigate regarding fields in which Cantor Colburn performs services ( $245.00/Hr) | 3.00 | 735.00 |
| 11/21/2005 | DEB | Revise Application for Employment; telephone conference with debtor's counsel regarding same ( $245.00/Hr) | 1.00 | 245.00 |
| 12/05/2005 | DEB | Telephone conference with Delphi's Bankruptcy counsel regarding status of Application to Employ Cantor Colburn; obtain executed Affidavit; finalize Application ( $255.00/Hr) | .70 | 178.50 |
| 12/06/2005 | DEB | Telephone conference (multiple) with Bankruptcy counsel regarding Amendment to Application and filing of same ( $255.00/Hr) | .50 | 127.50 |
| 12/08/2005 | DEB | Review invoices; draft memo regarding bankruptcy billing procedure ( $255.00/Hr) | 2.50 | 637.50 |
| 01/11/2006 | DEB | Review final monthly statement for October and November; confirm compliance with interum compensation order ( $255.00/Hr) | .50 | 127.50 |
| 01/25/2006 | DEB | Begin drafting Fee Application ( $255.00/Hr) | 1.00 | 255.00 |

Total Professional Services . . . . . . . . . .   $6,275.00

Disbursements

        Federal Express                                282.89

Total Disbursements . . . . . . . . . . . . . . .   $282.89

Total This Bill . . . . . . . . . . . . . . . . . . . .   $6,557.89

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0061AN  2003-000679: Analysis of U.S. Patent Nos.
████████ and ███████


| Professional Services | Hours | Value |
|---|---|---|
| 12/12/2005 CCB Revise patent claims ( $310.00/Hr) | .30 | 93.00 |
| Total Professional Services . . . . . . . . . . . | $93.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $93.00 |

```
CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929
```

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0082AN  2003-001097: Study of USPN 


| Professional Services | Hours | Value |
|---|---|---|
| 10/11/2005 CCB Telephone conference with Scott McBain re: ▮▮▮ Patents ( $300.00/Hr) | .20 | 60.00 |
| 11/21/2005 CCB Telephone conference with Mark Winters re: ▮▮▮ Patents ( $300.00/Hr) | .10 | 30.00 |
| 11/21/2005 CCB Telephone conference with Scott McBain re: ▮▮▮ Patent ( $300.00/Hr) | .10 | 30.00 |
| 11/26/2005 CCB Review U.S. file histories and prepare for meeting ( $300.00/Hr) | 2.00 | 600.00 |
| 11/28/2005 CCB Review U.S. file histories ( $300.00/Hr) | .80 | 240.00 |
| 11/29/2005 CCB Meet with Scott McBain re: ▮▮▮ Patent ( $300.00/Hr) | 1.00 | 300.00 |
| 11/29/2005 CCB Review file history and non-publication rules. ( $300.00/Hr) | 2.00 | 600.00 |

Total Professional Services . . . . . . . . . . .    $1,860.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,860.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0123AN  2005-000073: Analysis of 
                          Proposal


| Professional Services | Hours | Value |
|---|---|---|
| 11/03/2005 CCB Review reference, forward same to Jim Webber ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $150.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0131AN  Analysis of ██████ ██████ Patents


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/11/2005 CCB Telephone conference with Scott McBain re: ██████ Patents ( $300.00/Hr) | | .10 | 30.00 |
| 11/17/2005 CCB Review Milliken patent, telephone conference with Todd Tesch, review Delphi side airbag patents, prepare memo to client. ( $300.00/Hr) | | 1.50 | 450.00 |
| 11/21/2005 CCB Prepare Summary letter. ( $300.00/Hr) | | .10 | 30.00 |
| 12/15/2005 CCB Prepare Opinion ( $310.00/Hr) | | .30 | 93.00 |
| Total Professional Services . . . . . . . . . . | | $603.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | | $603.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0137I   2003-001203: Opinion for US Patent No. 


| Professional Services | Hours | Value |
|---|---|---|
| 11/21/2005 CCB Prepare Opinion. ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $150.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0138I   2003-001203: Opinion for US Patent No. ██████████


| Professional Services | Hours | Value |
|---|---|---|
| 10/11/2005 CCB Telephone conference with Scott McBain re: ████ Patent ( $300.00/Hr) | .20 | 60.00 |
| 10/12/2005 CCB Revise opinion. ( $300.00/Hr) | .50 | 150.00 |
| 10/14/2005 CCB Revise opinion. ( $300.00/Hr) | 1.00 | 300.00 |
| 11/21/2005 CCB Prepare Opinion. ( $300.00/Hr) | .50 | 150.00 |
| 11/28/2005 CCB Prepare Opinion. ( $300.00/Hr) | .70 | 210.00 |
| 11/29/2005 CCB Review patents. ( $300.00/Hr) | 2.00 | 600.00 |
| 11/30/2005 CCB Prepare Opinion. ( $300.00/Hr) | 1.00 | 300.00 |

