CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0121      DP-313225: Low Cost Method for Low Risk
                           Deploy Passenger Airbag-


Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 11/02/2005 | Government Fee for Filing | 2,450.00 |
| 11/02/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| | Photocopies | 65.80 |
| | Postage | 4.75 |

Total Disbursements . . . . . . . . . . . . . .      $2,574.20

Total This Bill . . . . . . . . . . . . . . . . . . .      $2,574.20

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0122     DP-312863: System, Method, and Article of
                           Manufacture for …


| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 12/15/2005 | JFB | Prepare Application ( $260.00/Hr) | 1.50 | 390.00 |
| 12/28/2005 | JFB | Prepare Application ( $260.00/Hr) | 1.50 | 390.00 |
| 12/29/2005 | JFB | Prepare Application ( $260.00/Hr) | 1.10 | 286.00 |
| 01/10/2006 | JFB | Prepare Application ( $260.00/Hr) | 1.30 | 338.00 |
| 01/12/2006 | JFB | Prepare Application ( $260.00/Hr) | 1.40 | 364.00 |
| 01/13/2006 | CCB | Prepare PCT and US application ( $310.00/Hr) | .30 | 93.00 |
| 01/13/2006 | JFB | Prepare patent application; prepare filing documents for filing nonprovisional application with USPTO; file nonprovisional patent application with USPTO ( $260.00/Hr) | 1.40 | 364.00 |

Total Professional Services . . . . . . . . . .   $2,225.00

Disbursements

| 12/28/2005 | Drawings | 600.00 |
|---|---|---|
| | Express Mail | 14.40 |
| | Postage | 4.20 |
| | Photocopies | 22.00 |

Total Disbursements . . . . . . . . . . . . . .   $640.60

Total This Bill . . . . . . . . . . . . . . . . . .   $2,865.60

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0122F    DP-312863: System, Method, and Article of
                           Manufacture for


| Professional Services | Hours | Amount |
|---|---|---|
| 01/13/2006 JFB Prepare filing documents for filing PCT application with USPTO; file PCT application with USPTO ( $260.00/Hr) | 1.20 | 312.00 |
| Total Professional Services . . . . . . . . . . | $312.00 | |

Disbursements

|  |  |
|---|---|
| Express Mail | 14.40 |
| Postage | .39 |
| Total Disbursements . . . . . . . . . . . . . . | $14.79 |

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $326.79

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0124    DP-313602: Horn Mechanism



Disbursements

10/28/2005    Drawings                                              795.00

Total Disbursements . . . . . . . . . . . . . .    $795.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $795.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0129    DP-313710: Seat Belt Buckle


| Professional Services | Hours | Amount |
|---|---|---|
| 10/11/2005 CCB Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| 11/03/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 11/18/2005 CCB Prepare Application ( $300.00/Hr) | .50 | 150.00 |
| 11/29/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 12/20/2005 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |

Total Professional Services . . . . . . . . . .    $1,605.00

Disbursements

11/17/2005      Drawings                                               250.00

Total Disbursements . . . . . . . . . . . . . .    $250.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,855.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0147    DP-313276: Selectable Reflective Child Monitor


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/17/2005 CCB Review and revise patent application. ( $300.00/Hr) | | .50 | 150.00 |
| 10/17/2005 FAK Prepare Application ( $160.00/Hr) | | 2.50 | 400.00 |
| 10/19/2005 CCB Prepare Application ( $300.00/Hr) | | .40 | 120.00 |
| 10/20/2005 CCB Prepare Application ( $300.00/Hr) | | .30 | 90.00 |
| 10/20/2005 FAK Prepare Application ( $160.00/Hr) | | 1.00 | 160.00 |
| 10/21/2005 JFB Prepare Application ( $250.00/Hr) | | .50 | 125.00 |
| 11/04/2005 FAK Prepare Application ( $160.00/Hr) | | 1.50 | 240.00 |
| 11/15/2005 CCB Prepare Application ( $300.00/Hr) | | .50 | 150.00 |
| 11/30/2005 CCB Prepare Application ( $300.00/Hr) | | .30 | 90.00 |
| 11/30/2005 FAK Prepare Application ( $160.00/Hr) | | 1.50 | 240.00 |
| 12/01/2005 FAK Prepare Application ( $170.00/Hr) | | 2.00 | 340.00 |
| 12/02/2005 FAK Prepare Application ( $170.00/Hr) | | 3.50 | 595.00 |
| 12/05/2005 FAK Prepare Application ( $170.00/Hr) | | 1.50 | 255.00 |
| 12/15/2005 JFB Prepare Application ( $260.00/Hr) | | 1.80 | 468.00 |
| 12/15/2005 FAK Prepare Application ( $170.00/Hr) | | 1.50 | 255.00 |

