CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0148    DP-313277: Automotive Interior Child Seat
                          Temperature and Stress


| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 10/10/2005 | TK | Prepare Application ( $160.00/Hr) | 2.00 | 320.00 |
| 10/11/2005 | TK | Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 10/12/2005 | TK | Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 10/14/2005 | TK | Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 10/17/2005 | JFB | Prepare Application ( $250.00/Hr) | .30 | 75.00 |
| 10/19/2005 | JFB | Prepare Application ( $250.00/Hr) | 1.00 | 250.00 |
| 10/20/2005 | JFB | Prepare Application ( $250.00/Hr) | .30 | 75.00 |
| 10/20/2005 | TK | Prepare Application ( $160.00/Hr) | 2.00 | 320.00 |
| 10/21/2005 | JFB | Prepare Application ( $250.00/Hr) | 3.20 | 800.00 |
| 10/24/2005 | JFB | Prepare Application ( $250.00/Hr) | .90 | 225.00 |
| 10/25/2005 | JFB | Prepare Application ( $250.00/Hr) | .50 | 125.00 |
| 10/26/2005 | JFB | Prepare Application ( $250.00/Hr) | 2.40 | 600.00 |
| 10/27/2005 | JFB | Prepare Application ( $250.00/Hr) | .40 | 100.00 |
| 10/27/2005 | TK | Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 11/01/2005 | JFB | Prepare Application ( $250.00/Hr) | 1.10 | 275.00 |
| 11/04/2005 | CCB | Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| 11/04/2005 | JFB | Prepare Application ( $250.00/Hr) | .70 | 175.00 |
| 11/05/2005 | JFB | Prepare Application ( $250.00/Hr) | 2.00 | 500.00 |
| 11/15/2005 | CCB | Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 11/28/2005 | JFB | Prepare Application ( $250.00/Hr) | .30 | 75.00 |
| 11/30/2005 | CCB | Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 12/02/2005 | JFB | Prepare Application and filed with USPTO ( $260.00/Hr) | .50 | 130.00 |

Total Professional Services . . . . . . . . . .    $6,815.00

Adjustment . . . . . . . . . . . . . . . . . .    ($1,815.00)

Total Professional Services . . . . . . . . . .    $5,000.00

DE4-0148                                          Page   2


Disbursements

| 11/04/2005 | Drawings | 179.14 |
| 12/05/2005 | Government Fee for Filing | 1,000.00 |
| 12/05/2005 | Government Fee for Filing | 100.00 |
| 12/05/2005 | Government Fee for Filing | 40.00 |
|  | Photocopies | 20.00 |
|  | Postage | 2.58 |
|  | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,355.37

Total This Bill . . . . . . . . . . . . . . . . . .    $6,355.37

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0149    DP-314113: Side Airbag Module and Method of
                         Manufacture


| Professional Services | Hours | Value |
|---|---|---|
| 10/21/2005 TK  Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 01/06/2006 CCB Prepare response to notice to file missing parts of application with USPTO ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $950.00

Disbursements

| | | |
|---|---|---|
| 01/06/2006 | Government Fee for Filing | 1,000.00 |
| 01/06/2006 | Government Fee for Filing | 250.00 |
| 01/06/2006 | Government Fee for Filing | 130.00 |
| 01/06/2006 | Government Fee for Filing | 40.00 |
| | Postage | 2.91 |
| | Photocopies | 7.60 |

Total Disbursements . . . . . . . . . . . . . . .    $1,430.51

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,380.51

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0150    DP-314400: Method to Reduce/Eliminate Lockup
                          of Seatbelt Retractor


| Professional Services | Hours | Value |
|---|---|---|
| 10/09/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 10/10/2005 CCB Prepare Application and meeting with inventors re: same ( $300.00/Hr) | 1.50 | 450.00 |
| 10/12/2005 CCB Prepare Application ( $300.00/Hr) | 4.00 | 1,200.00 |
| 10/13/2005 CCB Prepare Application ( $300.00/Hr) | 3.00 | 900.00 |
| 10/18/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 10/20/2005 CCB Prepare Application ( $300.00/Hr) | .50 | 150.00 |

Total Professional Services . . . . . . . . . .    $3,600.00

Disbursements

10/25/2005    Government Fee for Filing                  200.00

Total Disbursements . . . . . . . . . . . . .    $200.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $3,800.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0151      DP-314114: Variable Venting Inflation Safety
                           System to Provide


| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 10/13/2005 CCB | Prepare Application and review art found by inventor ( $300.00/Hr) | | .30 | 90.00 |
| 01/16/2006 TK | Prepare Application ( $160.00/Hr) | | 2.00 | 320.00 |
| 01/17/2006 TK | Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/18/2006 TK | Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/19/2006 TK | Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/20/2006 TK | Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/23/2006 CCB | Prepare Application ( $310.00/Hr) | | .20 | 62.00 |

