CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0051    DP-313356: Reformer Start-Up Fuel Control
                         Using Catalyst Outlet


| Professional Services | Hours | Value |
|---|---|---|
| 10/14/2005 MRS Prepare Application ( $150.00/Hr) | 2.00 | 300.00 |
| 11/02/2005 PJC Prepare Application ( $315.00/Hr) | 1.50 | 472.50 |
| 11/10/2005 PJC Prepare Application ( $315.00/Hr) | 1.00 | 315.00 |
| 11/17/2005 PJC File application ( $315.00/Hr) | .50 | 157.50 |
| 11/17/2005 MRS Prepare foreign claims and abstract. ( $150.00/Hr) | .20 | 30.00 |

Total Professional Services . . . . . . . . . .    $1,275.00

Disbursements

| 11/17/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/17/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |

Total Disbursements . . . . . . . . . . . . . .    $1,053.65

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,328.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0052     DP-313370: System and Method for Rapid Reformer
                           Catalyst Light-Off with


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/13/2005 MRS Prepare Application ( $150.00/Hr) | | 3.00 | 450.00 |
| 10/17/2005 PJC Review Application ( $315.00/Hr) | | .70 | 220.50 |
| 11/02/2005 PJC Prepare Application ( $315.00/Hr) | | 1.50 | 472.50 |
| 11/16/2005 PJC Telephone conference with the inventor re: application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 MRS Prepare foreign claims and abstract. ( $150.00/Hr) | | .20 | 30.00 |

Total Professional Services . . . . . . . . . .  $1,488.00

Disbursements

| 11/21/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/21/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| | Postage | 1.52 |

Total Disbursements . . . . . . . . . . . . . .  $1,055.17

Total This Bill . . . . . . . . . . . . . . . . . . . .  $2,543.17

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0053    DP-313543: ████████████████████████████████
████████████████████████████████

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 10/10/2005 RJS | Prepare Application ( $160.00/Hr) | | 4.00 | 640.00 |
| 10/11/2005 RJS | Prepare Application ( $160.00/Hr) | | 5.50 | 880.00 |
| 10/12/2005 RJS | Prepare Application ( $160.00/Hr) | | 5.00 | 800.00 |
| 11/04/2005 PJC | Prepare Application ( $315.00/Hr) | | 6.00 | 1,890.00 |
| 11/15/2005 PJC | Prepare Application ( $315.00/Hr) | | .70 | 220.50 |
| 11/21/2005 PJC | Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/29/2005 PJC | Telephone conference with the inventor re: application ( $315.00/Hr) | | .50 | 157.50 |
| 01/27/2006 PJC | Telephone conference with inventors re: application; discuss changes ( $320.00/Hr) | | 1.50 | 480.00 |
| 01/31/2006 PJC | Prepare Application ( $320.00/Hr) | | 1.00 | 320.00 |

Total Professional Services . . . . . . . . . . .    $6,018.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($1,018.00)

Total This Bill . . . . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0056    DP-313369: ▮▮▮▮▮▮▮ Converter Exhaust ▮▮▮▮▮

| Professional Services | Hours | Value |
|---|---|---|
| 10/13/2005 MRS Prepare Application ( $150.00/Hr) | 3.00 | 450.00 |
| 10/17/2005 PJC Review Application ( $315.00/Hr) | 1.50 | 472.50 |
| 11/02/2005 PJC Prepare Application ( $315.00/Hr) | .50 | 157.50 |
| 11/10/2005 PJC Prepare Application ( $315.00/Hr) | 1.00 | 315.00 |
| 11/11/2005 PJC Prepare Application ( $315.00/Hr) | 2.00 | 630.00 |
| 11/17/2005 MRS Prepare foreign claims and abstract. ( $150.00/Hr) | .50 | 75.00 |
| 11/21/2005 PJC File application ( $315.00/Hr) | .50 | 157.50 |

Total Professional Services . . . . . . . . . .    $2,257.50

Disbursements

| 11/22/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/22/2005 | Government Fee for Filing | 40.00 |
| | Postage | 1.75 |

