Hearing Date and Time: June 20, 2006, 10:00 a.m.
Objection Deadline: June 13, 2006, 4:00 p.m.

CANTOR COLBURN LLP
Daniel E. Bruso (DB5232)
55 Griffin Road South
Bloomfield, CT 06002
(860) 286-2929 (Telephone)
(860) 286-0115 (Telecopier)

Patent Counsel to Delphi Corporation *et al.*
Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------x
                              :
       In re                  :    Chapter 11
                              :
DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                              :
                   Debtors.   :    (Jointly Administered)
                              :
------------------------------x

**CERTIFICATE OF SERVICE UPON NOTICE PARTIES**

I, Daniel E. Bruso, Esq., counsel to Cantor Colburn LLP, patent counsel to the Debtors and Debtor-in-Possession in the above-captioned cases, hereby certify that, on the 28th day of April 2006, I served a true and accurate copy of the:

A.   FIRST INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

B.    NOTICE OF FILING OF FIRST INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

C.    PROPOSED ORDER ALLOWING THE FIRST INTERIM APPLICATION OF CANTOR COLBURN LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 330, 331;

D.    CERTIFICATE OF SERVICE UPON MASTER LIST AND 2002 NOTICE LIST; and

E.    CERTIFICATE OF SERVICE UPON NOTICE PARTIES,

via Federal Express, upon:

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Att'n: General Counsel

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, IL 60606
Att'n: John Wm. Butler, Jr., Esq.

Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York 10004
Att'n: Alicia M. Leonhard, Esq.

Latham & Watkins LLP
885 Third Avenue
New York, New York
10022-4802
Att'n: Robert J. Rosenberg, Esq.

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York, 10017
Att'n: Marissa Wesley, Esq.

Davis Polk & Wardell
450 Lexington Avenue
New York, New York, 10017
Att'n: Marlane Melican, Esq.


Dated: April 28, 2006

                    RESPECTFULLY SUBMITTED,
                    CANTOR COLBURN LLP


                    By: /s/Daniel E. Bruso
                      Daniel E. Bruso (DB-5232)
                      Cantor Colburn LLP
                      55 Griffin Road South
                      Bloomfield, CT 06002
                      (860) 286-2929 (Telephone)
                      (860) 2986-0115 (Facsimile)
                      Dbruso@cantorcolburn.com (e-mail)

                    Patent Counsel to Delphi Corporation *et al.*,
                    Debtors and Debtors-in-Possession