IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :
      In re                              :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                Debtors.     :     (Jointly Administered)
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - x

# AFFIDAVIT OF PUBLICATION OF SUSAN F. MULLINAX IN THE GREENVILLE NEWS

# The Greenville News

## A F F I D A V I T
## OF PUBLICATION

I, Susan F. Mullinax, being the legal advertising agent for *The Greenville News,* do hereby testify that the attached legal advertisement was published on _____875_____ lines in *The Greenville News* on _____April 17_____ 2006.

_Susan Mullinax_
Susan F. Mullinax
 Legal Advertising Representative

_Jeanne M. Gullic_
Jeanne M. Gullic
Notary Public for State of South Carolina
My Commission Expires April 4, 2013