Hearing Date and Time:  June 20, 2006 at 10:00 a.m.<br>
Objection Deadline:  June 13, 2006 at 4:00 p.m.

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No.:  05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## SUMMARY SHEET FOR
## JONES LANG LASALLE AMERICAS, INC.'S FIRST INTERIM
## APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

| | |
|---|---|
| Name of Applicant: | Jones Lang LaSalle Americas, Inc. |
| Authorized to Provide Professional Services to: | Delphi Corporation, *et al.* |
| Date of Retention: | December 1, 2005 (retroactive to November 3, 2005) |
| Period for which compensation and expense reimbursement is sought: | November 3, 2005 through January 31, 2006 |
| Amount of Compensation requested: | $180,103.84 |
| Amount of Expense Reimbursement requested: | $4,208.73 |

This is an:  __ X __ interim  _____ monthly application  _____ final application.

Jones Lang LaSalle Americas, Inc. ("JLL") has not filed any prior fee applications in this case.  As of the date hereof, JLL has received interim monthly payments totaling $122,291.40.

{ JLL / 004 / 00006268.DOC /}