# EXHIBIT A



**JONES LANG LASALLE.**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI  48098
- Attention: Mark Kamischke

December 14, 2005

Statement NO:  16544

Services of:

| | |
|---|---:|
| Joel Chia/Singapore:   November 16- November 30, 2005 | $3,245.96 |
| Jas Lozinski/England:  November 3- November 30, 2005 | $20,177.37 |
| Amount currently due and payable: | $23,423.33 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*



JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- **Delphi Corporation**
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: December 14, 2005

Statement NO: 16545

| | |
|---|---|
| Services of Chauncey Hitchcock/Troy, MI: November 3 – November 30, 2005 | $8,137.51 |
| Amount currently due and payable: | $8,137.51 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*



JONES LANG
LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- Delphi Corporation
  5725 Delphi Drive
  Tro, MI 48098
- Attention: Mark Kamischke

Date: December 14, 2005

Statement NO: 16546

Services of:

| | |
|---|---:|
| Lois Jankow/Troy, MI: November 3 – November 30, 2005 | $7,875.00 |
| Janice Lannoo/Troy, MI: November 3- November 30, 2005 | $5,512.50 |
| Amount currently due and payable: | $13,387.50 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*