# EXHIBIT B

 **JONES LANG LASALLE.**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI 48098
- Attention: Mark Kamischke

Date: December 14, 2005

Statement NO: 16544A

Services of:

| | |
|---|---|
| Joel Chia/Singapore:   December 1- December 31, 2005 | $6,491.91 |
| Jas Lozinski/England:   December 1- December 31, 2005 | $22,419.17 |

Amount currently due and payable:    $28,911.08

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago • London • Los Angeles • Mexico City • New York • Washington, D.C.*



**JONES LANG LASALLE**

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI  48098
- Attention: Mark Kamischke

Date:  December 14, 2005

Statement NO:  16545A

| | |
|---|---|
| Services of Chauncey Hitchcock/Troy, MI:  December 1- December 31, 2005 | $9,041.67 |
| Amount currently due and payable: | $9,041.67 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago ● London ● Los Angeles ● Mexico City ● New York ● Washington, D.C.*

9,041.67

 JONES LANG LASALLE.

*Jones Lang LaSalle Americas, Inc.*
*Attn: Estella Bednarczyk*
*P.O. Box 71700*
*Chicago, IL 60694-1700*
*(312) 228-2558*

- Delphi Corporation
  5725 Delphi Drive
  Troy, MI  48098
- Attention: Mark Kamischke

Date:  December 14, 2005

Statement NO:  16546A

Services of:

| | |
|---|---|
| Lois Jankow/Troy, MI:  December 1 - December 31, 2005 | $8,750.00 |
| Janice Lannoo/Troy, MI: December 1 – December 31, 2005 | $6,125.00 |

| | |
|---|---|
| Amount currently due and payable: | $14,875.00 |

Please return remittance to:

Jones Lang LaSalle Americas, Inc.
P. O. Box 71700
Chicago, IL 60694-1700
**Tax ID # 36-416-0760**

*Chicago ● London ● Los Angeles ● Mexico City ● New York ● Washington, D.C.*