Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, hereby certify that, pursuant to the Order Under 11

U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of

Expenses of Professionals entered on November 4, 2005 (the "Interim Compensation Order"), on

April 28, 2006, I caused copies of **Jones Lang LaSalle Americas, Inc.'s First Interim**

**Application for Allowance and Payment of Compensation and Reimbursement of Expenses**

**Pursuant to 11 U.S.C. §§ 328, 330 and 331** (the "First Interim Application"), attached hereto,

to be served by overnight courier upon each of the parties listed below, with a copy to chambers.

I further certify that, pursuant to the Interim Compensation Order, on April 28, 2006

notice of the filing of First Interim Application was provided via electronic mail or by fax (when

no email address is provided) to both the "Master Service List" and the "2002 List," as provided

at www.delphidocket.com.

*Via Federal Express*
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098
Att'n:  General Counsel

*Via Federal Express*
Skadden, Arps, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois  60606
Att'n:  John Wm. Butler, Jr.

*Via Federal Express*
Office of the United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York  10004
Att'n:  Alicia M. Leonhard

*Via Federal Express*
Latham & Watkins LLP
885 Third Avenue
New York, New York  10017
Att'n:  Robert J. Rosenberg

*Via Federal Express*
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017
Att'n:  Marissa Wesley

*Via Federal Express*
Davis Polk & Wardell
450 Lexington Avenue
New York, New York  10017
Att'n:  Marlane Milican

Dated: April 28, 2006

By:    _____*/s/ Joseph D. Frank*_____

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK 0080)
FRANK/GECKER LLP
325 North LaSalle Street
Suite 625
Chicago, Illinois  60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel to Jones Lang LaSalle Americas, Inc.