Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

Counsel for Jones Lang LaSalle Americas, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No.: 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER AUTHORIZING AND APPROVING
### JONES LANG LASALLE AMERICAS, INC.'S
### FIRST INTERIM APPLICATION FOR ALLOWANCE AND
### PAYMENT OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

**THIS MATTER** coming on to be heard upon consideration of Jones Lang LaSalle Americas, Inc.'s First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331 (the "First Interim Application") for the period November 3, 2005 through January 31, 2006; due and sufficient notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(6) and (c)(2); the Office of the United States Trustee having filed the Statement of the United States Trustee Regarding Applications for Allowance of Compensation and Reimbursement ("U.S. Trustee Response") indicating no objections to the First Interim Application; this Court having reviewed the First Interim Application and the U.S. Trustee Response, and no further response to the First Interim Application having been filed; and this Court having found that it has

- 2 -

jurisdiction over this matter pursuant to 11 U.S.C. §§ 157 and 1334 and that this is a core proceeding pursuant to 11 U.S.C. § 157(b)(2),

     **IT IS HEREBY ORDERED** that the First Interim Application is approved and granted.

     **IT IS FURTHER ORDERED** that Jones Lang LaSalle Americas, Inc. shall be allowed, on an interim basis, the amount of fees payable and expenses payable as set forth in Schedule A attached hereto.

     **IT IS FURTHER ORDERED** that, consistent with the terms of the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated November 4, 2005 (Docket No. 869), the Debtors are hereby authorized and directed to pay to Jones Lang LaSalle Americas, Inc. any and all unpaid portions of the fees payable and expenses payable as set forth in Schedule A.

Date: _____, 2006

                                      HONORABLE ROBERT D. DRAIN
                                      UNITED STATES BANKRUPTCY JUDGE

## SCHEDULE A(1)

**CASE NUMBER:** 05-44481 (RDD) (Jointly Administered)

**CASE NAME:** In re DELPHI CORPORATION, *et al.*

**CURRENT FEE PERIOD:**
**NOVEMBER 3, 2005 TO JANUARY 31, 2006**

| Applicant | Date/ Doc. No. of Application | Fees Requested (including holdback) | Fees Payable | Expenses Requested | Expenses Payable |
|---|---|---|---|---|---|
| Jones Lang LaSalle Americas, Inc. | April 28, 2006 | $180,103.84 | $57,812.44 | $4,208.73 | $4,208.73 |

Date: _____, 2006

Initials: _____
        U.S.B.J.