IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

In re                        :    Chapter 11
                          :

DELPHI CORPORATION, et al.,  :    Case No. 05-44481 (RDD)
                          :

                Debtors.    :    (Jointly Administered)
                          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

## AFFIDAVIT OF PUBLICATION OF CAROLYN PITTS IN THE KOKOMO TRIBUNE

# Proof of Publication

# Copy of Publication

State of Indiana ⎱ SS:
Howard County ⎰

Personally appeared before me

Carolyn Pitts

of The Kokomo Tribune, a daily news-
paper of general circulation, printed and
published in Kokomo, Howard County,
Indiana who being duly sworn, upon
oath says that the notice of which the
attached is true copy, was duly published
in said newspaper for _____1_____
successive weeks.

1st Publication __17__ day of __April__, 2006

2nd Publication _____ day of _____, 20___

3rd Publication _____ day of _____, 20___

4th Publication _____ day of _____, 20___

5th Publication _____ day of _____, 20___

*Carolyn Pitts*

Subscribed and sworn before me,

this _____17th_____ day of

__April__, 20 06

*Teresa G. Hudson*

Notary Public

My Commission expires *June 28, 2010*

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                                    Chapter 11
DELPHI CORPORATION, et al.,   Case No. 05-44481 (RDD)
        Debtors.                     (Jointly Administered)

NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

TO ALL CREDITORS OF THE DEBTORS, AND OTHER PARTIES-IN-INTEREST:
PLEASE TAKE NOTICE THAT:

1. Who Must File a Proof of Claim.

2. What To File.

3. When And Where To File.

4. Who Need Not File A Proof Of Claim.

### EXHIBIT A

| Entity | Tax / Federal ID Number | Case Number |
|--------|------------------------|-------------|
| 1. Delphi NY Holding Corporation | 20-3383408 | 05-44480 |
| 2. Delphi Corporation | 38-3430473 | 05-44481 |
| 3. ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 |
| 4. ASEC Sales General Partnership | 73-1474191 | 05-44483 |
| 5. Environmental Catalysts, LLC | 84-1524184 | 05-44507 |
| 6. Delphi Medical Systems Colorado Corporation | 20-2885110 | 05-44511 |
| 7. Delphi Medical Systems Texas Corporation | 32-0052827 | 05-44529 |
| 8. Delphi Medical Systems Corporation | 86-0522490 | 05-44536 |
| 9. Specialty Electronics International Ltd. | | 05-44539 |
| 10. Specialty Electronics, Inc. | 57-0758068 | 05-44539 |
| 11. Delphi Liquidation Holding Company | 35-4359374 | 05-44542 |
| 12. Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 |
| 13. Delphi Technologies, Inc. | 38-3430861 | 05-44554 |
| 14. Delphi Automotive Systems Tennessee, Inc. | 38-3688834 | 05-44587 |
| 15. Delphi Mechatronic Systems, Inc. | 38-3575299 | 05-44570 |
| 16. Delphi Automotive Systems Risk Management | | |