IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                     :
                 In re                               :    Chapter 11
                                                     :
DELPHI CORPORATION, et al.,                          :    Case No. 05-44481 (RDD)
                                                     :
                        Debtors.                     :    (Jointly Administered)
                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - x


# AFFIDAVIT OF PUBLICATION OF RACHELLE FRANKLIN IN LANSING STATE JOURNAL

**STATE OF MICHIGAN**
County of Ingham        } ss

.......... *Rachelle Franklin* .................., being duly

sworn, deposes and says, that he is Foremen to the printer of

# Lansing State Journal

a newspaper printed, published and circulated in the County of

Ingham, and that the annexed notice has been published in said

paper .......... *One time* ..........

and that the first publication thereof was on the .....*17th*..... day

of .......... *April* ............... in the year ..... *2006* ..........

.......... *Rachelle Frankl* ..........

Sworn and subscribed to before me this ...... *17th* ...... day of

.......... *April* .......... A.D., 20 *06* ..........

JAMES A. THELEN
Notary Public, State of Michigan
County of Clinton
My Commission Expires Mar. 30, 2011
Acting in the County of *Ingham*

.......... *Jas. A. Thel* ..........

Notary Public for Ingham County, Michigan

47