IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
   In re                       :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                     Debtors.  :   (Jointly Administered)
                               :
------------------------------ x

# AFFIDAVIT OF PUBLICATION OF STEPHANIE ADAMS IN THE LAUREL LEADER CALL

STATE OF MISSISSIPPI
COUNTY OF JONES
SECOND DISTRICT

# PROOF OF PUBLICATION

Personally came before me, the undersigned

Carol Kilgore
a Notary Public in and for the County and State aforesaid

Stephanie Adams
who, being by me first duly, sworn, states on oath that he is
____Legal Clerk____ of The Laurel Leader Call, a
newspaper published in the City of Laurel, State and County
aforesaid, and that publication of notice, a copy of which is
hereto attached, has been made in this __1__ times
as follows:

on the __18__ day of __April__, 2006

on the_____ day of _____, 2006

on the_____ day of _____, 2006

on the_____ day of _____, 2006

on the_____ day of _____, 2006

_Stephanie Adams_
Affiant,
Sworn to and subscribed before me this __18__ day of
__April__ A. D., 2006.

Notary Public _Carol Kilgore_

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 12, 2010
My commission expires   BONDED THRU ____ NOTARY SERVICE

Printers Fee..................................................$_____
Furnishing Proof of Publication.....................$_____
Total............................................................$_____