IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :

In re                         :     Chapter 11
                               :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                               :

              Debtors.   :     (Jointly Administered)
                               :
------------------------------ x

# AFFIDAVIT OF PUBLICATION OF CATHY TIKE IN THE NEW YORK TIMES



**NYT The New York Times**

229 WEST 43RD STREET • NEW YORK, NY 10036-3959

SEC. C. PG. 2

**CERTIFICATION OF PUBLICATION**

I, Cathy Tuke, in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on _____ April 17 20 06

Approved: _____

APR 17 2006 ____ 20 ____

Cathy Tuke

THIS CERTIFICATION
NOT VALID
WITHOUT NYT RAISED SEAL.