IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
   In re                       :   Chapter 11
                               :
DELPHI CORPORATION, et al.,    :   Case No. 05-44481 (RDD)
                               :
                     Debtors.  :   (Jointly Administered)
                               :
------------------------------ x


# AFFIDAVIT OF PUBLICATION OF LYNN HENDERSON IN THE SAGINAW NEWS

# AFFIDAVIT OF PUBLICATION

The Saginaw News, Saginaw, Michigan

STATE OF MICHIGAN } ss Lynn Henderson
County of Saginaw

Of the City of Saginaw, in said State and County, being duly sworn, deposes and says that ☐ he ☐ she is Principal Clerk of The Saginaw News, a newspaper printed and circulated in Saginaw county and that the annexed notice was published in said newspaper once each week for __1__ times.

The first publication being on the __17th__ day of __Apr__ 20__06__

and the last publication being on the __17th__ day of __Apr__ 20__06__

Lynn Henderson

Sworn and subscribed to before me, the __18th__ day of __Apr__ 20__06__

Kathleen M. Dudek

KATHLEEN M. DUDEK
NOTARY PUBLIC, SAGINAW CO., MI
MY COMMISSION EXPIRES Oct 4, 2007

Notary Public in and for Saginaw County, Michigan

**Printers Bill**
__875__ Lines __1__ Times
Affidavit Fee __2.00__
No. __4DS600200__

Received Payment
THE SAGINAW NEWS
Per_____