Hearing Date and Time: June 20, 2006 at 10:00 a.m.<br>
Objection Deadline: June 13, 2006 at 4:00 p.m.

Joseph D. Frank (JF-6085)
Jeremy C. Kleinman (JK-0080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
(312) 276-1400 – telephone
(312) 276-0035 – facsimile

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No.: 05-44481 (RDD) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF JONES LANG LASALLE AMERICAS, INC.'S
### FIRST INTERIM APPLICATION FOR ALLOWANCE AND
### PAYMENT OF COMPENSATION AND REIMBURSEMENT
### OF EXPENSES PURSUANT TO 11 U.S.C. §§ 328, 330 AND 331

**PLEASE TAKE NOTICE** that on April 28, 2006, Jones Lang LaSalle Americas, Inc. ("JLL") filed Jones Lang LaSalle Americas, Inc.'s First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses Pursuant to 11 U.S.C. §§ 328, 330 and 331 (the "First Interim Application"). The First Interim Application seeks approval of reasonable compensation for professional services rendered and expenses related thereto incurred by JLL as the real estate administrative and transaction services provider to Delphi Corporation and its related Debtor entities (the "Debtors") for the period November 3, 2005 through January 31, 2006 (the "Compensation Period"), in the amount of $184,312.57 (which is comprised of $180,103.84 for fees and $4,208.73 for expenses).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the First Interim Application must (a) be in writing, (b) conform to the Federal Rules of

Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York and the Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bank. P. 2002(m), 9006, 9007 and 9014 Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance with Local Bankr. R. 1007-2(e) (Docket No. 245) (the "Case Management Order"), (c) must state with particularity the legal and factual bases for the objection, (d) must be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended) (registered users of the Bankruptcy court's case filing system must file electronically, and all other parties in interest must file on a 3.5 inch disk, preferably in PDF, WordPerfect or Word format), (e) must be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, and (f) must be served upon: (i) Frank/Gecker LLP, 325 North LaSalle Street, Suite 625, Chicago, Illinois 60602, Att'n Joseph D. Frank; (ii) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098, Att'n General Counsel; (iii) counsel to the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606, Att'n John Wm. Butler, Jr.; (iv) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017, Att'n Kenneth S. Ziman; (v) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017, Att'n Marlane Melican; (vi) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022, Att'n Robert J. Rosenberg and Mark A. Broude; and (vii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004, Att'n Alicia M.

Leonhard, in each case so as to be **received no later than 4:00 p.m., prevailing Eastern Time, on June 13, 2006** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein and in accordance with the Case Management Order will be considered by the Bankruptcy Court at the hearing.  If no objections to the First Interim Application are timely filed, the Bankruptcy Court may enter an order granting the First Interim Application without further notice.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON FINAL APPROVAL OF THE APPLICATION WILL BE HELD ON JUNE 20, 2006 AT 10:00 A.M.**  A copy of the First Interim Application can be obtained either by (a) accessing the document on the Bankruptcy Court's website or at www.delphidocket.com, or (b) contacting Jeremy C. Kleinman of Frank/Gecker LLP at (312) 276-1407.

Dated:  April 28, 2006

> By: _____*/s/ Joseph D. Frank*_____
> Joseph D. Frank (JF-6085)
> Jeremy C. Kleinman (JK-0080)
> FRANK/GECKER LLP
> 325 North LaSalle Street
> Suite 625
> Chicago, Illinois  60610
> Telephone:  (312) 276-1400
> Facsimile:   (312) 276-0035
> jfrank@fgllp.com; jkleinman@fgllp.com