UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------

| | | |
|---|---|---|
| In Re | : | Chapter 11 Case No. |
| | | 05-44481 (RDD) |
| Delphi Corporation, et al. | : | |
| Debtors | : | |

-----------------------------------------------------------

CONFIDENTIAL – SUBJECT TO BANKRUPTCY COURT ORDER

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED OCTOBER 13, 2005, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.