UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                   :

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK        )
                                       )   ss.:
COUNTY OF NEW YORK    )

       Marian D. Luketić, being duly sworn, deposes and says, under the penalty of perjury:

       1.  I am over the age of eighteen years and employed by Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, and I am not a party to the above-captioned proceedings.

       2.  On April 27, 2006 I caused to be served via overnight mail, to the parties on the service list annexed hereto as Exhibit A, true and correct copies of the **"First Application of Shearman & Sterling LLP, as Special Counsel to the Debtors, For Allowance of Interim Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006"**.

       3.  On April 27, 2006 I caused to be served via email, to the parties on the service list annexed hereto as Exhibit B, true and correct copies of the **"Notice of First Application of**

NYDOCS03/803901.2                                 1

**Shearman & Sterling LLP, as Special Counsel to the Debtors, For Allowance of Interim Compensation for Professional Services Rendered and for Reimbursement of Actual and Necessary Expenses Incurred From October 8, 2005 Through January 31, 2006"**.

/s/ Marian D. Luketić
Marian D. Luketić

SWORN TO AND SUBSCRIBED before me on this 28th day of April, 2006.

/s/ Nicholas W. Pullen
Nicholas W. Pullen
Notary Public, State of New York
No. 01PU6130499
Qualified in New York County

My commission expires:
July 18, 2009

**Exhibit A**

**<u>VIA FEDERAL EXPRESS</u>**

Mr. David Sherbin
General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan  48098-2815

Mr. Joseph Papelian, Esq.
Deputy General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098-2815

Alicia M. Leonhard, Esq.
United States Trustee
Office of the United States Trustee for the
Southern District of New York
33 Whitehall Street
Suite 2100
New York, New York  10004

John Wm. Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, New York  10022-4802

Marissa Wesley, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York  10017

Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue
New York, New York    10017

## Exhibit B

### VIA EMAIL

### Delphi Master Service List

rstark@brownrudnick.com
mlfr@capgroup.com
b.simon@cwsny.com
sreisman@cm-p.com
donald.bernstein@dpw.com
sean.p.corcoran@delphi.com
karen.j.craft@delphi.com
mike.nefkens@eds.com
cschiff@flextronics.com
paul.anderson@flextronics.com
trey.chambers@freescale.com
randall.eisenberg@fticonsulting.com
valerie.venable@ge.com
lhassel@groom.com
sgross@hodgsonruss.com
fgorman@honigman.com
rweiss@honigman.com
mariaivalerio@irs.gov
hreichardiuecwa@aol.com
bderrough@jefferies.com
thomas.f.maher@chase.com
richard.duker@jpmorgan.com
gianni.russello@jpmorgan.com
vilma.francis@jpmorgan.com
gnovod@kramerlevin.com
tmayer@kramerlevin.com
jle@kccllc.com
robert.rosenberg@lw.com
patrick.healy@lawdeb.com
daniel.fisher@lawdeb.com
dcleary@mwe.com
mkhambati@mwe.com
bmctigue@mctiguelaw.com
conh@mctiguelaw.com
lszlezinger@mesirowfinancial.com
jmoldovan@morrisoncohen.com
newyork@sec.gov
ServeAG@oag.state.ny.us
rsiegel@omm.com
tjerman@omm.com
garrick.sandra@pbgc.gov
efile@pbgc.gov
landy.ralph@pbgc.gov
sriemer@phillipsnizer.com
david.resnick@us.rothschild.com
rdremluk@seyfarth.com
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com
kmarafio@skadden.com
tmatz@skadden.com
ddoyle@spencerfane.com
nfranke@spencerfane.com
cp@stevenslee.com
cs@stevenslee.com
altogut@teamtogut.com
mwarner@warnerstevens.com
jeff.tanenbaum@weil.com
martin.bienenstock@weil.com
michael.kessler@weil.com
scimalore@wilmingtontrust.com

