United States Bankruptcy Court
For the Southern District Of New York

---

DELPHI AUTOMOTIVE SYSTEMS LLC } Chapter 11
}
}
}
} Case No.
} 05-44640
}
Debtor_____}

## NOTICE OF DOCUMENT ENTERED IN ERROR

PLEASE TAKE NOTICE that the transfer of claim **NORMAN STEIN & ASSOC** in the amount of **$6,018.00** was transferred in error. **Original claim was transferred in the wrong docket. [Related Document 3483]**

By:/s/Chris Oh
Revenue Management
(201) 968-0001