UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:                                                              :    In Proceedings for
                                                                    :    A Reorganization Under Chapter 11
                                                                    :
                                                                    :    Case No. 05-44481
                                                                    :    Jointly Administered
Delphi Automotive Systems LLC, *et al.*                             :
                                                          Debtor    :
-----------------------------------------------------------------
                                                                    PROOF OF CLAIM Number 2653

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(2) FOR FILED CREDITOR, Auto/Con Corp., IN THE PROOF OF CLAIM AMOUNT OF $97,403.50, TO Midtown Claims LLC

TO Transferor:         Auto/Con Corp.
                       18901 Fifteen Mile Road
                       Clinton Township, MI  48035
                       Attention: T.S. Givens, JD
                       General Counsel
                       Direct Phone:      586-723-1909
                       Direct Fax:        586-723-1908
                       tgivens@metalase.com

PLEASE TAKE NOTICE that the transfer of $97,403.50 of the above-captioned general unsecured claim has been transferred to:

TO Transferee:         Midtown Claims LLC
                       Attention: Meghan Slow
                       65 East 55th Street, 19th Floor
                       New York, NY 10022
                       Facsimile: (212) 371-4318

The Transfer Agreement is attached as Exhibit A hereto.  No action is required *if you do not object* to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**
**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
          Attention: Deputy Clerk
          United States Bankruptcy Court Southern District of New York
          Alexander Hamilton Custom House
          One Bowling Green
          New York, New York 10004-1408

**SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
          Refer to **INTERNAL CONTROL NO.** _____ in your objection. If you file an objection, a hearing
          will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE
          SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.
-----------------------------------------------------------------
**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006. INTERNAL CONTROL NO._____

Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                                                         _____
                                                              Deputy Clerk

-1-

manager of Assignee shall be personally liable for any obligation or liability of Assignee under this Agreement; and (ii) all obligations and liabilities of Assignee under this Agreement are enforceable solely against Assignee and Assignee's assets and not against any assets of any member, executive manager or manager of Assignee.

**IN WITNESS WHEREOF,** the undersigned have duly executed this Agreement by their duly authorized representatives as of this the __1st__ day of __MAY__, 2006.

**ASSIGNOR:**
Auto/Con Corp.

By: *Ronald R. Matheson* (signature)
Name: Ronald R. Matheson
Title: President
Authorized Signatory

**ASSIGNEE:**
Midtown Claims LLC

By: (signature)
Name: Anthony Yoseloff
Title: Managing Member
Authorized Signatory

**[SCHEDULE 1 AND EXHIBITS "A", "B", "C" and "D" ARE ATTACHED HERETO ON FOLLOWING PAGES]**

**EXHIBIT "D"**
**ASSIGNMENT OF CLAIM AGREEMENT**
**BETWEEN AUTO/CON CORPORATION AND MIDTOWN CLAIMS, LLC**

EVIDENCE OF TRANSFER OF CLAIM
TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Auto/Con Corp. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems LLC (the "Debtor"), Debtor in Case No. 05-44481 ("Case") Jointly Administered, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 1st day of May, 2006.

ASSIGNOR:

Auto/Con Corp.

By: _Ronald R. Matheson_
Authorized Signatory
Name: RONALD R. MATHESON
Title: PRESIDENT

ASSIGNEE:

Midtown Claims, LLC

By: _/s/_
Authorized Signatory
Name: Anthony Yoseloff
Title: Managing Member

WITNESS

By: _Givens_
Name: T.S. GIVENS, J.D.
Title: GENERAL COUNSEL

**EXHIBIT D**