UNITED STATES BANKRUPTCY COURT FOR
NEW YORK SOUTHERN BANKRUPTCY COURT

In re:

Delphi Corporation

Debtor.

Chapter 11
Case Nos. 05-44481

Claim No. 2403

**AMENDED**

NOTICE OF TRANSFER OF CLAIM

PURSUANT TO FRBP RULE 3001(e)(2)

1. TO:   UNITED REFRIGERATION                    ("Transferor")
         2301 Meachem Blvd
         Ft Worth Texas 76106

2. Please take notice of the transfer of $ 5,049.78 of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

Transfer $5,049.78 to:

Madison Niche Opportunities, LLC                 ("Transferee")

[TRANSFEREE NAME & ADDRESS]

6310 Lamar Ave

Suite 120

Overland Park, KS     66202

No action is required if you do not object to the transfer of you claim.

*Kristy Stark*

Kristy Stark

Madison Liquidity Investors, LLC.

(800) 896-8913

999-000/Forms/27475.1