# Exhibit E

# Rothschild Inc. Biographies

**Gerald Rosenfeld, Chief Executive Officer**, heads Rothschild North America. Prior to joining Rothschild he was President of G Rosenfeld & Co LLC, an investment banking firm. Prior to founding GR Co in 1998 he was Head of Investment Banking and a member of the Management Committee of Lazard Freres & Co LLC.

Mr. Rosenfeld joined Lazard in 1992 after holding significant management positions at Bankers Trust Company, Salomon Inc. and its Salomon Brothers subsidiary, and McKinsey & Company.

Mr. Rosenfeld joined McKinsey in 1976 and was an active member of that firm's finance practice. He joined Salomon Brothers in 1979 in the mergers and acquisitions department and was a Managing Director there until being named Executive Vice President and Chief Financial Officer of Salomon Inc. and Chief Financial Officer of Salomon Brothers in 1987. Mr. Rosenfeld joined Bankers Trust in 1988 as a Managing Director and head of the Merchant Banking Group.

Mr. Rosenfeld has worked extensively in the industrial and technology sectors, and has represented General Motors, Chrysler, United Technologies, ITT Corporation, Tenneco, TRW, Lucas Varity PLC and Case Corporation. He has also worked on many airline transactions including for United Airlines, TWA, US Airways and Northwest Airlines. He has also advised on several of the largest technology mergers done including IBM's acquisition of Lotus Corp. He has served as both a buy-side and strategic advisor to these and other industrial companies.

Prior to joining McKinsey, Mr. Rosenfeld was a member of the faculty of the City College of New York, New York University and the University of Maryland.

Mr. Rosenfeld is a member of the Board of Directors of Resources Connection, ContiGroup Companies, and the Jewish Theological Seminary and also serves on the Board of Overseers of New York University's Stern School of Business.

He holds a Ph.D. in Applied Mathematics from New York University and is an Adjunct Professor of Finance at the New York University Stern School of Business.

**David L. Resnick, Managing Director**, heads Rothschild's global restructuring practice with over 20 years of investment banking experience. Mr. Resnick has represented a diverse group of companies, secured and unsecured creditors and official committees on both in-court and out-of-court restructurings. Mr. Resnick has extensive experience advising companies on complex financial advisory assignments such as recapitalizations, spin-offs and acquisitions of companies in bankruptcy. Some of Mr. Resnick's more notable restructuring transactions include advising Delphi Corporation, the AdHoc Creditors Committee of Eurotunnel, Pacific Gas & Electric Company in its chapter 11 reorganization; the Federal Communications Commission in the restructuring of NextWave Telecom; France Telecom in the restructuring of NTL; Trans World Airlines in its sale to American Airlines, pursuant to §363 of the Bankruptcy Code; Zenith Electronics Corporation in its pre-packaged bankruptcy reorganization; The Walt Disney Company on the recapitalization of EuroDisney; Schlumberger, in its acquisition in chapter 11 of Cellnet Data Systems; Corning Inc., regarding its investment in Dow Corning; Olympia & York (U.S.) in its restructuring; Renault, regarding its investment in Mack Trucks; and, the creditors of Barneys Inc. in the company's bankruptcy proceeding. Mr. Resnick joined Rothschild in 2000 from Peter J. Solomon Company, where he founded and headed the restructuring group from 1996–2000.

Prior to working at Peter J. Solomon Company, Mr. Resnick worked for Lazard Freres & Co. At Lazard, Mr. Resnick worked on both restructuring and mergers and acquisitions assignments. He was involved with clients in a broad range of industries, with particular emphasis on consumer products companies. Mr. Resnick began his career in 1985 at the investment banking division of Merrill Lynch & Co., where he worked in the merchant banking/restructuring and mergers and acquisitions groups.

Mr. Resnick holds a Bachelor of Arts degree, with High Honors, from Wesleyan University, where he was elected to Phi Beta Kappa, and a M.B.A. and J.D. from The University of Chicago. He speaks regularly at conferences on corporate restructurings. Mr. Resnick is a member of the Board of Directors of Homeplace of America and the Rodeph Sholom Day School.

**William R. Shaw, Director**, is a member of Rothschild's restructuring group. Prior to joining Rothschild, Mr. Shaw was an associate in Peter J. Solomon Company's restructuring group. Mr. Shaw was also an associate at Zolfo Cooper LLC for three years specializing in turnarounds and reorganizations of distressed companies. Mr. Shaw began his career at Ernst & Young LLP. Mr. Shaw's restructuring assignments have included Delphi, Pacific Gas and Electric Company, New World Pasta Company, NTL, Inc., Special Metals Corporation, Cydsa, James River Coal Company, Murrin Murrin, Metropolitan Mortgage Securities, Merrill Corporation, Key Plastics, Geneva Steel, Orbcomm Global, Tokheim Corporation and Heartland Steel.

Mr. Shaw holds a Bachelor of Arts degree from Colgate University and an M.B.A. from the New York University Stern School of Business.

**Nicole Torraco, Associate**, is a member of Rothschild's restructuring group. Ms. Torraco joined Rothschild in 2004. Prior to joining Rothschild, Ms. Torraco worked as a financial analyst at Gleacher Partners, a boutique investment bank. Ms. Torraco holds a B.A., magna cum laude, from Harvard University and an M.B.A. from the Wharton Business School.

**Eric Irion, Analyst**, is a member of Rothschild's restructuring group. Mr. Irion joined Rothschild in 2004. Prior to joining Rothschild, Mr. Irion worked as an analyst at Metropolitan Mortgage & Securities Co. Mr. Irion holds a Bachelor of Business Administration degree, with Honors, in Finance from Washington State University and is a CFA Charterholder.

**Michael Stein, Analyst**, is a member of Rothschild's restructuring group. Mr. Stein joined Rothschild in 2005. Mr. Stein holds Bachelor of Arts degree, summa cum laude, in Math and Economics, from the University of Pennsylvania.