WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000
Charles Davidow (CD-7297)

Special Regulatory Counsel for the
Audit Committee of Delphi Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                            :
   In re                                    :    Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :    Case No. 05-44481 (RDD)
                                            :
                         Debtors.           :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, effective May 1, 2006, the Washington, DC offices of Wilmer Cutler Pickering Hale and Dorr LLP have relocated to:

> 1875 Pennsylvania Avenue, NW
> Washington, DC 20006

All telephone and facsimile numbers remain the same. Effective as of May 1, 2006, please direct all documents and notices to the new address.

| | |
|---|---|
| Dated: Washington, D.C.<br>       May 1, 2006 | Respectfully submitted,<br><br>WILMER CUTLER PICKERING HALE<br> AND DORR LLP<br>1875 Pennsylvania Avenue, NW<br>Washington, DC 20006<br>(202) 663-6000<br>Charles Davidow (CD-7297)<br><br>Special Regulatory Counsel for the<br>Audit Committee of Delphi Corporation<br><br>  /s/ C. Davidow<br>Charles Davidow (CD-7297) |