QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
(602) 229-5200
John J. Dawson, Esq. (NY Bar No. 478197)
John A. Harris, Esq. (AZ Bar No. 014459)
Scott R. Goldberg, Esq. (AZ Bar No. 015082)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**NOTICE OF RESPONSE TO STATEMENT OF**
**RECLAMATION RE: CLAIM NUMBER 520 FILED BY**
**SEMICONDUCTOR CONDUCTOR COMPONENTS INDUSTRIES, L.L.C.**

**PLEASE TAKE NOTICE** that in accordance with the "*Amended Final Order Under 11 U.S.C. §§362, 503, And 546 and Fed R. Bankr. P. 9019 Establishing Procedures For The Treatment Of Reclamations Claims*" (the "Order"), on April 24, 2006, ON Semiconductor Components Industries LLC, a subsidiary of On Semiconductor Corporation, served its response and objection (the "Objection") to the Debtors' Statement of Reclamation (as defined in the Order) upon the persons set forth below as required by the Order regarding Claim Number 520.

Christina Cattel
Delphi Reclamation Department
Mail Code 483-400-216
5725 Delphi Drive
Troy, MI 48098

Matthew J. Micheli, Esq.
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Suite 2100
Chicago, Illinois 60606

QBPHX\2009770.1

-2-

| | |
|---|---|
| Dated: May 1, 2006 | Quarles & Brady Streich Lang LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ  85004-2391<br>602.229.5200<br>John J. Dawson, New York Bar No. 478197<br>John A. Harris, Arizona Bar No. 014459<br>Scott Goldberg, Arizona Bar No. 015082<br><br>By: /s/ Scott Goldberg_____<br>Attorneys for Semiconductor Components Industries, L.L.C., a subsidiary of ON Semiconductor Corporation |

QBPHX\2009770.1                    -2-