Hearing Date: May 12, 2006 at 10:00 a.m.
Objection Deadline: May 5, 2006 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE:                                              :    CHAPTER  11
                                                    :
DELPHI CORP., et al.                                :    BANKRUPTCY NO. 05-44481 (RDD)
                            Debtors                 :
------------------------------------------------------------x

**LIMITED OBJECTION
OF
SPS TECHNOLOGIES, LLC A/K/A SPS TECHNOLOGIES-CLEVELAND,
NSS TECHNOLOGIES, INC., SPS TECHNOLOGIES WATERFORD COMPANY
AND GREER STOP NUT, INC. TO MOTION FOR ORDER UNDER 11 U.S.C. § 365 AND
FED. R. BANKR. P. 6006 AUTHORIZING REJECTION OF CERTAIN EXECUTORY
CONTRACTS WITH GENERAL MOTORS CORPORATION**

AND NOW COME, SPS TECHNOLOGIES, LLC A/K/A SPS TECHNOLOGIES - CLEVELAND, NSS TECHNOLOGIES, INC., SPS TECHNOLOGIES WATERFORD COMPANY AND GREER STOP NUT, INC. (collectively, "SPS"), by and through their counsel and represent as follows:

1. DELPHI CORPORATION and 38 affiliates (collectively "Delphi") commenced Chapter 11 bankruptcy cases on October 8, 2005 ("Petition Date").

2. SPS was a provider of parts to Delphi prior to the Petition Date. For certain parts SPS was a sole supplier.

3. As of the Petition Date, Delphi was indebted to SPS in the amount of not less than $1,100,000.00. This amount is the aggregate total of the estimated outstanding accounts due from the debtors to SPS.

4. SPS supplies parts to Delphi pursuant to numerous purchase orders ("PO's"). Included in the SPS-Debtor PO's are parts which are ultimately sold to General Motors Corporation ("GM").

5. Debtor has filed a Motion for Order Under 11 U.S.C. § 365 and Fed. R. Bankr. P.

355677.1/37859

6006 Authorizing Rejection of Certain Executory Cintracts with General Motors Corporation seeking to reject certain purchase orders and/or contracts with GM. The Motion contained a chart which references the parts by GM part number ("GM Parts Motion").

6. Despite its best efforts, SPS has not been able to cross reference the GM part numbers to Delphi part number to SPS part number. As a result, SPS has not been able to determine if SPS would be affected by the relief requested by the Debtor in the GM Parts Motion.

7. SPS has written to Delphi requesting information to cross reference the GM part numbers to the Debtor and SPS' parts numbers. Delphi is in the process of responding to this request.

8 Until SPS has had an opportunity to determine if SPS is affected at all by the relief requested in the GM Parts Motion, the Court should take no action in respect to the GM Parts Motion.

9. SPS reserves all rights to object to the relief requested in the GM Parts Motion.

Wherefore, SPS requests that the Court not consider the relief requested in the GM Parts Motion until Delphi provides the cross referencing information to SPS and SPS has had an opportunity to review the information and make a determination whether the GM Parts Motion affects SPS, does not affect SPS, or if SPS should take any position at all.

    Respectfully submitted,

By: /s/ Robert Szwajkos
    Robert Szwajkos, Esquire
    Daniel P. Mazo, Esquire
    Curtin & Heefner, LLP
    250 N. Pennsylvania Avenue
    Morrisville, PA 19067

    E-mail address: rsz@curtinhheefner.com
    Telephone number: 215-736-2521
    FAX number: 215-736-3647

Dated: May 2, 2006