UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:                              :        CHAPTER 11
                                    :
DELPHI CORP., et al.                :        BANKRUPTCY NO. 05-44481 (RDD)
                        Debtors     :
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      AND NOW COMES, Robert Szwajkos, Esquire, and hereby certifies that a copy of the Limited Objection Of SPS Technologies, LLLC a/k/a SPS Technologies-Cleveland, NSS Technologies, Inc., SPS Technologies Waterford Company And Greer Stop Nut, Inc. To Motion For Order Under 11 U.S.C. § 365 And Fed. R. Bankr. P. 6006 Authorizing Rejection Of Certain Executory Contracts With General Motors Corporation was served on the date shown below by electronic mail and first class U.S. Mail, postage prepaid on each of the following persons:

Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606
Attn: John W. Butler, Esquire
     John K. Lyons, Esquire
     Ron E. Meisler, Esquire
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com

Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
Attn: Kayalyn A. Marafioti, Esquire
     Thomas J. Matz, Esquire
kmarafio@skadden.com
tmatz@skadden.com

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098-2815
Attn: Karen J. Craft, Esquire
Sean.p.corcoran@delphi.com
Karen.j.craft@delphi.com

Latham & Watkins LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4068
Attn: Robert J. Rosenberg, Esquire
     Mark A. Broude, Esquire
     Mitchell A. Seider, Esquire
Robert.rosenberg@lw.com
Mark.broude@lw.com
Mitchell.seider@lw.com

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Attn: Douglas P. Bartner, Esquire
     Jill Frizzley, Esquire
dbartner@shearman.com
jfrizzley@shearman.com

Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Attn: Donald Bernstein, Esquire
     Marlane Melican, Esquire
Donald.bernstein@dpw.com
Marlane.melican@dpw.com

355677.1/37859

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman, Esquire
   Robert H. Trust, Esquire
   Marissa Wesely, Esquire
   William T. Russell, Esquire
kziman@stblaw.com
rtrust@stblaw.com
mwesely@stblaw.com
wrussell@stblaw.com

And by first class U.S. Mail, postage prepaid on each of the following persons:

| | |
|---|---|
| Honorable Robert D. Drain<br>U.S Bankruptcy Court Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>614 Alexander Hamilton Custom House<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004 | Alicia M. Leohard<br>Office of United States Trustee<br>Southern District of New York<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 |

CURTIN & HEEFNER, LLP

By:   /s/ Robert Szwajkos

Dated: May 2, 2006

Robert Szwajkos, Esquire (RS0742)
250 N. Pennsylvania Avenue
Morrisville, PA 19067