UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------
In re:                                              :    In Proceedings for
                                                    :    A Reorganization Under Chapter 11
                                                    :
                                                    :    Case No. 05-44481
                                                    :    Jointly Administered
Delphi Medical Systems Colorado Corporation         :    Under Delphi Corporation, et. al.
                                     Debtor        :
----------------------------------------------------------
```

                   PROOF OF CLAIM NUMBER 2460
                   SCHEDULED CLAIM: 1559848-10394442

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(2) FOR FILED CREDITOR,**
**Kimball Electronics Inc.,**
**IN THE PROOF OF CLAIM AMOUNT OF $144,912.25**
**TO**
**Midtown Claims LLC**

  **TO Transferor:**  Kimball Electronics Inc.
           1600 Royal Street
           Jasper, IN 47546-2256
           Attention: Mike Sergesketter
           Chief Financial Officer
           Phone: 812-634-4727
           Fax: 812-634-4330

PLEASE TAKE NOTICE that the transfer of $144,912.25 of the above-captioned general unsecured claim has been transferred to:

  **TO Transferee:**  Midtown Claims LLC
           Attention: Meghan Slow
           65 East 55th Street, 19th Floor
           New York, NY 10022
           Facsimile: (212) 371-4318

  The Transfer Agreement is attached as Exhibit A hereto. No action is required _if you do not object_ to the transfer of your claim. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

  **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
    Attention:: Deputy Clerk
    United States Bankruptcy Court Southern District of New York
    Alexander Hamilton Custom House
    One Bowling Green
    New York, New York 10004-1408

  --  **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
    Refer to **INTERNAL CONTROL NO.** _____ in your objection.
    If you file an objection, a hearing will be scheduled. IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.

----------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

                       _____
                       Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Kimball Electronics Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Medical systems Colorado Corporation (the "Debtor"), Debtor in Case No. 05-44507 ("Case") Jointly Administered under Delphi Corporation, et. al. Case Number 05-44481, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 2460) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28 day of March, 2006.

ASSIGNOR

Kimball Electronics Inc.

By: _____
Authorized Signatory
Name: Michael Sergesketter
Title: VP-CFO, Kimball Electronics

ASSIGNEE

Midtown Claims LLC

By: _____
Authorized Signatory
Name: Anthony Yoseloff
Title: Managing member

**(ASSIGNOR)**

WITNESS

By: _____
Name:
Title: LORRAINE DEFFENDOLL
ADMIN. SUPPORT