UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------- x
                              :

In re:                                :       Chapter 11
                              :

DELPHI CORPORATION, *et al.,*          :       Case No. 05-44481 (RDD)
                              :       (Jointly Administered)
              Debtors.           :
                              :

----------------------------------------------------------------------- x

**EXPERT REPORT OF THOMAS A. KOCHAN
IN OPPOSITION TO DEBTORS' MOTION FOR ORDER UNDER
11 U.S.C. §1113(c) AUTHORIZING REJECTION OF COLLECTIVE
BARGAINING AGREEMENTS AND UNDER 11 U.S.C. §1114(g)
<u>AUTHORIZING MODIFICATION OF RETIREE WELFARE BENEFITS</u>**

A Path to Sustainable Recovery:  Delphi, the UAW, and GM
Thomas A. Kochan

I have been retained by the United Automobile Workers (UAW) to offer an analysis of what will be required for Delphi, the UAW, and General Motors (GM) to achieve a sustainable recovery of Delphi Corporation. This expert reports is being submitted in opposition to Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113 and Modify Retiree Welfare Benefits Under 11 U.S.C. section 1114(g).  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to all facts in this document. I have reviewed the principal court filings of Delphi and the UAW in preparing this report.

I have not been asked to offer an opinion on what changes in labor costs or what operations should be closed or sold.  My agreed upon task is to review the lessons learned from over twenty-five years of research and active involvement in labor-management relations in the auto industry, the airline industry, and other industries and organizations that have made efforts to modernize their manufacturing, service delivery and labor/employment relations systems.

My resume listing publications since 1980 is attached as an appendix to this report.  In brief, I am the George M. Bunker Professor of Management at the MIT Sloan School of Management and hold a dual appointment as a Professor in MIT's Engineering Systems Division.  I also am Co-Director of the MIT Institute for Work and Employment Research and the MIT Workplace Center.  I teach courses in work and employment relations, organizational behavior, leadership and change in MIT's MBA, Leaders' for Manufacturing,[1] and Undergraduate Programs.  I helped found the HR Network, a group of researchers from universities around the country engaged in studies of workplace innovations and their effects on firm performance, jobs, and workforce outcomes, an initiative funded by the Alfred P. Sloan Foundation.  I've served as president of the International Industrial Relations Association and the Industrial Relations Research Association.  Over the years I've worked as an unpaid and from time to time as a paid consultant to a variety of labor-management groups, labor unions, government agencies, and companies.  I periodically serve as a facilitator, mediator and arbitrator in labor management relations,  I was a member of the Commission on the Future of Worker Management Relations from 1992-95.

I have served as an expert witness for the plaintiff in a deposition regarding an employee disability lawsuit in 2003 (Sharon White vs. Raytheon Corporation).  Currently I am serving as an expert witness for the plaintiffs in a class action lawsuit in Massachusetts brought against the Wal-Mart Corporation alleging wage and hour violations (Salvas vs. Wal-Mart Stores).

My fee for this service is $400 per hour.

**The Issue**

The UAW, Delphi, and GM are at a crossroad.  Decisions made now will determine whether or not Delphi and GM will survive and rebound from their current financial crises and

---

[1] General Motors is one of the corporate partners in the MIT Leaders for Manufacturing Program.

whether UAW members and other employees of these two companies will have good jobs, poor jobs, or no jobs at all.

**Lessons from Prior Experience in the Auto Industry**

A similar crisis faced GM and the UAW in the early 1980s in Fremont, California when that GM plant was closed and then reopened as a joint venture between GM and Toyota. The Fremont plant had the worst labor relations (measured by grievance and discipline rates) and among the worst productivity and quality of all GM plants.[2] Under Toyota's management, production system, and labor-management relationship, New United Motors Manufacturing, Inc. (NUMMI) became the most productive and highest quality plant in North America and among the top performing plants in the world.[3]

NUMMI and the UAW have been successful in maintaining their high levels of productivity, quality, and labor management relations for more than two decades. A detailed study of NUMMI and other Japanese transplants conducted by a leading Japanese labor economist Haruo Shimada and MIT PhD student John Paul MacDuffie showed how NUMMI achieved these results: they took an integrated approach to their technology, manufacturing, human resource, labor relations, and work organization strategies and processes and rebuilt the trust and commitment of their workforce.[4] MacDuffie then went on to document the generalizability of this transformed manufacturing and human resource model as a predictor of manufacturing performance in a world-wide sample of auto plants.[5]

