UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
                                                    :
In re:                                              :          Chapter 11
                                                    :
DELPHI CORPORATION, *et al.,*                       :          Case No. 05-44481 (RDD)
                                                    :          (Jointly Administered)
                        Debtors.                    :
                                                    :
-----------------------------------------------------------------x

**DECLARATION AND EXPERT REPORT OF PAULA B. VOOS
IN OPPOSITION TO DEBTORS' MOTION FOR ORDER UNDER
11 U.S.C. § 1113(c) AUTHORIZING REJECTION OF COLLECTIVE
BARGAINING AGREEMENTS AND UNDER 11 U.S.C. § 1114(g)
<u>AUTHORIZING MODIFICATION OF RETIREE WELFARE BENEFITS</u>**

I, Paula B. Voos, under penalty of perjury and in lieu of affidavit as permitted under 28 U.S.C. §1746, declare and state as follows:

1.      I submit this declaration and expert report in opposition to Delphi's Motion for Authority to reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113 and Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to all facts in this document.

<u>Qualifications</u>

2.      I am Professor of Labor Studies and Employment Relations in the School of Management and Labor Relations at Rutgers, the State University of New Jersey, where I have been employed since July 1998. Prior to that I was Professor of Economics and Industrial Relations at the University of Wisconsin in Madison. I received my PhD in Economics from Harvard University in 1982. Since that time, I have published numerous scholarly studies

concerning labor markets and labor organizations in the United States, including studies of

earnings comparability published in peer-reviewed journals of a scholarly nature.  Recently I

completed service on the Benefits Review Task Force for the State of New Jersey.  I also served

on the federal Commission on the Future of Worker-Management Relations, 1993-94.  I have

prepared statistical reports or testified as an economist in several arbitrations or court

proceedings including appearing on behalf of the National Association of Letter Carriers in their

interest arbitrations in 1995 and 2000.  I served as President of the national professional

association in my field, the Industrial Relations Research Association (now the Labor and

Employment Relations Association), in 2003.  Currently, I am the elected chairperson of my

department at Rutgers.  A copy of my c.v. is appended to this document – it lists all my

publications and appearances as an expert witness.

       3.      I was assisted in preparing this report by Professor Dale Belman, of

Michigan State University.   Professor Belman has been employed in the School of Industrial and

Labor Relations at MSU since 2000, prior to that, he was a professor in the Economics

Department at the University of Wisconsin Milwaukee.  He received his Ph.D. in Economics

from the University of Wisconsin Madison in 1986.  He has placed articles in peer-reviewed

journals and edited books; he has written two books; and he has edited two books on topics

concerning labor markets, labor organization and market regulation.  He serves as an associate

director of the Sloan Foundation Trucking Industry Program and as academic co-chair of the

Construction Industry Council of the Labor and Employment Relations Association.  Dr. Belman

currently serves as Associate Director for the Academic program in the School of Labor and

Industrial Relations at MSU.  He has prepared statistical reports or testified as an economist in

both arbitrations and court proceedings.  These along with his publications are listed in his c.v. which is appended to this document.

Assignment

4.      We were retained by the United Automobile Workers to assess the statements about comparability of wages and benefits paid to Delphi workers made in the Declaration and Expert Report of Michael L. Wachter. This document contains my opinions and the basis for my opinions.  These opinions are supported by statistical evidence from publicly available data supplied by the U.S. Department of Labor as well as my knowledge as a labor economist and a scholar of U.S. industrial relations.

Comparability

5.      Comparability is a standard commonly used in arbitration in comparing the total compensation of differing groups of employees – where compensation includes both direct pay and the cost of various employer-provided benefits.  Such arbitration is common in the public sector, where it provides a means of settling the terms of collective bargaining agreements when the parties cannot agree but strikes are prohibited by law.  Interest arbitration is not common in the private sector, where direct negotiation of contracts and compromise of difference is encouraged by the freedom to take direct economic action when the parties cannot agree to new contract terms.  For this reason, it is not clear to me that the court should deem comparability of total compensation between Delphi employees and other employees to be particularly relevant to this case.  Doing so might short-circuit the collective bargaining process. However, if it does decide that comparability is an issue, then it is important to use an appropriate standard of comparability.

6.      For arbitration, in determining comparability, one would typically make a comparison that is as direct as possible – that is to very similar workers doing the same jobs at

3

directly comparable employers in terms of industry and firm size.  This is because labor
economists have found that a wide variety of productivity-related and market-related factors
influence earnings:  industry, occupation, size of the employer, education, work experience,
tenure at a given employer, apprenticeship-completion or on-the-job training, gender,
race/ethnicity, citizenship, union membership, location of the job, and so forth.  One wants to
control for as many factors as possible in comparing wages.

7.      Wachter states that comparability involves comparing workers with
"roughly similar skills in jobs that have similarly attractive working conditions." However, in
choosing a comparison group for Delphi workers, he paints with too broad a bush. He ignores
industry, firm size, and human capital attributes such as work experience, and simply compares
Delphi production employees to workers nationwide in two broad occupational groupings
"Machine operators, assemblers, and inspectors," and "Handlers, equipment cleaners, helpers,
and laborers."  This comparison group includes sewing machine operators, dry cleaning machine
operators, nursery workers, stock handlers and baggers – disparate jobs in industries other than
auto parts.  Moreover, the comparison group includes jobs that are often filled by undocumented
workers, young/ inexperienced workers, and other groups who would not meet hiring standards
at Delphi Corporation.  It is possible with available BLS data – and would be considered
appropriate in arbitration – to make much more precise comparisons in determining the
comparable level of total compensation (wages and benefits).

8.      An extremely significant element in compensation that is ignored by Dr.
Wachter is firm size.   Large corporations pay employees more than small companies do.[1]  They
also provide better benefits than small employers.  Table 1 contains wage and benefit

_____

[1] For instance in a widely-used college text, Bruce E. Kaufman and Julie L. Hotchkiss, *The Economics of Labor Markets*, 7th ed., 2006, p. 530, state "A common finding is that large-sized plants and firms pay higher wages than do smaller plants/firms."

information for firms of different sizes in all goods-producing industries.  Data is for the fourth

quarter of 2005 – it was compiled from Employer Cost for Employee Compensation (ECEC)

data from the Bureau of Labor Statistics' website.  Clearly, as a firm with thousands of

employees, Delphi would fall in the category of firms with 500 or more employees.

9.    Unfortunately, the Department of Labor does not provide detail regarding

firms that are larger than 500 employees – but it is highly likely that extremely large firms with

thousands of employees have even greater wages and benefits than do the firms in the 500+

category.  Hence, if anything, the wages and benefits for the 500+ category probably understate

the total compensation of employees that work in corporations of comparable size to Delphi.

**TABLE 1.**
**TOTAL COMPENSATION (AND SELECTED BENEFITS) AT**
**HOURLY COST BY FIRM SIZE, GOODS-PRODUCING INDUSTRIES**

|  | Number of Employees | | | |
|---|---|---|---|---|
|  | **1-49** | **50-99** | **100-499** | **500+** |
| Total Compensation | $24.31 | $25.86 | $28.49 | $40.08 |
| Wages and Salaries | $17.16 | $17.48 | $18.41 | $24.52 |
| Total Benefits | $7.15 | $8.38 | $10.08 | $15.56 |
| Supplemental Pay | $1.00 | $0.90 | $1.15 | $1.91 |
| Paid Leave | $1.02 | $1.31 | $1.91 | $3.29 |
| Retirement and Savings | $0.71 | $1.00 | $1.46 | $3.40 |
| Legally Required Benefits | $2.77 | $2.68 | $2.59 | $3.05 |
| Insurance | $1.64 | $2.47 | $2.93 | $3.63 |

10.    The above data pertains to all employees in all occupations, not just to

production workers; the BLS does not provide separate statistics for production workers in

goods-producing industries by firm size.  However, while wages and salaries are lower for

production workers than for all occupations, total benefits are approximately equal for the two

groups.  Table 2 demonstrates this fact – it was prepared from the same data source.  Notice that

the cost of total benefits is $7.95 for production occupations, and only $7.87 for all occupations.

Note also that "production occupations" for the Bureau of Labor Statistics (BLS) includes both

5

groups of workers (skilled and production) in the way that Delphi uses those terms to categorize

jobs.

**TABLE 2.**
**TOTAL COMPENSATION (AND SELECTED BENEFITS) AT**
**HOURLY COST FOR ALL PRODUCTION OCCUPATIONS, ECONOMY-WIDE**

|  | Production Occupations, Economy-Wide | All Occupations, Economy-Wide |
|---|---|---|
| Total Compensation | $22.56 | $26.46 |
| Wages and Salaries | $14.61 | $18.59 |
| Total Benefits | $7.95 | $7.87 |
| Supplemental Pay | $1.02 | $0.66 |
| Paid Leave | $1.46 | $1.77 |
| Retirement and Savings | $0.94 | $1.13 |
| Legally Required Benefits | $2.13 | $2.15 |
| Insurance | $2.31 | $2.13 |

11.    This relates to a second important determinant of compensation that is

ignored by Dr. Wachter:  industry.  In determining comparability, it is extremely important to

take industry into account because wages (and presumably skills) differ markedly by industry in

the United States – wages in textile factories simply differ from wages in aircraft factories.[2]

Sometimes economists evaluating comparability must use broad industry groups (like the entire

private-sector or all good-producing industries) when data is not available for more finely-

detailed, and hence more directly comparable, industries.  However, it is generally preferable to

use the most directly comparable industry data that is available.

