UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                                     :
In re:                                                               :    Chapter 11
                                                                     :
DELPHI CORPORATION, *et al.,*                                        :
                                                                     :    Case No. 05-44481 (RDD)
                                                                     :    (Jointly Administered)
                                        Debtors.                     :
                                                                     :
---------------------------------------------------------------------x

**NOTICE OF FILING UNDER SEAL OF
EXPERT REPORT OF SUSAN HELPER
IN OPPOSITION TO DEBTORS' MOTION FOR ORDER UNDER
11 U.S.C. §1113(c) AUTHORIZING REJECTION OF COLLECTIVE
BARGAINING AGREEMENTS AND UNDER 11 U.S.C. §1114(g)
<u>AUTHORIZING MODIFICATION OF RETIREE WELFARE BENEFITS</u>**

CONTENTS FILED  UNDER  SEAL
Pursuant to the October 13, 2005 Section 1113(d)(3) and Section 1114(k)(3) Protective Order