Eckert, Seamans, Cherin & Mellott, LLC
300 Delaware Avenue
Suite 1360
Wilmington, DE 19801
(302) 425-0430
Michael G. Busenkell

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | x | Chapter 11 |
|---|---|---|
| In re: | : | |
| | : | Case No. 05-44481 (RDD) |
| DELPHI CORPORATION, et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | x | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that the undersigned, counsel for Chicago Miniature Optoelectronic Technologies, Inc. ("Chicago Miniature"), hereby substitutes its appearance for Morris, Nichols, Arsht & Tunnell, LLP.

PLEASE TAKE FURTHER NOTICE that Chicago Miniature hereby requests that all notices, given or required to be given in these proceedings be served upon the following:

>Michael G. Busenkell, Esq.
>Eckert Seamans Cherin & Mellott, LLC
>300 Delaware Avenue, Suite 1360
>Wilmington, DE 19801
>Phone: (302) 425-0430
>Fax:    (302) 425-0432
>mbusenkell@eckertseamans.com

                        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**

                        By: _____
                            Michael G. Busenkell (Bar No. 3139)
                            300 Delaware Avenue, Suite 1360
                            Wilmington, DE 19801
                            (302) 425-0430
                            Attorney for Chicago Miniature Optoelectronic
                            Technologies, Inc.

Date:   May 3, 2006

U0000802