<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing Notice of Substitution of Counsel was filed electronically this 3rd day of May, 2006. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_____
Michael G. Busenkell

*U0001611*