UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :

    In re                                         :
                                              :   Chapter 11
                                              :

DELPHI CORPORATION, et al.,       :
                                              :   Case No. 05–44481 (RDD)
            Debtors.           :
                                              :   (Jointly Administered)
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FOURTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §§ 102(1) AND 105
AND FED. R. BANKR. P. 2002(m), 9006, 9007, AND 9014 ESTABLISHING
OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE
<u>MANAGEMENT, AND ADMINISTRATIVE PROCEDURES</u>

("FOURTH SUPPLEMENTAL CASE MANAGEMENT ORDER")

Upon the motion, dated October 8, 2005 (the "Case Management Motion"),[1] of Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 102(1), 105(a), and 105(d) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 establishing (a) omnibus hearing dates, (b) certain notice, case management, and administrative procedures in the Debtors' chapter 11 cases, and (c) scheduling an initial case conference in accordance with Rule 1007-2(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for Southern District of New York; and this Court having entered an order granting the Case Management Motion on October 14, 2005 (Docket No. 245), a supplemental order on March 20, 2006 (Docket No. 2883) (the "Supplemental Order"), a second supplemental order on March 28, 2006 (Docket No. 2995) (the "Second Supplemental Order"); and a third

---

[1]     Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Case Management Motion.

1

supplemental order on April 20, 2006 (Docket No. 3293) (the "Third Supplemental Order"), and this Court having determined that changing the hearing date on which this Court shall conduct the Omnibus Hearing scheduled for May 12, 2006 in the manner set forth herein is appropriate and in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED THAT:

The Supplemental Order, the Second Supplemental Order, and the Third Supplemental Order shall continue in full force and effect except as follows:

1. The Second Supplemental Order shall be amended to provide that the Omnibus Hearing Date scheduled for May 12, 2006 at 10:00 a.m. (Prevailing Eastern Time) shall be changed to May 24, 2006 at 10:00 a.m. (Prevailing Eastern Time).

2. As provided in paragraph 13 of the Supplemental Order, any objection shall be filed on or before May 17, 2006 at 4:00 p.m. (Prevailing Eastern Time) for every notice, motion, or application (each a "Motion") served at least 20 days prior the Omnibus Hearing Date scheduled for May 24, 2006.  For each Motion served on less than 20 days, but at least ten days prior to the Omnibus Hearing Date Scheduled for May 24, 2006, any objection shall be filed on or before May 22, 2006 at 4:00 p.m. (Prevailing Eastern Time).

Dated: New York, New York
       May 3, 2006

/s/ ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE