IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP

### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

March 31, 2006
I.D. 89190
Invoice # 129045

Delphi Technologies
Patrick  M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

For Services Rendered Through February 28, 2006

Total Fees

| | | |
|---|---|---|
| 80% of total amount = | ~~36,650.80~~ | $18,667.20 |
| 20% of total amount = | ~~9,162.70~~ | 4,666.80 |
| | ~~45,813.50~~ | $23,334.00 |

Total Disbursements                  ~~13,307.45~~ $   530.96

Total This Invoice         $       23,864.96
                                   ~~59,120.95~~
                           ------------------

CLIENT TOTAL AMOUNT DUE          $       23,864.96
                                         ~~59,120.95~~
                                 ==================

ACCOUNTS ARE PAYABLE WITHIN 30 DAYS

Delphi Technologies
March 31, 2006
Page 2

Invoice # 129045-1

RE: FUEL CELL A & M, JOINT SPACERS FOR SILVER BRAZE
     APPLICATIONS - PATENT APP. FOR - DP-310952
I.D. 89190-030204

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-27-06~~ | ~~DBD~~ | ~~Review patent application, Office Action and cited reference.~~ | ~~1.0~~ | ~~185.00~~ |
| ~~02-28-06~~ | ~~DBD~~ | ~~Prepare response to Office Action.~~ | ~~3.0~~ | ~~555.00~~ |
| ~~02-28-06~~ | ~~RJK~~ | ~~Review and revise response to Office Action; file.~~ | ~~0.9~~ | ~~225.00~~ |

Total Matter Services    $    ~~965.00~~
                              ------------------

Delphi Technologies
March 31, 2006
Page 3

                                                    Invoice # 129045-2

RE: PLEATED SHEET METAL FUEL DELIVERY UNIT (DP-313587)
I.D. 89190-033605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-21-05 | RJK | Make changes to application; send to inventor for review. | 2.7 | 621.00 |
| 01-20-06 | RJK | Follow-up with inventor regarding inventor's review. | 0.3 | 75.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.5 | 375.00 |
| ~~02-01-06~~ | ~~MIH~~ | ~~Review drawings to be formalized; send to draftsman.~~ | ~~0.5~~ | ~~40.00~~ |
| ~~02-06-06~~ | ~~MIH~~ | ~~Review formal drawings received from draftsman.~~ | ~~0.5~~ | ~~40.00~~ |
| ~~02-07-06~~ | ~~DBD~~ | ~~Note drawing corrections and have drawings sent back to Josh Crosset for corrections.~~ | ~~0.3~~ | ~~55.50~~ |
| ~~02-08-06~~ | ~~DBD~~ | ~~Make minor drawing corrections to formal drawings; prepare and file patent application with USPTO.~~ | ~~0.5~~ | ~~92.50~~ |

                                                            1,071.00
                        Total Matter Services      $       ~~1,299.00~~
                                                    ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| ~~Express mail; Commissioner for Patents 2/8/06~~ | ~~14.40~~ |
| ~~USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office~~ | ~~300.00~~ |
| ~~USPTO fees; Utility search fee; U.S. Patent & Trademark Office~~ | ~~500.00~~ |
| ~~USPTO fees; Utility examination fee; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office~~ | ~~200.00~~ |

Delphi Technologies
March 31, 2006
Page 4

                                                    Invoice # 129045-2

RE: PLEATED SHEET METAL FUEL DELIVERY UNIT (DP-313587)
I.D. 89190-033605


DISBURSEMENT DESCRIPTION                          AMOUNT

          USPTO fees; Recording each patent
          assignment; U.S. Patent & Trademark
          Office                                  40.00
          Agent charges for
          services/disbursements; Prepare formal
          drawings; CROSSETT DRAFTING             180.00

                    Total Matter Disbursements    $        1,434.40
                                                  -------------------

Delphi Technologies
March 31, 2006
Page 5

                                                    Invoice # 129045-3

RE: Fuel Reformer with System Start-Up and Heat
    Recuperation (DP-313588)
I.D. 89190-042105

