IN ACCOUNT WITH

## JAECKLE FLEISCHMANN & MUGEL, LLP
### ATTORNEYS AT LAW

12 FOUNTAIN PLAZA  BUFFALO, NEW YORK  14202-2292
TEL 716.856.0600  FAX 716.856.0432

Tax I.D.  16-0774920

April 18, 2006
I.D. 89190
Invoice # 129847

Delphi Technologies
Patrick M. Griffin, Esq.
M/C 480.410.202
5825 Delphi Drive
Troy, NY 48007

**January 31, 2006**

## SUPPLEMENTAL BILLING - Oct 8, 2005 thru ~~Feb 28, 2006~~

Total Fees

|  |  |  |
|---|---|---|
| 80% of total amount = | ~~53,894.00~~ | 35,774.00 |
| 20% of total amount = | ~~13,473.50~~ | 8,943.50 |
|  | ~~67,367.50~~ | 44,717.50 |

| Total Disbursements | ~~1,015.87~~ | 350.00 |
|---|---|---|

|  |  |  |
|---|---|---|
| Total This Invoice | $ | 45,067.50 ~~68,383.37~~ |

-------------------

| CLIENT TOTAL AMOUNT DUE | $ | 45,067.50 ~~68,383.37~~ |
|---|---|---|

====================

Delphi Technologies
April 18, 2006
Page 2

Invoice # 129847-1

RE: Circuit to Increase Peak Motor Torque in Electronic
    Throttle Control for Ice Breaking (DP-314895)
I.D. 89190-001506

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-12-06 | RJK | Review earlier filed application for relevance. | 0.4 | 100.00 |
| ~~02-01-06~~ | ~~RJK~~ | ~~Review additional disclosure material received from J Haines.~~ | ~~0.5~~ | ~~125.00~~ |

|  | | | | 100.00 |
| Total Matter Services | | | $ | ~~225.00~~ |

Delphi Technologies
April 18, 2006
Page 3

Invoice # 129847-2

RE: Multi-Function Fuel Sensor (DP-314925)
I.D. 89190-017706

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-23-06 | RJK | ~~Preliminary review of disclosure; notes to file.~~ | ~~0.4~~ | ~~100.00~~ |

Total Matter Services    $         ~~100.00~~
-----------------

Delphi Technologies
April 18, 2006
Page 4

Invoice # 129847-3

RE: Fuel Shutoff Valve for an Auxiliary Transfer Pump
    (DP-315080)
I.D. 89190-017806

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-23-06~~ | ~~RJK~~ | ~~Preliminary review of disclosure; notes to file.~~ | ~~0.5~~ | ~~125.00~~ |

Total Matter Services    $    ~~125.00~~
-------------------

Delphi Technologies
April 18, 2006
Page 5

                                                    Invoice # 129847-4

RE: Secondary Air Injection Port Location for Induction
    System using Air Meters (DP-314940)
I.D. 89190-017906


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-23-06~~ | ~~RJK~~ | ~~Preliminary review of disclosure; notes to file.~~ | ~~0.6~~ | ~~150.00~~ |

                              Total Matter Services        $        ~~150.00~~
                                                            ------------------

Delphi Technologies
April 18, 2006
Page 6

                                                            Invoice # 129847-5

RE: Clad Current Rods for Sof Stack (DP-314897)
I.D. 89190-024206


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-08-06~~ | ~~RJK~~ | ~~Review disclosure for patentable features;~~ ~~advise J Haines.~~ | ~~0.7~~ | ~~175.00~~ |

                          Total Matter Services        $        ~~175.00~~
                                                         ------------------

Delphi Technologies
April 18, 2006
Page 7

                                                    Invoice # 129847-6

RE: (DP311378)MULTIPLE NOZZLE ATOMIZER W/INDIVIDUAL
    GENERATING FLOW PASSAGES - PATENT APP
I.D. 89190-030404


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-09-05 | RJK | Review office action and references received for expedited response by December 22. | 0.5 | 115.00 |

