# EXHIBIT D

## DELPHI CORPORATION, *ET AL*
## PROFESSIONAL SERVICES RENDERED
## BY JAECKLE FLEISCHMANN & MUGEL, LLP
## AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS
## OCTOBER 8, 2005 - JANUARY 31, 2006

### ATTORNEYS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Partner: | | | | | |
| Ronald J. Kisicki | 1986 | 1986 | $230.00 | 213.7 | $49,151.00 |
| Ronald J. Kisicki - 1/01/06 | 1986 | 1986 | $250.00 | 72.6 | $18,150.00 |
| Total (Partner): | | | | 286.3 | $67,301.00 |
| | | | | | |
| Associates: | | | | | |
| Dennis B. Danella | 2000 | 2000 | $185.00 | 261.4 | $48,359.00 |
| Katherine H. McGuire | 1989 | 1989 | $200.00 | 94.6 | $18,920.00 |
| Total (Associates) | | | | 356 | $67,279.00 |

### PATENT AGENTS

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Lee J. Fleckenstein | 1992 | | $175.00 | 56.5 | $9,887.50 |
| Robert C. Brown | 1993 | | $160.00 | 264.3 | $42,288.00 |
| Total (Patent Agents) | | | | 320.8 | $52,175.50 |

### LEGAL ASSISTANT

| Name | Year Admitted to Practice | Law School Class | Hourly Rate | Total Interim Application Hours | Total Interim Application Compensation |
|---|---|---|---|---|---|
| Margaret I Hults | | | $80.00 | 10.9 | $872.00 |
| Total (Legal Assistant) | | | | 10.9 | $872.00 |

Total (Attorneys, Patent Agent & Legal Asst):    974 Hours -    $187,627.50