**EXHIBIT E**

**DELPHI CORPORATION, ET AL**
**SUMMARY OF SERVICES RENDERED**
**BY JAECKLE FLEISCHMANN & MUGEL, LLP**
**AS INTELLECTUAL PROPERTY COUNSEL TO DEBTORS**
**OCTOBER 8, 2005 - JANUARY 31, 2006**

| Matter | Name | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Patent Application drafting & Prosecution | Ronald J. Kisicki | $230.00 | 189.8 | $43,654.00 |
| Patent Application drafting & Prosecution | Ronald J. Kisicki - 1/01/06 | $250.00 | 64.3 | $16,075.00 |
| Patent Application drafting & Prosecution | Dennis B. Danella | $185.00 | 261.4 | $48,359.00 |
| Patent Application drafting & Prosecution | Katherine H. McGuire | $200.00 | 94.4 | $18,880.00 |
| Patent Application drafting & Prosecution | Lee J. Fleckenstein | $175.00 | 56.5 | $9,887.50 |
| Patent Application drafting & Prosecution | Robert C. Brown | $160.00 | 264.3 | $42,288.00 |
| Patent Application drafting & Prosecution | Margaret I Hults | $80.00 | 10.9 | $872.00 |
| | | | | |
| Intellectual Property Counseling | Ronald J. Kisicki | $230.00 | 23.9 | $5,497.00 |
| Intellectual Property Counseling | Ronald J. Kisicki - 1/01/06 | $250.00 | 8.3 | $2,075.00 |
| Intellectual Property Counseling | Katherine H. McGuire | $200.00 | 0.2 | $40.00 |
| | | | | |
| | | Total Services Rendered: | 974 | $187,627.50 |