EXHIBIT F

DELPHI CORPORATION, *ET AL*

ACTUAL AND NECESSARY DISBURSEMENTS

INCURRED BY JAECKLE FLEISCHMANN & MUGEL, LLP

BY INTELLECTUAL PROPERTY COUNSEL

OCTOBER 8, 2005 - JANUARY 31, 2006

| Expenses | Amount |
| --- | --- |
| Filing Fees | $30,200.00 |
| Mailing Charges | $486.78 |
| Patent Searching & File Historys | $3,988.93 |
| Drawing Fees | $3,345.00 |
| | |
| TOTAL DISBURSEMENTS | $38,020.71 |