Hearing Date and Time: June 20, 2006, 10:00 a.m.
Objection Deadline: June 13, 2006, 4:00 p.m.

**COVINGTON & BURLING**
1330 Avenue of the Americas
NEW YORK, NY  10019-5400
(212) 841-1000
Aaron Marcu (AM-6309)
Susan Power Johnston (SJ-9386)

Foreign Trade and Special Corporate Committee
Counsel to the Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, <u>et al.</u>, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON REVISED FIRST INTERIM APPLICATION OF COVINGTON & BURLING, AS FOREIGN TRADE AND SPECIAL CORPORATE COMMITTEE LEGAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED FROM OCTOBER 8, 2005 THROUGH JANUARY 31, 2006**

**PLEASE TAKE NOTICE** that on June 20, 2006 at 10:00 a.m., Covington & Burling, as foreign trade and special corporate committee legal counsel to the above-captioned debtors and debtors-in-possession, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, in Courtroom 610 of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, for entry of an order approving its first interim application for allowance of compensation for professional

services rendered and reimbursement of expenses incurred from October 8, 2005, through January 31, 2006 (the "**Compensation Period**") totaling $490,281.00, and for reimbursement of its actual and necessary expenses incurred during the Compensation Period totaling $20,653.23.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed order must be made in writing and delivered to Judge Drain's chambers and the undersigned so as to be received not later than 4:00 p.m. on June 13, 2006. If no objections are received by that time, the order may be entered.

Dated: April 28**,** 2006

**COVINGTON & BURLING**

By: /s/ Susan Johnston
  Aaron R. Marcu (AM-6309)
  Susan Power Johnston (SJ 9386)

1330 Avenue of the Americas
New York, NY 10019-5400
(212) 841-1000

**Foreign Trade and Special Corporate Committee Counsel to the Debtors and Debtors-in-Possession**