UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re Delphi Corporation, et al.

                                                       Debtor.

In re: Case No. 05-44481
Chapter 11

----------------------------------------------------------------x

                                        Plaintiff

Adversary Proceeding
Case No.

                          v.

                                        Defendant
----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael D. Fishman_____, a member in good standing of the bar in the State of Michigan_____, or of the bar of the U.S. District Court for the _____ District of _____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a creditor_____ in the above referenced [✓] case [ ] adversary proceeding.

My:    address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304
         e-mail address is mdf@raderfishman.; telephone number is 248-594-0600

I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April 28, 2006

_____

### ORDER

**ORDERED,**
that Michael D. Fishman_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
           New York, New York    /s/ _____
                                                      UNITED STATES BANKRUPTCY JUDGE