UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re Delphi Corporation, et al.

                                                 In re: Case No. 05-44481
                                                 Chapter 11

                        Debtor.
------------------------------------------------------------x

                        Plaintiff                  Adversary Proceeding
                                                  Case No.
                  v.

                        Defendant
------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Glenn E. Forbis_____, a member in good standing of the bar in the State of Michigan_____, or of the bar of the U.S. District Court for the Eastern____ District of Michigan_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a creditor_____ in the above referenced [✓] case [ ] adversary proceeding.
My: address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304
e-mail address is gef@raderfishman.com; telephone number is 248-594-0600
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April ___, 2006

_____/s/_____

## ORDER

**ORDERED,**
that Glenn E. Forbis_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
        New York, New York    /s/_____
                                                    UNITED STATES BANKRUPTCY JUDGE