UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re Delphi Corporation, et al.

                                                    In re: Case No. 05-44481
                                                    Chapter 11

                          Debtor.

-------------------------------------------------------------x

                        Plaintiff                  Adversary Proceeding
                                                    Case No.

           v.

                        Defendant

-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Leigh C. Taggart_____, a member in good standing of the bar in the State of
Michigan_____, or of the bar of the U.S. District Court for the Eastern____ District of
Michigan_____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a
creditor_____ in the above referenced [✓] case [ ] adversary proceeding.
My:    address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304_____
         e-mail address is lct@raderfishman.com ; telephone number is 248-594-0600_____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April _28__, 2006

                                                                                                                                                                                                             

## ORDER

**ORDERED,**
that Leigh C. Taggart_____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:
          New York, New York    /s/ _____
                                                         UNITED STATES BANKRUPTCY JUDGE