LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
       mitchell.seider@lw.com
       mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

      Leslie Salcedo, being duly sworn, deposes and says:

      1.     I am not a party to this action, am over 18 years of age and am employed by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

      2.     On May 1, 2006, I caused true and correct copies of the Response of the Official Committee of Unsecured Creditors in Support of the Debtors' Motion for Order Under 11 U.S.C. § 1113 (C) Authorizing Rejection of Collective Bargaining Agreements and Under 11

U.S.C. § 1114(G0 Authorizing Modification of Retiree Welfare Benefits, to be served upon the

parties identified in Exhibit A hereto in the manner indicated therein.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
4<u>th</u> day of May, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

**Via Overnight Mail**

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY  10017<br>Attn: Marlane Melican | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI  48098<br>Attn: Sean Corcoran<br>           Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004<br>Attn: Alicia M. Leonard | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY  10017<br>Attn: Kenneth S. Ziman<br>           Robert H. Trust<br>           William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL  60606<br>Attn: John Wm Butler<br>       John K. Lyons<br>       Ron E. Meisler | Bruce H. Simon<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY  10036 |
| Niraj R. Ganatra<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, Michigan, 48214 | Thomas M. Kennedy<br>Kennedy, Jennik & Murray, PC<br>113 University Place<br>New York, NY  10003 |
| Hanan B. Kolko<br>Meyer, Suozzi, English & Klein, PC<br>1350 Broadway, Suite 501<br>New York, NY  10018 | Henry Reichard<br>IUE-CWA<br>2360 W, Dorothy Lane<br>Suite 201<br>Dayton, OH  45439 |
| Lowell Peterson<br>Meyer, Suozzi, English & Klein, PC<br>1350 Broadway, Suite 501<br>New York, NY  10018 | David R. Jury<br>Assistant General Counsel<br>United Steelworkers<br>Five Gateway Center, Room 807<br>Pittsburg, Pennsylvania 15222 |
| Barbara Mehlsack<br>Gorlick, Kravitz & Listhaus, PC<br>17 State Street, 4th Floor<br>New York, NY  10004 | Richard Griffin<br>International Union of Operating Engineers<br>1125 17th Street, NW<br>Washington, DC  20036 |

NY\1141912.1

| | |
|---|---|
| Marianne Goldstein Robbins<br>Previant, Goldberg, Uelmen, Gratz, Miller & Braueggeman, S.C.<br>1555 N. RiverCenter Drive- 202<br>Milwaukee, WI 53212 | Edward M. Fox<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, New York 10022 |
| Glenn M. Kurtz<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036 | Thomas E. Lauria<br>White & Case LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131 |