# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                       In Proceedings For A
                                             Reorganization Under
**DELPHI CORPORATION, et al,**               Chapter 11
                                             Case No.: 05-44481
                                             Jointly Administered
   Delphi Automotive Systems LLC             Case No.: 05-44640
                  Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

      Amroc Investments, LLC
      535 Madison Avenue, 15th Floor
      New York, New York 10022
      Attention: David S. Leinwand, Esq.

A transfer in the amount of **$53,087.04** from:

      REM Electronics Supply Co. (Transferor)
      PO Box 831
      Warren, OH 44482
      Attention: Mr. Randy Miller

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                             _____
                                                             Deputy Clerk