**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                                                  In Proceedings For A
                                                                                             Reorganization Under
        **DELPHI CORPORATION, et al,**           Chapter 11
                                                                                             Case No.: 05-44481
                                                                                             Jointly Administered
    Delphi Automotive Systems LLC                          Case No.: 05-44640
                              Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$53,910.07** from:

        Tompkins Products Inc. EFT (Transferor)
        1040 West Grand Blvd
        Detroit, MI 48208
        Attention: Mr. Joe Tompkins

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                      Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                     _____
                                                     Deputy Clerk