UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                             :
          In re                                              :   Chapter 11
                                                             :
DELPHI CORPORATION, et al.,                                  :   Case No. 05-44481 (RDD)
                                                             :
                       Debtors.                              :   Jointly Administered
                                                             :
------------------------------------------------------------x

## MOTION TO LIFT STAY

Comes now the creditors, KELLY R. GROCE and KELLY D. GROCE, by Counsel, and moves this Honorable Court, to lift the stay in the above referenced matter so that the above mentioned creditor may pursue litigation against the Debtors regarding a slip and fall accident involving the debtor, Delphi Corporation, in which personal injuries and damages were sustained by said creditors. Said creditor's complaint for personal injuries is presently on file in the Henry County Circuit Court, in the State of Indiana, captioned <u>Kelly R. Groce and Kelly D. Groce v. Delphi Corporation and GMAC Global Relocation Services</u>, Cause No. 33C01-0401-CT-0004.

WHEREFORE, counsel for creditors, Kelly R. Groce and Kelly D. Groce, respectfully requests that the Court lift the automatic stay in the above referenced matter, and for all other relief just and proper in the premises.



Michael J. Sobieray, MS0310
Attorney for Creditors,
Kelly R. Groce and Kelly D. Groce

Stewart & Stewart
931 S. Rangeline Road
Carmel, Indiana 46032
(317) 846-8999

RECEIVED
APR 2 7 2006

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following via First Class, United States Mail, this 24th day of April, 2006:

Lloyd H. Milliken, Jr.
Matthew R. King
LOCKE REYNOLDS LLP
1000 Capital Center South
201 N. Illinois Street
P.O. Box 44961
Indianapolis, IN 46244-0961

Michael J. Sobieray, #18894-41

STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
(317)846-8999