WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice*)
Frank L. Eaton (FE-1522)
Ileana A. Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT, L.P., WEXFORD CAPITAL LLC,
PARDUS CAPITAL MANAGEMENT L.P., AND
LAMPE CONWAY & CO., LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                      :   Chapter 11
                                           :
DELPHI CORPORATION, *et al.*,              :   Case No. 05-44481 (RDD)
                                           :
                    Debtors.               :   Jointly Administered
                                           :
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF FLORIDA       )
                       ) SS.:
COUNTY OF MIAMI-DADE   )

        Aileen Venes, being duly sworn, deposes and says:

        1.     The deponent is employed by White & Case LLP and is over 18 years of age and is not a party to the above captioned proceeding.

        2.     On May 3, 2006, deponent caused to be served a true and correct copy of the following documents:

MIAMI 651944 v1 (2K)

- **Emergency Motion of The Shareholders for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(2) Enlarging The Equity Committee Appointed by the U.S. Trustee**

- **Declaration of Frank L. Eaton Pursuant to Local Bankruptcy Rule 9077-1(A) in Support of Emergency Motion of The Shareholders for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(2) Enlarging The Equity Committee Appointed by the U.S. Trustee**

via electronic transmission and overnight mail on the Master Service List parties, attached hereto as **Exhibit A**; and via electronic transmission on the 2002 Service List parties, attached hereto as **Exhibit B**.

3. On May 4, 2006, deponent caused to be served a true and correct copy of the following documents:

- **Emergency Motion of The Shareholders for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(2) Enlarging The Equity Committee Appointed by the U.S. Trustee**

- **Declaration of Frank L. Eaton Pursuant to Local Bankruptcy Rule 9077-1(A) in Support of Emergency Motion of The Shareholders for Entry of an Order Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(2) Enlarging The Equity Committee Appointed by the U.S. Trustee**

via U.S. Express mail on James H. Kelly, P.O. Box 4426, Boulder, CO 80306; and via First-Class mail to those 2002 Service List parties for which an undeliverable email notification was received, attached hereto as **Exhibit C**.

_____
Aileen Venes

Sworn to before me on this
4th day of May, 2006

_____
Notary Public

ALBA DIAZ
MY COMMISSION # DD 331608
EXPIRES: June 23, 2008
Bonded Thru Notary Public Underwriters