**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In re:                                                    Chapter 11

                                                          Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                Jointly Administered

                         Debtors

----------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Leigh C. Taggart is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May 4, 2006
       New York, New York

                                          /s/Robert D. Drain
                                          UNITED STATES BANKRUPTCY JUDGE