UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | In Proceedings for |
| | A Reorganization Under Chapter 11 |
| | |
| | Case No. 05-44481 |
| | Jointly Administered |
| Delphi Automotive Systems LLC, <u>et al.</u> | |
| Debtor | |

---

SCHEDULED CLAIM: 1598763-10396565

**<u>NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P RULE 3001(E)(1) FOR FILED CREDITOR,</u>**
**<u>Bastian Material Handling LLC</u>**
**<u>IN THE SCHEDULED AMOUNT OF $30,015.00</u>**
**<u>TO Midtown Claims LLC</u>**

**TO Transferor:**    Bastian Material Handling LLC
9820 Association Court
Nora, IN 46280-1962
Attention: Lisa Rohe
PH: 317-575-9992 x 630
FX: 317-575-8596
lrohe@bmhcorp.com

PLEASE TAKE NOTICE that the transfer of $30,015.00 of the above-captioned general unsecured claim has been transferred to:

**TO Transferee:**    Midtown Claims LLC
Attention: Eileen Shay
65 East 55th Street, 19th Floor
New York, NY 10022
Facsimile: (212) 371-4318

The Transfer Agreement is attached as Exhibit A hereto.  No action is required <u>if you do not object</u> to the transfer of your claim.  However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

**FILE A WRITTEN OBJECTION TO THE TRANSFER** with:
Attention:: Deputy Clerk
United States Bankruptcy Court Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York 10004-1408

--    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE.**
Refer to **INTERNAL CONTROL NO.** _____ in your objection.
If you file an objection, a hearing will be scheduled.  IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT IN THIS PROCEEDING.

---

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO._____
Copy: (check) Claims Agent ___ Transferee ___ Debtor's Attorney ___

_____
Deputy Clerk

-7-

DRAFT Bastian Material V1

EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bastian Material Handling LLC ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Midtown Claims LLC (the "Assignee") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Delphi Automotive Systems LLC (the "Debtor"), Debtor in Case No. 05-44481 ("Case") Jointly Administered, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 30 day of April, 2006.

ASSIGNOR

Bastian Material Handling LLC

By: /s/ William A Bastian
Authorized Signatory
Name: William A Bastian
Title: Secretary

ASSIGNEE

Midtown Claims LLC

By: /s/ Michael J. Leffell
Authorized Signatory
Name: Michael J. Leffell
Title: Managing Member

**(ASSIGNOR)**

WITNESS

By: /s/ Lisa Rohe
Name: Lisa Rohe
Title: Accounting Manager

DRAFT Bastian Material V1

-8-