ORIGINAL

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

In re Delphi Corporation, et al.

In re: Case No. 05-44481
Chapter 11

Debtor.

------------------------------------------------------------------X

Plaintiff                          Adversary Proceeding
                                   Case No.

v.

Defendant

------------------------------------------------------------------X

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael D. Fishman _____, a member in good standing of the bar in the State of
Michigan _____, or of the bar of the U.S. District Court for the _____ District of
_____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain _____, to represent Rader, Fishman & Grauer, PLLC _____, a
creditor _____ in the above referenced [✔] case [ ] adversary proceeding.
My:    address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304 _____
        e-mail address is mdf@raderfishman, telephone number is 248-594-0600 _____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice.*
Dated: April 2️⃣8️⃣ 2006

### ORDER

**ORDERED,**
that Michael D. Fishman _____, Esq., is admitted to practice, *pro hac vice,* in the above
referenced [✔] case [ ] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:
        New York, New York    /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE

**Judge's Copy**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

In re Delphi Corporation, et al.

In re: Case No. 05-44481
Chapter 11

Debtor.

-----------------------------------------------------------------x

Plaintiff

Adversary Proceeding
Case No.

v.

Defendant

-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Michael D. Fishman _____, a member in good standing of the bar in the State of
Michigan _____, or of the bar of the U.S. District Court for the _____ District of
_____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain _____, to represent Rader, Fishman & Grauer, PLLC _____, a
creditor _____ in the above referenced [✔] case [ ] adversary proceeding.
My:   address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI  48304 _____
       e-mail address is mdf@raderfishman.; telephone number is 248-594-0600 _____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April 2S/ 2006

_____

### ORDER

**ORDERED,**
that Michael D. Fishman _____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced [✔] case [ ] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:

New York, New York   /s/ _____
                              UNITED STATES BANKRUPTCY JUDGE