ORIGINAL

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Delphi Corporation, et al.

In re: Case No. 05-44481
Chapter 11

　　　　　　　　　　　Debtor.
-----------------------------------------------------------x

　　　　　　　　　　　Plaintiff          Adversary Proceeding
　　　　　　　　　　　　　　　　　　　　Case No.
　　　　　　　v.

　　　　　　　　　　　Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Glenn E. Forbis_____, a member in good standing of the bar in the State of Michigan_____, or of the bar of the U.S. District Court for the Eastern___ District of Michigan_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a creditor_____ in the above referenced [✓] case [ ] adversary proceeding. My: address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI  48304_____
e-mail address is gef@raderfishman.com_____; telephone number is 248-594-0600_____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April ___, 2006

## ORDER

**ORDERED,**
that Glenn E. Forbis_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
　　　　　New York, New York　　　/s/_____
　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

Judge's Copy

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Delphi Corporation, et al.

                                                     In re: Case No. 05-44481
                                                   Chapter 11
                      Debtor.
-----------------------------------------------------------x

                    Plaintiff            Adversary Proceeding
                                           Case No.
       v.

                    Defendant
-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Glenn E. Forbis_____, a member in good standing of the bar in the State of
Michigan_____, or of the bar of the U.S. District Court for the Eastern__ District of
Michigan____, request admission, *pro hac vice*, before the Honorable
Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a
creditor_____ in the above referenced [✓] case [ ] adversary proceeding.
My:   address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304_____
       e-mail address is gef@raderfishman.com; telephone number is 248-594-0600_____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April ___, 2006

## ORDER

**ORDERED,**
that Glenn E. Forbis_____, Esq., is admitted to practice, *pro hac vice*, in the above
referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy
Court, Southern District of New York, subject to payment of the filing fee.
Dated:
         New York, New York    /s/_____
                                                 UNITED STATES BANKRUPTCY JUDGE