**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re Delphi Corporation, et al.

                                                   In re: Case No. 05-44481
                                                   Chapter 11

                       Debtor.
-----------------------------------------------------------X

                     Plaintiff                 Adversary Proceeding
                                            Case No.

              v.

                     Defendant
-----------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Leigh C. Taggart_____, a member in good standing of the bar in the State of Michigan_____, or of the bar of the U.S. District Court for the Eastern____ District of Michigan_____, request admission, *pro hac vice*, before the Honorable Robert D. Drain_____, to represent Rader, Fishman & Grauer, PLLC_____, a creditor_____ in the above referenced [✓] case [ ] adversary proceeding.
My:    address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI  48304_____
        e-mail address is lct@raderfishman.com ; telephone number is 248-594-0600_____
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April _28__, 2006

_____/s/_____

## ORDER

**ORDERED,**
that Leigh C. Taggart_____, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
             New York, New York    /s/ _____
                                                      UNITED STATES BANKRUPTCY JUDGE

**Judge's Copy**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re Delphi Corporation, et al.

In re: Case No. 05-44481
Chapter 11

Debtor.
-----------------------------------------------------------x

Plaintiff

Adversary Proceeding
Case No.

v.

Defendant
-----------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Leigh C. Taggart, a member in good standing of the bar in the State of Michigan, or of the bar of the U.S. District Court for the Eastern District of Michigan, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent Rader, Fishman & Grauer, PLLC, a creditor in the above referenced [✓] case [ ] adversary proceeding.
My:   address is 39533 Woodward Avenue, Suite 140, Bloomfield Hills, MI 48304
         e-mail address is lct@raderfishman.com ; telephone number is 248-594-0600
I agree to pay the fee of $25 upon approval by this Court admitting me to practice *pro hac vice*.
Dated: April 28, 2006

### ORDER

**ORDERED,**
that Leigh C. Taggart, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.
Dated:
         New York, New York    /s/ _____
                                           UNITED STATES BANKRUPTCY JUDGE