Anthony Princi, Esq. (AP-2150)
Thomas L. Kent, Esq. (TK-2935)
Alyssa Englund, Esq. (AE-2300)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for the Ad Hoc Committee of Trade Claimants

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DELPHI CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 5, 2006, I caused to be served via the method indicated below the 1) Response Of Ad Hoc Trade Committee To Limited Objection Of Wilmington Trust Company, As Indenture Trustee And Supplemental Objection Of Appaloosa Management L.P. And Wexford Capital LLC To The Motion For Order Under 11 U.S.C. Section 1113(c) Authorizing Rejection Of Collective Bargaining Agreements And Under 11 U.S.C. Section 1114(G) Authorizing Modification Of Retiree Welfare Benefits; and 2) Limited Objection Of Ad Hoc Trade Committee To Motion Of International Union, Automobile, Aerospace And Implement Workers Of America (UAW) To Limit Participation In The Hearing On Delphi's Section 1113 And Section 1114 Motion on the parties listed below.

| | |
|---|---|
| Babette A. Ceccotti, Esq.<br>Cohen Weiss & Simon LLP<br>330 W. 42nd Street<br>New York, NY 10036<br>Email: bceccotti@cwsny.com | Attorneys for International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)<br><br>*Via Email and Hand Delivery* |
| Delphi Corporation<br>5725 Delphi Drive<br>Troy, Michigan 48098<br>Attn: General Counsel | Debtor<br><br>*Via FedEx* |
| John William Butler, Jr., Esq.<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>jbutler@skadden.com | Counsel to the Debtors<br><br><br><br>*Via Email and U.S. Mail* |
| Tom A. Jerman, Esq.<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>tjerman@omm.com | Counsel to the Debtors<br><br><br>*Via Email and U.S. Mail* |
| Lonie Hassel, Esq.<br>Groom Law Group, Chartered<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>lah@groom.com | Counsel to the Debtors<br><br><br>*Via Email and U.S. Mail* |
| Kenneth M. Ziman, Esq.<br>Simpson Thacher & Bartlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>kziman@stblaw.com | Counsel to the agent under the Debtors' prepetition facility<br><br>*Via Email and Hand Delivery* |
| Marlane Melican, Esq.<br>Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>marlane.melican@dpw.com | Counsel for the agent under the pospetition credit facility<br><br>*Via Email and Hand Delivery* |

2

| | |
|---|---|
| Robert J. Rosenberg, Esq.<br>Mark A. Broude, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY 10022-4802<br>robert.rosenberg@lw.com | Counsel to the Official Committee of Unsecured Creditors<br><br>*Via Email and Hand Delivery* |
| Edward M. Fox, Esq.<br>Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>efox@klng.com | Attorneys for Wilmington Trust Company<br><br>*Via Email and Hand Delivery* |
| Martin J. Bienstock, Esq.<br>Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>martin.bienenstock@weil.com | Counsel for General Motors Corp.<br><br>*Via Email and Hand Delivery* |
| Glenn M. Kurtz, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036-2787<br>gkurtz@whitecase.com | Attorneys for Appaloosa Management L.P. and Wexford Capital LLC<br><br>*Via Email and Hand Delivery* |
| Barbara Mehlsack, Esq.<br>Gorlick Kravitz & Listhaus PC<br>17 State Street, 4th Floor<br>New York, NY 10004<br>bmehlsack@gkllaw.com | Counsel for the International Union of Operating Engineers Local Union Nos. 18 and 832<br><br>*Via Email and Hand Delivery* |
| Lowell Peterson, Esq.<br>Meyer Suozzi, English & Klein P.C.<br>1350 Broadway, Suite 501<br>New York, NY 10018<br>lpeterson@msek.com | Counsel for the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy Allied Industrial and Service Workers International Union<br><br>*Via Email and Hand Delivery* |
| Jill M. Hartley, Esq.<br>Previant Goldberg Uelmen Gratz Miller & Brueggeman, SC<br>1555 River Center Drive, Suite 202<br>Milwaukee, WI 53212<br>jh@previant.com | Counsel for the IBEW Local 663 and IAMAW District 10<br><br>*Via Email and U.S. Mail* |

| | |
|---|---|
| Thomas M. Kennedy, Esq.<br>Kennedy Jennik & Murray PC<br>113 University Place<br>New York, NY 10003<br>tkennedy@kjmlabor.com | Counsel for the International Union of Electronic, Electrical Salaried, Machine and Furniture Workers, Communications Workers of America<br><br>*Via Email and Hand Delivery* |
| Alicia M. Leonhard, Esq.<br>Office of the United States Trustee<br>33 Whitehall Street, Suite 2100<br>New York, NY 10004 | U.S. Trustee<br><br>*Via Email and Hand Delivery* |

By: _____/s/_____
     Alyssa Englund