W. Timothy Miller (OH 0059952)
TAFT, STETTINIUS & HOLLISTER, LLP
Attorney for Select Industries Corporation and
Gobar Systems, Inc.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that, pursuant to Bankruptcy Rule 9010(b), W. Timothy Miller of the law firm of Taft, Stettinius & Hollister LLP, whose office address and telephone number appears below, hereby enters an appearance in the above-referenced, jointly-administered cases as counsel for Select Industries Corporation ("Select") and Gobar Systems, Inc. ("Gobar").

Pursuant to Section 342 and 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 3017 and 9010, Select and Gobar request that copies of all notices and pleadings given or filed in this case be given and served upon the following individual at the following address, telephone and facsimile numbers:

{W0704022.1}

> W. Timothy Miller, Esq.
> Taft, Stettinius & Hollister LLP
> 425 Walnut Street, Suite 1800
> Cincinnati, Ohio 45202
> (513) 381-2838 -Telephone
> (513) 381-0205 - Facsimile
> miller@taftlaw.com

Please take further notice that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, plan of reorganization, disclosure statement order or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, facsimile, courier service, electronic filing, telephone or otherwise filed with regard to the above-referenced cases and the proceedings.

Please take further notice that Select and Gobar intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive their rights with respect to (1) having final orders in noncore matters entered only after *de novo* review by the district judge; (2) trial by jury in a proceeding so triable in these cases or any cases, controversy or proceeding related to these cases, (3) having the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which either Select or Gobar is or may be entitled under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments either Select or Gobar expressly reserves.

Dated:  May 5, 2006

            Respectfully submitted,

            **TAFT, STETTINIUS & HOLLISTER, LLP**
            425 Walnut Street, Suite 1800
            Cincinnati, Ohio 45202-3957
            (513) 381-2838

            */s/ W. Timothy Miller*
            W. Timothy Miller (OH Bar No. 0059952)
            miller@taftlaw.com
            Attorney for Select Industries Corporation and
            Gobar Systems, Inc.