W. Timothy Miller (OH 0059952)
TAFT, STETTINIUS & HOLLISTER, LLP
Attorney for Select Industries Corporation and
Gobar Systems, Inc.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  | x |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | x |  |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, W. Timothy Miller, a member in good standing of the bars in the State of Ohio, United States District Court for the Southern District of Ohio, United States District Court for the Northern District of Ohio, and the United States Court of Appeals for the Sixth Circuit, pursuant to Local Rule 2090-1(b) of the Local Bankruptcy Rules for the Southern District of New York, request admission *pro hac vice*, before the Honorable Robert D. Drain, to represent Select Industries Corporation ("Select") and Gobar Systems, Inc. ("Gobar") in the above referenced, jointly administered cases.

| Mailing address: | Taft, Stettinius & Hollister, LLP |
|---|---|
|  | 425 Walnut Street, Suite 1800 |
|  | Cincinnati, Ohio 45202 |
| E-mail address: | miller@taftlaw.com |
| Telephone number: | (513) 381-2838 |

{W0704036.1}

I have agreed to pay the fee of $25 upon approval by this Court admitting me to practice

*pro hac vice.*

Dated: May 5, 2006

Respectfully submitted,

**TAFT, STETTINIUS & HOLLISTER, LLP**
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202-3957
(513) 381-2838

*/s/ W. Timothy Miller*
W. Timothy Miller (OH 0059952)
miller@taftlaw.com
Attorney for Select Industries Corporation and
Gobar Systems, Inc.