W. Timothy Miller (OH 0059952)
TAFT, STETTINIUS & HOLLISTER, LLP
Attorney for Select Industries Corporation
Attorney for Gobar Systems, Inc.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
(513) 381-2838

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

State of Ohio      )
                           )
County of Hamilton    )

Jillian M. Suwanski, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Taft, Stettinius & Hollister LLP, having offices at 425 Walnut Street, Suite 1800, Cincinnati, Ohio 45202.

2. On May 5, 2006, I caused to be served true and correct copies of the following documents:

   - Notice of Appearance and Demand for Notices and Papers of W. Timothy Miller on Behalf of Select Industries Corporation and Gobar Systems, Inc.

   - *Pro Hac Vice* Motion of W. Timothy Miller

via electronic transmission upon all registered ECF users and via regular U.S. mail, postage pre-paid, to the parties on the Master Service List attached hereto as Exhibit A, pursuant to the Case Management Order entered by the Court.

{W0704024.1}

Sworn to before me this
5th day of May 2006

/s/ *Jillian M. Suwanski*
Jillian M. Suwanski

/s/ *Kathleen M. Grote*
Notary Public, State of Ohio

My commission expires: May 28, 2011

{W0704024.1}                                    2