## Fera, Elaine M.

**From:**   Evan J. Gershbein [EGershbein@kccllc.com]
**Sent:**   Friday, March 31, 2006 2:08 PM
**To:**   Evan J. Gershbein
**Subject:** In Re: Delphi Corporation, et al., Case No. 05-44481

Below please find links to the following documents filed today, in connection with the above-referenced case. Please note that do to the voluminous size of certain documents downloading time might vary.  If you have any problems viewing these documents please do not hesitate to contact me.

1) Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits ("Section 1113 and 1114 Motion") (Docket No. 3035);

2) Memorandum of Law in Support of Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits (Docket No. 3036);

3) Declaration of John D. Sheehan in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3037);

4) Declaration of Kevin M. Butler in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3038);

5) Declaration of Darrell Kidd in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3039);

6) Declaration of Bernard J. Quick in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3041);

7) Declaration of Steven Gebbia in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3042);

8) Declaration of Mark R. Weber in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3043);

9) Declaration of Keith Williams in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Hourly Retiree Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3045); and

10) Declaration and Expert Report of Michael L. Wachter in Support of Delphi's Motion for Authority to Reject Collective Bargaining Agreements Under 11 U.S.C. § 1113(c) and Modify Retiree Welfare Benefits Under 11 U.S.C. § 1114(g) (Docket No. 3046).

05/05/2006

05-44481-rdd    Doc 3644-1    Filed 05/05/06    Entered 05/05/06 16:58:38    Exhibit A
Pg 2 of 2

Below please find links to the following notice lists, in connection with the above-referenced case:

1) Master Service List 060314.pdf (PDF of Master Service List);

2) Master Service List 060314.XLS (Excel version of Master Service List);

3) 2002 List 060314.pdf (PDF of 2002 list); and

4) 2002 List 060314.XLS (Excel version of 2002 list).

Sincerely,

Evan Gershbein
Kurtzman Carson Consultants
12910 Culver Blvd., Suite I
Los Angeles, CA 90066
voice (310) 751-1803
fax (310) 751-1853
www.kccllc.com

DISCLAIMER:
Any information and enclosure herein is confidential and may be legally privileged. It is intended for the recipient and its authorized agents only. The author believes the information herein to be reliable and accurate, but Kurtzman Carson Consultants LLC makes no warranty or representation as to its accuracy, completeness, freedom from viruses or errors in transmission. Unless otherwise stated, any opinions expressed herein are those solely of the author and do not necessarily reflect those of Kurtzman Carson Consultants LLC or its affiliates. If you have received this message and are not the intended recipient, please contact the sender immediately by return email and delete any copies you may have received.

05/05/2006