## Fera, Elaine M.

| | |
|---|---|
| **From:** | Janger, Rachel [RJanger@OMM.com] |
| **Sent:** | Wednesday, April 26, 2006 10:15 AM |
| **To:** | Fox, Edward M. |
| **Cc:** | Jerman, Tom; Kastin, Jessica |
| **Subject:** | Deposition Schedule - Delphi |
| **Attachments:** | #1639723 v1 - Delphi - updated deposition schedule (4).doc |

On behalf of Delphi Corporation, I have attached the current deposition schedule in the 1113/1114 matter.

<<#1639723 v1 - Delphi - updated deposition schedule (4).doc>>

**Rachel S. Janger**
**O'Melveny & Myers LLP**
1625 Eye Street, NW
Washington, DC 20006
202-383-5357 (direct dial)
202-383-5414 (fax)
rjanger@omm.com

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

05/05/2006

CONFIDENTIAL

## DELPHI DEPOSITION SCHEDULE

**Wednesday, April 26, 2006**
**IUE-CWA Depositions**

| Keith Bailey | Wednesday, April 26, 2006: 8:30 a.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
|---|---|
| Donald O. Arbogast | Wednesday, April 26, 2006: 12:30 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
| Frank Allen | Wednesday, April 26, 2006: 3:30 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |

**Thursday, April 27, 2006**
**Delphi Depositions**

| Bernard Quick | Thursday, April 27, 2006: 9 a.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
|---|---|
| Kevin Butler | Thursday, April 27, 2006: 1 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |

**IUE-CWA Depositions**

| Rochone Ruffin | Thursday, April 27, 2006: 8:30 a.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
|---|---|
| Brian Gilson | Thursday, April 26, 2006: 12:30 p.m. |

CONFIDENTIAL

|  | Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
|---|---|
| Henry Newman | Thursday, April 26, 2006: 3:30 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |

**Friday, April 28, 2006**
**IUE-CWA Depositions**

| Henry Reichard | Friday, April 28 2006: 8:30 a.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
|---|---|
| Michael Palmer | Friday, April 28, 2006: 12:30 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |
| Ted Williams | Friday, April 28, 2006: 3:30 p.m.<br><br>Somerset Inn<br>2601 West Big Beaver Road<br>Troy, Michigan |

**IAM/IBEW Depositions**

| Donald L. Griffin | Friday, April 28, 2006: 1:00 p.m.<br><br>Hilton Milwaukee City Center<br>509 West Wisconsin Avenue<br>Milwaukee, WI |
|---|---|
| Randy Middleton | Friday, April 28, 2006: 4:00 p.m.<br><br>Hilton Milwaukee City Center<br>509 West Wisconsin Avenue<br>Milwaukee, WI |