WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
(212) 819-8200
Glenn M. Kurtz (GK-6272)
Gerard Uzzi (GU-2297)
Douglas P. Baumstein (DB-1948)

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Thomas E Lauria (Admitted *Pro Hac Vice)*
Frank L. Eaton (FE-1522)
Ileana Cruz

ATTORNEYS FOR APPALOOSA
MANAGEMENT, L.P., WEXFORD CAPITAL LLC,
PARDUS CAPITAL MANAGEMENT L.P., AND
LAMPE CONWAY & CO., LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, *et al.*, | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Objection of The Shareholders to the Motion of International Union, United Automobile, Aerospace and Implement Workers of America (UAW) to Limit Participation in the Hearing on Delphi's Section 1113 and Section 1114 Motion** to be duly served on May 5, 2006, by electronic transmission and overnight mail on the following parties:

MIAMI 652424 v1 (2K)

| | |
|---|---|
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Attn: Kayalyn A. Marafioti<br>kmarafio@skadden.com | Latham & Watkins<br>885 Third Avenue<br>New York, NY 10022-4802<br>Attn: Robert J. Rosenberg<br>robert.rosenberg@lw.com |
| Skadden, Arps, Slate, Meagher & Flom, LLP<br>333 Wacker Drive, Suite 2100<br>Chicago, IL 60606<br>Attn: John W. Butler, Jr.<br>David E. Springer<br>Dhananjai Shivakumar<br>jbutler@skadden.com<br>dspringe@skadden.com<br>dshivaku@skadden.com | Simpson Thacher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>kziman@stblaw.com |
| United States Trustee<br>Alicia M. Leonard<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Alicia.M.Leonhard@usdoj.gov | Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Martin J. Bienenstock<br>Michael P. Kessler<br>martin.bienenstock@weil.com<br>michael.kessler@weil.com |

By:  /s/ Frank L. Eaton
       Frank L. Eaton