BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------

## CERTIFICATE OF SERVICE

I, Michael Leo Hall, hereby certify as follows:

1.     On May 4, 2006, I served Mercedes-Benz U.S. International, Inc.'s Objection to the Motion of International Union, United Automobile, Aerospace and Implement Workers of America (UAW) to Limit Participation in the Hearing on Delphi's Section 1113 and 1114 Motion, by transmitting a copy by means of overnight mail, by placing same in a sealed envelope with account number affixed thereto and marked "overnight priority," addressed to each of the persons listed in the "Master Service List" dated May 1, 2006, and causing same to be placed into an official depository of Federal Express located within the State of Alabama.

2.     I further served the Objection by electronic mail, or U.S. mail where an e-mail address was not provided, on all those persons listed in the "2002 List" dated May 1, 2006.

3.     I further served the Objection by "overnight priority" Federal Express mail on all those persons listed in the Notice Of Motion Of International Union, United Automobile,

1461925

Aerospace And Implement Workers Of America (UAW) To Limit Participation In The Hearing On Delphi's Section 1113 And Section 1114 Motion dated April 26, 2006.

Dated: May 8, 2006
      Birmingham, Alabama

                              BURR & FORMAN LLP

                              By: /s/ Michael Leo Hall
                                    Michael Leo Hall (pro hac granted)

                              420 North 20th Street
                              Suite 3100
                              Birmingham, Alabama 35203
                              (205) 251-3000

                              Attorneys for Creditor Mercedes-Benz U.S. International, Inc.