Babette A. Ceccotti (BC 2690)
COHEN, WEISS AND SIMON LLP
330 West 42nd Street
New York, New York  10036
(212) 563-4100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                        :

In re:                                           :         Chapter 11

DELPHI CORPORATION, *et al.,*         :         Case No. 05-44481 (RDD)
                                           :         (Jointly Administered)
                  Debtors.    :

-------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        I hereby certify that on May 8, 2006, in accordance with the Second Amended Scheduling Order on Debtors' Motions [Docket No. 2425], I caused a true and correct copy of the **Omnibus Reply of UAW in Support of Motion to Limit Participation in the Hearing on Delphi's Section 1113 and Section 1114 Motion [Docket No. 3651]** to be duly served on the Notice Parties and the Affected Parties by email.

                                                         /s/ Babette Ceccotti
                                                   Babette A. Ceccotti (BC 2690)
                                                   COHEN, WEISS and SIMON LLP
                                                   330 West 42nd Street
                                                   New York, New York  10036
                                                   (212) 563-4100

## Notice Parties

Alicia M. Leonhard
U.S. Trustee
alicia.m.leonhard@usdoj.gov

Sean Corcoran
Delphi Corporation
sean.p.corcoran@delphi.com

Karen Craft
Delphi Corporation
karen.j.craft@delphi.com

John Wm. Butler
John K. Lyons
Ron E. Meisler
Skadden, Arps, Slate, Meagher & Flom LLP
jbutler@skadden.com
jlyonsch@skadden.com
rmeisler@skadden.com

Kayalyn A. Marafioti
Thomas J. Matz
Louis Wilson
Skadden, Arps, Slate, Meagher & Flom LLP
kmarafio@skadden.com
tmatz@skadden.com
lowilson@skadden.com

Donald Bernstein
Davis Polk & Wardwell
donald.bernstein@dpw.com

Kenneth S. Ziman
Robert H. Trust
William T. Russell, Jr.
Simpson Thatcher & Bartlett LLP
kziman@stblaw.com
rtrust@stblaw.com
wrussell@stblaw.com

Robert J. Rosenberg
Mitchell A. Seider
Latham & Watkins LLP
robert.rosenberg@lw.com
mitchell.seider@lw.com

Thomas Kennedy
Susan M. Jennik
Larry Magarik
Kennedy, Jennick & Murray
tkennedy@kjmlabor.com
sjennik@kjmlabor.com
lmagarik@kjmlabor.com

Lowell Peterson
Meyer, Suozzi, English & Klein, P.C.
lpeterson@msek.com

Jill M. Hartley
Marianne Robbins
Gratz, Miller & Brueggeman, S.C.
jh@previant.com
mgr@previant.com

Barbara S. Mehlsack
Michael Vollbrecht
Gorlick, Kravitz & Listhaus, P.C.
bmehlsack@gkllaw.com
mvollbrecht@gkllaw.com

Niraj Ganatra
UAW
nganatra@uaw.net

Lonie A. Hassel
Groom Law Group
lhassel@groom.com

Tom A. Jerman
Rachel Janger
O'Melveny & Meyer LLP
tjerman@omm.com
rjanger@omm.com

## Affected Parties

Edward M. Fox
Kirkpatrick & Lockhart Nicholson Graham LLP
*Counsel for Wilmington Trust Company*
efox@klng.com

Frank L. Eaton
White & Case LLP
*Counsel to Appaloosa Management L.P.,
Wexford Capital LLC, Pardus Capital
Management L.P., and Lampe Conway & Co.,
     LLC*
featon@whitecase.com

Robert J. Rosenberg
Mitchell A. Seider
Latham & Watkins LLP
*Counsel for the Official Committee of Unsecured
     Creditors*
robert.rosenberg@lw.com
mitchell.seider@lw.com

Anthony Princi, Esq.
Orrick, Herrington & Sutcliffe LLP
*Counsel for the Ad Hoc Committee of Trade
     Claimants*
aprinci@orrick.com

Michael Leo Hall
Burr & Forman LLP
*Counsel for Mercedes-Benz U.S. International,
     Inc.*
mhall@burr.com