KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re:                                    :     Chapter 11
                                          :
DELPHI CORPORATION, et al.,               :     Case No. 05-44481 (RDD)
                                          :
                    Debtors.              :     (Jointly Administered)
                                          :
                                          :     **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------x

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

  Elaine Fera, being duly sworn, deposes and says:

  1. I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.

  2. On May 5, 2006, I served true copies of the Limited Objection of Wilmington Trust Company, as Indenture Trustee, to Motion of UAW To Limit Participation In The Hearing On Debtors' Section 1113/1114 Motion And Sur Reply To Debtors' Omnibus Reply Memorandum In Support Of 1113/1114 Motion (i) by transmitting a true and correct copy of the paper by facsimile transmission upon the parties on the attached facsimile cover sheet at the number designated for that purpose and (ii) by Federal Express priority overnight mail upon the parties on the attached Federal Express service list by placing same in properly addressed Federal Express priority overnight envelopes and depositing said envelopes in Office Services

NY-#402617-v1

on the 34th Floor at 599 Lexington Avenue, New York, New York which is the designated location for pickup by the Federal Express Corporation for next business day delivery.

                                                         */s/ Elaine Fera*
                                                         Elaine Fera

Sworn to before me this
8th day of May, 2006

       *Joyce M. Smith*
           Notary Public
Notary Public, State of New York
       No. 01SM6091035
   Qualified in Suffolk County
Commission Expires April 21, 2007



## Kirkpatrick & Lockhart Nicholson Graham LLP

599 Lexington Avenue
New York, NY 10022
212.536.3900
Fax: 212.536.3901

# FAX

| | | | |
|---|---|---|---|
| **Date** • May 5, 2006 | | **No. of Pages, including coversheet** • | 28 |

**Transmit To** •

| Name | Company | Phone | Fax |
|---|---|---|---|
| Babette A. Ceccotti | Cohen, Weiss and Simon LLP | 1-212-563-4100 | 1-212-695-5436 |
| General Counsel | Delphi Corporation | 1-248-813-2000 | 1-248-813-2670 |
| John Wm. Butler | Skadden, Arps, Slate, Meagher & Flom LLP | 1-312-407-0700 | 1-312-407-0411 |
| Tom A. Jerman | O'Melveny & Myers LLP | 1-202-383-5300 | 1-202-383-5414 |
| Lonie Hassel | Groom Law Group | 1-202-857-0620 | 1-202-659-4503 |
| Kenneth S. Ziman | Simpson Thatcher & Bartlett LLP | 1-212-455-2000 | 1-212-455-2502 |
| Marlane Melican | Davis Polk & Wardwell | 1-212-450-4092 | 1-212-450-3092 |
| Robert J. Rosenberg Mark A. Broude | Latham & Watkins LLP | 1-212-906-1370 | 1-212-751-4864 |
| Martin J. Bienenstock | Weil Gotshal & Manges LLP | 1-212-310-8000 | 1-212-310-8007 |
| Glenn M. Kurtz | White & Case LLP | 1-212-819-8200 | 1-212-354-8113 |
| Barbara S. Mehlsack | Gorlick, Kravitz & Listhaus, P.C. | 1-212-269-2500 | 1-212-269-2540 |
| Lowell Peterson | Meyer, Suozzi, English & Klein, P.C. | 1-212-239-4999 | 1-212-239-1311 |
| Jill M. Hartley | Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C. | 1-414-271-4500 | 1-414-271-6308 |
| Thomas M. Kennedy | Kennedy Jennik & Murray, P.C. | 1-212-358-1500 | 1-212-358-0207 |
| Alicia M. Leonhard | Office of the United States Trustee | 1-212-510-5000 | 1-212-668-2255 |
| **From** • Edward M. Fox | | **Phone** • | 212.536.4812 |

| | | |
|---|---|---|
| When you are sending to us, please be sure to include a cover sheet with your transmittal and a telephone number where you can be contacted in case of equipment malfunction. | **Transmitted by:** | **Time:** |

**IMPORTANT**: The materials transmitted by this facsimile are sent by an attorney or his/her agent, and are considered confidential and are intended only for the use of the individual or entity named. If the addressee is a client, these materials may also be subject to applicable privileges. If the recipient of these materials is not the addressee, or the employee or agent responsible for the delivery of these materials to the addressee, please be aware that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us at **212.536.3900 (collect)** and return the transmitted materials to us at the above address via the U.S. Postal Service. We will reimburse you any costs incurred in connection with this erroneous transmission and your return of these materials. Thank you. **Please report problems with reception by calling 212.536.3900.**
**Error! Unknown document property name.**

**Secretary** • Elaine Fera                              **Phone** •        212.536.3967

| **Client/Matter Name** | **Client/Matter Number** | **Attorney Number** |
| --- | --- | --- |
| Wilmington Trust/Delphi | 0809645.0202 | 8221 |

**COMMENTS**: