From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)563-4100    BILL SENDER
**Babette Ceccotti**
**Cohen, Weiss and Simon LLP**
**330 West 42nd Street**

**New York, NY 10036**



**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK# 7904 1995 7787    FORM 0201    08MAY06
EWR    A1
10036    -NY-US
Z2 NYCA



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (248)813-2000    BILL SENDER
**General Counsel**
**Delphi Corporation**
**5725 Delphi Drive**

**Troy, MI 48098**

**PRIORITY OVERNIGHT**             **MON**
                                    Deliver By:
TRK# **7909 1193 7755**   FORM     08MAY06
                          0201
                                    **DTW**   A2

48098   -MI-US

**NS MTCA**



---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/3FdQz1BgXs6FjWr8FeVs4IcWz5FeWy8Eh...    05/05/2006

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (312)407-0700    BILL SENDER
**John Wm. Butler, Jr.**
**Skadden, Arps, Slate, Meagher & Flo**
**333 West Wacker Drive**
**Suite 2100**
**Chicago, IL 60606**



**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK# 7920 9076 2657    FORM 0201    08MAY06

ORD    A1

60606    -IL-US

**NC LOTA**

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/9JbZr7EbTy6EaYt3BcXr9FaZs4JjUs1AbRq...    05/05/2006

From:   Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (202)383-5300    BILL SENDER
Tom A. Jerman
O'Melveny & Myers LLP
1625 Eye Street, NW

Washington, DC 20006

Delivery Address Bar Code



**PRIORITY OVERNIGHT**          **MON**
Deliver By:
TRK# 7919 3491 5015   FORM 0201   08MAY06
                                  IAD   A1

20006   -DC-US            **ZM BZSA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

SHIP TO: (202)857-0620    BILL SENDER
Lonie Hassel
Groom Law Group, Chartered
1701 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006



Delivery Address Bar Code

**PRIORITY OVERNIGHT**     **MON**
Deliver By:
TRK#  7920 9076 5222    FORM 0201    08MAY06
IAD    A1

20006    -DC-US    **ZM BZSA**



---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

SHIP TO: (212)455-2000    BILL SENDER
**Kenneth S. Ziman**
**Simpson Thatcher & Bartlett LLP**
**425 Lexington Avenue**

**New York, NY 10017**

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code



**PRIORITY OVERNIGHT**          **MON**
                                 Deliver By:
TRK#  **7904 1994 2177**  FORM   08MAY06
                          0201
                                 **EWR**   A1
**10017**   -NY-US
                          **Z2 OGSA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202



Delivery Address Bar Code

SHIP TO: (212)450-4000    BILL SENDER

**Marlane Melican, Esq.
Davis Polk & Wardell
450 Lexington Avenue**

**New York, NY 10017**

**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK#  **7909 1194 9531**    FORM 0201    08MAY06
, EWR    A1

10017    -NY-US



Z2 OGSA

---

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From:   Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)906-1370   BILL SENDER
Robert J. Rosenberg
Lathan & Watkins LLP
885 Third Avenue

New York, NY 10022

**PRIORITY OVERNIGHT**   **MON**
Deliver By:
TRK# 7914 7150 7462   FORM 0201   08MAY06

EWR   A1

10022   -NY-US

**Z2 JRBA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/1EbUv3AfSt0IbVt3JaVz4IcZx1IgRw6EjVu...   05/05/2006

FedEx | Ship Manager | Label 7920 9077 4293                                   Page 1 of 1

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

FedEx Express

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S ********

REF: 0809645.0202

SHIP TO: (212)906-1200    BILL SENDER
**Mark A. Broude**
**Latham & Watkins**
**885 Third Avenue**

**New York, NY 10022**



Delivery Address Bar Code

PRIORITY OVERNIGHT                       MON
                                         Deliver By:
TRK# 7920 9077 4293   FORM 0201          08MAY06
                                    EWR    A1
10022    -NY-US
                                    Z2 JRBA



Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/0FjRy1EhQw8EhXv1HcSx4GiWt4BeUu7B...    05/05/2006

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)310-8000    BILL SENDER
**Martin J. Bienenstock**
**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**

**New York, NY 10153**



**PRIORITY OVERNIGHT**                    **MON**
                                         Deliver By:
TRK#  7920 9079 0153   FORM   08MAY06
                        0201
                                   EWR    A1
10153       -NY-US
                           **Z2 JRBA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202



Delivery Address Bar Code

SHIP TO: (212)819-8200    BILL SENDER
**Glenn M. Kurtz**
**White & Case LLP**
**1155 Avenue of the Americas**

**New York, NY 10036**

**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK# 7920 9079 4229    FORM 0201    08MAY06

10036  -NY-US    EWR  A1

**Z2 NYCA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)269-2500       BILL SENDER
**Barbara S. Mehlsack**
**Gorlick, Kravitz & Listhaus, P.C.**
**17 State Street**
**4th Floor**
**New York, NY 10004**



**PRIORITY OVERNIGHT**           **MON**
                                 Deliver By:
TRK#  **7904 1997 6234**   FORM  08MAY06
                           0201
                                 **EWR**  A1
**10004**   -NY-US
                           **Z1 SXYA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Case 05-44481-rdd    Doc 3655-1    Filed 05/08/06    Entered 05/08/06 15:39:16    Federal
Express labels    Pg 13 of 16

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

SHIP TO: (212)239-4999    BILL SENDER
**Lowell Peterson**
**Meyer, Suozzi, English & Klein, P.C**
**1350 Broadway, Suite 501**

**New York, NY 10018**



**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK# 7919 3495 4321    FORM 0201    08MAY06

EWR    A1

10018    -NY-US    Z1 MTPA

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/cgi-bin/ship_it/unity/0BeTq2BcWy1EcRw3IhSz2FhVs5BiRq6Ej...    05/05/2006

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



SHIP TO: (414)271-4500    BILL SENDER
**Jill M. Hartley**
**Previant, Goldberg, Uelmen, Gratz,**
**1555 North River Center Drive**
**Suite 202**
**Milwaukee, WI 53212**

Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK# **7919 3496 8730**    FORM 0201    08MAY06
MKE    A1

53212    -WI-US



XH UESA

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



SHIP TO: (212)358-1500  BILL SENDER
**Thomas M. Kennedy**
**Kennedy Jennik & Murray, P.C.**
**113 University Place**
**7th Floor**
**New York, NY 10003**



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**  **MON**
Deliver By:
TRK# **7919 3497 3246**  FORM 0201  08MAY06
EWR  A1

10003  -NY-US  **Z1 MGJA**



Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

From: Origin ID: (212)536-4812
Edward M. Fox
Kirkpatrick & Lockhart LLP
599 Lexington Avenue

New York, NY 10022



SHIP TO: (212)756-2000     BILL SENDER
**Alicia M. Leonhard**
**Office of the U.S. Trustee**
**Southern District of New York**
**33 Whitehall Street, Suite 2100**
**New York, NY 10004**



Ship Date: 05MAY06
ActWgt: 1 LB
System#: 4207215/INET2400
Account#: S *********

REF: 0809645.0202

Delivery Address Bar Code

**PRIORITY OVERNIGHT**    **MON**
Deliver By:
TRK#  **7919 3492 6803**   FORM 0201   08MAY06
                                        **EWR**   A1
10004   -NY-US
                          **Z1 SXYA**

---

Shipping Label: Your shipment is complete
1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.