IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
                               :
    In re                      :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                     Debtors.  :    (Jointly Administered)
                               :
------------------------------ x

# AFFIDAVIT OF PUBLICATION OF LISA STEPHAN-KOZLOWSKI IN THE BUFFALO NEWS, DIV. OF BERKSHIRE HATHAWAY, INC.

Lisa Stephan-Kozlowski

*of the City of Buffalo, New York, being duly sworn, deposes and says that he/she is Principal Clerk of THE BUFFALO NEWS, DIV. OF BERKSHIRE HATHAWAY, INC., Publisher of the BUFFALO NEWS, a newspaper published in said city, that the notice of which the annexed printed slip taken from said newspaper is a copy, was inserted and published therein 1 time, the insertion being on the 17th day of April, 2006.*

*[signature: Lisa Stephan-Kozlowski]*

Date Ad Ran: 4/17/06

*Sworn to before me this 24th day of April, 2006.*

*[signature]*
Notary Public, Erie County, New York

RENEÉ SPATES
NOTARY PUBLIC, STATE OF NEW YORK
NO. 6026194
CERTIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES 06/07/20 07

# CASH FOR
McIntosh, ARC, Eico, HK, Heath, Krell, B & W, Dyna & other hi-fi gear 864-5669

COMPLETE Fisher stereo system, w/speakers, like new, best offer, 693-7592

McINTOSH C27 Pre-Amp; MC2125 120 watt amp, $1,500/both. 465-1802

ONKYO Amp/CD (6), dual cass., tuner, 5 speakers, subwoofer, $500 684-1443

SPEAKERS, Polk bookshelf RTI6, pair, never used, $190. 830-9359

**TIME FOR A CAREER CHANGE?**
visit www.buffalojobfinder.com

## Classified Advertising Prepay Policy
All Classified advertising with The Buffalo News requires payment upon placement.

The Buffalo News accepts the following payment forms for ad placement:
- American Express, MasterCard, Visa & Discover Cards by phone or in person at our office
- Personal Check or Money Order via mail or in person at our office. Mail should be sent to Buffalo News, One News Plaza, Buffalo, NY 14240, Attn: Customer Service Dept.
- Cash at our office

We are located at One News Plaza, corner of Washington & Scott Streets in downtown Buffalo.

This new policy does not affect Advertisers with a current contract or credit information on file with the Advertising Dept. of The Buffalo News.

For information on contract advertising, to place your credit information on file with us, or help with any advertising needs, please call 856-5555.

## 686 Store Equipment

**LOOK HERE!**

CUSTOM MADE Lobby Sales Counter shelving & cabinetry. 689-1414

## 690 Toys
REMOTE CONTROL gas Airplane, new, Nexstar Trainer, complete field box, $425. 692-8169

## 692 TV, Satellite Equipment
BIG SCREEN TV: 65", Toshiba, HDTV, $1300/bo. Call 774-8279

DISH: $19.99 a month. Local Techs = Local Service. Call 888-285-3714

PANSAT 2700A-Coolsat 5000, FTA dish, new in box, B/O. 716-434-9973

TOSHIBA 48-in. Projection TV, excellent cond. $500. 838-4822.

TV; Apex 32" with remote, perfect cond., $300. 759-1323

---

or other item? Place a 3 line FOUND ad in The News Classifieds 'Lost & Found' column for two days at no charge. Call for details, 856-5555.

If you have LOST a pet, in addition to your ad it is recommended that you visit the SPCA, 875-7360 (http://www.spcaec.com); BUFFALO ANIMAL SHEL-TER, 380 Oak St, 851-5694; ANIMAL ADVOCATES, 648-6423 (http://www2.pcom.net/lost) PET CONNECTION, 652-0192 and your local area (town) dog pounds.

