IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                       :

In re                       :    Chapter 11
                       :

DELPHI CORPORATION, et al.,   :    Case No. 05-44481 (RDD)
                       :

              Debtors.   :    (Jointly Administered)
                       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIDAVIT OF SERVICE

     I, Evan Gershbein, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants, LLC, the Court appointed claims and noticing agent for the Debtors in the above-captioned cases.

     On May 4, 2006, I caused to be served the document listed below (i) upon the parties listed on Exhibit A hereto via overnight delivery and (ii) upon the parties listed on Exhibit B hereto via facsimile:

     Notice of Proposed De Minimis Asset Sale of Equipment Located in Irvine, California Free and Clear of Liens, Claims, and Encumbrances and Payment of Broker Commissions in Connection With Such Sale [a copy of which is attached hereto as Exhibit C]

Dated: May 8, 2006

                                */s/ Evan Gershbein*
                              Evan Gershbein

Subscribed and sworn to (or affirmed) before me on this 8th day of May, 2006, by Evan Gershbein, personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature :    */s/ Amy Lee Huh*

Commission Expires:   *3/15/09*

# EXHIBIT A

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |
| United States Trustee | Alicia M. Leonard | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 | 212-510-0500 | 212-668-2255 does not take service via fax | | United States Trustee |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/8/2006 2:22 PM
De Minimis Notice Special Parties

# EXHIBIT B

Delphi Corporation
Special Parties

| COMPANY | CONTACT | ADDRESS1 | ADDRESS2 | CITY | STATE | ZIP | PHONE | FAX | EMAIL | PARTY / FUNCTION |
|---|---|---|---|---|---|---|---|---|---|---|
| Davis Polk & Wardwell | Donald Bernstein | 450 Lexington Avenue | | New York | NY | 10017 | 212-450-4092 | 212-450-3092 | donald.bernstein@dpw.com | Postpetition Administrative Agent |
| Delphi Corporation | Sean Corcoran, Karen Craft | 5725 Delphi Drive | | Troy | MI | 48098 | 248-813-2000 | 248-813-2670 | sean.p.corcoran@delphi.com karen.j.craft@delphi.com | Debtors |
| JPMorgan Chase Bank, N.A. | Thomas F. Maher, Richard Duker, Gianni Russello | 270 Park Avenue | | New York | NY | 10017 | 212-270-0426 | 212-270-0430 | thomas.fmaher@chase.com richard.duker@jpmorgan.com gianni.russello@jpmorgan.com | Postpetition Administrative Agent |
| JPMorgan Chase Bank, N.A. | Vilma Francis | 270 Park Avenue | | New York | NY | 10017 | 212-270-5484 | 212-270-4016 | vilma.francis@jpmorgan.com | Prepetition Administrative Agent |
| Latham & Watkins LLP | Robert J. Rosenberg | 885 Third Avenue | | New York | NY | 10022 | 212-906-1370 | 212-751-4864 | robert.rosenberg@lw.com | UCC Professional |
| Simpson Thatcher & Bartlett LLP | Kenneth S. Ziman, Robert H. Trust, William T. Russell, Jr. | 425 Lexington Avenue | | New York | NY | 10017 | 212-455-2000 | 212-455-2502 | kziman@stblaw.com rtrust@stblaw.com wrussell@stblaw.com | Prepetition Administrative Agent |

In re. Delphi Corporation, et al.
Case No. 05-44481 (RDD)

Page 1 of 1

5/8/2006 2:23 PM
De Minimis Notice Special Parties

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                          :

In re                       :     Chapter 11
                          :

DELPHI CORPORATION, et al.,    :     Case No. 05-44481 (RDD)
                          :

                Debtors.   :     (Jointly Administered)
                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PROPOSED DE MINIMIS ASSET SALE OF
EQUIPMENT LOCATED IN IRVINE, CALIFORNIA FREE
AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND PAYMENT
OF BROKER COMMISSIONS IN CONNECTION WITH SUCH SALE

     PLEASE TAKE NOTICE THAT in accordance with the Order Under 11 U.S.C. §

363 Approving Procedures To Sell Certain De Minimis Assets Free And Clear Of Liens,

Claims, And Encumbrances And To Pay Market Rate Broker Commissions In Connection

With Such Sales Without Further Court Approval (Docket No. 766) (the "De Minimis Asset

Sale Order"), Delphi Corporation LLC, a Delaware corporation (the "Debtor"), hereby gives

notice of its intention to sell certain assets and equipment located at its facility at 17150 Von

Karman Avenue, Irvine, California (the "Facility").  The assets and equipment include, but

are not limited to, diesel generators, plating lines, excellon drills, lamination presses, fiber

optics, autoclave, laboratory and test equipment, compressors, and information technology

equipment (collectively, the "Equipment").  A list of the assets and equipment to be sold

pursuant to the transaction is attached hereto as Exhibit A.

     PLEASE TAKE FURTHER NOTICE THAT the Debtor intends to sell the

Equipment to the highest bidder participating in a live on-site auction at the Facility and at a

simultaneous live open online auction broadcast administered by DoveBid, Inc. ("DoveBid") on DoveBid's website. A copy of the auction agreement between the Debtor and Dove Bid for the sale of the Equipment is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE THAT DoveBid estimates that the sale of the Equipment will generate proceeds in the aggregate between $450,000 and $900,000.

PLEASE TAKE FURTHER NOTICE THAT the Debtor intends to sell the Equipment to a purchaser which is not an insider of the Debtor as such term is defined in section 101(31) of the Bankruptcy Code and has no other connections to the Debtor. To bid at the auction, a purchaser must certify that it is not an insider of the Debtor.

PLEASE TAKE FURTHER NOTICE THAT DoveBid is an auctioneer and, in the past, has acted on behalf of the Debtor in the ordinary course of the Debtor's business. Pursuant to Rule 2014 of the Federal Rules of Bankruptcy Procedures, attached hereto as Exhibit C is a declaration of Roman Castelli, Senior Vice President of DoveBid, the broker in this transaction, identifying the amount of the commission that DoveBid will receive for the sale of the Equipment and affirming, based on DoveBid's reasonable knowledge and belief, that the commission is at the market rate for commission from similar sales.

PLEASE TAKE FURTHER NOTICE THAT pursuant to the De Minimis Assets Sale Order, the Debtor will consummate the sale of the Equipment free and clear of liens, claims, and encumbrances, and take such actions as are necessary to close the transaction, including, but not limited to, collection of proceeds of the sale of the Equipment, provided that counsel to the Debtor does not receive from a party that receives this notice (a "Notice Party"), within five business days after the date following the Notice Party's initial receipt of this notice, a

2

written objection or written request for additional time to evaluate the proposed sale (a

"Timely Objection").

PLEASE TAKE FURTHER NOTICE THAT if counsel to the Debtor does not

receive a Timely Objection from a Notice Party, DoveBid will conduct the auction to sell the

Equipment at 9 a.m. Prevailing Pacific Time on May 23, 2006 at the Facility and on

DoveBid's website, www.dovebid.com.

