SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606
(312) 407-0700
John Wm. Butler, Jr. (JB 4711)
John K. Lyons (JL 4951)
Ron E. Meisler (RM 3026)

    - and -

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Kayalyn A. Marafioti (KM 9632)
Thomas J. Matz (TM 5986)

Attorneys for Delphi Corporation, et al.,
   Debtors and Debtors-in-Possession

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2698

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | | |

AFFIDAVIT OF SERVICE

      PLEASE NOTE that on May 1, 2006, I caused to be served true copies of the documents listed below (i) upon the parties listed on Exhibit A hereto via courier hand-delivery and (ii) upon the parties listed on Exhibit B hereto via electronic notification:

1

1)  Omnibus Reply Memorandum Of Debtors In Support Of Motion For Order Under 11 U.S.C. Section 1113(c) Authorizing Rejection Of Collective Bargaining Agreements And Under 11 U.S.C. Section 1114(g) Authorizing Modification Of Retiree Welfare Benefits

2)  Supplemental Declaration Of John D. Sheehan In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

3)  Supplemental Declaration Of Kevin M. Butler In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

4)  Supplemental Declaration Of Darrell Kidd In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

5)  Supplemental Declaration Of Bernard J. Quick In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

6)  Declaration Of Robert Gerling In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

7)  Declaration Of James K. Guglielmo In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

8)  Declaration Of William R. Shaw In Support Of Delphi's Motion For Authority To Reject Collective Bargaining Agreements Under 11 U.S.C. Section 1113(c) And Modify Retiree Welfare Benefits Under 11 U.S.C. Section 1114(g)

Executed in:   New York, New York
May 8, 2006

/s/ Adriana G. Salazar
Adriana G. Salazar

/s/ Matthew E. Yoeli
Notary Public

<u>Exhibit A</u>

The Office of the United States Trustee
33 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg
Counsel for the official committee of unsecured creditors

Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Attn: Kenneth S. Ziman
Counsel for the agent under the Debtors' prepetition credit facility

Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
Attn: Marlane Melican
Counsel for the agent under the postpetition credit facility

United States Bankruptcy Court
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004
Attn: Hon. Robert D. Drain

Exhibit B

United Auto Workers
8000 East Jefferson Avenue
Detroit, MI 48214
Attn: Niraj R. Ganatra
nganatra@uaw.net

Cohen, Wise & Simon LLP
330 West 42nd Street
New York, NY 10036
Attn: Bruce H. Simon, Counsel to UAW
bsimon@cswy.com

International Union of Electronic, Electrical, Salaried, Machine And Furniture Workers-
Communications Workers Of America
501 Third Street NW, Sixth Floor
Washington, D.C. 20001
Attn: Peter Mitchell and James D. Clark
Pmitchell@iue-cwa.org, jclark@iue-cwa.org

Kennedy, Jennick & Murray, P.C.
113 University Place, 7th Floor
New York, NY 10003
Attn: Thomas Kennedy, Counsel to IUE-CWA
tkennedy@kjmlabor.com

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
Attn: Hanan Kolko, Counsel to IUE-CWA
hkolko@msek.com

United Steelworkers Of America
Five Gateway Center
Pittsburgh, PA 15222
Attn: Robert D. Clark
rclark@uswa.org

Meyer, Suozzi, English & Klein, P.C.
1350 Broadway, Suite 501
New York, NY 10018
Attn: Lowell Peterson, Counsel to USW
lpeterson@msek.com

4

International Association Of Machinists And Aerospace Workers
9000 Machinists Place
Upper Marlboro, MD 20772
Attn: Robert V. Thayer
rthayer@iamaw.org

Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212
Attn: Marianne Robbins, and Jill Hartley, Counsel to IAM & AW
mgr@previant.com, jh@previant.com

International Brotherhood Of Electrical Workers
900 Seventh Street NW
Washington, D.C. 2001
Attn: Edwin D. Hill
Ed_hill@ibew.org

Gratz, Miller & Brueggeman, S.C.
1555 N. RiverCenter Drive, Suite 202
Milwaukee, WI 53212
Attn: Marianne Robbins, and Jill Hartley, Counsel to IBEW
mgr@previant.com, jh@previant.com

International Union of Operating Engineers
1125 17th Street NW
Washington, D.C. 20036
Attn: Richard Griffin and Vincent J. Giblin
rgriffin@iuoe.org, vgiblin@iuoe.org

Gorlick, Kravitz & Listhaus, P.C.
17 State Street, 4th Floor
New York, NY 10004
Attn: Barbara S. Mehlsack, Counsel to IUOE
bmehlsack@gkllaw.com

Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
Attn: Robert J. Rosenberg
Counsel for the official committee of unsecured creditors
Robert.rosenberg@lw.com

Pg 6 of 6

Kirkpatrick & Lockhart
Nicholson Graham LLP
599 Lexington Avenue
New York, NY 10022
Attn: Edward M. Fox
Counsel to Wilmington Trust Company
efox@klng.com

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036-2787
Attn: Glenn M. Kurtz, Gerard Uzzi, and Douglas P. Baumstein
Counsel to Appaloosa Management L.P.
gkurtz@ny.whitecase.com, guzzi@whitecase.com, dbaumstein@ny.whitecase.com

Wachovia Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
Attn: Thomas E. Lauria, Frank L. Eaton, and Ileana A. Cruz
Counsel to Appaloosa Management L.P.
tlauria@whitecase.com, featon@miami.whitecase.com, icruz@whitecase.com

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
Attn: Martin J. Bienenstock, Michael P. Kessler, and Jeffrey L. Tanenbaum
Counsel to General Motors Corporation
Martin.bienenstock@weil.com, Michael.kessler@weil.com, jeff.tanenbaum@weil.com

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3506
Attn: Robert B. Weiss and Frank L. Gorman
Counsel to General Motors Corporation
rweiss@honigman.com, fgorman@honigman.com