# United States Bankruptcy Court
## Southern District Of New York

In re: **Delphi Corporation, et al.**                    Case No.: **05-44481**

                                                          Court ID (Court use only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Hain Capital Holdings, LLC** | **EaglePicher Automotive Inc Hillsdale Division** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent<br>**Hain Capital Holdings, LLC**<br>**301 Route 17, 6th Floor**<br>**Rutherford, NJ 07070**<br>**Attn: Ganna Liberchuk**<br>**Phone: (201) 896 - 6100** | Court Record Address of Transferor (Court Use Only) |
| Last Four Digits of Acct #: _____ | Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above) | Name and Current Address of Transferor<br><br>**EaglePicher Automotive Inc**<br>**Hillsdale Division**<br>2424 John Daly<br>Phone: 313.724.2059 |

Court Claim # (if known): 2545
Claim Amount:        $339,670.20
Date Claim Filed:    4/4/06

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Ganna Liberchuk                     Date: 5/05/06
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                              _____
                                              **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

EaglePicher Automotive Inc. - Hillsdale Division, an Ohio corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated February 28th, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Hain Capital Holdings, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $290,819.35, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 13th day of March 2006.

(Assignor)  
EAGLEPICHER AUTOMOTIVE INC. –  
HILLSDALE DIVISION

By: _____  
Name: Vincent Sebastiano  
Title: Vice-President Finance

(Assignee)  
HAIN CAPITAL HOLDINGS, LLC  
By: Hain Capital Group, LLC,  
its Managing Member

By: _____  
Name: Robert Koltai  
Title: Manager