# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 03-35510 |
| | ) | |
| Toledo Professional Temps, Inc. | ) | Hon. Judge Mary Ann Whipple |
| | ) | |
| Debtor, | ) | **TRUSTEE'S MOTION FOR** |
| | ) | **AUTHORITY TO COMPROMISE** |
| | ) | **CONTROVERSY AND NOTICE OF** |
| | ) | **INTENT TO COMPROMISE** |
| | ) | **CONTROVERSY WITH RESPECT TO** |
| | ) | **THIRD PARTY COMPLAINT** |

     This matter comes before this Court by Ericka Parker, Chapter 7 Trustee ("Trustee") with respect to the chapter 7 proceeding initiated by Flex Tech Professional Services, Inc., n/k/a Toledo Professional Services, Inc. (the "Debtor"), pursuant to the Trustee's motion under Rule 9019 of the Federal Rules of Bankruptcy Procedure, for authority to settle and compromise the estate's claims, asserted in the adversary proceeding entitled *Delphi Automotive Systems, Inc. v. Parker*, in the Trustee's Third Party Complaint against Cecil Weatherspoon, Jr. ("Weatherspoon") and Initial Transfer FT, Ltd. ("Initial Transfer").

     In support hereof, the Trustee states as follows:

     1.     In the Third Party Complaint, the Trustee asserted various fraudulent transfer and related claims against Weatherspoon and Initial Transfer, particularly relating to the assets formerly belonging to the Debtor herein and relating to the February 19, 2003 settlement agreement by, between and among Delphi, the Debtor, and Initial Transfer (the Settlement Agreement").

2.      The Trustee has conducted discovery into the assets formerly belonging to the Debtor and confirmed that most, if not all, such assets were subject to properly perfected liens and that the secured creditors have exercised their rights with respect to such assets.  Thus, the transferred assets previously belonging to the Debtor (with the exception of the Settlement Agreement), do not have any value for the Debtor, its estate, or creditors.  The only asset with potential value to the Debtor, its estate and creditors is the Settlement Agreement.

3.      The Trustee has therefore agreed to settle the third party complaint against Weatherspoon and Initial Transfer, and will dismiss the Third Party Complaint.  In exchange, Weatherspoon and Initial Transfer shall pay the sum of $5,000.00 to the Trustee.  Such sums shall be paid in four (4) equal quarterly installments of $1,250.00 each, beginning on April 1, 2006.

4.      As further consideration for the settlement, Weatherspoon and Initial Transfer will assign, convey, and transfer in full all of their rights, title, and interest in and to the Settlement Agreement with Delphi, along with any claims, interests, and causes of action that Weatherspoon and/or Initial Transfer may have in connection with or in any way related to the Debtor.

5.      A true copy of the proposed settlement with Weatherspoon and Initial Transfer is attached hereto as Exhibit A.

6.      Section 105 of the Bankruptcy Code provides in pertinent part that "[t]he court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions" of the Bankruptcy Code.  11 U.S.C. § 105(a).  Federal Bankruptcy Rule 9019(a) provides that "[o]n motion by the trustee after notice and a hearing, the Court may approve a compromise or settlement."  Before approving a settlement under Rule 9019, a court must

determine that the proposed settlement is in the best interests of the debtor's estate. See *Myers v. Martin (In re Martin)*, 91 F.3d 389, 394 (3d Cir. 1996). To make this determination, the Court must assess the value of the claims that are being settled and balance such values against the value to the estate of the approval of the settlement, mindful that the "law favors compromise." *Magill v. Springfield Marine Bank (In re Heissinger Res. Ltd.)*, 67 B.R. 378, 383 (C.D. Ill. 1986).

7.      The standard by which the Court should evaluate reasonableness of a proposed compromise is well established and includes consideration of the following four factors: "(1) the probability of success in the litigation; (2) the likely difficulties in collection; (3) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (4) the paramount interest of the creditors." *Martin*, 91 F.3d at 393. Settlements should be rejected only if they fall "below the lowest point in the range of reasonableness." *Cosoff v. Rodman (In re W.T. Grant Co.)*, 699 F.2d 599, 608 (2d Cir. 1983).

8.      The applicable standards set forth in the preceding paragraph plainly are met here because the proposed settlement is beneficial to the Debtor's estate and its creditors. As noted above, it returns to the Debtor's estate the only asset with potential value, namely, the Settlement Agreement with Delphi, and also provides some cash to the estate.

