# EXHIBIT F

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated: April 26 2006**

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 03-35510 |
| | ) | |
| Toledo Professional Temps, Inc. | ) | Hon. Judge Mary Ann Whipple |
| | ) | |
| Debtor, | ) | |
| | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |

This matter coming before the Court upon the Trustee's Motion for Authority to Compromise Controversy and Notice of Intent to Compromise Controversy with respect to Third Party Complaint (the "Motion") for the entry of an order approving the compromise of the Trustee's claims against Cecil Weatherspoon and Initial Transfer; due and adequate notice of the Motion having been given under the circumstances.

IT APPEARING TO THE COURT that jurisdiction of the Motion is proper pursuant to 28 U.S.C. Sections 157 and 1334 and that this matter is a core proceeding pursuant to 28 U.S.C. Section 157(b)(2). It further appearing to the Court that based upon the standards set forth in Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and after due deliberation it is hereby:

2

**IT IS, THEREFORE, ORDERED** that the Motion is found well taken and is hereby granted.

**IT IS SO ORDERED.**

## SERVICE LIST

| | | |
|---|---|---|
| Andrew Vara, Esq.<br>Office of the U. S. Trustee<br>200 Public Square<br>Suite 20-3300<br>Cleveland, OH 44114 | Ericka S. Parker, Esq.<br>1709 Spielbusch Ave., #100<br>Toledo, OH 43624 | Erik G. Chappell, Esq.<br>Lyden, Liebenthal & Chappell<br>5565 Airport Hwy., # 101<br>Toledo, OH 43615 |
| Timothy R. Reynolds, Esq.<br>1107 Adams St.<br>Toledo, OH 43624 | Stacie H. Wittenberg, Esq.<br>323 Lakeside Ave., W, #200<br>Cleveland, OH 44113 | John Hunter, Jr., Esq.<br>Hunter & Schank<br>One Canton Square<br>1700 Canton Ave<br>Toledo, OH 43624 |
| John Jacobson, Esq.<br>3450 Central Ave., Suite 124<br>Toledo, OH 43606 | D. Jeffrey Rengel, Esq.<br>Thomas Lucas, Esq.<br>Rengel Law Office<br>421 Jackson St.<br>Sandusky, OH 44870 | Patricia B. Fugée, Esq.<br>Roetzel & Andress<br>One Seagate, Suite 999<br>Toledo, OH 43604 |
| David Schaefer, Esq.<br>Robert Balantzow, Esq.<br>Leslie Wargo, Esq.<br>McCarthy, Lebit, Crystal & Liffman<br>101 Prospect Ave., W<br>Midland Building, #1800<br>Cleveland, OH 44115-1088 | Toledo Professional Temps, Inc.<br>c/o D. Jeffrey Rengel, Esq.<br>421 Jackson St.<br>Sandusky, OH 44870 | William McCormick, Esq.<br>Office of Atty. General<br>P. O. Box 20204<br>Nashville, TN 37202 |
| A&A Manufacturing Co.<br>2300 South Calhoun Rd.<br>New Berlin, WI 53151 | A-B Lasers Inc.<br>PO Box 5-0008<br>Woburn, MA 01815-0008 | A.F. Brock & Co. PH, Inc.<br>4429 Hamann Pkwy<br>Willoughby, OH 44094 |
| Accu-Tech Corp.<br>200 Hembree Park Dr.<br>Roswell, GA 30076 | Accu-Tech Corporation<br>200 Hembree Park Drive<br>Roswell, GA 30076-3890 | Accurate Biomed Lab<br>PO Box 248137<br>Cleveland, OH 44124 |
| Acme Printing Co.<br>2143 Sherman St.<br>Sandusky, OH 44870 | Acopian Technical Company<br>PO Box 638<br>Easton, PA 18044 | Action Instruments<br>PO Box 36017<br>Pittsburgh, PA 15259-6716 |
| Adcon Engineering<br>20102 Progress Drive<br>Strongsville, OH 44149 | AE Ehrke & Co.<br>31100 Bainbridge Rd.<br>Solon, OH | AEC Inc.<br>Dept 59904<br>Milwaukee, WI 53259-0904 |

