# EXHIBIT G

**U.S. Bankruptcy Court**
**Northern District of Ohio (Toledo)**
**Adversary Proceeding #: 04-03114-maw**

*Assigned to:* JUDGE MARY ANN WHIPPLE
*Related BK Case:* 03-35510
*Related BK Title:* Toledo Professional Temps, Inc.        *Date Filed:* 04/08/04
*Demand:*
*Nature of Suit:* 456

**Plaintiff**
-----------------------

| | | |
|---|---|---|
| **DELPHI AUTOMOTIVE SYSTEMS, INC.**<br>5825 Delphi Drive<br>Troy, MI 48098-2815<br>U.S.A.<br>248-813-3367 | represented by | **David A. Schaefer**<br>McCarthy, Lebit, Crystal & Liffman<br>101 W. Prospect Ave.<br>1800 Midland Bldg.<br>Cleveland, OH 44115<br>(216) 696-1422<br>Fax : 216-696-1210<br>Email: das@mccarthylebit.com<br><br>**Leslie E. Wargo**<br>101 W. Prospect<br>#1800<br>Cleveland, OH 44115<br>(216)696-1422<br>Email: lew@mccarthylebit.com<br><br>**Robert S Balantzow**<br>McCarthy Lebit Crystal & Liffman<br>101 Prospect Ave W<br>Midland Bldg<br>#1800<br>Cleveland, OH 44115-1088<br>(216) 696-1422<br>Fax : (216) 696-1210<br>Email: rsb@mccarthylebit.com |

V.

**Defendant**
-----------------------

| | | |
|---|---|---|
| **Ericka Parker**<br>Hunter & Schank Co., LPA<br>1700 Canton Avenue<br>One Canton Square<br>Toledo, OH 43624<br>U.S.A. | represented by | **E. Mark Young**<br>Roetzel & Andress<br>1375 East Ninth Street<br>One Cleveland Center, 9th Floor<br>Cleveland, OH 44114<br>216-623-0150<br>Fax : 216-623-0134<br>Email: myoung@ralaw.com<br><br>**Patricia B Fugee**<br>One SeaGate<br>#999 |

                                                                      Toledo, OH 43604
                                                                      (419) 242-7985
                                                                      Email: pfugee@ralaw.com

**REM Electronics Supply Company, Inc.**
525 S. Park Avenue
Warren, OH 44483

**Northwest Controls, Inc.**
P. O. Box 8
Defiance, OH 43512-0008

**Comptrol, Inc.**                                  represented by  **M. Colette Gibbons**
9505 Midwest Avenue                                              Schottenstein, Zox & Dunn
Garfield Heights, OH 44125                                    U.S. Bank Centre
                                                                       1350 Euclid Avenue
                                                                       Suite 1400
                                                                       Cleveland, OH 44115-1817
                                                                       216-621-6501
                                                                       Fax : 216-621-6502
                                                                       Email: cgibbons@szd.com

**Initial Transfer FT, Ltd.**
3407 Milan Road
Sandusky, OH 44870
Tax id: 34-1957082


**Counter-Defendant**
-----------------------
**DELPHI AUTOMOTIVE SYSTEMS, INC.**
5825 Delphi Drive
Troy, MI 48098-2815
U.S.A.
248-813-3367


**3rd Party Plaintiff**
-----------------------
**Ericka Parker**                                        represented by
Hunter & Schank Co., LPA
1700 Canton Avenue                                            **E. Mark Young**
One Canton Square                                             (See above for address)
Toledo, OH 43624
U.S.A.

                                                                       **Patricia B Fugee**
                                                                       (See above for address)


V.


