IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                            :
      In re                                 :   Chapter 11
                                            :
DELPHI CORPORATION, et al.,                 :   Case No. 05-44481 (RDD)
                                            :
                              Debtors.      :   (Jointly Administered)
                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
```

# AMENDED AFFIDAVIT OF PUBLICATION OF DEE THORNTON IN THE CLINTON NEWS

# PROOF OF PUBLICATION
# THE STATE OF MISSISSIPPI
# HINDS COUNTY

**PASTE   PROOF   HERE**

PERSONALLY appeared before me, the undersigned notary public in and for Hinds County, Mississippi,

Dee Thornton

an authorized clerk of THE CLARION-LEDGER, a newspaper as defined and prescribed in Sections 13-3-31 and 13-3-32, of the Mississippi Code of 1972, as amended, who, being duly sworn, states that the notice, a true copy of which is hereto attached, appeared in the issues of said newspaper as follows:

**Delphi Corporation**
Thursday April 20 , 2006

Size: 3 X 12
Published: 1 Time(s)
**The Clinton News**

Signed _____
Authorized Clerk of
The Clarion-Ledger

SWORN to and subscribed before me the 20th day of April, 2006.

_____
Notary Public
Marie Mills

Notary Public State of Mississippi at Large.
My Commission Expires: Nov. 8, 2008.
Bonded thru Notary Public Underwriters

MY COMMISSION EXPIRES:
November 8, 2008