LATHAM & WATKINS LLP

885 Third Avenue
New York, NY 10022-4802
(212) 906-1200
Robert J. Rosenberg (RR-9585)
Mitchell A. Seider (MS-4321)
Mark A. Broude (MB-1902)
Email: robert.rosenberg@lw.com
 mitchell.seider@lw.com
 mark.broude@lw.com

Attorneys for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION., et al | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | |
| | ) | Jointly Administered |
| | ) | |

**<u>AFFIDAVIT OF SERVICE</u>**

| | | |
|---|---|---|
| STATE OF NEW YORK | ) | |
| | ) | ss.: |
| COUNTY OF NEW YORK | ) | |

Leslie Salcedo, being duly sworn, deposes and says:

1.      I am not a party to this action, am over 18 years of age and am employed

by the law firm of Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022.

2.      On May 5, 2006, I caused true and correct copies of the Objection of the

Official Committee of Unsecured Creditors to the Motion of International Union, United

Automobile, Aerospace and Implement Workers of America (UAW) to Limit Participation in the

Hearing on Delphi's Section 1113 and Section 1114 Motion, to be served upon the parties

identified in Exhibit A hereto in the manner indicated therein.


/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
9th day of May, 2006

/s/ John W. Weiss
John W. Weiss
Notary Public, State of New York
No. 02WE6113201
Qualified in New York County
Commission Expires July 26, 2008

**Exhibit A**

<u>Via Overnight Mail</u>

| | |
|---|---|
| Davis Polk & Wardwell<br>450 Lexington Avenue<br>New York, NY 10017<br>Attn: Marlane Melican | Delphi Corporation<br>5725 Delphi Drive<br>Troy, MI 48098<br>Attn: Sean Corcoran<br>     Karen Craft |
| United States Trustee<br>33 Whitehall Street<br>Suite 2100<br>New York, NY 10004<br>Attn: Alicia M. Leonard | Simpson Thatcher & Barlett LLP<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Kenneth S. Ziman<br>     Robert H. Trust<br>     William T. Russell, Jr. |
| Skadden, Arps, Slate, Meagher & Flom LLP<br>333 W. Wacker Dr<br>Suite 2100<br>Chicago, IL 60606<br>Attn: John Wm Butler<br>     John K. Lyons<br>     Ron E. Meisler | Cohen, Weiss and Simpson LLC<br>330 West 42nd Street<br>New York, NY 10036<br>Attn: Babette A. Ceccotti |
| O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Attn: Tom A. Jerman | Groom Law Group, Chartered<br>1701 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Attn: Lonie Hassel |
| Kirkpatrick & Lockhart Nicholson Graham LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Attn: Edward M. Fox | Weil Gotshal & Manages LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Martin J. Bienenstock |

| | |
|---|---|
| White & Case LLP<br>1115 Avenue of the Americas<br>New York, NY  10036<br>Attn: Glenn M. Kurtz | Gorlick, Kravitz, Listhaus PC<br>17 State Street<br>4th Floor<br>New York, NY  10004<br>Attn: Barbara Mehlsack |
| Meyer Suozzi, English & Klein PC<br>1350 Broadway<br>Suite 501<br>New York, NY  10018<br>Attn: Lowell Peterson | Previant Goldberg Uelmen, Gratz, Miller &<br>Brueggeman S.C.<br>1555 RiverCenter Drive<br>Suite 202<br>Milwaukee, Wisconsin 53212<br>Attn: Jill M. Hartley |
| Kennedy Jennik & Murray, PC<br>113 University Place<br>New York, NY  10003<br>Attn: Thomas M. Kennedy | |