BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313
Michael K. McCrory, Esq.
Mark R. Owens, Esq. (MO 9742)

Attorneys for Creditor and Customer
International Truck and Engine Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――― x
                                    :
In re:                              :    Chapter 11
                                    :
DELPHI CORPORATION, et al.,         :    Case No. 05-44481(RDD)
                                    :
              Debtors.              :    (Jointly Administered)
                                    :
―――――――――――――――――――――――― x

## CERTIFICATE OF SERVICE
*Docket No. 3707*

The undersigned hereby certifies that the *Memorandum of International Truck and Engine Corporation Regarding the Serious Impact the Outcome of the Motion for Order Under 11 U.S.C. § 1113(c) Authorizing Rejection of Collective Bargaining Agreements and Under 11 U.S.C. § 1114(g) Authorizing Modification of Retiree Welfare Benefits May Have on the Debtors' Original Equipment Manufacturer Customers* was served via overnight delivery, costs prepaid, on the 9th day of May, 2006 to the parties identified on the attached Exhibit "A," and additional copies have been served electronically using the Court's ECF system.

Dated: May 10, 2006                                       Respectfully submitted,

/s/ Mark R. Owens
Michael K. McCrory, Esq.
Mark R. Owens, (MO 9742)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Phone: (317) 236-1313
Facsimile: (317) 231-7433

INDS01 MOWENS 849963v1

EXHIBIT A

| Name | Organization | Address | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Donald Bernstein | Brandes Investment Partners LP | 11988 El Camino Real | Suite 500 | San Diego | CA | 92103 |
| Sean Corcoran, Karen Craft | Davis Polk & Wardwell | 450 Lexington Avenue | | New York | NY | 10017 |
| | DC Capital Partners LP | 800 Third Avenue | 40th Floor | New York | NY | 10022 |
| | Delphi Corporation | 5725 Delphi Drive | | Troy | MI | 48098 |
| Lonie A. Hassel | Dr Betty Anne Jacoby | 18 Fox Hill Drive | | Little Silver | NJ | 07739-1008 |
| | Groom Law Group | 1701 Pennsylvania Avenue, NW | | Washington | DC | 20006 |
| | James E Bishop Sr | 502 Shiloh Dr | No 9 | Laredo | TX | 78045 |
| Robert J. Rosenberg | James H Kelly | PO Box 4426 | | Boulder | CO | 80306 |
| J. Brian McTigue | James N Koury Trustee of the Koury Family Trust | 410 Reposado Dr | | La Habra Heights | CA | 90631 |
| Kenneth S. Ziman | Latham & Watkins LLP | 885 Third Avenue | | New York | NY | 10022 |
| John Wm. Butler | Luqman Yacub | PO Box 1026 | | Hartville | OH | 44632 |
| Kayalyn A. Marafioti | McTigue Law Firm | 5301 Wisconsin Ave. N.W. | Suite 350 | Washington | DC | 20015 |
| Daniel D. Doyle | Simpson Thatcher & Bartlett LLP | 425 Lexington Avenue | | New York | NY | 10017 |
| | Skadden, Arps, Slate, Meagher & Flom LLP | 333 W. Wacker Dr. | Suite 2100 | Chicago | IL | 60606 |
| | Skadden, Arps, Slate, Meagher & Flom LLP | 4 Times Square | P.O. Box 300 | New York | NY | 10036 |
| Alicia M. Leonhard | Spencer Fane Britt & Browne LLP | 1 North Brentwood Boulevard | Tenth Floor | St. Louis | MO | 63105 |
| Michael D. Warner | United States Trustee | 33 Whitehall Street | 21st Floor | New York | NY | 10004-2112 |
| Judge Robert D. Drain Courtroom 610 | Warner Stevens, L.L.P. | 1700 City Center Tower II | 301 Commerce Street | Fort Worth | TX | 76102 |
| | United States Bankruptcy Court Southern District of New York | | One Bowling Green | New York | NY | 10004-1408 |