UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
   In re                             :        Chapter 11
:
DELPHI CORPORATION, et al.,        :        Case No. 05-44481 (RDD)
:
                    Debtors.  :       (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK  )

      Gerald L. Willey, being duly sworn, deposes and says that he is not a party to the action, is over 21 years of age, and is employed by Mayer, Brown, Rowe & Maw LLP, attorneys for Ernst & Young LLP.

      On May 5, 2006 deponent caused the following document to be served by overnight mail on the parties listed on the attached service list:

      Revised Notice of Filing of First and Final Application of Ernst & Young LLP, as Sarbanes-Oxley, Valuation, and Tax Services Providers for the Debtors, for Allowance and Payment of Compensation for Professional Services and Reimbursement of Actual and Necessary Expenses

                                                                   s/Gerald L. Willey
                                                                   Gerald L. Willey

Sworn to before me this

10th day of May, 2006

s/Wendy W. Tinkler
Notary Public

Wendy W. Tinkler
Notary Public, State of New York
No. 01TI5003724, Qualified in New York County, Commission Expires Nov. 2, 2006

NYDB01 17371065.1   10-May-06 21:19

SERVICE LIST

VIA OVERNIGHT MAIL

Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
One Bowling Green
 New York, New York 10004

General Counsel
Delphi Corporation
5725 Delphi Drive
Troy, Michigan 48098

John Wm Butler, Jr.
Skadden, Arps, Slate,
Meagher & FLom LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606

Marlene Melican
Davis Polk & Wardwell
450 Lexington  Avenue
New York, New York 10017

Robert J Rosenberg
Mark A, Broude
Latham & Watkins LLP
885 Third Avenue
New York, New York 10022

Michael D. Warner
Warner Stevens LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, Texas 76102

Alicia M. Leonhard
United States Trustee
for the Southern District of New York
33 Whitehall Street, Suite 2100
New York, New York 10004