IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 05-44481 |
| **DELPHI CORPORATION** | § | |
| *Debtor* | § | CHAPTER 11 |

## AMENDED NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of the following Taxing Authorities located in the State of Texas, specifically, to wit:

**HARRIS COUNTY**         **CYPRESS-FAIRBANKS INDEPENDENT SCHOOL DISTRICT**
**CITY OF HOUSTON**

(hereinafter collectively referred to as "Taxing Authority"), secured creditors and parties-in-interest in the above-numbered and styled bankruptcy case. The undersigned further requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instructions filed in the above-referenced and styled bankruptcy case and any other matter in which notice is required pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rules 2002(a), (b), 3017(a) and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditors in care of the undersigned as the address set forth below.

Date: May 11, 2006

Respectfully submitted,

JOHN P. DILLMAN
*Attorney in Charge for Taxing Authorities*
Texas State Bar No. 05874400
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*
Email: houston_bankruptcy@publicans.com

OF COUNSEL:

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 - *Telephone*
(713) 844-3503 - *Telecopier*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the entities listed below by placing same in the United States Mail, first class, postage fully prepaid, on even date.

| Debtor | Trustee | Attorney For Debtor |
|---|---|---|
| DELPHI CORPORATION | US TRUSTEE | JOHN WM. BUTLER, JR |
| 5725 DELPHI DRIVE | 33 WHITEHALL STREET, 21ST FLOOR | 333 WEST WACKER DRIVE |
| TROY, MI 48098 | NEW YORK, NY 10004 | CHICAGO, IL 60606-1285 |

JOHN P. DILLMAN