IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| **DELPHI CORPORATION, ET AL,** | § § § § | |
| **DEBTOR** | § § | |
| | § | **CASE NO. 05-44481-11** |

## PROOF OF SERVICE

On behalf of HARRIS COUNTY/CITY OF HOUSTON I certify that I am more than 18 years of age and that the attached proof of claim has been this date served electronically or mailed to the parties listed below.

DATE: MAY 11, 2006

**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
P O BOX 3064
HOUSTON, TX 77253-3064

Telephone No: (713)844-3478
Facsimile:      (713)844-3503
Email:          houston_bankruptcy@publicans.com

*/s/ John P. Dillman*
John P. Dillman
TX Bar I.D.         05874400

Debtor:
DELPHI CORPORATION, ET AL
5725 DELPHI DRIVE
TROY, MI 48098

Debtor Attorney:
KAYALYN A. MARAFIOTI
ATTORNEY AT LAW
FOUR TIMES SQUARE
NEW YORK, NY 10036

Trustee:
 U.S. TRUSTEE (NY)
SOUTHERN NEW YORK
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NY 10004

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM (Secured) | |
|---|---|---|
| In Re:  DELPHI CORPORATION, ET AL | Case Number:  **05-44481-11** <br> Chapter:  **11** | |
| Name of Creditor: <br> **HARRIS COUNTY/CITY OF HOUSTON** | ☐ Check if you are aware that anyone else has filed a proof of claim relating to your claim. | |
| Name/Address Where Notices Should Be Sent: <br><br> John P. Dillman <br> LINEBARGER GOGGAN BLAIR <br> & SAMPSON, LLP <br> P O BOX 3064 <br> HOUSTON, TX 77253-3064 <br><br> Telephone No:       (713)844-3478 <br> Facsimile:              (713)844-3503 <br> Email:    houston_bankruptcy@publicans.com | ☐ Check if you have never received any notices from the bankruptcy court in this case. <br><br> ☐ Check if the address differs from the address on the envelope sent to you by the court. | court use only |

| Number by which creditor identifies debtor: <br><br> See Attached Exhibits | This claim | ☐ replaces <br> ☐ amends a previously filed claim, dated: <br> ☐ supplements | |
|---|---|---|---|
| **1. BASIS FOR CLAIM:** | AD VALOREM TAXES | | |
| **2. DATE DEBT WAS INCURRED:** | January 1 of each tax year, pursuant to Sections 32.01 and 32.07 of the Texas Property Tax Code. | | |
| **3. CLASSIFICATION OF CLAIM:** | Secured claim to extent of collateral value. Unsecured Priority claim [11 U.S.C. 507 (a)(8)] to extent of any shortfall in collateral value and for personal liability. Secured by Tax Lien §§ 32.01 and 32.05 of the Texas Property Tax Code. | | |
| **4. TOTAL AMOUNTS OF CLAIM:** | $    0.00    +    $    902.84    +    $    0.00    =    **$    902.84** <br> (Unsecured)          (Secured)              (Priority)            (Total) | | |

Plus interest accruing at 12% per annum pursuant to Texas Property Tax Code §33.01 as allowed under 11 U.S.C. §506(b)

| **Make checks payable to:** <br> **Mail payments to:** | **HARRIS COUNTY/CITY OF HOUSTON** <br> P O BOX 3064 <br> HOUSTON, TX 77253-3064 | |
|---|---|---|
| **5. CREDITS AND SETOFFS:** | The amount of the payments on this claim has been credited and deducted for the purpose of making this proof of claim.  In filing this claim, claimant has deducted all amounts that claimant owes to debtor. | |
| **6. SUPPORTING DOCUMENTS:** | Attached | court use only |
| DATE:   MAY 11, 2006 <br><br> */s/ John P. Dillman* <br> John P. Dillman <br> TX Bar I.D.             05874400 | | |

Penalty for presenting fraudulent claim:  Fine up to $500,000 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152, 3571

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 05-44481-11 |
| DELPHI CORPORATION, ET AL, | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 11 |

### HARRIS COUNTY/CITY OF HOUSTON PROOF OF CLAIM SUMMARY OF EXHIBITS

| Exhibit No. | Account No. | Tax Years included in Claim | Amount Due |
|---|---|---|---|
| 1 | 2104503900000 | 2005 | 902.84 |