```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
In re:                                                  :    Chapter 11
                                                        :
DELPHI CORP., et al.,                                   :    Case No. 05 B 44481 (RDD)
                                                        :
                        Debtors.                        :    (Jointly Administered)
------------------------------------------------------- x
```

## AMENDED NOTICE OF APPOINTMENT OF COMMITTEE
## OF EQUITY SECURITY HOLDERS

The United States Trustee for Region 2 hereby gives amended notice of the appointment of the following seven equity security holders of the Delphi Corporation to the Committee of Equity Security Holders in the Delphi Cases pursuant to 11 U.S.C. § 1102:

1. Brandes Investment Partners, L.P.
   11988 El Camino Real, Suite 500
   San Diego, CA 92103
   Attention: Ted Kim

2. Pardus European Special Opportunities Master Fund, L.P.
   c/o Pardus Capital Management L.P.
   1101 Avenue of the Americas, Suite 1100
   New York, NY 10018
   Attention: Joseph R. Thornton

3. Luqman Yacub
   P. O. Box 1026
   Hartville, Ohio 44632

4. James E. Bishop, Sr.
   502 Shiloh Dr. # 9
   Laredo, Texas 78045

5. D.C. Capital Partners, L.P.
   800 Third Avenue 40th Floor
   New York, NY 10022
   Attention: Douglas L. Dethy

- 1 -

6.     James N. Koury, trustee of the Koury Family Trust
   410 Reposado Dr.
   La Habra Heights, California 90631

7.     James H. Kelly
   P. O. Box 4426
   Boulder, Colorado 80306

Dated: New York, New York
       May 11, 2006

                    DIANA G. ADAMS
                    ACTING UNITED STATES TRUSTEE

By:    /s/ Alicia M. Leonhard
        Alicia M. Leonhard (AML-6060)
        Attorney

        33 Whitehall Street
        21st Floor
        New York, New York 10004-2112
        Tel. No. (212) 510-0500
        Fax. No. (212) 668-2255