**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Delphi Corporation, et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | |
| | : | |

**WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Laurie A. Krepto withdraws her appearance on behalf of

AMEC Earth & Environmental, Inc.

By:     /s/ Laurie A. Krepto
        Laurie A. Krepto, Esquire
        Montgomery, McCracken, Walker & Rhoads, LLP
        123 South Broad Street
        Philadelphia, PA 19109
        (215) 772-1500 *telephone*
        (215) 772-7620 f*acsimile*
        lkrepto@mmwr.com

Dated:  May 11, 2006

2074638v1