## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **IN RE:** | **: CHAPTER 11** |
|  | **:** |
| **Delphi Corporation, et al.,** | **:** |
|  | **: CASE NO. 05-44481 (RDD)** |
| **Debtors.** | **:** |

### CERTIFICATE OF SERVICE

I, Laurie A. Krepto, Esquire, do hereby certify that on the 27th day of February, 2006, a true and correct copy of the Notice of Appearance and Demand for Service of Papers were served electronically upon the parties below:

Douglas P. Bartner, Esquire
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022-6069

John W. Butler,  Esquire
Skadden Arps Slate Meagher & Flom LLP
333 West Wacker Drive
Chicago, IL 60606-1285

Kayalyn A. Marafioti, Esquire
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
Thomas J. Matz, Esquire

Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Alicia M. Leonhard, Esquire
Office of the United States Trustee
Southern District of New York
33 Whitehall Street, Suite 2100
New York, NY 10004

2051615v1

United States Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Mark A. Broude, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022-4802

Michael D. Warner, Esquire
Warner Stevens, LLP
301 Commerce Street, Suite 1700
Fort Worth, TX 76102

Robert J. Rosenberg, Esquire
Latham & Watkins
885 Third Avenue
New York, NY 10022

**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

By:    /s/ Laurie A. Krepto
        Laurie A. Krepto
        Attorneys for AMEC Earth & Environmental, Inc.

Dated:  February 27, 2006

-2-