UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                              :
                                                    :       Chapter 11
                                                    :
DELPHI CORPORATION, <u>et al.</u>,                  :
                                                    :       Case No. 05–44481 (RDD)
              Debtors.                              :
                                                    :       (Jointly Administered)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SIXTH SUPPLEMENTAL ORDER UNDER 11 U.S.C. §§ 102(1) AND 105
AND FED. R. BANKR. P. 2002(m), 9006, 9007, AND 9014 ESTABLISHING
OMNIBUS HEARING DATES AND CERTAIN NOTICE, CASE
MANAGEMENT, AND ADMINISTRATIVE PROCEDURES

("SIXTH SUPPLEMENTAL CASE MANAGEMENT ORDER")

Upon the motion, dated October 8, 2005 (the "Case Management Motion"),[1] of Delphi Corporation and certain of its domestic subsidiaries and affiliates, debtors and debtors-in-possession in the above captioned cases (collectively, the "Debtors"), for an order under 11 U.S.C. §§ 102(1), 105(a), and 105(d) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 establishing (a) omnibus hearing dates, (b) certain notice, case management, and administrative procedures in the Debtors' chapter 11 cases, and (c) scheduling an initial case conference in accordance with Rule 1007-2(e) of the Local Bankruptcy Rules for the United States Bankruptcy Court for Southern District of New York; and this Court having entered an order granting the Case Management Motion on October 14, 2005 (Docket No. 245), a supplemental order on March 20, 2006 (Docket No. 2883) (the "Supplemental Order"), a second supplemental order on March 28, 2006 (Docket No. 2995) (the "Second Supplemental Order"), a third supplemental

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

order on April 20, 2006 (Docket No. 3296) (the "Third Supplemental Order"), a fourth supplemental order on May 3, 2006 (Docket No. 3589) (the "Fourth Supplemental Order"), and a fifth supplemental order on May 5, 2006 (Docket No. 3629) (the "Fifth Supplemental Order"); and this Court having determined that changing the hearing date on which this Court shall conduct the Omnibus Hearing scheduled for May 24, 2006 in the manner set forth herein is appropriate and in the best interests of the Debtors, their estates, their creditors, and other parties-in-interest; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

ORDERED THAT:

The Supplemental Order, the Second Supplemental Order, the Third Supplemental Order, the Fourth Supplemental Order, and the Fifth Supplemental Order shall continue in full force and effect except as follows:

1. Paragraph 1 of the Fourth Supplemental Order shall be amended to provide that the Omnibus Hearing Date scheduled for May 24, 2006 at 10:00 a.m. (Prevailing Eastern Time) shall be changed to May 30, 2006 at 11:00 a.m. (Prevailing Eastern Time).

2. As provided in paragraph 13 of the Supplemental Order, any objection shall be filed on or before May 23, 2006 at 4:00 p.m. (Prevailing Eastern Time) for every notice, motion, or application (each a "Motion") served at least 20 days prior the Omnibus Hearing Date

scheduled for May 30, 2006.  For each Motion served on less than 20 days, but at least ten days prior to the Omnibus Hearing Date Scheduled for May 30, 2006, any objection shall be filed on or before May 28, 2006 at 4:00 p.m. (Prevailing Eastern Time).

Dated: New York, New York
       May 11, 2006

                                              __/s/Robert D. Drain_____
                                              UNITED STATES BANKRUPTCY JUDGE