# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                                                      In Proceedings For A
                                                                              Reorganization Under
                 **DELPHI CORPORATION, et al,**           Chapter 11
                                                                            Case No.: 05-44481
                                                                              Jointly Administered
                 Delphi Automotive Systems LLC       Case No.: 05-44640
                                     Debtors.

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                  Amroc Investments, LLC
                  535 Madison Avenue, 15th Floor
                  New York, New York 10022
                  Attention: David S. Leinwand, Esq.

A transfer in the amount of **$32,987.48** from:

                  MTM De Mexico (Transferor)
                  28 Walter Jones Blvd., Ste F
                  El Paso, TX 79906-5316
                  Attention: Mr. Alex Munoz

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                            Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                          _____
                                                                Deputy Clerk