# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:  In Proceedings For A
  Reorganization Under
**DELPHI CORPORATION, et al,**  Chapter 11
  Case No.: 05-44481
  Jointly Administered
Delphi Automotive Systems LLC  Case No.: 05-44640
  Debtors.

---------------------------------------------------------------------X

<u>NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)</u>

To: (Transferee)

Amroc Investments, LLC
535 Madison Avenue, 15th Floor
New York, New York 10022
Attention: David S. Leinwand, Esq.

A transfer in the amount of **$139,704.02** from:

Techni Car Inc. (Transferor)
450 Commerce Rd.
Oldsmar, FL 34677
Attention: Mr. Tom Lucak

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                         Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                  _____
                                                                                         Deputy Clerk