# Exhibit A
# First Interim Application

## Exhibit A

### Summary of Monthly Fee Statements

| Period Covered | Fees Incurred | Fee Paid | Expense Incurred | Expense Paid |
|---|---|---|---|---|
| October 8 - October 31, 2005 | 13,872.00 | 11,097.60 | 14,483.20 | 14,483.20 |
| November 1 - November 30, 2005 | 22,109.00 | 17,687.20 | 14,884.14 | 14,884.14 |
| December 1 - December 31, 2005 | 21,297.00 | 17,037.60 | 15,045.30 | 15,045.30 |
| January 1 - January 31, 2006 | 25,396.00 | 20,316.80 | 19,510.64 | 19,510.64 |
| Total | 82,674.00 | 66,139.20 | 63,923.28 | 63,923.28 |