# Exhibit B
# First Interim Application

Exhibit B
Summary of Professional Hours

| Name / Invoice Number | Title | Bar Admission | Total Hrs | Average Bill Rate | Total Billed $$$ |
|---|---|---|---|---|---|
| Alexander D. Rabinovich | Patent Agent | N/A | 2.80 | 180.00 | 504.00 |
| Georgeann K. Mach | Legal Assistant | N/A | 38.10 | 120.00 | 4,572.00 |
| Diane R. Lytle | Administrative Assistant | N/A | 1.00 | 100.00 | 100.00 |
| James F. Carpenter | Legal Assistant | N/A | 3.30 | 118.94 | 392.50 |
| JOHN R. WARNER | Illustrator | N/A | 1.70 | 140.00 | 238.00 |
| Michael D. Fishman | Attorney | 1984 | 67.90 | 335.67 | 22,792.00 |
| M. Jennifer Wunsche | Legal Assistant | N/A | 21.30 | 119.34 | 2,542.00 |
| Michelle L. Visser | Attorney | 1998 | 42.20 | 221.00 | 9,326.00 |
| Tracy L. Zawaski | Attorney | 2001 | 145.60 | 200.73 | 29,227.00 |
| Glenn E. Forbis | Attorney | 1994 | 17.30 | 332.20 | 5,747.00 |
| Jennifer Greer | Legal Assistant | N/A | 6.80 | 122.57 | 833.50 |
| SHELLY L. HOKENSTAD | Attorney | 2004 | 18.00 | 167.08 | 3,007.50 |
| KULANIAKEA FISHER | Attorney | 2003 | 12.30 | 185.00 | 2,275.50 |
| SARAH J. GOODWIN | Legal Assistant | N/A | 0.50 | 150.00 | 75.00 |
| Alisa M HAGGEMO | Legal Assistant | N/A | 0.70 | 121.43 | 85.00 |
| Mary Margaret L. O'Donnell | Attorney | 1998 | 1.40 | 250.00 | 350.00 |
| Dawna M. Tennant | Legal Assistant | N/A | 2.20 | 145.00 | 319.00 |
| Michael B. Stewart | Attorney | 1991 | 0.40 | 345.00 | 138.00 |
| Andrea L. Nucci | Administrative Assistant | N/A | 2.00 | 75.00 | 150.00 |
| | | | 385.50 | | 82,674.00 |

Worked Performed 10/8/05 thru 1/31/06