# Exhibit C
# First Interim Application

Exhibit C
Summary of Work Performed by Category

October 8, 2005 - January 31, 2006

| Work Performed | Total Fees | Total Expenses | Total |
|---|---|---|---|
| Domestic Patents | 4,614.75 | 150.00 | 4,764.75 |
| Foreign Patents | 4,502.00 | 17,272.85 | 21,774.85 |
| Patent Opinions | 3,684.00 | – | 3,684.00 |
| Patent Litigation | 67.50 | – | 67.50 |
| Domestic Trademarks | 490.00 | 1,093.60 | 1,583.60 |
| Foreign Trademarks | 30,023.25 | 37,601.14 | 67,624.39 |
| Trademark Opinions | 312.00 | – | 312.00 |
| Litigation - Trademarks | 14,507.25 | 6,229.43 | 20,736.68 |
| IP Evaluations | 4,961.00 | 11.25 | 4,972.25 |
| General IP Matters | 19,512.25 | 1,565.01 | 21,077.26 |
| Total October 8, 2005 - January 31, 2006 | 82,674.00 | 63,923.28 | 146,597.28 |