RADER, FISHMAN & GRAUER PLLC
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600
Leigh C. Taggart

Intellectual Property Attorneys for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                                :
      In re                                                     :   Chapter 11
                                                                :
DELPHI CORPORATION, et al.,                                     :   Case No. 05-44481 (RDD)
                                                                :
                           Debtors.                             :   (Jointly Administered)
                                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

CERTIFICATE OF SERVICE OF FIRST INTERIM APPLICATION FOR APPROVAL OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF RADER, FISHMAN & GRAUER PLLC, INTELLETUAL
PROPERTY COUNSEL TO THE DEBTORS, FOR SERVICES RENDERED FROM
OCTOBER 8, 2005 THROUGH JANUARY 31, 2006

I hereby certify that, pursuant to the Order Under 11 U.S.C. § 331 Establishing Procedures for Interim

Compensation an Reimbursement of Expenses of Professionals, entered on November 4, 2005, as modified by the

Order Approving Joint Interest Agreement Between Debtors and Official Committee of Unsecured Creditors,

Implementing Protective Order, and Approving Procedures to Protect Information in Fee Statements, entered on

April 18, 2006 (together, the "Administrative Order"), copies of Rader, Fishman & Grauer PLLC's First Interim

Application For Approval of Compensation and Reimbursement of Expenses for Services Rendered from October 8,

2005 through January 31, 2006, was served, on the 28th day of April, 2006 by Overnight Mail on:

Office of the United States Trustee
for the Southern District of New York
333 Whitehall Street, Suite 2100
New York, NY 10004
Attn: Alicia M. Leonhard, Esq

John William Butler, Jr., Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL
*Counsel for the Debtors*

Delphi Corporation
5725 Delphi Drive
Troy, MI 48098
Attn: Joseph Papelian, Esq.

Haim Zaltzman, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036
*Counsel for the Debtors*

Robert J. Rosenberg, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
*Counsel for the Official Committee of Unsecured Creditors*

Marissa Wesley, Esq.
Simpson, Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY

Marlane Melican, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

I further certify that, pursuant to the Administrative order, notice of the filing of said Application has been provided, via electronic mail, to the "Master Service List" and the "2002 Entities" listed in the database at www.delphidocket.com as of the date hereof.

Dated: Bloomfield Hills, Michigan
April 28, 2006

RADER, FISHMAN & GRAUER PLLC

By: _____
Patricia J. Towers, Paralegal
39533 Woodward Ave.
Suite 140
Bloomfield Hills, MI 48304
(248) 594-0600

2