## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x

In re                                              :          Chapter 11 Case

Delphi Corporation                                            Case No. 05-44481 (RDD)
                                                              (Jointly Administered)

                                                   :

                         Debtors.                  :

                                                   :

-----------------------------------------------x

### NOTICE OF TRANSFER OF CLAIM
### PURSUANT TO FRBP RULE 3001(e)(2)

1.    TO:       **TELEFLEX INCORPORATED, D/B/A TELEFLEX MORSE
                ("Transferor")**
                155 South Limerick Road
                Limerick, PA 19468-1699

2.    Please take notice of the transfer of $59,962.24 of your claim represented by the Proof of Claim a copy of the first page of which is attached hereto, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim") to:

                **BEAR STEARNS INVESTMENT PRODUCTS INC. ("Transferee")**
                383 Madison Ave.
                New York, NY 10179
                Attention: Laura L. Torrado

3.    No action is required if you do not object to the transfer of the Transferred Claim as described above. **IF YOU OBJECT TO THE TRANSFER OF THE TRANSFERRED CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:**

        - -     **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

                Clerk of the Court
                United States Bankruptcy Court
                Southern District of New York
                One Bowling Green
                New York. NY 10004

  --    **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE**

  --    Refer to **INTERNAL CONTROL NO.** ____ in your objection.

4.    If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING.**

_____

Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**
This notice was mailed to the first named party, by first class mail, postage prepaid on
_____ 2006.
_____
INTERNAL CONTROL NO. _____
Copy Claims Agent:
Transferee:
Debtor's Attorney:

[ATTACH EVIDENCE OF TRANSFER]

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, TELEFLEX AUTOMOTIVE MANUFACTURING CORPORATION("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to BEAR STEARNS INVESTMENT PRODUCTS INC. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the amount of $59,962.24 against Delphi Automotive Systems LLC and/or Delphi Corporation or any of its subsidiaries or affiliates, et al. (the "Debtor"), Chapter 11 Case Nos. 05-44481 (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 28 day of February 2006.

TELEFLEX INCORPORATED, D/B/A
TELEFLEX MORSE

By:_____

Name of person signing_____

Title of person signing _____

BEAR STEARNS INVESTMENT PRODUCTS INC.

By:_____

Name:

Title:        **Jon Weiss**
         Authorized signatory_____

B10 (Official Form 10) (4/04)

| UNITED STATES BANKRUPTCY COURT _____ | SOUTHERN DISTRICT OF NEW YORK | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: **Delphi Corporation** | Case Number: **05-44481** | |

**NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.**

| Name of Creditor (The person or entity to whom the debtor owes money or property **Teleflex Incorporated, d/b/a Teleflex Morse** **155 South Limerick Road** **Limerick, PA  19468-1699** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if the address differs from the address on the envelope sent to you by the court. | |
| Name and addresses where notices should be sent: **Bonnie MacDougal Kistler, Esquire** **Pepper Hamilton LLP** **3000 Two Logan Square** **Eighteenth & Arch Streets** **Philadelphia, PA  19103-2799** Telephone Number:  **(215) 981-4000** — **Daniel V. Logue** **Assistant General Counsel** **155 South Limerick Road** **Limerick, PA  19468-1699** | | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: **3099501, 3099507** | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated: _____ | |

| | |
|---|---|
| 1. **Basis for Claim** ☒ Goods sold ☐ Services performed ☐ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) ☐ Wages, salaries, and compensation (fill out below) Last four digits of SS #: _____ Unpaid compensation for services performed from _____ to _____ (date)          (date) |

2. **Date debt was incurred:**
   **See Attached**

3. **If court judgment, date obtained:**

4. **Total Amount of Claim at Time Case Filed:**   $ 59,962.24

☐   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐   Check this box if your claim includes interest or other charges in addition to the principal amount of the claim.  Attach itemized statement of all interest or additional charges.

| 5. **SECURED CLAIM.** ☒ Check this box if your claim is secured by collateral (including a right of setoff) Brief Description of Collateral: **Reclamation Goods. See Attached.** ☐ Real Estate ☐ Motor Vehicle ☐ Other _____ Value of Collateral:    $ **27,431.68** _____ Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any:  $ _____ | 7. **Unsecured Priority Claim.** ☐ Check this box if you have an unsecured priority claim Amount entitled to priority  $ _____ Specify the priority of the claim: ☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3) ☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(3) ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507(a)(6) ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. §507(a)(7) ☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507(a)(8). ☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a) __ * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
| 6.  Unsecured Nonpriority Claim $ 32,530.56 ☒  Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.  **See Attached.** | |

8.  **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

9.  **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien.  DO NOT SEND ORIGINAL DOCUMENTS.  If the documents are not available, explain.  If the documents are voluminous, attach a summary. **See Attached.**

10.  **Date - Stamped Copy:** To *receive* an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |
|---|---|---|
| ~~December~~ January 25, 2005 | By: _[signature]_ | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.

PHLEGAL: #1837749 v2 (13#01021.DOC)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

DELPHI CORPORATION,

Debtor.

Chapter 11
Case No. 05-44481

## ADDENDUM TO PROOF OF CLAIM OF TELEFLEX INCORPORATED AGAINST DELPHI CORPORATION

As of October 8, 2005 (the "Petition Date"), an entity or entities doing business under or otherwise known by the names "Delphi," "Delphi Saginaw Steering System," "Delphi Energy and Engine" ("Customer") was indebted to Teleflex Incorporated, d/b/a Teleflex Morse ("Claimant") in the total sum of $59,962.24 (the "Indebtedness") for goods sold and delivered by Claimant to Customer. The invoices evidencing the Indebtedness are attached to this Addendum as Exhibit A.

