**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                              In Proceedings For A
                                                                    Reorganization Under
        **DELPHI CORPORATION, et al,**                   Chapter 11
                                                                    Case No.: 05-44481
                                                                    Jointly Administered
        Delphi Automotive Systems LLC                    Case No.: 05-44640
                           Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$82,350.06** from:

        Dekalb Metal Finishing (Transferor)
        PO Box 70
        Auburn, IN 46706
        Attention: Mr. Dennis Fry

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                  Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                    _____
                                                                         Deputy Clerk