UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

**In re:**

**DELPHI CORPORATION,**                     Chapter 11
**et al.,**

                                                             Case No. 0544481 (RDD)

                                                          Jointly Administered
                  **Debtors.**

## MOTION FOR ADMISSION TO PRACTICE
## PRO HAC VICE
___

       I, MARIANNE GOLDSTEIN ROBBINS, a member in good standing of the bar in the State of Wisconsin, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent the International Brotherhood of Electrical Workers Local 663 and the International Association of Machinists and Aerospace Workers, District 10 and its members employed at and retirees from Debtors' facilities in Milwaukee, Wisconsin, in the above-referenced cases.

       I agree to pay the fee of $25.00 upon approval by this Court admitting me to practice *pro hac vice*.

Dated: April 21, 2006

                                        s/ Marianne Goldstein Robbins
                                        MARIANNE GOLDSTEIN ROBBINS
                                        (Wisconsin State Bar No. 1015168)
                                        PREVIANT, GOLDBERG, UELMEN,
                                        GRATZ, MILLER & BRUEGGEMAN, S.C.
                                        1555 N. RiverCenter Drive, s. 202
                                        P. O. Box 12993
                                        Milwaukee, WI   53212
                                        414/271-4500   FAX414/271-6308
                                        mgr@previant.com

                                        ATTORNEYS FOR INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 663 AND INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS DISTRICT 10

———————————————————————————

# ORDER

**ORDERED,**

that Marianne Goldstein Robbins is admitted to practice, *pro hac vice*, in the above-referenced cases, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May 16, 2006
       New York, New York

                                      /s/Robert D. Drain
                                UNITED STATES BANKRUPTCY JUDGE

*G:\DOCS\ELE663\71259\M0143944.WPD*