**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
In re:                                                                     Chapter 11

                                                                                    Case No. 05-44481(RDD)
DELPHI CORPORATION, et al.,                                    Jointly Administered

                                    Debtors

---------------------------------------------------------------x

### ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

UPON the motion of Glenn E. Forbis for admission pro hac vice in this bankruptcy case; it is hereby

**ORDERED,** that Glenn E. Forbis is admitted to practice, ***pro hac vice*** in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: May 16, 2006
        New York, New York

                                                                    /s/Robert D. Drain
                                                                    UNITED STATES BANKRUPTCY JUDGE