UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————X

In re:                                                                                         Chapter 11
DELPHI CORPORATION, et al.,                                             Case No. 05-44481
                                                                                                 (Jointly Administered)
                                        Debtors.
———————————————————————————X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   SP DIV NMC LLC
              14427 NW 60th Ave.
              Miami Lakes, FL  33014
              Attn: Kent Houserman

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by SP DIV NMC LLC (the "Transferor") in the amount of **$328,719.15** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

  United States Bankruptcy Court
  Alexander Hamilton Custom House
  Attn: Bankruptcy Clerk
  One Bowling Green
  New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
  Refer to INTERNAL CONTROL No. _____ in your objection.
  If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____  Transferee_____  Debtor's Attorney _____

                                                                                  _____
                                                                                  Deputy Clerk

**EVIDENCE OF TRANSFER OF CLAIM**

SP DIV NMC LLC, n/k/a SECURITY PLASTICS DIVISION/NMC, LLC, a Florida corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated April 26, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the claim (the "Claim"), in the principal amount of listed on Schedule A attached hereto, against Delphi Automotive Systems, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 05-44481 (RDD) (jointly administered) or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 26th day of April 2006.

(Assignor)
SP DIV NMC LLC
n/k/a SECURITY PLASTICS DIVISION/
NMC, LLC

By: _/s/_
Name: LAMBERT W JACOBS
Title: COO/CFO

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _/s/_         _/s/_
Name: Kent Houserman     JANICE STANTON
Title: Controller              MEMBER

(Assignor)
WITNESS:

By: _____
Name: _____
Title: _____

KL2.2431470.1

## Schedule A

### SP DIV NMC LLC, nka Security Plastics Division/NMC, LLC

| Debtor | Case Number | Scheduled Amount | Outstanding Amount |
|---|---|---|---|
| Delphi Automotive Systems LLC | 05-44481 | 328,719.15 | |
| Delphi Automotive Systems LLC (Unsecured) | 05-44481 | | 294,377.99 |
| Delphi Automotive Systems LLC (Reclamation) | 05-44481 | | 5,367.21 |