UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

In re:                                                                           Chapter 11
DELPHI CORPORATION, et al.,                                    Case No. 05-44481
                                                                                 (Jointly Administered)
                          Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Westwood c/o Nan Ya
              PO Box 431
              Orange, CT  06477

              Westwood Associates, Inc.
              612 Wheelers Farms Road
              Milford, CT  06460
              Attn: Michelle McNulty

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Westwood c/o Nan Ya (the "Transferor") in the amount of **$2,500.00** against **Delphi Mechatronic Systems, Inc.** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____  Transferee_____ Debtor's Attorney _____

                                                                         _____
                                                                            Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

**WESTWOOD ASSOCIATES, INC.**, a Connecticut corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 5, 2006, has thereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claims (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtors listed on Schedule A attached hereto (the "Debtors") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case nos. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 5th day of May 2006.

(Assignor)
WESTWOOD ASSOCIATES, INC.

By: _____
Name: Kenneth Downey
Title: President

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: Michelle M McNulty
Title: VP Finance

KL2:2394444.1

## Schedule A

| Creditor | Debtor | Case Number | Scheduled Amount |
|---|---|---|---|
| Westwood Associates, Inc. | Delphi Automotive Systems LLC | 05-46640 | 612,366.84 |
| Westwood c/o Nan Ya | Delphi Mechatronic Systems, Inc. | 05-44567 | 89,093.72 |
| Westwood c/o Nan Ya | Delphi Mechatronic Systems, Inc. | 05-44567 | 2,500.00 |
| Total | | | 703,960.56 |

Initials:
Seller [signature]
Buyer [signature]