UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>DELPHI CORPORATION, INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 05-44481 (RDD)<br><br>(Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Martin B. Tucker, a member in good standing of the bar in the State of Illinois and the Commonwealth of Kentucky, and the U.S. District Courts for the Northern District of Illinois and the Eastern and Western Districts of Kentucky, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Toyota Motor Engineering & Manufacturing North America, Inc., for itself, its affiliates and subsidiaries and each of its North American manufacturing companies, a creditor and party in interest in the above referenced case.

My address is as follows:

> Martin B. Tucker, Esq.
> Frost Brown Todd LLC
> Lexington Financial Center
> 250 West Main, Suite 2700
> Lexington, KY  40507
> Tel.: (859) 231-0000
> Fax: (859) 231-0011
> E-mail: mtucker@fbtlaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: May 5, 2006.

          Respectfully submitted,

          /s/ Martin B. Tucker
          Martin B. Tucker, Esq.
          Frost Brown Todd LLC
          Lexington Financial Center
          250 West Main, Suite 2700
          Lexington, KY  40507
          Tel.:  (859) 231-0000
          Fax:  (859) 231-0011
          E-mail: mtucker@fbtlaw.com

C:\NrPortbl\LEXLibrary\14567\297563_1.DOC