IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al, | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## **VERIFIED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Thomas M. Beeman, Attorney at Law, presents his Motion for Leave to Appear *Pro Hac Vice* for the Madison County (Indiana) Treasurer in the above-captioned proceeding and states as follows:

1. I am an attorney in Anderson, Indiana. My office is located at 33 West 10th Street, Suite 200, Anderson, Indiana, 46016, my telephone number is 765/640-1330, and my e-mail address is tom@beemanlawoffice.com.

2. Although I am not a member of the bar of the United States District Court, Southern District of New York, I am a member in good standing of the bar of the Supreme Court of Indiana.

3. I am also a member in good standing of the United States District Court of the South District of Indiana, the United States District Court of the Northern District of Indiana and the Seventh Circuit Court of Appeals in Chicago, Illinois.

4. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

5. I request that I be allowed to appear in this proceeding *pro hac vice*.

6. I agree to pay the fee of Twenty-five Dollars ($25.00) upon approval by the court admitting me to practice *Pro Hac Vice*.

I HEREBY AFFIRM, UNDER PENALTIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

                                                                                                              _____

Thomas M. Beeman, No. 4291-45
Attorney at Law
33 West 10th Street, Suite 200
Anderson, Indiana 46016
Telephone: 765/640-1330
Fax: 765/640-1332
Email: tom@beemanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon SKADDEN, ARPS, SLATE MEAGHER & FLOM, LLP, JOHN WM. BUTLER, JR., JOHN K. LYONS and RON E. MEISLER, 333 West Wacker Dr., Suite 2100, Chicago, IL 60606 and KAYALYN A. MARAFIOTI and THOMAS J. MATZ, Four Times Square, New York, NY, 10036, by sending a copy through the United States mail, postage prepaid, on the \_\_\_\_\_ day of _____, 2006.

                                                                        _____

Thomas M. Beeman