# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Delphi Automotive Systems Llc**
Case No. **05-44640**

Court ID (Court Use Only)_____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**ENMARK TOOL & GAGE CO**
Name of Transferor

Name and Address where notices and payments
to transferee should be sent
LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Record Address of Transferor
(Court Use Only)

Last four Digits of Acct #:_____

Name and Current Address of Transferor
**ENMARK TOOL & GAGE CO**
**18100 CROSS LN**
**FRASER, MI 48026**

Last Four Digits of Acct#:_____

Court Claim # (if known):182
Date Claim Filed: 10/28/2005
Amount **$9,185.00**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Mike Richards
Transferee/Transferee's Agent

Date: 5/17/2006

*Penalty for making a false statement.* Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____
**CLERK OF THE COURT**

793849

## TRANSFER NOTICE

Enmark Tool & Gage CO ("Assignor"), transfers and assigns unto Revenue Management
with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its
successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF
CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between
Assignor and Assignee, all of its right, title and interest in and to the Enmark Tool &
Gage CO Claims of Assignor in the aggregate amount of $21,460.00 representing all
claims against Debtor in the United States Bankruptcy Court, Southern District of New
York, administered as Case No. 05-44640.

· IN WITNESS WHEREOF, Assignor has signed below as of the 24th day of
April , 2006.

WITNESS: Enmark Tool & Gage CO             Revenue Management


_Laura Luler_
(Signature)

LAURA NELSON
(Print Name of Witness)


By: _____
(Signature)

MIKE RICHARDS
(Print Name and Title)