BURR & FORMAN LLP
420 North 20th Street
Suite 3100
Birmingham, Alabama 35203
(205) 251-3000
Michael Leo Hall

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| DELPHI CORPORATION et al., | : | Case No. 05-44481 (RDD) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------

## MOTION FOR ADMISSION TO PRACTICE, Pro Hac Vice

I, Jennifer A. Harris, a member in good standing of the bar in the State of Alabama and the bar of the U.S. District Court for the Northern District of Alabama, request admission, **pro hac vice**, before the Honorable Robert D. Drain, to represent Mercedes-Benz U.S. International, Inc., a creditor in the above referenced case. My address is Burr & Forman LLP, 3100 Wachovia Tower, 420 North 20th Street, Birmingham, Alabama 35203. My e-mail address is jharris@burr.com. My telephone number is (205) 458-5414. I agree to pay the fee of $25 upon approval by this Court admitting me to practice **pro hac vice**.

Dated: May 17, 2006
Birmingham, Alabama

1464821

BURR & FORMAN LLP

_/s/ Michael Leo Hall_

Michael Leo Hall (pro hac granted)
Jennifer A. Harris

3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

Attorneys for Creditor
MERCEDES-BENZ U.S. INTERNATIONAL, INC.

## ORDER

**ORDERED,**

that Jennifer A. Harris, Esq., is admitted to practice, **pro hac vice**, in the above referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: _____, 2006
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE