**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

| | |
|---|---|
| In re: | In Proceedings For A Reorganization Under |
| **DELPHI CORPORATION, et al,** | Chapter 11 |
| | Case No.: 05-44481 |
| | Jointly Administered |
| Delphi Automotive Systems LLC | Case No.: 05-44640 |
| Debtors. | |

---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$5,650.00** from:

        Hohl Industrial Services (Transferor)
        770 Riverview Blvd
        Tonawanda, NY 14150
        Attention: Mr. Rick Wolney

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                           Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                     Deputy Clerk