**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:                                                                      In Proceedings For A
                                                                                 Reorganization Under
         **DELPHI CORPORATION, et al,**              Chapter 11
                                                                               Case No.: 05-44481
                                                                              Jointly Administered
           Delphi Automotive Systems LLC          Case No.: 05-44640
                                    Debtors.

-------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

                 Amroc Investments, LLC
                 535 Madison Avenue, 15th Floor
                 New York, New York 10022
                 Attention: David S. Leinwand, Esq.

A transfer in the amount of **$10,022.40** from:

                 Mooney General Paper Co. (Transferor)
                 1451 Chestnut Ave.
                 PO Box 3800
                 Hillside, NJ 07205
                 Attention: Mr. Mike Moore

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                     Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                             _____
                                                                      Deputy Clerk