UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK           X

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al., | Case No. 05-44481 |
| | (Jointly Administered) |
| Debtors. | |

_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:   Agra Earth & Environmental Inc.
              PO Box 24445
              Seattle, WA  98124-0445
              Attn: Ruth Wirkkala

Transferee:   Contrarian Funds, LLC
              411 West Putnam Avenue, S-225
              Greenwich, CT 06830
              Attn:  Alpa Jimenez

A transfer of all right, title and interest in and to the schedule amount held by Agra Earth & Environmental Inc. (the "Transferor") in the amount of **$155,465.00** against **Delphi Automotive Systems LLC** and its affiliates.  This transfer is evidenced by the Transfer of Claim attached as Exhibit "A".

No action is required if you do not object to the transfer of your claim.   However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____ Transferee_____ Debtor's Attorney _____

_____
                    Deputy Clerk

EVIDENCE OF TRANSFER OF CLAIM

AGRA Earth & Environmental nka AMEC Earth & Environmental Inc., a ___Nevada___ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May _10_, 2006, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount listed on Schedule A attached hereto, against the Debtor listed on Schedule A attached hereto (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. listed on Schedule A attached hereto or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this _10_ day of _May_, 2006.

(Assignor)
AGRA Earth & Environmental
nka AMEC Earth & Environmental Inc.

By: _____
Name: Ruth A Wirkkala
Title: Director Credit & Collections

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, LLC,
as manager

By: _____
Name: Janice Stanton
Title: Member

(Assignor)
WITNESS:

By: _____
Name: JANE M. WALTERS
Title: Corporate Credit Analyst

KL2 2466943.1

# Schedule A

## AGRA Earth & Environmental nka AMEC Earth & Environmental Inc.

| Creditor | Debtor | Case Number | Scheduled Amount | Claim No. |
|---|---|---|---|---|
| AGRA Earth & Environmental Inc. | Delphi Automotive Systems LLC | 05-46640 | 155,465.00 | |
| AMEC Earth & Environmental Inc. | Delphi Corporation | 05-44481 | | 85,212.78 |
| Total | | | 155,465.00 | 85,212.78 |

Initials:

Seller: _____ for Amec Earth & Environmental Inc.

Buyer: _____