UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

**DELPHI CORPORATION,**
et al.,

          Debtors.

Chapter 11

Case No. 0544481 (RDD)
Jointly Administered

**VERIFIED STATEMENT PURSUANT TO FED. R. BANKR. P. 2019
OF PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.**

Marianne Goldstein Robbins, a shareholder in the law firm of Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, s.c., ("PGU") hereby files this verified statement pursuant to the provisions of Fed. R. Bankr. P. 2019(a), regarding PGU's representation of multiple parties in this matter.

1. The name and address of the parties represented by PGU are as follows:

    a. International Brotherhood of Electrical Workers Local 663
       W233 S8625 Chateau Lane
       Big Bend, WI 53103

    b. International Association of Machinists & Aerospace Workers District 10
       1650 S. 38th St.
       Milwaukee, WI 53215

2. The nature and amount of the claims or interest of the parties represented by PGU and the time of acquisition of the claims is as follows:

    a. International Brotherhood of Electrical Workers Local 663 has an unsecured claim which is undetermined and unliquidated which has priority to the extent applicable pursuant to Sec. 507(a)(1)(3) and (4) of the Bankruptcy Code ("Sec. 507"), arising from its representation of retirees and employees of Debtors since Debtors spun off as a corporate entity in 1999.

    b. International Association of Machinists and Aerospace Workers District 10 is undetermined and unliquidated which will have priority to the extent applicable pursuant to Section Sec. 507(a)(1)(3) and (4), arising from its representation of employees and retirees of Debtors since Debtors spun off as a corporate entity in 1999.

3.  PGU is retained to represent IBEW Local 663 and IAMAW District 10 and the retirees and employees from their bargaining units as part of its general representation of the two Unions. PGU has represented the Unions for many years, well before 1999.

4.  Upon information and belief, PGU does not possess any claims against or interest in the Debtors.

## VERIFICATION

I hereby certified, based on inquiry I have personal knowledge of the matters contained in this statement and that the foregoing facts and representations are true and correct.

Dated this  17th  day of May, 2006.

s/Marianne Goldstein Robbins
MARIANNE GOLDSTEIN ROBBINS, ESQ.
mgrobbins@previant.com
PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGMAN, S.C.
1555 N. RIVERCENTER DRIVE #202
MILWAUKEE, WI  53212
PHONE: 414/276-1757; FAX: 414/271-6308

jts
G:\DOCS\ELE663\71259\M0147908.WPD
*May 15, 2006 (4:25pm)*