HOWARD & HOWARD ATTORNEYS PC
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304
(248) 723-0318
Jeff A. Sadowski (P28163)
Tamika A. Bryant (P62641)

Intellectual Property Counsel for Delphi Corporation, et al.,
  Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                               :
   In re                       :    Chapter 11
                               :
DELPHI CORPORATION, et al.,    :    Case No. 05-44481 (RDD)
                               :
                    Debtors.   :    (Jointly Administered)
                               :
------------------------------ x

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I forwarded, via first class mail, a copy of 1) Notice of Filing of First Interim Application of Howard & Howard Attorneys, P.C. for Allowance of Compensation for Services Rendered and Reimbursement of Expenses; 2) Exhibit List; and 3) Certificate of Service upon the interested parties named on the attached list.

**HOWARD AND HOWARD ATTORNEYS, P.C.**

By: _/s/Tamika A. Bryant_
    Jeff A. Sadowski (P28163)
    Tamika A. Bryant (P62641)
    39400 Woodward Avenue, Suite 101
    Bloomfield Hills, Michigan 48304-5151
    Phone: (248) 645-1483
    Email: tabryant@howardandhoward.com

Dated: April 25, 2006