United States Bankruptcy Court
For the Southern District Of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No.05-44640 |
| Debtor | } Amount $22,213.00 |

**Amended Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor: (Related Docket No.3178)**

**KINREI OF AMERICA**
**26 NORTH CENTER ST**
**ORANGEVILLE, NJ 07050**

The transfer of your claim as shown above in the amount of **$22,213.00** amends a previously filed notice of transfer of claim that was filed on 4/11/2006 the claim has been transferred to:

    Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Mike Richards
    Revenue Management
    (201) 968-0001

794144

04/04/2006 13:41 FAX 19736772360          DONNELLY IND                                    004

## TRANSFER NOTICE

@Kinrei of America LLC ("Assignor"), transfers and assigns unto Revenue Management with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: Delphi Automotive Systems, LLC (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the @Kinrei of America LLC Claims of Assignor in the aggregate amount of $22,213.00 representing all claims against Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the __4__ day of __April__, 2006.

WITNESS:
@Kinrei of America LLC                                         Revenue Management

_____STEPHEN HESS_____                          By: _____
(Signature)                                                    (Signature)

Drew R. Struss                                              MIKE RICHARDS
(Print Name of Witness)                                        (Print Name and Title)