UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re                                     :    Chapter 11
:
DELPHI CORPORATION, et al.,               :    Case No. 05-44481
:
            Debtors.                      :    (Jointly Administered)
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER UNDER LOCAL BANKRUPTCY
RULE 2090-1(b) GRANTING ADMISSION *PRO HAC VICE*

("PRO HAC VICE ORDER")

Upon the motion of Kayalyn A. Marafioti, dated May 18, 2006, for admission pro hac vice of Dhananjai Shivakumar in the above-captioned bankruptcy cases; it is hereby

ORDERED, that Dhananjai Shivakumar is admitted to practice pro hac vice in the above-captioned bankruptcy cases in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fees.

Dated:  New York, New York
        May __, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

1