Hearing Date and Time: June 20, 2006 at 10:00 a.m., prevailing Eastern Time
Objection Deadline: June 8, 2006 at 4:00 p.m., prevailing Eastern Time

Patricia B. Fugée (NY 2390946
OH 0070698)
ROETZEL & ANDRESS
One SeaGate, Suite 999
Toledo, Ohio 43604
Telephone: (419) 242-7985
Facsimile: (419) 242-0316
*Attorney for Ericka S. Parker, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| In re: | : | Chapter 11 |
|---|---|---|
| **DELPHI CORPORATION, et al,** | : | Case No.: 05-44481 |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Judge Robert D. Drain |
| | : | |

### *AMENDED* NOTICE OF HEARING ON MOTION OF ERICKA S. PARKER, CHAPTER 7 TRUSTEE, SEEKING RELIEF FROM THE AUTOMATIC STAY TO ALLOW HER TO CONTINUE ASSERTING COUNTERCLAIMS IN PENDING LITIGATION BEING PROSECUTED BY THE DEBTOR

**PLEASE TAKE NOTICE** that, upon the previously filed motion (the "Motion", filed as Docket #3705), Ericka S. Parker, Chapter 7 Trustee ("Parker"), by and through her counsel of record, Patricia B. Fugée of Roetzel & Andress, will move before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004, on **June 20, 2006 at 10:00 a.m**. (the "Hearing"), or as soon thereafter as counsel can be heard, for entry of an order lifting the automatic stay as it applies to Parker, and for other related relief for the reasons more fully set forth in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be in writing, and must conform to the requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Bankruptcy Rules for the Southern District of New York.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (212) 668-2870, ext. 3522, Monday through Friday, 8:30 a.m. to 5:00 p.m.) through the Internet at the Bankruptcy Court's website at: www.nysb.uscourts.gov, using Netscape Navigator software version 3.0 or higher, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on diskette in either Word, WordPerfect, or DOS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c) as set forth in this paragraph, shall be delivered directly to the Chambers of the Honorable Robert D. Drain, at the above address, so as to be received no later than three (3) days prior to the Hearing. The objection shall be served in accordance with General Order M-182 and the Order Under 11 U.S.C. §§102(1) and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014

2

Establishing (i) Omnibus Hearing Dates, (ii) Certain Notice, Case Management, and Administrative Procedures, and (iii) Scheduling an Initial Case Conference in Accordance with Local Bank. R. 1007-2(e) dated October 14, 2005 (the "Procedures Order") and the Supplemental Order regarding procedures dated March 17, 2006 (the "Supplemental Order"), so as to be received no later than **4:00 p.m. (Eastern) on June 8, 2006** (the "Objection Deadline") upon (i) all parties set forth in Paragraph 20 of the Supplemental Order and (ii) Patricia B. Fugée, Esq., Roetzel & Andress, One Seagate, Suite 999, Toledo, OH 43604.

**PLEASE TAKE FURTHER NOTICE** that in accordance with Paragraph 14 of the Procedures Order, if no objections to the relief sought in the Motion are timely filed, then the Court may enter an Order granting the relief requested without a hearing on the Motion.

Dated: Toledo, Ohio
May 18, 2006

Respectfully submitted,

*/s/ Patricia B. Fugée*
Patricia B. Fugée (NY 2390946
OH 0070698)
Roetzel & Andress, LPA
One SeaGate, Suite 999
Toledo, OH  43624
Telephone: (419) 242-7985
Facsimile: (419) 242-0316
Email: pfugee@ralaw.com
*Counsel for Ericka S. Parker, Chapter 7 Trustee*

95979 \ 112335.0002

3