**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------X
In re: Chapter 11

Case No. 05-44481 (rdd)
**Delphi Corporation, et al.**           Jointly Administered

                    Debtors
---------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO
A PROTECTIVE ORDER OF THE BANKRUPTCY COURT, DATED, OCTOBER
13, 2005, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER
SEAL.