UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, INC., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

**ORDER OF ADMISSION TO PRACTICE PRO HAC VICE**

I, Martin B. Tucker, a member in good standing of the bar in the State of Illinois and the Commonwealth of Kentucky, and the U.S. District Courts for the Northern District of Illinois and the Eastern and Western Districts of Kentucky, having requested admission, pro hac vice, to represent Toyota Motor Engineering & Manufacturing North America, Inc., for itself, its affiliates and subsidiaries and each of its North American manufacturing companies, a creditor and party in interest in the above referenced case.

**ORDERED:**

that Martin B. Tucker, Esq. is admitted to practice pro hac vice in the above referenced case in the United States Bankruptcy Court for the Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York
　　　　May 16, 2006

　　　　　　　　　　　　　　　　　　　　/s/ Robert D. Drain
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

LEXLibrary 0110257.0541667 297565v.1