IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, et al, | ) | CASE NO. 05-44481 (RDD) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

## ORDER OF ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Thomas M. Beeman, a member in good standing of the bar of the State of Indiana and of the bar of the U S District Courts for the Southern and Northern Districts of Indiana, having requested admission, *pro hac vice*, to represent the Madison County (Indiana) Treasurer, a creditor in the above-referenced case.

ORDERED that Thomas M. Beeman, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated:  New York, New York
      May 16, 2006.


_/s/Robert D. Drain_____
United States Bankruptcy Judge