TOGUT, SEGAL & SEGAL LLP

**HEARING DATE: 6/16/06**
**AT: 10:00 A.M.**

Conflicts Counsel for Delphi Corporation, et al.,
Debtors and Debtors in Possession
One Penn Plaza, Suite 3335

**OBJECTIONS DUE: 6/9/06**
**AT: 5:00 P.M.**

New York, New York 10119
Telephone: (212) 594-5000
Facsimile: (212) 967-4258
Albert Togut (AT-9759)
Neil Berger (NB-3599)
Sean P. McGrath (SM-4676)
Christopher D. Lagow (CL-3457)

Delphi Legal Information Hotline:
Toll Free: (800) 718-5305
International: (248) 813-2689

Delphi Legal Information Website:
http://www.delphidocket.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                            :
                                                  :        Chapter 11
DELPHI CORPORATION et al.,                        :        Case No. 05-44481 (RDD)
                                                  :        (Jointly Administered)
                                       Debtors.   :
-------------------------------------------------------------x

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable

Robert D. Drain, Bankruptcy Judge, at the United States Bankruptcy Court, Southern

District of New York, Alexander Hamilton Custom House, One Bowling Green, New

York, New York 10004 on June 16, 2006 at 10:00 a.m. to consider the Debtors' Motion for

an Order pursuant to Bankruptcy Rule 2004 authorizing the Debtors' examination of

Barclays Bank PLC ("Barclays") pertaining to Barclays' assertion of a right to setoff

regarding its payment obligations to Delphi pursuant to a certain Master Agreement

and directing Barclays' production of documents pertaining to such assertion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Debtors'

Motion (a) must be in writing, (b) must conform to the Federal Rules of Bankruptcy

Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the

Supplemental Order under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m),

9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case

Management, and Administrative Procedures (the "Case Management Order") (Docket

No. 2883) as amended, (c) must be filed with the Bankruptcy Court in accordance with

General Order M-242 (as amended) - registered users of the Bankruptcy Court's case

filing system must file electronically, and all other parties-in-interest must file on a 3.5

inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other

Windows-based word processing format), (d) must be submitted in hard-copy form

directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy

Judge, and (e) and must be served upon:  (i) Delphi Corporation, 5725 Delphi Drive,

Troy, Michigan 48098 (Attn:  General Counsel);  (ii) conflicts counsel for the Debtors,

Togut, Segal & Segal LLP, One Penn Plaza, New York, New York 10119 (Attn:  Neil

Berger, Esq.);  (iii) bankruptcy counsel for the Debtors, Skadden, Arps, Slate, Meagher &

Flom, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn:  John Wm.

Butler, Jr., Esq.) (iv) counsel for the agent under the Debtors' prepetition credit facility,

Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017

(Attn:  Kenneth S. Ziman, Esq.);  (v) counsel for the agent under the postpetition credit

facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017

(Attn:  Donald S. Bernstein, Esq.);  (vi) commercial and litigation counsel to the Debtors,

Butzel & Long, P.C., 100 Bloomfield Hills Parkway, Suite 200, Bloomfield Hills, MI

48304 (Attn:  James Darien, Esq.); (vii) counsel for the Official Committee of Unsecured

Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022

(Attn:  Robert J. Rosenberg, Esq.);  and (viii) the Office of the United States Trustee for

the Southern District of New York, 33 Whitehall Street, Suite 2100, New York,

New York 10004 (Attn:  Alicia M. Leonhard, Esq.), in each case so as to be **filed and received** no later than **June 9, 2006 at 5:00 p.m.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that only those timely-written objections made in accordance herewith, and timely filed and received by the Objection Deadline will be considered by the Bankruptcy Court, and that if no objections to the proposed Order are timely filed and served, the Bankruptcy Court may enter the proposed Order.

Dated:   New York, New York
         May 19, 2006

TOGUT, SEGAL & SEGAL LLP
Conflicts Counsel for
 Delphi Corporation, *et al.*,
 Debtors and Debtors-in-Possession
By:

/s/Neil Berger
ALBERT TOGUT (AT-9759)
NEIL BERGER (NB-3599)
Members of the Firm
One Penn Plaza, Suite 3335
New York, New York  10119
Telephone:  (212) 594-5000
Facsimile:  (212) 967-4258