**BARCLAYS**

Barclays Bank PLC
200 Park Avenue
New York NY 10166
USA

Tel +1 (212) 412 4000

**DELPHI CORPORATION**
(formerly Delphi Automotive Systems Corporation)
5725 Delphi Drive
Troy, Michigan
U.S.A 48098-2815

Attention:   (1)   Director of FX & Commodity
                   Fax No: (248) 813 3391; and

             (2)   Treasurer
                   Fax No: (248) 813 3381

14th November 2005

Dear Sirs:

**Amended Statement of Payment on Early Termination**

We refer to the 1992 ISDA Master Agreements dated as of March 20th, 2001 and 23rd November, 2001, respectively, between Delphi Corporation (formerly Delphi Automotive Systems Corporation) ("**Counterparty**") and Barclays Bank PLC ("**Barclays**") (each as amended from time to time, and together referred to as, the "**Master Agreements**"). All capitalized terms not otherwise defined in this statement shall have the meanings assigned to them in the Master Agreements.

Reference is made to Section 6(a) (*Right to Terminate Following Event of Default*) of each of the Master Agreements. Reference is also made to the notice of early termination sent by Barclays on 10th October, 2005 designating 12th October, 2005 as the Early Termination Date for all outstanding Transactions governed by the Master Agreements.

We refer to our letter to you dated 25th October 2005. This letter amends and supersedes our letter to you dated 25th October 2005. This letter constitutes the statement required by Section 6(d)(i) (Calculations, Statement) of the Master Agreements.

Barclays has calculated the amount payable, by Barclays to Counterparty, in respect of the Early Termination Date with respect to all of the Terminated Transactions governed by the Master Agreements to be USD 9,044,399.41 (the "**Early Termination Date Amount**"). The Early Termination Date Amount was calculated in accordance with the Master Agreements. The details of Barclays' calculation of the Early Termination Date Amount are set forth in Exhibit 1 (and the Annexes thereto) to this statement.

Payment of the Early Termination Date Amount will be subject to Barclays' rights of Set-off pending further investigation and any necessary authorizations.

Please note that pursuant to Section 11 (Expenses) of the Master Agreements, Barclays reserves the right to claim under that indemnity for its reasonable out-of-pocket expenses including legal fees incurred by reason of the enforcement and protection of Barclays' rights under the Master Agreements or any Credit Support Document and/or by reason of the early termination of any Transaction.

Barclays reserves all its other rights and remedies in relation to (i) Delphi Corporation and (ii) each other affiliate of Delphi Corporation.

This notice shall be governed by and construed in accordance with the laws of the State of New York.

Yours faithfully,

BARCLAYS BANK PLC

By: _____

Name: MARK MAUSLE(?)

Title: Attorney-in-fact

## EXHIBIT 1

**(to Amended Statement of Payment on Early Termination dated 14th November 2005 addressed by Barclays Bank PLC to Delphi Corporation).**

1. **Termination Currency:**

   The Master Agreements specify that the Termination Currency is United States Dollars ("USD").

2. **Market Quotation/Second Method:**

   2.1 The Master Agreements specify that the Market Quotation payment measure and the Second Method payment method apply to the calculation of amounts due upon the occurrence of an Early Termination Date with respect to each Terminated Transaction.

   2.2 The Master Agreements provide that a party may determine its Section 6(e) amount on the basis of quotations from Reference Market-makers in respect of a Replacement Transaction.

   2.3 Quotations were obtained from leading dealers in the relevant markets who satisfied the criteria in the definition of Reference Market-makers ("**Dealers**") for the price at which each of the Dealers would enter into a Replacement Transaction in respect of the Terminated Transactions. For the purposes of calculation, if only three quotations were received, Barclays disregarded the highest and lowest quotations and used the remaining quotation ("**Mid Val**") and, if four quotations were received, Barclays calculated the arithmetic mean of quotations after disregarding the highest and lowest quotation ("**Average Mid Val**"). If quotations were not received in the Termination Currency, Barclays converted such quotations by taking the arithmetic mean of the spot prices received by each Dealer.

   2.4 Where quotations were received from less than three Dealers, Barclays determined its Loss by reference to quotations of relevant rates or prices from one or more leading dealers in the relevant markets.

