STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
(317)846-8999
Michael J. Sobieray (MS-0310)

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
In re                                                      :    Chapter 11
                                                           :
DELPHI CORPORATION, et al.,                                :    Case No. 05-44481 (RDD)
                                                           :
                        Debtors.                           :    Jointly Administered
                                                           :
-----------------------------------------------------------x

## MOTION TO CONTINUE HEARING

Comes now the creditors, KELLY R. GROCE and KELLY D. GROCE, by Counsel, and files herein creditors' Motion to Continue Hearing. In support of said motion, creditors will show the court as follows:

1. This matter is currently set for hearing on Creditors' Motion to Lift Stay on May 24, 2006.

2. Counsel for the creditors, Michael J. Sobieray, is in the State of Indiana, and currently has a deposition set on this date for the case of David Suggs v. Jason Sigler, Cause Number 49D02-0409-CT-001622. Said deposition is scheduled to begin at 10:00 a.m. in Indianapolis, Indiana.

3. This Motion is made in good faith and not for the purpose of delay

WHEREFORE, Counsel for the creditors, respectfully request that this Court grant his Motion for



Continuance of the Hearing on the Motion to Lift Stay in this matter presently set for May 24, 2006, and requests that the court reset this matter on its calendar at the Court's earliest convenience.

_____
Michael J. Sobieray (MS-0310)
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
(317)846-8999

Attorney for Creditors, Kelly R. Groce and Kelly D. Groce

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the following via First Class, United States Mail, this 8th day of May, 2006:

John Wm. Butler, Jr.
John K. Lyons
Ron E. Meisler
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
333 West Wacker Drive, Ste. 2100
Chicago, IL 60606-1285

Kayalyn A. Marafioti
Thomas J. Matz
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Robert J. Rosenberg
Mitchell A. Seider
Mark A. Broude
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4802

Lloyd H. Milliken, Jr.
Matthew R. King
LOCKE REYNOLDS LLP
1000 Capital Center South
201 N. Illinois Street
P.O. Box 44961
Indianapolis, IN 46244-0961

Michael J. Sobieray (MS-0310)
STEWART & STEWART
931 S. Rangeline Road
Carmel, IN 46032
(317)846-8999