THE HONORABLE
JUDGE ROBERT DRAIN                                          MAY 12TH 2006

SIR,

I HAVE WORKED FOR GENERAL MOTORS AT SAGINAW STEERING GEAR IN SAGINAW MICHIGAN FOR 27 YEARS, BEFORE DELPHI CORP. TOOK OVER IN 1999. I WORKED FOR DELPHI FOR ANOTHER 6 YEARS FOR A TOTAL OF 33 YEARS.

J.T. BATTENBERG WAS THE GENERAL MANAGER AND CHIEF EXECUTIVE OFFICER OF DELPHI FROM 1999 TO 2005 SIX YEARS. HE WAS PAID OVER 10 MILLION DOLLARS OR MORE FOR EACH OF THE SIX YEARS HE WAS RUNNING THIS COMPANY INTO THE GROUND.

ALAN DAWES DELPHI'S CHIEF FINANCIAL OFFICER WAS COOKING THE BOOKS, AFTER AN <u>INTERNAL INVESTIGATION REVEALED</u> AT LEAST $261 MILLION DOLLARS IN IMPROPER ACCOUNTING ENTRIES. MR. DAWES RESIGNED. DELPHI'S CHIEF EXECUTIVE OFFICER J.T. BATTENBERG III AGE 61, ANNOUNCED HE WOULD RETIRE FROM THE DELPHI CORP. IN NOVEMBER 2005. THESE TWO MEN DESERVE PRISON TERMS FOR WHAT THEY HAVE DONE TO THEIR HOURLY WORKFORCE AT DELPHI. THEY BOTH GOT BIG FAT PENSIONS IN THE MILLIONS OF DOLLARS, AND NOW DELPHI WANTS TO TAKE OUR HOURLY WORKERS PENSIONS FROM US. THIS IS WRONG!!!!!

PLEASE DO WHAT IS RIGHT TELL DELPHI TO HONOR THEIR CONTRACTS WITH THEIR HOURLY WORKERS.

AFTER MAKING GENERAL MOTORS AND DELPHI RICH FOR THE LAST 33 YEARS I EARNED MY PENSION 100%.

THANK YOU
AND MAY GOD BLESS YOU IN
DOING YOUR JOB.

*Terry R. Mocny SR.*

Mr. Terry Mocny
141 Norman St.
Vassar MI 48768

RECEIVED
MAY 16 2006
USBC-SDNY
RDD

Mr. Terry Mocny
141 Norman St.
Vassar MI 48768

"PERSONAL"

Judge Robert D. Drain
c/o One Bowling Green
New York New York 10004-1408

SAGINAW MI 486
12 MAY 2006 PM 2 L

RECEIVED MAY 16 2006

10004+1408 C035