Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Ronald J Ordol - 3 Clover Pl. Cheek NY 14225
Edward Fingers Jr. 12326 Kern Rd. Springville 14141
Don Zimmermann 70 Emerson Amherst, N.Y. 14226
David Strzelewicz 1468 Elm St Alden NY 14004
Chester Napierala 124 Frantzen Cheek. 14227
George B. Weichmann 10 Indian Rd Cheek NY 14227
James J. Addesa 5512 Michigan Rd. Java N.Y. 14009
Paula Murray 12320 Williston Rd Alden NY 14004
Mark Penksa 4422 Clinton W. Seneca NY 14224
Mark Herbeth 140 Hickory Hill Elma NY 14059
Joseph D. Kryszczuk 5844 Ainslee Ln. Lake View, NY 14085

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address | City | State | Zip |
|---|---|---|---|---|
| Arnold J. Kowalski | 309 Peppermint Rd | Lancaster | NY | 14086 |
| Kenneth S. Sommer | 237 Windom Ave | Orchard Park | NY | 14127 |
| Peter Bukosky | 7693 Aldrich Hill Rd | Cherry Creek | NY | 14723 |
| [illegible] | 616 Townline Rd | Lancaster | NY | 14086 |
| Joseph M. Ferrara | 30 Clay Hill | Rochester | NY | 14624 |
| Bolislaw Szrabel | 2 Idlebrook Ct | Lancaster | NY | 14086 |
| Anthony J. DiCenzo | 80 Fairelm Ln | Cheektowaga | NY | 14227 |
| Morton G. Orlandi | 8958 E. Holland Rd | Holland | NY | 14080 |
| Mark O. [illegible] | 2401 Darlwe Rd | So. Wales | NY | 14139 |
| Ken [illegible] | 9156 Phillips Rd | Holland | NY | 14080 |
| Andrew P. [illegible] | 150 Betamwood Dr | Grand Isl | NY | 14072 |
| John M. Ahardo III | 227 Clark Rd | Buffalo | NY | 14223 |
| Dennis [illegible] | 5560 Stilwell Rd | Hamburg | NY | 14075 |
| Dick Johnson | 2361 Transit Rd | Elma | NY | 14059 |
| Herbert Hawkins | 208 Hastings Ave | Bflo | NY | 14215 |
| David R. Hoahan | 6417 Main Rd | Lockport | NY | 14094 |
| [illegible] | 593 Harrison Ave | [illegible] | | 14223 |
| Donald [illegible] | 22 Beatrix Circle | Lancaster | NY | 14086 |
| Ann O'Sullivan | 593 Harrison | Kenmore | NY | 14223 |
| Joe Mahoney | 8375 Clarence Ctr Rd | Clarence Ctr | NY | 14032 |
| [illegible] | 2850 Main St | Buffalo | NY | 14214 |
| John [illegible] | 172 Wrexham Ct South | Tona | NY | 14150 |
| [illegible] | 793 E. River Rd | Grand Island | NY | 14072 |
| Scott J. [illegible] | 47 S Irving Terr | Tonawanda | NY | 14223 |
| Mario Penna | 1310 Center Rd #1 | West Seneca | NY | 14224 |
| Dan Sansanese | 28D Coolbrook Ct E | Amherst | NY | 14051 |
| Lewis Pizza | 68 Marian Dr | Ton | NY | 14150 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| Phillip Godeus | 95 Boxwood Cir, Hamburg NY 14075 |
| [illegible] | 104 [illegible] Terr, Cheek, NY 14225 |
| [illegible] | 454 [illegible], [illegible] NY 14224 |
| [illegible] | 12749 Rt 438, Irving, NY 14081 |
| [illegible] | 60 Britannia Drive, East Amherst NY 14051 |
| [illegible] Merzban | 38 Northwood Dr, Tonawanda NY 14223 |
| [illegible] Sullivan | 242 Storik, Buffalo NY 14214 |
| Jeffrey T. [illegible] | 7562 S. Pearl St, Oakfield NY 14125 |
| [illegible] | 18 Rue Madeleine Way, Lancaster N.Y. 14086 |
| [illegible] | 2189 Stony Pt, Grand Island NY 14072 |
| [illegible] | 7549 Chestnut [illegible], Orchard Park NY 14127 |
| [illegible] | 30 Apple Blossom Rd, Lancaster NY 14086 |
| [illegible] Hegele | 9166 Halstead Rd, Corfu NY 14036 |

