Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| Robert Grimm | 39 Pawtucket Row, Orchard Park 14127 |
| Ralph Meyer | 9337 N. Otto Rd, Cattaraugus NY 14719 |
| Mark Ranic | 185 Oakhill Dr, Hamburg NY 14075 |
| Karl Chapman | 6552 Valleyview La, Boston 14025 |
| Frederick E Brundel | 6789 Gates Dr, Derby NY 14047 |
| T.J. Ritchie | 24 E. Main St, Hamburg NY 14075 |
| Eugene McGrew | 4207 Burch Rd, Ransomville NY 14131 |
| Chance Ciraulo | 14 Hazel Court, West Seneca NY 14224 |
| Mike Steffan | 980 Holmes Rd, Silver Creek NY 14136 |
| Paul Sheppard | 125 Weyand Ave, Buffalo NY 14210 |
| Rand Miller | 2580 King Rd, Forestville NY 14062 |
| Ron Pollock | 3079 Lkpt-Olcott Rd, Newfane NY 14108 |
| James McGlochlin | 8 Ernst Ave, Buffalo NY 14201 |
| James Payne | 54 St Mary's Rd, Buffalo NY 14211 |
| Michael Wasileff | 1452 Wisconsin Rd, Evans NY 14047 |
| John A Jakubowicz | 415 McKinley, Dunkirk NY 14048 |
| David Swtala | 10354 New Oregon Rd, Eden NY 14057 |
| Terry Dolan | 19 Regalwood Dr, Orchard Park NY 14127 |
| Lawrence Gibbs | 363 Oak St, Youngstown NY 14174 |
| Herbert L. Polk | 876 Northland, Buffalo |
| John J. Kalosza | 3368 Big Tree, 14075 |
| Mark A. Boar | 3651 Milestrip, 14219 |
| Charlie Clifford | 40 Hamilton Ave, Lacka. NY 14218 |
| Donald Volk | 3721 W. River Rd, Grand Island NY 14072 |
| Anthony Cozzitorto | 84 Lake Ave, Blasdell NY 14 |
| Kelly Gaddis | 963 Ridge Rd Apt #2, Lackawanna NY 14 |
| Bill McNeil | 125 Whitehall Ave, Buffalo NY 142 |
| Matthew Scherer | 2677 Pleasant Ave, Lake View NY 14085 |

