# UNITED STATES BANKRUPTCY COURT FOR
## NEW YORK SOUTHERN BANKRUPTCY COURT

| | |
|---|---|
| In re:  Delphi Automotive Systems LLC <br><br><br><br> Debtor. | Chapter 11<br>Case Nos.  05-44481<br><br>Claim No. <br><br>**AMENDED** |

## NOTICE OF TRANSFER OF CLAIM

## PURSUANT TO FRBP RULE 3001(e)(1)

1.  TO:    **UNIVERSAL BEARINGS INC** _____ ("Transferor")

   [TRANSFEROR NAME & ADDRESS]

   *P O Box 38*

   _____

   **BREMEN, IN 46506-2016** _____

2.    Please take notice of the transfer of $ *589,059.76* of your claim referenced above, together with all applicable interest, fees and expenses related thereto (the "Transferred Claim")

   Transfer $ *589,059.76* to:

   **Madison Investment Trust - Series 38** _____ ("Transferee")

   [TRANSFEREE NAME & ADDRESS]

   **6310 Lamar Avenue, Suite 120** _____

   **Overland Park, KS        66202** _____

   No action is required if you do not object to the transfer of your claim.

   _Sally Meyer_

   Sally Meyer

   Madison Liquidity Investors, LLC.

   (800) 896-8913