UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK               X

In re:                                               Chapter 11
DELPHI CORPORATION, et al.,                          Case No. 05-44481
                                                     (Jointly Administered)
                        Debtors.
_____X

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO F.R.B.P. RULE 3001(e)(1)

Transferor:    Business Systems & Consultants Inc.
               PO Box 360657
               Birmingham, AL 35236-0657
               Attn: Rick Romano

Transferee:    Kardex Systems Inc.
               25 Industrial Blvd
               Paoli, PA  19301
               Attn: Geoffrey Amrine

A transfer of all right, title and interest in and to the schedule amount held by Business Systems & Consultants Inc. (the "Transferor") in the amount of **$134,225.00** against **Delphi Automotive Systems LLC** and its affiliates.

No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**

    United States Bankruptcy Court
    Alexander Hamilton Custom House
    Attn: Bankruptcy Clerk
    One Bowling Green
    New York, NY 10004-1408

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
    Refer to INTERNAL CONTROL No. _____ in your objection.
    If you file an objection, a hearing will be scheduled.

IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.
_____

FOR CLERK'S OFFICE USE ONLY:

This notice was mailed to the first party, by first class mail, postage prepaid on _____, 2006.
INTERNAL CONTROL NO. _____
Copy:   (check) Claims Agent_____   Transferee_____   Debtor's Attorney _____

                                            _____
                                            Deputy Clerk



**Business Systems & Consultants, Inc.**

P.O. Box 360657 / Birmingham, Alabama 35236-0657 / (205) 988-3300 / Fax (205) 985-9510 / http://www.bscsolutions.com

Kardex Systems, Inc.                                May 18, 2006
25 Industrial Blvd.
Paoli, PA 19301
Attn: Geoffrey Amrine

Re:   Delphi Automotive Systems, Inc.

Dear Geoffrey:

There appears to be an error on the Schedules of Liabilities (the "Schedules") of Delphi Automotive Systems, Inc. ("Delphi"). While the Schedules show that Delphi believes it owes Business Systems & Consultants, Inc. ("BSC") $134,225 (the "Claim"), our books and records indicate that Delphi owes Kardex Systems Inc. ("Kardex") $134,225 and that the Claim belongs to Kardex.

Accordingly, BSC wishes to confirm the following to Kardex:

(i)   It is the belief of BSC, based on its business relationship with Kardex and Delphi, that the amount listed on the Schedules, $134,225, is not actually owed to BSC, but is in fact owed to Kardex;

(ii)  BSC grants to Kardex and its assignee, Contrarian Funds LLC ("Contrarian"), full authority to take any actions necessary in connection with correcting Delphi's records; and

(iii) BSC also grants to Kardex and Contrarian full authority to enforce any and all rights in connection with the Claim, including, without limitation, filing a proof of claim against Delphi, referencing BSC.

Very truly yours,

BUSINESS SYSTEMS & CONSULTANTS, INC.

By: /s/ Rick Romano
Rick Romano
President

BIRMINGHAM • HUNTSVILLE • PENSACOLA • MONTGOMERY • TENNESSEE

KL2:2446314.1