**OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.**
230 Park Avenue
New York, New York 10169
Tel: (212) 661-9100
Fax: (212) 682-6104
Scott L. Hazan (SH-0650)
Stanley L. Lane (SL-8400)

Attorneys for Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken & Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL VERIFIED STATEMENT OF OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C. PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Otterbourg, Steindler, Houston & Rosen, P.C. ("OSH&R"), respectfully submits this supplemental verified statement (the "Supplemental Statement") pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure concerning its representation of multiple parties-in-interest in the above-captioned cases (the "Debtors").

1.  This Supplemental Statement supplements and incorporates OSH&R's original Verified Statement pursuant to Rule 2019(a) of the Federal Rules of Bankruptcy Procedure concerning its representation of multiple parties-in-interest in the above-captioned cases verified on November 28, 2005 and filed with the Bankruptcy Court on November 28, 2005 (the "Original Statement").

620683.2

2.   In addition to the clients listed in the Original Statement, OSH&R is also counsel to Milliken & Company ("Milliken"). Milliken is located at 1045 Sixth Avenue, New York, New York 10018. Milliken is a supplier to certain of the Debtors and has retained OSH&R to represent its interests in the above-captioned cases. OSH&R was retained by Milliken in this particular matter after the petition date.

3.   OSH&R's representations of Milliken, Sharp Electronics Corporation and Sony Electronics, Inc. are separate and concern claims and interests of different origins of different creditors.

4.   Based upon the information available to me, OSH&R does not hold any claim against the Debtors. OSH&R reserves the right to amend or supplement this Supplemental Statement.

Dated: New York, New York
       May 22, 2006

OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.

By:   /S/ Scott L. Hazan
      Scott L. Hazan, Esq. (SH-0650)
      230 Park Avenue
      New York, New York 10169
      (212) 661-9100

Attorneys for Sharp Electronics Corporation, Sony Electronics, Inc. and Milliken Company