OTTERBOURG, STEINDLER, HOUSTON
& ROSEN, P.C.
230 Park Avenue
New York, New York 10169
(212) 661-9100
Scott L. Hazan, Esq. (SH- 0650)
Stanley L. Lane (SL-8400)
Melissa A. Hager, Esq. (MH-0900)
Attorneys for Sharp Electronics Corporation,
Sony Electronics, Inc., and Milliken & Company

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, et al. | Case No. 05-44481 |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy the Supplemental Verified Statement of Otterbourg, Steindler, Houston & Rosen, P.C. Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedures was filed electronically this 22nd day of May, 2006 and the copies of the foregoing were sent to the following parties:

Kayalyn A. Marafioti, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
Four Times Square
New York, NY 10036

John Wm. Butler, Esq.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
333 West Wacker Drive
Suite 2100
Chicago, IL 60606

Sean P. Corcoran
Karen J. Craft
DELPHI CORPORATION
5725 Delphi Drive
Troy, MI 48098

Kenneth S. Ziman, Esq.
Robert H. Trust, Esq.
Willim T. Russell, Jr., Esq.
SIMPSON THATCHER & BARLETT LLP
425 Lexington Avenue
New York, NY 10017

697280.1

| | |
|---|---|
| Mark Broude, Esq.<br>Robert J. Rosenberg, Esq.<br>LATHAM & WATKINS<br>885 Third Avenue<br>New York, NY  10022-4802 | Alicia M. Leonhard, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE<br>33 Whitehall Street<br>Suite 2100<br>New York, NY  10004 |
| Donald Bernstein, Esq.<br>DAVID POLK & WARDELL<br>450 Lexington Avenue<br>New York, NY  10017 | Douglas Bartner, Esq.<br>Jill Frizzley, Esq.<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY  10022 |
| Daniel D. Doyle, Esq.<br>Nicholas Franke, Esq.<br>SPENCER FANE BRITT & BROWNE LLP<br>1 North Brentwood Boulevard<br>Tenth Floor<br>St. Louis, MO  63105 | Albert Togut, Esq.<br>TOGUT, SEGAL & SEGAL LLP<br>One Penn Plaza<br>Suite 3335<br>New York, NY  10019 |
| Michael D. Warner, Esq.<br>WARNER STEVENS, LLP<br>1700 City Center Tower II<br>301 Commerce Street<br>Fort Worth, TX  76102 | Frank L. Gorman, Esq.<br>Robert B. Weiss, Esq.<br>HONIGMAN MILLER SCHWARTZ and COHN LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3583 |
| Brad Eric Sheler, Esq.<br>Bonnie Steingart, Esq.<br>Vivek Melwani, Esq.<br>Jennifer L. Rodburg, Esq.<br>Richard J. Silvinski, Esq.<br>FRIED, FRANK, HARRIS, SHRIVER & JACOBSON<br>One New York Plaza<br>New York, NY  10004 | |

Dated: New York, New York
        May 22, 2006

                                    /S/ Melissa A. Hager
                                    Melissa A. Hager, Esq.

697280.1