**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X
In re:                                                                                  In Proceedings For A
                                                                                               Reorganization Under
      **DELPHI CORPORATION, et al,**                                 Chapter 11
                                                                                                Case No.: 05-44481
                                                                                                Jointly Administered
    Delphi Automotive Systems LLC                              Case No.: 05-44640
                             Debtors.
---------------------------------------------------------------------X

NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$121,162.50** from:

        Hanson Mold division of Hanson International (Transferor)
        3500 Hollywood Rd.
        St Joseph, MI 49085
        Attention: Mr. Tom Crossman

is acknowledged.  By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim.  Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                                                       Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                                _____
                                                                                         Deputy Clerk