# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

In re:                                       In Proceedings For A
                                             Reorganization Under
**DELPHI CORPORATION, et al,**               Chapter 11
                                             Case No.: 05-44481
                                             Jointly Administered
    Delphi Automotive Systems LLC      Case No.: 05-44640
                    Debtors.

---------------------------------------------------------------------X

## NOTICE RE TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e)(1)

To: (Transferee)

        Amroc Investments, LLC
        535 Madison Avenue, 15th Floor
        New York, New York 10022
        Attention: David S. Leinwand, Esq.

A transfer in the amount of **$71,858.75** from:

        United Plating Inc. (Transferor)
        PO Box 2046
        Huntsville, AL 35804
        Attention: Mr. Jim Butler

is acknowledged. By filing pursuant to Rule 3001 (e)(1), you affirm that you have searched the official claims register and that the transferor has not previously filed a proof of claim. Refer to INTERNAL CONTROL NUMBER _____ in any further correspondence relative to this transfer.

                                                                    Clerk of the Court

FOR CLERK'S OFFICE USE ONLY:
This notice was mailed to the first named party, by first class mail, postage prepaid on _____, 2004.
Copy: Debtor's Attorney _____
Claims Agent _____

                                                                 Deputy Clerk