KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
Edward M. Fox, Esq. (EF1619)
599 Lexington Avenue
New York, NY 10022
(212) 536-3900

Attorneys for Wilmington Trust Company,
as Indenture Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                              :     Chapter 11
                                                                         :
DELPHI CORPORATION, et al.,                             :     Case No. 05-44481 (RDD)
                                                                         :
                                  Debtors.                          :     (Jointly Administered)
                                                                         :
                                                                         :     **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------x


STATE OF NEW YORK         )
                                              )ss.:
COUNTY OF NEW YORK    )


    Elaine Fera, being duly sworn, deposes and says:


    1.    I am an employee of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, am over 18 years of age and am not a party to this action.


    2.    On May 18, 2006, I served true copies of the Notice of Appeal by United States first class mail upon the parties on the attached service list by placing same in properly addressed, postage prepaid envelopes and depositing said envelopes in a receptacle maintained

NY-#392554-v1

2

by the United States Post Office for such purpose located in on the northeast corner of East 53rd

Street and Lexington Avenue, New York, New York.

                                                  */s/ Elaine Fera*
                                                  Elaine Fera

Sworn to before me this
23rd day of May, 2006

    *Joyce M. Smith*
    Notary Public
Notary Public, State of New York
No. 01SM6091035
Qualified in Suffolk County
Commission Expires April 21, 2007

## DELPHI SERVICE LIST

| | |
|---|---|
| John Wm. Butler, Jr., Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>333 West Wacker Drive, Suite 2100<br>Chicago, IL  60606-1285 | Kayalyn A. Marafioti, Esq.<br>Skadden, Arps, Slate,<br>Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 |
| Babette, A. Ceccotti, Esq.<br>Cohen, Weiss and Simon LLP<br>330 West 42nd Street<br>New York, NY  10036 | Niraj R. Ganatra, Esq.<br>International Union, UAW<br>8000 East Jefferson Avenue<br>Detroit, MI  48214 |
| Martin J. Bienenstock, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY  10153-0119 | Robert B. Weiss, Esq.<br>Honigman Miller<br>Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI  48226-3506 |
| Glenn M. Kurtz, Esq.<br>White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY  10036-2787 | Thomas E. Lauria, Esq.<br>White & Case LLP<br>Wachovia Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL  33131 |
| Robert J. Rosenberg, Esq.<br>Latham & Watkins LLP<br>885 Third Avenue<br>New York, NY  10022-4802 | Robert Stark, Esq.<br>Brown Rudnick Berlack Israels LLP<br>Seven Times Square<br>New York, NY  10036 |
| Peter J. Antoszyk, Esq.<br>Brown Rudnick Berlack Israels LLP<br>One Financial Center<br>Boston, MA  02111 | Lowell Peterson, Esq.<br>Meyer, Suozzi, English & Klein, P.C.<br>1350 Broadway, Suite 501<br>New York, NY  10018 |

NY-#392554-v1