United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,088.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

MANUFACTURES BRUSH CORP
69 KING ST
DOVER, NJ 07801

The transfer of your claim as shown above in the amount of $1,088.00 has been transferred to:

       Liquidity Solutions, Inc.
       Dba Revenue Management
       One University Plaza
       Suite 312
       Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

       By:/s/ Chris Oh
       Liquidity Solutions, Inc.
       dba Revenue Management
       (201) 968-0001

798408

201-968-0001

---------------------------------------------- (CUT HERE) ----------------------------------------------
**TRANSFER NOTICE**

MANUFACTURES BRUSH CORP ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the MANUFACTURES BRUSH CORP Claims of Assignor in the aggregate amount of **$1,088.00** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 4TH day of May, 2006

MANUFACTURES BRUSH CORP

_(Signature)_

Richard Drewitt, President
(Print Name and Title)

REVENUE MANAGEMENT

_(Signature)_

Chris Oh
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
MANUFACTURES BRUSH CORP

798408