Hearing Date and Time: June 16, 2006 at 10:00 a.m.
Objection Deadline: June 9, 2006 at 4:00 p.m.

PENSION BENEFIT GUARANTY
CORPORATION
Jeffrey B. Cohen, Chief Counsel
Israel Goldowitz, Deputy Chief Counsel
Karen L. Morris, Associate Chief Counsel (KM-5709)*
Ralph L. Landy, Attorney (RL-6162)*
Joan Segal, Attorney
Richard V.S. Luna, Attorney*
Office of Chief Counsel
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
Tel:  (202) 326-4020
Fax: (202) 326-4112

KELLEY DRYE & WARREN LLP
Eric R. Wilson (EW-4320)
101 Park Avenue
New York, NY 10178
Tel:  (212) 808-7800
Fax: (212) 808-7897

KELLEY DRYE & WARREN LLP
Joseph A. Boyle (JB-5036)
200 Kimball Drive
Parsippany, NJ 07054
Tel:  (973) 503-5920
Fax: (973) 503-5930

Attorneys for Pension Benefit Guaranty
Corporation

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| DELPHI CORPORATION, *et al.*, | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING ON THE MOTION TO APPROVE STIPULATION AND ORDER ALLOWING PENSION BENEFIT GUARANTY CORPORATION TO FILE CONSOLIDATED CLAIMS UNDER ONE CASE NUMBER

PLEASE TAKE NOTICE that on May 23, 2006, Pension Benefit Guaranty Corporation ("PBGC") and its undersigned counsel, Kelley Drye & Warren LLP, filed a Motion to Approve Stipulation and Order Allowing Pension Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number (the "Motion") with the United States Bankruptcy

---

* Admitted *pro hac vice.*

Court for the Southern District of New York, which will permit PBGC to file consolidated proofs of claim in the above-captioned jointly-administered proceedings under the case caption *In re Delphi Corporation, et al.*, Case No. 05-4481 (RDD).

A HEARING ON THE MOTION WILL BE HELD ON June 16, 2006 at 10:00 a.m. Prevailing Eastern Time before the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York 10004-1408, or as soon thereafter as counsel may be heard (the "Hearing").

PLEASE TAKE FURTHER NOTICE that responses or objections to the Motion, if any, must (a) be set forth in writing describing the basis therefor, (b) comply with the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the Southern District of New York, and the Sixth Supplemental Order Under 11 U.S.C. §§ 102(1) and 105 and Fed. R. Bankr. P. 2002(m), 9006, 9007, and 9014 Establishing Omnibus Hearing Dates and Certain Notice, Case Management, and Administrative Procedures (the "Sixth Supplemental Case Management Order") (Docket No. 3730), (c) be filed with the Bankruptcy Court in accordance with General Order M-242 (as amended by General Order M-269) – registered users of the Bankruptcy Court's case filing system must file electronically, and all other parties-in-interest must file on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format), (d) be submitted in hard-copy form directly to the chambers of the Honorable Robert D. Drain, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York 10004-1408 and (e) be served upon (i) Delphi Corporation, 5725 Delphi Drive, Troy, Michigan 48098 (Attn.: General Counsel), (ii) counsel for the above-

captioned debtors (the "Debtors"), Skadden, Arps, Slate, Meagher & Flom LLP, 333 West Wacker Drive, Suite 2100, Chicago, Illinois 60606 (Attn.: John Wm. Butler, Jr.) and Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10178 (Attn.: Kayalyn A. Marafioti), O'Melveny & Myers LLP, 1625 Eye Street, N.W., Washington, DC 20006 (Attn.: Tom A. Jerman), Groom Law Group, Chartered, 1701 Pennsylvania Avenue, N.W., Washington, DC 20006 (Attn.: Lonie Hassel), (iii) PBGC, 1200 K Street, N.W., Suite 340, Washington, D.C. 20005-4026 (Attn.: Karen L. Morris and Joan Segal), (iv) counsel for PBGC, Kelley Drye & Warren LLP, 200 Kimball Drive, Parsippany, NJ 07054 (Attn.: Joseph A. Boyle) and Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn.: Eric R. Wilson), (v) counsel for the agent under the Debtors' prepetition credit facility, Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, New York 10017 (Attn.: Kenneth S. Ziman), (vi) counsel for the agent under the postpetition credit facility, Davis Polk & Wardwell, 450 Lexington Avenue, New York, New York 10017 (Attn.: Marlane Melican), (vii) counsel for the Official Committee of Unsecured Creditors, Latham & Watkins LLP, 885 Third Avenue, New York, New York 10022 (Attn.: Robert J. Rosenberg and Mark A. Broude), and (viii) the Office of the United States Trustee for the Southern District of New York, 33 Whitehall Street, Suite 2100, New York, New York 10004 (Attn.: Alicia M. Leonhard), in each case **so as to be received no later than 4:00 p.m. (Prevailing Eastern Time) on June 9, 2006 (the "Objection Deadline")**.

PLEASE TAKE FURTHER NOTICE that only those objections made as set forth herein will be considered by the Bankruptcy Court at the Hearing. If no objections to the Motion are timely filed and served in accordance with the procedures set forth herein, the Bankruptcy Court may enter an order granting the Order without further notice.

Dated: New York, New York
May 23, 2006

KELLEY DRYE & WARREN LLP

By: /s/ Eric R. Wilson
    Eric R. Wilson (EW-4320)
101 Park Avenue
New York, NY 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

KELLEY DRYE & WARREN LLP
Joseph A. Boyle (JB-5036)
200 Kimball Drive
Parsippany, NJ 07054
Tel: (973) 503-5920
Fax: (973) 503-5930

Attorneys for Pension Benefit Guaranty Corporation

4