**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:                                          )
                                                )    Chapter 11
        DELPHI AUTOMOTIVE SYSTEMS, LLC,         )    Case No. 05-44481
A wholly owned subsidiary of DELPHI CORP.       )
                                Debtor.         )    Schedule No. 1614385

**NOTICE OF TRANSFER OF CLAIM**
**PURSUANT TO BANKRUPTCY RULE 3001(e) (1)**

To:     Transferor:     Hilite International
                        PO Box 73342
                        Cleveland, OH 44193
                        Attention: Michael Kestner

**Your total general unsecured claim against the Debtor, known as Schedule Number 1614385 in the amount of $509,488.17 has been transferred to:**

Transferee:             SPCP GROUP, L.L.C.
                        2 Greenwich Plaza
                        Greenwich, CT  06830
                        Attention: Brian Jarmain

        No action is required if you do not object to the transfer of your claim.  However, IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, WITHIN 20 DAYS OF THE DATE OF THIS NOTICE, YOU MUST:

- **FILE A WRITTEN OBJECTION TO THE TRANSFER with:**
        Clerk of the Court
        United States Bankruptcy Court for the
        Southern District of New York
        One Bowling Green
        New York, NY  10004

- **SEND A COPY OF YOUR OBJECTION TO THE TRANSFEREE:**
        Refer to INTERNAL CONTROL No. _____ in your objection.
        If you file an objection, a hearing will be scheduled.

**IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

                                        _____
                                                Clerk of the Court

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the first named party, by first class mail, postage prepaid, on _____, 2004.
INTERNAL CONTROL NO. _____
Copy:  (check) Claims Agent_____    Transferee _____    Debtor's Attorney _____

                                        _____
                                                Deputy Clerk

## EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HILITE INTERNATIONAL. INC. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **SPCP GROUP, L.L.C.,** as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd., ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of $509,488.17 (the "Assigned Claim"). against Delphi Automotive Systems, LLC, a wholly-owned subsidiary of Delphi Corp. ("Debtor"), the debtor-in-possession in Case No.05-44481 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands. and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on April 21, 2006.

HILITE INTERNATIONAL, INC.

By: _____
Name: Michael T. Kestner
Title:  Chief Financial Officer

In re: DELPHI AUTOMOTIVE SYSTEMS LLC Debtor, Case No. 05-44640        Entity #39

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT, UNLIQUIDATED DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|
| 1131231 - 10007946<br>HIGGINS SHARON<br>(Address on File) | WORKERS COMPENSATION | Contingent, Disputed, Unliquidated | Unknown |
| 1614355 - 10398617<br>HIGH VOLTAGE MAINTENANCE EFT CORP<br>PO BOX 73974<br>CHICAGO    IL   606737974 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $29,541.65 |
| 1614357 - 10398618<br>HIGHER GROUND PRINTER SERVICES | ACCOUNTS PAYABLE | | $483.00 |
| 1614362 - 10404514<br>HIGHLAND INDUSTRIES INC<br>629 GREEN VALLEY RD STE 300<br>GREENSBORO   NC   27408 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1614363 - 10404708<br>HIGHLAND MANUFACTURING CO<br>PO BOX 75711<br>CHICAGO    IL   606755711 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $0.00 |
| 1614367 - 10398619<br>HIGHLAND TRANSPORT<br>2815 14TH AVE<br>MARKHAM    ON   L3R 0H9<br>CANADA | ACCOUNTS PAYABLE | | $54,242.32 |
| 1017704 - 10005789<br>HILBERT VIRGINIA<br>(Address on File) | WORKERS COMPENSATION CLAIM NUMBER: 70105799 | Contingent, Disputed, Unliquidated | Unknown |
| 1614381 - 10398620<br>HILER INDUSTRIES<br>PO BOX 639<br>LAPORTE    IN   46352 | ACCOUNTS PAYABLE | | $62,235.98 |
| 1614385 - 10398621<br>HILITE INTERNATIONAL<br>PO BOX 73342<br>CLEVELAND   OH   44193 | ACCOUNTS PAYABLE | Disputed, Unliquidated | $509,488.17 |
| 1614387 - 10398622<br>HILL & KNOWLTON AUSTRALIA PTY<br>C 12 338 PITT ST SYDNEY<br>NSW 2000<br>AUSTRALIA | ACCOUNTS PAYABLE | | $114,828.73 |
| 1614389 - 10398623<br>HILL & KNOWLTON BRAZIL<br>RUE ANDRE AMPERE<br>34 8 ANDAR BROOKLIN<br>CEP 04568 080 SAO PAULO SP<br>BRAZIL | ACCOUNTS PAYABLE | | $16,490.21 |
| 1017739 - 10005790<br>HILL CLARENCE<br>(Address on File) | WORKERS COMPENSATION CLAIM NUMBER: 05-876404 | Contingent, Disputed, Unliquidated | Unknown |