| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>Jeffrey B. Cohen, Chief Counsel<br>Israel Goldowitz, Deputy Chief Counsel<br>Karen L. Morris, Associate Chief Counsel (KM-5709)[*]<br>Ralph L. Landy, Attorney (RL-6162)[*]<br>Joan Segal, Attorney<br>Richard V.S. Luna, Attorney[*]<br>Office of Chief Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Tel:  (202) 326-4020<br>Fax:  (202) 326-4112 | KELLEY DRYE & WARREN LLP<br>Eric R. Wilson (EW-4320)<br>101 Park Avenue<br>New York, NY 10178<br>Tel:  (212) 808-7800<br>Fax:  (212) 808-7897<br><br>KELLEY DRYE & WARREN LLP<br>Joseph A. Boyle (JB-5036)<br>200 Kimball Drive<br>Parsippany, NJ 07054<br>Tel:  (973) 503-5920<br>Fax:  (973) 503-5930<br><br>Attorneys for Pension Benefit Guaranty Corporation |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DELPHI CORPORATION, *et al.*, | ) | Case No. 05-44481 (RDD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE [Docket No. 3880]**

On May 24, 2006, I caused to be served the Notice of Hearing and the Motion to Approve Stipulation and Order Allowing Pension Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number upon all those parties listed on the Master Service List and the 2002 Service List as maintained by Kurtzman Carson Consultants LLC.  Service was made by United States First Class Mail.

*/s/ Benjamin Blaustein*
Benjamin Blaustein

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 110178
212-808-7800

Attorneys for Pension Benefit Guaranty Corporation

---

[*]Admitted *pro hac vice*

NY01/VICIM/1105422.1