UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| DELPHI CORPORATION, INC., et al., | Case No. 05-44481 (RDD) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, Robert V. Sartin, a member in good standing of the bar in the Commonwealth of Kentucky and the U.S. District Courts for the Eastern and Western Districts of Kentucky, request admission, pro hac vice, before the Honorable Robert D. Drain, to represent Toyota Motor Engineering & Manufacturing North America, Inc., for itself, its affiliates and subsidiaries and each of its North American manufacturing companies, a creditor and party in interest in the above referenced case.

My address is as follows:

> Robert V. Sartin, Esq.
> Frost Brown Todd LLC
> Lexington Financial Center
> 250 West Main, Suite 2700
> Lexington, KY  40507
> Tel.:  (859) 231-0000
> Fax:  (859) 231-0011
> E-mail: rsartin@fbtlaw.com

I agree to pay the fee of $25.00 upon approval by the Court admitting me to practice pro hac vice.

Dated: May 19, 2006

                                   Respectfully submitted,

                                   /s/ Robert V. Sartin
                                   Robert V. Sartin, Esq.
                                   Frost Brown Todd LLC
                                   Lexington Financial Center
                                   250 West Main, Suite 2700
                                   Lexington, KY  40507
                                   Tel.:  (859) 231-0000
                                   Fax:  (859) 231-0011
                                   E-mail: rsartin@fbtlaw.com

LEXLibrary 0110257.0541667  298765v.1