United States Bankruptcy Court
For the Southern District of New York

| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,457.00 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**QUALITY LABS OF OHIO**
**851 MILL ST**
**HAMILTON, OH 45013**

The transfer of your claim as shown above in the amount of $1,457.00 has been transferred to:

    Liquidity Solutions, Inc.
    Dba Revenue Management
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

    By:/s/ Chris Oh
    Liquidity Solutions, Inc.
    dba Revenue Management
    (201) 968-0001

798509

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSFER NOTICE**

QUALITY LABS OF OHIO ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the QUALITY LABS OF OHIO Claims of Assignor in the aggregate amount of **$1,457.00** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the _15_ day of _May_, 2006

QUALITY LABS OF OHIO

_____(Signature)_____
Don Price  President
(Print Name and Title)

REVENUE MANAGEMENT

_____(Signature)_____
Chris O4
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
QUALITY LABS OF OHIO
798509