United States Bankruptcy Court
For the Southern District of New York

| | |
|---|---|
| DELPHI AUTOMOTIVE SYSTEMS LLC | } Chapter 11 |
| | } |
| | } Case No. |
| | } 05-44640 |
| Debtor | } Amount $1,909.98 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**RAYSE SA DE CV
CALLE 2 N 104
ZONA INDUSTRIAL JURICA
QUERETARO QRO, 76100**

The transfer of your claim as shown above in the amount of $1,909.98 has been transferred to:

Liquidity Solutions, Inc.
Dba Revenue Management
One University Plaza
Suite 312
Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

By:/s/ Chris Oh
Liquidity Solutions, Inc.
dba Revenue Management
(201) 968-0001

798616

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - (CUT HERE) - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**TRANSFER NOTICE**

RAYSE SA DE CV ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI AUTOMOTIVE SYSTEMS LLC** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the RAYSE SA DE CV Claims of Assignor in the aggregate amount of **$1,909.98** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44640, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the __11__ day of __MAY__, 2006

RAYSE SA DE CV
_____
(Signature)
FRANCISCO ANTON GABELICH
(Print Name and Title)
GENERAL MANAGER.

REVENUE MANAGEMENT
_____
(Signature)
Chris O4
(Print Name of Witness)

DELPHI AUTOMOTIVE SYSTEMS LLC
RAYSE SA DE CV
798616