United States Bankruptcy Court
For the Southern District of New York

| DELPHI MEDICAL SYSTEMS COLORADO CORP | } Chapter 11 |
|---|---|
| | } |
| | } Case No. |
| | } 05-44507 |
| Debtor | } Amount $1,041.65 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

**RODAK PLASTICS**
**31721 KNAPP ST**
**HAYWARD, CA 94544**

The transfer of your claim as shown above in the amount of $1,041.65 has been transferred to:

        Liquidity Solutions, Inc.
        Dba Revenue Management
        One University Plaza
        Suite 312
        Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                      By:/s/ Mike Richards
                                      Liquidity Solutions, Inc.
                                      dba Revenue Management
                                      (201) 968-0001

                                                                 805169

------------------------------------------------(CUT HERE)------------------------------------------------
**TRANSFER NOTICE**

RODAK PLASTICS ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI MEDICAL SYSTEMS COLORADO CORP** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the RODAK PLASTICS Claims of Assignor in the aggregate amount of **$1,041.65** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 12th day of April, 2006

RODAK PLASTICS

_____
(Signature)

Charles L. Romero, President
(Print Name and Title)

REVENUE MANAGEMENT

_____
(Signature)

MIKE RICHARDS
(Print Name of Witness)

DELPHI MEDICAL SYSTEMS COLORADO CORP
RODAK PLASTICS

805169