United States Bankruptcy Court
For the Southern District Of New York

| | |
|---|---|
| DELPHI CORPORATION | } Chapter 11 </br> } </br> } </br> } </br> } Case No. </br> } 05-44640 </br> } |
| Debtor | } Amount $9,193.54 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
**To: Transferor:**

SAI SIMCOX ASSOCIATES INC
808 HIGH ST
WORTHINGTON, OH 43085

The transfer of your claim as shown above in the amount of $9,193.54 has been transferred to:

    Capital Markets
    One University Plaza
    Suite 312
    Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

                                   By:/s/ Chris Oh
                                   Capital Markets
                                   (201) 968-0001

                                                    496584

## TRANSFER NOTICE

SAI SIMCOX ASSOCIATES INC. ("Assignor"), transfers and assigns unto CAPITAL MARKETS with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGMENT OF CLAIM AGREEMENT DELPHI AUTOMOTIVE SYSTEMS LLC., (the Debtor), between Assignor and Assignee, all of its right, title and interest in and to the SAI SIMCOX ASSOCIATES INC. Claims of Assignor in the aggregate amount of $9,193.54 representing all claims against: DELPHI AUTOMOTIVE SYSTEMS LLC., (herein, the Debtor) in the United State Bankruptcy Court, U.S. Bankruptcy Court, For the Southern District of New York administered as Case Number 05-44640.

IN WITNESS WHEREOF, Assignor has signed below as of the 11th day of MAY, 2006.

SAI SIMCOX ASSOCIATES INC.

WITNESS:

_____         By: _____
(Signature)                                  (Signature)

Diane Simcox                                Scott Simcox, President
(Print Name of Witness)                     (Print Name and Title)