United States Bankruptcy Court
For the Southern District of New York

| DELPHI MEDICAL SYSTEMS COLORADO CORP | } Chapter 11 |
| --- | --- |
| | } |
| | } |
| | } Case No. |
| | } 05-44507 |
| | } |
| Debtor | } Amount $1,878.63 |

**Notice to transfer of Claim pursuant to rule 3001 (e) (1)**
To: Transferor:

**MANAGECOMM INC**
**2160 FLETCHER PKWY**
**EL CAJON, CA 92020**

The transfer of your claim as shown above in the amount of $1,878.63 has been transferred to:

      Liquidity Solutions, Inc.
      Dba Revenue Management
      One University Plaza
      Suite 312
      Hackensack, NJ 07601

No action is required if you do not object to the transfer of your Claim.

      By:/s/ Mike Richards
      Liquidity Solutions, Inc.
      dba Revenue Management
      (201) 968-0001

805294

---------------------------------------------- (CUT HERE) ----------------------------------------------

**TRANSFER NOTICE**

MANAGECOMM INC ("Assignor"), transfers and assigns unto REVENUE MANAGEMENT with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of the ASSIGNMENT OF CLAIM AGREEMENT Re: **DELPHI MEDICAL SYSTEMS COLORADO CORP** (the "Debtor"), between Assignor and Assignee, all of its right, title and interest in and to the MANAGECOMM INC Claims of Assignor in the aggregate amount of **$1,878.63** representing all claims against the Debtor in the United States Bankruptcy Court, Southern District of New York, administered as Case No. 05-44507, subject to the terms of the Assignment Agreement.

IN WITNESS WHEREOF, Assignor has signed below as of the 3rd day of May, 2006

MANAGECOMM INC

(Signature)
Robert Chandler, President/CEO
(Print Name and Title)

REVENUE MANAGEMENT

(Signature)
MIKE RICHARDS
(Print Name of Witness)

DELPHI MEDICAL SYSTEMS COLORADO CORP
MANAGECOMM INC

805294