Total Professional Services . . . . . . . . . .   $1,770.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .   $1,770.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0139I    DP-311883: Opinion For US Patent No. 


| Professional Services | Hours | Value |
|---|---|---|
| 11/03/2005 CCB Telephone conference with Shawn Ryan, review patent. ( $300.00/Hr) | .70 | 210.00 |
| 11/30/2005 CCB Prepare opinion. ( $300.00/Hr) | .50 | 150.00 |
| 12/16/2005 CCB Prepare Opinion ( $310.00/Hr) | .20 | 62.00 |

Total Professional Services . . . . . . . . . . .  $422.00

Total This Bill . . . . . . . . . . . . . . . . . . . .  $422.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0140I    DP-312085: Opinion for US Patent No. 


| Professional Services | Hours | Value |
|---|---|---|
| 10/14/2005 CCB Draft letter to client memorializing prior discussions relating to non-infringement ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | $150.00 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0141I    DP-312085: Opinion for US Patent No. ████████

| Professional Services | Hours | Value |
|---|---|---|
| 10/14/2005 CCB Draft letter to client memorializing prior discussions relating to non infringement ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $150.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0142I   DP-312085: Opinion for US Patent No. 

| Professional Services | Hours | Value |
|---|---|---|
| 10/14/2005 CCB Draft letter to client memoralizing prior discussions relating to non infringement ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $150.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0143I    DP-312085: Opinion for US Patent No. 


| Professional Services | Hours | Value |
|---|---|---|
| 10/14/2005 CCB Draft letter to client memoralizing prior discussions relating to non infringement ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . | $150.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $150.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0146AN  2005-000715: USPN ███████████

| Professional Services | Hours | Value |
|---|---|---|
| 10/24/2005 CCB Telephone conference with Scott McBain re: '██ Patent ( $300.00/Hr) | .70 | 210.00 |
| 10/25/2005 CCB Review file wrapper of United States Patent ████████ and ███ ███B ( $300.00/Hr) | .50 | 150.00 |
| 10/28/2005 CCB Review drawings. ( $300.00/Hr) | .30 | 90.00 |
| 11/04/2005 CCB Review prior art for preparation of opinion ( $300.00/Hr) | .20 | 60.00 |
| 11/28/2005 CCB Review patent and file histories. ( $300.00/Hr) | .40 | 120.00 |
| 12/04/2005 CCB Review file wrapper ( $310.00/Hr) | .70 | 217.00 |
| 12/05/2005 CCB Review file wrapper ( $310.00/Hr) | .80 | 248.00 |
| 12/06/2005 CCB Provide information to Mike Schenck ( $310.00/Hr) | .40 | 124.00 |
| 12/12/2005 CCB Telephone conference with Mike Schenck re: ████ patent ( $310.00/Hr) | .20 | 62.00 |
| 01/16/2006 CCB Miliken matter review U.S. ████████ and related members ( $310.00/Hr) | 1.00 | 310.00 |
| 01/22/2006 CCB Review file wrappers of United States Patents ████████ and ████████ ( $310.00/Hr) | 2.00 | 620.00 |
| 01/23/2006 CCB Review file wrappers of United States patents ████████ and ████████. ( $310.00/Hr) | 1.00 | 310.00 |
| 01/24/2006 CCB Telephone conference with Mike Schenck and Scott McBain re: patents; review file wrappers of United States Patents ████████; ████████; ████████ and ███; REVIEW ████████ review | | |

DE4-0146AN                                                    Page    2

```
                    MPEP section 609, 2001; review
                    product drawings and prepare
                    non-infringement opinion.
                    ( $310.00/Hr)                     5.00        1,550.00
01/25/2006 CCB Review of prior art ████████
                    ( $310.00/Hr)                      .70          217.00
01/26/2006 CCB Review EP file wrappers ████
                    and ████████. ( $310.00/Hr)       1.20          372.00
01/31/2006 CCB Prepare for meeting with Scott
                    McBain. ( $310.00/Hr)              .40          124.00

Total Professional Services . . . . . . . . . .   $4,784.00

Total This Bill . . . . . . . . . . . . . . . . . . .   $4,784.00
```

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0160AN  Analysis of USPN ████████████


| Professional Services | Hours | Value |
|---|---|---|
| 10/13/2005 CCB Review United States Patent No. ████████████. ( $300.00/Hr) | .20 | 60.00 |
| 10/14/2005 CCB Review United States Patent No. ████████. ( $300.00/Hr) | .30 | 90.00 |
| 10/24/2005 CCB Telephone conference with Mike Schenck re: '███ Patent ( $300.00/Hr) | .10 | 30.00 |
| 11/01/2005 CCB Review U.S. Patent No. ████████████ ( $300.00/Hr) | .50 | 150.00 |