Total Professional Services . . . . . . . . . .    $3,678.00

Disbursements

| 11/07/2005 | Drawings | 125.00 |
|---|---|---|
| 12/14/2005 | Drawings | 50.00 |
| 12/30/2005 | Government Fee for Filing | 1,000.00 |
| 12/30/2005 | Government Fee for Filing | 350.00 |
| 12/30/2005 | Government Fee for Filing | 200.00 |
| 12/30/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 13.20 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,791.85

Total This Bill . . . . . . . . . . . . . . . . . . . .    $5,469.85

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0292P   DP-307433: Steer By Wire System Applied to Boats


| Professional Services | Hours | Value |
|---|---|---|
| 10/11/2005 MJD Prepare and file response to Office Action ( $205.00/Hr) | 5.00 | 1,025.00 |
| Total Professional Services . . . . . . . . . . | $1,025.00 | |
| Disbursements | | |
| Postage | | 1.52 |
| Total Disbursements . . . . . . . . . . . . . . | $1.52 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $1,026.52 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0294    DP-307053: Integrated Furnace System
Controller/Motor

| Professional Services | Hours | Value |
|---|---|---|
| 11/15/2005 DG  Prepare Amendment ( $130.00/Hr) | 3.50 | 455.00 |
| 11/16/2005 DG  Prepare Amendment ( $130.00/Hr) | 3.70 | 481.00 |
| 11/22/2005 DPL Prepare Amendment and Email to Tomy Sebastian; research old combination case law, MPEP 2144.04; file Amendment in USPTO on November 22, 2005 ( $260.00/Hr) | 1.00 | 260.00 |
| 11/22/2005 DG  Prepare Amendment ( $130.00/Hr) | 2.50 | 325.00 |
| Total Professional Services . . . . . . . . . . . | $1,521.00 | |

| Disbursements | | |
|---|---|---|
| 11/09/2005    Disbursement to Westlaw Database | | 62.31 |
| Postage | | .83 |
| Total Disbursements . . . . . . . . . . . . . . . | $63.14 | |

| | | |
|---|---|---|
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $1,584.14 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0297    DP-308200: Assist Modifications in Active
Front Steering Systems


| Professional Services | Hours | Amount |
|---|---|---|
| 12/23/2005 KC  Forward Certificate of Correction and letter ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . | $35.00 | |
| Disbursements | | |
| Postage | | .60 |
| Total Disbursements . . . . . . . . . . . . . . | $ .60 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $35.60 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0306    DP-307091: VirDIGO-Virtual Design Inspect
and Grind Optimization

| Professional Services | Hours | Value |
|---|---|---|
| 11/15/2005 MJD Telephone conference with Examiner; discuss and review changes to specification which will be made by Examiner's Amendment prior to issuing Notice of Allowability ( $205.00/Hr) | .50 | 102.50 |
| Total Professional Services . . . . . . . . . . | $102.50 | |
| Disbursements | | |
| 11/03/2005     Government Fee for Filing | | 130.00 |
| Total Disbursements . . . . . . . . . . . . . . | $130.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $232.50 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0307    DP-308143: Horizontally Structured Modeling for
Analysis

| Professional Services | Hours | Amount |
|---|---|---|
| 12/22/2005 MJD Prepare and file appeal brief with USPTO ( $235.00/Hr) | 9.00 | 2,115.00 |
| Total Professional Services . . . . . . . . . . | $2,115.00 | |
| Disbursements | | |
| 12/22/2005    Government Fee for Filing | | 500.00 |
| Total Disbursements . . . . . . . . . . . . . | $500.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $2,615.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff – M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0323    DP-309906: Vehicle Speed Dependent ▓▓▓▓▓▓▓

| Professional Services | | Hours | Value |
|---|---|---|---|
| 12/19/2005 TK | Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 12/20/2005 TK | Prepare Amendment ( $160.00/Hr) | 4.00 | 640.00 |
| 12/21/2005 TK | Prepare Amendment ( $160.00/Hr) | 2.00 | 320.00 |
| 01/09/2006 JFB | Prepare response to office action from USPTO ( $260.00/Hr) | 3.60 | 936.00 |
| 01/10/2006 JFB | File response to office action with USPTO ( $260.00/Hr) | .40 | 104.00 |