Total Professional Services . . . . . . . . . . .      $3,032.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .      $3,032.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0152    DP-314115: Secondary Non-Electrically
                         Initiated Inflation for

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 10/13/2005 CCB Prepare Application and review art | | | |
| found by inventor ( $300.00/Hr) | | .30 | 90.00 |
| 01/23/2006 CCB Prepare Application ( $310.00/Hr) | | .20 | 62.00 |
| 01/23/2006 TK  Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/24/2006 TK  Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/25/2006 TK  Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/26/2006 TK  Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 01/27/2006 TK  Prepare Application ( $160.00/Hr) | | 2.00 | 320.00 |

Total Professional Services . . . . . . . . . .    $3,032.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $3,032.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0153    DP-314208: Method of Providing Extended Output
                          Inflation for Rollover

| Professional Services | Hours | Amount |
|---|---|---|
| 01/23/2006 CCB  Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/30/2006 TK  Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 01/31/2006 TK  Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| Total Professional Services . . . . . . . . . . | $1,342.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $1,342.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0154     DP-314380: Driver Airbag Universal
Attachment Adapter

| Professional Services | Hours | Value |
|---|---|---|
| 10/12/2005 CCB Prepare Application ( $300.00/Hr) | .40 | 120.00 |
| 10/17/2005 CCB Prepare Application and telephone conference with inventor re: same ( $300.00/Hr) | 1.50 | 450.00 |
| 10/24/2005 CCB Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 10/28/2005 CCB Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| 11/04/2005 CCB Prepare Application ( $300.00/Hr) | .50 | 150.00 |
| 11/07/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/08/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/09/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/10/2005 CCB Prepare Application ( $300.00/Hr) | 4.00 | 1,200.00 |
| 11/11/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 11/13/2005 CCB Prepare Application ( $300.00/Hr) | 4.00 | 1,200.00 |
| 11/14/2005 CCB Prepare Application ( $300.00/Hr) | 2.00 | 600.00 |
| 11/15/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/16/2005 CCB Prepare Application and file application. ( $300.00/Hr) | 2.00 | 600.00 |

Total Professional Services . . . . . . . . . . .    $6,270.00

Adjustment . . . . . . . . . . . . . . . . . . . .    ($1,285.00)

Total Professional Services . . . . . . . . . . .    $4,985.00
Disbursements

11/16/2005     Government Fee for Filing                200.00

Total Disbursements . . . . . . . . . . . . . . .    $200.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $5,185.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra

Services Thru: 01/31/06

Our Reference DE4-0159    DP-313568: Safe Termination of Pipeline
Product (STOPP) Valve

| Professional Services | Hours | Value |
|---|---|---|
| 10/11/2005 CCB Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| Total Professional Services . . . . . . . . . . | $90.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $90.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra


Services Thru: 01/31/06

Our Reference DE4-0162    DP-314792: A Target Discrimination Process


| Professional Services | Hours | Amount |
|---|---|---|
| 12/14/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 12/16/2005 CCB Prepare provisional application ( $310.00/Hr) | .50 | 155.00 |
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | 1.10 | 341.00 |
| 12/28/2005 CCB Prepare Application ( $310.00/Hr) | 5.00 | 1,550.00 |

Total Professional Services . . . . . . . . . . .    $2,201.00

Disbursements

| 12/29/2005 | Government Fee for Filing | 200.00 |
| | Photocopies | 12.80 |

Total Disbursements . . . . . . . . . . . . . . .    $212.80

Total This Bill . . . . . . . . . . . . . . . . . . . .    $2,413.80

```
CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929
```

March 30, 2006

```
Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007-5052
Chuck Veenstra
```

Services Thru: 01/31/06

Our Reference DE4-0163    DP-312861: Compact Disc Player with ▆▆▆▆▆▆▆d

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 01/25/2006 CCB Prepare Application ( $310.00/Hr) | | .30 | 93.00 |
| 01/26/2006 CCB Prepare Application ( $310.00/Hr) | | .30 | 93.00 |
| Total Professional Services . . . . . . . . . . . | | $186.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | | $186.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 01/31/06