Total Disbursements . . . . . . . . . . . . . .    $1,041.75

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $3,299.25

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0057    DP-314028: Nanocompositions ~~~~~~~~~~ic
~~~~~~~~

| Professional Services | | Hours | Value |
|---|---|---|---|
| 11/01/2005 MEG | Office conference with Rafil Basheer regarding patent aplication ( $265.00/Hr) | 3.00 | 795.00 |
| 11/22/2005 MEG | Review matters for preparing patent application ( $265.00/Hr) | 5.50 | 1,457.50 |
| 11/23/2005 MEG | Prepare non-provisional patent application ( $265.00/Hr) | 4.00 | 1,060.00 |
| 12/08/2005 MEG | Prepare Application ( $275.00/Hr) | 2.00 | 550.00 |
| 12/19/2005 MEG | Meet with inventor to discuss revisions ( $275.00/Hr) | 5.00 | 1,375.00 |
| 12/21/2005 MEG | Substantially revise application in view of new embodiments and experimental data; prepare final application and send to inventor ( $275.00/Hr) | 6.00 | 1,650.00 |
| 12/23/2005 MEG | Finalize patent application; file in the U.S. Patent and Trademark Office ( $275.00/Hr) | 2.00 | 550.00 |

Total Professional Services . . . . . . . . . . .    $7,437.50

Adjustment . . . . . . . . . . . . . . . . . . . .    ($2,437.50)

Total Professional Services . . . . . . . . . .    $5,000.00

Disbursements

| | | |
|---|---|---|
| Express Mail | | 13.65 |
| Photocopies | | 70.80 |

Total Disbursements . . . . . . . . . . . . . . .    $84.45

Total This Bill . . . . . . . . . . . . . . . . . . . .    $5,084.45

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0058    DP-313251: Pre-Dryer for 


| Professional Services | Hours | Value |
|---|---|---|
| 10/24/2005 PJC Review Application ( $315.00/Hr) | .50 | 157.50 |
| 10/25/2005 PJC Prepare Application ( $315.00/Hr) | 4.50 | 1,417.50 |
| 11/03/2005 PJC Prepare Application ( $315.00/Hr) | .50 | 157.50 |
| Total Professional Services . . . . . . . . . . . | $1,732.50 | |

| Disbursements | |
|---|---|
| 11/10/2005    Government Fee for Filing | 1,000.00 |
| 11/10/2005    Government Fee for Filing | 40.00 |
| Express Mail | 13.65 |
| Total Disbursements . . . . . . . . . . . . . . . $1,053.65 | |

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $2,786.15

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0059    DP-313534: Diesel Particulate ▬▬▬▬▬▬

| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/14/2005 MRS Prepare Application ( $150.00/Hr) | | 2.00 | 300.00 |
| 11/02/2005 PJC Prepare Application ( $315.00/Hr) | | 2.00 | 630.00 |
| 11/16/2005 PJC Telephone conference with the inventor re: application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 PJC File application ( $315.00/Hr) | | .50 | 157.50 |
| 11/17/2005 MRS Prepare foreign claims and abstract. ( $150.00/Hr) | | .50 | 75.00 |
| Total Professional Services . . . . . . . . . . | | $1,320.00 | |

| Disbursements | | | |
|---|---|---|---|
| 11/17/2005 | Government Fee for Filing | | 1,000.00 |
| 11/17/2005 | Government Fee for Filing | | 40.00 |
| | Express Mail | | 13.65 |
| Total Disbursements . . . . . . . . . . . . . . | | $1,053.65 | |

Total This Bill . . . . . . . . . . . . . . . . . . .    $2,373.65

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 29, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0060    DP-314091: Low Cost Trim Resistor Assembly

| Professional Services | Hours | Value |
|---|---|---|
| 11/02/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/17/2005 CCB Prepare Application ( $300.00/Hr) | 4.00 | 1,200.00 |
| 11/18/2005 CCB Prepare Application ( $300.00/Hr) | .50 | 150.00 |
| 11/20/2005 CCB Prepare Application ( $300.00/Hr) | 3.00 | 900.00 |
| 11/21/2005 CCB Prepare Application ( $300.00/Hr) | 2.50 | 750.00 |
| 11/22/2005 CCB Prepare Application ( $300.00/Hr) | .70 | 210.00 |
| 11/27/2005 CCB Prepare Application ( $300.00/Hr) | 8.00 | 2,400.00 |
| 11/28/2005 CCB Prepare Application ( $300.00/Hr) | 3.00 | 900.00 |
| 12/02/2005 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 12/13/2005 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 12/29/2005 CCB Revise and finalize patent application with USPTO ( $310.00/Hr) | 1.00 | 310.00 |

Total Professional Services . . . . . . . . . . .    $7,492.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,492.00)

Total Professional Services . . . . . . . . . . .    $5,000.00

Disbursements

| 12/03/2005 | Drawings | 180.00 |
|---|---|---|
| 12/14/2005 | Drawings | 50.00 |
| 12/30/2005 | Government Fee for Filing | 1,000.00 |
| 12/30/2005 | Government Fee for Filing | 300.00 |
|  | Photocopies | 22.00 |

Total Disbursements . . . . . . . . . . . . . .    $1,552.00

Total This Bill . . . . . . . . . . . . . . . . . . . .    $6,552.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0061    DP-314175: Modified Y Hole Sensor Shield for
Low Temperature

| Professional Services | Hours | Amount |
|---|---|---|
| 10/28/2005 FAK Prepare Application ( $160.00/Hr) | 1.00 | 160.00 |