### Delphi 2002 Service List

david.boyle@airgas.com
wshowman@ajamie.com
tajamie@ajamie.com
aswiech@akebono-usa.com
pgurfein@akingump.com
mgreger@allenmatkins.com
dconnolly@alston.com
dwender@alston.com
craig.freeman@alston.com
rjones@ambrake.com
steven.keyes@aam.com
mblacker@andrewskurth.com
gogimalik@andrewskurth.com
lwalzer@angelogordon.com
mtf@afrct.com
aleinoff@amph.com
mhamilton@ampn.com
Cohen.Mitchell@arentfox.com
Hirsh.Robert@arentfox.com
dladdin@agg.com
joel_gross@aporter.com
cgalloway@atsautomation.com

william.barrett@bfkpn.com
kim.robinson@bfkpn.com
john.gregg@btlaw.com
michael.mccrory@btlaw.com
pmears@btlaw.com
alan.mills@btlaw.com
wendy.brewer@btlaw.com
mark.owens@btlaw.com
ffm@bostonbusinesslaw.com
sean@blbglaw.com
hannah@blbglaw.com
eileen@blbglaw.com
murph@berrymoorman.com
klaw@bbslaw.com
lschwab@bbslaw.com
pcostello@bbslaw.com
tgaa@bbslaw.com
fatell@blankrome.com
mrichards@blankrome.com
rmcdowell@bodmanllp.com
sdonato@bsk.com
chill@bsk.com
csullivan@bsk.com
jhinshaw@boselaw.com
rjones@bccb.com
amcmullen@bccb.com
dludman@brownconnery.com|
schristianson@buchalter.com
mhall@burr.com
sabelman@cagewilliams.com
jonathan.greenberg@engelhard.com
rusadi@cahill.com
driggio@candklaw.com
rweisberg@carsonfischer.com

cahn@clm.com
sdrucker@clarkhill.com
japplebaum@clarkhill.com
rgordon@clarkhill.com
maofiling@cgsh.com
tmaxson@cohenlaw.com
jvitale@cwsny.com
srosen@cb-shea.com
amalone@colwinlaw.com
Elliott@cmplaw.com
jwisler@cblh.com
mlee@contrariancapital.com
jstanton@contrariancapital.com
wraine@contrariancapital.com
solax@contrariancapital.com
Pretekin@coollaw.com
wachstein@coollaw.com
derrien@coollaw.com
nhp4@cornell.edu
sjohnston@cov.com
rsz@curtinheefner.com

dpm@curtinheefner.com
athau@cm-p.com
sreisman@cm-p.com
dkarp@cm-p.com
krk4@daimlerchrysler.com
wsavino@damonmorey.com
selanders@danielsandkaplan.com
carol_sowa@denso-diam.com
amina.maddox@dol.lps.state.nj.us
gdiconza@dlawpc.com
john.persiani@dinslaw.com
richard.kremen@dlapiper.com
andrew.kassner@dbr.com
david.aaronson@dbr.com
dmdelphi@duanemorris.com
wmsimkulak@duanemorris.com
jhlemkin@duanemorris.com
ayala.hassell@eds.com
akatz@entergy.com
dfreedman@ermanteicher.com
gettelman@e-hlaw.com
ggreen@fagelhaber.com
lnewman@fagelhaber.com
tdonovan@finkgold.com
jmurch@foley.com
fstevens@foxrothschild.com
mviscount@foxrothschild.com
ftrikkers@rikkerslaw.com
office@gazesllc.com
ian@gazesllc.com
crieders@gjb-law.com
dcrapo@gibbonslaw.com
mmeyers@gsmdlaw.com
abrilliant@goodwinproctor.com
cdruehl@goodwinproctor.com
bmehlsack@gkllaw.com
pbilowz@goulstonstorrs.com
jeisenhofer@gelaw.com
gjarvis@ggelaw.com
snirmul@gelaw.com
mrr@previant.com
tch@previant.com
mdebbeler@graydon.com
ckm@greensfelder.com
jpb@greensfelder.com
herb.reiner@guarantygroup.com
cbattaglia@halperinlaw.net
ahalperin@halperinlaw.net
jdyas@halperinlaw.net
hleinwand@aol.com
prubin@herrick.com
anne.kennelly@hp.com
ken.higman@hp.com
sharon.petrosino@hp.com
glen.dumont@hp.com
echarlton@hiscockbarclay.com