The same relationship between positive labor relations and economic performance in auto assembly plants and a mix of supplier plants was documented in two studies I conducted in the 1980s with Professor Harry Katz, now the Dean of the School of Industrial and Labor Relations at Cornell University. In both studies we showed that those plants that had fallen into what we referred to as a high conflict/low trust cycle, i.e., one that had low employee morale as measured by relations with management in plant surveys, high grievance rates, high discipline rates, and lengthy local contract negotiations had significantly lower rates of productivity and product quality. The point was clear: Only by improving these underlying features of the labor relations system could plants expect to achieve high levels of performance.[6]

The lessons from NUMMI and from scattered experimentation with various forms of employee participation in the early 1980s led GM and the UAW to engage in a joint study of

[2] Thomas Kochan, "On the Human Side of Technology," *ICL Technical Journal,* November, 1988, 391-400.
[3] John Krafcik "Triumph of the Lean Production System, *Sloan Management Review*, vol. 30, no. 1, 1988, 41-52. Two other comprehensive studies of NUMMI are: Paul Adler, "Time and Motion Regained, *Harvard Business Review,* January-February 1993, 97-108 and Welford Wilms, *Restoring Prosperity: How Workers and Managers are Forging a New Culture of Cooperation*, New York: Times Business, 1996.
[4] Haruo Shimada and John Paul MacDuffie, "Industrial Relations and Humanware," MIT Sloan School of Management, 1987.
[5] John Paul MacDuffie, "Human Resource Bundles and Manufacturing Performance: Organizational Logic and Flexible Production Systems in the World Auto Industry," *Industrial and Labor Relations Review*, vol. 48, 1995, 197-221.
[6] Harry Katz, Thomas Kochan, and Kenneth Gobielle, "Industrial Relations Performance, Economic Performance, and the Quality of Working Life Efforts," *Industrial and Labor Relations Review,* vol. 37, 1983, 13-37; Harry Katz, Thomas Kochan and Mark Weber, "Assessing the Effects of Industrial Relations and Quality of Working Life Efforts on Organizational Effectiveness," *Academy of Management Journal*, vol. 28, 1985, 509-27; Harry Katz, Thomas Kochan, and Jeffrey Keefe, "Industrial Relations and Productivity in the U.S. Automobile Industry," *Brookings Papers on Economic Activity*," vol. 3, 1987, 685-715.

how to create and govern an organization capable of making small cars competitively in the U.S. At that time GM estimated it had approximately a $1,500 cost disadvantage relative to importing cars from lower cost countries in Asia and determined it could not make up this cost differential with its traditional management or labor relations system and practices. The committee (called the Committee of 99) benchmarked practices all over the world, consulted with academics and other experts inside and outside the auto industry and reached consensus on what they called a "new kind of company and new kind of car."[7] The company they created was called the Saturn Corporation and was set up as a wholly owned but separate division of GM. Saturn's design called for participation by workers and UAW leaders from the shop floor to the strategic levels of decision making in the company. It also incorporated new approaches to manufacturing, marketing, sales, and service. The integrated system introduced into Saturn allowed the company to introduce a "no haggle" sales process and emphasized the joint, cooperative and high involvement relationship among workers, the UAW, and Saturn management in its marketing/advertising efforts.

Saturn was very positively received in its early years by the marketplace, earning top ranking for the quality of its vehicles, sales, and service experiences. Unfortunately, Saturn's early successes were not sustained. Shortly after the decision to launch Saturn was made GM began experiencing serious financial difficulties and cut back on the planned investment in Saturn. Then a series of internal debates over the future of Saturn and its participatory design developed after its initial champions within GM and the UAW retired. Decisions over new products were delayed for years. For these and other reasons, Saturn's performance slowly deteriorated to the point that in recent years GM and the UAW had to negotiate major revisions in the Saturn model and integrate it back into the UAW-GM national contract and product platform-sharing arrangements.