12.    Delphi is most appropriate categorized as a corporation in the motor

vehicle parts industry (NAICS code 3363), which is part of the broader transportation equipment

---

[2] In a leading college text, *Compensation*, 4th ed. (Irwin, 1993), George T. Milkovich and Jerry M. Newman, pp. 206, state, "organizational factors such as the type of industry and organizational size also influence pay decisions." On p.207 they conclude that industry pay differences exist, are quite stable over time, and are remarkably similar in different industrial nations.  In part this occurs because the same "occupation" may require different skills in different industries.  They write, "machinists and millwrights who build diesel locomotives for General Motors in LaGrange, Illinois, have very different qualifications from those machinists and millwrights who build airplanes for Boeing in Seattle, Washington."

industry (NAICS code 336), which is part of the good-producing industry category, which is part of the total private sector.  Average hourly earnings for production and non-supervisory workers in October, 2005, according to the Bureau of Labor Statistics, for each of these industry categorizations is contained in Table 3, along with the extent to which each of the more detailed industry groups compare in statistical terms to the total private sector and to the goods-producing group:

**TABLE 3.**
**AVERAGE HOURLY EARNINGS OF PRODUCTION &**
**NON-SUPERVISORY WORKERS IN VARIOUS INDUSTRIAL CATEGORIES**

| Industry group | Average hourly earnings | Comparison to total private | Comparison to goods-producing |
|---|---|---|---|
| Total private | $16.36 | | - 9.2 % |
| Goods-producing | 17.82 | +8.9 % | |
| Transportation equipment | 22.62 | +38.3 % | + 26.9% |
| Motor vehicle parts | 21.72 | +32.8 % | + 21.9 % |

Data is from Table B-14, U.S. Dept. of Labor, Bureau of Labor Statistics, *Employment and Earnings*, Dec. 2005, pp. 124-146.  It is not seasonally adjusted; it is also preliminary.  Data is from the Current Employment Statistics survey.

13.     So while average hourly earnings in motor vehicle parts are somewhat below earnings in the transportation equipment industry as a whole, they are above those in the total goods producing sector and even more substantially above those in the total private sector. The fact that average hourly earnings in motor vehicle parts are approximately 22 % above earnings in the goods-producing industries as a whole, indicates that the total compensation figures in for goods-producing workers in Table 1 probably understate total compensation in the motor vehicle parts industry.

14.     While there is no data on a perfect comparison group for Delphi employees taking into account both industry and firm size, it would be ridiculous to ignore these important determinants of compensation when in fact there is considerable evidence that they matter in the labor market, and matter greatly. Taking them into account would be considered essential in arbitration

15.     Dr. Wachter fails to consider worker quality in his analysis.  Labor economists commonly find that wages rise with work experience, albeit at a decreasing rate; this occurs in part because more experienced workers have had a longer time to learn on the job and hence have greater human capital (or skills).  They are also more likely to have received firm-provided training.  Finally, worker-job matches are typically better for older than younger workers.  Delphi has a very experienced work force.  For this reason alone, I would expect its workers to have higher earnings than other workers in the motor vehicle parts industry.

16.     Dr. Wachter's analysis of quits is also flawed by his failure to consider worker characteristics and firm size.  Academics who study employee turnover commonly find that that older workers are less likely to change jobs than younger workers.[3]  They also note that the quit rate is lower for large firms than for small employers.[4]  Large employers often set hiring standards in a manner that leads to hiring individuals who are conscientious, reliable, and unlikely to quit.  This allows the firm to reap the benefit of lower training and replacement costs. The firm also obtains the benefit of enhanced worker productivity given greater worker experience.

---

[3] Ronald G. Ehrenberg and Robert S. Smith, *Modern Labor Economics*, 6th ed., 1997, p. 365 in a section titled "Age and Job Tenure," state, "In both the United States and the United Kingdom, the number of new employers for whom the average employee works declines with age. In the United States, for example, men in their twenties change employers an average of three times, those in their thirties twice, and those in their fifties about once."

[4] Walter Oi and Todd Idson, "Firm Size and Wages," in Orley Ashenfelter and David Card, eds. *Handbook of Labor Economics*, Vol. 3 B (New York:  North Holland: 1999), pp. 2165-2214; for evidence on  average tenure by firm size, see p. 2206.

<u>Conclusion</u>

17.    If the court considers comparability of wages and benefits to be a relevant matter for this case, it is crucial that it utilize an appropriate standard of comparability.  That standard would be one that is much more precise than the one suggested by Michael Wachter – who makes comparisons to a very wide set of occupations in all industries and in all sized employers across the U.S.

I declare under penalty of perjury, and pursuant to U.S.C. Sec. 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

_Paula B Voos_

Paula B. Voos

## Paula B. Voos

April, 2006

Professor of Labor Studies and Employment Relations
School of Management and Labor Relations
Rutgers University
50 Labor Center Way
New Brunswick, NJ 08903

(732) 932-1748; pbvoos@rci.rutgers.edu

<u>Personal</u>

Born 4/15/49                                    3 Park Lake Dr.
Married, two children                           North Brunswick, NJ 08902
U.S. Citizen                                     (732) 951-9154

<u>Professional Positions</u>

Rutgers University, Professor and Chair, Labor Studies and Employment Relations Department, School of Management and Labor Relations.  Professor July, 1998 – present; Chair July, 1999 – present.

University of Wisconsin-Madison, Director, Industrial Relations Research Institute, 1993-1998, Professor, Economics and Industrial Relations, 1992-1998; Associate 1987-91, Assistant 1981-86.

University of Massachusetts-Boston, Instructor, Economics, 1978-1981.

Harvard University, Teaching Assistant, 1978-1979.

NBER, Research Assistant, Summer - Fall, 1978.

Portland State University, Instructor, 1974-1976.  Institute on Aging, Portland State, Research Assistant, 1974.

<u>Education</u>

Harvard University, Ph.D. Economics, 1982.
Portland State University, MA Economics, 1976.
Whitman College, AB English, 1971.

Vita, Paula B. Voos

Books

Paula B. Voos, editor, <u>Contemporary Collective Bargaining:  In the Private Sector</u>.  Madison, WI:  Industrial Relations Research Association, 1994.  Author of the chapter, "An Economic Perspective on Contemporary Trends in Collective Bargaining," pp. 1-23.

Lawrence Mishel and Paula B. Voos, editors, <u>Unions and Economic Competitiveness</u>.  Armonk, NY:  M. E. Sharpe, January 1992.  Coauthor of two chapters, "Unions and American Economic Competitiveness," with Lawrence Mishel, and "Unions and Contemporary Innovations in Work Organization, Compensation, and Employee Participation," with Adrienne Eaton.

Articles and Chapters in Books

Steven E. Abraham, Adrienne E. Eaton, and Paula B. Voos, "Supreme Court Supervisory Status Decisions and Their Impact on the Organizing of Nurses," <u>Justice on the Job:  Perspectives on the Erosion of Collective Bargaining in the United States</u>, ed. by Richard Block, Sheldon Friedman, Michelle Kaminski, and Andrew Levin, Upjohn, forthcoming, 2006.

Paula B. Voos, "Expanding Voice for Professional and Managerial Workers," forthcoming <u>Proceedings of the Fifty-Six Annual Meeting</u>, Labor and Employment Relations Association, Boston, MA, January 6-8, 2006.

Steven E. Abraham and Paula B. Voos, "The Market's Reaction to Two Supreme Court Rulings on American Labor Law," <u>Journal of Labor Research</u>, Vol. 26, No. 4 (Fall 2005), pp. 677-687.

Paula B. Voos, "Industrial Relations and Democracy," IRRA Presidential Address, <u>Proceedings of the Fifty-Fourth Annual Meeting</u>, Industrial Relations Research Association, San Diego, CA, January 3-5, 2004.

Adrienne Eaton and Paula B. Voos, "Managerial Unionism:  Prospects and Forms," <u>Labor Studies Journal</u>, Vol. 29, No. 3, (Fall 2004), pp. 25-56.

Dale Belman and Paula B. Voos, "Changes in Union Wage Effects by Industry:  A Fresh Look at the Evidence," <u>Industrial Relations</u>, Vol. 43, No. 3 (July, 2004), pp. 491-519.

Adrienne E. Eaton and Paula B. Voos, "Wearing Two Hats:  The Unionization of Public Sector Supervisors," in <u>Going Public:  The Role of Labor-Management Relations in Delivering Quality Government Service</u>, ed. by Jonathan Brock and David B. Lipsky.  Urbana/Champaign, IL:  IRRA, 2003, pp. 295-315.