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-21-05 | RJK | Make changes to application; send to inventor for review. | 2.2 | 506.00 |
| 01-20-06 | RJK | Follow-up with inventor regarding inventor's review. | 0.3 | 75.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.4 | 350.00 |
| ~~02-01-06~~ | ~~RJK~~ | ~~Discuss further corrections to application with MIH.~~ | ~~0.2~~ | ~~50.00~~ |
| ~~02-10-06~~ | ~~MIH~~ | ~~Review formal drawings received from draftsman.~~ | ~~0.5~~ | ~~40.00~~ |
| ~~02-10-06~~ | ~~DBD~~ | ~~File patent application with USPTO.~~ | ~~0.3~~ | ~~55.50~~ |

                                                          931.00
                        Total Matter Services      $     ~~1,076.50~~
                                                   ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| ~~Agent charges for services/disbursements; Preparation of formal drawings; CROSSETT DRAFTING~~ | ~~325.00~~ |
| ~~USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office~~ | ~~300.00~~ |
| ~~USPTO fees; Utility search fee; U.S. Patent & Trademark Office~~ | ~~500.00~~ |
| ~~USPTO fees; Utility examination fee; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office~~ | ~~40.00~~ |

Delphi Technologies
March 31, 2006
Page 6

Invoice # 129045-3

RE: Fuel Reformer with System Start-Up and Heat
    Recuperation (DP-313588)
I.D. 89190-042105

DISBURSEMENT DESCRIPTION                                AMOUNT

~~Express mail ; Commissioner for~~
~~Patents 2/10/06~~                                     ~~14.40~~
~~Agent charges for~~
~~services/disbursements; Prepare formal~~
~~drawings; CROSSETT DRAFTING~~                         ~~180.00~~

                        Total Matter Disbursements    $~~1,759.40~~
                                                      ------------------

Delphi Technologies
March 31, 2006
Page 7

Invoice # 129045-4

RE: (DP307613) KOH PROMOTED FUEL CELL PROX REFORMER
I.D. 89190-071802

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-08-06 | DBD | Review 3rd Office Action, patent application and cited references; formulate arguments for response. | 5.2 | 962.00 |
| 02-17-06 | LJF | Review and revise response to office action. | 3.5 | 612.50 |
| 02-17-06 | RJK | Final review/revise response to Office Action. | 0.9 | 225.00 |

Total Matter Services    $    1,799.50
                              -----------------

Delphi Technologies
March 31, 2006
Page 8

Invoice # 129045-5

RE: Control Stackelectrical Operating Conditions
    (DP-313844)
I.D. 89190-076005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-03-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 12-05-05 | RCB | Start draft of patent application. | 3.7 | 592.00 |
| 12-06-05 | RCB | Continue drafting patent application. | 5.1 | 816.00 |
| 12-07-05 | RCB | Complete draft of patent application. | 8.2 | 1,312.00 |
| 12-07-05 | RJK | Review/revise first draft. | 3.1 | 713.00 |
| 12-29-05 | RJK | Review/revise draft application for inventor's review. | 1.9 | 437.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-09-06 | MIH | Review formal drawings received from draftsman; send changes to draftsman. | 0.5 | 40.00 |
| 01-17-06 | RJK | Review further changes to application received from inventor. | 0.5 | 125.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 2.0 | 500.00 |
| ~~02-08-06~~ | ~~DBD~~ | ~~Make minor drawing corrections to formal drawings; prepare and file patent application with USPTO.~~ | ~~0.2~~ | ~~37.00~~ |
| ~~02-08-06~~ | ~~RJK~~ | ~~Revise drawing as requested by inventor.~~ | ~~0.3~~ | ~~75.00~~ |
| ~~02-09-06~~ | ~~DBD~~ | ~~Make minor correction to formal drawings; file patent application with USPTO.~~ | ~~0.6~~ | ~~111.00~~ |

Total Matter Services    $    4,736.00
                              ~~4,959.00~~
                         ------------------

Delphi Technologies
March 31, 2006
Page 9

Invoice # 129045-5

RE: Control Stackelectrical Operating Conditions
    (DP-313844)
I.D. 89190-076005