                              Total Matter Services   $      115.00
                                                      ------------------

Delphi Technologies
April 18, 2006
Page 8

                                                    Invoice # 129847-7

RE: Staged Fuel Reformer with Internal Temperature Control
    (DP-312256)
I.D. 89190-041905


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-11-05 | RJK | Review reference; discuss patentability features with R. Brown. | 0.8 | 184.00 |
| 01-03-06 | RCB | Start draft of patent application. | 7.0 | 1,120.00 |
| 01-04-06 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 01-06-06 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 01-12-06 | RJK | Review/revise draft. | 2.8 | 700.00 |

                              Total Matter Services     $      3,604.00
                                                        ------------------

Delphi Technologies
April 18, 2006
Page 9

Invoice # 129847-8

RE: Temperature Zones in a Solid Oxide Fuel Cell Auxiliary
    Power Unit (DP-304959)
I.D. 89190-042505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-28-05 | DBD | Phone conference with Examiner regarding proposed Examiner's amendment; review Final Office Action and first response to Final Office Action; conference with R. Kisicki regarding  recommendations on proceeding. | 0.7 | 129.50 |
| 11-28-05 | RJK | Discuss request for examiner's amendment with associate. | 0.3 | 69.00 |
| 11-29-05 | RJK | Obtain approval from client to accept examiner's amendment. | 0.3 | 69.00 |
| 11-30-05 | DBD | Phone conference with Examiner regarding proposed Examiner's amendment; prepare memo to file. | 0.4 | 74.00 |

Total Matter Services          $          341.50
                                     ------------------

Delphi Technologies
April 18, 2006
Page 10

Invoice # 129847-9

RE: Electric Vehicle Having Multiple-Use SOFC System
    (DP-313832)
I.D. 89190-042605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-06-06 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 01-07-06 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 01-09-06 | RJK | Review/revise draft. | 2.5 | 625.00 |
| 01-17-06 | MIH | Review drawing to be formalized; send to draftsman. | 0.2 | 16.00 |
| 01-23-06 | MIH | Review formalized drawing from draftsman. | 0.2 | 16.00 |
| 02-27-06 | RJK | ~~Make further revisions to draft application.~~ | ~~2.7~~ | ~~675.00~~ |
| 02-28-06 | RJK | ~~Complete review and revisions to application; send to inventor for first review.~~ | ~~0.6~~ | ~~150.00~~ |

Total Matter Services          $          2,417.00
                                          ~~3,242.00~~
                                          ------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Prepare formal drawings; CROSSETT DRAFTING | 50.00 |

Total Matter Disbursements     $          50.00
                                          ------------------

Delphi Technologies
April 18, 2006
Page 11

Invoice # 129847-10

RE: Anode Tail Gas Recycle Flow Determination Strategy for
    SOFC - DP-313695
I.D. 89190-048905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-28-05 | RJK | Review/revise draft application for inventor's review; send to inventors for review. | 1.8 | 414.00 |
| 01-03-06 | MIH | Review drawings to be formalized; send to draftsman. | 0.5 | 40.00 |
| 01-17-06 | MIH | Review drawings received from draftsman; send changes to draftsman. | 0.5 | 40.00 |

Total Matter Services    $    494.00
------------------

| DISBURSEMENT DESCRIPTION | AMOUNT |
|--------------------------|--------|
| Agent charges for services/disbursements; Preparation of formal drawings for 89190-048905; CROSSETT DRAFTING | 300.00 |

Total Matter Disbursements    $    300.00
------------------

Delphi Technologies
April 18, 2006
Page 12


Invoice # 129847-11

RE: Assembly Process to Reduce Valve Lift Variation for
    Deactivation Hydraulic Valve Lifters - DP-313014
I.D. 89190-049405