### $200 REWARD
LOST, Blue/Gray Cane Corso Mastiff adult female, Virginia St., Buffalo area. Please call with any info. (512) 426-1861

### REWARD
LOST BOXER, female, fawn, white chest & paws, Wilson area, No questions asked; $300. 751-3814.

LOST: Cat, brown tiger/tabby, female, N. Tonawanda. Reward. 693-4193

### REWARD
LOST Cockatiel grey with white face & white/grey plume, answers to Nicky, Clinton-Bowen area /Elma, 681-7234

LOST diamond solitaire ring, gold bracelet, dbl strand culture pearls, in white envelope, Military Rd, area, Reward, 282-8785

LOST: Dog, Kensington/Harlem area, older Bichon white, needs medicine, reward. 835-4535

LOST: Lg., black Cat, French & Borden area. Call 668-0366

LOST: Male cat, brown, black, long hair, extra toes, Hamburg area. 646-0978

### $1000 REWARD
LOST: White Bichon Frise, Kensington/Harlem. 578-6424; 886-0898; 553-9411

## 740 Personal
ALL ELECTRICIANS- Top $$ paid for Insulated copper wire, all gauges, open 7 days. 875-7988

BUYING SCRAP CAR BATTERIES, 875-7988

DIVORCE Venzon Brockway, Attys, 300 Delaware Ave., 854-7888.

FLORIDA bound truck & back cargo 4/30 & 5/15. 839-4308

SEARCHING for the right musician/vocalist for your band? Place your ad under 'Musicians', column #673. Advertise 3 lines for 4 days for only $15. Call 856-5555.

## 741 Voice Personals

### NOTICE
THE BUFFALO NEWS, in accepting Voice Personals, does not endorse the offerings in these ads. A free qualified opportunity and businesses, to prohibit discrimination, and to promote full realization of equal opportunity through positive continuing programs. Refer to Section 00900 of this Project Manual, Development and Diversification Plan for Workforce and Business.

**Definitions:** The Owner shall be defined as the City of Buffalo, City of Buffalo City School District as Agent for the Erie County Industrial Development Agency (ECIDA), Buffalo N.Y. and the Joint School Construction Board. The Owner has retained the services of LPCiminelli, Inc. as Program Packaging and Development Services Provider herein after referred to as the Program Provider. The Architect shall be defined as follows:
BPS #33 El Team
BPS #39 El Team
BPS #90 Cannon Design
BPS #192 Cannon Design
BPS #304 Hamilton Houston Lownie

**Opening of Bids:** The proposals will be privately opened.

**Consideration of Bids:** The Program Provider reserves the right to waive any informalities in the bid proposals, to reject any or all bids, or to issue any contract which it deems to be in the best interest of the Project.

**Bidding Documents:** The Bidding Documents may be obtained starting on April 18, 2006, through the office of the Program Provider: LPCiminelli, Inc., Buffalo Public Schools Program office, 325 Delaware Avenue, Suite 201, Buffalo, NY 14202, upon the deposit of $100 per set, by check made payable to LPCiminelli, Inc. Bid deposit will be refunded to bidders returning the Bidding Documents in good condition within 30 days of the Bid Date for Bid Package 2A. Contact Tyra Johnson at 716-566-3748 to obtain the Bidding Documents. Bidding Documents may be examined at the following locations:
LPCiminelli, Inc. - 325 Delaware Avenue, Suite 201, Buffalo, NY 14202
LPCiminelli, Inc. - 369 Franklin Street, Buffalo, NY 14202
Buffalo Board of Education Plant Services Department - Room 406 City Hall, Buffalo, NY 14202
F. W. Dodge, 5500 Main Street, Williamsville, NY 14221
Construction Exchange of Buffalo & WNY, 625 Ensminger Rd., Tonawanda, NY 14150
Apollo Media Resource Center, 1346 Jefferson Avenue, Buffalo, NY 14208
Reed Construction Data, On-Line Viewing Site Only: www.reedconstructiondata.com
Builders Exchange, Inc., 180 Linden Oaks, Suite 100, Rochester, NY 14625-2837
Southern Tier Builders Association, 65 East Main St, Falconer, NY 14733
Hispanics United of Buffalo, 254 Virginia Street, Buffalo NY 14201
Other locations where contractors and subcontractors normally view plans.