Dated: New York, New York
       May 3, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By: /s/ John Wm. Butler, Jr.
    John Wm. Butler, Jr. (JB 4711)
    John K. Lyons
    Ron E. Meisler
    333 West Wacker Drive, Suite 2100
    Chicago, Illinois  60606
    (312) 407-0700

    - and -

By: /s/ Kayalyn A. Marafioti
    Kayalyn A. Marafioti (KM 9632)
    Thomas J. Matz (TM 5986)
    Four Times Square
    New York, New York 10036
    (212) 735-3000

Attorneys for Delphi Corporation, et al.,
    Debtors and Debtors-in-Possession

3

# Exhibit A
## List Of Assets And Equipment To Be Sold

Delphi connection systems

Plating Lines

1 - Process Automation 33-Station Programmable Automatic Bridge Type Finish Plating Line,
(Processes Available: Electrolytic Nickel, Paladium/Nickel, Tin/Lead and/or Gold), (3) 330-KG Traveling Bridges,
Polypropylene Tank size 120" x 12" x 42"D, Consisting of Stations: Load/Unload, (5) Queue Stages, Dry, Hot Rinse,
CW Rinse, Rack Strip, Fluoboric Acid Dip, Tin/Lead Plate, Spray Rinse, Acid Clean, Spray Rinse, Microetch, Spray
Rinse, Nickel Activate, (2) CW Rinse, Sulfamic Acid Dip, Nickel Plate, Spray Rinse, Gold Strike, (2) Hard Gold Plate,
Gold Dragout, Soft Gold Plate, (2) Spray Rinse, Palladium/Nickel Plate, Annode Clean, Dynatronix Programmable
Pulse Rectifiers, Models: (2) PMC10-300-600/10-30, (2) PMC10-250-500/-30/MS, (2) PCRS12-300, (2) PMC10-30-
60/1-3, (3) PMC10-50-100-2.5-MS, (3) PMC10-50-100/2.5-5, Safety Panels, (2) Computer Sytems, Pumps, Motors,
Filters, Valves and Piping, Stainless Steel Superstructure, Enclosure Panels. HVLC - HPL3 Line 3

1 - Process Automation 23-Station Programmable Automatic Bridge Type Copper Plating Line,
(2) 330-KG Traveling Bridges, Polypropylene Tank size 120" x 12" x 42"D, Consisting of Stations: Load/Unload, (4)
Queue Stages, Dry, Hot Rinse, CW Rinse, Rack Strip, Anti-Tarnish, Spray Rinse, Acid Dip, Reverse Clean, Spray
Rinse, Cathodic Treat, Spray Rinse, Copper Strike, (2) Copper Plate, Annode Cleaning, Electrical 25,000-Amps,
(2) Datatronix-PEC SASSC 4VDV-250018-420 (SCR18-2500) Solid State Converters, (3) Plating Electronic 8001
Pulse Plating Rectifiers, With PE8002 Pulse Plater Microprocessor Control, (2) Datatronix PCRS12-30 DC Power
Supply, (2) Computer Systems, Pumps, Motors, Filters, Valves and Piping, Stainless Steel Superstructure, Enclosure
Panels. HVLC - HPL Line 1

1 - Process Automation 24-Station Programmable Automatic Bridge Copper/Nickel Pattern Plating Line,
330-KG Traveling Bridges, Polypropylene Tank size 120" x 12" x 42"D, Consisting of Stations: Load/Unlooad, (4)
Queues Stages, Dry, Hot DI Rinse, CW Rinse, Rack Strip, Anti-Tarnish, Spray Rinse, Microetch, Sulphuric Acid Dip,
(2) Copper Plate, Spray Rinse, Nickel Activate, Sulfamic Acid Dip, Nickel Plate, Annode Cleaning, with (3) Plating
Electronics Gmbh Model PE8081 Reverse Pulse Plating Rectifiers, With PE8002 Pulse Plater Microprocessor Control,
(2) Datatronix Dynanet Model PMC20-500-100/30-60 Programmable Pulse Power Supplys, (2) Computer Systems,
Pumps, Motors, Filters, Valves and Piping, Stainless Steel Superstructure, Enclosure Panels. HVLC - HPL2 line 2

1 – HBS 38-Station Programmable Copper Plating Line,
Stations: (1-12) Load-Unload, (13-15) DI Water Spray Rinse, (16) Dryer, (17-18) Rinse, (19) Dragout DI Water
Rinse, (20-24) Copper Pattern Plate, (25-28) Copper Panel Plate, (29) Sulfuric Acid Bath, (30-31) DI Water Rinse,
(32) Micro Etch, (33-34) Rinse, (37) Electroclean, (38) Anode Service, Polypropylene Tank Size 66" x 11"/28" x 35"
D, Equipped with: (2) Traveling Bridges, (2) HBS Model SC500/506AF 500/50-Amp 6-Volt DC Power Supplys, (4)
Kraft Dynatronix Dyna-Pulse Model DP20-.575-1/10 Rectifiers, (3) HBS Model SC5006/1006AFCX 500/100-Amp 6-
Volt Power Supplys, (1) AM Model 3APS-S-1006FD 1000-Amp 6-Volt Power Supply, (1) GE Transformer, Operators
Console, Personal Computer, Pumps, Motors, Filters, Valves, Piping, Exhaust, Etc.  Plating Line 2

1 – HBS 48-Station Programmable Copper/Gold/Nickel Plating Line,
Stations: (1-8) Load-Unload, (9) Air Dryer, (10, 17, 19, 37, 38) DI Water Spray Rinse, (11, 40) DI Water Dragout
Rinse, (12-14) Copper Plate, (15) Cathodic Pre-Dip, (16) DI Water Counterflow Rinse, (18) Anodic Clean, (20) Gold
Dragout DI Water, (21) Hard Gold Plate, (22) Soft Gold Plate, (23) Soft Gold Flash Plate, (24) Hard Gold Strike,
(25) Overflow Rinse, (26, 32, 35) Spray Rinse, (27) Nickel Dragout, (28-29) Nickel Plate, (30) Sulfamic Acid, (31)
Overflow Rinse, (33) Micro Etch, (34) Overflow Rinse, (36) Acid Soak, (39) NI Activate, (41) Palladium/NI,
Polypropylene Tank Size 35" x 11.5"/22" x 26"D, Equipped with: Traveling Bridge, Dynatronix Model DP20-15/150-
30/300 Pulse Power Supply, (2) HBS Model SSC7512AFC-X 75-Amp Dual Rectifiers, (4) Dynatronix Model DP20-15-
30 Pulse Power Supplys, HBS Model SC256AFV-X 25-amp Power Supply, HBS Model SSC35012AFC-X Dual Power
Supply, Metering Pumps, GE Cat # 9T23B3875 Transformer, Operators Console, Personal Computer, Pumps,
Motors, Filters, Valves, Piping, Exhaust, Etc.  Plating Line 1

1 – HBS 22-Station Programmable Electroless Copper Plating Line,
Stations: (1) Load-Unload, (2-3, 5-6, 8-9, 12-13, 15-16, 18-19, 21-22) Counterflow Rinse, (4) Electroless Copper,
(7) Accelerator, (10) Cataposit, (11) Cataprep, (14) Micro Etch, (17) Conditioner, (20) Flex Prep Cleaner,

Polypropylene Tank Size 35" x 20" x 26"D, Equipped with Traveling Bridge, (7) Myron Series 750 Conductivity Control Stations, (7) Process Technology Digital Temperature Controls, Operators Console, Texas Instrument Model 305 Programmer, Pumps, Motors, Filters, Valves, Piping, Exhaust, Etc. Plating Line 4

1 – 37-Station Programmable Copper Plating Line,
Stations: (1-12) Load-UnLoad, (13-14, 17-18, 23-24, 29-30, 32-33, 35) DI Water Rinse, (15) Rack Strip, (16) Air Dryer, (19, 25) Di Water Dragout Rinse, (20-21) Tin-Lead Plate, (22) Fluoboric Acid, (26-27) Copper Pattern Plate, (28) Sulfuric Acid, (31) Micro Etch, (34) Acid Soak, (36) Electroclean, (37) Anode Service, Equipped with: (2) Traveling Bridges, (4) Kraft Dynatronix Model DP20-5/50-20/200 Dyna Pulse Power Supply's, HBS Model 4XSSC1006AFC/TDA 1000-Amp 6-Volt Power Supply, Operators Console, Personal Computer, Pumps, Motors, Filters, Valves, Piping, Exhaust, Etc. Plating Line 3

1 – American Plating Systems 4-Station Sulfate Plating Line,
Stations: Sulfamic Acid, Sulfamate Nickel, DI Water Rinse, Sulfuric Acid Bath, Polypropylene Tanks, HBS Model PPT1009AFCB 100-Amp DC Power Supply.