Dated: April 3, 2006

Respectfully submitted,

*/s/ Patricia B. Fugée*

Patricia B. Fugée (0070698)
Roetzel & Andress, LPA
One SeaGate, Suite 999
Toledo, OH  43624
Telephone: (419) 242-7985
Facsimile: (419) 242-0316
Email: pfugee@ralaw.com
*Counsel for Ericka Parker, Chapter 7 Trustee*

NOTICE OF MOTION OF PROPOSED COMPROMISE

Ericka Parker, Chapter 7 Trustee, has filed papers with the court to seek authority to compromise controversy of the estate.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion without a hearing, or if you want the court to consider your views on the Motion, then within twenty (20) days of your receipt of this notice, you or your attorney must:

File with the court a written response explaining your position at:

U.S. Bankruptcy Court
for the Northern District of Ohio at Toledo
1716 Spielbusch Avenue
Toledo, Ohio 43624

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Patricia B. Fugée, Esq.
Roetzel & Andress
One SeaGate, 9th Floor, Suite #999
Toledo, Ohio 43604

If you do not respond in writing the Court may grant the relief requested without a hearing. If you respond in writing then you must attend a hearing, which will be scheduled by the Court.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion.

Date: April 3, 2006                    Signature: _/s/ Patricia B. Fugée_____

                                                Patricia B. Fugée

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon the following parties via the Court's electronic filing system and upon the parties on the attached service list via regular U.S. Mail, this 3rd day of April, 2006.

Andrew Vara, Esq.
Office of the U. S. Trustee
200 Public Square
Suite 20-3300
Cleveland, OH 44114

Ericka S. Parker, Esq.
1709 Spielbusch Ave., #100
Toledo, OH 43624

Timothy R. Reynolds, Esq.
1107 Adams St.
Toledo, OH 43624

Stacie H. Wittenberg, Esq.
323 Lakeside Ave., W, #200
Cleveland, OH 44113

John Jacobson, Esq.
3450 Central Ave., Suite 124
Toledo, OH 43606

Erik G. Chappell, Esq.
Lyden, Liebenthal & Chappell
5565 Airport Hwy., Suite 101
Toledo, OH 43615

D. Jeffrey Rengel, Esq.
Thomas Lucas, Esq.
Rengel Law Office
421 Jackson St.
Sandusky, OH 44870

John Hunter, Jr., Esq.
Hunter & Schank
One Canton Square
1700 Canton Ave
Toledo, OH  43624

David Schaefer, Esq.
Robert Balantzow, Esq.
Leslie Wargo, Esq.
McCarthy, Lebit, Crystal & Liffman
101 Prospect Ave., W
Midland Building, #1800
Cleveland, OH 44115-1088

/s/ *Patricia B. Fugée*

Patricia B. Fugée (0070698)
*Attorney for Ericka Parker, Chapter 7 Trustee*

93508.112335.0002

**In re: Toledo Professional Temps, Inc.**
**Case No.: 03-35510**

### SERVICE LIST

A&A Manufacturing Co.
2300 South Calhoun Rd.
New Berlin, WI 53151

A-B Lasers Inc.
PO Box 5-0008
Woburn, MA 01815-0008

A.F. Brock & Co. PH, Inc.
4429 Hamann Pkwy
Willoughby, OH 44094

Accu-Tech Corp.
200 Hembree Park Dr.
Roswell, GA 30076

Accu-Tech Corporation
200 Hembree Park Drive
Roswell, GA 30076-3890

Accurate Biomed Lab
PO Box 248137
Cleveland, OH 44124

Acme Printing Co.
2143 Sherman St.
Sandusky, OH 44870

Acopian Technical Company
PO Box 638
Easton, PA 18044

Action Instruments
PO Box 36017
Pittsburgh, PA 15259-6716

Adcon Engineering
20102 Progress Drive
Strongsville, OH 44149

AE Ehrke & Co.
31100 Bainbridge Rd.
Solon, OH

AEC Inc.
Dept 59904
Milwaukee, WI 53259-0904

AEG Automation Systems
PO Box 642118
Pittsburgh, PA 15264-2118

Airpel
35 Lois St.
Norwalk, CT 06851

Airtouch Cellular
PO Box 747018
Pittsburgh, PA 15274

All-Phase Video Security
70 Cain Dr.
Brentwood, NY 11717

Alstom Automatic
PO Box 642118
Pittsburgh, PA 15264-2118

Alvin I. Gilmore, Esq.
23360 Chagrin Blvd.,
Suite 108
Beachwood, OH 44122

American Express
PO Box 29997
New York, NY 10087

Anderson Bolds Chromolox
PO Box 102153
Atlanta, GA 30368-0 153

Anderson Bolds, Inc.
Commerce Park
Beachwood, OH 44122-5838

Anicom, Inc.
PO Box 95560
Chicago, IL 60694-5560

Anixter, Inc./Wire and Cable
P.O. Box 98908
Chicago, IL 60693-8908

Anorad Corporation
PO Box 798025
Saint Louis, MO 63179-8000

Artus Engineering Co.
PO Box 1650
Waukesha, WI 53187

Attorney Recovery Systems, Inc.
Ass. of Wika Instrument Corp.
18757 Burbank Blvd., Suite 300
Tarzana, CA 91356