| | | |
|---|---|---|
| AEG Automation Systems<br>PO Box 642118<br>Pittsburgh, PA 15264-2118 | Airpel<br>35 Lois St.<br>Norwalk, CT 06851 | Airtouch Cellular<br>PO Box 747018<br>Pittsburgh, PA 15274 |
| All-Phase Video Security<br>70 Cain Dr.<br>Brentwood, NY 11717 | Alstom Automatic<br>PO Box 642118<br>Pittsburgh, PA 15264-2118 | Alvin I. Gilmore, Esq.<br>23360 Chagrin Blvd., Suite 108<br>Beachwood, OH 44122 |
| American Express<br>PO Box 29997<br>New York, NY 10087 | Anderson Bolds Chromolox<br>PO Box 102153<br>Atlanta, GA 30368-0 153 | Anderson Bolds, Inc.<br>Commerce Park<br>Beachwood, OH 44122-5838 |
| Anicom, Inc.<br>PO Box 95560<br>Chicago, IL 60694-5560 | Anixter, Inc./Wire and Cable<br>P.O. Box 98908<br>Chicago, IL 60693-8908 | Anorad Corporation<br>PO Box 798025<br>Saint Louis, MO 63179-8000 |
| Artus Engineering Co.<br>PO Box 1650<br>Waukesha, WI 53187 | Attorney Recovery Systems, Inc.<br>Ass. of Wika Instrument Corp.<br>18757 Burbank Blvd., Suite 300<br>Tarzana, CA 91356 | Automation Electronics<br>2950 Westway Drive, Suite 101<br>Brunswick, OH 44212 |
| B & C Communications<br>Dept. 353<br>Columbus, OH 43265 | Babson Fluis Power<br>35 North Main St.<br>Huron, OH 44839 | Barcode Integrators Inc.<br>21337 Drake Rd. Unit F<br>Strongsville, OH 44136 |
| Battenfeld of America, Inc.<br>31 James P. Murphy Hwy<br>West Warwick, RI 02893 | Bekaert Engineering of North America<br>PO Box 101859<br>Atlanta, GA 30392 | Benshaw, Inc.<br>1659 B. Sutter Rd.<br>Glenshaw, PA 15116-1745 |
| Big Chief Supply, Inc.<br>5150 Big Chief Drive<br>Cincinnati, OH 45227 | Black Box Corporation<br>PO Box 12800<br>Pittsburgh, PA 15241-0800 | Bonnie Sams<br>36550 Chester Rd. #4510<br>Avon, OH 44011 |
| BP Oil Co.<br>PO Box 94672<br>Cleveland, OH 44101 | Branson Ultrasonics Corp<br>PO Box 73174<br>Chicago, IL 60673-7174 | Brenner Industrial Sales<br>4200 Lake Park Rd.<br>Youngstown, OH 44512 |

4

Brent E. Baker, Esq.
1200 Metropolitan Tower
11 Federal Plaza Central, Suite 200
Youngstown, OH 44503-1516

Broken Acres Electronics
1005 B. Strub Rd.
Sandusky, OH 44870

CA Employment Development Dept
PO Box 826203
Sacramento, CA 9423 0-6203

Cables & Connectors
3308 Encrete Lane
Dayton, OH 45439

Carbone of America
14 Eastmans Rd.
Parsippany, NJ 07054

Carquest Auto Parts
Dept. 77720
Detroit, MI 48277-0720

Catrron Group, Inc.
140 W. Shenango St.
Sharpsville, PA 16150

CCL Parts Division
PO Box 74700
Chicago, IL 60694-4700

Cecil Weatherspoon President
3407 Milan Rd
Sandusky, OH 44870

Central Electric Supply, Inc.
P.O. Box 951113
Cleveland, OH 44193

Central Collection Agency
1701 Lakeside Ave.
Cleveland, OH 44114

Cimatrix
PO Box 8500-5340
Philadelphia, PA 19101

Cincinnati Controls, Inc.
6580 Corporate Dr.
Cincinnati, OH 45242

Cirrus Systems Corp
1991 Parkway Blvd.
Salt Lake City, UT 84119

City of Columbus
City Income Tax Division
50 W. Gay St. 4th Floor
Columbus, OH 43215

City of Sandusky
PO Box 5002
Sandusky, OH 44870

City of Warren
PO Box 230
Warren, OH 44482

Cleveland Employment
PO Box 675
Berea, OH 44017

CO Dept of Labor and Employment
PO Box 80201-0956
Denver, CO 80201-0956

Colorado Dept Of Labor And Employment
Unemployment Ins Tax Admin
Po Box 8789
Denver CO 8020 1-8789