**3rd Pty Defendant**
-----------------------
**Cecil Weatherspoon, Jr.**                            represented by  **D Jeffrey Rengel**
1412 Julianne Circle                                              421 Jackson St

Sandusky, OH 44870

Sandusky, OH 44870
(419) 627-0400
*LEAD ATTORNEY*

**John L Jacobson**
3450 W Central Ave
#124
Toledo, OH 43606-4347
(419) 537-9016
Email: swedej@aol.com

**Thomas Lucas**
Rengel Law Office
421 Jackson Street
Sandusky, OH 44870
419-627-0400
Fax : 419-627-1434
Email: luke35@cros.net

**Initial Transfer FT, Ltd.**       represented by   **D Jeffrey Rengel**
c/o Statutry agent, Cecil Weatherspoon             (See above for address)
3407 Milan Road                                    *LEAD ATTORNEY*
Sandusky, OH 44870

**John L Jacobson**
(See above for address)

**Thomas Lucas**
(See above for address)

**Counter-Defendant**
-----------------------
**DELPHI AUTOMOTIVE SYSTEMS, INC.**
5825 Delphi Drive
Troy, MI 48098-2815
U.S.A.
248-813-3367


**3rd Party Plaintiff**
-----------------------
**Ericka Parker**
Hunter & Schank Co., LPA
1700 Canton Avenue
One Canton Square
Toledo, OH 43624
U.S.A.

V.

**3rd Pty Defendant**
-----------------------
**REM Electronics Supply Company, Inc.**
525 S. Park Avenue

Warren, OH 44483

**Northwest Controls, Inc.**
P. O. Box 8
Defiance, OH 43512-0008

**Comptrol, Inc.**                                                   represented by   **M. Colette Gibbons**
9505 Midwest Avenue                                                                   (See above for address)
Garfield Heights, OH 44125

**Initial Transfer FT, Ltd.**
9505 Midwest Avenue
Garfield Heights, OH 44125

**Cecil Weatherspoon, Jr.**
9505 Midwest Avenue
Garfield Heights, OH 44125

| Filing Date | Docket Text |
| --- | --- |
| 04/08/2004 | 1 456 (Declaratory Judgment): Complaint by DELPHI AUTOMOTIVE SYSTEMS, INC. against Ericka Parker. Receipt Number 120183 Fee Amount $150 *for Declaratory Judgment* (Attachments: # 1 Adversary Proceeding Cover Sheet# 2 Summons In An Adversary Proceeding) (Balantzow, Robert aty). (Entered: 04/08/2004) |
| 04/14/2004 | 2 Summons Issued on Ericka Parker Answer Due 5/14/2004 Pre-Trial Conference set for 5/25/2004 at 10:45 AM at Courtroom #2 Toledo. (Attachments: # 1 Instructions) (blaux, crt) (Entered: 04/14/2004) |
| 04/21/2004 | 3 Summons Service Executed on Ericka Parker 4/21/2004 (Wargo, Leslie aty) (Entered: 04/21/2004) |
| 05/14/2004 | 4 Motion *to Extend Time to Answer Delphi Complaint* Filed by Ericka Parker (Parker, Ericka tr) (Entered: 05/14/2004) |
| 05/19/2004 | 5 Order Granting Motion (Related Doc # 4 Motion to Extend Time to Answer Delphi Complaint Filed by Ericka Parker); The Trustee shall have until 6/14/04 to secure new counsel and answer the Complaint of Plft. Signed on 5/19/2004. (mknei, crt) (Entered: 05/19/2004) |
| 05/21/2004 | 6 Notice of Order on Generic Order w/ BNC Certificate of Service Service Date 05/21/2004. (Related Doc # 5) (Admin.) (Entered: 05/22/2004) |
| 05/25/2004 | 7 Proceeding Memo; Pretrial Held (RE: related document(s)1 Complaint, filed by Plaintiff DELPHI AUTOMOTIVE SYSTEMS, INC.) Further Pre-trial set for 6/15/2004 at 09:45 AM at Courtroom #2 Toledo. (mknei, ) (Entered: 05/26/2004) |
| 05/25/2004 | 8 Adversary Proceeding Scheduling Order Signed on 5/25/2004. Further Pre-Trial set for 6/15/2004 at 09:45 AM at Courtroom #2 Toledo. (mknei, crt) (Entered: 05/26/2004) |
| 05/28/2004 | 9 Notice of Scheduling Order w/ BNC Certificate of Service Service Date 05/28/2004. (Related Doc # 8) (Admin.) (Entered: 05/29/2004) |
|  |  |