Because the Customer held itself out to Claimant under a variety of names, Claimant is unable—and should not be required—to speculate as to the correct corporate identity of the Customer. Accordingly, Claimant files this proof of claim against Delphi Corporation (the "Debtor") and in the alternative, Claimant is also filing proofs of claim for the Indebtedness against Delphi Automotive Systems, LLC and other debtors in these jointly administered Chapter 11 cases. Claimant reserves the right to amend this proof of claim if and when any better or different information emerges as to the exact corporate identity of the Customer.

This claim is secured to the extent of the value of Claimant's vendor's lien and/or reclamation rights. On October 10, 2005, Claimant delivered written demand upon the Debtor, pursuant to §546(c) of the United States Bankruptcy Code (the "Reclamation Claim") seeking the return of all products sold by Claimant on credit to Debtor and received by Debtor within the

ten days prior to the Petition Date (the "Reclamation Demand"). A true and correct copy of the

Reclamation Demand is also attached hereto. The total of the invoices comprising the

Reclamation Claim is **$27,431.68**. This portion of Claimant's claim is secured by operation of

state law vendor's lien and/or reclamation rights and by virtue of the provisions of §546(c)(2)(B)

of the Bankruptcy Code.

Alternatively, Claimant asserts administrative priority for its Reclamation Claim

in accordance with section 546(c)(2)(A) of the Bankruptcy Code.

To the extent, if any, that this claim is held not to qualify for treatment as a

secured claim and/or an administrative claim as set forth above, then any such portion of this

claim shall be deemed a general unsecured claim.

In addition to any other claims expressly asserted herein, Claimant asserts a claim

hereunder for any other liabilities that the Debtor may owe to Claimant arising under the

commercial relationship described above, which will be identified specifically if and when

additional facts become known.

Claimant reserves the right to dispute, contest or otherwise object to any amounts

that Debtor may claim from Claimant arising out of any and all accounts, contracts or

commercial relationships, and to the extent that Debtor may establish Claimant's liability for any

such amounts, Claimant reserves its rights to setoff and/or recoupment to the extent available

under applicable law.

This proof of claim is submitted without prejudice to and with full reservation of

(1) the right of Claimant to have final orders in non-core matters entered only after *de novo*

review by a district court; (2) the right of Claimant to trial by jury in any proceeding so triable in

this case or any case, controversy or proceeding related to this case; (3) the right of Claimant to

have the district court withdraw the reference in any matter subject to mandatory or discretionary

withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which

Claimant is or may be entitled under agreements in law, in equity, or otherwise, all of which

rights, claims, actions, defenses, setoffs, recoupments Claimant expressly reserves.

Claimant also reserves the right to amend, modify or supplement this proof of

claim as to nature, amount or otherwise.

REMIT TO:

# **Teleflex® INCORPORATED**

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
================================================================
DATE: 10/17/05                         INVOICE NUMBER:  7155411
================================================================
BILL-TO: 3099501              !   SHIP-TO: 3099517
   DELPHI AUTOMOTIVE SYSTEMS   !      DELPHI PACKARD ELECTRIC #3200
   ATTN: PAT RYAN              !      48 WALTER JONES BLVD.
   48 WALTER JONES RD          !      EL PASO D.D. PLANT #3200
                               !
   EL PASO,  TX                !      EL PASO, TX
   79906                       !      79906
                               !
INVOICE DATE:        06/06/05  !  SHIPMENT DATE:             06/06/05
FISCAL PERIOD:          0605   !  SHIPPED VIA:          UPS COL
P.O. NO.:   P4570078 6         !  BILL OF LADING:          0126208557
APPLY TO DOCUMENT:   S7570036  !  ORIGINAL BALANCE:          180.00
TERMS:     NET 30              !  OPEN BALANCE:              180.00
SHIPMENT ID NUMBER:            !  DISPUTED AMT:                 .00
STATUS:                 OPEN   !  TYPE:                     REGULAR
REMIT-TO CODE:          NONE   !
DISPLAY LINE ITEMS (Y)?    *
```

|     |                |         | QTY   | QTY     | UNIT  |           |
| LN  | PRODUCT NUMBER | REMARKS | SHPD  | BCKORD  | PRICE | EXTENSION |
| --- | -------------- | ------- | ----- | ------- | ----- | --------- |
|  1  | 6533371        |         | 2000  | 0       | .090  | 180.00    |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!!*******
              PROPER BAR CODE LABELS ARE REQUIRED.

              ***********************************************************
              ATTENTION VALUED CUSTOMER; RECEIVING, ACCOUNTS
              PAYABLE AND PURCHASING:
              CUSTOMER SERVICE MUST BE NOTIFED OF ANY ORDER
              SHORTAGES, OVERAGES OR FREIGHT CONCERNS WITHIN
              5 DAYS OF RECEIPT OF SHIPMENT. ANY CLAIMS NOT REPORTED
              TO CUSTOMER SERVICE IN A TIMELY MANNER, WILL BE DENIED.
              THANK YOU IN ADVANCE FOR YOUR COOPERATION.
              ***********************************************************


              ******ASN MUST BE PROVIDED*******


                                                      -----------
                                        TOTAL:          180.00

**REMIT TO:**

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
================================================================
                                INVOICE NUMBER:  1670000898
================================================================
DATE: 10/17/05
================================================================
BILL-TO: 3099501              !   SHIP-TO: 3099517
   DELPHI AUTOMOTIVE SYSTEMS  !      DELPHI PACKARD ELECTRIC #3200
   ATTN: PAT RYAN             !      48 WALTER JONES BLVD.
   48 WALTER JONES RD         !      EL PASO D.D. PLANT #3200
                              !
   EL PASO,  TX               !      EL PASO, TX
   79906                      !      79906

                              !                     07/18/05
INVOICE DATE:        07/18/05 !   SHIPMENT DATE:
FISCAL PERIOD:          0705  !   SHIPPED VIA:    UPS ORANGE COL
P.O. NO.:   P4570078 7        !   BILL OF LADING:   0126109981
APPLY TO DOCUMENT:   S7571155 !   ORIGINAL BALANCE:      270.00
TERMS:      NET 30            !   OPEN BALANCE:          270.00
SHIPMENT ID NUMBER:           !   DISPUTED AMT:             .00
STATUS:                OPEN   !   TYPE:               REGULAR
REMIT-TO CODE:         NONE   !
DISPLAY LINE ITEMS (Y)?    *
```