   2.5 Details of the close-out amount calculations are set forth in Annexes 1 and 2 hereto.

3. **Calculations for Terminated Transactions:**

   3.1 *Foreign Exchange Transactions:* Barclays has determined the amount payable in relation to the Foreign Exchange Transactions as of the Early Termination Date to be USD 6,965,281 (due to the Counterparty).

   3.2 *Natural Gas Transactions:* Barclays has determined the amount payable in relation to the Natural Gas Transactions as of the Early Termination Date to be USD 402,652.75 (due to Counterparty).

   3.3 *Base Metals and Precious Metals Transactions:* Barclays has determined the amount payable in relation to the Base Metals and Precious Metals Transactions as of the Early Termination Date to be USD 1,676,465.66 (due to Counterparty).

4. **Amount payable in relation to all Terminated Transactions**

   The amount payable by Barclays to the Counterparty in relation to all the Terminated Transactions as of the Early Termination Date is USD 9,044,399.41 (the "**Early Termination Date Amount**").

## Annex 1

### Delphi FX Valuations

|  | Merrill Lynch | | | | ML |
|---|---|---|---|---|---|
| EURHUF | (114,261) | | | | (114,261) |
| EURPLN | (3,413,743) | | | | (3,413,743) |
| EURSKK | (19,663) | | | | (19,663) |
| USDPLN | 243,739 | | | | 243,739 |
|  | BBVA | CSFB | CHASE | | Mid Val |
| USDMXN | (3,892,667) | (3,954,273) | (3,902,006) | | (3,902,006) |
|  | CHASE | CSFB | DB | STANDARD | Average Mid Val |
| USDINR | 108,865 | 113,000 | 111,823 | 118,924 | 112,412 |
|  | LEHMAN | BNP | DB | RBS | Average Mid Val |
| GBPUSD | 234,053 | 236,595 | 236,640 | 234,763 | 235,679 |
| USDCAD | (335,930) | (344,344) | (341,517) | (345,122) | (342,931) |
| USDCHF | 53,173 | 51,576 | 51,317 | 50,602 | 51,447 |
| USDJPY | 204,842 | 184,372 | 183,096 | 176,718 | 183,734 |
| EURSEK | 307 | 316 | 318 | 259 | 312 |

(6,965,281)

**Note**
Where values are provided for non-USD crosses, in all cases the EUR amount was calculated based on the externally provided marks. (highlighted in yellow)

These EUR amounts have been converted to USD at the average of the 4 provided EUR/USD spot rates provided below i.e. 1.20208

| Currency Conversion | LEHMAN | BNP | DB | RBS | Average |
|---|---|---|---|---|---|
| EUR/USD Rate | 1.2019 | 1.2022 | 1.2015 | 1.2027 | 1.20208 |

*Page 4 of 5*

## Annex 2

### Delphi Commodity Valuations

| | Projection Index | BNP PARIBAS | CITIGROUP | SGCIB | | Mid Val |
|---|---|---|---|---|---|---|
| Natural Gas | NG.USD | (402,652.75) | (398,958.69) | (403,970.29) | | (402,652.75) |

| | Projection Index | Goldman, Sachs | Koch Metals | Sempra Metals | | Mid Val |
|---|---|---|---|---|---|---|
| Base Metals | AHD.USD | (760,011.00) | (706,931.30) | (722,374.50) | | (722,374.50) |
| | CAD.USD | (474,147.00) | (474,487.78) | (432,896.40) | | (474,147.00) |
| | NAD.USD | (419,587.00) | (452,344.15) | (472,404.00) | | (452,344.15) |
| | Total | [(1,653,745.00)] | [(1,633,763.23)] | [(1,627,674.90)] | | (1,648,865.65) |

| | Projection Index | Goldman, Sachs | Deutsche Bank | HSBC | JPM Chase | Average Mid Val |
|---|---|---|---|---|---|---|
| Precious Metals | Palladium_PMFIX.USD | (11,762.32) | (9,880.35) | (6,586.90) | (19,603.87) | (10,821.34) |
| | Platinum_PM.USD | (18,237.68) | (15,319.65) | (10,213.10) | (30,396.13) | (16,778.66) |
| | Total | [(30,000.00)] | [(25,200.00)] | [(16,800.00)] | [(50,000.00)] | (27,600.01) |

| Total | | | | | | (2,079,118.41) |
|---|---|---|---|---|---|---|