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

KENNETH D. MCLAUGHLIN  182 LYNDALE AVE  TON. N.Y. 14223
Paulette M. Combs  9687 Oakland St. Angola 14006
Russell A. Guercio  6105 East Canal Rd Pendleton NY 14094
CHARLIE HIGGINS  339 SHEPARD KENMORE N.Y. 14217
DINO DiBARTOLOMEO  27 KENEFICK AVE. BUFFALO, N.Y. 14220
James E. Magistrale  42 Hennepin St  Buffalo 14206
Michael Browne  27 Parkside Dr.  West Seneca  14224
Wilma L. Thomas  186 Donovan Dr. Apt. K, Blsg, NY 14211
James W. Manere  139 Royal Pkwy E  Williamsville NY 14221
Jeff Wojcik  73 Oakring Dr. #5  W. Seneca N.Y. 14224
Jayson Schultz  4392 Rushford D.  Hamburg, NY 14075
[illegible signature]  101 Knob Hill  Orchard Park NY 14127
[illegible signature]  20 Red Maple Ct.  Amherst 14228
Marco A Casali  95 Erondale Dr.  Depew NY 14043

## Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| LEONARD LaCONGO | 6485 Cole Rd. O.P. NY 14127 |
| Dan Jakowski | 135 Kithiers Dr. T.N.Y. 14223 |
| Dennis M Komrek | 29 Katelyn Lane N.Y. 14086 |
| FRANK BIES | 212 DIANE DR. CHEEK. N.Y. 14225 |
| Danny J Muldoon | 680 E. Goundry St. No. Ton, NY 14120 |
| SAL GALANTE | 88 Autumnview Rd. Williamsville, N.Y. 14221 |
| Tom Zielinski | 52 Constance Ln Cheek N.Y. 14227 |
| William Goldsmith | 95 Chestnut Hill Ln South N.Y. 14221 |
| Dawn Moran | 2856 Langford Rd. N.Collins NY 14111 |
| JOE BELSENICH | 3373 CREEKVIEW DR HAMB. NY 14075 |
| Kyle Running | 203 Maple ST East Aurora, NY 14052 |
| Joseph Indresin | 180 Reiman Street Buffalo, NY 14206 |
| Daniel Sztors | 3057 Stieg R Wheatfield NY 14120 |
| Tom VASSALLO JR | 98 GRANDVIEW TON NY 14223 |
| Aurelio Cortes Jr | 3487 Stevenson Ct Ton NY 14120 |
| Ed Kowal | 2108 Donna Lea Blvd, Amherst NY 14221 |
| William Aiken | 518 Woodward Ave N. Tonawanda 14120 |
| THOMAS WERESKI | 116 Millan West Seneca NY 14224 |
| Thomas O'Sullivan | 24 Arundel Rd Bflo NY 14216 |
| Kevin O'Sullivan | 24 Arundel Rd Bflo NY 14216 |
| Timothy O'Sullivan | 24 Arundel Rd Bflo NY 14216 |
| Paul Bies | 1325 Bunyleu Ton NY 14150 |
| John P. Molnar | 9 Sausalito Dr. E Amherst NY 14150 |

## Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address | City, State Zip |
|---|---|---|
| Douglas Chavers | 15 Cleveland drive | Checktowaga NY 14215 |
| Michael W. Rickard | 133 Darwin Drive | Depew NY 14043 |
| Laura Schmidt | 6560 Aiken Rd | Lockport NY 14094 |
| Neal Matter | 57 Iron Dale Dr. | Check. NY 14043 |
| Sean Beagle | 1001 E. Delevan Ave. | |
| Scott C. Allan | 3810 Brooks Rd | Gasport, NY 14067 |
| Peter W. Trautt | 24 Wedgewood | Chtg NY 14227 |
| Brett Witkowski | 1680 Lakeview Rd | Lakeview NY 14085 |
| Gerold W. Jones | 13596 Steamucrro | E. Aurora NY 14052 |
| Kevin Cecay'B | 31 Autumn Leaf Ct | Depew NY 14043 |
| Anthony Fouk | 167 Cloverleaf Dr | Buffalo NY 14223 |
| William Belica | 95 Heim Rd | Amherst NY 14221 |
| F. Burke | 5304 Bronson Drive | Lewiston 14052 |
| Mark Quinn | 255 Still Meadow Dr | Macedon 14502 |
| Doris P. Motts | 116 Cotten Court | Cheek. NY 14215 |
| James J. Stoltz | 4583 Union Rd | Cheektowaga NY 14225 |
| Erik D. Nawei | 52 Gatewoods Ln | Williamsville NY 14221 |
| Diane M. Bly | 16 Deumant Ter. | Buffalo NY 14223 |
| Nancy Miller | 26 Willow Wood | Cheek. NY 14225 |
| Robert J. Jemiolo | 27 Juniata | Buffalo 14210 |
| David Newton | 1138 Bullis Rd | Marilla NY 14102 |
| William A. Jacobs | 75 Beech St | Lackawanna NY 14218 |
| Paul J. Witman | 195 Clover Place | Cheektowaga NY 14225 |
| | 8077 Roll Rd | Amherst NY |
| Tim Anderson | 18 Ellwood Pl | Chpk. NY 14225 |
| Kathy Sliwinski | 1429 Burns Rd | Angola NY 14006 |
| T. Hammond | 89 Avon Dr | Snyder NY 14226 |
| T. Otero | 1001 E. Delavan (Buffalo) | Kenmore NY 14217 |

## Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| Joseph M Maloney | 5115 Abbott Rd, O.P. NY 14127 |
| [illegible] B [illegible] | 37 Academy, Bflo NY 14211 |
| Elena C Bykanov | 2099 Como Park Blvd, [illegible] |
| Sandra Depew | 12 Irving Pkwy, Darzella NY 14125 |
| [illegible] | [illegible] |
| [illegible] Barnes | [illegible] |
| [illegible] | American [illegible] |
| [illegible] | 14 Hartwell Rd, Bflo NY 14216 |
| [illegible] Ashby | 161 Whitney Pl, Bflo 14227 |
| Jeff [illegible] | 182 Tree Haven, Bflo 14223 |
| [illegible] | 24 Prospect Ave, Ton. NY 14150 |
| Fred Dycka | 4070 Bristol, Blasdell NY 14219 |
| [illegible] | 1241 Edgewater Cir, North Tonawanda NY 14120 |
| Mark [illegible] | [illegible] Whitenville Rd, Batavia NY |
| [illegible] | 295 Piez St, Depew NY |
| John [illegible] | 4168 Harwood, Blasdell NY 14219 |
| Merle [illegible] | 12318 Centerline Rd, Silkles NY 14139 |
| Monica Wright Brandon | 298 Little Robin Rd, [illegible] NY 14228 |
| [illegible] | 142 [illegible] St, Buffalo NY 14206 |
| Mark [illegible] | 171 Southgate Dr, NY 14215 |
| [illegible] Burley | 59 Campbell Rd, Bflo NY 14215 |
| Margaret Miller | 220 Old Glenwood Rd, [illegible] NY 14170 |
| [illegible] | 234 [illegible] St, Bflo NY 14204 |
| James [illegible] | 5090 Elmcroft Ct, Clarence NY 14031 |
| [illegible] | 25 Logan Ave, Tonawanda NY 14223 |
| Paul Black | 109 Holbrook, Lackawanna NY 14218 |
| James Alexander | 1194 LaSalle, Grand Island NY 14072 |
| Edmund Martelli | 141 60th Street, Niagara Falls NY 14304 |

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| Calvin Carr | 40 Arview Terrace, Depew NY 14043 |
| Sherry Stevens | East Concord, NY 14055 |
| Kirk Ellis | 4282 Highland Blvd Buff NY 14219 |
| [illegible] | Amherst NY 14221 |
| Thomas Bacon | 766 Fletcher St Tonawanda NY 14150 |
| [illegible] | 59 West [illegible] |
| [illegible] | [illegible] |
| [illegible] | [illegible] |
| [illegible] Harshberger | 7846 Keene Rd Derby NY 14047 |
| [illegible] | 35 South St, LeRoy NY 14482 |
| [illegible] | 167 Harris Ct Cheektowaga NY 14225 |
| [illegible] | 1617 Kensington Dr 14215 |
| [illegible] | 65 Woodside Buff 14220 |
| Lonnie D. Angel | 92 Pine Ridge Rd |
| [illegible] | 400 South Angle Lockport NY |
| Gary E. [illegible] | 6030 Thornwood, Hamburg NY |
| Ernest Malcolm | 876 Pioneer Dr N.T. NY |
| [illegible] | 59 [illegible] |
| [illegible] | 23 Oriole [illegible] |
| [illegible] | 3679 [illegible] Rd Alden NY |
| [illegible] | 125 Moulton Ave T of Tona NY 14223-2019 |
| [illegible] | 10200 Sisson Highway Eden NY 14057 |
| [illegible] | 325 Skillen Buffalo NY |
| [illegible] | 234 Enchanted Forest N N.Y. |
| [illegible] | 90 [illegible] Rd Alden NY 14221 |
| Thomas [illegible] | 56 Wardman Rd. Kenmore NY 14217 |
| Fred Doska | 611 38th St N.F. NY 14301 |
| [illegible] | 5411 Oak Ridge Dr Hamburg NY 14075 |