USBC-SDNY RDD
RECEIVED MAY 16 2006 USBC-SDNY RDD

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| DALE ROGERS | 32 SMITH DR. LACKAWANNA, N.Y. 14218 |
| Paul Chmura | 5964 Lakecrest Dr. Lake View, NY 14085 |
| Kevin Flaherty | 5518 Benning Rd West Fall NY 14170 |
| Scott Adamo | 11 Piolen Ave. Orchard Park NY 14127 |
| Charles Gangarossa | 328 Fawn Trail W.Seneca NY 14224 |
| Patrick Radtke | 75 Shamokin Dr. Lackawanna NY 14218 |
| Edward Gemen | 190 Laurelton Dr W. Seneca NY 14224 |
| (illegible) | 339 INGHAM AVE LACKAWANNA NY 14218 |
| (illegible) | 339 INGHM LACKWN NY (illegible) |
| (illegible) Yoshi | 1317 ALCTRIC LACKAWANNA N.Y. 14217 |
| Peter Pomaro | 127 Bullis Rd. Alden N.Y. 14004 |
| Kenneth (illegible) | 374 Two Mile Ck Rd Tonawanda N.Y. 14150 |
| Eric S. Masterson | 1148 Backus Rd. DERBY NY 14047 |
| Walter R Constantine | PO Box 37 BRANT NY 14027 |
| Cynthia Bruka | 27 Klas Ave. W.Seneca, NY 14224 |
| (illegible) | P3 T3 Sisson Hwy. Eden NY 14057 |
| Bart Kras | 11 Summit Meadow West Seneca NY 14224 |
| Sal Lauzeri | 5728 Saunders Rd. Lakeview NY 14085 |
| DEBBIE CARTER | 91 EDISON St. LACKAWANNA, NY 14218 |
| Nelson Macagni | 2916 Hillbrook Dr. EDEN N.Y. 14057 |
| Daniel Godert | 667 Center Rd W. Seneca NY 14224 |
| GARY CHENTFANT | 74 Kennedy Dr LACKA. N.Y. 14218 |
| Elvin Lopez | 3711 Saxony Pl Blasdell NY 14219 |
| Doug (illegible) | 9 Grandview Kenmore NY 14223 |
| (illegible) | 509 LAKEWOOD AMHERST NY 14226 |
| ANDY TOMELO | 11320 PRATHAM RD. EAST CONCORD, NY 14055 |
| BOB FALCONE | 5646 Coachmans Ln HAMBURG NY 14075 |
| Anthony Petruzzella | 2905 Wood Spirit Eden NY 14057 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| Brian Jarczeuski | 55 Meadowbrook Pkwy, Cheektowaga NY 14206 |
| Steve Hermann | 42 S. Bellevue Ave, Depew NY 14043 |
| Michael Zygmunt | 6816 Derby Rd, Derby NY 14047 |
| Sonny L. Chappell | 74 Church Street, Hamburg, New York 14075 |
| David A. Steffy | 1106 Fairfax Ave, Hamburg, NY 14075 |
| Denise Knoll | 2493 W. Church, Eden, NY 14057 |
| Alan P. DiFonzo | 3329 Pleasant, Hamburg NY 14075 |
| Sellah Almontaser | 46 Marilyn Dr., West Seneca, NY 14224 |
| Ken Incorvaia | 905 Jewett Holmwood Rd, East Aurora NY 14052 |
| James Ladouski | 73 Hillwood Dr., Chtg, NY 14227 |
| William Law | 149 Lake St., Hamburg, NY 14075 |
| Leslie W. Williams | 653 Loretta Street, Tonawanda, New York 14150 |
| Frank Kamberly | 112 Delton St., Tonawanda, NY 14150 |
| Jonathan White | 370 Sunset Dr., Hmbg, NY 14075 |
| D.O. LeMar | 5287 Abbott Rd., Hamburg, NY 14075 |
| Kurt Height | 679 Walden Ave, Angola NY 14006 |
| Ronnie Apolsky | 12 Ruppcrest Rd, Orch Park NY 14127 |
| Charles E. Bush | 204 Walnut St, Buffalo NY 14204 |
| Bradley S. Krull | 3450 Howard Rd Lot #72, Hamburg, NY 14075 |
| Richard G. Sweet | 1364 Peppertree Drive, Derby NY 14047 |
| Perry Tonere | 135 Leonard St, Buff 14215 |
| Anthony M. Leavy | 131 Berkshire Ave., Bflo NY 14215 |
| Dimitrius Rowell | 22 Berwyn Ave, Bflo NY 14215 |
| S. Dunn | 3101 Lakeheights Drive Apt B, Hamburg, NY 14075 |
| W. Hues | 221 Fawn Trail, West Seneca NY 14224 |
| Al Taseff | 56 Southpoint Dr, Lancaster NY 14086 |