Total Professional Services . . . . . . . . . .  $330.00

Total This Bill . . . . . . . . . . . . . . . . . . .  $330.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0161AN  Analysis of ▇▇▇▇▇ Instrument Panels in View
                          of ▇▇▇▇▇▇

| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/18/2005 CCB | Review instrument panels in view of ▇▇▇▇▇▇. ( $300.00/Hr) | .80 | 240.00 |
| 10/21/2005 CCB | Review letter from Tipp relating to U.S. Patent Nos. ▇▇▇; ▇▇▇▇ ▇▇▇▇ ( $300.00/Hr) | 1.20 | 360.00 |
| 11/03/2005 CCB | Telephone conference with Bill Shaw; review patents ( $300.00/Hr) | 1.00 | 300.00 |
| 11/04/2005 CCB | Review U.S. Patent Nos. ▇▇▇ ▇▇▇; ▇▇▇; ▇▇▇ and ▇▇▇ ( $300.00/Hr) | .80 | 240.00 |
| 11/07/2005 CCB | Review United States Patent Nos. ▇▇▇ ▇▇▇ ▇▇▇, ▇▇▇, ▇▇▇ and ▇▇▇ ( $300.00/Hr) | 1.00 | 300.00 |
| 11/16/2005 CCB | Review five ▇▇ patents and European file history including opposition. ( $300.00/Hr) | 3.00 | 900.00 |
| 11/17/2005 CCB | Review patents. ( $300.00/Hr) | .20 | 60.00 |
| 11/21/2005 CCB | Telephone conference with Scott McBain; review file histories ( $300.00/Hr) | .70 | 210.00 |
| 11/25/2005 CCB | Review five ▇▇ patents and European file history including opposition ( $300.00/Hr) | 5.00 | 1,500.00 |
| 11/26/2005 CCB | Review five ▇▇ patents and European file history including opposition ( $300.00/Hr) | 3.00 | 900.00 |
| 11/29/2005 CCB | Review patents. ( $300.00/Hr) | 1.00 | 300.00 |
| 11/30/2005 CCB | Draft Opinion. ( $300.00/Hr) | 1.00 | 300.00 |
| 12/16/2005 CCB | Prepare Opinion ( $310.00/Hr) | .50 | 155.00 |

DE4-0161AN                                                    Page   2

01/13/2006 CCB Review ████ Engineering patents.
                ( $310.00/Hr)                        .80        248.00
01/16/2006 CCB Review Opinion ( $310.00/Hr)         1.00        310.00
01/18/2006 CCB Review ████ patent. ( $310.00/Hr)     .20         62.00
01/20/2006 CCB Review ████ patent ( $310.00/Hr)     1.00        310.00
01/23/2006 CCB Review file wrappers of United
                States patents ( $310.00/Hr)        1.00        310.00
01/24/2006 CCB Review opinion ( $310.00/Hr)          .60        186.00
01/25/2006 CCB Review of file wrappers of United
                States Patents ████████ and
                ████████ opposition of ████████
                and prior art cited by ████████,
                ████████████s and ████
                ████████████ and compare art with
                art cited in United States
                ████████ and ████████ and
                telephone conference with Scott
                McBain re: same ( $310.00/Hr)       3.40      1,054.00
01/31/2006 CCB Prepare for meeting with Scott
                McBain. ( $310.00/Hr)                 .60        186.00

Total Professional Services . . . . . . . . . . .   $8,431.00

Disbursements

11/19/2005     File History                                    308.00
11/28/2005     File History                                    113.00
               Photocopies                                     323.20
               Federal Express                                  31.07

Total Disbursements . . . . . . . . . . . . . . .    $775.27

Total This Bill . . . . . . . . . . . . . . . . . .  $9,206.27

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete


Services Thru: 01/31/06

Our Reference D21-0009    DP-312727: Integration of Multiple Cradle
                         Locations for a Visual


| Professional Services | Hours | Value |
|---|---|---|
| 10/24/2005 CCB Prepare and file response to Patent and Trademark Office's Notice of missing parts of applications and record assignment ( $300.00/Hr) | 1.00 | 300.00 |
| Total Professional Services . . . . . . . . . . | $300.00 | |

Disbursements

| | | |
|---|---|---|
| 10/24/2005 | Government Fee for Filing | 1,000.00 |
| 10/24/2005 | Government Fee for Filing | 130.00 |
| 10/24/2005 | Government Fee for Filing | 40.00 |
| | Postage | 3.09 |
| | Photocopies | 4.60 |