Total Professional Services . . . . . . . . . . .    $2,640.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($990.00)

Total Professional Services . . . . . . . . . .    $1,650.00

Disbursements

Postage                                              1.74
Photocopies                                          4.40

Total Disbursements . . . . . . . . . . . . . . .    $6.14

Total This Bill . . . . . . . . . . . . . . . . . . .    $1,656.14

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0324      DP-309666: Marine Steer By Wire Vessel Dynamic
                           Low Speed Control Scheme

| Professional Services | Hours | Value |
|---|---|---|
| 10/10/2005 FAK Prepare response to office action ( $160.00/Hr) | 2.00 | 320.00 |
| 11/01/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 2.00 | 320.00 |
| 11/02/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 1.50 | 240.00 |
| 11/03/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 2.00 | 320.00 |
| 11/07/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 2.00 | 320.00 |
| 11/11/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 1.50 | 240.00 |
| 11/14/2005 CCB Prepare amendment. ( $300.00/Hr) | 1.00 | 300.00 |
| 11/14/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 1.50 | 240.00 |
| 11/15/2005 CCB Prepare amendment. ( $300.00/Hr) | .30 | 90.00 |
| 11/15/2005 FAK Prepare Amendment ( $160.00/Hr) | 3.00 | 480.00 |
| 11/16/2005 CCB Prepare amendment. ( $300.00/Hr) | 2.00 | 600.00 |
| 11/16/2005 JFB Prepare response to USPTO office action ( $250.00/Hr) | 2.90 | 725.00 |
| 11/16/2005 FAK Prepare ( $160.00/Hr) | 5.00 | 800.00 |
| 11/17/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | 1.00 | 160.00 |
| 11/21/2005 FAK Prepare response to USPTO office action ( $160.00/Hr) | .50 | 80.00 |

Total Professional Services . . . . . . . . . . .      $5,235.00

Adjustment . . . . . . . . . . . . . . . . . .     ($3,585.00)

Total Professional Services . . . . . . . . . . .      $1,650.00

Total This Bill . . . . . . . . . . . . . . . . .          $1,650.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0326    DP-309932: Voltage Limit Algorithm for ▬▬▬ Control

| Professional Services | Hours | Value |
|---|---|---|
| 11/11/2005 JLL Prepare Amendment ( $120.00/Hr) | 4.20 | 504.00 |
| 11/17/2005 JLL Prepare Amendment ( $120.00/Hr) | 9.80 | 1,176.00 |
| 11/21/2005 JFB Prepare Amendment ( $250.00/Hr) | .70 | 175.00 |
| 11/25/2005 JLL Prepare Amendment ( $120.00/Hr) | 2.00 | 240.00 |
| 11/29/2005 JFB Prepare response to USPTO office action ( $250.00/Hr) | 1.00 | 250.00 |
| 11/30/2005 JFB Prepare response to USPTO office action and file with USPTO ( $250.00/Hr) | 2.50 | 625.00 |

Total Professional Services . . . . . . . . . . .    $2,970.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($1,320.00)

Total Professional Services . . . . . . . . . .    $1,650.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,650.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0335    DP-310838: Horizontal Modeling-Vertical to
Horizontal Conversion

| Professional Services | Hours | Value |
|---|---|---|
| 11/09/2005 SKD Docket records & report Notice of Publication ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . | $35.00 | |
| Disbursements | | |
| Postage | | .37 |
| Total Disbursements . . . . . . . . . . . . . . | $ .37 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $35.37 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0348    DP-312326: Motor Phase Current Measurement Using
a ▬▬▬▬▬▬

| Professional Services | Hours | Value |
|---|---|---|
| 10/24/2005 DPL Email to Dan Schafer at Delphi regarding Office Action and technical comments ( $260.00/Hr) | .20 | 52.00 |
| 11/29/2005 DPL Prepare Amendment ( $260.00/Hr) | 3.00 | 780.00 |
| 12/12/2005 DPL Prepare Amendment and file in the USPTO on December 12, 2005 ( $280.00/Hr) | 3.00 | 840.00 |
| 01/13/2006 KJM Review Office Action; office conference regarding same ( $320.00/Hr) | .50 | 160.00 |
| 01/19/2006 DPL Prepare amendment and review email from Dan Shafer with technical comments ( $280.00/Hr) | .50 | 140.00 |