Our Reference DE5-0006   DP-314167: TPO with 

| Professional Services | Hours | Amount |
|---|---|---|
| 12/19/2005 MEG Review prior art ( $275.00/Hr) | 3.50 | 962.50 |
| 12/20/2005 MEG Review prior art; draft claims; write specification; conference call with inventors re: applicaiton ( $275.00/Hr) | 8.00 | 2,200.00 |
| 12/21/2005 MEG Revise application; conference call with inventors re: application ( $275.00/Hr) | 5.00 | 1,375.00 |
| 01/05/2006 MEG Preparing for meeting with the inventors; meeting with the inventors in Troy to discuss revisions to draft, substantial discussions regarding scope of claim 1 ( $275.00/Hr) | 4.50 | 1,237.50 |

Total Professional Services . . . . . . . . . . .   $5,775.00

Adjustment . . . . . . . . . . . . . . . . . . .   ($775.00)

Total This Bill . . . . . . . . . . . . . . . . . . .   $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin


Services Thru: 01/31/06

Our Reference DE5-0007    DP-314945: In-Door Power Sliding Door Unit


| Professional Services | Hours | Amount |
|---|---|---|
| 01/17/2006 CCB Prepare Application ( $310.00/Hr) | .80 | 248.00 |
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . | $403.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $403.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin


Services Thru: 01/31/06

Our Reference DE5-0008     DP-314779: Process for Fabricating a Non Visable
                           Tear Seam in an


| Professional Services | Hours | Amount |
|---|---|---|
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin


Services Thru: 01/31/06

Our Reference DE5-0009     DP-314875: A Compact Linear Hydraulic Actuator
                                       System


| Professional Services | Hours | Amount |
|---|---|---|
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: Patrick M. Griffin

Services Thru: 01/31/06

Our Reference DE5-0010    DP-314131: Hidden PAB Door with Module Attached
to the Instrument Panel

| Professional Services | Hours | Amount |
|---|---|---|
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| Total Professional Services . . . . . . . . . . . | $155.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $155.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 01/31/06

Our Reference DE8-0003    DP-310650: Protection of Gold Catalysts Against
Deactivation by

| Professional Services | Hours | Value |
|---|---|---|
| 11/17/2005 PJC Review Application; telephone conference with the inventors re: same ( $315.00/Hr) | .50 | 157.50 |
| 12/02/2005 PJC Draft and File Petition to Correct Inventorship with the United States Patent and Tradedmark Office ( $320.00/Hr) | 1.50 | 480.00 |
| Total Professional Services . . . . . . . . . . . | $637.50 | |

Disbursements

| | | |
|---|---|---|
| 12/02/2005    Government Fee for Filing | | 400.00 |
| Total Disbursements . . . . . . . . . . . . . . . | $400.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $1,037.50 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke


Services Thru: 01/31/06

Our Reference DE8-0011    DP-310842: Variable Area Nozzle with Colliding
                          Sprays


| Professional Services | Hours | Amount |
|---|---|---|
| 01/27/2006 CCB Telephone conference with examiner re: application; review application respond to restriction requirement ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . . | $62.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $62.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 01/31/06

Our Reference DE8-0021   DP-312154: Hydrogen Diesel Reformate for ▬▬▬▬▬▬▬▬▬▬

| Professional Services | Hours | Amount |
|---|---|---|
| 01/09/2006 PJC Information Disclosure Statement ( $320.00/Hr) | .80 | 256.00 |
| Total Professional Services . . . . . . . . . . | $256.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $256.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
P.O. Box 5052
Troy, MI 48007
Attn: Jimmy L. Funke

Services Thru: 01/31/06

Our Reference DE8-0023    DP-313965: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Professional Services | | Hours | Value |
|---|---|---|---|
| 11/07/2005 PJC Review Prior Art ( $315.00/Hr) | | .70 | 220.50 |
| 11/08/2005 PJC Prepare Application ( $315.00/Hr) | | 5.00 | 1,575.00 |
| 11/16/2005 PJC Prepare Application ( $315.00/Hr) | | 1.00 | 315.00 |
| 11/30/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 12/02/2005 PJC Prepare Application ( $320.00/Hr) | | 1.00 | 320.00 |

Total Professional Services . . . . . . . . . . .    $3,060.50

Disbursements

| 12/13/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 12/13/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| | Postage | 2.21 |