| 10/31/2005 FAK Prepare Application ( $160.00/Hr) | 1.00 | 160.00 |
| 11/01/2005 FAK Prepare Application ( $160.00/Hr) | 1.50 | 240.00 |
| 11/04/2005 CCB Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| 11/17/2005 CCB Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 11/17/2005 FAK Prepare Application ( $160.00/Hr) | 1.50 | 240.00 |
| 11/18/2005 FAK Prepare Application ( $160.00/Hr) | 3.00 | 480.00 |
| 11/21/2005 FAK Prepare Application ( $160.00/Hr) | 3.00 | 480.00 |
| 11/22/2005 FAK Prepare Application ( $160.00/Hr) | 2.00 | 320.00 |
| 11/23/2005 FAK Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 11/25/2005 FAK Prepare Application ( $160.00/Hr) | 3.50 | 560.00 |
| 11/30/2005 FAK Prepare Application ( $160.00/Hr) | 5.50 | 880.00 |
| 12/01/2005 FAK Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |
| 12/05/2005 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 12/06/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/07/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/08/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/09/2005 JFB Prepare Application ( $260.00/Hr) | 1.20 | 312.00 |
| 12/09/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/12/2005 FAK Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |
| 12/14/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 12/14/2005 JFB Prepare Application ( $260.00/Hr) | .70 | 182.00 |
| 12/23/2005 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/06/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 01/06/2006 FAK Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 01/09/2006 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 01/10/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/11/2006 JFB Prepare Application ( $260.00/Hr) | 2.50 | 650.00 |
| 01/11/2006 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 01/12/2006 FAK Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |

Total Professional Services . . . . . . . . . .    $10,764.00

Adjustment . . . . . . . . . . . . . . . . . .    ($5,764.00)

Total This Bill . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0062    DP-314434: Lean Shift Correcting ███████████ ████

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 10/12/2005 | CCB | Prepare Application ( $300.00/Hr) | .40 | 120.00 |
| 10/19/2005 | RJS | Prepare Application ( $160.00/Hr) | 2.00 | 320.00 |
| 10/20/2005 | CCB | Prepare Application and telephone conference with inventor re: same ( $300.00/Hr) | .50 | 150.00 |
| 10/20/2005 | RJS | Prepare Application and teleconference with inventor re: same ( $160.00/Hr) | 2.50 | 400.00 |
| 11/11/2005 | RJS | Prepare Application ( $160.00/Hr) | 2.30 | 368.00 |
| 11/14/2005 | RJS | Prepare Application ( $160.00/Hr) | .80 | 128.00 |
| 11/16/2005 | RJS | Prepare Application ( $160.00/Hr) | 3.30 | 528.00 |
| 11/22/2005 | RJS | Prepare Application ( $160.00/Hr) | 2.60 | 416.00 |
| 11/23/2005 | RJS | Prepare Application ( $160.00/Hr) | 1.50 | 240.00 |
| 11/25/2005 | RJS | Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 11/26/2005 | RJS | Prepare Application ( $160.00/Hr) | 3.50 | 560.00 |
| 11/27/2005 | RJS | Prepare Application ( $160.00/Hr) | 2.50 | 400.00 |
| 11/30/2005 | RJS | Prepare Application ( $160.00/Hr) | 1.70 | 272.00 |
| 12/01/2005 | RJS | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/06/2005 | RJS | Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |
| 12/07/2005 | RJS | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/15/2005 | RJS | Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/20/2005 | RJS | Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 12/21/2005 | CCB | Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 12/21/2005 | JFB | Prepare Application ( $260.00/Hr) | .80 | 208.00 |
| 12/21/2005 | RJS | Prepare Application ( $170.00/Hr) | 7.50 | 1,275.00 |
| 12/22/2005 | JFB | Prepare Application ( $260.00/Hr) | 2.50 | 650.00 |
| 12/22/2005 | RJS | Prepare Application ( $170.00/Hr) | 9.50 | 1,615.00 |
| 12/23/2005 | RJS | Prepare Application ( $170.00/Hr) | 6.00 | 1,020.00 |
| 12/27/2005 | RJS | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/28/2005 | RJS | Prepare Application ( $170.00/Hr) | .50 | 85.00 |
| 01/04/2006 | RJS | Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |
| 01/06/2006 | RJS | Prepare Application ( $170.00/Hr) | 1.00 | 170.00 |

DE9-0062                                                        Page 2


01/09/2006 RJS Prepare Application ( $170.00/Hr)      7.00        1,190.00
01/10/2006 RJS Prepare Application ( $170.00/Hr)      3.00          510.00

Total Professional Services . . . . . . . . . . .   $14,395.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($9,395.00)

Total This Bill . . . . . . . . . . . . . . . . . .              $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0063    DP-314402: Eliminate Waste in Die Cut
Insulation