cstorie@hodgsonruss.com
sgross@hodgsonruss.com
sagolden@hhlaw.com
ecdolan@hhlaw.com
amoog@hhlaw.com
elizabeth.flaagan@hro.com
rweiss@honigman.com
fgorman@honigman.com
dbaty@honigman.com
tsable@honigman.com
tomschank@hunterschank.com
jrhunter@hunterschank.com
mmassad@hunton.com
sholmes@hunton.com
aee@hurwitzfine.com
Ben.Caughey@icemiller.com
greg.bibbes@infineon.com
jeffery.gillispie@infineon.com
rgriffin@iuoe.org
pbarr@jaffelaw.com
rpeterson@jenner.com
sjfriedman@jonesday.com
john.sieger@kattenlaw.com
kcookson@keglerbrown.com
lsarko@kellerrohrback.com
claufenberg@kellerrohrback.com
eriley@kellerrohrback.com
ggotto@kellerrohrback.com
mbane@kelleydrye.com
msomerstein@kelleydrye.com
tkennedy@kjmlabor.com
sjennik@kjmlabor.com
lmagarik@kjmlabor.com
gsouth@kslaw.com
afeldman@kslaw.com
grichards@kirkland.com
efox@klng.com
schnabel@klettrooney.com
dbrown@klettrooney.com
sosimmerman@kwgd.com
ekutchin@kutchinrufo.com
knorthup@kutchinrufo.com
smcook@lambertleser.com
mitchell.seider@lw.com
mark.broude@lw.com
robert.rosenberg@lw.com
henry.baer@lw.com
john.weiss@lw.com
michael.riela@lw.com
erika.ruiz@lw.com
rcharles@lrlaw.com
sfreeman@lrlaw.com
jengland@linear.com
austin.bankruptcy@publicans.com
dallas.bankruptcy@publicans.com
houston_bankruptcy@publicans.com

whawkins@loeb.com
gschwed@loeb.com
tmcfadden@lordbissell.com
tbrink@lordbissell.com
kwalsh@lordbissell.com
rcovino@lordbissell.com
metkin@lowenstein.com
ilevee@lowenstein.com
krosen@lowenstein.com
scargill@lowenstein.com
vdagostino@lowenstein.com
bnathan@lowenstein.com
egc@lydenlaw.com
rparks@mijb.com
jlanden@madisoncap.com
jml@ml-legal.com
lmc@ml-legal.com
vmastromar@aol.com
gsantella@masudafunai.com
rdaversa@mayerbrown.com
jgtougas@mayerbrownrowe.com
dadler@mccarter.com
jsalmas@mccarthy.ca
lsalzman@mccarthy.ca
jmsullivan@mwe.com
sselbst@mwe.com
jrobertson@mcdonaldhopkins.com
sopincar@mcdonaldhopkins.com
sriley@mcdonaldhopkins.com
jbernstein@mdmc-law.com
egunn@mcguirewoods.com
lpeterson@msek.com
hkolko@msek.com
rrosenbaum@mrrlaw.net

emeyers@mrrlaw.net
aburch@miamidade.gov
miag@michigan.gov
raterinkd@michigan.gov
miag@michigan.gov
trenda@milesstockbridge.com
khopkins@milesstockbridge.com
sarbt@millerjohnson.com
wolfordr@millerjohnson.com
fusco@millercanfield.com
greenj@millercanfield.com
pjricotta@mintz.com
skhoos@mintz.com
Jeff.Ott@molex.com
lkrepto@mmwr.com
resterkin@morganlewis.com
agottfried@morganlewis.com
mzelmanovitz@morganlewis.com
lberkoff@moritthock.com
rdehney@mnat.com
mbusenkell@mnat.com

jmoldovan@morrisoncohen.com
mdallago@morrisoncohen.com
rurbanik@munsch.com
jwielebinski@munsch.com
drukavina@munsch.com
sandy@nlsg.com
Knathan@nathanneuman.com
sbrennan@nathanneuman.com
lisa.moore2@nationalcity.com
george.cauthen@nelsonmullins.com
bbeckworth@nixlawfirm.com
jangelovich@nixlawfirm.com
susanwhatley@nixlawfirm.com
jimbriaco@gentek-global.com
eabdelmasieh@nmmlaw.com
dgheiman@jonesday.com
mmharner@jonesday.com
cahope@chapter13macon.com
jay.hurst@oag.state.tx.us
michaelz@orbotech.com
mmoody@okmlaw.com
aenglund@orrick.com
fholden@orrick.com
rwyron@orrick.com
jguy@orrick.com
mcheney@orrick.com
shazan@oshr.com
mhager@oshr.com
sshimshak@paulweiss.com
cweidler@paulweiss.com
ddavis@paulweiss.com
emccolm@paulweiss.com
housnerp@michigan.gov
landy.ralph@pbgc.gov
cfilardi@pepehazard.com
lawallf@pepperlaw.com
aaronsona@pepperlaw.com
caseyl@pepperlaw.com
jaffeh@pepperlaw.com
sriemer@phillipsnizer.com
jmanheimer@pierceatwood.com
kcunningham@pierceatwood.com
mark.houle@pillsburylaw.com
karen.dine@pillsburylaw.com
richard.epling@pillsburylaw.com
robin.spear@pillsburylaw.com
margot.erlich@pillsburylaw.com
rbeacher@pitneyhardin.com
rmeth@pitneyhardin.com
bsmoore@pbnlaw.com
jsmairo@pbnlaw.com
jh@previant.com
mgr@previant.com
asm@pryormandelup.com
kar@pryormandelup.com
jkp@qad.com