The positive and negative lessons from Saturn should not be lost. It was a state of the art, creative concept when first conceived in the mid 1980s. It did not adapt and change as conditions required and there were mixed views within both GM and UAW leadership about the viability of the Saturn model of organization and labor management relations. Saturn managers and local union leaders got too isolated from their GM and UAW parents/colleagues.

But the key lesson of Saturn for the current Delphi-UAW-GM situation is that where both parties accept that there is a cost disadvantage that needs to be closed they can work together to design a new state-of-the-art approach to manufacturing and marketing products capable of capturing the enthusiasm and support of American car buyers. By working together at both the workplace level and at the strategic level of business decision-making, new breakthroughs in marketing, production, sales, and service were achieved then and can be achieved again now.

Lessons from Saturn's demise can also be learned: Innovations cannot be done in isolation. All the key parties who control the resources needed to sustain an innovation over time need to have a broadly shared vision of what is needed to be competitive and to produce and sustain good jobs with high levels of employee commitment, skill, and pride in their work and need to constantly adjust the initial concept/design as market, technology, or other changes occur.

---

[7] The summary of the Saturn experience presented here is based on our ten year study of the company. See, Saul Rubinstein and Thomas Kochan, *Learning from Saturn*. Ithaca, NY: Cornell University/ILR Press, 2001.

3

**Lessons from Other Manufacturing Industries**

The auto industry was not alone in introducing new ways of working in the 1980s and early 1990s. Other industries were also changing their manufacturing and labor/employment relations systems. Indeed, a wide range of research has been carried out in different industries to assess the effects of these innovations, most of which involve different combinations of teamwork, employee participation in problem solving, investments in training, and related labor relations and human resource innovations—what have come to be known as "knowledge-based" or "high performance" work systems. These systems have been shown to be positively associated with productivity, quality, and other measures of economic performance.[8]

**Lessons from the Airline Industry**

The airline industry provides a stark lesson for the challenges now facing Delphi, the UAW, and GM. Our group at MIT has studied the airline industry as part of the Sloan Foundation funded Global Airline Industry Project. We have done historical case studies of each of the major airlines,[9] we have done econometric analyses of the relationships between labor relations and financial performance of the major airlines from the early years of deregulation through 2001,[10] we have followed carefully the responses of the major carriers and their unions since the September 11, 2001 tragedy, we have facilitated discussions among labor, industry, and government leaders that led to a consensus white paper over how to improve airline negotiation and dispute resolution processes,[11] and we have worked collaboratively with labor, management, and government leaders to create an Airline Industry Council and discussion forum to share research results and experiences on how to build a sustainable recovery strategy for firms, workers, and the overall industry. Based on this work we have reached the following conclusions:

"The nation's airline industry is in the throes of an historic crisis and restructuring process. To date, most, but not all, of the focus has been on reducing labor costs to reflect fundamental changes in market conditions, particularly among the nation's largest network carriers. While reducing labor costs is necessary, it is not a sufficient strategy for firm or industry recovery. Both research and experience tell us a sustainable recovery at the firm and industry level will also require:

- Workplace cultures that promote trust and employment practices that promote high levels of coordination and productivity among employees.

- Negotiation and conflict resolution processes that achieve labor agreements in a timely manner without disruptions.

---

[8] Ichniowski, Casey, Thomas Kochan, David Levine, Craig Olsen, and George Strauss, "What Works at Work," *Industrial Relations*, vol 35, 1996, 299-333.
[9] See for example, Jody Hoffer Gittell, *The Southwest Airlines Way*. New York: McGraw Hill, 2003.
[10] Jody Hoffer Gittell, Andrew von Nordenflycht, and Thomas Kochan, "Mutual Gains or Zero Sum: Labor Relations in the Airline Industry, *Industrial and Labor Relations Review*, January, 2004, 163-180.
[11] *Options for Improving Negotiations and Dispute Resolution: A Report of the Working Group on Airline Labor Relations*, March, 2004

4

- Compensation plans that share the sacrifices and gains achieved in a fair fashion among employee and management groups throughout the organization.

- Sustainable business models and strategies that can both generate and sustain profits and jobs with wages, benefits, and career opportunities needed to attract and retain a high quality workforce.