Steven E. Abraham and Paula B. Voos, "Empirical Data on Employer Gains from Compulsory Arbitration of Employment Disputes," in <u>NYU Selected Essays on Labor and Employment Law</u>, Vol. 2, ed. by David Sherwyn and Michael J. Yelnosky.  The Hague:  Kluwer Law International, 2003, pp. 197-215.

Vita, Paula B. Voos

Dale Belman, John S. Heywood, and Paula B. Voos, "Public Sector Earnings Comparability: Alternative Estimates for the U.S. Postal Service," Relations Industrielles/Industrial Relations, Vol. 57, No. 4, Fall 2002, pp. 687-711.

Paula B. Voos and Haejin Kim, "The Evolving Intellectual Core of Industrial Relations," Proceedings of the Fifty-Third Annual Meeting, Industrial Relations Research Association, Atlanta, GA, January 4-6, 2002, pp. 211-218.

Paula B. Voos and Haejin Kim, "Studies on High Performance Work Practices in the U.S.: Implications for Korea," Korean Journal of Industrial Relations, Vol. 11, No. 2 (Nov. 2001), pp. 21-55.

Paula B. Voos, and Haejin Kim, "High Performance Work Systems in the U.S. Context," Transfer, Vol. 7, No. 3, (Autumn 2001), pp. 422-440.

Paula B. Voos, "An IR Perspective on Collective Bargaining, Human Resource Management Review, Vol. 11, No. 4 (Winter 2001), pp. 1-17.

Steven E. Abraham and Paula B. Voos, "The Ramifications of the Gilmer Decision for Firm Profitability," Employment Rights and Employment Policy Journal, Vol. 4, No. 4, (2000), pp. 341-363.

Steven E. Abraham and Paula B. Voos, "Right-to-Work Laws:  New Evidence from the Stock Market," Southern Economic Review, Vol. 67, No. 2 (October 2000), pp. 345-362.

Haejin Kim and Paula B. Voos, "Comparability and the Social Contract:  Reflections on the Postal Experience," Proceedings of the Fifty-Second Annual Meeting, Industrial Relations Research Association, Boston, MA, January 6-9, 2000, pp. 244-251.

Paula B. Voos, "Employee Involvement and Representation:  Economic and Policy Implications," in Back to Shared Prosperity, ed. Ray Marshall, Armonk, NY:  M.E. Sharpe, 2000, pp. 332-39.

Paula B. Voos, "Economic and Social Justice through Collective Bargaining: The USA in the Coming Century," Industrial Relations Journal, Vol. 28 No. 4 (December, 1997), pp. 292-298.

Dong-one Kim and Paula B. Voos, "Unionization, Union Involvement, and the Performance of Gainsharing Programs," Relations Industrielles/Industrial Relations, 1997.

Dale Belman and Paula B. Voos, "Postal Service Comparability:  Issues of Definition and Measurement," in Proceedings of the 49th Annual Meeting of the Industrial Relations Research Association, New Orleans, 1997, pp. 38-47.

Paula B. Voos, "Labor Law Reform:  Closing the Representation Gap," Reclaiming Prosperity: A Blueprint for Progressive Economic Reform, ed. Todd Schafer and Jeff Faux, M.E. Sharpe, 1996, pp. 123-142.

Vita, Paula B. Voos

Adrienne E. Eaton, Paula B. Voos, and Dong-one Kim, "Voluntary and Involuntary Aspects of Employee Participation in Decision-Making," In Handbook of Human Resource Management, ed. by David Lewin et al. JAI Press, 1996, pp. 63-85.

Paula B. Voos, "The Potential Impact of Labor and Employment Legislation on Arbitration," Labor Arbitration under Fire, edited by James Stern and Joyce Najita. Cornell University Press, 1996, pp. 208-230.

Steven E. Abraham and Paula B. Voos, "Changes in Canadian Labor Law and U.S. Labor Law Reform," Proceedings of the 48th Annual Meeting of the Industrial Relations Research Association, San Francisco, 1996, pp. 194-200.

Adrienne E. Eaton and Paula B. Voos, "Productivity-Enhancing Innovations in Work Organization, Compensation, and Employee Participation in the Union Versus the Nonunion Sectors." Advances in Labor and Industrial Relations Research, Vol. VI, edited by David Lewin and Donna Sockell. Greenwich, CT: JAI Press, 1994, pp. 63-109.

Paula B. Voos, Adrienne E. Eaton, and Dale Belman, "Reforming Labor Law to Remove Barriers to High-Performance Work Organization." Labor Law Journal, August 1993, pp. 469-477.

Dale Belman and Paula B. Voos, "Wage Effects of Increased Union Coverage: Methodological Considerations and New Evidence," Industrial and Labor Relations Review, Vol. 46, No. 2 (January 1993), pp. 368-380.

Paula B. Voos, "Designing an Industrial Relations Theory Curriculum for Graduate Students." in Industrial Relations Theory: Its Nature, Scope and Pedagogy, Roy J. Adams and Noah M. Meltz, editors. Metuchen, NJ: IMLR Press/Rutgers University and The Scarecrow Press, 1993, pp. 17-42.

Paula B. Voos, and Tsan Yuan Cheng, "What Do Managers Mean by Cooperative Labor Relations?" Labor Studies Journal, Vol. 14, No. 1 (Spring 1989) pp. 3-18.

Adrienne E. Eaton and Paula B. Voos, "The Ability of Unions to Adapt to Innovative Workplace Arrangements," American Economic Review, Vol. 79, No. 2 (May 1989), pp. 172-176.

Paula B. Voos, "The Influence of Cooperative Programs on Union-Management Relations, Flexibility, and Other Labor Relations Outcomes," Journal of Labor Research, Vol. 10, No. 1 (Winter 1989), pp. 103-117.

Paula B. Voos, "The Practices Consonant with Cooperative Labor Relations," Labor Law Journal, Vol. 40, No. 8 (August 1989), pp. 483-490.

Vita, Paula B. Voos

Dale Belman and Paula B. Voos, "Race and Labor Market Segmentation Among Women Workers," Proceedings of the Forty-First Annual Meeting of the Industrial Relations Research Association, New York, December 28-30, 1988, pp. 125-133.

Paula B. Voos, "Managerial Perceptions of the Economic Impact of Labor Relations Programs," Industrial and Labor Relations Review, Vol. 40, No. 2 (January 1987), pp. 195-208.

Paula B. Voos, "Union Organizing Expenditures: Determinants and Their Implications for Union Growth," Journal of Labor Research, Vol. 8, No. 1 (Winter 1987), pp. 19-30.

Paula B. Voos, and Lawrence R. Mishel, "The Union Impact on Profits in the Supermarket Industry," Review of Economics and Statistics, Vol. 68, No. 3 (August 1986), pp. 513-517.

Paula B. Voos, and Lawrence R. Mishel, "The Union Impact on Profits: Evidence from Industry Price-Cost Margin Data," Journal of Labor Economics, Vol. 4, No. 1 (January 1986), pp. 105-133.

Paula B. Voos, "Cooperative Labor Relations and the Collective Bargaining Environment," Proceedings of the Thirty-Eighth Annual Meeting of the Industrial Relations Research Association, December 27-30, 1985, pp. 287-295; excerpted as "Environmental Factors in the Labor-Management Relationship," Monthly Labor Review, Vol. 109, No. 4 (April 1986), pp. 47-48.
Paula B. Voos, "Trends in Union Organizing Expenditures, 1953-1977," Industrial and Labor Relations Review, Vol. 38, No. 1 (October 1984), pp. 52-63.

Paula B. Voos, "Labor Union Organizing Programs, 1954-1977," Proceedings of the Thirty-Sixth Annual Meeting of the Industrial Relations Research Association, December 1983, San Francisco, pp. 215-217; excerpted as "Does it Pay to Organize? Estimating the Cost to Unions," Monthly Labor Review, Vol. 107, No. 6 (June 1984), pp. 43-44.

Paula B. Voos, "Determinants of U.S. Unionism: Past Research and Future Needs, A Comment" Industrial Relations, Vol. 22, No. 3 (Fall 1983), pp. 445-450.

Paula B. Voos, "Union Organizing: Costs and Benefits," Industrial and Labor Relations Review, Vol. 36, No. 4 (July 1983), pp. 576-591.


Other Academic Publications, Reports, Manuscripts, and Discussion Papers

Dale Belman and Paula B. Voos, "High Wages and Union Decline: Evidence from the Construction Industry," Unpublished manuscript under review, August 2004.

Paula B. Voos, "Changing Labor Markets: Implications for Industrial Relations," Don Wood Lecture, Queen's University, Kingston, Ontario, 10/29/98.

Vita, Paula B. Voos

Paula B. Voos, and Dale Belman, "The Household Income of Wisconsin Union Members," Institute for Wisconsin's Future, October, 1997.

Paula B. Voos, "Discussion of Richard Hymen's 'The Future of Employee Representation,'" British Journal of Industrial Relations, Vol. 35, No. 3 (September, 1997), pp. 332-336.