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| ~~Agent charges for services/disbursements; Prepare formal drawing; CROSSETT DRAFTING~~ | ~~350.00~~ |
| ~~Express mail; Commissioner for Patents 2/9/06~~ | ~~14.40~~ |
| ~~USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office~~ | ~~300.00~~ |
| ~~USPTO fees; Utility search fee; U.S. Patent & Trademark Office~~ | ~~500.00~~ |
| ~~USPTO fees; Utility examination fee; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office~~ | ~~40.00~~ |
| RJK  fedex to John MacBain/Delphi 1/31/06; Federal Express Corp. | 17.68 |
| ~~Federal Express charges; RJK  fedex to John Absmeier/MobilAria Inc. 2/2/06; Federal Express Corp.~~ | ~~22.92~~ |
| ~~Federal Express charges; RJK  fedex from John MacBain 2/2/06; Federal Express Corp.~~ | ~~13.22~~ |
| ~~Federal Express charges; RJK  fedex from John Absmeier/MobileAria Inc. 2/3/06; Federal Express Corp.~~ | ~~15.24~~ |

17.68

Total Matter Disbursements    $    ~~1,673.46~~
------------------

Delphi Technologies
March 31, 2006
Page 10

Invoice # 129045-6

RE: (DP308129) MASS FLOW METERING AIR SUPPLY BLOWER FOR SOFC
    APU
I.D. 89190-078402

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-23-05 | RJK | Review/revise response to office action. | 0.9 | 207.00 |
| ~~02-03-06~~ | ~~DBD~~ | ~~Review patent application and Office Action.~~ | ~~0.7~~ | ~~129.50~~ |
| ~~02-06-06~~ | ~~DBD~~ | ~~Prepare response to Office Action.~~ | ~~7.0~~ | ~~1,295.00~~ |
| ~~02-06-06~~ | ~~RJK~~ | ~~Review/revise response to office action; file.~~ | ~~0.9~~ | ~~225.00~~ |

|  |  |  |  | 207.00 |
|  |  | Total Matter Services | $ | ~~1,856.50~~ |
|  |  |  |  | ----------------- |

| DISBURSEMENT DESCRIPTION |  | AMOUNT |
|--------------------------|--|--------|
| ~~USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office~~ |  | ~~400.00~~ |
|  | Total Matter Disbursements  $ | ~~400.00~~ |
|  |  | ----------------- |

Delphi Technologies
March 31, 2006
Page 11

                                          Invoice # 129045-7
RE: Self Positioning Strainer (DP-313977)
I.D. 89190-078705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10-26-05 | RJK | Review ROI with associate. | 0.6 | 138.00 |
| 10-28-05 | KHM | Draft patent application. | 6.8 | 1,360.00 |
| 11-01-05 | KHM | Continue drafting patent application. | 4.4 | 880.00 |
| 11-10-05 | KHM | Telephone conference with inventors regarding draft application. Consider additional embodiments and broadening of claims beyond fuel systems. | 2.8 | 560.00 |
| 12-14-05 | KHM | Revise patent application to broaden basic invention and add additional embodiments. Consult with inventor S. Atwell regarding new embodiments and preliminary drawings. Instruct draftsman regarding changes to drawings. | 5.5 | 1,100.00 |
| 12-15-05 | KHM | Discuss alternate embodiments with S. Atwell and R. Kisicki. | 0.6 | 120.00 |
| 12-15-05 | RJK | Review draft application. | 0.5 | 115.00 |
| 01-09-06 | KHM | Review drawing from inventor on alternate embodiment. Forward to draftsman with instructions to prepare new figures. Forward new figures to inventors for approval. | 0.5 | 100.00 |
| 01-10-06 | KHM | Revise application to include new alternate embodiment. Request draftsman to add reference numerals to new figures. | 0.8 | 160.00 |
| 01-18-06 | KHM | Review email from inventors regarding draft application. Revise application accordingly. Email drawing revisions to draftsman. | 1.0 | 200.00 |
| 02-07-06 | KHM | File application. | 0.3 | 60.00 |