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-13-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 10-14-05 | RCB | Continue draft of patent application. | 6.0 | 960.00 |
| 10-15-05 | RCB | Complete draft of patent application. | 4.5 | 720.00 |
| 10-18-05 | RJK | Preliminary review of application. | 2.4 | 552.00 |
| 10-25-05 | RJK | Review/revise draft application; call inventor to discuss. | 1.6 | 368.00 |
| 11-29-05 | RJK | Make further changes to application; send to inventor for review. | 2.3 | 529.00 |
| 01-24-06 | RJK | Review changes and additional drawings received from inventor. | 0.8 | 200.00 |

Total Matter Services        $        4,369.00
                                -------------------

Delphi Technologies
April 18, 2006
Page 13

Invoice # 129847-12

RE: Deactivation Lifter with Vented Lost Motion Spring -
    DP-313841
I.D. 89190-049605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-26-06 | RCB | Start draft of application. | 6.5 | 1,040.00 |
| 01-27-06 | RCB | Complete draft of application. | 7.6 | 1,216.00 |

Total Matter Services    $    2,256.00
                              ------------------

Delphi Technologies
April 18, 2006
Page 14

Invoice # 129847-13

RE: Deactivation Lifter with Vented Lost Motion Spring -
    DP-313838/840
I.D. 89190-049705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-04-06 | RJK | Follow-up with M Spath regarding conversion of provisional. | 0.3 | 75.00 |
| 01-19-06 | RCB | Start draft of patent application. | 6.0 | 960.00 |
| 01-20-06 | RCB | Continue draft of patent application. | 6.5 | 1,040.00 |
| 01-23-06 | RCB | Complete draft of patent application. | 5.1 | 816.00 |
| 01-25-06 | RJK | Review/revise draft. | 2.9 | 725.00 |
| 01-27-06 | RJK | Complete revisions to draft application. | 2.8 | 700.00 |

Total Matter Services          $      4,316.00
                                    ------------------

Delphi Technologies
April 18, 2006
Page 15

Invoice # 129847-14

RE: A Method for Transient control of Dilution in Engines
    with Variable Cam Phasing - DP-312521
I.D. 89190-050505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-20-05 | RJK | Make further revisions to application; send to inventors for review. | 2.9 | 667.00 |
| 12-12-05 | RJK | Review further changes received from inventor and new embodiment. | 0.5 | 115.00 |
| 12-28-05 | RJK | Review suggested changes received from inventor; work on revisions; seek further clarification from inventor. | 0.7 | 161.00 |
| ~~02-24-06~~ | ~~RJK~~ | ~~Review further comments from inventors.~~ | ~~0.5~~ | ~~125.00~~ |

|  |  |  |
|--|--|--|
| | | 943.00 |
| Total Matter Services | $ | ~~1,068.00~~ |

------------------

Delphi Technologies
April 18, 2006
Page 16

                                                    Invoice # 129847-15

RE: Self-Centering, Radial Forces Attenuating Bushing
    (DP-313996)
I.D. 89190-060605


| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| ~~02-24-06~~ | ~~RJK~~ | ~~Discuss drawings and review claims with associate.~~ | ~~0.6~~ | ~~150.00~~ |

                                                              161.00
                        Total Matter Services       $        ~~311.00~~
                                                    ------------------

Delphi Technologies
April 18, 2006
Page 17

Invoice # 129847-16

RE: Control Strategy for Hydraulically Switched Mechanisms
I.D. 89190-075705

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI and identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |

Total Matter Services          $          161.00
                                    ------------------

Delphi Technologies
April 18, 2006
Page 18

Invoice # 129847-17

RE: A Valve Lash Adjuster with Electro-Hydraulic
    Lost-Motion Capability (DP-313925) SEARCH
I.D. 89190-075805