**Plan Holders List:** An updated Plan Holders List may be obtained by accessing LPCiminelli's website at www.lpcimi-

---

Case 05-44481 Doc 3662 Filed 05/08/06 Entered 05/08/06 19:40:09 Main Document Pg 3 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                          Chapter 11
DELPHI CORPORATION, et al.,    Case No. 05-44481 (RDD)
Debtors.                       (Jointly Administered)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

TO ALL CREDITORS OF THE DEBTORS, AND OTHER PARTIES-IN-INTEREST:
PLEASE TAKE NOTICE THAT:

In accordance with an order entered on April 12, 2006 by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned chapter 11 cases (the "Bar Date Order"), **5:00 p.m. Eastern Time on July 31, 2006 (the "General Bar Date")** has been established as the last date for each person or entity (including individuals, partnerships, corporations, limited liability companies, estates, trusts, unions, indenture trustees, the United States Trustee, and governmental units) (individually, a "Person" or "Entity", and collectively, "Persons" or "Entities") to file a proof of claim in the chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"). A list of all Debtors in these chapter 11 cases is attached hereto as Exhibit A.

On October 8, 2005, Delphi and certain of its U.S. subsidiaries filed voluntary petitions in the Bankruptcy Court for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330, as amended (the "Bankruptcy Code"). On October 14, 2005, three additional U.S. subsidiaries of Delphi filed voluntary petitions in the Bankruptcy Court for reorganization relief under the Bankruptcy Code. The term "Petition Date" shall mean the date on which each Debtor filed its chapter 11 bankruptcy petition as set forth on Exhibit A attached hereto. The General Bar Date and the procedures set forth below for filing proofs of claim apply to all claims against the Debtors that arose before the applicable Petition Date, except for those holders of the claims listed in Section 4 below which are specifically excluded from the General Bar Date filing requirement.

**1. Who Must File A Proof Of Claim.** You MUST file a proof of claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim against any of the Debtors that arose prior to the applicable Petition Date, and such claim is not one of the types of claim described in Section 4 below. Claims based on acts or omissions of the Debtors that occurred before the applicable Petition Date must be filed on or prior to the General Bar Date, even if such claims are not now fixed, liquidated, or certain or did not mature or become fixed, liquidated, or certain before the applicable Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. What To File.** The Debtors are enclosing a proof of claim form which you may use to file any claim you may have in these cases. If the Debtors scheduled you as a creditor in any of the Debtors' schedules of assets and liabilities (as amended from time to time, the "Schedules"), the form sets forth the amount of your claim as scheduled and whether the claim is scheduled as disputed, contingent, or unliquidated. Additional proof of claim forms may be obtained at http://www.uscourts.gov/bkforms/index.html or at http://www.delphidocket.com.

All proofs of claim must be signed by the claimant or, if the claimant is not an individual, by a claimant's authorized agent. All proofs of claim must be written in English and be denominated in United States currency. You should attach to your completed proof of claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

If any supporting documentation provided with any proof of claim contains confidential information, such documentation will be subject to examination only by the party asserting the claim, the Debtors, the Debtors' counsel and advisers, the United States Trustee, counsel and advisers to the official committee of unsecured creditors appointed in these chapter 11 cases, Kurtzman Carson Consultants, LLC, the claims and noticing agent in these chapter 11 cases, and any personnel of the United States Bankruptcy Court for the Southern District of New York in the performance of their official duties, and such entities have been ordered to maintain the confidentiality of all supporting documentation to any proof of claim and the information contained therein.