1 – 4-Station Copper Plating Line,
Stations: (2) DI Water Rinse, Tin/Lead Stripper, Sulfuric Acid Bath, Watlow Digital Process Controller

1 - Mesa West 4-Station Copper Sulfate Plating Line,
Consisting Of Stations: Copper Sulfate Plating, DI Water Rinse, Sulfuric Acid Bath, DI Water Rinse, With Pumps, Motors, Valves, Piping, Filters. LVLB

Oxide Coating Process Line

1 – MacDermid 8-Station Co-Bra Bond Alternative Oxide Coating Process Line,
Consisting Of Modules: Input, Acid Clean, Cascade Rinse, Pre-Dip, Oxide, Cascade Rinse, Dry, Output, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

 1 -JA Brown 19-Station Oxide Coating Line,
Consisting Of Stations: Load, HL-30 Wetting Agent, Rinse, Microetch, (2) Rinse, Sulfuric Acid, Rinse, Brown Oxide Pre-Dip, Brown Oxide, (2) Rinse, DI Water Rinse, (2) Rinse, Oxide Converter, DI Water Rinse, Glasstech, Rinse, Unload, Polypropylene Tanks Size 20" X 30" X 27.5", With Pumps, Motors, Valves, Piping, Filters. LVLB

Etching Process Lines

1 – Schmid Combi-Line Model 25 10-Station ChemClean-Microetch Process Line,
S/N 25-98-290 (1999),
Consisting Of Modules: Entry, Acid Clean, Cascade Rinse, Microetch, Cascade Rinse, Anti-Tarnish, Cascade Rinse, Dry, Exit, Excellon Ametch Unloader, Lauer Model PCS-900 Process LCD Display, with Control Panel, Pumps, Motors, Filters, Valves and Piping (Line 1). HVLC

1 – Schmid Combi-Line Model 24 10-Station Alkaline Etch Process Line,
S/N 24-98-296 (1999),
Consisting Of Modules: Entry, Etch, Intermittent Spray, Replenisher, Cascade Rinse, Acid Clean, Cascade Rinse, Dry Exit, Amtech Rack Unloader, Lauer Model PCS-900 Process LCD Display, Redox pH/Density Control System, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

1 – Schmid Combi-Line Model 22 5-Station Sulfuric Peroxide Etch Process Line,
S/N 22-98-295 (1999),
 Amtech Loader, Consisting Of Modules: Input, Etch, Rinse, Dry, Runout, with Amtech Unloader,
Lauer Model PCS-900 Process LCD Display, Circuit Chemistry Crystalizer, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

1 - Chemcut System 547 6-Station Cupric Etching Process Line, Consisting Of Modules: Load, Cupric Etch, (2) Rinses, Dry And Unload, With Pumps, Motors, Valves, Piping, Filters, Chemcut Model 90 Etchant Refrigeration System. LVLB

1 - Chemcut Model CS110-30 6-Station Microetch Etching Process Line,
S/N 074-237,
Consisting Of Modules: Load, Acid Clean, Microetch, Anti-Tarnish, Dry, Unload, With Pumps, Motors, Valves, Piping, Filters. LVLB

1 - Mesa West 5-Station Aluminum Etching Process Line,
Consisting Of Stations: (2) Hot Di Rinse, DI Water Rinse, Oakite 90 Aluminum Etch, DI Water Rinse, with Polypropylene Tanks Size 30" X 18" X 30"D, Electrical Controls. LVLB

1 - Chemcut System 547 7-Station Cupra Etching Process Line,
Consisting Of Stations: Load, (2) Transfer, Anti-Tarnish, Cupra Etch, PT Microetch, HL-30 Acid Clesner, Unload With Pumps, Motors, Valves, Piping, Filters. LVLB

1 - 4-Station Chemical Etch Process Line,
Consisting Of Stations: Chrome Etch, Anti-Tarnish, Dip Rinse, Hl-30 Cleaner, With Polypropylene Tanks, Stainless Steel Tank, With Rectifier, Dynatronix Model ATC-6101-PTDR20-30-100 Dyna Pulse Rectifier, S/N 9219503, HBS Model SSC3009AFCVHD 300-Amp, 9-Volt DC Power Supply, Polypropylene Plating Tank, Dynatronix Model DP20-20/200-40-400 Rectifier, Mesa West Plating Tank, Valves and Piping. LVLB

1 – 5-Station Etching Process Line,
Stations: (2) Spray Rinse, (2) Rinse, (1) 748 Etch, Process Technology Microprocessor Control. LVLB

Develop-Etch-Strip Process Line

1 - Chemcut Model CS-450-30 14-Station Develop-Etch-Strip Process Line,
S/N 074-213,
Consisting Of Modules: Load, Developer, (2) Develop Rinses, Etch, Etch Rinse, (2) Stripper, (2) Rinse, Anti Tarnish Rinse, Unload, With Pumps, Motors, Valves, Piping, Filters. LVLB

Stripping Process Line

1 – 4-Station Stripping Process Line,
Stations: Nitric Acid, DI Water Rinse, Nitric Passivate, Fume Hood. LVLB

Chemical Cleaning Process Line

1 – Schmid Combi-Line Model 25 5-Station ChemClean Chemical Cleaning Process Line,
S/N 25-98-291 (1999),
Consisting Of Modules: Entry, Acid Clean, Cascade Rinse, Dry, Exit, Excellon Ametch Unloader, Lauer Model PCS-900 Process LCD Display, with Control Panel, Pumps, Motors, Filters, Valves and Piping (Line 2). HVLC

Developing Process Line

1 – Schmid Combi-Line Model 45 8-Station Liquid Photoimageable (LPI) Cover Coat Developer Process Line,
S/N 45-98-293 (1999),
With Amtech Panel Accumulator and Conveyor, Consisting Of Modules: Entry, LPI Develop, LPI Post Develop, Water Cascade Rinse, Acid Neutralize, Water Cascade Rinse, Dry Exit, Lauer Model PCS-900 Process LCD Display, Tektroller AQ-80 Filter System, Print Tech Verticure Model 175 Oven, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

Chemcut System 547 7-Station Develop Process Line,
Consisting Of Modules: Load, Developer A, Developer B, Spray Rinse, Recirculating Rinse, Dry, Unload, With Pumps, Motors, Valves, Piping, Filters. LVLB

1 - Chemcut 547 32" 7-Station Developer Process Line,
Consisting Of Stations: Load, LPC Developer, (2) RO Water Spray Rinse, DI Water Spray Rinse, Dryer, Unload, With

Pumps, Motors, Valves, Piping. LVLB

Dry Film Photoresist Stripping Process Line

1 – Schmid Combi-Line Model 46 9-Station Dry Film Photoresist Stripping Line,
S/N 46-98-294 (1999),
Consisting Of Modules: Entry, Strip, Post Strip, Di Water Cascade Rinse, Anti-Tarnish, Di Water Cascade Rinse, Dry,
Exit, Amtech Unloader, with Surface Tek Tektroller Tritek RS-450 Filter, Cyclone Belt Filter System, Lauer Model
PCS-900 Process LCD Display, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

1 - Chemcut 547 32" 9-Station LVLB Dry Film Stripping Line,
Consisting Of Stations: Load, (2) Strip, (2) RO Water Spray Rinse, Anti-Tarnish, DI Water Spray Rinse, Dryer,
Unload, With Pumps, Motors, Valves, Piping, Filters. LVLB

Board Scrubbers

1 – Shmid Combi Line Model 12 25" Brush Panel Board Scrubber,
S/N 12-98-297 (1999),
Consisting Of Modules: Input, (2) 500-Grit Brush, Cascade Rinse, Dry, Output, Amtech Unloader, with Lauer Model
PCS-095 Process LCD Display, with Control Panel, Pumps, Motors, Filters, Valves and Piping. HVLC

1 - Schmid 28" Panel Board Scrubber,
Digital Controls, Operators Console,

Miscellaneous Plating and Process Equipment

14 - 200-Gallon Polypropylene Tanks, (11) 200-Gallon, (3) 100-Gallon

1 – Crest Genesis Ultrasonic Cleaner, Stainless Steel Tank, (3) Ultrasonic Generators

1 - Crest Ultrasonics Stainless Steel Hot DI Water Bath, With (3) Crest Tru-Sweep Ultrasonic Generators

1 - Crest Ultrasonics Heated Ultrasonic Bath, With Crest Tru-Sweep Ultrasonic Unit

8 - Polypropylene Storage Tanks

1 - Polypropylene 2-Station Hot Water Cleaning System, Air Sprager Agitation

1 - Tektroller RS-455 Filtration Unit,
S/N 2020208045

Film Pay-Off Stands, Lightning Mixer, (4) Stainless Steel Cantilever Plating Rack Storage Racks, Plating Racks, Etc.