Automation Electronics
2950 Westway Drive, Suite 101
Brunswick, OH 44212

B & C Communications
Dept. 353
Columbus, OH 43265

Babson Fluis Power
35 North Main St.
Huron, OH 44839

Barcode Integrators Inc.
21337 Drake Rd. Unit F
Strongsville, OH 44136

Battenfeld of America, Inc.
31 James P. Murphy Hwy
West Warwick, RI 02893

Bekaert Engineering of North
America
PO Box 101859
Atlanta, GA 30392

Benshaw, Inc.
1659 B. Sutter Rd.
Glenshaw, PA 15116-1745

Big Chief Supply, Inc.
5150 Big Chief Drive
Cincinnati, OH 45227

Black Box Corporation
PO Box 12800
Pittsburgh, PA 15241-0800

Bonnie Sams
36550 Chester Rd.
#4510
Avon, OH 44011

BP Oil Co.
PO Box 94672
Cleveland, OH 44101

Branson Ultrasonics Corp
PO Box 73174
Chicago, IL 60673-7174

Brenner Industrial Sales
4200 Lake Park Rd.
Youngstown, OH 44512

Brent E. Baker, Esq.
1200 Metropolitan Tower
11 Federal Plaza Central,
Suite 200
Youngstown. OH 44503-1516

Broken Acres Electronics
1005 B. Strub Rd.
Sandusky, OH 44870

CA Employment Development D
PO Box 826203
Sacramento, CA 9423 0-6203

Cables & Connectors
3308 Encrete Lane
Dayton, OH 45439

Carbone of America
14 Eastmans Rd.
Parsippany, NJ 07054

Carquest Auto Parts
Dept. 77720
Detroit, MI 48277-0720

Catrron Group, Inc.
140 W. Shenango St.
Sharpsville, PA 16150

CCL Parts Division
PO Box 74700
Chicago, IL 60694-4700

Cecil Weatherspoon President
3407 Milan Rd
Sandusky, OH 44870

Central Electric Supply, Inc.
P.O. Box 951113
Cleveland, OH 44193

Central Collection Agency
1701 Lakeside Ave.
Cleveland, OH 44114

Cimatrix
PO Box 8500-5340
Philadelphia, PA 19101

Cincinnati Controls, Inc.
6580 Corporate Dr.
Cincinnati, OH 45242

Cirrus Systems Corp
1991 Parkway Blvd.
Salt Lake City, UT 84119

City of Columbus
City Income Tax Division
50 W. Gay St. 4th Floor
Columbus, OH 43215

City of Sandusky
PO Box 5002
Sandusky, OH 44870

City of Warren
PO Box 230
Warren, OH 44482

Cleveland Employment
PO Box 675
Berea, OH 44017

CO Dept of Labor and Employment
PO Box 80201-0956
Denver, CO 80201-0956

Colorado Dept Of Labor And
Employment
Unemployment Ins Tax Admin
Po Box 8789
Denver CO 8020 1-8789