Comdoc Office Systems
PO Box 1573
Akron, OH 44309

Comet Automation System
2220 W. Dorothy Lane
Dayton, OH 45439

Comfort Inn Sandusky
5909 Milan Rd.
Sandusky, OH 44870

Commercial Cam Co, Inc.
PO Box 93782
Chicago, IL 60673

Compnenet Distributors
8210 Ravinia Rd.
Fort Wayne, IN 46825

Comptrol Inc.
9505 Midwest Ave.
Cleveland, OH 44125

Computer Conversions, Inc.
#6 Dunton Court
East Northport, NY 11731

5

| | | |
|---|---|---|
| Comvac, Inc.<br>5405 Valley Belt, Suite K<br>Independence, OH 44131 | Consolidated Controls<br>4511 Rocky River Dr.<br>Cleveland, OH 44135 | Cort Furniture Rental<br>6575 Huntley Rd.<br>Columbus, OH 43229 |
| Costar Corporation<br>599 West Putnam Ave.<br>Greenwich, CT 06830-6092 | Cytec Corporation<br>10877 Sanden Dr.<br>Dallas, TX 75238 | Data Translation Inc.<br>100 Locke Dr.<br>Marlborough, MA 01752 |
| Darnton Rutzky Dodge<br>330 E. Liberty<br>Ann Arbor, MI 48104 | Darrah Electric Co.<br>PO Box 72034<br>Cleveland, OH 44192-0034 | Daytronics Corporation<br>P.O. Box 2353<br>Dayton, OH 45401 |
| David J. Hutchinson<br>121 E. Washington<br>Ann Arbor, MI 48104 | Dayton Daily News<br>PO Box 2805<br>Dayton, OH 45401 | Distillata Co.<br>1542 East 24th St.<br>Cleveland, OH 44114 |
| Diagraph of Northern Ohio, Inc.<br>15400 Industrial Pkwy<br>Cleveland, OH 44135 | Digi-Key Corporation<br>PO Box 250<br>Thief River Falls, MN 10250 | DME Company<br>c/o K. Girard Blakely, Esq.<br>117 Louisiana Ave.<br>Perrysburg, OH 43551 |
| Division of Taxation<br>1701 Lakeside Ave.<br>Cleveland, OH 44114 | DMB&W<br>2400 North Central Ave.<br>Phoenix, AZ 85004 | Electro Matic Products, Inc.<br>23409 Industrial Park Court<br>Farmington, MI 48335 |
| Double Tree Hotel<br>11 South Ludlow St.<br>Dayton, OH 45402 | Duffield E. Milkie, Esq.<br>414 Wayne St.<br>Sandusky, OH 44870 | Employment Security Comm.<br>State of North Carolina<br>700 Wade Ave<br>Raleigh, NC 27605 |
| Electro Supply Inc.<br>PO Box 82651<br>Pittsburgh, PA 15218 | Employment Security Commission<br>PO Box 26504<br>Raleigh, NC 27611 | Erie County Treasurer<br>247 Columbus Ave., Suite 115<br>Sandusky, OH 44870 |
| Energy Management Specialist, Inc.<br>15800 Industrial Parkway<br>Cleveland, OH 44135 | Erie Blacktop, Inc.<br>4507 Tiffin Ave.<br>Sandusky, OH 44870 | Excel Industrial Electric<br>4350 Reynolds Dr.<br>Clinton Township, MI 48036 |