| | |
|---|---|
| 06/14/2004 | 10 Answer to Complaint, Counterclaim by Ericka Parker against DELPHI AUTOMOTIVE SYSTEMS, INC., Third-Party Complaint by Ericka Parker against Cecil Weatherspoon, Jr., Initial Transfer FT, Ltd.. Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 06/14/2004) |
| 06/15/2004 | 11 Proceeding Memo; Pretrial Held (RE: related document(s)1 Complaint, filed by Counter-Defendant DELPHI AUTOMOTIVE SYSTEMS, INC., Plaintiff DELPHI AUTOMOTIVE SYSTEMS, INC.) (mknei, ) (Entered: 06/16/2004) |
| 06/15/2004 | 12 Adversary Proceeding Scheduling Order Signed on 6/15/2004; Pltf and Dft are to commence discovery pending completion of the pleading phase on dft's counterclaim and third-party complaint; and FURTHER ORDERED that the clerk shall issue a summons on Dft's third-party complaint. (mknei, crt) (Entered: 06/16/2004) |
| 06/18/2004 | 13 Notice of Scheduling Order w/ BNC Certificate of Service Service Date 06/18/2004. (Related Doc # 12) (Admin.) (Entered: 06/19/2004) |
| 06/21/2004 | 14 Summons Issued on Initial Transfer FT, Ltd. Answer Due 7/21/2004; Cecil Weatherspoon, Jr. Answer Due 7/21/2004 (Attachments: # 1 Instructions) (blaux, crt) (Entered: 06/21/2004) |
| 06/30/2004 | 15 Summons Service Executed on DELPHI AUTOMOTIVE SYSTEMS, INC. 6/30/2004; Initial Transfer FT, Ltd. 6/30/2004; Cecil Weatherspoon, Jr. 6/30/2004 (Fugee, Patricia aty) (Entered: 06/30/2004) |
| 07/01/2004 | 16 Reply to *Counterclaim* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (related document(s)10). (Wargo, Leslie aty) (Entered: 07/01/2004) |
| 07/02/2004 | 17 Motion for Leave to File filed by Initial Transfer FT, Ltd. , Cecil Weatherspoon, Jr. (DOCKETED BY COURT, DUE TO THE FACT ATTY RENGEL DOCKETED MOTION IN THE MAIN CASE IN ERROR) (mknei, crt) (Entered: 07/09/2004) |
| 07/08/2004 | 18 Order Granting Motion for Leave to File Third Party Complaint for 30 days from the date of this entry. (Related Doc # 17) Signed on 7/8/2004. (mknei, crt) CORRECTIVE ENTRY: TEXT SHOULD READ "ORDER GRANTING MOTION FOR LEAVE TO "ANSWER" THIRD PARTY COMPLAINT" Modified on 7/30/2004 (mknei, ). (Entered: 07/09/2004) |
| 07/11/2004 | 19 Notice of Order on Motion for Leave to File w/ BNC Certificate of Service Service Date 07/11/2004. (Related Doc # 18) (Admin.) (Entered: 07/12/2004) |
| 07/27/2004 | 20 Third Party Answer to Complaint *of Erica S. Parker, Trustee* Filed by Initial Transfer FT, Ltd., Cecil Weatherspoon, Jr.. (Lucas, Thomas aty) (Entered: 07/27/2004) |
| 07/29/2004 | 21 Order Setting Further Pretrial Status Conference signed on 7/29/2004. Pre-Trial Conference set for 8/24/2004 at 11:15 AM at Courtroom #2 Toledo. (mknei, crt) (Entered: 07/29/2004) |
| 07/31/2004 | 22 Notice of Scheduling Order w/ BNC Certificate of Service Service Date 07/31/2004. (Related Doc # 21) (Admin.) (Entered: 08/01/2004) |
| 08/19/2004 | 23 Certificate of Service by *First Class Mail of First Set of Interrogatories and Requests for Production of Documents to Plaintiff, Delphi Automotive Systems,* Filed by 3rd Party Plaintiff Ericka Parker. (Fugee, Patricia aty) (Entered: 08/19/2004) |
| | |