|    |                |         | QTY   | QTY    | UNIT  |           |
|----|----------------|---------|-------|--------|-------|-----------|
|    |                |         | SHPD  | BCKORD | PRICE | EXTENSION |
| LN | PRODUCT NUMBER | REMARKS |       |        |       |           |
|    |                |         | 3000  | 0      | .090  | 270.00    |
| 1  | 6533371        |         |       |        |       |           |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

****************************************************************
ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
MANNER, WILL BE DENIED.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

*****ASN MUST BE PROVIDED*******

```
                                      -----------
                           TOTAL:          270.00
```

REMIT TO:

# **Teleflex®** INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
============================================================
                              INVOICE NUMBER:  1670001827
DATE: 10/17/05
============================================================
BILL-TO: 3099501              |  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS  |     DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN             |     48 WALTER JONES BLVD.
    48 WALTER JONES RD         |     EL PASO D.D. PLANT #3200
                              |
    EL PASO,   TX             |     EL PASO, TX
    79906                     |     79906
                              |
INVOICE DATE:        08/05/05 |  SHIPMENT DATE:          08/05/05
FISCAL PERIOD:           0805 |  SHIPPED VIA:       UPS ORANGE COL
P.O. NO.:   P4570078 8        |  BILL OF LADING:       0126142940
APPLY TO DOCUMENT:   S7572667 |  ORIGINAL BALANCE:         270.00
TERMS:      NET 30            |  OPEN BALANCE:             270.00
SHIPMENT ID NUMBER:          |  DISPUTED AMT:                .00
STATUS:                 OPEN  |  TYPE:                    REGULAR
REMIT-TO CODE:          NONE  |
DISPLAY LINE ITEMS (Y)?     * |
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|----|---------------|---------|----------|------------|-----------|-----------|
|    |               |         | 3000     | 0          | .090      | 270.00    |
| 1  | 6533371       |         |          |            |           |           |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                PROPER BAR CODE LABELS ARE REQUIRED.

*******************************************************
ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
MANNER, WILL BE DENIED.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

*****ASN MUST BE PROVIDED*******

                                    ----------
                            TOTAL:      270.00

**REMIT TO:**

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
================================================================
DATE: 10/17/05                          INVOICE NUMBER:  1670002205
================================================================
BILL-TO: 3099501              !   SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS !       DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN            !       48 WALTER JONES BLVD.
    48 WALTER JONES RD        !       EL PASO D.D. PLANT #3200
                             !
    EL PASO,  TX             !       EL PASO, TX
    79906                    !       79906
                             !
INVOICE DATE:       08/15/05  !  SHIPMENT DATE:         08/15/05
FISCAL PERIOD:         0805   !  SHIPPED VIA:      UPS ORANGE COL
P.O. NO.:   P4910033 8        !  BILL OF LADING:      0126370753
APPLY TO DOCUMENT:   S7572668 !  ORIGINAL BALANCE:       5691.78
TERMS:      NET 30            !  OPEN BALANCE:           5691.78
SHIPMENT ID NUMBER:           !  DISPUTED AMT:               .00
STATUS:                 OPEN  !  TYPE:                   REGULAR
REMIT-TO CODE:          NONE  !
DISPLAY LINE ITEMS (Y)?    *
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 86742F | | 24 | 0 | 9.640 | 231.36 |
| 2 | 86310F | | 24 | 0 | 40.810 | 979.44 |
| 3 | 86513F | | 24 | 0 | 16.290 | 390.96 |
| 4 | 65106 | | 48 | 0 | 32.750 | 1572.00 |
| 5 | 65108 | | 48 | 0 | 7.260 | 348.48 |
| 6 | 65110 | | 48 | 0 | 7.260 | 348.48 |
| 7 | 65111 | | 48 | 0 | 7.260 | 348.48 |
| 8 | 65112 | | 48 | 0 | 7.260 | 348.48 |
| 9 | 86851F | | 30 | 0 | 37.470 | 1124.10 |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

               **************************************************
               ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
               PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
               LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
               OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
               ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
               MANNER, WILL BE DENIED.
               THANK YOU IN ADVANCE FOR YOUR COOPERATION.