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| GARY STARR | 2428 KELLER RD BUSTI, N.Y. 14710 |
| LAURENCE ROORDA | 118 FREDA AVE. CHEEKTOWAGA, N.Y. 14225 |
| Ken Bozza | 227 Genesee ST Corfu NY 14036 |
| Werner Wehr | 37 Brockmoore Amherst NY 14051 |
| Tim KACZMARCZYK | 3824 Sowles RD. HAMBURG N.Y. 14075 |
| Thomas Serbie | 7 Nimitz ct Tonawanda NY 14150 |
| Louis A OTTAVIANO | 144 EAGLE St Lyndonville N.Y. 14098 |
| KRIS KRTANJEK | 8073 Hayes Hollow Rd Colden, NY. 14033 |
| Frederick A. Smith | 437 Wellington Ave Rochester NY 14619 |
| RICK HANULEWICZ | 8008 CLARENCE CTR NY 14032 |
| JOE SERBA | 12320 WILLISTON Rd. ALDEN NY 14004 |
| JOE L. DAVIS | 386 MARTHA AVE Buffalo N.Y. 14215 |
| JIM BEVILACQUA | 668 FAIRMONT AVE N.TON 14120 |
| Robert C Nowak | 58 EAGLE Terrace Depew N.Y. 14043 |
| KAREN HUNTZ | 8 YALE PL. BFLO NY 14210 |
| John Thetopal | 2 KellyBrook ct West Seneca N.Y. |
| Ben Jurop | 1180 Losson Rd Cheektowaga NY 14227 |
| (illegible) | 5259 (illegible) Rd. (illegible) NY 14084 |
| Alan Bielat | 8 MARTINIQUE DR. CHEEKTOWAGA, N.Y. 14227 |
| (illegible) Colvin | 6838 Armands Lane Lockport NY 14094 |
| Dean Moser | 10595 MILAND RD, CLARENCE Center NY 14032 |
| (illegible) | 55 Wilshire RD Cheektowaga NY 14225 |
| Mark (illegible) | 80 Shirley Dr West Seneca N.Y. 14228 |
| (illegible) | 733 Eggert Rd Buffalo NY 14215 |
| Daley (illegible) | 111 Primrose Ln. E. Amherst N.Y. 14051 |
| (illegible) | 430 Stockbridge. Buf. N.Y. 14215 |
| James Bishop | 229 Waverly Ave Kenmore NY 14217 |
| Mike Purtell | 78 PARK PLACE ORCHARD PARK NY 14127 |

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| John Meczynski | 23 Pheasant Run Rd. Amherst, N.Y. 14228 |
| Byron Townsend | 1503 Love Road Grand Island N.Y. 14072 |
| Lloyd Carlson | 1 Mark La. Angola, N.Y. 14006 |
| Dan Dioceda | 226 Vicksburg Ave Ton. N.Y. 14150 |
| Alan Dus | 4 Larkwood Rd W. Seneca N.Y. 14224 |
| Kirk Zinkermon | 792 North French Rd. Amherst NY 14228 |
| Amy Lukasik | 54 Betty Lou Lane Cheektowaga, NY 14225 |
| Mike Malota | 5364 Lake Ave. Orchard Park NY 14127 |
| Mike Wellsby | 3678 Upper Mountain Road Sanborn NY 14132 |
| Philip Heimberger | 1822 Come Park Lancaster N.Y. 14086 |
| Tom Perreault | 2340 Ward N.T. NY 14120 |
| Leonard Pittman | 92 Hagen St. Buffalo NY 14211 |
| Kurt Theisen | 2121 Shadow Ln Lakeview NY 14085 |
| Desiree Rankin | 104 Alpine Cheektowaga N.Y. 14225 |
| Jim Mehree | 7472 Boston St. Rd Hamburg N.Y. 14075 |
| Mike Furtak | 195 Tromaine Ave Kenmore NY 14217 |
| Cassandra McKinnon | 495 Hewitt Ave, Buffalo NY 14215 |
| Ray Swain | 14 Petersbrook Cir Lanc NY 14086 |
| Melinda Zdeb | 632 Plymouth Buffalo NY 14213 |
| John Sindoni | 9681 E. Holland Rd Holland NY 14080 |
| Darren P. Smith | 285 Spruce St. N. Tonawanda NY 14120 |
| Tiffany Townser | 31 Pouttney Ave Buffalo NY 14215 |
| Florine Davis | 29 Vera Ave Chck NY 14225 |
| Darwin Hunter | 125 Edward St. 3R Buffalo NY 14do |
| Wayne Collins | 105 Niagara Fall Blvd Buffalo NY 14214 |
| Paul Behm | 6705 Minick Rd Lockport NY 14094 |
| Liz Behm | 6705 Minick Rd Lockport NY 14094 |
| Erik Gademske | 223 Greenhaven Terr. Ton. N.Y. 14150 |

## Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Cundy Spears — 635 Parker

Robert Fife — 11 Allcott, Cheektowaga

Mark B Zeller — 367 Parker St Check NY