| Myron Rusty | 10 Cedar Ridge, W. Sen. NY 14224 |
| Mike Jawuski | 164 Alabama St, Buffalo NY 14202 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| Mark V. Heury | 81 Dalton Dr. Ton |
| Robert Mullen | 191 Weston Ave |
| Mal R. Dreary | 3637 Birchwood Dr. |
| Edward A. Gleason | 17541 Springville Boston Rd |
| Arthur F. Nagel | 9139 Dyerd So. Dayton, N.Y. |
| Kevin P. Murphy | 216 Curtiss St. Cheek NY 14212 |
| Robert D. Sweeney | 55 Beech St., Lackawanna NY 14218 |
| Timothy McDaniel | 6655 Lakeshore Rd Derby NY |
| T. J. Bacon | 106 Sunset Ct, Hamburg, N.Y. 14075 |
| Paul Tomczyk | 574 West Falls Rd West Falls, NY 14107 |
| (illegible) | 151 Elmsford Dr. W. Seneca, NY 14224 |
| (illegible) | 269 Bullis Rd. W. Seneca NY 14224 |
| Mike Sanders | 7675 Eddy Rd Colden NY |
| Donald J. George | 1644 Elton Rd Franklinville NY 14737 |
| Joseph Schulze | 76 Oakwood Dr. Chtg. 14227 |
| Mike Delaney | 73 Candy Lane Orchard Pk NY 14127 |
| Joseph R. Tomlinson Jr | 6458 Taylor Rd Hamburg NY |
| Gary Hildebrandt | 3588 James Ave Blasdell N.Y. |
| (illegible) | 6829 Prescott Dr Derby NY |
| Kevin Owen | 103 Florida St Buffalo NY 14220 |
| Charles (illegible) | Keller Rd Eden NY |
| Joseph Lewis | 5552 Rogers Rd Hamburg NY |
| Anthony Stornelli | 238 Hillside Ave. O.P. NY 14127 |
| Larry Lucas | 10642 Alleghany Rd Darien Center NY 14040 |
| (illegible) | 95 Hi View West Seneca NY 14224 |
| Rick Beller | 8692 East Eden Eden NY 14057 |
| Michael Adamski | 7826 States Rd Colden NY 14033 |
| Dennis Jozwiak | 4123 Ridgefield Terrace Hamburg NY 14075 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| Katherine L. Szymkowiak | 3414 McKinley Pkwy. #10, Blasdell, N.Y. 14219 |
| Ginger Rothen | 4547 Lewis Drive, Hamburg, N.Y. 14075 |
| Susan Slye | 1989 Swann Rd, Ransomville, N.Y. 14131 |
| N. A. Bennett | 13 Carlton Dr., Orchard Park, NY 14127 |
| Susan Babcock | 3690 Old Lakeview Rd, Hamburg, N.Y. 14075 |
| Cynthia A. Wallace | 82 Monticello Pl., Buffalo NY 14214 |
| Richard Leonard | 6963 Pinnon Dr, Derby, NY 14047 |
| Almeda Taylor | 1570 Jefferson Avenue, Buffalo, NY 14208 |
| Chris Hughes | 119 Gerald, Buffalo, NY 14215 |
| Jane Andrzejewski | 68 Miller, No. Tonawanda, NY 14120 |
| Ken Koren | 3779 South Park Ave., Blasdell, N.Y. 14219 |
| Robert James Jr. | 100 Baker Blvd, Buffalo N.Y. 14211 |
| James Miller | 650 Clinton St, Buffalo NY 14210 |
| David Smith | 6728 E. Eden Rd, Hamburg 14075 |
| David Farris | 3946 Alsace Pl., Hamburg 14219 |
| C.F. Siracuse | 9038 Joyce Ln., Angola N.Y. 14006 |
| F. Ransbury | 2318 Winterburry Dr, Lake View 14085 |
| Marc Winkelman | 101 Browning Dr, Hamburg NY 14075 |
| C Leon B | Eden N.Y. 14057 |
| P Mitchell | 1929 Webb, GI, NY 14072 |
| D Wilson | 1568 Overhead Rd, Derby NY 14047 |
| Sandra J. Wilczak | 715 Lakshin Rd, Derby, NY 14047 |
| Lynn Euler | 800 Deerfield Dr, N Tonawanda 14120 |
| Pat Lisinski | 5042 Richmond, Blasdell 14219 |
| Sandra Murphy J. | 671 Mineral Springs Rd, W. Sen. 14224 |
| Mary Jane Myers | 44 Minter St, Bflo N.Y. 14210 |
| M. Ritto | 258 Barton St, Buffalo NY 14213 |
| J. Craddock | 5439 Murphy Rd, OP NY 14127 |