Total Disbursements . . . . . . . . . . . . . . .    $1,177.69

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,477.69

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete

Services Thru: 01/31/06

Our Reference D21-0010     DP-312271: Apparatus and Method for
                           Interconnecting a Child

| Professional Services | Hours | Value |
|---|---|---|
| 11/21/2005 CCB Prepare and file response to USPTO Notice of missing parts of application ( $300.00/Hr) | 1.00 | 300.00 |
| Total Professional Services . . . . . . . . . . . | $300.00 | |

Disbursements

| | | |
|---|---|---|
| 11/17/2005 | Drawings | 280.00 |
| 11/23/2005 | Government Fee for Filing | 130.00 |
| 11/23/2005 | Government Fee for Filing | 1,100.00 |
| 11/23/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 13.00 |
| | Postage | 3.04 |
| Total Disbursements . . . . . . . . . . . . . . . | $1,566.04 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .   $1,866.04

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, MI 48007
Attn: Douglas Fekete


Services Thru: 01/31/06

Our Reference D21-0011    DP-312723: Child Restraint System with in
Motion Belt Status


| Professional Services | Hours | Value |
|---|---|---|
| 10/20/2005 CCB Prepare and file response to Patent and Trademark Office Notice of missing parts of application ( $300.00/Hr) | 1.00 | 300.00 |
| Total Professional Services . . . . . . . . . . . | $300.00 | |

Disbursements

| | | |
|---|---|---|
| 10/21/2005 | Government Fee for Filing | 40.00 |
| 10/21/2005 | Government Fee for Filing | 1,000.00 |
| 10/21/2005 | Government Fee for Filing | 130.00 |
| | Federal Express | 15.92 |
| | Postage | 3.55 |
| | Photocopies | 5.20 |

Total Disbursements . . . . . . . . . . . . . . . $1,194.67

Total This Bill . . . . . . . . . . . . . . . . . . . . . $1,494.67

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Attn: David P. Wood
P.O. Box 5052
Troy, MI  48007

Services Thru: 01/31/06

Our Reference D22-0001    DP-313924: Strain Tolerant Metal Side
Electrode Designs For

| Professional Services | Hours | Amount |
|---|---|---|
| 12/06/2005 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 12/23/2005 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/03/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 01/04/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/05/2006 CCB Prepare Application ( $310.00/Hr) | 5.00 | 1,550.00 |
| 01/06/2006 CCB Prepare Application ( $310.00/Hr) | 3.40 | 1,054.00 |
| 01/09/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |

Total Professional Services . . . . . . . . . .    $5,549.00

Adjustment . . . . . . . . . . . . . . . . . .    ($549.00)

Total Professional Services . . . . . . . . . .    $5,000.00

Disbursements

01/31/2006    Drawings                            170.00
              Postage                                 .39

Total Disbursements . . . . . . . . . . . . . .    $170.39

Total This Bill . . . . . . . . . . . . . . . . . .    $5,170.39

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Attn:  David P. Wood
P.O. Box 5052
Troy, MI  48007


Services Thru: 01/31/06

Our Reference D22-0002    DP-314951: Method for Predicting Fiber
Orientation ▮▮▮▮▮▮

| Professional Services | Hours | Amount |
|---|---|---|
| 01/12/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/13/2006 JFB Examine invention disclosure ( $260.00/Hr) | .70 | 182.00 |
| 01/17/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 01/17/2006 JFB Examine invention disclosure ( $260.00/Hr) | 2.50 | 650.00 |
| 01/20/2006 JFB Examine invention disclosure ( $260.00/Hr) | .20 | 52.00 |
| 01/21/2006 JFB Examine invention disclosure ( $260.00/Hr) | 1.20 | 312.00 |
| 01/23/2006 JFB Examine numerous research papers ( $260.00/Hr) | 7.50 | 1,950.00 |
| 01/24/2006 JFB Telephone conference with an inventor re: invention ( $260.00/Hr) | .50 | 130.00 |
| 01/25/2006 JFB Examine technical papers; telephone conference with inventor re: application; prepare patent application ( $260.00/Hr) | 5.80 | 1,508.00 |
| 01/26/2006 JFB Prepare Application ( $260.00/Hr) | 3.20 | 832.00 |

Total Professional Services . . . . . . . . . . .    $6,391.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,391.00)

Total This Bill . . . . . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Kathryn A. Marra, Esq.

Services Thru: 01/31/06

Our Reference DE1-0132F    DP-306878: Decorative Badge and Method of
Making

| Professional Services | Hours | Value |
|---|---|---|
| 11/04/2005 CCB Prepare Response to Japanese Office Action ( $300.00/Hr) | .20 | 60.00 |
| 12/15/2005 RJS Prepare Response to Japanese Office Action ( $170.00/Hr) | 1.00 | 170.00 |
| 12/19/2005 RJS Prepare Response to Japanese Office Action ( $170.00/Hr) | .50 | 85.00 |
| 12/20/2005 RJS Prepare Response to Japanese Office Action ( $170.00/Hr) | 1.00 | 170.00 |
| Total Professional Services . . . . . . . . . . . | $485.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $485.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Kathryn A. Marra, Esq.