Total Professional Services . . . . . . . . . . .    $1,972.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($22.00)

Total This Bill . . . . . . . . . . . . . . . . . .    $1,950.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0351     DP-309972: Software System for Verification
                          of Manufacturing Process


| Professional Services | Hours | Value |
|---|---|---|
| 11/07/2005 JFB Prepare Application ( $250.00/Hr) | 4.70 | 1,175.00 |
| 11/08/2005 JFB Prepare Application ( $250.00/Hr) | 1.60 | 400.00 |
| 11/29/2005 JFB Prepare Application ( $250.00/Hr) | 1.70 | 425.00 |
| 12/02/2005 JFB Prepare Application ( $260.00/Hr) | 3.60 | 936.00 |
| 12/07/2005 JFB Prepare Application ( $260.00/Hr) | 1.00 | 260.00 |
| 12/08/2005 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |

Total Professional Services . . . . . . . . . . .     $3,508.00

Disbursements

                Express Mail                               13.65

Total Disbursements . . . . . . . . . . . . . . .     $13.65

Total This Bill . . . . . . . . . . . . . . . . . . . .     $3,521.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0352     DP-310072: Software System for MSD
                           (Manufacturing System


| Professional Services | Hours | Value |
|---|---|---|
| 11/07/2005 JFB Prepare Application ( $250.00/Hr) | 4.00 | 1,000.00 |
| 11/08/2005 JFB Prepare Application ( $250.00/Hr) | 1.20 | 300.00 |
| 11/28/2005 JFB Prepare Application ( $250.00/Hr) | .20 | 50.00 |
| 11/29/2005 JFB Prepare Application ( $250.00/Hr) | 1.60 | 400.00 |
| 12/02/2005 JFB Prepare Application ( $260.00/Hr) | 3.60 | 936.00 |
| 12/07/2005 JFB Prepare Application ( $260.00/Hr) | 1.00 | 260.00 |
| 12/08/2005 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |

Total Professional Services . . . . . . . . . . .     $3,258.00

Disbursements

                    Express Mail                          13.65

Total Disbursements . . . . . . . . . . . . . .     $13.65

Total This Bill . . . . . . . . . . . . . . . . . . .     $3,271.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0355    DP-312124: Method for 3D Visualization of Feature-
Based Models


| Professional Services | Hours | Value |
|---|---|---|
| 11/08/2005 JFB Prepare Application ( $250.00/Hr) | 1.40 | 350.00 |
| 11/23/2005 JFB Prepare Application ( $250.00/Hr) | 1.40 | 350.00 |
| 12/12/2005 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |

Total Professional Services . . . . . . . . . .    $830.00

Disbursements

| 12/14/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 12/14/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,053.65

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,883.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0361    DP-312717: Parking Assist Utilizing ▆▆▆▆▆▆▆


| Professional Services | Hours | Value |
|---|---|---|
| 10/17/2005 KJM Review client instructions; office conference with Attorney Buckert regarding same ( $315.00/Hr) | .50 | 157.50 |
| 10/19/2005 KJM Review correspondence from client; review file; office conference with Attorney Buckert regarding same; assign non-provisional application and patentability search ( $315.00/Hr) | 1.00 | 315.00 |
| 12/30/2005 DPL Prepare application; review file; email to Inventor, ▆▆▆ ▆▆▆▆▆▆, at Delphi regarding prior art ( $280.00/Hr) | 1.00 | 280.00 |
| 01/10/2006 DPL Emails to inventors regarding prior art; review patent ( $280.00/Hr) | 2.00 | 560.00 |
| 01/12/2006 DPL Email to ▆▆▆▆▆▆▆i and ▆▆▆▆d ▆▆▆▆▆i at Delphi re: prior art ( $280.00/Hr) | .50 | 140.00 |
| 01/23/2006 DPL Emails to inventors re: prior art and Powerpoint ( $280.00/Hr) | .50 | 140.00 |

Total Professional Services . . . . . . . . . . .    $1,592.50

Disbursements

01/06/2006    Professional Fees for patent search    536.00

Total Disbursements . . . . . . . . . . . . . .    $536.00

Total This Bill . . . . . . . . . . . . . . . .    $2,128.50

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0362    DP-312324: Voltage Mode Control with ▬▬▬
▬▬▬▬▬▬▬▬▬▬▬


| Professional Services | Hours | Value |
|---|---|---|
| 10/25/2005 LCG Docket records and forward original assignment ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . | $35.00 | |
| Disbursements | | |
| Postage | | .83 |
| Total Disbursements . . . . . . . . . . . . . . . | $ .83 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $35.83 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0363    DP-310709: Resolver Direct Communication
Algorithm to the ▬▬▬


| Professional Services | Hours | Value |
|---|---|---|
| 10/25/2005 LCG Docket records and forward original assignment ( $70.00/Hr) | .50 | 35.00 |
| Total Professional Services . . . . . . . . . . . | $35.00 | |