Total Disbursements . . . . . . . . . . . . . . .    $1,055.86

Total This Bill . . . . . . . . . . . . . . . . . . . .    $4,116.36

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0002P   DP-311959: Production of Ammonia Using a


| Professional Services | | Hours | Value |
|---|---|---|---|
| 11/10/2005 PJC Prepare Application ( $315.00/Hr) | | 4.00 | 1,260.00 |
| 11/17/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |
| Total Professional Services . . . . . . . . . . | | $1,417.50 | |

| Disbursements | | |
|---|---|---|
| 11/21/2005 | Government Fee for Filing | 1,000.00 |
| 11/21/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| Total Disbursements . . . . . . . . . . . . . . | | $1,053.65 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $2,471.15 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0015    DP-311224: Selective Gas Detection Utilizing ▬▬▬▬▬▬▬▬▬▬

| Professional Services | | Hours | Value |
|---|---|---|---|
| 11/09/2005 MRS Prepare Application ( $150.00/Hr) | | 1.00 | 150.00 |
| 11/10/2005 MRS Prepare Application ( $150.00/Hr) | | 9.00 | 1,350.00 |
| 11/11/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/11/2005 MRS Prepare Application ( $150.00/Hr) | | 2.00 | 300.00 |
| 11/28/2005 PJC Telephone conference with the inventor re: application ( $315.00/Hr) | | .50 | 157.50 |
| 11/30/2005 PJC Prepare Application ( $315.00/Hr) | | 4.00 | 1,260.00 |
| 11/30/2005 MRS Prepare Application ( $150.00/Hr) | | 2.00 | 300.00 |
| 12/01/2005 PJC Prepare Application ( $320.00/Hr) | | 1.50 | 480.00 |
| 12/02/2005 PJC Prepare Application ( $320.00/Hr) | | 1.00 | 320.00 |
| 12/05/2005 SEM Order articles for Information Disclosure Statement ( $100.00/Hr) | | .20 | 20.00 |
| 01/09/2006 PJC Information Disclosure Statement ( $320.00/Hr) | | .80 | 256.00 |

Total Professional Services . . . . . . . . . . .    $5,223.50

Disbursements

| 12/06/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 12/06/2005 | Government Fee for Filing | 40.00 |
| 01/15/2006 | Professional Fees for document retrieval | 868.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,921.65

Total This Bill . . . . . . . . . . . . . . . . . .    $7,145.15

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0024    DP-312276: High Thermal Stable Fuel Partial
                          Oxidation Catalyst with


| Professional Services | Hours | Value |
|---|---|---|
| 11/03/2005 PJC Prepare Application ( $315.00/Hr) | 4.00 | 1,260.00 |
| 11/14/2005 PJC File application ( $315.00/Hr) | .50 | 157.50 |
| Total Professional Services . . . . . . . . . . | $1,417.50 | |

Disbursements

| 11/17/2005 | Government Fee for Filing | 1,000.00 |
| 11/17/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| Total Disbursements . . . . . . . . . . . . . . | $1,053.65 | |

Total This Bill . . . . . . . . . . . . . . . . . . . .    $2,471.15

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0036    DP-313012: Method of Making and Protecting
                          a Planar Exhaust Gas


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/14/2005 PJC Review Application ( $315.00/Hr) | | 1.50 | 472.50 |
| 10/14/2005 MRS Prepare Application ( $150.00/Hr) | | 2.00 | 300.00 |
| 11/02/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/17/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 MRS Prepare foreign claims and | | | |
| abstract. ( $150.00/Hr) | | .20 | 30.00 |

Total Professional Services . . . . . . . . . .    $1,590.00

Disbursements

| 11/18/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/18/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,053.65

Total This Bill . . . . . . . . . . . . . . . . . . .    $2,643.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0040    DP-313011: Low-Cost Rh-Pd Alloy Electrode for
▬▬▬▬▬▬▬▬▬▬


| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 10/11/2005 | PJC | Telephone conference with the inventors re: application ( $315.00/Hr) | 1.50 | 472.50 |
| 10/13/2005 | PJC | Prepare Application ( $315.00/Hr) | 3.00 | 945.00 |
| 10/19/2005 | PJC | Review and update Application and Figures ( $315.00/Hr) | 1.00 | 315.00 |
| 11/14/2005 | SEM | Computer Search reference for Information Disclosure Statement ( $100.00/Hr) | .20 | 20.00 |
| 11/16/2005 | PJC | File application ( $315.00/Hr) | .50 | 157.50 |

Total Professional Services . . . . . . . . . . .    $1,910.00

Disbursements

| 11/21/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/21/2005 | Government Fee for Filing | 40.00 |
| 11/30/2005 | Professional Fees for document retrieval | 15.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,068.65