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/28/2005 MRS Prepare Application ( $150.00/Hr) | | 4.00 | 600.00 |
| 11/07/2005 MRS Prepare Application ( $150.00/Hr) | | 6.00 | 900.00 |
| 11/08/2005 PJC Prepare Application ( $315.00/Hr) | | 1.50 | 472.50 |
| 11/15/2005 RJS Prepare Application ( $160.00/Hr) | | 1.30 | 208.00 |
| 11/21/2005 PJC Review Formal Drawings; contact inventor; review application ( $315.00/Hr) | | .50 | 157.50 |
| 11/22/2005 MRS Prepare Application and Include inventor comments ( $150.00/Hr) | | 4.50 | 675.00 |
| 11/30/2005 PJC Prepare Application ( $315.00/Hr) | | 1.50 | 472.50 |

Total Professional Services . . . . . . . . . . .    $3,485.50

Disbursements

| 11/30/2005 | Government Fee for Filing | 1,200.00 |
|---|---|---|
| 11/30/2005 | Government Fee for Filing | 40.00 |
| | Express Mail | 13.65 |
| | Postage | 1.52 |

Total Disbursements . . . . . . . . . . . . . . .    $1,255.17

Total This Bill . . . . . . . . . . . . . . . . . . . . . .    $4,740.67

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0064    DP-314165: Driver State Estimator

| Professional Services | Hours | Amount |
|---|---|---|
| 10/10/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/02/2005 CCB Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 12/13/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/14/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/15/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/19/2005 FAK Prepare Application ( $170.00/Hr) | 1.50 | 255.00 |
| 12/20/2005 FAK Prepare Application ( $170.00/Hr) | 1.50 | 255.00 |
| 12/21/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/22/2005 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/23/2005 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/27/2005 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 12/28/2005 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 12/29/2005 FAK Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 12/30/2005 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 01/03/2006 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 01/04/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 01/05/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 01/10/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 01/11/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 01/18/2006 FAK Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 01/23/2006 JFB Prepare Application ( $260.00/Hr) | .50 | 130.00 |
| 01/24/2006 JFB Telephone conference with inventors re: application ( $260.00/Hr) | 1.50 | 390.00 |
| 01/31/2006 FAK Prepare Application ( $170.00/Hr) | 1.50 | 255.00 |

Total Professional Services . . . . . . . . . .    $8,870.00

Adjustment . . . . . . . . . . . . . . . . . .    ($3,870.00)

Total Professional Services . . . . . . . . . .    $5,000.00

Total This Bill . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0065    DP-314453: Personalized Media Center

| Professional Services | | Hours | Amount |
|---|---|---|---|
| 11/22/2005 JFB Prepare Application ( $250.00/Hr) | | .50 | 125.00 |
| 11/29/2005 JFB Examined invention disclosure, telephone conference with inventors ( $250.00/Hr) | | 1.00 | 250.00 |
| 01/24/2006 JFB Examine invention disclosure; telephone conference with inventors re: invention ( $260.00/Hr) | | 1.50 | 390.00 |
| Total Professional Services . . . . . . . . . . | | $765.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | | $765.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0066    DP-314445: Method of Using Ammonia Sensor


| Professional Services | Hours | Value |
|---|---|---|
| 10/18/2005 CCB Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 10/18/2005 RJS Prepare Application ( $160.00/Hr) | 6.50 | 1,040.00 |
| 10/19/2005 RJS Prepare Application ( $160.00/Hr) | 4.00 | 640.00 |
| 10/20/2005 RJS Prepare Application ( $160.00/Hr) | 1.00 | 160.00 |
| 10/21/2005 RJS Prepare Application ( $160.00/Hr) | 4.30 | 688.00 |
| 10/24/2005 RJS Prepare Application ( $160.00/Hr) | 8.80 | 1,408.00 |
| 10/25/2005 RJS Prepare Application ( $160.00/Hr) | 9.00 | 1,440.00 |
| 10/26/2005 JFB Prepare Application ( $250.00/Hr) | 4.00 | 1,000.00 |
| 10/26/2005 RJS Prepare Application and discuss with inventor ( $160.00/Hr) | 8.50 | 1,360.00 |
| 10/27/2005 JFB Prepare Application ( $250.00/Hr) | 3.50 | 875.00 |
| 10/27/2005 RJS Prepare Application and discuss with inventor ( $160.00/Hr) | 9.30 | 1,488.00 |
| 10/28/2005 JFB Prepare Application ( $250.00/Hr) | 4.00 | 1,000.00 |
| 10/28/2005 RJS Prepare Application and discuss with inventor ( $160.00/Hr) | 10.50 | 1,680.00 |
| 10/29/2005 RJS Prepare Application ( $160.00/Hr) | 8.00 | 1,280.00 |
| 10/30/2005 RJS Prepare Application ( $160.00/Hr) | 8.50 | 1,360.00 |
| 10/31/2005 JFB Prepare Application ( $250.00/Hr) | .50 | 125.00 |
| 10/31/2005 RJS Prepare Application ( $160.00/Hr) | 7.00 | 1,120.00 |
| 11/01/2005 JFB Prepare Application ( $250.00/Hr) | 3.70 | 925.00 |