andrew.herenstein@quadranglegroup.com
patrick.bartels@quadranglegroup.com
jharris@quarles.com
sgoldber@quarles.com
knye@quarles.com
elazarou@reedsmith.com
jlapinsky@republicengineered.com
jshickich@riddellwilliams.com
mscott@riemerlaw.com
holly@regencap.com
amathews@robinsonlaw.com
cnorgaard@ropers.com
gregory.kaden@ropesgray.com
marc.hirschfield@ropesgray.com
tslome@rsmllp.com
rtrack@msn.com
cschulman@sachnoff.com
agelman@sachnoff.com
cbelmonte@ssbb.com
pbosswick@ssbb.com
hborin@schaferandweiner.com
mnewman@schaferandweiner.com
rheilman@schaferandweiner.com
dweiner@schaferandweiner.com
wkohn@schiffhardin.com
myetnikoff@schiffhardin.com
myarnoff@sbclasslaw.com
shandler@sbclasslaw.com
michael.cook@srz.com
james.bentley@srz.com
carol.weiner.levy@srz.com
pbaisier@seyfarth.com
rdremluk@seyfarth.com
whanlon@seyfarth.com
sboyce@sheehan.com
lawtoll@comcast.net
rthibeaux@shergarner.com
bankruptcy@goodwin.com
asherman@sillscummis.com
jzackin@sillscummis.com
cfortgang@silverpointcapital.com
cfox@stblaw.com
bellis-monro@sgrlaw.com
kmiller@skfdelaware.com
fyates@sonnenschein.com
jcreed@sonnenschein.com
rrichards@sonnenschein.com
lloyd.sarakin@am.sony.com
rgoldi@sotablaw.com
pabutler@ssd.com
emarcks@ssd.com
hwangr@michigan.gov
jmbaumann@steeltechnologies.com
rkidd@srcm-law.com
shapiro@steinbergshapiro.com
jposta@sternslaw.com

cs@stevenslee.com  
cp@stevenslee.com  
mshaiken@stinsonmoheck.com  
robert.goodrich@stites.com  
madison.cashman@stites.com  
wbeard@stites.com  

khansen@stroock.com  
jminias@stroock.com  
rnsteinwurtzel@swidlaw.com  
ferrell@taftlaw.com  
marvin.clements@state.tn.us  
ddraper@terra-law.com  
jforstot@tpw.com  
lcurcio@tpw.com  
niizeki.tetsuhiro@furukawa.co.jp  
robert.morris@timken.com  
dlowenthal@thelenreid.com  
dlowenthal@thelenreid.com  
rhett.campbell@tklaw.com  
john.brannon@tklaw.com  
ephillips@thurman-phillips.com  
jlevi@toddlevi.com  
bmcdonough@teamtogut.com  
jwilson@tylercooper.com  
hzamboni@underbergkessler.com  
mkilgore@UP.com  
djury@steelworkers-usw.org  
msmcelwee@varnumlaw.com  
rjsidman@vssp.com  
tscobb@vssp.com  
RGMason@wlrk.com  
EAKleinhaus@wlrk.com  
david.lemke@wallerlaw.com  
robert.welhoelter@wallerlaw.com  
gtoering@wnj.com  
mcruse@wnj.com  
growsb@wnj.com  
bankruptcy@warnerstevens.com  
lekvall@wgllp.com  
aordubegian@weineisen.com  
gpeters@weltman.com  
jcunningham@whitecase.com  
mmesonesmori@whitecase.com  
barnold@whdlaw.com  
bspears@winstead.com  
mfarquhar@winstead.com  
mwinthrop@winthropcouchot.com  
sokeefe@winthropcouchot.com  
oiglesias@wlross.com  
lpinto@wcsr.com  
skrause@zeklaw.com  
pjanovsky@zeklaw.com