- Employment models and organizational strategies that manage effectively the on-going consolidation and restructuring processes as firms merge and/or work is contracted out and that reduce the barriers to and costs of moving across firms."[12]

## Conclusions

I have not been asked nor do I have the information required to reach a judgment on whether or how much of a labor cost reduction is necessary and/or what product lines and/or facilities need to be sold or restructured to reverse the losses experienced at Delphi and to put the company and its workforce on path to a sustainable recovery. Instead, what I can say conclusively based on over twenty five years of research and active involvement in management and labor relations in autos, airlines, and other industries is that no sustainable recovery will be possible unless the basic lessons learned from the cumulative experience and evidence summarized in this memo are taken into account. Stated simply:

- Labor cost reductions may be a necessary condition but they alone will not be sufficient for recovery.

- A sustainable recovery will require labor and management to work together to identify, based on open joint exploration, the state-of-the-art manufacturing, work system design, and labor relations practices that it will take to be successful in the auto industry today and in the future. That is the lesson of Saturn, the airline industry, NUMMI, and the experiences of innovations introduced into manufacturing and service industries over the past two decades.

- These innovations cannot be imposed by management alone, by the court, or by any other outside party. They require mutual exploration, negotiation, and commitment that can only come from the parties themselves, informed by and open to evidence and ideas from others in and outside the industry.

_Thomas A. Kochan_ (signature)

Thomas A. Kochan
April 27, 2006

---

[12] Thomas Kochan, Jody Hoffer Gittell, Robert McKersie, and Andrew vonNordenflycht, A Recovery Path for the Nation's Airline Industry: A Statement from the MIT Global Airline Industry Program to the Airline Industry Council. January, 2006.

5

Appendix
Kochan's Resume and  Publications from 1980 to present

**Office Address**:
Massachusetts Institute of Technology
Sloan School of Management
50 Memorial Drive, E52-583
Cambridge, MA  02142-1347
(617) 253-6689
e-mail: tkochan@mit.edu

## EDUCATION

Ph.D., Industrial Relations, University of Wisconsin, 1973

M.S., Industrial Relations, University of Wisconsin, 1971

B.B.A., University of Wisconsin, 1969

## EMPLOYMENT HISTORY

| | |
|---|---|
| 1989 to present: | George M. Bunker Professor of Work and Employment Research, Sloan School of Management,  MIT. |
| 1980 to present: | Co-Director, MIT Institute for Work and Employment Research. |
| 2001 to present: | Co-Director, MIT Workplace Center. |
| 2001: | Montague Burton Distinguished Visiting Professor, Cardiff University. |
| 1995: | Centennial Visiting Professor, The London School of Economics. |
| 1992: | Visiting Professor, Graduate School of Business, Stanford University. |
| 1988 to 1992: | Leaders in Manufacturing Professor, Sloan School of Management, Massachusetts Institute of Technology. |
| 1988 to 1991: | Area Head, Behavioral and Policy Sciences, Sloan School of Management. |
| 1980-1988: | Professor of Industrial Relations, Sloan School of Management, Massachusetts Institute of Technology. |
| 1979-1980: | On leave to the U.S. Department of Labor, Office of the Assistant Secretary for Policy, Evaluation, and Research. |

1977-1980:          Associate Professor, School of Industrial and Labor Relations, Cornell
                    University.

1973-1977:          Assistant Professor, School of Industrial and Labor Relations, Cornell
                    University.

## HONORS AND AWARDS

2002        Autobiography included in <u>Managerial Laureates</u>, Volume 6

2001        Listed in Who's Who in America

2000        Listed in Blackwell's Dictionary of Management Scholars

1999        Awarded "Doctor Honoris Cause" by the Universidad de San Martin de
Porres de Lima.

1999        President of the Industrial Relations Research Association.

1998        Recipient of the Boston Labor Guild Cushing-Gavin Award.

1997        Elected Fellow of the National Academy of Human Resources.

1996        Appointed Co-Chair of National Research Council Committee on Work
            and Occupational Analysis, 1996-98.

1996        Appointed Co-Chair of Society for Professionals in Dispute Resolution
            Task Force on ADR in the Workplace, 1996-98.

1996        Recipient of the Heneman Career Achievement Award, Academy of
            Management, Human Resources Division.