Paula B. Voos, "The Continued Vitality of Collective Bargaining for the Twenty-First Century," Presented at the Conference, Jobs and Justice, Pennsylvania State University, June 26-29, 1996.

Dong-one Kim and Paula B. Voos, "The Type of Gainsharing Adopted in North America: A Multinomial Logit Model," Unpublished paper, January, 1996.

Dale Belman and Paula B. Voos, "Prevailing Wage Laws in Construction: The Costs of Repeal to Wisconsin," Institute for Wisconsin's Future, Milwaukee, October, 1995.

Paula B. Voos, Francine Horton, and Susan J. Moeser, "The Contribution of Employee Participation and Voice to the Successful Implementation of New Technology, Work Organization and Training: Insights from Four Paper Mills." Report to the National Center for the Workplace, June, 1995.

Paula B. Voos, Adrienne E. Eaton, and Dale Belman, "Public Policies to Encourage Labor Management Cooperation," Written at the request of the Clinton transition subcommittee on labor policy, December 1992.

Ross Finnie and Paula B. Voos, "Job Turnover by Sex and Race: Some Methodological Considerations and New Empirical Findings," Working Paper 9121, Departement D'Economique, Universite Laval, July 1992.

Paula B. Voos, "The Interrelationships Between Economics and Industrial Relations," Report prepared for the Commission on Graduate Education in Economics, American Economics Association, October 1989.

Paula B. Voos, (with the assistance of Ross E. Finnie) "A Statistical Analysis of the Turnover of Women and Minorities in State Government." Report to the State of Wisconsin, October, 1988.

Paula B. Voos, "Wage Discrimination: A New Approach Based on the Direct Measurement of Productivity," Presented at CSWEP Session, American Economics Association, New York City, December 28, 1985, pp. 1-9.

Paula B. Voos, and Lawrence R. Mishel, "The Union Impact on Profits: Evidence from the Supermarket Industry," Working Paper No. 88, North Central Project 117, Department of Agricultural Economics, University of Wisconsin-Madison, October, 1985, pp. 1-28.

Paula B. Voos, "Discussion of Contributed Papers in Labor Economics," Proceedings of the Thirty-Seventh Annual Meeting of the Industrial Relations Research Association, December 1984, Dallas, Texas, pp. 134-137.

Vita, Paula B. Voos

Paula B. Voos, "Discussion of Papers on Comparable Worth," Proceedings of the Thirty-Seventh Annual Meeting of the Industrial Relations Research Association, December 1984, Dallas, Texas, pp. 201-204.

Paula B. Voos, "Labor Union Organizing Programs, 1954-1977" Unpublished Ph.D Thesis, Harvard University, 1982. Supervised by John T. Dunlop, James L. Medoff, and Richard B. Freeman.


Invited Reviews

Brother Outsider: The Life of Bayard Rustin. Video produced by California Newsreel. (South Burlington, VT, 2002). For Labor Studies Journal, forthcoming.

Beth Shulman. The Betrayal of Work: How Low-Wage Jobs Fail 30 Million Americans and Their Families. (New York: The New Press, 2003). Review coauthored by Gwen Evans. For Labor Studies Journal, Vol. 29, No. 4 (Winter, 2005), pp. 119-120.

Lost Futures: The Problem of Child Labor. Video produced by the International and Public Affairs Departments of the American Federation of Teachers. (Washington, DC: n.d.). For Labor Studies Journal, Vol. 27, No. 4 (Winter, 2003), pp. 103-4.

Michael H. Belzer. Sweatshops on Wheels: Winners and Losers in Trucking Deregulation. (New York: Oxford University Press, 2000). For Industrial and Labor Relations Review, Vol. 54, No. 4, July 2001, pp. 891-893.

Appelbaum, Eileen, Thomas Bailey, Peter Berg, and Arne L. Kalleberg. Manufacturing Advantage: Why High-Performance Systems Pay Off. (Ithaca, ILR Press, 2000). For Journal of Economic Literature, Vol. 39, June 2001, pp. 148-49.

Book review essay, "Progressive Perspectives on Union Renewal," of Gregory Mantsios, ed. A New Labor Movement for the New Century (New York: Monthly Review Press, 1998); Bruce Nissen, ed. Which Direction for Organized Labor (Detroit: Wayne State University Press, 1999), and Michael Yates, Why Unions Matter (New York: Monthly Review Press, 1998). For Work and Occupations, Vol 27, No. 2, May 2000, pp. 244-254.

Bronfenbrenner, Kate, Sheldon Friedman, Richard W. Hurd, Rudolph A. Oswald and Ronald Seeber, Organizing to Win: New Research on Union Strategies. (Ithaca, NY: Cornell University Press, 1998). For British Journal of Industrial Relations, Vol. 37, No. 3, September 1999, pp. 511-513.

Cappelli, Peter, Laurie Bassi, Harry Katz, David Knoke, Paul Osterman, and Michael Useem, Change at Work. (New York: Oxford University Press, 1997). For Comparative Labor Law and Policy, forthcoming 1999.

Vita, Paula B. Voos

Levine, David I.  Reinventing the Workplace:  How Business and Employees Can Both Win.
(Washington, DC:  Brookings, 1995.)  For Journal of Economic Literature, Vol. 34, No. 2, June,
1996, pp. 790-2.

Clark Kerr and Paula D. Staudohar, eds.  Labor Economics and Industrial Relations:  Markets
and Institutions.  Wertheim Publications in Industrial Relations.  (Cambridge, MA and London:
Harvard University Press, 1994).  For Journal of Economic Literature, Vol. 33, No. 4, December,
1995, pp. 2001-2.

Bruce E. Kaufman and Morris M. Kleiner, eds.  Employee Representation:  Alternatives and
Future Directions.  (Madison, WI:  IRRA, 1993).  For Industrial and Labor Relations Review,
Vol. 49, No. 1, October, 1995, pp. 172-3.

Eileen Appelbaum and Rosemary Batt, The New American Workplace:  Transforming Work
Systems in the United States.  (Ithaca, NY:  ILR Press, 1994).  For Relations Industrielles, 1995.

Barry Bluestone and Irving Bluestone, Negotiating the Future:  A Labor Perspective on
American Business, (New York:  Basic Books, 1992).  For Industrial and Labor Relations
Review, Vol. 47, No. 2 (January 1994), pp. 332-334.

Juliet B. Schor, The Overworked American:  The Unexpected Decline of Leisure, (New York:
Basic Books, 1991).  For The Annals of the American Academy of Political and Social Science,
March 1993, p. 234.

David Bensman and Roberta Lynch, Rusted Dreams:  Hard Times in a Steel Community,
(Berkeley and Los Angeles:  University of California Press, 1987).  For Journal of Labor
Research, Vol. 10, No. 3, Summer, 1989, pp. 333-335.

Charles R. Perry, Union Corporate Campaigns, (Philadelphia:  The Wharton School, University
of Pennsylvania, 1987).  For Industrial and Labor Relations Review, Vol. 42, No. 1, October,
1988, pp. 124-125.

Hilda Kahne, Reconceiving Part-Time Work:  New Perspectives for Older Workers and Women,
(Totowa, N.J.: Rowman and Allanheld, 1985).  For the Journal of Economic Literature, Vol. 24,
No. 4, December 1986, pp. 1841-1842.

Richard Blandy and Sue Richardson, eds., How Labour Markets Work.  For the Journal of
Economic Literature, Vol. 22, No. 1 (March 1984), pp. 143-144.


Other Publications

"The Impact of Union Coverage on the Hourly Earnings of Represented State Government
Employees," (with Dale Belman).  Report submitted to the American Federation of State,
County, and Municipal Employees, Washington, D.C., August 1993.

Vita, Paula B. Voos

"Non-Teaching Local Government Employees:  How the Proportion Represented in a Given State Influences Hourly Earnings," (with Dale Belman).  Report submitted to the American Federation of State, County, and Municipal Employees, Washington, D.C., August 1993.

"The Relationship between Average Hourly Earnings of Individuals Working in the Grocery Industry and the Percent of Such Workers Organized in a Given Metropolitan Area," (with Dale Belman).  Report submitted to the United Food and Commercial Workers, Washington, D.C, February 1991.

"Programs to Improve Labor Relations:  Report of Major Findings from a Survey of Wisconsin Firms," Industrial Relations Research Institute, December, 1984, pp. 1-4.  [Summary sent to survey participants and other interested persons.]

Legal Consulting and Outreach

UAW-GM PEL Program Instructor, Linden, NJ, 2003-2004.

Testified on behalf of UNITE, March 9, 2004, in an interest arbitration regarding the rate of inflation in Northern New Jersey.

Testified on behalf of the National Association of Letter Carriers, Interest Arbitration, Washington, D.C., August, 2000 and July 1995 regarding appropriate methods of wage comparison.

Testified on behalf of Madison Teachers Incorporated, Interest Arbitration, Madison, March 26, 1996 regarding the state of Madison's economy.