                                          4,733.00
                Total Matter Services   $   4,793.00
                                       ------------------

Delphi Technologies
March 31, 2006
Page 12

Invoice # 129045-7

RE: Self Positioning Strainer (DP-313977)
I.D. 89190-078705

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| Federal Express charges; RJK fedex to Scott Atwell 11/7/05; Federal Express Corp. | 22.50 |
| Agent charges for services/disbursements; Informal drawings; Fitch Patent Drafting Service, Inc. | 200.00 |
| Agent charges for services/disbursements; Formal ink drawings; Fitch Patent Drafting Service, Inc. | 70.00 |
| Federal Express charges; Katherine McGuire fedex to Scott Atwell/Delphi 1/19/06; Federal Express Corp. | 25.78 |
| ~~USPTO fees; Basic utility filing fee; U.S. Patent & Trademark Office~~ | ~~300.00~~ |
| ~~USPTO fees; Utility search fee; U.S. Patent & Trademark Office~~ | ~~500.00~~ |
| ~~USPTO fees; Utility examination fee; U.S. Patent & Trademark Office~~ | ~~200.00~~ |
| ~~USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office~~ | ~~50.00~~ |
| ~~USPTO fees; Recording each patent assignment; U.S. Patent & Trademark Office~~ | ~~40.00~~ |
| ~~Federal Express charges; Katherine McGuire fedex from Scott Atwell/Delphi 2/4/06; Federal Express Corp.~~ | ~~14.64~~ |
| ~~Express Mail~~ | ~~14.40~~ |

Total Matter Disbursements    $    318.28
                                     ~~1,437.32~~
                                     ------------------

Delphi Technologies
March 31, 2006
Page 13

Invoice # 129045-8

RE: Reformer-Assisted Premixed Diesel Combustion
   (DP-313874)
I.D. 89190-097305

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-15-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 11-17-05 | LJF | Review relevant prior art. | 5.0 | 875.00 |
| 11-18-05 | LJF | Review relevant prior art and begin drafting application. | 1.5 | 262.50 |
| 11-21-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 11-22-05 | LJF | Draft patent application. | 2.0 | 350.00 |
| 11-23-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 12-21-05 | LJF | Revise draft application. | 1.0 | 175.00 |
| 01-30-06 | LJF | Revise patent application; file. | 1.0 | 175.00 |
| 01-30-06 | RJK | Review disclosure with associate. | 0.5 | 125.00 |

                              Total Matter Services      $      3,629.50
                                                         ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Formal ink drawings; Fitch Patent Drafting Service, Inc. | 65.00 |
| Express mail; Commissioner for Patents 2/7/06 | 14.40 |
| USPTO Fees; Basic utility filing fee; U.S. Patent & Trademark Office | 300.00 |
| USPTO Fees; Utility search fee; U.S. Patent & Trademark Office | 500.00 |
| USPTO Fees; Utility examination fee; U.S. Patent & Trademark Office | 200.00 |

Delphi Technologies
March 31, 2006
Page 14

Invoice # 129045-8

RE: Reformer-Assisted Premixed Diesel Combustion
    (DP-313874)
I.D. 89190-097305

| DISBURSEMENT DESCRIPTION | AMOUNT |
|---|---|
| ~~USPTO Fees; Recording each patent assignment; U.S. Patent & Trademark Office~~ | ~~40.00~~ |
| ~~Federal Express charges; RJK fedex to Mark Sellnau/Delphi 2/01/06; Federal Express Corp.~~ | ~~16.88~~ |
| ~~Federal Express charges; RJK fedex from Mark Sellnau 2/3/06; Federal Express Corp.~~ | ~~11.27~~ |

Total Matter Disbursements     $     ~~1,147.55~~
                                     ------------------