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-19-05 | RJK | Discuss drawings with associate. | 0.3 | 69.00 |
| 10-27-05 | RCB | Start drafting patent application. | 7.0 | 1,120.00 |
| 10-28-05 | RCB | Continue drafting patent application. | 7.0 | 1,120.00 |
| 10-31-05 | RCB | Complete draft of patent application. | 4.0 | 640.00 |
| 10-31-05 | RJK | First review of draft application. | 1.6 | 368.00 |
| 12-29-05 | RJK | Review/revise draft application for inventor's review. | 1.5 | 345.00 |
| 01-03-06 | RJK | Further review/revisions to draft application based on inventor's comments. | 1.9 | 475.00 |
| 01-17-06 | RJK | Review further changes to the application received from inventor. | 0.5 | 125.00 |
| 02-03-06 | RJK | Review/revise draft; discuss issues with inventor Dingel. | 1.4 | 350.00 |
| 02-07-06 | RJK | (NO CHARGE) Rework application. | 0.0 | 0.00 |
| 02-08-06 | RJK | (NO CHARGE) Make further changes to application. | 0.0 | 0.00 |
| 02-22-06 | MIH | Review formal drawings received from draftsman; send changes to draftsman. | 1.0 | 80.00 |
| 02-23-06 | RJK | (NO CHARGE) Review formal drawings; revise view. | 0.0 | 0.00 |

Total Matter Services    $    4,262.00
                              4,692.00
                         ------------------

Delphi Technologies
April 18, 2006
Page 19

                                                    Invoice # 129847-17

RE: A Valve Lash Adjuster with Electro-Hydraulic
    Lost-Motion Capability (DP-313925) SEARCH
I.D. 89190-075805


DISBURSEMENT DESCRIPTION                        AMOUNT

~~_____ Federal Express charges; RJK fedex to~~
~~_____ Philip Dingle/Delphi - 2/9/06; Federal~~
~~_____ Express Corp.~~                       ~~15.87~~
~~_____ Agent charges for~~
~~_____ services/disbursements; Formal~~
~~_____ drawings; CROSSETT DRAFTING~~         ~~650.00~~

                    Total Matter Disbursements    $        ~~665.87~~
                                                  ------------------

Delphi Technologies
April 18, 2006
Page 20

Invoice # 129847-18

RE: (DP308133) INTEGRATED FUEL CELL SYSTEM COMPONENT
    MANIFOLD (ICM)
I.D. 89190-078702

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 01-19-06 | RJK | Review examiner's response to brief on appeal. | 0.6 | 150.00 |

Total Matter Services    $    150.00
------------------

Delphi Technologies
April 18, 2006
Page 21

Invoice # 129847-19

RE: (DP308142) SOFC FOUR PIECE FLAT STAMPED
    INTERCONNECT/FRAME
I.D. 89190-079502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-14-05 | DBD | Review 3rd Office Action and cited references; formulate strategy for response. | 2.5 | 462.50 |
| 12-15-05 | DBD | Prepare response to Office Action. | 5.7 | 1,054.50 |
| 12-15-05 | RJK | Review/revise response to office action. | 0.9 | 207.00 |

Total Matter Services           $       1,724.00
                                        ------------------

Delphi Technologies
April 18, 2006
Page 22

Invoice # 129847-20

RE: (DP306382CIP) CONDUCTIVE COATINGS FOR PEM FUEL CELL
I.D. 89190-085502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 02-16-06 | LJF | Phone discussion with inventor and review of documents in preparation for drafting CIP application. | 4.5 | 787.50 |
| 02-19-06 | LJF | Review prior art. | 3.0 | 525.00 |
| 02-20-06 | LJF | Draft application. | 6.0 | 1,050.00 |
| 02-21-06 | LJF | Draft application. | 3.0 | 525.00 |
| 02-22-06 | RJK | Review draft application. | 0.4 | 100.00 |
| 02-23-06 | LJF | Revise draft application. | 2.0 | 350.00 |
| 02-24-06 | LJF | Revise draft application. | 0.5 | 87.50 |
| 02-27-06 | LJF | Final revision of patent application. | 1.0 | 175.00 |
| 02-27-06 | RJK | Follow up on additional priority information relating to application. | 0.3 | 75.00 |
| 02-28-06 | RJK | Obtain information from Delphi re: sign-off by executor of deceased inventor. | 0.3 | 75.00 |