Any holder of a claim against more than one Debtor must file a separate proof of claim with respect to each such Debtor and each holder of a claim must identify on its proof of claim the specific Debtor against which its claim is asserted and the case number of that Debtor's reorganization case. A list of the names of the Debtors and their reorganization case numbers is attached hereto as Exhibit A.

**3. When And Where To File.** Except as provided for herein, all proofs of claim must be filed so as to be **received** no later than **5:00 p.m. Eastern Time on July 31, 2006** at the following address:

| If sent by mail: | If sent by messenger or overnight courier: |
|---|---|
| United States Bankruptcy Court | United States Bankruptcy Court |
| Southern District of New York | Southern District of New York |
| Delphi Corporation Claims | Delphi Corporation Claims |
| Bowling Green Station | One Bowling Green |
| P.O. Box 5058 | Room 534 |
| New York, New York 10274-5058 | New York, New York 10004-1408 |

Proofs of claim will be deemed filed only when actually received at the addresses above on or before the General Bar Date. Proofs of claim may not be delivered by facsimile, telecopy, or electronic mail transmission.

Governmental units must file proofs of claims in these chapter 11 cases on or prior to the General Bar Date.

**4. Who Need Not File A Proof Of Claim.** You do not need to file a proof of claim on or prior to the General Bar Date if you are:
(a) Any Person or Entity (i) which agrees with the nature, classification, and amount of its Claim set forth in the Schedules and (ii) whose Claim against a Debtor is not listed as "disputed," "contingent," or "unliquidated" in the Schedules;
(b) Any Person or Entity which has already properly filed a proof of claim against the correct Debtor;
(c) Any Person or Entity which asserts a Claim allowable under sections 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases;
(d) Any Person or Entity which asserts a Claim solely on the basis of future pension or other post-employment benefits, including, without limitation, retiree health care and life insurance; provided, however, that any Person or Entity which wishes to assert a Claim against any of the Debtors based on anything other than future pension or other post-employment benefits must file a proof of claim on or prior to the General Bar Date;[1]
(e) Any Debtor or any direct or indirect subsidiary of any of the Debtors in which the Debtors in the aggregate directly or indirectly own, control or hold with power to vote, 50 percent or more of the outstanding voting securities of such subsidiary;
(f) Any Person or Entity whose Claim against a Debtor previously has been allowed by, or paid pursuant to, an order of the Bankruptcy Court;
(g) Any holder of a Claim arising under or in respect of any of the following issuances of Delphi Corporation senior and junior subordinated unsecured debt (each, a "Noteholder"): (i) those certain senior unsecured securities bearing interest at 6.55% and maturing on June 15, 2006; (ii) those certain senior unsecured securities bearing interest at 6.50% and maturing on May 1, 2009; (iii) those certain senior unsecured securities bearing interest at 6.50% and maturing on August 15, 2013; (iv) those certain senior unsecured securities bearing interest at 7.125% and maturing on May 1, 2029; (v) those certain 8.25% junior subordinated notes due 2033; or (vi) those certain adjustable-rate junior subordinated notes due 2033 (collectively, the "Unsecured Securities"), other than the indenture trustees of the Unsecured Securities; provided, however, that any Noteholder who wishes to assert a Claim against the Debtors that is not based solely upon the outstanding prepetition principal and interest due on account of its ownership of such Unsecured Securities must file a proof of claim on or prior to the General Bar Date in respect of such Claim; and
(h) Any holder of equity securities of, or other interests in, the Debtors solely with respect to such holder's ownership interest in or possession of such equity securities, or other interest; provided, however, that any holder which wishes to assert a Claim against any of the Debtors that is not based solely upon its ownership of the Debtors' securities, including, but not limited to, Claims for damages or recision based on the purchase or sale of such securities, must file a proof of claim on or prior to the General Bar Date in respect of such Claim.

This notice is being sent to many persons and entities which have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors. The fact that you have received this Notice does not necessarily mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.