Reflow Solder Line

1 - Reflow Solder Line,
Consisting Of: (1) Stainless Steel 3-Station Hot Oil Unit, With Hot Oil Flux Make-Up And Reflow Oil, Fume Hood, (1)
5-Station Polypropylene Rinse Unit, (1) Stainless Steel Heated Cleaning Tank, (1) Rheem Rheemglas 85-Gallon
Commercial Electric Hot Water Heater

Small Hole Cleaning System

1 - Advanced West Fabtech 6-Station Small Hole Cleaning System,
S/N 049, Opening 27.5", Allen-Bradley Panelview 550 Microprocessor Control, Pumps, Motors, Filters, Valves, Piping

Panel Dryers

1 - Comac Model FD-224F 25" Pass-Thru Dryer, S/N 1514

1 – Polypropylene 24" Pass-Thru Dryer

Registration Punches

1 - Spartanics Model 38-VM Electro-Optical Registration Machine,
S/N 222,
With Rousselle No. OC Gap Frame Press,

1 - Acculine Multiline Register Punch, Maximum Board Width 28",

Autoclave

1 – ACS Process Systems Model VP-300 Autoclave, S/N 8516 (1986),
Chamber Size 51" Diameter x 110" Long, 300-Amps, Interlock, Cooling Water Pumps, Vacuum Pump, Operators
Console, (4) Roll-In Roller Ball Rack Carts

CNC Drills

1 – Pluritec Gemini Type 2T 2-Station 4-Spindle CNC Circuit Board Drill,
S/N 07200299/07200399 (1999),
Work Area: 22" x 25.5", Maximum Drill Size 6.35mm (0.25"), Minimum Drill Size 0.10mm (0.00393"), Tool Shank
Diameter 3.175mm (0.125"), Automatic Spindle Collet, Automatic Tool Changer, Work Stroke 24mm (0.948"), Feed
Speed 0-15m/min (0-49.2Ft/Min), Retract Speed 0-20m/min (0-65.61 Ft/Min), Spindle Coolant, Linear Optical
Scale, Turbo Vacuum, Computer System

1 – Excellon Automation Mark VI Model B 4-Spindle CNC Circuit Board Drill,
S/N 197,
Quiet Drill Model 1010 80,000-RPM 1-HP Spindles,
Heat Exchanger
CNC-6 Control

1 – Excellon Automation Mark IV Model C 4-Spindle CNC Circuit Board Drill,
S/N 607,
Quiet Drill Model 1010 80,000-RPM 1-HP Spindles,
Heat Exchanger,
CNC-4 Control

1 – Excellon Automation Model L-5D/R 3-Spindle CNC Circuit Board Drill,
S/N 485,
Quiet Drill Model 820 60,000-RPM 1-HP Spindles,
Heat Exchanger
CNC-6 Control

1 – Optima Industries Quantum Model PCM 1000 CNC Circuit Board Drill,
S/N 1003 (1998),
Runout Probe, Vision System, Computer System

Toolroom Equipment

1 - Model 450 8" X 20" CC Bench Type Toolroom Lathe,
Spindle Speed Range 100 To 1700- RPM, 3-Jaw Chuck, Steady Rest

2 - Delta 17" Floor Type Drills

1 - Durakraft Model 40830 8" Bench Type Drill

1 - Servo Bench Type Sensitive Drill

1 - Hamilton 6" Bench Type Sensitive Drill

1 - Baldor 6" Double End Bench Grinder

1 - Carolina 40-Ton Adjustable Bed Hydraulic Shop Press

1 - Ridgid No. 535 Pipe Threader

1 - Dahlstrom Tapping Stand

Fabrication Equipment

1 - Rousselle No. 3G 25-Ton Gap Frame Press,
S/N 27320,
135-SPM, Stroke 3", Slide Adjustment 2", Shut Height 9.75", Air Clutch, ISB Infrared Safety Curtain

1 - 24" Lever-Operated Shear, With Steel Frame Stand

1 – Tennsmith Model H5216 52" x 16-GA Power Squaring Shear, S/N 16518, Foot Switch

1 - HTP Inverting 200-Amp AC/DC Wire Feed Arc Welder

2 - Di-Acro Houdaille No.2 Punch, With Stand

1 - Di-Acro 12" Bench Type Lever Shear

1 - Baldor 6" Double End Pedestal Grinder

1 - Delta 6" Abrasive Belt Grinder

1 - Vertical Spindle Drum Sander, With Stand

Saws

1 - Vega Model 400 14" Vertical Contour Metal Cutting Band Saw

1 - Rockwell Model 10 10" Tilting Arbor Table Saw

1 - Dewalt Model 7740 10" Radial Arm Saw

1 - Porter-Cable Cut-Off Saw

Miscellaneous Machines

1 - Barnaby Model 104 Overarm Pin Router,
S/N 3217, Table Size 24" X 20"

1 - Rother Gap Frame Air Press,
S/N 12VSG/A1695,
Maximum Gap 1.5", Steel Stand

1 - New Holland K-11 Centrifugal Dryer,
S/N 938431

1 - Sweco Model FM-1.2C Vibro-Energy Vibratory Finishing Mill,
S/N 1FM18613C, 1100-RPM, 1/3-HP, 115-Volt

Lamination Presses

1 – Burkle Automated Board Lamination System,
S/N 8650 (1999),
Consisting of: (1) Rail Mounted Board Transporter, Board Pusher, Siemens Simatic Model C7-626 Interface, (1) 24-Board Loader-Elevator Unit, with Board Pusher, Siemens Simatic Model OP7 Interface, (2) Type LAMV-150 Four Post 6-Opening Heated Platen Hydraulic Lamination Press, Platen Size 29.5" x 34", 5.5-KW Hydraulic System, 2.2-KW Vacuum System, Siemens Simatic Model C7-634 Interface, (1) 12-Board Storage Tower, (1) Board Elevator with Pusher, (1) Live Roller Transfer Conveyor, (1) Corner Shuttle Board Transfer Unit, (1) Vacuum Board Lifter, with Air Roller Ball Table, (1) 40' Live Roller Board Transfer Conveyor, (2) Vacuum Board Lifters, with Air Roller Ball Table, (1) Computer System

1 – Pasadena Hydraulics Model 75R2418S-3HCS-P-YS8-R 4-Post Up-Acting Heated Platen Board Lamination Press,
S/N 83-3-016 (1983), Moving Platen Size 18.75" x 35.25", Distance Between Uprights: LR 28.5" x FB 12",
(2) Openings, (3) Heated Platens, Pre-Heat/Cure/Cool Cycle Timers, 36-KW, 3/60/480, No.4