Comdoc Office Systems
PO Box 1573
Akron, OH 44309

Comet Automation System
2220 W. Dorothy Lane
Dayton, OH 45439

Comfort Inn Sandusky
5909 Milan Rd.
Sandusky, OH 44870

Commercial Cam Co, Inc.
PO Box 93782
Chicago, IL 60673

Compnet Distributors
8210 Ravinia Rd.
Fort Wayne, IN 46825

Comptrol Inc.
9505 Midwest Ave.
Cleveland, OH 44125

Computer Conversions, Inc.
#6 Dunton Court
East Northport, NY 11731

Comvac, Inc.
5405 Valley Belt, Suite K
Independence, OH 44131

Consolidated Controls
4511 Rocky River Dr.
Cleveland, OH 44135

Cort Furniture Rental
6575 Huntley Rd.
Columbus, OH 43229

Costar Corporation
599 West Putnam Ave.
Greenwich, CT 06830-6092

Cytec Corporation
10877 Sanden Dr.
Dallas, TX 75238

D Jeffrey Rengel
421 Jackson St.
Sandusky, OH 44870

Darnton Rutzky Dodge
330 E. Liberty
Ann Arbor, MI 48104

Darrah Electric Co.
PO Box 72034
Cleveland, OH 44192-0034

Data Translation Inc.
100 Locke Dr.
Marlborough, MA 01752

David J. Hutchinson
121 E. Washington
Ann Arbor, MI 48104

Dayton Daily News
PO Box 2805
Dayton, OH 45401

Daytronics Corporation
P.O. Box 2353
Dayton, OH 45401

Diagraph of Northern Ohio, Inc.
15400 Industrial Pkwy
Cleveland, OH 44135

Digi-Key Corporation
PO Box 250
Thief River Falls, MN 10250

Distillata Co.
1542 East 24th St.
Cleveland, OH 44114

Division of Taxation
1701 Lakeside Ave.
Cleveland, OH 44114

DMB&W
2400 North Central Ave.
Phoenix, AZ 85004

DME Company
c/o K. Girard Blakely, Esq.
117 Louisiana Ave.
Perrysburg, OH 43551

Double Tree Hotel
11 South Ludlow St.
Dayton, OH 45402

Duffield E. Milkie, Esq.
414 Wayne St.
Sandusky, OH 44870

Electro Matic Products, Inc.
23409 Industrial Park Court
Farmington, MI 48335

Electro Supply Inc.
PO Box 82651
Pittsburgh, PA 15218

Employment Security Commission
PO Box 26504
Raleigh, NC 27611

Employment Security Commission
of North Carolina
Raleigh Wake County NC

Energy Management Specialist, Inc.
15800 Industrial Parkway
Cleveland, OH 44135

Erie Blacktop, Inc.
4507 Tiffin Ave.
Sandusky, OH 44870

Erie County Treasurer
247 Columbus Ave., Suite 115
Sandusky, OH 44870

Ernest V. Thomas, III, Esq.
2323 Park Ave.
Cincinnati, OH 45206

Everett Charles (CP Div)
File #53326
Los Angeles, CA 90074

Excel Industrial Electric
4350 Reynolds Dr.
Clinton Township, MI 48036

FAL, Inc.
609-1 Landerhaven Dr.
Cleveland, OH 44124

Fallsway Equipment
2773 Salt Springs Rd.
Youngstown, OH 44509

Festo Corporation
PO Box l9389A
Newark, NJ 07 195-0389

Florida U.C. Fund
5050 W. Tennessee St.
Tallahassee, FL 32399-0180

Fluidtrols Corporation
PO Box 276
Avon Lake, OH 44012

Frank Lynn & Associates
150 South Wacker Dr.
Chicago, IL 60606

Freedom Technologies
5505 S. Old US 23, Suite 300
Brighton, MI 48116

Fresch Electric, Inc.
1414 Milan Rd.
Sandusky, OH 44870

Gardiner Service Co.
PO Box 94783
Cleveland, OH 44101-4783

Gayle A. Reeves, Esq.
1605 S. R. 60, Unit #7
Vermilion, OH 44089

GEnca Corporation
PO Box 960573
Cincinnati, OH 45296

Gentran
5696 Stewart Ave.
Fremont, CA 94538

Graybar
900 Ridge Ave.
Pittsburgh, PA 15212

Great Lakes Controls Corp.
4292 Magnolia Pkwy
Westlake, OH 44145

Greif Bros. Corporation
PO Box 9538
Saint Paul, MN 55 170-9538

H. Leff Electric Co.
1 163 E. 40th St.
Cleveland, OH 44114

HealthSouth Med Clinic
PO Box 20422
Columbus, OH 43220

Heatrex Incorporated
PO Box 515
Meadville, PA 16335

Helwig Carbon Products
8900 W. Tower Ave.
Milwaukee, WI 53224-0400

HH Barnum CO.
PO Box 33321
Detroit, MI 48232-5321

Hitran Corp.
362 Highway 31
Flemington, NJ 08822

Honeywell, Inc.
PO Box 92173
Chicago, IL 60675-2173

IAI American, Inc.
2360 W. 205th St.
Torrance, CA 90501

Iddings Auto Glass, Inc.
POBox 123
Greenville, OH 45331

Indata Systems
27 Fennell St.
Skaneateles, NY 13152

Industrial Vision Source
1301 Waters Ridge Dr.
Lewisville, TX 75057

Insight Direct Corp. Inc.
PO Box 78825
Phoenix, AZ 85062-8825

Instrument Service & Equipment
Inc.
10100 Royalton Rd.
North Royalton, OH 44133

Intech EDM
PO Box 92856
Chicago, IL 60675-2856

Interconnect Devices, Inc.
PO Box 412592
Kansas City, MO 64141-2592

Internal Revenue Service
Insolvency Group 3
P.O. Box 99l83-Rm. 457
Cleveland, OH 44199