| | | |
|---|---|---|
| Ernest V. Thomas, III, Esq.<br>2323 Park Ave.<br>Cincinnati, OH 45206 | Everett Charles (CP Div)<br>File #53326<br>Los Angeles, CA 90074 | Festo Corporation<br>PO Box l9389A<br>Newark, NJ 07 195-0389 |
| FAL, Inc.<br>609-1 Landerhaven Dr.<br>Cleveland, OH 44124 | Fallsway Equipment<br>2773 Salt Springs Rd.<br>Youngstown, OH 44509 | Frank Lynn & Associates<br>150 South Wacker Dr.<br>Chicago, IL 60606 |
| Florida U.C. Fund<br>5050 W. Tennessee St.<br>Tallahassee, FL 32399-0180 | Fluidtrols Corporation<br>PO Box 276<br>Avon Lake, OH 44012 | Gardiner Service Co.<br>PO Box 94783<br>Cleveland, OH 44101-4783 |
| Freedom Technologies<br>5505 S. Old US 23, Suite 300<br>Brighton, MI 48116 | Fresch Electric, Inc.<br>1414 Milan Rd.<br>Sandusky, OH 44870 | Gentran<br>5696 Stewart Ave.<br>Fremont, CA 94538 |
| Gayle A. Reeves, Esq.<br>1605 S. R. 60, Unit #7<br>Vermilion, OH 44089 | GEnca Corporation<br>PO Box 960573<br>Cincinnati, OH 45296 | Greif Bros. Corporation<br>PO Box 9538<br>Saint Paul, MN 55 170-9538 |
| Graybar<br>900 Ridge Ave.<br>Pittsburgh, PA 15212 | Great Lakes Controls Corp.<br>4292 Magnolia Pkwy<br>Westlake, OH 44145 | Heatrex Incorporated<br>PO Box 515<br>Meadville, PA 16335 |
| H. Leff Electric Co.<br>1 163 E. 40th St.<br>Cleveland, OH 44114 | HealthSouth Med Clinic<br>PO Box 20422<br>Columbus, OH 43220 | Hitran Corp.<br>362 Highway 31<br>Flemington, NJ 08822 |
| Helwig Carbon Products<br>8900 W. Tower Ave.<br>Milwaukee, WI 53224-0400 | HH Barnum CO.<br>PO Box 33321<br>Detroit, MI 48232-5321 | Iddings Auto Glass, Inc.<br>P.O. Box 123<br>Greenville, OH 45331 |
| Honeywell, Inc.<br>PO Box 92173<br>Chicago, IL 60675-2173 | IAI American, Inc.<br>2360 W. 205th St.<br>Torrance, CA 90501 | Insight Direct Corp. Inc.<br>PO Box 78825<br>Phoenix, AZ 85062-8825 |

| | | |
|---|---|---|
| Indata Systems<br>27 Fennell St.<br>Skaneateles, NY 13152 | Industrial Vision Source<br>1301 Waters Ridge Dr.<br>Lewisville, TX 75057 | Interconnect Devices, Inc.<br>PO Box 412592<br>Kansas City, MO 64141-2592 |
| Instrument Service & Equipment Inc.<br>10100 Royalton Rd.<br>North Royalton, OH 44133 | Intech EDM<br>PO Box 92856<br>Chicago, IL 60675-2856 | JAMAC, Inc.<br>422 Buchanan St.<br>Sandusky, OH 44870 |
| Internal Revenue Service<br>Insolvency Group 3<br>P.O. Box 99l83-Rm. 457<br>Cleveland, OH 44199 | J.A. Shomer Co., Inc.<br>1951 W. 112th St.<br>Cleveland, OH 44102 | Jay Industrial Technologies Group<br>PO Box 641341<br>Cincinnati, OH 45264-1431 |
| James F. Russell, Esq.<br>3400 W. 123rd St.<br>Cleveland, OH 44111 | Jay Industrial Sales<br>PO Box 44901<br>Detroit, MI 48244-0901 | Jergens, Inc.<br>PO Box 70284<br>Cleveland, OH 44190-0284 |
| Jeffrey L. Bramley, Esq.<br>105 W. Liberty St<br>Medina, OH 44256 | Jeffrey L. Kober, Esq.<br>925 Euclid Ave., Suite 2020<br>Cleveland, OH 44115-1441 | Johnston Reporting<br>795 Lais Rd.<br>Norwalk, OH 44857 |
| JF Good Co.<br>PO Box 1420<br>Akron, OH 44309 | Johnson Controls, Inc.<br>1701 W. Civic Dr., Box 2012<br>Milwaukee, WI 53201-2012 | Kasper Buick-GMC<br>2401 Cleveland Rd.<br>Sandusky, OH 44870 |
| Joseph A. Carbone, Esq<br>800 Standard Bldg.<br>1370 Ontario St.<br>Cleveland, OH 44113 | K.Girard Blakely, Esq.<br>117 Louisiana Ave.<br>Perrysburg, OH 43551 | Keyence Corp of America<br>PO Box 40014<br>Newark, NJ 07101-4014 |
| Kenneth Boukis, Esq.<br>1370 Ontario St., Suite 520<br>Cleveland, OH 44113-1790 | Kentucky State Treasurer<br>PO Box 1150<br>Frankfort, KY 40602 | Knights Inn Westerville<br>32 Heatherdown Dr.<br>Westerville, OH 43081 |
| Keystone Components, Inc.<br>1960 Case Parkway South<br>Twinsburg, OH 44087 | Kistler Instrument Corp<br>75 John Glenn Dr.<br>Buffalo, NY 14228-2171 | Lakeland Emergency Associates<br>21755 Brookpark Rd.<br>Cleveland, OH 44126 |