| | |
|---|---|
| 08/24/2004 | 24 Proceeding Memo (RE: related document(s)1 Complaint, filed by Counter-Defendant DELPHI AUTOMOTIVE SYSTEMS, INC., Plaintiff DELPHI AUTOMOTIVE SYSTEMS, INC.); petrial held; further pretrial 1/25/04 at 9:30am (sroll, ) (Entered: 08/25/2004) |
| 08/26/2004 | 25 Scheduling Order Signed on 8/26/2004; Third Party Defendant's Motion for Summary Judgment, if any, shall be filed by 11/1/04, with Third Party Pltf to respond in accordance the applicable procedural rules; Further Pre-Trial Conference set for 1/25/2005 at 09:30 AM at Courtroom #2 Toledo. (mknei, crt) (Entered: 08/26/2004) |
| 08/28/2004 | 26 Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)25 ) Service Date 08/28/2004. (Admin.) (Entered: 08/29/2004) |
| 11/01/2004 | 27 Motion for Leave to File *Motion for Summary Judgment* Filed by Initial Transfer FT, Ltd., Cecil Weatherspoon, Jr. (Lucas, Thomas aty) (Entered: 11/01/2004) |
| 11/03/2004 | 28 Order Granting Motion for Leave to File (Related Doc # 27) Signed on 11/3/2004; ORDERED that the Third-Party Dfts' Motion for Summary Judgment must be filed by November 8, 2004. (mknei, crt) (Entered: 11/03/2004) |
| 11/05/2004 | 29 Notice of Order on Motion for Leave to File w/ BNC Certificate of Service (RE: related document(s)28 ) Service Date 11/05/2004. (Admin.) (Entered: 11/06/2004) |
| 11/08/2004 | 30 Motion to Extend Time *to file Motion for Summary Judgment of Initial TransferFT, LTd.* Filed by Initial Transfer FT, Ltd. (RE: related document(s)28 Order on Motion Leave to File) (Jacobson, John aty) (Entered: 11/08/2004) |
| 11/12/2004 | 31 Order Granting Motion to Extend Time to file Motion for Summary Judgment of Initial TransferFT, LTd. Filed by Initial Transfer FT, Ltd(Related Doc # 30) Signed on 11/12/2004; time extended to 12/15/04. (sroll, ). (Entered: 11/12/2004) |
| 11/14/2004 | 32 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)31 ) Service Date 11/14/2004. (Admin.) (Entered: 11/15/2004) |
| 12/07/2004 | 33 Motion to Extend Time *to file Motion for Summary Judgment* Filed by Initial Transfer FT, Ltd. (Jacobson, John aty) (Entered: 12/07/2004) |
| 12/09/2004 | 34 Order Granting Motion to Extend Time until 1/18/05 within which to file Motion for Summary Judgment (Related Doc # 33) Signed on 12/9/2004. (mknei, crt) (Entered: 12/09/2004) |
| 12/11/2004 | 35 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)34 ) Service Date 12/11/2004. (Admin.) (Entered: 12/12/2004) |
| 01/04/2005 | 36 Interrogatories *, Requests for Production of Documents and Requests for Admissions Served upon Third Party Defendants Cecil Weatherspoon, Jr. and Initial Transfer FT, Ltd.,* Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 01/04/2005) |
| 01/20/2005 | 37 Answer to Interrogatories *Requests for Production and Requests for Admission* Filed by Cecil Weatherspoon, Jr.. (Jacobson, John aty) (Entered: 01/20/2005) |
| 01/25/2005 | 38 Proceeding Memo; Hearing Held; (RE: related document(s)1 Complaint, filed by Counter-Defendant DELPHI AUTOMOTIVE SYSTEMS, INC., Plaintiff DELPHI AUTOMOTIVE |