               ******ASN MUST BE PROVIDED*******

                                                  -----------
                                       TOTAL:        5691.78

**REMIT TO:**

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:   610-495-2071

```
=======================================================================
DATE: 10/17/05                        INVOICE NUMBER:  1670002994
=======================================================================
BILL-TO: 3099501              !   SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS  !       DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN             !       48 WALTER JONES BLVD.
    48 WALTER JONES RD         !       EL PASO D.D. PLANT #3200
                               !
    EL PASO,   TX              !       EL PASO, TX
    79906                      !       79906
                               !
INVOICE DATE:         09/01/05 !  SHIPMENT DATE:              09/01/05
FISCAL PERIOD:            0905 !  SHIPPED VIA:          UPS ORANGE COL
P.O. NO.:    P4910033 8        !  BILL OF LADING:          0126179793
APPLY TO DOCUMENT:    S7572669 !  ORIGINAL BALANCE:           7293.54
TERMS:       NET 30            !  OPEN BALANCE:               7293.54
SHIPMENT ID NUMBER:            !  DISPUTED AMT:                   .00
STATUS:                   OPEN !  TYPE:                       REGULAR
REMIT-TO CODE:            NONE !
DISPLAY LINE ITEMS (Y)?      *
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|----|----------------|---------|----------|------------|------------|-----------|
|    |                |         | 48       | 0          | 9.640      | 462.72    |
| 1  | 86742F         |         | 48       | 0          | 40.810     | 1958.88   |
| 2  | 86310F         |         | 48       | 0          | 16.290     | 781.92    |
| 3  | 86513F         |         | 48       | 0          | 32.750     | 1572.00   |
| 4  | 65106          |         | 48       | 0          | 7.260      | 348.48    |
| 5  | 65108          |         | 48       | 0          | 7.260      | 348.48    |
| 6  | 65110          |         | 48       | 0          | 7.260      | 348.48    |
| 7  | 65111          |         | 48       | 0          | 7.260      | 348.48    |
| 8  | 65112          |         | 30       | 0          | 37.470     | 1124.10   |
| 9  | 86851F         |         |          |            |            |           |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

               ****************************************************
               ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
               PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
               LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
               OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
               ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
               MANNER, WILL BE DENIED.
               THANK YOU IN ADVANCE FOR YOUR COOPERATION.

               ******ASN MUST BE PROVIDED******

                                                    -----------
                                        TOTAL:         7293.54

REMIT TO:

# **Teleflex®** INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE:   610-495-7011
FAX:   610-495-2071

===================================================================
DATE: 10/17/05                               INVOICE NUMBER:  1670003063
===================================================================

| BILL-TO: 3099501 | SHIP-TO: 3099517 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI PACKARD ELECTRIC #3200 |
| ATTN: PAT RYAN | 48 WALTER JONES BLVD. |
| 48 WALTER JONES RD | EL PASO D.D. PLANT #3200 |
| | |
| EL PASO,   TX | EL PASO, TX |
| 79906 | 79906 |

| | | | |
|---|---|---|---|
| INVOICE DATE: | 09/02/05 | SHIPMENT DATE: | 09/02/05 |
| FISCAL PERIOD: | 0905 | SHIPPED VIA: | FDX SAT DLVR |
| P.O. NO.:   P4910033 C | | BILL OF LADING: | 8472561258 |
| APPLY TO DOCUMENT: | S7573810 | ORIGINAL BALANCE: | 1231.00 |
| TERMS:   NET 30 | | OPEN BALANCE: | 1231.00 |
| SHIPMENT ID NUMBER: | | DISPUTED AMT: | .00 |
| STATUS: | OPEN | TYPE: | REGULAR |
| REMIT-TO CODE: | NONE | | |
| DISPLAY LINE ITEMS (Y)? | * | | |

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 66575 | | 100 | 0 | 12.310 | 1231.00 |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
              PROPER BAR CODE LABELS ARE REQUIRED.

              ***********************************************************
              ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
              PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
              LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
              OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
              ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
              MANNER, WILL BE DENIED.
              THANK YOU IN ADVANCE FOR YOUR COOPERATION.

              ******ASN MUST BE PROVIDED*******


              9/1 PER CARLOS GONZALEZ E-MAIL SHIP FED X SAT DELIVERY

              USING ACCT# 102353269

                                                    -----------
                                        TOTAL:         1231.00

REMIT TO:

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
================================================================
DATE: 10/17/05                          INVOICE NUMBER:  1670003094
================================================================
```

| BILL-TO: 3099501 | | SHIP-TO: 3099517 |
|---|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | ! | DELPHI PACKARD ELECTRIC #3200 |
| ATTN: PAT RYAN | ! | 48 WALTER JONES BLVD. |
| 48 WALTER JONES RD | ! | EL PASO D.D. PLANT #3200 |
| | ! | |
| EL PASO,  TX | ! | EL PASO, TX |
| 79906 | ! | 79906 |

```
                                        !
INVOICE DATE:              09/06/05 !  SHIPMENT DATE:              09/06/05
FISCAL PERIOD:                0905  !  SHIPPED VIA:        SEE NOTES
P.O. NO.:   P3S27698                !  BILL OF LADING:
APPLY TO DOCUMENT:      S7573905     !  ORIGINAL BALANCE:            200.00
TERMS:      NET 30                   !  OPEN BALANCE:                200.00
SHIPMENT ID NUMBER:                 !  DISPUTED AMT:                   .00
STATUS:                     OPEN !  TYPE:                     REGULAR
REMIT-TO CODE:              NONE !
DISPLAY LINE ITEMS (Y)?        *
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 900 | MISREC | | 1 | 0 | 200.000 | 200.00 |

PO FOR OVER-TIME CAHRGES FOR SO# 7573810, PO# PEDP4910033
PER CARLOS AND KEVIN. TRACKING# 847256125818 SHIPPED 9/2

SPECIAL INSTR:
PO IS FOR OVER-TIME CHARGES TO BUILD 100-66575 PER KEVIN
AND CARLOS. E-MAIL DOCUMENTATION ALONG WITH HARD COPY OF
PO AUTHORIZING. SEE SO# 7573810 FOR PARTS