Honorable Judge Robert D. Drain,

We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Elaine M. Amone  6158 Vermont Hill Rd. S Wales NY 14139
Basilea Alasa  329 Ingham Ave Lackawanna N.Y. 14218
Pat Gavin  127 Center St Hamburg, NY 14075
Ronald L. D'Andrea  7951 Reserve Rd Buffalo, NY 14224
Emil A. Delgado  3629 Blair Ct. Blasdell, NY 14219
George Poole  63 Seminole Pwy Buffalo NY 14210
Philip D. Kumiega  4775 Bayview Rd Hamburg NY 14075
John S. Mentlewski  8572 Fairview Terr. Colden N.Y. 14033
Michael P Smith  1225 Peppertree Dr. Derby NY 14047

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Signature | Address |
|---|---|
| Nea Weiss | 152 Crestwood, Lockport 14094 |
| Michael Jaurasko | 263 Colton Ave, Lock. N.Y. |
| Peter (?) | 8743 Elizabeth, Eden N.Y. 14057 |
| (?) | 401 Meadow Dr. W.S. NY 14224 |
| (?) | 4 Bowlam, Blo NY 14211 |
| Joseph Karl | 6 Vincent St Lacka N.Y. 14218 |
| Dan (?) | 4591 Southwestern Blvd Hamburg NY 14075 |
| Mark (?) | 2989 Second St Eden NY 14057 |
| Larry Stiller | 114 Bronx Dr. Cheek. NY 14227 |
| S. Almadrahi | 56 Lehigh Ave Lack NY 14218 |
| (?) | 6602 E Eden Rd Hamburg NY 14075 |
| (?) | 78 Lyndotte Ct Cheektowaga N.Y. 14227 |
| Bruce M. Campbell | 7112 Curriers Rd Arcade, NY 14009 |
| LeMoyne Hill | 66 Watson St. Buffalo, N.Y. 14206 |

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

Denise Mayer  135 Whitehall Ave. Buffalo 14220
Leandel A Cordero  25 Pleasant Ave Hamburg NY 14075
Terry R Johnson  110 Wright Ave Buffalo NY 14215
Emilio Bann  6086 Benning Rd West Falls NY 14170
At MCC  262 Berkshire Buffalo 14215
Fred S. Whiteside Jr.  37 Longfield Dr. Buff N.Y. 14215
Mark Schwepfler  175 Schultz Rd West Seneca, NY 14224
Sharon Frank  3650 Dartmouth St Hamburg NY 14075
Gary Wagner  4106 Loring Ave. Blasdell N.Y. 14219
James P. Karalus  PO Box 11 Brocton NY 14716

Honorable Judge Robert D. Drain,

    We, the undersigned, want you to know that we will be forever impacted by the decision you will be making regarding Delphi's request to reject its labor contracts. You should also be aware that we are only a small representation of those whose fates will be determined by the outcome of this case. It is estimated that for every one worker in the automotive industry, there are seven others in relative fields who are dependent upon the industry's health, not to mention the labor force in general. Please weigh your decision carefully.

| Name | Address |
|---|---|
| Ann-Marie Setlock | 297 Collins Ave |
| Mark Sacilowski | " " |
| Gary Czajka | 220 Diane Dr |
| Joseph Ruminski | 32 Marion |
| Joan M Flash | 48 Wendover Ave |
| Patsy Karnyth | 111 Tops Parking |
| Patricia Parrish | 98 Somerville Ton. |
| Robert Parrish | 98 Somerville |
| Michelle Giardina | 5468 Bradlewood Lane |
| Ken Ryszkiewicz | 30 N. Transit Hill |
| Brad Carner | 109 Wood Ave |
| John Burke | 83 S. Irwinwood Lang |
| John Quattrini | 342 Grayton Rd. Ton |
| [illegible] | 276 Collins Ave |
| Michael Papa | 129 South Union Rd. Williamsville |
| [illegible] | 75 West Woodside Ave Bflo NY 14220 |
| Richard Zolman | 204 Evane Dr, Depew |
| Mike Decker | 111 W Clinton [illegible] |
| Angela Smith | 102 Alsace St, Buffalo NY 14220 |
| Anthony Marchese | 98 Somerville |