Services Thru: 01/31/06

Our Reference DE1-0147    DP-304449: Method and Apparatus for
                          Manufacturing Packaging


| Professional Services | Hours | Value |
|---|---|---|
| 11/11/2005 JFB Prepare appeal brief ( $250.00/Hr) | 4.00 | 1,000.00 |
| 11/14/2005 JFB Prepare appeal brief ( $250.00/Hr) | 2.50 | 625.00 |
| 11/15/2005 JFB Prepare appeal brief; file appeal brief with USPTO ( $250.00/Hr) | 1.00 | 250.00 |

Total Professional Services . . . . . . . . . .    $1,875.00

Disbursements

| 11/15/2005 | Government Fee for Filing | 500.00 |
| | Photocopies | 29.60 |
| | Postage | 3.85 |

Total Disbursements . . . . . . . . . . . . . . .    $533.45

Total This Bill . . . . . . . . . . . . . . . . . . . .    $2,408.45

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Dobrowitsky)

Services Thru: 01/31/06

Our Reference DE2-0085    DP-305014: Method for Producing ▰▰▰▰▰▰

| Professional Services | Hours | Amount |
|---|---|---|
| 12/22/2005 CCB Prepare amendment ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . | $62.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $62.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Dobrowitsky)


Services Thru: 01/31/06

Our Reference DE2-0096    DP-309107: ███████ Latch Detector for Seat
Belt Applications Using


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/21/2005 JFB Filed Request for Continuing Application with USPTO ( $250.00/Hr) | | .50 | 125.00 |
| 12/22/2005 JFB Telephone conference with Examiner regarding allowability of claims ( $260.00/Hr) | | .40 | 104.00 |
| Total Professional Services . . . . . . . . . . | | $229.00 | |

Disbursements

| 10/21/2005 | Government Fee for Filing | | 790.00 |
|---|---|---|---|
| 10/21/2005 | Government Fee for Filing | | 120.00 |
| | Postage | | 1.20 |
| Total Disbursements . . . . . . . . . . . . . . | | $911.20 | |

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,140.20

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0025      DP-301245; Manufacturing Process Modeling Using
                           Virtual Machining


| Professional Services | | Hours | Value |
|---|---|---|---|
| 12/05/2005 PHC Review Office Action; prepare amendment/Response ( $375.00/Hr) | | 1.50 | 562.50 |
| 12/07/2005 PHC Prepare amendment; prepare Terminal Disclaimer ( $375.00/Hr) | | 5.50 | 2,062.50 |
| Total Professional Services . . . . . . . . . . | | $2,625.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . | | ($975.00) | |
| Total Professional Services . . . . . . . . . . | | $1,650.00 | |
| Disbursements | | | |
| 01/18/2006      Government Fee for Filing | | | 130.00 |
| Total Disbursements . . . . . . . . . . . . . . | | $130.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | | $1,780.00 |

```
                    CANTOR COLBURN LLP
                    55 GRIFFIN ROAD SOUTH
                    BLOOMFIELD, CT 06002
                    PHONE: (860)286-2929


                            March 30, 2006

        Delphi Technologies, Inc.
        Legal Staff - M/C 480-410-202
        P.O. Box 5052
        Troy, Michigan 48007-5052
        Michael D. Smith
```

Services Thru: 01/31/06

Our Reference DE3-0124D    DP-301063: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬

| Professional Services | Hours | Value |
|---|---|---|
| 10/10/2005 TK   Prepare Amendment ( $160.00/Hr) | 2.00 | 320.00 |
| Total Professional Services . . . . . . . . . . . | $320.00 | |

| Disbursements | | |
|---|---|---|
| 10/12/2005   Government Fee for Filing | | 200.00 |
|              Photocopies | | 4.20 |
|              Postage | | 1.43 |
| Total Disbursements . . . . . . . . . . . . . . . | $205.63 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $525.63 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0155    DP-302055 Feedforward Parameter Estimation in
                          an Electric Power


| Professional Services | | Hours | Value |
|---|---|---|---|
| 12/07/2005 PHC Review and advise on response to<br>final office action ( $375.00/Hr) | | 1.00 | 375.00 |
| 12/12/2005 PHC Prepare amendment ( $375.00/Hr) | | 3.00 | 1,125.00 |
| 12/13/2005 PHC Prepare amendment ( $375.00/Hr) | | 2.50 | 937.50 |
| 12/14/2005 PHC Revise amendment; prepare RCE<br>(Request for Continued Examination)<br>( $375.00/Hr) | | 1.50 | 562.50 |