Disbursements

|  | | |
|---|---|---|
| Postage | | .83 |
| Total Disbursements . . . . . . . . . . . . . . | $ .83 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $35.83 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0367    DP-313387: Robust Assembly for Gears


| Professional Services | Hours | Amount |
|---|---|---|
| 11/30/2005 DG  Prepare Application ( $130.00/Hr) | 3.20 | 416.00 |
| 12/09/2005 KJM Conference with inventor re: application; report to client ( $320.00/Hr) | .20 | 64.00 |
| 01/31/2006 DG  Prepare Application ( $130.00/Hr) | .50 | 65.00 |
| Total Professional Services . . . . . . . . . . | $545.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $545.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0368    DP-307433-CIP2 & DP-313325: Marine Steer
                          by Wireless


| Professional Services | Hours | Value |
|---|---|---|
| 11/01/2005 JLW Revise Application ( $160.00/Hr) | 2.00 | 320.00 |
| 01/13/2006 JLW Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |

Total Professional Services . . . . . . . . . . .    $660.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($20.00)

Total Professional Services . . . . . . . . . . .    $640.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $640.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0371      DP-313866: Active Front Steering System and
Method


| Professional Services | Hours | Amount |
|---|---|---|
| 01/09/2006 JFB Prepare Application ( $260.00/Hr) | .30 | 78.00 |
| 01/10/2006 JFB Prepare Application ( $260.00/Hr) | 3.00 | 780.00 |
| 01/11/2006 JFB Prepare Application ( $260.00/Hr) | 2.40 | 624.00 |
| 01/12/2006 JFB Prepare Application ( $260.00/Hr) | 5.00 | 1,300.00 |
| 01/13/2006 JFB Prepare Application ( $260.00/Hr) | 1.80 | 468.00 |
| 01/16/2006 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |

Total Professional Services . . . . . . . . . . .      $3,562.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .      $3,562.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0372      DP-313884: Chassis Diagnostic Supervisor
                           (CDS)

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 KJM Review letter from client; office conference regarding action instructed ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0373     DP-314029: Sprung 4-Bar Linkage Gearing Axis
                          Support

| Professional Services | Hours | Value |
|---|---|---|
| 10/13/2005 KJM Telephone conference with M.Smith regarding adding yet another Record of Invention to application; review draft application ( $315.00/Hr) | .30 | 94.50 |
| 10/14/2005 DG Prepare Application ( $130.00/Hr) | .50 | 65.00 |
| 11/07/2005 KJM Office Conference with Attorney Dan Gilmour regarding application status and inventor contact ( $315.00/Hr) | .50 | 157.50 |
| 11/07/2005 DG Prepare Application ( $130.00/Hr) | .20 | 26.00 |
| 11/10/2005 DG Prepare Application ( $130.00/Hr) | 6.50 | 845.00 |
| 11/16/2005 KJM Office Conference with Attorney Dan Gilmour regarding application ( $315.00/Hr) | .30 | 94.50 |
| 11/16/2005 DG Prepare Application ( $130.00/Hr) | 5.00 | 650.00 |
| 11/17/2005 KJM Office Conference with Attorney Dan Gilmour regarding inventor changes ( $315.00/Hr) | .20 | 63.00 |
| 11/17/2005 DG Prepare Application ( $130.00/Hr) | 1.50 | 195.00 |
| 11/28/2005 DG Prepare Application ( $130.00/Hr) | 5.80 | 754.00 |
| 12/01/2005 DG Prepare Application ( $130.00/Hr) | 3.70 | 481.00 |
| 12/02/2005 DG Prepare Application ( $130.00/Hr) | 1.00 | 130.00 |
| 12/04/2005 DG Prepare Application ( $130.00/Hr) | .30 | 39.00 |

Total Professional Services . . . . . . . . . . .     $3,594.50

Disbursements

| 12/05/2005 | Government Fee for Filing | 200.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .     $213.65