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,978.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0043    DP-313340: Reformate Cold Start Algorithm


| Professional Services | Hours | Value |
|---|---|---|
| 10/18/2005 DAF Review inventor comments; revise application; forward to inventors ( $320.00/Hr) | 1.00 | 320.00 |
| 11/09/2005 DAF File application with U.S. Patent and Trademark Office ( $320.00/Hr) | .20 | 64.00 |
| Total Professional Services . . . . . . . . . . | $384.00 | |

| Disbursements | | |
|---|---|---|
| 11/10/2005 | Government Fee for Filing | 1,000.00 |
| 11/10/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| Total Disbursements . . . . . . . . . . . . . . | $1,053.65 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $1,437.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0045   DP-312054: Reformer with ▬▬▬▬▬▬▬
M▬▬▬▬▬▬▬▬▬▬

| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/11/2005 PJC Telephone conference with the inventors; update Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 10/18/2005 PJC Prepare Application ( $315.00/Hr) | | 1.00 | 315.00 |
| 10/21/2005 PJC Review and update Figures ( $315.00/Hr) | | 1.00 | 315.00 |
| 10/24/2005 PJC Prepare Application ( $315.00/Hr) | | 6.00 | 1,890.00 |
| 11/17/2005 MRS Prepare foreign claims and abstract. ( $150.00/Hr) | | .20 | 30.00 |
| 11/18/2005 MRS Revised specification and claims ( $150.00/Hr) | | 7.50 | 1,125.00 |
| 11/21/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |
| 11/22/2005 MRS Prepare Application and Include inventor comments ( $150.00/Hr) | | 4.50 | 675.00 |

Total Professional Services . . . . . . . . . . .   $5,137.50

Adjustment . . . . . . . . . . . . . . . . . .   ($137.50)

Total Professional Services . . . . . . . . . .   $5,000.00

Disbursements

| 11/21/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/21/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .   $1,053.65

Total This Bill . . . . . . . . . . . . . . . . . . .   $6,053.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0046    DP-313503: Heat Flow Control for ▬▬▬al
▬▬▬▬▬▬▬▬▬


| Professional Services | Hours | Amount |
|---|---|---|
| 01/05/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/24/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| Total Professional Services . . . . . . . . . . | $124.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $124.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0047     DP-313505: Method and Apparatus for ▮▮▮▮▮▮al
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮


| Professional Services | Hours | Amount |
|---|---|---|
| 01/05/2006 JFB Prepare Application ( $260.00/Hr) | .30 | 78.00 |
| Total Professional Services . . . . . . . . . . | $78.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $78.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0048    DP-313504: Method and Apparatus for ▓▓▓▓▓▓l
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

| Professional Services | Hours | Value |
|---|---|---|
| 11/08/2005 MRS Prepare Application ( $150.00/Hr) | 9.00 | 1,350.00 |
| 11/09/2005 MRS Prepare Application ( $150.00/Hr) | 6.00 | 900.00 |
| 01/05/2006 JFB Prepare Application ( $260.00/Hr) | .30 | 78.00 |
| Total Professional Services . . . . . . . . . . | $2,328.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . | $2,328.00 | |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0049    DP-313376: System and Method for Low NOx and
Low Soot Diesel

| Professional Services | | Hours | Value |
|---|---|---|---|
| 11/16/2005 PJC Prepare Application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 PJC Prepare Application ( $315.00/Hr) | | .50 | 157.50 |
| 11/18/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/21/2005 PJC Review Formal Drawings | | | |
|            ( $315.00/Hr) | | .30 | 94.50 |
| 11/21/2005 PJC Prepare Application ( $315.00/Hr) | | .70 | 220.50 |
| 11/22/2005 PJC Prepare Application ( $315.00/Hr) | | 1.00 | 315.00 |
| 11/28/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/29/2005 PJC Prepare Application ( $315.00/Hr) | | 1.20 | 378.00 |
| 11/29/2005 MRS Prepare Application ( $150.00/Hr) | | .50 | 75.00 |
| 11/29/2005 MRS Telephone conference with inventor | | | |
|            ( $150.00/Hr) | | 1.00 | 150.00 |
| 11/30/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |

Total Professional Services . . . . . . . . . . .    $2,965.50

Disbursements

| 11/30/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/30/2005 | Government Fee for Filing | 40.00 |
|            | Express Mail | 13.65 |
|            | Postage | 4.55 |

Total Disbursements . . . . . . . . . . . . . . .    $1,058.20

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $4,023.70