| 11/01/2005 RJS Prepare Application ( $160.00/Hr) | 6.50 | 1,040.00 |
| 11/02/2005 JFB Prepare Application ( $250.00/Hr) | 1.50 | 375.00 |
| 11/02/2005 RJS Prepare Application ( $160.00/Hr) | 4.30 | 688.00 |
| 11/03/2005 JFB Prepare Application ( $250.00/Hr) | .70 | 175.00 |
| 11/03/2005 RJS Prepare Application ( $160.00/Hr) | 4.30 | 688.00 |
| 11/04/2005 JFB Prepare Application ( $250.00/Hr) | 1.90 | 475.00 |
| 11/04/2005 RJS Prepare Application ( $160.00/Hr) | 5.50 | 880.00 |
| 11/07/2005 CCB Prepare Application ( $300.00/Hr) | 1.00 | 300.00 |
| 11/07/2005 JFB Preparation of provisional patent application, filed provisional patent application with USPTO ( $250.00/Hr) | 2.00 | 500.00 |
| 11/07/2005 RJS Prepare Application ( $160.00/Hr) | .50 | 80.00 |
| 11/15/2005 JFB Prepare Application ( $250.00/Hr) | .50 | 125.00 |

DE9-0066

| | | | |
|---|---|---|---|
| 11/15/2005 RJS | Reviewed presentation material for invention disclosure ( $160.00/Hr) | .80 | 128.00 |
| 11/23/2005 RJS | Prepare Application ( $160.00/Hr) | .40 | 64.00 |
| 11/28/2005 JFB | Prepare Application ( $250.00/Hr) | 1.50 | 375.00 |

Total Professional Services . . . . . . . . . . .       $23,542.00

Adjustment . . . . . . . . . . . . . . . . . . . .       ($18,542.00)

Total Professional Services . . . . . . . . . . .       $5,000.00

Disbursements

| | | |
|---|---|---|
| 11/07/2005 | Government Fee for Filing | 200.00 |
| 11/30/2005 | Drawings | 195.00 |
| | Photocopies | 13.40 |
| | Express Mail | 13.65 |
| | Postage | 1.98 |

Total Disbursements . . . . . . . . . . . . . . .       $424.03

Total This Bill . . . . . . . . . . . . . . . . . . . . .       $5,424.03

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0067    DP-314757: Thermal Activation of ▉▉▉▉▉ ▉▉▉▉▉▉▉▉


| Professional Services | Hours | Value |
|---|---|---|
| 11/22/2005 CCB Prepare Application ( $300.00/Hr) | .30 | 90.00 |
| 11/29/2005 CCB Prepare Application ( $300.00/Hr) | .20 | 60.00 |
| 12/14/2005 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 12/19/2005 CCB Prepare Application and telephone conference with inventor re: application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/23/2006 CCB Prepare Application meeting with inventors re: application ( $310.00/Hr) | 2.00 | 620.00 |
| 01/26/2006 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/31/2006 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |

Total Professional Services . . . . . . . . . . .    $3,157.00

Total This Bill . . . . . . . . . . . . . . . . . . . . .    $3,157.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0068    DP-312661: Focal Plane Array Pixel Element for a

| Professional Services | | | Hours | Value |
|---|---|---|---|---|
| 12/13/2005 | CCB | Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| 12/14/2005 | CCB | Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 12/14/2005 | JFB | Telephone conference with inventors re: application ( $260.00/Hr) | 1.00 | 260.00 |
| 12/19/2005 | JFB | Prepare Application ( $260.00/Hr) | 3.00 | 780.00 |
| 12/20/2005 | JFB | Prepare Application ( $260.00/Hr) | 5.20 | 1,352.00 |
| 12/21/2005 | JFB | Prepare Application ( $260.00/Hr) | 5.00 | 1,300.00 |
| 12/22/2005 | JFB | Prepare Application ( $260.00/Hr) | 2.30 | 598.00 |
| 12/23/2005 | CCB | Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 12/27/2005 | CCB | Prepare Application ( $310.00/Hr) | 4.00 | 1,240.00 |

Total Professional Services . . . . . . . . . .    $6,398.00

Adjustment . . . . . . . . . . . . . . . . . .    ($1,398.00)

Total Professional Services . . . . . . . . . .    $5,000.00

Disbursements

| 01/17/2006 | Drawings | 130.00 |
|---|---|---|
| | Express Mail | 13.65 |
| | Photocopies | 10.20 |
| | Postage | 1.75 |

Total Disbursements . . . . . . . . . . . . . .    $155.60

Total This Bill . . . . . . . . . . . . . . . . . .    $5,155.60

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0069     DP-313599: Sensor Lower Shield Brace


| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 12/21/2005 | CCB | Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 12/29/2005 | CCB | Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/03/2006 | CCB | Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/18/2006 | FAK | Prepare Application ( $170.00/Hr) | 2.00 | 340.00 |
| 01/19/2006 | FAK | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 01/20/2006 | FAK | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 01/23/2006 | FAK | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 01/24/2006 | FAK | Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 01/25/2006 | FAK | Prepare Application ( $170.00/Hr) | 4.50 | 765.00 |
| 01/26/2006 | FAK | Prepare Application ( $170.00/Hr) | 4.50 | 765.00 |
| 01/30/2006 | FAK | Prepare Application ( $170.00/Hr) | 5.00 | 850.00 |
| 01/31/2006 | FAK | Prepare Application ( $170.00/Hr) | 5.00 | 850.00 |

Total Professional Services . . . . . . . . . . .     $6,121.00