1995        Named Co-chair, 50th Anniversary Committee of the Industrial Relations
            Research Association.

1995        Named Centennial Visiting Professor, The London School of Economics.

1992-1995   President, International Industrial Relations Research Association.

1993        Appointed to Commission for the Future of Worker-Management
Relations.

1991        Donald Wood Visiting Scholar, Queens University.

1989        Elected President of the International Industrial Relations Association for
            the 1992-1995 term.

1989        Named George M. Bunker Chaired Professor of Management, MIT.

1988        Named to a Chaired Professorship in MIT's Leaders in Manufacturing
            Program.

| | |
|---|---|
| 1987 | Recipient of the George Terry Scholarly Book Award from the Academy of Management for <u>The Transformation of American Industrial Relations</u>. |
| 1984 | Recipient of the First Bill Abner Award for Research on Public Sector Labor Relations from the Society of Professionals in Dispute Resolution. |
| 1974 | Recipient of the S. Rains Wallace Award for best Ph.D. dissertation from Division 14 of the American Psychological Association. |

## BOOKS AND MONOGRAPHS

Restoring the American Dream: A Working Families' Agenda for America, Cambridge, MA: MIT Press, September 2005.

Unions in the 21st Century.  Edited with Anil Verma.  Toronto: Palgrave, 2004.

Management: Inventing and Delivering It's Future, edited with Richard L. Schmalensee, Cambridge, MA: MIT Press, 2003.

Working in America:  Labor Market Institutions for the New Century.  Cambridge, MA: MIT Press, 2001.  (With Paul Osterman, Richard Locke and Michael Piore).

Integrating Work and Family Life:  A Holistic Approach, (with Lotte Bailyn and Robert Drago). MIT Sloan School of Management, 2001.

Learning from Saturn:  Possibilities for Corporate Governance and Employee Relations. Ithaca, NY:  Cornell University Press, 2001.

Facilitating Conflict Resolution in Union-Management Relations: A Guide for Neutrals, with Richard Chaykowski, Joel-Cutcher-Gershenfeld and Christina Sickles Merchant, Ithaca: Cornell /Perc Institute on Conflict Resolution, 2000.

The New Relationship: Human Capital in the American Corporation, edited with Margaret M. Blair, Washington: Brookings Institution Press, 2000.

The Changing Nature of Work: Implications for Occupational Analysis, Committee on Techniques for the Enhancement of Human Performance: Occupational Analysis, Washington: National Academy Press, 1999.

After Lean Production: Evolving Employment Practices in the World Auto Industry, with Russell D. Lansbury and John Paul MacDuffie, Ithaca: Cornell University Press, 1997.

Managing for the Future: Organizational Behavior and Processes, with Deborah Ancona, Maureen Scully, John Van Maanen, and D. Eleanor Westney, Cincinnati: South-Western College Publishing, 1996.  Second edition, 1999; Third edition, 2004.

Employment Relations in a Changing World Economy, edited with Richard Locke and Michael Piore, Cambridge: The MIT Press, 1995.

Human Resource Management in Asian Economies, edited with Anil Verma and Russell Lansbury, London: Routledge, 1995.

The Mutual Gains Enterprise, with Paul Osterman, Boston: Harvard Business School Press, 1994.

An Introduction to Collective Bargaining and Industrial Relations, with Harry C. Katz, New York: McGraw Hill, 1992. Second Edition, 2000, Third edition, 2003.

Transforming Organizations, edited with Michael Useem, New York: Oxford University Press, 1992.

The Transformation of American Industrial Relations, with Harry C. Katz and Robert B. McKersie, New York: Basic Books, 1986.  Second edition, 1994.

Human Resource Management and Industrial Relations: Text, Readings and Cases, with Thomas A. Barocci, Boston: Little Brown, 1985.

Challenges and Choices for American Labor, ed., Cambridge, MA: The MIT Press, 1984.

Worker Participation and American Unions: Threat or Opportunity?, with Harry P. Katz and Nancy Mower, Kalamazoo, MI: W.E. Upjohn Institute for Employment Research, 1984.

Industrial Relations Research in the 1970s: Review and Appraisal, edited with Daniel J.B. Mitchell and Lee Dyer, Madison, WI: Industrial Relations Research Association, 1982.