Prepared two statistical reports and an affidavit on behalf of the American Federation of State, County, and Municipal Employees, for use in the case, "Richard W. Reese, et al Plaintiffs, v. City of Columbus, et al Defendants,"  Case No. C2-92-268, in the U.S. District Court for the Southern District of Ohio, Eastern Division, 1993.

Testified on behalf of the United Food and Commercial Workers before an Administrative Law Judge, U.S. National Labor Relations Board, Region 16, "United Food and Commercial Workers Locals 951, 588, 7, 1036 and 576," NLRB Case No. 16-CB-3850 (2-6, 9-25, 27, 33, 35-38), regarding the relationship between the percent of the supermarket workforce organized in a particular locale and the wages of represented employees, 1992.

Consulted with Madison Teachers Incorporated regarding measures of the cost-of-living, in preparation for an interest arbitration, 1983.

Vita, Paula B. Voos

Professional Activities and Memberships

Chair, Finance and Membership Committee, Industrial Relations Research Association, January 2005-December 2007.

President, Industrial Relations Research Association, January-December 2003.

Editor-in-Chief, Industrial Relations Research Association.  Chair of Publications Committee, ex officio member of the Executive Committee, Finance Committee, Program Committee, and other central working committees of the Association.  Academic supervisor of copy editor and newsletter editor.  Fall 1993-Fall 2002.

Member of Board of Reviewers, Industrial Relations and British Journal of Industrial Relations.

Member, Board of Reviewers, Industrial and Labor Relations Review, 1993-2003.

Referee:   American Economic Review, British Journal of Industrial Relations, Industrial and Labor Relations Review, Industrial Relations, Journal of Economic History, Journal of Human Resources, Journal of Labor Economics, Journal of Labor Research, Labor Studies Journal, Land Economics, Review of Economics and Statistics, and Southern Journal of Economics.

Reviewer of proposals for National Science Foundation, 1988-1994.

National Executive Board member, Industrial Relations Research Association (IRRA), 1988-1990.

Former member of National IRRA Committees: (1) Statistics, (2) AEA-IRRA Relationships, (3) Research Volume/Editorial Advisory, and (4) Working Group on Research and Publications.

Member, American Economics Association and Committee on the Status of Women in the Economics Profession.

President of the Board of Directors, Red Caboose Day Care Center, 1989 and member of the management team negotiating a new collective bargaining agreement, 1987-88 and 1988-89.

Instructor in Labor Relations, General Motors and United Automobile Workers Paid Employee Leave Program (PEL), Delco Electronics, Milwaukee, 1990-92.


Testimony, Honorary Addresses, Presentations, Invited Conferences (Since 1997)

Speaker, "Pensions in the New Jersey Public Sector:  Challenges for Public Policy," NJ Chapter of the Labor and Employment Relations Association, February 6, 2006.

Panelist, "The State of American Unions," Wolfson Center for National Affairs, The New School, New York, September 28, 2004.

10

Vita, Paula B. Voos

Speaker, "Human Resources, Employment Relations and the Current Economic Outlook,"
SMLR Alumni Association Meeting, Nov. 5, 2003.

Speaker, "The Economic Outlook and Its Implications for Employment Relations," Hudson
Valley Chapter, IRRA, Poughkeepsie, NY, May 8, 2003.

Invited Commentator, "The State of Unions at the Beginning of the Twenty-First Century:
Factors Influencing Union Strength and Weakness – Presentation by Thomas Kochan, " at the
conference, "The Future of Labor Unions," Washington, DC, April 22-24, 2003.

Keynote speaker, "Labor Relations in Times of Tight Budgets," 8th Annual Illinois Public
Sector Labor Relations Law Program, Chicago-Kent College of Law, Chicago, Illinois, October
4, 2002.

Panelist, "Perspectives on the Role of Department Chair," in session organized by the Academic
Leadership Program, Rutgers University, September 25, 2001.

Speaker, School of Management and Labor Relations Alumni Association, "Changing Workers,
Changing Unions, and a Changing Department," New Brunswick, March 9, 2000.

Speaker, New Brunswick Industrial Relations Research Association, "Postal Arbitration – Issues
and Insights," Edison, October 4, 1999.

Speaker, "Labor Management Cooperation: Principles and Practices," Bricklayers and Allied
Craftworkers Executive Council Meeting, Boston, MA, September 25, 1998.

Speaker, "Are You Prepared for the New Workforce?"  Benefits Conference for Public
Employees, International Foundation of Employee Benefit Plans, Seattle, WA, August 18, 1998.

Speaker, "Social Security Reform," Madison Senior Center, April 10, 1998.

Speaker, "Employee Empowerment," Wisconsin Alumni Association meeting at CUNA,
Madison, WI, February 10, 1998.

Discussant, " A Half-Century of Bargaining, U.S. Style: What Has Been Learned?" Allied Social
Science Association Meetings, Chicago, IL, January 3, 1998.

Speaker, "Corporate Downsizing and the Impact on the Workforce," African American Labor
Leaders Economic Summit, Milwaukee, WI, October 24, 1997.

Discussant, "Richard Hyman's 'The Future of Employee Representation." Conference at
London School of Economics organized by British Journal of Industrial Relations, March 14,
1997.

Vita, Paula B. Voos

Speaker, "Unions and Economic Competitiveness," United Autoworkers CAP Conference, Madison, March 3, 1997.

Selected Public and University Service

Member, Benefits Review Task Force, State of New Jersey, Appointed by Governor Codey, May-Nov. 2005.

Member, Curriculum Task Force, Subcommittee of the Rutgers Committee on Undergraduate Education, 2004-05.

Chair, Search Committee for the Librarian of the School of Management and Labor Relations, School of Management and Labor Relations, Rutgers University, 2002-2003.

Chair, Search Committee for Director of the Center for Women and Work, School of Management and Labor Relations, Rutgers University, 2001-2002.

Member, Search Committee for Director of Information Technology of the School of Management and Labor Relations, Rutgers University, 2001-2002.

Member, Search Committee for Librarian of the School of Management and Labor Relations, Rutgers University, 2001-2002.

Member, Workforce Development Coordinating Council, Rutgers University, 1999-2003.

Member, Search Committee for Dean of the School of Management and Labor Relations, Rutgers University, 1999-2000.

Member, Sunset Review Committee, Institute of Industrial Relations, University of California at Los Angeles, 2000.

Member, Social Studies Divisional Committee, University of Wisconsin, 1996-98.

Chair, Outside Review Committee, School for Workers, University of Wisconsin-Extension, July-August, 1996.

President, Institute for Wisconsin's Future, June, 1995-98.

Member, Commission on the Future of Worker-Management Relations, U.S. Departments of Labor and Commerce, March 1993 to December 1994.

Member, Special Committee on the State Collective Bargaining Process, Working with the Joint Economic Committee, Wisconsin State Legislature, 1993-94.

Vita, Paula B. Voos

Minimum Wage Advisory Task Force for the State of Wisconsin.  Member appointed by Gov.
Thompson, April, 1991 to August, 1991.

February 2006

# Dale L. Belman

School of Labor and Industrial Relations                    (517) 353-3905
Michigan State University                                   (517) 355-7656
East Lansing, MI 48842-1032                                 drdale@msu.edu

**Appointments**:

> Professor, School of Labor and Industrial Relations and Department of Economics, Michigan State University, Fall, 2005
>
> Associate Professor, School of Labor and Industrial Relations, Michigan State University, 2000 - 2005
>
> Associate Director for the Academic Program, School of Labor and Industrial Relations, 2003 to present
>
> Acting Director, School of Labor and Industrial Relations (SLIR), Michigan State University (MSU), Fall Semester, 2005
>
> Network Facilitator, Construction Economics Research Network
>
> Associate Director, University of Michigan Trucking Industry Program, Sloan Foundation Industry Project
>
> Co-Chair, Construction Industry Council, Labor and Employment Relations Association
>
> Research Associate, Economic Policy Institute

**Education**:

> Ph.D.,University of Wisconsin-Madison, 1986
>
> M.A., University of Wisconsin-Madison, 1983
>
> B.A., Bowdoin College, 1977

**Prior Appointments**:

> Professor of Economics, University of Wisconsin Milwaukee, 1985 - 2001
>
> Co-Director, Master's Program in Industrial and Labor Relations, University of Wisconsin, Milwaukee, 1993 - 1996.
>
> Associate Director, Master's Program in Industrial and Labor Relations, University of Wisconsin, Milwaukee, 1987 - 1992.
>
> Assistant Professor, Department of Economics, University of Wisconsin, Milwaukee, 1986 - 1990.
>
> Lecturer, Department of Economics, UWM, Fall, 1985.

**Honors and Awards**:

> Graduate School Research Fellowships, UWM, 1987 & 1992.
>
> Graduate School Research Development Grant, UWM, 1989.
>
> Wisconsin Alumni Research Association Fellowship, 1980-81.
>
> Noyes Political Economy Prize, 1977.
>
> Phi Beta Kappa, 1977.