Delphi Technologies
March 31, 2006
Page 15

Invoice # 129045-9

RE: Closed-Loop Control Method for Fuel Reformer
    (DP-313803)
I.D. 89190-097705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-03-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 11-04-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 11-07-05 | RCB | Continue draft of patent application. | 5.1 | 816.00 |
| 11-08-05 | RCB | Complete draft of patent application. | 3.4 | 544.00 |
| 12-28-05 | RJK | Review/revise draft application for inventor's review. | 1.7 | 391.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-30-06 | RJK | Review changes received from inventor. | 1.0 | 250.00 |
| 01-31-06 | RJK | Make final changes to application as directed by inventor. | 1.4 | 350.00 |
| ~~02-02-06~~ | ~~MIH~~ | ~~Review formal drawings received from draftsman.~~ | ~~0.5~~ | ~~40.00~~ |
| ~~02-02-06~~ | ~~RJK~~ | ~~Review application for IDS needs before filing.~~ | ~~0.3~~ | ~~75.00~~ |
| ~~02-08-06~~ | ~~DBD~~ | ~~File patent application with USPTO.~~ | ~~0.5~~ | ~~92.50~~ |

Total Matter Services    $    3,592.00
                              ~~3,799.50~~
                         ------------------

Delphi Technologies
March 31, 2006
Page 16

Invoice # 129045-9

RE: Closed-Loop Control Method for Fuel Reformer
    (DP-313803)
I.D. 89190-097705

DISBURSEMENT DESCRIPTION                                    AMOUNT

~~Agent charges for
services/disbursements; Formal
drawings; CROSSETT DRAFTING~~                               ~~150.00~~
~~Express mail - Commissioner for
Patents 2/8/06~~                                            ~~14.40~~
~~USPTO Fees - Basic utility filing fee;
U.S. Patent & Trademark Office~~                            ~~300.00~~
~~USPTO Fees - Utility search fee; U.S.
Patent & Trademark Office~~                                 ~~500.00~~
~~USPTO Fees - Utility examination fee;
U.S. Patent & Trademark Office~~                            ~~200.00~~
~~USPTO fees; Assignment fee~~                              ~~40.00~~
~~Federal Express Charges; RJK  fedex to
Joseph Bonadies 2/01/06; Federal
Express Corp.~~                                             ~~15.80~~
~~Federal Express Charges; RJK fedex
from Joseph Bonadies 2/6/06; Federal
Express Corp.~~                                             ~~11.32~~

                    Total Matter Disbursements     $        ~~1,231.52~~
                                                   ------------------

Delphi Technologies
March 31, 2006
Page 17

Invoice # 129045-10

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-06-06 | KHM | Study pending application serial no. 10/421,424, office actions, responses, and cited references in preparation for drafting continuation application. | 1.0 | 200.00 |
| 02-07-06 | KHM | Study parent application DP308154 and Patent No. 6619248 in preparation for filing continuation. | 2.0 | 400.00 |
| 02-08-06 | KHM | Study Patent 6,155,219 and Patent 5,960,757 with regard to Delphi pending application DP-308154 and consider possible claims for a continuation application. | 3.8 | 760.00 |
| 02-09-06 | RJK | Review drawings of competitor's external bias spring; discuss with KHM regarding DP308154 continuation. | 0.5 | 125.00 |
| 02-14-06 | KHM | Meet with R. Kisicki to discuss relevant art and possible claims. | 1.1 | 220.00 |
| 02-14-06 | RJK | Meeting with D Cuatt to review comments re: competitors products. | 1.6 | 400.00 |
| 02-15-06 | KHM | Draft new claims and provide to R. Kisicki. | 2.2 | 440.00 |
| 02-15-06 | RJK | Review draft claims for DP308154C; advise J Funke. | 0.6 | 150.00 |
| 02-16-06 | KHM | Draft additional claims. Prepare filing papers. File continuation application. | 3.0 | 600.00 |
| 02-16-06 | RJK | Revise amended claims before filing application. | 0.6 | 150.00 |
| 02-17-06 | RJK | Review and propose an additional claim for DP308154C as a preliminary amendment. | 0.6 | 150.00 |

Total Matter Services        $        3,595.00
                             ------------------