Total Matter Services    $    3,750.00
                              ------------------

Delphi Technologies
April 18, 2006
Page 23

Invoice # 129847-21

RE: (DP307633) CARRIER GASKET FOR PEM FUEL CELL
I.D. 89190-085902

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-03-06~~ | ~~RJK~~ | ~~Preliminary review of OA and cited references.~~ | ~~0.4~~ | ~~100.00~~ |

Total Matter Services    $    ~~100.00~~
                              -----------------

Delphi Technologies
April 18, 2006
Page 24

Invoice # 129847-22

RE: In Exhaust Reformate Burner Device (DP-314248)
I.D. 89190-097405

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| ~~02-24-06~~ | ~~RCB~~ | ~~Start draft of application.~~ | ~~4.5~~ | ~~720.00~~ |
| ~~02-27-06~~ | ~~RCB~~ | ~~Continue draft of application.~~ | ~~6.2~~ | ~~992.00~~ |
| ~~02-28-06~~ | ~~RCB~~ | ~~Complete draft of application.~~ | ~~2.3~~ | ~~368.00~~ |
| ~~02-28-06~~ | ~~RJK~~ | ~~Preliminary review of draft application.~~ | ~~2.7~~ | ~~675.00~~ |

|  |  |  | 161.00 |
|--|--|--|--------|
| Total Matter Services | $ | | ~~2,916.00~~ |
|  |  |  | ------------------ |

Delphi Technologies
April 18, 2006
Page 25

Invoice # 129847-23

RE: Close Loop Controls for a Diesel Reformer Using on O/C
    Sensor in the Reformate Gas Stream (DP-313939)
I.D. 89190-097605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-02-05 | RJK | Follow-up on receiving back up documents from Delphi. | 0.3 | 69.00 |
| 11-03-05 | RJK | Review disclosure materials with associate. | 0.4 | 92.00 |
| 11-10-05 | RCB | Start draft of patent application. | 6.0 | 960.00 |
| 11-11-05 | RCB | Continue draft of patent application. | 6.5 | 1,040.00 |
| 11-12-05 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 11-14-05 | RCB | Complete draft of patent application. | 2.0 | 320.00 |
| 12-29-05 | RJK | Review/revise draft application. | 1.7 | 391.00 |

Total Matter Services          $        3,821.00
                                   -------------------

Delphi Technologies
April 18, 2006
Page 26

Invoice # 129847-24

RE: (DP308154) CAM PHASER HAVING A DESIGNATED CONTACT VANE
I.D. 89190-103502

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-12-05 | RJK | Meeting with Dan Cuatt to discuss strategy of seeking continuations to cover the biased spring and the bottoming locking pin; review strategies with associates; advise J Funke. | 1.6 | 368.00 |
| 02-07-06 | RJK | ~~Discuss technology and strategy of filing continuation with associate.~~ | ~~2.1~~ | ~~525.00~~ |
| 02-15-06 | RJK | ~~Review draft claims of DP308154C re: external bias spring following review of competitor's product; advise J Funke.~~ | ~~0.6~~ | ~~150.00~~ |

                                            368.00
                 Total Matter Services    $    1,043.00
                                          ------------------