**5. Executory Contracts And Unexpired Leases.** Any person or entity which has a claim arising from the rejection of an Executory Contract must file a proof of claim on account of such claim against the Debtors on or before the later of (a) the General Bar Date or (b) 30 calendar days after the effective date of such rejection or such other date as fixed by the Bankruptcy Court in an order authorizing such rejection.

**6. Amended Schedule Bar Date.** If the Debtors amend the Schedules on or after the date of this Notice (listed below) to reduce the undisputed, noncontingent, and liquidated amounts or to change the nature or classification of a claim against a Debtor reflected therein, the bar date for filing a proof of claim in respect of such amended schedule claim is the later of (a) the General Bar Date or (b) 30 calendar days after a claimant is served with notice that the Debtors have amended their Schedules.

**7. Consequences Of Failure To File A Proof Of Claim By The General Bar Date.** ANY HOLDER OF A CLAIM WHICH IS NOT EXCEPTED FROM THE REQUIREMENTS OF THIS NOTICE, AS SET FORTH IN SECTION 4 ABOVE, AND WHICH FAILS TO TIMELY FILE A PROOF OF CLAIM IN THE APPROPRIATE FORM, WILL BE BARRED FROM ASSERTING SUCH CLAIM AGAINST THE DEBTORS AND THEIR CHAPTER 11 ESTATES, FROM VOTING ON ANY PLAN OF REORGANIZATION FILED IN THESE CASES, AND FROM PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CASES ON ACCOUNT OF SUCH CLAIM.

**8. The Debtors' Schedules And Access Thereto.** You may be listed as the holder of a claim against the Debtors in any of the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases.

To determine if and how you are listed on any of the Schedules, please review the Schedules, copies of which are available as provided below.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in any of the Debtors' Schedules, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a proof of claim. Otherwise, or if you decide to file a proof of claim, you must do so before the General Bar Date in accordance with the procedures set forth in this Notice.

Copies of any of the Debtors' Schedules are available for inspection online at http://www.delphidocket.com or at the Court's Internet Website at http://www.nysb.uscourts.gov. A login and password to the Court's Public Access to Electronic Court Records ("PACER") are required to access this information on the Court's Internet Website and can be obtained through the PACER Service Center at http://www.pacer.psc.us courts.gov. No login or password is required to access this information on the Debtors' Legal Information Website (http://www.delphidocket.com). Copies of any of the Schedules may also be examined between the hours of 9:00 a.m. and 4:30 p.m., Monday through Friday at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, Room 511, New York, New York 10004-1408.

A holder of a possible claim against any of the Debtors should consult an attorney regarding any matters not covered by this Notice, such as whether the holder should file a proof of claim.

Dated: New York, New York, April 12, 2006     BY ORDER OF THE COURT
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
John Wm. Butler, Jr., John K. Lyons, Ron E. Meisler, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 | Kayalyn A. Marafioti (KM 9632), Thomas J. Matz (TM 5986), Four Times Square, New York, New York 10036
Attorneys for Delphi Corporation, et al., Debtors and Debtors-in-Possession

**FOR ADDITIONAL INFORMATION:**
Delphi Restructuring Information Hotline:  Delphi Legal Information Website:
Toll Free: (866) 688-8740                   http://www.delphidocket.com
International: (248) 813-2602

[1] The bar date for the filing of Proofs of Claim on account of Claims arising from modification to or termination of future pension or other post-employment benefits will be determined pursuant to an order of the Bankruptcy Court approving such modification or termination.