1 - PHI 125R3024S-7HCS-P-Z2S8-R-X18 125-Ton 6-Opening Hydraulic Board Lamination Press,
S/N 85-9-017 (1985),
Platen Size 24" X 30", Maximum Opening 4", Cycle Timers, Barber-Coleman Model 520 Solid State Controllers,
145-KW Heaters, 1.5-Hp & 2.5-Hp Motors,

1 – 20-Ton 2-Post Up-Acting Heated Platen Hydraulic Press,
Moving Platen Size 12.5" x 9.5", Heating Cycle Timer

Cut Sheet Laminators

1 - Schmidt Type 51 Cut Sheet Laminator,
S/N 51-95-165 (1996), Pre-Heat Chamber, Air Roll Pressure

1 - Hakuto Model Mach-610I Photoresist Cut Sheet Laminator,
S/N 249-5 (1999), 9-KW, Excellon Amtech Rack Loader, HVLC

1 - Hakuto Model Mach-600 (BPRL) LYBL Automatic Cut Sheet Laminator,
Vacuum System, Heated Rolls

Laminating Roll Stands

2 - Ledco Protector Model Junior 25" Bench Type Laminators,
S/Ns PT-25-249, PT-25-264

1 - Maintech Heated Laminating Roll Stand,
Variable Speed Conveyor

Anti-Static Cleaners

1 - Teknek Clean Machine Model CM-600-TF Anti-Static Auto Film Cleaner,
S/N 1754

1 - Teknek Clean Machine Model CM5 Portable Board Cleaning Roll Stand

1 - Teknek Clean Machine Model CM3-600F Portable Board Cleaning Roll Stand,
S/N 2327, With Anti-Static

1 - Teknek Model Clean Machine CM4-750 Portable Board Cleaning Roll Stand,

S/N 7556 (1999)

Air Presses

1 – 4-Post Down-Acting Air Press,
Moving Platen Size 48" x 32", Maximum Stroke ½", Maximum Open Space 16", Distance Between Uprights: LR 39.5" X FB 23.5", Air Receiving Tank, Palm Buttons

1 - Gap Frame Air Numbering Press, Palm Buttons

Screen Printing Equipment

1 – Cougher Automatic Board Screen Printer

1 - ATMA Model AR-800HH/E-3/4 Pneumatic Screen Printer, S/N 207378,
Work Area 36" X 32", (3) Portable Screen Drying Racks,

3 - Manual 26" X 26" Silk Screen Printers

1 - Lovell Automated Systems Model CDC-224M Continuous Screen Print Dryer,
Chain Belt, Dart Micro-Drive Digital Speed Control, (2) Watlow Series 965 Digital Process Controls

1 - Cougher Verticure Model 125 Continuous Screen Drying Oven,
S/N 38/99 (1999),
Oveall Length 14', Oven Length 8', Chart Recorder, Cougher Conveyor, S/N 38/99 (1999), Excellon Microtech Rack Loader

1 – Hix Model 2409 Infra-Red Continuous Screen Print Dryer,
S/N 1903,
Digital Temperature Readout

1 - Screen Washout Booth,
High Pressure Washer, Booth Size 72" X 45" X 28"D, Exhaust Blower

1 - Orient Technology Model AFFILAR-850 Squeegee Sharpener,
S/N 755173/1 (1999)

1 - Norton Squeegee Cleaner, S/N CV82253

Screen Frames, Screen Racks,

Spectrophotometer

1 - Shimadzu Model UV-1601 UV-Visible Spectrophotometer,
S/N A10753782767,
Micron Client Pro Multimedia Personal Computer System

Spectrometer

1 - Perkin-Elmer Aanalyst Model 300 Atomic Absorption Spectrometer,
With AS Model 90plus Autosampler, Dell Optiplex GX110 Personal Computer System

1 - Milton Roy Spectronic 20d+ Spectophotomer, With Printer

Laboratory Equipment

1 - Buehler Ecomet-4 Model 60-1950-160 Variable Speed Grinder-Polisher,

Buehler Autometic-2 Power Head, S/N 568-A2P-3311

1 - Puffer-Hubbard Sub-Zero Freezer, With Safeguard Alarm System

1 – A-VAC Industries Vacuum Bell Jar, Granville-Phillips Model 275 Convectron Gauge

1 – Chemical Systems Model RI-804 Shot Meter

1 - Hamilton Micro Lab Model 900 Syringe Pump

1 - ECI Technology Model QPMS-L Measuring Stand

1 - Tektronix TDS-340A 2-Channel Digital Real Time Oscilloscope

1 - Staco Model E1010VAW AC Power Supply

1 - Fluke 515A Portable Calibrator

1 - Tektronix AM-503 Current Probe Analyzer

1 - Hipotronics 300 Series Hipot & Megohmmeter

1 - Dickson Portable Humidity/Temperature Circular Chart Recorder

2 - Schott Titronic Model 96 Tritrator

1 - Schott Titroline Alpha Tritrator, With Keypad

Westover Scientific Probe, (2) Polypropylene Wet Benches, (2) 5' Laminar Flow Fume Hoods, (1) Pure-Aire 6' Class 100 Laminar Flow Fume Hood, (2) Polypropylene Fume Hood, (5) Fume Hoods, (6) Polypropylene Benches, Dry Box, Vinyl Lab Stools, Gray-Lab Timers, Meisi Hot Tweezers, Formica Top Modular Lab Work Stations, JDC Precision Lever-Operated Sample Cutter, Laboratory Benches And Cabinets, Beakers, Graduated Cylinders, Watlow Series 942 Process Control, Hot Plates and Stirrers, Laboratory Tables, Etc.

Optical Inspection Equipment

2 – Orbotech Orbot Model VRS-3 Optical Inspection Stations,
S/Ns VN14D, V945A, 24" x 24", Sony Trinitron Super Fine Pitch 12" Monitor, Digital VT320 Monitor

1 – Orbotech Model PC-1450 Optical Inspection Station,
S/N S931B, 24" x 24", (2) SVGA Video Monitors, Power Conditioner, Power Supply

1 - Camtek Orion Model 404 AOI Optical Inspection Machine,
S/N 2039 (1999),
Vision System, (2) Video Monitors, Computer System

Test and Measurement Equipment

1 - CMI XRX Series X-Ray Fluorescence Coating Thickness Measurement Instrument,
IBM Model 300GL Personal Computer, Hewlett-Packard LoaserJet Model 1200 Laser Printer

1 – Seiko Instruments Model STX3400 XRF X-Ray Coating Thickness Gauge, Seiko Instruments Model STX3000 Processor, Video Monitor, Keyboard, Joystick, Sony 12" Monitor, Citizens GSX-240 Dot Matrix Printer

1 – Glenbrook Technologies X-Ray Coating Thickness Measurement Instrument,
Magnification 15/30/60, Vision System, Power Supply

1 – CMI International Model MR4000 Coating Thickness Tester, S/N 89173

1 - Optek V-Series Model V2403 Video Inspection & Measurement System,
(2) Video Monitors, Granite Table, One-Ac Power Conditioner

1 - Optical Traveling Bridge Bump Inspection Unit,
(2) Video Cameras, Traveling Bridge, Vacuum Pump, Enclosure, Computer System

1 - Optek Optical Inspection & Measurement Unit,
S/N 00155,
Digital Readout, Work Area: 18" X 24"

1 - Electrical Circuit Test Station,
Circuit Board Testing Machine, Intecolor Touch Screen Interface, HVLC

1 - Omega Meter 600 Microprocessor Controlled Ionic Contamination Test System

1 - Fiber Optic Test Set,
Consisting Of: (1) Rifocs Discontinuity Reciever, (1) Rifocs Model 651R 1300nm Led Source, (1) Rifocs Model
781RL-1310/1550 Return Loss Meter, (1) Rifocs Model 700R Controller, (1) JDS Uniphase Series SC Fiberoptics
Switch, (2) Optotest Model OP710 Multi-Chan El Power Meters, (2) Optotest Multi-Channel Sources,
(1) APC Surge Arrester, Dell Flat Panel Video Monitor

1 - Bowmar Model 650 Fiber Optic Test Set

1 – Electrical Circuit Test Set,
With PCI 1570 HV Calibrated DC Power Supply, (2) Lambda Model LP-412A-FM Regulated Power Supply's,
Hewlett-Packard Model 6448B DC Power Supply, Test Fixture

(1) Fotec Optical Loss Test Set, (1) Optical Fiber Pull Test Stand, (1) Klinger Model CC1.2 Programmable Stepper
Motor Control, Etc.