J.A. Shomer Co., Inc.
1951 W. 112th St.
Cleveland, OH 44102

JAMAC, Inc.
422 Buchanan St.
Sandusky, OH 44870

James F. Russell, Esq.
3400 W. 123rd St.
Cleveland, OH 44111

Jay Industrial Sales
PO Box 44901
Detroit, MI 48244-0901

Jay Industrial Technologies Group
PO Box 641341
Cincinnati, OH 45264-1431

Jeffrey L. Bramley, Esq.
105 W. Liberty St
Medina, OH 44256

Jeffrey L. Kober, Esq.
925 Euclid Ave., Suite 2020
Cleveland, OH 44115-1441

Jergens, Inc.
PO Box 70284
Cleveland, OH 44190-0284

JF Good Co.
PO Box 1420
Akron, OH 44309

Johnson Controls, Inc.
1701 W. Civic Dr., Box 2012
Milwaukee, WI 53201-2012

Johnston Reporting
795 Lais Rd.
Norwalk, OH 44857

Joseph A. Carbone, Esq
800 Standard Bldg.
1370 Ontario St.
Cleveland, OH 44113

K.Girard Blakely, Esq.
117 Louisiana Ave.
Perrysburg, OH 43551

Kasper Buick-GMC
2401 Cleveland Rd.
Sandusky, OH 44870

Kenneth Boukis, Esq.
1370 Ontario St., Suite 520
Cleveland, OH 44113-1790

Kentucky State Treasurer
PO Box 1150
Frankfort, KY 40602

Keyence Corp of America
PO Box 40014
Newark, NJ 07101-4014

Keystone Components, Inc.
1960 Case Parkway South
Twinsburg, OH 44087

Kistler Instrument Corp
75 John Glenn Dr.
Buffalo, NY 14228-2 171

Knights Inn Westerville
32 Heatherdown Dr.
Westerville, OH 43081

Krabill & Roudabush, Inc.
812 Wayne St.
Sandusky, OH 44870

Kuhns & Associates
9700 Rockside Rd.
Cleveland, OH 44125

Lakeland Emergency Associates
21755 Brookpark Rd.
Cleveland, OH 44126

Lasermike
Dept. 15160
PO Box 1213
Newark, NJ 07101-1213

Lincoln Motors
Bin 88036
Milwaukee, WI 53288-0036

Linda R. Van Tine, Esq.
1410 Central Ave.,
Sandusky, OH 44870

Magtrol, Inc.
70 Gardenville Parkway W
Buffalo, NY 14224

Manage, Inc.
40 Nichols Rd.
Chicopee, MA 01014

Maraton Electric Mfg. Corp.
Lincoln Motors
P.O. Box 8003
Wausau, WI 54402-8003

Marelco Power Systems
317 Catrell Drive
Howell, MI 48843-1798

Mass Dept. of Revenue
PO Box 7065
Boston, MA 02204-7065

MCI Telecommunications
PO Box 73881
Chicago, IL 60673

McKesson Water Products
PO Box 7126
Pasadena, CA 91109

MCM Electronics
650 Congress Park Dr.
Dayton, OH 45459-4072

McStay & Associates
Dep. 0435
PO Box 94753
Cleveland, OH 44101-4753

Medar Integral Vision
Dept 77838
Detroit, MI 48277-083 8

Medina Auto Parts
120 W. Liberty Street
Medina, OH 44256

Merkle Korff Industries
1776 Winthrop Dr.
Des Plaines, IL 60018-1980

Metalink Corporation
Suite 23
325 East Elliott Dr.
Chandler, AZ 85225

Metermaster Inc.
PO Box 711243
Cincinnati, OH 45271

Michael E. Thomas, Esq.
2323 Park Avenue
Cincinnati, OH 45206

Micro Dimensions, Inc.
PO Box 250
Elmwood Park, IL 60707

Micromo Electronics
14881 Evergreen Ave.
Clearwater, FL 34622-3008

Microstar Electronics, Inc.
Suite 319
65 E. Palatine Rd.
Prospect Heights, IL 60070