| | | |
|---|---|---|
| Krabill & Roudabush, Inc.<br>812 Wayne St.<br>Sandusky, OH 44870 | Kuhns & Associates<br>9700 Rockside Rd.<br>Cleveland, OH 44125 | Linda R. Van Tine, Esq.<br>1410 Central Ave.,<br>Sandusky, OH 44870 |
| Lasermike<br>Dept. 15160<br>PO Box 1213<br>Newark, NJ 07101-1213 | Lincoln Motors<br>Bin 88036<br>Milwaukee, WI 53288-0036 | Maraton Electric Mfg. Corp.<br>Lincoln Motors<br>P.O. Box 8003<br>Wausau, WI 54402-8003 |
| Magtrol, Inc.<br>70 Gardenville Parkway W<br>Buffalo, NY 14224 | Manage, Inc.<br>40 Nichols Rd.<br>Chicopee, MA 01014 | MCI Telecommunications<br>PO Box 73881<br>Chicago, IL 60673 |
| Marelco Power Systems<br>317 Catrell Drive<br>Howell, MI 48843-1798 | Mass Dept. of Revenue<br>PO Box 7065<br>Boston, MA 02204-7065 | McStay & Associates<br>Dep. 0435<br>PO Box 94753<br>Cleveland, OH 44101-4753 |
| McKesson Water Products<br>PO Box 7126<br>Pasadena, CA 91109 | MCM Electronics<br>650 Congress Park Dr.<br>Dayton, OH 45459-4072 | Merkle Korff Industries<br>1776 Winthrop Dr.<br>Des Plaines, IL 60018-1980 |
| Medar Integral Vision<br>Dept 77838<br>Detroit, MI 48277-083 8 | Medina Auto Parts<br>120 W. Liberty Street<br>Medina, OH 44256 | Michael E. Thomas, Esq.<br>2323 Park Avenue<br>Cincinnati, OH 45206 |
| Metalink Corporation<br>Suite 23<br>325 East Elliott Dr.<br>Chandler, AZ 85225 | Metermaster Inc.<br>PO Box 711243<br>Cincinnati, OH 45271 | Microstar Electronics, Inc.<br>Suite 319<br>65 E. Palatine Rd.<br>Prospect Heights, IL 60070 |
| Micro Dimensions, Inc.<br>PO Box 250<br>Elmwood Park, IL 60707 | Micromo Electronics<br>14881 Evergreen Ave.<br>Clearwater, FL 34622-3008 | Moorfeed Corp<br>PO Box 631550<br>Cincinnati, OH 45263 |
| Mill Devices<br>PO Box 518<br>Gastonia, NC 28053 | Minster Machine Co.<br>PO Box 1402<br>Dayton, OH 45401 | MTS Automation<br>433 Caredean Drive<br>Horsham, PA 19044 |