| | |
|---|---|
| | SYSTEMS, INC.); Discovery Cutoff 4/4/05; Motion Cutoff 4/18/05; Trial date set for 8/24/2005 and 8/25/05 at 09:30 AM at Courtroom #2 Toledo. (mknei, ) (Entered: 01/26/2005) |
| 01/26/2005 | 39 Fourth Adversary Proceeding Scheduling Order Signed on 1/26/2005. Discovery due by 4/4/2005; All dispositive motions due 4/18/05; Disclosures Due 8/3/05; Exhibits Due; 8/19/05 by 4:00 PM; Trial date set for 8/24/2005 and 8/25/05 at 09:30 AM at Courtroom #2 Toledo. (mknei, crt) (Entered: 01/26/2005) |
| 01/28/2005 | 40 Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)39 ) Service Date 01/28/2005. (Admin.) (Entered: 01/29/2005) |
| 02/24/2005 | 41 Notice of Deposition *of Cecil Weatherspoon* Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 02/24/2005) |
| 03/30/2005 | 42 Joint Motion to Extend Time *for Deadlines with Memorandum in Support* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC., Ericka Parker (RE: related document(s)39 Scheduling Order, ) (Balantzow, Robert aty) CORRECTIVE ENTRY: ACCORDING TO THE RULES YOU MUST FILE A CERTIFICATE OF SERVICE LISTING THE NAMES AND ADDRESSES OF ALL PARTIES TO BE SERVED. FILE A CORRECT CERTIFICATE OF SERVICE AND LINK TO DOCKET #42. Modified on 3/31/2005 (mknei, ). (Entered: 03/30/2005) |
| 03/30/2005 | CORRECTIVE ENTRY: ACCORDING TO THE RULES YOU MUST FILE A CERTIFICATE OF SERVICE LISTING THE NAMES AND ADDRESSES OF ALL PARTIES TO BE SERVED. FILE A CORRECT CERTIFICATE OF SERVICE AND LINK TO DOCKET #42. (RE: related document(s)42 Motion to Extend Time, ) (mknei, ) (Entered: 03/31/2005) |
| 04/01/2005 | 43 Notice *of Serving Second Set of Interrogatories and Requests for Production of Documents upon Third Party Defendant, Initial Transfer FT, Ltd.,* Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 04/01/2005) |
| 04/01/2005 | 44 Order Modifying Adversary Proceeding Scheduling Order Signed on 4/1/2005. Discovery due by 8/18/2005. (mknei, crt) (Entered: 04/01/2005) |
| 04/01/2005 | 45 Certificate of Service *of Joint Motion for Extension of Deadlines* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (related document(s)42). (Balantzow, Robert aty) (Entered: 04/01/2005) |
| 04/03/2005 | 46 Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)44 ) Service Date 04/03/2005. (Admin.) (Entered: 04/04/2005) |
| 04/12/2005 | 47 Subpoena to Witness *Citizens Banking Company,* Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 04/12/2005) |
| 04/18/2005 | 48 Motion *for Leave to Amend Complaint with Memorandum in Support* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (Balantzow, Robert aty) (Entered: 04/18/2005) |
| 04/21/2005 | 49 Order Granting Motion for Leave to File Amended Complaint. (Related Doc # 48) Signed on 4/21/2005. (mknei, crt) (Entered: 04/21/2005) |
| 04/21/2005 | 52 Amended Complaint by DELPHI AUTOMOTIVE SYSTEMS, INC. against Ericka |