```
                                              -----------
                              TOTAL:              200.00
```

REMIT TO:

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

=================================================================

INVOICE NUMBER:  1670003105

DATE: 10/17/05

=================================================================

| BILL-TO: 3099501 | SHIP-TO: 3099517 |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS | DELPHI PACKARD ELECTRIC #3200 |
| ATTN: PAT RYAN | 48 WALTER JONES BLVD. |
| 48 WALTER JONES RD | EL PASO D.D. PLANT #3200 |
| | |
| EL PASO,   TX | EL PASO, TX |
| 79906 | 79906 |

|  |  |  |  |
|---|---|---|---|
| INVOICE DATE: | 09/06/05 | SHIPMENT DATE: | 09/06/05 |
| FISCAL PERIOD: | 0905 | SHIPPED VIA: | UPS ORANGE COL |
| P.O. NO.:   P4570078 9 | | BILL OF LADING: | 0126127746 |
| APPLY TO DOCUMENT: | S7573906 | ORIGINAL BALANCE: | 630.00 |
| TERMS:    NET 30 | | OPEN BALANCE: | 630.00 |
| SHIPMENT ID NUMBER: | | DISPUTED AMT: | .00 |
| STATUS: | OPEN | TYPE: | REGULAR |
| REMIT-TO CODE: | NONE | | |
| DISPLAY LINE ITEMS (Y)? | * | | |

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 6533371 | | 7000 | 0 | .090 | 630.00 |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!******
              PROPER BAR CODE LABELS ARE REQUIRED.

**************************************************************
ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
PURCHASING: THE CUSTOMER SERVICE IN THE APPROPRIATE
LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
MANNER, WILL BE DENIED.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

******ASN MUST BE PROVIDED******

TOTAL:    630.00

**REMIT TO:**

# **Teleflex®** INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
==================================================================
                              INVOICE NUMBER:  1670003344
DATE: 10/17/05
==================================================================
```

BILL-TO: 3099501                    SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS           DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN                      48 WALTER JONES BLVD.
    48 WALTER JONES RD                  EL PASO D.D. PLANT #3200

    EL PASO,    TX                      EL PASO, TX
    79906                               79906

INVOICE DATE:           09/12/05 !  SHIPMENT DATE:            09/12/05
FISCAL PERIOD:              0905 !  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:    P4570078 9          !  BILL OF LADING:         0126384263
APPLY TO DOCUMENT:       S7573909 !  ORIGINAL BALANCE:           180.00
TERMS:     NET 30                !  OPEN BALANCE:               180.00
SHIPMENT ID NUMBER:              !  DISPUTED AMT:                  .00
STATUS:                    OPEN  !  TYPE:                      REGULAR
REMIT-TO CODE:             NONE  !
DISPLAY LINE ITEMS (Y)?       *

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|----|----------------|---------|----------|------------|------------|-----------|
| 1  | 6533371        |         | 2000     | 0          | .090       | 180.00    |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

**************************************************************
ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
PURCHASING: THE CUSTOMER SERVICE IN THE APPROPRIATE
LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
MANNER, WILL BE DENIED.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.

******ASN MUST BE PROVIDED*******

                                              -----------
                                  TOTAL:          180.00

**REMIT TO:**

# **Teleflex® INCORPORATED**

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
===================================================================
DATE: 10/17/05                          INVOICE NUMBER:  1670003392
===================================================================
```

BILL-TO: 3099501                    !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS       !      DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN                  !      48 WALTER JONES BLVD.
    48 WALTER JONES RD             !      EL PASO D.D. PLANT #3200
                                    !
    EL PASO,   TX                  !      EL PASO, TX
    79906                          !      79906
                                    !
INVOICE DATE:           09/12/05   !  SHIPMENT DATE:          09/12/05
FISCAL PERIOD:              0905   !  SHIPPED VIA:         ups 3d col
P.O. NO.:   P4910033 9             !  BILL OF LADING:       0126353111
APPLY TO DOCUMENT:     S7573908    !  ORIGINAL BALANCE:      16584.24
TERMS:      NET 30                 !  OPEN BALANCE:          16584.24
SHIPMENT ID NUMBER:                !  DISPUTED AMT:              .00
STATUS:                    OPEN    !  TYPE:                    REGULAR
REMIT-TO CODE:             NONE    !

                          QTY   QTY   UNIT
LN   PRODUCT NUMBER   REMARKS   SHPD  BCKORD  PRICE   EXTENSION
---  ---------------  --------  ----  ------  ------  ---------
  1  66575                       144     0    12.310    1772.64
  2  86742F                       96     0     9.640     925.44
  3  86310F                      144     0    40.810    5876.64
  4  86513F                      144     0    16.290    2345.76
  5  65106                        48     0    32.750    1572.00
  6  65108                        48     0     7.260     348.48
  7  65110                        48     0     7.260     348.48
  8  65111                        48     0     7.260     348.48
  9  65112                        48     0     7.260     348.48
 10  86851F                       72     0    37.470    2697.84
```

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                PROPER BAR CODE LABELS ARE REQUIRED.