Total Professional Services . . . . . . . . . . .    $3,000.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,350.00)

Total Professional Services . . . . . . . . . . .    $1,650.00

Disbursements

01/12/2006    Government Fee for Filing                         790.00

Total Disbursements . . . . . . . . . . . . . .    $790.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,440.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0176    DP-303057: Motor Temperature Estimation
                         Initialization for

| Professional Services | Hours | Amount |
|---|---|---|
| 01/06/2006 JFB Prepare response to an office action from USPTO ( $260.00/Hr) | 2.50 | 650.00 |
| 01/09/2006 KJM Office Conference with J. Buckert regarding Examiner request for Delphi Officer Affidavit (improper) ( $320.00/Hr) | .20 | 64.00 |
| 01/09/2006 JFB Prepare response to office action from USPTO ( $260.00/Hr) | 1.50 | 390.00 |
| 01/11/2006 JFB Telephone conference with examiner and group art director re: response; preparation of response to office action from USPTO, filed same ( $260.00/Hr) | 3.00 | 780.00 |

Total Professional Services . . . . . . . . . .    $1,884.00

Adjustment . . . . . . . . . . . . . . . . . .    ($391.50)

Total Professional Services . . . . . . . . . .    $1,492.50

Disbursements

| | | |
|---|---|---|
| Postage | | 1.74 |
| Photocopies | | 8.40 |

Total Disbursements . . . . . . . . . . . . . .    $10.14

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,502.64

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0185    DP-304335: Sense Lines for the Motor Shorting
Relay

| Professional Services | Hours | Amount |
|---|---|---|
| 12/08/2005 SRB Prepare Amendment ( $270.00/Hr) | 6.20 | 1,674.00 |
| Total Professional Services . . . . . . . . . . | $1,674.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . | ($24.00) | |
| Total Professional Services . . . . . . . . . . | $1,650.00 | |

Disbursements

| | | |
|---|---|---|
| Postage | | 1.66 |
| Total Disbursements . . . . . . . . . . . . . . | $1.66 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $1,651.66 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0203     DP-304037: Enhancement to Horizontally Structured
Manufacturing Process

| Professional Services | Hours | Amount |
|---|---|---|
| 10/13/2005 MJD Prepare response to office action ( $205.00/Hr) | 6.50 | 1,332.50 |
| 10/14/2005 MJD Prepare and file response to office action ( $205.00/Hr) | 3.50 | 717.50 |
| Total Professional Services . . . . . . . . . . . | $2,050.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . | ($400.00) | |
| Total Professional Services . . . . . . . . . . | $1,650.00 | |

Disbursements

| | | |
|---|---|---|
| 10/14/2005 | Government Fee for Filing | 130.00 |
| | Postage | 1.52 |
| Total Disbursements . . . . . . . . . . . . . . | $131.52 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $1,781.52 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0206    DP-304139: Horizontally Structured Process
Modeling with Multiple


| Professional Services | Hours | Amount |
|---|---|---|
| 01/06/2006 MJD Review office action and cited art; prepare and file amendment ( $235.00/Hr) | 8.00 | 1,880.00 |
| Total Professional Services . . . . . . . . . . | $1,880.00 | |
| Adjustment . . . . . . . . . . . . . . . . . | ($230.00) | |
| Total Professional Services . . . . . . . . . . | $1,650.00 | |

Disbursements

| 01/09/2006 | Government Fee for Filing | 130.00 |
|---|---|---|
| | Express Mail | 13.65 |
| | Postage | 1.52 |
| Total Disbursements . . . . . . . . . . . . . . | $145.17 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $1,795.17 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0208    DP-304136: Virtual Fixture Tooling Process


| Professional Services | Hours | Amount |
|---|---|---|
| 12/22/2005 IMT Prepare Amendment ( $185.00/Hr) | 3.80 | 703.00 |
| 12/23/2005 IMT Prepare Amendment ( $185.00/Hr) | 4.40 | 814.00 |
| 12/26/2005 IMT Prepare Amendment ( $185.00/Hr) | 4.10 | 758.50 |
| 12/27/2005 IMT Prepare Amendment ( $185.00/Hr) | 3.90 | 721.50 |
| 12/28/2005 IMT Prepare Amendment ( $185.00/Hr) | .40 | 74.00 |

Total Professional Services . . . . . . . . . . .   $3,071.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($1,421.00)