Total This Bill . . . . . . . . . . . . . . . . . .     $3,808.15

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0374    DP-312664 & DP-312665: Vehicle Stability and
                          Sensor Fault Indicator


| Professional Services | Hours | Amount |
|---|---|---|
| 01/24/2006 JFB Examine technical papers provided by inventor ( $260.00/Hr) | 2.50 | 650.00 |
| 01/26/2006 JFB Telephone conference with inventors re: invention ( $260.00/Hr) | 1.40 | 364.00 |
| 01/30/2006 JFB Prepare Application ( $260.00/Hr) | 7.00 | 1,820.00 |
| Total Professional Services . . . . . . . . . . . | $2,834.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,834.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0375      DP-312657: Enhanced Digital Process Design
                           Methodology for Process


Disbursements

01/20/2006    Government Fee for Filing                    450.00
              Postage                                        3.18

Total Disbursements . . . . . . . . . . . . . .    $453.18

Total This Bill . . . . . . . . . . . . . . . . . .    $453.18

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0376     DP-314404 & DP-314503: Active Control of Gear
                          Mesh Condition


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/10/2005 DG | Prepare Application ( $130.00/Hr) | 8.50 | 1,105.00 |
| 10/11/2005 DG | Prepare Application ( $130.00/Hr) | 7.80 | 1,014.00 |
| 10/12/2005 KJM | Telephone conference with M. Augustine regarding application combination; office conference with Dan Gilmour regarding same ( $315.00/Hr) | .70 | 220.50 |
| 10/14/2005 KJM | Review application per client instructions; prepare letter to inventors regarding draft application ( $315.00/Hr) | 1.80 | 567.00 |

Total Professional Services . . . . . . . . . .     $2,906.50

Total This Bill . . . . . . . . . . . . . . . . . . . .     $2,906.50

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0378    DP-314605: Motor Shorting Relay Diagnostics

| Professional Services | Hours | Value |
|---|---|---|
| 10/13/2005 KJM Review invention disclosure ( $315.00/Hr) | 1.00 | 315.00 |
| 10/14/2005 JFB Examined invention disclosure, telephone conference with inventor re: same ( $250.00/Hr) | 2.50 | 625.00 |
| 10/14/2005 JLL Review and revise formal drawings ( $120.00/Hr) | 1.00 | 120.00 |
| 10/17/2005 JFB Prepare Application ( $250.00/Hr) | 7.20 | 1,800.00 |
| 10/18/2005 JFB Prepare Application ( $250.00/Hr) | 3.20 | 800.00 |
| 10/19/2005 JFB Prepare Application ( $250.00/Hr) | 5.30 | 1,325.00 |
| 10/20/2005 JFB Prepare Application ( $250.00/Hr) | .90 | 225.00 |
| 10/21/2005 JFB Prepare Application ( $250.00/Hr) | .50 | 125.00 |

| | |
|---|---|
| Total Professional Services . . . . . . . . . . | $5,335.00 |
| Adjustment . . . . . . . . . . . . . . . . . . . | ($335.00) |
| Total Professional Services . . . . . . . . . . | $5,000.00 |

Disbursements

| | | |
|---|---|---|
| 10/20/2005 | Drawings | 318.00 |
| 10/21/2005 | Government Fee for Filing | 1,000.00 |
| 10/21/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 12.40 |
| | Postage | 3.87 |

| | |
|---|---|
| Total Disbursements . . . . . . . . . . . . . . | $1,374.27 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | $6,374.27 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0379    DP-314483: Surface Estimation

| Professional Services | Hours | Value |
|---|---|---|
| 10/24/2005 KJM Review disclosure ( $315.00/Hr) | 1.00 | 315.00 |
| Total Professional Services . . . . . . . . . . | $315.00 | |
| Disbursements | | |
| Federal Express | | 20.17 |
| Total Disbursements . . . . . . . . . . . . . | $20.17 | |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $335.17 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0381    DP-314735: Integrated and Compact Sine Motor
for ████████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 01/06/2006 KJM Office Conference with inventor regarding application. ( $320.00/Hr) | .50 | 160.00 |
| 01/19/2006 SRB Prepare Application ( $270.00/Hr) | 3.20 | 864.00 |
| 01/24/2006 SRB Prepare Application ( $270.00/Hr) | 3.30 | 891.00 |
| 01/25/2006 SRB Prepare Application ( $270.00/Hr) | 2.50 | 675.00 |
| 01/30/2006 SRB Prepare Application ( $270.00/Hr) | 3.00 | 810.00 |
| 01/31/2006 SRB Prepare Application ( $270.00/Hr) | 2.20 | 594.00 |