Adjustment . . . . . . . . . . . . . . . . . . .     ($1,121.00)

Total Professional Services . . . . . . . . . .     $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . .     $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0070    DP-313898: Reduced Coverage Electrodes for
▬▬▬▬▬▬▬▬▬▬▬▬

| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 12/21/2005 | CCB | Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 12/29/2005 | CCB | Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/10/2006 | CCB | Prepare Application and review patent application with Rob Svoboda. ( $310.00/Hr) | 1.00 | 310.00 |
| 01/10/2006 | RJS | Prepare Application ( $170.00/Hr) | 3.00 | 510.00 |
| 01/11/2006 | RJS | Prepare Application ( $170.00/Hr) | 8.50 | 1,445.00 |
| 01/12/2006 | RJS | Prepare Application ( $170.00/Hr) | 8.50 | 1,445.00 |
| 01/13/2006 | RJS | Prepare Application ( $170.00/Hr) | 8.50 | 1,445.00 |
| 01/16/2006 | RJS | Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |
| 01/17/2006 | RJS | Prepare Application ( $170.00/Hr) | 4.00 | 680.00 |

Total Professional Services . . . . . . . . . . .    $6,794.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($1,794.00)

Total Professional Services . . . . . . . . . .    $5,000.00

Total This Bill . . . . . . . . . . . . . . . . . . . . . . .    $5,000.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0071    DP-314518: Bi-Directional Air Flow Measurement


| Professional Services | Hours | Amount |
|---|---|---|
| 12/21/2005 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/11/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services . . . . . . . . . . | $899.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . | | $899.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0072    DP-314519: Integrated Sensor - Mesh Assembly


| Professional Services | Hours | Amount |
|---|---|---|
| 12/21/2005 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/11/2006 CCB Prepare Application ( $310.00/Hr) | 1.50 | 465.00 |
| Total Professional Services . . . . . . . . . . | $744.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | $744.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0073    DP-314520: Ultrasonic Mesh Neblizer


| Professional Services | Hours | Amount |
|---|---|---|
| 12/21/2005 CCB Prepare Application ( $310.00/Hr) | .40 | 124.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/06/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| Total Professional Services . . . . . . . . . . . | $899.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . | | $899.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0074     DP-314452: Method of and Apparatus of a
                           Universal Infrared


| Professional Services | | Hours | Amount |
|---|---|---|---|
| 12/20/2005 CCB Prepare Application ( $310.00/Hr) | | .20 | 62.00 |
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | | .30 | 93.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | | .50 | 155.00 |
| 01/23/2006 CCB Prepare Application and meeting with inventors re: application ( $310.00/Hr) | | 2.50 | 775.00 |

Total Professional Services . . . . . . . . . . .     $1,085.00

Disbursements

       Postage                                          .37

Total Disbursements . . . . . . . . . . . . . . .     $ .37

Total This Bill . . . . . . . . . . . . . . . . . . . .     $1,085.37

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0075    DP-314600: Converter Shell Exhaust Oxygen
Sensor Mount


| Professional Services | Hours | Value |
|---|---|---|
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/03/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/04/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| 01/12/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/12/2006 FAK Prepare Application ( $170.00/Hr) | 3.50 | 595.00 |
| 01/13/2006 CCB Prepare Application ( $310.00/Hr) | .70 | 217.00 |
| 01/13/2006 FAK Prepare Application ( $170.00/Hr) | 6.50 | 1,105.00 |
| 01/16/2006 CCB Prepare Application ( $310.00/Hr) | 5.00 | 1,550.00 |
| 01/16/2006 FAK Prepare Application ( $170.00/Hr) | 2.50 | 425.00 |
| 01/17/2006 CCB Prepare Application ( $310.00/Hr) | 3.00 | 930.00 |
| 01/20/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/23/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/24/2006 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 01/25/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/27/2006 CCB Prepare Application ( $310.00/Hr) | 1.00 | 310.00 |
| 01/31/2006 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |

Total Professional Services . . . . . . . . . . .    $7,333.00

Adjustment . . . . . . . . . . . . . . . . . . .    ($2,333.00)

Total Professional Services . . . . . . . . . . .    $5,000.00

Disbursements

01/31/2006    Drawings    130.00

Total Disbursements . . . . . . . . . . . . . . .    $130.00

Total This Bill . . . . . . . . . . . . . . . . . . .    $5,130.00