Collective Bargaining and Industrial Relations: From Theory to Policy and Practice, with Harry C. Katz, Homewood: Irwin, 1980.  Second edition, 1987. Third Edition, 2002.

## JOURNAL ARTICLES

"Education, Families, and Workplace Policies: Their Role in a Knowledge-Based Economy," Challenge vol. 47, No. 6, Nov/Dec., 2004, pp 69-81.

"Airborne distress: How can labor recover in the airline industry?  New Labor Forum, Vol 14, No. 2.  Summer 2005, pp 39-50 (with Andrew vonNordenflycht, Robert McKersie and Jody Hoffer Gittell)

"Mutual Gains or Zero Sum:  Labor Relations and Firm Performance in the Airline Industry," Industrial & Labor Relations Review, January, 2004. (with Jody Hoffer Gittell and Andrew vonNordenflycht)

"Taking Stock:  Collective Bargaining at the Turn of the Century," Industrial and Labor Relations Review October, 2004 (with Joel Cutcher Gershenfeld).

"Out of the Ashes:  Building an Effective Labor Relations System in Airlines," Perspectives on Work,  Winter, 2004 with Robert McKersie, Jody Hoffer Gittell and Andrew vonNordenflycht)

11

"The Future of Human Resource Management" forthcoming in a volume commemorating the 50th Anniversary of Sydney University's Work & Employment Research Unit.

"Collective Actors and Industrial Relations:  Which Future in The German Journal of Industrial Relations Vol. 11, 2004.

, The German Journal of Industrial Relations,  Guest Editor, Vol. 11, Fall, 200.

"Forward" for Seymour Martin Lipset and Noah Meltz, The Paradox  of American Unionism, Cornell University, ILR Press, 2004.

"A Silver Anniversary not worth Celebrating:  The Impasse over American Labor and Employment Policies," Comparative Labor Law and Policy Journal, Vol. 25, Fall, 2004.

"The Effects of Diversity on Business Performance:  Report of the Diversity Research Network." (with other members of the Diversity Research Network).  Human Resource Management Journal, Spring, 2003.

"Restoring Trust in American Corporations:  Root Causes," Journal of Management and Governance, Summer, 2003.

"Government Policies for a Knowledge Based Economy" Economic and Social Research Council Annual Research Volume, 2003.

"The Future of British Unions:  A Perspective from the U.S." in Howard Gospel and Stephen Wood (eds) The Future of British Unions.  London:  Routledge 2003.

"Needed:  American Leadership for a Global Work and Employment Policy," Journal of Industrial Relations, Winter, 2003.

"Contract Negotiations in the Airline Industry," Monthly Labor Review, August, 2003 (with Andrew vonNordenflycht)

"Options for Rebuilding Airline Labor Relations," Perspectives on Work, Winter 2004.

"Addressing the Crisis in Confidence in Corporations: Root Causes, Victims, and Strategies for Reform," *Academy of Management Executive,* August 16, 2002, 139-41.

"The Impact of Visible Diversity on Organizational Effectiveness: Disclosing the Contents in Pandora's Black Box," with Orlando C. Richard and Amy McMillan-Capehart. *Journal of Business and Management.* Summer 2002, Volume 8, Number 3, pp. 265-291.

"In Whose Interest?  A First Look at National Survey Data on Interest-Based Bargaining in Labor Relations", with Joel Cutcher-Gershenfeld and John Calhoun Wells. *Industrial Relations.* Vol. 40, January 2001, 1-21. (Lead Article).

"An Agenda for the President," <u>Challenge</u>, November/December, 2000, pp. 5-14.

"Toward a Stakeholder Theory of the Firm:   The Saturn Partnership," with Saul Rubinstein, *Organization Science*, Vol. 11, July-August, 2000, 367-86.  (Lead article).

"Massachusetts Commission Against Discrimination Alternative Dispute Resolution Program Evaluation," *Harvard Negotiations Law Review*, Vol. 5, Spring, 2000, 233-78. (With Brenda Lautsch and Corinne Bendersky).

"On the Paradigm Guiding Industrial Relations Theory and Research," *Industrial and Labor Relations Review* Vol. 53 July, 2000, 704-11.