**Grants**:
Funded:

> Principle Investigator, <u>Mis-classification of Construction Workers in Michigan</u>, Institute for Public Policy and Social Research, MSU, Amount:  $25,000.00.

> Co-Principal Investigator: <u>Project Labor Agreements</u>, Electric21 Foundation (National Electrical Contracting Foundation).  Amount:$138,743.00.

> Principal Investigator, <u>Work Organization and Work Life of Construction Workers:  Development of a Representative Survey,</u> Center to Protect Workers Rights/ Center for Disease Control/ National Institute for Occupational Safety and Health:  Amount: $150,000.00.

> Co-Principal Investigator, <u>Employment, Labor and Manufacturing in Michigan: A Project on Marketing Michigan's Labor-Management Strengths</u>: State of Michigan, Amount:  $143,000.00.

> Associate Director, <u>Trucking Industry Program</u>, Alfred P. Sloan Foundation Industry Studies Program, 1995 - 2001, Amount $4.5 million.

> Co-Principal Investigator,  <u>Changing Careers and Compensation in America's Largest Employers: Internal Labor Markets from 1955 to 1995</u>, W. J. Upjohn Institute for Employment Research, Amount: $50,000.00.

> Principal Investigator, <u>Occupational Tenure in Construction: Implications for Work life Outcomes</u>, Center to Protect Workers Rights, Amount: $20,000.00.

Submitted:

> Senior Researcher,  <u>The Effect of No Child Left Behind on Educational Innovation</u>, National Science Foundation, Amount, $750,000.00

**Publications**:
**Book and Monographs**:

**Authored:**

> <u>Sailors of the Concrete Sea: A Portrait of Truck Drivers' Work and Life</u>, MSU Press, 2005, (with K. Monaco and T.J. Brooks), pp. 207.

> <u>How New is "The New Employment Contract"?</u>  Kalamazoo, MI: Upjohn Institute, 2002, (with D. Levine, G. Charness, E. Groshen and K.C. O'Shaughnessy), pp 269.

**Edited:**

> <u>Trucking in the Age of Information</u>, London, U.K.: Ashgate Publishing Ltd, 2006 (with C.C.White III),pp. 305.

Public Sector Employment in a Time of Transformation, Industrial Relations Research Association, Madison, WI,  1996. (with D. Hyatt and M. Gunderson)., pp. 307.

**Articles in Books:**

"Truck Owner-operators: Entrepreneur or Galvanized Employees?" In  R. Heneman & J. Tanksy,  Eds., Research on Entrepreneurship.  JAI Press. Forthcoming, 2006 (with  E.E. Kossek).

"Transformation in the Logistics Industry" in Wm. B. Rouse, Ed., Enterprise Transformation:  Understanding and Enabling Fundamental Change, Hoboken, N. J.: John Wiley and Sons, Inc., 2006, pp 131 - 160 (with Chelsea White, III).

"The Economic Dimension of the Employment Relationship" In Jackie Coyle-Shapiro, Lynn Shore, Susan Taylor, Lois Tetrick, Eds.., The Employment Relationship: Examining Psychological and Contextual Perspectives. Oxford: Oxford University Press.2004, pp. 94-118, (with R. Block and P. Berg).

"Prevailing Wage Laws and Minority Employment in Construction" in H. Azari-Rad and P. Philips, Eds. The Economics of Prevailing Wage Laws, Ashgate, 2005, pp. 101-122, (with P. Philips).

"Truck Drivers in the Age of Information: Transformation without Gain" In D. Belman and C.C. White, Eds. Trucking in the Age of Information, London, U.K.: Ashgate Publishing Ltd, 2005, pp 183-213, (with K. Monaco and F. LaFontaine).

"An Econometric Analysis of the Impact of Technology on the Work Lives of Truck Drivers" In J. Peoples and W. K. Talley, Eds., Transportation Labor Issues and Regulation, Amsterdam:  Elsevier, 2004, pp. 57-78 (with K. Monaco).

"Automotive and Other Manufacturing in Michigan: Output, Employment, Earnings and Collective Bargaining 1980-2000"  C.L. Ballard, P.N. Courant, D.C. Drake, R.C. Fisher, E.R. Gerber, Eds.  Michigan at the Millenium  A benchmark and analysis of its fiscal and economic structure, East Lansing, MI: Michigan State University Press, 2003, pp. 145-168,  (with R. Block).

"Which Workers Are Non-Standard and Contingent?  Does Contingent Work Pay?" In I.U. Zeytinoglu, Ed.,  Flexible Work Arrangements: Conceptualizations and International Experiences, The Hague, Netherlands: Kluwer Law International, 2002, pp 241-268. (with L Golden)

"Collective Bargaining and Organizational Performance" In R. Block, Ed. Collective Bargaining, Firm Competitiveness, and Employment in the United

States, Kalamazoo, Michigan: W.E. Upjohn Institute for Employment Research (2003), pp. 45-74. (with R. Block).

"Nonstandard and Contingent Employment: Contrasts by Job Type, Industry and Occupation" In F. Carré, M.A. Ferber, L. Golden, S.A. Herzenberg, Eds. Non-Standard Work Arrangements. Madison, WI: Industrial Relations Research Association, 2000, pp. 167-212. (with L. Golden)

"Is Small Beautiful for Employees?"  Small Comfort: Small Business, Job Creation and Wages, Economic Policy Institute Study, 1998, pp. 1-60, (with E. Groshen).

"Regulation of Labor Markets: Balancing the Benefits and Cost of Competition" In B. Kaufman, Ed., Government Regulation of the Employment Relationship, Madison, WI: Industrial Relations Research Association, 1998, pp. 178-219, (with M. Belzer).

The Structure of Compensation in the Public Sector" In M. Gunderson, D. Hyatt, D. Belman, Eds. Public Sector Employment in a Time of Transformation, Madison, WI: Industrial Relations Research Association, 1996, pp. 127-161, (with  J. Heywood)

"Introduction" In M. Gunderson, D. Hyatt, D. Belman, Eds., Public Sector Employment in a Time of Transformation, Industrial Relations Research Association, Madison, WI, 1996, pp. 1-20. (with D. Hyatt and M. Gunderson).

"International Trade and the Performance of U.S. Labor Markets" In R. Blecker, Ed., U.S. Trade Policy and Global Growth : New Directions in the International Economy, Armonk, NY: M. E. Sharpe, 1995, pp. 61-104. (with T. Lee).

"Unions, the Quality of Labor Relations, and Firm Performance" In P. Voos and L. Mishel, Eds., Unions and Economic Competitiveness, Armonk, NY: M.E. Sharpe, 1992, pp.41-108.

Concentration and Wages : Direct and Indirect effects" In Leonard Weiss, Ed., Concentration and Price, Cambridge, MA: MIT Press, 1990, pp. 85-111. (with L. Weiss).

**Journal Articles**:

"Are Truck Drivers Underpaid" Applied Economics Letters, vol. 12, no. 1, January, 2005, pp. 13 - 18, (with K. Monaco).

"Size, Skill and Sorting" Labour, vol. 18, n. 4, December, 2004, pp 515 - 561, (with D. Levine).

"Public Sector Wage Comparability: The Role of Earnings Dispersion" Public Finance Review, vol. 32, no. 4, November, 2004, pp. 567-587, (with J. Heywood)

The Minimum Wage: Consequences for Prices and Quantities in Low-Wage Labor Markets" Journal of Business & Economic Statistics, vol. 22, no. 3, July, 2004, pp. 296 - 311, (with P. Wolfson).

"Changes in Union Wage Effects by Industry: A Fresh Look at the Evidence" Industrial Relations, vol. 43, no.3, July, 2004, pp. 491 - 519, (with P. Voos).

"Public Wage Differentials and the Treatment of Occupational Differences" Journal of Policy Analysis and Management, vol. 23, no.1, Winter, 2004, pp. 135 - 152, (with J. Heywood).

"Public Sector Earnings Comparability: Alternative Estimates for the U.S. Postal Service" Relations Industrielle/Industrial Relations, vol. 57, no. 4, 2002, pp. 687 - 711, (with J. Heywood and P. Voos).

"The Minimum Wage, Employment, and the AS-IF Methodology: A Forecasting Approach to Evaluating the Minimum Wage" Empirical Economics, vol. 26, no. 3, August, 2001, pp. 487 - 514,  (with P. Wolfson).

"The Effects of Deregulation, De-unionization, Technology, and Human Capital on the Work and Work Lives of Truck Drivers" Industrial and Labor Relations Review, vol. 54, March, 2001, pp.  502 - 524, (with K. Monaco).

"Its Bark is Worse than its Bite:  The Minimum Wage in the United States" Australian Economic Papers, vol. 38, no. 2, June, 1999, pp. 143 - 163 (with P. Wolfson).

"Public Sector Earnings and the Extent of Unionization" Industrial and Labor Relations Review, vol. 50, no. 4, (July, 1997) pp. 610 - 628, (with J. Heywood and J. Lund)

"Sheepskin Effects by Cohort: Implications of Job Matching in a Signaling Model" Oxford Economic Papers, vol. 49, no. 4, (October, 1997) pp. 623 - 637, (with J. Heywood).