Delphi Technologies
March 31, 2006
Page 18

Invoice # 129045-10

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

DISBURSEMENT DESCRIPTION                              AMOUNT

~~Express mail; Commissioner for Patents
2/16/06~~                                             ~~14.40~~
~~USPTO fees; Utility examination fee;
U.S. Patent & Trademark Office~~                      ~~200.00~~
~~USPTO fees; Utility search fee; U.S.
Patent & Trademark Office~~                           ~~500.00~~
~~USPTO fees; Basic Utility filing fee;
U.S. Patent & Trademark Office~~                      ~~300.00~~

                    Total Matter Disbursements   $       ~~1,014.40~~
                                                      ------------------

Delphi Technologies
March 31, 2006
Page 19

Invoice # 129045-11

RE: Utility Application for DP-312242 entitled, Acoustical
    Flow Meter for Measuring Exhaust Flow Rate
I.D. 89190-105305

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-24-06~~ | ~~DBD~~ | ~~Review patent application, Office Action and cited references.~~ | ~~1.3~~ | ~~240.50~~ |
| ~~02-27-06~~ | ~~DBD~~ | ~~Prepare response to Office Action.~~ | ~~7.0~~ | ~~1,295.00~~ |
| ~~02-27-06~~ | ~~RJK~~ | ~~Review and revise response to office action.~~ | ~~0.9~~ | ~~225.00~~ |

                            Total Matter Services        $      ~~1,760.50~~
                                                         ------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| ~~USPTO fees; Additional independent claims~~ | ~~200.00~~ |

                            Total Matter Disbursements   $      ~~200.00~~
                                                         ------------------

Delphi Technologies
March 31, 2006
Page 20

Invoice # 129045-12

RE: Fuel Line Check Valve that Opens After Cool Down
   (DP-314116)
I.D. 89190-106505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-02-06~~ | ~~KHM~~ | ~~Prepare and file Assignment documents.~~ | ~~0.2~~ | ~~40.00~~ |
| ~~02-02-06~~ | ~~KHM~~ | ~~Prepare and file response to Notice of~~ ~~Missing Parts.~~ | ~~0.2~~ | ~~40.00~~ |

Total Matter Services     $     ~~80.00~~
------------------


| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| ~~USPTO Fees; Surcharge - late filing~~ ~~fee; U.S. Patent & Trademark Office~~ | ~~130.00~~ |
| ~~USPTO Fees; Recording each patent~~ ~~assignment; U.S. Patent & Trademark~~ ~~Office~~ | ~~40.00~~ |

Total Matter Disbursements     $     ~~170.00~~
------------------

Delphi Technologies
March 31, 2006
Page 21

Invoice # 129045-13

RE: Cam Phaser Issue
I.D. 89190-108005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-01-06 | DBD | Review patents related to infringement analysis. | 3.2 | 592.00 |
| 02-01-06 | RJK | Review claims; discuss strategy with KHM for conducting foreign literature search. | 0.5 | 125.00 |
| 02-01-06 | RJK | Review file with DBD; discuss 103 issues regarding claim 1 of the '152 patent; discuss strategy of legal argument. | 0.6 | 150.00 |
| 02-02-06 | DBD | Further review patents of claim 1 of the '152 patent. | 2.6 | 481.00 |
| 02-07-06 | DBD | Prepare memo regarding analysis. | 4.4 | 814.00 |
| 02-07-06 | RJK | Discuss analysis with DBD. | 0.5 | 125.00 |
| 02-08-06 | RJK | Review file; phone call with J Funke to review issues. | 0.7 | 175.00 |
| 02-10-06 | RJK | Review, revise and send legal issue document to J Funke. | 1.0 | 250.00 |
| 02-13-06 | RJK | Review claims of second preliminary amendment (DP 311742C1); advise J Funke. | 0.5 | 125.00 |
| 02-16-06 | RJK | Review file; send J Funke requested information on priorities; discuss progress of prior art search with KHM. | 0.8 | 200.00 |
| 02-16-06 | KHM | Follow up on order of "Vaned Cam Phaser" non-patent literature search in Japan from associate. | 0.5 | 100.00 |