Delphi Technologies
April 18, 2006
Page 27

Invoice # 129847-25

RE: Methods of Operating a Compression Ignition Engine and
      a Vehicle System (DP-312154)
I.D. 89190-103505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI with associate; identify invention. | 0.3 | 69.00 |

|  |  | Total Matter Services | $ | 69.00 |
|  |  |  |  | ------------------ |

Delphi Technologies
April 18, 2006
Page 28

Invoice # 129847-26

RE: Non-Distortive Design for Effectively Securing an
    Armature to a Shaft in a Solenoid Actuator (DP-314201)
I.D. 89190-104905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-10-05 | RJK | Meeting with inventor to identify patentable features. | 1.5 | 345.00 |
| 10-31-05 | RJK | Review ROI with associate. | 0.3 | 69.00 |
| 11-04-05 | RJK | Discuss invention with associate. | 0.4 | 92.00 |

Total Matter Services    $    506.00
------------------

Delphi Technologies
April 18, 2006
Page 29

Invoice # 129847-27

RE: Control in Distributed SOFC APU Modules (DP-314295)
I.D. 89190-105005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-14-05 | RJK | Review disclosure and references; identify patentable features. | 0.7 | 161.00 |
| 12-15-05 | RJK | Further discussion with inventors to identify invention. | 0.3 | 69.00 |
| 01-17-06 | RJK | Review additional disclosure material received from inventor. | 0.5 | 125.00 |
| 01-19-06 | RJK | Review references received from P Griffin. | 0.3 | 75.00 |
| 01-19-06 | RJK | Review additional disclosure material with associate. | 0.3 | 75.00 |
| 01-30-06 | RJK | Discuss patentable features identified by inventors with associate. | 0.5 | 125.00 |
| ~~02-01-06~~ | ~~RCB~~ | ~~Start draft of patent application.~~ | ~~7.0~~ | ~~1,120.00~~ |
| ~~02-02-06~~ | ~~RCB~~ | ~~Continue draft of patent application.~~ | ~~5.5~~ | ~~880.00~~ |
| ~~02-03-06~~ | ~~RCB~~ | ~~Complete draft of patent application.~~ | ~~5.5~~ | ~~880.00~~ |
| ~~02-03-06~~ | ~~RJK~~ | ~~Further review/revisions to application.~~ | ~~2.7~~ | ~~675.00~~ |
| ~~02-23-06~~ | ~~RJK~~ | ~~Further review and revisions to application.~~ | ~~2.4~~ | ~~600.00~~ |
| ~~02-28-06~~ | ~~RJK~~ | ~~Review revisions received from inventors.~~ | ~~0.6~~ | ~~150.00~~ |

630.00

Total Matter Services    $    4,935.00
------------------

Delphi Technologies
April 18, 2006
Page 30

Invoice # 129847-28

RE: Dual Stroke Injector Using SMA (DP-314188)
I.D. 89190-105205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-03-05 | RJK | Review disclosure and discuss with associate. | 0.4 | 92.00 |
| 11-08-05 | KHM | Begin preparing patent application. | 2.0 | 400.00 |
| ~~02-24-06~~ | ~~RJK~~ | ~~Discuss disclosure with associate.~~ | ~~0.3~~ | ~~75.00~~ |

|  |  |  |  |  |
|--|--|--|--|--|
|  | Total Matter Services | $ | | 492.00 ~~567.00~~ |

Delphi Technologies
April 18, 2006
Page 31


                                                    Invoice # 129847-29

RE: Mixture Preparation by Metal Foam Vaporizer (DP-314345)
I.D. 89190-106405


DATE        ATTY   DESCRIPTION                        HOURS           AMOUNT

11-04-05    RJK    Review disclosure with associate.    0.4            92.00


                            Total Matter Services      $              92.00
                                                       ------------------