### EXHIBIT A

| | Entity | Tax/Federal ID Number | Case Number | Address | Date Of Petition Filing |
|---|---|---|---|---|---|
| 1. | Delphi NY Holding Corporation | 20-3383408 | 05-44480 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 2. | Delphi Corporation | 38-3430473 | 05-44481 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 3. | ASEC Manufacturing General Partnership | 73-1474201 | 05-44482 | 1301 Main Parkway, Catoosa, OK 74015 | October 8, 2005 |
| 4. | ASEC Sales General Partnership | 73-1474151 | 05-44484 | 1301 Main Parkway, Catoosa, OK 74015 | October 8, 2005 |
| 5. | Environmental Catalysts, LLC | | 05-44503 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 6. | Delphi Automotive Systems Colorado Corporation | 84-1524184 | 05-44507 | 4300 Road 18, Longmont, CO 80504 | October 8, 2005 |
| 7. | Delphi Medical Systems Texas Corporation | 20-2885110 | 05-44511 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 8. | Delphi Medical Systems Corporation | 32-0052827 | 05-44529 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 9. | Specialty Electronics International Ltd. | 66-0522904 | 05-44536 | 69A Kron prindsens Gade (Third Floor), P.O. Box 1858, St. Thomas, VI | October 8, 2005 |
| 10. | Specialty Electronics, Inc. | 57-0755068 | 05-44539 | 19200 Asheville Highway, P.O. Box 519, Landrum, SC 29356 | October 8, 2005 |
| 11. | Delphi Liquidation Holding Company | 95-4359324 | 05-44542 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 12. | Delphi Electronics (Holding) LLC | 95-4554161 | 05-44547 | One Corporate Center, Kokomo, IN 46904 | October 8, 2005 |
| 13. | Delphi Technologies, Inc. | 38-3430681 | 05-44554 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 14. | Delphi Automotive Systems Tennessee, Inc. | 38-3319836 | 05-44558 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 15. | Delphi Mechatronic Systems, Inc. | 38-3589834 | 05-44567 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 16. | Delphi Automotive Systems Risk Management Corp. | 38-3575299 | 05-44570 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 17. | Exhaust Systems Corporation | 38-3211473 | 05-44573 | 4800 S, Saginaw Street, Flint, MI 48501 | October 8, 2005 |
| 18. | Delphi China LLC | 38-3196159 | 05-44577 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 19. | Delphi Automotive Systems Korea, Inc. | 38-2849490 | 05-44580 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 20. | Delphi International Services, Inc. | 38-3439894 | 05-44583 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 21. | Delphi Automotive Systems Thailand, Inc. | 38-3379709 | 05-44586 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 22. | Delphi Automotive Systems International, Inc. | 38-3280289 | 05-44589 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 23. | Delphi International Holdings Corp. | 38-3449527 | 05-44591 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 24. | Delphi Automotive Systems Overseas Corporation | 38-3318021 | 05-44593 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 25. | Delphi Automotive Systems (Holding), Inc. | 38-3422378 | 05-44596 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 26. | Delco Electronics Overseas Corporation | 38-2638990 | 05-44610 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 27. | Delphi Diesel Systems Corp. | 38-3505001 | 05-44612 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 28. | Delphi LLC | 37-1438255 | 05-44615 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 29. | Aspire, Inc. | 36-4392806 | 05-44618 | U.S. Route 1, Morrisville, PA 19067 | October 8, 2005 |
| 30. | Delphi Integrated Service Solutions, Inc. | 38-3473261 | 05-44623 | 1322 Rankin Street, Troy, MI 48083 | October 8, 2005 |
| 31. | DREAL, Inc. | 95-2536022 | 05-44624 | 17150 Von Karman Avenue, Irvine, CA 92614 | October 8, 2005 |
| 32. | Packard Hughes Interconnect Company | 33-0595219 | 05-44626 | 17150 Von Karman Avenue, Irvine, CA 92614 | October 8, 2005 |
| 33. | DREAL, Inc. | 38-3457411 | 05-44627 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 34. | Delphi Automotive Systems Services LLC | 38-3568834 | 05-44632 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |
| 35. | Delphi Services Holding Corporation | 20-0577653 | 05-44633 | 5725 Delphi Drive, Troy, MI 48098 | October 8, 2005 |