Precision and Inspection Equipment

2 - Newport Drilled Optical Tables, Sizes: 48" x 72", 48" x 36"

2 - Seikoh Fiber Polishers, Models: SFP-550, SFP-510

3 - Black Granite Surface Plates, Sizes: 60" X 30" 4-Lip, 36" X 24" 2-Lip, 18" X 24" 2-Lip, 12" X 18" 4-Lip

34 – Nuarc, Millington Light Tables, to 72" x 48"

(1) Starrett 12" Master Height Gage, Starrett 26" Vernier Height Gage, (2) Mitutoyo Digimatic 1"-2" Digital
Indicator, with 24" x 24" x 3" Black Granite Base, (2) Vision Engineering Mantis Optical Inspection Scopes, V-
Blocks, Angle Plates, Etc.

Plasma Etcher

1 - Plasma Etch Mark II Series Plasma Etcher,
S/N 1030,
Chamber Size 32" X 70" X 84"H, (2) Astech Model RC-11 Automatic Matching Controllers, 3-KW RF Generator,
Seren Model 3013W RF Power Supply, (2) 5-HP Vacuum Pumps, Industrial Computer System

Vacuum Exposure Units

1 - Olec Accuprint Model AP-30-8000 Super Eight High Resolution Vacuum Exposure System,
S/N 308458

1 - Tamarack Model 161C Vacuum Exposure Unit,
ELHG Power Supply, Upper & Lower Drawers, Work Area: 26" X 20", Vision System, Vacuum System, Model E-200 Digital Control

Converting Equipment

1 - Rosenthal Model Wa-S-4-HUBZSEVAQAG 48" Automatic Sheeter,
S/N 6554, Length Metter, Batch Counter

1 - Arrow Model 325-24 24" Slitter,
S/N 4625, Fife Web Guide, Air Roll Tension, Reliance Variable Speed Drive

Miscellaneous Panel Equipment

2 – Ushio Model RSP-600 Robot Sensor Overarm Punching Machines,
Model TR-2D X-Y Robot Teaching Box, Model TR2D-600 Sheet Positioner, Model PS-1 II Positioning Control

(1) Flex Panel Remover Unit, (1) Mandrell Frame Roller Machine, (1) Reattach Flex To Frame Machine, (1) Frame Taping Stand, (1) Frame Vacuum Stand, (1) Air-Operated Flex From Frame Unit

Environmental Control Chamber

1 - Harris Enviro Systems 3-Door Environmental Chamber,
Width 96", Depth 36", Honeywell Digital Humidity/Temperature Controls, Honeywell Circular Chart Recorder

Electric Ovens

1 - Grieve Model AG-500 Electric 1-Door Oven,
S/N 390199,
Chamber Size 36" X 36" X 48"D, Maximum Temperature 500 F, Heat Input 6.6-Kw, Circular Chart Recorder

4 – Grieve Model 343 Electric 2-Door Ovens,
S/Ns 310626, 331533, (2) N/A,
Chamber Size 36" x 39" x 38"D, 6.6-KW, Maximum Temperature 350-Degrees F, Circular Chart Recorder

1 – Michigan 1-Door Electric Oven,
S/N 3-5103-A, Chamber Size 48" x 68" x 60"D, 75-KW, Blower, Partlow Circular Chart Recorder, 3/60/480

1 – Despatch Style Y-39-HD 2-Door Electric Oven,
S/N 61864, 38-KW, Maximum Temperature 650-Degree F, Cycle Timer, Partlow Circular Chart Recorder, 3/60/480

1 – E.J. Callahan Model HA3024 1-Door Electric Oven,
S/N 3184-4, Chamber Size 30" x 24" x 24", 6-KW, Maximum Temperature 500-Degree F, Honeywell  Temperature Control, Max-Set Overtemp Protection

1 - Fisher Isotemp 200 Series Bench Type Laboratory Oven

Air Compressors

1 – Kaser Model BS-61 50-Hp Rotary Screw Air Compressor,
Sigma Digital Control W LCD Display

2 - Kaeser KRD-300 Refrigerated Air Dryer, Models: KRD-300. KRD-200

1 – 20-HP 2-Stroke Y-Type Tank Mounted Air Compressor

1 - 500-Gallon Vertical Air Receiving Tank

Emergency Diesel Backup Generators

2 - Alpha Power Systems Mode KTA50-G9 1.5-MW 2220-BHP Emergency Back-Up Diesel Generators,
S/Ns 25270352 (241-Hours), 25270351 (230-Hours),
Output 1500-KW, Cummins 16-Cylinder Turbocharged and Aftercooled Diesel Engine, Acoustical Housing

1 – Kohler Response II Emergency Back-Up Diesel Generator

Forklift Trucks

1 - Hyster Model S40XL 5,200-LB LP-Gas Forklift Truck,
S/N A187VC2115E,
Maximum Lift 130", Forks 42", Driver Overhead Guard, Solid Tires

1 - Otis CBR-20-106 2000-LB Stand-Up Rider Forklift Truck,
S/N M-70018,
24-Volt, Forks 36"

1 - Multiton 5,000-LB Hand Hydraulic Pallet Truck

Material Handling Equipment

1 - Presto Model M378 1000-LB Hydraulic Platform Lift,
S/N 141515, Platform Size 32" X 30"

(3) Midwest Hydraulic Die Tables, 2-Wheel Hand Trucks, 2-Wheel Barrel Trucks, Hercules Self Dumping Hopper,
(1) Morse 285A-Hd 4500-LB Drum Dumping Attachment, (20) Polypropylene Air Powered Pumps, (101) Metro
Chrome Wire Multi-Tier Racks and Carts, (2) Metro Chrome Wire Multi-Tier Cleanroom Carts, (2) Sheet Stock Carts,
(6) Dock Carts, (3) Heavy Duty Stock Carts, (13) Adjustable Steel Pallet Racks, Formica Top Carts, (2) 2-Tier Stock
Carts, Polypropylene Carts, Stainless Steel Panel Carts, 24" gravity roller conveyor, 24" Live Roller Conveyor

Package Boilers

2 - Clever Brooks M4HP-2500 Series 2500MG Fire Tube Package Boilers,
S/Ns G-14266-M4, G14267-M4 (Both 1981)

1 - Clever Brooks Model 16 Deaerator,
S/N B14725S

Waste Water Treatment Systems

1 – Reverse Osmosis and Deionization System,
Consisting Of: 25-HP Reverse Osmosis Unit, 15,000-Gallon Holding Tank, Sand Filtration Unit, Deionization System,
5-HP Booster Pump

1 – Rinse Water Treatment System,
Consisting Of: 3,00-Gallon Deionized Water Tank T-1, (2) 7" Dia. X 26" Filters, 560-Gallon Anion 2 Vessel, 315-
Gallon Cation 2 Vessel, 315-Gallon Carbon Vessel, 2,000-Gallon Deionized Water Tank T-2, 240-Gallon Cation
Polisher Vessel, 240-Gallon Anion Polisher Vessel, 5,000-Gallon Staging Tank T-2A