Mill Devices
PO Box 518
Gastonia, NC 28053

Minster Machine Co.
PO Box 1402
Dayton, OH 45401

Moorfeed Corp
PO Box 631550
Cincinnati, OH 45263

Motion Industries, Inc.
3503 Venice Road
Sandusky, OH 44870

Motion Technologies
1205 Chesapeake Avenue
Columbus, OH 43212

MTS Automation
433 Caredean Drive
Horsham, PA 19044

NC Dept of Revenue
PO Box 25000
Raleigh, NC 27640-0002

New England Business
500 Main St.
Groton, MA 01471

Nickerson Machinery
PO Box 213
Accord, MA 02018

Nikon, Inc.
PO Box 4383
New York, NY 10261-4383

Nimmo Fluid Power
PO Box 541172
Columbus, OH 43271

North Carolina Dept of Revenue
PO Box 2500
Raleigh, NC 27640

Northwest Controls, Inc.
P.O. Box 8
Defiance, OH 43512-0008

Number One Sales, Inc.
PO Box 515
Richfield, OH 44286-9667

O.R.R. Associates, Inc.
905 Canterbury Rd.
Westlake, OH 44145

OESC
PO BOX 53039
Oklahoma City OK 73152-3039

OH Dept of Taxation
PO Box 1090
Columbus, OH 43216-1090

Ohio Attorney General
Collections Enforcement
101 E. Town St.
Columbus, OH 43215

Ohio BCI & I
PO Box 365
London, OH 43140

OHIO BUREAU OF WORKERS
COMP
PO BOX 15398
Columbus OH 432 15-0398

OHIO BUREAU OF WORKER
COMP
30 W Spring St
PO Box 15567
Columbus OH 432 15-0567

Ohio Job and Family Services
PO Box 923
Columbus, OH 43216

Ohio Materials Handling
PO Box 14519
Cleveland, OH 44101

Ohio Transmission & Pump
Dept 667
Ridgeville Comers, OH 43555

OK Employment Security Comm
Will Rogers Memorial Bldg.
Oklahoma City, OK 73152

Omega Engineering, Inc.
PO Box 740496
Atlanta, GA 30374-0496

Omnitester Coporation
423 Commerce Lane, Suite 3
West Berlin, NJ 08091-9277

OR Employment Dept.
PO Box 14010
Salem, OR 97309-5031

Pagenet, Inc.
Office 007
Dept. 0049
Palatine, IL 60055

Paul Davis Automation
12250 Nantucket Dr.
Chardon, OH 44024

PCB Piezotronics, Inc.
3425 Walden Ave.
Depew, NY 14043-2495

Peachtree Forms
PO Box 910
Milton, WA 98354

Pennsylvania Dept of Revenue
Dept. 280903
Harrisburg, PA 17128

Performance Controls Inc.
433 Caredean Dr.
Horsham, PA 19044

Peter J. McGory
1401 Cleveland Rd.
Sandusky, OH 44870

Phoenix Imaging
36853 Heatherton Rd.
Farmington, MI 48335

Power Systems & Controls
3206 Lanvale Ave.
Richmond, VA 23230

Power Tool & Supply
3699 LeHarps Rd
Youngstown, OH 44515

PPT Vision
12988 Valley View Rd.
Eden Prairie, MN 55344

PPT Vision (Detroit)
12988 Valley View Rd.
Eden Prairie, MN 55344

Ralco Industrial Products
PO Box 29008
Cleveland, OH 44129

Refrigeration Sales Corp.
c/o Linda R. Van Tine, Esq.
1410 Central Ave.
Sandusky, OH 44870

Regional Income Tax Agency
PO Box 94951
Cleveland, OH 44101-4951

REM Electronics Supply Co., Inc.
525 S. Park Ave.
Warren, OH 44483

Robert B. Weltman, Esq.
Lakeside Place, Suite 200
323 West Lakeside Ave.
Cleveland, OH 44113

Robert M. Slife & Associates
P Box 901370
Cleveland, OH 44190-1370

Robert N. Lurie, Esq.
1300 East 9th St.  14th Floor
Cleveland, OH 44114

Robohand, Inc.
482 Pepper St.
Monroe, CT 06468

Roman Manufacturing Inc.
861 47th St. SW
Grand Rapids, MI 49509

Rotanium Products
PO Box 74075
Cleveland, OH 44194

Saginaw Control & Engineering C
95 Midland Rd.
Saginaw, MI 48603

Salcon
PO Box 26867
Columbus, OH 43226-0867

Sandusky Glass Co.
121 Jackson St.
Sandusky, OH 44870

Sandusky Register
314 W. Market St.
Sandusky, OH 44870

Schroff Inc.
170 Commerce Dr.
Warwick, RI 02886

Schroff, Inc
Dom Lock Box SDS 12-1389
Minneapolis, MN 55486

Scott-Western
5670 Schaefer, Unit L
Chino, CA 91710

Screening Solutions, Inc.
143 1 Chester Ave. East
Cleveland, OH 44114

Seagate Control System
57 N. Westwood
Toledo, OH 43607

Sean C. O'Toole, Esq.
Lakeside Place, Suite 200
323 W. Lakeside Ave.
Cleveland, OH 44113