9

| | | |
|---|---|---|
| Motion Industries, Inc.<br>3503 Venice Road<br>Sandusky, OH 44870 | Motion Technologies<br>1205 Chesapeake Avenue<br>Columbus, OH 43212 | Nickerson Machinery<br>PO Box 213<br>Accord, MA 02018 |
| NC Dept of Revenue<br>PO Box 25000<br>Raleigh, NC 27640-0002 | New England Business<br>500 Main St.<br>Groton, MA 01471 | North Carolina Dept of Revenue<br>PO Box 2500<br>Raleigh, NC 27640 |
| Nikon, Inc.<br>PO Box 4383<br>New York, NY 10261-4383 | Nimmo Fluid Power<br>PO Box 541172<br>Columbus, OH 43271 | O.R.R. Associates, Inc.<br>905 Canterbury Rd.<br>Westlake, OH 44145 |
| Northwest Controls, Inc.<br>P.O. Box 8<br>Defiance, OH 43512-0008 | Number One Sales, Inc.<br>PO Box 515<br>Richfield, OH 44286-9667 | Ohio Attorney General Collections Enforcement<br>101 E. Town St.<br>Columbus, OH 43215 |
| OESC<br>PO BOX 53039<br>Oklahoma City OK 73152-3039 | OH Dept of Taxation<br>PO Box 1090<br>Columbus, OH 43216-1090 | OHIO BUREAU OF WORKERS COMP<br>30 W Spring St<br>PO Box 15567<br>Columbus OH 432 15-0567 |
| Ohio BCI & I<br>PO Box 365<br>London, OH 43140 | OHIO BUREAU OF WORKERS COMP<br>PO BOX 15398<br>Columbus OH 432 15-0398 | Ohio Transmission & Pump<br>Dept 667<br>Ridgeville Comers, OH 43555 |
| Ohio Job and Family Services<br>PO Box 923<br>Columbus, OH 43216 | Ohio Materials Handling<br>PO Box 14519<br>Cleveland, OH 44101 | Omnitester Coporation<br>423 Commerce Lane, Suite 3<br>West Berlin, NJ 08091-9277 |
| OK Employment Security Comm<br>Will Rogers Memorial Bldg.<br>Oklahoma City, OK 73152 | Omega Engineering, Inc.<br>PO Box 740496<br>Atlanta, GA 30374-0496 | Paul Davis Automation<br>12250 Nantucket Dr.<br>Chardon, OH 44024 |
| OR Employment Dept.<br>PO Box 14010<br>Salem, OR 97309-5031 | Pagenet, Inc.<br>Office 007<br>Dept. 0049<br>Palatine, IL 60055 | Pennsylvania Dept of Revenue<br>Dept. 280903<br>Harrisburg, PA 17128 |

| | | |
|---|---|---|
| PCB Piezotronics, Inc.<br>3425 Walden Ave.<br>Depew, NY 14043-2495 | Peachtree Forms<br>PO Box 910<br>Milton, WA 98354 | Phoenix Imaging<br>36853 Heatherton Rd.<br>Farmington, MI 48335 |
| Performance Controls Inc.<br>433 Caredean Dr.<br>Horsham, PA 19044 | Peter J. McGory<br>1401 Cleveland Rd.<br>Sandusky, OH 44870 | PPT Vision<br>12988 Valley View Rd.<br>Eden Prairie, MN 55344 |
| Power Systems & Controls<br>3206 Lanvale Ave.<br>Richmond, VA 23230 | Power Tool & Supply<br>3699 LeHarps Rd<br>Youngstown, OH 44515 | Refrigeration Sales Corp.<br>c/o Linda R. Van Tine, Esq.<br>1410 Central Ave.<br>Sandusky, OH 44870 |
| PPT Vision (Detroit)<br>12988 Valley View Rd.<br>Eden Prairie, MN 55344 | Ralco Industrial Products<br>PO Box 29008<br>Cleveland, OH 44129 | Robert B. Weltman, Esq.<br>Lakeside Place, Suite 200<br>323 West Lakeside Ave.<br>Cleveland, OH 44113 |
| Regional Income Tax Agency<br>PO Box 94951<br>Cleveland, OH 44101-4951 | REM Electronics Supply Co., Inc.<br>525 S. Park Ave.<br>Warren, OH 44483 | Robohand, Inc.<br>482 Pepper St.<br>Monroe, CT 06468 |
| Robert M. Slife & Associates<br>P Box 901370<br>Cleveland, OH 44190-1370 | Robert N. Lurie, Esq.<br>1300 East 9th St. 14th Floor<br>Cleveland, OH 44114 | Saginaw Control & Engineering Co.<br>95 Midland Rd.<br>Saginaw, MI 48603 |
| Roman Manufacturing Inc.<br>861 47th St. SW<br>Grand Rapids, MI 49509 | Rotanium Products<br>PO Box 74075<br>Cleveland, OH 44194 | Sandusky Register<br>314 W. Market St.<br>Sandusky, OH 44870 |
| Salcon<br>PO Box 26867<br>Columbus, OH 43226-0867 | Sandusky Glass Co.<br>121 Jackson St.<br>Sandusky, OH 44870 | Scott-Western<br>5670 Schaefer, Unit L<br>Chino, CA 91710 |
| Schroff Inc.<br>170 Commerce Dr.<br>Warwick, RI 02886 | Schroff, Inc<br>Dom Lock Box SDS 12-1389<br>Minneapolis, MN 55486 | Sean C. O'Toole, Esq.<br>Lakeside Place, Suite 200<br>323 W. Lakeside Ave.<br>Cleveland, OH 44113 |