| | |
|---|---|
| | Parker. (RE: related document(s)[1] (Declaratory Judgment) (mknei, crt) (Entered: 05/03/2005) |
| 04/23/2005 | 50 Notice of Order on Generic Order w/ BNC Certificate of Service (RE: related document(s) 49 ) Service Date 04/23/2005. (Admin.) (Entered: 04/24/2005) |
| 05/02/2005 | 51 Amended Answer to Complaint Filed by Ericka Parker (related document(s)48, 49). (Fugee, Patricia aty) (Entered: 05/02/2005) |
| 05/03/2005 | 53 Answer to Complaint, Counterclaim by Ericka Parker against DELPHI AUTOMOTIVE SYSTEMS, INC., Third-Party Complaint by Ericka Parker against REM Electronics Supply Company, Inc., Northwest Controls, Inc., Comptrol, Inc., Initial Transfer FT, Ltd., Cecil Weatherspoon, Jr.. Filed by Ericka Parker. (Fugee, Patricia aty) (Entered: 05/03/2005) |
| 05/05/2005 | 54 Summons Issued on: Comptrol, Inc. Answer Due 6/6/2005; Initial Transfer FT, Ltd. Answer Due 6/6/2005; Northwest Controls, Inc. Answer Due 6/6/2005; REM Electronics Supply Company, Inc. Answer Due 6/6/2005 (RE: related document(s)52 Amended Complaint by DELPHI AUTOMOTIVE SYSTEMS, INC. (Attachments: # 1 Instructions) (blaux, crt) (Entered: 05/05/2005) |
| 05/05/2005 | 55 Third Party Summons Issued on Comptrol, Inc. Answer Due 6/6/2005; Northwest Controls, Inc. Answer Due 6/6/2005; REM Electronics Supply Company, Inc. Answer Due 6/6/2005 (RE: document(s)53 Answer to Amended Complaint, Counterclaim, Third-Party Complaint by Ericka Parker (Attachments: # 1 Instructions) (blaux, crt) (Entered: 05/05/2005) |
| 05/11/2005 | 56 Document *Reply to Counterclaim* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC.. (Schaefer, David aty) (Entered: 05/11/2005) |
| 05/12/2005 | 57 Notice of Appearance and Request for Notice *on behalf of Sky Bank* by Erik G Chappell Filed by Creditor SKY BANK. (Chappell, Erik aty) (Entered: 05/12/2005) |
| 05/17/2005 | 58 Summons Service Executed on Comptrol, Inc. 5/11/2005; Northwest Controls, Inc. 5/12/2005; REM Electronics Supply Company, Inc. 5/11/2005 *of Amended Complaint* (Balantzow, Robert aty) (Entered: 05/17/2005) |
| 05/18/2005 | 59 Response to *Amended Answer, Counterclaim, and Third Party Complaint* Filed by Initial Transfer FT, Ltd., Cecil Weatherspoon, Jr.. (Lucas, Thomas aty) (Entered: 05/18/2005) |
| 06/06/2005 | 60 Answer to Third Party Complaint *of Erica Parker, U.S. Trustee by Comptrol Incorporated* Filed by Comptrol, Inc.. (Gibbons, M. aty) (Entered: 06/06/2005) |
| 06/06/2005 | 61 Answer to Complaint *by Comptrol, Incorporated to Amended Complaint for Interpleader and Declaratory Judgment of Delphi Automotive Systems, Inc. and Interpleader Defendant's Comptrol Incorporated's Counterclaim Against Plaintiff, Delphi Automotive Systems, Inc.* Filed by Comptrol, Inc.. (Attachments: # 1 Exhibit A to Amended Complaint) (Gibbons, M. aty) (Entered: 06/06/2005) |
| 06/17/2005 | 62 Reply to *Counterclaim of Comptrol, Inc.* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (related document(s)61). (Schaefer, David aty) (Entered: 06/17/2005) |
| 06/20/2005 | 63 Fifth Adversary Proceeding Scheduling Order Signed on 6/20/2005. Further Pre-Trial set for 7/12/2005 at 02:15 PM at Courtroom #2 Toledo. (mknei, crt) (Entered: 06/20/2005) |