                *************************************************************
                ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
                LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                MANNER, WILL BE DENIED.
                THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                ******ASN MUST BE PROVIDED*******

```
                                              -----------
                                TOTAL:          16584.24
```

**REMIT TO:**

# Teleflex® INCORPORATED

**P. O. BOX 8500-6865**
**PHILADELPHIA, PA 19178-6865**
**PHONE: 610-495-7011**
**FAX:    610-495-2071**

==================================================================
DATE: 10/17/05                           INVOICE NUMBER:  1670003660
==================================================================

BILL-TO: 3099501                  |   SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS     |      DELPHI PACKARD ELECTRIC #3200
    ATTN: PAT RYAN                |      48 WALTER JONES BLVD.
    48 WALTER JONES RD            |      EL PASO D.D. PLANT #3200
                                  |
    EL PASO,   TX                 |      EL PASO, TX
    79906                         |      79906
                                  |
INVOICE DATE:            09/19/05 |  SHIPMENT DATE:            09/19/05
FISCAL PERIOD:               0905 |  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:   P4570078 9            |  BILL OF LADING:         0126113451
APPLY TO DOCUMENT:       S7573670 |  ORIGINAL BALANCE:           360.00
TERMS:     NET 30                 |  OPEN BALANCE:               360.00
SHIPMENT ID NUMBER:               |  DISPUTED AMT:                  .00
STATUS:                     OPEN  |  TYPE:                      REGULAR
REMIT-TO CODE:              NONE  |
DISPLAY LINE ITEMS (Y)?      *

|    |                |         | QTY  | QTY    | UNIT  |           |
|----|----------------|---------|------|--------|-------|-----------|
| LN | PRODUCT NUMBER | REMARKS | SHPD | BCKORD | PRICE | EXTENSION |
| 1  | 6533371        |         | 4000 | 0      | .090  | 360.00    |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
               PROPER BAR CODE LABELS ARE REQUIRED.

               *********************************************************
               ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
               PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
               LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
               OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
               ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
               MANNER, WILL BE DENIED.
               THANK YOU IN ADVANCE FOR YOUR COOPERATION.

               ******ASN MUST BE PROVIDED*******

                                                    -----------
                                       TOTAL:          360.00

**REMIT TO:**

# Teleflex® INCORPORATED

P. O. BOX 8500-6865
PHILADELPHIA, PA 19178-6865
PHONE: 610-495-7011
FAX:    610-495-2071

```
==================================================================
DATE: 10/17/05                          INVOICE NUMBER:  1670003664
==================================================================
```

| BILL-TO: 3099501 | ! | SHIP-TO: 3099517 |
|---|---|---|
|    DELPHI AUTOMOTIVE SYSTEMS | ! |    DELPHI PACKARD ELECTRIC #3200 |
|    ATTN: PAT RYAN | ! |    48 WALTER JONES BLVD. |
|    48 WALTER JONES RD | ! |    EL PASO D.D. PLANT #3200 |
| | ! | |
|    EL PASO,   TX | ! |    EL PASO, TX |
|    79906 | ! |    79906 |

|  |  | ! |  |  |
|---|---|---|---|---|
| INVOICE DATE: | 09/19/05 | ! | SHIPMENT DATE: | 09/19/05 |
| FISCAL PERIOD: | 0905 | ! | SHIPPED VIA: | UPS ORANGE COL |
| P.O. NO.:   P4910033 9 | | ! | BILL OF LADING: | 0126252653 |
| APPLY TO DOCUMENT: | S7573669 | ! | ORIGINAL BALANCE: | 6922.78 |
| TERMS:    NET 30 | | ! | OPEN BALANCE: | 6922.78 |
| SHIPMENT ID NUMBER: | | ! | DISPUTED AMT: | .00 |
| STATUS: | OPEN | ! | TYPE: | REGULAR |
| REMIT-TO CODE: | NONE | ! | | |
| DISPLAY LINE ITEMS (Y)? | * | | | |

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 86742F | | 24 | 0 | 9.640 | 231.36 |
| 2 | 86310F | | 24 | 0 | 40.810 | 979.44 |
| 3 | 86513F | | 24 | 0 | 16.290 | 390.96 |
| 4 | 65106 | | 48 | 0 | 32.750 | 1572.00 |
| 5 | 65108 | | 48 | 0 | 7.260 | 348.48 |
| 6 | 65110 | | 48 | 0 | 7.260 | 348.48 |
| 7 | 65111 | | 48 | 0 | 7.260 | 348.48 |
| 8 | 65112 | | 48 | 0 | 7.260 | 348.48 |
| 9 | 86851F | | 30 | 0 | 37.470 | 1124.10 |
| 10 | 66575 | | 100 | 0 | 12.310 | 1231.00 |

SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                PROPER BAR CODE LABELS ARE REQUIRED.


        ********************************************************
        ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
        PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
        LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
        OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
        ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
        MANNER, WILL BE DENIED.
        THANK YOU IN ADVANCE FOR YOUR COOPERATION.