Total Professional Services . . . . . . . . . .   $1,650.00

Disbursements

| 12/28/2005 | Government Fee for Filing | 130.00 |
| | Postage | 1.06 |

Total Disbursements . . . . . . . . . . . . . .   $131.06

Total This Bill . . . . . . . . . . . . . . . . . . .   $1,781.06

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0209    DP-301830: Automated Manufacturing Process
                          Design


| Professional Services | Hours | Amount |
|---|---|---|
| 01/03/2006 IMT Prepare Amendment ( $185.00/Hr) | 1.00 | 185.00 |
| 01/04/2006 IMT Prepare Amendment ( $185.00/Hr) | 1.20 | 222.00 |
| 01/05/2006 IMT Prepare Amendment ( $185.00/Hr) | .60 | 111.00 |
| 01/06/2006 IMT Review and file amendment ( $185.00/Hr) | .70 | 129.50 |
| 01/19/2006 IMT Check status ( $185.00/Hr) | .20 | 37.00 |

Total Professional Services . . . . . . . . . . .    $684.50

Disbursements

| 01/06/2006 | Government Fee for Filing | 130.00 |
| | Postage | 2.21 |

Total Disbursements . . . . . . . . . . . . . .    $132.21

Total This Bill . . . . . . . . . . . . . . . . .    $816.71

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0214    DP-304592: Rear Sensor Diagnostics for
████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 12/08/2005 PHC Prepare amendment ( $375.00/Hr) | 1.50 | 562.50 |
| 12/09/2005 PHC Prepare amendment ( $375.00/Hr) | 3.00 | 1,125.00 |
| 12/12/2005 PHC Prepare and file amendment; prepare and file IDS ( $375.00/Hr) | 3.00 | 1,125.00 |

Total Professional Services . . . . . . . . . . .    $2,812.50

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,162.50)

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,650.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0228   DP-305015/DP-305016: Active Front Steering
Actuator Integrated with


| Professional Services | Hours | Value |
|---|---|---|
| 11/09/2005 KJM Office Conference with Attorney Juan Juan re: amendment ( $315.00/Hr) | .80 | 252.00 |
| 11/10/2005 JJJ Prepare Amendment ( $160.00/Hr) | 1.00 | 160.00 |
| 11/14/2005 JJJ Prepare Amendment ( $160.00/Hr) | 1.00 | 160.00 |
| 11/15/2005 KJM Office Conference with Attorney Juan Juan re: amendment ( $315.00/Hr) | .20 | 63.00 |
| 11/21/2005 JJJ Prepare Amendment ( $160.00/Hr) | 2.00 | 320.00 |
| 11/23/2005 JJJ Prepare Amendment ( $160.00/Hr) | 2.00 | 320.00 |
| 11/28/2005 KJM Review Office Action response and comment  ( $315.00/Hr) | 1.50 | 472.50 |
| 11/28/2005 JJJ Prepare Amendment ( $160.00/Hr) | .50 | 80.00 |

Total Professional Services . . . . . . . . . . .   $1,827.50

Adjustment . . . . . . . . . . . . . . . . . . . .   ($177.50)

Total Professional Services . . . . . . . . . .   $1,650.00

Disbursements

11/28/2005    Government Fee for Filing                     500.00

Total Disbursements . . . . . . . . . . . . . .   $500.00

Total This Bill . . . . . . . . . . . . . . . . . . .   $2,150.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0239    DP-305828: Velocity Compensation for ▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Professional Services | Hours | Value |
|---|---|---|
| 12/12/2005 KJM Review response to Office Action ( $320.00/Hr) | .50 | 160.00 |
| 01/02/2006 TK Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 01/03/2006 TK Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 01/13/2006 JFB Prepare Response to Office Action from USPTO ( $260.00/Hr) | 1.00 | 260.00 |
| 01/16/2006 JFB Prepare Response to Office Action from USPTO ( $260.00/Hr) | 3.90 | 1,014.00 |
| 01/17/2006 JFB File Response with USPTO ( $260.00/Hr) | .50 | 130.00 |

Total Professional Services . . . . . . . . . .   $2,844.00

Adjustment . . . . . . . . . . . . . . . . . .   ($1,194.00)

Total Professional Services . . . . . . . . . .   $1,650.00

Disbursements

| | | |
|---|---|---|
| Postage | | 2.70 |
| Photocopies | | 9.20 |

Total Disbursements . . . . . . . . . . . . . .   $11.90

Total This Bill . . . . . . . . . . . . . . . . .   $1,661.90

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0257     DP-306554: Virtual Concurrent Product &
                           Process Design


| Professional Services | Hours | Amount |
|---|---|---|
| 12/25/2005 MJD Review response to office action and cited art references; prepare response to office action ( $235.00/Hr) | 7.00 | 1,645.00 |
| 12/27/2005 MJD Prepare and file amendment ( $235.00/Hr) | 1.00 | 235.00 |
| Total Professional Services . . . . . . . . . . . | $1,880.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . . | ($230.00) | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $1,650.00 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0260     DP-301377: Transient Compensation Voltage
                           Feedforward for


| Professional Services | Hours | Amount |
|---|---|---|
| 01/13/2006 KJM Review office action; office conference with client regarding same ( $320.00/Hr) | .50 | 160.00 |
| 01/13/2006 SRB Review office action ( $270.00/Hr) | 2.70 | 729.00 |
| Total Professional Services . . . . . . . . . . . | $889.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $889.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0269        DP-305829: Exterior Linked Representational
                             Embodiment


| Professional Services | Hours | Value |
|---|---|---|
| 11/03/2005 TK  Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 11/04/2005 JFB Examined office action from USPTO ( $250.00/Hr) | .70 | 175.00 |
| 11/04/2005 TK  Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 01/11/2006 MJD Review office action and cited art references; prepare and file amendment ( $235.00/Hr) | 8.00 | 1,880.00 |