Total Professional Services . . . . . . . . . . .    $3,994.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $3,994.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0382     DP-314169: Position Sensor with ▬▬▬▬▬
▬▬▬▬▬▬▬▬▬

| Professional Services | Hours | Amount |
|---|---|---|
| 01/06/2006 KJM Office Conference with inventor regarding application ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith


Services Thru: 01/31/06

Our Reference DE3-0383VA  DP-314869: Enhanced Pull Compensation


| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 KJM Review disclosure material; office conference with inventor regarding search and preparation of application  ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0384      DP-312415: Elimination Of Periodic Sensor and
                            Error Content

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 KJM Review disclosure material; office conference with inventor regarding search and preparation of application. ( $320.00/Hr) | .30 | 96.00 |
| Total Professional Services . . . . . . . . . . . | $96.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $96.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff - M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Michael D. Smith

Services Thru: 01/31/06

Our Reference DE3-0385    DP-314868: Quadrant Dependent Active Damping
for Electric Power

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 KJM Review disclosure material; office conference with inventor regarding search and preparation of application. ( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0029F    DP-308641: Apparatus and Method for
Maintaining a Uniform Gap

| Professional Services | Hours | Amount |
|---|---|---|
| 01/20/2006 CCB Amend respond to Japanese office action ( $310.00/Hr) | 2.00 | 620.00 |
| Total Professional Services . . . . . . . . . . | $620.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $620.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0034    DP-308388: Cover for Air Bag and Method of Making


| Professional Services | Hours | Amount |
|---|---|---|
| 01/25/2006 CCB Prepare Amendment ( $310.00/Hr) | .50 | 155.00 |
| 01/26/2006 CCB Prepare Amendment ( $310.00/Hr) | 5.00 | 1,550.00 |
| Total Professional Services . . . . . . . . . . | $1,705.00 | |
| Adjustment . . . . . . . . . . . . . . . . . | ($55.00) | |
| Total Professional Services . . . . . . . . . . | $1,650.00 | |

Disbursements

| | | |
|---|---|---|
| 01/27/2006 | Government Fee for Filing | 400.00 |
| | Postage | 1.11 |
| Total Disbursements . . . . . . . . . . . . . | $401.11 | |
| Total This Bill . . . . . . . . . . . . . . . . . | $2,051.11 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0066    DP-310488: ███████████████████████████████
████████████

| Professional Services | Hours | Value |
|---|---|---|
| 10/31/2005 CCB Telephone conference with Examiner; respond to restriction requirement ( $300.00/Hr) | .20 | 60.00 |
| Total Professional Services . . . . . . . . . . . | $60.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $60.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0095    DP-312084: Low Cost Method for Low Risk
Airbags Combining

Disbursements

| Date | Description | Amount |
|------|-------------|-------:|
| 11/03/2005 | Government Fee for Filing | 1,000.00 |
| 11/03/2005 | Government Fee for Filing | 800.00 |
| 11/03/2005 | Government Fee for Filing | 200.00 |
| 11/03/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 37.20 |
| | Postage | 3.95 |

Total Disbursements . . . . . . . . . . . . . . .    $2,081.15

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,081.15

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0096      DP-312085: Seat Belt Buckle for Use with
                           Pretensioner


| Professional Services | Hours | Value |
|---|---|---|
| 11/10/2005 CCB Prepare Information Disclosure Statement ( $300.00/Hr) | .80 | 240.00 |
| Total Professional Services . . . . . . . . . . | $240.00 | |
| Disbursements | | |
| Photocopies | | 86.60 |
| Postage | | 8.50 |
| Total Disbursements . . . . . . . . . . . . . . | $95.10 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $335.10 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0102    DP-311931: Wireless Home Repeater for Satellite
Radio Products

| Professional Services | Hours | Value |
|---|---|---|
| 10/18/2005 CCB Revise application. ( $300.00/Hr) | .30 | 90.00 |
| 12/14/2005 JFB Prepare Application ( $260.00/Hr) | 1.40 | 364.00 |
| 01/18/2006 CCB Information Disclosure Statement ( $310.00/Hr) | .80 | 248.00 |
| Total Professional Services . . . . . . . . . . | | $702.00 |