```
CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929
```

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0076    DP-314782: Inner End-Cone Stabilizing Dimples


| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | | | .20 | 62.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | | | .50 | 155.00 |
| 01/17/2006 RJS Prepare Application ( $170.00/Hr) | | | .50 | 85.00 |
| 01/18/2006 RJS Prepare Application ( $170.00/Hr) | | | 8.00 | 1,360.00 |
| 01/19/2006 RJS Prepare Application ( $170.00/Hr) | | | 9.00 | 1,530.00 |
| 01/20/2006 RJS Prepare Application ( $170.00/Hr) | | | 8.50 | 1,445.00 |
| 01/23/2006 RJS Prepare Application ( $170.00/Hr) | | | 2.00 | 340.00 |

Total Professional Services . . . . . . . . . . .    $4,977.00


Total This Bill . . . . . . . . . . . . . . . . . . .    $4,977.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall

Services Thru: 01/31/06

Our Reference DE9-0077    DP-314851: Catalytic Converter with ▆▆▆▆▆z
R▆▆▆▆▆▆r

| Professional Services | Hours | Amount |
|---|---|---|
| 12/27/2005 CCB Prepare Application ( $310.00/Hr) | .20 | 62.00 |
| 12/29/2005 CCB Prepare Application ( $310.00/Hr) | .50 | 155.00 |
| 01/03/2006 CCB Prepare Application ( $310.00/Hr) | .30 | 93.00 |
| 01/06/2006 CCB Prepare Application ( $310.00/Hr) | 1.30 | 403.00 |

Total Professional Services . . . . . . . . . . .    $713.00

Total This Bill . . . . . . . . . . . . . . . . .    $713.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0078     DP-314995: Internally Insulated Converter
                           Design with ██████████


| Professional Services | Hours | Amount |
|---|---|---|
| 01/20/2006 CCB Prepare Application ( $310.00/Hr) | 6.00 | 1,860.00 |
| 01/31/2006 CCB Prepare Application ( $310.00/Hr) | 2.00 | 620.00 |
| Total Professional Services . . . . . . . . . . | $2,480.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $2,480.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0079    DP-314523: Multimetal Perovskite Materials for

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 PJC Review Record of Invention<br>( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0080    DP-314511: Combined OS with ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 PJC Review Record of Invention<br>( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies, Inc.
Legal Staff M/C 480-410-202
P.O Box 5052
Troy, MI 48007
Attn: Paul Marshall


Services Thru: 01/31/06

Our Reference DE9-0081    DP-314512: OS with ███████████████████████
                                         ███████████████

| Professional Services | Hours | Amount |
|---|---|---|
| 01/30/2006 PJC Review Record of Invention<br>( $320.00/Hr) | .50 | 160.00 |
| Total Professional Services . . . . . . . . . . . | $160.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $160.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 01/31/06

Our Reference DEP-0133    DP-301244: Gas Sensor Terminal Assembly and
Method of Producing Same

| Professional Services | Hours | Value |
|---|---|---|
| 10/10/2005 PJC Prepare Amendment in response to PTO Office Action ( $315.00/Hr) | 2.00 | 630.00 |
| 10/12/2005 PJC Prepare Amendment in response to PTO Office Action ( $315.00/Hr) | 2.00 | 630.00 |
| 10/13/2005 PJC Prepare Amendment in response to PTO Office Action and file Amendment with the United States Patent and Trademark Office ( $315.00/Hr) | 1.00 | 315.00 |
| Total Professional Services . . . . . . . . . . . | $1,575.00 | |

Disbursements

| | | |
|---|---|---|
| 10/18/2005    Government Fee for Filing | | 400.00 |
| Total Disbursements . . . . . . . . . . . . . . | $400.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . | | $1,975.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929

March 30, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)

Services Thru: 01/31/06

Our Reference DEP-0150    DP-302577: Gas Treatment System and a Method for
Using the Same

| Professional Services | Hours | Value |
|---|---|---|
| 11/30/2005 PJC Telephone conference with Examiner; contact P. Marshall; respond to Restriction Requirement ( $315.00/Hr) | 1.00 | 315.00 |
| Total Professional Services . . . . . . . . . . | $315.00 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $315.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
Attn: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0280    DP-304209: An Independently Housed Trim
                          Resistor and a Method


| Professional Services | Hours | Value |
|---|---|---|
| 11/10/2005 CCB Prepare extension of time ( $300.00/Hr) | .50 | 150.00 |
| Total Professional Services . . . . . . . . . . | $150.00 | |