"Rebuilding the Social Contract at Work:  A Call to Action*" Proceedings of the Industrial Relations Research Association 52nd Annual Meetings* (also reprinted in Perspectives on Work), 2000, pp. 1-25.

"How to Update Employment and Labor Policies for the 21st Century, *Perspectives on Work*, Vol. 3, No. 2, 1999, pp. 12-17.

"Reconstructing America's Social Contract in Employment: The Role of Policy, Institutions, and Practices," *Chicago-Kent Law Review*, 1999, Vol. 75, No. 1, pp. 137-52.

"Human Capital and the American Corporation," *Perspectives on Work*, Vol. 2, No. 1, 1998, pp. 7-12.

"How Do Labor and Management View Collective Bargaining?" with Joel Cutcher-Gershenfeld and John Calhoun Wells, *Monthly Labor Review*, vol. 121, no. 10, October 1998, 23-31.

"Labor Policy for the Twenty-First Century," *University of Pennsylvania Journal of Labor and Employment Law*, vol. 1, no. 1, 1998, 117-131.

"Changing Employment Relations and Governance in the International Auto Industry," with Russell D. Lansbury, *The Journal of Management and Governance*, vol. 1, no. 1, 1997, 85-102.

"Rebalancing the Role of Human Resources," *Human Resource Management Journal*, vol. 36, no. 1, 1997, 121-127.

"A Grass-Roots Experiment to Resolve Workplace Problems," with Susan Eaton, *Negotiation Journal*, vol. 12, no. 2, 1996, 175-179.

"Launching a Renaissance in International Industrial Relations Research," *Relations Industrielles*, vol. 51, 1996, 247-263.

13

"New Ideas on Resolving Workplace Disputes: Examples from the U.S. and Abroad," with Susan Eaton, *Negotiation Journal*, vol. 12, no. 2, 1996, 113-117.

"What Works at Work: Overview and Assessment," with Casey Ichniowski, David Levine, Craig Olson, and George Strauss, *Industrial Relations*, vol. 35, 1996, 299-333.

"Do U.S. Firms Invest Less in Human Resources?: Training in the World Auto Industry," with John Paul MacDuffie, *Industrial Relations*, vol. 34, 1995, 147-168.

"Reconceptualizing Comparative Industrial Relations: Lessons from International Research," with Richard Locke and Michael Piore, *International Labour Review*, vol. 134, no. 2, 1995, 139-161.

"Total Quality Management and Human Resource Systems: An International Comparison," with Jody Hoffer Gittell and Brenda Lautsch, *The International Journal of Human Resource Management*, May 1995, 201-222.

"Using the Dunlop Report to Achieve Mutual Gains," *Industrial Relations*, vol. 34, 1995, 350-366.

"Human Resource Strategies and Contingent Workers: The Case of Safety and Health in the Petrochemical Industry," with Michael Smith, John Wells and James Rebitzer, *Human Resource Management*, Spring 1994, 33, 55-78.

"Labor and Employment Policies for a Global Economy," *Industrial Law Journal*, South Africa, vol. 15, 1994, 689-707.

"Recent Developments in U.S. Industrial Relations," with Marc Weinstein, *The British Journal of Industrial Relations*, vol. 32, December 1994, 483-504.

"Canadian Labor Policy and Research at a Crossroads," *Proceedings of the Canadian Industrial Relations Association*, 1993.

"Crossroads in Employment Relations: Approaching a Mutual Gains Paradigm," *Looking Ahead*, February 1993.

"Managing Transformational Change: The Role of Human Resource Management Professionals," with Lee Dyer, *The International Journal of Human Resource Management*, 1993, 569-590.

"Toward a Mutual Gains Paradigm for Labor-Management Relations," *Labor Law Journal*, August 1993, 454-464.

"Trade Unionism and Industrial Relations: Notes on Theory and Practice for the 1990s," *Annual Proceedings of the Industrial Relations Research Association*, 1993, 185-195.

"Bringing Research to the Classroom: The MIT Auto Case," with Ben Whipple, *MIT Management*, Winter, 1992, 27-33.

"The Consequences of a Failed IR System: Contract Workers in the Petrochemical Industry," with John C. Wells and Michal Smith, *Sloan Management Review*, Summer, 1992, 79-89.