"Changes in the Relative Provision of Public Sector Pensions" Public Finance Review, vol. 25, no. 4, July, 1997, pp. 426 - 441, (with J. Heywood).

"State and Local Government Wage Differentials:  An Interstate Analysis" Journal of Labor Research, vol. 16, no. 2, Spring, 1995, pp. 187-202, (with J. Heywood).

"Comparing Public and Private Earnings Using State Wage Surveys" Journal of Economic and Social Measurement, vol. 20, no. 2, May, 1994, pp.79-94 (with T. Franklin and J. Heywood).

"Reforming Labor Law to Remove Barriers to High Performance Work Organization" Labor Law Journal, August, 1993, pp. 469-476, (with A. Eaton, and P. Voos).

"Wage Effects of Increased Union Coverage:  Methodological Considerations and Evidence From the Supermarket and Aerospace Industries" Industrial and Labor Relations Review, vol. 46, no. 2, January, 1993, pp. 368-380, (with P. Voos).

"Job Attributes and Federal Wage Differentials"  Industrial Relations, vol. 32, no.1, Winter, 1993, pp. 148-157, (with J. Heywood).

"Work Groups, Efficiency Wages, and Work Effort" Journal of Post Keynesian Economics, vol. 14, no. 4, Summer, (1992), pp. 497-522, (with R. Drago, and M. Wooden).

"Wages, Incentive Schemes and the Role of Gender" Review of Social Economy, vol. 50, no. 2, Summer, (1992), pp.149-162, (with J. Heywood).

"Sheepskin Effects in the Returns to Education: An Examination of Women and Minorities" The Review of Economics and Statistics, vol.73, no. 4, November (1991), pp. 720 -724, (with J. Heywood).

"Direct and Indirect Effects of Unionization and Government Employment on Fringe Benefit Provision" Journal of Labor Research, vol. 12, no. 2, Spring, 1991, pp. 111-122, (with J. Heywood).

"The Concentration-Earnings Hypothesis: Reconciling Individual and Industry Data in U.S. Studies" Oxford Bulletin of Economics and Statistics, vol. 52, no. 3, August (1990), pp. 293 - 302, (with J. Heywood).

"Market Structure and Worker Quality"  The Journal of Industrial Economics, vol. 39, no. 2, December, 1990, pp. 155-168, (with J. Heywood).

"The Effect of Establishment and Firm Size on Public Wage Differentials" Public Finance Quarterly, vol. 18, no. 2, April, 1990, pp. 221 - 235, (with J. Heywood).

"Union Membership, Union Organization and the Dispersion of Wages" The Review of Economics and Statistics, vol. 72, no. 1, Feb., 1990, pp. 148 - 153, (with J. Heywood).

"Application of the 'Oaxaca Decomposition' to Probit Estimates:  The Case of Unions and Fringe Benefit Provision" Economics Letters, vol. 32, no. 1, 1990, pp. 101 -104, (with J. Heywood).

"Government Wage Differentials: A Sample Selection Approach"  Applied Economics, vol. 21, no. 4, April, 1989, pp. 427 - 438, (with J. Heywood).

"Establishment Size, Public Administration, and Government Wage Differentials" Economics Letters, vol. 29, no. 1, 1989, pp. 95 - 98, (with J. Heywood).

"Concentration, Unionism and Labor Earnings:  A Sample Selection Approach" The Review of Economics and Statistics, vol. 70, no. 3, August, 1988, pp. 391 - 397.

"Public Wage Differentials and the Public Administration 'Industry'" Industrial Relations, vol. 27, no. 3, Fall, 1988, pp. 385 - 393, (with J. Heywood).

"Incentive Schemes and Racial Wage Discrimination" Review of Black Political Economy, vol. 17, no. 1, Summer, 1988, pp. 47 - 56, (with J. Heywood).

**Proceedings Papers**:
"Employee Compensation in the Federal Sector: Is Comparability Enough?" in Proceedings of the Fifty-Second Annual Meeting, Industrial Relations Research Association Madison, 1997,  pp. 230 - 236.

Postal Comparability: Issues of Definition and Measurement" in Proceedings of the Forty-Ninth Annual Meetings, Industrial Relations Research Association Madison, 1997,  pp. 38 - 47,  (with P. Voos).

"Race and Labor Market Segregation Among Women Workers" Proceedings of the Forty-First Annual Meeting, Industrial Relations Research Association, B. Dennis, ed., IRRA, Madison, WI., 1989, (with P. Voos).

**Book Reviews**:
Review of "Restoring the Promise of American Labor Law" Challenge, July-August, 2000, pp. 58-63.

Review of "Grand Designs: The Impact of Corporate Strategies on Workers, Unions and Communities Relations," Industrielles/Industrial Relations, vol. 49, no. 3, Summer, 1994, pp. 606-608.

**Other Publications**:
"The Household Income of Wisconsin Union Members" Institute for Wisconsin's Future, October, 1997, (with P. Voos).

"The Changing Characteristics of the Construction Labor Force: 1978 - 1995," for the <u>Construction Alliance</u>.

"Wisconsin's Prevailing Wage Statute:  Achieving a Family Wage and a Skilled Workforce" <u>Institute for Wisconsin's Future</u>, October, 1996, (with P. Voos).

"America's Protected Class:  An Analysis"  <u>Economic Policy Institute</u>, Spring 1993, (with J. Heywood).

"Public and Private Pay in Wisconsin" policy paper, <u>Wisconsin Policy Research Institute</u>, Spring 1993, (with J. Heywood).

**Work in Progress**:
Do Large Union Wage Differentials Reduce Future Union Density: The Case of Construction" under second review, <u>ILRR</u> (With Paula Voos)

"Voice Effects in Trucking" to be submitted to <u>British Journal of Industrial Relations</u>.

"Hours of Work and Earnings in a Weakly Regulated Labor Market: The Case of Truck Drivers" (with P. Wolfson and K. Monaco).

"The Effect of Employer Size on the Pay and Performance of Truck Drivers" (with K.  Monaco)

"The Effect of Project Labor Agreements on the Cost of School Construction in New England" submitted to <u>IR</u>, (with William Schriver, Richard Kelso and Russell Ormiston).

"An Analysis of the Impact of the Minimum Wage on Employment, Earnings and Hours of Work" (with P. Wolfson).

**Presentations**:
"The Costs and Benefits of Wage Regulations: Two Studies of the Effects of Project Labor Agreements on School Construction"  New England Study Group, Boston Federal Reserve, April, 2004 (with William Schriver, Richard Kelso and Russell Ormiston)

"An Econometric Analysis of the Impact of Technology on the Work Life of Truck Drivers" 2004 Sloan Industry Conference, Atlanta, Georgia, April, 2003 (with Kristen Monaco).

"The Effect of Minimum Wage Increases on Wages and Total Hours of Employment in Low Wage Industries: A Panel Time Series Approach" AEA/ASSA meetings, January, 2004 (with Paul Wolfson).

"The Consequences of the New Hours of Service Regulations for Trucking Firms" Hours of Service Summit, Georgia Institute of Technology, October, 2003.

"Development of a Survey of Construction Workers" Sloan Construction Industry Program, University of Texas at Austin, August, 2001.

"Public Sector Earnings Comparability: Alternative Treatments in the Case of the Postal Service" 9th Annual Conference on Postal and Delivery Economics, Sorrento, Italy, June, 2001.

"Work Hours and Hours of Service: Regulation in the Trucking Industry" Industrial Relations Research Association Conference on Work and Family, June, 2000.

"Prevailing Wage Laws, Unions and Minority Employment in Construction" Industrial Relations Research Association Meetings, January, 2000, (with Peter Phillips).

"Pay Determination in the Federal Sector: Is Comparability Enough?" Industrial Relations Research Association Meetings, January, 2000.

"Contingent and Non-Standard Work Arrangements in the United States: Dispersion and Contrasts by Industry, Occupation and Job Type, Industrial Relations Research Association Meetings" January, 2000, (with Lonnie Golden).

"The Effect of Employer Size on Truck Drivers Pay and Performance" Transportation and Public Utilities Group, American Economics Association, January, 2000.

"Union Bargaining Power: A First Look at the Evidence" Conference on Unions and the Labor Market sponsored by the Russell-Sage Foundation and the University of Hawaii, Honolulu, Hawaii.  January, 1998.

"Regulations of Labor Markets: Balancing the Benefits and Costs of Competition" Industrial Relations Research Association, San Francisco, January, 1997.

"Compensation in the Public Sector" Industrial Relations Research Association, San Francisco, January, 1997.

"Postal Comparability: Issues of Definition and Measurement" Industrial Relations Research Association, New Orleans,  January, 1996, (with P. Voos).

"Public Sector Compensation: Issues and Methodology" International Industrial Relations Association, Washington, D.C.  June, 1995

"The Effects of International Trade on Wages, Employment, and Wage Inequality in U.S. Labor Markets"  conference on segmented labor markets, University of Notre Dame, April, 1995.