Total Matter Services        $        3,137.00
                                -------------------

Delphi Technologies
March 31, 2006
Page 22

Invoice # 129045-14

RE: SILVER BRAZE ALLOY MODIFICATION (DP-310953)
I.D. 89190-115303

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-23-05 | RJK | Preliminary review of office action and references. | 0.4 | 92.00 |
| 02-27-06 | LJF | ~~Draft response to office action.~~ | ~~1.5~~ | ~~262.50~~ |
| 02-28-06 | DBD | ~~Revise response to Office Action.~~ | ~~1.7~~ | ~~314.50~~ |
| 02-28-06 | LJF | ~~Complete response to office action.~~ | ~~3.5~~ | ~~612.50~~ |
| 02-28-06 | RJK | ~~Review and revise response to office action.~~ | ~~0.9~~ | ~~225.00~~ |

Total Matter Services    $        92.00
                                  ~~1,506.50~~
                         ------------------

Delphi Technologies
March 31, 2006
Page 23

Invoice # 129045-15

RE: EGR - Magnetic Flux Director - Primary Pole Piece
    (DP-314547)
I.D. 89190-129705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-04-05 | RJK | Further review of disclosure with associate. | 0.4 | 92.00 |
| 12-21-05 | RJK | Discuss need to advance application with J Haines; review disclosure with associate. | 0.8 | 184.00 |
| 01-04-06 | RCB | Start draft of patent application. | 5.3 | 848.00 |
| 01-05-06 | RCB | Continue draft of application. | 6.1 | 976.00 |
| 01-06-06 | RCB | Complete draft of application. | 3.6 | 576.00 |
| 01-06-06 | RJK | Review/revise draft application. | 2.6 | 650.00 |
| 01-20-06 | RJK | Review/revise draft application; forward draft to inventors for review. | 2.8 | 700.00 |
| 01-23-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-27-06 | RJK | Review comments received from inventor. | 0.3 | 75.00 |
| 01-30-06 | MIH | Review formal drawings received from draftsman. | 0.5 | 40.00 |
| ~~02-02-06~~ | ~~DBD~~ | ~~File patent application with U.S. Patent Office.~~ | ~~0.3~~ | ~~55.50~~ |

Total Matter Services    $    4,250.00
                              ~~4,305.50~~
                         ------------------

Delphi Technologies
March 31, 2006
Page 24

Invoice # 129045-15

RE: EGR - Magnetic Flux Director - Primary Pole Piece
    (DP-314547)
I.D. 89190-129705


DISBURSEMENT DESCRIPTION                           AMOUNT

       Agent charges for
       services/disbursements; Prepare formal
       drawings; CROSSETT DRAFTING               195.00
       Express mail; Commissioner for Patents
       2/2/06                                      14.40
       USPTO Fees; Basic utility filing fee;
       U.S. Patent & Trademark Office             300.00
       USPTO Fees; Utility search fee; U.S.
       Patent & Trademark Office                  500.00
       USPTO Fees; Utility examination fee;
       U.S. Patent & Trademark Office             200.00
       USPTO Fees; Recording each patent
       assignment; U.S. Patent & Trademark
       Office                                      40.00

                                                  195.00
                  Total Matter Disbursements   $  1,249.40
                                                -----------------

Delphi Technologies
March 31, 2006
Page 25

Invoice # 129045-16

RE: COMPLAINT CATHODE & ANODE CURRENT COLLECTOR DESIGN (DP
308851)
I.D. 89190-143902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-06-06 | DBD | Review advisory action; call Examiner regarding status of claims for appeal. | 0.5 | 92.50 |
| ~~02-02-06~~ | ~~DBD~~ | ~~Review case for potential amendments for RCE; discuss with R. Kisicki.~~ | ~~1.1~~ | ~~203.50~~ |
| ~~02-02-06~~ | ~~RJK~~ | ~~Advise P Marshall regarding further prosecution.~~ | ~~0.7~~ | ~~175.00~~ |
| ~~02-06-06~~ | ~~DBD~~ | ~~Prepare response to Office Action and RCE.~~ | ~~2.0~~ | ~~370.00~~ |
| ~~02-06-06~~ | ~~RJK~~ | ~~Discuss RCE draft with DBD; review/revise.~~ | ~~1.5~~ | ~~375.00~~ |