Delphi Technologies
April 18, 2006
Page 32

                                                    Invoice # 129847-30

RE: Diesel Reservoir Ice Bypass Valve (DP-312202)
I.D. 89190-118605

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-11-05 | RJK | Review disclosure; identify invention. | 0.5 | 115.00 |
| 11-03-05 | RJK | Review disclosure and discuss with associate. | 0.7 | 161.00 |
| ~~02-24-06~~ | ~~KHM~~ | ~~Review ROI. Prepare e-mail to inventors requesting better drawings.~~ | ~~1.0~~ | ~~200.00~~ |
| ~~02-24-06~~ | ~~RJK~~ | ~~Follow up on completing application and filing; review draft.~~ | ~~0.3~~ | ~~75.00~~ |
| ~~02-27-06~~ | ~~KHM~~ | ~~Prepare patent application. Forward draft application to inventors for comment. Forward informal drawings to draftsman requesting preparation of formal drawings.~~ | ~~7.0~~ | ~~1,400.00~~ |
| ~~02-28-06~~ | ~~KHM~~ | ~~Revise application in accordance with inventors' comments. Review drawings from draftsman and forward to inventors for comment. Enter reference numerals on drawings and forward to draftsman for finalizing. E-mail revised application and drawings to inventors for review and comment.~~ | ~~3.5~~ | ~~700.00~~ |

                                                            276.00
                    Total Matter Services        $       ~~2,651.00~~
                                                    ------------------

Delphi Technologies
April 18, 2006
Page 33

Invoice # 129847-31

RE: Algorithm for DPT Burnout Using DNT Catalyst with
    Reformate (DP-314378)
I.D. 89190-118805

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 11-03-05 | RJK | Review disclosure and identify invention; discuss combining DP-314378 and DP-314379 with associate. | 0.4 | 92.00 |
| 11-07-05 | LJF | Review disclosures and prior art. | 4.5 | 787.50 |
| 11-10-05 | LJF | Phone conference with inventor; draft patent application. | 3.5 | 612.50 |
| 11-11-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 11-30-05 | LJF | Draft patent application. | 4.5 | 787.50 |
| 12-02-05 | LJF | Draft patent application; review with inventor. | 4.0 | 700.00 |

Total Matter Services        $        3,767.00
                                  ------------------

Delphi Technologies
April 18, 2006
Page 34

Invoice # 129847-32

RE: Face Seal Variable Cam Phaser (DP-314579)
I.D. 89190-129105

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| 12-16-05 | RCB | Start draft of patent application. | 6.5 | 1,040.00 |
| 12-17-05 | RCB | Continue draft of patent application. | 4.5 | 720.00 |
| 12-19-05 | RCB | Complete draft of patent application. | 3.5 | 560.00 |
| 12-22-05 | RJK | Review/revise application. | 2.9 | 667.00 |
| 12-30-05 | RJK | Make further revisions to draft application for inventor's review. | 2.9 | 667.00 |

Total Matter Services    $    3,815.00
------------------

Delphi Technologies
April 18, 2006
Page 35

Invoice # 129847-33

RE: Spiral Wound Hydrocarbon Absorber (DP-314365)
I.D. 89190-129205

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-18-05 | RJK | Review request from J Haines to determine whether invention can be included in DP312182. | 0.3 | 69.00 |
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-04-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| ~~02-21-06~~ | ~~RCB~~ | ~~Start draft of patent application.~~ | ~~5.5~~ | ~~880.00~~ |
| ~~02-22-06~~ | ~~RCB~~ | ~~Complete draft of patent application.~~ | ~~3.5~~ | ~~560.00~~ |
| ~~02-22-06~~ | ~~RJK~~ | ~~First review of application; revise.~~ | ~~2.9~~ | ~~725.00~~ |

                                                              230.00
              Total Matter Services          $            2,395.00
                                                       ------------------

Delphi Technologies
April 18, 2006
Page 36

                                                    Invoice # 129847-34

RE: Injector Fuel Filter with Built-in Orifice for Flow
    Restriction (DP-314200)
I.D. 89190-129505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-31-05 | RJK | Review ROI; identify invention. | 0.3 | 69.00 |
| 11-03-05 | RJK | Review disclosure with associate. | 0.4 | 92.00 |
| ~~02-24-06~~ | ~~KHM~~ | ~~E-mail inventors with questions concerning disclosure.~~ | ~~1.0~~ | ~~200.00~~ |
| ~~02-24-06~~ | ~~RJK~~ | ~~Discuss disclosure with associate.~~ | ~~0.3~~ | ~~75.00~~ |