1 – Copper Recovery System,
Consisting Of: 2,230-Gallon Neutralization Mixing Chamber (Tank No. 1), 1,215-Gallon Pump Chamber with (3)
Wilden Pneumatic Pumps, 80-Gallon Caustic Soda Tank (No. 2), 6,000-Gallon Caustic Soda Tank (No. 3), 1,500-
Gallon Treated Water Surge Tank (No. 4), 6,150-Gallon Sludge Holding Tank (No. 5), 1,500-Gallon Acid/Base
Waste Tank (No. 6), (2) Wilden Pneumatic Pumps, 500-Gallon Batch Treatment Tank (No. 7), Wilden Pneumatic

Back-Up Pump, 1,000-Gallon Acid-Copper Waste Tank (No. 8), 1,900-Gallon Solvent Waste Tank (No. 9), (2) 1,175-Gallon Ammonia-Copper Waste Tanks (No's 10 & 11), (2) Parkson 100-GPM 570/55 Lamella Gravity Settler Tanks (No's. 12 & 13), Wilden ¾-HP Pneumatic Sludge Pump, J-Press 15-Cu.Ft Filter Press, Pacific Filter Press, 500-Gallon Batch Treatment Tank (No. 15)

1 – Regenerant and Recycling Treatment System,
Consisting Of: 750-Gallon Acid Tank No. T3), 750-Gallon Caustic Tank (No. T4), 750-Gallon Hydrochloric Acid Tank (No. T3P), 750-Gallon Rayon Grade Caustic Tank (No. T4P), 1,500-Gallon Anion (Acid) Waste Tank (No. T5), 1,500-Gallon Cation (Base) Waste Tank (No. T6), 1,500-Gallon Copper Bearing Dragout Tank (No. T11), 3,000-Gallon PH Adjustment Tank (NO. T14)

Scales

1 - FWC Model DWM-I 5,000-Lb Digital Platform Scale,
Platform Size 48" X 48", Remote digital Readout

1 - Ohaus Precision Standard Model 600-Gram Digital Balance Scale

1 - MOS International 150-Lb Digital Platform Scale, Platform Size 16" X 16"

1 - Setra 35-Lb Digital Platform Scale

1 – Setra Model 12000C 12,500-Gram Quartz Digital Balance Scale

1 – Sartorius Type A1205 Digital Enclosed Analytic Scale

1 - Sartorius Enclosed Analytic Digital Scale

Dial Platform Scales, Etc.

Shop and Factory Equipment

1 - Eltron-Ascom Model LP-2642 Label Printer

1 - Zebra Model 105-S Barcode Printer

1 - Tulon/Excellon Mini-Drill Ring Press

3 – Dake, Jet Arbor Presses, Sizes: 3-Ton, 2-Ton, 1-Ton

18 – Vidmar Tool Supply Cabinets, Drawers: (1) 4, (1) 5, (2) 6, (1) 7, (3) 8, (1) 9, (3) 11, (2) 12, (1) 14, (2) 15, (1) 16

Acetylene Welding Outfit, (4) Kennedy, Craftsman Roll-Around Base Tool Cabinets, Desco Bench Type Ionizer, (10) Stainless Steel Top Tables, Formica Top Folding Tables, (125) Adjustable Steel Shelving Units, (14) 2-Door Flammable Liquid Storage Cabinets, (2) Justrite Acid Storage Cabinets, (44) 2-Door Supply Cabinets, (27) Drawer Parts Cabinets, (3) Knaack Jobsite Tool Boxes, Safety Work Platform, Mop Bucket, Portable Filter Unit, Polypropylene Utility Sink, Rubbermaid Molded Plastic Trash Carts, Shop Vacuums, Emergency Eye Wash Stations, Molded Plastic Tote Pans, Trash Containers, Shop Stools, Drum Racks, Steel Stand, Park Bench, (2) American Beauty Solder Pots, Waage Melting Pot, 4-Step Portable Steel Stairs, (32) Equipto 6-Door Clothing Lockers, Formica Top Modular Work Stations, (14) Justrite Oily Waste Cans, 6 to 21-Gallons, PVC & Copper Pipe Fittings, Brass & Black Iron Pipe Fittings, Anchors, Conduit Fittings, Poly Hose, Hand Tools, Grease Guns, Pipe Wrenches, Power Hand Tools, Right Angle Grinders, Circular Saws, Drills, V-Belts, Electrical Repair Parts, Pigeon Hole Cabinets, Nuts, Bolts, Screws, Molded Plastic Tote Pans, Tote Pan Racks, Soldering Stations, Electric Tape Shooters, Swivel Base Bench Vises, Dark Room Revolving Door, (4) Uline, Accu-Seal, American, Audion Impulse Heat Sealers, (2) Cleanroom Shoe Scrubbers, Rheem Commercial 86-Gallon Gas-Fired Hot Water Heater (2) AO Smith Line Tamer BTC-197-920 100-Gallon Gas Fired Hot Water Heaters, Master Heat Gun, C-Frame Punches, C-Frame Lever

Punches, Crib Supplies, Formica Top and Electrified Workstations, Formica Top Steel Frame Tables,

Office Equipment

1 - Mosler 1-Door Safe, Size 27" X 49" X 27.5"D

1 - Schwab Wright Line 2-Door Data Bank Safe, Size 54" X 72" X 35"D

2 - Kodak Ektraprint 90 Photo Copiers

1 - Kodak Ektaprin 90 Photo Copier

1 - Ascom System Model 250 Plus Postage Machine

1 - Save-Time 2000 Series Time System

7 - Interplus Barcode Labeling Systems

Herman miller Modular office furniture, Including: Accoustic Partitions, Book shelves, desktops, drawer pedestals, Lateral Files, Etc.

(1) Xerox Pro-745 Facsimile Machine, (7) Xerox Facsimile Machines,
(249) 5-Drawer Blueprint Files, (6) Aluminum Frame glass door bulletin boards, (52) molded fiberglass chairs, (8) Steel and Woodframe Easels, (60) 5-, 4- and 2-Drawer File Cabinets, Lateral File Cabinets, (4) IBM Selectric Electric Typewriters, Table Lamps, Fabric Woodframe 2 & 3-Cushion Sofas, (4) Adjustable Shelf Bookcases, (2) Woodframe Adjustable Shelf Bookcases, Aluminum and Woodframe White Board, Aluminum and Woodframe Cork Boards, Bulletin Boards, Dry-Wipe Schedule Boards, Literature Files, Cutting Boards to 30", Formica Top Double Pedestal Desks, Formica Top Machine Tables, Office Valets, Woodframe Cocktail Tables, Formica Top Office Table, (30) Formica Top Pedestal Tables, Swivel Arm and Posture Chairs, Overhead Projectors, Coat trees, Office Valets. (6) Microwave Ovens, Toaster Oven, Compact Refrigerator, (10) Formica Top Pedestal Tables, (24) Molded Plastic Chairs, Audio/Video Cart, Color Televisions, (4) Aluminum Frame Glass Door Bulletin Boards, Under Counter Refrigerator, White Board,

Computer Equipment and Office Machines

15 – Network Equipment, Including: (3) Compaq 1500 File Servers, (1) Compaq 1600R File Server, (3) Compaq Microsoft Exchange Servers, (4) Compaq Proliant 1500R Network Servers, (3) Cisco Datacom Routers, (1) Cisco Catalyst 2924 Switch, (1) Cisco Network Processor-Router, Etc.

91 – Computer Systems, Including: (1) IBM S390 Mainframe, (1) Apple Macintosh 9500/12D, (14) Dell Latitude Laptop Computers, Models: (1) C400, (3) C-610, (1) CPXJ, (9) N/A, (13) Dell Laptops, (1) Argotech Pro-200, Dell PC, Models: (1) P6400, (12) Dimension XPS, (12) XPS-D, (16) Dell Workstations, (5) Goldstar, (2) Winbook Laptops, (12) Hewlett-Packard X4000 Workstations, (2) Hewlett-Packard, Etc.