Secure Check
789 S. Front St.
Columbus, OH 43206

Sentinel Tribune
300 E. Poe Rd.
Bowling Green, OH 43402

Servo-Tek Products Co.
1086 Goffle Rd.
Hawthorne, NJ 07506

Signal Computer Products
30 Domino Dr.
Concord, MA 01742

Sky Bank
c/o Erik G. Chappell
5565 Airport Hwy, #101
Toledo OH 43615

Smith-Ross Company
Suite 319
1542 N. Leroy
Fenton, MI 48430

Sommer Electric
PO Box 94781
Cleveland, OH 44101

State Compensation Fund
3031 N. 2nd St.
Phoenix, AZ 85012

State of California
PO Box 826276
Sacramento, CA 94230

Stephen Fossler Co.
439 South Dartmoor Dr.
Crystal Lake, IL 60014

Stephen Porte
Assistant City Attorney
90 W. Broad St.
Columbus, OH 43215

Sterline, Inc.
Dept 59902
Milwaukee, WI 53259-0902

Stock Drive Products
2101 Jericho Turnpike
New Hyde Park, NY 11042

Stocker & Yale Inc.
32 Hampshire Rd.
Salem, NH 03079

Superior Interlock Corp
7339 Cental Ave
Ridgewood, NY 11385

Susan Hartman Muska, Esq.
608 Madison Ave., Suite 1340
Toledo, OH 43604-1149

Susanna Grieger
115 N. Pleasant Ave.
Norwalk, OH 44857

Taber Industries
455 Bryant St.
PO Box 164
North Tonawanda, NY 14120

Tapco Products
PO Box 42395
Cincinnati, OH 45242-0395

Tax Department
Collections Section
Austin, TX 78778-0091

Telxon
One Symbol Plaza
Holtsville, NY 11742-1300

Terrence Veith, Esq.
200 Second National Bldg
830 Main St
Cincinnati, OH 45202

The Ann Arbor News
PO Box 79001
Detroit, MI 48279

The Beacon
205 SE Catawba Rd, Suite G
Port Clinton, OH 43452

The Bellevue Gazette
107 N. Sandusky St.
Bellevue, OH 44811

The Chronicle
PO Box 4464
Houston, TX 77210

The Conair Group, Inc.
One Conair Drive
Pittsburgh, PA 15702-1706

The Daily and Sunday OK
PO Box 26881
Oklahoma City, OK 73126

The Morning Journal
1657 Broadway
Lorain, OH 44052

The Paquin Company
26981 Lakeland Blvd.
Euclid, OH 44132

The Plain Dealer
PO Box 6955
Cleveland, OH 44190

The Repository
PO Box 713180
Columbus, OH 43271

The Spencer Turbine Co.
600 Day Hill Road
Windsor, CT 06095

The Vindicator Printing Co.
PO Box 780
Youngstown, OH 44501

Thomas E. Lammert, Esq.
2210 1st National Tower
Akron, OH 44308-1449

Time Electronics
PO Box 360761
Pittsburgh, PA 15250-6761

State of Tennessee
Dept Of Labor & Workforce
Po Box 20207
Nashville TN 37202-0207

TN Dept of Labor & Workforce
500 James Robertson Pkwy
8th Floor
Nashville, TN 37245-3525

Torque Drives
PO Box 1830
Warren, OH 44480

Town Center Motel
3356 Central Parkway
Cincinnati, OH 45225

TPC Wire & Cable
PO Box 74208
Cleveland, OH 44194

Trumbull Electric Supply
PO Box 74956
Cleveland, OH 44194-1039

Trumbull Electric Supply Co.
c/o Kevin L. String, Esq.
23220 Chagrin Blvd., Suite 204
Beachwood, OH 44122

Trumbull Industries
PO Box 200
Warren, OH 44482-0200

Trupar America, Inc.
160 Wilson Rd.
Bentleyville, PA 15314

Tuffaloy Products Inc.
PO Box 651449
Charlotte, NC 28265-1449

Unite Parcel Service
Lockbox 577
Carol Stream, IL 60132

United Equipment Access
2103 E. Bremer Ave.
PO Box 817
Waverly, IA 50677-8017

Universal Equipment & Rental, Inc.
210 W. Perkins Ave.
Sandusky, OH 44870

Utah Dept of Workforce
140 East 300 South
Salt Lake City, UT 84145

VA Unemployment Commission
PO Box 27592
Richmond, VA 23261

Vision
151 Evergreen Dr.
Bozeman, MT 59715

Volpi Manufacturing
5 Commerce Way
Auburn, NY 13021

W.W. Grainger Inc.
7300 N. Melvina
Niles, IL 60714

Wage Electric, Inc.
820 Colfax Ave.
PO Box 337
Kenilworth, NJ 07033

Warren Electric Company
177 Niles-Courtland Rd. SE
Warren, OH 44484

Watson Machinery
PO Box 23505
Newark, NJ 17189

WCI Steel Sales L.P.
PO Box 640935
Pittsburgh, PA 15264

Willard Times Junction
PO Box 368
Willard, OH 44890

Williams Communications
21398 Network Place
Chicago, IL 60673

Winkle Electric Co.
1900 Hubbard Rd.
Youngstown, OH 44501

Winstar
PO Box 710952
Columbus, OH 43271

Winstar Communications
520 Broad St 7th Fl
Newark New Jersey 07102

Work Med Trumble
6426 Market St.
Youngstown, OH 44512

Voltronics, Inc.
7746 W. Addison St.
Chicago, IL 60634

Star Telegram
PO Box 901051
Fort Worth, TX 76101

Econo Lodge
2140 Edwin C. Moses Blvd.
Dayton, OH 45408

Hitachi Denshi America
PO Box 94026
Chicago, IL 60690

New York State Dept of Taxation
WA Harriman Campus
Bldg. 9 Room 100
Albany, NY 12227

San-Bay Co.
161 E. Market St.
Sandusky, OH 44870

Initial Transfer FT, Ltd.
3407 Milan Rd.
Sandusky, OH 44870

Toledo Professional Temps, Inc.
c/o D. Jeffrey Rengel, Esq.
421 Jackson St.
Sandusky, OH 44870