| | | |
|---|---|---|
| Screening Solutions, Inc.<br>143 1 Chester Ave. East<br>Cleveland, OH 44114 | Seagate Control System<br>57 N. Westwood<br>Toledo, OH 43607 | Servo-Tek Products Co.<br>1086 Goffle Rd.<br>Hawthorne, NJ 07506 |
| Secure Check<br>789 S. Front St.<br>Columbus, OH 43206 | Sentinel Tribune<br>300 E. Poe Rd.<br>Bowling Green, OH 43402 | Smith-Ross Company<br>Suite 319<br>1542 N. Leroy<br>Fenton, MI 48430 |
| Signal Computer Products<br>30 Domino Dr.<br>Concord, MA 01742 | Sky Bank<br>c/o Erik G. Chappell<br>5565 Airport Hwy, #101<br>Toledo OH 43615 | State of California<br>PO Box 826276<br>Sacramento, CA 94230 |
| Sommer Electric<br>PO Box 94781<br>Cleveland, OH 44101 | State Compensation Fund<br>3031 N. 2nd St.<br>Phoenix, AZ 85012 | Sterline, Inc.<br>Dept 59902<br>Milwaukee, WI 53259-0902 |
| Stephen Fossler Co.<br>439 South Dartmoor Dr.<br>Crystal Lake, IL 60014 | Stephen Porte<br>Assistant City Attorney<br>90 W. Broad St.<br>Columbus, OH 43215 | Superior Interlock Corp<br>7339 Cental Ave<br>Ridgewood, NY 11385 |
| Stock Drive Products<br>2101 Jericho Turnpike<br>New Hyde Park, NY 11042 | Stocker & Yale Inc.<br>32 Hampshire Rd.<br>Salem, NH 03079 | Taber Industries<br>455 Bryant St.<br>PO Box 164<br>North Tonawanda, NY 14120 |
| Susan Hartman Muska, Esq.<br>608 Madison Ave., Suite 1340<br>Toledo, OH 43604-1149 | Susanna Grieger<br>115 N. Pleasant Ave.<br>Norwalk, OH 44857 | Telxon<br>One Symbol Plaza<br>Holtsville, NY 11742-1300 |
| Tapco Products<br>PO Box 42395<br>Cincinnati, OH 45242-0395 | Tax Department<br>Collections Section<br>Austin, TX 78778-0091 | The Beacon<br>205 SE Catawba Rd, Suite G<br>Port Clinton, OH 43452 |
| Terrence Veith, Esq.<br>200 Second National Bldg<br>830 Main St<br>Cincinnati, OH 45202 | The Ann Arbor News<br>PO Box 79001<br>Detroit, MI 48279 | The Conair Group, Inc.<br>One Conair Drive<br>Pittsburgh, PA 15702-1706 |

The Bellevue Gazette
107 N. Sandusky St.
Bellevue, OH 44811

The Chronicle
PO Box 4464
Houston, TX 77210

The Paquin Company
26981 Lakeland Blvd.
Euclid, OH 44132

The Daily and Sunday OK
PO Box 26881
Oklahoma City, OK 73126

The Morning Journal
1657 Broadway
Lorain, OH 44052

The Spencer Turbine Co.
600 Day Hill Road
Windsor, CT 06095

The Plain Dealer
PO Box 6955
Cleveland, OH 44190

The Repository
PO Box 713180
Columbus, OH 43271

Time Electronics
PO Box 360761
Pittsburgh, PA 15250-6761

The Vindicator Printing Co.
PO Box 780
Youngstown, OH 44501

Thomas E. Lammert, Esq.
2210 1st National Tower
Akron, OH 44308-1449

Torque Drives
PO Box 1830
Warren, OH 44480

State of Tennessee
Dept Of Labor & Workforce
Po Box 20207
Nashville TN 37202-0207

TN Dept of Labor & Workforce
500 James Robertson Pkwy
8th Floor
Nashville, TN 37245-3525

Trumbull Electric Supply
PO Box 74956
Cleveland, OH 44194

Town Center Motel
3356 Central Parkway
Cincinnati, OH 45225

TPC Wire & Cable
PO Box 74208
Cleveland, OH 44194

Trupar America, Inc.
160 Wilson Rd.
Bentleyville, PA 15314

Trumbull Electric Supply Co.
c/o Kevin L. String, Esq.
23220 Chagrin Blvd., # 204
Beachwood, OH 44122