| | |
|---|---|
| 06/22/2005 | 64 Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)63 ) Service Date 06/22/2005. (Admin.) (Entered: 06/23/2005) |
| 07/13/2005 | 65 Proceeding Memo; Held; Motion Cutoff 11/4/05; Discovery cutoff 10/4/05. (RE: related document(s)1 Complaint, filed by Counter-Defendant DELPHI AUTOMOTIVE SYSTEMS, INC., Plaintiff DELPHI AUTOMOTIVE SYSTEMS, INC.) (mknei, ) (Entered: 07/13/2005) |
| 07/13/2005 | 66 Sixth Adversary Proceeding Scheduling Order Signed on 7/13/2005. Discovery due by 10/4/2005; all dispositive motions shall be filed by 11/4/05; responses shall occur as provided by local rule. (mknei, crt) (Entered: 07/13/2005) |
| 07/15/2005 | 67 Notice of Scheduling Order w/ BNC Certificate of Service (RE: related document(s)66 ) Service Date 07/15/2005. (Admin.) (Entered: 07/16/2005) |
| 11/04/2005 | 68 Motion to Extend Time *to File Dispositive Motion* Filed by Comptrol, Inc. (Gibbons, M. aty) CORRECTIVE ENTRY: ERICKA PARKER IS NOT A SIGNATORY ON THIS DOCUMENT. Modified on 11/7/2005 (mknei, ). (Entered: 11/04/2005) |
| 11/04/2005 | 69 Motion For Summary Judgment filed by Delphi Automotive Systems, LLC (FILED UNDER SEAL) (mknei, crt) (Entered: 11/08/2005) |
| 11/07/2005 | CORRECTIVE ENTRY: ERICKA PARKER IS NOT A SIGNATORY ON THIS DOCUMENT. (RE: related document(s)68 Motion to Extend Time) (mknei, ) (Entered: 11/07/2005) |
| 11/07/2005 | Court's Withdrawal of Corrective Entry dated 11/7/05; HOWEVER, ORDER HAS NOT BEEN SUBMITTED TO JUDGE WHIPPLE'S ORDER MAILBOX OR THROUGH THE E-ORDER PROGRAM. (blaux, crt) (Entered: 11/07/2005) |
| 12/01/2005 | 70 Stipulation By Ericka Parker and *Comptrol, Inc., Initial Transfer FT, Ltd. and Delphi Automotive Systems, LLC, for Extension of Time to Respond to Motion for Summary Judgment*. Filed by Defendant Ericka Parker. (Fugee, Patricia aty) (Entered: 12/01/2005) |
| 12/02/2005 | 71 Order approving stipulation Signed on 12/2/2005 (RE: related document(s)70 Stipulation By Ericka Parker and Comptrol, Inc., Initial Transfer FT, Ltd. and Delphi Automotive Systems, LLC, for Extension of Time to Respond to Motion for Summary Judgment). (mknei, crt) (Entered: 12/02/2005) |
| 12/04/2005 | 72 Notice of Order (PDF) w/ BNC Certificate of Service (RE: related document(s)71 ) Service Date 12/04/2005. (Admin.) (Entered: 12/05/2005) |
| 12/05/2005 | 73 Notice *of Trustee's Opposition to Delphi Automotive Systems, LLC's Motion for Summary Judgment* 69 Filed by Ericka Parker. (Young, E. aty) CORRECTIVE ENTRY: INCORRECT DOCKET CODE USED. SHOULD HAVE USED "OBJECTION". CREATE LINK TO DOCKET ENTRY #69. Modified on 12/6/2005 (mknei, ). (Entered: 12/05/2005) |
| 12/05/2005 | 74 Motion to Extend Time *to Respond to Motion for Summary Judgment* Filed by Comptrol, Inc. (Gibbons, M. aty) (Entered: 12/05/2005) |
| 12/06/2005 | 75 Objection to (related document(s): 69 Motion For Summary Judgment filed by Counter-Defendant DELPHI AUTOMOTIVE SYSTEMS, INC., Plaintiff DELPHI AUTOMOTIVE SYSTEMS, INC.) Filed by Ericka Parker (related document(s)69). FILED UNDER SEAL. |