        ******ASN MUST BE PROVIDED******


                                          -----------
                                TOTAL:        6922.78

```
================================================================
DATE: 10/10/05                        INVOICE NUMBER:  1670003971
================================================================
BILL-TO: 3099507              !   SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS  !       DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE     !       48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.      !       EL PASO D.D. PLANT #3200
                              !
    EL PASO,   TX             !       EL PASO, TX
    79906                     !       79906
                              !
INVOICE DATE:        09/26/05 !  SHIPMENT DATE:           09/26/05
FISCAL PERIOD:           1005 !  SHIPPED VIA:       UPS ORANGE COL
P.O. NO.:  P4570078 9/26 RELEASE ! BILL OF LADING:       0126106685
APPLY TO DOCUMENT:    7574218 !  ORIGINAL BALANCE:          180.00
TERMS:     NET 30            !  OPEN BALANCE:              180.00
SHIPMENT ID NUMBER:   1310565 !  DISPUTED AMT:                 .00
STATUS:                  OPEN !  TYPE:                     REGULAR
REMIT-TO CODE:           NONE !
DISPLAY LINE ITEMS (Y)?       *
```

|     |                 |         | QTY  | QTY    | UNIT  |           |
| LN  | PRODUCT NUMBER  | REMARKS | SHPD | BCKORD | PRICE | EXTENSION |
| --- | --------------- | ------- | ---- | ------ | ----- | --------- |
| 1   | 6533371         |         | 2000 | 0      | .090  | 180.00    |
|     | TUBING #7 HEAVY WALL |    |      |        |       |           |

```
    SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                   PROPER BAR CODE LABELS ARE REQUIRED.

                   ************************************************************
                   ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                   PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
                   LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                   OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                   ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                   MANNER, WILL BE DENIED.
                   THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                   *****ASN MUST BE PROVIDED*******


CONTINUE (Y)?     *

                                            -----------
                                 TOTAL:          180.00
```

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071

```
:============================================     INVOICE NUMBER: 1670003998
DATE: 10/10/05
:============================================     ====================================
BILL-TO: 3099507                    !  SHIP-TO: 3099517
   DELPHI AUTOMOTIVE SYSTEMS        !     DELPHI PACKARD ELECTRIC #3200
   ATTN: ACCOUNTS PAYABLE           !     48 WALTER JONES BLVD.
   48 WALTER JONES BLVD.            !     EL PASO D.D. PLANT #3200
                                    !
   EL PASO,   TX                    !     EL PASO, TX
   79906                            !     79906
                                    !
INVOICE DATE:            09/26/05   !  SHIPMENT DATE:           09/26/05
FISCAL PERIOD:              1005    !  SHIPPED VIA:         UPS ORANGE COL
P.O. NO.:   P4910033 9/26 RELEASE  !  BILL OF LADING:       01261330297
APPLY TO DOCUMENT:       7573910    !  ORIGINAL BALANCE:        7781.76
TERMS:      NET 30                  !  OPEN BALANCE:            7781.76
SHIPMENT ID NUMBER:      1310592    !  DISPUTED AMT:                .00
STATUS:                    OPEN     !  TYPE:                    REGULAR
REMIT-TO CODE:             NONE     !
DISPLAY LINE ITEMS (Y)?        *
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 1 | 66575 | SPEEDO 3" 65 MPH DRIFTWOOD SS | 96 | 0 | 12.310 | 1181.76 |
| 2 | 86742F | TRIM MERC SRMLSS | 48 | 0 | 9.640 | 462.72 |
| 3 | 86513F | SPEEDO 65MPH SRMLSS | 48 | 0 | 16.290 | 781.92 |
| 4 | 65106 | TACH/HR 7K LCD SRAYS5 SS BEZEL | 48 | 0 | 32.750 | 1572.00 |
| 5 | 65108 | FUEL E-F S/W SRAYS5 SS BEZ | 48 | 0 | 7.260 | 348.48 |
| 6 | 65110 | TRIM SRAYS5 SS BEZ | 48 | 0 | 7.260 | 348.48 |
| 7 | 65111 | TEMP 100-220F SRAYS5 SS BEZEL | 48 | 0 | 7.260 | 348.48 |
| 8 | 65112 | OIL PRESS 80PSI SRAYS5 SS BEZ | 48 | 0 | 7.260 | 348.48 |
| 9 | 86851F | 4N1, 80PSI,220 TEMP, VOLT,FUEL | 48 | 0 | 37.470 | 1798.56 |

```
CONTINUE (Y)?    *
```

| LN | PRODUCT NUMBER | REMARKS | QTY SHPD | QTY BCKORD | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 10 | 65107 | SPEEDO 50MPH SRAYS5 SS BEZ | 48 | 0 | 12.310 | 590.88 |

```
   SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                  PROPER BAR CODE LABELS ARE REQUIRED.

                  *******************************************************
                  ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                  PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORATE
                  LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                  OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                  ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                  MANNER, WILL BE DENIED.
                  THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                  ******ASN MUST BE PROVIDED*******
```

```
                                               -----------
                                  TOTAL:         7781.76
```

TELEFLEX MORSE
PO BOX 850
PHILADEL    PA :9178-6865
P 610-495
F 610-49    071