Total Professional Services . . . . . . . . . . .        $3,335.00

Adjustment . . . . . . . . . . . . . . . . . . .        ($1,685.00)

Total Professional Services . . . . . . . . . .        $1,650.00

Disbursements

                Federal Express                            31.80

Total Disbursements . . . . . . . . . . . . . .        $31.80

Total This Bill . . . . . . . . . . . . . . . . . . . .        $1,681.80

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0274     DP-306725: Virtual Inspection of Math Based
                          Machined Parts


| Professional Services | | Hours | Value |
|---|---|---|---|
| 12/26/2005 MJD | Review response to office action and cited art references; prepare response to office action ( $235.00/Hr) | 8.00 | 1,880.00 |
| 12/27/2005 MJD | Prepare and file response to office action ( $235.00/Hr) | .50 | 117.50 |
| 01/30/2006 KJM | Review Office Action; office conference with client regarding same ( $320.00/Hr) | .50 | 160.00 |

Total Professional Services . . . . . . . . . .     $2,157.50

Adjustment . . . . . . . . . . . . . . . . . .     ($347.50)

Total Professional Services . . . . . . . . . .     $1,810.00

Disbursements

       Postage                                    .60

Total Disbursements . . . . . . . . . . . . . . .     $ .60

Total This Bill . . . . . . . . . . . . . . . . . . .     $1,810.60

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0275    DP-306726: Match Based Metal Removal of Complex
                           Tool Shapes Along


| Professional Services | Hours | Value |
|---|---|---|
| 10/21/2005 KJM Office Conference and attention to correspondence with client ( $315.00/Hr) | .20 | 63.00 |
| 10/24/2005 PHC Review Final Office Action and advise client ( $375.00/Hr) | .80 | 300.00 |
| 12/02/2005 PHC Prepare Amendment ( $375.00/Hr) | 4.00 | 1,500.00 |
| 12/05/2005 PHC Prepare Amendment and Terminal Disclaimer; finalize for filing with PTO ( $375.00/Hr) | 3.00 | 1,125.00 |

Total Professional Services . . . . . . . . . .    $2,988.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($1,338.00)

Total Professional Services . . . . . . . . . .    $1,650.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,650.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0276      DP-307007: Branding and Marketing Application for
the Public or Private

| Professional Services | Hours | Amount |
|---|---|---|
| 12/21/2005 MJD Review response to office action, examiner arguments; prepare and file response to office action ( $235.00/Hr) | 9.00 | 2,115.00 |
| Total Professional Services . . . . . . . . . . | $2,115.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . | ($465.00) | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $1,650.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0279    DP-306560: Integrated Electrical Connection
System for Steering


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/11/2005 JFB Preparation of response to office action from USPTO ( $250.00/Hr) | | .80 | 200.00 |
| 10/11/2005 FAK Prepare response to office action ( $160.00/Hr) | | 4.50 | 720.00 |
| 10/12/2005 JFB Prepare response to an office action ( $250.00/Hr) | | 1.20 | 300.00 |
| 11/08/2005 FAK Prepare response to office action ( $160.00/Hr) | | 1.00 | 160.00 |
| 11/15/2005 KJM Office Conference with Fred Krieger ( $315.00/Hr) | | .20 | 63.00 |

Total Professional Services . . . . . . . . . .    $1,443.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $1,443.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0289     DP-307993: Crossover Element Based on
                           Polynomial Curve


| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 10/17/2005 | TK | Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 10/18/2005 | TK | Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 10/19/2005 | TK | Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 10/21/2005 | KJM | Review office action; attention to response ( $315.00/Hr) | 1.50 | 472.50 |
| 10/31/2005 | KJM | Review office action response ( $315.00/Hr) | .50 | 157.50 |
| 11/08/2005 | KJM | Review Office Action and meet with Attorney Theo Kountotsis ( $315.00/Hr) | .80 | 252.00 |

Total Professional Services . . . . . . . . . . .     $2,802.00

Adjustment . . . . . . . . . . . . . . . . . . .     ($1,152.00)

Total This Bill . . . . . . . . . . . . . . . . . . . .     $1,650.00