Disbursements

| | | |
|---|---|---|
| 12/19/2005 | Government Fee for Filing | 1,000.00 |
| 12/19/2005 | Government Fee for Filing | 400.00 |
| 12/19/2005 | Government Fee for Filing | 500.00 |
| 12/19/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 108.00 |
| | Postage | 6.40 |
| Total Disbursements . . . . . . . . . . . . . . | | $2,054.40 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $2,756.40 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0104    DP-312563: Spoke Mounted ▬▬▬▬▬▬


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/19/2005 CCB Prepare and file response to USPTO notice to file missing parts of application ( $300.00/Hr) | | .80 | 240.00 |
| Total Professional Services . . . . . . . . . . . | | $240.00 | |

Disbursements

| 10/19/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 10/19/2005 | Government Fee for Filing | 130.00 |
| 10/19/2005 | Government Fee for Filing | 40.00 |
| 10/19/2005 | Government Fee for Filing | 100.00 |
| | Postage | .83 |

Total Disbursements . . . . . . . . . . . . . . .    $1,270.83

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $1,510.83

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0108      DP-313018: Hood Hinge Release & Lift Mechanism
                            for ▬▬▬▬▬▬▬▬▬▬▬▬


| Professional Services | Hours | Value |
|---|---|---|
| 10/17/2005 CCB Prepare Application ( $300.00/Hr) | 2.50 | 750.00 |
| 10/18/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 10/19/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 10/21/2005 CCB Meet with Minoo Shah re: conversion of provisional patent application into non-provisional application ( $300.00/Hr) | .50 | 150.00 |
| 10/24/2005 CCB Meet with inventor re: provisional conversion of patent application to non-provisional application ( $300.00/Hr) | 1.00 | 300.00 |

Total Professional Services . . . . . . . . . . .      $2,400.00

Disbursements

10/17/2005      Drawings                                              742.00

Total Disbursements . . . . . . . . . . . . . .      $742.00

Total This Bill . . . . . . . . . . . . . . . . . . . .      $3,142.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0111    DP-312965: Side Curtain Airbag ▮▮▮▮▮▮▮▮▮▮

| Professional Services | | Hours | Value |
|---|---|---|---|
| 12/12/2005 FAK | Review drawings; discuss corrections with draftsman ( $170.00/Hr) | 2.00 | 340.00 |
| 12/13/2005 FAK | Review drawings; discuss corrections with draftsman ( $170.00/Hr) | 1.50 | 255.00 |
| 12/20/2005 FAK | Review drawings; convert provisional application to nonprovisional application ( $170.00/Hr) | 1.00 | 170.00 |
| 01/03/2006 CCB | Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/05/2006 FAK | Review drawings; convert provisional application to nonprovisional application ( $170.00/Hr) | 3.50 | 595.00 |
| 01/06/2006 FAK | Review drawings; convert provisional application to nonprovisional application ( $170.00/Hr) | 2.00 | 340.00 |
| 01/09/2006 FAK | Review drawings; corrections with draftsman ( $170.00/Hr) | 1.00 | 170.00 |
| 01/12/2006 FAK | Review drawings; corrections with draftsman ( $170.00/Hr) | .50 | 85.00 |

Total Professional Services . . . . . . . . . . .    $2,265.00

Disbursements

| 01/20/2006 | Drawings | 130.00 |
|---|---|---|
| | Postage | 4.44 |
| | Express Mail | 14.40 |
| | Photocopies | 45.00 |

Total Disbursements . . . . . . . . . . . . . . .    $193.84

Total This Bill . . . . . . . . . . . . . . . .    $2,458.84

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0120    DP-313309: Integrate Deep Draw Formed Locking
                          Pin Function into Pad


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/10/2005 CCB Prepare documents for filing a declaration and an assignment with the USPTO ( $300.00/Hr) | | .60 | 180.00 |
| 10/10/2005 JFB File declaration and assignment with USPTO ( $250.00/Hr) | | .50 | 125.00 |

Total Professional Services . . . . . . . . . .    $305.00

Disbursements

| 10/11/2005 | Government Fee for Filing | | 1,000.00 |
|---|---|---|---|
| 10/11/2005 | Government Fee for Filing | | 600.00 |
| 10/11/2005 | Government Fee for Filing | | 150.00 |
| 10/11/2005 | Government Fee for Filing | | 130.00 |
| 10/11/2005 | Government Fee for Filing | | 40.00 |
| | Postage | | .60 |

Total Disbursements . . . . . . . . . . . . . .    $1,920.60

Total This Bill . . . . . . . . . . . . . . . . . .    $2,225.60