Disbursements

| | | |
|---|---|---|
| 11/10/2005 | Government Fee for Filing | 450.00 |
| 12/14/2005 | Government Fee for Filing | 570.00 |
| | Postage | 5.02 |
| Total Disbursements . . . . . . . . . . . . . . | $1,025.02 | |

Total This Bill . . . . . . . . . . . . . . . . . . . .    $1,175.02

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0280P   DP-304209: An Independently Housed Trim
                          Resistor and a Method


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/11/2005 CCB Prepare Application ( $300.00/Hr) | | .30 | 90.00 |
| 10/14/2005 CCB Prepare Application ( $300.00/Hr) | | .80 | 240.00 |
| 10/18/2005 CCB Prepare Application ( $300.00/Hr) | | .50 | 150.00 |
| 10/30/2005 CCB Prepare Application ( $300.00/Hr) | | .50 | 150.00 |
| 10/31/2005 CCB Prepare Application ( $300.00/Hr) | | 1.00 | 300.00 |
| 11/02/2005 CCB Prepare Application ( $300.00/Hr) | | 1.00 | 300.00 |
| 11/09/2005 CCB Prepare Application ( $300.00/Hr) | | 8.00 | 2,400.00 |
| 11/15/2005 CCB Prepare Application ( $300.00/Hr) | | 3.00 | 900.00 |

Total Professional Services . . . . . . . . . .   $4,530.00

Disbursements

| 11/10/2005 | Government Fee for Filing | 1,000.00 |
|---|---|---|
| 11/10/2005 | Government Fee for Filing | 200.00 |
| 11/10/2005 | Government Fee for Filing | 450.00 |
| 11/10/2005 | Government Fee for Filing | 40.00 |
| 12/15/2005 | Government Fee for Filing | 130.00 |

Total Disbursements . . . . . . . . . . . . . .   $1,820.00

Total This Bill . . . . . . . . . . . . . . . . . . .   $6,350.00

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0280P2   DP-304209: Independently Housed Trim Resistor and
a Method for Fabricating


| Professional Services | Hours | Amount |
|---|---|---|
| 12/09/2005 CCB Prepare Application ( $310.00/Hr) | 2.70 | 837.00 |
| Total Professional Services . . . . . . . . . . | | $837.00 |

Disbursements

| | | |
|---|---|---|
| 12/12/2005 | Government Fee for Filing | 1,000.00 |
| 12/12/2005 | Government Fee for Filing | 40.00 |
| | Photocopies | 20.80 |
| Total Disbursements . . . . . . . . . . . . . . | | $1,060.80 |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | $1,897.80 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0324      DP-308608: Evaluatio of Dielectric Drying as a
                           Replacement to Standard


| Professional Services | | | Hours | Amount |
|---|---|---|---|---|
| 10/14/2005 | PJC | Prepare Application ( $315.00/Hr) | 3.00 | 945.00 |
| 11/03/2005 | PJC | Prepare Application ( $315.00/Hr) | .50 | 157.50 |
| 11/10/2005 | PJC | Telephone conference with the inventors; send correspondence to the inventors ( $315.00/Hr) | .70 | 220.50 |
| 11/21/2005 | PJC | Prepare Application ( $315.00/Hr) | .50 | 157.50 |
| 12/02/2005 | PJC | Prepare Application ( $320.00/Hr) | 1.50 | 480.00 |

Total Professional Services . . . . . . . . . .    $1,960.50

Disbursements

                Federal Express                              123.98

Total Disbursements . . . . . . . . . . . . . .    $123.98

Total This Bill . . . . . . . . . . . . . . . . . .    $2,084.48

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006

Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0338    DP-309198: An Integrated Catalytic System for
Automotive Exhaust


| Professional Services | | Hours | Amount |
|---|---|---|---|
| 01/12/2006 MRS Prepare Amendment ( $155.00/Hr) | | 1.00 | 155.00 |
| 01/13/2006 MRS Prepare Amendment ( $155.00/Hr) | | 8.00 | 1,240.00 |
| 01/24/2006 MRS Prepare Amendment ( $155.00/Hr) | | 2.00 | 310.00 |
| 01/27/2006 PJC Review response; update response; draft new claims; contact inventor re: amendment ( $320.00/Hr) | | 2.00 | 640.00 |
| Total Professional Services . . . . . . . . . . . | | $2,345.00 | |
| Adjustment . . . . . . . . . . . . . . . . . . . | | ($695.00) | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . . | | | $1,650.00 |

CANTOR COLBURN LLP
55 GRIFFIN ROAD SOUTH
BLOOMFIELD, CT 06002
PHONE: (860)286-2929


March 30, 2006


Delphi Technologies Inc.
Legal Staff-M/C 480-410-202
P.O. Box 5052
Troy, Michigan 48007
AttN: James L. Funke
(Cichosz)


Services Thru: 01/31/06

Our Reference DEP-0350R    V-Blade Impeller Design for a Regenerative
Turbine


| Professional Services | | Hours | Value |
|---|---|---|---|
| 10/27/2005 PJC Prepare Amendment and file with the United States Patent and Trademark Office ( $315.00/Hr) | | 2.50 | 787.50 |
| 12/07/2005 PJC Prepare Amendment ( $320.00/Hr) | | 1.00 | 320.00 |
| Total Professional Services . . . . . . . . . . | | $1,107.50 | |
| Total This Bill . . . . . . . . . . . . . . . . . . . . | | | $1,107.50 |