"The Management of Contract Workers and the Risks of Accidents: Evidence from the Petrochemical Industry," with James Rebitzer, *Annual Proceedings of the Industrial Relations Research Association*, 1992, 325-331.

"Comparison of Changes in U.S. and Canadian Industrial Relations," with Anil Verma, *Labor Law Journal*, August, 1990.

"Computer-Aided Monitoring: Its Influence on Employee Job Satisfaction and Turnover," with John Chalykoff, *Personnel Psychology*, vol. 42, 1989, 807-34.

"Future Directions for American Labor and Human Resources Policy," *Relations Industrielles*, vol. with Robert B. McKersie, 44, 1989, 224-44.

"The Adaptability of the U.S. Industrial Relations System," *Science*, vol. 15, April 1988, 287-292.

"Employment Security at DEC: Sustaining Values Amid Environmental Change," with Paul Osterman and John Paul MacDuffie, *Human Resource Management Journal*, Fall 1988.

"The Future of Worker Representation: An American Perspective," *Labour and Society*, vol. 13, April 1988, 184-201.

"Human Resources, Technology, and Economic Performance: Evidence from the Automobile Industry," with John Paul MacDuffie, *Annual Proceedings of the Industrial Relations Research Association*, 1988, 159-171.

"Industrial Relations Agenda for Change: The Case of the United States," with Kirsten Wever, *Labour*, vol. 2, no. 2, 1988, 21-56.

"On the Human Side of Technology," *ICL Technical Journal*, November 1988, 391-400.

"Industrial Relations and Productivity in the U.S. Automobile Industry," with Harry Katz and Jeffrey Keefe, *Brookings Papers on Economic Activity*, vol. 3, 1987, 685-715.

"Strategies for Sustaining Innovations in U.S. Industrial Relations," *Journal of State Government*, vol. 60, January/February 1987, 30-35.

15

"Corporate Strategy, Workplace Innovation, and Union Members," with Robert McKersie and John Chalykoff, *Industrial and Labor Relations Review*, vol. 39, July 1986, 487-501.

"Assessing the Effects of Industrial Relations and Quality of Working Life Efforts on Organizational Effectiveness," with Harry Katz and Mark Weber, *Academy of Management Journal*, vol. 28, 1985, 509-527.

"Comment on What Do Unions Do?," *Annual Proceedings of the Industrial Relations Research Association*, 1985, 365-368.

"Strategic Choice and Industrial Relations Theory and Practice," with Robert B. McKersie and Peter Cappelli, *Industrial Relations*, vol. 27, Winter 1984, 16-39.

"Will the New Industrial Relations Last?  Implications for the Labor Movement," *The Annals of the American Academy of Political and Social Science*, vol. 473, May 1984, 177-189.

"Collective Bargaining: Pressures for Change," with Robert B. McKersie, *Sloan Management Review*, vol. 24, Summer 1983, 59-65.

"Collective Bargaining, Work Organization, Worker Participation: The Return to Plant Level Bargaining," with Harry C. Katz, *Labor Law Journal*, vol. 34, August 1983, 524-529.

"Industrial Relations Performance, Economic Performance and Quality of Working Life Efforts: An Inter-Plant Analysis," with Harry Katz and Kenneth Gobeille, *Industrial and Labor Relations Review*, vol. 37, October 1983, 13-17.

"Review Symposium: Collective Bargaining and Industrial Relations," (paper prepared in response to a symposium devoted to my collective bargaining book), *Industrial Relations*, vol. 21, Winter 1982, 115-122.

"Empirical Research on Labor Law: Lessons from Dispute Resolution in the Public Sector," *Illinois Law Review*, vol. 1981, 1981, 161-81.

"Estimating the Narcotic Effects: Choosing Techniques that Fit the Problem," with Jean Baderschneider, *Industrial and Labor Relations Review*, vol. 35, October 1981, 28-38.

"Industrial Relations Research: An Agenda for the 1980s," *Monthly Labor Review*, vol. 103, September 1980, 20-25.

"Labor Management Relations Research: The Role of the Department of Labor," *Annual Proceedings of the Industrial Relations Research Association*, 1980, 8-15.