**Journal Referee**:
Econometrica
Industrial and Labor Relations Review.
Review of Economics and Statistics.
Industrial Relations
Journal of Post Keynesian Economics.
Applied Economics.
State and Local Government Review

**Teaching Experience**:
Courses Taught in the SLIR, MSU: Fall 1990 - Spring 2006
Labor Markets, graduate
Employment Relations in the Public Sector, graduate
Data Sources, graduate

Courses Taught at UWM:  Fall, 1985 - Spring, 1999
Labor Economics, graduate
Labor Economics, undergraduate
Econometrics, graduate
Econometrics, undergraduate
Mathematical Statistics, graduate
Mathematical Statistics, undergraduate
Collective Bargaining, graduate
Collective Bargaining, undergraduate
Public Sector Collective Bargaining, graduate
Introductory Microeconomic Theory, undergraduate

**University Service**:
Chair, Ph.D. Committee, SLIR, MSU, 2001 - 2003

Academic Curriculum and Policy Committee, Michigan State University, College of Social Sciences, 2000 - 2002

Divisional Committee, Division of the Social Sciences, UWM, 1999 -2000.
Academic Policy and Curriculum Committee in 1998-1999.

Pay Equity Analysis Committee,  University of Wisconsin-Milwaukee, 1995 - 1996.

Computer Policy Committee: 1987 - 1990
- Academic Needs subcommittee 1988 - 1990
- Chair, Academic Needs subcommittee, 1990

Social Science Research Facility Administrative Committee:  1987 - 1989

**Community Service**:

Board Member, Institute for Wisconsin's Future, 1997 - 2000

Consultant, Governor's Task Force on the Minimum Wage, 1996

Member, Advisory Council, School for Workers, UW Extension

I have also been extensively involved with the Labor-Management Community in Milwaukee and Wisconsin.  I served on the administrative Committee for the Wisconsin State Convention for Labor-Management Cooperation in the late 1980's and have taught the labor relations section of the GM-UAW PEL program at two local General Motors plants for several years.  I have also taught seminars on labor relations for the School for Workers and for unions in the Milwaukee Area and have run mock bargaining training sessions for the USW and OPEIU to raise money for an MILR Labor Scholarship.

**Additional Experience**:

International Representative, Synthetic Fibers Division, Amalgamated Clothing and Textile Workers Union, 1977-1979.

Industrial Relations Specialist, Labor-Management Services Administration, U.S. Department of Labor, 1979-1980.

Dale Belman
Rule 26 Submission
Publications, Fees and Prior Service as an Expert:

Publications:  1994 - 2004

Publications:

Book and Monographs:

Authored:

Sailors of the Concrete Sea:  The Work and Worklife of Truck Drivers, Michigan State
University Press, (with Kristen Monaco and T.J. Brooks), forthcoming in 2004.

How New is "The New Employment Contract"?,  Kalamazoo, MI: Upjohn Institute,
2002, (with D. Levine, G. Charness, E. Groshen and K.C. O'Shaughnessy), pp 269.

Edited:

Public Sector Employment in a Time of Transformation, Industrial Relations Research
Association, Madison, WI,  1996. (with Douglas Hyatt and Morley Gunderson).

Articles in Books:

"Truck Owner-operators: Entrepreneur or Galvanized Employees?" In  R. Heneman &
J. Tanksy,  Eds. Research on Entrepreneurship.  JAI Press. Forthcoming, 2004 (with
E.E. Kossek).

"The Economic Dimension of the Employment Relationship" in Jackie Coyle-Shapiro,
Lynn Shore, Susan Taylor, Lois Tetrick (eds). The Employment Relationship:
Examining Psychological and Contextual Perspectives. Oxford: Oxford University
Press. Forthcoming, (Richard N. Block, Peter Berg, and Dale Belman).

"Automotive and Other Manufacturing in Michigan: Output, Employment, Earnings
and Collective Bargaining 1980 - 2000" in Michigan at the Millenium,   eds., East
Lansing, MI: Michigan State University Press, 2003, pp. 145 - 168,  (with R. Bloch).

"Prevailing Wage Laws and Minority Employment in Construction" in Azari and
Philips, Prevailing Wages,   Ashgate, forthcoming. (with P. Philips).

"Which Workers Are Non-Standard and Contingent?  Does Contingent Work Pay?" in
Zeytinoglu, I.U. (Ed.) Forthcoming (in 2003),  Flexible Work Arrangements:
Conceptualizations and International Experiences, The Hague, Netherlands:Kluwer
Law International, Studies of Employment and Public Policy Series, pp 241 - 268.
(with L. Golden).

"Collective Bargaining and Organizational Performance" in Collective Bargaining, Firm Competitiveness, and Employment in the United States, Richard N. Block, editor, Kalamazoo, Michigan: W.E. Upjohn Institute for Employment Research (2003) (with R. Block).

"Nonstandard and Contingent Employment: Contrasts by Job Type, Industry and Occupation" in Non-Standard Work Arrangements Industrial Relations Research Association, Madison, WI, 2000, (with L. Golden).

"Is Small Beautiful for Employees?"  Small Comfort: Small Business, Job Creation and Wages, Economic Policy Institute Study, June, 1998, pp. 1-60, (with Erica Groshen).

"Regulation of Labor Markets: Balancing the Benefits and Cost of Competition" in Government Regulation of the Employment Relationship, B. Kaufman, ed., Madison, WI: IRRA, December, 1997, (with M. Belzer).

"The Structure of Compensation in the Public Sector" in Public Sector Employment in a Time of Transformation, Industrial Relations Research Association, Madison, WI, 1996, (with  J. Heywood).

"Introduction" in Public Sector Employment in a Time of Transformation, Industrial Relations Research Association, Madison, WI, 1996. (with D. Hyatt and M. Gunderson).

"International Trade and U.S. Labor Market Performance" in International Trade: Theory and Measurement, Robert Blecker, ed., M. E. Sharpe, 1995, (with T. Lee).

Journal Articles:

"The Minimum Wage: Consequences for Prices and Quantities in Low-Wage Labor Markets" Journal of Business & Economic Statistics, forthcoming, (with Paul Wolfson).

"Change in Wage Effects by Industry: A Fresh Look at the Evidence" Industrial Relations, forthcoming, (with Paula Voos).

"Public Wage Differentials and the Treatment of Occupational Differences" Journal of Policy Analysis and Management, Vol 23, No.1, 2003, pp. 135 - 152, (with John Heywood).

"Public Sector Earnings Comparability: The Role of Earnings Dispersion" Public Finance Review, forthcoming, (with John Heywood).

"Public Sector Earnings Comparability: Alternative Estimates for the Postal Service" Relations Industrielle/Industrial Relations, Vol. 57, n. 4, 2002, pp 687 - 711, (with John Heywood and Paula Voos).

"The Minimum Wage, Employment, and the AS-IF Methodology: A Forecasting Approach to Evaluating the Minimum Wage" Empirical Economics, Vol. 26, n. 3, August, 2001, pp 487 - 514,  (with P. Wolfson).

"The Effects of Deregulation, De-unionization, Technology, and Human Capital on the Work and Work Lives of Truck Drivers" Industrial and Labor Relations Review, March, 2001, pp.  502 - 524, (with K. Monaco).

"Its Bark is Worse than its Bite:  The Minimum Wage in the United States" Australian Economic Papers, June, 1999, pp 143 - 163 (with Paul Wolfson).

"Public Sector Earnings and the Extent of Unionization" Industrial and Labor Relations Review, Vol. 50, n. 4, (July, 1997) pp 610 - 628, (with J. Heywood and J. Lund).

"Sheepskin Effects by Cohort:  An Appropriate Test of the Signaling Hypothesis" Oxford Economic Papers, Vol. 49, n. 4, (October, 1997) pp 623 - 637, (with J. Heywood).

"Changes in the Relative Provision of Pensions in the Public Sector"  Public Finance Review, Vol. 25, n. 4, July, 1997, pp 426 - 441, (with J. Heywood).

"State and Local Wage Differentials:  An Interstate Analysis"  Journal of Labor Research, Vol. XVI, n. 2, (Spring, 1995), pp 187-202, (with J. Heywood).

"Comparing Public and Private Earnings Using State Wage Surveys"  Journal of Economic and Social Measurement, Vol. 20, n. 2, 79-94, 1995 (with T. Franklin and J. Heywood).

Proceedings Papers:

"Employee Compensation in the Federal Sector: Is Comparability Enough?" in Proceedings of the Fifty-Second Annual Meeting, Industrial Relations Research Association Madison, 1997,  pp 230 - 236.

"Postal Comparability: Issues of Definition and Measurement" in  Proceedings of the Forty-Ninth Annual Meetings, Industrial Relations Research Association Madison, 1997, pp 38 - 47,  (with P. Voos).

Service as Expert in the Last Four Years

Served as expert in Teamsters Local 75 (Schreiber Foods), 30-CB-3077, before the National Labor Relations Board, December 12, 2001.

Fees in the Current Case:

Fees are $100 per hour plus expenses.