|  |  |  |  | 92.50 |
|  | Total Matter Services | $ | | ~~1,216.00~~ |

------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| ~~USPTO fees; Claims in excess of 20; U.S. Patent & Trademark Office~~ | ~~150.00~~ |
| ~~USPTO fees; Independent claims in excess of 3; U.S. Patent & Trademark Office~~ | ~~400.00~~ |
| ~~USPTO fees; Request for continued exam; U.S. Patent & Trademark Office~~ | ~~790.00~~ |
| ~~USPTO fees; Extension for response within first month; U.S. Patent & Trademark Office~~ | ~~120.00~~ |

| | Total Matter Disbursements | $ ~~1,460.00~~ |

------------------

```
Delphi Technologies
March 31, 2006
Page 26
```

Invoice # 129045-17

RE: (DP308139) PASSIVE GAS SPRING FOR SOLID-OXIDE FUEL CELL
    STACK LOADING - FULL APPLICATION
I.D. 89190-153802

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-02-06 | DBD | Review patent application, Office Action, and cited references. | 1.5 | 277.50 |
| 02-03-06 | DBD | Prepare response to Office Action and terminal disclaimer. | 6.8 | 1,258.00 |
| 02-03-06 | RJK | Review/revise response to Office Action. | 0.9 | 225.00 |

Total Matter Services          $        1,760.50
                                        -----------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| USPTO fees; Statutory disclaimer; U.S. Patent & Trademark Office | 130.00 |

Total Matter Disbursements     $         130.00
                                        -----------------

Delphi Technologies
March 31, 2006
Page 27

Invoice # 129045-18

RE: GENERAL IP PATENT MATTERS
I.D. 89190-99R343

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-02-06 | RJK | Review final agenda for TCR PR meeting. | 0.3 | 75.00 |
| 02-08-06 | RJK | (DP314912) Review searched material; advise J Haines re: patentability in preparation for meeting. | 1.3 | 325.00 |
| 02-08-06 | RJK | Review disclosures in preparation for TCR patent review meeting. | 1.1 | 275.00 |
| 02-09-06 | RJK | Participate in TCR patent review meeting. | 2.8 | 700.00 |
| 02-10-06 | RJK | (Transmission module issue) - review documents received from J Funke. | 0.6 | 150.00 |
| 02-12-06 | RJK | (Transmission module issue) Review of additional references supplied by J Funke. | 1.2 | 300.00 |
| 02-12-06 | RJK | (DP315017) Review ROI; advise P Griffin re: meeting with J Lee to review invention. | 0.4 | 100.00 |
| 02-14-06 | RJK | (DP315017) Meeting with J Lee; report meeting to Delphi. | 1.3 | 325.00 |
| 02-15-06 | RJK | (Transmission module issue) Continue review of references received from J Funke. | 1.5 | 375.00 |
| 02-17-06 | RJK | (Transmission module issue) Review file; prepare for phone conference; attend phone conference with J Funke. | 1.7 | 425.00 |
| 02-17-06 | RJK | (DP315017) Phone call with J Haines to discuss meeting with J Lee. | 0.3 | 75.00 |
| 02-21-06 | RJK | Attend TCF patent review meeting. | 3.7 | 925.00 |
| 02-27-06 | RJK | (DP312518) In follow up to examiner's call, determine whether case was abandoned. | 0.3 | 75.00 |
| 02-28-06 | RJK | (DP310952) Advise P Marshall and J Haines re: inventors request to file a Divisional application. | 0.6 | 150.00 |

Delphi Technologies
March 31, 2006
Page 28

Invoice # 129045-18

RE: GENERAL IP PATENT MATTERS
I.D. 89190-99R343

DATE       ATTY   DESCRIPTION                              HOURS          AMOUNT


                           Total Matter Services       $        4,275.00
                                                       ------------------