                                                            161.00
                        Total Matter Services      $       ~~436.00~~
                                                    ------------------

Delphi Technologies
April 18, 2006
Page 37

Invoice # 129847-35

RE: Cam Phasing System with Mid-Position Engine Shut Down
    (DP-313928)
I.D. 89190-132905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 10-25-05 | RJK | Review ROI and how it relates to DP314435; call P Griffin to discuss. | 1.0 | 230.00 |
| 10-26-05 | RJK | Discuss invention with D Cuatt; advise P Griffin. | 0.7 | 161.00 |
| 11-04-05 | RJK | Review disclosure; identify invention. | 0.4 | 92.00 |
| ~~02-17-06~~ | ~~RCB~~ | ~~Start drafting application.~~ | ~~4.0~~ | ~~640.00~~ |
| ~~02-18-06~~ | ~~RCB~~ | ~~Continue drafting patent application.~~ | ~~6.2~~ | ~~992.00~~ |
| ~~02-21-06~~ | ~~RCB~~ | ~~Continue drafting patent application.~~ | ~~3.5~~ | ~~560.00~~ |
| ~~02-22-06~~ | ~~RCB~~ | ~~Complete draft of patent application.~~ | ~~5.8~~ | ~~928.00~~ |
| ~~02-23-06~~ | ~~RJK~~ | ~~Preliminary review of draft application.~~ | ~~2.6~~ | ~~650.00~~ |

|  |  |  | 483.00 |
|--|--|--|--------|
| | Total Matter Services | $ | ~~4,253.00~~ |
| | | | ------------------ |

Delphi Technologies
April 18, 2006
Page 38

Invoice # 129847-36

RE: Thick Septum Method (DP-314572)
I.D. 89190-140505

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-19-05 | RCB | Start draft of patent application. | 3.0 | 480.00 |
| 12-20-05 | RCB | Continue draft of patent application. | 5.5 | 880.00 |
| 12-21-05 | RCB | Complete draft of patent application. | 6.5 | 1,040.00 |
| 12-23-05 | RJK | First review of application/revise. | 2.9 | 667.00 |
| 12-30-05 | RJK | Review/revise draft application for inventor's review. | 2.8 | 644.00 |

Total Matter Services          $          3,711.00
                                     ------------------

Delphi Technologies
April 18, 2006
Page 39

Invoice # 129847-37

RE: Roller Finger Follower (H-204352EP) Re: Application No:
    99920002.5; Patent No: EP 1 157 193 B1
I.D. 89190-158905

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| 12-20-05 | RJK | Discuss Euro office action with P Griffin. | 0.2 | 46.00 |
| 12-30-05 | RJK | Review materials received from PG re: Euro opposition. | 1.2 | 276.00 |
| 01-09-06 | RJK | Review opposition; advise P Griffin. | 1.6 | 400.00 |

Total Matter Services           $        722.00
                                 ------------------

Delphi Technologies
April 18, 2006
Page 40

                                                        Invoice # 129847-38

RE: Deactivation Roller Finger Follower (DP-314781)
I.D. 89190-159005

| DATE | ATTY | DESCRIPTION | HOURS | AMOUNT |
|------|------|-------------|-------|--------|
| ~~02-08-06~~ | ~~RJK~~ | ~~Identify patentable features in view of~~ | | |
| | | ~~DP310086.~~ | ~~0.8~~ | ~~200.00~~ |

                          Total Matter Services       $       ~~200.00~~
                                                           ------------------

::ODMA\PCDOCS\JFM_ROCHESTER\156044\1