6 – Computer Printers, Including: Apple Laser, (3) Hewlett-Packard LaserJet, (1) QMS Laser, (2) Epson DF-5000 Impact, Etc.

3 – Computer Plotters, Including: (1) Bell Industries Photo Plotter-Processor, (1) Calcomp Drawing Master 600, (1) Encad, Etc.

3 – Computer Tape Drives, Including: (1) Compaq Tape Drive System, (2) Escon 3490-C22 Tape Drives, with Channel Attachment, Etc.

# Exhibit B
## Auction Agreement
### Between Delphi Corporation And Dove Bid, Inc.

# DOVEBiD

Business Auctions Worldwide

## AUCTION
## PLAN OF SALE

This Auction Plan of Sale (the "Plan") is entered into as of April 26, 2006 (the "Effective Date") by and between DoveBid, Inc. ("DoveBid") and Delphi Corporation, LLC ("Seller") pursuant to Section 3 of that certain Agreement for the Provision of Asset Management and Disposition Services made as of  September 1, 2004. between DoveBid and Seller (the "Master Agreement").  Terms used but not independently defined in this Plan shall have the meanings ascribed to them in the Master Agreement.

By executing below, DELPHII agrees to retain DoveBid on an exclusive basis to dispose of those Assets set forth on Exhibit A (1) to this Plan in the following manner:

□   A Webcast Auction to be held on or about    May 23, 2006.

The terms of the Master Agreement shall control the services provided by DoveBid pursuant to this Plan. Please transmit your signed Plan to DoveBid via facsimile number:  248.353-1442.

Acknowledged and agreed to:

Delphi Corporation LLC
E.I.N.: _____

By: _____

Name: _____

Title: _____

Date: _____

DoveBid, INC.
California Bond No. 57BSBAI7624

By: _____

Name: _____

Title: _____

Date: _____

Exhibit C
Declaration Of Roman Castelli

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                            :

In re                           :     Chapter 11
                            :

DELPHI CORPORATION, et al.,  :     Case No. 05-44481 (RDD)
                            :

                 Debtors.  :     (Jointly Administered)
                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

### DECLARATION OF ROMANO CASTELLI UNDER FED. R. BANKR. P. 2014 IN SUPPORT OF PROPOSED DE MINIMIS ASSET SALE OF EQUIPMENT LOCATED IN IRVINE, CALIFORNIA FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES AND PAYMENT OF BROKER COMMISSIONS IN CONNECTION WITH SUCH SALE

I, Romano Castelli, declare under penalty of perjury the following:

1.    I am the Senior Vice President, North America, of DoveBid, Inc.

("DoveBid"), an auctioneering company with headquarters offices located at 1241 E.

Hillsdale Boulevard, Foster City, California 94404.  I submit this Declaration, pursuant to

Rule 2014 of the Federal Rule Bankruptcy Procedure (the "Bankruptcy Rules") and Rule

2014-1 of the Local Bankruptcy Rules for the Southern District of New York, in connection

with the filing of Delphi Corporation LLC (the "Debtor") and certain of its subsidiaries and

affiliates, debtors and debtors-in-possession in the above-captioned cases (collectively, the

"Debtors"), of a Notice Of Proposed De Minimis Asset Sale Of Equipment Located In Irvine,

California Free And Clear Of Liens, Claims, And Encumbrances And Payment Of Broker

Commissions In Connection With Such Sale (the "Notice").

2.    As an auctioneer for the Debtor, DoveBid proposes to assist the Debtor in

connection with the sale of certain assets and equipment located at the Debtor's facility at

17150 Von Karman Avenue, Irvine, California (the "Facility"). The assets and equipment

include, but are not limited to, diesel generators, plating lines, excellon drills, lamination

presses, fiber optics, autoclave, laboratory and test equipment, compressors, and information

technology equipment (collectively, the "Equipment"). A list of the assets and equipment to

be sold pursuant to the transaction is attached as Exhibit A to the Notice.

      3.   The assets will be sold to the highest bidder participating in a live on-site

auction at the Facility and at a simultaneous live open online auction broadcast administered

by DoveBid on DoveBid's website, www.dovebid.com. A copy of the auction agreement

between the Debtor and DoveBid for the sale of the Equipment is attached as Exhibit B to the

Notice. DoveBid estimates that the sale of the assets will generate proceeds in the aggregate

between $450,000 and $900,000.

      4.   As an auctioneer for the Debtor, DoveBid proposes to provide the Debtor

with the following services, among others:

    a)   Catalog the assets by providing, in conjunction with Debtor's
personnel, asset description and digital photographs;

    b)   Prepare the assets and the facility for the auction;

    c)   Prepare and distribute marketing materials globally by way of, but not
necessarily limited to, electronic mail, facsimile, and placement on
DoveBid's website;

    d)   Conduct the auction live on-site and also broadcast it over the Internet
as a "Webcast" auction to enable remote global online participation
and thereby maximize the number of potential bidders;

    e)   Collect from the purchasers the purchase price and applicable taxes
and remit collections, less DoveBid's percentage compensation, to the
Debtor; and

    f)   Coordinate asset removal by the successful purchasers following the
completion of the auction.

5.    DoveBid provides valuation and capital asset auction services to corporations and financial institutions on a global scale. DoveBid has more than 65 years of auction experience in the surplus capital asset industry and has conducted in excess of 5,000 capital asset auctions, liquidating assets in excess of $5 billion. DoveBid specializes in providing auctioneering services and has provided identical or substantially similar services in numerous other chapter 11 bankruptcy cases, including In re Enron Corp., Case No. 01-16034 (Bankr. S.D.N.Y. 2001); In re Global Crossing Ltd., Case No. 02-40188 (Bankr. S.D.N.Y. 2002); In re At Home Corporation, Case No. 01-32495 (Bankr. N.D.Ca. 2001); In re Nextcard, Inc., Case No. 01-10539 (2001); In re Fleming Companies, Inc., Case No. 03-10945 (Bankr. D. Del. 2003); and In re Exemplar Manufacturing Company, Case No. 03-41359 (Bankr. S.D.M. 2003). I believe that DoveBid is well qualified to act as an auctioneer for the Debtor.

6.    To the best of my knowledge, neither DoveBid nor any employee thereof has any connection with the Debtors, their creditors, or any other party-in-interest herein other than as set forth in this Declaration. To the best of my knowledge, neither DoveBid, nor any other employee thereof, represents any interest adverse to the Debtors' estates with respect to the matters upon which DoveBid is to be engaged. Notwithstanding the foregoing, because DoveBid is one of the world's largest capital asset disposition and valuation firms and has been in business for more than 65 years, it is possible that DoveBid may have been retained to provide in the past, or may currently be engaged to provide, capital asset disposition or valuation services for one or more of Debtor's creditors, all in matters unrelated to these chapter 11 cases. Additionally, DoveBid has been providing capital asset

3

disposition and valuation services to the Debtor and its subsidiaries and affiliates since at least 2003.

      7. For performing the auctioneering services, DoveBid will receive a commission of 10½ % of the gross collected proceeds from the sales of the Equipment, from which commission DoveBid will pay all expenses incurred in conjunction with its preparation for, marketing, and conduct of the auction. In addition, DoveBid will collect its standard buyer's premium from all purchasers, in addition to the purchase price as bid, at the effective rate of 13½ % of the purchase price. (The stated rate of buyer's premium is 16%, but all purchasers which pay by cash, wire transfer, certified check, or check guaranteed by bank letter receive a 2½% discount, such that the effective rate for all buyers other than those who elect to pay by credit card is 13½ %. The 2½ % discount reflects the pass-through bank charges incurred in conjunction with accepting payment by credit card.) This compensation rate (including DoveBid's assumption of all costs and expenses), based on DoveBid's reasonable knowledge and belief, is at market compensation for similar sales.

      I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on: May 2, 2006
Riverwoods, Illinois

_Romano Castelli_
ROMANO CASTELLI

4