Young Supply Company
888 W. Baltimore
Detroit, MI 48202

William H. Smith, Jr., Esq.
308 W. Adams St.
Sandusky, OH 44870

Anixter Bros, Inc./Structured
2201 Main Street
Evanston, IL 60202

Exonic Systems
149 Delta Dr.
Pittsburgh, PA 15238

Intermec Corporation
PO Box 102493
Atlanta, GA 30368-0493

RAF Fluid Power, Inc.
6750 Arnold Miller Pkwy.
Solon, OH 44 139-4363

SD Myers, Inc.
180 South Ave
Tallmadge, OH 44278

M. Colette Gibbons, Esq.
Schottenstein, Zox & Dunn
U.S. Bank Centre
1350 Euclid Ave., Suite 1400
Cleveland. OH 44115

Zesco Inc.
6500 Miller Rd.
Brecksville, OH 4414

Toshiba International Corp
PO Box 91
Chicago, IL 60693-1310

Days Inn Kings Island
9735 Mason Montgomery Rd.
Mason, OH 45040

GEMS Sensors
Div of IMO Industries
PO Box 96860
Chicago, IL 60693

JMS Southeast
105 Temperature
Statesville, NC 28677

Rosemary Taft Milby, Esq.
Lakeside Place Suite 200
323 West Lakeside Ave.
Cleveland, OH 44113

D. Jeffrey Rengel, Esq.
421 Jackson St.
Sandusky, OH 44870

William McCormick, Esq.
Office of Atty. General
P. O. Box 20204
Nashville, TN 37202

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 03-35510 |
| | ) | |
| Toledo Professional Temps, Inc. | ) | Hon. Judge Mary Ann Whipple |
| | ) | |
| Debtor, | ) | Adversary No. 04-03114 |
| | ) | |
| * * * * * * * * * * * * * * * * * * * * * | ) | **STIPULATION AND ORDER** |
| Delphi Automotive Systems, Inc., | ) | **OF SETTLEMENT OF** |
| | ) | **THIRD PARTY COMPLAINT** |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Ericka S. Parker, Trustee, et al. | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before this Court pursuant to the complaint for declaratory judgment ("Complaint") filed by Delphi Automotive Systems, Inc. ("Delphi") against Ericka Parker, Chapter 7 Trustee ("Trustee") [Doc. No. 1]; the Answer and Counterclaim filed by the Trustee [Doc. No. 10]; the Third Party Complaint filed by the Trustee against Cecil Weatherspoon, Jr. and Initial Transfer FT, Ltd. [Doc. No. 10]; the Amended Complaint filed by Delphi to join additional defendants Comptrol, Inc., Northwest Controls, Inc., and REM Electronics Supply Company, Inc. [Doc. No. 52]; and other related pleadings.

The Trustee has settled its Third Party Complaint against Cecil Weatherspoon, Jr. ("Weatherspoon") and Initial Transfer FT, Ltd. ("Initial Transfer") as set forth below, with good and other cause having been shown.

Now therefore, it is STIPULATED AND ORDERED:

1.      That Trustee's Third Party Complaint [Doc. No. 10] against Weatherspoon and Initial Transfer is hereby settled and fully resolved as set forth herein.

2.      In exchange for the settlement, Weatherspoon and Initial Transfer shall pay the sum of $5,000.00 to Trustee. Such sums shall be paid in four (4) equal quarterly installments of $1,250.00 each, beginning on April 1, 2006.

3.      As further consideration for the settlement, Weatherspoon and Initial Transfer shall and hereby do assign, convey, and transfer in full all of their rights, title, and interest in and to the February 19, 2003 settlement agreement by and between and among Delphi; Flex Tech Professional Services, Inc., n/k/a Toledo Professional Services, Inc.; and Initial Transfer (the "Settlement Agreement"), along with any claims, interests, and causes of action that Mr. Weatherspoon and/or Initial Transfer may have in connection with or in any way related to Toledo Professional Temps, Inc., a Chapter 7 debtor in Bankruptcy Case No. 03-35510, situated in the United States Bankruptcy Court for the Northern District of Ohio, Western Division.

4.      The Third Party Complaint is hereby dismissed, with prejudice, subject only to this Court's continued jurisdiction to address any issues related to the settlement set forth herein.

Dated: April 3, 2006

WE CONSENT TO THE FORM AND ENTRY
HEREOF:


/s/ *Patricia B. Fugée*
Patricia B. Fugée (0070698)
Roetzel & Andress
One SeaGate, Suite 900
Toledo, Ohio 43604
Telephone: (419) 242-7985
Facsimile: (419) 242-0316
E-mail: pfugee@ralaw.com

*Counsel for Defendant/Third Party Plaintiff
Trustee*


/s/ *Jeffrey D. Rengel*
Jeffrey D. Rengel  (0029069)
421 Jackson Street
Sandusky, Ohio 44870
Telephone: (419) 627-0400

*Counsel for Defendants Cecil Weatherspoon, Jr.
and Initial Transfer FT, Ltd.*


93505.112335.0002