Trumbull Industries
PO Box 200
Warren, OH 44482-0200

United Equipment Access
2103 E. Bremer Ave.
PO Box 817
Waverly, IA 50677-8017

Tuffaloy Products Inc.
PO Box 651449
Charlotte, NC 28265-1449

Unite Parcel Service
Lockbox 577
Carol Stream, IL 60132

VA Unemployment
Commission
PO Box 27592
Richmond, VA 23261

Universal Equipment & Rental, Inc.
210 W. Perkins Ave.
Sandusky, OH 44870

Utah Dept of Workforce
140 East 300 South
Salt Lake City, UT 84145

W.W. Grainger Inc.
7300 N. Melvina
Niles, IL 60714

| | | |
|---|---|---|
| Vision<br>151 Evergreen Dr.<br>Bozeman, MT 59715 | Volpi Manufacturing<br>5 Commerce Way<br>Auburn, NY 13021 | Watson Machinery<br>PO Box 23505<br>Newark, NJ 17189 |
| Wage Electric, Inc.<br>820 Colfax Ave.<br>PO Box 337<br>Kenilworth, NJ 07033 | Warren Electric Company<br>177 Niles-Courtland Rd. SE<br>Warren, OH 44484 | Williams Communications<br>21398 Network Place<br>Chicago, IL 60673 |
| WCI Steel Sales L.P.<br>PO Box 640935<br>Pittsburgh, PA 15264 | Willard Times Junction<br>PO Box 368<br>Willard, OH 44890 | Winstar Communications<br>520 Broad St 7th Fl<br>Newark NJ 07102 |
| Winkle Electric Co.<br>1900 Hubbard Rd.<br>Youngstown, OH 44501 | Winstar<br>PO Box 710952<br>Columbus, OH 43271 | Zesco Inc.<br>6500 Miller Rd.<br>Brecksville, OH 4414 |
| Work Med Trumble<br>6426 Market St.<br>Youngstown, OH 44512 | Young Supply Company<br>888 W. Baltimore<br>Detroit, MI 48202 | Toshiba International Corp<br>PO Box 91<br>Chicago, IL 60693-1310 |
| Voltronics, Inc.<br>7746 W. Addison St.<br>Chicago, IL 60634 | William H. Smith, Jr., Esq.<br>308 W. Adams St.<br>Sandusky, OH 44870 | Days Inn Kings Island<br>9735 Mason Montgomery Rd.<br>Mason, OH 45040 |
| Star Telegram<br>PO Box 901051<br>Fort Worth, TX 76101 | Anixter Bros, Inc./Structured<br>2201 Main Street<br>Evanston, IL 60202 | GEMS Sensors<br>Div of IMO Industries<br>PO Box 96860<br>Chicago, IL 60693 |
| Econo Lodge<br>2140 Edwin C. Moses Blvd.<br>Dayton, OH 45408 | Exonic Systems<br>149 Delta Dr.<br>Pittsburgh, PA 15238 | JMS Southeast<br>105 Temperature<br>Statesville, NC 28677 |
| Hitachi Denshi America<br>PO Box 94026<br>Chicago, IL 60690 | Intermec Corporation<br>PO Box 102493<br>Atlanta, GA 30368-0493 | Rosemary Taft Milby, Esq.<br>Lakeside Place Suite 200<br>323 West Lakeside Ave.<br>Cleveland, OH 44113 |

| | | |
|---|---|---|
| New York State Dept of Taxation<br>WA Harriman Campus<br>Bldg. 9 Room 100<br>Albany, NY 12227 | RAF Fluid Power, Inc.<br>6750 Arnold Miller Pkwy.<br>Solon, OH 44 139-4363 | Initial Transfer FT, Ltd.<br>3407 Milan Rd.<br>Sandusky, OH 44870 |
| San-Bay Co.<br>161 E. Market St.<br>Sandusky, OH 44870 | SD Myers, Inc.<br>180 South Ave<br>Tallmadge, OH 44278 | Initial Transfer FT, Ltd.<br>3407 Milan Rd.<br>Sandusky, OH 44870 |
| M. Colette Gibbons, Esq.<br>Schottenstein, Zox & Dunn<br>U.S. Bank Centre<br>1350 Euclid Ave., Suite 1400<br>Cleveland, OH 44115 | | |

94009.112335.0002