| | |
|---|---|
| 12/07/2005 | 76 Notice of Filing Deficiency: order has not been submitted to Judge Whipple's order mailbox (RE: document(s)74 Motion to Extend Time) (blaux, ) (Entered: 12/07/2005) |
| 12/09/2005 | 77 Notice of Filing Deficiency w/ BNC Certificate of Service (RE: related document(s)76 ) Service Date 12/09/2005. (Admin.) (Entered: 12/10/2005) |
| 12/12/2005 | 78 Order Granting Stipulated Motion to Extend Time to Respond to Motion for Summary Judgment Filed by Comptrol, Inc(Related Doc # 74) Signed on 12/12/2005; responses due by 12/27/05 from trustee, comptrol, and initial transfer. (sroll, crt) (Entered: 12/12/2005) |
| 12/14/2005 | 79 Motion to Extend Time *to File Reply to Trustee's Opposition to Delphi Automotive Systems, LLC's Motion for Summary Judgment* Filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (Kracht, Robert aty) (Entered: 12/14/2005) |
| 12/14/2005 | 80 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)78 ) Service Date 12/14/2005. (Admin.) (Entered: 12/15/2005) |
| 12/16/2005 | 81 Order Granting Motion to Extend Time to File Reply to Trustee's Opposition to Delphi Automotive Systems, LLC's Motion for Summary Judgment Filed by DELPHI AUTOMOTIVE SYSTEMS, INC(Related Doc # 79) Signed on 12/16/2005; time extended to 1/6/06. (sroll, crt) (Entered: 12/19/2005) |
| 12/21/2005 | 82 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)81 ) Service Date 12/21/2005. (Admin.) (Entered: 12/22/2005) |
| 12/27/2005 | 83 Agreed Motion to Extend Time *to Respond to Motion for Summary Judgment* Filed by 3rd Pty Defendant Comptrol, Inc. (Gibbons, M. aty) Modified on 12/28/2005 (sroll, ).CORRECTIVE ENTRY: PLEADING IS A STIPULATION STATING THAT PARTIES AGREED TO HAVE UNTIL JANUARY 10, 2006 TO FILE RESPONSES TO MOTION FOR SUMMARY JUDGMENT (Entered: 12/27/2005) |
| 12/27/2005 | CORRECTIVE ENTRY: PLEADING IS A STIPULATION STATING THAT PARTIES AGREED TO HAVE UNTIL JANUARY 10, 2006 TO FILE RESPONSES TO MOTION FOR SUMMARY JUDGMENT (RE: related document(s)83 Motion to Extend Time, filed by 3rd Pty Defendant Comptrol, Inc., Defendant Comptrol, Inc.) (sroll, ) (Entered: 12/28/2005) |
| 01/03/2006 | 84 Order Signed on 1/3/2006 (RE: related document(s)83 Motion to Extend Time); Comptrol Inc shall have until January 10, 2006 to its response. (mknei, crt) (Entered: 01/03/2006) |
| 01/05/2006 | 85 Notice of Order (PDF) w/ BNC Certificate of Service (RE: related document(s)84 ) Service Date 01/05/2006. (Admin.) (Entered: 01/06/2006) |
| 01/05/2006 | 86 Delphi Automotive Systems, LLC's Reply Memorandum in Support of Motion for Summary Judgment (FILED UNDER SEAL) filed by DELPHI AUTOMOTIVE SYSTEMS, INC. (related document(s)69). (mknei, crt) (Entered: 01/06/2006) |
| 01/16/2006 | 87 Agreed Motion to Extend Time *to Respond to Motion for Summary Judgment* Filed by Comptrol, Inc. (Gibbons, M. aty) (Entered: 01/16/2006) |
| 01/17/2006 | 88 Notice of Filing Deficiency: order has not been submitted to Judge Whipple's order |

| | |
|---|---|
| | mailbox (RE: related document(s)87 Motion to Extend Time) (blaux, ) (Entered: 01/17/2006) |
| 01/19/2006 | 89 Order Granting Motion to Extend Time to February 6, 2006 for Comptrol, Inc to respond to the Motion for Summary Judgment. (Related Doc # 87) Signed on 1/19/2006. (mknei, crt) (Entered: 01/19/2006) |
| 01/21/2006 | 90 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)89 ) Service Date 01/21/2006. (Admin.) (Entered: 01/22/2006) |
| 02/06/2006 | 91 Agreed Motion to Extend Time *to Respond to Motion for Summary Judgment* Filed by Comptrol, Inc. (Gibbons, M. aty) (Entered: 02/06/2006) |
| 02/10/2006 | 92 Order Granting Motion to Extend Time to February 28, 2006 for Comptrol Inc to file it's response (Related Doc # 91) Signed on 2/10/2006. (mknei, crt) (Entered: 02/10/2006) |
| 02/12/2006 | 93 Notice of Order on Motion to Extend Time w/ BNC Certificate of Service (RE: related document(s)92 ) Service Date 02/12/2006. (Admin.) (Entered: 02/13/2006) |
| 02/17/2006 | 94 Returned Mail (sroll, ) Additional attachment(s) added on 2/17/2006 (sroll, ). Additional attachment(s) added on 2/17/2006 (sroll, ). Additional attachment(s) added on 2/17/2006 (mknei, ). Additional attachment(s) added on 3/2/2006 (sroll, ). Additional attachment(s) added on 3/2/2006 (sroll, ). Additional attachment(s) added on 3/2/2006 (amari, ). Additional attachment(s) added on 3/10/2006 (hrile, ). Additional attachment(s) added on 4/14/2006 (sroll, ). Additional attachment(s) added on 4/18/2006 (sroll, ). (Entered: 02/17/2006) |
| 03/03/2006 | 95 Response to *Delphi Automotive Systems, LLC's Motion for Summary Judgment* Filed by Comptrol, Inc.. (Gibbons, M. aty) (Entered: 03/03/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/08/2006 12:18:02 | | | |
| **PACER Login:** | ra0014 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 04-03114-maw Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| **Billable Pages:** | 7 | **Cost:** | 0.56 |