```
========================================================
                                    INVOICE NUMBER:  1670004209
DATE: 10/10/05
========================================================
BILL-TO: 3099507              !  SHIP-TO: 3099517
    DELPHI AUTOMOTIVE SYSTEMS !     DELPHI PACKARD ELECTRIC #3200
    ATTN: ACCOUNTS PAYABLE    !     48 WALTER JONES BLVD.
    48 WALTER JONES BLVD.     !     EL PASO D.D. PLANT #3200
                              !
    EL PASO,   TX             !     EL PASO, TX
    79906                     !     79906
                              !
INVOICE DATE:      09/30/05   !  SHIPMENT DATE:          09/30/05
FISCAL PERIOD:         1005   !  SHIPPED VIA:      UPS ORANGE COL
P.O. NO.:   P4570078 10/3 RELEASE ! BILL OF LADING:    1263882545
APPLY TO DOCUMENT:   7574315  !  ORIGINAL BALANCE:        270.00
TERMS:     NET 30             !  OPEN BALANCE:            270.00
SHIPMENT ID NUMBER:  1310803  !  DISPUTED AMT:               .00
STATUS:                 OPEN  !  TYPE:                   REGULAR
REMIT-TO CODE:          NONE  !
DISPLAY LINE ITEMS (Y)?         *

                                 QTY    QTY    UNIT
                                 SHPD  BCKORD  PRICE   EXTENSION
LN   PRODUCT NUMBER    REMARKS   ----- ------ --------- -----------
---  ----------------- --------------- ------ --------- -----------
  1 6533371                      3000     0     .090      270.00
        TUBING #7 HEAVY WALL

    SPECIAL INSTR: *****MUST SHIP COMPLETE!!!!!!!!*******
                   PROPER BAR CODE LABELS ARE REQUIRED.

                   ***********************************************************
                   ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                   PURCHASING: THE CUSTOMER SERVICE IN THE APPROPORIATE
                   LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                   OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                   ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                   MANNER, WILL BE DENIED.
                   THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                   ******ASN MUST BE PROVIDED*******


CONTINUE (Y)?    *

                                                  -----------
                                    TOTAL:            270.00
```

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071

```
===============================================          =====================
                                                 INVOICE NUMBER:  1670004442
ATE: 10/10/05                                    =====================
===============================================          SHIP-TO: 3099517
ILL-TO: 3099507                          !         DELPHI PACKARD ELECTRIC #3200
   DELPHI AUTOMOTIVE SYSTEMS              !         48 WALTER JONES BLVD.
   ATTN: ACCOUNTS PAYABLE                 !         EL PASO D.D. PLANT #3200
   48 WALTER JONES BLVD.                  !
                                          !         EL PASO, TX
   EL PASO,  TX                           !         79906
   79906                                  !
                          10/06/05        !    SHIPMENT DATE:              10/06/05
NVOICE DATE:              10/06/05        !    SHIPPED VIA:          UPS ORANGE COL
ISCAL PERIOD:                 1005        !    BILL OF LADING:         1262511170
.O. NO.:    P4910033 10/3 RELEASE         !    ORIGINAL BALANCE:         11917.14
PPLY TO DOCUMENT:         7574221         !    OPEN BALANCE:             11917.14
ERMS:       NET 30                        !    DISPUTED AMT:                  .00
HIPMENT ID NUMBER:        1311036         !    TYPE:                      REGULAR
TATUS:                       OPEN  !    
                             NONE  !    
REMIT-TO CODE:                    *
ISPLAY LINE ITEMS (Y) ?

                                             QTY   QTY   UNIT
                                REMARKS      SHPD  BCKORD PRICE   EXTENSION
N   PRODUCT NUMBER  -----------------       -----  -----  -------  ----------
--- --------------                           48     0    12.310     590.88
 1 66575
        SPEEDO 3" 65 MPH DRIFTWOOD SS        48     0     9.640     462.72
 2 8674 JF
        TRIM MERC SRMLSS                     96     0    40.810    3917.76
 3 863 OF
        TACH/HR 6K S/I 5POS 3" SRMLSS        48     0    16.290     781.92
 4 86513F
        SPEEDO 65MPH SRMLSS                  72     0    32.750    2358.00
 5 65106
        TACH/HR 7K LCD SRAYS5 SS BEZEL       48     0    12.310     590.88
 6 65107
        SPEEDO 50MPH SRAYS5 SS BEZ           72     0     7.260     522.72
 7 65108
        FUEL E-F S/W SRAYS5 SS BEZ           72     0     7.260     522.72
 8 65110
        TRIM SRAYS5 SS BEZ                   72     0     7.260     522.72
 9 65111
        TEMP 100-220F SRAYS5 SS BEZEL
ONTINUE (Y) ?  *
                                             72     0     7.260     522.72
10 65112
        OIL PRESS 80PSI SRAYS5 SS BEZ        30     0    37.470    1124.10
11 86851F
        4N1, 80PSI,220 TEMP, VOLT,FUEL
```

SPECIAL INSTR:  *****MUST SHIP COMPLETE!!!!!!!!*******
                PROPER BAR CODE LABELS ARE REQUIRED.

                *************************************************************
                ATTENTION CUSTOMER; RECEIVING, ACCOUNTS PAYABLE AND
                PURCHASING: THE CUSTOMER SERVICE IN THE APPROPRIATE
                LOCATION MUST BE NOTIFIED OF ANY ORDER SHORTAGES, OVERAGES
                OR FREIGHT CONCERNS WITHIN 7 DAYS OF RECEIPT OF SHIPMENT.
                ***ANY CLAIMS NOT REPORTED TO CUSTOMER SERVICE IN A TIMELY
                MANNER, WILL BE DENIED.
                THANK YOU IN ADVANCE FOR YOUR COOPERATION.

                ******ASN MUST BE PROVIDED*******

                                             ----------
                              TOTAL:           11917.14

TELEFLEX MORSE
PO BOX 8500-6865
PHILADELPHIA, PA 19178-6865
P 610-495-7011
F 610-495-2071